IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

# NOTICE TO ALL COUNSEL: MDL No 1:14-ml-2570 has been opened and assigned to Judge Richard L. Young and Magistrate Judge Tim A. Baker.  SEE DOCKET FOR FURTHER ENTRIES.

Date: October 30, 2014

Laura A. Briggs, Clerk

BY: _____Nicole R. Neff_____

Deputy Clerk, U.S. District Court