# SCHEDULE A

Central District of California

BRADY, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 2:13-04725

    1:14-cv-06000-RLY-TAB

Southern District of Indiana

ADAMS, ET AL. v. COOK MEDICAL, ET AL., C.A. No. 1:13-00013
JUNG v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-00925
NALY v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-00986
METRO v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-01048
SUMNER v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-01845
SHAFER, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-01946
TASKER v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00139
CADENA, ET AL. v. COOK MEDICAL, INC., ET AL., C.A. No. 1:14-00580
MOORE, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00736
ELDER, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00784
WELLS, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00841
CHAPMAN v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00998
HARRIS, ET AL. v. COOK MEDICAL, INC., ET AL., C.A. No. 1:14-01034
CASH v. COOK MEDICAL INCORPORATED AKA COOK MEDICAL, INC., ET AL., C.A. No. 1:14-01202

Western District of Kentucky

BOBO v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 5:14-00119

    1:14-cv-06001-RLY-TAB

District of Montana

ANGUS v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:14-00043

    1:14-cv-06002-RLY-TAB

District of Nevada

STOCKTON v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 2:12-02000

    1:14-cv-06003-RLY-TAB

TRUE v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 2:13-00413

    1:14-cv-06004-RLY-TAB

    <u>Eastern District of North Carolina</u>

PERRY-O'FARROW, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 5:13-00587

    1:14-cv-06005-RLY-TAB

    <u>Northern District of Ohio</u>

CADLE v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 5:13-01255

    1:14-cv-06006-RLY-TAB

    <u>Middle District of Pennsylvania</u>

WONDER v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 1:13-02288

    1:14-cv-06007-RLY-TAB

WALCK v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 3:13-01839

    1:14-cv-06008-RLY-TAB

    <u>Middle District of Tennessee</u>

PADGET v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 3:13-00998

    1:14-cv-6009-RLY-TAB

ALLEN v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 3:14-01252

    1:14-cv-06010-RLY-TAB

    <u>Eastern District of Washington</u>

ESLICK v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 2:14-00135

    1:14-cv-06011-RLY-TAB

Northern District of West Virginia

WEST, ET AL. v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 5:13-00109

   1:14-cv-06012-RLY-TAB

Southern District of Indiana

CARTER v. COOK MEDICAL INCORPORATED et al, C.A. No. 1:14-cv-01209-RLY-TAB
ORMOND v. COOK MEDICAL INCORPORATED et al, C.A. No. 1:14-cv-01323-RLY-TAB
DESCHENES v. COOK MEDICAL INCORPORATED et al, C.A. No. 1:14-cv-01451-RLY-TAB
HIBBLE v. COOK MEDICAL INCORPORATED et al, C.A. No. 1:14-cv-01579-RLY-TAB

Washington Western

SNOW v. COOK MEDICAL INCORPORATED, C.A. No. 14-05628

   1:14-cv-06013-RLY-TAB