IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, a copy of the CASE MANAGEMENT PLAN (Proposed) filed as Document 20, was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the filing was also served via U.S. Mail to the following non-CM/ECF participants:

Timothy Jones
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Andrew Cookingham
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Craig A. Stone
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Douglas Grubbs
Lee Murphy Law Firm, G.P.
440 Louisiana Street, Suite 300
Houston, TX 77002

David J. Britton
Law Office of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Erin C. Murphy
Lee Murphy Law Firm, G.P.
440 Louisiana Street, Suite 300
Houston, TX 77002

Frank J. O'Oro, Jr.
Wesierski and Zurek LLP
1000 Wilshire Blvd, Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
Ward and Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636-3009

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

James Lee, Jr.
Clark Burnett, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002

James C. Bradshaw, III
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

John H. Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Kyle E. Rowen
Wesierski and Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606

Lori Elizabeth Hammond
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, KY 40202-3363

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

2

Matthew McCarley
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Ramon R. Lopez
Lopez McHugh LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Robert Gregory Andre
Ogden Murphy Wallace PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Stephen E. Niehaus
Squire Patton Boggs
4900 Key Tower
127 Public Square
Cleveland, OH 44114

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Ryne W. Osborne
Wesierski and Zurek LLP
1000 Wilshire Blvd, Suite 1750
Los Angeles, CA 90017

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
Worden Thane
P.O. Box 4747
Missoula, MT 59806-4747

                                                        */s/ Douglas B. King*
                                                        Douglas B. King