BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____

IN RE:  COOK IVC FILTERS  :
PRODUCT LIABILITY LITIGATION  :   MDL DOCKET NO. 2570

_____ :

## NOTICE OF APPEARANCE EXHIBIT A

Plaintiffs represented by Julia Reed Zaic:

  Vatsana Naly

  Cynthia Stockton