BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COOK IVC FILTERS PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 2570 |

**NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>Vatsana Naly, as the natural parent and guardian of Alex Long<br><br>Defendants:<br>Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated and Cook Group, Inc. | USDC Indiana (Indianapolis) | 1:13-cv-986 | Judge:<br>Tim A. Baker |
| Plaintiffs:<br>Cynthia Stockton, as Special Administratrix and Grandmother and Next of Kin on behalf of Estate of Ronald Huffman<br>On behalf of Alexis Chantal Huffman<br>On behalf of Elise Corrine Huffman<br><br>Defendants:<br>Cook Medical Incorporated a/k/a Cook medical, Inc., Cook Incorporated, Cook Group, Inc., William Cook Europe APS | USDC Nevada (Las Vegas) | 2:12-cv-02000-APG-NJK<br><br>1:14-cv-06003-RLY-TAB | Judge:<br>Andrew P. Gordon<br><br>Magistrate Judge:<br>Nancy J. Koppe |