# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : : : : : : : | **MDL DOCKET NO. 2570**<br>**Case No.: 1:14-ml-2570-RLY-TAB** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : : : : | |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this MDL as counsel for the following Plaintiffs:

1.   Lara Adams and Keith Adams;

2.   Casey Cadena and Felicia N. Cadena;

3.   Becky G. Cadle;

4.   Regina S. Elder and Thomas H. Elder, III;

5.   John Harris and Alice Harris;

6.   Cynthia Stockton, as Special Administratrix and Grandmother and Next of Kin on behalf of the Estate of Ronald Huffman *On behalf of* Alexis Chantal Huffman and *On behalf of* Elise Corrine Huffman;

7.   Marlies M. Jung;

8.   Jacob R. Ormond;

9.   Ginger Renay Sumner;

10.   Melissa Walck;

11.   Alisha Mae Wonder;

12.   Marie Wells and Richard Wells; and

13.   Donald West and Sharon West.

And appearing specially for the limited purpose of the Initial Status Conference representing the law office of Houssiere Durant & Houssiere, LLP on behalf of their client, Plaintiff, Melissa Cash.

Dated:  November 21, 2014                     /s/ Teresa C. Toriseva
                                              Teresa C. Toriseva, Esq.
                                              TORISEVA LAW
                                              1446 National Road
                                              Wheeling, WV 26003
                                              Telephone: (304) 238-0066
                                              Facsimile: (304) 238-0149
                                              Email: ceo@torisevalaw.com

## CERITIFICATE OF SERVICE

I hereby certified that on November 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to received service in this MDL, and served the counsel listed below by first claim United States mail, postage prepaid:

Tim Moore, Attorney At Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Bard K. Brian, Esq.
222 Kentucky Ave, Suite 10
Paducah, KY 42001

David J. Britton, Esq.
LAW OFFICE OF DAVID J. BRITTON
535 Dock Street, Suite 108
Tacoma, WA 98402

George Jerre Duzane, Esq.
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust, Esq.
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Lori Elizabeth Hammond, Esq.
Frost Brown Todd LLC – Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III, Esq.
Randall Alan Kauffman, Esq.
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Joseph Johnson, Esq.
Babbitt Johnson Osborne & LeClainche, P.A.
1641 Worthington Road
West Palm Beach, FL 33409

Ramon R. Lopez, Esq.
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek, Esq.
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Matthew McCarley, Esq.
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Joseph A. Napiltonia, Esq.
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

W. Bryan Smith, Esq.
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Anthony James Urban, Esq.
Brian J. Urban, Esq.
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall, Esq.
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 8948

Corrie Johnson Yackulic, Esq.
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

*/s/ Teresa C. Toriseva*
Teresa C. Toriseva, Esq.
