IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570<br>Case No.: 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION OF TERESA TORISEVA TO BE APPOINTED AS CO-LEAD COUNSEL FOR PLAINTIFFS IN MDL 2570

**NOW COMES** Attorney Teresa C. Toriseva of Toriseva Law pursuant to the Manual for Complex Litigation, Fourth § 10.22 and 28 USCS § 1407 respectfully moves this Honorable Court for an Order appointing her as Co-Lead Counsel for all cases under MDL-2570 . In support of her motion, Attorney Toriseva has attached the following Memorandum.

/s/ Teresa C. Toriseva
Teresa C. Toriseva, Esq.
TORISEVA LAW
1446 National Road
Wheeling, WV 26003
Telephone: (304) 238-0066
Facsimile: (304) 238-0149
Email: ceo@torisevalaw.com

## CERITIFICATE OF SERVICE

I hereby certified that on November 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to received service in this MDL, and served the counsel listed below by first claim United States mail, postage prepaid:

Tim Moore, Attorney At Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Bard K. Brian, Esq.
222 Kentucky Ave, Suite 10
Paducah, KY 42001

David J. Britton, Esq.
LAW OFFICE OF DAVID J. BRITTON
535 Dock Street, Suite 108
Tacoma, WA 98402

George Jerre Duzane, Esq.
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust, Esq.
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Lori Elizabeth Hammond, Esq.
Frost Brown Todd LLC – Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III, Esq.
Randall Alan Kauffman, Esq.
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Joseph Johnson, Esq.
Babbitt Johnson Osborne & LeClainche, P.A.
1641 Worthington Road
West Palm Beach, FL 33409

Ramon R. Lopez, Esq.
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek, Esq.
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Matthew McCarley, Esq.
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Joseph A. Napiltonia, Esq.
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

W. Bryan Smith, Esq.
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Anthony James Urban, Esq.
Brian J. Urban, Esq.
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall, Esq.
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 8948

Corrie Johnson Yackulic, Esq.
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

/s/ Teresa C. Toriseva
Teresa C. Toriseva, Esq.