**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2570** <br> Case No.: 1:14-ml-2570-RLY-TAB |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | |

### ORDER GRANTING MOTION OF TERESA TORISEVA TO WITHDRAW MOTION TO BE APPOINTED AS CO-LEAD COUNSEL FOR PLAINTIFFS

For good cause shown, the Court grants the Motion of Attorney Teresa Toriseva to Withdraw her Motion to be Appointed Co-Lead Counsel in this matter. The Court shall show Documents numbered 17, 25, 26, 43 and 44 as withdrawn from the Court's Docket in this matter. Counsel for Plaintiffs shall jointly file a proposed leadership structure by December 1, 2014.

SO ORDERED: November 25, 2014.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana