IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to All Actions
_____


**ORDER SETTING PRETRIAL CONFERENCE**

**This cause is set for a pretrial conference at 10 a.m. on March 19, 2015, Room 234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  All persons entering the United States Courthouse must have photo identification.**  Lead counsel must attend the pretrial conference in person, but other out-of-district counsel may participate by phone. Counsel will be contacted with instructions on how to access this call.  The purpose of this conference is to address case status and settlement.

Dated:  11/25/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

<u>Distribution via CM/ECF</u>

**John Charles Babione, II**
WOODEN & MCLAUGHLIN LLP
jbabione@woodmclaw.com

**James McGinnis Boyers**
WOODEN & MCLAUGHLIN LLP
jboyers@woodmclaw.com

**Troy A. Brenes**
Lopez McHugh, LLP
tbrenes@lopezmchugh.com

**Russell T. Button**
LAW OFFICES OF BEN C. MARTIN
rbutton@bencmartin.com

**John A. Dalimonte**
KARON & DALIMONTE, LLP
johndalimonte@kdlaw.net

**Sandra L. Davis**
WOODEN & MCLAUGHLIN LLP
sdavis@woodmclaw.com

**Timothy J. Freiberg**
THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD.
freiberglaw@gmail.com

**D. Douglas Grubbs**
LEE MURPHY LAW FIRM, G.P.
dgrubbs@leemurphylaw.com

**Frederick R. Hovde**
HOVDE DASSOW & DEETS, LLC
rhovde@hovdelaw.com

**Joseph R. Johnson**
BABBITT JOHNSON OSBORNE & LeCLAINCHE, P.A.
jjohnson@babbitt-johnson.com

**Douglas B. King**
WOODEN & MCLAUGHLIN LLP
dking@woodmclaw.com

**James Lee , Jr**
CLARK BURNETT, G.P.
jlee@leemurphylaw.com

**Ben C. Martin**
LAW OFFICES OF BEN C. MARTIN
bmartin@bencmartin.com

**Matthew R. McCarley**
FEARS / NACHAWATI LAW FIRM
mccarley@fnlawfirm.com

**Kip S.M. McDonald**
WOODEN & MCLAUGHLIN LLP
kmcdonald@woodmclaw.com

**Erin C. Murphy**
LEE MURPHY LAW FIRM, G.P.
emurphy@leemurphylaw.com

**Teresa C. Toriseva**
TORISEVA LAW
ceo@torisevalaw.com

**Julia Reed Zaic**
HEAVISIDE REED ZAIC
julia@hrzlaw.com

Distribution via U.S. Mail

**Robert Gregory Andre**
**Emily Harris Gant**
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

**James C. Bradshaw, III**
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

**Bard K. Brian**
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

**David J. Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Suite 4
Tacoma, WA 98403

**Andrew Cookingham**
**John H. Martin**
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

**Max E. Corrick**
**James R. Olson**
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

**Frank J. D'Oro, Jr.**
**Ryne W. Osborne**
Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

**Margaret A. Droppleman**
**A. Timothy Jones**
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

**George Jerre Duzane**
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

**Lucas J. Foust**
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

**Lori Elizabeth Hammond**
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

**Charles Rene Houssiere, III**
**Randal Alan Kauffman**
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

**Ramon R. Lopez**
Lopez McHugh LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

**W. Carl Mendenhall**
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

**Michael C. Mongiello**
**Craig A. Stone**
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Stephanie E. Niehaus**
Squire Patton Boggs
4900 Key Tower
127 Public Square
Cleveland, OH 44114

**Gary J. Rickner**
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

**Marian S. Rosen**
**Angela Spears**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Kyle E. Rowen**
Wesierski and Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606

**Marc A. Sheiness**
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Thomas H. Terry, III**
619 Cahoon Road
Bay Village, OH 44140

**Anthony James Urban**
**Brian J. Urban**
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C. Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

**Corrie Johnson Yackulic**
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682