UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:13-cv-00986-RLY-TAB
    1:14-cv-06003-RLY-TAB
    1:14-cv-06000-RLY-TAB

## **MOTION TO SEAL NOTICE OF APPEARANCE**
(Dkt. Nos. 23, 23-2, 39, 39-2, 65 and 65-2)

Counsel, Julia Reed Zaic, respectfully requests an Order sealing the Notice of Appearance filed on November 21, 2014 in the above related case numbers as docket numbers 23, 23-2, 39, 39-2, 65, 65-2.

The above referenced Notice of Appearance should be sealed as it contains a personal data identifier, the name of minor a child. Counsel respectfully requests that the Court grant its Motion to Seal Notice of Appearance in docket numbers 23, 23-2, 39, 39-2, 65, 65-2 and these documents remain under seal pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                */s/ Julia Reed Zaic*
                Julia Reed Zaic, CA. Bar No. 224671
                HEAVISIDE REED ZAIC,
                A LAW CORPORATION
                312 Broadway Street, Suite 203
                Laguna Beach, CA 92651-4335
                Tel: 949-715-5120
                Fax: 949-715-5123
                julia@hrzlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL:

| | |
|---|---|
| John Charles Babione, II<br>WOODEN & MCLAUGHLIN LLP<br>jbabione@woodmclaw.com | Joseph R. Johnson<br>BABBITT JOHNSON OSBORNE &<br>LeCLAINCHE, P.A.<br>jjohnson@babbitt-johnson.com |
| James McGinnis Boyers<br>WOODEN & MCLAUGHLIN LLP<br>jboyers@woodmclaw.com | Douglas B. King<br>WOODEN & MCLAUGHLIN LLP<br>dking@woodmclaw.com |
| Troy A. Brenes<br>Lopez McHugh, LLP<br>tbrenes@lopezmchugh.com | James Lee, Jr.<br>CLARK BURNETT, G.P.<br>jlee@leemurphylaw.com |
| Russell T. Button<br>LAW OFFICES OF BEN C. MARTIN<br>rbutton@bencmartin.com | Ben C. Martin<br>LAW OFFICES OF BEN C. MARTIN<br>bmartin@bencmartin.com |
| John A. Dalimonte<br>KARON & DALIMONTE, LLP<br>johndalimonte@kdlaw.net | Matthew R. McCarley<br>FEARS / NACHAWATI LAW FIRM<br>mccarley@fnlawfirm.com |
| Sandra L. Davis<br>WOODEN & MCLAUGHLIN LLP<br>sdavis@woodmclaw.com | Kip S.M. McDonald<br>WOODEN & MCLAUGHLIN LLP<br>kmcdonald@woodmclaw.com |
| Timothy J. Freiberg<br>THE LAW OFFICES OF FREDERIC W.<br>NESSLER & ASSOCIATES, LTD.<br>freiberglaw@gmail.com | Erin C. Murphy<br>LEE MURPHY LAW FIRM, G.P.<br>emurphy@leemurphylaw.com |
| D. Douglas Grubbs<br>LEE MURPHY LAW FIRM, G.P.<br>dgrubbs@leemurphylaw.com | Teresa C. Toriseva<br>TORISEVA LAW<br>ceo@torisevalaw.com |
| Frederick R. Hovde<br>HOVDE DASSOW & DEETS, LLC<br>rhovde@hovdelaw.com | Julia Reed Zaic<br>HEAVISIDE REED ZAIC<br>julia@hrzlaw.com |

