# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:13-cv-00986-RLY-TAB
    1:14-cv-06003-RLY-TAB
    1:14-cv-06000-RLY-TAB

**COVER SHEET FOR MOTION TO SEAL NOTICE OF APPEARANCE**
(Dkt. Nos. 23, 23-2, 39, 39-2, 65 and 65-2)

    Pursuant to Fed. R. Civ. P. 5.2, Julia Reed Zaic is filing a Motion to Seal Notice of Appearance for docket numbers 23, 23-2, 39, 39-2, 65 and 65-2.


        Respectfully submitted,

        */s/ Julia Reed Zaic*
        Julia Reed Zaic, CA. Bar No. 224671
        HEAVISIDE REED ZAIC,
        A LAW CORPORATION
        312 Broadway Street, Suite 203
        Laguna Beach, CA 92651-4335
        Tel: 949-715-5120
        Fax: 949-715-5123
        julia@hrzlaw.com