UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:13-cv-00986-RLY-TAB
    1:14-cv-06003-RLY-TAB
    1:14-cv-06000-RLY-TAB

_____

## PROPOSED ORDER GRANTING MOTION TO SEAL NOTICE OF APPERANCE

    This matter comes before the Court on the Motion to Seal Notice of Appearance in the above related case numbers as docket numbers 23, 23-2, 39, 39-2, 65 and 65-2.

    The Court, having reviewed the Motion now finds the Notice of Appearance contains a personal data identifier and pursuant to Fed. R. Civ. P. 5.2, docket numbers 23, 23-2, 39, 39-2, 65 and 65-2, must be filed under seal with the Court.

    **Therefore, the Court now ORDERS counsel's Notice of Appearance, docket numbers 23, 23-2, 39, 39-2, 65 and 65-2 are sealed with the Court.**

    All of which is Ordered this _____ day of _____, 2014.


                                                                               _____
                                                                               TIMOTHY A. BAKER, Magistrate Judge
                                                                               United State District Court for the
                                                                               Southern District of Indiana

Distribution to all electronically
registered counsel of record via CM/ECF.

Distribution via U.S. Mail to:

Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 FIFTH AVENUE, STE 3500
SEATTLE, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs (Nashville Office)
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

Andrew Cookingham
Thompson & Knight-Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J D'Oro, Jr
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust
FOUST LAW OFFICE

1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Lori Elizabeth Hammond
Frost Brown Todd LLC - Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd, Suite 800
Houston, TX 77056-3812

A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd, Ste 800
Houston, TX 77056

Ramon R Lopez
Lopez McHugh LLP
North Tower, 100 Bayview Circle Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

John H Martin
Thompson & Knight
1722 Routh St., Suite 1500

Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs (US) - Cleveland
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W Osborne
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E Rowen
Wesierski and Zurek LLP
One Corporate Park Suite 200
Irvine, CA 92606

Marc A Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682