UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS	Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND	MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
 1:13-cv-00986-RLY-TAB
 1:14-cv-06003-RLY-TAB
 1:14-cv-06000-RLY-TAB

_____

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Julia Reed Zaic:

 Vatsana Naly

 Cynthia Stockton

 Robert Brady

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                    Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                            MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
    1:13-cv-00986-RLY-TAB
    1:14-cv-06003-RLY-TAB
    1:14-cv-06000-RLY-TAB

_____

## NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| **Plaintiffs:**<br>Vatsana Naly, as the natural parent and guardian of A.L.<br><br>**Defendants:**<br>COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:13-cv-00986 | **Judge:**<br>Tim A. Baker |
| **Plaintiffs:**<br>Cynthia Stockton, as Special Administratrix and Grandmother and Next of Kin on behalf of Estate of Ronald Huffman<br>On behalf of Alexis Chantal Huffman<br>On behalf of Elise Corrine Huffman<br><br>**Defendants:**<br>COOK MEDICAL | United States District Court, District of Nevada | 2:12-cv-02000-APG-NJK<br><br>1:14-cv-06003-RLY-TAB | **Judge:**<br>Andrew P. Gordon<br><br>**Magistrate Judge:**<br>Nancy J. Koppe |

| | | | |
|---|---|---|---|
| INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC. and WILLIAM COOK EUROPE APS | | | |
| **Plaintiffs:** Robert Brady Cynthia Brady  **Defendants:** COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC. and WILLIAM COOK EUROPE APS | United States District Court, Central District of California | CV 13-04725 (DDP (VBKx)  1:14-cv-06000-RLY-TAB | **Judge:** Dean D. Pregerson  **Magistrate Judge:** Victor B. Kenton |