IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Order Relates to: All Actions

_____


**[PROPOSED] CASE MANAGEMENT ORDER No. (__)**
Appointing Plaintiffs' Leadership Positions

I.      **Plaintiffs' Leadership Counsel Appointments**

The Court having considered all of the applications submitted, together with the experience of each applicant, and considering all materials submitted appoints the following plaintiffs' counsel to leadership positions, as indicated and to be known as "Plaintiffs Leadership Counsel":

| Plaintiffs' Lead Counsel | |
| --- | --- |
| Irwin B. Levin | Cohen & Malad, LLP |

| State/Federal Liaison Counsel | |
| --- | --- |
| Fredrick R. Hovde | Hovde, Dassow + Deets, LLC |

| Plaintiffs' Executive Committee (PEC) ||
|---|---|
| Russell Button | Law Offices of Ben C. Martin |
| Troy Brenes | Lopez McHugh, LLP |
| John Dalimonte | Karon and Dalimonte |
| Joseph R. Johnson | Babbitt, Johnson, Osborne & LaClainche |
| Gregory Laker | Cohen & Malad, LLP |
| Ramon Lopez | Lopez McHugh, LLP |
| Ben C. Martin | Law Offices of Ben C. Martin |
| David P. Matthews | Matthews and Associates |
| Teresa Toriseva | Toriseva Law |
| Julia Reed Zaic | Heaviside Reed Zaic |

## II.    Responsibilities

### A.    Procedural Matters

1. As noted in this Court's previous Order Establishing Policies and Procedures, the Clerk of this Court will maintain a master docket case file under the style "*In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation*" and the identification "MDL No. 2570". The master docket shall be maintained as filings shall be conducted in accordance with the Court's Order Establishing Policies and Procedures, MASTER DOCKET FILE section.

2. Only Lead/Liaison Counsel shall be in included on the Master Docket as being Counsel of Record for filings as to "ALL ACTIONS". Accordingly, Lead/Liaison will be (a) the only attorneys permitted to file in the Master Docket as to "ALL ACTIONS", and (b) the only attorneys receiving Notices of Electronic Filing for pleadings and orders filed in the Master Docket for "ALL ACTIONS".

3. With regard to the Master Docket, Plaintiffs' Lead/Liaison Counsel shall:

   a. Serve as the recipient for all Court orders filed on behalf of all the plaintiffs;

   b. Coordinate service and filings for all plaintiffs whether presently included or subsequently added;

   c. Maintain and distribute to co-counsel and to Defendants' Counsel an up-to-date service list.

   d. Maintain responsibility for service upon all other attorneys and parties as to filings made relating to "ALL ACTIONS". Specifically, Lead/Liaison Counsel shall receive and distribute pleadings, orders, and motions by overnight courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (or if/until some program for electronic service has been established).

4. Lead/Liaison Counsel is only responsible for service with regard to filings in the Master Docket applicable to documents relating to "ALL ACTIONS". With regard to case-specific filings, all attorneys of record in the relevant member action will receive a Notice of Electronic Filing from the Court.

5. New counsel for tag along cases or cases filed originally in the Southern District of Indiana filed hereafter shall be responsible for checking the Master Case for all orders previously filed that may have relevance to such new cases filed.

B. <u>Responsibilities Specific to Lead/Liaison Counsel</u>

In addition to the responsibilities identified in §II.A.3. above, Plaintiffs' Lead/Liaison Counsel shall:

1. Coordinate the establishment of a document depository, real or virtual, to be available to all participating plaintiffs' counsel;

2. Maintain and make available to all participating plaintiff's counsel of record at reasonable hours a complete file of all documents served by or upon each party (except documents as may be available at a document depository);

3. Prepare agendas for court conferences and periodically report regarding the status of the case; and

4. Carry out such other duties as the Court may order.

C. <u>Responsibilities Applicable to all Plaintiffs' Leadership Counsel</u>

Plaintiffs Leadership Counsel shall have the following responsibilities:

1. Discovery

   a. Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with this multi-district litigation.

   b. Develop and propose to the Court schedules for the commencement, execution and completion of all discovery on behalf of all plaintiffs.

    c. Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests notices, and subpoenas may be caused to be issued by Plaintiff's Leadership Counsel upon written request by the individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

    d. Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs.

2. Hearings and Meetings

    a. Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules or joint briefs, and any other appropriate matters pertaining to pretrial proceedings.

    b. Examine witnesses and introduce evidence on behalf of plaintiffs at hearings.

    c. Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

3. Miscellaneous

    a. Submit and argue all verbal and written motions presented to the Court or Magistrate on behalf of Plaintiff's Leadership Counsel as well as oppose when necessary any motion submitted by defendants or other parties which involve

matters within the sphere of the responsibilities of Plaintiffs' Leadership Counsel.

b. Negotiate and enter into stipulations with defendants regarding this litigation. All stipulations entered into by Plaintiffs' Leadership Counsel, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until ratified by the Court. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection within five (5) days after he/she knows or should have reasonably become of aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

c. Explore, develop and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

d. Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions for examinations by all MDL plaintiffs or their attorneys. Perform any task necessary and proper for Plaintiffs Leadership Counsel to accomplish its responsibilities as defined by the Court's Orders, including organizing subcommittees comprised of plaintiffs' lawyers not on Plaintiffs' Leadership Counsel.

e. Work with Lead/Liaison Counsel to coordinate the responsibilities of Plaintiffs' Leadership Counsel meetings, keep minutes or transcripts of these

          meetings, appear at periodic Court noticed status conferences, perform other necessary administrative or logistic functions of Plaintiffs' Leadership Counsel, and carry out any duty as ordered by the Court.

    f. Perform other such functions that may be expressly authorized by further Court Orders.

  D. Reimbursement of Costs Expended

Plaintiffs' Leadership Counsel shall be entitled to seek reimbursement for costs expended at the time and in a manner approved by the Court.

Date: _____                        _____
                                                            Tim A. Baker
                                                            United States Magistrate Judge
                                                            Southern District of Indiana

Distribution to all electronically
registered counsel of record via CM/ECF.

Distribution via U.S. Mail to:
Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 FIFTH AVENUE, STE 3500
SEATTLE, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs (Nashville Office)
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

7

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

Andrew Cookingham
Thompson & Knight-Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J D'Oro, Jr
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Lori Elizabeth Hammond
Frost Brown Todd LLC - Louisville

400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd, Suite 800
Houston, TX 77056-3812

A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd, Ste 800
Houston, TX 77056

Ramon R Lopez
Lopez McHugh LLP
North Tower, 100 Bayview Circle Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

John H Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs (US) - Cleveland
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue

Las Vegas, NV 89129

Ryne W Osborne
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E Rowen
Wesierski and Zurek LLP
One Corporate Park Suite 200
Irvine, CA 92606

Marc A Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682