# *Qualification Summary*

## *Of*

# IRWIN B. LEVIN
## COHEN & MALAD, LLP
**ONE INDIANA SQUARE, SUITE 1400**
**INDIANAPOLIS, INDIANA 46204**
**(317) 636-6481**
**www.cohenandmalad.com**

IRWIN B. LEVIN (Managing Partner), born Indianapolis, Indiana, September 19, 1953; admitted to bar, 1978, Indiana.

Education: Indiana University-Purdue University at Indianapolis (B.A., 1974); Indiana University (J.D., 1978).

Professional experience: Marion County Circuit Court Commissioner, 1978. Judge Pro Tempore, Marion County Circuit Court, 1979. Cohen & Malad, LLP (and predecessor firms) 1978 - present.

Professional Achievements: Chairman, multiple Class Action Seminars. Recipient, Indiana Trial Lawyers Association Hoosier Freedom Award (1998); 2002 Recipient, Distinguished Alumni Award, Indiana University School of Law. Member: Indianapolis, Indiana State, Federal and Seventh Circuit Bar Associations; Indiana Trial Lawyers Association); The American Association for Justice. Reported Cases: *Time Warner Entertainment Co., LP* v. *Whiteman,* 802 N.E.2d 886 (Ind. 2004); *Core Funding Group, LLC* v. *Young,* 792 N.E. 2d, (Ind.App., 2003); *Associated Medical Networks, Ltd.* v. *Lewis,* 785 N.E. 2d 230, (Ind.App., 2003); *In re: Holocaust Victim Assets Litigation,* 105 F.Supp. 2d 139 (E.D.N.Y. 2000); *In re: Bridgestone/Firestone, Inc.,* 128 F.Supp. 2d 1198; *Shelton* v. *Wick,* 715 N.E.2d 890 (Ind. App.1999); *American Cyanamid* v. *Stephen,* 623 N.E.2d 1065 (Ind, App. 1993); *Burger-Fischer* v. *DeGussa Ag.,* 65 F. Supp. 2d 248 (D.N.J. 1999); *Stransky* v. *Cummins Engine Co., Inc.* (Fed. Sec. L. Rep., P.98.668), 51 F 1329, 63 USLW 2656 (C.A.7 1995); *Gregory* v. *Home Insurance Co.,* 876 F.2d 602, Rico Bus. Disp. Guide 7 (C.A.7 1989); *In re: Austrian, German Holocaust Litigation,* 2001 WL 521 464 (C.A.2 N.Y., 2001); *In re: Nazi Era Cases Against German Defendants Litigation,* 198 F.R.D. 429 (D.N.J. 2000); *Winter v. Assicurazioni,* 2000 WL 1858482 (S.D.N.Y. 2000); *In re Ready-Mixed Concrete Antitrust Litigation,* 261 F.R.D. 154 (S.D. Ind. 2009); and *In re Iowa Ready-Mix Concrete Antitrust Litigation,* No. C 10-4038-WMB, 2011 WL 5547159 (N.D. Iowa Nov. 9, 2011).

Practice Areas: Class Action Litigation; Commercial Litigation; Securities Litigation; Insurance Law; Personal Injury Litigation.

A graduate of Indiana University School of Law, Irwin has practiced law with Cohen & Malad, LLP (and predecessor firms) in Indianapolis, Indiana for the past 35 years. While his practice is concentrated in the areas of commercial litigation, class actions, and complex litigation, Irwin was one of the lead counsel in the Indianapolis Ramada Inn/United States Air Force crash and the Greenwood air crash disaster, among other prominent cases. He has been counsel in class actions involving securities fraud, insurance and consumer protection throughout the United States. In addition, among other cases, Mr. Levin also served on the Executive Committee in the Bridgestone/Firestone Products Liability litigation; Plaintiffs' Steering Committee for *In re Prempro Products Liability Litigation;* Executive Committee for *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation;* Leadership in national coordinated counsel in Pain Pump Litigation; Co-Lead counsel representing nearly 300 injured patients in a mass tort involving medical malpractice against former Indiana physician, Mark Weinberger; Co-lead Counsel *In re Ready-Mixed Concrete Antitrust Litigation,* No. 1 :05-cv-979-SEB-JMS (S.D. Ind.); Co-lead Counsel *In re Iowa Ready-Mix Concrete Antitrust Litigation,* No. C10-4038-WMB (N.D, Iowa); Lead Counsel for a class action against the Indiana Residual Malpractice Insurance Authority: *Ley* v. *Robertson,* No. 49D07-1203-PL-009386 (Marion County (Ind.)

Superior Court); Co-lead Counsel in a class action against BP involving tainted gasoline: *Price v. BP Products North America, Inc.,* No.1: 12-cv-06799 (N.D. Ill.); Lead Counsel in a class action against the Indiana Bureau of Motor Vehicles: *Raab* v. *Waddell,* No. 49D12-1303-PL-008769 (Marion Superior Court No. 12); Plaintiffs' Steering Committee for *In re: Consolidated Fresenius Cases*; Lead Counsel in a class action against the Indiana Department of Child Services: *Moss v. Bonaventura*, No. 46D02-1406-PL-1025 (LaPorte Superior Court No. 2).

In 1996, Irwin became active in the first class action case to be filed against Swiss Banks in the United States. He and other lawyers from Cohen & Malad, LLP took a hands-on role in both the factual investigation of archived materials stored in the United States National Archives as well as the legal work before the Court. In 1997, the Swiss Bank litigation was consolidated before a United States District Court Judge, who appointed an Executive Committee, composed of 10 lawyers from around the United States to manage the litigation. Irwin was one of those ten lawyers. As a member of the Executive Committee, he continued to play a significant role in the litigation, researching many of the unusual legal issues presented by this unique litigation and preparing briefs submitted to the Court. Irwin also played a significant role in the lengthy negotiations that culminated in $1.25 billion settlement. Through his expertise in class action litigation, and the settlement of such complex cases, he also has been able to provide valuable insights into the unprecedented task of notifying Holocaust survivors around the world of this historic settlement.

Irwin was active in numerous other Holocaust-related cases against German banks and corporations that stole the assets and labor of Holocaust victims. Cases against German banks seek to recover the assets of Holocaust victims that were confiscated under the Nazis; cases pending against leading German industrial enterprises -- many of which are household names today - seek to recover the value of the slave labor which those companies extracted from the bodies of concentration camp inmates.