Frederick R. Hovde
HOVDE, DASSOW & DEETS, LLC
Meridian Tower, Suite 500
201 W. 103rd Street
Indianapolis, IN 46290
Phone:  317-818-3100
Fax:  317-818-3111
Email:  rhovde@hovdelaw.com
www.hovdelaw.com

**Frederick R. (Rick) Hovde** is a founding member of Hovde, Dassow & Deets, LLC.  Born October 1, 1955.

**Bar Admissions:**
Indiana State Bar, 1980
United States District Court – Southern District of Indiana, 1980
United States District Court – Northern District of Indiana, 1980

**Education:**
Southern Methodist University (B.A.A., 1977)
Indiana University of School of Law – Indianapolis (J.D., 1980)

**Professional Background:**
Plaintiffs personal injury practice, medical negligence, automobile and truck accidents, construction site accidents and products liability. Tried over 100 cases to a jury verdict and obtained maximum statutory verdicts in medical malpractice cases and several verdicts in excess of one million dollars in automobile accident, products liability and insurance bad faith cases.

**Professional Associations/Awards:**
International Academy of Trial Lawyers, American College of Trial Lawyers, Indiana College of Trial Lawyers, Litigation Counsel of America, Indianapolis Bar Foundation, Indiana Trial Lawyers Association: President 2002-2003, Board of Directors 1990 -, Executive Committee 1995-2003. Indianapolis Bar Association (Director, Young Lawyers, 1986-1989), Indiana State Bar Association (Director, Young Lawyers, 1982-1986), American Bar Association, American Association for Justice and American Board of Trial Advocates, Best Lawyers in America.

**Pharmaceutical and Device Litigations:**
Represented Individuals in FenPhen, Vioxx, Ortho Evra, Raptiva, DaVinci, DePuty ASR Hip Implant, Biomet M2A Magnum Hip Implant
Plaintiff's Liaison Counsel – Biomet M2A Magnum Hip Implant Products Liability Litigation (MDL 2391)

**Appellate Decisions:**
State Security Ins. Co. v. Ottinger,  487 N.E. 2d 446 (1985); Hinshaw v. Board of Comr's Jay Co., 611 N.E. 637 (1996); Hottinger v. Trugreen Corp., 665 N.E. 2d 593 (1996); Kennedy v.

Guess, Inc. 806 N.E. 2D 776 (2004); Balfour v. Kimberly Home Health Care, 830 N.E. 2d 145 (2005), Alli v. Eli Lilly and Co., 854 N.E. 2d 372 (2006), Welch v. Young, 950 N.E.2d 1283 (2011).

**Publications:**
Indiana: Analysis of Indiana Tort Reform, Indiana Law Review Vol. 29, No. 2, 1995
Punitive Damages ICLE 1996
Bad Faith, Indiana Trial Lawyers Assn. 1996
Litigating TMJ, Back, and Neck Injury Cases, Professional Education Systems, 1993
Health Care Evidence in Low-Impact Injury, Professional Education Systems, 1992
Medical Malpractice in Indiana, NBI, 1990
Civil Trial Practice ICLEF, 1988