# RUSSELL TITUS BUTTON
LAW OFFICES OF BEN C. MARTIN
3219 MCKINNEY AVENUE, SUITE 100
DALLAS, TEXAS 75204
PHONE: 214-761-6614   FAX: 214-744-7590
RBUTTON@BENCMARTIN.COM

## EDUCATION & TRAINING

Oklahoma City University School of Law, J.D., 2012
Midwestern State University, B.S., 2008

## LICENSES

Texas, 2012
U.S. District Court, Eastern District of Texas, 2013
U.S. District Court, Southern District of Texas, 2013
U.S. District Court, Northern District of Texas, 2014
U.S. District Court, Eastern District of Wisconsin, 2014

## PROFESSIONAL EXPERIENCE

**LAW OFFICES OF BEN C. MARTIN**, 2012 – Present
Associate

Plaintiff's Personal Injury Practice with emphasis on:
- Product/Medical device liability
- Mass Tort Litigation
- Dangerous Drugs
- Defective Medical Devices

**PIERSON BEHR,** 2009-2011
Law Clerk

## PROFESSIONAL ASSOCIATIONS
- Texas Trial Lawyers Association
- Dallas Trial Lawyers Association
- Dallas Bar Association

## PRESENTATIONS/ INVITED SPEAKING ENGAGEMENTS
- Oklahoma City University School of Law, Oklahoma City, OK, March 2013, Transitioning from Oklahoma law school to practicing in Texas.
- Oklahoma City University School of Law, Oklahoma City, OK, October 2013, How to obtain a job in today's economy and legal market place.