# TROY ALEXANDER BRENES
**Attorney at Law**

## EDUCATION

University of California, Santa Barbara, B.A. 2003
Loyola Law School, J.D., 2006

## LICENSES

California, 2007
U.S. District Court, Eastern District of CA, 2008
U.S. District Court, Central District of CA, 2008
U.S. District Court, Northern District of CA, 2012
U.S. District Court, Central District of Illinois, 2013
Pro Hac Vices – NJ, NV, PA, GA, MS, OH, IL

## PROFESSONAL BACKGROUND

LOPEZ MCHUGH LLP, 2007 – Present
Senior Associate

Plaintiff's Personal Injury Practice with emphasis on:
- Medical device litigation
- Medical Malpractice
- Wrongful termination/employment discrimination
- Vehicular accidents/ automotive defects
- Mass Tort Litigation

## AWARDS/ACCOLADES

- Thomas Reuters' Super Lawyers Publication, Rising Star 2013-2014

## PROFESSIONAL ASSOCIATIONS

- American Bar Association
- Consumer Attorneys of California (CAOC)
- American Association for Justice (AAJ)
- Orange County Trial Lawyers Association (OCTLA)
- Orange County Bar Association (OCBA)
- Consumer Attorneys of Los Angeles (CAOC)
- National Trial Lawyers

## OTHER PROFESSIONAL ACTIVITIES

- Cancer Legal Resource Center, helping with cancer-related legal issues.
- Moot Court Judge – for Consumer Attorneys of Los Angeles

**TROY ALEXANDER BRENES**

Page 2 of 2

## EXPERIENCE IN SIMILAR MEDICAL DEVICE LITIGATIONS

### *Cook IVC Filter Litigation*
- Negotiated general protective order prior to consolidation order
- Negotiated scope and format of electronically stored information prior to consolidation order
- Prepared and filed extensive discovery prior to consolidation order
- Helping to identify and select potential experts.
- Advised on MDL petition
- Helped negotiate and draft Case Management Plan for MDL filing

### *Bard IVC Filter Litigation*
- Co-lead trial counsel in CA, AZ, NV, GA, IL
- Coordinating and leading discovery efforts on behalf of private litigation group
- Completed majority of all corporate liability depositions
- Successfully litigated disputes as to defendants' privilege logs
- Successfully litigated disputes as to format of production of electronically stored information
- Successfully negotiated and litigated numerous other discovery disputes
- Helped identify and select general liability and case specific experts
- Negotiated and drafted general protective orders and tolling agreements
- Handling case specific matters for approximately 100 cases, including case specific depositions and oppositions to all dispositive motions.

### *Bard Composix Kugel Patch Litigation*
- Represented 50+ plaintiffs with defective hernia patches.
- Co-lead trial counsel.
- Litigated cases at state court level and coordinated litigation efforts with MDL team
- Successfully briefed and argued plaintiffs' position regarding fraudulent joinder before MDL court
- Successfully litigated discovery disputes at state court level that benefited MDL proceedings.
- Helped negotiate settlement of cases

### *DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation MDL No. 2197*
- Represented numerous clients with defective hip implants

### *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation, MDL No. 08-1905*.
- Represented over 200 clients with defective implantable defibrillator lead wires in state and federal court