**John A. Dalimonte, Esquire**
**KARON & DALIMONTE LLP**
**85 Devonshire Street, Suite 1000**
**Boston, MA 02109**
Tel: 617-367-3311
Fax: 617-742-9130
email: johndalimonte@kdlaw.net

## Courts Admitted

| | | |
|---|---|---|
| Massachusetts | Bar No. 554554 | 12/18/1989 |
| District of Columbia | Bar No. 1007797 | 6/4/2012 |
| U.S.D.C. Massachusetts | | 4/13/1990 |
| U.S.D.C. Eastern District Wisconsin | | 5/23/1989 |
| U.S. Court of Federal Claims | | 8/18/1998 |

## Legal Education

| | |
|---|---|
| Marquette University Law School Juris Doctor 1989 | 1986-1988 |
| Boston University School of Law | 1988-1989 |

## Mass Tort Experience

<u>In re Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation,</u> U.S.D.C. Southern Dist, Indiana, Case No. 1:14-ml-2570-RLY-TAB, MDL Docket No. 2570 (Presently coordinating master written discovery, including ESI discovery)

<u>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. IVC Filer</u> National Litigation, 2010 to present. (Lead trial counsel team member)

<u>In re Consolidated Fresenius Cases,</u> Middlesex Superior Court C.A. No. 2013-03400-O (Bellwether lead trial counsel team member)

<u>In re Massachusetts Asbestos Litigation</u>, Middlesex Superior Court, 1989 to present. (Led national discovery effort, served as co-lead trial counsel and managed thousands of cases).

<u>In re VIOXX Products Liability Litigation</u>, U.S.D.C. Eastern District Louisiana,  C.A. No: 05-2921 L,  MDL Docket No. 1657

<u>In Re: Gadolinium Based Contrast Agents Product Liability Litigation</u>, U.S.D.C. Northern District Ohio, Case No. 1:08-GD-5000, MDL Docket No. 1909

<u>In re Ortho Evra Products Liability Litigation</u>, U.S.D.C. Northern District Ohio, Case No. 1:06-4000, MDL Docket No. 1742

<u>In re Yasmin and Yaz(Drospirenone) Marketing Sales Practices and Relevant Products Liability Litigation</u>, U.S.D.C. Southern District of Illinois 3:09-md-02100-DRH-CJP, MDL No. 2100

<u>In re Avandia Marketing Sales Practices and Products Liability Litigation</u>, U.S.D.C. Eastern District of Pennsylvania MDL Docket No. 1871

<u>In re DePuy Orthopaedics, Inc. ASR Hip Implant Product Liability Litigation</u>, USDC Northern District Texas, Case No. 1:10-md-2197, MDL No. 2197

<u>In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Product Liability Litigation</u>, USDC Northern District Texas, Case No. 3:11-md-02244, MDL No. 2244