*Qualification Summary*

*Of*

# JOSEPH R. JOHNSON

# BABBITT, JOHNSON, OSBORNE & LE CLAINCHE

**1641 WORTHINGTON ROAD, SUITE 100**

**WEST PALM BEACH, FL 33409**

**(561) 684-2500**

**jjohnson@babbitt-johnson.com**

**EDUCATION**

**Florida State University, J.D., 1983**

**Florida State University, B.S. 1980**

**LICENSES**

**Florida 1983**

**U.S. District Court, Southern District of FL 1984**

**Supreme Court of the United States of America 2007**

**U.S. District Court, Middle District of FL 2012**

**PRACTICE AREAS AND CERTIFICATIONS**

**Medical Malpractice Litigation, Personal Injury Litigation, Class Action Litigation, Products Liability Litigation, and Medical Device Litigation**

**Board Certified by the Florida Bar, Civil Trial Law, 1996**

**PROFESSIONAL BACKGROUND**

**BABBITT, JOHNSON, OSBORNE & LE CLAINCHE (and predecessor firms), 1991 – present**

**MC CALL and JOHNSON (and predecessor firms), approximately 1987 - 1991**

**DAVIS, CRITTON et. Ll., approximately 1985 – 1987**

**WALTON, LANTAFF, SCHROEDER and CARSON, 1983 – 1985**

**PROFESSIONAL ASSOCIATIONS**

**Florida Civil Procedure Rules Committee 2008 – present**

**American Board of Trial Advocates**

**Florid Justice Association**

**American Association for Justice (AAJ)**

**REPRESENTATIVE CASES AND LITIGATIONS**

**INTERGEL LITIGATION (Medical Device Product Liability):**

- **PSC member in state coordinated litigation, Palm Beach County, Florida**
- **Co-Lead counsel discovery**
- **Negotiating team for global resolution**

**DRUG ELUTING STENTS LITIGATION (Medical Device Product Liability):**

- **PSC member state coordinated litigation, Palm Beach County, Florida**
- **Co-Lead counsel discovery**
- **Co-counsel summary jury trials**
- **Litigated post-regal PMA claims on behalf of injured plaintiffs**

**IVC FILTERS (BARD) LITIGATION (Medical Device Product Liability):**

- **Medical Monitoring Class Action – Florida**
- **Co-Lead counsel discovery**