# *Qualification Summary*

## *Of*

## GREGORY L. LAKER
### COHEN & MALAD, LLP
ONE INDIANA SQUARE, SUITE 1400
INDIANAPOLIS, INDIANA 46204
(317) 636-6481
www.cohenandmalad.com

GREGORY L. LAKER, born August 11, 1959, has been an equity partner and Chair of the Personal Injury Practice Group at Cohen & Malad, LLP, since 2002.

Education:   Indiana University (B.S., 1981); Indiana University School of Law, Indianapolis (J.D., 1984).

Professional Experience:  Cohen & Malad, PC, 1984-1989; Davis, Davis, Langan & Laker 1989-1994; Cohen & Malad, LLP (and predecessor firms) 1994 - present.

Jurisdictions Admitted to Practice:   State of Indiana; U.S.D.C., Northern District of Indiana; U.S.D.C., Southern District of Indiana; and Seventh Circuit Court of Appeals.

Professional and Bar Association Memberships:  American Association for Justice; Indiana Trial Lawyers Association; Indiana State Bar Association; and Indianapolis Bar Association.

Professional Achievements: Indiana Super Lawyer, Thomson Reuters 2007-2014; also voted Top 50 Lawyer in Indiana in 2010-2014; Indiana Local Litigation Star, *Benchmark Plaintiffs* 2013–Personal Injury Litigation; Best Lawyers, Woodward/White Inc., - Personal Injury Litigation, Plaintiffs 2015.

Representative Cases:  *Vann v. United Farm Family Mut. Ins. Co.*, trans. Granted, 792 N.E.2d 41 (Ind. 2003); *Vann v. United Farm Family Mut. Ins. Co.*, decision after remand, 790 N.E.2d 497 (Ind. App. 2003); *Vann v. United Farm Family Mut. Ins. Co.*, 778 N.E.2d 868 (Ind. App. 2002); *U.S. Metalsource Corp. v. Simpson*, 649 N.E.2d 682 (Ind. App. 4 Dist. 1995); *Waling v. Appel Service co., Inc*., 641 N.E.2d 647 (Ind. App. 1 Dist. 1994); *Mehl v. Mehl*, 619 N.E.2d 615 (Ind. App. 1993); *Simons v. Simons*, 566 N.E.2d 551 (Ind. App. 1 Dist. 1991).

Practice Areas: Product Liability, Personal Injury Litigation, and Medical Malpractice.

For all but five of his thirty years of practice, Greg has practiced at Cohen & Malad, LLP (and predecessor firms). Between 1989 and 1994, he practiced at Davis, Davis & Langan, in Indianapolis, where he became a partner after one year.  He returned to Cohen & Malad, LLP in 1994, where he has represented injury victims in complex civil litigation in state and federal courts throughout the country.  Greg has tried cases in Indiana, Pennsylvania and Colorado.  He has lectured on personal injury and mass torts in Indiana, Nevada and Louisiana.

Since 2002, Greg has been the Chair of Cohen & Malad's Personal Injury Practice Group, which has developed a national reputation representing consumers injured by dangerous drugs and/or defective medical products.   Since that time, Cohen & Malad, LLP has had a leadership role in several national litigations, including:
- Plaintiff's Steering Committee: *In Re:  Prem Pro Products Liability Litigation*
- National Coordinated Counsel in Pain Pump Device Litigation
- Plaintiff's Steering Committee: *In Re:  Consolidated Fresenius Cases* (GranuFlo) pending in the Commonwealth of Massachusetts

Greg and his team are currently representing plaintiffs around the country who have been injured by the following dangerous products:
- Vaginal mesh
- Metal on metal implants
- Contaminated steroid injectons
- Skechers shoes
- Yaz

In addition to these national litigations, Greg has represented victims of torts in many state courts, including Indiana, California and Florida.  His practice also includes representing victims of medical malpractice in Indiana and other states.