**RAMON ROSSI LOPEZ**
Attorney at Law

## EDUCATION

Loyola University of Los Angeles, B.S. 1972
Loyola Law School, J.D., 1978

## LICENSES

California, 1979
U.S. District Court, Central District of CA, 1979
U.S. Court of Appeal, 6th Circuit, 2001
U.S. District Court, New York City/Brooklyn
U.S. Court of Appeal, 5th Circuit
U.S. Court of Appeal, 9th Circuit
U.S. Court of Appeal, 3rd Circuit
U.S. District Court, Birmingham, AL
U.S. District Court, Seattle, WA
U.S. District Court, Cleveland, OH
U.S. District Court, Philadelphia, PA
Pro Hac Vices – NJ, PA, FL, MS, OH, IL
District of Columbia (Approved, pending swearing)

## PROFESSIONAL BACKGROUND

LOPEZ MCHUGH LLP, 2007 – Present
Managing and Founding Partner

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS, 1982 – 2006
Managing and Founding Partner

Plaintiff's Personal Injury Practice with emphasis on:
- Medical and other professional negligence;
- Product/medical device liability
- Insurance bad faith
- Wrongful termination/employment discrimination
- Vehicular accidents/ automotive defects
- Mass Tort Litigation
- Consumer Fraud
- Construction defect/construction injury
- HMO litigation
- Nursing home/elder abuse
- Environmental/Toxic Torts

**RAMON ROSSI LOPEZ**
Page 2 of 10

**AWARDS/ACCOLADES**

- American Academy of Barristers
- The Best Lawyers in America, 2006 – 2013
- Lawdragon Top 500 in America, 2006 – 2013
- OCTLA "Top Gun: Award, Mass Torts/Product Liability, 2004
- Southern California Super Lawyers for The Family and Consumer, 2007
- Super Lawyers, Orange County, 2004-2013
- Super Lawyers, Southern California, 2006 – 2013
- Top Lawyers In Orange County, 2006 – 2013
- American Academy Of Barristers, Fellow, 2003 (Life Member)
- ABOTA eligible, 2002
- Top 100 Trial Lawyers, The National Trial Lawyers, 2007-2013
- Register of Preeminent Professionals, 2013
- Martindale Hubbell, AV Rating, 1994-2013

**PROFESSIONAL ASSOCIATIONS**

- American Bar Association
- Consumer Attorneys of California (CAOC)
- American Association for Justice (AAJ)
- Orange County Trial Lawyers Association (OCTLA)
- Orange County Bar Association (OCBA)
- Orange County Barristers
- Consumer Attorneys of Los Angeles (CAOC)
- Legion Lex (Orange County Chapter)
- Western Trial Lawyers Association (WTLA)
- National Trial Lawyers
- Trial Lawyers for Public Justice (TLPJ)

**OTHER PROFESSIONAL ACTIVITIES**

- National Wildlife Federation – President's Council and Board of Directors (2013-2016)
- Moot Court Judge - Loyola Law School
- Arbitrator - Various Kaiser and other contractual arbitrations
- Judge *pro tem* - Orange County Superior Court
- Arbitration Panel, Orange County Superior Court
- Inns of Court - Orange County Chapter
- Kaiser party arbitrator
- The Apollo Alliance – Board Member
- Expert Witness – Professional Responsibility; Common Benefit Fee Criteria; Insurance Bad Faith

**RAMON ROSSI LOPEZ**
Page 3 of 10

## REPRESENTATIVE CASES AND LITIGATIONS

### *MGM FIRE LITIGAION*

- Represented 25 victims, participated in MDL activities, and resolved all favorably.

