**CURRICULUM VITAE**

**BEN C. MARTIN**
LAW OFFICES OF BEN C. MARTIN
3219 MCKINNEY AVENUE, SUITE 100
DALLAS, TEXAS 75204
PHONE (214) 761-6614   FAX (214) 744-7590
E-MAIL: BMARTIN@BENCMARTIN.COM

DATE OF BIRTH:     September 13, 1960
PLACE OF BIRTH:    Dallas, Texas

## EDUCATION AND TRAINING

1983    B.B.A., University of North Texas, Denton, Texas

1986    J.D., Baylor University School of Law, Waco, Texas

## PROFESSIONAL EXPERIENCE

Founder of the Law Offices of Ben C. Martin, a trial firm which has represented clients in civil litigation involving injury, including complex mass torts, pharmaceutical product liability involving dangerous drugs and medical devices.  Ben Martin has represented clients in catastrophic injury litigation including oil field explosions, medical malpractice, trucking and automobile collisions, premises liability, and asbestos related deaths, and handled commercial litigation cases involving business and corporate disputes and infringement of intellectual property.

### Experience in Pharmaceutical Litigation and Mass Tort

Mr. Martin has represented literally thousands of individuals in mass tort cases, many of which were filed or transferred to MDL proceedings.  He has prepared from the ground up several cases involving dangerous pharmaceuticals, several of which were tried to verdict.  Those cases included a fen-phen case tried to a $150,000,000 verdict in Jefferson County Mississippi (Michael Gallagher lead counsel), a Rezulin case tried to a $23,000,000 verdict in Hidalgo County, Texas (Michael Gallagher lead counsel), and a surgical products liability case tried to a successful verdict against Ethicon in Dallas, Texas (Ben C. Martin lead counsel).

## PROFESSIONAL MEMBERSHIPS

Admitted to practice in all state courts in Texas

Ben C. Martin                                                                                                          Page 2
_____

    Member of the bar of the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, the United States District Court for the District of Colorado, the United States Court of Appeals for the Fifth Circuit, and the U.S. Court of Claims

    Advocate, The American Board of Trial Advocates

    Texas Trial Lawyers Association

    Dallas Bar Association

    American Bar Association

    Dallas Trial Lawyers Association

    Mississippi Trial Lawyers Association (Honorary lifetime member)

    American Association of Justice

    Texas Bar Foundation

## <u>CERTIFICATIONS</u>

    *Board Certified* in Civil Trial Law, Texas Board of Legal Specialization

    *Board Certified* in Personal Injury Trial Law, Texas Board of Legal Specialization

## <u>PROFESSIONAL APPOINTMENTS</u>

    President, Dallas Chapter of the American Board of Trial Advocates, 2014

## <u>AWARDS AND HONORS</u>

    Texas Super Lawyer, Texas Monthly Magazine, 2005-2014

    "Top 100 Trial Lawyers", National Trial Lawyers, 2011-2014

    "AV preeminent" rating with Martindale-Hubbell

## <u>PROFESSIONAL PRESENTATIONS</u>

    "Preparation of the Personal Injury Case – From the Initial Interview Through Trial," State Bar of Texas Summer Bar Seminar, Cancun, Mexico

Ben C. Martin                                                                                                          Page 3
_____

"Trying the Wrongful Death Case in Texas: Strategies in Preparation and Valuation," National Business Institute

"Personal Injury– Anatomy of a Case," Advanced Civil Trial Seminar for Attorneys, Legal Assistants, and Other Legal Professionals, Legal Assistants Division, State Bar of Texas

"Physician and Hospital Liability," Problem Based Sleep Medicine Course for the Primary Care Practitioner: Establishing a Differential Diagnosis and Treatment Plan, The Houston Sleep Consortium

"Evidence for Paralegals: Obtaining, Managing and Using All Types of Information, Opinion Evidence", speaker, "Causation," Texas State Bar 2009 Advanced Personal Injury Trial Course, Dallas, Texas

## TEACHING

Former Adjunct Professor, Southern Methodist University School of Law

Former Instructor, National Institute of Trial Advocacy