# DAVID P. MATTHEWS
**Matthews & Associates**
2905 Sackett
Houston, Texas 77098

**ADMISSIONS:**

| | |
|---|---|
| State Bar of Texas | 1988 |
| U. S. Court of Appeals, 5th Circuit | 1990 |
| State Bar of Mississippi | 2004 |
| State Bar of New York | 2004 |
| State Bar of Pennsylvania | 2009 |
| United States Court of Federal Claims | 2010 |
| U. S. Court of Appeals Federal Circuit, Washington, D.C. | 2010 |
| U. S. District Court for the Western District of Tennessee | 2011 |

U. S. District Court, for the Southern, Northern, Eastern and Western Districts of Texas
U. S. District Court for the Eastern, Northern, and Southern District of New York
U. S. District Court for the Northern and Southern District of Mississippi

**CERTIFICATIONS:**

Board Certified, Personal Injury Trial Law by the Texas Board of Legal Specialization

**HONORS & AWARDS:**

Texas Super Lawyer

**FIRM AFFILIATIONS:**

| | |
|---|---|
| Matthews & Associates<br>    Partner | January 1, 2007 - present |
| Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>    Associate & Partner | 1990 - 2006 |

**PROFESSIONAL ASSOCIATIONS & MEMBERSHIPS:**

American Board of Trial Lawyers (ABOTA)
American Bar Association (ABA)
American Association for Justice (AAJ)
Houston Bar Association (HBA)
State Bar of Texas
Texas Bar Foundation
Texas Trial Lawyers Association (TTLA)
    Board of Directors
Mississippi Bar Association
New York Bar Association

      Federal Bar Association
      Fellow of the American Bar Foundation

**EDUCATION:**

      J.D., South Texas College of Law, Houston, Texas          1988
           Honors:
                Recipient, American Jurisprudence Awards: Property, Civil Procedure
                Law Review, South Texas College of Law, Assistant Editor, 1988
                Law Review, South Texas College of Law, Comment Editor

      B.A., University of Wisconsin at Madison                  1984

---

      Mr. Matthews presently is the named partner of the law firm of MATTHEWS & ASSOCIATES in Houston, Texas. He has been practicing law for 25 years.

      Mr. Matthews has represented thousands of clients in pharmaceutical products liability MDLs and have served in various leadership capacities and committees in those MDLs, including being a member of the Transvaginal Mesh Steering Committees for the majority of mesh MDLs pending in West Virginia; Pradaxa Executive Committee, Trayslol Plaintiffs' Steering Committee, Zyprexa Plaintiffs' Steering Committee, the Texas State Vioxx MDL Plaintiffs' Steering Committee where he was also appointed to create and maintain the State Depository of Records produced by that pharmaceutical defendant and other records; the Science Committee of the Vioxx federal MDL and also active participant in the discovery efforts in that litigation; and the plaintiffs' counsel group in the Seroquel litigation.

      Mr. Matthews previously handled the largest Rezulin docket in the country. In handling the Rezulin docket, he hired multiple experts, epidemiologists, pharmacologists, internists, and others essential to building a solid case against this glitazone. He likewise retained a solid bank of experts in the Transvaginal Mesh, Vioxx and other pharmaceutical drug and device litigations. He also was a speaker at the Endocrinologic and Metabolic Drugs Advisory Committee for the Center for Drug Evaluation and Research of the Food and Drug Administration regarding Rezulin on May 19, 2000 to discuss the rationale for regulatory action regarding the withdrawal of Rezulin.

      Mr. Matthews is currently admitted to practice before all state courts in Pennsylvania, New York, Mississippi, and Texas, where he is Board Certified in Personal Injury Trial Law. He is also admitted to practice in the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, Southern District of Mississippi, and Southern District of New York. He is a Martindale-Hubble A-V rated attorney, a member of the American Board of Trial Attorney, American Association for Justice, Texas Trial Lawyers Association, Houston Trial Lawyers Association, and have tried more than 80 cases to verdict. He is also a guest

lecturer for Rice University where he gives an annual lecture on drug design and FDA regulation.

Mr. Matthews was previously a partner at the firm of Abraham, Watkins, Nichols, Sorrels, Matthews & Friend for ten years, where he headed the Mass Tort litigation department. He left that partnership to form the firm of Matthews & Associates in January 2007. He brought to his new firm his entire pharmaceutical litigation staff that he had in place at Abraham, Watkins, Nichols, Sorrels, Matthews & Friend. Over the last ten plus years, he has developed a sophisticated mass torts department that is well recognized across the country.

Matthews & Associates is a law firm of ten attorneys, including an of counsel probate attorney, located in Houston, Texas. Most recently, my firm has represented over 1900 Vioxx clients in lawsuits filed including 300 in the Texas MDL, 100 in the Superior Court of New Jersey MDL, and 1500 in the Federal MDL. Matthews & Associates has distinguished itself as particularly well-suited for helping clients involved in pharmaceutical and mass tort cases, having represented thousands of clients with claims including Pelvic Mesh, Reglan, Pradaxa, Fosamax, Mirena, Testosterone Replacement Therapies, Accutane, Fen-Phen, Rezulin, PPA, OxyContin, Vioxx, Celebrex, Bextra, Zyprexa, Avandia, and Gadolinium. More specifically, Mr. Matthews served our American and Puerto Rican clients in the following MDL cases:

- MDL 1203: In Re: Diet Drugs Products Liability Litigation
- MDL 1348: In Re: Rezulin Products Liability Litigation
- MDL 1355: In Re: Propulsid Products Liability Litigation
- MDL 1401: In Re: Sulzer Hips Prosthesis and Knee Prosthesis Products Liability Litigation
- MDL 1407: In Re: Phenylpropanolamine (PPA) Products Liability Litigation
- MDL 1431: In Re: Baycol Products Liability Litigation
- MDL 1477: In Re: Serzone Products Liability Litigation
- MDL 1481: In Re: Meridia Products Liability Litigation
- MDL 1507: In Re: Prempro Products Liability Litigation
- MDL 1596: In Re: Zyprexa Products Liability Litigation
- MDL 1598: In Re: Ephedra Products Liability Litigation
- MDL 1657: In Re: Vioxx® Marketing, Sales Practices and Products Liability Litigation
- MDL 1699: In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation
- MDL 1708: In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation
- MDL 1724: In Re: Viagra Products Liability Litigation
- MDL 1726: In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation
- MDL 1742: In Re: Ortho Evra Products Liability Litigation
- MDL 1769: In Re: Seroquel Products Liability Litigation

- MDL 1789:      In Re: Fosamax Liability Litigation
- MDL 1871:      In Re: Avandia Marketing, Sales Practices and Products Liability Litigation
- MDL 1909:      In Re: Gadolinium Contrast Dyes Products Liability Litigation
- MDL 1928       In Re: Trasylol Products Liability Litigation
- MDL 2187       In Re:  C.R. Bard, Inc. Pelvic Repair System Products Liability Litigation
- MDL 2325       In Re:  American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation
- MDL 2326       In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- MDL 2327       In Re:  Ethicon, Inc. Pelvic Repair System Products Liability Litigation
- MDL 2385       In Re:  Pradaxa Products Liability Litigation
- MDL 2387       In Re:  Coloplast Corp. Pelvic Repair System Products Liability Litigation
- MDL-2434       In Re:  Mirena IUD Products Liability Litigation
- MDL 2440       In Re:  Cook Medical, Inc. Pelvic Repair System Products Liability Litigation
- MDL 2511       In Re:  Neomedic. Pelvic Repair System Products Liability Litigation