# TORISEVA LAW

## TERESA C. TORISEVA

**Contact Information:**
1446 National Road
Wheeling, WV 26003
Email:
tct@torisevalaw.com
(304) 238-0066 (office)
(304) 780-5530 (cell)
(304) 238-0149 (fax)



### STATE COURT ADMISSIONS

West Virginia

Pennsylvania

### FEDERAL COURT ADMISSIONS

U.S. Court of Appeals, Fourth Circuit

Federal Court of Claims

U.S. District Court for the Southern District of West Virginia

U.S. District Court for the Northern District of West Virginia

### ACADEMIC BACKGROUND

- B.S., Biology, Wheeling Jesuit University, 1992

    Summa Cum Laude

    Laut Honors Scholar

- J.D., West Virginia University College of Law, 1995

    Order of the Coif
    Order of the Barrister

Ms. Toriseva is a Martindale-Hubbell AV® rated trial lawyer. She is distinguished as one of the Top Lawyers in West Virginia as provided in the Legal Network, 2013. She also hones her skills on a host radio WKKX AM 1600 weekly radio show on law and politics ("Tee Time").

### COURT APPOINTED AND ELECTED POSITIONS

1. Co-lead counsel, Kugel Mesh Multi District Litigation (MDL) (now concluded litigation), appointed by the United States District Court for the District of Rhode Island, October 2007

2. Member of the West Virginia Lawyer Disciplinary Board from 2011 through 2013 (3 year term).

3. Member of the Plaintiffs' Steering Committee for Kugel Mesh State Court from September 28, 2007 to present.

4. Member of Plaintiffs' Steering Committee for New York State ReNu with MoistureLoc Litigation, Index No. 766,000/07

5. Member of Plaintiffs' Steering Committee for In re Guidant Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 1708

6. Member of Plaintiffs' Steering Committee for In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation, MDL No. 1726 and Plaintiffs' Steering Committee member in charge of Law & Briefing Committee

7. Member of Plaintiffs' Steering Committee for In re Medtronic, Inc., Sprint Fidelis Leads, Products Liability Litigation, MDL No. 08-1905

8. Member of Plaintiffs' Steering Committee for In re Digitek Product Liability Litigation, MDL No. 2:08-md-1968

**TORISEVA LAW**

**OTHER PROFESSIONAL LEADERSHIP**

1. Past President, West Virginia Association for Justice (formerly the West Virginia Trial Lawyers Association), 2007-2008
2. Member, List Server Policy Enforcement Subcommittee of the Section and Litigation Group Coordination Committee (3 year term)
3. Litigation Group Leadership Council July 2006 to present
4. Chair, Guidant sub-group, American Association for Justice ("AAJ") Heart Device Litigation Group, July 2005
5. Co-chair, AAJ Heart Device Litigation Group, appointed July 2005
6. Co-chair, AAJ Bausch and Lomb Contact Lens Solution Litigation Group, appointed July 2006 thru July 2008
9. Member, Drugs and Medical Device Preemption Task Force, Appointed July 2006
10. Member, Campaign for Legal Aid Leadership Committee, West Virginia, 2006-2007
11. Special Assistant Attorney General for the State of West Virginia in Plavix antitrust litigation, 2418, 2013-present.
12. Special Assistant Attorney General for the State of West Virginia in Comcast antitrust litigation, 2034, 2009-present.
13. Special Assistant Attorney General for the State of West Virginia in Visa and MasterCard antitrust litigation, 03-C-551, 2003 to 2009.
14. Special Assistant Attorney General for the State of West Virginia in Augmentin antitrust litigation, 04-C-254M, 2004.
15. Special Assistant Attorney General for the State of West Virginia in consumer protection litigation against ten Wall Street investment banking firms, 2003 to 2005.
16. Special Assistant Attorney General for the State of West Virginia in Relafen antitrust litigation, 04-C-254M, 2004.
17. Special Assistant Attorney General for the State of West Virginia in Paxil consumer protection litigation, 04-C-254M, 2004.
18. Special Assistant Attorney General for the State of West Virginia in Paxil antitrust litigation, 04-C-254M, 2004.
19. Co-Chair, Heart Device Litigation Conference of Experts, Med-Expertise Inc. Seminar, Houston, Texas, January 18, 2006.
20. Appointed as Special Assistant Attorney General for the State of West Virginia to serve as lead counsel in Risperdal and Duragesic prescription drug consumer protection litigation, 04-C-156, in 2004.
21. Appointed in the Preemption Law Litigation Group Governing Board for the American Association for Justice in charge of Education Outreach, September 2006.

