# JULIA REED ZAIC
## *Attorney at Law*

---

### EDUCATION

Rutgers- The State University of New Jersey, J.D., 2001
University of South Florida, M.S.P.H., Toxicology 1998
University of South Florida, B.A., 1992

### LICENSES

Florida, 2001
California, 2003
U.S. District Court, Central District of CA, 2004
U.S. District Court, Southern District of FL, 2012
U.S. District Court, Middle District of FL, 2014

### PROFESSIONAL BACKGROUND

**HEAVISIDE REED ZAIC**, 2011 – Present
Managing and Founding Partner

**REED ZAIC**, 2006 – 2011
Managing and Founding Partner

**MENEO LAW GROUP**, 2006 - 2009
Of Counsel

**LOPEZ, HODES, RESTAINO et al**., 2002 – 2006
Associate Attorney

**SUPERIOR COURT OF NEW JERSEY** 2001 - 2002
Hon. Marina Corodemus (Ret.)
Judicial Law Clerk (Mass Torts Section)

Plaintiff's Personal Injury Practice with emphasis on:
- Product/medical device liability
- Mass Tort Litigation
- Environmental/Toxic Torts
- False Claims Act consulting

### PROFESSIONAL ASSOCIATIONS

- American Bar Association
- American Association for Justice (AAJ)

**JULIA REED ZAIC**
Page 2 of 4

## REPRESENTATIVE CASES AND LITIGATIONS

### *PPA LITIGATION (Pharmaceutical Product Liability)*:

- Negotiating team for class resolution of Dexatim/PPA-containing products
- Presenter, MEALEY'S EPHEDRA AND PPA CONFERENCE, San Diego, CA, May 10-11, 2004
- Member of the Trust Advisory Committee for Bankruptcy proceedings related to Thompson Medical class resolution of Dexatrim/PPA-containing products
- Participated in discovery proceedings for MDL and state JCCP litigation

### *BAYCOL LITIGATION (Pharmaceutical Product Liability* :

- Participated in discovery proceedings for MDL and state JCCP litigation

### *ZYPREXA LITIGATION (Pharmaceutical Product Liability)*:

- Participated in discovery proceedings for MDL and state JCCP litigation

### *HALLIBURTON/KBR CONVOY LITIGATION (Fraud, Defense Base Act)*

- Associate Attorney responsible for Plaintiff discovery requests and responses on behalf of contractors deployed in Iraq.

### ZYVOX LITIGATION

- McBride v. Pfizer – Co-Lead Trial and Settlement Counsel, Lead Discovery Counsel for pharmacovigilance and regulatory matters.

### *KETEK LITIGATION (Pharmaceutical Product Liability)*

- Co-Lead Trial Counsel – coordinated cases Superior Court of New Jersey (manufacturing defendants)
- Lead Trial Counsel - coordinated cases Superior Court of New Jersey against non-manufacturing defendants (CROs & IRBs)
- Lead Discovery Counsel - New Jersey state coordination –Plaintiff Settlement Negotiation Committee for manufacturer and non-manufacturer defendants
- Lead Counsel responsible for post-marketing pharmacovigilance/adverse event discovery

**JULIA REED ZAIC**
Page 3 of 4

### *DRUG ELUTING STENTS LITIGATION*

- PSC member in state coordinated litigation, Palm Beach County, Florida
- Co-Lead counsel discovery
- Lead counsel responsible for post-marketing pharmacovigilance/adverse event discovery
- Co-Counsel summary jury trials
- Co-Lead discovery counsel for trial package
- Litigated post-Reigel PMA claims on behalf injured plaintiffs

### *In Re: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON LITIGATION*

- Participated in Science Committee literature gathering and analysis, development and building the Science Library of resources for expert support

### *CHANTIX LITIGATION (Pharmaceutical Product Liability)*

- Successful opposition briefing to Daubert Challenges (bellwether)
- Successful briefing of Daubert Challenges striking defense experts in bellwether trial
- Managing attorney for adverse event source file collections and review

### *In Re: DePUY, PINNACLE METAL HIP IMPLANT (Medical Device Litigation)*

- Science Committee Member

### *IVC FILTERS LITIGATION (Medical Device Litigation)*

- Lead counsel responsible for post-marketing pharmacovigilance/adverse event discovery and production
- Co-Lead counsel in negotiating adverse event production
- Medical Monitoring Class Actions – CA, FL

### *PRADAXA LITIGATION (Pharmaceutical Product Liability)*

- Discovery attorney leading post-marketing pharmacovigilance/adverse event discovery ESI production.

### *LIPITOR LITIGATION (Pharmaceutical Product Liability)*

- Discovery attorney leading post-marketing pharmacovigilance/adverse event discovery productions, law and motion, and management of document review.

**JULIA REED ZAIC**
Page 4 of 4

---

### *In Re: INCRETIN MIMETICS LITIGATION (Pharmaceutical Product Liability)*

- PSC member, pharmacovigilance/adverse event discovery and law and motion

## PRESENTATIONS/INVITED SPEAKING ENGAGEMENTS

- MEALEY'S EPHEDRA AND PPA CONFERENCE, San Diego, CA, May 10-11, 2004, Panel member and presenter
- MASS TORTS JUDICIAL FORUM with HB and Honorable Marina Corodemus, Philadelphia, PA, June 2011, Panel member and presenter
- MASS TORTS JUDICIAL FORUM with HB and Honorable Marina Corodemus, Philadelphia, PA, April 2014, Panel member and presenter
- MASS TORT MED SCHOOL with HB Litigation Conferences, Boca Raton, FL May 2014 (invited)

## OTHER PROFESSIONAL/VOLUNTEER/COMMUNITY ACTIVITIES

- National Wildlife Federation, Board of Directors (2011-present)
    - Regional Director (Hawaii, California, Nevada, Guam)
    - Audit Committee Member/501(c)(3) compliance
    - Leadership Committee Member
    - CEO Transition Committee Member (CEO search, interviewing, hiring and transition management for $100M annual budget with 4M members/supporters)

- Impact Giving, Laguna Beach, CA – Partner (2012 – present)
- National Wildlife Federation, Chair, President's Advisory Council (2009 – 2011)
- National Wildlife Federation, PAC Member (2004 – 2009)
- Volunteer Rescue SCUBA Diver – New Jersey State Aquarium (1999-2001)
- Volunteer Rescue SCUBA Diver – University of South Florida (1992-1994)