IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570<br>Case No.: 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## ORDER GRANTING MOTION OF TERESA TORISEVA TO WITHDRAW MOTION TO BE APPOINTED AS CO-LEAD COUNSEL FOR PLAINTIFFS

For good cause shown, the Court grants the Motion of Attorney Teresa Toriseva to Withdraw her Motion to be Appointed Co-Lead Counsel in this matter. The Court shall show Documents numbered 17, 25, and 43 as withdrawn from the Court's Docket in this matter. Counsel for Plaintiffs shall jointly file a proposed leadership structure by December 1, 2014.

SO ORDERED:  12/3/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.

Distribution via U.S. Mail to:

Robert Gregory Andre
Emily Harris Gant
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J. Britton
Law Office of David J. Britton
2209 N 30th Street, Suite 4
Tacoma, WA 98403

Andrew Cookingham
John H. Martin
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

James R. Olson
Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J. D'Oro, Jr.
Ryne W. Osborne
Kyle E. Rowen
Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Lori Elizabeth Hammond
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Randal Alan Kauffman
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd, Suite 800
Houston, TX 77056-3812

Wilnar J. Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431

Ramon R. Lopez
Lopez McHugh LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101


W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Craig A. Stone
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
SQUIRE PATTON BOGGS
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Marc A. Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Anthony James Urban
Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682