UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:
    1:13-cv-00986-RLY-TAB
    1:14-cv-06003-RLY-TAB
    1:14-cv-06000-RLY-TAB

### ORDER GRANTING MOTION TO SEAL NOTICE OF APPEARANCE

This matter comes before the Court on the Motion to Seal Notice of Appearance in the above related case numbers as docket numbers 23, 23-2, 39, 39-2, 65 and 65-2.

The Court, having reviewed the Motion now finds the Notice of Appearance contains a personal data identifier and pursuant to Fed. R. Civ. P. 5.2, docket numbers 23, 23-2, 39, 39-2, 65 and 65-2, must be filed under seal with the Court.

Therefore, the Court now ORDERS counsel's Notice of Appearance and applicable attachments be sealed as follows:

**1:14-ml-2570-RLY-TAB,  docket numbers 23 and 23-2;**
**1:13-cv-986-RLY-TAB, docket numbers 39 and 39-2;**
**1:14-cv-6000-RLY-TAB, docket numbers 39 and 39-2; and**
**1:14-cv-6003-RLY-TAB, docket numbers 65 and 65-2.**

So Ordered:  12/9/2014

                                      Tim A. Baker, Magistrate Judge
                                      United State District Court
                                      Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

Distribution via U.S. Mail to:

Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Suite 4
Tacoma, WA 98403

Andrew Cookingham Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J D'Oro, Jr
Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust

FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Lori Elizabeth Hammond
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd, Suite 800
Houston, TX 77056-3812

A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd, Suite 800
Houston, TX 77056

Ramon R Lopez Lopez McHugh LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.

700 S. Third Street
Las Vegas, NV 89101

John H. Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs
4900 Key Tower
127 Public Square
Cleveland, OH 44114

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W Osborne Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E Rowen
Wesierski and Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606

Marc A Sheiness
Sheiness, Glover & Grossman, LLP

4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682