IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:14-cv-06000
    1:14-cv-06001
    1:14-cv-06002
    1:14-cv-06003
    1:14-cv-06004
    1:14-cv-06005
    1:14-cv-06006
    1:14-cv-06007
    1:14-cv-06008
    1:14-cv-06009
    1:14-cv-06010
    1:14-cv-06011
    1:14-cv-06012
    1:14-cv-06013
    1:14-cv-06014
    1:14-cv-06015

**MOTION TO WITHDRAWAL APPEARANCES OF
COOK DEFENDANTS' FORMER LOCAL COUNSEL**

Counsel for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively referred to as the "Cook Defendants"), respectfully request that the Court grant leave for the withdrawal of Cook's former local counsel in the cases that have been transferred to this jurisdiction from transferor Courts, as detailed below, and in support states:

    1.    Upon entry of the Judicial Panel on Multidistrict Litigation's Transfer Order on October 15, 2015, which established MDL 2570 in this Court, and thereafter at least five Conditional Transfer Orders by the JPML, several Cook IVC filter cases pending in various

jurisdictions around the country were transferred to this Court as part of MDL 2570 ("Transferred Cases").

2. Cook Defendants product liability matters are handled primarily by Douglas B. King of Wooden & McLaughlin with assistance from other attorneys at Wooden & McLaughlin ("National Counsel").

3. Cook Defendants previously hired local counsel in each of the Transferred Cases, as detailed in **Exhibit A**, and as required by applicable local rules ("Local Counsel") to assist its National Counsel in its defense.

4. Cook Defendants' National Counsel now seeks leave to withdrawal the appearances of Cook Defendants' former Local Counsel from the Transferred Cases.

5. Cook Defendants will continue to be represented by National Counsel in every case in which its former Local Counsel has consented to a withdrawal of their appearance.

6. National Counsel for Cook Defendants has the consent of all former Local Counsel to file the instant Motion and seek a withdrawal of their appearances.

7. Plaintiffs' Lead Counsel, Irwin Levin, and several members of the Plaintiffs' Executive Committee have been contacted and have no objection to the instant motion.

8. Cook Defendants' National Counsel seeks the withdrawal of former Local Counsel appearances in one combined motion in the interest of promoting further efficiency in this MDL and to expedite the elimination of the necessity of hard copy service to various attorneys by all parties involved and the Clerk of this Court.

9. WHEREFORE, Cook Defendants' National Counsel pray that this Court grant leave for the withdrawal of its former Local Counsel as detailed in **Exhibit A**, and for all other proper relief.

Respectfully submitted,


*/s/ Kip S. M. McDonald*
Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
jbabione@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2014, a copy of the foregoing MOTION TO WITHDRAWAL APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSELwas served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Timothy Jones
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Craig A. Stone
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

David J. Britton
Law Office of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Andrew Cookingham
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Douglas Grubbs
Lee Murphy Law Firm, G.P.
440 Louisiana Street, Suite 300
Houston, TX 77002

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Erin C. Murphy
Lee Murphy Law Firm, G.P.
440 Louisiana Street, Suite 300
Houston, TX 77002

Gary J. Rickner
Ward and Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636-3009

James Lee, Jr.
Clark Burnett, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Kyle E. Rowen
Wesierski and Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Matthew McCarley
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Ramon R. Lopez
Lopez McHugh LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Robert Gregory Andre
Ogden Murphy Wallace PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Frank J. O'Oro, Jr.
Wesierski and Zurek LLP
1000 Wilshire Blvd, Suite 1750
Los Angeles, CA 90017

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

James C. Bradshaw, III
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

John H. Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Lori Elizabeth Hammond
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, KY 40202-3363

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd., Suite 800
Houston, TX 77056

Ryne W. Osborne
Wesierski and Zurek LLP
1000 Wilshire Blvd, Suite 1750
Los Angeles, CA 90017

| | |
|---|---|
| Stephen E. Niehaus<br>Squire Patton Boggs<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | Thomas H. Terry, III<br>619 Cahoon Road<br>Bay Village, OH 44140 |
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 | W. Carl Mendenhall<br>Worden Thane<br>P.O. Box 4747<br>Missoula, MT 59806-4747 |

*/s/ Kip S. M. McDonald*
Kip S. M. McDonald