**Exhibit A**

| | Plaintiff(s) | Civil Cause No. | Transferor Court | Cook's Local Counsel to Withdrawl |
|---|---|---|---|---|
| 1 | Cynthia & Robert Brady | 1:14-cv-06000 | USDC, C. Dist. of CA | Frank J. D'Oro<br>Kyle E. Rowen<br>Ryne W. Osbourne<br>Wesierski & Zurek LLP<br>One Corporate Park, Suite 200<br>Irvine, CA 92606 |
| 2 | Alisha Bobo | 1:14-cv-06001 | USDC, W. Dist. of KY Paducah Division | Lori E. Hammond<br>Forst Brown Todd LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 |
| 3 | Cindy Angus | 1:14-cv-06002 | USDC, Dist. of MT Billings Division | W. Carl Mendenhall<br>Worden & Thane, P.C.<br>111 North Higgins, Suite 600<br>P.O. Box 4747<br>Missoula, MT 59806 |
| 4 | Estate of Ronald Huffman | 1:14-cv-06003 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 5 | Tammy True | 1:14-cv-06004 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 6 | Letitia & Jeriah Perry-O'Farrow | 1:14-cv-06005 | USDC, E. Dist. of NC Western Division | Gary J. Rickner<br>Ward and Smith, P.A.<br>P.O. Box 33009<br>Raleigh, NC 27636-3009 |
| 7 | Becky G. Cadle | 1:14-cv-06006 | USDC, N. Dist. of OH Akron Division | Stephanie E. Niehaus<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| 8 | Alisha Mae Wonder | 1:14-cv-06007 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 9 | Melissa Walck | 1:14-cv-06008 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 10 | Amanda Padget | 1:14-cv-06009 | USDC, M. Dist. of TN Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 11 | Susie E. Allen | 1:14-cv-06010 | USDC, M. Dist. of TN Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 12 | Karen & Roy Eslick | 1:14-cv-06011 | USDC, E. Dist. of WA | Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 13 | Donald & Sharon West | 1:14-cv-06012 | USDC, N. Dist. of WV Wheeling Division | A. Timothy Jones<br>Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301-2609 |
| 14 | Ronald E. Snow | 1:14-cv-06013 | USDC, W. Dist. of WA Tacoma Division | Robert G. Andre<br>Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 15 | Estate of Annette Weaver | 1:14-cv-06014 | USDC, W. Dist. of TX Midland Division | John H. Martin<br>Andrew Cookingham<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 |
| 16 | Donna Newsome | 1:14-cv-06015 | USDC, S. Dist. of TX Houston Division | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |

1098289-1 (10909-0412)