IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
     1:14-cv-06000
     1:14-cv-06001
     1:14-cv-06002
     1:14-cv-06003
     1:14-cv-06004
     1:14-cv-06005
     1:14-cv-06006
     1:14-cv-06007
     1:14-cv-06008
     1:14-cv-06009
     1:14-cv-06010
     1:14-cv-06011
     1:14-cv-06012
     1:14-cv-06013
     1:14-cv-06014
     1:14-cv-06015

## ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAWAL APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants National Counsel, requesting leave of this Court to withdraw various former local counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants former Local Counsel, as detailed in Exhibit A, are granted leave to withdrawal and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

So ordered this _____ day of December, 2014.

_____
United States District Court Judge

**Exhibit A**

| | Plaintiff(s) | Civil Cause No. | Transferor Court | Cook's Local Counsel to Withdrawl |
|---|---|---|---|---|
| 1 | Cynthia & Robert Brady | 1:14-cv-06000 | USDC, C. Dist. of CA | Frank J. D'Oro<br>Kyle E. Rowen<br>Ryne W. Osbourne<br>Wesierski & Zurek LLP<br>One Corporate Park, Suite 200<br>Irvine, CA 92606 |
| 2 | Alisha Bobo | 1:14-cv-06001 | USDC, W. Dist. of KY<br>Paducah Division | Lori E. Hammond<br>Forst Brown Todd LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 |
| 3 | Cindy Angus | 1:14-cv-06002 | USDC, Dist. of MT<br>Billings Division | W. Carl Mendenhall<br>Worden & Thane, P.C.<br>111 North Higgins, Suite 600<br>P.O. Box 4747<br>Missoula, MT 59806 |
| 4 | Estate of Ronald Huffman | 1:14-cv-06003 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 5 | Tammy True | 1:14-cv-06004 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 6 | Letitia & Jeriah Perry-O'Farrow | 1:14-cv-06005 | USDC, E. Dist. of NC<br>Western Division | Gary J. Rickner<br>Ward and Smith, P.A.<br>P.O. Box 33009<br>Raleigh, NC 27636-3009 |
| 7 | Becky G. Cadle | 1:14-cv-06006 | USDC, N. Dist. of OH<br>Akron Division | Stephanie E. Niehaus<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| 8 | Alisha Mae Wonder | 1:14-cv-06007 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 9 | Melissa Walck | 1:14-cv-06008 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 10 | Amanda Padget | 1:14-cv-06009 | USDC, M. Dist. of TN<br>Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 11 | Susie E. Allen | 1:14-cv-06010 | USDC, M. Dist. of TN<br>Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 12 | Karen & Roy Eslick | 1:14-cv-06011 | USDC, E. Dist. of WA | Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 13 | Donald & Sharon West | 1:14-cv-06012 | USDC, N. Dist. of WV<br>Wheeling Division | A. Timothy Jones<br>Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301-2609 |
| 14 | Ronald E. Snow | 1:14-cv-06013 | USDC, W. Dist. of WA<br>Tacoma Division | Robert G. Andre<br>Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 15 | Estate of Annette Weaver | 1:14-cv-06014 | USDC, W. Dist. of TX<br>Midland Division | John H. Martin<br>Andrew Cookingham<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 |
| 16 | Donna Newsome | 1:14-cv-06015 | USDC, S. Dist. of TX<br>Houston Division | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |

1098289-1 (10909-0412)