UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation** | Case No.: 1:14-ml-02570-RLY-TAB |

# Appearance of Counsel

To:   The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Ronald Snow.

Date: December 18, 2014           Respectfully submitted:

                                                                             PRICE WAICUKAUSKI & RILEY, LLC

                                                                             /s/ Joseph N. Williams
                                                                             Joseph N. Williams, Atty. No. 25874-49
                                                                             301 Massachusetts Avenue
                                                                             Indianapolis, Indiana 46204
                                                                             (317) 633-8787
                                                                             (317) 633-8797 Fax
                                                                             E-Mail:      jwilliams@price-law.com

                                                                             *Counsel for Plaintiff*

## Certificate of Service

      I hereby certify that on December 18, 2014, a copy of the foregoing Appearance was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                            /s/ Joseph N. Williams
                                            Joseph N. Williams