IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:14-cv-06000
    1:14-cv-06001
    1:14-cv-06002
    1:14-cv-06003
    1:14-cv-06004
    1:14-cv-06005
    1:14-cv-06006
    1:14-cv-06007
    1:14-cv-06008
    1:14-cv-06009
    1:14-cv-06010
    1:14-cv-06011
    1:14-cv-06012
    1:14-cv-06013
    1:14-cv-06014
    1:14-cv-06015

## ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAW APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants' National Counsel, requesting leave of this Court to withdraw various former local counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants' former Local Counsel, as detailed in Exhibit A, are granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

So ordered:  12/19/2014

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

## Exhibit A

| # | Plaintiff(s) | Civil Cause No. | Transferor Court | Cook's Local Counsel to Withdraw |
|---|---|---|---|---|
| 1 | Cynthia & Robert Brady | 1:14-cv-06000 | USDC, C. Dist. of CA | Frank J. D'Oro<br>Kyle E. Rowen<br>Ryne W. Osbourne<br>Wesierski & Zurek LLP<br>One Corporate Park, Suite 200<br>Irvine, CA 92606 |
| 2 | Alisha Bobo | 1:14-cv-06001 | USDC, W. Dist. of KY Paducah Division | Lori E. Hammond<br>Forst Brown Todd LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 |
| 3 | Cindy Angus | 1:14-cv-06002 | USDC, Dist. of MT Billings Division | W. Carl Mendenhall<br>Worden & Thane, P.C.<br>111 North Higgins, Suite 600<br>P.O. Box 4747<br>Missoula, MT 59806 |
| 4 | Estate of Ronald Huffman | 1:14-cv-06003 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 5 | Tammy True | 1:14-cv-06004 | USDC, Dist. of NV | James R. Olson<br>Max E. Corrick<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| 6 | Letitia & Jeriah Perry-O'Farrow | 1:14-cv-06005 | USDC, E. Dist. of NC Western Division | Gary J. Rickner<br>Ward and Smith, P.A.<br>P.O. Box 33009<br>Raleigh, NC 27636-3009 |
| 7 | Becky G. Cadle | 1:14-cv-06006 | USDC, N. Dist. of OH Akron Division | Stephanie E. Niehaus<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| 8 | Alisha Mae Wonder | 1:14-cv-06007 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 9 | Melissa Walck | 1:14-cv-06008 | USDC, M. Dist. of PA | Craig A. Stone<br>Michael C. Mongiello<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| 10 | Amanda Padget | 1:14-cv-06009 | USDC, M. Dist. of TN Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 11 | Susie E. Allen | 1:14-cv-06010 | USDC, M. Dist. of TN Nashville Division | James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203 |
| 12 | Karen & Roy Eslick | 1:14-cv-06011 | USDC, E. Dist. of WA | Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 13 | Donald & Sharon West | 1:14-cv-06012 | USDC, N. Dist. of WV Wheeling Division | A. Timothy Jones<br>Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301-2609 |
| 14 | Ronald E. Snow | 1:14-cv-06013 | USDC, W. Dist. of WA Tacoma Division | Robert G. Andre<br>Emily Harris Gant<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA 98164 |
| 15 | Estate of Annette Weaver | 1:14-cv-06014 | USDC, W. Dist. of TX Midland Division | John H. Martin<br>Andrew Cookingham<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 |
| 16 | Donna Newsome | 1:14-cv-06015 | USDC, S. Dist. of TX Houston Division | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |

Distribution to all ECF-registered counsel of record via email

Copies via U.S. Mail to:

Robert Gregory Andre
Ogden Murphy Wallace PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Suite 4
Tacoma, WA 98403

Andrew Cookingham
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J. D'Oro, Jr.
Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Emily Harris Gant
Ogden Murphy Wallace PLLC
1601 5th Avenue, Suite 2100
Seattle, WA 98101-1686

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
6111-D Peachtree Dunwoody Road
Atlanta, GA 30328

Lori Elizabeth Hammond
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

John H Martin
Thompson & Knight
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs
4900 Key Tower
127 Public Square
Cleveland, OH 44114

James R. Olson
Olson Cannon Gormley Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W Osborne
Wesierski and Zurek LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E. Rowen
Wesierski and Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606

Marc A. Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Anthony James Urban
Law Offices Of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices Of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682