IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Order Relates to:  All Actions

_____


**ORDER APPOINTING PLAINTIFFS' LEADERSHIP POSITIONS**


**I.      Plaintiffs' Leadership Counsel Appointments**

The Court having considered all of the applications submitted, together with the experience of each applicant, and considering all materials submitted appoints the following plaintiffs' counsel to leadership positions, as indicated and to be known as "Plaintiffs' Leadership Counsel":

| Plaintiffs' Lead Counsel | |
|---|---|
| Irwin B. Levin | Cohen & Malad, LLP |

| State/Federal   Liaison Counsel | |
|---|---|
| Fredrick R. Hovde | Hovde, Dassow + Deets, LLC |

| Plaintiffs' Executive Committee (PEC) | |
|---|---|
| Russell Button | Law Offices of Ben C. Martin |
| Troy Brenes | Lopez McHugh, LLP |
| John Dalimonte | Karon and Dalimonte |
| Joseph R. Johnson | Babbitt, Johnson, Osborne & LaClainche |
| Gregory Laker | Cohen & Malad, LLP |
| Ramon Lopez | Lopez McHugh, LLP |
| Ben C. Martin | Law Offices of Ben C. Martin |
| David P. Matthews | Matthews and Associates |
| Teresa Toriseva | Toriseva Law |
| Julia Reed Zaic | Heaviside Reed Zaic |

## II.     Responsibilities

### A.     Procedural Matters

1.     As noted in this Court's previous Order Establishing Policies and Procedures, the

Clerk of this Court will maintain a master docket case file under the style "*In Re: Cook Medical,*

*Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation"* and the

identification "MDL No. 2570".  The master docket shall be maintained and filings shall be

conducted in accordance with the Court's Order Establishing Policies and Procedures, MASTER

DOCKET FILE section.

2.      Only Plaintiffs' Leadership Counsel will be permitted to file in the Master Docket on behalf of Plaintiffs as to "ALL ACTIONS."

3.      With regard to the Master Docket, Plaintiffs' Lead Counsel shall:

    a.  Serve as the recipient for all Court orders and party filings;

    b.  Coordinate filings for all plaintiffs and service for all parties whether presently included or subsequently added;

    c.  Maintain and distribute to co-counsel and to Defendants' Counsel an up-to date service list.

    d.  Maintain responsibility for service upon all counsel of record (counsel for Plaintiffs and Defendants) not receiving service via the Court's electronic case management system.  Specifically, Lead Counsel shall receive and distribute pleadings, orders, and motions by overnight courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (or if/until some program for electronic service has been established).

4.      Lead Counsel is only responsible for service of all filings not served electronically by the Court.  Counsel of record who are registered for electronic filing in the Southern District of Indiana, as required by Local Rule 5-3, will be served electronically by operation of the Court's electronic filing system.  Lead counsel will be responsible for serving all filings on those attorneys not in compliance with Local Rule 5-3.

5.      New counsel for tag along cases or cases filed originally in the Southern District of Indiana filed hereafter shall be responsible for checking the Master Case for all orders previously filed that may have relevance to such new cases filed.

B. <u>Responsibilities Specific to Lead Counsel</u>

In addition to the responsibilities identified in §II.A.3. above, Plaintiffs' Lead Counsel shall:

1.    Coordinate the establishment of a document depository, real or virtual, to be available to all participating plaintiffs' counsel;

2.    Maintain and make available to all participating plaintiff's counsel of record at reasonable hours a complete file of all documents served by or upon each party (except documents as may be available at a document depository);

3.    Prepare agendas for court conferences and periodically report regarding the status of the case; and

4.    Carry out such other duties as the Court may order.

C. <u>Responsibilities Applicable to all Plaintiffs' Leadership Counsel</u>

Plaintiffs' Leadership Counsel shall have the following responsibilities:

1. Discovery

   a.  Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with this multi-district litigation.

   b.  Develop and propose to the Court schedules for the commencement, execution and completion of all discovery on behalf of all plaintiffs.

   c.  Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be

caused to be issued by Plaintiffs' Leadership Counsel upon written request by the individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

d.  Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs.

2.  Hearings and Meetings

a.  Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, initiate proposals, suggestions, schedules or joint briefs, and any other appropriate matters pertaining to pretrial proceedings.

b.  Examine witnesses and introduce evidence on behalf of plaintiffs at hearings.

c.  Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

3.  Miscellaneous

a.  Submit and argue all verbal and written motions presented to the Court or Magistrate on behalf of Plaintiffs' Leadership Counsel as well as oppose when necessary any motion submitted by defendants or other parties which involve matters within the sphere of the responsibilities of Plaintiffs' Leadership Counsel.

b.  Negotiate and enter into stipulations with defendants regarding this litigation. All stipulations entered into by Plaintiffs' Leadership Counsel, except for strictly administrative details such as scheduling, must be submitted for Court

approval and will not be binding until ratified by the Court. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection within five (5) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

c. Explore, develop and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

d. Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions, for examination by all MDL plaintiffs or their attorneys.  Perform any task necessary and proper for Plaintiffs' Leadership Counsel to accomplish its responsibilities as defined by the Court's Orders, including organizing subcommittees comprised of plaintiffs' lawyers not on Plaintiffs' Leadership Counsel.

e. Work with Lead Counsel to coordinate the responsibilities of Plaintiffs' Leadership Counsel meetings, keep minutes or transcripts of these meetings, appear at periodic Court noticed status conferences, perform other necessary administrative or logistic functions of Plaintiffs' Leadership Counsel, and carry out any duty as ordered by the Court.

      f.   Perform other such functions that may be expressly authorized by further

Court Orders.

    D.  <u>Reimbursement of Costs Expended</u>

Plaintiffs' Leadership Counsel shall be entitled to seek reimbursement for costs expended

at the time and in a manner approved by the Court.


Date:  12/19/2014

                                  Tim A. Baker
                                  United States Magistrate Judge
                                  Southern District of Indiana


Distribution to all ECF-registered counsel of record via email


Copies via U.S. Mail to:

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J. Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Suite 4
Tacoma, WA 98403

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
6111-D Peachtree Dunwoody Road
Atlanta, GA 30328

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

8

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Anthony James Urban
Law Offices Of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices Of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104

9