UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:
     1:14-cv-1870-RLY-TAB
     1:14-cv-1871-RLY-TAB
     1:14-cv-1872-RLY-TAB
     1:14-cv-1873-RLY-TAB
     1:14-cv-1874-RLY-TAB
     1:14-cv-1875-RLY-TAB
     1:14-cv-1876-RLY-TAB
     1:14-cv-1877-RLY-TAB
     1:14-cv-1878-RLY-TAB
     1:14-cv-1879-RLY-TAB
     1:14-cv-1880-RLY-TAB
     1:14-cv-1881-RLY-TAB
     1:14-cv-1882-RLY-TAB
     1:14-cv-1883-RLY-TAB
     1:14-cv-6018-RLY-TAB

---

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical Incorporated (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical");
    Cook Group, Incorporated (which is sued in some cases as "Cook Group, Inc.");
    William Cook Europe ApS; and
    Cook Medical, LLC.

| | |
|---|---|
| Dated: January 6, 2015 | /s/ Sandra L. Davis<br>Sandra L. Davis, #27803-53<br>WOODEN & McLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel: 317-639-6151<br>Fax: 317-639-6444<br>sdavis@woodmclaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

| | |
|---|---|
| Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | Charles Rene Houssiere, III<br>Randal Alan Kauffman<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Boulevard, Suite 800<br>Houston, TX 77056-3812 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | |
| David J Britton<br>LAW OFFICE OF DAVID J BRITTON<br>535 Dock Street, Suite 108<br>Tacoma, WA 98402 | Joseph Johnson<br>Babbitt Johnson Osborne & LeClainche, P.A.<br>1641 Worthington Road<br>West Palm Beach, FL 33409 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 | Ramon R. Lopez<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 |
| Lucas J. Foust<br>FOUST LAW OFFICE<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV 89101 |
| Lori Elizabeth Hammond<br>Frost Brown Todd LLC - Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Matthew McCarley<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206 |

Joseph A. Napiltonia  
Law Office of Joe Napiltonia  
213 3rd Avenue North  
Franklin, TN 37064  

W. Bryan Smith  
Morgan & Morgan, LLC  
2600 One Commerce Square  
Memphis, TN 38103  

Anthony James Urban  
Brian J. Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, 3rd Floor  
Pottsville, PA 17901  

Peter C. Wetherall  
Wetherall Group, Ltd.  
9345 W. Sunset Road, Suite 100  
Las Vegas, NV 89148  

Corrie Johnson Yackulic  
Corrie Yackulic Law Firm PLLC  
315 5th Avenue South, Suite 1000  
Seattle, WA 98104-2682  

*/s/ Sandra L. Davis*