UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
     1:14-cv-06000-RLY-TAB

_____

**NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Robert Brady<br>Cynthia Brady<br><br>**Defendants:**<br>COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC. and WILLIAM COOK EUROPE APS | United States District Court, Central District of California | CV 13-04725 (DDP) (VBKx)<br><br>1:14-cv-06000-RLY-TAB | **Judge:**<br>Dean D. Pregerson<br><br>**Magistrate Judge:**<br>Victor B. Kenton |