UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:14-cv-01209-RLY-TAB
    1:14-cv-01579-RLY-TAB
    1:14-cv-06017-RLY-TAB

## **COOK DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants Cook Medical, Incorporated ("CMI"), now Cook Medical LLC ("CML"), Cook Incorporated ("CI"), Cook Group, Inc. ("CGI"), and William Cook Europe ApS ("WCE") (collectively, "Cook Defendants"), state:

CML, formerly CMI, and CI are subsidiaries of CGI. WCE is a subsidiary of Cook Nederland BV and is indirectly owned by CGI. There is no publicly held company or investment fund that holds 10% or more ownership interest in Cook Defendants.

Submitted this 9th day of January, 2015.

                                                Respectfully submitted,

                                                */s/ Sandra L. Davis*
                                                Douglas B. King, Esq., Lead Counsel
                                                James M. Boyers, Esq.
                                                Christopher D. Lee, Esq.
                                                John C. Babione, Esq.
                                                Sandra L. Davis, Esq.
                                                Kip S. M. McDonald, Esq.

WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
jbabione@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Defendants Cook Medical Incorporated, Cook Incorporated, Cook Group Inc., and William Cook Europe ApS

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the filing was also served via U.S. Mail to the following non-CM/ECF participants:

Wilnar J. Julmiste
ANDERSONGLENN LLP
2201 N.W. Corporate Blvd., Suite 100
Boca Raton, FL 33431

        */s/ Sandra L. Davis*
        Sandra L. Davis

1109709-1 (10909-0412)