IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | ) | 1:14-ML-02570 |
| IVC FILTERS MARKETING, | ) | |
| SALES PRACTICES AND | ) | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

MICHAEL HACKLER,

   PLAINTIFF,

V.     CIVIL ACTION NO. 1:15-CV-00016-RLY-TAB

COOK MEDICAL INCORPORATED
A/K/A COOK MEDICAL, INC.;
COOK INCORPORATED; COOK
GROUP, INC.; AND WILLIAM COOK
EUROPE APS,

   DEFENDANTS.

## PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Matthew R. McCarley hereby enters his appearance as attorney in charge for Plaintiff MICHAEL HACKLER.

                                  Respectfully submitted,

                                  /S/ Matthew R. McCarley
                                  Matthew R. McCarley
                                  TX State Bar No. 24041426

<div style="text-align: right">

F<span style="font-variant:small-caps">ears</span> | N<span style="font-variant:small-caps">achawati</span> L<span style="font-variant:small-caps">aw</span> F<span style="font-variant:small-caps">irm</span>
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

**ATTORNEY FOR PLAINTIFF**

</div>

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

<div style="margin-left: 50%">

<u>/S/ Matthew R. McCarley</u>
Matthew R. McCarley

</div>