IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,           )        1:14-ML-02570
IVC FILTERS MARKETING,               )
SALES PRACTICES AND                  )        MDL NO. 2570
PRODUCTS LIABILITY LITIGATION        )
_____

LINDA JOHNS AND RONALD
JOHNS,

   PLAINTIFFS,

                                        CIVIL ACTION NO. 1:14-CV-01877-
V.                                          RLY-TAB

COOK MEDICAL INCORPORATED
A/K/A COOK MEDICAL, INC.;
COOK INCORPORATED; COOK
GROUP, INC.; AND WILLIAM COOK
EUROPE APS,

   DEFENDANTS.

**PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE**

NOTICE IS HEREBY GIVEN that attorney Matthew R. McCarley hereby enters his appearance as attorney in charge for Plaintiffs LINDA JOHNS AND RONALD JOHNS.

Respectfully submitted,

/S/ Matthew R. McCarley
Matthew R. McCarley
TX State Bar No. 24041426

**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

/S/ Matthew R. McCarley
Matthew R. McCarley