IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | ) | 1:14-ML-02570 |
| IVC FILTERS MARKETING, | ) | |
| SALES PRACTICES AND | ) | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

CHRISTINA MANDRAVELIS,

   PLAINTIFF,

V.                                              CIVIL ACTION NO. 1:14-CV-01878-RLY-TAB

COOK MEDICAL INCORPORATED
A/K/A COOK MEDICAL, INC.;
COOK INCORPORATED; COOK
GROUP, INC.; AND WILLIAM COOK
EUROPE APS,

   DEFENDANTS.

## PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Matthew R. McCarley hereby enters his appearance as attorney in charge for Plaintiff CHRISTINA MANDRAVELIS.

               Respectfully submitted,

               /S/ Matthew R. McCarley
               Matthew R. McCarley
               TX State Bar No. 24041426

**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

            /S/ Matthew R. McCarley
            Matthew R. McCarley