IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | ) | 1:14-ML-02570 |
| IVC FILTERS MARKETING, | ) | |
| SALES PRACTICES AND | ) | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

ROSA MARTINEZ ROSALES AND
JUAN RIVERA,

   PLAINTIFFS,

                                                               CIVIL ACTION NO. 1:14-CV-01880-
V.                                                              RLY-TAB

COOK MEDICAL INCORPORATED
A/K/A COOK MEDICAL, INC.;
COOK INCORPORATED; COOK
GROUP, INC.; AND WILLIAM COOK
EUROPE APS,

   DEFENDANTS.

## PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Matthew R. McCarley hereby enters his appearance as attorney in charge for Plaintiffs ROSA MARTINEZ ROSALES AND JUAN RIVERA.

Respectfully submitted,

/S/ Matthew R. McCarley
Matthew R. McCarley
TX State Bar No. 24041426

**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

/S/ Matthew R. McCarley
Matthew R. McCarley