IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | ) | 1:14-ML-02570 |
| IVC FILTERS MARKETING, | ) | |
| SALES PRACTICES AND | ) | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

PAULINE WALKER AND WILLIAM WALKER SR.,

   PLAINTIFFS,

V.

CIVIL ACTION NO. 1:14-CV-01882-RLY-TAB

COOK MEDICAL INCORPORATED A/K/A COOK MEDICAL, INC.;
COOK INCORPORATED; COOK GROUP, INC.; AND WILLIAM COOK EUROPE APS,

   DEFENDANTS.

## PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Matthew R. McCarley hereby enters his appearance as attorney in charge for Plaintiffs PAULINE WALKER AND WILLIAM WALKER SR.

        Respectfully submitted,

        <u>/S/ Matthew R. McCarley</u>
        Matthew R. McCarley
        TX State Bar No. 24041426

        **FEARS | NACHAWATI LAW FIRM**
        4925 Greenville Avenue, Suite 715
        Dallas, Texas 75206
        Telephone: 214.890.0711
        Facsimile: 214.890.0712
        mccarley@fnlawfirm.com

        **ATTORNEY FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

        <u>/S/ Matthew R. McCarley</u>
        Matthew R. McCarley