IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | 1:14-ML-2570<br><br>MDL No. 2570 |
| MELISSA CASH<br><br>Plaintiff,<br><br>V.<br><br>COOK MEDICAL INCORPORATED, an Indiana corporation, also known as COOK MEDICAL, INC.; COOK INCORPORATED, an Indiana corporation; COOK GROUP, INC., an Indiana corporation; WILLIAM COOK EUROPE APS, a Denmark corporation,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 1:14-CV-01202-RLY-TAB |

### PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Randal A. Kauffman hereby enters his appearance as attorney for Plaintiff Melissa Cash.

1

                                      Respectfully submitted,
                                      **Houssiere, Durant & Houssiere, LLP**

                              By:  /s/Randal A. Kauffman
                                      Charles R. Houssiere, III
                                      Attorney in Charge
                                      Texas Bar No. 10050700
                                      Randal A. Kauffman
                                      Texas Bar No. 11111700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

                                  ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

/s/Randal A. Kauffman
Charles R. Houssiere, III
Randal A. Kauffman