**FILED**
JAN - 9 2015
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DISTRICT

IN RE: COOK MEDICAL INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: 1:14-cv-06015.

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **DONNA NEWSOME** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States District Court for the Southern District of Texas (1997); United States District Court for the Northern District of Texas (2010) and United States District Court for the Eastern District of Texas (2009).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standard of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

NewsomePHV.wpd

1

4.   A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: __January 5__, 2015.

RESPECTFULLY SUBMITTED,

ROSEN & SPEARS

_____
ANGELA SPEARS
Texas State Bar No. 00792866
angie@rosenspearslaw.com
5075 Westheimer, Suite 760
Houston, Texas  77056
(713) 222-6464  (ofc)
(713) 227-4703  (fax)
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on __January 5__, 2015, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

        Mr. Douglas B. King
        Ms. Sandra L. Davis
        Wooden & McLaughlin, LLP
        211 N. Pennsylvania Street
        One Indiana Square, Suite 1800
        Indianapolis, Indiana 46204-4208
        ATTORNEYS FOR DEFENDANTS,
        COOK MEDICAL, INCORPORATED,
        COOK INCORPORATED and
        COOK GROUP, INC.

- [✓] *Via facsimile – (317) 639-6444*
- [ ] *By hand delivery*
- [ ] *Certified mail no.* _____
  *Return receipt requested*
- [ ] *By first class mail*
- [ ] *Via email – dking@woodmclaw.com, sdavis@woodmclaw.com*
- [ ] *By ECF*

        Mr. Irwin B. Levin
        Cohen & Malad, LLP
        One Indiana Square, Suite 1400
        Indianapolis, Indiana 46204
        CO-LEAD COUNSEL FOR PLAINTIFFS

- [✓] *Via facsimile – (317) 636-2593*
- [ ] *By hand delivery*
- [ ] *Certified mail no.* _____
  *Return receipt requested*
- [ ] *By first class mail*
- [ ] *Via email – ilevin@cohenandmalad.com*
- [ ] *By ECF*

        Mr. Ben C. Martin
        Law offices of Ben C. Martin
        3219 McKinney Ave., Suite 1000
        Dallas, Texas  75204
        CO-LEAD COUNSEL FOR PLAINTIFFS

- ☐ *Via facsimile – (_____) _____*
- ☐ *By hand delivery*
- ☐ *Certified mail no. _____*
- ☒ *Return receipt requested*
- ☒ *By first class mail*
- ☐ *Via email – <u>office@bencmartin.com</u>*
- ☐ *By ECF*

☐    Distribution to all ECF-registered counsel of record via email

                      */s/ Angela Spears*
                      ANGELA SPEARS

ROSEN & SPEARS
5075 Westheimer, Suite 740
Houston, Texas  77056
(713) 222-6464  (ofc)
(713) 227-4703  (fax)