IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DISTRICT

| | |
|---|---|
| IN RE: COOK MEDICAL INC., <br> IVC FILTERS MARKETING, SALES <br> PRACTICES AND PRODUCTS <br> LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

**This Document Relates to: 1:14-cv-06015.**

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **ANGELA SPEARS**, counsel for **DONNA NEWSOME**, Plaintiff, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

DATED _____, 2015.

_____
HON. RICHARD L. YOUNG
United States District Court
Southern District of Indiana

Copies to:
Distribution to all registered counsel by CM/ECF

NewsomePHV.wpd