Rose & Spears
Galleria Financial Center
5075 Westheimer, Ste. 760
Houston, TX 77056

Clerk's Office, US District Court
46 East Ohio Street Ste 105
Indianapolis IN 46204-1919