IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | 1:14-ML-2570<br><br>MDL No. 2570 |
| MELISSA CASH<br><br>           Plaintiff,<br><br>V.<br><br>COOK MEDICAL INCORPORATED, an Indiana corporation, also known as COOK MEDICAL, INC.; COOK INCORPORATED, an Indiana corporation; COOK GROUP, INC., an Indiana corporation; WILLIAM COOK EUROPE APS, a Denmark corporation,<br><br>           Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 1:14-CV-01202-RLY-TAB |

### PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that attorney Charles R. Houssiere, III hereby enters his appearance as attorney-in-charge for Plaintiff Melissa Cash.

1

Respectfully submitted,
**Houssiere, Durant & Houssiere, LLP**

By: /s/*Charles R. Houssiere, III*
    Charles R. Houssiere, III
    Attorney in Charge
    Texas Bar No. 10050700
    Randal A. Kauffman
    Texas Bar No. 11111700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

/s/*Charles R. Houssiere, III*
Charles R. Houssiere, III
Randal A. Kauffman