# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation _____ This Document Relates to: 1:14-cv-06011-RLY-TAB | ) ) ) ) ) ) ) ) Case No. 1:14-ml-02570-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for Plaintiffs Karen Eslick and Roy Eslick.

Respectfully submitted,

/s/ Ben C. Martin_____
Ben C. Martin
The Law Offices of Ben C. Martin
Texas Bar No. 13052400
3219 McKinney Ave., Suite 100
Dallas, Texas 75204
Tel:  (214) 761-6614
Fax:  (214) 744-7590
bmartin@bencmartin.com
*Attorneys for Plaintiffs*

### Certificate of Service

I hereby certify that on January 14, 2015, a copy of the foregoing Appearance was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/  Ben C. Martin_____
Ben C. Martin