IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to All Actions | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

**JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP") entered by the Court on November 25, 2014 [Doc. No. 51], instructing the Parties to seek the assistance of Magistrate Judge Baker no later than January 15, 2015, if they were unable to reach an agreement on several matters, Lead Counsel for Plaintiffs and Lead Counsel for Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively referred to as the "Cook Defendants") jointly provide the following status report and request Magistrate Judge Baker's assistance, as outlined below.

1. <u>Master Discovery:</u> Cook Defendants have proposed Master Discovery (Ex. A), which will be answered by each Plaintiff prior to his or her deposition.

2. <u>Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS"):</u> The Parties have largely agreed upon the PPF and PFS (Ex. B). However, they have been unable to agree upon the scope of bankruptcy information that Plaintiffs should have to provide, the scope of mental health conditions and alcohol/chemical dependency issues that Plaintiffs should have to provide, and whether Plaintiffs should be required to disclose their social media identifiers (e.g. Facebook accounts, Twitter handles, etc.). The Parties request Magistrate Judge Baker's assistance in resolving these three issues.

Additionally, the Parties have identified redundancies between Master Discovery and the PPF/PFS. The Parties have agreed to discuss revising the CMP and the necessity of one or more of the discovery tools set forth in the CMP.

3. <u>Medical Authorizations:</u> The Parties have agreed upon authorization forms for the disclosure of Plaintiffs' medical records, as well as other protected information, such as insurance and employment information (Ex. C).

4. <u>Defendant Profile Form ("DPF") and Defendant Fact Sheet ("DFS"):</u> Plaintiffs provided Cook Defendants on January 15, 2015, with a draft DPF and DFS. It is unlikely the Parties will need the Court's assistance in finalizing the DPF and DFS.

5. <u>Pathology Protocol:</u> The Parties are finalizing a protocol for the handling of pathology and medical devices (Ex. D) and will file it with the Court shortly.

6. <u>Deposition Protocol:</u> The Parties have largely agreed upon a deposition protocol (Ex. E); however, there are a few issues that the Parties are still working to resolve. The Parties believe that they will be able to reach an agreement following Plaintiffs' 30(b)(6) deposition of Cook Defendants regarding their corporate structure, which is scheduled for January 16, 2015. If the Parties are unable to reach an agreement, they will contact Magistrate Judge Baker to seek his assistance.

7. <u>Privilege Protocol and Screening Order:</u> Plaintiffs have provided Cook Defendants with a draft protocol concerning claims of privilege and work product and a draft Screening Order, which Cook Defendants are reviewing for comment. The Parties do not believe that Court involvement is necessary at this time.

8. <u>ESI:</u> The Parties have not yet reached an agreement regarding search terms or methodology to assist with identifying documents for review. The Parties anticipate exchanging

additional information this week regarding their respective positions on search terms and methodology. At this point it would be premature to seek assistance from the Court. The Parties have not reached an agreement with respect to an ESI Order applicable to MDL 2570. The parties will need to address ESI maintained in Europe by separate Order. The Rule 30(b)(6) deposition regarding the Cook Defendants' ESI ("ESI Deposition") is currently scheduled for January 29, 2015, at 9:00 a.m. However, the ESI Order and the European ESI Order may be informed by the ESI Deposition and the Parties will promptly seek the Court's guidance with respect to those orders within two weeks of the ESI Deposition if they are not able to reach an agreement within that timeframe.

Respectfully submitted,

/s/ Irwin B. Levin
Irwin B. Levin, Esq.
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel:   (317) 636-6481
Fax:   (317) 636-2593
ilevin@cohenandmalad.com

Lead Counsel for Plaintiffs

/s/ Douglas B. King
Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical Incorporated and William Cook Europe Aps

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2015, a copy of the foregoing Motion was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaze, 3rd Floor
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Wilnar J. Julmiste
Anderson Glenn LLP – Coca Raton FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Irwin B. Levin*

1122575-1 (10909-0412)