# EXHIBIT B

# EXHIBIT 1



**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this ~~Claimant~~ Plaintiff **Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The ~~Claimant~~ Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order ~~Confidential Agreement Concerning Statute of Limitations and Applicable Law~~.

## I. CASE INFORMATION

Caption: _____   Date: _____
Docket No.: _____
Plaintiff(s) attorney and Contact information:
_____
_____
_____
_____

## II. PLAINTIFF INFORMATION

Name: _____
Spouse: _____   Loss of Consortium? ☐ Yes ☐ No
Address: _____
Date of birth: _____
Social Security No.: _____

## III. DEVICE INFORMATION[1]

Date of Implant: _____
*Reason for Implant:* _____
Brand Name: _____   Mfr. _____
Lot Number: _____
Placement Physician: _____
Medical Facility: _____

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

**Date of Implant:** _____
*Reason for Implant:* _____
**Brand Name:** _____ **Mfr.** _____
**Implanting Physician:** _____
**Medical Facility:** _____

• *Attach medical evidence of product identification.*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

**Date of retrieval (including any attempts):** _____
*Type of retrieval:* _____
**Retrieval physician:** _____
**Medical Facility:** _____
**Reason for Retrieval:** _____

**Date of retrieval (including any attempts):** _____
*Type of retrieval:* _____
**Retrieval physician:** _____
**Medical Facility:** _____
**Reason for Retrieval:** _____

**Date of retrieval (including any attempts):** _____
*Type of retrieval:* _____
**Retrieval physician:** _____
**Medical Facility:** _____
**Reason for Retrieval:** _____

**Date of retrieval (including any attempts):** _____
*Type of retrieval:* _____
**Retrieval physician:** _____
**Medical Facility:** _____
**Reason for Retrieval:** _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| □ **Migration** | □ **Other** |
| □ **Tilt** | □ **Other** |
| □ **Vena Cava Perforation** | □ **Other** |
| □ **Fracture** | □ **Other** |
| □ **Device is unable to be retrieved** | □ **Other** |
| □ **Bleeding** | □ **Other** |

| □ Organ Perforation | □ Other _____ |
|---|---|

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imagine studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:

_____
_____
_____
_____

## VIII. PAST HISTORY

**Number of Deep Vein Thromboses:** _____ **Number of Pulmonary Emboli:** _____

**Prior to, or following placement of the device, have you ever had or been diagnosed with:**

_____ Lupus
_____ Crohn's Disease
_____ Factor V Leiden
_____ Protein Deficiency
_____ Spinal fusion or other back procedures
_____ Anti-thrombin deficiency
_____ Prothrombin mutation

**Are you claiming damages for lost wages: [ ] Yes       [ ] No**
**If so, for what time period:** _____
**Have you filed for bankruptcy within the last 7 ~~after the date that the Cook filter was implanted~~years?: [ ] Yes [ ] No**
**If so, when, and has the bankruptcy trustee been notified of your pending claim?**
_____

**Do you have a computer? [ ] Yes [ ] No**

**If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?**
**[ ] Yes [ ] No**

Please provide all user names, handles, login names or IDs and email addresses:

_____

**IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT.  INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.**

<u>Primary Care Physicians:</u>

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

<u>Interventional Radiologists, Vascular Surgeons and/or Hematologists:</u>

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

**Approximate Period of Treatment:** _____

**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

**Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

*Attach additional pages as needed to identify other health care providers you have seen.*

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.


## VERIFICATION

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.


_____

[Signature of Claimant]


## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.


_____

[Signature of Consortium Plaintiff]

# EXHIBIT 2



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

Plaintiff: _____
       [Name of Plaintiff]

## PLAINTIFF FACT SHEET

Each plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**.  You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37.  Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena Cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary. Information provided by Plaintiff will only be used for the purposes related to this litigation and may be disclosed only as permitted under the protective order in this litigation.

Nothing herein prohibits the plaintiff from withholding any materials or information protected by a claim of privilege, however, a privilege log will be made available to Cook's counsel.

## I. BACKGROUND INFORMATION

1.   Please state:

    a)   Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name: _____

    b)   If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1 (a) above: _____
_____

        [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]

    c)   The name and address of your primary attorney:

2.   Your Social Security Number: _____

3.   Your date of birth: _____

4.   Your current residential address:   _____

5.    If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| | |
| | |
| | |

6.    Have you ever been married? Yes ___ No ___

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

_____

_____

_____

6.    Do you have children? Yes ___ No ___

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

7.    Identify the name and age of any person who currently resides with you and their relationship to you:

_____

_____

8.    Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |



9.      Please provide the following information for your employment history over the past ten (10) years up until the present:

Formatted: Indent: Left: 0", First line: 0"

| Name of Employer | Address | Job Title/Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

