UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to ALL ACTIONS

## CASE MANAGEMENT ORDER
## WAIVER OF RULE 26 INITIAL DISCLOSURES

Pursuant to this Court's Case Management Plan (Doc. 51), the Parties are to serve a master set of Fed. R. Civ. P. 26 Initial Disclosures ("Disclosures") on or before January 19, 2015. The Parties have met and conferred regarding the Initial Disclosures and agree that the production of the Disclosures would be unnecessarily duplicative as the Parties are using the Fact Sheets and Profile Forms to gather the information and documentation that would otherwise be produced in the Disclosures. Accordingly, the Parties respectfully request that this Court enter an Order permitting the Parties to waive the Fed. R. Civ. P. 26 Initial Disclosures and allow them to use the Fact Sheets and Profile Forms in lieu thereof.

**SO ORDERED** this _____ day of _____, 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

*AGREED TO BY:*

*/s/ Irwin B. Levin*                              `          */s/ Kip S. M. McDonald*

Irwin B. Levin, Esq.                                         Douglas B. King, Esq., Lead Counsel
COHEN & MALAD LLP                                            James M. Boyers, Esq.
One Indiana Square, Suite 1400                               Christopher D. Lee, Esq.
Indianapolis, Indiana 46204                                  John C. Babione, Esq.
Tel:   (317) 636-6481                                        Sandra L. Davis, Esq.
Fax:   (317) 636-2593                                        Kip S. M. McDonald, Esq.
ilevin@cohenandmalad.com                                     WOODEN & McLAUGHLIN LLP
                                                             One Indiana Square, Suite 1800
Lead Counsel for Plaintiffs                                  Indianapolis, IN 46204-4208
                                                             Tel:   (317) 639-6151
                                                             Fax:   (317) 639-6444
                                                             dking@woodmclaw.com
                                                             jboyers@woodmclaw.com
                                                             clee@woodmclaw.com
                                                             jbabione@woodmclaw.com
                                                             sdavis@woodmclaw.com
                                                             kmcdonald@woodmclaw.com

                                                             Counsel for Defendants Cook Group
                                                             Incorporated, Cook Incorporated, Cook
                                                             Medical Incorporated and William Cook
                                                             Europe Aps