IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL INC.,
IVC FILTERS MARKETING, SALES     Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS           MDL No. 2570
LIABILITY LITIGATION

This Document Relates to: 1:14-cv-06015.

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of ANGELA SPEARS, counsel for DONNA NEWSOME, Plaintiff, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED. **Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days**.

DATED: 1/15/2015

Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record by CM/ECF

Copies via U.S. Mail to:

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Suite 4
Tacoma, WA 98403

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
6111-D Peachtree Dunwoody Road
Atlanta, GA 30328

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Mark A. Tate
Tate Law Group, LLC
2 East Bryan Street, Suite 600
P. O. Box 9060
Savannah, GA 31412

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682