UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
  1:14-cv-06015-RLY-TAB

### ANSWER OF WILLIAM COOK EUROPE APS TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL BY WAY OF ADOPTION OF THE ANSWER OF COOK MEDICAL INCORPORATED, d/b/a COOK MEDICAL, INC., COOK INCORPORATED, AND COOK GROUP, INC. TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL [DOC. NO. 7]

  For its Answer to the Complaint Demand for Jury Trial ("Complaint") of the Plaintiff Donna Newsome, by way of admissions and denials thereto, the Defendant William Cook Europe ApS ("WCE") states that it adopts the Answer of Cook Medical, Incorporated d/b/a Cook Medical, Inc., Cook Incorporated, and Cook Group, Inc. to Plaintiff's Complaint and Demand for Jury Trial [Doc. No. 7],including the Further Answers, Requested Relief, and Demand for Jury Trial, as if set forth fully herein.

Submitted this 16th day of January, 2015.

                Respectfully submitted,

                */s/ Sandra L. Davis*
                Douglas B. King, Esq., Lead Counsel
                James M. Boyers, Esq.
                Christopher D. Lee, Esq.
                John C. Babione, Esq.
                Sandra L. Davis, Esq.
                Kip S. M. McDonald, Esq.

WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
jbabione@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Defendants Cook Medical Incorporated, Cook Incorporated, Cook Group Inc., and William Cook Europe ApS

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the filing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

/s/ Sandra L. Davis
Sandra L. Davis