UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570 <br><br> This Document Relates to ALL Actions. | ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a telephonic status conference at 10:30 a.m. on February 12, 2015. Parties shall participate in this conference by counsel. The purpose of this conference is to address the discovery issues referenced in the January 15, 2015, status report, including ESI issues. Counsel of record will receive instructions on how to access this call by separate notice.

Date: 1/20/2015

_____
Tim A. Baker
U.S. Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.