UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:14-cv-06016-RLY-TAB

## **COOK DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants Cook Medical, Incorporated ("CMI"), now Cook Medical LLC ("CML"), Cook Incorporated ("CI"), and Cook Group, Inc. ("CGI") (collectively, "Cook Defendants"), state:

CML, formerly CMI, and CI are subsidiaries of CGI.  There is no publicly held company or investment fund that holds 10% or more ownership interest in Cook Defendants.

Submitted this 23rd day of January, 2015.

                                                  Respectfully submitted,

                                                */s/ Sandra L. Davis*
                                                Douglas B. King, Esq., Lead Counsel
                                                James M. Boyers, Esq.
                                                Christopher D. Lee, Esq.
                                                John C. Babione, Esq.
                                                Sandra L. Davis, Esq.
                                                Kip S. M. McDonald, Esq.
                                                WOODEN & MCLAUGHLIN LLP
                                                One Indiana Square, Suite 1800
                                                Indianapolis, IN 46204-4208
                                                Tel:    (317) 639-6151
                                                Fax:    (317) 639-6444

                dking@woodmclaw.com
                jboyers@woodmclaw.com
                clee@woodmclaw.com
                jbabione@woodmclaw.com
                sdavis@woodmclaw.com
                kmcdonald@woodmclaw.com

                Counsel for Defendants Cook Medical Incorporated, Cook Incorporated, Cook Group Inc., and William Cook Europe ApS

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Sandra L. Davis*
Sandra L. Davis

1119683-1 (10909-0825)