IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:  All Actions
_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 3570 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   _____

2. Plaintiff Spouse

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   _____

5. District Court and Division in which venue would be proper absent direct filing

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   ☐ Cook Group, Incorporated, a/k/a Cook Medical, Inc.

   ☐ Cook Medical, Inc. a/k/a Cook Medical, Inc.

   ☐ Cook Medical, LLC

   ☐ Medical Engineering and Development Institute, Inc. ("MED Institute, Inc.") a/k/a Cook MED Institute, Inc.

   ☐ Cook Medical Technologies

   ☐ Cook Denmark International APS

   ☐ Cook Denmark Holding APS

   ☐ Cook Group Europe APS

   ☐ Cook Nederland BV

   ☐ William Cook Europe APS

7. Basis of Jurisdiction

   ☐ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue

   _____

   _____

   _____

2

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):
    - ☐ Gunther Tulip Mreye
    - ☐ Gunter Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):
    - ☐ Gunther Tulip Mreye
    - ☐ Gunter Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

10. Date of Implantation as to Each Product

    _____

    _____

    _____

11. Hospital(s) where Plaintiff was implanted (including City and State)

    _____

    _____

12. Implanting Surgeon(s)

    _____

    _____

3

13. Counts in the Master Complaint brought by Plaintiff(s):

- ☐ Count I: Strict Products Liability-Failure to Warn
- ☐ Count II: Strict Products Liability - Design Defect
- ☐ Count III: Negligence
- ☐ Count IV: Negligence Per Se
- ☐ Count V: Breach of Express Warranty
- ☐ Count VI: Breach of Implied Warranty
- ☐ Count VII: Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☐ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

14. Attorney for Plaintiff:

_____

4

15. Address and bar information:

_____

_____

_____

        Respectfully submitted,

        **COHEN & MALAD, LLP**

        */s/ Irwin B. Levin*
        Irwin B. Levin, IN Atty. No. 8786-49
        **COHEN & MALAD, LLP**
        One Indiana Square, #1400
        Indianapolis, Indiana 46204
        Telephone: (317) 636-6481
        Facsimile: (317) 636-2593
        ilevin@cohenandmalad.com

        ***Lead Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 30, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears  
Rosen & Spears  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Anthony James Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, Third Floor  
Pottsville, PA 17901  

Bard K. Brian  
222 Kentucky Avenue, Suite 10  
Paducah, KY 42001  

Brian J. Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, Third Floor  
Pottsville, PA 17901  

Charles Rene Houssiere, III  
Houssiere Durant & Houssiere, LLP  
1990 Post Oak Blvd., Suite 800  
Houston, TX 77056-3812  

Corrie Johnson Yackulic  
Corrie Yackulic Law Firm PLLC  
315 5th Avenue South, Suite 1000  
Seattle, WA 98104-2682  

George Jerre Duzane  
Duzane, Kooperman & Mondelli  
603 Woodland Street  
Nashville, TN 37206-4211  

Cliff W. Marcek  
Cliff W. Marcek, P.C.  
700 South Third Street  
Las Vegas, NV 89101  

David J. Britton  
Law Offices of David J. Britton  
2209 N. 30th Street, Suite 4  
Tacoma, WA 98403  

Jay Harris  
Harris, Reny & Torzewski  
Two Maritime Plaza, 3rd Floor  
Toledo, OH 43604  

Justin Kyle Brackett  
Tim Moore, Attorney at Law, P.A.  
305 East King St.  
Kings Mountain, NC 28086  

Marian S. Rosen  
Rosen & Spears  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Peter C. Wetherall  
Wetherall Group, Ltd.  
9345 W. Sunset Road, Suite 100  
Las Vegas, NV 89148  

Thomas H. Terry, III  
619 Cahoon Road  
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Coca Raton FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Irwin B. Levin*