UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to ALL ACTIONS

## CASE MANAGEMENT ORDER
## WAIVER OF RULE 26 INITIAL DISCLOSURES

Pursuant to this Court's Case Management Plan (Doc. 51), the Parties are to serve a master set of Fed. R. Civ. P. 26 Initial Disclosures ("Disclosures") on or before January 19, 2015. The Parties have met and conferred regarding the Initial Disclosures and agree that the production of the Disclosures would be unnecessarily duplicative as the Parties are using the Fact Sheets and Profile Forms to gather the information and documentation that would otherwise be produced in the Disclosures. Accordingly, the Parties respectfully request that this Court enter an Order permitting the Parties to waive the Fed. R. Civ. P. 26 Initial Disclosures and allow them to use the Fact Sheets and Profile Forms in lieu thereof.

**SO ORDERED:  2/2/2015**

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

*AGREED TO BY:*

| | |
|---|---|
| */s/ Irwin B. Levin* | */s/ Kip S. M. McDonald* |
| Irwin B. Levin, Esq. | Douglas B. King, Esq., Lead Counsel |
| COHEN & MALAD LLP | James M. Boyers, Esq. |
| One Indiana Square, Suite 1400 | Christopher D. Lee, Esq. |
| Indianapolis, Indiana 46204 | John C. Babione, Esq. |
| Tel:    (317) 636-6481 | Sandra L. Davis, Esq. |
| Fax:    (317) 636-2593 | Kip S. M. McDonald, Esq. |
| ilevin@cohenandmalad.com | WOODEN & McLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Lead Counsel for Plaintiffs | Indianapolis, IN 46204-4208 |
| | Tel:    (317) 639-6151 |
| | Fax:    (317) 639-6444 |
| | dking@woodmclaw.com |
| | jboyers@woodmclaw.com |
| | clee@woodmclaw.com |
| | jbabione@woodmclaw.com |
| | sdavis@woodmclaw.com |
| | kmcdonald@woodmclaw.com |
| | |
| | Counsel for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical Incorporated and William Cook Europe Aps |

Copies to all registered counsel of record via CM/ECF.
Copies to all non-registered counsel of record to be made by
Plaintiffs' Lead Counsel.