IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT STATUS REPORT REGARDING OUTSTANDING DISCOVERY ISSUES TO BE ADDRESSED AT FEBRUARY 12, 2015 STATUS CONFERENCE**

The Parties have met and conferred regarding the scope of the electronically stored information ("ESI") within the Defendants' possession, custody and/or control. The Parties jointly submit this report to inform the Court of the outstanding issues concerning the ESI in advance of the February 12, 2015, status conference. The following issues have been identified as needing Court intervention for resolution:

1. The Parties have not reached an agreement on the search terms and search methodology to be used by Cook to identify documents for review and potential production.

2. The Plaintiffs seek additional search statistics from Defendants before agreeing to an initial set of search terms and search methodology while Defendants suggest agreeing to an initial set of terms and revisit them after initial MDL 2570 productions have been provided.

3. The Parties disagree over the scope of discovery regarding other IVC filter devices, including but not limited to the Bird's Nest and Celect Platinum.

4. The Parties have not reached an agreement on a final ESI Order.

5. The Parties have not reached an agreement on European Data procedures.

1

The Parties provided the Court with a Joint Status Report on January 16, 2015, outlining the progress between the Parties in submitting various case management and discovery protocols. (Doc. No. 173). The Parties have worked through a vast majority of the issues discussed in the January 16, 2015 Joint Status Report, but continue to have a few remaining differences where Court involvement would be helpful. They are:

1. The scope of bankruptcy information which should be provided by the Plaintiffs;

2. The scope of mental health conditions and alcohol/chemical dependency the Plaintiffs must provide;

3. Whether the Plaintiff must produce social media identifiers; and

4. A limitation on the number of Cook Defendant employees who may be deposed.

**JOINTLY SUBMITTED BY:**

*/s/ Irwin B. Levin (w/ consent)*  

Irwin B. Levin, Esq.
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel:   (317) 636-6481
Fax:   (317) 636-2593
ilevin@cohenandmalad.com

Lead Counsel for Plaintiffs

*/s/ Douglas B. King*

Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
jbabione@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical Incorporated and William Cook Europe Aps

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 9, 2015, a copy of the foregoing Motion was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

Wilnar J. Julmiste
Anderson Glenn LLP – Coca Raton FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Douglas B. King*