IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s) _____

## PLAINTIFF'S SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   _____

2. Plaintiff's/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff(s) and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____

6. Plaintiff's/Deceased Party's current state of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (Check Defendants against whom Complaint is made):

    ☐ Cook Group, Inc.
    ☐ Cook Medical Incorporated a/k/a Cook Medical, Inc.
    ☐ Cook Medical, LLC
    ☐ Cook Incorporated
    ☐ Medical Engineering and Development Institute, Inc. ("MED Institute, Inc.") a/k/a Cook MED Institute, Inc.
    ☐ Cook Medical Technologies
    ☐ Cook Denmark International APS
    ☐ Cook Denmark Holding APS
    ☐ Cook Group Europe APS
    ☐ Cook Nederland BV
    ☐ William Cook Europe APS

9. Basis of Jurisdiction
    ☐ Diversity of Citizenship
    ☐ Other: _____
   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

_____

_____

  b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):
    - ☐ Gunther Tulip Mreye
    - ☐ Gunter Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Defendants' products about which Plaintiff is making a claim. (Check applicable products):
    - ☐ Gunther Tulip Mreye
    - ☐ Gunter Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

12. Date of implantation as to each product:

_____

_____

_____

13. Hospital(s) where Plaintiff was implanted (including City and State):

_____

_____

14. Implanting surgeon(s):

_____

_____

15. Counts in the Master Complaint brought by Plaintiff(s):

- ☐ Count I: Strict Products Liability - Failure to Warn
- ☐ Count II: Strict Products Liability - Design Defect
- ☐ Count III: Negligence
- ☐ Count IV: Negligence *Per Se*
- ☐ Count V: Breach of Express Warranty
- ☐ Count VI: Breach of Implied Warranty
- ☐ Count VII: Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☐ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

4

_____

16. Attorney(s) for Plaintiff:

_____

17. Address and bar information:

_____

_____

_____

## PRAYER FOR RELEIF AND, AS APPLICABLE, PRAYER FOR RELIEF FOR SURVIVAL AND WRONGFUL DEATH

WHEREFORE, Plaintiff(s) pray(s) for relief as set forth in the Master Complaint filed in MDL No. 2570.

## JURY DEMAND

Plaintiff(s) hereby ☐ demands ☐ **does not** demand a trial by jury on all issues so triable.

Date: _____ , 20___

                                                Respectfully submitted,

                                                By:
                                                Address
                                                Bar Information
                                                *Attorneys for Plaintiffs*