UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | ) ) ) ) )   No. 1:14-ml-02570-RLY-TAB |

**ORDER ON FEBRUARY 12, 2015, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel February 12, 2015, for a telephonic status conference. The parties were given an opportunity to be heard on various matters regarding discovery and case management, and the Court made the rulings set forth below.

1.  Search terms shall not exceed 20, which shall include more restrictive anchor terms and shall be limited to 25 custodians. Bird's Nest and Celect Platinum shall not be among the search terms, given that these devices are not at issue in this litigation.

2.  The parties shall continue to meet and confer on a final ESI order and on European Data procedures. Any disagreements may be submitted to the Court either by motion or by requesting a conference with the Magistrate Judge.

3.  Plaintiffs shall disclose the bankruptcy information sought by Defendant for the time period that includes five years from the date of implantation of the device.

4.  Plaintiffs shall disclose the mental health and alcohol/chemical dependency information sought by Defendant for the time period that includes five years prior to the date of filing this litigation.

5.  Defendant is not entitled to Plaintiffs' social media passwords or otherwise to unfettered access to Plaintiffs' social media. However, Defendant is entitled to discovery of

social media information, which should focus on screen shots for specifically identified social media sites on specific dates identified by Defendant and agreed to by Plaintiffs.

6. Plaintiffs may depose all of Defendant's relevant sales representatives in addition to 10 30(b)(6) representatives and 10 additional depositions.

7. The foregoing discovery orders may be modified for good cause shown if meet and confer efforts are not successful in otherwise resolving the issues.

Dated: 2/20/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.