# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE

This cause has come before the Court upon the unopposed motion of the Cook Defendants for a continuance of the March 19, 2015 Pretrial Conference. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED AND DECREED that the March 19, 2015 Pretrial Conference is vacated and reset for March 27, 2015, at 10:00 a.m.

Entered this ____ day of February, 2015.

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1

1153210-1 (10909-0412)