UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:15-cv-00175-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical Incorporated (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical");
Cook Group, Incorporated (which is sued in some cases as "Cook Group, Inc."); and William Cook Europe ApS.

Dated: March 9, 2015

*/s/ Sandra L. Davis*
Sandra L. Davis, #27803-53
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
sdavis@woodmclaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
535 Dock Street, Suite 108
Tacoma, WA 98402

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Lori Elizabeth Hammond
Frost Brown Todd LLC - Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Randal Alan Kauffman
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Joseph Johnson
Babbitt Johnson Osborne & LeClainche, P.A.
1641 Worthington Road
West Palm Beach, FL 33409

Ramon R. Lopez
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Matthew McCarley
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Anthony James Urban
Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

                                                */s/ Sandra L. Davis*