UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:15-cv-00016-RLY-TAB

### **COOK DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants Cook Medical, Incorporated ("CMI"), now Cook Medical LLC ("CML"), Cook Incorporated ("CI"), Cook Group, Inc. ("CGI"), and William Cook Europe ApS ("WCE") (collectively, "Cook Defendants"), state:

CML, formerly CMI, and CI are subsidiaries of CGI. WCE is a subsidiary of Cook Nederland BV and is indirectly owned by CGI. There is no publicly held company or investment fund that holds 10% or more ownership interest in Cook Defendants.

Submitted this 9th day of March, 2015.

                                                                     Respectfully submitted,

                                                                   */s/ Sandra L. Davis*
                                                                   Douglas B. King, Esq., Lead Counsel
                                                                   James M. Boyers, Esq.
                                                                   Christopher D. Lee, Esq.
                                                                   John C. Babione, Esq.
                                                                   Sandra L. Davis, Esq.
                                                                   Kip S. M. McDonald, Esq.
                                                                   WOODEN & McLAUGHLIN LLP
                                                                   One Indiana Square, Suite 1800
                                                                   Indianapolis, IN 46204-4208
                                                                   Tel:   (317) 639-6151
                                                                   Fax:   (317) 639-6444

                                              dking@woodmclaw.com
                                              jboyers@woodmclaw.com
                                              clee@woodmclaw.com
                                              jbabione@woodmclaw.com
                                              sdavis@woodmclaw.com
                                              kmcdonald@woodmclaw.com

                                              Counsel for Defendants Cook Medical Incorporated, Cook Incorporated, Cook Group Inc., and William Cook Europe ApS

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                    */s/ Sandra L. Davis*
                                    Sandra L. Davis