UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a telephonic status conference at 11:30 a.m. on March 13, 2015. Parties shall participate in this conference by counsel. The purpose of this conference is to address a discovery issue. Counsel of record will receive instructions on how to access this call by separate notice. All attorneys participating in this conference shall be on the conference line no later than 11:25 a.m. Counsel for Plaintiffs and counsel for defendants shall designate one attorney each to address the Court at this conference.

Date: 3/11/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.