# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## COOK DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING DISCOVERY ISSUES TO BE ADDRESSED AT MARCH 13, 2015 STATUS CONFERENCE

Cook Defendants have met and conferred with Plaintiffs regarding all outstanding discovery and case management issues.  The following issues have been identified by Cook Defendants as needing Court intervention for resolution:

1. The Parties have not reached an agreement on ESI search and anchor terms.

2. The Parties have not reached an agreement regarding when Plaintiffs must identify the 25 ESI custodians permitted per the Court's Order.  (Doc. No. 244).

3. The Parties have not reached an agreement on the proposed ESI order.  Cook Defendants' submit their proposal herewith for the Court's convenience.  Cook Defendants submitted this proposed ESI Order to Plaintiffs on January 28, 2015, and the Parties discussed it on March 12, 2015.  Discussions are ongoing, but Cook Defendants believe feedback from the Court would be helpful.

4. The Parties have not reached an agreement regarding European data procedures. Cook Defendants' submit their proposal herewith for the Court's convenience, as Exhibit B to the ESI Order.  Cook Defendants submitted this proposed exhibit to the ESI Order to Plaintiffs

on February 11, 2015, and the Parties discussed it on March 11 and 12, 2015.  Discussions are ongoing, but Cook Defendants believe feedback from the Court would be helpful.

5.      The Parties have largely agreed upon a protocol concerning claims of privilege and work product, but have not been able to agree on whether there should be any sort of time limitation on when a privilege designation may be challenged.

6. The Parties have largely agreed upon a Short Form Complaint, but have not been able to agree on whether Plaintiffs must specifically identify the alleged defect with the product in the Short Form Complaint.

Cook Defendants attempted to file a Joint Status Report with Plaintiffs.  However, Plaintiffs objected to Cook Defendants submitting their proposed ESI order to the Court at this time, even though Cook Defendants agreed to also attach any sort of proposal Plaintiffs wanted to include.  Cook Defendants feel that it is important for the Court to see what Cook Defendants have prepared and offered, in order for any sort of meaningful progress to be made at tomorrow's status conference.

    Respectfully submitted,

    */s/ Christopher D. Lee*
    Douglas B. King, Esq.
    James M. Boyers, Esq.
    Christopher D. Lee, Esq.
    John C. Babione, Esq.
    Sandra L. Davis, Esq.
    Kip S. M. McDonald, Esq.
    WOODEN & McLAUGHLIN LLP
    One Indiana Square, Suite 1800
    Indianapolis, IN 46204-4208
    Tel:    (317) 639-6151
    Fax:    (317) 639-6444
    dking@woodmclaw.com
    jboyers@woodmclaw.com
    clee@woodmclaw.com
    jbabione@woodmclaw.com

                                                            sdavis@woodmclaw.com
                                                            kmcdonald@woodmclaw.com

Counsel for Cook Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


                                                                */s/ Christopher D. Lee*