UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:14-cv-06018-RLY-TAB
   1:15-cv-06021-RLY-TAB
   1:15-cv-06022-RLY-TAB

### COOK DEFENDANTS' MOTION TO WITHDRAW DOCKET NOS. 295, 296, AND 297

Cook Defendants, by counsel, respectfully submit this Motion to Withdraw Docket Nos. 295, 296, and 297, and in support thereof state:

1.  On March 16, 2015, Cook Defendants filed their Answer in the *Guinto* matter (Docket No. 295), their Answer in the *Tickner* matter (Docket No. 296), and their Corporate Disclosure Statement for the *Guinto*, *Tickner*, and *Brand* matters (Docket No. 297);

2.  In all three documents, Cook Defendants inadvertently identified the *Guinto* and *Tickner* matters by the wrong cause numbers in the caption;

3.  In order to correct the MDL docket and avoid future confusion, Cook Defendants wish to withdraw Docket Nos. 295, 296, and 297 and re-file the documents with corrected captions;

WHEREFORE, Cook Defendants respectfully request that the Court allow them to withdraw Docket Nos. 295, 296, and 297, and re-file corrected versions of the documents.

Submitted this 17th day of March, 2015.

                                          Respectfully submitted,

                                           */s/ Sandra L. Davis*
                                          Douglas B. King, Esq., Lead Counsel
                                          James M. Boyers, Esq.
                                          Christopher D. Lee, Esq.
                                          John C. Babione, Esq.
                                          Sandra L. Davis, Esq.
                                          Kip S. M. McDonald, Esq.
                                          WOODEN & McLAUGHLIN LLP
                                          One Indiana Square, Suite 1800
                                          Indianapolis, IN 46204-4208
                                          Tel:    (317) 639-6151
                                          Fax:    (317) 639-6444
                                          dking@woodmclaw.com
                                          jboyers@woodmclaw.com
                                          clee@woodmclaw.com
                                          jbabione@woodmclaw.com
                                          sdavis@woodmclaw.com
                                          kmcdonald@woodmclaw.com

                                          Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the filing was also served via U.S. Mail to the following non-CM/ECF participants:

Robert M. Hammers, Jr.
JASON T. SCHNEIDER, P.C.
6111D Peachtree Dunwoody Road
Atlanta, Georgia 30328

Nathan C. VanDerVeer
Richard A. Freese
FREESE & GOSS, PLLC
1901 Sixth Avenue North
Suite 3120
Birmingham, AL 35209

William R. Wilder
BAPTISTE & WILDER, P.C.
1150 Connecticut Avenue, N.W.
Suite 315
Washington, D.C. 20036

*/s/ Sandra L. Davis*
Sandra L. Davis

1171997-1 (10909-0412)