UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:14-cv-06018-RLY-TAB
    1:15-cv-06021-RLY-TAB
    1:15-cv-06022-RLY-TAB

## ORDER GRANTING COOK DEFENDANTS' MOTION TO WITHDRAW DOCKET NOS. 295, 296, AND 297

This cause has come before the Court upon the motion of the Cook Defendants to withdraw Docket Nos. 295, 296, and 297. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Docket Nos. 295, 296, and 297 are withdrawn and Cook Defendants may re-file corrected versions of the documents.

Entered this ____ day of March, 2015.

                                          Tim A. Baker, Magistrate Judge
                                          United States District Court
                                          Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.