## IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

### JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #4 (PARTY PROFILE FORMS & FACT SHEET PROTOCOL)

The Parties have met and conferred regarding the use of party profile forms and fact sheets in this MDL, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #4 (Party Profile Forms & Fact Sheet Protocol).

**JOINTLY SUBMITTED BY:**

<table>
<tr><td>

*s/ Irwin B. Levin (with consent)*

Irwin B. Levin, Esq.
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel:    (317) 636-6481
Fax:    (317) 636-2593
ilevin@cohenandmalad.com


Lead Counsel for Plaintiffs

</td><td>

*s/ Christopher D. Lee*

Douglas B. King, Esq.
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

</td></tr>
</table>

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Christopher D. Lee*