UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 MAR 23 PM 1:22
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:14-cv-06022-RLY-TAB

### MOTION OF WILLIAM R. WILDER TO WITHDRAW AS COUNSEL

William Randell Wilder hereby moves to withdraw as counsel for Plaintiff Jesusa Guinto from the captioned proceeding. Mr. Wilder served as local counsel to Ms. Guinto's counsel, Ben C. Martin and Thomas W. Arbon, in filing action 15-cv-85 in the United States District Court for the District of Columbia. That matter was transferred to this Court pursuant to Conditional Transfer Order – 8 on February 4, 2015 (Dkt No. 61). Mr. Martin and Mr. Arbon will continue as counsel for Plaintiff. Mr. Wilder is no longer required to serve as local counsel to the plaintiff. Ms. Guinto, through Mr. Arbon, has consented to this motion to withdraw. The defendants do not oppose the motion.

Dated: March 17, 2015.

Respectfully submitted,

William R. Wilder
Baptiste & Wilder, P.C.
1150 Connecticut Ave., NW, Suite 315
Washington, DC 20036
(202) 223-0723/[F] (202) 223-9677
wwilder@bapwild.com

Ben C. Martin
Thomas W. Arbon
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 761-6614/Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on counsel for the defendants on March 17, 2015.

> Douglas B. King, Esq., Lead Counsel
> James M. Boyers, Esq.
> Christopher D. Lee, Esq.
> John C. Babione, Esq.
> Sandra L. Davis, Esq.
> Kip S. M. McDonald, Esq.
> WOODEN & MCLAUGHLIN LLP
> One Indiana Square, Suite 1800
> Indianapolis, IN 46204-4208

William R. Wilder