# BAPTISTE & WILDER, P.C.

ATTORNEYS AT LAW

**ROBERT M. BAPTISTE**
rbaptiste@bapwild.com

**ROLAND P. WILDER, JR.**
rpwilderjr@bapwild.com

**JAMES F. WALLINGTON**
jwallington@bapwild.com

**WILLIAM R. WILDER**
wwilder@bapwild.com

**STEPHEN J. FEINBERG**
sfeinberg@bapwild.com

March 17, 2015

Clerk of Court
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

Re:   Case No. 1:14-cv-06022-RLY-TAB

Dear Sir or Madam:

Enclosed please find the motion of William R. Wilder to withdraw as counsel for plaintiff Jesusa Guinto in the captioned matter along with form of proposed order. An original and one copy are enclosed.

Thank you for your attention to this matter.

Very truly yours,

BAPTISTE & WILDER, P.C.

By: _____
    William R. Wilder

cc:   Mr. Martin
      Ms. Davis

1150 CONNECTICUT AVE., N.W.
SUITE 315
WASHINGTON, D.C. 20036
PHONE: (202) 223-0723
FAX: (202) 223-9677
www.bapwild.com