**BAPTISTE & WILDER, P.C.**
ATTORNEYS AT LAW
1150 CONNECTICUT AVENUE, N.W.
SUITE 315
WASHINGTON, D.C. 20036
(202) 223-0723



$000.69
02 1P
0000527242  MAR 17 2015
MAILED FROM ZIP CODE 20036

Clerk of Court
U.S. District of Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204



RECEIVED

MAR 23 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204$1999 C047