UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:14-cv-06022-RLY-TAB

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

    THIS MATTER came before the court on the motion of William R. Wilder to withdraw as counsel to Jesusa Guinto in the captioned proceeding. As this matter has been transferred to this Court from the United States District Court for the District of Columbia, and Plaintiff Guinto continues to be represented by her counsel, Ben C. Martin and Thomas W. Arbon, the court finds good cause to grant the motion to withdraw.

    IT IS ACCORDINGLY ORDERED that William R. Wilder is permitted to withdraw as counsel to Jesusa Guinto in this matter and his appearance as counsel shall be removed from the Court's docket in this matter.

Dated: 3/24/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via e-mail generated by the Court's ECF system. Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.