UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS. | ) ) ) ) ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB |

**ORDER RESETTING PRETRIAL CONFERENCE**

The Court, on its own motion, VACATES the pretrial conference scheduled for March 27, 2015, and sets a telephonic status conference for August 25, 2015, at 2:00 p.m. Parties shall appear by counsel, who shall be connected to the conference line no later than 1:55 p.m. Information on how to access this conference call will be provided to counsel of record in a separate notice. If counsel believes it would be beneficial to appear in person for this conference, they should so notify the Court no later than one week prior to the conference.

Date: 3/24/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.