**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Order Relates to All Actions

**NOTICE OF AGREEMENT**

WHEREAS, the parties to the above-captioned matter in accordance with this Court's Order dated March 17, 2015 (Document 87), enter into agreement regarding the form of the "Short Form Complaint" to be used by all plaintiffs in this action, a copy of which is attached hereto as Exhibit A. Specifically:

1. This Short Form Complaint adopts the Master Complaint filed with this court on January 30, 2015, (Document 213).

2. All cases filed directly into this jurisdiction shall use the Short Form Complaint attached hereto as Exhibit A.

3. All cases transferred into this jurisdiction shall be amended using the Short Form Complaint attached hereto as Exhibit A.

4. Defendant's Appearance alone shall serve as a general denial of the allegations contained in the Short Form Complaint and confirmation that Defendants adopt the Master Answer and Affirmative Defenses which shall be filed by Defendants on or before April 15, 2015.

**AGREED TO BY:**

| | |
|---|---|
| */s/ Irwin B. Levin* | */s/ Christopher D. Lee* |
| | |
| Irwin B. Levin, Esq. | Douglas B. King, Esq., Lead Counsel |
| COHEN & MALAD LLP | James M. Boyers, Esq. |
| One Indiana Square, Suite 1400 | Christopher D. Lee, Esq. |
| Indianapolis, Indiana 46204 | John C. Babione, Esq. |
| Tel:   (317) 636-6481 | Sandra L. Davis, Esq. |
| Fax:   (317) 636-2593 | Kip S. M. McDonald, Esq. |
| ilevin@cohenandmalad.com | WOODEN & McLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Lead Counsel for Plaintiffs | Indianapolis, IN 46204-4208 |
| | Tel:   (317) 639-6151 |
| | Fax:   (317) 639-6444 |
| | dking@woodmclaw.com |
| | clee@woodmclaw.com |
| | jboyers@woodmclaw.com |
| | sdavis@woodmclaw.com |
| | kmcdonald@woodmclaw.com |
| | |
| | Counsel for Cook Defendants |