UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
       1:14-cv-06000-RLY-TAB
_____


**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Michael Heaviside:

       Robert Brady and Cynthia Brady