```
                              FILED
                          U.S. DISTRICT COURT
                          INDIANAPOLIS DIVISION

                          2015 APR -6 PM 3:01

                          SOUTHERN DISTRICT
                             OF INDIANA
                          LAURA A. BRIGGS
                               CLERK
```

# IN THE UNITES STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND   1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION MDL No. 2570

---

This Document Relates to:
1:14-cv-06011

## MOTION TO SUBSTITUTE ATTORNEY

Comes now Attorney Corrie J. Yackulic for Karen Eslick and Roy Eslick, Washington counsel for Karen Eslick and Roy Eslick, and requests the Court to withdraw her as counsel in this case as the case has been transferred to the MDL and no further involvement on her part is required.

The appearance of attorneys Ben C. Martin and Tom Arbon, on behalf of Karen Eslick and Roy Eslick remains in place and all pleadings, orders and entries should be served on them.

Respectfully submitted by,

**CORRIE YACKULIC LAW FIRM, PLLC**

*/s/ Corrie J. Yackulic*

Corrie Yackulic Law Firm, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: 206/787-1915
Facsimile: 206/299-9725
Email: corrie@cjylaw.com

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, Corrie J. Yackulic, hereby certify that on ~~March~~ April 2, 2015, I filed the foregoing with Clerk of the Court via U.S. Mail and served via Certified U.S. Mail Douglas B. King, Lead Counsel for Defendants. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Corrie Yackulic Law Firm, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: 206/787-1915
Facsimile: 206/299-9725
Email: corrie@cjylaw.com


Tom Arbon
***PRO HAC VICE ADMISSION***
Ben C. Martin
***PRO HAC VICE ADMISSION***
The Law Offices of Ben C. Martin
3219 McKinney Ave., Suite 100
Dallas, Texas 75204
Telephone:   214/ 761-6614
Facsimile:   214/ 744-7590

**Attorneys for Plaintiffs Karen Eslick & Roy Eslick**