IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL No. 2570 | 1:14-ml-2570-RLY-TAB |
| This Document Relates to: 1:14-cv-06011 | |

## ORDER ON MOTION TO SUBSTITUTE

Upon consideration of the Motion of Corrie J. Yackulic to Withdraw as Counsel in the above-captioned case, and for good cause shown, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel is GRANTED. All pleadings should continue to be served on Plaintiffs' Attorneys Ben C. Martin and Tom Arbon in this matter.

SO ORDERED on this ____ day of _____ 2015.

_____
The Honorable Chief Judge Richard L. Young

ORIGINAL