

Email: dianna@cjylaw.com

April 2, 2015

**Via Certified Mail**
U.S. District Court
Southern District of Indiana
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

Re: Eslick v. Cook Medical et al.
Cause No.: 1:14-cv-06011

Dear Clerk:

Enclosed for filing please find Ms. Yackulic's Motion to Substitute Attorney and Order (2 copies) with regard to the above referenced matter. I have provided a self-addressed stamped envelope for providing our office with the conformed copy.

If you have any questions, please feel free to contact me.

Sincerely,

*Dianna L. Sheets*

DIANNA L. SHEETS
Paralegal to Corrie J. Yackulic

DLS/dls
Enclosures

cc: Ben C. Martin, Attorney
    Tom Arbon, Attorney