

**Corrie Yackulic** | LAW FIR
315 5th Avenue S., #1000   Seattle, WA 98104

CERTIFIED MAIL



7014 2870 0000 7894 8508



02 1P      $ 007.40
0003159827   APR 02 2015
MAILED FROM ZIP CODE 98104



RECEIVED
APR 06 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

U.S. District Court
Southern District of Indiana
46 E. Ohio St., Room 105
Indianapolis, IN 46204

46204$1919 C047