IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

---

**JOINT MOTION FOR APPROVAL AND ENTRY OF
CASE MANAGEMENT ORDER NO. 6**
(Service of Short Form Complaints, Plaintiffs Profile Form, Plaintiffs
Fact Sheet and Other Responsive Documents)

---

The Parties have met and conferred regarding service of Short Form Complaints, Plaintiffs Profile Form, Plaintiffs Fact Sheet and other responsive documents, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #6.

**Agreed to By:**

/s/ Irwin B. Levin
Irwin B. Levin, Lead Counsel
Jeffrey S. Gibson
TaKeena M. Thompson
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
T: (317) 636-6481
F: (317) 636-2593
ilevin@cohenandmalad.com
jgibson@cohenandmalad.com
tthompson@cohenandmalad.com

*Counsel for Plaintiffs*

/s/ Christopher D. Lee
Douglas B. King, Lead Counsel
James M. Boyers
Christopher D. Lee
Sandra L. Davis
Kip S. M. McDonald
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana 46204
T: (317) 639-6151
F: (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com
*Counsel for Cook Defendants*