IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION              Case No: 1:14-ml-2570-RLY-TAB
_____   MDL No. 2570

This Document Relates to All Actions
_____

**CASE MANAGEMENT ORDER NO. 6**
**SERVICE OF SHORT FORM COMPLAINTS, PLAINTIFFS PROFILE FORM,**
**PLAINTIFFS' FACT SHEET AND OTHER RESPONSIVE DOCUMENTS**

This Order applies to claims that are (i) currently pending in MDL No. 2570; or (ii) will be filed in, removed to or transferred to this Court for inclusion in MDL No. 2570.

Defendants agree, without waiver of any defenses, to accept service of process pursuant to the terms of this Order for cases commenced in, removed to, or transferred to MDL. No. 2570

I.  Service of Short Form Complaints.

Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL shall serve the Short Form Complaint via e-mail to CookIVCFMDL@woodmclaw.com. Within thirty (30) days after the Short Form Complaint is sent to the aforementioned e-mail address, Defendants shall send a completed and signed Waiver of Service of Summons to each Plaintiff's respective counsel via e-mail.

II.  Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents.

Each Plaintiff's respective counsel shall serve Defendants with the Plaintiffs' Fact Sheet, Plaintiffs' Profile Form, Executed Medical Authorizations and other documents produced in response to the Fact Sheets and Profile Forms by uploading the documents to: https://filetransfer.woodmclaw.com/filedrop/kjachimiak@woodmclaw.com.

Plaintiff's counsel shall also e-mail Defendants at CookIVCFMDL@woodmclaw.com to notify Defendants that documents have been uploaded to the aforementioned link within twenty-four (24) hours of uploading the documents.

Dated: _____

                    Tim A. Baker
                    United States Magistrate Judge
                    Southern District of Indiana

**Agreed to By:**

| | |
|---|---|
| /s/ Irwin B. Levin | /s/ Christopher D. Lee |
| Irwin B. Levin, Lead Counsel | Douglas B. King, Lead Counsel |
| Jeffrey S. Gibson | James M. Boyers |
| TaKeena M. Thompson | Christopher D. Lee |
| **COHEN & MALAD, LLP** | Sandra L. Davis |
| One Indiana Square, Suite 1400 | Kip S. M. McDonald |
| Indianapolis, Indiana 46204 | WOODEN & MCLAUGHLIN LLP |
| T: (317) 636-6481 | One Indiana Square, Suite 1800 |
| F: (317) 636-2593 | Indianapolis, Indiana 46204 |
| ilevin@cohenandmalad.com | T: (317) 639-6151 |
| jgibson@cohenandmalad.com | F: (317) 639-6444 |
| tthompson@cohenandmalad.com | dking@woodmclaw.com |
| | jboyers@woodmclaw.com |
| *Counsel for Plaintiffs* | sdavis@woodmclaw.com |
| | kmcdonald@woodmclaw.com |
| | |
| | *Counsel for Cook Defendants* |