IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION FOR SHORT ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' SUBMISSION OF PROPOSED ESI ORDER**

This cause has come before the Court upon the Cook Defendants' Unopposed Motion for Short Enlargement of Time to File Response to Plaintiffs' Submission of Proposed ESI Order. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the Cook Defendants shall have up to and including Monday, April 20, 2015 in which to file their response to the Plaintiffs' Submission of Proposed ESI Order.

Entered this \_\_\_\_ day of April, 2015.

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1186171-1 (10909-0412)