IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____ | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions<br>_____ | |

**COOK DEFENDANTS' UNOPPOSED MOTION FOR SHORT ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' SUBMISSION OF PROPOSED ESI ORDER**

Defendants Cook Incorporated, Cook Medical LLC, *formerly known as*, Cook Medical Incorporated, and William Cook Europe ApS (collectively the "Cook Defendants") respectfully move the Court for a short enlargement of time to respond to the Plaintiffs' Submission of Proposed ESI Order, which was filed on March 26, 2015 (Dkt. 319). In support of said motion, the Cook Defendants state:

1. Pursuant to Local Rule 7-1(c)(2)(A) and Fed. R. Civ. P. 6(d), the Cook Defendants' response is currently due on Monday, April 13, 2015.

2. The Cook Defendants originally sent their proposed ESI Order to the Plaintiffs on January 28, 2015.

3. The Plaintiffs provided their first written response to the Cook Defendants' proposed ESI Order on March 26, 2015. The parties have engaged in negotiations over a proposed ESI Order since March 26, 2015 and have made significant progress resolving several areas of dispute. However, those negotiations remain ongoing and it appears that certain issues provided for in the Agreed Order on Electronically Stored Information and Document Production

Protocol in *Adams v. Cook Medical Incorporated et al.,* 1:13-cv-000013-RLY-TAB on July 2, 2014 (Dkt. 36) will likely have to be addressed with the Court.

4. In order to avoid prematurely and unnecessarily putting issues before the Court, the Cook Defendants require a short enlargement of time, seven (7) days, up to and including Monday, April 20, 2015, in which to file their response to the Plaintiffs' submission. The Cook Defendants discussed this short enlargement of time on a conference call with John Dalimonte and TaKeena Thompson on Friday, April 3, 2015, and they do not object.

WHEREFORE, the Cook Defendants respectfully request that the Court grant them a short enlargement of time from Monday, April 13, 2015 to Monday, April 20, 2015, in which to file their response to the Plaintiffs' submission of proposed ESI Order and that the Court grant them all other proper relief.

Respectfully submitted,

*s/ James M. Boyers*
Douglas B. King, Esq.
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Steering Committee.

/s/*James M. Boyers*
James M. Boyers

1186166-1 (10909-0412)