IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Larry Johnson and Brenda Johnson

Civil Case #1:15-cv-06023-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Larry Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Brenda Johnson

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Michigan, Southern Division

8. Defendants (Check Defendants against whom Complaint is made):

       X    Cook Incorporated

       ☐    Cook Medical LLC

       X    William Cook Europe ApS

9. Basis of Jurisdiction:

       X    Diversity of Citizenship

       ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 – 28 inclusive

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

        ☐    Günther Tulip® Vena Cava Filter

      X      Cook Celect® Vena Cava Filter

      ☐      Gunther Tulip Mreye

      ☐      Cook Celect Platinum

      ☐      Other: _____

11. Date of Implantation as to each product:

   10/22/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Genesys Health Park, Grand Blanc, MI

13. Implanting Physician(s):

   Dr. B. Sweda

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☐    Count I:    Strict Products Liability – Failure to Warn

   ☐    Count II:    Strict Products Liability – Design Defect

   X    Count III:    Negligence

   X    Count IV:    Negligence Per Se

   X    Count V:    Breach of Express Warranty

   X    Count VI:    Breach of Implied Warranty

   X    Count VII:    Violations of Applicable Michigan (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   X    Count VIII:    Loss of Consortium

3

☐ Count IX: Wrongful Death

☐ Count X: Survival

☐ Count XI: Punitive Damages

X Other: <u>Gross Negligence*</u>    (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

*On August 9, 2010, ten weeks before the Cook Filter was implanted in Plaintiff, the FDA had issued a Safety Communication regarding temporary, retrievable IVC filters. At the time of the communication, the FDA had received 921 adverse event reports. Of those reports, 328 involved device migration, 146 involved broken pieces of the IVC traveling in the bloodstream, becoming dangerous embolisms, 70 involved the device perforating the inferior vena cava, and 56 involved filter fractures.

On March 30, 2011, Cardiovascular Interventional Radiology electronically published a report regarding a study of Gunther Tulip and Cook Celect IVC filters undertaken between July, 2007, and May, 2009. The study, later published by a medical journal in April, 2012, discovered that 100% of Gunther Tulip and Cook Celect IVC filter had experienced some degree of filter perforation of the venal caval wall after 71 days. Durack, JC, et al, Cardiovasc Intervent Radiol, "Perforation of the IVC: rule rather than exception after longer indwelling times for the Gunther Tulip and Celect Retrievable Filters," 2012 Apr.: 35(2):299-308. Epub2011 Mar. 30.

Defendant had actual knowledge of other instances of filter fracture, causing migration and perforation, prior to the date of manufacture of the subject Cook Filter.

4

Despite such knowledge, Defendant failed to make any design changes to eliminate the unreasonable risk of injury.  Furthermore, Defendant knew that the defect in the Cook Celect IVC device would cause the same injuries as those suffered by Plaintiff. Defendant willfully disregarded such danger in the manufacture and distribution of the subject Cook Celect IVC device.

Defendant's conduct constitutes a reckless disregard for the safety of foreseeable users, including Plaintiff.  Such conduct constitutes gross negligence.

15. Attorney for Plaintiff(s):

    Wolfgang Mueller

16. Address and bar information for Attorney for Plaintiff(s):

    2684 W. 11 Mile Road

    Berkley, MI 48072

    Michigan State Bar      (P43728)

>
> Respectfully submitted,
>
> **MUELLER LAW FIRM**
>
> */s/ Wolfgang Mueller*
> Wolfgang Mueller, MI Atty. No. P43728
> **MUELLER LAW FIRM**
> **2684 W. 11 Mile Road**
> **Berkley, MI 48072**
> Telephone: (248) 591-2300
> Facsimile: (248) 591-2304
> wolf@wolfmuellerlaw.com
>
> ***Attorney for Larry Johnson & Brenda Johnson***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2015, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. I further certify that on April 15, 2015, a copy of the foregoing Short Form Complaint was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| **Kimberly Lambert Adams**<br>LEVIN PAPANTONIO THOMAS ETC PA<br>316 S BAYLEN ST STE 400<br>PENSACOLA, FL 32502 | **Joseph A. Napiltonia**<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 |
| **David Carl Anderson**<br>Anderson Law<br>711 Van Ness Avenue<br>Suite 220<br>San Francisco, CA 94102 | **Marian S. Rosen**<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| **Justin Kyle Brackett**<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | **W. Bryan Smith**<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| **David J Britton**<br>LAW OFFICE OF DAVID J BRITTON<br>2209 N 30TH ST<br>STE 4<br>TACOMA, WA 98403 | **Mark A. Tate**<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>P. O. Box 9060<br>Savannah, GA 31412 |
| **George Jerre Duzane**<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 | **Anthony James Urban**<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 |

| | |
|---|---|
| **Richard A. Freese**<br>LANGSTON SWEET & FREESE PA<br>The Morgan Keegan Center<br>2900 Highway 280 Suite 240<br>Birmingham, AL 35223 | **Brian J. Urban**<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 |
| **Jay Harris**<br>Harris, Reny & Torzewski<br>3rd Floor<br>Two Maritime Plaza<br>Toledo, OH 43604 | **Peter C. Wetherall**<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road<br>Suite 100<br>Las Vegas, NV 89148 |
| **WILNAR JEANNE JULMISTE**<br>ANDERSON GLENN LLP<br>2201 NW CORPORATE BLVD<br>STE 100<br>BOCA RATON, FL 33431 | **Corrie Johnson Yackulic**<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South<br>Suite 1000<br>Seattle, WA 98104-2682 |
| **Cliff W. Marcek**<br>Cliff W. Marcek, P.C.<br>700 S. Third St.<br>Las Vegas, NV 89101 | |

                                      */s/ Wolfgang Mueller*
                                      Wolfgang Mueller