IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION FOR SHORT ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' SUBMISSION OF PROPOSED ESI ORDER

This cause has come before the Court upon the Cook Defendants' Unopposed Motion for Short Enlargement of Time to File Response to Plaintiffs' Submission of Proposed ESI Order. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the Cook Defendants shall have up to and including Monday, April 20, 2015 in which to file their response to the Plaintiffs' Submission of Proposed ESI Order.

Entered:  4/17/2015

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1186171-1 (10909-0412)