IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL No. 2570 <br><br> This Document Relates to: <br> 1:14-cv-06011-RLY-TAB | 1:14-ml-2570-RLY-TAB |

## ORDER ON MOTION TO SUBSTITUTE

Upon consideration of the Motion of Corrie J. Yackulic to Withdraw as Counsel in the above-captioned case, and for good cause shown, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel [Filing No. 332] is GRANTED. All pleadings should continue to be served on Plaintiffs' Attorney Ben C. Martin in this matter. Plaintiffs' motion to substitute attorney [Filing No. 54 in 1:14-cv-6011-RLY-TAB only] is denied as moot.

SO ORDERED:  4/17/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF. Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.