IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

CASE MANAGEMENT ORDER NO. 6
SERVICE OF SHORT FORM COMPLAINTS, PLAINTIFFS PROFILE FORM,
PLAINTIFFS' FACT SHEET AND OTHER RESPONSIVE DOCUMENTS

This Order applies to claims that are (i) currently pending in MDL No. 2570; or (ii) will be filed in, removed to or transferred to this Court for inclusion in MDL No. 2570.

Defendants agree, without waiver of any defenses, to accept service of process pursuant to the terms of this Order for cases commenced in, removed to, or transferred to MDL. No. 2570

I. <u>Service of Short Form Complaints.</u>

Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL shall serve the Short Form Complaint via e-mail to CookIVCFMDL@woodmclaw.com. Within thirty (30) days after the Short Form Complaint is sent to the aforementioned e-mail address, Defendants shall send a completed and signed Waiver of Service of Summons to each Plaintiff's respective counsel via e-mail.

II. <u>Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents.</u>

Each Plaintiff's respective counsel shall serve Defendants with the Plaintiffs' Fact Sheet, Plaintiffs' Profile Form, Executed Medical Authorizations and other documents produced in response to the Fact Sheets and Profile Forms by uploading the documents to: https://filetransfer.woodmclaw.com/filedrop/kjachimiak@woodmclaw.com.

Plaintiff's counsel shall also e-mail Defendants at CookIVCFMDL@woodmclaw.com to notify Defendants that documents have been uploaded to the aforementioned link within twenty-four (24) hours of uploading the documents.

Dated:   4/17/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Agreed to By:**

/s/ Irwin B. Levin
Irwin B. Levin, Lead Counsel
Jeffrey S. Gibson
TaKeena M. Thompson
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
T:  (317) 636-6481
F:  (317) 636-2593
ilevin@cohenandmalad.com
jgibson@cohenandmalad.com
tthompson@cohenandmalad.com

*Counsel for Plaintiffs*

/s/ Christopher D. Lee
Douglas B. King, Lead Counsel
James M. Boyers
Christopher D. Lee
Sandra L. Davis
Kip S. M. McDonald
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana 46204
T:  (317) 639-6151
F:  (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

*Counsel for Cook Defendants*