IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### COOK DEFENDANTS' MOTION FOR ENTRY OF DISCOVERY PROTOCOL FOR DENMARK ESI

Defendants Cook Incorporated, Cook Medical LLC, *f/k/a* Cook Medical Incorporated, and William Cook Europe ApS (collectively the "Cook Defendants") respectfully move the Court for entry of their Denmark Protocol to address issues unique to Denmark-based ESI in MDL 2570. In support thereof, Cook Defendants state:

1. The Parties and the Court will benefit from a written plan to address management of Denmark-based ESI in MDL 2570 because such a plan will minimize any conflict of laws regarding data privacy, decrease the potential for discovery disputes, allow greater efficiency in ESI production, and reduce unnecessary and undue burden upon Cook Defendants.

2. Accordingly, Cook Defendants submitted an initial proposal to Plaintiffs (in the form of an "Exhibit B" to the proposed ESI order) regarding management of Denmark data on February 11, 2015. Plaintiffs thereafter made clear that they do not want, or agree to, any written plan addressing Denmark data.

3. Cook Defendants tendered a copy of their proposal in preparation for the March 13, 2015 conference with the Court regarding discovery issues. (Doc. No. 293-1, at Exhibit B).[1]

4. The Court requested briefing on this subject[2], and Cook Defendants now file this Motion and supporting Brief showing why the Court should enter the Denmark Protocol to govern Denmark ESI. The proposed plan will serve as supplemental guidance to the main "ESI Order" for MDL 2570, which has not yet been finalized.[3]

5. Cook Defendants now submit a slightly modified version of the previously tendered Denmark Protocol, to serve as the proposed order to accompany this Motion. The substance of the previous protocol has not been changed, but the new version reflects the fact that it has now been submitted independent of the general ESI order, and not as an agreed order.

WHEREFORE, Cook Defendants respectfully request that the Court enter their Denmark Protocol as an order of this Court to govern applicable ESI, and all other proper relief.

Respectfully submitted,

*s/ James M. Boyers*
Douglas B. King, Esq.
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com

---

[1] Document's full title is: Exhibit B – Agreed Order On Electronically Stored Information And Document Production Protocol – Denmark ESI.
[2] Court's Entry On March 13, 2015, Telephonic Status Conference, Doc. No. 305, ¶ 4.
[3] Cook Defendants filed on April 20, 2015 their response (Doc. No. 357) to the Plaintiffs' Submission of Proposed ESI Order, which Plaintiffs filed on March 26, 2015 (Doc. No. 319).

>clee@woodmclaw.com
>sdavis@woodmclaw.com
>kmcdonald@woodmclaw.com
>
>Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Steering Committee.

>/s/*James M. Boyers*
>James M. Boyers