IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Motion Relates to:  All Actions

## MOTION TO WITHDRAW APPEARANCE
## AS STATE/FEDERAL LIAISON COUNSEL

Come now Frederick R. Hovde and the office of Hovde Dassow & Deets, LLC and respectfully moves the Court to enter an Order withdrawing his appearance as State/Federal Liaison Counsel in this cause and in support thereof would show the Court as follows:

1. When the Plaintiffs' leadership positions were established in this MDL there was some anticipation that there would be, in addition to the cases filed in this MDL, additional state court cases filed in Indiana.

2. To date, there has been one case filed in Indiana State Court in Marion County Superior Court 10 which was filed August 30, 2012 and is being prosecuted by the undersigned.

3. It is not anticipated the there will be any additional state court cases, consequently there is no need to continue with a State/Federal Liaison Counsel position in this MDL.

WHEREFORE, Frederick R. Hovde and the office of Hovde Dassow & Deets, LLC respectfully request that their Appearance as State/Federal Liaison Counsel be withdrawn in the above-captioned matter.

Respectfully Submitted,


By:    s/Frederick R. Hovde
      Frederick R. Hovde, #10649-49
      HOVDE, DASSOW & DEETS
      201 West 103rd Street, Suite 500
      Indianapolis, IN 46290
      Telephone:   (317) 818-3100
      facsimile:   (317) 818-3111
      email: rhovde@hovdelaw.com


## CERTIFICATE OF SERVICE

| | |
|---|---|
| Irwin B. Levin (Ilevin@cohenandmalad.com)<br>Jeff S. Gibson (jgibson@cohenandmalad.com)<br>Gregory L. Laker (glaker@cohenandmalad.com)<br>TaKeena Monette Thompson (tthompson@cohenandmalad.com)<br>COHEN & MALAD<br>One Indiana Square, Ste. 1400<br>211 N. Pennsylvania St.<br>Indianapolis, IN 46204 | John A. Dalimonte (johndalimonte@kdlaw.net)<br>KARON DALIMONTE<br>85 Devonshire St., Ste. 1000<br>Boston, MA 02109 |
| Teresa C. Toriseva (ceo@torisevalaw.com)<br>TORISEVA LAW<br>1446 National Road<br>Wheeling, WV 26003 | Marian S. Rosen<br>Angela Spears (angie@rosenspearslaw.com)<br>ROSEN & SPEARS<br>5075 Westheimer, Ste. 760<br>Houston, TX 77056 |
| Justin K. Brackett<br>TIM MOORE, ATTORNEY AT LAW, P.A.<br>305 East King Street<br>Kings Mountain, NC 28086 | Ramon R. Lopez (rlopez@lopezmchugh.com)<br>Troy A. Brenes (tbrenes@lopezmchugh.com)<br>LOPEX McHUGH, LLP<br>100 Bayview Circle, Ste. 5600<br>Newport Beach, CA 92660 |
| Bard K. Brian (bardbrian99@msn.com)<br>BARD BRIAN LAW OFFICES, PLLC<br>222 Kentucky Ave., Ste. 10<br>Paducah, KY 42002 | David J. Britton<br>LAW OFFICE OF DAVID J. BRITTON<br>2209 North 30th St., Ste. 4<br>Tacoma, WA 98403 |
| Ben C. Martin (bmartin@bencmartin.com)<br>Russell T. Button (rbutton@bencmartin.com)<br>LAW OFFICE OF BEN C. MARTIN<br>3219 McKinney Ave., Ste. 100<br>Dallas, TX 75024 | George Jerre Duzane<br>DUZANE KOOPERMAN 7 MONDELLI<br>603 Woodland St.<br>Nashville, TX 37206-4211 |

| | |
|---|---|
| Matthew R. McCarley (mccarley@fnlawfirm.com)<br>FEARS NACHAWATI LAW FIRM<br>4925 Greenville Ave., Ste. 715<br>Dallas, TX  75206 | Charles Rene Houssiere, III (choussiere@hdhtex.com)<br>Randal A. Kauffman (rkauffman@hdhtex.com)<br>HOUSSIERE DURANT & HOUSSIERE, LLP<br>1990 Post Oak Blvd., Ste. 800<br>Houston, TX  77056-3812 |
| Lucas J. Foust (lfoust@foustlaw.com)<br>FOUST LAW OFFICE<br>1042 Stoneridge Dr., Ste. 2<br>Bozeman, MT  59718 | Joseph R. Johnson (jjohnson@babbitt-johnson.com)<br>BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.<br>1641 Worthington Rd., Ste. 100<br>West Palm Beach, FL  33402-4426 |
| D. Douglas Grubbs (dgrubbs@leemurphylaw.com)<br>James Lee, Jr. (jlee@leemurphylaw.com)<br>Erin C. Murphy (emurphy@leemurphylaw.com)<br>LEE MURPHY LAW FIRM, G.P.<br>440 Louisiana St., Ste. 300<br>Houston, TX  77002 | Timothy J. Frieberg (freiberglaw@gmail.com)<br>THE LAW OFFICES OF FREDERIC W. NESSLER AND ASSOCIATES, LTD.<br>536 N. Bruns Lane, Ste. One<br>Springfield, IL  62702 |
| Robert M. Hammers, Jr. (rob@jasonschneiderpc.com)<br>JASON T. SCHNEIDER, P.C.<br>6111-D Peachtree Dunwoody Rd.<br>Atlanta, GA  30328 | |