IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

_____

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Motion Relates to:  All Actions

_____

## ORDER WITHDRAWING APPEARANCE
## AS STATE/FEDERAL LIAISON COUNSEL

Frederick R. Hovde and the office of Hovde Dassow & Deets, LLC have filed their Motion to Withdraw Appearance as State/Federal Liaison Counsel.

And the Court being duly advised in the premises now GRANTS said Motion.

IT IS ORDERED, ADJUDGED AND DECREED that the Appearance of Frederick R. Hovde and the office of Hovde Dassow & Deets, LLC as State/Federal Liaison Counsel be withdrawn in the above-captioned matter.

_____          _____
Date                                                  JUDGE, US District Court, Southern District
                                                           Indianapolis Division

Distribution to:

| Frederick R.  Hovde (rhovde@hovdelaw.com)<br>HOVDE DASSOW & DEETS, LLC<br>201 W. 103rd Street, Ste. 500<br>Indianapolis, IN  46290 | John A. Dalimonte (johndalimonte@kdlaw.net)<br>KARON  DALIMONTE<br>85 Devonshire St., Ste. 1000<br>Boston, MA  02109 |
|---|---|

| | |
|---|---|
| Teresa C. Toriseva (ceo@torisevalaw.com)<br>TORISEVA LAW<br>1446 National Road<br>Wheeling, WV  26003 | Marian S. Rosen<br>Angela Spears (angie@rosenspearslaw.com)<br>ROSEN & SPEARS<br>5075 Westheimer, Ste. 760<br>Houston, TX  77056 |
| Justin K. Brackett<br>TIM MOORE, ATTORNEY AT LAW, P.A.<br>305 East King Street<br>Kings Mountain, NC  28086 | Ramon R. Lopez (rlopez@lopezmchugh.com)<br>Troy A. Brenes (tbrenes@lopezmchugh.com)<br>LOPEX McHUGH, LLP<br>100 Bayview Circle, Ste. 5600<br>Newport Beach, CA  92660 |
| Bard K. Brian (bardbrian99@msn.com)<br>BARD BRIAN LAW OFFICES, PLLC<br>222 Kentucky Ave., Ste. 10<br>Paducah, KY  42002 | David J. Britton<br>LAW OFFICE OF DAVID J. BRITTON<br>2209 North 30th St., Ste. 4<br>Tacoma, WA  98403 |
| Ben C. Martin (bmartin@bencmartin.com)<br>Russell T. Button (rbutton@bencmartin.com)<br>LAW OFFICE OF BEN C. MARTIN<br>3219 McKinney Ave., Ste. 100<br>Dallas, TX  75024 | George Jerre Duzane<br>DUZANE KOOPERMAN 7 MONDELLI<br>603 Woodland St.<br>Nashville, TX  37206-4211 |
| Matthew R. McCarley (mccarley@fnlawfirm.com)<br>FEARS NACHAWATI LAW FIRM<br>4925 Greenville Ave., Ste. 715<br>Dallas, TX  75206 | Charles Rene Houssiere, III (choussiere@hdhtex.com)<br>Randal A. Kauffman (rkauffman@hdhtex.com)<br>HOUSSIERE DURANT & HOUSSIERE, LLP<br>1990 Post Oak Blvd., Ste. 800<br>Houston, TX  77056-3812 |
| Lucas J. Foust (lfoust@foustlaw.com)<br>FOUST LAW OFFICE<br>1042 Stoneridge Dr., Ste. 2<br>Bozeman, MT  59718 | Joseph R. Johnson (jjohnson@babbitt-johnson.com)<br>BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.<br>1641 Worthington Rd., Ste. 100<br>West Palm Beach, FL  33402-4426 |
| D. Douglas Grubbs (dgrubbs@leemurphylaw.com)<br>James Lee, Jr. (jlee@leemurphylaw.com)<br>Erin C. Murphy (emurphy@leemurphylaw.com)<br>LEE MURPHY LAW FIRM, G.P.<br>440 Louisiana St., Ste. 300<br>Houston, TX  77002 | Timothy J. Frieberg (freiberglaw@gmail.com)<br>THE LAW OFFICES OF FREDERIC W. NESSLER AND ASSOCIATES, LTD.<br>536 N. Bruns Lane, Ste. One<br>Springfield, IL  62702 |

| | |
|---|---|
| Robert M. Hammers, Jr. (rob@jasonschneiderpc.com) JASON T. SCHNEIDER, P.C. 6111-D Peachtree Dunwoody Rd. Atlanta, GA  30328 | Irwin B. Levin (Ilevin@cohenandmalad.com) Jeff S. Gibson (jgibson@cohenandmalad.com) Gregory L. Laker (glaker@cohenandmalad.com) TaKeena Monette Thompson (tthompson@cohenandmalad.com) COHEN & MALAD One Indiana Square, Ste. 1400 211 N. Pennsylvania St. Indianapolis, IN  46204 |