UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) )     No. 1:14-ml-02570-RLY-TAB |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a telephonic status conference at 3:30 p.m. on April 30, 2015. Parties shall appear by counsel, who shall be connected to the conference line no later than 3:25 p.m. Information on how to access this conference call will be provided to counsel of record in a separate notice. The purpose of this conference is to address a discovery dispute.

Date:  4/24/2015

_____
Tim A. Baker
U.S. Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.