IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO 1:15-cv-611-RLY-TAB | ) ) ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Patrick Michael Regan, counsel for Alice McDaniel and John William McDaniel, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED. **Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.**

       Patrick M. Regan, Esquire
       Regan Zambri & Long, PLLC
       1919 M Street, NW, Suite 350
       Washington, DC  20036
       (202) 822-1880 (ofc]
       (202) 463-0667 (fax)
       pregan@reganfirm.com

Dated: 4/24/2015

_____
Tim A. Baker
US Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.