IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s) _____

_____COURTNEY WINGERT MUZYKA_____

Civil Case #1:15-CV-00253-RLY-TAB

**PLAINTIFF'S AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference, (DOC. 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's Name:
   _____Courtney Wingert Muzyka_____

2. Plaintiff's spouse or other party making loss of consortium claim:
   _____N/A_____

3. Other Plaintiff(s) and capacity (i.e., administrator, executor, guardian, conservator):
   _____N/A_____

4. Plaintiff's state of residence at the time of implant:
   _____Austin, Texas_____

5. Plaintiff's state of residence at the time of injury:

    _____Texas_____

6. Plaintiff's current state of residence:

    _____Texas_____

7. District Court and Division in which venue would be proper absent direct filing:

    _____USDC Western District of Texas_____

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical, LLC

    ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   _____Paragraphs 6 through 28, inclusive_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:
   _____N/A_____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim
    (Check applicable Inferior Vena Cava Filters):
    - ☐ Cook Celect® Vena Cava Filter
    - ☒ Gunther Tulip® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of implantation as to each product:
    6/20/2003

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University Medical Center Brackenridge, 601 East 15th Street, Austin, TX  78701

13. Implanting surgeon(s):

    Andrew Reifsnyder, M.D., University Medical Center Brackenridge, 601 East 15th

    Street, Austin, TX  78701

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:      Strict Products Liability - Failure to Warn
    - ☒ Count II:     Strict Products Liability - Design Defect
    - ☒ Count III:    Negligence
    - ☒ Count IV:     Negligence *Per Se*

3

☒ Count V:       Breach of Express Warranty

☒ Count VI:      Breach of Implied Warranty

☒ Count VII:     Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☒ Count XI:      Punitive Damages

☐ Other:         _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:         _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney(s) for Plaintiff:
    Joseph R. Johnson, Esq.
    Julia Reed Zaic, Esq.
    Laura Smith, Esq.

16. Address and bar information:

| Joseph R. Johnson, Esq. FLA# 372250 | Julia Reed Zaic, Esq. |
| Babbitt Johnson Osborne & LeClainche | Laura Smith, Esq. |
| 1641 Worthington Road, Ste. 100 | Heaviside Reed Zaic |
| West Palm Beach, FL 33402-4426 | 312 Broadway, Ste. 203 |
| | Laguna Beach, CA 92651 |

Joseph R. Johnson – FLA Bar# 372250

4

Julia Reed Zaic – FLA Bar# 0530336, CA Bar# 224671

Laura E. Smith – LA Bar# 33652

        Respectfully submitted,

        By:
/s/Joseph R. Johnson, Esq.
Babbitt Johnson Osborne & LeClainche
1641 Worthington Road, Ste. 100
West Palm Beach, FL 33402-4426

/s/Julia Reed Zaic, Esq.
Laura Smith, Esq.
Heaviside Reed Zaic
312 Broadway, Ste. 203
Laguna Beach, CA 92651

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on _____, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX  77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA  17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY  42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pittsville, PA  17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX  77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA  98104-2682

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV  89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA  98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH  43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC  28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX  77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV  89148


| | |
|---|---|
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN  37206-4211 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH  44140 |
| Joseph A. Napiltonioa<br>Law Office of Joe Napiltonia<br>213 Third Avenue North<br>Franklin, TN  37064 | Robert M. Hammers, Jr.<br>Jason T. Schneider, P.A.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA  30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT  59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN  38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 N.W. Corporate Blvd.<br>Suite 100<br>Boca Raton, FL  334312 | Irwin B. Levin<br>Cohen & Malad, LLP<br>One Indiana Square #1400<br>Indianapolis, IN  46204 |

/s/  Joseph R. Johnson_____