UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #___ (AGREED QUALIFIED PROTECTIVE ORDER REGARDING PROTECTED HEALTH INFORMATION)**

The Parties have met an conferred regarding an Agreed Qualified Protective Order Regarding Protected Health Information in this MDL, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #__ (Agreed Qualified Protective Order Regarding Protected Health Information).

**JOINTLY SUBMITTED BY:**

*/s/ Irwin B. Levin (w/ consent)*            */s/ Christopher D. Lee*

Irwin B. Levin, Esq.
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel:   (317) 636-6481
Fax:   (317) 636-2593
ilevin@cohenandmalad.com

Lead Counsel for Plaintiffs

Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com
Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, a copy of the foregoing was served electronically on ECF registered counsel of record via the Court's ECF system. All non-registered counsel of record will be served by Plaintiffs' Steering Committee.

/s/ Christopher D. Lee

1208463-1 (10909-0412)