| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #___ (STIPULATED PROTECTIVE ORDER ON CONFIDENTIAL INFORMATION)**

The Parties have met an conferred regarding a Stipulated Protective Order on Confidential Information in this MDL, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #__ (Stipulated Protective Order on Confidential Information).

**JOINTLY SUBMITTED BY:**

/s/ Irwin B. Levin (w/ consent)

Irwin B. Levin, Esq.
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel:   (317) 636-6481
Fax:   (317) 636-2593
ilevin@cohenandmalad.com

Lead Counsel for Plaintiffs

/s/ Christopher D. Lee

Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, a copy of the foregoing was served electronically on ECF registered counsel of record via the Court's ECF system. All non-registered counsel of record will be served by Plaintiffs' Steering Committee.

*/s/ Christopher D. Lee*

1208441-1 (10909-0412)