AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| KYLE and JAMES BLITHE </br>*Plaintiff* </br>v. </br>COOK MEDICAL, INC., IVC FILTERS, et al. </br>*Defendant* | Case No. 1:14-ml-2570-RLY-TAB MDL 2570 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINITIFFS- KYLE AND JAMES BLITHE

Date:   05/19/2015

/s/ James E. Shipley, Jr.
*Attorney's signature*

JAMES E. SHIPLEY, JR. 116508
*Printed name and bar number*

2 EAST BRYAN STREET
SUITE 600
SAVANNAH, GA 31401

*Address*

jshipley@tatelawgroup.com
*E-mail address*

(912) 234-3030
*Telephone number*

(912) 234-9700
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via email to the following non-CM/ECF participants: Service via e-mail to COOKIVCMDL@woodmclaw.com

/s/ James E. Shipley, Jr.
Tate Law Group
Attorneys for Plaintiffs