**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
|  | : |  |
| IN RE:  COOK IVC FILTERS | : | MDL DOCKET NO. 2570 |
| PRODUCT LIABILITY LITIGATION | : |  |

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Patrick M. Regan:

    Alice McDaniel

    John William McDaniel