AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| ELFREDIA CARTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-CV-01209-RLY-TAB |
| COOK MEDICAL INCORPORATED ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF ELFREDIA CARTER

Date:   05/19/2015

*Attorney's signature*

Troy Brenes CA No. 249776
*Printed name and bar number*

Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Address*

tbrenes@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : <br> : <br> : <br> : MDL DOCKET NO. 2570 <br> : |

This Document Relates to:
   1:14-cv-01209-RLY-TAB

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiff ELFREDIA CARTER of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

/s/ Troy A. Brenes
Troy A. Brenes