UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    1:14-ML-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION MDL                         No. 2570

This Document Relates to:
1:15-cv-06023-RLY-TAB

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs, Larry Johnson and Brenda Johnson

Dated:  May 20, 2015                         */s/Wolfgang Mueller*
                                             Wolfgang Mueller (P43728)
                                             MUELLER LAW FIRM
                                             2684 W. Eleven Mile Road
                                             Berkley, MI 48072
                                             Tel:  248-591-2300
                                             Fax: 248-591-2304
                                             wolf@wolfmuellerlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2015, a copy of the foregoing Notice of Appearance was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.  A copy of the foregoing was also served via email to the following non-CM/ECF participants:  Service via email to COOKIVCMDL@woodmclaw.com.

                *s/Wolfgang Mueller*
                Wolfgang Mueller (P43728)