# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL PELVIC REPAIR PRODUCTS LIABILITY LITIGATION** ) ) ) | |
| **THIS DOCUMENT APPLIES TO:** | **MDL No. 2570** |
| **DANIEL METRO,** | **THE HONORABLE JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |
| Plaintiff, | |
| v. | **1:13-cv-01048** |
| **COOK MEDICAL, INC., ET AL.,** | |
| Defendants. | |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS (collectively, "Cook Defendants") will take the deposition of:

| Name and Address | Date and Time | Place |
|---|---|---|
| Daniel Metro | June 2, 2015; 10:00 a.m. (EST) | T/B/D |

Notice is hereby given pursuant to Rule 30 of the Federal Rules of Civil Procedure that Cook Defendants will take the video deposition upon oral examination of plaintiff Daniel Metro on June 2, 2015 at 10:00 a.m. (EST) at a location to be determined by agreement of counsel. This deposition is being taken for the purposes of discovery and such other purposes as authorized by law. The deposition will be taken before a person authorized by law to administer oaths, pursuant

1

to Federal Rule of Civil Procedure 28, and shall continue from day to day until completed. The deponent shall bring to this deposition all items identified in the attached Exhibit A.

              Respectfully submitted,

Date:  May 6, 2015        /s/ *Christopher D. Lee*
                 Christopher D. Lee, Indiana Bar No. 17424-47
                 WOODEN & McLAUGHLIN LLP
                 21 SE Third Street, Suite 900
                 Evansville, IN 47708
                 Tel:     (812) 401-6151
                 Fax:     (812) 401-6444
                 clee@woodmclaw.com

                 *One of the Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2015, I served the foregoing document upon the following parties, via prepaid electronic mail and First Class U.S. Mail.

>Ben C. Martin
>**LAW OFFICES OF BEN C. MARTIN**
>3219 McKinney Ave., Suite 100
>Dallas, TX 75204
>
>Timothy J. Freiberg, Esq.
>**THE LAW OFFICE OF FREDERIC W. NESSLER & ASSOC.**
>536 North Bruns Lane, Suite One
>Springfield, IL 62702
>
>Jeff Gibson, Esq.
>TaKeena Thompson, Esq
>**COHEN & MALAD, LLP**
>One Indiana Square, Suite 1400
>Indianapolis, IN  46204

>>/s/ Christopher D. Lee
>>Christopher D. Lee, Indiana Bar No. 17424-47

## **EXHIBIT A**

## **ITEMS TO BE PRODUCED**

1.     Any and all documents, records, photographs, memos or any other item you or your counsel have in your possession, custody or control, that relates to the subject matter of this lawsuit in any manner.

2.     Any and all correspondence or communications, whether received in hard copy, letter form or an electronic form such as an e-mail or instant message (or an attachment thereto), that you sent or received relative to the subject matter of this action (other than between you and your counsel).

3.     Any and all hospital or medical records in your possession or in your counsel's possession that are related to the allegations in your Complaint in this lawsuit.

4.     Any and all literature in your possession as a result of research or internet research, based on the issues in this lawsuit.

5.     Any and all documents or similar materials which you or your counsel contend evidence, record or otherwise tend to show or prove any and all damages claimed or sought in this action, including but not limited to any diaries, blogs, social media entries or pages, journals, letters, calendars and/or other written documentation kept by you which evidence your physical, mental, and emotional condition.

6.     Copies of any content of any social media accounts currently held by Plaintiff, including but not limited to, photographs, text, links, messages and other postings or profile information that is relevant to the subject matter of this litigation.

7.     Any and all documents, records or similar materials that will assist you in providing testimony.

8. Any and all documents or other materials, whether prepared by you or for you or on your behalf, that you would bring with you at trial if you were called upon to testify live at trial.

9. Any and all documents reviewed in preparation for this deposition.

All attorneys of record are invited to attend, and make such inquiry as they deem appropriate.