AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| ROBERT BRADY and CYNTHIA BRADY )<br>*Plaintiff* )<br>v. )<br>COOK MEDICAL INCORPORATED ET AL. )<br>*Defendant* ) | Case No.   1:14-CV-06000-RLY-TAB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS ROBERT BRADY and CYNTHIA BRADY

Date:   05/19/2015

*Attorney's signature*

Troy Brenes CA No. 249776
*Printed name and bar number*

Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

*Address*

tbrenes@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

|   |   |   |
|---|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : : : : : : | MDL DOCKET NO. 2570 |

This Document Relates to:
    1:14-cv-06000-RLY-TAB

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiffs ROBERT BRADY and CYNTHIA BRADY of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

    /s/ Troy A. Brenes
    Troy A. Brenes