AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| JACKIE TASKER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-CV-00139-RLY-TAB |
| COOK MEDICAL INCORPORATED ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF JACKIE TASKER                                                                                     .

Date:      05/19/2015

_____
*Attorney's signature*

Troy Brenes CA No. 249776
*Printed name and bar number*

Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

_____
*Address*

tbrenes@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

_____     :
                                   :
In Re: COOK MEDICAL, INC. IVC      :
FILTERS MARKETING, SALES           :
PRACTICES AND PRODUCT              :
LIABILITY LITIGATION               :     MDL DOCKET NO. 2570
_____     :

This Document Relates to:
         1:14-cv-00139-RLY-TAB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of

Appearance on behalf of Plaintiff JACKIE TASKER of said Notice with the Clerk of the Panel

using the CM/ECF system which will send notification of such filing to CM/ECF participates

registered to receive service in this matter.


                                   /s/ Troy A. Brenes_____
                                   Troy A. Brenes