IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　Case No.: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　　　　　　MDL 2570

_____

This Document Relates to: Plaintiffs:
Kyle and James Blithe
1:14-cv-06020-RLY-TAB

_____

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and all parties of record:

　　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs:

　　　KYLE and JAMES BLITHE


This 22nd day of May, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ James E Shipley, Jr.
　　　　　　　　　　　　　　　　　　　　　　　James E. Shipley, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 116508
　　　　　　　　　　　　　　　　　　　　　　　Tate Law Group
　　　　　　　　　　　　　　　　　　　　　　　2 East Bryan Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　　　Savannah, GA 31401
　　　　　　　　　　　　　　　　　　　　　　　Phone: (912) 234-3030
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (912) 234-9700
　　　　　　　　　　　　　　　　　　　　　　　mailto:jshipley@tatelawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2015, a copy of the foregoing Notice of Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. A copy of the foregoing was also served via email to the following non-CM/ECF participants: Service via email to COOKIVCMDL@woodmclaw.com.

      /s/ James E. Shipley, Jr.
      James E. Shipley, Jr.
      Georgia State Bar No: 116508