E. Craig Daue
Stephanie C. Kucera
BUXBAUM DAUE PLLC
228 West Main, Suite A
P.O. Box 8209
Missoula, MT 59807
Telephone: (406) 327-8677
Fax No.: (406) 829-9840
E-Mail: ecdaue@bdlawmt.com
          sckucera@bdlawmt.com
*Attorneys for Amanda K. Rauch*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, _____ AMANDA K. RAUCH,<br><br>    Plaintiff,<br><br>  vs.<br><br>COOK MEDICAL INCORPORATED A/K/A COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS,<br><br>    Defendants. | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570<br><br>Civil Action No. 1:15-cv-00175-RLY-TAB<br><br>SHORT FORM COMPLAINT |

1

COMES NOW the Plaintiff named below, and for her Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff: Amanda K. Rauch

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A.

4. Plaintiff's state of residence at the time of implant: Montana.

5. Plaintiff's state of residence at the time of injury: Montana.

6. Plaintiff's current state of residence: Montana.

7. District Court and Division in which venue would be proper absent direct filing: Western Division of the U.S. District Court for the District of Montana.

8. Defendants (Check Defendants against whom Complaint is made):

    X   Cook Incorporated

    X   Cook Medical LLC

    X   William Cook Europe ApS

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

      ☐    Other: _____

   a.    Paragraphs in Master Complaint upon which venue and jurisdiction lie: **Paragraphs 2 through 9**

   b.    Other allegations of jurisdiction and venue: N/A

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    X    Cook Celect® Vena Cava Filter

         Gunther Tulip Mreye

         Cook Celect Platinum

         Other:_____

11.    Date of Implantation as to each product:  January 22, 2011.

12.    Hospital(s) where Plaintiff was implanted (including City and State): St. Patrick Hospital, 500 W. Broadway, Missoula, Montana 59802.

13.    Implanting Physician(s):  Anthony R. D'Amico, M.D.

14.    Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I: Strict Products Liability – Failure to Warn

    X    Count II: Strict Products Liability – Design Defect

    X    Count III: Negligence

    ☐    Count IV: Negligence Per Se

  X  Count V: Breach of Express Warranty

  X  Count VI: Breach of Implied Warranty

  X  Count VII: Violations of Applicable Montana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII: Loss of Consortium

  ☐  Count IX: Wrongful Death

  ☐  Count X: Survival

  X  Count XI: Punitive Damages

  ☐  Other: N/A

15. Attorney for Plaintiff: E. Craig Daue and Stephanie C. Kucera.

16. Address and bar information for Attorney for Plaintiff: 228 West Main, Suite A, P.O. Box 8209, Missoula, MT 59807; E. Craig Daue Montana State Bar Number: 344, admitted June 1, 1977; Stephanie C. Kucera Montana State Bar Number: 11915, admitted September 30, 2011.

DATED this 15th day of May, 2015.

> BUXBAUM DAUE PLLC
> /s/ Stephanie C. Kucera
> Stephanie C. Kucera
> BUXBAUM DAUE PLLC
> P.O. Box 8209
> Missoula, MT 59807
> Telephone: (406) 327-8677
> Fax No.: (406) 829-9840
> E-Mail: skucera@bdlawmt.com
> Attorneys for Plaintiff Amanda K. Rauch

CERTIFICATE OF SERVICE

On this 15th day of May, 2015, I electronically mailed this document to CookIVCFMDL@woodmclaw.com.

BUXBAUM DAUE PLLC

/s/ Stephanie C. Kucera
Stephanie C. Kucera
BUXBAUM DAUE PLLC
228 West Main, Suite A
P.O. Box 8209
Missoula, MT 59807
Telephone: (406) 327-8677
Fax No.: (406) 829-9840
E-Mail: skucera@bdlawmt.com
Attorneys for Plaintiff Amanda K. Rauch