AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

_____
                                                         :

In Re: COOK MEDICAL, INC. IVC    :
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT        :
LIABILITY LITIGATION             :        MDL DOCKET NO. 2570
_____   :

This Document Relates to:
      1:14-cv-01209-RLY-TAB

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiff ELFREDIA CARTER of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

                                      /s/ Troy A. Brenes
                                      Troy A. Brenes