AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Case No. |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

_____
                                        :
In Re: COOK MEDICAL, INC. IVC           :
FILTERS MARKETING, SALES                :
PRACTICES AND PRODUCT                   :
LIABILITY LITIGATION                    :         MDL DOCKET NO. 2570
_____  :

This Document Relates to:
    1:14-cv-01579-RLY-TAB

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiffs ROBERT HIBBLE and MARGARET CELESTINA HIBBLE of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

                                  /s/ Troy A. Brenes
                                  Troy A. Brenes