AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

_____
                                        :
In Re: COOK MEDICAL, INC. IVC           :
FILTERS MARKETING, SALES                :
PRACTICES AND PRODUCT                   :
LIABILITY LITIGATION                    :       MDL DOCKET NO. 2570
_____         :

This Document Relates to:
        1:14-cv-00139-RLY-TAB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of

Appearance on behalf of Plaintiff JACKIE TASKER of said Notice with the Clerk of the Panel

using the CM/ECF system which will send notification of such filing to CM/ECF participates

registered to receive service in this matter.


                                /s/ Troy A. Brenes_____
                                Troy A. Brenes