AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
|  | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                                        *Attorney's signature*

                                                                        _____
                                                                        *Printed name and bar number*

                                                                        _____
                                                                        *Address*

                                                                        _____
                                                                        *E-mail address*

                                                                        _____
                                                                        *Telephone number*

                                                                        _____
                                                                        *FAX number*

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

_____

In Re: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION           :          MDL DOCKET NO. 2570
_____

This Document Relates to:
    1:14-cv-06004-RLY-TAB

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiff TAMMY TRUE of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

                                        /s/ Troy A. Brenes
                                        Troy A. Brenes