IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Motion Relates to:  All Actions

## ORDER WITHDRAWING
## STATE/FEDERAL LIAISON COUNSEL

Frederick R. Hovde and the office of Hovde Dassow & Deets, LLC have filed their Motion to Withdraw as State/Federal Liaison Counsel.

And the Court being duly advised in the premises now GRANTS said Motion.

IT IS ORDERED, ADJUDGED AND DECREED that Frederick R. Hovde is removed from the position of State/Federal Liaison Counsel in the above-captioned matter.  However, any appearance entered by Mr. Hovde in a member case shall remain in effect.

Date:  6/8/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.  Distribution to to all non-registered counsel of record shall be made by Plaintiffs' lead counsel.