**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:13-cv-00013-RLY-TAB

**APPEARANCE OF COUNSEL**

TO:    The clerk of court and parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs, Lara and Keith Adams.

Date:  June 15, 2015                            Respectfully Submitted,

                                            By:    /s/ Joshua D. Miller
                                                    Joshua D. Miller, Esquire
                                                    TORISEVA LAW
                                                    1446 National Road
                                                    Wheeling, West Virginia 26003
                                                    Telephone: (304) 238-0066
                                                    Facsimile: (304) 238-0149
                                                    Email: jdm@torisevalaw.com

## CERTFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

Douglas B. King, Esquire
Kip S. McDonald, Esquire
John C. Babione, Esquire
Sandra L. Davis, Esquire
Christopher D. Lee, Esquire
James McGinnis Boyers, Esquire
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana  46204
Tel:  317-639-6151
Fax: 317-639-6444
*Counsel for Defendants*

>                             */s/ Joshua D. Miller*_____
>                             Joshua D. Miller, Esquire