IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:  All Actions | |

**AGREED PROPOSED AMENDMENTS TO CASE MANAGEMENT PLAN
(ONLY CONCERNING PLAINTIFFS' LEADERSHIP STRUCTURE)**

**I.   Plaintiffs' Leadership Structure:**

The undersigned plaintiffs' counsel (hereinafter "Plaintiffs' Counsel"), hereby respectfully request the Court's approval of the below agreed amendments to the Court's Order Appointing Plaintiffs' Leadership Positions (Dkt. 93), entered December 19, 2014. The amendments seek only to substitute certain Plaintiffs' Counsel to the present Leadership Structure in place of existing leadership who have expressed a desire to be relieved of their leadership positions. Otherwise, there are no other amendments to the Court's Order requested herein.

Plaintiffs' Counsel have met and conferred with those attorneys who desire to be removed from such a role, as well as those desiring to be added or substituted. Moreover, Plaintiff's Counsel have conferred and come to a majority agreement regarding the proposed changes to the leadership structure for the plaintiffs:

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| [Removing Irwin B. Levin, Cohen & Malad, LLP as Plaintiffs' Lead Counsel, and substituting the following in his place:] ||
| Ben C. Martin | Law Offices of Ben C. Martin |
| David P. Matthews | Matthews & Associates |
| Michael W. Heaviside | Heaviside Reed Zaic |

| **Plaintiff's State/Federal Liaison Counsel** | |
|---|---|
| [In the place of Fredrick R. Hovde, Hovde Dassow & Deets, LLC, who was granted withdrawal from such position by June 9, 2015 Order of the Court (Dkt. 116), adding the following:] | |
| Joseph N. Williams | Price Waicukauski & Riley, LLC |

| **Plaintiffs' Executive Committee (PEC)** | |
|---|---|
| [Removing: Russell Button, formerly with the Law Offices of Ben C. Martin; Gregory Laker, Cohen & Malad, LLP; and David P. Matthews, Matthews & Associates] | |
| [Adding: Thomas Wm. Arbon, Law Offices of Ben C. Martin] | |
| Troy Brenes | Lopez McHugh, LLP |
| Ramon Lopez | Lopez McHugh, LLP |
| John Dalimonte | Karon & Dalimonte LLP |
| Joseph R. Johnson | Babbitt, Johnson, Osborne & LaClainche |
| Teresa Toriseva | Toriseva Law |
| Julia Reed Zaic | Heaviside Reed Zaic |
| Thomas Wm. Arbon | Law Offices of Ben C. Martin |
| Tim. K. Goss | Freese & Goss, PLLC |

Respectfully submitted on this, the 16th day of June, 2015, by:

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

| | |
|---|---|
| */s/ David P. Matthews*<br>David P. Matthews, Esq.<br>Matthews and Associates<br>2509 Sackett St.<br>Houston, TX  77098<br>Telephone: (713) 522-5250<br>Facsimile: (713) 535-7184<br>dmatthews@thematthewslawfirm.com<br><br>*/s/ Irwin B. Levin*<br>Irwin B. Levin, Esq.<br>IN Atty. No. 8786-49<br>Cohen & Malad, LLP<br>One Indiana Square, #1400<br>Indianapolis, Indiana 46204<br>Telephone: (317) 636-6481<br>Facsimile: (317) 636-2593<br>ilevin@cohenandmalad.com<br><br>*Counsel for various Plaintiffs* | |