IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:
    1:14-cv-01870-RLY-TAB
    1:14-cv-06010-RLY-TAB
    1:14-cv-01871-RLY-TAB
    1:14-cv-01872-RLY-TAB
    1:14-cv-01873-RLY-TAB
    1:14-cv-01874-RLY-TAB
    1:14-cv-01875-RLY-TAB
    1:15-cv-00018-RLY-TAB
    1:15-cv-00016-RLY-TAB
    1:14-cv-01876-RLY-TAB
    1:14-cv-01786-RLY-TAB
    1:14-cv-01877-RLY-TAB
    1:14-cv-02053-RLY-TAB
    1:14-cv-01878-RLY-TAB
    1:14-cv-01879-RLY-TAB
    1:14-cv-01880-RLY-TAB
    1:14-cv-01881-RLY-TAB
    1:14-cv-01882-RLY-TAB
    1:14-cv-01883-RLY-TAB

---

**JOINT MOTION TO DISMISS ADDITIONAL COOK DEFENDANTS WITHOUT PREJUDICE**

Pursuant to Case Management No. 3, Plaintiff(s) and Cook Defendants, by counsel, hereby move the Court to dismiss the following Additional Cook Defendants, without prejudice:

    Cook Group, Inc.

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| /s/ Matthew R. McCarley (with consent)<br>Matthew R. McCarley<br>Texas Bar No. 24041426<br>mccarley@fnlawfirm.com<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, Texas 75206<br>Tel. (214) 890-0711<br>Fax (214) 890-0712<br><br>Lead Counsel for Plaintiffs | s/ Christopher D. ee<br>Douglas B. King, Esq.<br>James M. Boyers, Esq.<br>Christopher D. Lee, Esq.<br>John C. Babione, Esq.<br>Sandra L. Davis, Esq.<br>Kip S. M. McDonald, Esq.<br>WOODEN & McLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel:   (317) 639-6151<br>Fax:   (317) 639-6444<br>dking@woodmclaw.com<br>jboyers@woodmclaw.com<br>clee@woodmclaw.com<br>sdavis@woodmclaw.com<br>kmcdonald@woodmclaw.com<br><br>Counsel for Cook Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Christopher D. Lee