**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS  LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to:
     1:14-cv-01870-RLY-TAB
     1:14-cv-06010-RLY-TAB
     1:14-cv-01871-RLY-TAB
     1:14-cv-01872-RLY-TAB
     1:14-cv-01873-RLY-TAB
     1:14-cv-01874-RLY-TAB
     1:14-cv-01875-RLY-TAB
     1:15-cv-00018-RLY-TAB
     1:15-cv-00016-RLY-TAB
     1:14-cv-01876-RLY-TAB
     1:14-cv-01786-RLY-TAB
     1:14-cv-01877-RLY-TAB
     1:14-cv-02053-RLY-TAB
     1:14-cv-01878-RLY-TAB
     1:14-cv-01879-RLY-TAB
     1:14-cv-01880-RLY-TAB
     1:14-cv-01881-RLY-TAB
     1:14-cv-01882-RLY-TAB
     1:14-cv-01883-RLY-TAB

_____

**ORDER DISMISSING ADDITIONAL COOK DEFENDANTS WITHOUT PREJUDICE**

This cause has come before the Court upon the joint motion of the parties to dismiss the

Additional Cook Defendants, without prejudice.  Being duly advised, the Court finds that the

motion should be and hereby is granted.

1

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the claims against the defendants listed below are dismissed, without prejudice, and the Clerk is directed to terminate such defendants from the docket:

Cook Group, Inc.


Date:

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana



Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

2