IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:14-cv-06013

**AGREED MOTION FOR LEAVE TO CONDUCT ADDITIONAL DEPOSITION**

Plaintiff Ronald E. Snow and Cook Defendants (collectively, the "parties"), by counsel, respectfully move the Court for leave for Cook Defendants to conduct the deposition of Mr. Snow, in addition to the fifteen total depositions of MDL plaintiffs permitted by Case Management Order #5 (Amendments to Case Management Plan) ("CMO #5") [Docket No. 355]. In support thereof, the parties state:

1. Mr. Snow has supplied Cook Defendants with his Plaintiff Profile Form, Plaintiff Fact Sheet and Medical Authorizations allowing Cook Defendants to obtain his medical records.

2. Counsel for the parties have discussed possible early resolution of Mr. Snow's claim.

3. In order to fully evaluate Mr. Snow's claim for potential early resolution, Cook Defendants need to depose Mr. Snow. However, such a deposition would count against the limit of fifteen total depositions of MDL plaintiffs set forth in CMO #5. *See* CMO #5 at III.F.

4. Cook Defendants do not intend to include Mr. Snow in the fifteen depositions of MDL plaintiffs that they will conduct pursuant to CMO #5.

5. Accordingly, the parties request that the Court grant Cook Defendants leave to depose Mr. Snow outside of the fifteen deposition limit, so that Cook Defendants may fully evaluate Mr. Snow's claim for the possibility of early resolution.

WHEREFORE Plaintiff Ronald E. Snow and Cook Defendants request that the Court grant their Agreed Motion For Leave to Conduct Additional Deposition, and for all other proper relief.

**JOINTLY SUBMITTED BY:**

*s/ David J. Britton (with consent)*
David J. Britton
LAW OFFICE OF DAVID J. BRITTON
2209 N. 30th Street, Suite 4
Tacoma, WA 98403
Tel:   (253) 383-7113
Fax:   (253) 572-2223
brittonlaw@comcast.net

Counsel for Ronald E. Snow

*s/ Christopher D. Lee*
Douglas B. King, Esq.
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19th, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Christopher D. Lee