IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | ) | 1:14-ml-02570 |
| IVC FILTERS MARKETING, | ) | |
| SALES PRACTICES AND | ) | MDL No. 2570 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

ALBERT MILLER,

   PLAINTIFF,

V.                                                               CIVIL ACTION NO. 1:15-CV-725

COOK MEDICAL INCORPORATED
A/K/A COOK MEDICAL, INC.; COOK
INCORPORATED; COOK GROUP, INC.;
AND WILLIAM COOK EUROPE APS,

   DEFENDANTS.

## PLAINTIFF'S MOTION FOR REFUND OF FILING FEE

Comes now, Plaintiff Albert Miller by and through his undersigned attorney and file this, his Motion for a Refund of the filing fee. A filing fee of $400 was paid to open this case in the MDL, 1:14-ml-2570. Also, a $400 filing fee was paid to open the civil case, 1:15-cv-0725. Thus, the Plaintiff paid the filing fee twice. As a result of the Plaintiff, Albert Miller, paying two filing fees for one case, the Plaintiff requests a refund of the $400 filing fee.

Respectfully Submitted,

**/s/ Matthew R. McCarley**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**Fears Nachawati, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for the Plaintiff,
Albert Miller