AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No. |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 2570 |

This Document Relates to:
    1:14-cv-06000-RLY-TAB

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiffs ROBERT BRADY and CYNTHIA BRADY of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

                                        /s/ Ramon Lopez
                                        Ramon Lopez