IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #__ (ELECTRONICALLY STORED INFORMATION AND DOCUMENT PRODUCTION PROTOCOL)**

The Parties have met and conferred regarding the production of electronically stored information and documents in this matter, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #__ (Electronically Stored Information and Document Production Protocol).

**JOINTLY SUBMITTED BY:**

*s/ Ben C. Martin (with consent)*
Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Ste, 100
Dallas, TX 75204
Tel:   (214) 761-6614
Fax:   (314) 744-7590
bmartin@bencmartin.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA  9265
Tel:   (949)715-5120
Fax:   (949)715-5123
mheaviside@hrzlaw.com

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.

*s/ Christopher D. Lee*
Douglas B. King, Esq.
James M. Boyers, Esq.
Christopher D. Lee, Esq.
John C. Babione, Esq.
Sandra L. Davis, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
dking@woodmclaw.com
jboyers@woodmclaw.com
clee@woodmclaw.com
sdavis@woodmclaw.com
kmcdonald@woodmclaw.com

Counsel for Cook Defendants

Houston, TX  77098
Tel:     (7130 522-5250
Fax:    (713) 535-7136
dmatthews@thematthewslawfirm.com

Lead Co-Counsel for Plaintiffs *(pending)*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Christopher D. Lee*