IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>    1:15-725-RLY-TAB | |

## ORDER ON PLAINTIFF'S
## MOTION FOR REFUND OF FILING FEE

This matter is before the Court on Plaintiff's Motion to Refund Filing Fee and after reviewing the Motion, the Court finds that Plaintiff was charged a filing fee twice. It is therefore ordered that Plaintiff's Motion should be GRANTED and Plaintiff refunded a filing fee in the amount of $400.00. The Clerk is directed to issue a check in this amount to Plaintiff's counsel, made payable to Fears Nachawati, PLLC, 4925 Greenville Avenue, Suite 715, Dallas, Texas, 75206.

Dated: 7/10/2015

_____
TIM A. BAKER, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Copies to all registered counsel of record via the Court's ECF system. All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.