IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:  1:15-cv-6025-RLY-TAB

**PLAINTIFF NICHELLE TRAMBLE'S MOTION TO SEAL DOCUMENT NUMBER 37**

COMES NOW Plaintiff, NICHELLE TRAMBLE, by and through her undersigned Counsel, hereby respectfully requests that this Court enter an Order sealing Document Number 37. Plaintiff states as follows:

1. On June 3, 2015, plaintiff erroneously filed (publicly) Plaintiff's Fact Sheet and Plaintiff's Profile Form (Answer to Interrogatories), Document Number 37.

2. Document Number 37 contains confidential and sensitive identifiers and should have not been filed via CM/ECF.

3. On June 4, 2015, Plaintiff served Plaintiff's Fact Sheet and Plaintiff's Profile Form per Case Management Order No. 6 filed 04/17/15.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order sealing Document Number 37, and making it unavailable to the public or other parties. And that Document Number 37 remains under seal for entirety of the case.

Dated:  July 13, 2015

                                          Respectfully submitted,

                                        HERSH & HERSH

                                        */s/ Nancy Hersh*
                                        Nancy Hersh, (CA SBN: 49091)
                                        Kate Hersh-Boyle (CA SBN: 278864)
                                        601 Van Ness Avenue, Suite 2080
                                        San Francisco, CA 94102
                                        Telephone: (415) 441-5544
                                        Facsimile: (415) 441-7586
                                        nhersh@hershlaw.com
                                        khershboyle@hershlaw.com

                                        *Attorneys for Plaintiff Nichelle Tramble*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |

| | |
|---|---|
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211<br>Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 Third Avenue North<br>Franklin, TN 37064 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH 44140<br>Robert M. Hammers, Jr.<br>Jason T. Schneider, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 NW Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | |

                                            _____/s/ Nancy Hersh_____