IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:  1:15-cv-6025-RLY-TAB

**[PROPOSED] ORDER GRANTING PLAINTIFF NICHELLE TRAMBLE'S MOTION TO SEAL DOCUMENT NUMBER 37**

IT IS SO ORDERED that Plaintiff, Nichelle Tramble's Motion to Seal Document Number 37 is hereby GRANTED and said document shall be filed under seal and remain so unless and until this Court makes an Order unsealing said document.

ORDERED this _____ day of June, 2015:

_____
**U.S.** MAGISTRATE JUDGE TIM A. BAKER