UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC      ) <br> FILTERS MARKETING, SALES           ) <br> PRACTICES AND PRODUCT LIABILITY  )      No. 1:14-ml-02570-RLY-TAB <br> LITIGATION,                                       ) | |

## ORDER VACATING AND RESETTING CONFERENCE

The Court, on its own motion, vacates the telephonic status conference set for 2 p.m. on August 25, 2015, and **resets this conference for 2 p.m. on September 1, 2015.** All requirements in the order originally setting this conference shall remain in effect. Call-in information provided to counsel in Filing No. 315 on March 24, 2015, remains the same.

Dated: 7/21/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

Distribution to all non-registered counsel of record shall be made by Plaintiff's lead counsel.