UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS    Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:15-cv-01010-RLY-TAB

_____

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Michael Heaviside:

    Amy Marie Hartford