UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
       1:15-cv-01010-RLY-TAB
_____

## NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Amy Marie Hartford<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Northern District of Ohio | 1:15-cv-01010-TWP-DKL | **Judge:**<br>Tanya Walton Pratt |