```
 1            IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
 2                INDIANAPOLIS DIVISION
 3

    --------------------------- )
 4  IN RE:  COOK MEDICAL, INC.  )Case No.
    IVC FILTERS MARKETING, SALES)1:14-ml-2570-RLY-TAB
 5  PRACTICES AND PRODUCTS      )
    LIABILITY LITIGATION        )
 6  --------------------------- )
    This Document Relates to:   )MDL No. 2570
 7  All Actions                 )
    --------------------------- )
 8
 9                  CONFIDENTIAL
10      The videotaped 30(b)(6) deposition of
11  Cook Medical, Incorporated, et al., as given
12  by APRIL LAVENDER, called by the Plaintiffs
13  for examination, taken pursuant to the Federal
14  Rules of Civil Procedure of the United States
15  District Courts pertaining to the taking of
16  depositions, taken before Joyce Emerson,
17  a Notary Public in and for the County of
18  Johnson, State of Indiana, at the offices of
19  Wooden & McLaughlin LLP, One Indiana Square,
20  211 North Pennsylvania Street, Suite 1800,
21  Indianapolis, Indiana, on  April 23, 2015,
22  commencing at 9:58 a.m.
23
24
```

```
 1
 2                  A P P E A R A N C E S
 3
 4    FOR THE PLAINTIFF:
 5         Michael Heaviside, Esq.
           Julia Reed Zaic, Esq.
 6         HEAVISIDE REED ZAIC
           910 17th Street, N.W., Suite 800
 7         Washington, D.C.  20006
           (202) 223-1993
 8         Email:  Mheaviside@hrzlaw.com
                   julia@hrzlaw.com
 9
10    FOR THE DEFENDANT:
11         Douglas B. King, Esq.
           Christopher D. Lee, Esq.
12         WOODEN & McLAUGHLIN, LLP
           211 North Pennsylvania Street
13         One Indiana Square, Suite 1800
           Indianapolis, Indiana  46204
14         (317) 639-6151
           Email:  Dking@woodmclaw.com
15         clee@woodmclaw.com
16
17    ALSO PRESENT:
18         Jason D'Angelo, Videographer
19
20
21
22
23
24
```

```
 1    finite group of search terms?

 2        A    No, sir.

 3        Q    You said something not -- in your prior

 4    answer about files regarding regulatory, right?

 5        A    Yes, I did.

 6        Q    Okay.  And I know this is going to be

 7    difficult for you to answer and for me to understand,

 8    but where are those files?  Where are those files?

 9        A    Okay.  Well, the regulatory files are

10    maintained in each Cook company that does the work.

11        Q    Let me stop you there.  And I -- and I

12    apologize for interrupting, but could you just give me

13    an idea of -- when you say "each Cook company," how

14    many of them would there be?

15        A    So any company in the Cook organization

16    that manufactures a product, whatever the product is,

17    has a regulatory staff that works with -- within that

18    quality management system.  And then, for some of our

19    direct distribution offices -- in APAC, for example,

20    in Korea, China, Japan, Hong Kong, we have Taiwan --

21    we have offices where we have Cook employees that work

22    in regulatory.  And so each country's team of

23    regulatory folks maintains their own files the way

24    that works for their system to, you know, keep track
```

```
 1    of what they're doing with the regulatory authority.
 2         Q    All right.  So let -- let me try to be a
 3    little more specific with regard to IVC filters.
 4    Where -- is it the same answer because the question is
 5    going to be the same, where are those regulatory
 6    files?
 7         A    Yes, it would be the same answer.
 8         Q    Okay.  So there -- there is a regulatory
 9    staff in various offices throughout the world --
10         A    Yes.
11         Q    -- is that right?
12         A    That's correct.
13         Q    And that regular -- those regulatory
14    staff members throughout the world maintain their
15    regulatory files in -- in whatever fashion is deemed
16    appropriate in that locale; is that true?
17         A    Yes.
18         Q    And what is your job with Cook currently?
19         A    Currently I'm the senior vice president
20    of regulatory affairs for Cook, Incorporated, and I'm
21    the global functional unit leader for the regulatory
22    functional unit worldwide.
23         Q    Okay.  So what is the regulatory function
24    unit?
```

Confidential - April Lavender

```
 1    speak English?
 2        A    I -- it's doubtful that everybody at
 3    William Cook Europe speaks English.
 4        Q    So if -- if somebody in this group here
 5    in the United States had a question or sought
 6    information or whatever from someone at Cook Europe
 7    and there was the obstacle of a language barrier, how
 8    within Cook do you overcome that barrier?
 9        A    That has never happened, as far as I
10    know, in the regulatory function and -- because their
11    teams speak very good English.  I -- I answered the
12    question to all the people in the -- at William Cook
13    Europe speak English.  I can't really -- and I said
14    probably not.  But the management team that is
15    involved in the company and in the design components
16    definitely do speak very good --
17        Q    English?
18        A    Yes.
19        Q    Now, is -- is William Cook Europe the
20    manufacturer for all Tulip IVC filters and Celect IVC
21    filters?
