IN THE UNITED STATES DISTRICT COURT
SOUTHERM DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

## AGRRED PROPOSED AMENDMENTS TO CASE MANAGEMENT PLAN (ONLY CONCERNING PLAINTIFFS' LEADERSHIP STRUCTURE)

### I.   Plaintiffs' Leadership Structure:

The undersigned plaintiffs' counsel (hereinafter "Plaintiffs' Counsel"), hereby respectfully request the Court's approval of the below agreed amendments to the Court's Order Approving Proposed Amendments to Case Management Plan (Dkt. 506), entered July 1, 2015. The amendments seek only to add a certain Plaintiff's Counsel to the present Leadership Structure. Otherwise, there are no other amendments to the Court's Order requested herein.

Plaintiffs' Counsel have met and conferred with this attorney desiring to be added. Moreover, Plaintiffs' Counsel have conferred and come to a majority agreement regarding the proposed changed to the leadership structure for the plaintiffs:

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| Ben C. Martin | Law Offices of Ben C. Martin |
| David P. Matthews | Matthews & Associates |
| Michael W. Heaviside | Heaviside Reed Zaic |

| **Plaintiff's State/Federal Liaison Counsel** ||
|---|---|
| Joseph N. Williams | Price Waicukauski & Riley, LLC |

| **Plaintiffs' Executive Committee (PEC)** ||
|---|---|
| [Adding: Matthew R. McCarley, Fears \| Nachawati, PLLC] ||
| Troy Brenes | Lopez McHugh, LLP |
| Ramon Lopez | Lopez McHugh, LLP |
| John Dalimonte | Karon & Dalimonte LLP |
| Joseph R. Johnson | Babbitt, Johnson, Osborne & LaClainche |
| Teresa Toriseva | Toriseva Law |
| Julia Reed Zaic | Heaviside Reed Zaic |
| Thomas Wm. Arbon | Law Offices of Ben C. Martin |
| Tim. K. Goss | Freese & Goss, PLLC |
| Matthew R. McCarley | Fears \| Nachawati, PLLC |

Respectfully submitted on this, the 30th day of July, 2015, by:

*/s/ Matthew R. McCarley*
Matthew R. McCarley, Esq.
Fears | Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com