IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL , INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570 Case No.:1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO ALL CASES

## MEMORANDUM IN SUPPORT OF THE UNOPPOSED MOTION OF MATTHEW MCCARLEY TO BE APPOINTED TO PLAINTIFF'S EXECUTIVE COMMITTEE IN MDL 2570

### I.    ARGUMENT

Matthew R. McCarley currently represents individuals in twenty one (21) filed in the MDL.

The Court should appoint Matthew R. McCarley because he meets all of the factors to be considered in the underlying MDL.   Specifically, Mr. McCarley's qualifications include the role of lead counsel for over 20 cases currently pending in the IVC MDL #2570 as well as lead counsel for over 1000 transvaginal mesh cases pending in the United States District Court for the Southern District of West Virginia.   *See* attached Exhibit A Matthew R. McCarley Curriculum Vitae. Moreover, all the members of the executive committee do not object nor does counsel for the Defendant.

Mr. McCarley has been licensed in the state of Texas for 12 years and is admitted to practice before the United States District Court for the Southern District of Indiana.

He is competent to handle any and all assignments that are required of Plaintiff's Executive Committee in this MDL. Further, Mr. McCarley does and will continue to fairly represent the various interests in the litigation. Mr. McCarley's firm has the resources, commitment, and qualifications to accomplish any assigned task. Mr. McCarley has worked cooperatively with opposing counsel and this Honorable Court to date and with the other members of the Plaintiff's leadership.

## II.   CONCLUSION

WHEREFORE, for all the above reasons, Matthew R. McCarley, respectfully request this Honorable Court appoint him to Plaintiff's Executive Committee in this matter.

Respectfully Submitted,

/s/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712