IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER #4 (PARTY PROFILE FORMS & FACT SHEET PROTOCOL)**

The Parties hereby respectfully request that the Court approve and enter the attached proposed Amended Case Management Order #4 (Party Profile Forms & Fact Sheet Protocol) and in support thereof state:

1. On March 18, 2015, the Parties jointly moved the court to approve and enter their proposed Case Management Order #4 (Party Profile Forms & Fact Sheet Protocol) ("CMO #4"). [Docket No. 306].

2. On April 17, 2015, the Court approved CMO #4 and entered it without modification. [Docket No. 354].

3. The party profile forms and fact sheets authorized by CMO #4 are attached to CMO #4.

4. CMO #4 also requires each Plaintiff in this MDL to produce, contemporaneously with his or her Plaintiff Profile Form, signed authorizations allowing Cook Defendants to obtain medical, insurance, employment, Medicare/Medicaid, and Social Security records. See CMO #4 at Section 1.e.

5. When the Parties submitted their proposed CMO #4, they inadvertently failed to include the agreed upon authorizations as an attachment.

1

6. To ensure a complete and accurate docket, the Parties request that the Court enter the attached proposed Amended CMO #4, which other than adding the referenced authorization as an attachment, is substantially identical to the original CMO #4.

WHEREFORE, the Parties respectfully request that the Court approve and enter the attached proposed Amended Case Management Order #4 (Party Profile Forms & Fact Sheet Protocol).

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| *s/ Michael W. Heaviside (with consent)* | *s/ Christopher D. Lee* |
| Michael W. Heaviside | Douglas B. King, Esq. |
| HEAVISIDE REED ZAIC | James M. Boyers, Esq. |
| 312 Broadway, Suite 203 | Christopher D. Lee, Esq. |
| Laguna Beach, CA 9265 | John C. Babione, Esq. |
| Tel:  (949)715-5120 | Sandra L. Davis, Esq. |
| Fax:  (949)715-5123 | Kip S. M. McDonald, Esq. |
| mheaviside@hrzlaw.com | WOODEN & MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Ben C. Martin | Indianapolis, IN 46204-4208 |
| LAW OFFICE OF BEN C. MARTIN | Tel:  (317) 639-6151 |
| 3219 McKinney Ave., Ste, 100 | Fax:  (317) 639-6444 |
| Dallas, TX 75204 | dking@woodmclaw.com |
| Tel:  (214) 761-6614 | jboyers@woodmclaw.com |
| Fax:  (314) 744-7590 | clee@woodmclaw.com |
| bmartin@bencmartin.com | sdavis@woodmclaw.com |
| | kmcdonald@woodmclaw.com |
| David P. Matthews | |
| MATTHEWS & ASSOCIATES | Counsel for Cook Defendants |
| 2905 Sackett St. | |
| Houston, TX  77098 | |
| Tel:  (7130 522-5250 | |
| Fax:  (713) 535-7136 | |
| dmatthews@thematthewslawfirm.com | |

Lead Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Christopher D. Lee*