UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
    1:15-cv-01188- RLY-TAB
    1:15-cv-01187- RLY-TAB
    1:15-cv-01185- RLY-TAB
    1:15-cv-01186- RLY-TAB
_____

### NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Amanda Norton<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01188-SEB-DKL | **Judge:**<br>Sarah Evans Barker |
| **Plaintiffs:**<br>Heidi Boatner<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01187-TWP-DKL | **Judge:**<br>Tanya Walton Pratt |
| **Plaintiffs:**<br>Roland Stucky<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01185-WLT-MJD | **Judge:**<br>William T. Lawrence |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Terrell Micheau<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01186-SEB-DKL | **Judge:**<br>Sarah Evans Barker |