UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:15-cv-01188- RLY-TAB
    1:15-cv-01187- RLY-TAB
    1:15-cv-01185- RLY-TAB
    1:15-cv-01186- RLY-TAB

_____

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Laura Smith:

    Amanda Norton

    Heidi Boatner

    Roland Stucky

    Terrell Micheau