IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL , INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570 Case No.:1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

**NOW COMES** Attorney Matthew R. McCarley of Fears | Nachawati Law Firm and withdraws his Motion to be appointed to Plaintiff's Executive Committee filed in this court on 30th day of July 2015.

Respectfully Submitted,

**/S/ MATTHEW R. MCCARLEY**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certified that on August 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Matthew R. McCarley
Matthew R. McCarley