IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL , INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570 Case No.:1:14-ml-2570- RLY-TAB |

THIS DOCUMENT RELATES TO ALL CASES

## PROPOSED ORDER FOR MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

This matter coming before the Court upon a motion to withdraw a previously filed motion by Attorney Matthew R. McCarley;

IT IS ORDERED:

The motion to withdraw is granted and the motion to be appointed to Plaintiff's Executive Committee filed July 30, 2015 will be withdrawn.

ENTERED: August __, 2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana