IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL , INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570 Case No.:1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO ALL CASES

## UNOPPOSED MOTION TO APPOINT MATTHEW MCCARLEY TO PLAINTIFF'S EXECUTIVE COMMITTEE IN MDL 2570

**NOW COMES** Attorney Matthew R. McCarley of Fears | Nachawati Law Firm pursuant to the Manual for Complex Litigation, Fourth § 10.22 and 28 USCS § 1407 respectfully moves this Honorable Court for an Order appointing him to Plaintiff's Executive Committee for all cases under MDL-2570. In support of his motion, Attorney McCarley has attached the following Memorandum.

Respectfully submitted,

**/S/ MATTHEW R. MCCARLEY**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Counsel for the Defendants and the other members of the executive committee prior to filing and they are not opposed to the Motion to Appoint Matthew R. McCarley to the Executive Committee.

/s/ Matthew R. McCarley
Matthew R. McCarley

## **CERTIFICATE OF SERVICE**

I hereby certified that on August 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Matthew R. McCarley
Matthew R. McCarley