

Contact Information:
4925 Greenville Ave
Suite 715
Dallas, Texas 75206
Email:
mccarley@fnlawfirm.com
(214) 890-0711 (office)
(214) 890-0712 (fax)

# MATTHEW R. MCCARLEY

**STATE COURT ADMISSIONS**
State Bar of Texas

**FEDERAL COURT ADMISSIONS**
United States District Court-Southern District of Indiana
United States District Court-Northern District of Texas
United States District Court-Eastern District of Texas
United States District Court-Western District of Texas (Pending)

**PROFESSIONAL BACKGROUND**
Fears | Nachawati Law Firm
    Partner, 2013-present
Thering McCarley, PLLC
    Partner, 2009-2013
Bimbo Bakeries USA, Inc.
    Corporate Counsel, 2004-2009
The Lynch Law Firm
    Associate, 2003-2004

**PROFESSIONAL ASSOCIATIONS**
American Association for Justice
    Member-2010-present
Texas Trial Lawyers Association
    Member-2010-present
Dallas Bar Association
    Member 2013-present
J. Rueben Clark Law Society
    Member 2013- present

**EDUCATION**
Undergraduate Studies:
Texas A&M University,
B.A.-International Studies, 1999

Law School:
South Texas College of Law, J.D., 2003
Leroy Jeffers Memorial Moot Court Competition, 2001
- Best Oralist and Best Brief Awards; Team Semi –Finalist

Garland Walker Memorial Mock Trial Competition
- Team Quarter-finalist