IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:  1:15-cv-6025-RLY-TAB

## ORDER GRANTING PLAINTIFF NICHELLE TRAMBLE'S MOTION TO SEAL DOCUMENT NUMBER 37

IT IS SO ORDERED that Plaintiff, Nichelle Tramble's Motion to Seal Document Number 37 is hereby GRANTED and said document shall be filed under seal and remain so unless and until this Court makes an Order unsealing said document.

ORDERED:  8/19/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.  Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.