IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:14-cv-06013

## ORDER GRANTING AGREED MOTION FOR LEAVE TO CONDUCT ADDITIONAL DEPOSITION

This cause has come before the Court upon the parties Agreed Motion for Leave to Conduct Additional Deposition. Being duly advised, the Court finds that the motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED AND DECREED that Cook Defendants may depose Plaintiff Ronald E. Snow and that such deposition shall not count towards the fifteen deposition limitation set forth in Case Management Order #5 (Amendments to Case Management Plan).

Entered: 8/19/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel

1241678-1 (10909-0036)