**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## COOK DEFENDANTS' MOTION TO BIFURCATE PUNITIVE DAMAGES AT TRIAL AND DURING DISCOVERY

Cook Defendants, by counsel, respectfully move the Court to bifurcate Plaintiffs' claim for punitive damages at trial for any matter in this MDL and also during discovery by staying any discovery relevant only to the calculation of a punitive damages award until Plaintiffs can establish that punitive damages are likely to be at issue at trial. The support for this motion is set forth in the accompanying Cook Defendants' Memorandum in Support of their Motion to Bifurcate Punitive Damages at Trial and During Discovery.

Respectfully submitted,

*/s/ Christopher D. Lee*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com

1

john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Christopher D. Lee*

1291153-1 (10909-0412)