**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

———————————————————————

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

———————————————————————

This Document Relates to All Actions

———————————————————————

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## <u>COOK DEFENDANTS' MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO BIFURCATE PUNITIVE DAMAGES AT TRIAL AND DURING DISCOVERY AND MEMORANDUM IN SUPPORT OF SAME</u>

Cook Defendants, by counsel, respectfully move the Court to withdraw their previously filed Motion to Bifurcate Punitive Damages at Trial and During Discovery [Docket No. 617] and their Memorandum in support of same [Docket No. 618].  In support of this Motion to Withdraw, Cook Defendants state:

1.   Cook Defendants filed their Motion to Bifurcate Damages at Trial and During Discovery ("Motion to Bifurcate") and Memorandum in support of same, which apply to all cases in this MDL, on August 21, 2015.

2.   Although the Memorandum in support of the Motion to Bifurcate properly "spread" to all cases in the MDL upon filing, the Motion to Bifurcate did not.

3.   In order to ensure a clear and orderly docket, Cook Defendants wish to withdraw the Motion to Bifurcate and Memorandum in support of same, so that they may re-file the documents and "spread" them to all cases in the MDL.

WHEREFORE, Cook Defendants respectfully move the Court to withdraw their previously filed Motion to Bifurcate Punitive Damages at Trial and During Discovery [Docket No. 617] and their Memorandum in support of same [Docket No. 618].

Respectfully submitted,

*/s/ Christopher D. Lee*

Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:     (317) 639-6151
Fax:     (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Counsel for Cook Defendants

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 24, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Christopher D. Lee* _____

1291767-1 (10909-0412)