UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to ALL ACTIONS | |

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

This matter comes before the court on the motion of TaKeena M. Thompson to withdraw her appearance on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby **GRANTS** said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that TaKeena M. Thompson is hereby withdrawn as counsel of record for the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

_____          _____
Date                                                                             JUDGE, United States District Court
                                                                                          Southern District of Indiana