UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to ALL ACTIONS

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Jeffrey S. Gibson, of Cohen & Malad LLP, respectfully requests leave to withdraw his Appearance of Counsel on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.  The Plaintiff will continue to be represented by the remaining counsel of record.

Respectfully submitted,

 */s/ Jeffrey S. Gibson*
Jeffrey S. Gibson, IN # 22362-49
jgibson@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481 (telephone)
(317) 636-2593(facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Brian James Holmes
Hurley Mckenna & Mertz, P.c.
33 N. Dearborn Street, Suite 1430

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Patrick M. Regan
REGAN ZAMBRI & LONG PLLC
1919 M. St. NW, Suite 350
Washington, DC 20036

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Mark A. Tate
Tate Law Group, LLC
2 East Bryan Street, Suite 600
P. O. Box 9060
Savannah, GA 31412

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor

Chicago, IL 60602

WILNAR JEANNE JULMISTE
ANDERSON GLENN LLP
2201 NW Corporate Blvd, STE 100
BOCA RATON, FL 33431

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682


*/s/ Jeffrey S. Gibson*