IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 2570<br>Case No.: 1-14-ml-2570-RLY-TAB |

This Document Relates to:
        1:15cv06021

## NOTICE OF APPEARANCE

TO:    The Clerk of the court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Plaintiff Pat Tinker.

Dated:  August 31, 2015

                                          /s/ Sheila M. Bossier
                                          Sheila M. Bossier
                                          **FREESE & GOSS, PLLC**
                                            1520 North State Street
                                            Jackson, MS 39202
                                            Telephone: (601) 961-4050
                                            Facsimile: (601) 352-5452

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                  /s/ Sheila M. Bossier