IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 2570<br>Case No.: 1-14-ml-2570-RLY-TAB |

This Document Relates to:
      1:15cv06021

## NOTICE OF APPEARANCE

TO:    The Clerk of the court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Pat Tinker.

Dated:  August 31, 2015

                                                   /s/ Tim K. Goss
                                                 Tim K. Goss
                                               **FREESE & GOSS, PLLC**
                                               3031 Allen Street, Suite 200
                                               Dallas, Texas 75204
                                               Telephone: (214) 761-4410
                                               Facsimile: (214) 761-6688

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                           /s/ Tim K. Goss