# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER GRANTING COOK DEFENDANTS' MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO BIFURCATE PUNITIVE DAMAGES AT TRIAL AND DURING DISCOVERY AND MEMORANDUM IN SUPPORT OF SAME**

This cause has come before the Court upon the motion of Cook Defendants to withdraw their previously filed Motion to Bifurcate Punitive Damages at Trial and During Discovery and Memorandum in support of same. Being duly advised, the Court finds that the Motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED AND DECREED that Cook Defendants' Motion to Bifurcate Punitive Damages at Trial and During Discovery [Docket No. 617] and their Memorandum in support of same [Docket No. 618] are withdrawn from the docket.

Entered: 8/31/2015

_____
Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1291872-1 (10909-0412)