IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION §§§§§§§§§ | Case No.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

Comes now the undersigned, Liaison Counsel to Plaintiffs Steering Committee, and notifies the Court and the parties of a change of firm name and contact information. The updated contact information for Plaintiff's counsel is as follows:

> Joseph N. Williams
> RILEY WILLIAMS & PIATT, LLC
> 301 Massachusetts Avenue
> Indianapolis, IN  46204
> (317) 633-5270
> Fax:  (317) 426-3348
> Email:        jwilliams@rwp-law.com

> Respectfully submitted,
>
> RILEY WILLIAMS & PIATT, LLC
>
>
> /s/ Joseph N. Williams
> Joseph N. Williams, Atty. No. 25874-49
> 301 Massachusetts Avenue
> Indianapolis, IN  46204
> (317) 633-5270
> Fax:  (317) 426-3348
> Email:        jwilliams@rwp-law.com

## Certificate of Service

      I hereby certify that on September 4, 2015, a copy of the foregoing Notice of Change of Firm Name and Address was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

                                    /s/ Joseph N. Williams  
                                    Joseph N. Williams