IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

---

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

---

**JOINT MOTION FOR ENTRY OF CASE MANAGEMENT
ORDER #12 (THIRD AMENDMENTS TO CASE MANAGEMENT PLAN)**

Pursuant to the Court's September 8, 2015 Order [Docket No. 646], the Parties have met and conferred regarding necessary amendments to the Case Management Plan entered by the Court on November 25, 2014 [Docket No. 51] and amended on April 17, 2015 [Docket No. 355] and July 10, 2015 [Docket No. 519]. As requested, the Parties are submitting a third amended Case Management Plan, which includes all sections of the Case Management Plan and is updated with respect to changes in the parties and counsel. With respect to sections III.F and S, the Parties were not able to reach an agreement and have submitted their respective proposals for the Court's consideration. The Parties were also not able to reach an agreement with respect to section III.L. The Parties wish to discuss sections III.F, L, and S with the Court at the next status conference.

**AGREED TO BY:**

| | |
|---|---|
| *s/ Michael W. Heaviside (w/ consent)* | */s/ Christopher D. Lee* |
| Michael W. Heaviside | Douglas B. King, Esq., Lead Counsel |
| HEAVISIDE REED ZAIC | Christopher D. Lee, Esq. |
| 312 Broadway, Suite 203 | James M. Boyers, Esq. |
| Laguna Beach, CA  9265 | John C. Babione, Esq. |
| Tel:    (949)715-5120 | Sandra Davis Jansen, Esq. |
| Fax:   (949)715-5123 | Kip S. M. McDonald, Esq. |
| mheaviside@hrzlaw.com | WOODEN MCLAUGHLIN LLP |

1

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Ste, 100
Dallas, TX 75204
Tel:    (214) 761-6614
Fax:   (314) 744-7590
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX  77098
Tel:    (7130 522-5250
Fax:   (713) 535-7136
dmatthews@thematthewslawfirm.com

*Lead Co-Counsel for Plaintiffs*

One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Christopher D. Lee*

1307895-1 (10909-0412)