UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

This Document Relates to 1:14-cv-6004-RLY-TAB

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

This matter comes before the court on the motion of Jeffrey S. Gibson to withdraw his appearance on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby **GRANTS** said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Jeffrey S. Gibson is hereby withdrawn as counsel of record for the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

9/15/2015
Date

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.