UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCT LIABILITY LITIGATION MDL ) <br> 2570, ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS | No. 1:14-ml-02570-RLY-TAB |

**ORDER ON SEPTEMBER 16, 2015, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel September 16, 2015, for a telephonic status conference. The Parties informed the Court that a dispute existed as to whether Defendant will be able to take a successive deposition of the 15 Plaintiffs being deposed for discovery pool purposes. The Court ruled that whether Defendant will be permitted to take successive deposition will remain an open question. If Defendant seeks a successive deposition, counsel shall confer in good faith to resolve the dispute. If the parties are not able to resolve the dispute, the Magistrate Judge will set a telephonic status conference to permit the parties to present argument on whether Defendant has obtained material medical information after Plaintiff's original deposition. If Defendant can make this showing, the Court will then determine how much additional discovery, through depositions or other means, if any, will be permitted.

Dated: 9/17/2015

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.