# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 2570<br>Case No.: 1-14-ml-2570-RLY-TAB |

This Document Relates to:
    1:15cv06021

## AMENDED NOTICE OF APPEARANCE

TO:    The Clerk of the court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Pat Tickner.

    This Amended Notice of Appearance is being filed due to a clerical error in the original Notice of Appearance.

Dated:  September 18, 2015.

                          /s/ Tim K. Goss
                          Tim K. Goss
                          **FREESE & GOSS, PLLC**
                          3031 Allen Street, Suite 200
                          Dallas, Texas 75204
                          Telephone: (214) 761-4410
                          Facsimile: (214) 761-6688

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Tim K. Goss