## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE No.: 1:14-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates To:

Case No.: 1:15-cv-06024-RLY-TAB

_____

### NOTICE OF APPEARANCE
_____

TO THE CLERK OF COURT AND PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs, Gina Taylor and Jeffrey Taylor.

| | |
|---|---|
| Dated: September 22, 2015 | Respectfully submitted, |
| | /s/ Joshua D. Miller<br>Joshua D. Miller, Esquire<br>**TORISEVA LAW**<br>1446 National Road<br>Wheeling, West Virginia 26003<br>ceo@torisevalaw.com<br>(304) 238-0066 (Telephone)<br>(304) 238-0149 (Facsimile)<br><br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2015, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served upon counsel listed below via first class United States Mail, postage prepaid:

| | |
|---|---|
| Robert Gregory Andre<br>OGDEN MURPHY WALLACE PLLC<br>901 FIFTH AVENUE, STE 3500<br>SEATTLE, WA 98164-2008 | John H Martin<br>Thompson & Knight<br>1722 Routh St., Suite 1500<br>Dallas, TX 75201-2533 |
| Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue<br>North Franklin, TN 37064 |
| James C. Bradshaw, III<br>Wyatt, Tarrant & Combs (Nashville Office)<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203-1423 | Stephanie E. Niehaus<br>Squire Patton Boggs (US) - Cleveland<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | James R. Olson<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| David J Britton<br>LAW OFFICE OF DAVID J BRITTON<br>2209 N 30TH ST, STE 4<br>TACOMA, WA 98403 | Ryne W Osborne<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 |
| Andrew Cookingham<br>Thompson & Knight-Dallas<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 | Gary J. Rickner<br>WARD AND SMITH, P.A.<br>PO Box 33009<br>Raleigh, NC 27636-3009 |
| Max E. Corrick<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | Marian S. Rosen<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |

| | |
|---|---|
| Frank J D'Oro, Jr<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 | Kyle E Rowen<br>Wesierski and Zurek LLP<br>One Corporate Park, Suite 200<br>Irvine, CA 92606 |
| Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP<br>Charleston<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301 | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |
| Lucas J. Foust<br>FOUST LAW OFFICE<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 | Angela Spears<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Emily Harris Gant<br>Ogden Murphy Wallace PLLC<br>1601 5th Avenue, Suite 2100<br>Seattle, WA 98101-1686 | Craig A. Stone<br>Marshall, Dennehey, Warner, Coleman &<br>Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| Lori Elizabeth Hammond<br>Frost Brown Todd LLC - Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Thomas H. Terry, III<br>619 Cahoon Road<br>Bay Village, OH 44140 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd, Suite 800<br>Houston, TX 77056-3812 | W. Carl Mendenhall<br>WORDEN THANE<br>PO Box 4747<br>Missoula, MT 59806-4747 |
| A. Timothy Jones<br>Hawkins Parnell Thackston & Young, LLP<br>- Charleston<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301 | Michael C. Mongiello<br>Marshall Dennehey Warner Coleman &<br>Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| Randal Alan Kauffman<br>Houssiere Durant Houssiere<br>1990 Post Oak Blvd, Suite 800<br>Houston, TX 77056 | Anthony James Urban<br>LAW OFFICES OF ANTHONY URBAN,<br>P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 |

-4-

| | |
|---|---|
| Ramon R Lopez<br>Lopez McHugh LLP<br>North Tower, 100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660<br><br>Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third St.<br>Las Vegas, NV 89101<br><br>Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Brian J. Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901<br><br>Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |

                                                /s/ Joshua D. Miller
                                                Joshua D. Miller, Esquire