IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

CYNTHIA STOCKTON, AS SPECIAL ADMINISTRATIX
OF THE ESTATE OF RONALD HUFFMAN, AND AS
GRANDMOTHER AND NEXT OF KIN OF ALEXIS
CHANGAL HUFFMAN, A MINOR AND ELISE CORRINE
HUFFMAN, A MINOR

Civil Case #  1:14-cv-06003-RLY-TAB

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   _____Ronald Huffman Deceased_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____Alexis Chantal Huffman, a Minor and Elise Corrine Huffman, a Minor_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____Cynthia Stockton, as Special Administratix of the Estate of Ronald Huffman_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   _____Nevada_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Nevada_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Not applicable_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____USDC for the District of Nevada_____

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical, LLC

   [X] William Cook Europe APS

9. Basis of Jurisdiction

   [X] Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6 through 28, inclusive_____
   _____
   _____

   b. Other allegations of jurisdiction and venue:

____N/A_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐   Gunter Tulip® Vena Cava Filter

    X   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of implantation as to each product:
    _____10/28/2010_____

    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Rose Dominican Hospital, San Martin Campus, 8280 W. Warm Springs Road, Las Vegas, Nevada  89113

13. Implanting surgeon(s):

    Dr. Alladin Lajvardi, St. Rose Dominican Hospital, San Martin Campus, 8280 W. Warm Springs Road, Las Vegas, Nevada 89113

14. Counts in the Master Complaint brought by Plaintiff(s):
    X   Count I:       Strict Products Liability - Failure to Warn

    X   Count II:      Strict Products Liability - Design Defect

3

☒ Count III:     Negligence

☒ Count IV:     Negligence Per Se

☒ Count V:      Breach of Express Warranty

☒ Count VI:     Breach of Implied Warranty

☒ Count VII:    Violations of Applicable Washington, D.C. Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X  Count VIII:   Loss of Consortium

X  Count IX:    Wrongful Death

☐ Count X:      Survival

☒ Count XI:     Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:        _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

14. Attorney for Plaintiff(s):
    Joseph R. Johnson, Esq.
    Julia Reed Zaic, Esq.
    Laura Smith, Esq.

15. Address and bar information for Attorney for Plaintiff(s):

    Joseph R. Johnson, Esq. FLA# 372250        Julia Reed Zaic, Esq.
    Babbitt Johnson Osborne & LeClainche        Laura Smith, Esq.

4

| | |
|---|---|
| 1641 Worthington Road, Ste. 100 | Heaviside Reed Zaic |
| West Palm Beach, FL 33402-4426 | 312 Broadway, Ste. 203 |
| | Laguna Beach, CA 92651 |

Joseph R. Johnson – FLA Bar# 372250

Julia Reed Zaic – FLA Bar# 0530336, CA Bar# 224671

Laura E. Smith – LA Bar# 33652

Respectfully submitted,

By:
/s/Joseph R. Johnson, Esq.
Babbitt Johnson Osborne & LeClainche
1641 Worthington Road, Ste. 100
West Palm Beach, FL 33402-4426

/s/Julia Reed Zaic, Esq.
Laura Smith, Esq.
Heaviside Reed Zaic
312 Broadway, Ste. 203
Laguna Beach, CA 92651

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pittsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN  37206-4211

Joseph A. Napiltonioa
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN  37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT  59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 N.W. Corporate Blvd.
Suite 100
Boca Raton, FL  334312

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH  44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.A.
611-D Peachtree Dunwoody Road
Atlanta, GA  30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN  38103

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square #1400
Indianapolis, IN  46204


/s/  Joseph R. Johnson_____