IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                        MDL No. 2570

This Document Relates to Plaintiff(s)

_____HEIDI BOATNER_____

Civil Case #  1:15-cv-01187

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   _____Heidi Boatner_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   _____Texas_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Texas_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Texas_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____USDC Eastern District of Texas_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical, LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6 through 28, inclusive_____

   b. Other allegations of jurisdiction and venue:

   _____N/A_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    X   Gunther Tulip® Vena Cava Filter

    X   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of implantation as to each product:
    ___(a)  5/19/2010 and (b)__July 15, 2009_____

    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    (a)  Baylor All Saints Medical Center at Fort Worth, 1400 Eighth Avenue, Ft. Worth, Texas  76104

    (b)  Texas Health Harris Methodist Fort Worth, 1301 Pennsylvania Avenue, Ft. Worth, TX  76104

13. Implanting surgeon(s):

    (a)  Dr. Thomas S. Livingston, Baylor All Saints Medical Center at Fort Worth, 1400 Eighth Avenue, Ft. Worth, Texas  76104

    (b)  Dr. Harshal S. Broker, Texas Health Harris Methodist Fort Worth, 1301 Pennsylvania Avenue, Ft. Worth, TX  76104

14. Counts in the Master Complaint brought by Plaintiff(s):
    X   Count I:       Strict Products Liability - Failure to Warn

    [X] Count II:       Strict Products Liability - Design Defect

    [X] Count III:      Negligence

    [X] Count IV:      Negligence Per Se

    [X] Count V:       Breach of Express Warranty

    [X] Count VI:      Breach of Implied Warranty

    [X] Count VII:     Violations of Applicable Washington, D.C. Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    [ ] Count VIII:    Loss of Consortium

    [ ] Count IX:      Wrongful Death

    [ ] Count X:       Survival

    [X] Count XI:      Punitive Damages

    [ ] Other:   _____ (please state the facts supporting this Count in the space, immediately below)

    [ ] Other:   _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Joseph R. Johnson, Esq.
    Julia Reed Zaic, Esq.
    Laura Smith, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

| | |
|---|---|
| Joseph R. Johnson, Esq. FLA# 372250<br>Babbitt Johnson Osborne & LeClainche<br>1641 Worthington Road, Ste. 100<br>West Palm Beach, FL 33402-4426 | Julia Reed Zaic, Esq.<br>Laura Smith, Esq.<br>Heaviside Reed Zaic<br>312 Broadway, Ste. 203<br>Laguna Beach, CA 92651 |

Joseph R. Johnson – FLA Bar# 372250

Julia Reed Zaic – FLA Bar# 0530336, CA Bar# 224671

Laura E. Smith – LA Bar# 33652

    Respectfully submitted,

    By:
    /s/Joseph R. Johnson, Esq.
    Babbitt Johnson Osborne & LeClainche
    1641 Worthington Road, Ste. 100
    West Palm Beach, FL 33402-4426

    /s/Julia Reed Zaic, Esq.
    Laura Smith, Esq.
    Heaviside Reed Zaic
    312 Broadway, Ste. 203
    Laguna Beach, CA 92651

    *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX  77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV  89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA  17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA  98403 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY  42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH  43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pittsville, PA  17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King Street<br>Kings Mountain, NC  28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX  77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX  77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA  98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV  89148 |

| | |
|---|---|
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN  37206-4211 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH  44140 |
| Joseph A. Napiltonioa<br>Law Office of Joe Napiltonia<br>213 Third Avenue North<br>Franklin, TN  37064 | Robert M. Hammers, Jr.<br>Jason T. Schneider, P.A.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA  30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT  59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN  38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 N.W. Corporate Blvd.<br>Suite 100<br>Boca Raton, FL  334312 | Irwin B. Levin<br>Cohen & Malad, LLP<br>One Indiana Square #1400<br>Indianapolis, IN  46204 |

/s/  Joseph R. Johnson_____