IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS  Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
    1:15-cv-06022-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    JESUSA GUINTO_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Virgina_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virgina_____

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court of Columbia_____

8. Defendants (Check Defendants against whom Complaint is made):

   x   Cook Incorporated

   x   Cook Medical LLC

   x   William Cook Europe ApS

9. Basis of Jurisdiction:

   x   Diversity of Citizenship

   ☐   Other: _____

   a. <u>Paragraphs in Master Complaint upon which venue and jurisdiction lie</u>: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

          Günther Tulip® Vena Cava Filter

    x    Cook Celect® Vena Cava Filter

          Gunther Tulip Mreye

          Cook Celect Platinum

          Other:

11. Date of Implantation as to each product:

    December 30, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Invova Fair Oaks Hospital, 3600 Joseph Stewick Dr., Fairfax, VA 22033

13. Implanting Physician(s):

    David J. Spinosa, 8505 Arlington Blvd, Fairfax, VA 22031

14. Counts in the Master Complaint brought by Plaintiff(s):

    x    Count I:    Strict Products Liability – Failure to Warn

    x    Count II:    Strict Products Liability – Design Defect

    x    Count III:    Negligence

    x    Count IV:    Negligence Per Se

    x    Count V:    Breach of Express Warranty

    x    Count VI:    Breach of Implied Warranty

    ☐    Count VII:    Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

    ☐    Count IX:    Wrongful Death

    ☐    Count X:    Survival

    x    Count XI:    Punitive Damages

    ☐    Other:    _____ (please state the facts supporting this Count in the space, immediately below)

    ☐    Other:    _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Ben C. Martin and Thomas Wm. Arbon_____

16. Address and bar information for Attorney for Plaintiff(s):

   3219 McKinney Avenue, Dallas, TX 75204                                                   

   Ben C. Martin, State Bar No.: 13052400                                                   

   Thomas Wm. Arbon, State Bar No. 01284275                                                 

                    Respectfully submitted,

                    */s/ Ben C. Martin*                              
                    Ben C. Martin, Bar No. 13052400
                    Thomas Wm. Arbon, Bar No. 01284275
                    **The Law Office of Ben C. Martin**
                    3219 McKinney Avenue
                    Dallas, TX 75204
                    Telephone: (214) 761-6614
                    Facsimile: (214) 744-7590
                    bmartin@bencmartin.com
                    tarbon@bencmartin.com

                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears  
Rosen & Spears  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Anthony James Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, Third Floor  
Pottsville, PA 17901  

Bard K. Brian  
222 Kentucky Avenue, Suite 10  
Paducah, KY 42001  

Brian J. Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, Third Floor  
Pottsville, PA 17901  

Charles Rene Houssiere, III  
Houssiere Durant & Houssiere, LLP  
1990 Post Oak Blvd., Suite 800  
Houston, TX 77056-3812  

Corrie Johnson Yackulic  
Corrie Yackulic Law Firm PLLC  
315 5th Avenue South, Suite 1000  
Seattle, WA 98104-2682  

George Jerre Duzane  
Duzane, Kooperman & Mondelli  
603 Woodland Street  
Nashville, TN 37206-4211  
Joseph A. Napiltonia  
Law Office of Joe Napiltonia  
213 Third Avenue N orth  
Franklin, TN 37064  

Lucas J. Foust  
Foust Law Office  
1043 Stoneridge Drive, Suite 2  
Bozeman, MT 59718  

Cliff W. Marcek  
Cliff W. Marcek, P.C.  
700 South Third Street  
Las Vegas, NV 89101  

David J. Britton  
Law Offices of David J. Britton  
2209 N. 30th Street, Suite 4  
Tacoma, WA 98403  

Jay Harris  
Harris, Reny & Torzewski  
Two Maritime Plaza, 3rd Floor  
Toledo, OH  43604  

Justin Kyle Brackett  
Tim Moore, Attorney at Law, P.A.  
305 East King St.  
Kings Mountain, NC 28086  

Marian S. Rosen  
Rosen & Spears  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Peter C. Wetherall  
Wetherall Group, Ltd.  
9345 W. Sunset Road, Suite 100  
Las Vegas, NV 89148  

Thomas H. Terry, III  
619 Calhoon Road  
Bay Village, OH 44140  
Robert M. Hammers, Jr.  
Jason T. Schneider, P.C.  
611-D Peachtree Dunwoody Road  
Atlanta, GA 30328  

W. Bryan Smith  
Morgan & Morgan, LLC  
2600 One Commerce Square  
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

                                              */s/ Ben C. Martin*
                                              Ben C. Martin