IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
ELIZABETH HUGHES

Civil Case # 1:14-cv-06019

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ELIZABETH HUGHES

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   JAMES HUGHES

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. N/A

5. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

1

6. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

7. Plaintiff's/Deceased Party's current state of residence:

   Michigan

8. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Ohio, Western Division

9. Defendants (Check Defendants against whom Complaint is made):

   - ☑ Cook Incorporated
   - ☑ Cook Medical LLC
   - ☑ William Cook Europe ApS

10. Basis of Jurisdiction:

    - ☑ Diversity of Citizenship
    - ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       23

    b. Other allegations of jurisdiction and venue:

11. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☑ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

12. Date of Implantation as to each product:

    2008

13. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Vincent's Hospital, Toledo, Ohio

14. Implanting Physician(s):

    _____

15. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:   Strict Products Liability – Failure to Warn
    - ☑ Count II:  Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV:  Negligence Per Se
    - ☐ Count V:   Breach of Express Warranty
    - ☐ Count VI:  Breach of Implied Warranty

3

☐     Count VII:     Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑     Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:     Survival

☑     Count XI:     Punitive Damages

☐     Other:     _____ (please state the facts supporting this Count in the space, immediately below)

☐     Other:     _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

16. Attorney for Plaintiff(s):

<u>Charles R. Houssiere, III and Randal A. Kauffman</u>

17. Address and bar information for Attorney for Plaintiff(s):

>Respectfully submitted,
>**Houssiere, Durant & Houssiere, LLP**
>
>By: /s/Randal A. Kauffman
>Charles R. Houssiere, III
>Attorney in Charge
>Texas Bar No. 10050700
>Randal A. Kauffman
>Texas Bar No. 11111700
>1990 Post Oak Blvd., Suite 800
>Houston, Texas 77056-3812
>Telephone: (713)626-3700
>Facsimile: (713)626-3709
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>/s/Randal A. Kauffman

5