IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § | Case No.1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | § § § § | |

**PLAINTIFFS' NOTICE OF DESIGNATION OF DISCOVERY POOL CASES**

Pursuant to Case Management Order #9 (Second Amendments to Case Management Plan) [Docket No. 355] signed by the Honorable Tim A. Baker on July 10, 2015, Plaintiffs file Plaintiffs' Notice of Designation of Discovery Pool Cases as follows:

Tonya Brand; 1:14-cv-06018-RLY-TAB

Cynthia Stockton; 1:14-cv-06003-RLY-TAB

Amanda Rauch; 1:15-cv-00175-RLY-TAB

Ginger Sumner; 1:13-cv-01845-RLY-TAB

Tammy True; 1:14-cv-06004-RLY-TAB

Respectfully submitted,

**LAW OFFICES OF BEN C. MARTIN**

/s/ Ben C. Martin_____
Ben C. Martin
Thomas Wm. Arbon
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
*tarbon@bencmartin.com*

*Plaintiffs' Co Lead Counsel
and on behalf of Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Parties may access this filing through the Court's system.

　　　*/s/ Ben C. Martin*_____
Ben C. Martin