IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance Infante Cox

Civil Case #_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kevin Eugene Cox

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance Infante Cox

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Central District of California, Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   - [x] Cook Incorporated
   - [x] Cook Medical LLC
   - [x] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   11, 12, 19, 21, 22, 23, 24, 25, 26, 27, 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    10/08/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Huntington Hospital, Pasadena, California

13. Implanting Physician(s):

    Christopher Hedley, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability – Failure to Warn
- ☒ Count II:   Strict Products Liability – Design Defect
- ☒ Count III:  Negligence
- ☒ Count IV:   Negligence Per Se

☒ Count V:    Breach of Express Warranty

☒ Count VI:   Breach of Implied Warranty

☒ Count VII:  Violations of Applicable __California__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☒ Count IX:   Wrongful Death

☒ Count X:    Survival

☒ Count XI:   Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____

15. Attorney for Plaintiff(s):

   Howard L. Nations

16. Address and bar information for Attorney for Plaintiff(s):

   Texas Bar No. 14823000
   3131 Briarpark Dr., Suite 208
   Houston, TX 77042
   (713) 807-8400

Respectfully submitted,
THE NATIONS LAW FIRM

*/s/ Howard L. Nations*

Howard L. Nations
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
(713) 807-8400
(713) 807-8423 (Fax)
charles@howardnations.com

5