UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) | |
| _____ | ) ) | No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | |

**ORDER ON OCTOBER 14, 2015, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel October 14, 2015, for a telephonic status conference. Discussion held regarding case status and related matters. The settlement conference dates of February 16-18, 2016, are vacated and reset for March 22-24, 2016. By October 21, 2015, counsel shall file a revised proposed CMP reflecting the agreement reached during the October 14, 2015, conference. The presentations for the Bellwether cases shall occur in April 2016. Any future motion to modify a CMP deadline shall be accompanied by a proposed revised CMP. The joint motion for entry of Case Management Order #12 [Filing No. 656] is denied as moot.

**This cause is set for a telephonic status conference at 2 p.m. on December 8, 2015.** Parties shall participate in this conference by counsel, who shall be connected to the conference line no later than 1:55 p.m. Information on how to access this conference call will be provided to counsel of record in a separate order. The purpose of this conference is to address case status and settlement of discovery pool cases. The parties shall submit a proposed agenda to the Magistrate Judge at least three business days prior to the conference.

Dated: 10/16/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.