IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

Betty Booth, Individually and as successor in interest of the Estate of KENNETH D. BOOTH, deceased

Civil Case # 8:15-cv-01509-JLS-KES

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

KENNETH D. BOOTH, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Betty Booth, Individually and as successor in interest of the Estate of Kenneth D. Booth, deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6. Plaintiff's/Deceased Party's current state of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

Central District of California

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ ☐ Cook Incorporated
- ✓ ☐ Cook Medical LLC
- ✓ ☐ William Cook Europe APS

9. Basis of Jurisdiction:

- ✓ ☐ Diversity of Citizenship
- ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   9 and 10

   b. Other allegations of jurisdiction and venue:

2
SHORT FORM COMPLAINT

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ✓ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

5/22/09

12. Hospital(s) where Plaintiff was implanted (including City and State):

Scripps Memorial Hospital LaJolla, LaJolla, CA

13. Implanting Physician(s):

Imad Sami Dandan, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Failure to Warn
- ☐ Count II: Strict Products Liability – Design Defect

3

SHORT FORM COMPLAINT

✓ Count III: Negligence

☐ Count IV: Negligence Per Se

✓ ☐ Count V: Breach of Express Warranty

✓ ☐ Count VI: Breach of Implied Warranty

☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

✓ ☐ Count IX: Wrongful Death

☐ Count X: Survival

✓ ☐ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

4

SHORT FORM COMPLAINT

15. Attorney for Plaintiff(s):

Timothy A. Litzenburg

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No. 79688

                    Respectfully submitted,

*/s/ Timothy A. Litzenburg*
TIMOTHY A. LITZENBURG
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Timothy A. Litzenburg*
Timothy A. Litzenburg
Virginia Bar No. 76988