UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
    1:15-cv-01540- RLY-TAB
    1:15-cv-01538- RLY-TAB
_____

## NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| **Plaintiffs:**<br>Derrick Berkeley<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01540 | **Judge:**<br>Debra McVicker Lynch |
| **Plaintiffs:**<br>Doris Baumler<br><br>**Defendants:**<br>COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01538 | **Judge:**<br>Tanya Walton Pratt |