UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
    1:15-cv-01540- RLY-TAB
    1:15-cv-01538- RLY-TAB
_____

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Laura Smith:

    Derrick Berkeley

    Doris Baumler