UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
     1:15-cv-01540- RLY-TAB
     1:15-cv-01538- RLY-TAB
_____

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Derrick Berkeley

    Doris Baumler


Dated: October 20, 2015                 */s/ Michael W. Heaviside*
                                                   Michael W. Heaviside, VA. Bar No. 19535
                                                   HEAVISIDE REED ZAIC, A LAW CORPORATION
                                                   910 17th Street, N.W., Suite 800
                                                   Washington, DC 20006
                                                   Tel: 202-223-1993
                                                   Fax: 202-318-8006
                                                   mheaviside@hrzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL:

| | |
|---|---|
| John Charles Babione, II<br>WOODEN & MCLAUGHLIN LLP<br>jbabione@woodmclaw.com | Joseph R. Johnson<br>BABBITT JOHNSON OSBORNE & LeCLAINCHE, P.A.<br>jjohnson@babbitt-johnson.com |
| James McGinnis Boyers<br>WOODEN & MCLAUGHLIN LLP<br>jboyers@woodmclaw.com | Douglas B. King<br>WOODEN & MCLAUGHLIN LLP<br>dking@woodmclaw.com |
| Troy A. Brenes<br>Lopez McHugh, LLP<br>tbrenes@lopezmchugh.com | James Lee, Jr.<br>CLARK BURNETT, G.P.<br>jlee@leemurphylaw.com |
| Russell T. Button<br>LAW OFFICES OF BEN C. MARTIN<br>rbutton@bencmartin.com | Ben C. Martin<br>LAW OFFICES OF BEN C. MARTIN<br>bmartin@bencmartin.com |
| John A. Dalimonte<br>KARON & DALIMONTE, LLP<br>johndalimonte@kdlaw.net | Matthew R. McCarley<br>FEARS / NACHAWATI LAW FIRM<br>mccarley@fnlawfirm.com |
| Sandra L. Davis<br>WOODEN & MCLAUGHLIN LLP<br>sdavis@woodmclaw.com | Kip S.M. McDonald<br>WOODEN & MCLAUGHLIN LLP<br>kmcdonald@woodmclaw.com |
| Timothy J. Freiberg<br>THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD.<br>freiberglaw@gmail.com | Erin C. Murphy<br>LEE MURPHY LAW FIRM, G.P.<br>emurphy@leemurphylaw.com |
| D. Douglas Grubbs<br>LEE MURPHY LAW FIRM, G.P.<br>dgrubbs@leemurphylaw.com | Teresa C. Toriseva<br>TORISEVA LAW<br>ceo@torisevalaw.com |
| Frederick R. Hovde<br>HOVDE DASSOW & DEETS, LLC<br>rhovde@hovdelaw.com | Julia Reed Zaic<br>HEAVISIDE REED ZAIC<br>julia@hrzlaw.com |

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

| | |
|---|---|
| Robert Gregory Andre<br>OGDEN MURPHY WALLACE PLLC<br>901 FIFTH AVENUE, STE 3500<br>SEATTLE, WA 98164-2008 | John H Martin<br>Thompson & Knight<br>1722 Routh St., Suite 1500<br>Dallas, TX 75201-2533 |
| Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 |
| James C. Bradshaw, III<br>Wyatt, Tarrant & Combs (Nashville Office)<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203-1423 | Stephanie E. Niehaus<br>Squire Patton Boggs (US) - Cleveland<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | James R. Olson<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| David J Britton<br>LAW OFFICE OF DAVID J BRITTON<br>2209 N 30TH ST, STE 4<br>TACOMA, WA 98403 | Ryne W Osborne<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 |
| Andrew Cookingham<br>Thompson & Knight-Dallas<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533 | Gary J. Rickner<br>WARD AND SMITH, P.A.<br>PO Box 33009<br>Raleigh, NC 27636-3009 |
| Max E. Corrick<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | Marian S. Rosen<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Frank J D'Oro, Jr<br>Wesierski and Zurek LLP<br>1000 Wilshire Boulevard Suite 1750<br>Los Angeles, CA 90017 | Kyle E Rowen<br>Wesierski and Zurek LLP<br>One Corporate Park Suite 200<br>Irvine, CA 92606 |
| Margaret A. Droppleman<br>Hawkins Parnell Thackston & Young, LLP - Charleston<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301 | Marc A Sheiness<br>Sheiness, Glover & Grossman, LLP<br>4454 Post Oak Place Drive, Suite 270<br>Houston, TX 77027 |

| | |
|---|---|
| Lucas J. Foust<br>FOUST LAW OFFICE<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 | Angela Spears<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Emily Harris Gant<br>Ogden Murphy Wallace PLLC<br>901 5th Avenue, Suite 3500<br>Seattle, WA 98164 | Craig A. Stone<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| Lori Elizabeth Hammond<br>Frost Brown Todd LLC - Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Thomas H. Terry, III<br>619 Cahoon Road<br>Bay Village, OH 44140 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd, Suite 800<br>Houston, TX 77056-3812 | W. Carl Mendenhall<br>WORDEN THANE<br>PO Box 4747<br>Missoula, MT 59806-4747 |
| A. Timothy Jones<br>Hawkins Parnell Thackston & Young, LLP - Charleston<br>109 Capitol Street, Suite 1000<br>Charleston, WV 25301 | Michael C. Mongiello<br>Marshall Dennehey Warner Coleman and Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011 |
| Randal Alan Kauffman<br>Houssiere Durant Houssiere<br>1990 Post Oak Blvd, Ste 800<br>Houston, TX 77056 | Anthony James Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 |
| Ramon R Lopez<br>Lopez McHugh LLP<br>North Tower, 100 Bayview Circle Suite 5600<br>Newport Beach, CA 92660 | Brian J. Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 |
| Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third St.<br>Las Vegas, NV 89101 | Peter C Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| | Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 |

*/s/ Micheal W. Heaviside*
Michael W. Heaviside, Esq.