UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:
    1:15-cv-01540- RLY-TAB
    1:15-cv-01538- RLY-TAB

_____

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Michael Heaviside:

    Derrick Berkeley

    Doris Baumler