UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:15-cv-01540- RLY-TAB
    1:15-cv-01538- RLY-TAB

_____

## NOTICE OF APPEARANCE EXHIBIT B, SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Derrick Berkeley <br><br> **Defendants:** COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01540 | **Judge:** Debra McVicker Lynch |
| **Plaintiffs:** Doris Baumler <br><br> **Defendants:** COOK INCORPORATED; COOK MEDICAL, LLC.; WILLIAM COOK EUROPE APS. | United States District Court, Southern District of Indiana (Indianapolis Division) | 1:15-cv-01538 | **Judge:** Tanya Walton Pratt |