IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Dolmecia Carlene Cox-Paul, as Next Friend of Josiah
Kevin Chance Infante Cox

**Civil Case No. 1:15-cv-01659-JMS-MJD**

## PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT

NOW COMES PLAINTIFF Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance Infante Cox, and files this Motion to Withdraw her Short-Form Complaint and Civil Cover Sheet filed herein as document no. 768-1 and document no. 768, respectively, and would show as follows:

On October 16, 2015, Plaintiff filed her Short Form Complaint against Defendants. Through clerical error, the Complaint and Civil Cover Sheet were erroneously filed under No. 1:14-ml-02570. On October 20, 2015, Plaintiff correctly re-filed her Short Form Complaint through the Court's ECF system, where it was assigned no. 1:15-cv-01659-JMS-MJD. Plaintiff now moves the Court for permission to withdraw the Short Form Complaint and Civil Cover Sheet from 1:14-ml-02570 [Document nos 768-1 and 768], and reflect the original filing date of October 16, 2015, on the Short Form Complaint filed in No. 1:15-cv-01659-JMS-MJD.

This motion is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance Infante Cox prays that her Short Form Complaint filed as document no. 768-1 in 1:14-ml-02570, and its accompanying Civil Cover Sheet filed as document no. 768 in 1:14-ml-02570 be withdrawn, and that the filing date of October 16, 2015 be reflected on and applied to No. 1:15-cv-01659-JMS-MJD.

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 20th day of October, 2015.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to parties not served by the Court's ECF system.

  /s/ Howard L. Nations
Howard L. Nations