IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Dolmecia Carlene Cox-Paul, as Next Friend of Josiah
Kevin Chance Infante Cox

**Civil Case No. 1:15-cv-01659-JMS-MJD**

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT

CAME ON to be heard Plaintiff's Motion to Withdraw Document, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that Plaintiff Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance Infante Cox's Short Form Complaint and Civil Cover Sheet, filed in Case No. 1:14-ml-2570-RLY-TAB as documents 768-1 and 768, respectively, are withdrawn. It is further

ORDERED that the Short Form Complaint and Civil Cover Sheet filed in Case No. 1:15-cv-01659-JMS-MJD reflect the original filing date of October 16, 2015, and the clerk of court is directed to make the change reflecting such filing date.

_____                                     _____
DATE                                              PRESIDING JUDGE