IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #12 (THIRD AMENDMENT TO CASE MANAGEMENT PLAN)**

Pursuant to the Court's October 16, 2015 Order [Docket No. 769], the Parties have met and conferred regarding necessary amendments to the Case Management Plan entered by the Court on November 25, 2014 [Docket No. 51] and amended on April 17, 2015 [Docket No. 355] and July 10, 2015 [Docket No. 519]. As requested, the Parties are submitting a third amended Case Management Plan, which includes all sections of the Case Management Plan and is updated with respect to changes in the parties and counsel.

**AGREED TO BY:**

*s/ Joseph N. Williams*
Joseph N. Williams
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel:   (317) 633-5270
Fax:   (317) 426-3348
jwilliams@rwp-law.com

*s/ Michael W. Heaviside*
Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92651
Tel:   (949)715-5120
Fax:   (949)715-5123

*s/ Christopher D. Lee (w/consent)*
Douglas B. King, Esq.
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com

1

| | |
|---|---|
| mheaviside@hrzlaw.com | sandy.jansen@woodenmclaughlin.com |
| | kip.mcdonald@woodenmclaughlin.com |
| Ben C. Martin | |
| LAW OFFICE OF BEN C. MARTIN | Counsel for Cook Defendants |
| 3219 McKinney Ave., Suite 100 | |
| Dallas, TX 75204 | |
| Tel:   (214) 761-6614 | |
| Fax:   (314) 744-7590 | |
| bmartin@bencmartin.com | |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX  77098
Tel:   (7130 522-5250
Fax:   (713) 535-7136
dmatthews@thematthewslawfirm.com

Lead Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Joseph N. Williams*