IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

———————————————————————

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

———————————————————————

This Document Relates to Plaintiff:
Dolmecia Carlene Cox-Paul, as Next Friend of Josiah
Kevin Chance Infante Cox

**Civil Case No. 1:15-cv-01659-RLY-TAB**

—————————————————————————————————————————————————

## <u>NOTICE OF APPEARANCE</u>

I am admitted or otherwise authorized to practice before this Court, and I appear in this case

as lead counsel for:  Plaintiff Dolmecia Carlene Cox-Paul, as Next Friend of Josiah Kevin Chance

Infante Cox.

DATED: October 26, 2015.

Respectfully submitted,

THE NATIONS LAW FIRM

    /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 26th day of October, 2015.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties Amay access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street
3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street
3rd Floor
Pottsville, PA 17901

Cliff W. Marcek
CLIFF W. MARCEK, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
THE MILLER FIRM LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David Carl Anderson
ANDERSON LAW
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

George Jerre Duzane
DUZANE, KOOPERMAN & MONDELLI
603 Woodland Street
Nashville, TN 37206-4211

Jay Harris
HARRIS, RENY & TORZEWSKI
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph A. Napiltonia
LAW OFFICE OF JOE NAPILTONIA
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Justin Kyle Brackett
TIM MOORE, ATTORNEY AT LAW, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2201 Nw Corporate Blvd
Ste 100
Boca Raton, Fl 33431


                                        /s/ Howard L. Nations
                                       Howard L. Nations

ANTHONY  JAMES  URBAN
LAW  OFFICES  OF  ANTHONY  URBAN  PC
474  N  CENTRE  ST
3RD  FLOOR
POTTSVILLE  PA  17901

BRIAN  J  URBAN
LAW  OFFICES O F  ANTHONY  URBAN PC
474  N  CENTRE  ST
3RD  FLOOR
POTTSVILLE  PA  17901

CLIFF  W  MARCEK
CLIFF  W  MARCEK  PC
700  S  THIRD  ST
LAS  VEGAS  NV  89101

CURTIS  HOKE
THE  MILLER  FIRM  LLC
THE  SHERMAN  BUILDING
108  RAILROAD  AVE
ORANGE  VA  22960

DAVID CARL ANDERSON
ANDERSON LAW
711 VAN NESS AVE
STE 220
SAN FRANCISCO CA 94102

DAVID  J  BRITTON
LAW  OFFICE  OF  DAVID  J  BRITTON
2209  N  30TH  ST
STE  4
TACOMA  WA  98403

GEORGE  JERRE  DUZANE
DUZANE  KOOPERMAN  &  MONDELLI
603  WOODLAND  ST
NASHVILLE  TN  37206-4211

JAY  HARRIS
HARRIS  RENY  &  TORZEWSKI
3RD  FLOOR
TWO  MARITIME  PLAZA
TOLEDO  OH  43604

JOSEPH  A  NAPILTONIA
LAW  OFFICE  OF  JOE  NAPIL TONIA
213  3RD  AVE  NORTH
FRANKLIN  TN  37064

JOSEPH  G  SAUDER
CHIMICLES  &  TIKELLIS  LLP
361  W  LANCASTER  AVE
HAVERFORD  PA  19041

JUSTIN  KYLE  BRACKETT
TIM  MOORE  ATTORNEY  AT  LAW  PA
305  EAST  KING  ST
KINGS  MOUNTAIN  NC  28086

MARIAN  S  ROSEN
ROSEN  &  SPEARS
5075  WESTHEIMER
STE  760
HOUSTON  TX  77056

PETER  C  WETHERALL
WETHERALL  GROUP  LTD
9345  W  SUNSET  RD
STE  100
LAS  VEGAS  NV  89148

RICHARD A FREESE
LANGSTON SWEET & FREESE PA
THE MORGAN KEEGAN CENTER
2900 HIGHWAY 280
STE 240
BIRMINGHAM AL 35223

BRYAN  SMITH
MORGAN  &  MORGAN  LLC
2600  ONE  COMMERCE  SQUARE
MEMPHIS  TN  38103

WILNAR  JEANNE  JULMISTE
ANDERSON  GLENN  LLP - BOCA  RATON  FL
2201  NW  CORPORATE  BLVD
STE  100
BOCA  RATON  FL  33431