IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Justin Gonzalez

Civil Case No. 1:15-cv-01569-TWP-TAB

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Justin Gonzalez.

Dated:  October 27, 2015

*/s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
**Matthews & Associates**
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

**Richard A. Freese**
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

/s/ David P. Matthews