IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

### ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR ENTRY OF ORDER AUTHORIZING *EX PARTE* CONTACT BETWEEN DEFENDANTS AND PLAINTIFFS' TREATING PHYSICIANS

This cause has come before the Court upon the Cook Defendants' Motion for Entry of Order Authorizing *Ex Parte* Contact between Defendants and Plaintiffs' Treating Physicians. Being duly advised, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Cook Defendants' Motion for Entry of Order Authorizing *Ex Parte* Contact between Defendants and Plaintiffs' Treating Physicians is GRANTED and that the Cook Defendants may have *e parte* communications with plaintiffs' treating physicians outside the presence of plaintiffs' counsel. It is further ORDERED that a copy of this order shall serve as notice to each plaintiff's treating physician that *ex parte* contact with counsel for the Cook Defendants will not constitute a violation Indiana's physician-patient privilege law or of HIPAA.

ENTERED this _____ day of October, 2015.

_____
Judge, United States District Court for the
Southern District of Indiana
Indianapolis Division

Copies to all registered counsel of record via the Court's ECF system.

All non-registered counsel of records will be served by Plaintiffs' Lead Counsel.