UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Civil Action No.: 1:14-cv-02053-RLY-TAB

### THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The Cook Defendants, by counsel, respectfully file their Motion for Judgment on the Pleadings. For the reasons stated in the Cook Defendants' Brief in Support of Motion for Judgment on the Pleadings, filed simultaneously herewith, the Court should find that Plaintiff Grayden Kellogg's Complaint is barred by the statutes of limitations and should grant the Cook Defendants' motion.

    Respectfully submitted,

    */s/ Christopher D. Lee*
    Douglas B. King, Esq., Lead Counsel
    Christopher D. Lee, Esq.
    James M. Boyers, Esq.
    John C. Babione, Esq.
    Sandra Davis Jansen, Esq.
    Kip S. M. McDonald, Esq.
    Maureen E. Ward, Esq.
    WOODEN McLAUGHLIN LLP
    One Indiana Square, Suite 1800
    Indianapolis, IN 46204-4208
    Tel:    (317) 639-6151
    Fax:   (317) 639-6444
    doug.king@woodenmclaughlin.com

 chris.lee@woodenmclaughlin.com
 jim.boyers@woodenmclaughlin.com
 john.babione@woodenmclaughlin.com
 sandy.jansen@woodenmclaughlin.com
 kip.mcdonald@woodenmclaughlin.com
 maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    */s/ Christopher D. Lee*
                                    Christopher D. Lee