UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to:

    Civil Action No.: 1:14-cv-02053-RLY-TAB

_____

## ORDER GRANTING THE COOK DEFENDANTS' MOTION
## FOR JUDGMENT ON THE PLEADINGS

    This matter having come before the Court on the Cook Defendants' Motion for Judgment on the Pleadings, and the Court being duly advised in the premises, now finds that the motion should be granted.

    IT THEREFORE IS ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the Cook Defendants and against Plaintiff Grayden Kellogg as Kellogg's Complaint is time-barred.

    IT SO IS ORDERED this ___ day of _____, 2015.

                                                                 _____
                                                                 Judge
                                                                 United States District Court for the Southern
                                                                 District of Indiana

Distribution to:

All counsel of record via the Court's CM/ECF system

1340978-1 (10909-0861)