IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

This Document Relates to Plaintiff(s)

Karen McIntyre

Civil Case #_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the

Defendants named below, incorporate The Master Complaint in MDL No. 2570 by

reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Karen McIntyre

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Georgia

1

SHORT FORM COMPLAINT

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Georgia_____

6. Plaintiff's/Deceased Party's current state of residence:

Georgia_____

7. District Court and Division in which venue would be proper absent direct filing:

Norther District of Georgia_____

8. Defendants (Check Defendants against whom Complaint is made):

       ✓ Cook Incorporated

       ✓ Cook Medical LLC

       ✓ William Cook Europe APS

9. Basis of Jurisdiction:

       ✓ Diversity of Citizenship

       □ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
9; diversity_____

_____

_____

    b. Other allegations of jurisdiction and venue:

_____

_____

_____

2

SHORT FORM COMPLAINT

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

  ☐ Günther Tulip® Vena Cava Filter

  ✓ Cook Celect® Vena Cava Filter

  ☐ Gunther Tulip Mreye

  ☐ Cook Celect Platinum

  ☐ Other:

_____

11. Date of Implantation as to each product:

  2/27/13, failed retrieval of filter on 11/14/13_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

  Emory University Hospital Midtown,  Atlanta, GA_____

_____

13. Implanting Physician(s):

  Dr. Roger Williams_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

  ✓ Count I: Strict Products Liability – Failure to Warn

  ✓ Count II: Strict Products Liability – Design Defect

  ✓ Count III: Negligence

  ✓ Count IV: Negligence Per Se

SHORT FORM COMPLAINT

✓ Count V: Breach of Express Warranty

✓ Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable <u>Georgia</u>        (insert State) Law

                Prohibiting Consumer Fraud and Unfair and Deceptive Trade

                Practices

✓ Count VIII: Loss of Consortium

✓ Count IX: Wrongful Death

✓ Count X: Survival

✓ Count XI: Punitive Damages

□ Other: _____ (please state the facts supporting this Count in the space, immediately below)

□ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Timothy Litzenburg</u>_____

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No.  79688

Respectfully submitted,


/s/ Timothy A. Litzenburg
TIMOTHY A. LITZENBURG
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
tlitzenburg@millerfirmllc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Timothy A. Litzenburg
Timothy A. Litzenburg
Virginia Bar No. 76988

5

SHORT FORM COMPLAINT