## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FIL-TERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | **Plaintiffs' Unopposed Motion for Extension of Time to Respond to Cook's Motion Requesting *Ex Parte* Contact with Plaintiffs' Treating Physicians** |

Plaintiffs, by counsel, respectfully move for a seven (7) day extension of time to respond to the Cook Defendants' *Motion for Entry of Order Authorizing Ex Parte Contact Between Defendants and Plaintiffs' Treating Physicians* [Docket No. 809.] In support of this motion, Plaintiffs state the following:

1.     On October 28, 2015, the Cook Defendants' filed a motion seeking authority to contact Plaintiffs' treating physicians *ex parte*. [Docket No. 809.]

2.     Under Local Rule 7-1(c)(2)(A), Plaintiffs' response is due on or before November 11, 2015.

3.     Due to briefing obligations of the PSC Members in other cases, the PSC needs an additional seven (7) days to respond to the Cook Defendants' motion.

4.     Should the Court grant this motion, Plaintiffs' response brief would be due on or before **November 18, 2015**.

5.     The undersigned counsel communicated with Cook Defendants' counsel, Chris Lee, and Mr. Lee indicated that the Cook Defendants do not oppose this motion.

Wherefore, Plaintiffs, by counsel, respectfully request the Court grant this motion and order that Plaintiffs' response brief be due on or before November 18, 2015.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:   (317) 426-3348
Email:         jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

/s/ Joseph N. Williams
Joseph N. Williams