## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | Order Granting Plaintiffs' Unopposed Motion for Extension of Time to Respond to Cook's Motion Requesting *Ex Parte* Contact with Plaintiffs' Treating Physicians |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Cook's Motion Requesting *Ex Parte* Contact with Plaintiffs' Treating Physicians, which motion is on file and part of this court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiffs' Motion is Granted.

**It is therefore Ordered, Adjudged, and Decreed** that the Plaintiffs' response is due on or before November 18, 2015.

**All of which is Ordered** this _____ day of November, 2015.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.