IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Gregory Pattyn

Civil Case # 2:15-cv-1205

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Gregory Pattyn (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pittsburgh, Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Pittsburgh, Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:
   Pittsburgh, Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:
   Western District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Jurisdiction -- Paragraph 6-26
   Venue -- Paragraph 27-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [✓] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:
    November 6, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):
    University of Pittsburgh Medical Center
    Pittsburgh, Pennsylvania

13. Implanting Physician(s):
    Rakesh K. Varma, M.D. (radiologist)

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I:   Strict Products Liability – Failure to Warn
- [✓] Count II:  Strict Products Liability – Design Defect
- [✓] Count III: Negligence
- [ ] Count IV:  Negligence Per Se

3

| | | |
|---|---|---|
| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☐ | Count VII: | Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☐ | Count XI: | Punitive Damages |
| ☑ | Other: | Manufacturing Defect |

(please state the facts supporting this Count in the space, immediately below)

☑  Other:  Intentional Misrepresentation and Negligent Misrepresentaton

(please state the facts supporting this Count in the space, immediately below)

On October 30, 2013, after the threat of pulmonary embolism subsided, Plaintiff Pattyn presented to UPMC to undergo an explant procedure in which doctors would retrieve and remove the Günther Tulip™ filter. However, during this procedure, the surgeon discovered that the filter legs were "firmly adherent to the caval wall," which in turn prevented "the filter from being fully recaptur[ed] in the sheath to enable [its] retrieval." Due to the risks involved with more invasive removal techniques, Plaintiff's surgeon was unwilling to attempt "higher risk techniques" to remove the embedded Günther Tulip™ filter.

15. Attorney for Plaintiff(s):

Kristy M. Arevalo and Michele M. Vercoski

16. Address and bar information for Attorney for Plaintiff(s):

Kristy M. Arevalo, CA State Bar No. 216308

Michele M. Vercoski, CA State Bar No. 244010

McCUNEWRIGHT LLP

2068 Orange Tree Lane, Suite 216

Redlands, California 92374

Telephone: (909) 557-1250

Facsimile: (909) 5571275

                             Respectfully submitted,

                             **McCUNEWRIGHT LLP**

                             */s/ Kristy Arevalo*

                             Kristy Arevalo

                             McCuneWright LLP
                             2068 Orange Tree Lane, Suite 216
                             Redlands, California 92374
                             Telephone: (909) 557-1250
                             Facsimile: (909) 557-1275
                             kma@mccunewright.com

                             Counsel For Plaintiff,

                             Gregory Pattyn

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square #1400
Indianapolis, IN 46204

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman &
Mondelli 603 Woodland
Street Nashville, TN
37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue
North Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC 2600
One Commerce Square
Memphis, TN 38103

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC 2600
One Commerce Square
Memphis, TN 38103