## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2015, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will cause a true and correct copy to be served via e-mail on all ECF-registered counsel of record.

                                               */s/ Kristy M. Arevalo*
                                               Kristy M. Arevalo