IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

## [PROPOSED] ORDER WITHDRAWING SHORT FORM COMPLAINT

This Document Relates to Plaintiff(s)

Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased

Civil Case #_____

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's Short Form Complaint, MDL Docket # 770, is WITHDRAWN for clerical errors, Plaintiff to file a revised Short Form Complaint.

_____
Southern District of Indiana

Distributed to all electronically
registered counsel of record via CM/ECF