IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased

Civil Case #_____1:15-CV-06027_____

## NOTICE OF APPEARANCE

To clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel of record for Plaintiff, Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased.

                                          Respectfully submitted,

*/s/ Timothy Litzenburg*
TIMOTHY A. LITZENBURG
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
tlitzenburg@millerfirmllc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Timothy A. Litzenburg*
Timothy A. Litzenburg
Virginia Bar No. 76988