IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

### [PROPOSED] ORDER WITHDRAWING SHORT FORM COMPLAINT

This Document Relates to All Actions

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Karen McItyre's, Short Form Complaint, MDL Docket # 828, is WITHDRAWN for clerical errors, and Plaintiff to file a Revised Short Form Complaint.

_____
Southern District of Indiana

Distributed to all electronically
registered counsel of record via CM/ECF