UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

    Civil Action No.: 1:14-cv-02053-RLY-TAB

## **COOK DEFENDANTS' MOTION TO WITHDRAW DOCKET NO. 810**

Cook Defendants, by counsel, respectfully submit this Motion to Withdraw Docket No. 810, and in support thereof state:

1. On October 28, 2015, Cook Defendants filed their Motion for Judgment on the Pleadings and filed their Proposed Order and Brief in Support as an attachment (Docket No. 810);

2. Pursuant to Section 13 of ECF Policies and Procedures, a Brief in Support must be filed separately;

3. In order to correct the MDL docket and avoid future confusion, Cook Defendants wish to withdraw Docket No. 810 and re-file the documents in accordance with local rules;

WHEREFORE, Cook Defendants respectfully request that the Court allow them to withdraw Docket No. 810 and re-file the documents.

Respectfully submitted,

*/s/ Christopher D. Lee*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
Maureen E. Ward, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Christopher D. Lee*
                                                Christopher D. Lee

1354052-1 (10909-0861)