UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Civil Action No.: 1:14-cv-02053-RLY-TAB

## ORDER GRANTING COOK DEFENDANTS' MOTION TO WITHDRAW DOCKET NO. 810

This cause has come before the Court upon the motion of the Cook Defendants to withdraw Docket No. 810. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Docket No. 810 is withdrawn and Cook Defendants may re-file the documents.

Entered this _____ day of November, 2015.

 

                Tim A. Baker, Magistrate Judge
                United States District Court
                Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.