IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Charlene Anne Drabek

Civil Case No. 1:15-cv-01690-JMS-DML

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Plaintiff Charlene Anne Drabek.

DATED: November 17, 2015.

          Respectfully submitted,

          THE NATIONS LAW FIRM

          /s/ Howard L. Nations
          Howard L. Nations
          Texas Bar No. 14823000
          3131 Briarpark Dr., Suite 208
          Houston, TX 77042-3795
          (713) 807-8400
          (713) 807-8423 (Fax)

          ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 17th day of November, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties Amay access this filing through the court's system. Copies will be delivered by other means to the following parties not served by the Court's ECF system.

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street
3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street
3rd Floor
Pottsville, PA 17901

Cliff W. Marcek
CLIFF W. MARCEK, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
THE MILLER FIRM LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David Carl Anderson
ANDERSON LAW
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

George Jerre Duzane
DUZANE, KOOPERMAN & MONDELLI
603 Woodland Street
Nashville, TN 37206-4211

Jay Harris
HARRIS, RENY & TORZEWSKI
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph A. Napiltonia
LAW OFFICE OF JOE NAPILTONIA
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Justin Kyle Brackett
TIM MOORE, ATTORNEY AT LAW, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2201 Nw Corporate Blvd
Ste 100
Boca Raton, Fl 33431

                                                   /s/ Howard L. Nations
                                                Howard L. Nations