# Safety and Effectiveness of the Celect Inferior Vena Cava Filter: Preliminary Results

Minal Jagtiani Sangwaiya, MBBS, MRCS, MD, Theodore C. Marentis, MD, T. Gregory Walker, MD, Michael Stecker, MD, Stephan T. Wicky, MD, and Sanjeeva P. Kalva, MD

**PURPOSE:** To evaluate the safety and effectiveness of the Celect inferior vena cava (IVC) filter during implantation, retrieval, and short–term follow–up.

**MATERIALS AND METHODS:** The clinical data of 73 patients (46 men; age range, 22–89 years) who had a Celect IVC filter implanted between August 2007 and June 2008 were reviewed. Twenty-one (28.8%) presented with pulmonary embolism (PE), 15 (20.54%) with deep vein thrombosis (DVT), 12 (16.4%) with both, and the rest (34.26%) with other symptoms. Indications for filter placement were contraindication to anticoagulation ($n = 38$; 52%), prophylaxis/added protection ($n = 22$; 30%), failure of anticoagulation ($n = 11$; 15%), and complications of anticoagulation ($n = 2$; 3%). Filters were placed in the infrarenal ($n = 71$) or suprarenal ($n = 2$) IVC. Follow-up data were reviewed for filter-related complications and recurrent PE.

**RESULTS:** All filters were successfully deployed. Immediately after fluoroscopy-guided filter deployment in 61 patients, four filters (6.5%) showed significant tilt. During follow-up (mean, 68 days ± 73), three patients developed symptoms of PE after filter placement; however, computed tomographic (CT) pulmonary angiography demonstrated new PE in only two. Imaging follow-up with radiography ($n = 32$), CT ($n = 11$), and/or angiography ($n = 4$) in 47 patients (at a mean of 62 days ± 75) showed no filter migration. Follow-up abdominal CT (at a mean of 69 days ± 58) was available in 18 patients and demonstrated filter-related problems in seven (39%). These included penetration of filter legs in four and fracture/migration of filter components in one. Fourteen filters were successfully retrieved after a median period of 84 days.

**CONCLUSIONS:** The Celect IVC filter can be safely placed but is related to a high incidence of caval filter leg penetration. Symptomatic PE after filter placement confirmed by CT occurred in 2.8% of patients.

J Vasc Interv Radiol 2009; 20:1188–1192

**Abbreviations:** DSA = digital subtraction angiography, DVT = deep vein thrombosis, IVC = inferior vena cava, PE = pulmonary embolism

INFERIOR vena cava (IVC) filters have been traditionally used for the prevention of pulmonary embolism (PE) in patients with deep vein throm-

From the Department of Radiology (M.J.S., T.G.W., S.T.W., S.P.K.), Massachusetts General Hospital; Department of Radiology (M.S.), Brigham and Women's Hospital; and Department of Radiology (M.J.S., T.C.M., T.G.W., M.S., S.T.W., S.P.K.), Harvard Medical School, GRB-290, 55 Fruit Street, Boston, MA 02114. Received September 18, 2008; final revision received May 4, 2009; accepted May 29, 2009. Address correspondence to S.P.K.; E-mail: skalva@partners.org

None of the authors have identified a conflict of interest.

© SIR, 2009

DOI: 10.1016/j.jvir.2009.05.033

bosis (DVT) who otherwise could not receive standard anticoagulant therapy. The early generations of IVC filters (eg, the Mobin-Uddin filter) were associated with a high incidence of IVC thrombosis (1). Later generations of IVC filters were less thrombogenic; however, concerns about potential caval thrombosis and other long-term complications led to the development of retrievable IVC filters (2). Several of these, also termed optional filters, have recently been approved for permanent use and for temporary use with subsequent retrieval (3). The retrieval window (ie, the time period for successful retrieval after filter implantation) is specified by the manufacturer, but many vascular specialists are reluctant to make retrieval

attempts more than 1 year after implantation (4). The Celect IVC filter (Cook, Bloomington, Indiana) is a modification of the previously Food and Drug Administration–approved Günther Tulip filter (Cook). The Food and Drug administration approved the Celect filter for permanent use in April 2007 and for optional retrieval in March 2008. The purpose of the present study was to evaluate the clinical safety and effectiveness of the Celect IVC filter during implantation and short-term clinical and imaging follow-up.

