UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL NO. 2570

This Document Relates to:

FREDERICK HARRIS and MARTHA HARRIS,   Case No. 1:15-cv-01239-RLY-TAB

Plaintiffs,

v.

COOK INCORPORATED, et al.

Defendants.

## ORDER

UPON reading and filing the motion of Karen Collins of Hardison & Cochran, PLLC, to be relieved as counsel for plaintiffs in this action due to retirement, and to add/substitute Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiffs in this action, it is hereby

ORDERED that the appearance of Karen Collins is hereby withdrawn and she is relieved as attorney of record for plaintiffs in this action, and it is further

ORDERED that Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, is now attorney of record and notice counsel for plaintiffs this action.

SO ORDERED: 11/17/2015

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' lead counsel.