# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT PLAN
## (ONLY CONCERNING PLAINTIFFS' LEADERSHIP STRUCTURE)

NOW COMES Plaintiffs' Lead Counsel pursuant to the Manual for Complex Litigation Fourth § 10.22 and 28 USCS § 1407, and respectfully moves this Honorable Court for an Order appointing the Plaintiffs' Steering Committee (PSC) for all cases under MDL-2570. In support of this motion, Plaintiffs' Lead Counsel have attached the following Memorandum.

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:    jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com


*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthews and Associates
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
jbabione@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmclaw.com

Troy A. Brenes
Brenes Law Group
tbrenes@breneslawgroup.com

Russell T. Button
LAW OFFICES OF BEN C. MARTIN
rbutton@bencmartin.com

John A. Dalimonte
KARON & DALIMONTE, LLP
johndalimonte@kdlaw.net

Sandra L. Davis
WOODEN & MCLAUGHLIN LLP
sdavis@woodmclaw.com

Timothy J. Freiberg
THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD.
freiberglaw@gmail.com

D. Douglas Grubbs
LEE MURPHY LAW FIRM, G.P.
dgrubbs@leemurphylaw.com

Frederick R. Hovde
HOVDE DASSOW & DEETS, LLC
rhovde@hovdelaw.com

Joseph R. Johnson
BABBITT JOHNSON OSBORNE & LeCLAINCHE, P.A.
jjohnson@babbitt-johnson.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
dking@woodmclaw.com

James Lee, Jr.
CLARK BURNETT, G.P.
jlee@leemurphylaw.com

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN
bmartin@bencmartin.com

Matthew R. McCarley
FEARS / NACHAWATI LAW FIRM
mccarley@fnlawfirm.com

Kip S.M. McDonald
WOODEN & MCLAUGHLIN LLP
kmcdonald@woodmclaw.com

Erin C. Murphy
LEE MURPHY LAW FIRM, G.P.
emurphy@leemurphylaw.com

Teresa C. Toriseva
TORISEVA LAW
ceo@torisevalaw.com

Julia Reed Zaic
HEAVISIDE REED ZAIC
julia@hrzlaw.com

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 FIFTH AVENUE, STE 3500
SEATTLE, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs (Nashville Office)
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

Andrew Cookingham
Thompson & Knight-Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J D'Oro, Jr
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust
FOUST LAW OFFICE

John H Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs (US) - Cleveland
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W Osborne
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E Rowen
Wesierski and Zurek LLP
One Corporate Park Suite 200
Irvine, CA 92606

Marc A Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square

1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Emily Harris Gant
Ogden Murphy Wallace PLLC
901 5th Avenue, Suite 3500
Seattle, WA 98164

Lori Elizabeth Hammond
Frost Brown Todd LLC - Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd, Suite 800
Houston, TX 77056-3812

A. Timothy Jones
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
Houssiere Durant Houssiere
1990 Post Oak Blvd, Ste 800
Houston, TX 77056

Ramon R Lopez
Lopez McHugh LLP
North Tower, 100 Bayview Circle Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Memphis, TN 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
Marshall Dennehey Warner Coleman and Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

                                  */s/ Joseph N. Williams*
                                    Joseph N. Williams