IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions

**MEMORANDUM IN SUPPORT OF THE UNOPPOSED
MOTION TO AMEND THE CASE MANAGEMENT PLAN
(ONLY CONCERNING PLAINTIFFS' LEADERSHIP STRUCTURE)**

**I.   ARGUMENT:**

A review of MDL 2570 member Master Case List (Schedule A) indicates that as of November 2, 2015, there are approximately 156 member cases; a substantial increase since the inception of the MDL. Recognizing the increasing complexity of this litigation and the attendant demands thereto, the Plaintiffs' Co-Lead Counsel together with all the Plaintiffs' Leadership Counsel have met and conferred regarding the augmentation of Plaintiffs' Leadership Counsel by the creation of a Plaintiffs' Steering Committee (PSC).

Plaintiffs' Leadership Counsel have met and conferred with each proposed member of the Plaintiffs' Steering Committee (PSC) and are fully satisfied that all of the proposed member of the Plaintiffs' Steering Committee (PSC) recognize and embrace their individual responsibility to the Court and their obligation to act fairly, efficiently, and economically in the interests of the parties and parties' counsel.

The proposed members of the Plaintiffs' Steering Committee (PSC) have each submitted an affidavit confirming their relevant experience and their commitment to this litigation. Those materials are presented for the Court's consideration as Appendix A (hereby incorporated by

reference). The proposed members of the Plaintiffs' Steering Committee (PSC) and their respective firms are listed below.

| **Plaintiffs' Steering Committee (PSC)** | |
|---|---|
| Turner W. Branch | Branch Law Firm |
| Russell W. Budd | Baron & Budd, P.C. |
| William B. Curtis | Curtis Law Group |
| Brian Keith Jackson | Riley & Jackson, P.C. |
| Christopher T. Kirchmer | Provost Umphrey Law Firm, L.L.P. |
| John "Scotty" MacLean | MacLean Law Firm, P.C. |
| Howard L. Nations | The Nations Law Firm |
| Gregory D. Rueb | Rueb & Motta, PLC |
| Laura E. Smith | Heaviside Reed Zaic |
| Paul L. Stoller | Gallagher & Kennedy, P.A. |

**II.     CONCLUSION:**

Plaintiffs' Leadership Counsel respectfully submit that the appointment of the individuals listed herein to the Plaintiffs' Steering Committee (PSC) will greatly enhance the efficiency and economy of this litigation. Therefore, for the above stated reasons, the Plaintiffs' Leadership Counsel respectfully request that the Court appoint the individuals listed herein to serve on the Plaintiffs' Steering Committee (PSC) with the duties and responsibilities previously set forth in the Case Management Plan regarding responsibilities applicable to all Plaintiffs' Leadership Counsel.

Respectfully submitted on this, the 20th day of November, 2015, by:

>/s/   Joseph N. Williams
>Joseph N. Williams
>Riley Williams & Piatt, LLC
>301 Massachusetts Avenue
>Indianapolis, IN  46204
>Telephone:  (317) 633-5270
>jwilliams@rwp-law.com
>
>/s/   Michael W. Heaviside
>Michael W. Heaviside, Esq.
>Heaviside Reed Zaic, A Law Corporation
>910 17th Street, NW, Suite 800
>Washington, DC 20006
>Telephone: (202) 223-1993
>mheaviside@hrzlaw.com
>
>/s/   Ben C. Martin
>Ben C. Martin, Esq.
>The Law Offices of Ben C. Martin
>3219 McKinney Avenue, Suite 100
>Dallas, TX 75204
>Telephone: (214) 761-6614
>Facsimile: (214) 744-7590
>bmartin@bencmartin.com
>
>/s/ David P. Matthews
>David P. Matthews, Esq.
>Matthews and Associates
>2509 Sackett St.
>Houston, TX  77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>dmatthews@thematthewslawfirm.com
>
>*Plaintiffs' Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL:

>  */s/ Joseph N. Williams*
>  Joseph N. Williams