# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE:  COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | MDL NO.  2570 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION. | ) | JUDGE RICHARD L. YOUNG |

## AFFIDAVIT OF TURNER W. BRANCH
## FOR APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE

| | |
|---|---|
| STATE OF NEW MEXICO | ) |
| | ) |
| COUNTY OF BERNALILLO | ) |

I, **TURNER W. BRANCH**, being first duly sworn upon oath and make this Affidavit as follows:

## I.    INTRODUCTION:

1.    I am an attorney admitted to practice in the State of New Mexico, State of Texas, State of Colorado and in the District of Columbia.  I received my JD from Baylor Law School in 1966.  A copy of my resume is attached hereto as Exhibit A.

2.    I make this affidavit for consideration and application for Appointment to the Plaintiff's Steering Committee in the *Cook IVC Filters Products Liability Litigation*.  The purpose of this affidavit is to describe the experience and work performed in numerous MDL litigations to date.  I have the financial resources to adequately commit to this undertaking; and I am committed to this litigation and the completion of same and that I am very familiar with the

manual for Multi-District Litigation and Procedure in that I have personally served on MDLs since being appointed as outlined below:

## II.  WORK PERFORMED IN MDLs & THE COORDINATED STATES

### Litigation Experience:

I am a National Board Certified Attorney and a Diplomate of the American Board of Trial Advocates; a Fellow in the International Academy of Trial Lawyers and board recognized specialist as a civil trial advocate by the National Board of Trial Advocacy. I have been lead counsel in over 250 civil cases to completion. I have also been lead counsel in various products liability cases (catastrophic vehicle collisions, medical devices, pharmaceuticals).

### Discovery Experience:

Our Firm has been involved in document review in L-tryptophan, Breast Implants, Baycol, and Avandia. I have chaired discovery committees in Baycol and Avandia; I have been lead counsel in depositions of GNC employees and experts in the L-tryptophan.

### MDL Experience:

(1).  Vice-Chair of L-tryptophan by the Honorable Matthew Perry of the United States District Court in South Carolina, as Vice Chairman of the MDL governing L-tryptophan Litigation in 1989.

(2).  The Branch Law Firm worked on the Breast Implant Litigation with the Honorable Samuel Pointer, United States District Judge in Birmingham, Alabama.

(3).  I was assigned to personally work on the Baycol Litigation where I was one of the Vice-Chairs of the Plaintiff's Steering Committee. Also headed up the Discovery Committee for the Baycol litigation against Bayer Pharmaceutical and appointed to serve in this

2

position. This appointment came from United States District Judge Michael Davis of Minneapolis, Minnesota.

(4).     Served as Vice Chairman of the Norplant Contraceptive Litigation docketed in the Eastern District of Texas, in Beaumont, Texas and therein fulfilled and performed my duties, responsibilities and obligations as such, to completion in that litigation as I did in all other MDLs upon which I was appointed to work on.

(5).     Served actively in the Fen-phen Litigation and represented numerous clients even though I did not serve in a formal capacity in that particular MDL. I however, did work in the discovery dispository, as did staff members from our law offices and the MDL Discovery Committee.

(6).     We actively worked on the Vioxx Litigation and I was part of the trial team in Judge Carol E. Higbee's Court in New Jersey and had eleven (11) cases scheduled for consideration and trial when the National Vioxx Settlement was reached. I was originally appointed as State Liaison Counsel to the MDL by the Honorable Eldon E. Fallon, United States District Court for the District of Louisiana. I was also admitted to practice law in New Jersey by the New Jersey Supreme Court, on Motion, to assist in the preparation and trial of the Vioxx cases.

(7).     I also served on the Plaintiff's Steering Committee on the Avandia Litigation, MDL No. 1871 and was part of the trial team in Judge Cynthia Ruff's Court in Philadelphia, Pennsylvania.

