IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

**AFFIDAVIT OF QUALIFICATIONS OF RUSSELL W. BUDD FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

1. I, Russell W. Budd, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in pharmaceutical and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I am an attorney in good standing with the State Bars of Michigan and Texas.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role with respect to experts, science, and settlement negotiations, if and when appropriate.

4. I have been a Baron & Budd shareholder for more than twenty years and Managing Shareholder and President of the Firm since 2002. I have successfully navigated the growth and diversification of Baron & Budd's many practice areas. I have vast experience in asbestos litigation, having helped to build Baron & Budd into one of the largest trial firms in the country. I was a chief negotiator of a national settlement with Halliburton Co., which allocated $4 billion of the company's assets to asbestos victims. I also participated in the multi-billion

1

dollar settlement with W.R. Grace Co. to fund the bankruptcy trust that will compensate Grace's asbestos victims. As chair and member of several asbestos creditors' bankruptcy committees, I have successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies.

5. More recently, I played a key role in the negotiation of a $177 million settlement with GlaxoSmithKline on behalf of the states of Mississippi, Maryland, Kentucky, West Virginia, South Carolina, Utah, and New Mexico regarding fraudulent marketing of the diabetes drug Avandia. I lead Baron & Budd's pharmaceutical litigation, which currently includes thousands of active cases involving a multitude of devices and drugs, including Granuflo, transvaginal mesh implants, Lipitor, Risperdal, testosterone replacement therapy, Xarelto, and metal on metal hip implants. I am on the Plaintiffs' Steering Committee for seven TVM MDLs pending in the Southern District of West Virginia.

6. I am AV-rated by Martindale-Hubbell Law Directory, its highest rating. I serve on the American Association for Justice's Board of Governors. My biography is attached hereto as Exhibit A.

**A. ACCESS TO RESOURCES:**

7. I am the Managing Shareholder and President of Baron & Budd, P.C., a professional corporation that was founded in 1977 and currently has offices in Dallas, Texas (main office); Baton Rouge, Louisiana; New Orleans, Louisiana; Austin, Texas; and Los Angeles, California. Baron & Budd is one of the largest and most accomplished plaintiffs' law firms in the country. The firm employs approximately forty attorneys and one hundred and forty support staff, which include paralegals, legal secretaries, technical support personnel and accounting personnel.

8. For over thirty-five years, Baron & Budd has represented individuals, businesses and public entities in matters from coast to coast. The firm's experience and capacity in complex litigation are virtually unmatched. Its primary focus is on representing plaintiffs on a contingency fee basis, and its significant areas of litigation include occupational and environmental injury

cases, pharmaceutical injury cases, property damage claims, investor protection, environmental damage cases, and class action litigation. The qualifications, specialized training and relevant work history of Baron & Budd's key personnel and of the Firm as a whole are set forth in Baron & Budd, P.C.'s Firm Brochure, which is attached hereto as Exhibit B, and on our website, www.baronandbudd.com.

9. Both I and my firm have achieved national acclaim for our work on cutting-edge litigation, including the following awards and appointments:

- I and my partner Scott Summy were selected to the 2014, 2015 and 2016 editions of *The Best Lawyers in America*.

- In 2013, shareholder Burton LeBlanc was appointed to the Plaintiffs' Steering Committee in the litigation involving health issues linked to dialysis product Granuflo and its sister product, Naturalyte.

- In 2006, a team of Baron & Budd attorneys received the esteemed Trial Lawyer of the Year Award from the legal non-profit organization, Public Justice, for its work on Arizona groundwater contamination litigation that spanned 21 years, involved over 1,600 Tucson-area residents, and resulted in a total recovery of more than $150 million from an aircraft manufacturer, the City of Tucson and the Tucson Airport Authority over TCE contamination of the community's groundwater.

- In addition, the Firm has been named a Finalist for Public Justice Trial Lawyers of the Year Award for its work on three other matters:  (1) $105 million settlement for hundreds of public water providers related to atrazine contamination in source water, 2013; (2) $110 million settlement with JP Morgan Chase over overdraft fees and business practice changes; (3) recovery of more than $400 million on behalf of more than 150 municipalities from seventeen states (including the State of New Mexico) regarding contamination of groundwater by MTBE, 2009.

- In 2002-2006, 2008, 2011 and 2012, Baron & Budd was named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- Named to list of America's Elite Trial Lawyers by *The National Law Journal* in 2014 (fifty law firms achieving significant results within the previous year with an established track record);
- In September 2010, Baron & Budd was one of only four firms chosen to serve on both the Plaintiffs' Executive Committee and on the Plaintiffs' Steering Committee of the Multi-District Litigation in the Gulf Oil Spill litigation.
- In 2007, I and my partner Burton LeBlanc were among 14 attorneys nationwide to be honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition of our commitment to the legal profession and our efforts to improve the civil justice system. LeBlanc was recognized for a second time with the award in 2010.
- In 2004, *American Lawyer* named Baron & Budd as one of the sixteen most successful plaintiffs' firms in the country.
- Baron & Budd has been repeatedly selected by *The Legal 500* as one of the country's premier law firms in mass tort claims and class action litigation.

