IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570<br>Case No.: 1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO ALL CASES

### AFFIDAVIT OF WILLIAM B. CURTIS IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT PLAN NO. 11 AND PLAINTIFFS' LEADERSHIP STRUCTURE

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

WILLIAM B. CURTIS, being duly cautioned and sworn, hereby states as follows:

1.  I am William B. Curtis and I have personal knowledge of the matters to which I am attesting.

2.  I currently represent eight (8) individuals filed in the MDL and my office is currently investigating many additional cases.

3.  I am Chair of the American Association of Justice (AAJ) Reglan Litigation Group for nationwide Reglan litigation, and lead counsel for over 300 Reglan cases pending across various jurisdictions.

4.  I was appointed to the Plaintiff Steering Committee in the nationwide Reglan Litigation, and in the Lipitor JCCP (*In Re "Lipitor Cases" and Numbered JCCP 4761; Superior Court of the State of California*).

5. I formerly served on the Hormone Replacement Therapy (HRT) Litigation's Governing Committee (*In Re Prempro Products Liability Litigation; USDC Eastern District of Arkansas*), and served as lead counsel in a Prempro bellwether case in Little Rock, Arkansas (Helene Rush v. BMS, et al).

6. I have personally presented and participated in multiple depositions all over the country including depositions of corporate representatives, sales representatives and experts.

7. I have a preeminent, A/V rating by Martindale-Hubbell, a Texas Super Lawyer since 2003 by Texas Monthly Magazine.

8. I am board certified personal injury trial lawyer by the Texas Board of Legal Specialization.

9. I was admitted to practice law in Texas and before the Supreme Court of Texas on November 6, 1992; the United States District Courts of Texas, Northern, Western, Eastern and Southern Districts (4/10/95, 12/27/04, 4/16/01 and 10/26/07, respectively); the United States District Court for the Eastern and Western Districts of Arkansas (3/18/05); and the United States Supreme Court (2/22/11). I am a current member in good standing in said courts.

10. I am competent to handle any and all assignments that are required of Plaintiff's Executive Committee in this MDL. Further, I will continue to fairly represent the various interests in the litigation.

11. My firm has the resources, commitment, and qualifications to accomplish any assigned task and I have worked cooperatively with opposing counsel and this Honorable Court to date and with the other members of the Plaintiff's leadership.

12. A copy of my Curriculum Vitae is attached hereto (Exhibit A).

FURTHER AFFIANT SAYETH NAUGHT.

_____
WILLIAM B. CURTIS

SWORN TO AND SUBSCRIBED BEFORE ME on this 19th day of November, 2015.

_____
Notary Public, State of Texas

JOSMARY A GOMEZ
My Commission Expires
May 14, 2016

AFFIDAVIT OF WILLIAM B. CURTIS – PAGE 3

# EXHIBIT A

WILLIAM B. CURTIS
Curtis Law Group
7557 Rambler Road, Suite 1050
Dallas, Texas 75231
214.890.1000 / Fax 214.890.1010
Toll Free 1.800.890.7449
bcurtis@curtis-lawgroup.com
www.curtisw-lawgroup.com

| | |
|---|---|
| **EMPLOYMENT EXPERIENCE** | Trial practice focused on personal injury |
| | Curtis Law Group<br>7557 Rambler Road, Suite 1050<br>Dallas, Texas 75231<br>Principal Owner/Trial Attorney October 2010 – Present |
| | Miller, Curtis & Weisbrod, LLP<br>11551 Forest Central Drive, Suite 300<br>Dallas, Texas 75243<br>Partner/Trial Attorney 2006-2010 |
| | Miller & Curtis<br>5489 Blair Road<br>Dallas, TX 75231<br>Partner/Trial Attorney 2000-2006 |
| | Law Office of Frank L. Branson, PC<br>4514 Cole Avenue, Suite 1800<br>Dallas, Texas 75205<br>Trial Attorney May 1996 - June 2000 |
| | Vial, Hamilton, Koch & Knox, L.L.P.<br>1717 Main Street, Suite 4400<br>Dallas, Texas 75201<br>Associate in Tort Litigation May 1992 - May 1996 |
| **BOARD CERTIFICATION** | Board-Certified – Personal Injury Trial Law, by the Texas Board of Legal Specialization |

| | |
|---|---|
| **PROFESSIONAL MEMBERSHIPS** | State Bar of Texas |
| | College of the State Bar of Texas |
| | Dallas Bar Association |
| | Texas Trial Lawyers Association |
| | Dallas Trial Lawyers Association |
| | American Association for Justice, f/k/a American Trial Lawyers Association (former State Delegate, National College of Advocacy Trustee) |
| **EDUCATION** | Baylor University School of Law, Waco TX<br>Juris Doctorate, May 1992 |
| | Moorhead State University, Moorhead MN<br>Magna Cum Laude Bachelor of Arts in Political Science and Criminal Justice, Minor in Mathematics, May 1989 |
| **HONORS PROGRAM** | North Dakota State University, Fargo ND<br>Magna Cum Laude Completion of Honors Program<br>May 1989 |
| **HONORS AND PROFESSIONAL ACTIVITIES** | Preeminent, A/V Rating by Martindale-Hubbell |
| | Million Dollar Advocates Forum |
| | Phil Delta Phi |
| | Texas Super Lawyer 2003 and yearly since, *Texas Monthly Magazine* |
| **CLE PRESENTATIONS** | Contributing Author, 1997, 1998, 1999 and 2000 Annual Survey of Texas Law, "Personal Torts," SMU Law Review |
| | Author, 1997 Advanced Trial Advocacy for Winners Course, "Closing Arguments - Plaintiff's Perspective" |
| | Contributing Author, 1997 Advanced Evidence and Discovery Course, State Bar of Texas "Evidence on Damages"<br>July 1997, University of Houston Law Center ,Advanced |

