IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

### AFFIDAVIT OF QUALIFICATIONS OF BRIAN KEITH JACKSON FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Brian Keith Jackson, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation. I am of sound mind, capable of making this Affidavit, have not been convicted of any felony, am over the age of majority, am personally acquainted with the facts herein stated, and know that such facts are true and correct.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in medical device and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I am an attorney in good standing with the State Bars of Georgia and Alabama.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role with respect to experts, science, discovery, and settlement negotiations, if and when appropriate.

4. I am a founding partner of Riley & Jackson, P.C. and have successfully co-managed the firm since 1999, with formal incorporation of the firm occurring in 2000. I have overseen and

1

managed the growth and diversification of Riley & Jackson's litigation practice, which began as a high volume single event trial practice and has evolved into a combination of complex single event cases such as medical malpractice, nursing home abuse, and products liability, as well as multi-claimant securities arbitrations before the NASD and mass tort medical device litigation.

5. Our firm's abilities were recently recognized by the City of New Orleans, which selected our litigation team for upcoming litigation for recovery of unpaid lodging taxes by corporate participants in the online travel industry. The formal award of a contract is pending. I was co-lead counsel for Mobile County, Baldwin County, Bayou la Batre, and Dauphin Island in the BP Deepwater Horizon Gulf of Mexico Oil Spill Litigation. I was lead counsel for 184 Claimants and co-lead counsel for 276 Claimants in the da Vinci Surgical System Litigation, co-lead counsel for 119 Claimants in arbitrations we filed over the Bear Stearns collapse, lead counsel for approximately 200 Claimants and co-lead counsel for approximately 1,000 Claimants in the WorldCom arbitrations, and co-liaison counsel for the New Mexico State Employee Retirement Fund in the HealthSouth Corporation Securities Litigation.

6. I have been lead or co-lead counsel in over 750 single event cases, estimated, and have tried numerous complex cases to jury verdict and arbitration ruling.

7. I am AV-rated by Martindale-Hubbell Law Directory, its highest rating, and have been so rated for 10 years. My CV is attached hereto as Exhibit A.

8. I am a principal of Riley & Jackson, P.C., a professional corporation that was founded in 2000. The firm's primary focus is and always has been on representing plaintiffs on a contingency fee basis, and its significant areas of litigation include wrongful death, catastrophic injuries, medical device injuries, property damages, and investor protection.

9. Both I and my firm have achieved acclaim for our litigation work, including the following awards and appointments:

- My partner Rob Riley, our associate Jay Murrill, and I were all recognized by *SuperLawyers*® for the years 2012-2015.
- Our firm was named among the "2015 Best Law Firms" by U.S. News & World Report.
- My partner Rob Riley and I are both members of the MultiMillion Dollar Advocates Forum based upon 7 and 8 figure verdicts and settlements we have obtained for our clients.
- I was named "Best of the Bar" by the Birmingham Business Journal.

10. My work in negotiating settlements on behalf of plaintiffs in some of the most complex and contentious single event litigation in Alabama - medical malpractice and products liability litigation - evidences my ability to manage complex files and aggressively prepare a file for litigation while simultaneously building a professional relationship that allows effective and efficient work with counsel for both plaintiffs and defendants. If I am appointed as a member of the Plaintiffs' Steering Committee, I will have the full support and resources of my partner and attorneys in my firm, along with the financial resources of the entire firm, which have been built over the past 16 years. Our firm has more than adequate financial resources for full participation in this litigation.

11. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients, whose potential claims are currently under our review, and for the common benefit of all Plaintiffs.

FURTHER AFFIANT SAITH NOT.

