IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

## AFFIDAVIT OF QUALIFICATIONS OF CHRISTOPHER T. KIRCHMER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Christopher T. Kirchmer, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in pharmaceutical and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I am an attorney in good standing with the State Bar of Texas.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role with respect to discovery, science, and settlement negotiations, if and when appropriate.

4. I graduated from the University of Texas School of law in 1995 and have practiced personal injury trial law with Provost✷Umphrey Law Firm, L.L.P. for the 20 years since. For the last 11 years I have focused exclusively on pharmaceutical and medical device litigation. I am board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization.

1

5. I head Provost☆Umphrey's pharmaceutical litigation department, which currently includes hundreds of active cases involving many different devices and drugs, including Granuflo, transvaginal mesh implants, Mirena IUD, Zofran, Actos, testosterone replacement therapy, Xarelto, and metal on metal hip implants.

6. In addition to my firm's vast experience in mass torts outlined below, I have personal experience serving in Plaintiffs' MDL leadership and trying bellwether cases. I am on the Plaintiffs' Steering Committee in the MDL no. 1507, *In re: Prempro Products Liability Litigation*, Cause No. 4:03-cv-1507-WRW where I was the lead trial lawyer in two bellwether trials: *Gloria Jean Curtis, et al v. Wyeth, Inc., et al*; Case No. 3:05-cv-00074-BRW, and *Margaret Wilson, et al v. Wyeth, Inc., et al*; Cause No. 3:05-cv-00078-BRW.

7. Founded in 1969, Provost☆Umphrey Law Firm, LLP has been a leader in complex litigation for over 4 decades. Provost☆Umphrey is one of the largest and most accomplished plaintiffs' law firms in the country. The firm employs 24 attorneys and approximately one hundred ten support staff including paralegals, legal secretaries, technical support personnel, and accounting personnel. Provost☆Umphrey has represented individuals, businesses and public entities in matters from coast to coast. Its primary focus is on representing plaintiffs on a contingency fee basis, and its significant areas of litigation include occupational and environmental injury cases, pharmaceutical injury cases, property damage claims, investor protection, environmental damage cases, and class action litigation.

8. Both I and my firm have achieved national acclaim for our work on cutting-edge litigation, including the following recent accolades:

- Along with thirteen other Provost & Umphrey lawyers, I was selected to the 2016 edition of *The Best Lawyers in America.*

2

- Named as a Best Law Firm in America by *U.S. News and World Report* for the past 7 years.

- Named an Elite Trial Law Firm by *The National Law Journal* in 2014.

- Had two Top Verdicts in 2012 as recognized by *The National Law Journal*.

- Had one Top Verdict in 2013 as recognized by *The National Law Journal*.

9. Provost✶Umphrey has been a leader in mass tort and complex litigation since initiating and serving as lead counsel in *Cimino v. Raymark Industries, Inc.*, the landmark consolidation of 2,298 asbestos cases. The firm was appointed Lead Counsel in the $17.3 billion Texas Tobacco Litigation by Texas Attorney General Dan Morales. Provost☐Umphrey has attorneys that currently serve or have served on the following committees: Texas Asbestos MDL Liaison Committee; the Trust Advisory Committee (TAC) for the JT Thorpe, Shook Fletcher, Asarco, AC&S, Kaiser Silica, APG Silica and DII Silica Trusts; the Asbestos Creditors Committees for Pittsburgh Corning; Executive Committee, Steering Committee and Discovery Committee in *City of West, Texas v. CF Industries Sales, LLC, et al*, Cause No. 2013-2476-4 (the West Fertilizer Explosion Litigation); Financial Institutions Damages Committee for MDL No. 2522, *In Re: Target Corporation Customer Data Security Breach Litigation*, Cause No. 14-cv-00203 PAM/JJK; and Special State Counsel Committee for MDL No. 1401, *In Re: Sulzer Hip Prosthesis & Knee Prosthesis*, Cause No. 1:00-cv-00569..

10. Provost✶Umphrey has served as class counsel in the following class actions: *Orlando's Bakery, et al v. Tennessee Eastman Chemical Co, et al*, Cause No. 99-560-11 a Tennessee class action against several chemical companies alleging price fixing in the sale of food preservatives; *Middle Tennessee Teamsters Healthcare Trust Fund v. Mylan Laboratories, Inc.*, Cause No. 98-3833-II a Tennessee class action on behalf of third party payors alleging

violations of various state antitrust laws; *Connecticut State Employees Retirement Fund v. Waste Management, Inc.*, Lead Cause No. H-99-2183 a class action alleging securities fraud; and *Bouaphakeo, et al v. Tyson Foods, Inc.*, (SD IA) Cause No. 5:07-cv-04009; *Acosta v. Tyson Foods, Inc.*, (D. NE) Cause No. 8:08-cv-000086; and *Gomez v. Tyson Foods, Inc.*, (D. NE) Cause No. 8:08-cv-00021, class actions on behalf of meatpacking workers alleging violations of the FLSA and state wage laws; *Matthews Smith, et al v. Texaco, Inc., Texaco Chemical Company and Star Enterprise, Inc.*, Cause No. 1:96-cv-00749 alleging racial discrimination against Texaco, Inc., Texaco Chemical Company and Star Enterprise, Inc.; *In Re: Light Cigarettes Marketing and Sales Practices Litigation*, Cause No. 1:09-md-02068-JAW alleging false advertisement; and *Susan Weatherford, et al v. Bridgestone/Firestone, Inc., et al*, Cause No. B-170, 462, alleging tire defects in Ford rollover cases.

11. Provost✶Umphrey has been counsel in the following qui tam cases: *U.S. Ex Rel. Roby v. Boeing Co.*, Cause No. C-1-95-375, alleging the use of defective gears in the Army Chinook Transport helicopters resulting in the loss of Marine soldiers' lives; *United States of America, Ex. Rel. J. Benjamin Johnson, Jr., et al v. Shell Oil Company, et al*; Case No. 9:96-CV-00066 alleging failure to pay oil royalties; and *USA, ex rel McNeese v. AmMed Direct, Inc.*, (MD TN) Cause No. 3:09-cv-0027, a False Claims Act suit alleging Medicare fraud based on violations of Medicare regulations governing sale of diabetic supplies.

12. Provost✶Umphrey's success and size, along with the diversity of its docket ensures that the firm will have the resources necessary to carry a share of the financial burden of this litigation commensurate with a place on the Plaintiffs' Steering Committee and the firm is committed to doing so.

13. As evidenced by the number of MDLs and mass tort litigations involving a variety of co-counsel in which I and other Provost✯Umphrey attorneys have served as part of the plaintiffs' leadership, my firm and I have the experience, resources, and willingness to commit to this litigation. If I am appointed as a member of the Plaintiffs' Steering Committee, I will have the full support and resources of my partners, along with the abundant resources of the firm.

14. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC.

Dated: October 27, 2015

Christopher T. Kirchmer
Texas State Bar No. 00794099
Provost ✯ Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704
Tel.: (409) 835-6000
Fax: (409) 813-8614
Email: ckirchmer@pulf.com

SUBSCRIBED AND SWORN TO BEFORE me on this the 27th day of October, 2015.

ANGEL EASLEY LEE
Notary Public, State Of Texas
My Commission Expires
08-09-2016

5