IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to All Actions | |

### AFFIDAVIT OF QUALIFICATIONS OF JOHN R. "SCOTTY" MACLEAN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, John R. "Scotty" MacLean, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in pharmaceutical and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I have been licensed to practice law since 1993 and I am an attorney in good standing with the State Bar of Texas.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role in this litigation.

4. I am the principal in the MacLean Law Firm, P.C. which has offices in Fort Worth and Cleburne Texas. My firm was established in 2011 and I have been engaged primarily in the practice of personal injury litigation including pharmaceutical and medical device litigation. Prior to establishing my own firm I was a partner at Jose, Henry, Brantley, MacLean and Alvarado LLP, a Texas plaintiffs firm that was actively engaged in all aspects of Plaintiffs litigation, including medical device and pharmaceutical litigation.

1

5. I am AV-rated by Martindale-Hubbell Law Directory, its highest rating. My professional biography is attached hereto as Exhibit A and additional information relating to my practice can be found at www.macleanfirm.com.

### A. ACCESS TO RESOURCES:

6. As the principal of the MacLean Law Firm, P.C., I have access to the necessary capital to assist the PSC in the prosecution of this litigation.

### B. PROFESSIONAL EXPERIENCE IN PHARMACEUTICAL LITIGATION:

7. My practice has included active experience in pharmaceutical and medical device litigation. I have successfully litigated cases involving the following products:

- Breast Implants
- Fen-Phen
- Rezulin
- Vioxx
- Transvaginal Mesh
- ASR Metal on Metal Hip Implants

8. Currently I have been retained by numerous individuals who were implanted with IVC filters and I am currently pursuing claims on their behalf.

### C. CONCLUSION:

My work in representing numerous plaintiffs in medical device and pharmaceutical litigation and my ability to work effectively with counsel for plaintiffs and defendants renders me qualified to serve in leadership in this litigation. I have the experience, resources, and willingness to commit to this very important litigation. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

2

Dated: November 16, 2015

_____
John R. "Scotty" MacLean
(TX Bar No.: 0078942)
MacLean Law Firm, P.C.
4916 Camp Bowie Blvd.
Fort Worth, TX 76107
Tel.: (817) 529-1000
Fax: (817) 698-9401
smaclean@macleanfirm.com

**SWORN AND SUBSCRIBED** before me on the 16th day of November 2015, to certify which witness my hand and seal of office.



NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
Printed named: Chelsey Rapp
MY COMMISSION EXPIRES: 1-18-16

3

**MACLEAN LAW FIRM, P.C.**
WWW.MACLEANFIRM.COM

# John R. "Scotty" MacLean

### Professional History

| | |
|---|---|
| *1993 – 2011* | Attorney/Partner: Jose, Henry, Brantley, MacLean & Alvarado, LLP |
| *2011 – Present* | Attorney/Owner: MacLean Law Firm, P.C. |

### Education

| | |
|---|---|
| *1989* | University of Oklahoma, B.A. Political Science |
| *1993* | Texas Tech University, Doctor of Jurisprudence |

### Past and Present Professional Activities

Texas Bar Association (No. 00787942)

Tarrant County Bar Association

American Association of Justice

Texas Trial Lawyers Association

Super Lawyer – "Rising Star"-Texas Monthly Magazine

Named Best Lawyer(s) in Fort Worth – Fort Worth Texas Magazine

AV Rated by Martindale-Hubbell Law Directory

Academy of Rail Labor Attorneys - Member

Designated Legal Counsel - SMART/UTU Transportation Union

### Courts Admitted

All Texas State Courts

United States District Court-Northern District of Texas

United States District Court-Southern District of Texas

United States District Court-Western District of Texas

United States District Court-Eastern District of Texas

United States District Court-Eastern District of Michigan

PRINCIPAL OFFICE
4916 CAMP BOWIE BLVD. • FORT WORTH, TX 76107
P: 817.529.1000 • F: 817.698.9401

CLEBURNE OFFICE
11 MAIN STREET • CLEBURNE, TX 76031


EXHIBIT A