IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

## AFFIDAVIT OF QUALIFICATIONS OF HOWARD L. NATIONS FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Howard L. Nations, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in pharmaceutical and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I am an attorney in good standing with the State Bars of Texas and New York.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role with respect to focus groups, bellwether litigation, trial consulting, discovery and settlement negotiations, and any other role in which I may make a substantial contribution to the PSC. I am very familiar with the substantial commitment of time and resources that is involved in being a member of the PSC. I have the time, experience, resources and the desire to be a member of the Cook PSC because of my substantial interest in IVC litigation.

My firm is currently reviewing several hundred potential IVC cases and anticipate filing numerous cases in both this MDL and the Bard MDL. I currently have both Bard and Cook cases on file and anticipate filing many more.

4. I have been in the practice of trial law for forty-nine years, having tried my first case in October 1966. I spent five years with a large firm on the defense side of the docket and have been prosecuting plaintiffs' case and business litigation for 45 years. I also defended more than 300 pro bono criminal defense cases. I have been Board Certified in Personal Injury Trial and Civil Trial Law by the Texas Board of Legal Specialization since 1980 and have been nationally Board Certified in Civil Trial Advocacy by the National Board of Trial Advocacy since 1983. I qualified as a Diplomate of Trial Advocacy with the National College of Advocacy in 1994.

5. I am President and sole owner of the Nations Law Firm, which I founded on May 1, 1971. In the past forty-nine years, I have tried a wide variety of personal injury, business, domestic, criminal, probate and real estate cases. In 2012 I was advised that as a result of my accomplishments in the courtroom, I was selected for induction into the Trial Lawyer Hall of Fame. In 2014 I was inducted as a Fellow into the Litigation Counsel of America and in 2015 I was inducted as a Fellow into the National Association of Distinguished Counsel. My C.V. is attached as Exhibit A.

6. Since 2005, I have been involved almost exclusively in mass tort litigation, having served on Plaintiffs Steering Committees in Zyprexa, Ortho Evra and Gadolinium MDL's, and carried dockets totaling thousands of cases in TVM, Actos, ASR Hips, Avandia, Risperdal, Trasylol, Pinnacle and Pradaxa, among others.

7. I currently represent several thousand Plaintiffs in mass tort cases arising from the "Deepwater Horizon" BP Oil Spill Litigation, including the Medical Benefits Settlement Class Action; BELO litigation and BP Subsistence Economic Loss claims. The Medical Benefit and Subsistence cases are settled and are currently in settlement administration. I have more than 50 staff members and attorneys working on the BP dockets in five states and they do not currently require a lot of my personal time.

8. The Nations Law Firm is actively prosecuting mass tort cases in Florida, Louisiana, Mississippi, Alabama, and Texas on behalf of 35,000 clients and has represented mass tort clients from all fifty states. The cases are currently being prosecuted by a combination of more than 100 attorneys and staff.

9. During forty-nine years of trial work, I have been privileged to have served in a number of leadership roles in lawyer organizations, including serving as President of The Texas Trial Lawyers Association, The Southern Trial Lawyers Association, The National Trial Lawyers Association, APITLA (Trucking lawyers), The Melvin Belli Society, The Aletheia Institute, and five years as an officer and Executive Committee member of The American Association for Justice.

10. I have also been privileged to receive awards from attorney associations including the AAJ's Lifetime Achievement Award; STLA's Smiley Lighthouse Award; APITLA's Man in the Arena Award; AAJ' Heavy Lifting Award; the Melvin Belli Society's Mel Award; STLA's War Horse Award; the State Bar of Texas's President's Special Citation and the Gene Cavin Award, STLA's Malone Great American Eagle Award and AAJ's Wiedemann Wysocki Award on two occasions.

11. As a legal lecturer I taught trial related courses at South Texas College of Law for 25 years; founded AAJ's National College of Advocacy; led The State Bar of Texas CLE for several years, and lectured to lawyers and barristers in all fifty states, 12 foreign countries and six Canadian provinces.

12. I have negotiated thousands of cases in mass torts which produced several millions of dollars in settlements. I am currently lead counsel and lead negotiator for Plaintiffs in the BP Back End Litigation Option cases, which I am negotiating directly with counsel for BP.

13. As indicated, my firm is currently heavily involved in the IVC filter litigation; we have cases on file and anticipate that many of the cases that we are currently processing will be filed in this MDL or in the Bard MDL. I anticipate that I will be appointed to the Plaintiff Steering Committee of the Bard litigation later this week when the Court holds the initial MDL hearing. I have been working closely with several current members of the Cook PSC on the IVC filter

litigation and I would regard it as a privilege to be appointed by this Honorable Court as a member of this Plaintiff Steering Committee.

