IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

## AFFIDAVIT OF QUALIFICATIONS OF GREGORY D. RUEB, ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Gregory D. Rueb, Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs, and mass tort litigation, extensive litigation, discovery and jury trial experience and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to corporate liability and depositions as well as assist with document review, electronically stored information (ESI), and overall discovery, if and when appropriate.

4. I am an attorney in good standing with the State Bar of California. I have been admitted to practice since 1991. I currently have an application for bar admission pending in the District of Columbia. I am admitted to practice in the United States District Court – Northern California since 1991, the United States Court of Appeals for the 9th Circuit since 1991, the United States District Court – Central California since 2011, the Supreme Court of the United

1

States since 2011 and have been admitted pro hac vice in numerous state and federal courts around the United States.

5. I am and have been the managing partner and president of Rueb & Motta, PLC since January 2004. Previously, I was a partner and shareholder in Gordon, DeFraga, Watrous and Pezzaglia from 1993 to 2004 and I was a deputy district attorney for Contra Costa County from 1991 to 1993.

6. I have been lead counsel in over 70 jury trials to verdict, taken and defended over 1,200 depositions, taken and defended over 300 expert depositions and been lead counsel in over 500 mediations and have recovered well over $50 million dollars for my clients.

7. I have extensive experience in large, complex cases, including class actions, MDLs, and mass torts. This experience includes being co-lead counsel for over 30,000 clients associated with the *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179), lead and co-lead counsel for over 100 transvaginal mesh cases *In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, *In re: Ethicon, Inc.. Pelvic Repair System Products Liability Litigation*, *In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, co-lead counsel for over 50 confirmed and over 400 potential C. R. Bard and Cook Medical IVC Filter cases, a committee member for the *In re: Bard IVC Filters Products Liability Litigation* (MDL No. 2641), co-lead counsel in *Kikuchi v. Synthes* (Contra Costa Superior Court Case No. C12-00518) – a complex, multiple wrongful death/off label promotion of a defective medical device action, lead counsel in *Berry v. Kinder Morgan* et al. (Contra Costa Superior Court Case No. 06-01052) multiple deaths and serious injuries from a major gas line explosion, co-counsel in *Duncan v. Tosco Refining Company* (Contra Costa Superior Court Case No. C06-01052) multiple deaths and serious injuries from a major oil refinery explosion, and lead counsel in *Perrault v. Bridgestone/Firestone and Ford Motor Company* (Trinity Superior Court Case No. 00-00179) defective tires and vehicles action.

8. I am a member of the American Association for Justice, the National Trial Lawyers Association, the Contra Costa Bar Association and the San Francisco Trial Lawyers Association and have been identified with distinction by several other lawyer rating organizations including being designated as a Top 100 Trial Lawyer in the Country by the NTLA. My biography is on my website and is summarized and attached hereto as Exhibit A.

9. Rueb & Motta, PLC is a national mass torts and serious injuries/wrongful death law firm with eight offices throughout California. Information about my firm is available at www.ruebmotta.com. Rueb & Motta has sufficient financial resources to litigate in an MDL and has routinely advanced millions of dollars in its cases.

10. I have substantial experience in tort and product-liability cases as well as large complex matters. I have worked cooperatively with both large groups of co-counsel as well as opposing counsel in order to achieve effective and efficient results for my clients. I am accustomed to working with and against counsel for plaintiffs and defendants in order to build consensus and to litigate disputes in efficient and effective manner in order to reduce disputes that come before the court. I have the experience, resources, and willingness to commit to this matter and will participate substantively in its advancement.

11. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: November 19, 2015

/s/ Gregory D. Rueb
Gregory D. Rueb, Esq.
(CA Bar No.: 154589)
RUEB & MOTTA, PLC
1401 Willow Pass Rd. Ste. 880
Concord, CA 94520
Tel.: (925) 602-3400
greg@rminjurylaw.com