IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to All Actions | |

**<u>AFFIDAVIT OF QUALIFICATIONS OF LAURA E. SMITH FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE</u>**

1. I, Laura E. Smith, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. As set forth more fully herein, I am both willing and have the ability to commit to a time-consuming process, have the ability to work cooperatively with others, have professional experience in pharmaceutical and mass tort litigation, and have access to sufficient resources to advance the litigation in a timely manner. I am an attorney in good standing with the State Bar of Louisiana.

3. Based on my areas of expertise and experience, as more fully set forth below, I would like to take a leadership role with respect to discovery, ESI, pharamcovigilance, regulatory matters and settlement negotiations, if and when appropriate.

4. To date, I have played a key role in the discovery matters in this litigation. I am the lead attorney managing ESI discovery and organizing the document review of twenty custodial files, in addition to hundreds of thousands of documents that have been produced as responsive to initial discovery requests. I plan to continue to devote a significant amount of time and firm resources to the role I have undertaken in this litigation.

**ACCESS TO RESOURCES**:

5. I am the Managing Associate at Heaviside Reed Zaic, a professional law corporation that was founded in 2007 and currently has offices in Washington, D.C and Laguna Beach, California. Heaviside Reed Zaic is an accomplished plaintiffs' law firm with paralegal/legal secretary support, technical support personnel and accounting personnel.

6. For eight years, Heaviside Reed Zaic has represented individuals and businesses in matters from coast to coast. Its primary focus is on representing plaintiffs on a contingency fee basis, and its significant areas of litigation include pharmaceutical injury cases, medical device litigation and class action litigation.

7. Heaviside Reed Zaic has achieved national acclaim for our work on cutting-edge litigation, including the following awards and appointments:

- In February 1997, Michael Heaviside was identified as one of the "Best Attorneys in Washington, DC" by the Washington Magazine. He has been listed in the prestigious "Best Attorneys in America" each and every year from 1995 to 2011, and published in the Lawdragon as one of the leading Plaintiff's lawyers in America.

- Michael Heaviside has been awarded the highest accolade in Martindale-Hubbell, AV/Preeminent rating, which signifies and confirms that Mr. Heaviside is highly respected, his legal abilities are of the highest standard and his professional ethics are unquestioned. Michael Heaviside's distinguished career as a champion for individuals' rights has earned him the distinction of being selected by his peers for inclusion in the "Best Attorneys in America."

- Heaviside Reed Zaic has been repeatedly selected by *Best Lawyers* as one of the country's premier law firms in mass tort claims.

**A. PROFESSIONAL EXPERIENCE IN PHARMACEUTICAL LITIGATION:**

8. I am a member and an accomplished leader of Heaviside Reed Zaic's pharmaceutical and medical device litigation teams, which includes the following active cases:

personal injury claims regarding the drug Lipitor filed against Pfizer, Inc.; personal injury claims regarding Incretin mimic drugs filed against Eli Lilly and Company, Lilly USA, Novo Nordisk Pharmaceuticals, Inc., Amylin Pharmaceuticals, and Merck and Company; personal injury claims regarding metal on metal hip implants filed against DePuy Orthopaedics, Inc; and personal injury claims regarding IVC Filters filed against C.R. Bard and Bard Peripheral Vascular.

9. Heaviside Reed Zaic currently represents hundreds of personal injury claimants in pharmaceutical litigation regarding the drug Lipitor. Our partner Michael Heaviside was appointed by the Honorable Richard M. Gergel of the U.S. District Court for the District of South Carolina as a member of the Plaintiffs' Steering Committee in *In Re: Lipitor (Atorvastatin Calcium) Products Liability Litigatio*n, an MDL that is pending in that court, and our office played a key role in science-related and expert depositions in that litigation.

B. CONCLUSION:

10. As evidenced by the MDLs and mass tort litigations involving me and members of my firm, Heaviside Reed Zaic and I have the experience, resources, and willingness to commit to this very important litigation. If I am appointed as a member of the Plaintiffs' Steering Committee, I will have the full support and resources of my firm,

11. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: October 26, 2015        /s/ Laura E. Smith
                               Laura E. Smith
                               (LA Bar No.: 33652)
                               HEAVISIDE REED ZAIC
                               312 Broadway Street, Suite 203
                               Laguna Beach, CA 92651
                               Tel.: (949) 715-5121
                               laura@hrzlaw.com

3