IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

**AFFIDAVIT OF QUALIFICATIONS OF PAUL L. STOLLER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

1. I, Paul L. Stoller, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit to substantial time to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs, and mass tort litigation, and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to discovery, electronically stored information (ESI), and preservation matters, if and when appropriate.

4. I am an attorney in good standing with the State Bar of Arizona. I have been admitted to practice since 1995. I am currently a member of the Arizona State Bar Civil Practice & Procedure Committee (the committee that address our State Rules of Civil Procedure); the Arizona State Bar Class Action and Derivative Suits Committee, and the Arizona State Bar Fee Arbitration Committee. I am also currently (and have been since 2005) a Judge Pro Tempore for Maricopa County Superior Court.

1

5. I am and have been a shareholder at Gallagher & Kennedy, P.A. since March 2008. Previously, I was a partner or shareholder in Snell & Wilmer, LLLP, and Meyer, Hendricks & Bivens, P.A.

6. I have extensive experience in large, complex cases, including class actions, MDLs, and mass torts. This experience includes being part of the Plaintiffs' leadership in *In re Bard IVC Filters Products Liability Litigation* (D.Ariz) in which my partner, Robert Boatman, is Co-Lead/Liaison counsel and for which I am chair or co-chair of several Plaintiffs' Steering Committee subcommittees; counsel for class representatives and the class in data-breach case against community colleges currently pending in the District of Arizona; lead counsel for a national hotel company in defense of class action antitrust claims consolidated in an MDL in the the Northern District of Texas [*In re Online Travel Company Hotel Booking Antitrust Litig.*, 997 F. Supp.2d 526 (N.D. Tex. 2014)]; lead counsel for a national truck driving company in defense of consolidated national class actions in the Western District Tennessee; lead counsel for a national insurance company in defense of a national class action for breach of contract in the District of Arizona; lead counsel for national automobile insurance company in defense of a class action for breach of contract in the District of Montana. I also had experience as an associate attorney at Meyer Hendricks in defense of mass tort cases, including the Attorneys General tobacco litigation in Arizona.

7. I am AV-rated by Martindale-Hubbell Law Directory and have been identified with distinction by several other lawyer rating organizations. My biography is attached hereto as Exhibit A.

8. Gallagher & Kennedy, P.A. is a regional firm with offices in Arizona and New Mexico. Gallagher & Kennedy is a large, full-service law firm with over 80 attorneys and more than 100 support staff, including paralegals, legal secretaries, and technology and accounting personnel. Information about our firm is available at www.gknet.com. Gallagher & Kennedy has sufficient financial resources to litigate in an MDL and routinely advances hundreds of thousands of dollars in its product liability cases.

9. We have one of Arizona's largest and most accomplished groups of plaintiffs' lawyers. Our attorneys have represented plaintiffs in personal injury, wrongful death, product liability, professional liability, and the gamut of commercial cases, achieving substantial settlements and verdicts in favor of clients in state and federal courts across the country. In addition to my own experience in large cases, my partners have substantial experience in product-liability and tort cases, including MDL experience. Of significance, my partner, Robert Boatman, is Co-Lead/Liaison counsel in the Bard IVC filter MDL in Arizona; Shannon Clark is on the Plaintiffs' Steering Committee in that litigation; and Mark O'Connor and Lincoln Combs serve on various subcommittees for the Bard Plaintiffs' Steering Committee. Each of these experienced attorneys is willing and will be available to take on substantial responsibility in this matter along with me.

10. Robert Boatman, a shareholder, has been practicing for more than 31 years and is one of the leaders of the firm's personal injury and wrongful death litigation group. The majority of Robert's professional career has been working on personal injury and wrongful death cases, with his primary focus being product liability. Robert's experience began as an associate at Skadden, Arps, Slate, Meagher & Flom in their product liability group where he worked on the team that served as national coordinating counsel defending Ford in airbag-defect claims. Robert subsequently served as co-lead plaintiffs' counsel in the first product liability trial alleging that the electromagnetic fields from a product caused cancer in the consumers. Robert has handled dozens of tread separation, vehicle stability, or rollover cases, including a successful national class action against Chrysler. Robert and Shannon were the first attorneys in the United States to discover and report a widespread defect in the Ford Escape that caused the vehicles' throttle to jam and accelerate uncontrollably. Their work (along with media and public interest groups) led to an investigation by NHTSA into the defect, acknowledgment of the defect, and the recall of several hundred thousand vehicles by Ford, as well as the imposition of a $17,350,000 fine against Ford by NHTSA for its failure to timely report the defect. Robert also served as co-lead counsel for all the consolidated Ford Explorer and Firestone ATX tire cases in the State of

Arizona, a state court equivalent to an MDL. And, as mentioned above, Robert is Co-Lead/Liaison Counsel in the Bard IVC Filter MDL in the District of Arizona.

