**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

**PLAINTIFFS' NOTICE OF FILING**

NOW COMES Plaintiffs' Lead Counsel and notifies the Court that Docket No 862, Plaintiffs' Memorandum in Support of the Unopposed Motion to Amend the Case Management Plan (Only Concerning Plaintiffs' Leadership Structure) applies to all cases in this matter, but was not spread to all cases due to technical difficulties with the CM/ECF filing system.

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:      jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*


*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com


*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthews and Associates
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
jbabione@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmclaw.com

Troy A. Brenes
Brenes Law Group
tbrenes@breneslawgroup.com

Russell T. Button
LAW OFFICES OF BEN C. MARTIN
rbutton@bencmartin.com

John A. Dalimonte
KARON & DALIMONTE, LLP
johndalimonte@kdlaw.net

Sandra L. Davis
WOODEN & MCLAUGHLIN LLP
sdavis@woodmclaw.com
Timothy J. Freiberg
THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD.
freiberglaw@gmail.com

D. Douglas Grubbs
LEE MURPHY LAW FIRM, G.P.
dgrubbs@leemurphylaw.com

Frederick R. Hovde
HOVDE DASSOW & DEETS, LLC
rhovde@hovdelaw.com

Joseph R. Johnson
BABBITT JOHNSON OSBORNE & LeCLAINCHE, P.A.
jjohnson@babbitt-johnson.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
dking@woodmclaw.com

James Lee, Jr.
CLARK BURNETT, G.P.
jlee@leemurphylaw.com

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN
bmartin@bencmartin.com

Matthew R. McCarley
FEARS / NACHAWATI LAW FIRM
mccarley@fnlawfirm.com

Kip S.M. McDonald
WOODEN & MCLAUGHLIN LLP
kmcdonald@woodmclaw.com

Erin C. Murphy
LEE MURPHY LAW FIRM, G.P.
emurphy@leemurphylaw.com

Teresa C. Toriseva
TORISEVA LAW
ceo@torisevalaw.com

Julia Reed Zaic
HEAVISIDE REED ZAIC
julia@hrzlaw.com

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 FIFTH AVENUE, STE 3500
SEATTLE, WA 98164-2008

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

James C. Bradshaw, III
Wyatt, Tarrant & Combs (Nashville Office)
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

Andrew Cookingham
Thompson & Knight-Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J D'Oro, Jr
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
Hawkins Parnell Thackston & Young, LLP - Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust
FOUST LAW OFFICE

John H Martin
Thompson & Knight
1722 Routh St., Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
Squire Patton Boggs (US) - Cleveland
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W Osborne
Wesierski and Zurek LLP
1000 Wilshire Boulevard Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
PO Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E Rowen
Wesierski and Zurek LLP
One Corporate Park Suite 200
Irvine, CA 92606

Marc A Sheiness
Sheiness, Glover & Grossman, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square

1043 Stoneridge Drive, Suite 2  
Bozeman, MT 59718  

George Jerre Duzane  
Duzane, Kooperman & Mondelli  
603 Woodland Street  
Nashville, TN 37206-4211  

Emily Harris Gant  
Ogden Murphy Wallace PLLC  
901 5th Avenue, Suite 3500  
Seattle, WA 98164  

Lori Elizabeth Hammond  
Frost Brown Todd LLC - Louisville  
400 W. Market Street, 32nd Floor  
Louisville, KY 40202-3363  

Charles Rene Houssiere, III  
Houssiere Durant & Houssiere, LLP  
1990 Post Oak Blvd, Suite 800  
Houston, TX 77056-3812  

A. Timothy Jones  
Hawkins Parnell Thackston & Young, LLP - Charleston  
109 Capitol Street, Suite 1000  
Charleston, WV 25301  

Randal Alan Kauffman  
Houssiere Durant Houssiere  
1990 Post Oak Blvd, Ste 800  
Houston, TX 77056  

Ramon R Lopez  
Lopez McHugh LLP  
North Tower, 100 Bayview Circle Suite 5600  
Newport Beach, CA 92660  

Cliff W. Marcek  
Cliff W. Marcek, P.C.  
700 S. Third St.  
Las Vegas, NV 89101  

Memphis, TN 38103  

Angela Spears  
ROSEN & SPEARS  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Craig A. Stone  
Marshall, Dennehey, Warner, Coleman & Goggin  
100 Corporate Center Drive, Suite 201  
Camp Hill, PA 17011  

Thomas H. Terry, III  
619 Cahoon Road  
Bay Village, OH 44140  

W. Carl Mendenhall  
WORDEN THANE  
PO Box 4747  
Missoula, MT 59806-4747  

Michael C. Mongiello  
Marshall Dennehey Warner Coleman and Goggin  
100 Corporate Center Drive, Suite 201  
Camp Hill, PA 17011  

Anthony James Urban  
LAW OFFICES OF ANTHONY URBAN, P.C.  
474 N. Centre Street, 3rd Floor  
Pottsville, PA 17901  

Brian J. Urban  
LAW OFFICES OF ANTHONY URBAN, P.C.  
474 N. Centre Street, 3rd Floor  
Pottsville, PA 17901  

Peter C Wetherall  
Wetherall Group, Ltd.  
9345 W. Sunset Road, Suite 100  
Las Vegas, NV 89148  

Corrie Johnson Yackulic  
Corrie Yackulic Law Firm PLLC  
315 5th Avenue South, Suite 1000  
Seattle, WA 98104-2682  

                                                       */s/ Joseph N. Williams*  
                                                          Joseph N. Williams