IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Margaret Decoteau

Civil Case # MDL No. 2570

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Margaret Decoteau

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Dakota

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   North Dakota

6. Plaintiff's/Deceased Party's current state of residence:
   North Dakota

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court for the District of North Dakota

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 6-26 (Jurisdiction)

   Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter
- [✓] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

On May 13, 2013 a Cook Celect IVC Filter was placed.

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Alexius Medical Center located in Bismarck, North Dakota

13. Implanting Physician(s):

Brent D. Herbel, M.D. (Interventional Radiologist)

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I:   Strict Products Liability – Failure to Warn
- [✓] Count II:  Strict Products Liability – Design Defect
- [✓] Count III: Negligence
- [ ] Count IV:  Negligence Per Se

3

| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☐ | Count VII: | Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☐ | Count XI: | Punitive Damages |
| ☑ | Other: | Manufacturing Defect (please state the facts supporting this Count in the space, immediately below) |
| ☑ | Other: | Intentional and Negligent Misrepresentation |

(please state the facts supporting this Count in the space, immediately below)

On August 12, 2013, after the threat of pulmonary embolism subsided, Plaintiff Decotau presented to the St. Alexius Medical Center to undergo an explant procedure in which doctors would retrieve and remove the Cook Celect IVC filter placed on May 13, 2013. During this procedure, the Plaintiff's surgeon discovered that the "hook of the filter [was] outside the contrast filled lumen of cava." While the surgeon was uncertain if the hook of the filter was protruding or was embedded, he believed it to be the latter in that the hook was embedded. Further, the surgeon noted that the IVC filter had tilted since its initial placement on May 13, 2013. Multiple attempts were made at removal, but each such attempt was unsuccessful.

4

15. Attorney for Plaintiff(s):

Kirsty M. Arevalo and Michele M. Vercoski

16. Address and bar information for Attorney for Plaintiff(s):

Kristy M. Arevalo, CA State Bar No. 216308

Michele M. Vercoski, CA State Bar No. 244010

McCUNEWRIGHT LLP

2068 Orange Tree Lane, Suite 216

Redlands, CA  92374

Respectfully submitted,

**McCUNEWRIGHT LLP**

*/s/ Kristy Arevalo*

Kristy Arevalo

**McCuneWright LLP**
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:   (909) 557-1275
kma@mccunewright.com

Counsel For Plaintiff,

Margaret Decoteau

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square #1400
Indianapolis, IN 46204

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman &
Mondelli 603 Woodland
Street Nashville, TN
37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue
North Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC 2600
One Commerce Square
Memphis, TN 38103

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC 2600
One Commerce Square
Memphis, TN 38103