UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

   Civil Action No.: 1:14-cv-02053-RLY-TAB

## ORDER GRANTING COOK DEFENDANTS' MOTION TO WITHDRAW DOCKET NO. 810

This cause has come before the Court upon the motion of the Cook Defendants to withdraw Docket No. 810. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Docket No. 810 is withdrawn and Cook Defendants may re-file the documents.

Dated: 12/2/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system. Service on all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

1354076-1 (10909-0861)