IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER WITHDRAWING SHORT FORM COMPLAINT**

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Karen McItyre's, Short Form Complaint, MDL Docket # 828, is WITHDRAWN for clerical errors, and Plaintiff to file a Revised Short Form Complaint.

Date: 12/2/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed to all electronically registered counsel of record via CM/ECF.  Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Cousnel.