IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased

Civil Case #_____

## ORDER WITHDRAWING SHORT FORM COMPLAINT

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's Short Form Complaint, MDL Docket # 770, is WITHDRAWN for clerical errors, Plaintiff to file a revised Short Form Complaint.

Date: 12/2/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed to all electronically registered counsel of record via CM/ECF.  Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.