> Filing No. 775 denied as moot in light of the Court's approval of Filing No. 861.
>
> Tim A. Baker
> U.S. Magistrate Judge
> December 3, 2015

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #12 (THIRD AMENDMENT TO CASE MANAGEMENT PLAN)

Pursuant to the Court's October 16, 2015 Order [Docket No. 769], the Parties have met and conferred regarding necessary amendments to the Case Management Plan entered by the Court on November 25, 2014 [Docket No. 51] and amended on April 17, 2015 [Docket No. 355] and July 10, 2015 [Docket No. 519]. As requested, the Parties are submitting a third amended Case Management Plan, which includes all sections of the Case Management Plan and is updated with respect to changes in the parties and counsel.

**AGREED TO BY:**

*s/ Joseph N. Williams*
Joseph N. Williams
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel:  (317) 633-5270
Fax:  (317) 426-3348
jwilliams@rwp-law.com

*s/ Michael W. Heaviside*
Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92651
Tel:  (949)715-5120
Fax:  (949)715-5123

*s/ Christopher D. Lee (w/consent)*
Douglas B. King, Esq.
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN & McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:  (317) 639-6151
Fax:  (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com