# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference.

Plaintiff(s) further show the court as follows:

1. Male Plaintiff

   ARTHUR COLIN SUMMERS

2. Plaintiff Spouse

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   n/a

4. State of Residence

   North Carolina

5. District Court and Division in which venue would be proper absent direct filing

   Eastern District of North Carolina

6. Defendants (Check Defendants against whom Complaint is made):

    - ✓ Cook Incorporated
    - ✓ Cook Medical, LLC
    - ✓ William Cook Europe APS

7. Basis of Jurisdiction

    - ✓ Diversity of Citizenship

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6-28

    b. Other allegations of jurisdiction and venue

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    - ✓ Cook Celect Vena Cava Filter

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    - ✓ Cook Celect Vena Cava Filter

10. Date of Implantation as to Each Product

    December 22, 2012

11. Hospital(s) where Plaintiff was implanted (including City and State)

    Rex Healthcare, University of North Carolina Health Care System, Raleigh, NC

12. Implanting Surgeon(s)

    Dr. Satish Mathan

13. Counts in the Master Complaint brought by Plaintiff(s)

- ✓ Count I – Strict Products Liability-Failure to Warn
- ✓ Count II- Strict Products Liability - Design Defect
- ✓ Count III- Negligence, including Failure to Warn and Design Defect
- ✓ Count IV – Negligence Per Se
- ✓ Count V – Breach of Express Warranty
- ✓ Count VI – Breach of Implied Warranty
- ✓ Count VII – Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count XI – Punitive Damages

14. Attorney for Plaintiff:

Teresa C. Toriseva, Esq., Joshua D. Miller, Esq. and John A. Dalimonte, Esq.

15. Address and bar information:

Teresa C. Toriseva, Esq., Toriseva Law, 1446 National Rd., Wheeling, WV  26003, WV Bar ID #6947.

Joshua D. Miller, Esq., Toriseva Law, 1446 National Rd., Wheeling, WV  26003, WV Bar ID # 12439.

John A. Dalimonte, Esq., Karon & Dalimonte, LLP, 85 Devonshire St., Ste. 1000, Boston, MA  02109, MA Bar ID #554554.