UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., | |
| IVC FILTERS MARKETING, | 1:14-ml-02570-RLY-TAB |
| SALES PRACTICES AND | |
| PRODUCTS LIABILITY LITIGATION MDL | No:  2570 |

This Document Relates to:

   DAWN HEADLEY

Civil Case # 1:15-cv-1893-RLY-TAB

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

   DAWN HEADLEY


Dated: December 9, 2015              __/s/ Joseph R. Johnson_____
                     Joseph R. Johnson, #372250, FL
                     BABBITT & JOHNSON, P.A.
                     Suite 100
                     1641 Worthington Road (33409)
                     P. O. Box 4426
                     West Palm Beach, FL  33402-4426
                     Tel:  (561) 684-2500
                     Tel:  (561) 684-6308
                     jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC  28086

Bard K. Brian
Suite 10
222 Kentucky Avenue
Paducah, KY  42001

David J. Britton
Law Office of David J. Britton
Suite 108
535 Dock Street
Tacoma, WA  98402

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN  37206-4211

Lucas J. Foust
Foust Law Office
Suite 2
1043 Stoneridge Drive
Bozeman, MT  59718

Lori Elizabeth Hammond
Frost Brown Todd LLC – Louisville
32nd Floor
400 W. Market Street
Louisville, KY  40202-3363

Charles Rene Houssiere, III
Randal Alan Kauffman
Loussiere Durant & Houssiere, LLP
Suite 800
1990 Post Oak Blvd.
Houston, TX  77056-3812

Ramon Lopez
Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA  92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV  89101

Matthew McCarley
Fears Nachawati, PLLC
Suite 715
4925 Greenville Avenue
Dallas, TX  75206

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN  3706

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN  38103

Anthony James Urban
Brian J. Urban
Law Offices of Anthony Urban, P.C.
3d Floor
474 N. Centre Street
Pottsville, PA  17901

Peter C. Wetherall
Weatherall Group, Ltd.
Suite 100
9345 W. Sunset Road
Las Vegas, NV  89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA  98104-2682

                /s/ Joseph R. Johnson_____
                      JOSEPH R. JOHNSON