IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
David Timothy Dewhurst and Debra Dewhurst

**Civil Case No. 1:15-cv-01813-WTL-DKL**

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as co-counsel for plaintiffs David Timothy Dewhurst and Debra Dewhurst, along with lead counsel Howard L. Nations.

DATED: December 9, 2015.

                                          Respectfully submitted,

                                          RUEB & MOTTA

                                          /s/ Gregory D. Rueb
                                        Gregory David Rueb
                                        California Bar No. 154589
                                        1401 Willow Pass Road, Suite 880
                                        Concord, CA  94520
                                        Telephone:  (925) 602-3400
                                        Facsimile:   (925) 602-0622

                                          CO-COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 9th day of December, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system. Copies will be delivered by other means to all parties not served by the Court's ECF system.

                                                   /s/ Howard L. Nations
                                                  Howard L. Nations