UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | |

**ORDER ON DECEMBER 8, 2015, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel December 8, 2015, for a telephonic status conference.

Discussion held regarding discovery, settlement and related matters. Counsel shall continue to

confer in an effort to resolve ongoing discovery disputes, including Defendants' motion to

authorize *ex parte* contact with Plaintiffs' treating physicians. [Filing No. 809.] The Court will

keep this motion under advisement and counsel shall notify the Magistrate Judge by December

16, 2015, as to whether this motion has been resolved. Counsel shall also continue to confer on

the process for selecting Bellwether cases.

The Court also discussed the need to revise the existing policies and procedures set forth

in its October 31, 2014, order [Filing No. 4], and with the benefit of counsel's input will issue

modified policies and procedures to address ongoing problems experienced under the parties'

attempts to spread their filings to all cases.

Dated:  12/11/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining
counsel of record to be made by Plaintiffs' Lead Counsel.