UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ <br><br> This Filing Relates to All Cases | ) ) ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB |

## ORDER SETTING PRETRIAL CONFERENCE

**This matter is set for a pretrial conference at 1:30 p.m. on January 8, 2016,** in Room 349, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Chief Judge Richard L. Young.  Parties shall appear by counsel.  All persons entering the United States Courthouse must have photo identification.  The purpose of this conference is to address the procedure for selecting the Bellwether cases.

    SO ORDERED:  12/11/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.