UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Civil Action No.: 1:15-cv-06029-RLY-TAB

### THE COOK DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

The Cook Defendants, by counsel, respectfully submit their Motion to Dismiss for Lack of Subject Matter Jurisdiction. For the reasons stated in the Cook Defendants' Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed simultaneously herewith, the Court should find that it lacks subject matter jurisdiction over this case and should grant the Cook Defendants' Motion.

    Respectfully submitted,

    */s/ Christopher D. Lee*
    Douglas B. King, Esq., Lead Counsel
    Christopher D. Lee, Esq.
    James M. Boyers, Esq.
    John C. Babione, Esq.
    Sandra Davis Jansen, Esq.
    Kip S. M. McDonald, Esq.
    Maureen E. Ward, Esq.
    WOODEN McLAUGHLIN LLP
    One Indiana Square, Suite 1800
    Indianapolis, IN 46204-4208
    Tel:    (317) 639-6151
    Fax:    (317) 639-6444

doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christopher D. Lee*
Christopher D. Lee
