UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

This Document Relates to:

    Civil Action No.: 1:15-cv-06029-RLY-TAB

_____

### ORDER GRANTING THE COOK DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

This matter having come before the Court on the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, and the Court being duly advised in the premises, now finds that the motion should be granted.

IT THEREFORE IS ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed for failure to establish subject matter jurisdiction.

IT SO IS ORDERED this ___ day of _____, 2015.


                                                                                                  _____
                                                                                                  Judge
                                                                                                  United States District Court for the Southern
                                                                                                  District of Indiana

Distribution to:

All counsel of record via the Court's CM/ECF system

1370103-1 (10909-1186)