# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  )  1:14-ml-2570-RLY-TAB (and 1:15-cv-1806-RLY-TAB)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | KRISTY M. AREVALO | KRISTY M. AREVALO |
| **Law Firm, Company, and/or Agency:** | MACEY & ALEMAN | McCUNEWRIGHT, LLP |
| **Address:** | 136 E. MARKET STREET, SUITE 600 INDIANAPOLIS, IN 46204 | 2068 ORANGE TREE LANE, SUITE 216 REDLANDS, CA 92374 |
| **Primary E-mail:** | kma@mccunewright.com | kma@mccunewright.com |
| **Secondary E-mail(s):** | ama@mccunewright.com | ama@mccunewright.com |
| **Telephone Number:** | (909) 557-1250 | (909) 557-1250 |
| **Facsimile:** | (909) 557-1275 | (909) 557-1275 |

Date: 12/15/2015     s/ Kristy M. Arevalo

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.