IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates To:

Case No.: 1:15-cv-01909-RLY-TAB

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Cortney Reeder.

Dated: December 16, 2015

Respectfully submitted,

/s/ Jeff R. Gaddy
Jeff R. Gaddy, Esq. FL Bar #53046
**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**
316 South Baylen Street, Ste. 600
Pensacola, Florida 32502
jgaddy@levinlaw.com
(850) 435-7037 (Telephone)
(850) 435-7020 (Facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's System.

/s/ Jeff R. Gaddy
Jeff R. Gaddy, Esq.