AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   1:15−cv−01920−RLY−TAB<br>   Robert E. Rhinehart and Marcia F. Rhinehart | Case No.  1:14-ml-2570-RLY-TAB<br>            MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Robert E. Rhinehart and Marcia F. Rhinehart                .

Date:   12/16/2015

*Attorney's signature*

Jaclyn L. Anderson (CA SBN 258609)
*Printed name and bar number*

Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA  90071
*Address*

janderson@klwtlaw.com
*E-mail address*

(213) 254-4800
*Telephone number*

(213) 254-4801
*FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service in this matter.

>  */s/ Jaclyn L. Anderson*
>  Jaclyn L. Anderson
>  Kasdan LippSmith Weber Turner LLP
>  500 S. Grand Ave., Suite 1310
>  Los Angeles, CA 90071
>  Telephone: (213) 254-4800
>  Fax: (213) 254-4801
>  janderson@klwtlaw.com