IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**COOK DEFENDANTS' MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

Cook Defendants, by counsel, respectfully submit this Motion for Leave for their lead counsel, Douglas B. King, to participate telephonically in the January 8, 2016 Pretrial Conference, and in support hereof state the following:

1. This matter is set for a pretrial conference at 1:30 p.m. on Friday, January 8, 2016, before the Honorable Richard L. Young, Chief Judge, to address the procedure for selecting the Bellwether Trial cases in this MDL. The parties have been directed to appear in person for the pretrial conference. [Docket No. 901].

2. Lead counsel for Cook Defendants, Douglas B. King, has had longstanding plans to be out of Indiana on vacation with his family during the week of January 4 through January 8, 2016, and is, therefore, unable to appear in person. However, he would still like to participate in the pretrial conference, not only because he is lead counsel for the defendants, but because he has prior MDL experience, and participated in the process of selecting Bellwether Trial cases in another MDL. Therefore, the Cook Defendants request that Mr. King be granted leave to participate telephonically in the January 8 conference.

3. Cook Defendants will also be represented at the pretrial conference by counsel who will appear in person.

1

WHEREFORE, Cook Defendants respectfully request that the Court permit their lead counsel, Douglas B. King, to participate telephonically in the January 8, 2016 pretrial conference, and grant them all other proper relief.

Respectfully submitted,

*/s/ Douglas B. King*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2015, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Douglas B. King*

1385111-1 (10909-0412)