# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON COOK DEFENDANTS' MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

This cause has come before the Court upon the Cook Defendants' Motion for Leave to Participate Telephonically in the January 8, 2016 Pretrial Conference, to address the procedure for selecting the Bellwether Trial cases in this MDL. Being duly advised, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Cook Defendants' lead counsel, Douglas B. King, may participate telephonically in the January 8, 2016 pretrial conference, so long as other counsel for the Cook Defendants appear in person. Mr. King is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016.

Entered this _____ day of December, 2015.

 

Honorable Tim A. Baker, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1