**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

   1:15-cv-01920-RLY-TAB
 Robert E. Rhinehart and Marcia F. Rhinehart

**RHINEHART PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

    Plaintiffs Robert E. Rhinehart and Marcia F. Rhinehart ("Plaintiffs"), by counsel, respectfully submit this Motion for Leave for their counsel, Graham B. LippSmith, to appear telephonically at the January 8, 2016 Pretrial Conference, and in support thereof, state the following:

    1.    A pretrial conference in this matter is set for Friday, January 8, 2016 at 1:30 p.m. before the Honorable Richard L. Young, Chief Judge, to address the procedures for selecting the Bellwether Trial cases in this MDL. The parties have been directed to appear in person for the pretrial conference.

    2.    Prior to filing the complaint in this matter on behalf of Plaintiffs, Mr. LippSmith already made plans to be on vacation with his family in Wyoming on

1

January 8, 2016.  Though he is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

     3.     Furthermore, since Mr. LippSmith is the lead counsel for this matter at his firm, he would prefer to appear for this hearing by telephone to participate rather than send another attorney to appear in person on behalf of Plaintiffs.

     4.     An appearance telephonically by Mr. LippSmith would not prejudice either party.

     WHEREFORE, Plaintiffs respectfully request that this Court allow leave for Plaintiffs' counsel, Graham B. LippSmith, to appear telephonically at the January 8, 2016 Pretrial Conference.

Dated: December 29, 2015

                                    Respectfully submitted,

                                    */s/ Graham B. LippSmith*
                                  Graham B. LippSmith
                                  Kasdan LippSmith Weber Turner LLP
                                  500 S. Grand Ave., Suite 1310
                                  Los Angeles, CA 90071
                                  Telephone: (213) 254-4800
                                  Fax: (213) 254-4801
                                  glippsmith@klwtlaw.com

                                  *Counsel for Plaintiffs Robert E. Rhinehart and Marcia F. Rhinehart*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2015, I electronically filed **RHINEHART PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 8, 2016 PRETRIAL CONFERENCE** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service.

*/s/ Graham B. LippSmith*
Graham B. LippSmith