# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

   1:15-cv-01920-RLY-TAB
 Robert E. Rhinehart and Marcia F. Rhinehart

## [PROPOSED] ORDER ON RHINEHART PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 8, 2016 PRETRIAL CONFERENCE

    This cause has come before the Court upon the Rhinehart Plaintiffs' Motion for Leave to Appear Telephonically at the January 8, 2016 Pretrial Conference, to address the procedure for selecting the Bellwether Trial cases in this MDL. Being duly advised, the Court finds that the Motion should be and hereby is GRANTED.

    IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Plaintiff's counsel, Graham B. LippSmith, may participate telephonically in the January 8, 2016 pretrial conference. Mr. LippSmith is directed to contact the

1

Court to make the appropriate arrangements prior to January 8, 2016.

    Entered this _____ day of December, 2015.

                                                    _____
                                                  Honorable Tim A. Baker, Magistrate Judge
                                                  United States District Court