AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Nancy Rogers | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-01912-RLY - TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nancy Rogers                                                        .

Date:  12/30/2015                              /s/ Sheila M. Bossier
                                            *Attorney's signature*

                              Sheila M. Bossier: MS Bar No.: 10618
                              *Printed name and bar number*

                              Freese & Goss, PLLC
                              1520 North State Street
                              Jackson, Mississippi 39202
                              *Address*

                              sbossier@freeseandgoss.com
                              *E-mail address*

                              (601) 961-4050
                              *Telephone number*

                              (601) 352-5452
                              *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2015 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                             */s/ Sheila M. Bossier*