UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
      1:15-cv-06029-RLY-TAB

_____

**<u>NOTICE OF APPEARANCE</u>**

To:     The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
        William Cook Europe ApS;

Dated: December 31, 2015              */s/ James M. Boyers*
                              James M. Boyers, #20809-49
                              WOODEN McLAUGHLIN LLP
                              One Indiana Square, Suite 1800
                              Indianapolis, IN 46204-4208
                              Tel: 317-639-6151
                              Fax: 317-639-6444
                              jim.boyers@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>*/s/ James M. Boyers*</u>