UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                            MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
        1:15-cv-06029-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS;

Dated: December 31, 2015                    */s/ Douglas B. King*
                                           Douglas B. King, #5199-49
                                           WOODEN McLAUGHLIN LLP
                                           One Indiana Square, Suite 1800
                                           Indianapolis, IN 46204-4208
                                           Tel: 317-639-6151
                                           Fax: 317-639-6444
                                           doug.king@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Douglas B. King</u>