UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> ──────────────────────── <br><br> MICHELLE EMERSON AND TIMOTHY EMERSON, <br><br>      Plaintiffs, <br><br>      vs. <br><br> COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS, <br><br>      Defendants. | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 <br><br> Civil Action No. 1:15-cv-01088 |

### MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiffs Michelle Emerson and Timothy Emerson hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

Although Counsel for Plaintiffs, Matthew McCarley, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. McCarley is not co-lead counsel for all MDL plaintiffs. Thus, an appearance telephonically by Mr. McCarley would not prejudice either party.

WHEREFORE, Plaintiff respectfully requests that this Court allow leave for Plaintiffs' Counsel, Matthew R. McCarley, to appear telephonically at the January 8, 2016 Pretrial Conference.

A Proposed Order is attached.

DATED this 31th day of December, 2015.

>Respectfully Submitted,
>
>**/S/ MATTHEW R. MCCARLEY**
>**Matthew R. McCarley**
>Texas Bar No. 24041426
>mccarley@fnlawfirm.com
>
>**FEARS NACHAWATI, PLLC**
>4925 Greenville Avenue, Suite 715
>Dallas, Texas 75206
>Tel. (214) 890-0711
>Fax (214) 890-0712
>
>ATTORNEY FOR THE PLAINTIFFS,
>MICHELLE EMERSON AND TIMOTHY EMERSON