**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Civil Action No. 1:15-cv-01075 | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

This cause has come before the Court upon Plaintiff William Griffin's Motion for Leave to Participate Telephonically in the January 8, 2016, Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court finds the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiff's counsel, Matthew R. McCarley, may participate telephonically in the January 8, 2016 pretrial conference. Counsel is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016.

Entered this _____ day of _____, 20_____.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

1