UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> ──────────────────────── <br><br> SCOT SEXTON AND JENNIFER SEXTON, <br><br>    Plaintiffs, <br><br>    vs. <br><br> COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS, <br><br>    Defendants. | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 <br><br> Civil Action No. 1:15-cv-00642 |

## MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiffs Scot Sexton and Jennifer Sexton hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

Although Counsel for Plaintiffs, Matthew McCarley, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. McCarley is not co-lead counsel for all MDL plaintiffs. Thus, an appearance telephonically by Mr. McCarley would not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that this Court allow leave for Plaintiffs' Counsel, Matthew R. McCarley, to appear telephonically at the January 8, 2016 Pretrial Conference.

A Proposed Order is attached.

DATED this 31th day of December, 2015.

        Respectfully Submitted,

        **/s/ MATTHEW R. MCCARLEY**
        **Matthew R. McCarley**
        Texas Bar No. 24041426
        mccarley@fnlawfirm.com

        **FEARS NACHAWATI, PLLC**
        4925 Greenville Avenue, Suite 715
        Dallas, Texas 75206
        Tel. (214) 890-0711
        Fax (214) 890-0712

        ATTORNEY FOR THE PLAINTIFFS,
        SCOT SEXTON AND JENNIFER SEXTON