E. Craig Daue
Stephanie C. Kucera
BUXBAUM DAUE PLLC
228 West Main, Suite A
P.O. Box 8209
Missoula, MT 59807
Telephone: (406) 327-8677
E-Mail: skucera@bdlawmt.com
    *Attorneys for Plaintiff Amanda K. Rauch*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> ──────────────── <br><br> AMANDA K. RAUCH, <br><br>     Plaintiff, <br><br> vs. <br><br> COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS, <br><br>     Defendants. | Case No. 1:14-ML-2570-RLY-TAB <br> MDL No. 2570 <br><br> This Document Relates to: <br><br> 1:15-cv-175-RLY-TAB <br><br><br> **MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE** |

    Counsel for Plaintiff Amanda Rauch hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

1

Ms. Rauch is one of the Discovery Pool Plaintiffs. Plaintiffs' Leadership Counsel have discussed the 1/8/16 Pretrial Conference with Ms. Rauch's lawyers, who understand lead counsel will attend in-person and are authorized to make decisions regarding the procedure for selecting the Bellwether cases.

A Proposed Order is attached.

DATED this 3rd day of January, 2016.

/s/ Stephanie C. Kucera

Stephanie C. Kucera
BUXBAUM DAUE PLLC
P.O. Box 8209
Missoula, MT 59807
Phone: (406) 327-8677
Fax: (406) 829-9840
Email: skucera@bdlawmt.com
*Attorneys for Plaintiff A.K. Rauch*