UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
  1:15-cv-01943-RLY-TAB
  1:15-cv-01976-RLY-TAB
  1:15-cv-01997-RLY-TAB
  1:15-cv-02014-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: January 4, 2016        */s/ Douglas B. King*
                  Douglas B. King, #5199-49
                  WOODEN McLAUGHLIN LLP
                  One Indiana Square, Suite 1800
                  Indianapolis, IN 46204-4208
                  Tel: 317-639-6151
                  Fax: 317-639-6444
                  doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)