UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
    1:15-cv-01943-RLY-TAB
    1:15-cv-01976-RLY-TAB
    1:15-cv-01997-RLY-TAB
    1:15-cv-02014-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: January 4, 2016          */s/ Christopher D. Lee*
                                      Christopher D. Lee, #17424-47
                                      WOODEN MCLAUGHLIN LLP
                                      21 SE Third Street, Suite 900
                                      Evansville, IN  47708
                                      (812) 401-6151
                                      Fax: (812) 401-6444
                                      Email: chris.lee@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                         */s/ Christopher D. Lee*

1086561-1 (10909-0412)