UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. <br> IVC FILTERS MARKETING, SALES <br> PRACTICE AND PRODUCTS <br> LIABILITY LITIGATION, <br> _____ | Case No. 1:14-ML-2570-RLY-TAB <br> MDL No. 2570 |
| GREGORY L. SEIPPEL, <br>      Plaintiff, <br> vs. <br> COOK MEDICAL INC., IVC FILTERS <br> MARKETING, SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION, <br>      Defendants. <br> _____ | This Document Relates to: <br> 1:15-CV-01817-RLY-TAB |

### MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiff Gregory L. Seippel hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

Although Counsel for Plaintiff, Brian Keith Jackson, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. Jackson is not co-lead counsel for all MDL plaintiffs. The plaintiffs represented by Mr. Jackson are not included in the discovery pool. Thus, an appearance telephonically by Mr. Jackson would not prejudice either party.

WHEREFORE, Plaintiff respectfully requests that this Court allow leave for Plaintiff's Counsel, Brian Keith Jackson, to appear telephonically at the January 8, 2016 Pretrial Conference.

A proposed Order is attached.

DATED this 4th day of January, 2016.

                Respectfully submitted,

                /s/   BRIAN KEITH JACKSON
                Brian Keith Jackson
                Alabama Bar No. 7519-J66B
                kj@rileyjacksonlaw.com

                **RILEY & JACKSON, P.C.**
                3530 Independence Drive
                Birmingham, AL 35209
                Telephone: (205) 879-5000
                Facsimile: (205) 879-5901

                Attorney for Gregory L. Seippel