UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.<br>IVC FILTERS MARKETING, SALES<br>PRACTICE AND PRODUCTS<br>LIABILITY LITIGATION, | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| _____ | |
| VICKIE M. EDWARDS and<br>FARRELL EDWARDS,<br><br>       Plaintiffs, | This Document Relates to:<br><br>1:15-CV-01819-RLY-TAB |
| vs. | |
| COOK MEDICAL INC., IVC FILTERS<br>MARKETING, SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION,<br><br>       Defendants.<br>_____ | |

### MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiffs Vickie Edwards and Farrell Edwards hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

Although Counsel for Plaintiffs, Brian Keith Jackson, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. Jackson is not co-lead counsel for all MDL plaintiffs. The plaintiffs represented by Mr. Jackson are not included in the discovery pool. Thus, an appearance telephonically by Mr. Jackson would not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that this Court allow leave for Plaintiffs' Counsel, Brian Keith Jackson, to appear telephonically at the January 8, 2016 Pretrial Conference.

A proposed Order is attached.

DATED this 4th day of January, 2016.

        Respectfully submitted,

        /s/   BRIAN KEITH JACKSON
        Brian Keith Jackson
        Alabama Bar No. 7519-J66B
        kj@rileyjacksonlaw.com

        **RILEY & JACKSON, P.C.**
        3530 Independence Drive
        Birmingham, AL 35209
        Telephone: (205) 879-5000
        Facsimile: (205) 879-5901

        Attorney for Vickie Edwards and Farrell Edwards