UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.<br>IVC FILTERS MARKETING, SALES<br>PRACTICE AND PRODUCTS<br>LIABILITY LITIGATION, | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| _____ | |
| SCOTT WYCKOFF and<br>SHELLY WYCKOFF, | This Document Relates to:<br><br>1:15-CV-01973-RLY-TAB |
| Plaintiffs, | |
| vs. | |
| COOK MEDICAL INC., IVC FILTERS<br>MARKETING, SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION, | |
| Defendants. | |
| _____ | |

## MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiffs Scott Wyckoff and Shelly Wyckoff hereby request leave to participate telephonically in the 1/8/16 Pretrial Conference set by the Court's 12/11/15 Order.

Although Counsel for Plaintiffs, Brian Keith Jackson, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. Jackson is not co-lead counsel for all MDL plaintiffs. The plaintiffs represented by Mr. Jackson are not included in the discovery pool. Thus, an appearance telephonically by Mr. Jackson would not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that this Court allow leave for Plaintiffs' Counsel, Brian Keith Jackson, to appear telephonically at the January 8, 2016 Pretrial Conference.

A proposed Order is attached.

DATED this 4th day of January, 2016.

Respectfully submitted,

/s/   BRIAN KEITH JACKSON
Brian Keith Jackson
Alabama Bar No. 7519-J66B
kj@rileyjacksonlaw.com

**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901

Attorney for Scott Wyckoff and Shelly Wyckoff