IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. § <br> IVC FILTER MARKETING, § <br> SALES PRACTICES AND § <br> PRODUCTS LIABILITY LITIGATION § | | 1:14-ML-2570 <br><br> MDL No. 2570 |
| MELISSA CASH § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> COOK MEDICAL INCORPORATED, an § <br> Indiana corporation, also known as COOK § <br> MEDICAL, INC.; COOK § <br> INCORPORATED, an Indiana corporation; § <br> COOK GROUP, INC., an Indiana § <br> corporation; WILLIAM COOK EUROPE § <br> APS, a Denmark corporation, § <br> § <br> Defendants. § | | Civil Action No. 1:14-CV-01202-RLY-TAB |

## MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

Counsel for Plaintiff Melissa Cash hereby request leave to participate telephonically in the 1/8/2016 Pretrial Conference set by the Court's 12/11/2015 Order.

Although Counsel for Plaintiff Melissa Cash, Randal A. Kauffman, is unable to appear at the pretrial conference in person, he would still like to participate via telephone.

Mr. Kauffman is not co-lead counsel for all MDL plaintiffs. Thus, an appearance telephonically by Mr. Kauffman would not prejudice either party.

1

WHEREFORE, Randal A. Kauffman, to appear telephonically at the January 8, 2016 Pretrial Conference.

A Proposed Order is attached.

                              Respectfully submitted,
                              **Houssiere, Durant & Houssiere, LLP**

By:   /s/Randal A. Kauffman
        Charles R. Houssiere, III
        Attorney in Charge
        Texas Bar No. 10050700
        Randal A. Kauffman
        Texas Bar No. 11111700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The foregoing document will be served via the Court's ECF/ENS system on all counsel of record on the date of entry on the Court's docket.

                              /s/Randal A. Kauffman
                              Charles R. Houssiere, III
                              Randal A. Kauffman