IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | | |
|---|---|---|
| **GINGER RENAY SUMNER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-1845 |
| | ) | |
| vs. | ) | |
| | ) | |
| **COOK MEDICAL INCORPORATED** | ) | |
| **a/k/a COOK MEDICAL, INC.;** | ) | |
| **COOK INCORPORATED;** | ) | |
| **COOK GROUP, INC.;** | ) | |
| **WILLIAM COOK EUROPE APS;** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **CYNTHIA STOCKTON AS** | ) | |
| **ADMINISTRATRIX OF THE ESTATE** | | Case No. 1:14-cv-06003 |
| **OF RONALD HUFFMAN, ET AL,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **COOK MEDICAL INCORPORATED** | ) | |
| **a/k/a COOK MEDICAL, INC.;** | ) | |
| **COOK INCORPORATED;** | ) | |
| **COOK GROUP, INC.;** | ) | |
| **WILLIAM COOK EUROPE APS;** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

Now come Bellwether pool plaintiffs Ginger Sumner and Cynthia Stockton as Administratrix of the Estate of Ronald Huffman and hereby request leave of Court to participate telephonically in the January 8, 2016 Pretrial Conference set by this Court's December 11, 2015

Order.  In addition to representing two of the Bellwether pool cases, John A. Dalimonte is a member of the Plaintiffs' Executive Committee.  Mr. Dalimonte is not able to attend in person, but would like to participate by telephone.  Participation by telephone would not cause prejudice to any of the parties involved in any of the above captioned matters.

WHEREFORE, John A. Dalimonte, requests that this Court allow him to appear telephonically at the January 8, 2016 Pretrial Conference.

Respectfully Submitted,

Dated:  January 4, 2016

/s/  John A. Dalimonte
John A. Dalimonte
KARON & DALIMONTE LLP
85 Devonshire Street, Suite 1000
Boston, MA 023109
Tel:    (617) 367-3311
Fax:    (617) 742-9130
johndalimonte@kdlaw.net

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing motion has been served upon all counsel of record electronically on this 4th day of January, 2016

/s/  John A. Dalimonte
John A. Dalimonte