IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | | |
|---|---|---|
| **GINGER RENAY SUMNER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-1845 |
| | ) | |
| vs. | ) | |
| | ) | |
| **COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC.; WILLIAM COOK EUROPE APS;** | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **CYNTHIA STOCKTON AS ADMINISTRATRIX OF THE ESTATE OF RONALD HUFFMAN, ET AL,** | ) ) ) | Case No. 1:14-cv-06003 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCORPORATED; COOK GROUP, INC.; WILLIAM COOK EUROPE APS;** | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER [PROPOSED] ON PLAINTIFFS' MOTION
FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN
THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

This cause has come before the Court upon Plaintiffs' Motion for Leave to Participate Telephonically in the January 8, 2016 Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court hereby GRANTS this Motion.

IT IS THEREFORE ORDERED, Plaintiffs' counsel, John A. Dalimonte, contact the clerk to make appropriate arrangements prior to January 8, 2016.

Entered on this ____ day of January, 2016.

                                                                                        _____
                                                                                        Richard L. Young, Chief Judge
                                                                                        Timothy A. Baker, Magistrate Judge
                                                                                        U.S.D.C Southern District of Indiana