AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* v. _____ *Defendant* | ) ) ) ) ) | Case No. |

**APPEARANCE OF COUNSEL**

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : : : : : : | 1:14-ml-2570-RLY-TAB No. 2570 |

This Document Relates to:
    1:14-cv-06025-RLY-TAB

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the foregoing Notice of Appearance on behalf of Plaintiff NICHELLE TRAMBLE of said Notice with the Clerk of the Panel using the CM/ECF system which will send notification of such filing to CM/ECF participates registered to receive service in this matter.

/s/ Matthew Lopez
Matthew Lopez