IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
　　1:15-cv-2077 Kwinn Cardoza, et al

## NOTICE OF APPEARANCE

To clerk of court and all parties of record:

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel of record for Plaintiff, Kwinn Cardoza, individually and as successor in interest of the Estate of Darci Cardoza, deceased.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Timothy Litzenburg*
　　　　　　　　　　　　　　　　TIMOTHY A. LITZENBURG
　　　　　　　　　　　　　　　　**THE MILLER FIRM LLC**
　　　　　　　　　　　　　　　　108 Railroad Avenue
　　　　　　　　　　　　　　　　Orange, Virginia 22960
　　　　　　　　　　　　　　　　Tel: (540) 672-4224
　　　　　　　　　　　　　　　　Fax: (540) 672-3055
　　　　　　　　　　　　　　　　tlitzenburg@millerfirmllc.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                 /s/ Timothy A. Litzenburg
                 Timothy A. Litzenburg
                 Virginia Bar No. 76988