IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-
TAB PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

This Document Relates to:
    1:15-cv-1998 TWP-TAB –  Roger Wilson, et al

## NOTICE OF APPEARANCE

To clerk of court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel of record for Plaintiffs, Roger Wilson and Rebecca Wilson, his wife.

                                    Respectfully submitted,


                                    */s/ Timothy Litzenburg*
                                    TIMOTHY A. LITZENBURG
                                    **THE MILLER FIRM LLC**
                                    108 Railroad Avenue
                                    Orange, Virginia 22960
                                    Tel: (540) 672-4224
                                    Fax: (540) 672-3055
                                    tlitzenburg@millerfirmllc.com

                                    *Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Timothy A. Litzenburg
Timothy A. Litzenburg
Virginia Bar No. 76988