IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | 1:14-ML-2570<br><br>MDL No. 2570 |
| MELISSA CASH<br><br>Plaintiff,<br><br>v.<br><br>COOK MEDICAL INCORPORATED, an Indiana corporation, also known as COOK MEDICAL, INC.; COOK INCORPORATED, an Indiana corporation; COOK GROUP, INC., an Indiana corporation; WILLIAM COOK EUROPE APS, a Denmark corporation,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 1:14-CV-01202-RLY-TAB |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

This cause has come before the Court upon Plaintiff Melissa Cash's Motion for Leave to Participate Telephonically in the January 8, 2016, Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court find the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiff's counsel, Randal A. Kauffman, may participate telephonically in the January 8, 2016 pretrial conference.

Counsel is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016.

SO ORDERED this 6th day of January 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana