IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Civil Action No. 1:15-CV-01817-RLY-TAB,
1:15-cv-1819-RLY-TAB and 1:15-cv-1973-RLY-TAB

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO PARTICPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

This cause has come before the Court upon Plaintiffs' counsel's Motion for Leave to Participate Telephonically in the January 8, 2016, Pretrial Conference to address the procedure for selection the Bellwether Trial cases in this MDL. The Court finds the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiffs' counsel, Brian Keith Jackson, may participate telephonically in the January 8, 2016 pretrial conference. Counsel is directed to contact the Court to make appropriate arrangements prior to January 8, 2016.

Executed this 6th day of January, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.