AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>　　1:15−cv−02082−RLY−TAB<br>　Barbara J. Jones and Larry Jones | Case No.   1:14-ml-2570-RLY-TAB<br>　　　　　　　MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Barbara J. Jones and Larry Jones                                                .

Date:   1/6/2016                                *s/ Jaclyn L. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　Jaclyn L. Anderson (CA SBN 258609)
　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　Kasdan LippSmith Weber Turner LLP
　　　　　　　　　　　　　　　　　　　　500 S. Grand Ave., Suite 1310
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90071

　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　janderson@klwtlaw.com
　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　(213) 254-4800
　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　(213) 254-4801
　　　　　　　　　　　　　　　　　　　　　　*FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    *s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
janderson@klwtlaw.com