# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

    This Document Relates to Civil Action Nos.
    1:14- cv-01870
    1:14-cv-06010
    1:14-cv-01871
    1:14-cv-01872
    1:14-cv-01873
    1:15-cv-01074
    1:14-cv-01874
    1:15-cv-01088
    1:15-cv-01070
    1:15-cv-01073
    1:14-cv-01875
    1:15-cv-00018
    1:15-cv-01075
    1:15-cv-00016
    1:14-cv-01876
    1:14-cv-01786
    1:14-cv-01877
    1:14-cv-02053
    1:15-cv-01076
    1:14-cv-01878
    1:14-cv-01879
    1:15-cv-00725
    1:14-cv-01880
    1:15-cv-00642
    1:14-cv-01881
    1:15-cv-01100
    1:14-cv-01882
    1:14-cv-01883

### ORDER ON MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE

This cause has come before the Court upon Plaintiffs' counsel's Motion for Leave to Participate Telephonically in the January 8, 2016, Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court finds the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiffs' counsel, Matthew R. McCarley, may participate telephonically in the January 8, 2016 pretrial conference. Counsel is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016.

Entered this  6th   day of  January    , 20 16  .

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

1