IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| **GINGER RENAY SUMNER,**<br><br>       Plaintiff,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>       Defendants. | Case No.: 1:13-cv-1845 |

| | |
|---|---|
| **CYNTHIA STOCKTON AS ADMINISTRATRIX OF THE ESTATE OF RONALD HUFFMAN, ET AL,**<br><br>       Plaintiffs,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>       Defendants. | Case No. 1:14-cv-06003 |

**PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

Now come Bellwether pool plaintiffs Ginger Sumner and Cynthia Stockton as

Administratrix of the Estate of Ronald Huffman and hereby request leave of Court to participate telephonically in the January 8, 2016 Pretrial Conference set by this Court's December 11, 2015 Order. In addition to representing two of the Bellwether pool cases, Teresa C. Toriseva and  is a member of the Plaintiffs' Steering Committee. Ms. Toriseva is not able to attend in person, but would like to participate by telephone. Participation by telephone would not cause prejudice to any of the parties involved in any of the above captioned matters.

WHEREFORE, Teresa C. Toriseva, requests that this Court allow her to appear telephonically at the January 8, 2016 Pretrial Conference.

Dated:  January 7, 2016

Respectfully Submitted,

*/s/ Teresa C. Toriseva*
Teresa C. Toriseva, Esquire
TORISEVA LAW
1446 National Road
Wheeling, WV  26003
(304) 238-0066 (phone)
(304) 238-0149 (fax)
ceo@torisevalaw.com
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing motion has been served upon all counsel of record electronically on this 7th day of January, 2016

*/s/ Teresa C. Toriseva*
Teresa C. Toriseva, Esquire

[2]