IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **GINGER RENAY SUMNER,**<br><br>Plaintiff,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>Defendants. | Case No.: 1:13-cv-1845 |
| **CYNTHIA STOCKTON AS ADMINISTRATRIX OF THE ESTATE OF RONALD HUFFMAN, ET AL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>Defendants. | Case No. 1:14-cv-06003 |

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

This cause has come before the Court upon Plaintiffs' Motion for Leave to Participate

[2]

Telephonically in the January 8, 2016 Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court hereby GRANTS this Motion.

**IT IS THEREFORE ORDERED**, Plaintiffs' counsel, Teresa C. Toriseva, contact the clerk to make appropriate arrangements prior to January 8, 2016.

Entered on this ____ day of January, 2016.

 

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana