# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| **GINGER RENAY SUMNER,**<br><br>     Plaintiff,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>     Defendants. | Case No.: 1:13-cv-1845 |

| | |
|---|---|
| **CYNTHIA STOCKTON AS ADMINISTRATRIX OF THE ESTATE OF RONALD HUFFMAN, ET AL,**<br><br>     Plaintiffs,<br><br>vs.<br><br>**COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.;**<br>**COOK INCORPORATED;**<br>**COOK GROUP, INC.;**<br>**WILLIAM COOK EUROPE APS;**<br><br>     Defendants. | Case No. 1:14-cv-06003 |

## APPEARANCE OF COUNSEL

TO:   The clerk of court and parties of record.

Appearance of Counsel

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Plaintiffs:

Ginger Renay Sumner

Cynthia Stockton

Date:   January 7, 2016

                          Respectfully Submitted,

                          By:   */s/ Joshua D. Miller*
                                   Joshua D. Miller, Esquire
                                   TORISEVA LAW
                                   1446 National Road
                                   Wheeling, West Virginia 26003
                                   Telephone: (304) 238-0066
                                   Facsimile: (304) 238-0149
                                   Email: jdm@torisevalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                   */s/ Joshua D. Miller*
                                   Joshua D. Miller, Esquire