IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

*THIS DOCUMENT RELATES TO*:

Case No.: 1:15-cv-01909-RLY-TAB

_____

**PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE
TELEPHONICALLY IN THE JANUARY 8, 2015 PRETRIAL CONFERENCE**

    **COMES NOW** Plaintiff, Cortney Reeder ("Plaintiff"), and hereby respectfully moves this Court for Leave to permit her counsel to participate telephonically in the Pretrial Conference on January 8, 2016, as established by Order of the Court dated December 11, 2015.

    Although Plaintiff's counsel, Jeff R. Gaddy, Esquire, is unable to appear at the Pretrial Conference in person, he still wishes to participate via telephone.

    Mr. Gaddy is not co-lead counsel for all MDL plaintiffs. Thus, an appearance telephonically by Mr. Gaddy shall not prejudice either party.

    **WHEREFORE**, Plaintiff respectfully requests that this Court permit leave for Plaintiff's Counsel, Jeff R. Gaddy, to appear telephonically at the January 8, 2016 Pretrial Conference.

    A Proposed Order is attached hereto.

-2-

                                                                           Respectfully submitted,

Dated: <u>January 7, 2016</u>

                                                      /s/ Jeff R. Gaddy
Jeff R. Gaddy, Esq. FL Bar #53046
**Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.**
316 South Baylen Street, Ste. 600
Pensacola, Florida 32502
jgaddy@levinlaw.com
(850) 435-7037 (Telephone)
(850) 435-7020 (Facsimile)

***Counsel for Plaintiff***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's System.

/s/ Jeff R. Gaddy
Jeff R. Gaddy, Esq.