**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

*THIS DOCUMENT RELATES TO*:

Case No.: 1:15-cv-01909-RLY-TAB

_____

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE
TELEPHONICALLY IN THE JANUARY 8, 2015 PRETRIAL CONFERENCE**

This cause comes before the Court upon Plaintiff, Cortney Reeder's Motion for Leave to Participate Telephonically in the January 8, 2016 Pretrial Conference to address the procedure for selecting the Bellwether Trial cases in this MDL. The Court finds the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's counsel, Jeff R. Gaddy, may participate telephonically in the January 8, 2016 pretrial conference.

Counsel is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016.

ENTERED this _____ day of January, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana