IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Case No.: 1:15-cv-01976-RLY-TAB

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Tammy Fournier.

                                                       Respectfully Submitted,

Dated: January 8, 2016

                                              /s/ Kelly E. Reardon
Kelly E. Reardon, Esq. CT Juris #430784
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
P: 860-442-0444
F: 860-444-6445
kreardon@reardonlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2016, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                /s/ Kelly E. Reardon
                                                Kelly E. Reardon, Esq.

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515