UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISET DIAZ, ) | Case No. 1:15-cv-01585-RLY-TAB |
| Plaintiff, ) | |
| v. ) | MDL case 1:14-ml-2570 |
| COOK GROUP, INCORPORATED ) et al. | |
| Defendant. ) | |

**ORDER ON MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE JANUARY 8, 2016 PRETRIAL CONFERENCE**

This cause has come before the Court upon Plaintiff's counsel's Motion for Leave to Participate Telephonically in the January 8, 2016 Pretrial Conference to address the procedure for selecting the Bellwether Trial Cases in this MDL.

The Court finds the Motion should be and hereby is GRANTED

**IT IS THEREFORE , ORDERED** Plaintiff's counsel, Brian M. Dratch, may participate telephonically in the January 8, 2016 pretrial conference.

Counsel is directed to contact the Court to make the appropriate arrangements prior to January 8, 2016

Entered this ____7th____, day of __January__, 2016

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana