UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB ) ) |

**ORDER ON JANUARY 8, 2015, PRETRIAL CONFERENCE**

Parties appeared by counsel January 8, 2015, for a pretrial conference. Counsel provided Chief Judge Young and Magistrate Judge Baker an overview of the litigation, including the nature of the claims, defenses, and damages being sought. Counsel also updated the Court on the status of discovery. Judge Young inquired about the desirability of a "Science Day" and counsel agreed this would be worthwhile. Science Day is tentatively set for March 22, 2016. Counsel shall advise the Court within 14 days whether this date is acceptable for the parties, and a formal order will follow. The Court enlarged the deadline for Defendant to provide a settlement response to March 1, 2016.

Dated: 1/12/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.