UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:
     1:15-cv-02068-RLY-TAB
     1:15-cv-02077-RLY-TAB
     1:15-cv-02082-RLY-TAB
     1:16-cv-00028-RLY-TAB
     1:16-cv-00053-RLY-TAB

---

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: January 14, 2016

                              */s/ James M. Boyers*
                              James M. Boyers, #20809-49
                              WOODEN McLAUGHLIN LLP
                              One Indiana Square, Suite 1800
                              Indianapolis, IN 46204-4208
                              Tel: 317-639-6151
                              Fax: 317-639-6444
                              jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)