AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Bobbie Simpson, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-00053-SEB |
| Cook, Inc., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Bobbie Simpson and Eugene Simpson

Date: 01/15/2016

s/ Jasper D. Ward IV
*Attorney's signature*

Jasper D. Ward IV KY92160
*Printed name and bar number*

Jones Ward PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202
*Address*

jasper@jonesward.com
*E-mail address*

(502) 882-6000
*Telephone number*

(502) 587-2007
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

s/ Jasper D. Ward IV
*Counsel for Plaintiff*
