UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    1:14-cv-06000-RLY-TAB | |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Robert Brady and Cynthia Brady

Dated:  January 21, 2016.               */s/  Paul L. Stoller*
                                                            Paul L. Stoller (AZ Bar No. 016773)
                                                              GALLAGHER & KENNEDY, P.A.
                                                             2575 E. Camelback Road
                                                             Phoenix, Arizona 85016
                                                            Phn:  (602) 530-8000
                                                            Fax:  (602) 530-8500
                                                            paul.stoller@gknet.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL:

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
jbabione@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmclaw.com

Troy A. Brenes
Lopez McHugh LLP
tbrenes@lopezmchugh.com

Russell T. Button
LAW OFFICES OF BEN C. MARTIN
rbutton_@bencmart.com

John A. Dalimonte
KARON & KALIMONTE, LLP
johndalimonte@kdlaw.net

Sandra L. Davis
WOODEN & MCLAUGHLIN LLP
sdavis@woodmclaw.com

Timothy J. Freiberg
THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD.
freiberglaw.gmail.com

D. Douglas Grubbs
LEE MURPHY LAW FIRM, G.P.
dgrubbs@leemurphylaw.com

Frederick R. Hovde
HOVDE DASSOW & DEETS, LLC
rhovde@hovdelaw.com

Joseph R. Johnson
BABBITT JOHNSON OSBORNE & LeCLAINCHE, P.A.
jjohnson@babbitt-johnson.com

Douglas B. King
WOODEN & MCCLAUGHLIN LLP
dking@woodmclaw.com

James Lee, Jr.
CLARK BURNETT, G.P.
jlee@leemurphylaw.com

Ben C. Martin
LAW OFFICES OF BEN C. MARTIN
bmartin@bencmartin.com

Matthew R. McCarley
FEARS / NACHAWATI LAW FIRM
mccarley@fnlawfirm.com

Kip S.M. McDonald
WOODEN & MCLAUGHLIN LLP
kmcdonald@woodmclaw.com

Erin C. Murphy
LEE MURPHY LAW FIRM, G.P.
emurphy@leemurphylaw.com

Teresa C. Toriseva
TORISEVA LAW
ceo@torisevalaw.com

Julia Reed Zaic
HEAVISIDE REED ZAIC
julia@hrzlaw.com

/ / /

/ / /

2

Notice will be served on the parties listed below on January 22, 2016, by first class U.S. Mail, postage prepaid:

Robert Gregory Andre
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

Justin Kyle Brackett
TIM MOORE, ATTORNEY AT LAW, PA
305 East King Street
Kings Mountain, NC 28086

James C. Bradshaw, III
WYATT, TARRANT & COMBS
(Nashville Office)
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J. Britton
LAW OFFICE OF DAVID J. BRITTON
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Andrew Cookingham
THOMPSON & KNIGHT-DALLAS
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Max E. Corrick
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Frank J. D'Oro, Jr.
WESIERSKI AND ZUREK, LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Margaret A. Droppleman
HAWKINS PARNELL THACKSTON & YOUNG, LLP – Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

George Jerre Duzane
DUZANE, KOOPERMAN & MONDELLI
603 Woodland Street
Nashville, TN 37206-4211

Emily Harris Gant
OGDEN MURPHY WALLACE PLLC
901 5th Avenue, Suite 3500
Seattle, WA 98164

Lori Elizabeth Hammond
FROST BROWN TODD LLC – Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles Rene Houssiere, III
HOUSSIERE DURANT & HOUSSIERE, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

A. Timothy Jones
HAWKINS PARNELL THACKSTON & YOUNG, LLP – Charleston
109 Capitol Street, Suite 1000
Charleston, WV 25301

Randal Alan Kauffman
HOUSSIERE DURANT & HOUSSIERE, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Ramon R. Lopez
LOPEZ McHUGH LLP
North Tower, 100 Bayview Circle, #5600
Newport Beach, CA 92660

Cliff W. Marcek
CLIFF W. MARCEK, P.C.
700 S. Third Street
Las Vegas, NV 89101

John H. Martin
THOMPSON & KNIGHT
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Joseph A. Napiltonia
LAW OFFICE OF JOE NAPILTONIA
213 3rd Avenue North
Franklin, TN 37064

Stephanie E. Niehaus
SQUIRE PATTON BOGGS (US) – Cleveland
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

James R. Olson
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Ryne W. Osborne
WESIERSKI AND ZUREK LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, CA 90017

Gary J. Rickner
WARD AND SMITH, P.A.
P. O. Box 33009
Raleigh, NC 27636-3009

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Kyle E. Rowen
WESIERSKI AND ZUREK LLP
One Corporate Park, Suite 200
Irvine, CA 92606

Marc A. Sheiness
SHEINESS, GLOVER & GROSSMAN, LLP
4454 Post Oak Place Drive, Suite 270
Houston, TX 77027

W. Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TX 38103

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Craig A. Stone
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Thomas H. Terry, III
619 Cahoon Road
Bay Village, OH 44140

W. Carl Mendenhall
WORDEN THANE
P.O. Box 4747
Missoula, MT 59806-4747

Michael C. Mongiello
MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN PC
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

*/s/ Nancy Jo Koenes*
Nancy Jo Koenes

5208645v1/27147-0001