UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    1:14-cv-06000-RLY-TAB | |

**NOTICE OF APPEARANCE EXHIBIT A**

Plaintiffs represented by Paul L. Stoller:

    Robert Brady and Cynthia Brady

5208661v1/27147-0001