UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:15-cv-02026-RLY-TAB
    1:15-cv-02039-RLY-TAB
    1:15-cv-02051-RLY-TAB
    1:16-cv-00059-RLY-TAB
    1:16-cv-00064-RLY-TAB
    1:16-cv-00067-RLY-TAB
    1:16-cv-00076-RLY-TAB
    1:16-cv-00087-RLY-TAB
    1:16-cv-00145-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: January 27, 2016        */s/ James M. Boyers*
                                        James M. Boyers, #20809-49
                                        WOODEN McLAUGHLIN LLP
                                        One Indiana Square, Suite 1800
                                        Indianapolis, IN 46204-4208
                                        Tel: 317-639-6151
                                        Fax: 317-639-6444
                                        jim.boyers@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ James M. Boyers*

1099473-1 (10909-0412)