UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:15-cv-02026-RLY-TAB
   1:15-cv-02039-RLY-TAB
   1:15-cv-02051-RLY-TAB
   1:16-cv-00059-RLY-TAB
   1:16-cv-00064-RLY-TAB
   1:16-cv-00067-RLY-TAB
   1:16-cv-00076-RLY-TAB
   1:16-cv-00087-RLY-TAB
   1:16-cv-00145-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS;

Dated: January 27, 2016          */s/ John C. Babione*
                                 John C. Babione, #23494-49
                                 WOODEN McLAUGHLIN LLP
                                 One Indiana Square, Suite 1800
                                 Indianapolis, IN 46204-4208
                                 Tel: 317-639-6151
                                 Fax: 317-639-6444
                                 john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*

1099471-1 (10909-0412)