UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC          )
FILTERS MARKETING, SALES                )
PRACTICES AND PRODUCT                   )
LIABILITY LITIGATION,                   )          1:14-ml-02570-RLY-TAB
_____         )          MDL No. 2570
                                        )
This Document Relates to:               )
1:14-cv-01870-RLY-TAB                   )
1:14-cv-06010-RLY-TAB                   )
1:14-cv-01871-RLY-TAB                   )
1:14-cv-01872-RLY-TAB                   )
1:14-cv-01873-RLY-TAB                   )
1:14-cv-01874-RLY-TAB                   )
1:14-cv-01875-RLY-TAB                   )
1:15-cv-00018-RLY-TAB                   )
1:15-cv-00016-RLY-TAB                   )
1:14-cv-01876-RLY-TAB                   )
1:14-cv-01786-RLY-TAB                   )
1:14-cv-01877-RLY-TAB                   )
1:14-cv-02053-RLY-TAB                   )
1:14-cv-01878-RLY-TAB                   )
1:14-cv-01879-RLY-TAB                   )
1:14-cv-01880-RLY-TAB                   )
1:14-cv-01881-RLY-TAB                   )
1:14-cv-01882-RLY-TAB                   )
1:14-cv-01883-RLY-TAB                   )
_____

**ORDER ON JOINT MOTION TO DISMISS**
**ADDITIONAL COOK DEFENDANTS WITHOUT PREJUDICE**

The parties jointly move to dismiss the Cook Group, Inc. as a party defendant,

without prejudice.  The court, being duly advised, now **GRANTS** the motion (Filing No.

498).

1

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the

claims against the Cook Group, Inc. are dismissed, without prejudice, and the Clerk is

directed to terminate such defendant from the docket.

**SO ORDERED** this 27th day of January 2016.

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.