UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: 1:14-cv-02053-RLY-TAB _____ | ) ) ) ) | |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated, Cook Group, Inc., and William Cook Europe APS (collectively "the Cook Defendants") filed a motion for judgment on the pleadings against Grayden Kellogg, the Plaintiff herein. In their Moving Brief, they argue the Plaintiff's products liability, negligence, and breach of warranty claims are barred by the statute of limitations set forth in Indiana Code Sections 34-20-3-1 and 26-1-2-725. In their Reply Brief, the Cook Defendants' argument changes course. First, they *sua sponte* question whether Indiana or Ohio law should apply,[1] and revisit the arguments previously advanced under Ohio law. Second, they move to dismiss as untimely, in a footnote, Plaintiff's claim under the Indiana Deceptive

---

[1] In their Reply, the Cook Defendants note: "[T]he Cook Defendants have conducted further research and the results of that research have led them to conclude that statutes of limitation in a case such as this, [sic] likely are a substantive matter and, therefore, that Ohio's limitations periods are those that should be applied." (Filing No. 845 at 5).

1

Consumer Sales Act ("DCSA"), Ind. Code § 24-5-0.5-1 *et seq*.  The DCSA claim is not alleged in Plaintiff's Complaint; it is alleged in the Master Consolidated Complaint for Individual Claims.  (Filing No. 24).  To muddy the waters even more, the Master Consolidated Complaint also raises a claim for negligence *per se* based on the alleged violation of the Federal Food, Drug and Cosmetic Act ("FDCA"), 21 U.S.C. §§ 331 and 352.  The parties' briefs do not address that claim.  In an abundance of caution, and because the Cook Defendants' motion is riddled with uncertainty, the court hereby **DENIES** the Cook Defendants' Motion for Judgment on the Pleadings (Filing No. 841).

**SO ORDERED** this 29th day of January 2016.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.