UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:
1
    1:16-cv-00160-RLY-TAB

---

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

| | |
|---|---|
| Dated: February 1, 2016 | */s/ Sandra Davis Jansen* |
| | Sandra Davis Jansen, #27803-53 |
| | WOODEN McLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| | Indianapolis, IN 46204-4208 |
| | Tel: 317-639-6151 |
| | Fax: 317-639-6444 |
| | sandy.jansen@woodenmclaughlin.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Sandra Davis Jansen