IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Civil Case No. 1:15-cv-01909-RLY-TAB

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as Counsel for:  Plaintiff Cortney Reeder.

DATED:  February 1, 2016.

                              Respectfully submitted,


                               */s/ Matthew D. Schutlz*                          _
                              Matthew D. Schultz, Esq., FL Bar # 640328
                              Levin, Papantonio, Thomas, Mitchell,
                              Rafferty & Proctor, P.A.
                              P.O. Box 12308 (32591-2308)
                              316 S. Baylen St., Suite 600
                              Pensacola, Florida 32502
                              mschultz@levinlaw.com
                              (850) 435-7140
                              (850) 435-7020 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Matthew D. Schutlz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)