UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Civil Action No.: 1:15-cv-00764-RLY-TAB

### THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Cook Defendants, by counsel, respectfully file their Motion for Summary Judgment. For the reasons stated in the Cook Defendants' Brief in Support of Motion for Summary Judgment, filed simultaneously herewith, the Court should find that Plaintiff Valerie Graham's state law claims are barred by the statutes of limitations and that her negligence per se claim is barred because Graham is not authorized to bring a claim under the FDCA or under the regulations enacted pursuant to the FDCA. The Court should grant the Cook Defendants' motion.

Respectfully submitted,

*/s/ Maureen E. Ward*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
Maureen E. Ward, Esq.

WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com

jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com
Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed the foregoing *Cook Defendants' Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

Joseph R. Johnson, Esq.
Babbitt Johnson Osborne & LeClainche
1641 Worthington Rd, Ste. 100
West Palm Beach, FL 33402-4426

Julia Reed Zaic, Esq.
Laura Smith, Esq.
Heaviside Reed Zaic
312 Broadway, Ste. 203
Laguna Beach, CA 92651

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

David J Britton
Law Office of David J. Britton
535 Dock Street, Suite 108
Tacoma, WA 98402

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Lori Elizabeth Hammond
Frost Brown Todd LLC - Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363

Ramon R. Lopez
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

| | |
|---|---|
| Tim Moore<br>Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 |
| Charles Rene Houssiere, III<br>Randal Alan Kauffman<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Boulevard, Suite 800<br>Houston, TX 77056-3812 | Matthew McCarley<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206 |
| Anthony James Urban<br>Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 | |

/s/*Maureen E. Ward*
Maureen E. Ward

1351272-1 (10909-0989)

3