# Kelli R. Jachimiak

**From:** Denise Codding <dcodding@babbitt-johnson.com>
**Sent:** Friday, July 03, 2015 4:15 PM
**To:** CookIVCFMDL
**Subject:** Cook IVC Filter MDL

The Plaintiff Profile form, Fact Sheet, executed authorizations and records have been downloaded in the following cases:

Valeria Graham – 15-cv-764
Nora Percy – 15-cv-800
Nancy Welch – Case No: 15-cv-798


Denise Codding

Assistant to Theodore Babbitt

Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL 33409
(561) 684-2500; (561) 684-6308 (fax)

EXHIBIT 1