UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml 2570-RLY-TAB
MDL No: 2570

This Document Relates to All Actions:

Case No:      1:15-CV-00764-RLY-TAB

Plaintiff:      <u>Valerie Graham</u>
                [Name of Plaintiff]

### PLAINTIFF FACT SHEET

Each Plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**. You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

EXHIBIT
3

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

## I.      BACKGROUND INFORMATION

Please state:

a)   Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name:    Valerie Sue Graham, maiden name:  Greenfield

b)   Full name of the person completing this form, if different from the person listed in 1 (a) above, and the relationship of the person completing this form to the person listed in 1 (a) above:   REDACT ▇▇ ▇▇

c)   The name and address of your primary attorney:   Joseph Johnson, Esq., Babbitt & Johnson, P.A., Suite 100, 1641 Worthington Road, West Palm Beach, FL  33409

Your Social Security Number:   REDACTED

Your date of birth:   REDACTED

Your current residential address:    665 195th Street, Fort Scott, KS  66701

5.     If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| Not applicable. | |
| | |
| | |

6.    Have you ever been married?    Yes  X       No____

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

Delbert James Hart (deceased)          5/13/74 to 5/78
Dennis L. Krom (Fort Scott, Kansas)     8/81 to 2/95
Thomas S. Graham (665 195th Street,     11/14/95 - present
   Fort Scott, Kansas 66701

7.    Do you have children?    Yes  X      No_____

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|---|---|---|---|
| REDACTED | | | |

8.    Identify the name and age of any person who currently resides with you and their relationship to you:

Thomas S. Graham RE  – husband
REDACTED

9.    Identify all secondary and post-secondary schools you attended, starting with High school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major of Primary Field |
|---|---|---|---|---|
| Mt. Vernon High | Mt. Vernon, Washington | REDACTED | Diploma | General Studies |
| Fort Scott Community College | Fort Scott, Kansas | | | Criminal justice |

10. Please provide the following information for your employment history, over the Past ten (10) years up until the present:

Not applicable (Student/volunteer)

| Name of Employer | Address | Job Title/Description Of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Not applicable - homemaker | | | | |

11. Have you ever served in any branch of the military?   Yes _____   No __X__

If yes, please provide the following information:

a. Branch and dates of service, rank upon discharge and the type of Discharge you received:   Not applicable.

b. Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? Yes _____ No _____     Not applicable

If yes, state what that condition was:   Not applicable

12. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No __X__

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:   Not applicable.

## II. CLAIM INFORMATION

1) Have you ever received a Cook Inferior Vena Cava Filter? Yes __X__ No _____

If, yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter you have received:

[X]   Cook Celect®

[X ]   Gunther Tulip®

[ ]      Other (please identify):   Not applicable

2)      For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

    a       The date each Cook Inferior Vena Cava Filter was implanted in you:

        Cook Celect – Nov. 23, 2009;
        Gunther Tulip - 2004

    b)      The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them:

        Unknown

    c)      Location of the Cook Inferior Vena Cava Filter, if known:  The filters were removed.

3)      Describe your understanding of the medical condition for which you received the Cook inferior Vena Cava Filter(s):  I was diagnosed with antiphospholipid factor XS – to present pulmonary embolism.

4)      Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s):   Dr. Lemmon, Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, Kansas

5)      Give the name and address of the hospital or other healthcare facility where The Cook Inferior Vena Cava Filter was implanted:   Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, Kansas

6)      Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer to (3) above?

    Yes.

    If yes, please identify any such device(s) or product(s).    I believe it was a Bard G2 Express and then a Braun (current).

    When was the device or produce implanted in you?

    Bard G2 Express – November 18, 2009
    Braun Vena Tech – September 19, 2011

Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter?
After the Cook procedure.

Who was the physician(s) who implanted this other device or product?
Dr. Vamanan.

Where was the other device of product implanted in you?
Kansas University Medical Center, Kansas City, Kansas.

Why was the other device or product implanted in you?
Cook Celect migrated to close proximity to the heart – device failed.  Braun IVC filter was replacement for the Cook Celect and placed in the proper location.

