The University of Kansas Cancer Ctr     Richard & Annette Bloch Cancer Care     GRAHAM, VALERIE S
2330 Shawnee Mission Pkwy     MRN: 7710569
Westwood, KS 66205     DOB: REDACT Sex: F
CC Office Visit     Acct #: 65649600
Enc. Date: 12/11/2009

## Provider Progress Notes

### Progress Notes signed by Mehmood H Hashmi, MBBS at 12/11/09 1549

| | | | | | |
|---|---|---|---|---|---|
| Author: | Mehmood H Hashmi, MBBS | Service: | CC Medical Oncology | Author Type: | Fellow |
| Filed: | 12/11/09 1549 | Note Time: | 12/11/09 1452 | | |
| Related Notes: | Cosigned by: Suman Kambhampati, MD filed at 12/11/09 1624 | | | | |

Valerie Graham is a R y.o. female.

**Subjective:** Follow up for hypercoagulable syndrome.

HPI

**Heme History:** R-year-old woman with hypercoagulable state due to antiphospholipid antibody syndrome, with raised cardiolipin IgM antibodies for more than ten years. She had three episodes of PE. Most recent episode was in 2004. She also had multiple episodes of lower and upper extremity DVTs. Most recently Rt upper extremity about 1 year ago and Rt lower extremity in Jan 09. These episodes has happened while she was therapeutic on coumadin. The patient had required high doses of Coumadin and took 15-20 mg daily in order to maintain an INR at a reasonable level. The patient's INR tends to be variable from time to time and this leads to significant requirement for coumadin dose adjustment. She was following Dr Skikne in past. He suspected an abnormal CYP or VKOR gene leading to Coumadin resistance. Test was sent out and came back positive. As per records, he had a long discussion with the patient and her daughter who is a pharmacist concerning the patient's anticoagulation management. He did offer alternatives such as heparin or low-molecular-weight heparin or Arixtra but they were not pleased with these suggestions either. Patient was placed on higher dose of coumadin.

**Interval History:** On the basis of above history, patient had IVC filter placement on November 18,09. She developed severe abdominal pain after filter placement and imaging showed dislodgement. On November 23,09 she underwent another procedure and IVC for retrieved and new IVC (celect- retrievable) was placed. Also she has trans-aminitis possibly due to compromise in blood supply to liver. She started to improve and liver enzymes trended down. She was bridged with lovenox for few weeks and now INR is therapeutic. She is monitoring INR at home as well as by her primary physician. Her current dose of coumadin is 12 mg once a day for five days a week and 15 mg once a day for two day a week. No bleeding episodes. Her appetite is now improving as well as abdominal pain is resolving.

**Past History**
REDACTED

**Family History:** REDACTED
REDACTE

**Social History:** Patient quit tobacco in 2006.

EXHIBIT 5

| | | |
|---|---|---|
| The University of Kansas Cancer Ctr | Richard & Annette Bloch Cancer Care<br>2330 Shawnee Mission Pkwy<br>Westwood, KS 66205<br>CC Office Visit | GRAHAM, VALERIE S<br>MRN: 7710569<br>DOB: REDACTED, Sex: F<br>Acct #: 65649600<br>Enc. Date: 12/11/2009 |

**Provider Progress Notes (continued)**

REDACTED

| The University of Kansas Cancer Ctr | Richard & Annette Bloch Cancer Care<br>2330 Shawnee Mission Pkwy<br>Westwood, KS 66205<br>CC Office Visit | GRAHAM,VALERIE S<br>MRN: 7710569<br>DOB: REDACTED, Sex: F<br>Acct #: 65649600<br>Enc. Date: 12/11/2009 |
|---|---|---|

REDACTED

| | | |
|---|---|---|
| The University of Kansas Cancer Ctr. | Richard & Annette Bloch Cancer Care<br>2330 Shawnee Mission Pkwy<br>Westwood, KS 66205<br>CC Office Visit | GRAHAM, VALERIE S<br>MRN: 7710569<br>DOB REDACT , Sex: F<br>Acct #: 65649600<br>Enc. Date: 12/11/2009 |

REDACTED

The University of Kansas Cancer Ctr   Richard & Annette Bloch Cancer Care   GRAHAM,VALERIE S
2330 Shawnee Mission Pkwy   MRN: 7710569
Westwood, KS 66205   DOB: REDACTED, Sex: F
CC Office Visit   Acct #: 65649600
Enc. Date: 12/11/2009

**Outpatient Medications (Includes Today's Revisions) 12/11/2009 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| REDACTED | | | | |

The University of Kansas Cancer Ctr | Richard & Annette Bloch Cancer Care | GRAHAM,VALERIE S
2330 Shawnee Mission Pkwy | MRN: 7710569
Westwood, KS 66205 | DOB: REDACTED, Sex: F
CC Office Visit | Acct #: 65649600
Enc. Date: 12/11/2009

Surgical History as of 11/24/2009

REDACTED