Dec. 24. 2012 12:27PM                                                                        No. 7070 P. 2



**BABBITT,
JOHNSON,
OSBORNE
& LE CLAINCHE, P.A.**

THEODORE BABBITT*
JOSEPH R. JOHNSON"
JOSEPH A. OSBORNE
STEPHAN LE CLAINCHE°

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-4426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

December 3, 2012
University Of Kansas Hospital
Health Info.Mgmt. Cancer Center
Services Operations Office
2330 Shawnee Mission Pkwy
Westwood, KS 66205

Received CCMed Rec Dept.

MAR 1 5 2013

RECEIVED
DEC 1 4 2012
KU MED HOSPITAL
MED. REC. DEPT.

Re:               Valerie Graham
Social Security No.: REDACTED
Date of Birth:

Dear Sir or Madam:

   Please be advised that this firm is privileged to represent Valerie Graham. Enclosed is a properly executed medical authorization signed by Valerie Graham.

   I would appreciate receiving an abstract of records relative to care and treatment rendered to Valerie Graham from January 1, 2009, to the present as follows:

   1. History and Physical
   2. Consultation reports
   3. Operative reports.
   4. X-ray, MRI and imaging studies
   5. Implant sheet for IVC filters
   6. Discharge Summary

   Please send the requested records in the form of a CD, if possible, as opposed to hard copies. If there is a charge associated with this request, please contact my office in advance for pre-approval of the charges.

   Please be advised that this request is made pursuant to Florida Statutes §766.204(1), (2) and (3).

   Thank you for your cooperation and prompt attention to these requests.

   Very truly yours,

   JOSEPH R. JOHNSON

JRJ/dc
Enclosures
cc: Ms. Valerie Graham

EXHIBIT
6



1641 WORTHINGTON ROAD ■ SUITE 100 ■ WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 ■ TELEFAX (561) 684-6308 ■ WWW.BABBITT-JOHNSON.COM