


**VASCULAR SURGERY ASSOCIATES P.A**
*Vein Institute of the Midwest*

Graham, Valerie S
REDACT Female, DOB: REDACTED
665 195th St, Fort Scott, KS-66701
Home: REDACTED
Guarantor: Graham, Valerie S   Insurance: UNITED HEALTH CARE Payer ID: REDAC
PCP: Jay Allen, MD   Referring: Jay Allen, MD
Appointment Facility: Vascular Surgery Assoc Pa

Progress Notes: MICHAEL J. BEEZLEY, MD

05/09/2011


REDACTED

**Reason for Appointment**
1. EVAL HEPATIC GREENFIELD

**History of Present Illness**
Hx DVT/PE, has had 3 IVC filters placed, 1st removed electively, 2nd removed emergently(tilted) 3rd in hepatic vein or in hepatic portion of IVC, pt c/o abd. pain thinks it is related to 2nd filter.

**Vital Signs**
HR 62, R BP 135/92.

**Examination**
General Exam:
GENERAL APPEARANCE: well developed, well nourished, in no acute distress. NECK/THYROID: normal, neck supple, carotid pulse normal, no carotid bruits. HEART: normal, regular rate and rhythm. LUNGS: normal, clear to auscultation bilaterally. ABDOMEN: tender rt. mid abd. PERIPHERAL PULSES: normal. EXTREMITIES: no edema.
Imaging Studies:
CT scan  CTA done not available to view yet.

**Past Medical History**
HYPERTENSION
Factor XS (Clotting dissorder)
Tia
Dvt
Pulm embolism

**Surgical History**
IVC filter KU Dr. Thomas Gunther Tulip 2004
ivc filter removed 2004
ivc filter placed KU Dr. Lemons (Bard Exspress) 11/2009
ivc filter removed 11/2009
IVC filter placed KU Dr. Lemons (Cooks Celect) 11/23/2009
REDACTED
surgicaly removed blood clot right arm 2007

**Assessments**
1. REDACTED
2. DVT - 453.41
3. Pulmonary embolism - 415.19

**Treatment**
REDACTED

**Procedure Codes**
99213 Offic Visit, Est Pt., Level 3 (15 min)

**Family History**
REDACTED

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a former smoker, How long has it been since you last smoked? > 10 years.
Alcohol:


EXHIBIT 8

Patient: Graham, Valerie S   DOB: REDACTE   Progress Note: MICHAEL J. BEEZLEY,MD   05/09/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.1.1.20:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=219044&style=Default&F...   5/1/2013

How much alcohol do you drink?: none.

**Allergies**


REDACTED

**Review of Systems**


REDACTED



Electronically signed by Michael Beezley, MD on 05/09/2011 at 04:29 PM CDT

Sign off status: Completed

---

Vascular Surgery Assoc Pa
7420 SWITZER
SHAWNEE, KS 66203-4550
Tel: 913-262-9201
Fax: 913-262-3170

---

Patient: Graham, Valerie S   DOB: REDACT;   Progress Note: MICHAEL J. BEEZLEY, MD   05/09/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.1.4.30:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=219044&style=Default&F...   5/1/2013

Page 3 of 3



Patient: Graham, Valerie S   DOB: REDACTED   Progress Note: MICHAEL J. BEEZLEY, MD   05/09/2011

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.1.4.30:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=219044&style=Default&F...   5/1/2013