Page 1 of 2

**VASCULAR SURGERY ASSOCIATES P.A**



Vein Institute of the Midwest

Graham, Valerie S
REDACT
665 195th St, Fort Scott, KS, US 66701
Home REDACTE
Provider: Beezley, Michael J

Telephone Encounter

Answered by    RULEY, YVONNE S

Date: 06/12/2011
Time: 03:37 PM

Action Taken    Beezley,Michael J 6/13/2011 5:54:50 PM >

### History of Present Illness

TEST REVIEW: Reviewed CT angio done at Shawnee Mission Medical Center on 6-7-11. Discussed this with Dr. Clift. Also called the patient and talked to her about the results, which showed that the present vena cava filter is behind the liver and IVC slightly skewed with a couple of struts that seem to be protruding through the IVC. Dr. Clift thought it would be impossible or very, very difficult to try to remove that and did not advise it. The vena cava below that area looks wide open and normal and he saw no other abnormalities that would account for her pain. I explained this to her.

### Current Medications
None

### Past Medical History
REDACTED
Factor XS (Clotting dissorder)
Tia
Dvt
Pulm embolism

### Allergies
REDACTED



EXHIBIT
9

Patient: Graham, Valerie S   DOB REDACT   Provider: Beezley, Michael J   06/12/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.1.4.30:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=223594&style=Default&F...    5/1/2013



Patient: Graham, Valerie S   DOB: REDACT   Provider: Beezley, Michael J   06/12/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)