aham, Valerie (MR # 7710569)

| Author | Service | Author Type | Type | Filed | Note Time |
|---|---|---|---|---|---|
| Karthik Vamanan, MD | (none) | Physician | H&P | 09/04/11 0939 | 08/31/11 1339 |

**ROOM #:**

**DICTATING PROVIDER:** Karthik Vamanan, MD

**EXPECTED DATE OF SURGERY:** 09/08/2011

**HISTORY AND PHYSICAL DATE:** 08/31/2011

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:**
Ms. Graham presents to the office on 08/31/2011 with a history of abdominal pain since 2009, since the filter was placed. She says that this pain is in her mid-to-upper abdomen, sometimes tending to the right. The pain is worse with activities like bending and sitting, or lifting. If the pain is constant, has never completely gone away, some days it is worse. There are no aggravating factors other than the ones mentioned above.

She has not recently had a DVT, it appears her last DVT was more than 6 years ago. She is on Coumadin therapy and her current INR is somewhere around 4, this is normal for her.

She has had multiple ER visits for this abdominal pain and has been investigated. This seems to be coming potentially from an IVC filter, that was a Cook-Celect filter, that was placed in intrahepatic IVC at KU Medical Center. This was done because at that time, she had a history of DVT, PE, and was off her Coumadin.

Medications: REDACTED
REDACTED

Surgical History: REDACTED
REDACTED

REDACTED, and 3 IVC filter placement followed by removals.

Physical Examination: On exam today, she is in no apparent distress, her legs appear to have no swelling.

**IMPRESSION:**
I have asked her to return for a potential removal of an IVC filter on August 8, 2011. I have also discussed with her that if the filter is not retrievable via right IJ approach, surgery may be indicated.

**PLAN:**
At that time, we will need the help of a transplant surgeon to get control of and remove the filter from the retrohepatic IVC. I have also discussed with her that since the pain is big, may not be completely treated by filter removal, she may continue to have some pain although this is unlikely. Her and her son are in agreement with the plan, she will go ahead and attempt filter retrieval on August 8, 2011.

EXHIBIT 10

9135887583                                              01:25:34 p.m.   03-22-2013        6/15
ranam, Valerie (MR # 7710569)

Karthik Vamanan, MD

KV / MEDQ
D: 08/31/2011 13:39:32
T: 08/31/2011 14:23:11
Job #: 636037/4/479891480
p
cc:
 - Karthik Vamanan, MD