9135887583                                                                01:25:47 p.m.   03-22-2013   7/15

Graham, Valerie (MR# 7710569)

Encounter Date: 08/15/2011

## Progress Note

Valerie Graham (MR# 7710569)

### Progress Note Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| James J Harbrecht, MD | Signed | James J Harbrecht, MD | 8/16/11 10:32 AM |

### Progress Note

Valerie Graham is a REDACTED

**HPI**

The patient was in clinic today for evaluation of recurring problems of abdominal discomfort which she attributes to her IVC filter. She has a past history of hypertension and hypercoagulable syndrome as well as paroxysmal atrial fibrillation. She also has a history of pulmonary embolism after abdominal hysterectomy. She underwent placement of an IVC filter in 2009 at KU Med. The filter had to be withdrawn and replaced just a few days later because it was out of position. She now presents with daily episodes of right upper quadrant and right flank pain which is positional. It is difficult for her to remain in a sitting position for very long. She had a recent CT angiogram of her abdomen which demonstrated that the IVC filter was somewhat out of position and possibly extravascular and impinging on the liver. She has seen Dr. Michael Beezley about this, and he had suggested conservative management.

REDACTED

Filed Vitals:

REDACTED

**Past Medical History**
Patient Active Problem List
Diagnoses                                                                Date Noted

REDACTED

- PE (Pulmonary Embolism) [415.19AC]

REDACTED

- Primary Hypercoagulable State [289.81]
  **History of Present Illness:** 52-year-old woman with hypercoagulable state. The patient has had phospholipid antibody syndrome with raised cardiolipin antibodies. She most recently has developed a DVT in the right forearm in March, 2008. This entry was abstracted from the Logician Medical Record. The original

Graham, Valerie (MR # 7710569) Printed by Ruby Hunter [RHUNTER] at 8/29/11 8:43 AM

EXHIBIT 11

9135887583     Graham, Valerie (MR # 7710569)     01:26:42 p.m.  03-22-2013  8/15

Encounter Date: 08/15/2011

author is Barry Skikne.

- Personal History of DVT (Deep Vein Thrombosis) [V12.51G]

Review of Systems


REDACTED

Physical Exam

REDACTED

Cardiovascular Studies

REDACTED

Assessment and Plan

1. Recurrent severe abdominal discomfort, possibly related to the malpositioned IVC filter.


REDACTED

Graham, Valerie (MR # 7710569) Printed by Ruby Hunter [RHUNTER] at 8/29/11 8:43 AM

9135887583  Graham, Valerie (MR # 7710569)   01:27:42 p.m.  03-22-2013  9/15
Encounter Date: 08/15/2011

5. History of pulmonary embolism.
REDACTED

I discussed this patient's case briefly with Dr. Genton. He suggested that we refer the patient to Dr. Vamanan in the Surgery Department at KU, who has experience with both vascular surgery and IVC filter placement. I have contacted Dr. Vamanan's office and left a message for him to review the patient's chart and to contact the patient directly about his recommendations.

She will continue on her current medication program pending Dr. Vamanan's recommendations.

(DOC:477825199)

Current Medications (including today's revisions)

REDACTED

Links
Previous Version

Graham, Valerie (MR # 7710569) Printed by Ruby Hunter [RHUNTER] at 8/29/11 8:43 AM