


**VASCULAR SURGERY ASSOCIATES P.A**

*Vein Institute of the Midwest*

Graham, Valerie S
REDACTED
665 195th St, Fort Scott, KS-66701
Home: REDACTED
Guarantor: Graham, Valerie S   Insurance: UNITED HEALTH CARE Payer ID: REDACT
PCP: Jay Allen, MD   Referring: Jay Allen, MD
Appointment Facility: Vascular Surgery Assoc Pa

05/31/2011

Progress Notes: MICHAEL J. BEEZLEY, MD

### Current Medications
REDACTED

### Reason for Appointment
1. EVAL IVC FILTER

### History of Present Illness
Continues with rt. mid abd. pain since 2nd IVC filter removed and 3rd placed in IVC at hepatic level.
Also recent rt. eye vision problems, headaches, primary care MD thought giant cell arteritis and started steriods.

### Examination
General Exam:
no severe distress, no enlarged or prominent temporal arteries.

### Assessments
1. DVT - 453.41

Continued abd. pain, being treated with steriods so a temporal art. biopsy would not be dianostic.

### Treatment
1. Others
Recommend CTA with contrast at SMMC to eval IVC below present filter at site where filter removed.

### Procedure Codes
99212 Offic Visit, Est Pt., Level 2 (10 min)

### Past Medical History
HYPERTENSION
Factor XS (Clotting dissorder)
REDAC
Dvt
Pulm embolism

### Surgical History
IVC filter KU Dr. Thomas Gunther Tulip 2004
ivc filter removed 2004
ivc filter placed KU Dr. Lemons (Bard Exspress) 11/2009
ivc filter removed 11/2009
IVC filter placed KU Dr. Lemons (Cooks Celect) 11/23/2009
REDACTED
surgicaly removed blood clot right arm 2007

### Family History
REDACTED

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a former smoker, How long has it been since you last smoked? > 10 years.

### Allergies



EXHIBIT 13

Electronically signed by Michael Beezley, MD on 05/31/2011 at 12:34 PM CDT

Patient: Graham, Valerie S   DOB: REDACTE   Progress Note: MICHAEL J. BEEZLEY, MD   05/31/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.1.4.30:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=222021&style=Default&F...   5/1/2013


REDACTED

Sign off status: Completed

Vascular Surgery Assoc Pa
7420 SWITZER
SHAWNEE, KS 66203-4550
Tel: 913-262-9201
Fax: 913-262-3170

Patient: Graham, Valerie S    DOB: REDACTED    Progress Note: MICHAEL J. BEEZLEY, MD    05/31/2011

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)