UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

　　Civil Action No.: 1:15-cv-00764-RLY-TAB

## THE COOK DEFENDANTS' DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

　　The Cook Defendants, by counsel, respectfully designate the following evidence in support of their Motion for Summary Judgment and corresponding brief:

　　Exhibit A – Affidavit of Kelli Jachimiak and Exhibits 1-12, attached thereto, which exhibits are as follows:

1.　　July 3, 2015, email from Denise Codding.

2.　　Computer-generated email to Kelli R. Jachimiak.

3.　　Graham's Plaintiff Fact Sheet.

4.　　Graham's Plaintiff Profile Form.

5.　　12/11/09 "Provider Progress notes" from University of Kansas Cancer Center, which progress notes are excerpts from File 7414, provided by Plaintiff. (*See* Affidavit of Kelli R. Jachimiak ("Jackimiak Aff."))

6.　　December 3, 2012 letter from Graham's counsel to the "University of Kansas Hospital Health Info. Mgmt. Cancer Center," which letter is an excerpt from File 7414, provided by Plaintiff. (*See* Jackimiak Aff.)

7. December 3, 2012 letter from Graham's counsel requesting medical records from "KU Medical Center," which letter is an excerpt from File 7445, provided by Plaintiff.  (*See* Jachimiak Aff.)

8. May 9, 2011 "Progress Notes" by Dr. Michael Beezley, which progress notes are excerpts from File 7441, provided by Plaintiff.  (*See* Jachimiak Aff.)

9. June 12, 2011 notes by Dr. Michael Beezley, which notes are excerpts from File 7441, provided by Plaintiff.  (*See* Jackimiak Aff.)

10. August 31, 2011 medical notes of Dr. Karthik Vamanan, which medical notes are excerpts from File 6937, provided by Plaintiff.  (*See* Jachimiak Aff.

11. August 15, 2011 "Progress Notes" of Dr. James J. Harbrecht, which progress notes are excerpts from File 6937, provided by Plaintiff.  (*See* Jackimiak Aff.)

12. June 7, 2011 "Radiology Exam Report" by Dr. Mark Clifft, which report is an excerpt from File 6937, provided by Plaintiff.  (*See* Jachimiak Aff.)

13. May 31, 2011 "Progress Notes" of Dr. Michael Beezley, which progress notes are excerpts from File 7441, provided by Plaintiff.  (*See* Jachimiak Aff.)

Respectfully submitted,

/s/ *Maureen E. Ward*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
Maureen E. Ward, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com

2

john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 2, 2016, I electronically filed the foregoing *Cook Defendants' Designation of Evidence in Support of Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid.

| | |
|---|---|
| Joseph R. Johnson, Esq.<br>Babbitt Johnson Osborne & LeClainche<br>1641 Worthington Rd, Ste. 100<br>West Palm Beach, FL 33402-4426 | Julia Reed Zaic, Esq.<br>Laura Smith, Esq.<br>Heaviside Reed Zaic<br>312 Broadway, Ste. 203<br>Laguna Beach, CA 92651 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | David J Britton<br>Law Office of David J. Britton<br>535 Dock Street, Suite 108<br>Tacoma, WA 98402 |
| Lucas J. Foust<br>FOUST LAW OFFICE<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | Lori Elizabeth Hammond<br>Frost Brown Todd LLC - Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202-3363 |
| Ramon R. Lopez<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV 89101 |
| Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 | Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 |
| Tim Moore<br>Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 |

| | |
|---|---|
| Charles Rene Houssiere, III<br>Randal Alan Kauffman<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Boulevard, Suite 800<br>Houston, TX 77056-3812 | Matthew McCarley<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206 |
| Anthony James Urban<br>Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 | |

                                                                       /s/*Maureen E. Ward*  
                                                                       Maureen E. Ward