UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Civil Action No.: 1:15-cv-00764-RLY-TAB

## **AFFIDAVIT OF KELLI R. JACHIMIAK**

Affiant Kelli R. Jachimiak, first being duly sworn upon her oath, says as follows:

1. I am an adult, over the age of eighteen (18) years, am otherwise competent to make this affidavit, and do so upon my personal knowledge.

2. I have been a paralegal for Wooden McLaughlin LLP for eleven (11) years. Wooden McLaughlin represents the Cook Defendants in this matter.

3. Wooden McLaughlin maintains a large file transfer site for business purposes. That file transfer site is being used by plaintiffs' respective attorneys in the above-captioned litigation in order to transfer their client's medical records and other relevant documents to Wooden McLaughlin.

4. Counsel for plaintiffs is required to send an email to the Cook IVCF group (this email address is "Cook IVCFMDL"), of which I am a member, to notify members of the group that a transmission has been sent via a large file transfer.

5. On July 3, 2015, the Wooden McLaughlin Cook IVCF group received an email from Denise Codding ("Codding") of Babbitt-Johnson informing us that Plaintiff Valerie


EXHIBIT A

Graham's Plaintiff Fact Sheet, Plaintiff Profile Form, executed medical authorizations and medical records had been downloaded to Wooden McLaughlin's large transfer site. A true and accurate copy of the email from Codding is attached hereto as Exhibit 1.

6. In addition to receiving each group email, I also personally receive a computer-generated notification from Wooden McLaughlin's large file transfer site each time there is a filedrop to it.

7. Prior to Codding's July 3, 2015 email, I received a computer-generated notification informing me that documents related to Graham had been deposited at Wooden McLaughlin's large transfer site. A true and accurate copy of the computer-generated email I received notifying me of the arrival of Graham's documents is attached hereto as Exhibit 2.

8. Included in Graham's documents was a Plaintiff Fact Sheet. A true and accurate copy of Graham's Plaintiff Fact Sheet is attached hereto as Exhibit 3.

9. Included in Graham's documents was a Plaintiff Profile Form. A true and accurate copy of Graham's Plaintiff Profile Form is attached hereto as Exhibit 4.

10. Included in Graham's documents was a file called "University of Kansas medical records – 7414" ("File 7414"). A true and accurate copy of a 12/11/09 "Provider Progress Notes" from the University of Kansas Cancer Center, which was included in File 7414, is attached hereto as Exhibit 5.

11. Also included in File 7414 was a December 3, 2012 letter from Graham's counsel requesting her medical records from "University of Kansas Hospital Health Info. Mgmt. Cancer Center." A true and accurate copy of this letter is attached hereto as Exhibit 6.

12. Included in Graham's documents was a file called "University of Kansas Hospital – 7445" ("File 7445"). A true and accurate copy of a December 3, 2012 letter from Graham's

counsel requesting her medical records from "KU Medical Center," which letter was included in File 7445, is attached hereto as Exhibit 7.

13. Included in Graham's documents was a file called "Michael Beezley records – 7441" ("File 7441"). A true and accurate copy of the May 9, 2011 "Progress Notes" by Dr. Michael Beezley, which was included in File 7441, is attached hereto as Exhibit 8.

14. Also included in File 7441 were the June 12, 2011 notes by Dr. Michael Beezley. A true and accurate copy of these notes is attached hereto as Exhibit 9.

15. Included in Graham's documents was a file called "KU Medical Center records – 6937" ("File 6937"). A true and accurate copy of the August 31, 2011 medical notes of Dr. Karthik Vamanan, which were included in File 6937, is attached hereto as Exhibit 10.

16. File 6937 also included the August 15, 2011 "Progress Notes" of Dr. James J. Harbrecht. A true and accurate copy of these is attached hereto as Exhibit 11.

17. Also included in File 6937 was the June 7, 2011 "Radiology Exam Report" by Dr. Mark Clifft. A true and accurate copy of this report is attached hereto as Exhibit 12.

18. Included in File 7441 were the May 31, 2011 Progress Notes of Dr. Michael Beezley. A true and accurate copy of these notes is attached hereto as Exhibit 13.

FURTHER AFFIANT SAYETH NOT.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 29th day of January 2016.

*Kelli R. Jachimiak* (signature)
Kelli R. Jachimiak

1349425-1 (10909-0989)