## Kelli R. Jachimiak

| | |
|---|---|
| From: | Administrator |
| Sent: | Friday, June 26, 2015 2:11 PM |
| To: | Kelli R. Jachimiak |
| Subject: | [Filedrop] Valerie Graham v. Cook Medical, et al. |

Attached please find Plaintiff's Fact Sheet, Profile Form, executed authorizations, medical records from the University of Kansas Hospital and Dr. Michael Beezley.

**Files attached to this message**

| Filename | Size | Checksum (SHA1) |
|---|---|---|
| Graham Fact Sheet.pdf | 1.3 MB | 98720576b6750eb5a2eab8d04938dbf14ac549d7 |
| Graham Profile Form.pdf | 254 KB | 49922e083043727dead6bd64f88d02a4112f0caa |
| KU Medical Center records-6937.pdf | 792 KB | a1d10165f875802aed21c14d4b11a2d181b47d48 |
| Michael Beezley records-7441.pdf | 672 KB | ffcb831a1db928768e46394fa857688155bdb060 |
| University of Kansas Hospital records-7459.pdf | 10.3 MB | 2766733ab55daa94101bb90694b06cbf0e0594c3 |
| University of Kansas Hospital-7445.pdf | 9.02 MB | 040779b98e3ba3428140df38a6442c368653974f |
| University of Kansas medical records-7414.pdf | 10.5 MB | 35f2701dea120d63d312c3ac6c14892978b23ae3 |
| University of Kansas Physicians records-7339.pdf | 2.29 MB | 343d7228f10fdcd3bfea16edb37ae931b8a3ecea |

1


EXHIBIT 2

| Graham Authorizations.pdf | 1.09 MB | e0a7c4a4908492955f6a11d016137f1555b7ac08 |

Please click on the following link to download the attachments:
https://filetransfer.woodmclaw.com/message/R5Baf4oVv5A4pKN8g5u4Oy

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Friday, 10 July.**

Message ID: R5Baf4oV

LiquidFiles Appliance: https://filetransfer.woodmclaw.com