IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MDL NO: 2570
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this Plaintiff Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

Caption: Valerie Graham v. Cook Medical, Inc., et al.   Date:
Docket No: 1:15-cv-00764-RLY-TAB
Plaintiff(s) attorney and Contact information:

Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL 33409
(561) 684-2500

## II. PLAINTIFF INFORMATION

Name: Valerie S. Graham
Spouse: Thomas S. Graham     Loss of Consortium? ☐ Yes  X No
Address: 665 195th Street, Fort Scott, KS 66701
Date of birth: REDACTED
Social Security No: REDACTED

## III. DEVICE INFORMATION[1]

Date of Implant: 11/23/2009
Reason for Implant: Preventative measure, PE, DVT and TIA
Brand Name: Celect     Mfr. Cook
Lot Number: Unknown
Placement Physician: Dr. Steven Lemons
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, Kansas

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.


EXHIBIT 4

Date of Implant: Sometime in 2004
Reason for Implant: Preventative – surgical - PE
Brand Name: Gunther Tulip     Mrf. Cook
Lot Number: Unknown
Placement Physician: Unknown
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, Kansas

*Attach medical evidence of product identification.

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): 9/8/2011
Type of Retrieval: Intravenous retrieval – capture failed
Retrieval physician: Dr. Karthik Vamanan
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, KS 66160
Reason for Retrieval: Migration and failure

Date of retrieval (including any attempts): 9/9/2011
Type of Retrieval: Intravenous – surgery through abdominal cavity/IVC
Retrieval physician: Dr. Karthik Vamanan and company – CV team and liver Transplant team
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, KS 66160
Reason for Retrieval: Migration and failure

Date of retrieval (including any attempts): 1 week post operation in 2004
Type of Retrieval: With capture
Retrieval physician: Unknown
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd., Kansas City, KS 66160
Reason for Retrieval: Preventative – no longer deemed necessary

Date of retrieval (including any attempts: November 23, 2009
Type of Retrieval: IV capture
Retrieval physician: Dr. Lemmon
Medical Facility: Kansas University Medical Center, 3901 Rainbow Blvd. Kansas City, KS 66160
Reason for Retrieval: Filter had migrated and tilted (horizontal).

## V. OUTCOME ATTRIBUTED TO DEVICE

| X  Migration | ☐ Other |
|---|---|
| X  Tilt | ☐ Other |

| | |
|---|---|
| X  Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| X  Device is unable to be retrieved | ☐ Other |
| X  Bleeding | ☐ Other |
| X  Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINATION

_CT angiogram of the abdomen_   by   _Dr. Mark Clifft, University of Kansas Hospital_
(e.g. imaging studies, surgery, doctor visits)

_History and physical of 8/31/11_   by  _Dr. Karthik Varmanan, Kansas University_
re: potential removal of filter            Medical Center

_Progress note of 8/15/11 re:_       by   _Dr. James Harbrecht, University of Kansas_
re: evaluation of IVC filter                   Hospital

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:

Severe right side abdominal pain internal, scarring internal to vascular system, extending to abdominal wall and dermis, nerve damage, abdominal muscle wall atrophy, psychological, and inability to regular ADL's.

## VIII. PAST HISTORY

Number of Deep Vein Thromboses:   3   Number of Pulmonary Emboli:   3

Prior to, or following placement of the device, have you ever had or been diagnosed with:

REDACTED

Are you claiming damages for lost wages: [ ] Yes          [X] No

If so, for what time period:   Not applicable.
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?:   [ ] Yes          [X] No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
Not applicable.

Do you have a computer?  [X] Yes          [ ] No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social medial websites:
[ ] Yes     [X] No

Please provide all user names, handles, login names or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

tvgraham@hotmail.com

### IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PHYSICIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS

Primary Care Physicians:



REDACTED

Interventional Radiologists, Vascular Surgeons and/or Hematologists:

Name:          Dr. Vamanan, M.D., RVT

Address:       3901 Rainbow Blvd., Kansas City, KS  66160

Approximate Period of Treatment:       2011 - present

REDACTED



Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):



Attach additional pages as needed to identify other health care providers you have seen.

## AUTHORIZATIONS

- -Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Valerie Graham__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __June 25, 2015__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]