## Radiology Exam Report

Facility: SMMC

Patient Name: GRAHAM, VALERIE
MRN: 1205043
FIN: 4134425
Patient Type: Outpatient
Accession No: CT-11-0063543
Exam Date/Time: 06/07/2011 10:49
Ordering Physician: BEEZLEY MD, MICHAEL J
Resident:
Radiologist: CLIFFT MD, MARK J
Reason for Exam: ABD PAIN

DOB/Age/Sex: REDACTED
Location: CT-SMMC//
Exam: CT Angio Abdomen/Pelvis W Cont
Exam Status: Completed
Transcriptionist: CLIFFT MD, MARK J
Report Status: Final
Transcribed Date/Time: 06/07/2011 15:39

## REPORT

ORDERING PHYSICIAN: BEEZLEY, MICHAEL

EXAM: CT ANGIOGRAM OF THE ABDOMEN AND PELVIS

INDICATION: Persistent abdominal pain. Patient with history of IVC filter placement, with subsequent removal with replacement of IVC filter in the intrahepatic IVC at KU Med in November 2009.

COMPARISON: None.

TECHNIQUE: 1.25 mm axial images were obtained through the abdomen and pelvis with 100 mL Visipaque 320 mg intravenous contrast. Coronal and sagittal reformatted images as well as multiplanar 3D reformatted images created on a separate workstation were provided for review.

FINDINGS:

[REDACTED]

An IVC filter is present within the intrahepatic IVC. This appears to be a Cook Celect retrievable filter. The filter is tilted, with the nose cone positioned posteromedially along the caval wall, possibly embedded into the caval wall. Four legs of the filter appear to be either tenting the caval wall or traverse the caval wall and are extra vascular. These extend into the region of the caudate lobe anteromedially, into the pericaval, perihepatic space anterolaterally, into the pericaval space just cephalad to the right renal vein posterolaterally, and in the perivascular

Page 1 Continued...        Printed Date/Time: 08/12/2011 10:42:11

EXHIBIT 12

## Radiology Exam Report
Facility: SMMC

Patient Name: GRAHAM, VALERIE
MRN: 1205043
FIN: 4134425
Patient Type: Outpatient
Accession No: CT-11-0063543
Exam Date/Time: 06/07/2011 10:49
Ordering Physician: BEEZLEY MD, MICHAEL J
Resident:
Radiologist: CLIFFT MD, MARK J
Reason for Exam: ABD PAIN

DOB/Age/Sex: REDACTED
Location: CT-SMMC//
Exam: CT Angio Abdomen/Pelvis W Cont
Exam Status: Completed
Transcriptionist: CLIFFT MD, MARK J
Report Status: Final
Transcribed Date/Time: 06/07/2011 15:39

---

space immediately adjacent to the right renal artery posterior immediately. No complicating features seen, otherwise. No caval thrombosis. The IVC is otherwise normal in appearance. A retroaortic left renal vein is present.

IMPRESSION:

1. IVC filter present within the intrahepatic IVC. Reportedly, this is the site of placement rather than secondary to migration. The filter is partially tilted, with the nose cone and retrievable hook likely embedded in the caval wall. The 4 legs of the filter appeared to be either tenting the caval wall or extravascular as discussed above.

2. No caval thrombosis. No other IVC abnormality.

3. REDACTED

Findings were discussed with Dr. Michael Beezley.

Dictating Dr. Clifft, Mark
Dictated 06/07/2011
Signing Dr. Clifft, Mark

*********Final*********

Dictated by: CLIFFT MD, MARK J
Signed by: CLIFFT MD, MARK J           06/07/11 15:55
Transcriptionist: MJC                   06/07/11 15:39

*** END OF REPORT ***
Page 2                              Printed Date/Time: 08/12/2011 10:42:11