UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Civil Action No.: 1:15-cv-00764-RLY-TAB

## COOK DEFENDANTS' NOTICE OF CORRECTED CERTIFICATE OF SERVICE

Cook Defendants, by counsel, respectfully notify the Court and the parties that the Certificate of Service that was included with MDL Docket Nos. 1050 – 1053 (Docket Nos. 70 – 73 for Civil Action No. 1:15-cv-764) should have read as follows:

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

*/s/ Maureen W. Ward*
Maureen W. Ward, Esq.

Respectfully submitted,

*/s/ Maureen E. Ward*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.

Kip S. M. McDonald, Esq.
Maureen E. Ward, Esq.

WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:    (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

> */s/ Maureen W. Ward*
> Maureen W. Ward, Esq.