IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Case No. 1:16-cv-00197-RLY-TAB

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for: Plaintiffs Mary L. Jones and Edgar Jones.

DATED:  February 5, 2016.

                                        Respectfully submitted,

                                         */s/ Jeff R. Gaddy*
                                        Jeff R. Gaddy, Esq. FL Bar #53046
                                        Levin, Papantonio, Thomas, Mitchell,
                                        Rafferty & Proctor, P.A.
                                        P.O. Box 12308 (32591-2308)
                                        316 S. Baylen St., Suite 600
                                        Pensacola, Florida 32502
                                        jgaddy@levinlaw.com
                                        (850) 435-7037 (telephone)
                                        (850) 436-7020 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

　　　　　　　　　　　　　　　　　　_/s/ Jeff R. Gaddy_
Jeff R. Gaddy, Esq. FL Bar #53046
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
jgaddy@levinlaw.com
(850) 435-7037 (telephone)
(850) 436-7020 (facsimile)