# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Settlement Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

Respectfully submitted,

/s/ *James Stephen Bennett*
James Stephen Bennett (# 22869-02)
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
E-Mail: andrea.pierson@faegrebd.com
E-Mail: stephen.bennett@faegrebd.com
E-Mail: john.schlafer@faegrebd.com
E-Mail: victoria.calhoon@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid:

Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC  28086

David J. Britton
Law Office of David J. Britton
535 Dock Street, Suite 108
Tacoma, WA  98402

Lucas J. Fouse
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT  59718

Charles Rene Houssiere, III
Randal Alan Kauffman
Houssiere Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX  77056-3812

Ramon R. Lopez
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA  92660

Matthew McCarley
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX  75206

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN  38103

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY  42001

George Jerre Duzane
Duzane, Kooperman & mondelli
603 Woodland Street
Nashville, TN  37206-4211

Lori Elizabeth Hammond
Frost Brown Todd LLC – Louisville
400 W. Market Street, 32nd Floor
Louisville, KY  40202-3363

Joseph Johnson
Babbitt Johnson Osborne & LeClainche, P.A.
1641 Worthington Road
West Palm Beach, FL  33409

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV  89101

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN  37064

Anthony James Urban
Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA  17901

| | |
|---|---|
| Peter C. Wetherall | Corrie Johnson Yackulic |
| Wetherall Group, Ltd. | Corrie Yackulic Law Firm PLLC |
| 9345 W. Sunset Road, Suite 100 | 315 5th Avenue South, Suite 1000 |
| Las Vegas, NV  89148 | Seattle, WA  98104-2682 |

/s/ *James Stephen Bennett*