UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to All Actions

_____

## MOTION TO CONTINUE SETTLEMENT CONFERENCE

The defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook"), respectfully move the Court to continue the settlement conference currently set for March 22-24, 2016.  In support of its motion, Cook states:

1. A settlement conference is currently set for March 22-24, 2016, before Magistrate Judge Tim A. Baker. [Docket No. 769]

2. The undersigned Settlement Counsel for Cook was only recently retained and entered their appearances on February 5, 2016.

3. Settlement Counsel requires additional time to investigate the cases within MDL 2570, review information regarding the underlying products, and confer with their clients.  The undersigned Settlement Counsel and Plaintiffs' Co-Lead Counsel also require additional time to confer in person regarding MDL 2570 and the inventory of cases within the MDL, and they intend to do so in person and in advance of the Settlement Conference.

4. Cook, therefore, respectfully requests that the Court continue the Settlement Conference for a period of 60 days.

5. This motion is made in good faith and not for the purpose of unfair delay.

WHEREFORE, Cook respectfully requests that the Court grant this motion and enter the attached order continuing the Settlement Conference for a period of 60 days, to a date and time thereafter convenient for the Court and parties.

Date: February 9, 2016

Respectfully submitted,

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
James Stephen Bennett (# 22869-02)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  stephen.bennett@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid:

| | |
|---|---|
| Tim Moore, Attorney at Law, P.A.<br>305 East King Street<br>Kings Mountain, NC  28086 | Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY  42001 |
| David J. Britton<br>Law Office of David J. Britton<br>535 Dock Street, Suite 108<br>Tacoma, WA  98402 | George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN  37206-4211 |
| Lucas J. Fouse<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT  59718 | Lori Elizabeth Hammond<br>Frost Brown Todd LLC – Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY  40202-3363 |
| Charles Rene Houssiere, III<br>Randal Alan Kauffman<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Boulevard, Suite 800<br>Houston, TX  77056-3812 | Joseph Johnson<br>Babbitt Johnson Osborne & LeClainche, P.A.<br>1641 Worthington Road<br>West Palm Beach, FL  33409 |
| Ramon R. Lopez<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA  92660 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV  89101 |
| Matthew McCarley<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX  75206 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN  37064 |
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN  38103 | Anthony James Urban<br>Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA  17901 |

US.104617435.01

| | |
|---|---|
| Peter C. Wetherall | Corrie Johnson Yackulic |
| Wetherall Group, Ltd. | Corrie Yackulic Law Firm PLLC |
| 9345 W. Sunset Road, Suite 100 | 315 5th Avenue South, Suite 1000 |
| Las Vegas, NV  89148 | Seattle, WA  98104-2682 |

/s/ *Andrea Roberts Pierson*