UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
  1:16-cv-00136-RLY-TAB
  1:16-cv-00197-RLY-TAB
  1:16-cv-00238-RLY-TAB
  1:16-cv-00283-RLY-TAB

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS;

Dated: February 12, 2016     */s/ John C. Babione*
                John C. Babione, #23494-49
                WOODEN McLAUGHLIN LLP
                One Indiana Square, Suite 1800
                Indianapolis, IN 46204-4208
                Tel: 317-639-6151
                Fax: 317-639-6444
                john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                       */s/ John C. Babione*