UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION  MDL No. 2570

---

This Document Relates to:
  1:16-cv-00136-RLY-TAB
  1:16-cv-00197-RLY-TAB
  1:16-cv-00238-RLY-TAB
  1:16-cv-00283-RLY-TAB

---

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS;

Dated: February 12, 2016  */s/ Sandra Davis Jansen*
  Sandra Davis Jansen, #27803-53
  WOODEN McLAUGHLIN LLP
  One Indiana Square, Suite 1800
  Indianapolis, IN 46204-4208
  Tel: 317-639-6151
  Fax: 317-639-6444
  sandy.jansen@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*

1099475-1 (10909-0412)