UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) THIS FILING RELATES TO ALL CASES ) | No. 1:14-ml-02570-RLY-TAB |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This cause is set for a telephonic status conference at 3:00 p.m. on February 18, 2016. Parties shall participate in this conference by counsel. The purpose of this conference is to address Defendants' motion to continue the settlement conferences. [Filing No. 1085.] The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.

Date: 2/12/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.