UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00179-RLY-TAB | 1:16-cv-00188-RLY-TAB |
| 1:16-cv-00181-RLY-TAB | 1:16-cv-00188-RLY-TAB |
| 1:16-cv-00182-RLY-TAB | 1:16-cv-00189-RLY-TAB |
| 1:16-cv-00183-RLY-TAB | 1:16-cv-00190-RLY-TAB |
| 1:16-cv-00184-RLY-TAB | 1:16-cv-00192-RLY-TAB |
| 1:16-cv-00185-RLY-TAB | 1:16-cv-00193-RLY-TAB |
| 1:16-cv-00186-RLY-TAB | 1:16-cv-00194-RLY-TAB |
| 1:16-cv-00187-RLY-TAB | |

---

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: February 17, 2016

*/s/ Kip S. M. McDonald*
Kip S. M. McDonald, #29370-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
kip.mcdonald@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                */s/ Kip S. M. McDonald*

1099474-1 (10909-0412)