UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00216-RLY-TAB | 1:16-cv-00224-RLY-TAB |
| 1:16-cv-00218-RLY-TAB | 1:16-cv-00225-RLY-TAB |
| 1:16-cv-00219-RLY-TAB | 1:16-cv-00226-RLY-TAB |
| 1:16-cv-00220-RLY-TAB | 1:16-cv-00227-RLY-TAB |
| 1:16-cv-00221-RLY-TAB | 1:16-cv-00228-RLY-TAB |
| 1:16-cv-00222-RLY-TAB | 1:16-cv-00229-RLY-TAB |
| 1:16-cv-00223-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

| | |
|---|---|
| Dated: February 17, 2016 | */s/ Kip S. M. McDonald*<br>Kip S. M. McDonald, #29370-49<br>WOODEN McLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel: 317-639-6151<br>Fax: 317-639-6444<br>kip.mcdonald@woodenmclaughlin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                            */s/ Kip S. M. McDonald*

1099474-1 (10909-0412)