UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-00216-RLY-TAB               1:16-cv-00224-RLY-TAB
    1:16-cv-00218-RLY-TAB               1:16-cv-00225-RLY-TAB
    1:16-cv-00219-RLY-TAB               1:16-cv-00226-RLY-TAB
    1:16-cv-00220-RLY-TAB               1:16-cv-00227-RLY-TAB
    1:16-cv-00221-RLY-TAB               1:16-cv-00228-RLY-TAB
    1:16-cv-00222-RLY-TAB               1:16-cv-00229-RLY-TAB
    1:16-cv-00223-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: February 17, 2016                      */s/ James M. Boyers*
                                                    James M. Boyers, #20809-49
                                                    WOODEN McLAUGHLIN LLP
                                                    One Indiana Square, Suite 1800
                                                    Indianapolis, IN 46204-4208
                                                    Tel: 317-639-6151
                                                    Fax: 317-639-6444
                                                    jim.boyers@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)