UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00216-RLY-TAB | 1:16-cv-00224-RLY-TAB |
| 1:16-cv-00218-RLY-TAB | 1:16-cv-00225-RLY-TAB |
| 1:16-cv-00219-RLY-TAB | 1:16-cv-00226-RLY-TAB |
| 1:16-cv-00220-RLY-TAB | 1:16-cv-00227-RLY-TAB |
| 1:16-cv-00221-RLY-TAB | 1:16-cv-00228-RLY-TAB |
| 1:16-cv-00222-RLY-TAB | 1:16-cv-00229-RLY-TAB |
| 1:16-cv-00223-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: February 17, 2016        */s/ Christopher D. Lee*
                                Christopher D. Lee, #17424-47
                                WOODEN MCLAUGHLIN LLP
                                21 SE Third Street, Suite 900
                                Evansville, IN  47708
                                (812) 401-6151
                                Fax: (812) 401-6444
                                Email: chris.lee@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christopher D. Lee*

1086561-1 (10909-0412)