UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:
      1:16-cv-00216-RLY-TAB                    1:16-cv-00224-RLY-TAB
      1:16-cv-00218-RLY-TAB                    1:16-cv-00225-RLY-TAB
      1:16-cv-00219-RLY-TAB                    1:16-cv-00226-RLY-TAB
      1:16-cv-00220-RLY-TAB                    1:16-cv-00227-RLY-TAB
      1:16-cv-00221-RLY-TAB                    1:16-cv-00228-RLY-TAB
      1:16-cv-00222-RLY-TAB                    1:16-cv-00229-RLY-TAB
      1:16-cv-00223-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: February 17, 2016               */s/ Sandra Davis Jansen*
                                       Sandra Davis Jansen, #27803-53
                                       WOODEN McLAUGHLIN LLP
                                       One Indiana Square, Suite 1800
                                       Indianapolis, IN 46204-4208
                                       Tel: 317-639-6151
                                       Fax: 317-639-6444
                                       sandy.jansen@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*