UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

    1:16-cv-00230-RLY-TAB                1:16-cv-00242-RLY-TAB
    1:16-cv-00232-RLY-TAB                1:16-cv-00244-RLY-TAB
    1:16-cv-00233-RLY-TAB                1:16-cv-00247-RLY-TAB
    1:16-cv-00234-RLY-TAB                1:16-cv-00248-RLY-TAB
    1:16-cv-00235-RLY-TAB                1:16-cv-00249-RLY-TAB
    1:16-cv-00240-RLY-TAB                1:16-cv-00250-RLY-TAB
    1:16-cv-00241-RLY-TAB                1:16-cv-00251-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: February 17, 2016                     */s/ Douglas B. King*_____
                                     Douglas B. King, #5199-49
                                     WOODEN McLAUGHLIN LLP
                                     One Indiana Square, Suite 1800
                                     Indianapolis, IN 46204-4208
                                     Tel: 317-639-6151
                                     Fax: 317-639-6444
                                     doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


*/s/ Douglas B. King*

1086562-1 (10909-0412)