UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00230-RLY-TAB | 1:16-cv-00242-RLY-TAB |
| 1:16-cv-00232-RLY-TAB | 1:16-cv-00244-RLY-TAB |
| 1:16-cv-00233-RLY-TAB | 1:16-cv-00247-RLY-TAB |
| 1:16-cv-00234-RLY-TAB | 1:16-cv-00248-RLY-TAB |
| 1:16-cv-00235-RLY-TAB | 1:16-cv-00249-RLY-TAB |
| 1:16-cv-00240-RLY-TAB | 1:16-cv-00250-RLY-TAB |
| 1:16-cv-00241-RLY-TAB | 1:16-cv-00251-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: February 17, 2016

*/s/ John C. Babione*
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*