# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: COOK MEDICAL, INC., IVC FILTERS**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Byrd et al v. Cook Group, Inc. et al | ) | |
| S.D. Illinois, C.A. No. 3:16-00095 | ) | MDL No. 2570 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Byrd*) on February 2, 2016.  In the absence of any opposition, the conditional transfer order was finalized with respect to *Byrd* on February 10, 2016.  The Panel has now been advised that *Byrd* was remanded to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, by the Honorable Staci M. Yandle in an order filed on February 11, 2016.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-14" filed on February 2, 2016, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel