UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570
_____

This Document Relates to ALL ACTIONS
_____

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Irwin B. Levin, of Cohen & Malad LLP, and former Lead Counsel for *In Re:* Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation, Case No. 1:14-ml-2570-RLY-TAB, respectfully requests leave to withdraw his Appearance of Counsel on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB. The Plaintiff will continue to be represented by the remaining counsel of record.

Respectfully submitted,

*/s/ Irwin B. Levin*
Irwin B. Levin, IN # 8784-49
ilevin@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481 (telephone)
(317) 636-2593(facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of February, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                                          */s/ Irwin B. Levin*