UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to ALL ACTIONS

_____

### <u>ORDER WITHDRAWING APPEARACNE OF COUNSEL</u>

This matter comes before the court on the motion of Irwin B. Levin to withdraw his

appearance on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the

premises, hereby **GRANTS** said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Irwin B. Levin is hereby

withdrawn as counsel of record for the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.


_____

Date


_____

JUDGE, United States District Court
Southern District of Indiana