UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) )  No. 1:14-ml-02570-RLY-TAB ) ) |

**ORDER ON JANUARY 18, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel January 18, 2016, for a telephonic status conference. Discussion held regarding settlement, and related matters. Defendants' motion to continue settlement conference is granted. [Filing No. 1085.] The settlement conference dates on March 22-24, 2016, are vacated and reset for June 27-28, 2016, at 9:00 a.m.

Dated:  2/19/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.