IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Civil Case No. 1:16-cv-00079

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for: Plaintiff Teresa Sanders.

DATED: February 22, 2016.

Respectfully submitted,

_/s/ Troy A. Brenes_
Troy A. Brenes, CA Bar # 249776
BRENES LAW GROUP
16A Journey, Suite 200
Aliso Viejo, California 32502
tbrenes@breneslawgroup.com

(949) 397-9360
(949) 607-4192 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Troy A. Brenes*
Troy A. Brenes, Esq., CA Bar # 249776
Brenes Law Group
16A Journey, Ste. 200
Aliso Viejo, California 92656
tbrenes@breneslawgroup.com

(949) 397-9360
(949) 607-4192 (fax)