UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

The court **SETS** this matter for a Science Day on **MARCH 22, 2016 at 9:00 a.m.** Lead counsel for parties are ordered to appear before the Honorable Richard L. Young, in room 349 of the Birch Bayh Federal Building & United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 23rd day of February 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record