UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   Civil Action No.: 1:15-cv-00764-RLY-TAB

**ORDER ON AGREED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF**

This cause having come before the Court on the parties' Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief and the Court, being duly advised in the premises, now finds that the motion should be granted.

IT THEREFORE IS ORDERED AND DECREED that Plaintiff Valerie Graham has up to and including March 31, 2016 in which to file her opposition to the Cook Defendants' summary judgment motion.

IT SO IS ORDERED this ___ day of February, 2016.

 

_____
Magistrate Judge Tim A. Baker
United States District Court for the Southern
District of Indiana

Distribution to:
All counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1418038-1 (10909-0989)