UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Civil Action No.: 1:15-cv-00764-RLY-TAB

### AGREED MOTION TO WITHDRAW PREVIOUSLY FILED AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF

Plaintiff Valerie Graham, by counsel, and the Cook Defendants, by counsel, respectfully file this Agreed Motion to Withdraw Previously Filed Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief. In support of their motion, the parties state:

1. On February 24, 2016, the parties filed an Agreed Motion for Extension of Time For Plaintiff to File Her Opposition Brief (Docket Nos. 1141 and 82).

2. Because of a misunderstanding, certain language that should have been included in the motion was excluded.

3. Simultaneously with the filing of this motion, the parties are filing an Amended Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief.

WHEREFORE the parties respectfully request that the Court grant their Agreed Motion to Withdraw Previously Filed Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief.

Respectfully submitted,

*/s/ Maureen E. Ward*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
Maureen E. Ward, Esq.

WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:   (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
maureen.ward@woodenmclaughlin.com

Counsel for Cook Defendants


Respectfully Submitted,


*/s/ Joseph R. Johnson*
Joseph R. Johnson, #372250, FL
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Rd. (33409)
PO Box 4426
West Palm Beach, FL  33402-4426
Tel: (561) 684-2500
Fax: (561) 684-6308
jjohnson@babbitt-johnson.com

Counsel for Plaintiff, Valerie Graham

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

*/s/ Maureen W. Ward*
Maureen W. Ward, Esq.
