UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Civil Action No.: 1:15-cv-00764-RLY-TAB

### ORDER WITHDRAWING PREVIOUSLY FILED AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF

This matter having come before the Court on the parties' Agreed Motion to Withdraw Previously Filed Agreed Motion for Extension of Time for Plaintiff to File her Opposition Brief, and the Court being duly advised, now grants the motion.

IT THEREFORE IS ORDERED AND DECREED that the parties' Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief (Docket No. 1141 and 82) is withdrawn.

IT SO IS ORDERED this ___ day of February, 2016.

_____
Magistrate Judge Tim A. Baker
United States District Court for the Southern District of Indiana

Distribution to:
All counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel

1419709-1 (10909-0989)