UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 FEB -2 PM 1:29
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Carol Calistro | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:16-CV-00064-RLY-TAB |
| Cook Incorporated;<br>Cook Medical LLC; and<br>William Cook Europe APS, | ) |
| Defendants. | ) |

Motion for pro hac vice, dkt. 15, denied as moot in light of appearance filed, dkt. 16.
Tim A. Baker
U.S. Magistrate Judge
2/24/2016

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Jason P. Johnston respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Carol Calistro in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States District Court, District of Minnesota, 5 years.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 1/29/2016

Respectfully submitted,

/s/ Jason P. Johnston
Jason P. Johnston
Meshbesher & Spence, LTD.
1616 Park Avenue, Minneapolis, MN 55404
Telephone: (612)-339-9121
Facsimile: (612)-339-9188
jjohnston@meshbesher.com