UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

This Document Relates to All Actions

## JOINT MOTION REQUESTING BRIEFING AND HEARING ON THE BELLWETHER TRIAL SELECTION PROCESS FOR MDL 2570

Plaintiffs, by co-lead counsel, and Cook Defendants, by lead counsel, respectfully file this Joint Motion Requesting Briefing and Hearing on the Bellwether Trial Selection Process (the "Joint Motion"). In support of their Joint Motion, the Parties state as follows:

1. On December 3, 2015, the Court entered Case Management Order #12 (Fourth Amendment to Case Management Plan) [Docket No. 875] ("CMO #12"), which contained necessary amendments to the Case Management Plan entered by the Court on November 25, 2014 [Docket No. 51] and amended on April 17, 2015 [Docket No. 355] and July 10, 2015 [Docket No. 519].

2. As with all previously entered Case Management Plans, CMO #12 addresses Bellwether Trials as follows:

> The Parties shall make presentations to the Court in mid-April 2016, on a date to be established by the Court, as to which Discovery Pool cases they propose be Bellwether cases for trial. The plaintiffs shall select a total of two (2) cases to be Bellwether cases and the defendant(s) shall select a total of two (2) cases to be Bellwether cases. *The parties will make proposals as to how the Bellwether selections will be handled prior to the presentations.* The Court shall inform the parties as to which cases and the order of the trials will be tried within twenty-one (21) days of the presentations.

CMO # 12 at Section III.L (emphasis added).

3. The Parties met and conferred regarding how best to select Bellwether Trials in this matter, but were unable to come to an agreement as to a joint proposal to submit to the Court.

4. The Parties agree that this issue should be resolved, with the Court's assistance, as soon as possible in light of upcoming MDL deadlines.

5. Therefore, the Parties respectfully request that the Court enter an Order directing the Parties to submit Memoranda outlining their respective proposals regarding the Bellwether Trial selection process on or before March 17, 2016.

6. The Parties further request that the Court hold a hearing on the Bellwether Trial selection process following the conclusion of Science Day, which is currently scheduled for 9:00 a.m. to noon on March 22, 2016.

7. In addition, the Parties respectfully request that the Court advise the Parties of its decision as to the Bellwether Trial selection process for MDL 2570 following the hearing, or as expeditiously as possible thereafter, so that the Parties can continue to efficiently litigate the MDL and adhere to the current deadlines in CMO # 12 as much as possible.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion Requesting Briefing and Hearing on the Bellwether Trial Selection Process by entering an Order directing the Parties to submit their Memoranda outlining their respective proposals on or before March 17, 2016, and setting a hearing for March 22, 2016, following Science Day presentations.

Respectfully Submitted,

/s/ *Ben C. Martin (with consent)*  
Ben C. Martin  
LAW OFFICE OF BEN C. MARTIN  
3219 McKinney Ave., Ste, 100  
Dallas, TX 75204  
Tel:   (214) 761-6614  
Fax:   (314) 744-7590  
bmartin@bencmartin.com  

Michael W. Heaviside  
HEAVISIDE REED ZAIC  
312 Broadway, Suite 203  
Laguna Beach, CA  9265  
Tel:   (949)715-5120  
Fax:   (949)715-5123  
mheaviside@hrzlaw.com  

David P. Matthews  
MATTHEWS & ASSOCIATES  
2905 Sackett St.  
Houston, TX  77098  
Tel:   (7130 522-5250  
Fax:   (713) 535-7136  
dmatthews@thematthewslawfirm.com  

Lead Co-Counsel for Plaintiffs

/s/ *Douglas B. King*  
Douglas B. King, Esq., Lead Counsel  
Christopher D. Lee, Esq.  
James M. Boyers, Esq.  
John C. Babione, Esq.  
Sandra Davis Jansen, Esq.  
Kip S. M. McDonald, Esq.  
WOODEN & MCLAUGHLIN LLP  
One Indiana Square, Suite 1800  
Indianapolis, IN 46204-4208  
Tel:   (317) 639-6151  
Fax:   (317) 639-6444  
doug.king@woodenmclaughlin.com  
chris.lee@woodenmclaughlin.com  
jim.boyers@woodenmclaughlin.com  
john.babione@woodenmclaughlin.com  
sandy.jansen@woodenmclaughlin.com  
kip.mcdonald@woodenmclaughlin.com  

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

*/s/ Douglas B. King*
Douglas B. King, Esq.