UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to All Actions
_____

### ORDER ON THE PARTIES' JOINT MOTION REQUESTING BRIEFING AND HEARING ON THE BELLWETHER TRIAL SELECTION PROCESS FOR MDL 2570

This cause having come before the Court on the Parties' Joint Motion Requesting Briefing and Hearing on the Bellwether Trial Selection Process, the Court, being duly advised in the premises, now finds that the Joint Motion should be granted.

IT THEREFORE IS ORDERED, ADJUDGED, AND DECREED that the Parties shall submit Memoranda outlining their respective proposals regarding the Bellwether Trial selection process on or before March 17, 2016.  A hearing on the Parties' proposals will occur following the conclusion of Science Day on March 22, 2016

IT SO IS ORDERED this ___ day of March, 2016.


_____
Judge, United States District Court for the
Southern District of Indiana


Distribution to:
All counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

1422399-1 (10909-0989)