UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )   No. 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

The court **SETS** this matter for a telephonic conference on **MARCH 11, 2016 at 4:00 p.m. (E.S.T.).** Only lead counsel for parties shall participate in the call. Dialing instructions will be provided by separate email.

**SO ORDERED** this 8th day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record