UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

### ORDER ON THE PARTIES' JOINT MOTION REQUESTING BRIEFING AND HEARING ON THE BELLWETHER TRIAL SELECTION PROCESS FOR MDL 2570

This cause having come before the Court on the Parties' Joint Motion Requesting Briefing and Hearing on the Bellwether Trial Selection Process, the Court, being duly advised in the premises, now finds that the Joint Motion should be granted.

IT THEREFORE IS ORDERED, ADJUDGED, AND DECREED that the Parties shall submit Memoranda outlining their respective proposals regarding the Bellwether Trial selection process on or before March 17, 2016. A hearing on the Parties' proposals will occur following the conclusion of Science Day on 3/22/16. The telephonic conference set for 3/11/16 is VACATED.

IT SO IS ORDERED this 10th day of March, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:
All counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.