UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

   Civil Action No.: 1:15-cv-00764-RLY-TAB

_____

### ORDER ON AMENDED AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF

This cause having come before the Court on the parties' Amended Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief and the Court, being duly advised in the premises, now finds that the motion should be granted.

IT THEREFORE IS ORDERED AND DECREED that Plaintiff Valerie Graham has up to and including March 31, 2016 in which to file her opposition to the Cook Defendants' summary judgment motion.

SO ORDERED.

Date: 3/10/16

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.

All non-registered counsel of record will be served by Plaintiffs' Lead Counsel