UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to ALL ACTIONS

_____

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

This matter comes before the court on the motion of Irwin B. Levin to withdraw his

appearance on behalf of the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the

premises, hereby **GRANTS** said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Irwin B. Levin is hereby

withdrawn as counsel of record for the Plaintiff, Tammy True, Case No. 1:14-cv-06004-RLY-TAB.


Date: 3/10/16


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

**Copies to be distributed to
all counsel of record through
the Court's electronic filing system.**