UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to:

   Civil Action No.: 1:15-cv-00764-RLY-TAB

_____

### ORDER WITHDRAWING PREVIOUSLY FILED AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF

This matter having come before the Court on the parties' Agreed Motion to Withdraw Previously Filed Agreed Motion for Extension of Time for Plaintiff to File her Opposition Brief, and the Court being duly advised, now grants the motion.

IT THEREFORE IS ORDERED AND DECREED that the parties' Agreed Motion for Extension of Time for Plaintiff to File Her Opposition Brief (Docket No. 1141 and 82) is withdrawn.

SO ORDERED.

Date: 3/10/16

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.

All non-registered counsel of record will be served by Plaintiffs' Lead Counsel