IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #13 (FIFTH AMENDED CASE MANAGEMENT PLAN)**

The Parties have met and conferred regarding necessary amendments to the Fourth Amended Case Management Plan entered by the Court on December 3, 2015 [Case Management Order # 12, Docket No. 875] in this MDL, and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #13 (Fifth Amended Case Management Plan). For the Court's convenience, the Parties state that the amendments concern Section III.I, K, M, N, and Q, Section IV.B, and Section VI.

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| *s/ Michael W. Heaviside (w/ consent)* | */s/ Christopher D. Lee* |
| Michael W. Heaviside | Douglas B. King, Esq., Lead Counsel |
| HEAVISIDE REED ZAIC | Christopher D. Lee, Esq. |
| 910 17th Street, N.W. Suite 800 | James M. Boyers, Esq. |
| Washington DC 20006 | John C. Babione, Esq. |
| Tel:   (949)715-5120 | Sandra Davis Jansen, Esq. |
| Fax:   (949)715-5123 | Kip S. M. McDonald, Esq. |
| mheaviside@hrzlaw.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Ben C. Martin | Indianapolis, IN 46204-4208 |
| LAW OFFICE OF BEN C. MARTIN | Tel:   (317) 639-6151 |
| 3219 McKinney Ave., Ste, 100 | Fax:   (317) 639-6444 |
| Dallas, TX 75204 | doug.king@woodenmclaughlin.com |
| Tel:   (214) 761-6614 | chris.lee@woodenmclaughlin.com |
| Fax:   (314) 744-7590 | jim.boyers@woodenmclaughlin.com |
| bmartin@bencmartin.com | john.babione@woodenmclaughlin.com |

1

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX  77098
Tel: (7130 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

*Lead Co-Counsel for Plaintiffs*

sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Christopher D. Lee*