IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff <u>LAURA EXTERKAMP</u>

Civil Case # 1:16-cv-460-RLY-TAB

**ORDER WITHDRAWING DOCUMENTS**

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Laura Exterkamp's, Short Form Complaint, Civil Cover Sheet, Proposed Summons, and Notice of Appearance of Counsel filed herein as Documents 1 and 2, respectively, are WITHDRAWN for clerical errors, and Plaintiff to file a Revised Short Form Complaint.

SO ORDERED.

Date: 3/10/16

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.