UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Charles Covington )
)
, )
)
Plaintiff(s), )
)
v. )   Cause No.
)
Cook Medical, Inc., IVC Filters Marketing, )
and Product Liability Litigation )   1:16-cv-0481 RLY-DKL
)
Defendant(s). )

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Melissa E. Mielke, counsel for Charles Covington, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.

Applicant's contact information should be entered as follows:
Melissa Mielke
Skikos, Crawford, Skikos, & Joseph
One Sansome Street, Ste 94104
415-546-7300
415-546-7301
mmielke@skikos.com

Dated: 3/10/16

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
**Melissa Mielke**
**Skikos, Crawford, Skikos, & Joseph**
**One Sansome Street, Ste 94104**