UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
     1:15-cv-01913-RLY-TAB           1:16-cv-00318-RLY-TAB
     1:16-cv-00159-RLY-TAB           1:16-cv-00330-RLY-TAB
     1:16-cv-00268-RLY-TAB           1:16-cv-00340-RLY-TAB
     1:16-cv-00277-RLY-TAB           1:16-cv-00344-RLY-TAB
     1:16-cv-00278-RLY-TAB           1:16-cv-00377-RLY-TAB
     1:16-cv-00286-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: March 16, 2016                  */s/ Douglas B. King*
                                                   Douglas B. King, #5199-49
                                                   WOODEN McLAUGHLIN LLP
                                                   One Indiana Square, Suite 1800
                                                   Indianapolis, IN 46204-4208
                                                   Tel: 317-639-6151
                                                   Fax: 317-639-6444
                                                   doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)