UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS   Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:15-cv-01913-RLY-TAB                                1:16-cv-00318-RLY-TAB
    1:16-cv-00159-RLY-TAB                                1:16-cv-00330-RLY-TAB
    1:16-cv-00268-RLY-TAB                                1:16-cv-00340-RLY-TAB
    1:16-cv-00277-RLY-TAB                                1:16-cv-00344-RLY-TAB
    1:16-cv-00278-RLY-TAB                                1:16-cv-00377-RLY-TAB
    1:16-cv-00286-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: March 16, 2016                    */s/ Kip S. M. McDonald*
                                                    Kip S. M. McDonald, #29370-49
                                                    WOODEN McLAUGHLIN LLP
                                                    One Indiana Square, Suite 1800
                                                    Indianapolis, IN 46204-4208
                                                    Tel: 317-639-6151
                                                    Fax: 317-639-6444
                                                    kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)