UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:15-cv-01913-RLY-TAB               1:16-cv-00318-RLY-TAB
    1:16-cv-00159-RLY-TAB               1:16-cv-00330-RLY-TAB
    1:16-cv-00268-RLY-TAB               1:16-cv-00340-RLY-TAB
    1:16-cv-00277-RLY-TAB               1:16-cv-00344-RLY-TAB
    1:16-cv-00278-RLY-TAB               1:16-cv-00377-RLY-TAB
    1:16-cv-00286-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: March 16, 2016                */s/ John C. Babione*
                                              John C. Babione, #23494-49
                                              WOODEN McLAUGHLIN LLP
                                              One Indiana Square, Suite 1800
                                              Indianapolis, IN 46204-4208
                                              Tel: 317-639-6151
                                              Fax: 317-639-6444
                                              john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ John C. Babione*