UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
    1:15-cv-01913-RLY-TAB      1:16-cv-00318-RLY-TAB
    1:16-cv-00159-RLY-TAB      1:16-cv-00330-RLY-TAB
    1:16-cv-00268-RLY-TAB      1:16-cv-00340-RLY-TAB
    1:16-cv-00277-RLY-TAB      1:16-cv-00344-RLY-TAB
    1:16-cv-00278-RLY-TAB      1:16-cv-00377-RLY-TAB
    1:16-cv-00286-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: March 16, 2016

*/s/ Sandra Davis Jansen*
Sandra Davis Jansen, #27803-53
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
sandy.jansen@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*