UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:16-cv-00401-RLY-TAB                      1:16-cv-00435-RLY-TAB
    1:16-cv-00403-RLY-TAB                      1:16-cv-00437-RLY-TAB
    1:16-cv-00405-RLY-TAB                      1:16-cv-00439-RLY-TAB
    1:16-cv-00432-RLY-TAB                      1:16-cv-00440-RLY-TAB
    1:16-cv-00433-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: March 16, 2016                                */s/ Sandra Davis Jansen*
                                                          Sandra Davis Jansen, #27803-53
                                                          WOODEN McLAUGHLIN LLP
                                                          One Indiana Square, Suite 1800
                                                          Indianapolis, IN 46204-4208
                                                          Tel: 317-639-6151
                                                          Fax: 317-639-6444
                                                          sandy.jansen@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*

1099475-1 (10909-0412)