UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:16-cv-00441-RLY-TAB                    1:16-cv-00464-RLY-TAB
    1:16-cv-00442-RLY-TAB                    1:16-cv-00473-RLY-TAB
    1:16-cv-00443-RLY-TAB                    1:16-cv-00474-RLY-TAB
    1:16-cv-00445-RLY-TAB                    1:16-cv-00484-RLY-TAB
    1:16-cv-00460-RLY-TAB                    1:16-cv-00488-RLY-TAB
    1:16-cv-00461-RLY-TAB                    1:16-cv-00498-RLY-TAB
    1:16-cv-00462-RLY-TAB                    1:16-cv-00509-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: March 16, 2016                            */s/ Kip S. M. McDonald*
                                                    Kip S. M. McDonald, #29370-49
                                                     WOODEN McLAUGHLIN LLP
                                                     One Indiana Square, Suite 1800
                                                     Indianapolis, IN 46204-4208
                                                     Tel: 317-639-6151
                                                     Fax: 317-639-6444
                                                     kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Kip S. M. McDonald*

1099474-1 (10909-0412)