**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

_____

This Document Relates to All Actions

_____

**PLAINTIFFS' MOTION FOR AN ORDER REGARDING ESTABLISHMENT OF FUNDS AND APPOINTMENT OF CERTIFIED PUBLIC ACCOUNTANT AS ESCROW AGENT FOR THOSE FUNDS**

1.     Plaintiffs, by and through Plaintiffs' Liaison Counsel and Co-Lead Counsel, hereby respectfully move the Court for entry of an order directing the establishment of two interest-bearing accounts to receive and disburse funds ("the Funds"), as requested in Plaintiffs' Motion for an Order Establishing a Time and Expense Reporting Protocol and Establishing a Common Benefit Fund (Doc. 1082). The first fund to be designated the "Cook IVC Filters Fee Fund" and the second fund to be designated the "Cook IVC Filters Expense Fund."

2.     Plaintiffs further request that the Court appoint BGBC Partners, LLC, a firm of qualified certified public accountants, to serve as escrow agent over the Funds, to pay expenses and invoices approved by Co-Lead Counsel, to keep detailed records of all deposits and withdrawals, and to prepare tax returns and other tax filings in connection with the funds. Plaintiffs propose that BGBC Partners, LLC be compensated at the

following maximum rates:  Partner - $200 per hour; Senior Manager - $150 per hour; and Manager - $125 per hour.

3. Plaintiffs respectfully request entry of the attached Proposed Order regarding Establishment of Funds and Appointment of Certified Public Accountant as Escrow Agent for those Funds.

Respectfully Submitted,

RILEY WILLIAMS & PIATT, LLC


/s/ Joseph Williams
Joseph N. Williams, Atty. No. 25874-49
301Massachusetts Avenue
Indianapolis, IN 46204
317-633-5270
Fax:  (317) 426-3348
jwilliams@rwp-law.com

*Plaintiffs' Liaison Counsel*

Ben C. Martin, Esq.
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Suite 100
Dallas, TX 75204
(214) 761-6614 (phone)
(214)744-7590 (fax)
bmartin@benmartin.com
*Plaintiffs' Co-Lead Counsel*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006
(202) 223-1993
mehaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2905 Sackett Street
Houston, TX 77098
(713) 581-8467 (phone)
(713) 535-7184 (fax)
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, a copy of the foregoing was served electronically, and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph N. Williams