IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

_____

This Document Relates to All Actions
_____

**CASE MANAGEMENT ORDER _____
REGARDING ESTABLISHMENT OF FUNDS AND
APPOINTMENT OF CERTIFIED PUBLIC ACCOUNTANT AS ESCROW
AGENT FOR THOSE FUNDS**

**I.     SCOPE OF ORDER.**

This Order is entered to provide for establishment of two interest-bearing accounts to receive and disburse funds ("the Funds") for the purpose of depositing and disbursing common-benefit funds and appointment of a certified public accountant as escrow agent for those funds.

**II.     ESTABLISHMENT OF FUNDS.**

The first fund to be designated the "Cook IVC Filters Fee Fund" and the second fund to be designated the "Cook IVC Filters Expense Fund."

**III.     APPOINTMENT OF CERTIFIED PUBLIC ACCOUNTANT AS ESCROW AGENT.**

At recommendation of Plaintiffs' Liaison Counsel and Co-Lead Counsel, the Court appoints BGBC, LLP, a firm of qualified certified public accountant ("the CPA")

1

to serve as escrow agent over the Funds.  The CPA is to keep detailed records of all deposits and withdrawals, pay invoices and expenses as approved by Co-Lead Counsel, prepare tax returns and other tax filings in connection with the funds, and to make such periodic and discreet reports to the Court as requested and to the Co-Lead Counsel and Liaison Counsel.  The CPA shall charge an hourly rate of not more than $200 per hour for Partner; $150 per hour for Senior Manager; and $125 per hour for Manager.

The CPA shall submit quarterly detailed bills to the Court, under seal, and to Plaintiffs' Co-Lead Counsel.  Upon approval by the Court, the CPA's bills shall be paid from the Cook IVC Filters Expense Fund and shall be considered a shared cost.  The Plaintiffs' Liaison Counsel shall provide a copy of this Order and later orders to the CPA.

Dated this \_\_\_\_ day of _____, 2016.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.