UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**INDIANAPOLIS** DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 MAR 16 PM 2: 05

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Jeff Seldomridge respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Betty Booth, et al; Dawn Buchanan, et al; Kwinn Cardoza, et al; Kenneth Dickinson, et al; Shelia Franklin, et al; Marybeth King; Karen McIntyre, et al; Madeline Rosenbluth, et al; Lawrence Simon, et al; and Roger Wilson, et al in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States District Court, Western District of Virginia – admitted January 13, 2016.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 14, 2016

Respectfully submitted,

Jeff Seldomridge, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672 4224 (phone)
(540) 672 3055 (fax)
jseldomridge@millerfirmllc.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, the original Motion to Appear *Pro Hac Vice* was mailed by U.S. mail, postage prepaid to U.S. District Court Clerk's Office, Room 105, 46 East Ohio Street, Indianapolis, IN 46204.

By: Jeff Seldomridge, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672 4224 (phone)
(540) 672 3055 (fax)
tlitzenburg@millerfirmllc.com