UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**INDIANAPOLIS** DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB PRODUCTS
MDL No. 2570

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Jeff Seldomridge, counsel for Betty Booth, et al; Dawn Buchanan, et al; Kwinn Cardoza, et al; Kenneth Dickinson, et al; Shelia Franklin, et al; Marybeth King; Karen McIntyre, et al; Madeline Rosenbluth, et al; Lawrence Simon, et al; and Roger Wilson, et al, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Jeff Seldomridge, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672 4224 (phone)
(540) 672 3055 (fax)
jseldomridge@millerfirmllc.com

Dated: _____

Richard L. Young
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Jeff Seldomridge, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960