

Page 1 of 1

ORIGIN ID:CHOA        (540) 672-4224
RICH MAYER
THE MILLER FIRM, LLC
108 RAILROAD AVENUE

ORANGE, VA 22960
UNITED STATES US

SHIP DATE: 14MAR16
ACTWGT: 2.00 LB
CAD: 3154510/INET3730

BILL SENDER

TO
**U.S DISTRICT COURT**
**CLERK'S OFFICE, ROOM 105**
**46 EAST OHIO STREET**
**INDIANAPOLIS IN 46204**
(317) 229-3700          REF: IVC GENERAL
INV:
PO:                          DEPT: ALEXANDRIA

540J1ICF34/727F



FedEx
Express

E

TUE - 15 MAR 3:00P
STANDARD OVERNIGHT

TRK#  7758 6529 6097
0201

**ND GSHA**        46204
              IN-US   IND



**RECEIVED**

MAR 16 2016

**U.S. CLERK'S OFFICE**
**INDIANAPOLIS, INDIANA**

Extremely Urgent

◄ Insert shipping
document here.