IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Joshua Aaron Presnell and Krista Presnell

Civil Case #   1:16-cv-00509-RLY-TAB

---

## ORDER GRANTING REFUND OF OVERPAYMENT

---

On March 10, 2016, Plaintiffs Joshua Aaron Presnell and Krista Presnell filed a *Motion for Refund of Overpayment*. In said filing, Plaintiffs requested a refund of $400.00 as they were inadvertently charged twice for the initial complaint filing.

Premises considered, IT IS SO ORDERED that *Plaintiffs' Motion for Refund of Overpayment* is **GRANTED**.

Date: 3/15/16

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.