UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00087-RLY-TAB | 1:16-cv-00546-RLY-TAB |
| 1:16-cv-00283-RLY-TAB | 1:16-cv-00547-RLY-TAB |
| 1:16-cv-00481-RLY-TAB | 1:16-cv-00548-RLY-TAB |
| 1:16-cv-00530-RLY-TAB | 1:16-cv-00550-RLY-TAB |
| 1:16-cv-00531-RLY-TAB | 1:16-cv-00551-RLY-TAB |
| 1:16-cv-00536-RLY-TAB | 1:16-cv-00552-RLY-TAB |
| 1:16-cv-00542-RLY-TAB | 1:16-cv-00553-RLY-TAB |
| 1:16-cv-00545-RLY-TAB | 1:16-cv-00556-RLY-TAB |

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: March 17 2016            */s/ Douglas B. King*
                                Douglas B. King, #5199-49
                                WOODEN McLAUGHLIN LLP
                                One Indiana Square, Suite 1800
                                Indianapolis, IN 46204-4208
                                Tel: 317-639-6151
                                Fax: 317-639-6444
                                doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)