UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
  1:16-cv-00087-RLY-TAB      1:16-cv-00546-RLY-TAB
  1:16-cv-00283-RLY-TAB      1:16-cv-00547-RLY-TAB
  1:16-cv-00481-RLY-TAB      1:16-cv-00548-RLY-TAB
  1:16-cv-00530-RLY-TAB      1:16-cv-00550-RLY-TAB
  1:16-cv-00531-RLY-TAB      1:16-cv-00551-RLY-TAB
  1:16-cv-00536-RLY-TAB      1:16-cv-00552-RLY-TAB
  1:16-cv-00542-RLY-TAB      1:16-cv-00553-RLY-TAB
  1:16-cv-00545-RLY-TAB      1:16-cv-00556-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS;

Dated: March 17, 2016      */s/ Christopher D. Lee*
               Christopher D. Lee, #17424-47
               WOODEN MCLAUGHLIN LLP
               21 SE Third Street, Suite 900
               Evansville, IN  47708
               (812) 401-6151
               Fax: (812) 401-6444
               Email: chris.lee@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ Christopher D. Lee*

1086561-1 (10909-0412)