INDEX OF EXHIBITS
TO PLAINTIFFS' MEMORANDUM
REGARDING BELLWETHER TRIAL SELECTION PROCESS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Second Amended Case Management Order No. 14, *In re: Testosterone Replacement Products Liability Litigation* (MDL 2545), Case No. 1:14-cv-01748 (MDL 2545) (N.D. Il., December 10, 2015). |
| B | Order No. 18 (Initial Disposition Pool), *In re: Mirena IUD Products Liability Litigation* (MDL 2434), Case No. 7:13-mc-02434 (S.D.N.Y., April 9, 2014). |
| C | Amended Case Management Order No. 28 (Early Trial Scheduling), *In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation* (MDL 2385), No. 3:12-md-02385 (S.D. Ill., April 9, 2013). |
| D | Pretrial Order #37 (Docket Control Order), *In re: American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation* (MDL 2325), Case No. 2:12-md-02325 (S.D. W. Va., January 18, 2013). |
| E | Pretrial Order #33 (Docket Control Order), *In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation* (MDL 2327), Case No. 2:12-md-02327 (S.D.W. Va., January 18, 2013). |
| F | Pretrial Order #25 (Selection of Proposed Cases for Individual Discovery), *In re: Avaulta Pelvic Support Systems Products Liability Litigation*, Case No. 2:10-md-02187 (MDL 2187) (S.D. W. Va., June 7, 2011). |
| G | Pretrial Order #32 (Docket Control Order), *In re: Boston Scientific Corp. Pelvic Repair System Prods. Liab. Litig.*, Case No. 2:12-MD-02326 (MDL 2326) (S.D. W. Va. January 18, 2013). |
| H | Pretrial Order #51 (Order re: Bellwether Case Selection), *In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation* (MDL 2326), Case No. 2:12-MD-02326 (S.D. W. Va. August 7, 2013). |
| I | *In re Yasmin & Yaz (Prospirenone) Marketing, Sales Practices & Prods. Liab.* Litig., 2010 WL 4024778, *2 (S.D.Il. Oct. 13, 2010). |
| J | Pretrial Order No. 6 Relating ot Expert Discovery Schedules, Selection of Cases for Case-Specific Expert Discovery and Trial, and Filing of Actions |

in the Southern District of Florida ("CMO No. 2"), *In re Trasylol Prods. Liab. Litig.* (MDL 1928), No. 1:08-MD-01928 (S.D. Fl., September 19, 2008).