# EXHIBIT D

Pretrial Order #37 (Docket Control Order), *In re: American Medical Systems, Inc. Pelvic Repair System Prods. Liab. Litig.* (MDL 2325), Case No. 2:12-md-02325 (S.D.W. Va., January 18, 2013).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL 2325

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 37
### (DOCKET CONTROL ORDER)

1. *Identity of cases*. Group 1 will consist of cases filed on or before **January 1, 2013.**

2. *Plaintiff Profile Forms*. By **January 31, 2013,** each plaintiff filed in this MDL, as of **January 1, 2013**, must serve substantively complete Plaintiff Profile Forms (PPFs) for cases to be considered for Discovery Pool.

3. *Discovery Pool Cases*. By **February 25, 2013**, the parties shall submit a list of a total of thirty (30) cases, fifteen (15) for each side, to be included in the Discovery Pool.

4. *Discovery Pool Cases – Case – Specific Discovery*. Case-Specific Discovery for Discovery Pool Cases commences on **February 25, 2013**. Case-Specific Depositions shall be limited to: (1) Plaintiff(s); (2) one additional fact witness, which may include an additional physician, if the case involves a single Plaintiff; (3) implanting physician; (4) explanting physician; (5) sales representative or distributor directly associated with the sale of the product to implanting physician; and (6) any representative or any Defendant who was present in the operating room during the implantation or explantation surgeries.

5. *Plaintiff Fact Sheets*. By **March 18, 2013**, each Plaintiff in the Discovery Pool must serve a substantially completed Plaintiff Fact Sheet (PFS).

6. *Defendant Fact Sheets*. By **March 18, 2013**, Defendants shall serve a substantially completed Defendant Fact Sheet (DFS) for each case in the Discovery Pool (30 cases). The defendants will disclose the identity and locations of all sales representatives for each case in the Discovery Pool in the Defendants Fact Sheets.

7. *Trial Pool Cases*. By **June 10, 2013,** the parties shall submit a list of a total of sixteen (16) cases, eight (8) for each side, to be included in the Trial Pool.

8. *Bellwether Cases*. Parties will make presentations to the Court on **June 17, 2013** on all Trial Pool cases, and the Court shall select a total of five (5) cases to be Bellwether trial cases. The Court shall complete its selection for the final five (5) Bellwether trial cases no later than **June 24, 2013.**

9. *Expert Reports*.
    a. Plaintiffs shall serve expert reports by **July 22, 2013** for all Trial Pool cases.
    b. Defendants shall serve expert reports by **August 12, 2013** for all Trial Pool cases.
    c. Plaintiffs shall serve rebuttal expert reports by **August 23, 2013** for all Trial Pool cases.

10. *Written Discovery*. Parties shall serve any and all final, non-duplicative written discovery no later than **August 15, 2013.**

11. *Expert Discovery*. Expert Discovery for Bellwether cases shall be completed by **September 23, 2013**. Expert depositions shall not begin until after Defendants have disclosed their experts.

12. *Case-Specific Discovery*. Discovery on all Bellwether cases shall be completed by **October 3, 2013**.

13. *Motion Practice*.

   a. Daubert Motions

   1. Daubert Motions shall all be filed and served by **October 3, 2013**.

   2. All Responses to Daubert Motions shall all be filed and served by **October 17, 2013.**

   3. All Replies to Daubert Motions shall all be filed and served by **October 24, 2013.**

   b. Dispositive Motions and Motions in Limine

   1. Dispositive Motions and Motions in Limine shall all be filed and served by **October 17, 2013**.

   2. All Responses to Dispositive Motions and Motions in Limine shall all be filed and served by **October 31, 2013.**

   3. All Replies to Dispositive Motions and Motions in Limine shall all be filed and served by **November 7, 2013.**

14. *Pretrial*. The Court shall conduct pretrial and final settlement conferences at dates to be determined at an upcoming status conference. The Court will issue future orders related to conduct of the pretrial conference and submission of a Proposed Pretrial Order.

15. *Trial*. The parties will have two (2) AMS cases ready for trial on December 3, 2013.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-00793. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the

complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 18, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 71
(Bellwether Case Selections)

Pursuant to PTO # 37 and # 69, following submissions from the parties, the court heard the parties' presentations on bellwether case selections on June 25, 2013. The court has carefully reviewed and considered the parties' submissions and presentations and **ORDERS** that the following cases are selected (in no particular order) as bellwether cases in this MDL:

- *Lisa Fontes, et al. v. American Medical Systems, Inc.*       2:12-cv-02472

- *Joann Serrano v. American Medical Systems, Inc., et al.*     2:12-cv-03719

- *Debbie K. Jilovec v. American Medical Systems, Inc.*          2:12-cv-05561

- *Mary Weiler, et al. v. American Medical Systems, Inc.*        2:12-cv-05836

At a later date, I will choose from among these cases, the two cases which must be ready for trial on December 3, 2013, and from those two cases, the case which will be tried beginning on December 3, 2103. I will do the same for the May 6, 2014 trial, and will hear from counsel before making any of these determinations.

At the bellwether presentations, I agreed to permit the submission of 3 POP cases per side, with selection of two POP cases in November, 2013. I stated that a POP case will be tried in the

third round of trials, which begins on July 29, 2014 for AMS. The parties will submit a schedule for the submission of the POP cases by **July 12, 2013.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 *and in each of the cases listed above,* and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-14866. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: July 1, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325

---

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 69
(First Amended Docket Control Order (PTO # 37))

By agreement of the Parties, Paragraphs 7, 8, 9, 10 and 11 in the Docket Control Order, entered by this Court on January 18, 2013, are amended as follows:

7. *Trial Pool Cases*. By **June 19, 2013,** the parties shall submit a list of a total of twelve (12) cases, six (6) for each side, to be included in the Trial Pool.

8. *Bellwether Cases*. Parties will make presentations to the Court on **June 25, 2013, at 10:00 a.m.** on all Trial Pool cases, and the Court shall select a total of five (5) cases to be Bellwether trial cases.

9. *Expert Reports*.
    a. On **August 15, 2013**, Plaintiffs will serve Defendants with a list of all experts for whom a report will be given and the subject matter of each expert's testimony. On **August 16, 2013**, Defendants will serve their responsive list of all experts and the subject matter of each expert's testimony.
    b. Plaintiffs and Defendants shall simultaneously serve expert reports by **August 26, 2013** for all Trial Pool cases. Simultaneous therewith, Plaintiffs and Defendants

will identify three (3) dates before **September 25, 2013** that such Expert Witnesses are available for deposition. Plaintiffs and Defendants shall have five (5) days to confirm dates of deposition for each expert witness they intend to depose in this litigation.

c. Plaintiffs and Defendants shall serve rebuttal expert reports by **September 6, 2013** for all Trial Pool cases. Simultaneous therewith, Plaintiffs and Defendants will identify two (2) dates before **September 25, 2013** that such Expert Witnesses are available for deposition. Plaintiffs and Defendants shall have three (3) days to confirm dates of deposition for each expert witness they intend to depose in this litigation.

10. *Written Discovery*. Parties shall serve any and all final, non-duplicative written discovery no later than **August 23, 2013.**

11. *Expert Discovery*. Expert Discovery for Bellwether cases shall be completed by **September 25, 2013**.

ENTER: June 10, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2