UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB |

**ENTRY REGARDING SCIENCE DAY**

The "Science Day" hearing set for MARCH 22, 2016 at 9:00 a.m. will be conducted as a private and informal pretrial conference. Only lead counsel and those previously designated by them may attend this conference before the Honorable Richard L. Young, in room 349 of the Birch Bayh Federal Building & United States Courthouse, Indianapolis, Indiana 46204. The conference is otherwise closed to members of the public.

**SO ORDERED** this 21st day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record