UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Case No.<br><br>1:16-cv-0571 WTL-TAB |
| This Document Relates to:<br><br>Plaintiff Margaret Peterson | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Jaime E. Moss, counsel for Plaintiff Margaret Peterson, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

**Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.**

Applicant's contact information should be entered as follows:

Jaime E. Moss
LENZE KAMERRER MOSS, PLC
1300 Highland Ave., Suite 207
Manhattan Beach, CA 90266
P: 310-322-8800
F: 310-322-8811
moss@lkmlawfirm.com

Dated: 3/22/16

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to be distributed to all
counsel of record through the Court's
electronic filing system.

To PHV applicant via US Mail
Jamie E. Moss
LENZE KAMERRER MOSS,PLC
1300 Highland Ave.
Suite 207
Manhattan Beach, CA 90266
P: 310-322-8800
F:310-322-8811
moss@lkmlawfirm.com