UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| | Case No. 1:16-cv-0571 WTL-TAB |
| This Document Relates to: Plaintiff Margaret Peterson | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Laurie Kamerrer, counsel for Plaintiff Margaret Peterson, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.

Applicant's contact information should be entered as follows:

Laurie Kamerrer
LENZE KAMERRER MOSS, PLC
1300 Highland Ave., Suite 207
Manhattan Beach, CA 90266
P: 310-322-8800
F: 310-322-8811
kamerrer@lkmlawfirm.com

Dated: 3/22/16

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.

Laurie Kamerrer
LENZE KAMERRER MOSS, PLC
1300 Highland Ave.
Suite 207
Manhattan Beach, CA 90266