UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS | ) | |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCT LIABILITY LITIGATION MDL | ) | |
| 2570, | ) | |
| _____ | ) | No. 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | |
| ACTIONS | | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a telephonic status conference at 2 p.m. on March 25, 2016.  Parties

shall participate in this conference by counsel.  The purpose of this conference is to discuss case

protocols.  The information needed by counsel of record to participate in this telephonic

conference will be provided by separate notification.

Dated:  3/24/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining
counsel of record to be made by Plaintiffs' Lead Counsel.