UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCT LIABILITY LITIGATION MDL ) <br> 2570, ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATED TO ALL ) <br> ACTIONS ) | 1:14-ml-02570-RLY-TAB |

## MINUTE ENTRY ON SCIENCE DAY

  Comes now Plaintiffs appearing by counsel David Matthews, Ben Martin, Teresa Toriseva, Michael Heaviside and Joe Williams.  Defendant appears by counsel Doug King, Chris Lee, Jim Boyers, Sandy Davis Jansen, Kip McDonald and Andrea Roberts Pierson for the Science Day conference held March 22, 2016.

  Upon agreement of counsel, the response to Defendant Cook's Motion for Summary Judgment (document [70] in case number 1:15-cv-764-RLY-TAB) is due 14 days after the settlement conference currently scheduled for June 27-28, 2016.

  The conference was concluded without further order of the court.

**SO ORDERED** this 28th day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record