UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**ORDER ON MARCH 25, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel March 25, 2016, for a telephonic status conference to address issues regarding upcoming testing of the IVC filters. The Court provided guidance on these issues. The parties shall file a proposed stipulation on testing protocols by April 8, 2016.

Dated:  3/29/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.