UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:15-cv-01998-RLY-TAB | 1:16-cv-00568-RLY-TAB |
| 1:16-cv-00174-RLY-TAB | 1:16-cv-00571-RLY-TAB |
| 1:16-cv-00175-RLY-TAB | 1:16-cv-00592-RLY-TAB |
| 1:16-cv-00307-RLY-TAB | 1:16-cv-00593-RLY-TAB |
| 1:16-cv-00449-RLY-TAB | 1:16-cv-00612-RLY-TAB |
| 1:16-cv-00525-RLY-TAB | 1:16-cv-00169-RLY-TAB |
| 1:16-cv-00535-RLY-TAB | |
| 1:16-cv-00539-RLY-TAB | |

---

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: March 29 2016               */s/ Douglas B. King*
                                    Douglas B. King, #5199-49
                                    WOODEN McLAUGHLIN LLP
                                    One Indiana Square, Suite 1800
                                    Indianapolis, IN 46204-4208
                                    Tel: 317-639-6151
                                    Fax: 317-639-6444
                                    doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Douglas B. King*

1086562-1 (10909-0412)