UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS  Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                             MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
   1:15-cv-01998-RLY-TAB          1:16-cv-00568-RLY-TAB
   1:16-cv-00174-RLY-TAB          1:16-cv-00571-RLY-TAB
   1:16-cv-00175-RLY-TAB          1:16-cv-00592-RLY-TAB
   1:16-cv-00307-RLY-TAB          1:16-cv-00593-RLY-TAB
   1:16-cv-00449-RLY-TAB          1:16-cv-00612-RLY-TAB
   1:16-cv-00525-RLY-TAB          1:16-cv-00169-RLY-TAB
   1:16-cv-00535-RLY-TAB
   1:16-cv-00539-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS;

Dated: March 29, 2016                    */s/ John C. Babione*
                                         John C. Babione, #23494-49
                                         WOODEN McLAUGHLIN LLP
                                         One Indiana Square, Suite 1800
                                         Indianapolis, IN 46204-4208
                                         Tel: 317-639-6151
                                         Fax: 317-639-6444
                                         john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John C. Babione