IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #14 (SUPPLEMENTAL PRESERVATION, INSPECTION AND TESTING PROTOCOL)**

The Parties hereby respectfully submit their proposed Case Management Order #14 (Supplemental Preservation, Inspection and Testing Protocol) in compliance with the Court's Order titled Order On March 25, 2016, Telephonic Status Conference [Docket No. 1277], and respectfully request that the Court approve and enter the Parties' submitted order.

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| */s/ Ben C. Martin (with consent)*<br>Ben C. Martin<br>LAW OFFICE OF BEN C. MARTIN<br>3219 McKinney Ave., Ste, 100<br>Dallas, TX 75204<br>Tel:   (214) 761-6614<br>Fax:   (314) 744-7590<br>bmartin@bencmartin.com<br><br>Michael W. Heaviside<br>HEAVISIDE REED ZAIC<br>312 Broadway, Suite 203<br>Laguna Beach, CA 9265<br>Tel:   (949)715-5120<br>Fax:   (949)715-5123<br>mheaviside@hrzlaw.com<br><br>David P. Matthews<br>MATTHEWS & ASSOCIATES | */s/ John C. Babione*<br>Douglas B. King, Esq., Lead Counsel<br>Christopher D. Lee, Esq.<br>James M. Boyers, Esq.<br>John C. Babione, Esq.<br>Sandra Davis Jansen, Esq.<br>Kip S. M. McDonald, Esq.<br>WOODEN & MCLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel:   (317) 639-6151<br>Fax:   (317) 639-6444<br>doug.king@woodenmclaughlin.com<br>chris.lee@woodenmclaughlin.com<br>jim.boyers@woodenmclaughlin.com<br>john.babione@woodenmclaughlin.com<br>sandy.jansen@woodenmclaughlin.com<br>kip.mcdonald@woodenmclaughlin.com |

1

2905 Sackett St.                                              Counsel for Cook Defendants
Houston, TX  77098
Tel:     (7130 522-5250
Fax:     (713) 535-7136
dmatthews@thematthewslawfirm.com

Lead Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ John C. Babione