**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**JOINT MOTION FOR APPROVAL AND ENTRY OF AMENDED CASE MANAGEMENT ORDER #1 (PATHOLOGY AND MEDICAL DEVICE PROTOCOL)**

The Parties have met and conferred regarding necessary amendments to Case Management Order #1 entered by this Court on February 20, 2015 [Case Management Order # 1, Docket No. 243] in this MDL, and hereby respectfully request that the Court approve and enter the attached proposed Amended Case Management Order #1 (Pathology And Medical Device Protocol). The amendments are limited to replacing Attachments A, B, and C of that prior Order (preservation letter forms and chain of custody form) with updated versions of Attachments A, B, and C.

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| */s/ Ben C. Martin (with consent)* | */s/ John C. Babione* |
| Ben C. Martin | Douglas B. King, Esq., Lead Counsel |
| LAW OFFICE OF BEN C. MARTIN | Christopher D. Lee, Esq. |
| 3219 McKinney Ave., Ste, 100 | James M. Boyers, Esq. |
| Dallas, TX 75204 | John C. Babione, Esq. |
| Tel:   (214) 761-6614 | Sandra Davis Jansen, Esq. |
| Fax:   (314) 744-7590 | Kip S. M. McDonald, Esq. |
| bmartin@bencmartin.com | WOODEN & MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Michael W. Heaviside | Indianapolis, IN 46204-4208 |
| HEAVISIDE REED ZAIC | Tel:   (317) 639-6151 |
| 312 Broadway, Suite 203 | Fax:   (317) 639-6444 |
| Laguna Beach, CA  9265 | doug.king@woodenmclaughlin.com |
| Tel:   (949)715-5120 | chris.lee@woodenmclaughlin.com |

1

| | |
|---|---|
| Fax:   (949)715-5123<br>mheaviside@hrzlaw.com | jim.boyers@woodenmclaughlin.com<br>john.babione@woodenmclaughlin.com<br>sandy.jansen@woodenmclaughlin.com |
| David P. Matthews<br>MATTHEWS & ASSOCIATES | kip.mcdonald@woodenmclaughlin.com |
| 2905 Sackett St.<br>Houston, TX  77098<br>Tel:    (7130 522-5250<br>Fax:    (713) 535-7136<br>dmatthews@thematthewslawfirm.com | Counsel for Cook Defendants |
| Lead Co-Counsel for Plaintiffs | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ John C. Babione