UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) |
| | ) No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>) |

**ORDER ON APRIL 5, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 5, 2016, for a telephonic status conference to address a discovery dispute. By August 12, 2016, Defendant shall file a brief not to exceed five pages on the discovery issues discussed at the conference. Plaintiff shall file a response brief within five days thereafter.

Dated: 4/7/2016

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.