UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB |

**AMENED ORDER ON APRIL 5, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 5, 2016, for a telephonic status conference to address a discovery dispute. By April 12, 2016, Defendant shall file a brief not to exceed five pages on the discovery issues discussed at the conference. Plaintiff shall file a response brief within five days thereafter.

Dated: 4/7/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.