UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

    1:16-cv-00341-RLY-TAB
    1:16-cv-00343-RLY-TAB
    1:16-cv-00444-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: April 8, 2016                    */s/ John C. Babione*
                                John C. Babione, #23494-49
                                WOODEN McLAUGHLIN LLP
                                One Indiana Square, Suite 1800
                                Indianapolis, IN 46204-4208
                                Tel: 317-639-6151
                                Fax: 317-639-6444
                                john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*

1099471-1 (10909-0412)