UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**UNOPPOSED MOTION FOR ENTRY OF
CASE MANAGEMENT ORDER # 13
(RECORDS DESIGNATION ORDER)**

Plaintiffs' Co-Lead Counsel and counsel for Cook have met and conferred regarding necessary information supplemental to the to the information required by Case Management Order # 4 (Party Profile Forms & Fact Sheets Protocol) entered by the Court on April 17, 2015 [Case Management Order No. 4, Docket No. 354] in this MDL.  As a result of those meetings, Cook respectfully requests that the Court approve and enter the attached proposed Case Management Order # 13 (Records Designation Order).  Plaintiffs' Co-Lead Counsel do not object to the entry of this order.

2

Respectfully submitted,

/s/      Douglas King
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/      Douglas King