EXHIBIT A

## CATEGORIZATION FORM

**Attach the following medical records, and only the following records, to this form:** (1) the record(s) documenting the conditions indicated below, with the condition highlighted or tabbed; and (2) all imaging in the plaintiff's possession (i.e., x-rays, venograms, fluoroscopic images, CT scans, MRIs, and photographs of the removed filter (if applicable)). All other medical records should be produced pursuant to the directions in the Plaintiff Profile Form attached to CMO4.

| Plaintiff Name *(Last, First, M.I.)*: | | ☐ M   ☐ F | DOB: |
|---|---|---|---|
| Case Number: | Date filed: | Plaintiff's Counsel Name: | |
| | | Address: | |
| | | Phone number: | |

| IMPLANT INFORMATION |||
|---|---|---|
| Filter Name: | Reference / Model #: | Lot #: |
| Implant Physician: || Implant Facility: |
| Implant Date: || Facility Location: |
| Reason for Implant (current or prior PE, DVT, thrombosis, or prophylactic): || Implant Incision Location (antecubital, femoral, or jugular): |
| Identify any Anti-Coagulant Use Prior to Filter Implantation: |||

| REMOVAL INFORMATION ||
|---|---|
| Has physician recommended removal: ☐ Yes   ☐ No | Has filter removal been attempted: ☐ Yes   ☐ No |
| Why was removal recommended: ☐ Routine   ☐ Other: ||
| If removal recommended, but not attempted, why not attempted: ||

| **Removal Attempt # 1** | Date of attempt: | Removal Successful: ☐ Yes   ☐ No ||
|---|---|---|---|
| Type of procedure: ☐ Standard Percutaneous   ☐ Complex Percutaneous   ☐ Open ||| # Nights Hospitalized: |
| Physician: ||| Facility: |
| Incision Location: ||| Facility Location: |
| If complex percutaneous or open procedure, describe procedure: ||||

| **Removal Attempt # 2**[1] | Date of attempt: | Removal Successful: ☐ Yes   ☐ No ||
|---|---|---|---|
| Type of procedure: ☐ Standard Percutaneous   ☐ Complex Percutaneous   ☐ Open ||| # Nights Hospitalized: |
| Physician: ||| Facility: |
| Incision Location: ||| Facility Location: |
| If complex percutaneous or open procedure, describe procedure: ||||

---

[1] If additional removal procedures occurred, attach additional pages.

| CURRENT CONDITION AND FUTURE TREATMENT INFORMATION ||||
|---|---|---|---|
| Filter or Any Portion Remaining In Vivo: ☐ Yes ☐ No || What remains: | Location(s): |
| Future Removal Planned: ☐ Yes ☐ No || Type of procedure:  ☐ Standard Percutaneous  ☐ Complex Percutaneous  ☐ Open ||
| Date of planned procedure: ||| Physician: |
| Facility: ||| Facility Location: |
| Describe ongoing treatment, if any, due to filter or portion remaining: ||||

| CATEGORIZATION INFORMATION<br><br>ATTACH AND HIGHLIGHT OR TAB THE MEDICAL RECORD(S)<br>PROVING THE CONDITIONS LISTED BELOW ||||
|---|---|---|---|
| **Filter** | **Write "Yes" or "No"** | **Date of Diagnosis or Identification of Condition** | **Additional Information** |
| Perforation of IVC | | | Was Perforation Greater than 3mm Outside the Vena Cava? (Yes/No/Unknown) |
| Perforation of Organ or Structure Outside of IVC | | | Organ or Structure Perforated: |
| Embedment | | | Tilting of Filter (Yes/No):<br><br>Describe portion of filter allegedly embedded: |
| Fracture | | | Describe portion of filter fractured and impact, if any: |
| Migration | | | Portion of Filter Migrating:<br><br>Location Migrated To: |

| Alleged Injury Attributed to Filter | Write "Yes" or "No" | Date of Diagnosis or Identification of Condition | Additional Information |
|---|---|---|---|
| Post-Implant Pain | | Start:<br><br>End: | Record or Basis for Attributing to Filter:<br><br>Location of Pain:<br><br>Frequency: |
| PE or DVT Allegedly Caused by Filter | | | Record or Basis for Attributing to Filter:<br><br>Description: |
| Post Implant Lifetime Anticoagulation | | | Record or Basis for Attributing to Filter:<br><br>Description of Lifetime Anticoagulation Treatment Plan: |
| Death | | | Cause of death: |
| Post-thrombotic syndrome | | | Record or Basis for Attributing to Filter: |
| Other Alleged Injury Caused by Filter: | | | Description: |