AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    1:16−cv−00802−RLY−TAB<br>    Joshua Barnhill | )<br>)<br>)   Case No.   1:14-ml-2570-RLY-TAB<br>)                    MDL No. 2570<br>) |

**AMENDED APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joshua Barnhill                                                                                                             .

Date:    4/18/2016                                            *s/ Jaclyn L. Anderson*
                                                                            *Attorney's signature*

                                                            Jaclyn L. Anderson (CA SBN 258609)
                                                                 *Printed name and bar number*

                                                            Kasdan LippSmith Weber Turner LLP
                                                            500 S. Grand Ave., Suite 1310
                                                            Los Angeles, CA  90071
                                                                            *Address*

                                                            janderson@klwtlaw.com
                                                                       *E-mail address*

                                                            (213) 254-4800
                                                                   *Telephone number*

                                                            (213) 254-4801
                                                                       *FAX number*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, a copy of the foregoing AMENDED APPEARANCE OF COUNSEL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    *s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
janderson@klwtlaw.com