IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION                Case No: 1:14-ml-2570-RLY-TAB
_____      MDL No. 2570

This Document Relates to All Actions
_____

**ORDER GRANTING PLAINTIFFS'**
**MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiffs' Motion to Maintain Documents Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Exhibits 1-4 to Plaintiffs' Opposition to Cook's Motion for Protective Order, described as follows:

1. Plaintiffs' Opposition to Cook's Motion for Protective Order - UNREDACTED

2. **Exhibit 1** – CookMDL2570_0200620: "Email and Competitor Grid"

3. **Exhibit 2** – CookMDL2570_0199-10: Harden Deposition Exhibit 100

4. **Exhibit 3** – IVC00001324: Email fr. Fleck to Sales Representatives 4/7/2004 re: MAUDE.

5. **Exhibit 4** - CookMDL2570_0332044: Forwarded email message from D. Talbert to PI Sales Team

shall remain under seal.

ALL OF WHICH IS ORDERED this _____ day of April, 2016.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.