UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COOK MEDICAL, INC., IVC FILTERS      )
MARKETING, SALES PRACTICES AND       )
PRODUCT LIABILITY LITIGATION MDL     )
2570,                                )
_____  )      No. 1:14-ml-02570-RLY-TAB
                                     )
THIS DOCUMENT RELATES TO ALL         )
ACTIONS                              )

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This cause is set for a telephonic status conference at 10 a.m. on April 27, 2016.**

Parties shall participate in this conference by counsel.  The information needed by counsel of

record to participate in this telephonic conference will be provided by separate notification.

Dated:  4/22/2016

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining
counsel of record to be made by Plaintiffs' Lead Counsel.