UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00602-RLY-TAB
    1:16-cv-00660-RLY-TAB
    1:16-cv-00661-RLY-TAB
    1:16-cv-00809-RLY-TAB
    1:16-cv-00813-RLY-TAB
    1:16-cv-00830-RLY-TAB
    1:16-cv-00879-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

| | |
|---|---|
| Dated: April 25, 2016 | */s/ Douglas B. King*<br>Douglas B. King, #5199-49<br>WOODEN McLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel: 317-639-6151<br>Fax: 317-639-6444<br>doug.king@woodenmclaughlin.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)