UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00602-RLY-TAB
    1:16-cv-00660-RLY-TAB
    1:16-cv-00661-RLY-TAB
    1:16-cv-00809-RLY-TAB
    1:16-cv-00813-RLY-TAB
    1:16-cv-00830-RLY-TAB
    1:16-cv-00879-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: April 25, 2016        */s/ Christopher D. Lee*
                                        Christopher D. Lee, #17424-47
                                        WOODEN MCLAUGHLIN LLP
                                        21 SE Third Street, Suite 900
                                        Evansville, IN  47708
                                        (812) 401-6151
                                        Fax: (812) 401-6444
                                        Email: chris.lee@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christopher D. Lee*

1086561-1 (10909-0412)