UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) ) ) ) |  No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON APRIL 19, 2016, STATUS CONFERENCE**

On April 19, 2016, the Court held a status conference with lead counsel to address Plaintiffs' concerns regarding the Court's prior order modifying the Bellwether selection process. [Filing No. 1341.] The Court heard arguments from both sides, but as explained below, declines to modify its order.

The Court's order directed in (1)(b) that "[t]he new discovery pool may include any of the seventy-four 'Discovery Pool Eligible Cases.'" *Id.* Plaintiffs request that the Court open the new discovery pool to all filed cases. However, the Court is not convinced this will lead to a more representative pool. The Court's prior order expanded the pool from the parties' original 10 cases to the 74 Discovery Pool Eligible Cases, all of which were randomly selected. As Defendants point out, the statistics demonstrate that these 74 cases fairly represent the MDL as a whole: 47 allege migration; 26 allege unable to retrieve; and 46 allege perforation.[1] Moreover, delay is a concern since there is currently little or no information on the cases outside the Discovery Pool Eligible Cases. The Court's prior order embraces a universe of cases which are

---

[1] Some cases allege more than a single claim.

representative of the MDL as a whole without opening the pool to new cases. Accordingly, the Court declines to modify its order in this respect.

The Court's prior order also addressed the matter of parties selecting more favorable outlier cases. The Court enlarged the pool from 10 cases to 74 and addressed avoidance of outlier cases. However, the Court remains concerned that the parties may again select Bellwether cases which are skewed to their best cases. Further enlargement of the pool to all cases will not alleviate this concern.

Although Plaintiffs' concerns are not unreasonable, on balance they do not convince the Court to alter its prior order. Accordingly, the Court declines to modify the Bellwether selection process. The parties shall submit the Fifth Amended Case Management Plan within 14 days.

Date: 4/25/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' lead counsel.