UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

### COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MAINTAINING DOCUMENTS UNDER SEAL

Pursuant to Local Rule 6-1, the Cook Defendants, by counsel, respectfully move for an extension of time to file their Brief in support of Maintaining Documents under Seal. In support of this Motion, the Cook Defendants state as follows:

1. On April 19, 2016, Plaintiffs' filed their Response in Opposition to the Cook Defendants' Motion for a Protective Order. [Docket No. 1366]. In support of their Response in Opposition, Plaintiffs submitted documents that have been designated as "Confidential" by the Cook Defendants, pursuant to Case Management Order #8. In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiffs filed the documents under seal with an accompanying Motion to Maintain Documents under Seal. [Docket No. 1368].

2. Pursuant to Local Rule 5-11(d)(3) and Federal Rule of Civil Procedure 6(a) and (d), the Cook Defendants' Brief in Support of Maintaining Documents under Seal (the "Brief") is due on May 6, 2016.

3. During a conference call with the Court on April 27, 2016, counsel for the Cook Defendants requested a one week extension of time to file the Brief. Counsel for Plaintiffs did

not voice any objection to the requested extension of time and the Court directed the Cook Defendants to file the instant Motion.

4. The Cook Defendants require additional time to file the Brief due to the schedule of their counsel. Among other things, counsel for Cook Defendants is currently engaged in fulfilling the Court's directives in its Order on Fifth Amended Case Management Plan [Docket No. 1341] and preparing for depositions scheduled in this MDL. As such, good cause exists for the requested extension of time.

5. If the requested extension of time is granted, the Cook Defendants' new deadline for filing the Brief will be May 13, 2016.

WHEREFORE, the Cook Defendants respectfully request that the Court enter an order extending the Cook Defendants' deadline to file their Brief in Support of Maintaining Documents under Seal to May 13, 2016.

Respectfully submitted,

*/s/Douglas B. King*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

*Counsel for Cook Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/Douglas B. King*
