UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

### ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MAINTAINING DOCUMENTS UNDER SEAL

This cause has come before the Court on the Cook Defendants' Unopposed Motion for Extension of Time to File Brief in Support of Maintaining Documents under Seal. Being duly advised, the Court finds that the relief sought by the Cook Defendants should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the Cook Defendants may file their Brief in Support of Maintaining Documents under Seal on or before May 13, 2016.

SO ORDERED this ___ day of April, 2016.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

1457657-1 (10909-0412)