UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**ORDER ON APRIL 29, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 29, 2016, for a telephonic status conference. By agreement, the Court issued the following orders:

1) The deadline for the parties to exchange lists of their ten selected cases is enlarged to May 6, 2016.

2) The deadline for the parties to file a status report with a list of fourteen total cases, seven for each side that will serve as the new discovery pool, is enlarged to May 20, 2016.

Dated:  5/3/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.