UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MAINTAINING DOCUMENTS UNDER SEAL**

This cause has come before the Court on the Cook Defendants' Unopposed Motion for Extension of Time to File Brief in Support of Maintaining Documents under Seal. Being duly advised, the Court finds that the relief sought by the Cook Defendants should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the Cook Defendants may file their Brief in Support of Maintaining Documents under Seal on or before May 13, 2016.

SO ORDERED.

Date: 5/5/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Copies to be distributed to
all counsel of record through
the Court's electronic filing system.