UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

    1:16-cv-00680-RLY-TAB
    1:16-cv-00683-RLY-TAB
    1:16-cv-00693-RLY-TAB
    1:16-cv-00917-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 6, 2016                                  */s/ James M. Boyers*
                                                           James M. Boyers, #20809-49
                                                           WOODEN McLAUGHLIN LLP
                                                           One Indiana Square, Suite 1800
                                                           Indianapolis, IN 46204-4208
                                                           Tel: 317-639-6151
                                                           Fax: 317-639-6444
                                                           jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)