UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00680-RLY-TAB
    1:16-cv-00683-RLY-TAB
    1:16-cv-00693-RLY-TAB
    1:16-cv-00917-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 6, 2016                  */s/ Christopher D. Lee*
                                        Christopher D. Lee, #17424-47
                                        WOODEN MCLAUGHLIN LLP
                                        21 SE Third Street, Suite 900
                                        Evansville, IN  47708
                                        (812) 401-6151
                                        Fax: (812) 401-6444
                                        Email: chris.lee@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christopher D. Lee

1086561-1 (10909-0412)