UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to:

    1:16-cv-00680-RLY-TAB
    1:16-cv-00683-RLY-TAB
    1:16-cv-00693-RLY-TAB
    1:16-cv-00917-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 6, 2016                              */s/ Sandra Davis Jansen*
                                                        Sandra Davis Jansen, #27803-53
                                                        WOODEN McLAUGHLIN LLP
                                                        One Indiana Square, Suite 1800
                                                        Indianapolis, IN 46204-4208
                                                        Tel: 317-639-6151
                                                         Fax: 317-639-6444
                                                        sandy.jansen@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*

1099475-1 (10909-0412)