UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Civil Case # 1:16-CV-00863-RLY-TAB

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38, Plaintiffs Nancy and Gary C. Citarella hereby demand a trial by jury for all issues so triable.

Dated: May 10, 2016.

                                                     GALLAGHER & KENNEDY, P.A.

                                                     /s/ Paul L. Stoller
                                                     Paul L. Stoller (AZ Bar No. 016773)
                                                     *Admitted Pro Hac Vice*
                                                     2575 E. Camelback Road
                                                     Phoenix, Arizona 85016
                                                     Ph: (602) 530-8000
                                                     Fax: (602) 530-8500
                                                     paul.stoller@gknet.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                     */s/ Deborah Yanazzo*
                                                     Deborah Yanazzo