UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    Vanna Drake

Civil Case # 1:16-CV-862

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Vanna Drake

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

- [x] Cook Incorporated
- [x] Cook Medical LLC
- [x] William Cook Europe ApS

9. Basis of Jurisdiction:

- [x] Diversity of Citizenship
- [ ] Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☒ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of Implantation as to each product:

June 15, 2001

12. Hospital(s) where Plaintiff was implanted (including City and State):

Washington Regional Medical Center, Fayetteville, Arkansas

13. Implanting Physician(s):

Kyle G. Hardy

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Oklahoma Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space, immediately below)

On June 15, 2001, Ms. Drake had a Gunther Tulip Vena Cava MReye filter implanted in her inferior vena cava. As a result, Ms. Drake has suffered damages in an amount to be proven at trial.

15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016 (AZ Bar No. 016773)

Dated:  May 10, 2016.

          GALLAGHER & KENNEDY, P.A.

          */s/  Paul L. Stoller*
          Paul L. Stoller (AZ Bar No. 016773)
          *Admitted Pro Hac Vice*
          2575 E. Camelback Road
          Phoenix, Arizona 85016
          Ph:  (602) 530-8000
          Fax:  (602) 530-8500
          paul.stoller@gknet.com

5398458v1/27147-0022