UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Raymond and Mary Montgomery | Civil Case # 1:16-CV-859 |

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Raymond Montgomery

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Mary Montgomery

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Rhode Island

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Rhode Island

6. Plaintiff's/Deceased Party's current state of residence:

Rhode Island

7. District Court and Division in which venue would be proper absent direct filing:

District of Rhode Island

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

October 1, 2010 and October 14, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

The Westerly Hospital, Westerly, Rhode Island

13. Implanting Physician(s):

Paul Bourguignon and Michael Niles

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Rhode Island Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space, immediately below)

On October 1, 2010, Mr. Montgomery had a Gunther Tulip filter implanted in his inferior vena cava. The filter failed and could not be removed. On October 14, 2010, Mr. Montgomery had a second Gunther Tulip filter implanted in his inferior vena cava. As a result, Mr. Montgomery has two filters in his vena cava, and the Montgomerys have suffered damages in an amount to be proven at trial.

15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016 (AZ Bar No. 016773)

Dated: May 10, 2016.

           GALLAGHER & KENNEDY, P.A.

           */s/ Paul L. Stoller*
           Paul L. Stoller (AZ Bar No. 016773)
           *Admitted Pro Hac Vice*
           2575 E. Camelback Road
           Phoenix, Arizona 85016
           Ph: (602) 530-8000
           Fax: (602) 530-8500
           paul.stoller@gknet.com

5398467v1/27147-0018