UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

Civil Case # 1:16-CV-869

This Document Relates to:
    Maynard Nitz and Linda Nitz

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the

Defendants named below, incorporate The Master Complaint in MDL No. 2570 by

reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Maynard Nitz

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

Linda Nitz

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Michigan _____

6. Plaintiff's/Deceased Party's current state of residence:

Michigan _____

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Michigan _____

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

_____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive. _____

_____

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

July 7, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

Genesys Regional Medical Center, Grand Blanc, Michigan

13. Implanting Physician(s):

Stephanie Whisiker-Lewis

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Michigan Law Prohibiting Consumer Fraud and

Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be

determined by the trier of fact including for the following:  (please state the facts

supporting this Count in the space, immediately below)

On July 7, 2006, Mr. Nitz had a Gunther Tulip filter implanted in his inferior vena cava.

As a result, the Nitz family has suffered damages in an amount to be proven at trial.


15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016

(AZ Bar No. 016773)

Dated:  May 10, 2016.

GALLAGHER & KENNEDY, P.A.

*/s/  Paul L. Stoller*
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph:  (602) 530-8000
Fax:  (602) 530-8500
paul.stoller@gknet.com

5398470v1/27147-0006