UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    1:16-cv-00660-RLY-TAB | |

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiffs Marcia and Joseph Speer hereby demand a trial by jury for all issues so triable.

Dated: May 10, 2016.

          GALLAGHER & KENNEDY, P.A.

          */s/ Paul L. Stoller*
          Paul L. Stoller (AZ Bar No. 016773)
          *Admitted Pro Hac Vice*
          2575 E. Camelback Road
          Phoenix, Arizona 85016
          Ph: (602) 530-8000
          Fax: (602) 530-8500
          paul.stoller@gknet.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          */s/ Deborah Yanazzo*
          Deborah Yanazzo