UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                            MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
      1:16-CV-00862-RLY-TAB

_____

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff Vanna Drake hereby demands a trial by

jury for all issues so triable.

Dated:  May 11, 2016.

GALLAGHER & KENNEDY, P.A.

/s/  Paul L. Stoller
_____
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph:  (602) 530-8000
Fax:  (602) 530-8500
paul.stoller@gknet.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

/s/ Deborah Yanazzo
_____
Deborah Yanazzo