UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>     Barbara Johnson | Civil Case # 1:16-CV-868 |

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Barbara Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

West Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

West Virginia

6. Plaintiff's/Deceased Party's current state of residence:

West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

Northern District of West Virginia

8. Defendants (Check Defendants against whom Complaint is made):

　　☒ Cook Incorporated

　　☒ Cook Medical LLC

　　☒ William Cook Europe ApS

9. Basis of Jurisdiction:

　　☒ Diversity of Citizenship

　　☐ Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of Implantation as to each product:

January 16, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

West Virginia University Medicine Ruby Memorial Hospital, Morgantown, West Virginia

13. Implanting Physician(s):

Pamela Zimmerman

14. Counts in the Master Complaint brought by Plaintiff(s):

☒  Count I: Strict Products Liability – Failure to Warn

☒  Count II: Strict Products Liability – Design Defect

☒  Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable West Virginia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space, immediately below)

On January 16, 2011, Ms. Johnson had a Cook Celect filter implainted in her inferior vena cava. As a result, Ms. Johnson has suffered damages in an amount to be proven at trial.

15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016 (AZ Bar No. 016773)

Dated:  May 11, 2016.

                    GALLAGHER & KENNEDY, P.A.

                    */s/  Paul L. Stoller*
                    Paul L. Stoller (AZ Bar No. 016773)
                    *Admitted Pro Hac Vice*
                    2575 E. Camelback Road
                    Phoenix, Arizona 85016
                    Ph:  (602) 530-8000
                    Fax:  (602) 530-8500
                    paul.stoller@gknet.com

5398466v1/27147-0027