UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Chester Pender | Civil Case #  1:16-CV-870 |

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Chester Pender

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:

11. Date of Implantation as to each product:

May 17, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

Vidant Medical Center, Maria Martinez, Pennsylvania

13. Implanting Physician(s):

Michael B. Berry

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following: (please state the facts supporting this Count in the space, immediately below)

On May 17, 2012, Mr. Pender had a Cook Celect filter implanted in his inferior vena cava. As a result, Mr. Pender has suffered damages in an amount to be proven at trial.

15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016 (AZ Bar No. 016773)

Dated:  May 11, 2016.

                                        GALLAGHER & KENNEDY, P.A.

                                        */s/  Paul L. Stoller*
                                        Paul L. Stoller (AZ Bar No. 016773)
                                        *Admitted Pro Hac Vice*
                                        2575 E. Camelback Road
                                        Phoenix, Arizona 85016
                                        Ph:  (602) 530-8000
                                        Fax:  (602) 530-8500
                                        paul.stoller@gknet.com

5398472v1/27147-0023