UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) |
| | ) No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO:<br>  3:16-cv-0049-RLY-MPB   BERTHOUD<br>  3:16-cv-0052-RLY-MPB   KASMA<br>  3:16-cv-0053-RLY-MPB   WILLIAMS<br>  3:16-cv-0056-RLY-MPB   FRANCK<br>  3:16-cv-0057-RLY-MPB   STEPHENS<br>  3:16-cv-0060-RLY-MPB   GEHNER<br>  3:16-cv-0061-RLY-MPB   JACOBS<br>  3:16-cv-0062-RLY-MPB   MACNEARY | ) ) ) ) ) ) ) ) ) |

**ORDER**

The above referenced cases were filed directly in the Evansville Division of the Southern District of Indiana, with the intention of being included in the Cook Medical MDL. However, as indicated in the caption above, the Cook Medical MDL is pending in the Indianapolis Division. Therefore, the above referenced cases shall be closed and transferred to the Indianapolis Division. Upon transfer, the Clerk shall directly assign these cases to Judge Richard L. Young and Magistrate Judge Tim A. Baker. The new cause number, reflecting the Indianapolis Division, shall be used on all future filings. All future Cook Medical MDL cases shall be filed in the Indianapolis Division.

Date: 5/11/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.