IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR ORAL ARGUMENT ON BELLWETHER TRIAL SELECTIONS**

Plaintiffs, by co-lead counsel, and Cook Defendants, by lead counsel (collectively, the "Parties"), pursuant to Local Rule 7-5, respectfully requests the Court schedule oral argument on the Parties' Memoranda filed in support of their New Discovery Pool and Bellwether Trial selections. In support, the Parties state:

1. On May 12, 2016, the Parties filed a Joint Status Report listing their combined fourteen (14) New Discovery Pool case selections pursuant to the Court's Order On Fifth Amended Case Management Plan [Docket 1341] and the Court's Minute Entry of May 5, 2016 [Docket No. 1408],

2. On or before May 20, 2016, the Parties will be filing separate Memoranda in support of their seven respective New Discovery Pool selections and their three proposed Bellwether Trial cases, in accordance with the Court's Order and Minute Entry.

3. As the Court has recognized, Bellwether Trials are "conducted in an effort to resolve the MDL, Bellwether cases should be selected to represent the MDL as a whole. The more representative the Bellwether cases, the more reliable the information obtained at trial will be." [Docket 1341, ECF p. 1].

4. The Parties respectfully believe that oral argument regarding the Bellwether Trial

1

selections will assist the Court in deciding which three of the new discovery pool cases should be scheduled for bellwether trials by giving the Court the opportunity to ask questions of counsel for the Parties concerning the three cases proposed by each side for bellwether trials.

WHEREFORE, the Parties respectfully requests the Court grant this Joint Motion for Oral Argument on Bellwether Trial Selections, and schedule oral argument at the Court's convenience, and grant them all other proper relief.

Respectfully submitted,

| | |
|---|---|
| */s/ Ben C. Martin (with consent)* | */s/ Douglas B. King* |
| Ben C. Martin | Douglas B. King, Esq., Lead Counsel |
| LAW OFFICE OF BEN C. MARTIN | Christopher D. Lee, Esq. |
| 3219 McKinney Ave., Ste, 100 | James M. Boyers, Esq. |
| Dallas, TX 75204 | John C. Babione, Esq. |
| Tel:   (214) 761-6614 | Sandra Davis Jansen, Esq. |
| Fax:   (314) 744-7590 | Kip S. M. McDonald, Esq. |
| bmartin@bencmartin.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Michael W. Heaviside | Indianapolis, IN 46204-4208 |
| HEAVISIDE REED ZAIC | Tel:   (317) 639-6151 |
| 910 17th Street, NW, Suite 800 | Fax:   (317) 639-6444 |
| Washington, DC 20006 | doug.king@woodenmclaughlin.com |
| Tel:   (202)223-1993 | chris.lee@woodenmclaughlin.com |
| mheaviside@hrzlaw.com | jim.boyers@woodenmclaughlin.com |
| | john.babione@woodenmclaughlin.com |
| David P. Matthews | sandy.jansen@woodenmclaughlin.com |
| MATTHEWS & ASSOCIATES | kip.mcdonald@woodenmclaughlin.com |
| 2905 Sackett St. | |
| Houston, TX  77098 | Counsel for Cook Defendants |
| Tel:   (7130 522-5250 | |
| Fax:   (713) 535-7136 | |
| dmatthews@thematthewslawfirm.com | |

Lead Co-Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2016, a copy of the foregoing was served by electronic mail to Plaintiffs' Co-Lead Counsel with distribution to all other plaintiff counsel of record to be made by Plaintiffs' Co-Lead Counsel:

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com

                                                  */s/ Douglas B. King*
                                                  Douglas B. King, Esq.

1467802-1 (10909-0412)