IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## JOINT STATUS REPORT ON NEW DISCOVERY POOL SELECTIONS

Plaintiffs, by co-lead counsel, and Cook Defendants, by lead counsel, respectfully file this Joint Status Report, pursuant to the Court's Order On Fifth Amended Case Management Plan [Docket No. 1341] and the Court's Minute Entry of May 5, 2016 [Docket No. 1408], reporting on the following fourteen (14) New Discovery Pool selections with the Parties having each exercised their three strikes:

Plaintiffs' Selections:

*Susie Allen; 1:14-cv-06010-RLY-TAB*

*Kyle Blithe; 1:14-cv-06020-RLY-TAB*

*Robert Brady; 1:14-cv-06000-RLY-TAB*

*Tonya Brand; 1:14-cv-06018-RLY-TAB*

*Donna Newsome; 1:14-cv-06015-RLY-TAB*

*Ginger Sumner; 1:13-cv-01845-RLY-TAB*

*Tammy True; 1:14-cv-06004-RLY-TAB*

<u>Cook Defendants' Selections:</u>

*John Alford; 1:14-cv-01870-RLY-TAB*

*Donna Avery-Montgomery; 1:14-cv-01871-RLY-TAB*

*Elizabeth Hill; 1:14-cv-06016-RLY-TAB*

*Arthur Gage; 1:14-cv-01875-RLY-TAB*

*Linda Johns; 1:14-cv-01877-RLY-TAB*

*Leticia Perry-O'Farrow; 1:14-cv-06005-RLY-TAB*

*Daniel Shafer; 1:13-cv-01946-RLY-TAB*

The Parties will separately file memorandums in support of their seven respective New Discovery Pool selections and the three matters they propose as Bellwether Trial cases on or before May 20, 2016, pursuant to the Court's Order [Docket 1341] and Minute Entry [Docket 1408]. The Parties are filing herewith a Joint Motion Requesting Oral Argument on the Bellwether Trial selections.

Dated this 12th day of May, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ Ben C. Martin (with consent)* | */s/ Douglas B. King* |
| Ben C. Martin | Douglas B. King, Esq., Lead Counsel |
| LAW OFFICE OF BEN C. MARTIN | Christopher D. Lee, Esq. |
| 3219 McKinney Ave., Ste, 100 | James M. Boyers, Esq. |
| Dallas, TX 75204 | John C. Babione, Esq. |
| Tel:    (214) 761-6614 | Sandra Davis Jansen, Esq. |
| Fax:   (314) 744-7590 | Kip S. M. McDonald, Esq. |
| bmartin@bencmartin.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Michael W. Heaviside | Indianapolis, IN 46204-4208 |
| HEAVISIDE REED ZAIC | Tel:    (317) 639-6151 |
| 910 17th Street, NW, Suite 800 | Fax:    (317) 639-6444 |
| Washington, DC 20006 | doug.king@woodenmclaughlin.com |
| Tel:    (202)223-1993 | chris.lee@woodenmclaughlin.com |
| mheaviside@hrzlaw.com | jim.boyers@woodenmclaughlin.com |
| | john.babione@woodenmclaughlin.com |
| David P. Matthews | sandy.jansen@woodenmclaughlin.com |
| MATTHEWS & ASSOCIATES | kip.mcdonald@woodenmclaughlin.com |
| 2905 Sackett St. | |
| Houston, TX  77098 | Counsel for Cook Defendants |
| Tel:    (7130 522-5250 | |
| Fax:   (713) 535-7136 | |
| dmatthews@thematthewslawfirm.com | |
| | |
| Lead Co-Counsel for Plaintiffs | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 12, 2016, a copy of the foregoing was served by electronic mail to Plaintiffs' Co-Lead Counsel with distribution to all other plaintiff counsel of record to be made by Plaintiffs' Co-Lead Counsel:

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com

               /s/ Douglas B. King
               Douglas B. King, Esq.