## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    MATTHEW F. DAVIS

Civil Case #  1:16-CV-473-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Matthew F. Davis.

Dated: May 12, 2016

    Respectfully submitted,

    By: */s/ Kelsey L. Stokes*
    Kelsey L. Stokes (Pro Hac Vice)
    **FLEMING, NOLEN & JEZ, L.L.P.**
    2800 Post Oak Blvd., Suite 4000
    Houston, Texas 77056-3109
    Telephone: (713) 621-7944
    Facsimile: (713) 621-9638
    Email: kelsey_stokes@fleming-law.com
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Kelsey L. Stokes*

36713-314686-001 Dav 16-05-12 NOA kls