**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    ELLEN M. TULLY

Civil Case #   1:16-CV-00766-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Ellen M. Tully.

Dated:  May 12, 2016

                                                Respectfully submitted,

                                                By:   */s/ Kelsey L. Stokes*
                                                    Kelsey L. Stokes (Pro Hac Vice)
                                                    **FLEMING, NOLEN & JEZ, L.L.P.**
                                                    2800 Post Oak Blvd., Suite 4000
                                                    Houston, Texas 77056-3109
                                                    Telephone:  (713) 621-7944
                                                    Facsimile:  (713) 621-9638
                                                    Email:  kelsey_stokes@fleming-law.com
                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Kelsey L. Stokes*

40993-314659-001 Tul 16-05-12 NOA kls