AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>  1:16−cv−01040−RLY−TAB<br>  Hazel Chambers | )<br>)<br>)   Case No.   1:14-ml-2570-RLY-TAB<br>)                        MDL No. 2570<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hazel Chambers                                                                                                  .

Date:   5/13/2016                                                           *s/ Graham B. LippSmith*
                                                                                                  *Attorney's signature*

                                                                                   Graham B. LippSmith (CA SBN 221984)
                                                                                         *Printed name and bar number*

                                                                                        Kasdan LippSmith Weber Turner LLP
                                                                                         500 S. Grand Ave., Suite 1310
                                                                                              Los Angeles, CA  90071
                                                                                                              *Address*

                                                                                            glippsmith@klwtlaw.com
                                                                                                    *E-mail address*

                                                                                                 (213) 254-4800
                                                                                                *Telephone number*

                                                                                                 (213) 254-4801
                                                                                                    *FAX number*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 *s/ Graham B. LippSmith*
Graham B. LippSmith
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com