AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   1:16−cv−01040−RLY−TAB<br>   Hazel Chambers | ) ) ) ) )   Case No.   1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hazel Chambers                                                                                                     .

Date:   5/13/2016                                       *s/ Jaclyn L. Anderson*
                                                              *Attorney's signature*

                                                              Jaclyn L. Anderson (CA SBN 258609)
                                                              *Printed name and bar number*

                                                              Kasdan LippSmith Weber Turner LLP
                                                              500 S. Grand Ave., Suite 1310
                                                              Los Angeles, CA  90071
                                                              *Address*

                                                              janderson@klwtlaw.com
                                                              *E-mail address*

                                                              (213) 254-4800
                                                              *Telephone number*

                                                              (213) 254-4801
                                                              *FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
janderson@klwtlaw.com