IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR APPROVAL AND ENTRY OF CASE MANAGEMENT ORDER #15 (FIFTH AMENDED CASE MANAGEMENT PLAN)**

As directed by Court, the Parties have met and conferred regarding necessary amendments to the previously submitted Fifth Amended Case Management Plan[1] proposed by the Parties in this MDL [Docket No. 1188], and hereby respectfully request that the Court approve and enter the attached proposed Case Management Order #15 (Fifth Amended Case Management Plan). For the Court's convenience, the Parties state that the amendments concern Section III.L. The remaining paragraphs remain unchanged from the previously submitted Fifth Amended Case Management Plan.

---

[1] The previous version of the Fifth Amended Case Management Plan was submitted to the Court as proposed Case Management Order #13. [Docket No. 1188]. Since that time, Case Management Order #13 (Medical Records Designation) has been entered by the Court [Docket No. 1340] and proposed Case Management Order # 14 (Supplemental Preservation, Inspection and Testing Protocol) has been filed by the Parties [Docket No. 1307]. Accordingly, the Parties now suggest that the Fifth Amended Case Management Plan be identified as Case Management Order #15.

**JOINTLY SUBMITTED BY:**

| | |
|---|---|
| *s/ Michael W. Heaviside (w/ consent)* | */s/ Douglas D. King* |
| Michael W. Heaviside | Douglas B. King, Esq., Lead Counsel |
| HEAVISIDE REED ZAIC | Christopher D. Lee, Esq. |
| 910 17th Street, N.W. Suite 800 | James M. Boyers, Esq. |
| Washington DC 20006 | John C. Babione, Esq. |
| Tel:   (949)715-5120 | Sandra Davis Jansen, Esq. |
| Fax:   (949)715-5123 | Kip S. M. McDonald, Esq. |
| mheaviside@hrzlaw.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| Ben C. Martin | Indianapolis, IN 46204-4208 |
| LAW OFFICE OF BEN C. MARTIN | Tel:   (317) 639-6151 |
| 3219 McKinney Ave., Ste, 100 | Fax:   (317) 639-6444 |
| Dallas, TX 75204 | doug.king@woodenmclaughlin.com |
| Tel:   (214) 761-6614 | chris.lee@woodenmclaughlin.com |
| Fax:   (314) 744-7590 | jim.boyers@woodenmclaughlin.com |
| bmartin@bencmartin.com | john.babione@woodenmclaughlin.com |
| | sandy.jansen@woodenmclaughlin.com |
| David P. Matthews | kip.mcdonald@woodenmclaughlin.com |
| MATTHEWS & ASSOCIATES | |
| 2905 Sackett St. | |
| Houston, TX  77098 | *Counsel for Cook Defendants* |
| Tel:   (7130 522-5250 | |
| Fax:   (713) 535-7136 | |
| dmatthews@thematthewslawfirm.com | |

*Lead Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Douglas D. King*

1471212-1 (10909-0412)