IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

   1:15-cv-01920-RLY-TAB
Robert E. Rhinehart and Marcia F. Rhinehart

## DEMAND FOR JURY TRIAL

Plaintiffs Robert E. Rhinehart and Marcia F. Rhinehart, hereby demand a trial by jury as to all issues so triable.

Dated: May 17, 2016

                                          Respectfully submitted,

                                          KASDAN LIPPSMITH WEBER TURNER LLP

                                          */s/ Graham B. LippSmith*
                                          Graham B. LippSmith
                                          500 S. Grand Ave., Suite 1310
                                          Los Angeles, CA 90071
                                          Telephone: (213) 254-4800
                                          Fax: (213) 254-4801
                                          glippsmith@klwtlaw.com

                                          *Counsel for Plaintiffs Robert E. Rhinehart*
                                          *and Marcia F. Rhinehart*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith
