# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

   1:15-cv-02082-RLY-TAB
Barbara J. Jones and Larry Jones

## DEMAND FOR JURY TRIAL

Plaintiffs Barbara J. Jones and Larry Jones, hereby demand a trial by jury as to all issues so triable.

Dated: May 17, 2016

                                         Respectfully submitted,

                                         KASDAN LIPPSMITH WEBER TURNER LLP

                                         */s/ Graham B. LippSmith*
                                         Graham B. LippSmith
                                         500 S. Grand Ave., Suite 1310
                                         Los Angeles, CA 90071
                                         Telephone: (213) 254-4800
                                         Fax: (213) 254-4801
                                         glippsmith@klwtlaw.com

                                         *Counsel for Plaintiffs Barbara J. Jones and Larry Jones*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Graham B. LippSmith*
                                                    Graham B. LippSmith