# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00802-RLY-TAB
    Joshua Barnhill

## DEMAND FOR JURY TRIAL

Plaintiff Joshua Barnhill hereby demands a trial by jury as to all issues so triable.

Dated: May 17, 2016

    Respectfully submitted,

    KASDAN LIPPSMITH WEBER TURNER LLP

    */s/ Graham B. LippSmith*
    Graham B. LippSmith
    500 S. Grand Ave., Suite 1310
    Los Angeles, CA 90071
    Telephone: (213) 254-4800
    Fax: (213) 254-4801
    glippsmith@klwtlaw.com

    *Counsel for Plaintiff Joshua Barnhill*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith
