UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ THIS ORDER RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) )    No. 1:14-ml-02570-RLY-TAB    MDL No. 2570 |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This cause is set for a telephonic status conference at 1:30 p.m. on June 17, 2016. Only those counsel participating in the June settlement conferences shall participate in this conference. The purpose of the status conference is to address logistics and procedures for the settlement conferences, as well as the parties' updated settlement positions. Counsel shall confer in advance of the status conference regarding these issues.

Date:  5/17/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.