AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    1:16−cv−00950−RLY−TAB<br>    James E. Crumb | ) ) ) ) )   Case No.  1:14-ml-2570-RLY-TAB<br>                  MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Plaintiff James E. Crumb  .

Date:  5/18/2016

*s/ Graham B. LippSmith*
*Attorney's signature*

Graham B. LippSmith (CA SBN 221984)
*Printed name and bar number*

Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA  90071
*Address*

glippsmith@klwtlaw.com
*E-mail address*

(213) 254-4800
*Telephone number*

(213) 254-4801
*FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 *s/ Graham B. LippSmith*
Graham B. LippSmith
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com