**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>1:16-cv-00950-RLY-TAB<br>James E. Crumb | |

## DEMAND FOR JURY TRIAL

Plaintiff James E. Crumb hereby demands a trial by jury as to all issues so triable.

Dated: May 18, 2016

                Respectfully submitted,

                KASDAN LIPPSMITH WEBER TURNER LLP

                */s/ Graham B. LippSmith*
                Graham B. LippSmith
                500 S. Grand Ave., Suite 1310
                Los Angeles, CA 90071
                Telephone: (213) 254-4800
                Fax: (213) 254-4801
                glippsmith@klwtlaw.com

                *Counsel for Plaintiff James E. Crumb*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2016, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith