UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

                                                 1:16-cv-00868-RLY-TAB
        1:16-cv-00859-RLY-TAB                    1:16-cv-00869-RLY-TAB
        1:16-cv-00862-RLY-TAB                    1:16-cv-00870-RLY-TAB
        1:16-cv-00863-RLY-TAB                    1:16-cv-00872-RLY-TAB
        1:16-cv-00864-RLY-TAB                    1:16-cv-00873-RLY-TAB
        1:16-cv-00865-RLY-TAB                    1:16-cv-00874-RLY-TAB
        1:16-cv-00867-RLY-TAB

_____

**NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS;

Dated: May 20, 2016                     */s/ Douglas B. King*_____
                                        Douglas B. King, #5199-49
                                        WOODEN McLAUGHLIN LLP
                                        One Indiana Square, Suite 1800
                                        Indianapolis, IN 46204-4208
                                        Tel: 317-639-6151
                                        Fax: 317-639-6444
                                        doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)