UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:16-cv-00859-RLY-TAB
   1:16-cv-00862-RLY-TAB
   1:16-cv-00863-RLY-TAB
   1:16-cv-00864-RLY-TAB
   1:16-cv-00865-RLY-TAB
   1:16-cv-00867-RLY-TAB

   1:16-cv-00868-RLY-TAB
   1:16-cv-00869-RLY-TAB
   1:16-cv-00870-RLY-TAB
   1:16-cv-00872-RLY-TAB
   1:16-cv-00873-RLY-TAB
   1:16-cv-00874-RLY-TAB

---

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016

                */s/ Kip S. M. McDonald*
                Kip S. M. McDonald, #29370-49
                WOODEN McLAUGHLIN LLP
                One Indiana Square, Suite 1800
                Indianapolis, IN 46204-4208
                Tel: 317-639-6151
                Fax: 317-639-6444
                kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)