UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

1:16-cv-00859-RLY-TAB
1:16-cv-00862-RLY-TAB
1:16-cv-00863-RLY-TAB
1:16-cv-00864-RLY-TAB
1:16-cv-00865-RLY-TAB
1:16-cv-00867-RLY-TAB

1:16-cv-00868-RLY-TAB
1:16-cv-00869-RLY-TAB
1:16-cv-00870-RLY-TAB
1:16-cv-00872-RLY-TAB
1:16-cv-00873-RLY-TAB
1:16-cv-00874-RLY-TAB

---

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


*/s/ James M. Boyers*

1099473-1 (10909-0412)