UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00859-RLY-TAB
    1:16-cv-00862-RLY-TAB
    1:16-cv-00863-RLY-TAB
    1:16-cv-00864-RLY-TAB
    1:16-cv-00865-RLY-TAB
    1:16-cv-00867-RLY-TAB

    1:16-cv-00868-RLY-TAB
    1:16-cv-00869-RLY-TAB
    1:16-cv-00870-RLY-TAB
    1:16-cv-00872-RLY-TAB
    1:16-cv-00873-RLY-TAB
    1:16-cv-00874-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: May 20, 2016

    */s/ John C. Babione*
    John C. Babione, #23494-49
    WOODEN McLAUGHLIN LLP
    One Indiana Square, Suite 1800
    Indianapolis, IN 46204-4208
    Tel: 317-639-6151
    Fax: 317-639-6444
    john.babione@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*

1099471-1 (10909-0412)