UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00915-RLY-TAB
    1:16-cv-00944-RLY-TAB
    1:16-cv-00945-RLY-TAB
    1:16-cv-00965-RLY-TAB
    1:16-cv-00966-RLY-TAB
    1:16-cv-00977-RLY-TAB
    1:16-cv-00985-RLY-TAB
    1:16-cv-00990-RLY-TAB

    1:16-cv-00992-RLY-TAB
    1:16-cv-00994-RLY-TAB
    1:16-cv-00995-RLY-TAB
    1:16-cv-00996-RLY-TAB
    1:16-cv-00997-RLY-TAB
    1:16-cv-00998-RLY-TAB
    1:16-cv-00999-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
jim.boyers@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)