UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:16-cv-01000-RLY-TAB     1:16-cv-01026-RLY-TAB
   1:16-cv-01001-RLY-TAB     1:16-cv-01029-RLY-TAB
   1:16-cv-01002-RLY-TAB     1:16-cv-01033-RLY-TAB
   1:16-cv-01003-RLY-TAB     1:16-cv-01035-RLY-TAB
   1:16-cv-01005-RLY-TAB     1:16-cv-01037-RLY-TAB
   1:16-cv-01011-RLY-TAB     1:16-cv-01038-RLY-TAB
   1:16-cv-01012-RLY-TAB     1:16-cv-01039-RLY-TAB
   1:16-cv-01024-RLY-TAB     1:16-cv-01040-RLY-TAB
   1:16-cv-01025-RLY-TAB     1:16-cv-01041-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016           */s/ Douglas B. King*
                                              Douglas B. King, #5199-49
                                              WOODEN McLAUGHLIN LLP
                                              One Indiana Square, Suite 1800
                                              Indianapolis, IN 46204-4208
                                              Tel: 317-639-6151
                                              Fax: 317-639-6444
                                              doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Douglas B. King*

1086562-1 (10909-0412)