UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

|  |  |
|---|---|
|  | 1:16-cv-01026-RLY-TAB |
| 1:16-cv-01000-RLY-TAB | 1:16-cv-01029-RLY-TAB |
| 1:16-cv-01001-RLY-TAB | 1:16-cv-01033-RLY-TAB |
| 1:16-cv-01002-RLY-TAB | 1:16-cv-01035-RLY-TAB |
| 1:16-cv-01003-RLY-TAB | 1:16-cv-01037-RLY-TAB |
| 1:16-cv-01005-RLY-TAB | 1:16-cv-01038-RLY-TAB |
| 1:16-cv-01011-RLY-TAB | 1:16-cv-01039-RLY-TAB |
| 1:16-cv-01012-RLY-TAB | 1:16-cv-01040-RLY-TAB |
| 1:16-cv-01024-RLY-TAB | 1:16-cv-01041-RLY-TAB |
| 1:16-cv-01025-RLY-TAB |  |

_____

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

       Cook Medical LLC (which is alleged in some cases to be also known as "Cook
       Medical, Inc.");
       Cook Incorporated (which is alleged in some cases to be doing business as "Cook
       Medical"); and
       William Cook Europe ApS;

Dated: May 20, 2016                      */s/ Kip S. M. McDonald*
                                         Kip S. M. McDonald, #29370-49
                                         WOODEN McLAUGHLIN LLP
                                         One Indiana Square, Suite 1800
                                         Indianapolis, IN 46204-4208
                                         Tel: 317-639-6151
                                         Fax: 317-639-6444
                                         kip.mcdonald@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)