UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

1:16-cv-01000-RLY-TAB
1:16-cv-01001-RLY-TAB
1:16-cv-01002-RLY-TAB
1:16-cv-01003-RLY-TAB
1:16-cv-01005-RLY-TAB
1:16-cv-01011-RLY-TAB
1:16-cv-01012-RLY-TAB
1:16-cv-01024-RLY-TAB
1:16-cv-01025-RLY-TAB

1:16-cv-01026-RLY-TAB
1:16-cv-01029-RLY-TAB
1:16-cv-01033-RLY-TAB
1:16-cv-01035-RLY-TAB
1:16-cv-01037-RLY-TAB
1:16-cv-01038-RLY-TAB
1:16-cv-01039-RLY-TAB
1:16-cv-01040-RLY-TAB
1:16-cv-01041-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016

*/s/ Sandra Davis Jansen*
Sandra Davis Jansen, #27803-53
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
sandy.jansen@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Sandra Davis Jansen*

1099475-1 (10909-0412)