UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:16-cv-01050-RLY-TAB
   1:16-cv-01051-RLY-TAB
   1:16-cv-01052-RLY-TAB
   1:16-cv-01065-RLY-TAB
   1:16-cv-01066-RLY-TAB
   1:16-cv-01067-RLY-TAB
   1:16-cv-01071-RLY-TAB
   1:16-cv-01072-RLY-TAB
   1:16-cv-01073-RLY-TAB
   1:16-cv-01074-RLY-TAB
   1:16-cv-01075-RLY-TAB
   1:16-cv-01076-RLY-TAB
   1:16-cv-01077-RLY-TAB
   1:16-cv-01133-RLY-TAB
   1:16-cv-01149-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS;

Dated: May 20, 2016                        */s/ James M. Boyers*
                                            James M. Boyers, #20809-49
                                            WOODEN McLAUGHLIN LLP
                                            One Indiana Square, Suite 1800
                                            Indianapolis, IN 46204-4208
                                            Tel: 317-639-6151
                                            Fax: 317-639-6444
                                            jim.boyers@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)