UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

|  |  |
|---|---|
|  | 1:16-cv-01073-RLY-TAB |
| 1:16-cv-01050-RLY-TAB | 1:16-cv-01074-RLY-TAB |
| 1:16-cv-01051-RLY-TAB | 1:16-cv-01075-RLY-TAB |
| 1:16-cv-01052-RLY-TAB | 1:16-cv-01076-RLY-TAB |
| 1:16-cv-01065-RLY-TAB | 1:16-cv-01077-RLY-TAB |
| 1:16-cv-01066-RLY-TAB | 1:16-cv-01133-RLY-TAB |
| 1:16-cv-01067-RLY-TAB | 1:16-cv-01149-RLY-TAB |
| 1:16-cv-01071-RLY-TAB |  |
| 1:16-cv-01072-RLY-TAB |  |

_____

**<u>NOTICE OF APPEARANCE</u>**

To:     The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS;

Dated: May 20, 2016                            */s/ John C. Babione*_____
                                               John C. Babione, #23494-49
                                               WOODEN McLAUGHLIN LLP
                                               One Indiana Square, Suite 1800
                                               Indianapolis, IN 46204-4208
                                               Tel: 317-639-6151
                                               Fax: 317-639-6444
                                               john.babione@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*