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

| | |
|---|---|
| Robert Gregory Andre<br>OGDEN MURPHY WALLACE PLLC<br>901 FIFTH AVENUE, STE 3500<br>SEATTLE, WA 98164-2008 | John H Martin<br>Thompson & Knight<br>1722 Routh St., Suite 1500<br>Dallas, TX 75201-2533 |
| Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 |
| James C. Bradshaw, III<br>Wyatt, Tarrant & Combs (Nashville Office)<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203-1423 | Stephanie E. Niehaus<br>Squire Patton Boggs (US) - Cleveland<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | James R. Olson<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| David J Britton<br>LAW OFFICE OF DAVID J BRITTON<br>2209 N 30TH ST, STE 4<br>TACOMA, WA 98403 | Ryne W Osborne<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 |
| Andrew Cookingham<br>Thompson & Knight-Dallas<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 | Gary J. Rickner<br>WARD AND SMITH, P.A.<br>PO Box 33009<br>Raleigh, NC 27636-3009 |
| Max E. Corrick<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | Marian S. Rosen<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Frank J D'Oro, Jr<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 | Kyle E Rowen<br>Wesierski and Zurek LLP<br>One Corporate Park Suite 200<br>Irvine, CA 92606 |
| Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP - Charleston<br>109 Capitol Street, Suite 1000 | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |

| | |
|---|---|
| Charleston, WV 25301 | W. Bryan Smith |
| Lucas J. Foust | Morgan & Morgan, LLC |
| FOUST LAW OFFICE | 2600 One Commerce Square |
| 1043 Stoneridge Drive, Suite 2 | Memphis, TN 38103 |
| Bozeman, MT 59718 | |
| | Angela Spears |
| George Jerre Duzane | ROSEN & SPEARS |
| Duzane, Kooperman & Mondelli | 5075 Westheimer, Suite 760 |
| 603 Woodland Street | Houston, TX 77056 |
| Nashville, TN 37206-4211 | |
| | Craig A. Stone |
| Emily Harris Gant | Marshall, Dennehey, Warner, Coleman & Goggin |
| Ogden Murphy Wallace PLLC | 100 Corporate Center Drive, Suite 201 |
| 1601 5th Avenue, Suite 2100 | Camp Hill, PA 17011 |
| Seattle, WA 98101-1686 | |
| | Thomas H. Terry, III |
| Lori Elizabeth Hammond | 619 Cahoon Road |
| Frost Brown Todd LLC - Louisville | Bay Village, OH 44140 |
| 400 W. Market Street, 32nd Floor | |
| Louisville, KY 40202-3363 | W. Carl Mendenhall |
| | WORDEN THANE |
| Charles Rene Houssiere, III | PO Box 4747 |
| Houssiere Durant & Houssiere, LLP | Missoula, MT 59806-4747 |
| 1990 Post Oak Blvd, Suite 800 | |
| Houston, TX 77056-3812 | Michael C. Mongiello |
| | Marshall Dennehey Warner Coleman and Goggin |
| A. Timothy Jones | 100 Corporate Center Drive, Suite 201 |
| Hawkins Parnell Thackston & Young, LLP - Charleston | Camp Hill, PA 17011 |
| 109 Capitol Street, Suite 1000 | Anthony James Urban |
| Charleston, WV 25301 | LAW OFFICES OF ANTHONY URBAN, P.C. |
| | 474 N. Centre Street, 3rd Floor |
| Randal Alan Kauffman | Pottsville, PA 17901 |
| Houssiere Durant Houssiere | |
| 1990 Post Oak Blvd, Ste 800 | Brian J. Urban |
| Houston, TX 77056 | LAW OFFICES OF ANTHONY URBAN, P.C. |
| | 474 N. Centre Street, 3rd Floor |
| Ramon R Lopez | Pottsville, PA 17901 |
| Lopez McHugh LLP | |
| North Tower, 100 Bayview Circle Suite 5600 | Peter C Wetherall |
| | Wetherall Group, Ltd. |
| Newport Beach, CA 92660 | 9345 W. Sunset Road, Suite 100 |
| | Las Vegas, NV 89148 |
| Cliff W. Marcek | |
| Cliff W. Marcek, P.C. | Corrie Johnson Yackulic |

| | |
|---|---|
| 700 S. Third St.<br>Las Vegas, NV 89101 | Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 |

                        */s/ Julia Reed Zaic*
                        Julia Reed Zaic, Esq.