### *PAN AM-LOCKERBIE AIR CRASH*

- Represented family of 3 victims of the Pan American-Lockerbie Air Crash, MDL No. 799

### *HALLIBURTON/KBR CONVOY LITIGATION*

- Represents 7 families for wrongful death and 11 injured victims of a Halliburton/KBR convoy attack after intentionally and needlessly being deployed into the line of fire during the Iraq War in 2004. (Case consolidated in USDC, Houston, TX)
- Two Circuit court of Appeals decisions
- Certiori pending before the United States Supreme Court

### *SILICONE BREAST IIMPLANT LITIGATION*:

- Represented 500 women in state and federal courts
- Member of Plaintiff's Steering Committee, California Judicial Counsel Coordination Proceedings (JCCP)
- Co-Chair, Science Subcommittee in California JCCP
- Participated in negotiation and resolution of numerous cases

### *SHILEY HEART VALVE LITIGATION:*

- Represented foreign country recipients in individual and class action lawsuits

### *SYNTHROID MARKETING LITIGATION* (**MDL 1182**):

- Lead Counsel in Central District of California class action
- Member of Plaintiff's Steering Committee
- Lead Counsel for commercial claimants

### *LATEX LITIGATION (Mass Tort MDL in PA)*:

- Affiliated with Oregon-based firm
- Nomination to Plaintiff's Steering Committee

### *DIET PILL (Fen-Phen) LITIGATION:*

- Member of MDL Plaintiff's Management Committee and Discovery Committee
- Member of California State Plaintiff's Executive Committee
- Negotiated coordination of federal MDL and state court actions in California, Florida, Nevada and Oregon
- Invited member of Global Settlement Negotiations
- Chair of Phentermine Discovery Committee
- Lead trial counsel – California, Mississippi
- Negotiated settlements for 2000+ plaintiffs from various states.

### *REZULIN LITIGATION*:

- Co-Lead Counsel, MDL No. 1348 (one of four members of PEC)
- Lead counsel or co-counsel in 90-100 individual plaintiff's cases with confirmed liver damage or death in at least 10 states
- Member of state Plaintiff's Steering Committee
- Firm filed first Petition for MDL Coordination
- Invited speaker to first ATLA/NCA/Mealey's Rezulin conferences

### *PPA LITIGATION*:

- Co-Lead Counsel, Plaintiff's Executive Committee, JCCP 4166-California Coordination
- Chair, Mealey's Litigation Conferences (March 2001 and August 20010
- Plaintiffs' Executive Committee
- Discovery and Experts/Science Committee Member
- Common Benefit Fee and Cost Allocation Committee
- Co-lead Trial Counsel, First Bellwether case

### *BAYCOL LITIGATION*:

- Co-Lead and Co-Liaison Counsel, California JCCP
- Discovery Committee – foreign defendants (depositions in Amsterdam)
- Federal-Stated Liaison Counsel – Request and Appointment by MDL Judge, Michael Davis
- Appointment by Federal MDL Judge as Consultant/Advisor to the Court

### *MTBE LITIGATION*:

- Co-Lead Counsel with District Attorney of Orange County (People vs. ARCO, Shell, et al.)

**RAMON ROSSI LOPEZ**
Page 5 of 10

### ZYPREXA LITIGATION:

- Member and Organizer of Plaintiffs' Steering Committee
- Chair of Discovery Committee
- Member of Science and Experts Committee
- Member of Law and Research Committee
- Co-Chair Negotiating Committee
    - Successful Global Settlement of 8000 pending cases - $700,000,00
- Chair of Transition Team to new PSC
- Co-chair of ATLA Litigation Group
- Co-chair of Common Benefit Fees Allocation Committee

### VIOXX LITIGATION:

- Member of Discovery Committee
- Co-chair of AER Discovery project
- Moderator of ATLA Mock Trial

### GUIDANT MEDICAL DEVICE LITIGATION:

- Member of Plaintiff's Steering Committee
- Member of ADR/Negotiating Committee
- Liaison/Lead Counsel for 25 firms interests in Common Benefit Fees Assessment

### ORTHO EVRA LITIGATION

- Organizer of MDL PSC
- Sub-member of Lead Counsel committee with Janet Abaray
- Member of Discovery Committee

### KETEK LITIGATION

- Lead trial counsel
- NJ Coordination – Lead Trial and Liaison Counsel
- Federal and other state court actions
- Chair of private litigation group
- Plaintiff Negotiation Committee