**MEMBERSHIPS**

1. Member, West Virginia State Bar
2. Member, Pennsylvania State Bar
3. President and member of the Executive Committee, West Virginia Association for Justice (formerly the West Virginia Trial Lawyers Association)
4. Member, Ohio County Bar Association

# TORISEVA LAW

## PRESENTATIONS

- "Advances Uninsured/Underinsured Motorist Law" National Business Institute, Wheeling, West Virginia, June 17, 2014.
- "Client/Lender Relationship in This New Era" FJA Masters of Justice Seminar, Orlando, Florida, October 16, 2009.
- Kugel Mesh Litigation Group Meeting, "The Science of the Case", July 13, 2008, Philadelphia, PA
- "Issues Affecting the West Virginia Bar Association" 50th Annual Convention & Seminar, West Virginia Association for Justice, June 12, 2008.
- "Mass Torts in a Modern World", WVU/CLE Canaan Litigation Seminar, West Virginia State Bar, presented February 1 & 2, 2008
- "Navigating Complex Litigation, Class Action, and MDL's...An Overview From Case Inception To Exit Strategies (And The Chaos In Between)", Louisiana State Bar Association, presented November 18-20, 2007, New York, New York
- "The Government Standards Defense" (AKA using preemption to accomplish tort reform), The Brookings Institute for Judicial Education, Northwestern Univ. School of Law, presented November 11 & 12, 2007, Chicago, Illinois
- "The Medtronic Sprint Fidelis Leads Recall" Mass Torts Made Perfect, presented November 8-10, 2007, Las Vegas, Nevada
- "Medtronic Defibrillator Lead Wire Recall", Mass Torts Made Perfect Teleseminar, presented October 25, 2007
- "Preemption - Evaluating the Litigation Risk from Both Sides - A Comprehensive Survey" Louisiana State Bar Association, presented October 19, 2007, New Orleans, Louisiana
- "Preemption Update", American Association for Justice, presented July 18, 2007, Chicago, Illinois
- "ReNu Contact Lens Solution:  The Bausch & Lomb Litigation", American Association for Justice, presented July 17, 2007, Chicago, Illinois
- "Navigating a Filed MDL", Mealey's Teleseminar, presented June 19, 2007, Chicago, Illinois
- "Pharmaceutical and Medical Device Audio Conference", Med-Expertise Teleseminar, May 8, 2007, presented on the following:
    - Kugel Mesh Hernia Patch
    - Medtronic & Guidant Heart Devices
    - ReNu with MoistureLoc
- Moderator and Program Planner, Kugel Mesh Teleseminar, American Association for Justice, April 12, 2007
- "Price Fixing - Legal Nurses", April 10, 2007, Wheeling, West Virginia
- "Mass Torts Made Perfect Kugel Mesh", March 30, 2007, Las Vegas, Nevada
- Litigation at Sunrise, AAJ, February 13, 2007, Miami, Florida
- Kugel Mesh Litigation, American Trial Lawyers Association Convention,