10.    Have you ever served in any branch of the military? Yes ____ No ____

        If yes, please provide the following information:

        a.      Branch and dates of service, rank upon discharge and the type of discharge you received: _____

        b.      Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? Yes ____ No ____

        If yes, state what that condition was: _____

        _____

11.    Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ____

        If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

        _____

        _____

## II. CLAIM INFORMATION

1)      Have you ever received a Cook Inferior Vena Cava Filter? Yes ____ No ____

        If yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter you have received:

        [ ] Cook Celect®

        [ ] Günther Tulip®

[ ] Other (please identify): _____

2)    For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

    a)    The date each Cook Inferior Vena Cava Filter was implanted in you:

    b)    The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them:_____

    c)    Location of the Cook Inferior Vena Cava Filter, if known:_____

3)    Describe your understanding of the medical condition for which you received the Cook Inferior Vena Cava Filter(s): _____

4)    Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s): _____

5)    Give the name and address of the hospital or other healthcare facility where the Cook Inferior Vena Cava Filter was implanted:

6)    Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer to (3) above?

    If yes, please identify any such device(s) or product(s).

    When was this device or product implanted in you?

    Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter?

    Who was the physician(s) who implanted this other device or product?

    Where was the other device or product implanted in you?

    Why was the other device or product implanted in you?

7)  Prior to implantation with a Cook Inferior Vena Cava Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes ____ No ____ Don't Know ____

If yes:

a)  Provide the date you received the written and/or verbal information or instructions:

b)  Identify by name and address the person(s) who provided the information or instructions:

c)  What information or instructions did you receive?

d)  If you have copies of the written information or instructions you received, please attach copies to your response.

e)  Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)? Yes ____ No ____ Don't Know _____

f)  If yes to (e), by whom?

g)  If yes to (e), what potential complications were described to you?

8)  Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you? If so,

a)  Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)? Yes ____ No ____

If yes, identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal.

9)  Has any physician ever told you that he or she removed any Cook Inferior Vena Cava Filter(s) from you, in whole or in part?

Yes ____ No ____ Don't Know _____

If yes:

a)  Identify the date, name of the medical provider and the name/address of the medical facility where you told of the potential complications resulting from or

caused, in whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)?

b)   Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?

c)   Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?

d)   Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes ____ No ____ Don't Know _____

e)   If yes, please state name and address of the person or entity having possession of same.

10)   Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes ____ No ____

If yes:

a)   Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?

b)   When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?

c)   When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?

d)   To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).

e)      Are you currently experiencing symptoms related to your claimed bodily injuries?

Yes ____ No ____

If yes, please describe your current symptoms in detail.

f)      Are you currently seeing, or have you ever seen by a doctor or healthcare provider
        for any of the bodily injuries or symptoms listed above? Yes ____ No ____

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you
have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

g)      Were you hospitalized at any time for the bodily injuries you listed above?

Yes ____ No ____

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

11)   Are you making a claim for lost wages or lost earning capacity?

Yes ___ No ___

If yes, state the annual gross income you derived from your employment for each year, beginning five (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:

12)   Are you making a claim for lost out-of-pocket expenses?  Yes ___ No ___

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

13)   Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes ___ No ___

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim.

14)   Please indicate whether the Consortium Plaintiff alleges any of the damages set forth below:

| Claims | Yes/No |
| --- | --- |
| Loss of services of spouse | |
| Impaired sexual relations | |
| Lost wages/lost earning capacity | |
| Lost out-of-pocket expenses | |
| Physical injuries | |
| Psychological injuries/emotional injuries | |
| Other | |

15)   Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.



16)     Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

Yes ____ No ____ Don't Know _____

If yes, set forth:  (a) the date of the communication, (b) the method of communication, (c) the name of the person with whom you communicated, and (d) the substance of the communication.


### III.  MEDICAL BACKGROUND

1)     Provide your *current*: Age _____ Height _____ Weight _____

2)     Provide your:   Age _____ Weight _____ (approximate, if unknown) *at the time* the Cook Inferior Vena Cava Filter was implanted in you.

3)     In chronological order, list any and all surgeries, procedures and/or hospitalizations you had in the ten (10) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4)  In chronological order, list any and all surgeries, procedures and/or hospitalizations you
    had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and
    address the doctor(s), hospital(s) or other healthcare provider(s) involved with each
    surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

5)  To the extent not already provided in the charts above, provide the name, address, and
    telephone number of every doctor, hospital or other health care provider from which you
    have received medical advice and/or treatment in the past ten (10) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

6) *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ____ No ____

If yes, please describe each activity in detail.

_____

_____

7) *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ____ No ____

If yes, please describe each activity in detail.