22        A    Yes.
23        Q    So the flip side of that, of course, is
24    so no Tulip filters that are sold in the United States
```

```
 1    and no Celect filters that are sold in the United

 2    States are actually manufactured in the United

 3    States --

 4         A     Correct.

 5         Q     -- correct?

 6               Are they all manufactured at one geographic

 7    location or are there many?

 8         A     No, just one.

 9         Q     Which is what?

10         A     Denmark.

11         Q     So -- all right.  So all Tulip filters --

12    Tulip IVC filters and Celect IVC filters sold in the

13    United States are manufactured in Denmark; is that

14    right?

15         A     To the best of my knowledge, yes.

16         Q     I have a nonscientifically weighted

17    ton of Danish documents, and that -- it would be a

18    waste of time to show them to you because you don't

19    read it or speak it any better than I do, right?

20         A     That's correct.

21         Q     Okay.  Did you meet with counsel

22    before -- at any time before -- between the end of

23    March and today?

24         A     Yes.
```

```
 1         A    There's a -- there's a person in the --
 2    on -- on our side of the receiving of that information
 3    that's writing that down, yes.
 4         Q    Okay.  So -- and then I -- is there some
 5    subsequent follow-up following the initial receipt of
 6    the complaint?
 7         A    Yes.
 8         Q    Performed by the same unit?
 9         A    No.
10         Q    Okay.  Who does that?
11         A    The -- the -- the information would
12    transfer to the manufacturer whose name is on the
13    label.
14         Q    But the manufacturer of all of these is
15    Cook Europe.
16         A    Right.
17         Q    Okay.
18         A    But -- but -- but, see, the -- the reg --
19    as we go through, I think there's a requirement to
20    open an investigation.  So I think that in order for
21    the investigation to actually be initiated, it --
22    it -- it has to go to manufacturer.
23         Q    So you get a complaint here at Park 48,
24    and then that information, I guess, is -- or that's
```

```
 1    in some manner, either the paper form or
 2    electronically in TrackWise, at Park 48, right?
 3         A    Yes.  There's a -- the software, I --
 4    I -- I stored in the Cloud, then it's available
 5    electronically.
 6         Q    Okay.  And then you said that the -- that
 7    the follow-up is appropriately conducted by the
 8    manufacturer which, for all of these devices, is Cook
 9    Europe, right?
10         A    I'd like to say something that clarifies
11    what -- what we've been talking about.  Some of the
12    components of the dilator or something that's in
13    the -- the sheath set, the sheath material, might be
14    made by another sister Cook company.  So -- as a
15    component.
16              So, for example, there may be some
17    investigation required to coordinate that activity at
18    the manufacturer of that component.  So I -- I think
19    the answer to the question most generally would be
20    yes, but I do want to put on the record --
21         Q    Right.
22         A    -- that there might be a component issue
23    which would cause an investigation to occur at another
24    Cook company.
```

```
 1           Q    Okay.  I appreciate that.
 2                And -- so once the -- once it's
 3      determined that there has to be follow-up on a
 4      complaint, right, then that information is sent in
 5      some fashion to the manufacturer, whether it be the
 6      component manufacturer or Cook Medical -- Cook Europe,
 7      right?
 8           A    Yes.
 9           Q    And what form does that take?  I mean, is
10      it a phone call or an email or official report?  Or
11      what form does it take?
12           A    It could be all of the above that you
13      just said.  But there's a systematic way, and I don't
14      know what that is off the top of my head.
15           Q    And is that information retained at Park
16      48?  Like we got the complaint and then we processed
17      it and sent it off to the manufacturer, whoever that
18      may be?
19           A    Is it retained?  Yes, it would be
20      retained, and it's going to be similar to your -- to
21      the regulatory file where everything that's relating
22      to that project is in that regulatory docket area.
23      You're going to have a similar type of a thing for a
24      complaint report.  So everything about that complaint
```

```
 1    is associated with its input number.
 2              MR. KING:  Excuse me.
 3         Q    And that's retained here at Park 48?
 4    Because all these files apparently are at Park 48,
 5    right?
 6         A    They may not all be -- all the files may
 7    not be at Park 48.  So, for example, if a CAPA, a -- a
 8    corrective and preventive action had been opened as a
 9    result of an incoming complaint and it was an
10    investigation that was being done at William Cook
11    Europe, it might be in William Cook Europe's CAPA
12    file.  But it would be referenced in the TrackWise
13    report, so that the full story of what happened and
14    who was involved from the company's perspective in the
15    investigation is documented in the TrackWise file.
16         Q    And -- and that's accessible by people
17    here at -- at Park 48?
18         A    Yes.
19         Q    But the actual investigation, so to
20    speak, is handled by William Cook Europe?
21         A    Again, to the -- to the point of yes, if
22    it's -- if it's their componentry, yes, it would be
23    investigated by William Cook Europe.
24         Q    All right.  Is everything in TrackWise in
```