## MATERIALS AND METHODS

Included in this report are patients who received the Celect IVC filter in

EXHIBIT

1

| Table 1 Underlying Medical Conditions (N = 73) | |
| --- | --- |
| Clinical Condition | No. of Patients |
| Malignancy | 28 (38.36) |
| Trauma/risk of bleeding | 12 (16.44) |
| Stroke | 9 (12.33) |
| Postoperative state | 4 (5.48) |
| Other (eg, burns, abscess, multiple sclerosis) | 20 (27.39) |
| Note.—Values in parentheses are percentages. | |

two tertiary-care centers in the same city. Under a protocol approved by the authors' institution's human research committee and in compliance with the Health Insurance Portability and Accountability Act, an interventional radiology database (Hi-IQ; ConexSys, Woonsocket, Rhode Island) was interrogated to identify patients who had placement and/or interval retrieval of the Celect IVC filter from August 2007 to June 2008. Clinical data were retrieved from the hospital electronic medical records and imaging data were retrieved from picture archiving and communication systems (version 4.5; Agfa Impax, Agfa, Belgium; and Centricity, GE Medical Systems, Barrington, Illinois). The demographics, clinical presentation, imaging data, indications for filter placement, procedure-related data, retrieval information, and complications during follow-up were entered into a database (Filemaker Pro 9.0; Filemaker, Santa Clara, California). Manuscript preparation was conducted in accordance with the Society of Interventional Radiology reporting standards (5,6).

### Patients and Clinical Presentation

In the 11-month period, 73 patients (46 men and 27 women; age range, 22–89 years; mean age, 59 y) received a Celect IVC filter. Twenty-one (28.8%) presented with PE, 15 (20.5%) with DVT, 12 (16.4%) with PE and DVT, and the rest (34.26%) with other symptoms. The underlying medical conditions for all 73 patients are listed in **Table 1**.

### Venous Thromboembolism before Filter Placement

Forty-six patients (63%) underwent imaging evaluation for the detection of clinically suspected venous thromboembolism before filter placement. Twelve of these patients underwent evaluation for PE, 22 for PE and DVT, and 12 for DVT. Diagnosis of PE was confirmed with computed tomographic (CT) pulmonary angiography in 32 patients and ventilation perfusion scan in one patient. Correspondingly, DVT was investigated by CT in 14 patients, magnetic resonance (MR) imaging in one patient, and ultrasound (US) in 19 patients. Records for five patients were not available, as these patients were referred from outside hospitals, where their scans had already been performed. Overall, 43 of 46 patients (93.5%) had venous thromboembolism: PE in 15, PE and DVT in 16, and DVT in 12. DVT affected the right leg in 12, the left leg in 11, and both legs in five.

### Indications for Filter Placement

Indications for filter placement included contraindication to anticoagulation in 38 patients (52.05%), prophylaxis/added protection in 22 (30.13%), failure of anticoagulation in 11 (15.07%), and complications of anticoagulation in two (2.73%).

### Filter Deployment and Retrieval

In all patients, the filter was deployed according to a standardized protocol after informed consent was obtained. Most patients (n = 61) had the filter placed under fluoroscopy as follows: the common femoral or the internal jugular vein was accessed in an antegrade fashion and a pigtail catheter was positioned at the common iliac vein confluence. Digital subtraction angiography (DSA) of the IVC was obtained during the injection of 30 mL of iodinated contrast material (Isovue 370 [Bracco Diagnostics, Princeton, New Jersey] or Ultravist 240 [Bayer, Wayne, New Jersey]) or $CO_2$ through the pigtail catheter. $CO_2$ was used when there was history of renal dysfunction or allergy to iodinated contrast material. The pigtail catheter was then exchanged for an 8.5-F coaxial introducer sheath system (7.0 F for jugular approach), through which the filter was deployed according to the manufacturer's instructions. DSA of the IVC was repeated through the sheath after filter deployment. The filter delivery system was removed, and hemostasis was achieved with manual compression. All patients treated via the common femoral vein were advised to keep the accessed leg immobilized for 4 hours after the procedure. Anticoagulation was initiated when the patient no longer had a contraindication to anticoagulant therapy or, in those without a contraindication, when there was a large thrombus in the leg veins or pulmonary arteries.