(8).     Currently, the Branch Law Firm, specifically my law partner, Margaret M. Branch, is currently serving on the Plaintiff's Steering Committee on the Lipitor Litigation,

3

MDL No. 2502 and part of the PSC team in Judge Richard Gergel's Court in Charleston, South Carolina..

4.    That all of these litigations generated significant discovery, expert development, document production and motion practice which directly contributed to the global resolution of these MDLs.

5.    That one of my strengths in past MDLs in which I have served in a leadership capacity (over 10), I have concentrated on discovery and working with experts and science and I think I could continue to do that. I have also been assigned the task of participating in working on motions and briefs in pleadings to be argued in court and argued those. Others in our firm our experienced in briefing, motion writing, pleadings and preparing those presenting arguments to be ready to present them to the court. These are the areas I would suggest that I be allowed to participate in even though I did head up discovery in several other MDLs and was successful in taking video depositions and overseeing the team that did the same.

6.    That I be considered for appointment to work with and assist the Plaintiff's Steering Committee Trial Team in the completion of preparation and trial of the first *Cook IVC Filters Litigation* once scheduled before this Honorable Court; and that I will remain committed and assure the Court that I will continue to work diligently, tenaciously and positively.

**FURTHER, AFFIANT SAYETH NAUGHT.**

**TURNER W. BRANCH**

**SUBSCRIBED AND SWORN TO** before me this _16th_ day of November, 2015 by

Turner W. Branch.

_____
**NOTARY PUBLIC**

My commission expires:

_12-13-2015_

OFFICIAL SEAL
Patricia R. Sanchez
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 12-13-2015

5

## Turner W. Branch

**Branch Law Firm**
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico  87104
*Senior Partner*

| | |
|---|---|
| **phone** | (505) 243-3500 |
| | (800) 828-4529 (Toll Free) |
| **fax** | (505) 243-3534 |
| **email** | tbranch@branchlawfirm.com |

Turner Williamson Branch is a 1956 graduate of the Marist School, Atlanta, and was graduated in 1960 with a B.A. in Political Science from the University of New Mexico where he was president of the student body and a member of Phi Sigma Alpha, the Political Science Honors Society. He was listed in Who's Who in American Colleges and Universities.

Upon graduation, Mr. Branch was commissioned as a Second Lieutenant in the United States Marine Corps on active duty at Quantico, Va. Thereafter, Mr. Branch was assigned to Camp Pendleton, Ca. and joined the Second Battalion of Fifth Marines, First Marine Division, a noted infantry organization that won fame with the Battle of Belleau Woods in France in World War I and thereafter in World War II in the Pacific Islands, in the Korean War as well as in Vietnam. Mr. Branch was promoted to First Lieutenant and served three-and-a-half years on active duty. He left the Marine Corps in July of 1963 to attend Baylor University in Waco, Texas.

Mr. Branch graduated in November 1965 from Baylor Law School, where he was a Section Editor of the Law Review. He received the T.R. McDonald Award as the outstanding student at the Law School. He served as chairman of the Student Grievance Committee, was selected to Omicron Delta Kappa and to the International Legal Fraternity of Phi Delta Phi. He was also selected for the first edition of Best Lawyers in America (derived from a survey of lawyers from around the country), Who's Who in American Law Schools and Who's Who in American Universities and Colleges for a second time.

He returned to Albuquerque, N.M. to practice law in 1965. He is a member of the State Bars of New Mexico, Colorado and Texas and the Bar Association of the District of Columbia. He was admitted to practice before the United States Supreme Court in 1972.



Mr. Branch was elected a Fellow in the International Academy of Trial Lawyers, an organization of only five hundred lawyers throughout the world, and served on that organization's Board of Directors. He is a life member of the Association of Trial Lawyers of America, and served as the New Mexico representative for the Association of Trial Lawyers of America for twelve years. He is a former Trustee for the National College of Advocacy, Diplomate in the American Board of Trial Advocates, National Board of Directors of the American Board of Trial Advocates, former President New Mexico Chapter of ABOTA 1982-83, and received an outstanding service award from the American Board of Trial Advocates. He is board recognized Specialist as a civil trial advocate by the National Board of Trial Advocacy and has been certified as a Civil Trial Specialist since 1984. He served on the Board of Governors of the Western Trial Lawyers Association, and served as a board member of New Mexico Trial Lawyers from 1968-76.