10. My partner Laura Baughman plans to devote significant time to this litigation. Specifically, she will work with me on expert and science issues. Additional attorneys and staff will work on the litigation as needed.

11. Laura Baughman, a shareholder in the Firm's pharmaceutical litigation section, has been practicing law with Baron & Budd for twenty years. Ms. Baughman has been a go-to person at the Firm to take the lead in dozens of key expert and science-related depositions in MTBE (a gasoline additive that contaminates water supplies), class action, and toxic tort litigation. Her pharmaceutical experience includes working with me on litigation filed on behalf of seven states against GlaxoSmithKline regarding fraudulent marketing of Avandia, which resulted in a $177 million settlement. She has also played a key role in the areas of science, experts and depositions in the Granuflo MDL. In addition to her law degree, Ms. Baughman holds a Bachelor of Science in Engineering and a Master's degree in Civil (Environmental)

4

Engineering. Ms. Baughman is AV-rated by Martindale-Hubbell Law Directory, its highest rating, and is licensed to practice law in Texas, California, New York and Missouri. Ms. Baughman earned her law degree, with honors, from the University of Texas School of Law.

**B. PROFESSIONAL EXPERIENCE IN PHARMACEUTICAL LITIGATION:**

12. I, along with my co-counsel, represented the states of Mississippi, Maryland, Kentucky, West Virginia, South Carolina, Utah, and New Mexico in their lawsuits against GlaxoSmithKline arising out of its fraudulent marketing of the diabetes drug Avandia in those states. Baron & Budd also represented over 7,000 individuals who were harmed by using Avandia. I played a key role in negotiating the settlement of the seven states' claims for $177 million. In comparison, the federal/multi-state settlement of 37 states and the District of Columbia resulted in a collective settlement of $90 million for those 38 entities combined.

13. I lead Baron & Budd's pharmaceutical litigation, which currently includes the following active cases: personal injury claims regarding transvaginal mesh implants against Johnson & Johnson, Ethicon, Inc., C.R. Bard, Inc., American Medical Systems, Inc., Boston Scientific Corp., Coloplast Corp., and others; personal injury claims regarding the drug Lipitor filed against Pfizer, Inc.; personal injury claims regarding the drugs Risperdal and Invega filed against Janssen Pharmaceuticals, Inc. and related entities; personal injury claims regarding Testosterone replacement therapy filed against Abbott Laboratories, AbbVie, Inc., Eli Lilly and Company, Lilly USA, Pfizer, Inc., Pharmacia & Upjohn Company, Inc., Endo Pharmaceuticals, GlaxoSmith Kline, LLC, Actavis, Inc., and others; personal injury claims regarding metal on metal hip implants filed against DePuy Orthopaedics, Inc., Wright Medical Technology, Inc., Biomet, Inc., and related entities; personal injury claims regarding the drug Xarelto filed against Janssen Pharmaceuticals and Bayer HealthCare; personal injury claims regarding the drugs Levaquin, Avelox and Cipro filed against Janssen Pharmaceuticals, Inc. and Bayer HealthCare Pharmaceuticals, Inc.

14. Baron & Budd currently represents the State of Mississippi and (in cases filed separately from Mississippi's suit) hundreds of personal injury claimants in

5

pharmaceutical/medical device litigation regarding the dialysate Granuflo. My partner Burton LeBlanc was appointed by the Honorable Douglas P. Woodlock of the U.S. District Court for the District of Massachusetts as a member of the Plaintiffs' Steering Committee in *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigatio*n, an MDL that is pending in that court, and my partner Laura Baughman has played a key role in science-related and expert depositions in that litigation.

15. Baron & Budd played a leading role in representing individuals harmed by the diet drug Fen-Phen. The firm was instrumental in negotiating the Seventh Amendment to the AHP Settlement Agreement, which required the defendants to place an additional $1.275 billion into a trust for those suffering mitral valve regurgitation and other health-related issues caused by the diet drug. In addition to its role in achieving the 2004 Fen-Phen settlement in conjunction with the MDL, Baron & Budd has settled Fen-Phen personal injury claims for approximately 3300 of its own clients.

C. CONCLUSION:

16. My work in negotiating settlements on behalf of numerous plaintiffs in asbestos and pharmaceutical litigation evidences my ability to build consensus and work effectively with counsel for plaintiffs and defendants. As evidenced by the myriad of MDLs and mass tort litigations involving a variety of co-counsel in which I and other Baron & Budd attorneys have served as part of the plaintiffs' leadership, my firm and I have the experience, resources, and willingness to commit to this very important litigation. If I am appointed as a member of the Plaintiffs' Steering Committee, I will have the full support and resources of my partners, along with the abundant resources of the entire firm.

17. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: October 20, 2015 /s/ Russell W. Budd
Russell W. Budd
(TX Bar No.: 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
rbudd@baronbudd.com