Personal Injury Course Seminar, "Evidence Law Update"

August 1997, University of Houston Law Center, Advanced Personal Injury Evidence and Discovery Seminar, "Evidence Law Update"

October 1997, National Employment Lawyers Association – Dallas/Fort Worth Chapter, "Evidence Law Update"

April 1998, University of Houston Law Center, Advanced Civil Litigation Seminar, "Evidence Law Update"

September 2000, Texas Trial Lawyers Association, Medical Malpractice Conference, "The Aging Parents of Babyboomers – Nursing Home Regulation and Litigation"

November 2001, Texas Trial Lawyers Association, Staying in the Current Seminar, "Does *Palacios* Swallow Article 4590i?"

September 2002, Texas Trial Lawyers Association, 13th Annual Advanced Medical Malpractice Seminar, "The Lost Art of Pleading Negligence Per Se"

August 2003, National Business Institute Seminar, "Admissibility of Evidence and Expert Testimony in Texas"

June 2004, State Bar of Texas Seminar, Employment and Insurance Issues for People with Disabilities, "Long-Term Disability Appeals and Litigation"

2001, 2002, 2003, 2004, University of Houston Law Foundation, Advanced Evidence and Discovery Seminar, "Credibility & Impeachment: Direct and Cross-Examination"

August 2004, Texas Trial Lawyers Association, Hot Tips for Hot Times Seminar, "Voir Dire"

September 2004, Lorman Education Services Seminar, "Civil Voir Dire: Practical Tips and Techniques in Texas"

November 2006, American Trial Lawyers Association,

Protecting the Public: Pharmaceutical and Medical Device Litigation Seminar, "Punitive Damages Closing Argument Demonstration"

April 2006, Texas Trial Lawyers Association Maximizing Your Case Recovery in 2006 Seminar, "Lawyer Joint Ventures – How To and How Not To"

August 2007, Teleseminar by SeminarWeb/Texas Trial Lawyers Association, "Pharmaceutical Litigation Update"

April 2008, Texas Trial Lawyers Association, "Credibility & Impeachment: Direct and Cross-Examination"

September 2008, American Association for Justice Pharmaceutical Seminar, "Allegories and Analogies of Corporate Greed"

June 2009, Texas Trial Lawyers Association Advanced Personal Injury Seminar, "I Want A New Drug (Pharmaceutical Litigation Update)"

July 2009, American Association for Justice Teleseminar "Hot Topics in Pharmaceutical and Medical Device Litigation" – Reglan (Metroclopramide)

July 2009, American Association for Justice 2009 Annual Convention, "Undressing the Defense Expert"

September 2009, American Association for Justice, Litigating Toxic Tort, Pharmaceutical and Medical Device Cases Seminar, "Ethics of Mass Tort Settlements"

February 2010, American Association for Justice Winter Convention, "Allegories and Analogies of Corporate Greed: Have America's Pharmaceutical Companies Been Taking Lessons From A Columbia Drug Cartel?"

April 2010, Texas Trial Lawyers Association, "I Want a New Drug, Part 2 (Pharmaceutical Litigation update)

July 2010, American Association for Justice Summer Convention, "Panel:   Liability Questions Relating to

Off-Label and Generic Drugs"

October 2010, American Association for Justice, Course Moderator "AAJ's Medicare Set Aside Trusts-Post Settlement Issues

January 2011, American Association for Justice *Mensing* Teleseminar, Moderator, "*Pliva v. Mensing* – Are Generic Drug Companies Entitled to Immunity?"

February 2011, American Association for Justice, AAJ Winter Convention, "Reglan/Metoclopramide Litigation Update"

April 2011, American Association for Justice Topamax Teleseminar, "Liability of the Generic Manufacturers"

May 2011, Fosamax Teleseminar: "Medicine and the Current Correlation between the Drugs and the Fractures"

June 2011, American Association for Justice Fosamax Teleseminar, "Medicine and the Current Correlation Between the Drugs and the Fractures"

June 2012, article published in American Association for Justice *Trial Magazine*, "Transvaginal Mesh and the 510(k) Process"

July 2012, American Association for Justice, AAJ Summer Convention, "Liability of the Generic Manufacturers"

October 2014, Dallas Mass Torts Conference – panel membre

March 2015, American Association for Justice, Plaintiff-Only Hot Topics and Trends in Litigation Seminar, "Theories of Innovator Liability and Zofran exceptions to *Mensing*