*(signature on following page)*

3

_____
BRIAN KEITH JACKSON

**STATE OF ALABAMA** )
**JEFFERSON COUNTY** )

    I, the undersigned authority, a Notary Public in and for said State and County, do hereby certify that BRIAN KEITH JACKSON, whose name is signed to the foregoing instrument and who is known by me, acknowledged before me on the 26th day of October, 2015 that, being duly informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Notary Public
My Commission Expires: _____

MARY MALEA SELLERS
Notary Public, Alabama State At Large
My Commission Expires Feb. 19, 2019

4

# EXHIBIT

# A

# BRIAN KEITH JACKSON – RILEY & JACKSON, P.C.

3530 Independence Dr., Birmingham, AL 35209 | 205-879-5000 | kj@rileyjacksonlaw.com | www.rileyjacksonlaw.com

**LICENSURE:**

State Bar of Georgia (386080):  1995
Alabama State Bar (7519-J66B):  1999

**COURTS ADMITTED:**

Eleventh Circuit
Alabama Supreme Court
Supreme Court of Georgia
U.S. District Courts, Alabama
U.S. District Courts, Georgia

**EDUCATION:**

| | |
|---|---|
| Emory University School of Law<br>    Atlanta, GA, Degree: J.D. | 1995 |
| University College of London<br>    London, England, Non-Degreed International Law Program | 1993 |
| University of Alabama<br>    Tuscaloosa, AL, Degree: B.S. | 1991 |

**NOTABLE REPRESENTATION:**

City of New Orleans, Tax Recovery Litigation
    *Formal Contract Pending*

Mobile County, Baldwin County, Bayou la Batre, and Dauphin Island v. BP Exploration & Production, Inc., *BP Deepwater Horizon Gulf of Mexico Oil Spill Litigation*

Lead Counsel for 184 Claimants, Co-Lead Counsel for 276 Claimants v. Intuitive Surgical, Inc., *da Vinci Surgical System Litigation*

Co-Lead Counsel for 119 Claimants v. The Bear Stearns Companies, Inc., et al.
    *Bear Stearns Collapse Arbitrations*

Lead Counsel for approximately 200 Claimants, Co-Lead Counsel for approximately 1,000 Claimants v. Citigroup Global Markets, Inc., et al., *WorldCom Arbitrations*

1

Liaison Counsel, New Mexico State Employee Retirement Fund, co-lead Plaintiff for Shareholder Plaintiffs, In re HealthSouth Corporation Securities Litigation, United States District Court, Northern District of Alabama, CV 03-BE-1500-S

Lead or Co-Lead Counsel In Over 750 Single Event Cases

Numerous Complex Cases Tried to Jury Verdict

Over 900 (est.) Depositions Taken and Defended

Over 75 (est.) Expert Depositions Taken and Defended

**POSITIONS HELD:**

Principal-Riley & Jackson, P.C.
Birmingham, AL
1999-Present

Associate-Hendrick & Hunter, L.L.C.
Atlanta, GA
1996-1999

Attorney-King & Spalding
Atlanta, GA
1995-1996

**PROFESSIONAL AWARDS AND HONORS:**

Recognized by *SuperLawyers*®, 2012-2015
2015 Best Law Firms, U.S. News & World Report
AV rated 10 years
Birmingham Business Journal, *Best of the Bar*
Birmingham Magazine, *Birmingham's Rising Stars*
MultiMillion Dollar Advocates Forum
National Trial Lawyers Top 100 Trial Lawyers (Alabama), 2013-2015
Emory University School of Law Best Oral Advocate

**PROFESSIONAL SOCIETIES & AFFILIATIONS:**
American Association for Justice
Association of Plaintiff Interstate Trucking Lawyers of America
Order of Barristers
Lamar Inn of Court
The Alabama Law - Editorial Board (previous)
Alabama State Bar Leadership Forum – Chairperson (previous)

2

**PRESENTATIONS:**

*Handling the Traumatic Brain Injury Case* (Alabama Law Weekly, Tort Conference)
*Establishing Potential Areas of Hospital, Corporate, and Institutional Liability in Medical Malpractice Cases* (National Business Institute Seminar)
*Common Themes and Defenses in Medical Malpractice Cases* (National Business Institute Seminar)
*Testimonial and Documentary Evidence* (National Business Institute Seminar)
*Nursing Home/Assisted Living Facility Abuse and Exploitation* (National Business Institute Seminar)

3