14. Based on the foregoing, I respectfully request that this Honorable Court appoint me as a member of the PSC. I would be honored to have the opportunity to serve the best interest of my clients, to work with the current PSC members and to work for the common benefit of all Plaintiffs.

Respectfully Submitted,

*Howard L. Nations*

Howard L. Nations
(TX. Bar No. 14823000)
The Nations Law Firm
3131 Briarpark Dr. # 208
Houston, Texas 77042
Tel. (713) 807-8400
Fax (713) 807-8423
nations@howardnations.com

Subscribed and sworn to before me, the undersigned, on this 27th day of October, 2015

*J. P. Meinecke*

NOTARY PUBLIC, in and for the
State of Texas

My commission expires: _____

J. P. MEINECKE
MY COMMISSION EXPIRES
August 31, 2016

CURRICULUM VITAE
**HOWARD L. NATIONS**
**Attorney-at-Law**
3131 Briarpark Drive #208
Houston, Texas  77042
713 807-8400

## EDUCATION
| | |
|---|---|
| Vanderbilt University School of Law | J.D.  1966 |
| Florida State University | B.A. 1963 |

## WORK EXPERIENCE:
| | |
|---|---|
| Butler, Binion, Rice, Cook & Knapp | 1966-1971 |
| The Nations Law Firm | 1971-Present |

## BOARD CERTIFICATIONS
| | |
|---|---|
| Texas Board of Legal Specialization | Personal Injury Trial Law |
| Texas Board of Legal Specialization | Civil Trial Law |
| National Board of Trial Advocacy | Board Certified in Civil Trial Advocacy |
| National College of Advocacy | Diplomate of Trial Advocacy |

## LEADERSHIP ROLES
| | |
|---|---|
| The National Trial Lawyers | Past President |
| Aletheia Institute | Past President |
| Melvin Belli Society | Past President |
| Southern Trial Lawyers Association | Past President |
| Texas Trial Lawyers Association | Past President |
| Association of Plaintiff Interstate Trucking Lawyers of America | Past President |
| Association of Trial Lawyers of America | Executive Committee (5 years) |

## AWARDS AND RECOGNITIONS
| | |
|---|---|
| National Association of Distinguished Counsel | 2015 Inducted as a Fellow |
| American Association for Justice | 2014 Lifetime Achievement Award |
| Southern Trial Lawyers Association | 2014 Smiley Lighthouse Award |
| Litigation Counsel of America | 2014 Inducted as a Fellow |
| APITLA | 2013 Man in the Arena Award |
| Trial Lawyer Hall of Fame | 2012 Inductee |
| American Association for Justice | 2011 Heavy Lifting Award |
| Melvin Belli Society | 2010 Mel Award |
| Mass Torts Made Perfect | 2010 Clarence Darrow Award |
| Southern Trial Lawyer's Association | 2009 War Horse Award |
| Southern Trial Lawyers Association | 2007 Malone Great American Eagle Award |
| State Bar of Texas | 2001 Gene Cavin Award |
| State Bar of Texas | 2001 President's Special Citation |

**Page 2:**
**Curriculum Vitae**
**Howard L. Nations**

### CONTINUING LEGAL EDUCATION

| | |
|---|---|
| National College of Advocacy | Founder & Co-Chair |
| State Bar of Texas CLE | Past Chair |
| Adjunct Law Professor | South Texas College of Law (25 years) |
| Legal Lecturer | 50 States, 6 Canadian Provinces, 12 Foreign Countries |

### AREAS OF SPECIALIZATION

| | |
|---|---|
| Civil/Personal Injury Litigation | Pharmaceutical/Medical Devices |
| Mass Torts | MDL Litigation |

**MDL Plaintiff Steering Committees:**

MDL No. 1596; *In re: Zyprexa Products Liability Litigation*;
In the United States District Court, Eastern District of New York

MDL No. 1742; *In re: Ortho Evra Products Liability Litigation*;
In the United States District Court, Northern District of Ohio, Western Division

MDL No. 1909; *In re: Gadolinium Based Contrast Agents Products Liability Litigation*;
In the United States District Court, Northern District of Ohio, Eastern Division

**MDL Leadership Roles:**

MDL No 2179; In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico
In the United States District Court, Eastern District of Louisiana
Lead Counsel in Back-End Litigation in Medical Benefits Class Action

### ADMITTED TO PRACTICE:
State Bar of Texas
State Bar of New York
United States Supreme Court
Several Federal Courts

### BUSINESS
Co-Founder                                                    Insurance Corporation of America

### MILITARY SERVICE
U. S. Army Military Intelligence
Russian Linguist

**EXHIBIT A**