11. Shannon Clark is a shareholder in the firm's personal injury and wrongful death litigation group. Shannon has successfully represented dozens of tread separation or rollover accident victims in product liability cases against Ford Motor Company, Bridgestone/Firestone, Inc., Bridgestone Corporation, Dunlop Tire Company, Cooper Tire and Rubber Company, Kuhmo Tire Company, Michelin North America, and most major tire manufacturers. This included working with Robert Boatman as co-lead counsel on Arizona's state court equivalent to the federal Ford Explorer/Firestone Tire MDL, in addition to handling federal lawsuits in the Ford/Firestone MDL. Shannon also worked as a member of a national team representing victims of fuel-fed fires caused by rear-impact collisions in Ford Crown Victoria Police Interceptors. And he and other G&K attorneys filed the lead case and played a central role in *In re Indianapolis Life Insur. Co. I.R.S. § 412(i) Plans Life Insur. Marketing Litig.*, MDL No. 1983 (N.D. Tex.). Shannon was instrumental in coordinating efforts amongst three mass actions (arising from crashes in California, Utah and Texas) against a major motor coach manufacturer to resolve claims involving over 100 deaths and catastrophic injuries. Specific to the product liability claims at issue in this MDL, Shannon has handled medical drug and medical device lawsuits involving hip replacements (Stryker), experimental drugs (Amgen), transvaginal mesh (multiple manufacturers, MDL Nos. 2325-27), and drug delivery systems (Pfizer). And, as mentioned above, Shannon is on the PSC for the Bard IVC filter MDL in the District of Arizona.

12. Mark O'Connor is a shareholder in the personal injury and wrongful death litigation group. Mark is certified by the Arizona Board of Legal Specialization in Personal Injury and Wrongful Death. Mark has handled a wide array of cases in the areas of medical malpractice, elder abuse, trucking and transportation, sexual abuse and harassment, aviation disasters, dram shop, government liability, product liability and defective medical devices, and served as lead counsel in numerous jury trials. Mark has handled numerous complex medical and scientific issues, and he has developed substantial expertise in and regularly works with experts

in medicine, science, engineering, and other technical areas. Mark has also represented women injured by transvaginal mesh in MDL Nos. 2325-27. Beginning in July 2002, Mark became involved in the pro bono representation of victims of families of the September 11, 2001, terrorist attacks to the Victim's Compensation Fund. Mark's outstanding service to the September 11th victims was recognized by Trial Lawyers Care and the Association of Trial Lawyers of America.

13. Lincoln Combs is a shareholder in the personal injury and wrongful death litigation group. Lincoln's practice focuses on products liability, mass torts, and appellate advocacy. Lincoln worked extensively on *In re Indianapolis Life Insur. Co. I.R.S. § 412(i) Plans Life Insur. Marketing Litig.*, MDL No. 1983 (N.D. Tex.); he worked with me and Shannon Clark on the data breach class action in the District of Arizona, and has worked both with other G&K partners and separately on several mass tort projects. Lincoln's recent mass tort work includes both those that have been accepted for centralization, *see* MDL Nos. 2325-27 (S.D.W.V.) (multiple MDLs against different transvaginal mesh manufacturers all centralized before the Honorable Joseph R. Goodwin), and those where centralization was denied, see *In re Ambulatory Pain Pump-Chondrolysis Prods. Liab. Litig.*, MDL No. 2139, 2010 WL 1790214 (J.P.M.L. May 5, 2010). He currently oversees and coordinates the firm's cases in the transvaginal mesh MDL, and regularly attends mass tort conferences to monitor updates in several drug and medical device litigations where the firm has an interest or involvement.

14. My partners and I have substantial experience in tort and product-liability cases as well as large complex matters. I, in particular, have been responsible for handling complicated ESI issues, large-scale discovery, and complex litigation on behalf of clients in federal courts across the country. In my role as counsel for both plaintiffs and defendants, I have worked cooperatively with both large groups of co-counsel as well as opposing counsel in order to achieve effective and efficient results for my clients. I am accustomed to working with and against counsel for plaintiffs and defendants in order to build consensus and to litigate disputes in efficient and effective manner in order to reduce disputes that come before the court. I and my

5

firm have the experience, resources, and willingness to commit to this matter and will participate substantively in its advancement.

15. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: November 10, 2015
/s/ Paul L. Stoller
Paul L. Stoller
(AZ Bar No.: 016773)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback
Phoenix, AZ 85016
Tel.: (602) 530-8220
paul.stoller@gknet.com