7)  Prior to implantation with a Cook Inferior Vena Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes _____ No _X_ Don't Know _____

If yes:

a)  Provide the date you received the written and/or verbal information or instructions:   Not applicable.

b)  Identify by name and address the person(s) who provided the information or instructions:   Not applicable.

c)  What information or instructions did you receive?   Not applicable.

d)  If you have copies of the written information or instructions you received, please attach copies to your response.   Not applicable.

e)  Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)? Yes _____ No _X_ Don't Know _____

f)  If yes to (e), by whom?   Not applicable.

g)  If yes to (e), what potential complications were described to you?   Not applicable.

8)   Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you?  No.  If so,

    a)   Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)?

        Yes _____   No _____   Not applicable.

If yes, identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal.

Not applicable.

9)   Has any physician ever told you that he or she removed any Cook Inferior Vena Cava Filter(s) from you, in whole or in part?

    Yes __X____   No _____   Don't Know _____

        If yes:

    a)   Identify the date, name of the medical provider and the name/ address of the medical facility where you told of the potential complications resulting from or caused, in whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)?

        Dr. Vamanan, Karthik
        Kansas University Medical Center
        3901 Rainbow Blvd.
        Kansas City, KS  66160
        September, 2011

    b)   Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?   Gunther Tulip – Cook Celect, Dr. Vamanun – Kansas University Medical Center, September, 2011.

    c).   Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?   I was informed that I would die if it wasn't removed – it had migrated (severe pain).

    d)   Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes _X___ No _____ Don't Know _____

e)    If yes, please state name and address of the person or entity having possession of same.

I have possession of all of my filters.
Valerie S. Graham
665 195th Street
Fort Scott, KS  66701

10)   Do you claim that you suffered bodily injuries as a result of the implantation of Cook Inferior Vena Cava Filter(s)? Yes __X__    No _____

If yes:

a)    Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?

Extreme pain over a period of approximately two years, major operations to remove the filter, major scarring, coded during operation, major depression, and I still currently have complications.

b)    When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?

Directly after implantation of the device.

c)    When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?

In June of 2010, Dr. Beezly, CCV consultant, informed me that the filter had migrated and "he wouldn't touch it" that it may be the cause of the pain.

d)    To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).

To the best of my recollection, Dr. Beezley.  I have seen many doctors about my condition and the filters.

e)    Are you currently experiencing symptoms related to your claimed bodily injuries?

_____ Yes __X__ No _____

If yes, please describe your current symptoms in detail.

Pain in my abdominal cavity at the operation sight where the filter was located.

(f)      Are you currently seeing, or have you ever seen by a doctor of healthcare provider for any of the bodily injuries or symptoms listed above?

Yes ___X___   No _____

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Dr. Karthik Vamanan Kansas University Medical Center, Kansas City, Kansas | Talked with Dr. Vamanan November, 2014, about the pain. | November, 2014 |

g)      Were you hospitalized at any time for the bodily injuries you listed above?

Yes ___X___   No _____

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Mercy Hospital 2401 Woodland Hills Blvd. Fort Scott, KS  66701 | Pain – abdominal Filter migration | March, 2010 |

11)      Are you making a claim for lost wages or lost earning capacity?

Yes _____   No ___X___

If yes, state the annual gross income you derived from your employment for each year, beginning give (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:  Not applicable.

12)      Are you making a claim for lost out-of-pocket expenses? Yes ___X___   No _____

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

Travel expenses.  The amount is unknown at this time.

13)     Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes _____     No _X_

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim.  Not applicable.

14)     Please indicate whether the Consortium Plaintiff alleges any of the damages set Forth below:

Not applicable.

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | N/A |
| Impaired sexual relations | N/A |
| Lost wages/lost earning capacity | N/A |
| Lost out-of-pocket expenses | N/A |
| Physical injuries | N/A |
| Psychological injuries/emotional injuries | N/A |
| Other | N/A |

15)     Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.

Not applicable.

16)     Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

Yes _____     No _X_     Don't Know _____

If yes, set forth:  (a)  the date of the communication, (b)  the method of communication, (c)  the name of the person with whom you communicated, and (d)  the substance of the communication.

Not applicable.

### III.   MEDICAL BACKGROUND

1)    Provide your *current*: Age _█_  Height _5'3"_   Weight _109_

2)    Provide your: Age _█_   Weight _114_  (approximate, if unknown)
      *At the time* the Cook Inferior Vena Cava Filter was implanted in you.