**RAMON ROSSI LOPEZ**
Page 6 of 10

### GADOLINIUM LITIGATION

- State-Federal Liaison Counsel
- Plaintiff's Steering Committee – MDL and JCCP
- Bayer Discovery Committee
- GEHC Discovery Committee
- Co-chair, Mallinckrodt Discovery Committee
- Represented more than 100 NSF plaintiffs in state and federal courts

### CHANTIX LITIGATION

- Member of four-firm Plaintiff's Executive Committee – MDL
- Trial counsel for bellwether trial
- Discovery lead for AER source files
- Deposition team member

### IVC FILTERS LITIGATION

- Organizer and Chair of Private Litigation Group
- Lead Trial Counsel – CA, AZ, GA and NV
- State-Federal Court Liaison Counsel
- Medical Monitoring Class Actions – CA, PA and FL
- Co-chair Discovery Committee

### PRADAXA LITIGATION

- Sponsor and Speaker, First National Seminar, AAJ
- Co-chair, Discovery Committee
- Filed cases in both state and federal Courts
- Organizing Committee for State and Federal Coordination
- California-Federal Court Liaison Counsel
- Settlement Negotiating Committee

### LIPITOR LITIGATION

- Co-Chair, American Association for Justice, Litigation Group
- Co-Chair of Ad Hoc Discovery and Expert Committee
- Speaker, AAJ Seminar, Philadelphia, PA, Sept. 2013

**RAMON ROSSI LOPEZ**
Page 7 of 10

## PUBLICATIONS/PRESENTATIONS/ INVITED SPEAKING ENGAGEMENTS

- "BRIDGING THE GAP" - Seminar for new Bar admitees
- "CURRENT DEVELOPMENTS IN MEDICAL MALPRACTICE" - Annual Symposium of Orange County Podiatric Society
- "DISCOVERY STRATEGY" - The Orange County Chapter of Legion Lex
- "WHY SUE THE IMPLANTING PHYSICIAN" - National Breast Implant Symposium
- "TRYING A BREAST IMPLANT CASE" – California Trial Lawyers Association
- "AVOIDING LIABILITY AS A PRIMARY CARE PHYSICIAN OF PATIENTS WITH BREAST IMPLANTS" - The 5th Annual Breast Cancer Symposium
- "CURRENT LITIGATION TRIAL STRATEGY IN SUING 3M" - ATLA/BILG Seminar, Dallas, Texas, October 1996
- "HOW TO SURVIVE A SCORCHED-EARTH DEFENSE" - Consumer Attorneys of California, Winter Convention, April 1997
- "IMPORTANCE OF RADIOLOGY EVIDENCE IN BREAST IMPLANT LITIGATION"- ATLA/BILG Seminar, Las Vegas, April 1997
- "TORT TRENDS INTO THE 21st CENTURY" - CEB, 1997
- "MEDICAL LITERATURE AND EXPERT DATABASE/LIBRARY" - ATLA, JULY 1997
- "CHALLENGING A JUDGE FOR CAUSE" - CAOC, March 1998
- "DAUBERT - FROM THE PLAINTIFF'S PERSPECTIVE" - OCBA, SEPT. 1998
- "DIET PILL LITIGATION - ADVANCED COURSE II" - WTLA, Seminar Moderator and Speaker, December 1998
- MDL-1203 Discovery Seminar - Organizer and co-chair - June 1999 / September 1999
- FEDERAL MDL – 1203 (Diet Drugs/Fen-Phen) TRIAL PACKAGE SEMINAR – Lecture on Motions in Limine and Trial Illustrations, Las Vegas, March 2000
- MEALEY'S FEN-PHEN CONFERENCE – "The MDL Trial Package and Generic Expert Witnesses, West Palm Beach, Florida, March 2000.
- FEDERAL MDL No. 1203 – TRIAL SEMINAR, Santa Fe, New Mexico, May 2000.
- MEALEY'S FEN-PHEN CONFERENCE – Motions in Limine, Marina del Rey, California, June 2000
- DEPOSITION DO'S AND DON'TS – "The Gavel" OCTLA Magazine
- FEDERAL MDL No. 1203 – MOCK TRIAL SEMINAR – New Orleans, LA, Aug. 2000
- CAOC CONVENTION – Chair of Mass Tort Seminar, Monterey, CA, Nov. 2000
- MEALEY'S REZULIN CONFERENCE – "The Learned Intermediary Doctrine" - Phoenix,