**TORISEVA LAW**

February 11, 2007, Miami Beach, Florida

- "Countdown to Trial: 100 Days of Preparation", West Virginia Trial Lawyers Association, February 2, 2007, Charleston, West Virginia.
- "Litigation Status of Guidant Cases: Cases Set for Trial", Heart Devices Teleseminar, December 12, 2006.
- "Preemption - Judicial Interpretation of the FDA's Final Rule", Mealey's Teleconference, November 28, 2006.
- "Protecting the Public: Pharmaceutical and Medical Device Litigation Seminar", American Association for Justice, November 17, 2006, Las Vegas, Nevada.
- ReNu Contact Lens Solution Litigation: "Seeing" Through the Issues, October 13, 2006, Mass Torts Made Perfect, Las Vegas, Nevada
- "Defibrillator and Pacemaker Recalls: A Medical Audio Conference" Med-Expertise, September 20, 2006.
- "Ophthalmology 101", Harris Martin Contact Lens Solution Litigation Conference, July 26, 2006, Chicago, Illinois.
- "Renu with MoistureLoc and Microbial Keratitis" AAJ Bausch and Lomb Litigation Group Meeting, July 18, 2006, Seattle, Washington.
- "Is Preemption Going to Kill Us?" American Association for Justice (AAJ) Heart Device Litigation Group Meeting, May 12, 2006, Washington D.C.
- "Guidant Litigation Update," Mass Torts Made Perfect Seminar, March 29-30, 2006, Miami, Florida.
- "Guidant and Medtronic Litigation Update," American Association for Justice Annual Convention, February 21, 2006, Main Session.
- "Vioxx Hot Documents," AAJ Cox-II Litigation Group Convention,
- February 20, 2006, Honolulu, Hawaii.
- "Case Selection and Screening for Heart Devices," AAJ Heart Device Litigation Group Meeting, February 20, 2006, Honolulu, Hawaii.
- "A Roadmap for Defeating the Preemption Argument Under the 'Medical Devices Act'," Med-Expertise Inc. Seminar, January 18, 2006, Houston, Texas.
- "Class III Medical Device MDA Preemption", AAJ Heart Device Litigation Group Meeting, December 15, 2005, Minneapolis, Minnesota.
- "Major Legal Issues in Heart Device Litigation," AAJ Heart Device Litigation Seminar,. September 15, 2005.
- Course advisor, AAJ Heart Device Litigation Seminar, September 15, 2005, Las Vegas, Nevada.
- "Analysis of Complex Legal Issues in Heart Device Litigation," AAJ Heart Device Litigation Group, Educational Seminar, September 15, 2005, Las Vegas, Nevada.
- "Advisory Panel to Health Canada: Canadian Panel Decision Approving Vioxx Rejection Bextra," AAJ Annual Convention, Bextra/Celebrex Litigation Sub-group Meeting, July 26, 2005Toronto, Ontario.
- "Theories of Causation and Mechanism for Cox-2 NSAIDS," AAJ Annual Convention, July 24, 2005, Toronto, Ontario.
- "Heart Device Litigation Overview, AAJ Annual Convention," Vioxx Litigation Group Meeting, July 25, 2005, Toronto, Ontario.
- "Overview of the Litigation Involving Guidant and Medtronic ICDs and

**TORISEVA LAW**

CRT-Ds," Mealey's Heart Device Litigation Teleconference, July 21, 2005.

- "Update on Discovery," Mealeys Vioxx Litigation Conference, June 22, 2005, New Orleans, Louisiana.
- "Case Selection and Screening," Bextra Litigation Conference, May 18, 2005, New Orleans, Louisiana.
- "Bextra and Celebrex – Case Selection and Screening," AAJ Teleseminar, April 26, 2005.
- "Vioxx: An FDA Blunder?," West Virginia Trial Lawyers Association Mid-Winter Seminar, February 18, 2005, Charleston, West Virginia.
- "Vioxx Timeline," presented at Vioxx Litigation Seminars in 2004 and 2005 in Charleston West Virginia, Columbus Ohio, Nashville Tennessee, Indianapolis Indiana, Louisville Kentucky, Little Rock Arkansas and Washington Pennsylvania.
- Course advisor, AAJ Heart Device Litigation Group Seminar, September 15, 2005, Las Vegas, Nevada.
- Interviewed for article, "Implanted Defibrillators Linked To Patient Deaths And Injuries," Trial Magazine, October 2005.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, February 15, 2005, Cincinnati, Ohio.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, February 14, 2005, Nashville, Tennessee.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, January 24, 2005, Washington, Pennsylvania.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, January 12, 2005, Louisville, Kentucky.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, January 11, 2005, Indianapolis, Indiana.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, December 2, 2004, Columbus, Ohio.
- "From drug development to withdrawal," Vioxx Litigation Strategy Seminar, November 19, 2004, Charleston, West Virginia.
- "Anticipating Litigation Pitfalls," Wheeling Academy of Law and Science, August 20, 2004, Wheeling, West Virginia.
- "My Legal Career, My Jesuit Education," Wheeling Jesuit University Wellness Forum, April 4, 2001, Wheeling, West Virginia.
- "Small firms handling mass torts," Tobacco Litigation Seminar, Spring 1998, Jacksonville, Florida.
- "Did interpretation of Title VII take a wrong turn?" W.Va. Law Review, St. Mary's Honor Center v. Hicks, Vol. 96, Fall 1993: No. 1.

**PUBLICATIONS**

- "Kugel Mesh – Another Mess for American Health Care Consumers" American Association for Justice, Teresa C. Toriseva, (Volume 13, No. 2, Winter 2008).
- "The Sprint Fidelis Recall: More trouble for an Embattled Heart Device Manufacturer" American Association for Justice, Teresa C. Toriseva, (Volume 13, No. 2, Winter 2008).
- "More Pain For Hernia Patients" American Association for Justice, Teresa C. Toriseva, (Volute 44, Issue 1, January 2008).

**COMMUNITY INVOLVEMENT**

- Board of Directors, Wheeling Country Day School, Wheeling, WV  July 2008 – present