_____

_____

8) To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

_____    Lupus
_____    Crohn's Disease
_____    Factor V Leiden
_____    Protein Deficiency
_____    Spinal fusion or other back procedures
_____    Anti-thrombin deficiency
_____    Prothrombin mutation

* * * * * * * * * * * * * * * *

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE
PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A)   Have you been diagnosed with and/or treated for any alcohol or chemical
dependency ~~for the one (1) year prior to the implantation of the Cook Inferior~~
~~Vena Cava Filter(s) through the present~~?     Yes ___ No ___

If yes, specify type and time period of dependency, type of treatment received, name of
treatment provider, and current status of condition:

> **Formatted:** Indent: Hanging: 0.5"

B)   Have you experienced, been diagnosed with or been treated for any mental health
conditions including depression, anxiety or other emotional or psychiatric
disorders ~~in the five (5) year period before implantation of the Cook Inferior Vena~~
~~Cava Filter(s)~~.? Yes ___ No ___

If yes, specify condition, date of onset, medication/treatment, treating physician and
current status of condition:

> **Formatted:** Indent: Hanging: 0.5"

* * * * * * * * * * * * * * * *

9)   Do you now or have you ever smoked tobacco products? Yes ___ No ___

If yes:

How long have/did you smoke?_____

10)  Other than the implantation of the Cook Inferior Vena Cava Filter device that is the
subject of your lawsuit, are you aware of any other Vena Cava Filter(s) implanted inside
your body?     Yes ___ No ___

If yes, please provide the following information:

a)   Product name:_____

b)   Date of procedure placing it and name and address of doctor who placed it:

_____

c)   Condition sought to be treated through placement of the device:

_____

d)   Any complications you encountered with the medical product or procedure:

_____

e)   Does that product remain implanted inside of you today?   Yes ___ No ___

11)   List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



## IV. INSURANCE INFORMATION

1) Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2)  ~~Have you ever been denied life insurance for reasons relating to your health?~~

~~Yes ___ No ___ Don't Know ___~~

~~If yes, please state when the denial occurred, the name of the life insurance company, and the company's reason for denial:~~

> **Formatted:** Indent: Hanging: 0.5"

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes ___ No ___

If yes, please specify the date on which you first became eligible:_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

### V.  PRIOR CLAIM INFORMATION

1)   Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes ____ No ____

If yes, please specify the following:

a)   Court in which lawsuit/claim was filed or initiated:_____

b)   Case/Claim Number:_____

c)   Nature of Claim/Injury:_____


2)   Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes ____ No ____

If yes, please specify the following:

a)   Date (or year) of application:_____

b)   Type of benefits sought:  _____

c)   Agency/Insurer from which you sought the benefits:_____

d)   The nature of the claimed injury/disability: _____

e)   Whether the claim was accepted or denied:_____

## VI. FACT WITNESSES

1)  Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|------|---------|---------------------|------------------------------------------|
|      |         |                     |                                          |
|      |         |                     |                                          |
|      |         |                     |                                          |
|      |         |                     |                                          |
|      |         |                     |                                          |

## VII. IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior Vena Cava Filter, please identify all research, including on-line research, that you conducted regarding the medical complaints or condition for which you received the Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy, etc.)  Identify the date, time, and source, including any websites visited.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### VIII. DOCUMENT REQUESTS

1)     DOCUMENTS. State whether you have any of the following documents in your possession, custody, and/or control.  If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

   a)     If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

        i.     Not Applicable _____

        ii.     The documents are attached _____ [OR] I have no documents_____

   b)     If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

        i.     Not Applicable _____

        ii.     The documents are attached _____ [OR] I have no documents_____

   c)     ~~Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject of this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, newsletters, etc. sent or received by you. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)~~

        i.     Not Applicable _____

        ii.     The documents are attached _____ [OR] I have no documents_____

   d)     Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s)~~, or any other information~~ evidencing your

> **Comment [A1]:** Pltf. Counsel to propose revised language for this section.

physical condition from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

    i.       Not Applicable _____

    ii.      The documents are attached _____ [OR]  I have no documents_____

e)    Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

    i.       Not Applicable _____

    ii.      The documents are attached _____ [OR]  I have no documents_____

f)    Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

    i.       Not applicable _____

    ii.      The documents are attached _____ [OR]  I have no documents_____

g)    Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

    i.       Not applicable _____

    ii.      The documents are attached _____ [OR]  I have no documents_____

h)    Produce all documents describing risks and/or benefits of inferior vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

    i.       Not applicable _____

    ii.      The documents are attached _____ [OR]  I have no documents_____

i)     Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

     i.     Not applicable _____

     ii.     The documents are attached _____ [OR] I have no documents_____

j)     If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

     i.     Not applicable _____

     ii.     The documents are attached _____ [OR] I have no documents_____

k)     If you claim lost wages or lost earning capacity, produce ~~redacted~~ copies of your Federal and State tax returns for the ~~two~~ five (5~~2~~) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.~~.~~

     i.     Not applicable _____

     ii.     The documents are attached _____ [OR] I have no documents_____

l)     All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit. This includes, but is not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

     i.     Not Applicable _____

     ii.     The documents are attached _____ [OR] I have no documents_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

<u>**VERIFICATION**</u>

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____

[Signature of Plaintiff]

<u>**VERIFICATION OF LOSS OF CONSORTIUM (if applicable)**</u>

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____

[Signature of Consortium Plaintiff]

1120857-1 (10909-0412)