Twelve of the 73 patients were not candidates for transport to the interventional radiology suite and the device was placed under intravascular US guidance at the bedside. In these patients, the common femoral vein was accessed and a short 11-F sheath was placed. A 9-F intravascular US catheter (Volcano; Rancho Cordova, California) was introduced over a guide wire and was advanced into the IVC and the renal veins were identified. The intravascular portion of the catheter was measured and the length was marked on the 8.5-F introducer sheath. The catheter was exchanged for the introducer sheath, which was advanced to the marked position. The filter was then deployed per manufacturer's instructions for use. A repeat evaluation of the IVC with the intravascular US catheter was performed. A radiograph of the abdomen was obtained for documentation of the filter position relative to the bony structures.

With regard to filter retrieval, the optimum time for retrieval was usually determined after consultation with the referring physician or a hematologist. The lower extremities were evaluated with US to exclude DVT before filter removal. The coagulation profile was corrected as deemed necessary with an intent to keep the International Normalized Ratio lower than 2.0. The right internal jugular vein was accessed and a pigtail catheter was placed in the IVC distal to the filter. DSA imaging of the

IVC was performed. The retrieval was performed if there was no thrombus in the filter, IVC, or iliac veins. The pigtail catheter was exchanged for a Günther Tulip filter retrieval system and the filter was retrieved according to the manufacturer's instructions. After the filter was retrieved, repeat DSA of the IVC was performed. The sheaths were removed and hemostasis was achieved through manual compression.

### Data Collection

During filter deployment and retrieval, procedure-related information was recorded, including approach for filter delivery, venographic findings (eg, presence of thrombus, congenital IVC anomalies, anatomic variations, and extrinsic compression), location of the filter, and complications during and immediately after filter placement or retrieval. Follow-up data were reviewed for occurrence of symptoms of DVT, PE, IVC thrombosis, and any other symptoms potentially related to the filter.

Follow-up imaging studies, including plain radiographs, contrast-enhanced abdominal CT, and chest CT were reviewed for the aforementioned complications. In patients who had clinical evidence of PE, the pertinent imaging data were reviewed for the presence and location of pulmonary emboli. Whenever contrast-enhanced chest CT was available after filter placement, the images were reviewed for the presence of main pulmonary artery or lobar PE. Similarly, in patients who had contrast-enhanced abdominal CT for any clinical indication after filter placement, the images were reviewed for the location of the filter, penetration of the IVC wall by the filter legs (≥2 mm beyond IVC wall), fracture of the device components, migration of the filter or the fractured components, presence of filter tilt (>15° from the long axis of the IVC), and presence of thrombus in the IVC or in the filter.

Anticoagulation data were not clearly mentioned on the follow-up medical records, and therefore we could not use them in our analysis.

### Endpoints

The effectiveness of the filter was determined by calculating the incidence of symptomatic or detected asymptomatic PE after filter placement. The safety of the filter was assessed by calculating the incidence of asymptomatic or symptomatic problems during filter deployment or retrieval, and other filter-related problems during follow-up.

### RESULTS

#### Filter Implantation

For the 61 patients in whom a filter was placed under fluoroscopic guidance, a right femoral vein access was used in 30, a left femoral vein access in 10, and right internal jugular vein access in 21. DSA of the IVC was performed with use of iodinated contrast material (30 mL Isovue 370 or Ultravist 240) in 59 patients and $CO_2$ in two. DSA of the IVC showed a patent IVC in all 61 patients. One patient had a double IVC. In 12 patients, the filter was deployed under intravascular US guidance, which demonstrated a patent IVC in all patients. Filters were successfully deployed in all 73 patients, with no technical difficulties. The filter was deployed in an infrarenal location in 71 of 73 patients (97%) and in the suprarenal location in the other two (3%). In the patient with a duplicated IVC, two filters were placed, one in each infrarenal IVC. The vena cavograms obtained after placement of the filters showed no caval injury. A significant filter tilt was detected in four patients immediately after deployment.