Mr. Branch has served as:

Vice Chair of Plaintiffs' Steering Committee for L-Tryptophan, Litigation (MDL 863)

Liaison Counsel for Breast Implant Litigation, Multi-District, Litigation No. 926

Member of Executive Committee for Castano Tobacco Litigation in United States District Court for the Eastern District of New Orleans

Represented the New Mexico Attorney General in: State of New Mexico, ex rel Tom Udall, Attorney General of State of New Mexico v. The American Tobacco Company, et al., Santa Fe County District Court (New Mexico) Cause No. SF 97-1235

Plaintiffs' Counsel in New Mexico class action entitled: Carol A. Connor et al. v. The Tobacco Company et al., Bernalillo County District Court (New Mexico) Cause No. CV 96-0009422

Plaintiffs' Steering Committee for Amtrak Bayou Canot case in Mobile, Alabama, (MDL No. 1003)

National Liaison Counsel in Omniflox Litigation case in the United States District Court in Chicago, Illinois, (MDL No. 1004)

Co-Chair of Plaintiffs' Steering Committee for the Norplant Litigation in the Eastern District of Texas, (MDL No.1038)

Plaintiffs' Steering Committee for Avandia Litigation in the United States District Court for the Eastern District of Pennsylvania (MDL No. 1871)

Plaintiffs' Discovery Committee for DePuy Orthopaedics Inc. ASR Hip Implant Products Liability Litigation in the United States District Court for the Northern District of Ohio (MDL No. 2197)

In addition, Mr. Branch has been an active participant in the diet drug litigation since its inception. He was a founding member of the Texas Document Depository, which now holds over five million pages of the drug manufacturers' records.

Mr. Branch has published seven articles and a book, all legal publications plus numerous articles for publications and Trial Magazine and other trial lawyer association meetings, which are listed in detail on the attached Martindale-Hubbell biography. He has argued numerous cases before state and federal appellate courts and has tried over two hundred and fifty civil jury trials to completion.

**Litigation Percentage:**
100% of Practice Devoted to Litigation

**Certification/Specialties:**
Civil Trial Advocate, National Board of Advocacy

**Bar Admissions:**
New Mexico, 1966
Colorado, 1988
Texas, 1988
District of Columbia, 1989
U.S. District Court District of New Mexico, 1966
U.S. District Court District of Colorado, 1988
U.S. District Court Western District of Texas, 1988
U.S. District Court Southern District of Texas, 1988
U.S. District Court Northern District of Texas, 1991
U.S. District Court Eastern District of Texas, 1993
U.S. Court of Appeals 10th Circuit, 1966
U.S. Court of Appeals 5th Circuit, 1968
U.S. Court of Appeals 9th Circuit, 1993
U.S. Supreme Court, 1972
Laguna Tribal Court, 1990

**Education:**
Baylor University School of Law, Waco, Texas, 1965
J.D., Doctor of Jurisprudence
*Honors:* Recipient T.R. McDonald Outstanding Student Award
Law Review: Section Editor, Baylor University Law Review, 1964 - 1965

University of New Mexico, Albuquerque, New Mexico, 1960
B.A., Bachelor of Arts

**Published Works:**

*Rule 167 - Production, Privilege and Waiver, Probate of a Subsequent Will is Not a Will Contest, Baylor Law Review, 1964-1965*

*Book Review: Render Unto Caesar, the Flag Salute Controversy, Baylor Law Review, 1964-1965*

*Release-After Discovered Injury, 19 Defense Law Journal 2*, 1970

*Closing Arguments, Callahan & Company, 1970-present*

*Wrongful Death of a Minor in Police Custody, 28 American Jurisprudence Trials 307, 1981*