3)    In chronological order, list any and all surgeries, procedures and/or
      hospitalizations you had in the ten (10) year period BEFORE the implantation of
      the Cook Inferior Vena Cava Filter(s).  Identify by name and address the
      doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery
      or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery Or Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| REDACTED | REDACTED | |

|  |  | Kansas City, KS  66160 |
|---|---|---|
| 5/2004 | REDACTED |  |
| 5/13/2004 | IVC filter placement (Gunther Tulip) | Kansas University Medical Center 3901 Rainbow Blvd. Kansas City, KS  66160 |

REDACTED

REDA

REDACTED

REDACTED

| 11/18/2009 | Placement IVC filter (Bard G2 Express) | Dr. Lemmon<br>Kansas University Medical |

| | | Center 3901 Rainbow Blvd. Kansas City, KS 66160 |
|---|---|---|
| 11/23/2009 | Bard G2 removal with complications, replace with Cook Celect IVC filter | Dr. Lemmon Kansas University Medical Center 3901 Rainbow Blvd. Kansas City, KS 66160 |
| | | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4)  In chronological order, list any and all surgeries, procedures and/or hospitalizations you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalizations | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| REDACTED | | |
| 3/2/2010 | CT – IVC filter migration | Unknown |
| 6/6/2010 | CT scans of IVC filter | Mercy Hospital of Ft. Scott 401 Woodland Hills Blvd. Fort Scott, KS |
| 6/7/2010 | CT | Dr. Beezley 7420 Switzer Shawnee, Kansas |
| REDACTED | | |

| 9/8/2011 | IVC filter removal (non-retrievable) | Dr. Vamanan<br>Kansas University Medical Center<br>3901 Rainbow Blvd.<br>Kansas City, KS  66160 |
| 9/9/2011 | Major surgical intervention to retrieve IVC filter | Dr. Vamanan and company<br>Kansas University Medical Center<br>3901 Rainbow Blvd.<br>Kansas City, KS  66160 |
| 9/19/2011 | IVC filter implant | Dr. Vamanan<br>Kansas University Medical Center<br>3901 Rainbow Blvd.<br>Kansas City, KS  66160 |

REDACTED

5)    To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past ten (10) years.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| REDACTED | | |



REDACTED

| | | |
|---|---|---|
| Dr. Michael Beezley<br>Vascular surgeon | Vascular Surgery<br>Associates<br>7420 Switzer<br>Shawnee, KS  66203<br>(785) 856-5075 | 2010 |

REDACTED

| | | |
|---|---|---|
| Dr. Karthik Vamanan<br>Vascular & endovascular | University of Kansas<br>Medical Center | 2011 |

| surgery | 3901 Rainbow Blvd.<br>Kansas City, KS  66160<br>(813) 588-5773 | |
| --- | --- | --- |
| REDACTED | | |

6)   *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?  (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ___X___          No _____

If yes, please describe each activity in detail.

Normal ADL's and ROM – prior to the implantation – cooking, cleaning, yardwork, social activities, driving, etc.

7)   *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes _____          No___X_____

If yes, please describe each activity in detail.

Light ADL's, slightly restricted ROM, require assistance now with household duties, yard work, etc.

8)   To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A)   Have you been diagnosed with and/or treated for any drug, alcohol, chemical and/or any other addiction or dependency during the five (5) years prior to the filing of this lawsuit through the present?

REDACTED

If yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition.

REDACTED

B)   Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the five (5) years prior to the filing of this lawsuit through the present?   Yes _X___   No ____

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:   anxiety

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9) Do you now or have you ever smoked tobacco products? Yes __X__ No ____

If yes:

How long have/did you smoke?   Socially in the 1980's

10) Other than the implantation of the Cook Inferior Vena Cava Filter device that is the subject of your lawsuit, are you aware of any other Vena cava Filter(s) implanted inside your body? Yes __X__ No _____

If yes, please provide the following information:

a) Product name:   Braun – vena tech.

b) Date of procedure placing it and name and address of doctor who place it:   September 19, 2011 – Dr. Vamanan, Kansas University Medical Center, Kansas City, Missouri

c) Condition sought to be treated through placement of the device: Severely migrated filter/failure, severe pain.

d) Any complications you encountered with the medical product or procedure:   Major complications trying to retrieve the Cook Celect Celect IVC filer.  Required highly invasive surgery(s) with several medical teams to remove my organs to be able to access the Cook filter.  Coded during surgery – liver was removed from abdomen – exceptional scarring, pain – recovery and complications.  The current Braun filter has caused no known complications.

e) Does that product remain implanted inside of you today? Yes __X__ No _____   Yes, the Braun.