**RAMON ROSSI LOPEZ**
Page 8 of 10

- AZ, Oct. 2000.
- 5th ANNUAL DRUG AND MEDICAL DEVICE CONFERENCE – "The Plaintiff's Case", New York City, NY, Dec. 2000
- PPA LITIGATION GROUP – Chair and Sponsor, Organization of National Plaintiffs' Firms and Seminar, Newport Beach Four Seasons, Jan./Feb. 2001,
- ATLA WINTER CONVENTION - New Orleans, LA, Feb. 10-14, 2001
- PPA/EPHEDRA – MEALEY'S CONFERENCE, Co-Chair, Philadelphia, PA, March, 2001
- ATLA SUMMER CONVENTION – Montreal, Canada, July 14-18, 2001; PPA MDL PSC co-chair meetings and seminars
- REZULIN MDL DISCOVERY SEMINAR, Co-Chair, Pensacola, FL, August 2001
- PPA/EPHEDRA – 2ND MEALEY'S CONFERENCE, Co-Chair, San Diego, CA, AUGUST 16-17, 2001
- MEALEY'S REZULIN LITIGATION CONFERENCE, Phoenix, AZ, April 22-23, 2002, The Introduction of Scientific Evidence and Expert Testimony in Federal and State Court
- ALI-ABA LONDON PROGRAM – United State Domestic and International Litigation and Dispute Resolution: *Current Developments and Their Impact on U.S. and European Companies, Insurers and Lawyers,* April 10-12, 2002, London England, Invited Speaker
- MEALEY'S PPA AND EPHEDRA CONFERENCE, San Diego, CA, August 1-2, 2002, CO-CHAIR, Presentation on MDL status; co-chair MDL PSC meetings
- MASS TORTS MADE PERFECT, Las Vegas, January 16-17, 2003, How to develop a pharmaceutical case from due diligence to conclusion
- DEFENSE STRATEGIES FOR PHARMACEUTICAL AND MEDICAL DEVICE LITIGATION, Phoenix, AZ, February 3-4, 2003,
- MEALEY'S FEN-PHEN CONFERENCE, March 13-18, 2003, Speaker and panel member
- CAOC CONVENTION, Monterey, CA, April 10-13, 2003
- MEALEY'S EPHEDRA CONFERENCE, Pasadena, CA, April 28-30
- MEALEY'S BAYCOL CONFERENCE, Florida, June 2-3, 2003
- ATLA SUMMER CONVENTION, San Francisco, CA, July 20-22, 2003; co-chair Rezulin MDL PSC meeting
- EPHEDRA SUMMIT MEETING, August 12, 2003
- CAOC CONVENTION, Las Vegas, NV, September 5-6
- ABA CLASS ACTIONS SEMINAR, October 24, 2003
- MASS TORTS MADE PERFECT, New Orleans, LA, November 6-7
- MEALEY'S PARALEGAL SEMINAR, Los Angeles, CA, November 18, 2003, Speaker: developing a new mass tort