#### Filter Retrieval

Retrieval was attempted in 15 patients (20.54%) after a median period of 84 days (range, 5–381 d; mean, 121 d ± 112). Fourteen filters were successfully retrieved. One filter was not retrieved because of the presence of thrombus in the IVC. There were no complications during filter retrieval. Other patients are still under clinical follow-up for possible filter retrieval at a later date.

#### Clinical Follow-up

Seventy-one patients were followed up clinically over a mean period of 68 days ± 73 (range, 1– 370 d; median, 32 d). Three patients (4.1%) had symptoms of PE, for which all had CT pulmonary angiographic evaluation. Two of these three patients had PE after filter deployment (segmental PE in one and lobar PE in the other) on CT pulmonary angiography. Therefore, the overall incidence of PE after filter deployment was 2.82%. Two other patients (2.7%) had symptoms of recurrent DVT. US evaluation confirmed DVT in one patient, and the other did not have any investigational imaging. One fatality unrelated to IVC filter placement or venous thromboembolic disease occurred during clinical follow-up; this was a result of widespread malignancy and multisystem failure. No patient had symptoms of vena caval occlusion/thrombosis.

#### Imaging Follow-up

Radiologic follow-up (ie, abdominal radiography or CT), was available in 47 of 73 patients (64.38%) after a median of 31 days (range, 1–370 d; mean, 62 d ± 75 d) after filter placement. There was no filter migration in any patient.

Eighteen patients (24.65%) had abdominal CT after filter placement after a median period of 59 days (range, 2–184 d; mean, 69 d ± 58). CT demonstrated filter related problems in seven of these 18 patients (39%), including penetration of filter legs/secondary struts into neighboring structures in four (22.22%; **Fig**), fracture and migration of filter components in one (5.55%), filter thrombus in one, and iliac vein thrombosis in one. There was no difficulty experienced in retrieval of filters in this series. Penetration of the filter legs was asymptomatic in all patients.

Follow-up chest CT was available in 13 patients after a median period of 24 days (range, 2–131 d; mean, 52 d ± 49). As described earlier, two patients who were symptomatic had new PE after filter placement.

Follow-up imaging studies for evaluation of leg veins were available in 17 patients after a median period of 35 days (range, 1–152 d; mean, 67 d ± 56), and showed new DVT in six patients (35%). These included four cases of above-knee DVT, one case of below-knee DVT, and one case of distal femoral/popliteal thrombosis. Anatomic correlation showed that these thrombi were unrelated to the deployment of the filter or the puncture wounds.

### DISCUSSION

Recent design modifications have aimed at making filters retrievable. Such



**Figure.** Axial contrast-enhanced CT scan of the abdomen in an 87-year-old woman 12 days after filter placement shows penetration of IVC wall by the filter legs. One of the filter legs (arrow) is seen in the duodenum and the other leg (arrowhead) is in the retroperitoneum close to the right kidney.

**Table 2**
**Reported Incidence of Caval Penetration for Commonly Used IVC Filters***

| Study, Year | Filter | Definition of Filter Penetration (mm) | Penetration (%) |
|---|---|---|---|
| Kalva et al (15), 2006 | Recovery | <3 | 27.5 |
| Oliva et al (16), 2008 | G2 | <3 | 18 |
| Ota et al (17), 2008 | Günther Tulip | <3 | 56.1 |
| Ferris et al (18), 1993 | Bird's Nest | <3 | 5.2 |
| | VenaTech | <3 | 0 |
| | Simon nitinol | <3 | 33.3 |
| Greenfield and Proctor (19), 2000 | Greenfield (stainless steel) | <3 | 1/11* |
| Kalva et al (20), 2008 | TrapEase | <3 | 0 |
| Ziegler et al (21), 2008 | OptEase | NA | 0 |

Note.—NA = not applicable.
* With modified hooks/standard hooks.

modifications included redesigning the hooks, decreasing the number and modifying the thickness and stiffness of the filter legs, and designing a hook or hook-like structure at one end of the filter. These modifications have helped to extend the retrieval time window (8). However, prolonged dwell time has been shown to be associated with failed filter retrieval (9). Endothelial ingrowth and smooth muscle proliferation—followed by incorporation of the hooks of the filter legs into the IVC wall—may be significant factors in the cases of failed filter retrieval (10,11). This notion is also supported by the fact that frequent repositioning of the filter increases the retrieval rates after prolonged dwell time (12). It is thought that the secondary wire connecting the filter legs in the Günther Tulip filter may be responsible for tissue overgrowth (13) and possible failed retrieval after a prolonged dwell time. The Celect filter was a modification of the Günther Tulip filter, and this secondary wire is absent in the current iteration. In addition, a few secondary struts have been added to the filter to increase the thrombus capture efficiency and to help center the filter in the vena cava. These secondary struts are pointed inward, however—the tips of the struts do not have any hooks to attach to the wall of the IVC.