*American Jurisprudence Trial, Handling a Bad Faith First Party Insured Case, Medical Misdiagnosis Damages and the So What? Defense, New Mexico Trial Lawyer*, January, 1983

*American Jurisprudence Trial, Handling a Bad Faith First Party Insured Case, Medical Misdiagnosis Damages and So What? Defense, Michigan Trial Lawyer*, March, 1983

*Misdiagnosis of Cancer, 30 American Jurisprudence Trials*, 1983

*Obstetrics and Gynecology Malpractice, 40 American Jurisprudence Trials 1*, 1990

*The Trial of An Ophthalmology Case, 32 American Jurisprudence Trials*, 1985

*Failure to Protect the Public From Intoxicated Drivers, 34 American Jurisprudence Trials 499*

*Branch on Construction Site Accidents, Wiley Law Publications*, 1987

*Using Lay Opinion Testimony, Vol. 36, Issue 3*, March, 1987

*Trial Talk, Colorado Trial Lawyers Association Publication*, 1987

*Exemplars of Cross-Examination of Lay Witnesses, Matthew Bender, Cross-Examination of Lay Witnesses (Contributor)*, 1988

*Construction Accident Pleading and Practice, Wiley Law Publications (Editor and Contributing Author)*, 1988

*Lessons from Unsuccessful Trials, Trial Magazine*, 1993

*The Rise of Hedonic Damages and the Fall of Punitive Damages, 15 Trial Diplomacy Journal 2*, Mar/April, 1992

*Hedonic Damages, Law Education Institute CLE*

4

**Representative Cases:**

*Hansler v. Bass, 743 P.2d 1031 (N.M.App. 1987)*
*Stover v. Journal Pub. Co., 731 P.2d 1335 (N.M.App. 1985)*
*Karbel v. Francis, 709 P.2d 190 (N.M.App. 1985)*
*Harrell v. City of Belen, 603 P.2d 722 (N.M.App. 1979)*
*Hicks v. State, 544 P.2d 1153 (N.M. 1975)*
*Jessen v. National Excess Ins. Co., 776 P.2d 1244 (N.M. 1989)*
*Salazar v. Otis Elecator Co., No. 12, 354 (1993)*

**Classes/Seminars Taught:**

Member of Faculty, National Advance College of Advocacy, University of Nevada-Reno, 1984

Lecturer, Trial Tactics, Kansas Trial Lawyers Continuing Legal Education, Keystone, Colorado, 1988

Member of Faculty, National College of Advocacy, University of Washington School of Law, 1985

Member of Faculty, Maximizing Damages, National College of Advocacy, Snowmass, Colorado, 1985

Member of Faculty, Basic Trial Advocacy Course, National College of Advocacy, San Diego, California, 1986

Member of Faculty, Specialized Course in Premises Liability, National College of Advocacy, Vail, Colorado, 1986

Lecturer, Final Arguments, Kansas Trial Lawyer, CLE, Santa Fe, 1989

Specialized Course in Evidence, Association of Trial Lawyers of America, Albuquerque, New Mexico, 1986

Hedonic Damages, Kansas Trial Lawyers Association, CLE, Durango, Colorado, 1990

Lecturer, Proving Economic Damages in FELA Cases, New York City, 40th Annual Association of Trial Lawyers of America Convention, New City, 1986

Lecturer, Trial Technique, National Business Institute, September 1990

Hedonic Damages, New Mexico Defense Lawyers Association, April 1991

Maximizing Settlement Techniques, Association of Trial Lawyers of America, Washington, District of Columbia, April 1991

Damages and Arguing Damages, Kansas Trial Lawyers Association, Durango, Colorado, 1990

Voir Dire and Jury Selection, Texas Trial Lawyers Association, Steamboat
Springs, Colorado, 1990