11) List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the mediation, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| REDACTED | | | |

| | | TIAs and DVT | |
|---|---|---|---|
| REDACTED | | | |

## IV.  INSURANCE INFORMATION

1)   Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
| REDACTED | | | |

2)   Have you ever been denied life insurance for reasons relating to your health?

Yes _____   No __X___   Don't Know _____

If yes, please state when the denial occurred, the name of the life insurance Company, and the company's reason for denial:   Not applicable.

3)   To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition, or any other reason or basis?

Yes _____   No __X___

If yes, please specify the date on which you first became eligible:
Not applicable.

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V.  PRIOR CLAIM INFORMATION

1      Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes _____   No ___X___

If yes, please specify the following:

a)      Court in which lawsuit/claim was filed or initiated:  Not applicable.

b)      Case/Claim Number:  Not applicable.

c)      Nature of Claim/Injury:   Not applicable.

2)      Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes _____   No ___X___

If yes, please specify the following:

A      Date (or year) of application:        Not applicable

B      Type of benefits sought:        Not applicable

C      Agency/Insurer from which you sought the benefits:    Not applicable.

D      The nature of the claimed injury/disability:   Not applicable

E       Whether the claim was accepted or denied:    Not appllicable

## VI.  FACT WITNESS

1       Identify by name, address and relationship to you, all persons (other than your
        healthcare providers) who possess information concerning your injuries and/or
        current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|------|---------|---------------------|------------------------------------------|
| Thomas S. Graham | 665 195th Fort Scott, Kansas 66701 | Husband | General knowledge of condition, procedures, appointments |
| Ethan D. Hart | 2148 Ironstone Drive Fort Scott, KS  66701 | Son | Extensive knowledge of condition, procedures. appointments |

## VII.  IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior
Vena Cava Filter, please identify all research, including on-line research, that you
conducted regarding the medical complaints or condition for which you received the
Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy,
etc.) Identify the date, time and source, including any websites visited.   (Research
conducted to understand the legal and strategic advice of your counsel is not
considered responsive to this request.)

I did some on line research about my condition (Web.md, Mayo Clinics).  Not sure of
dates and times.

## VIII.  DOCUMENT REQUESTS

1       DOCUMENTS.  State whether you have any of the following documents in your
 Possession, custody, and/or control.  If you do, please provide a true and correct copy
of any such documents with this completed Fact Sheet.

        a)       If you were appointed by a Court to represent the plaintiff in this lawsuit,
                 produce any documents demonstrating such appointment.

Not applicable ___X___

The documents are attached _____ [OR]  I have no documents _____

b)    If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

Not applicable ___X___

The documents are attached _____ [OR] I have no documents _____

c)    Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject to this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, Newsletters, etc. sent or received by you.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

Not applicable ___X___

The documents are attached _____ [OR]  I have no documents _____

d)    Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s), and/or evidencing your physical condition from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

Not applicable ___X___

The documents are attached _____ [OR]  I have no documents _____

e)    Produce any Cook Inferior Vena Cava product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

Not applicable ___X___

The documents are attached ____ [OR]  I have no documents ____

f)    Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

Not applicable ___X___

The documents are attached ____ [OR]  I have no documents _____

g)    Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

Not applicable ___X___

The documents are attached ____ [OR]  I have no documents _____

h)    Produce all documents describing risks and/or benefits of inferior Vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

Not applicable ___X___

The documents are attached _____ [OR]  I have no documents ____

i)    Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

Not applicable _____

The documents are attached __X__ [OR]  I have no documents _____

j)   If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

Not applicable ____X____

The documents are attached _____ [OR]  I have no documents_____

k)   If you claim lost wages or lost earnings capacity, produce copies of your Federal and State tax returns for the five (5) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.

Not applicable ____X____

The documents are attached _____ [OR]  I have no documents _____

l)   All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit.  This includes, but is not limited to Interim Conditional Payment summaries and/or estimated prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

Not applicable ____X____

The documents are attached _____ [OR]  I have no documents _____

*[Please note:  if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time.  This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. 1395y(b)(8), also known as Section 111 of Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m)   Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine,

Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

Not applicable _____

The documents are attached _____ [OR]  I have no documents ___X___

## VERIFICATION

I, ___Valerie Graham___, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated __6/25/2015__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

[Signature of Consortium Plaintiff]

1085554-1 (10909-0412)