**RAMON ROSSI LOPEZ**
Page 9 of 10

- ACI DRUG AND MEDICAL DEVICE CONFERENCE, New York, NY, Dec. 14-16, 2003, Panel speaker
- ATLA WINTER CONVENTION, Orlando, FL, Sept. 16-18, 2004; Welding Rods Litigation Group meeting; Begin development of Zyprexa Litigation Group
- MEALEY'S WELDING RODS CONFERENCE, Las Vegas, NV, March 11-12, 2004 OCTLA Seminar, March 13, 2004
- MASS TORTS MADE PERFECT, San Francisco, CA, March 18-19, 2004, Speaker: Zyprexa
- MEALEY'S EPHEDRA AND PPA CONFERENCE, San Diego, CA, May 10-11, 2004, Panel member
- ATLA WINTER CONVENTION, Boston, MA, July 3-7, 2004, Zyprexa PSC meetings, TLPJ
- HRT MDL MOCK TRIAL, Las Vegas, NV, October 1-2, 2004
- MASS TORTS MADE PERFECT, Las Vegas, NV, November 11-12, 2004
- ACI DRUG AND MEDICAL DEVICE – A NEW STANDARD FOR MASS TORT LITIGATION, New York, NY, December 12-14, 2004, Panel member: 360 Degrees of Insight into Baycol
- MEALEY'S VIOXX CONFERENCE, Philadelphia, PA, January 20-21, 2005
- ATLA WINTER CONVENTION, Palm Springs, CA, January 29-February 2, 2005, Litigation at Sunrise, speaker, Zyprexa Litigation
- PEPPERDINE LAW SCHOOL SYMPOSIUM – Emerging Issues in Preemption of Medical Drugs, Malibu, CA, April 9, 2005, speaker panel
- PPA MDL TRIAL PREP SEMINAR, Dallas, TX, April 12, 2005
- ATLA VIOXX MOCK TRIAL, New Orleans, LA, May 19-20, 2005, Moderator
- ATLA SUMMER CONVENTION, Toronto, Canada, July 20-27, 2005; Chair, Zyprexa Litigation Group meeting; Chair Zyprexa MDL PSC/DC meetings
- ATLA HEART DEVICE LITIGATION, Las Vegas, NV, September 15, 2005; Speaker: Potential Liability of Third Party Suppliers
- ATLA SEMINAR – TRENDS AND HOT TOPICS IN PHARMACEUTICAL LITIGATION, Las Vegas, NV, September 16-17; Moderator
- ATLA SEMINAR – MASS TORT LITIGATION, Las Vegas, NV, November, 2006: Speaker: Zyprexa Litigation, Settlement and Litigation Status, Liability Case.
- ATLA SEMINAR – PHARMACEUTICAL LITIGATION, Miami, FL, February 2007, The Impact of the Drug Sales Representative on Your Case
- ATLA SUMMER CONVENTION, Chicago, IL, July 2007, Ethical Considerations in the Resolution of Mass Tort Cases

**RAMON ROSSI LOPEZ**
Page 10 of 10

- MASS TORTS MADE PERFECT, Las Vegas, NV, November, 2007, SSRI Birth Injuries; Ketek Litigation
- AAJ BIG PHARMA CONFERENCE, Las Vegas, NV, February, 2008, Winning in Settlement Negotiations: the How and When For Success
- AAJ GADOLINIUM LITIGATION GROUP MEETING, Las Vegas, NV, February, 2008, State-Federal Coordination
- MEALEY'S PHARMACEUTICAL LITIGATION SUPER CONFERENCE, Chicago, IL, Jun2, 2008, Chair of 3 day conference; Ketek Litigation presentation.
- MASS TORTS JUDICIAL FORUM with HB and Honorable Marina Corodemus, Philadelphia, PA, June 2011, Panel member and presenter
- AAJ PRADAXA SEMINAR, Baltimore, MD, April, 2012, Speaker – Foreign Regulatory Activity
- IVC LITIGATION SEMINAR, Philadelphia, PA, August, 2012, Chair
- AAJ LIPITOR LITIGATION GROUP, Organizational Meeting, San Francisco, CA, July 2013
- AAJ MEDICAL DEVICE AND PHARMACEUTICAL CONFERENCE, Speaker, Lipitor Litigation, September 2013
- AAJ LIPITOR LITIGATION GROUP, Co-Chair and Present at Lipitor Litigation Group Meeting, New Orleans, LA, February, 2014