These design changes, which could increase the retrieval rates, are associated with a high incidence of IVC wall penetration by the filter legs/struts. We have noted a 22% incidence of asymptomatic penetration of the Celect filter into adjacent structures. This has also been reported by Sadaf et al (14). The Recovery and G2 filters (Bard Peripheral Vascular, Tempe, Arizona), which share some of the Celect filter's characteristics, are also associated with a high incidence of IVC wall penetration (15,16). Penetration or perforation of the IVC by the filter legs is well reported in the literature (**Table 2**), and most of the cases are asymptomatic (15–21). There are only a few cases of symptomatic penetration causing an infrarenal aortic pseudoaneurysm (7). However, the incidence of other complications is comparable to those reported in the literature for other filters (22).

Filter effectiveness, estimated by the incidences of PE and PE-related death after filter implantation, was similar to that in previously reported results. In our series, the incidence of CT-confirmed symptomatic PE after filter implantation was 2.8%. There were no deaths related to PE after filter implantation. This is similar to previously reported results from other studies of permanent and retrievable filters (23–25).

Although the filter retrieval attempt rate was low (20%) in our study, the retrieval rate was high, with 14 of the 15 filters (93%) successfully retrieved. One filter was not retrieved because of the presence of thrombus in the IVC. The success rate in our series was better than previously reported for the Günther Tulip filter (9,26). In the present series, filters were retrieved after a mean dwell time of 121 days (range, 5–381 d; median, 84 d), which is longer than reported in earlier studies (9,26). This may be because of the modification of the filter design; however, further studies are required to confirm this. The filter retrieval was uneventful in all patients.

The present study has limitations, primarily that it is retrospective in nature. Although a prospective study is ideal, our study provided clinical follow-up, effectiveness, and safety data. The number of patients in our study was small, and the follow-up period short. This is because the filter was only recently approved, and further studies

Case 1:14-ml-02570-RLY-TAB    Document 845-1    Filed 11/18/15    Page 5 of 5 PageID #: 3772

will be required to assess long-term safety and effectiveness. Follow-up imaging was not available for all patients, as this was not routinely performed. Follow-up chest CT images were obtained at variable slice thicknesses, which limited the sensitivity of detection of small, asymptomatic pulmonary emboli. Thirty percent of patients in the present study ($n = 22$) received the filter for prophylaxis/added protection. Although filter placement under these circumstances is an accepted indication, we were not able to assess individually the contribution of the filter placement to the prevention of PE.

In conclusion, the Celect IVC filter is safe during deployment and retrieval. There is a high incidence of penetration of the filter legs/secondary struts into the neighboring structures.