Using Rule 26 at Trial, Legal Education Institute, Vail, Colorado, January 1991

Handling Automobile Cases, the Aspects of Crashworthiness, National Business
Institute, June 1991

Masters Program, Hastings College, University of California Advanced Trial
Techniques and Strategy, San Francisco, August 1991

Lecturer, Masters in Trial, Using Jury Instructions to Your Advantage, BNA/PEI,
Albuquerque, New Mexico

Lecturer, Lawyer Storytelling, LEI, Vail, Colorado, 1993

Lecturer, Lawyer Storytelling, LEI, Palm Springs, California, 1993

Lecturer, Preparing Witnesses for Direct and Cross-Examination, Association of
Trial Lawyers of America Conference, Redondo Beach, California, 1993

Lecturer, Closing Arguments, South Dakota Trial Lawyers, 1993

Lecturer, Using Video Settlement Brochures in L-Tryptophan Cases, Association
of Trial Lawyers of America Summer Convention, San Francisco, California,
August, 1993

Lecturer, Handling Catastrophic Premises Liability Cases, BNA/PEI,
Albuquerque, New Mexico, 1993

Lecturer, Products Liability, BNA, Albuquerque, New Mexico

Lecturer, Hedonic Damages, CLE

Instructor, Ultimate Trial Advocacy Program, Association of Trial Lawyers of
America, Georgetown Law School March 1992

Lecturer, Damages and Settlement Seminar, Association of Trial Lawyers of
America, Nashville, Tennessee, May 1992

Lecturer, Cross-Examining the Expert, New Mexico Trial Lawyer Seminar,
January 1992

Lecturer, BNA Seminar on Damages, National Business Institute

Lecturer, Scheduling and Taking Depositions Under the Hague Convention,
Association of Trial Lawyers of America Mid-Year Convention, Boca Raton,
Florida, January 1992

Presentation, 11-16-26-37 Hike, Use of Federal Rules to Settle Cases, Georgia/Florida Trial Lawyers, Orlando, 1992

Lecturer, Association of Trial Lawyers of America Tort Track Annual Convention, 1992

Lecturer, Association of Trial Lawyers of America, L-Tryptophan Section, Annual Convention, Washington, District of Columbia, 1992

Faculty, Obstetric Malpractice, Legal, Medical and Nursing Perspectives, Texas Trial Lawyers at CLE, Steamboat Springs, Colorado on Trial Tactics, 1990

Lecturer, A BMW Seminar, 1988

Lecturer, Rise of Hedonic Damages and the Fall of Punitive Damages, ABOTA, Masters in Trial, Tulsa, Oklahoma, October 1993

Lecturer, Rise of Hedonic Damages and Fall of Punitive Damages, Nebraska Trial Lawyers, 1993

Lecturer, Hedonic Damages, Iowa Trial Lawyers, 1993

Lecturer, Premises Liability: Preparation and Trial of a Difficult Case in New Mexico, National Business Institute, Albuquerque, New Mexico, September 1993

Lecturer, How to Avoid Traps and Pitfalls Set by the Defense which are in the Guise of Settlement Negotiations, Mass Torts Made Perfect Seminar, Las Vegas, Nevada, October 2010

Lecturer, DePuy Hip Recall & Avandia Updates Seminar, Miami Beach, Florida, November 2010

**Honors and Awards:**

Best Lawyers in America

Who's Who in American Law

President, Albuquerque Chapter, American Board of Trial Advocacy

Examiner, National Board of Trial Advocacy

Pi Sigma Alpha

Omicron Delta Kappa

Recognized as a "Southwest Super Lawyer" the top 5% in New Mexico, Super Lawyer Magazine, 2008, 2009, 2010, 2011