**Acknowledgement:** The authors thank Christos A. Athanasoulis for his suggestions while editing the manuscript.

**References**

1. Wingerd M, Bernhard VM, Maddison F, Towne JB. Comparison of caval filters in the management of venous thromboembolism. Arch Surg 1978; 113: 1264–1271.
2. Rosenthal D, Wellons ED, Lai KM, Bikk A, Henderson VJ. Retrievable inferior vena cava filters: initial clinical results. Ann Vasc Surg 2006; 20:157–165.
3. Ray CE Jr, Mitchell E, Zipser S, Kao EY, Brown CF, Moneta GL. Outcomes with retrievable inferior vena cava filters: a multicenter study. J Vasc Interv Radiol 2006; 17:1595–1604.
4. Rosenthal D, Wellons ED, Hancock SM, Burkett AB. Retrievability of the Günther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma. J Endovasc Ther 2007; 14:406–410.
5. The Participants in the Vena Caval Filter Consensus Conference. Recommended reporting for vena caval filter placement and patient follow-up. J Vasc Interv Radiol 2003; 14(suppl):S427–S432.
6. Millward SF, Grassi CJ, Kinney TB, et al, for the Technology Assessment Committee of the Society of Interventional Radiology. Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters. J Vasc Interv Radiol 2005; 16:441–443.
7. Putterman D, Niman D, Cohen G. Aortic pseudoaneurysm after penetration by a Simon nitinol inferior vena cava filter. J Vasc Interv Radiol 2005; 16:535–538.
8. Stefanidis D, Paton BL, Jacobs DG, et al. Extended interval for retrieval of vena cava filters is safe and may maximize protection against pulmonary embolism. Am J Surg 2006; 192: 789–794.
9. Marquess JS, Burke CT, Beecham AH, et al. Factors associated with failed retrieval of the Günther Tulip inferior vena cava filter. J Vasc Interv Radiol 2008; 19:1321–1327.
10. Hoekstra A, Hoogeveen Y, Elstrodt JM, Tiebosch AT. Vena cava filter behavior and endovascular response: an experimental in vivo study. Cardiovasc Intervent Radiol 2003; 26:222–226.
11. Christie DB, Kang J, Ashley DW, et al. Accelerated migration and proliferation of smooth muscle cells cultured from neointima induced by a vena cava filter. Am Surg 2006; 72:491–496.
12. de Gregorio MA, Gamboa P, Gimeno MJ, et al. The Günther Tulip retrievable filter: prolonged temporary filtration by repositioning within the inferior vena cava. J Vasc Interv Radiol 2003; 14:1259–1265.
13. Binkert CA, Morash MC, Gates JD. Venographic findings at retrieval of inferior vena cava filters. AJR Am J Roentgenol 2007; 188:1039–1043.
14. Sadaf A, Rasuli P, Olivier A et al. Significant caval penetration by the Celect inferior vena cava filter: attributable to filter design? J Vasc Interv Radiol 2007; 18:1447–1450.
15. Kalva SP, Athanasoulis CA, Fan CM, et al. "Recovery" vena cava filter: experience in 96 patients. Cardiovasc Intervent Radiol 2006; 29:559–564.
16. Oliva VL, Perreault P, Giroux MF, Bouchard L, Therasse E, Soulez G. Recovery G2 inferior vena cava filter: technical success and safety of retrieval. J Vasc Interv Radiol 2008; 19:884–889.
17. Ota S, Yamada N, Tsuji A, et al. The Günther-Tulip retrievable IVC filter: clinical experience in 118 consecutive patients. Circ J 2008; 72:287–292.
18. Ferris EJ, McCowan TC, Carver DK, McFarland DR. Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. Radiology 1993; 188:851–856.
19. Greenfield LJ, Proctor MC. The percutaneous greenfield filter: outcomes and practice patterns. J Vasc Surg 2000; 32:888–893.
20. Kalva SP, Chlapoutaki C, Wicky S, Greenfield AJ, Waltman AC, Athanasoulis CA. Suprarenal inferior vena cava filters: a 20- year single- center experience. J Vasc Interv Radiol 2008; 19:1041–1047.
21. Ziegler JW, Dietrich GJ, Cohen SA, Sterling K, Duncan J, Samotowka M. PROOF trial: protection from pulmonary embolism with the OptEase filter. J Vasc Interv Radiol 2008; 19:1165–1170.
22. Kinney TB. Update on inferior vena cava filters. J Vasc Interv Radiol 2003; 14:425–440.
23. Athanasoulis CA, Kaufman JA, Halpern EF, Waltman AC, Geller SC, Fan CM. Inferior vena caval filters: review of a 26-year single-center clinical experience. Radiology 2000; 216:54–66.
24. Rosenthal D, Wellons ED, Lai KM, Bikk A. Retrievable inferior vena cava filters: early clinical experience. J Cardiovasc Surg (Torino) 2005; 46:163–169.
25. Keller IS, Meier C, Pfiffner R, Keller E, Pfammatter T. Clinical comparison of two optional vena cava filters. J Vasc Interv Radiol 2007; 18:505–511.
26. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Günther Tulip retrievable inferior vena cava filters: indications, efficacy, retrieval, and complications. Cardiovasc Intervent Radiol 2007; 30:59–65.