Martindale-Hubbell, AV Peer Review Rated Attorney

Selected Top Plaintiffs Lawyer in America by Law Dragon, Winter 2007

Fellow, Litigation Counsel of America, The Trial Lawyer Honorary Society, 2009

**Professional Associations and Memberships:**
Elks Lodge 460
Member

Kiwanis Club
Member

Masonic Lodge
Member

Shriners
Member

American Board of Trial Advocates, 1990 - Present
Member, Board of Directors

New Mexico Trial Lawyers, 1968 - 1974
Member

Association of Trial Lawyers of America, 1968 - 1974
Delegate

Cartwright Memorial Endowment Fund, 1988 - Present
Co-Chair

American Arbitration Association, 1968 - Present
Member, Negligence Advisory Committee

Association of Professional Responsibility Lawyers - ABA
Charter Member

New Mexico Medical-Legal Grievance Committee, 1984 - Present
Member

2nd Judicial District, 1989 - 1991
Member, Judicial Selection Committee

Multi-District Litigation L-Tryptophan Cases, MDL-865
Vice Chairman, Steering Committee

United States District Court, Columbia South Carolina, 1991 - Present
Member

The H. Verle Payne American Inns of Court, 1992

8

Master Bencher

ABOTA, Masters in Trial, New Orleans, LA., Liaison Counsel for New Mexico MDL-926 (Breast Implant Lit.), N.D. AL., US District Court

National College of Advocacy, Kansas City Trial Lawyers Association, 1993
Advocate

Equal Access to Justice Fund Committee, 1969
Co-Chair

Colorado Bar Association
Member

South Western Colorado Bar Association
Member

American Bar Association, 1988 - 1989
National Vice-Chairman, Tort Insurance Practice Section

State Bar of New Mexico, 1972 - Present
Member

State Bar of New Mexico, 1982 - 1986
Chairman, Fee Arbitration Committee

State Bar of New Mexico, 1969 - Present
Member, Legal-Medical Review Committee

State Bar of Texas
Member

Albuquerque Lawyers Club
Member

New Mexico Trial Lawyers Association
Member, Board of Directors, 1969-1973 and 1991-1992

Pennsylvania Trial Lawyers Association
Member

New York Trial Lawyers
Member

Texas Trial Lawyers Association
Member

Colorado Trial Lawyers Association
Member

Association of Trial Lawyers of America, 1970 - 1974
Life Member, State Committeeman

Association of Trial Lawyers of America, 1978 - Present
Sustaining Member

National College of Advocacy, 1990 - Present
Member, Board of Trustees

ABOTA-The Masters in Trial, Trial Dem., Philadelphia, New Orleans and, 1984 - 1985

Washington, DC, National Advance College of Trial Advocates, Vice Chairman

American Society of Law and Medicine
Member

American Judicature Society
Member

American Board of Trial Advocates
Diplomate

American Board of Trial Advocates, 1983 - 1984
President, New Mexico Chapter

American Board of Trial Advocates, 1990 - Present
Member, National Board of Directors

American Board of Trial Advocates
Tri-Chair, Expansion Committee

National Board of Trial Advocacy, 1986 - Present
Examiner

College of the State Bar of Texas
Member

New Mexico Bar Foundation
Patron

International Academy of Trial Lawyers, 1993
Member, Admissions Committee

International Academy of Trial Lawyers
Diplomate

Member, Diversity Law Institute and
Member, The Trial Law Institute

Mass Tort Trial Lawyers Association, 2011
Member

The National Trial Lawyers - Top 100 Trial Lawyers
2011 Executive Committee, Member

Supreme Court Historical Society, 2011
Member

**Past Employment Positions:**

New Mexico House of Representatives, House Judiciary Committee, Member,
1968 - 1974

New Mexico House of Representatives, House Corporation and Banking
Committee, Member, 1968 - 1974

City of Gallup, City Attorney, 1970 - 1972

State of New Mexico, Liquor Control, Director, 1966 - 1968

United States Marine Corps, 1st Lieutenant, Active Duty, 1960 – 1963

**Fraternities/Sororities:**

Phi Delta Phi
Pi Kappa Alpha

**Birth Information:**

August 22, 1938, Houston, Texas, United States of America