UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570

_____

This Document Relates to:

                                        1:16-cv-01073-RLY-TAB
    1:16-cv-01050-RLY-TAB            1:16-cv-01074-RLY-TAB
    1:16-cv-01051-RLY-TAB            1:16-cv-01075-RLY-TAB
    1:16-cv-01052-RLY-TAB            1:16-cv-01076-RLY-TAB
    1:16-cv-01065-RLY-TAB            1:16-cv-01077-RLY-TAB
    1:16-cv-01066-RLY-TAB            1:16-cv-01133-RLY-TAB
    1:16-cv-01067-RLY-TAB            1:16-cv-01149-RLY-TAB
    1:16-cv-01071-RLY-TAB
    1:16-cv-01072-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016                              */s/ Sandra Davis Jansen*
                                                        Sandra Davis Jansen, #27803-53
                                                        WOODEN McLAUGHLIN LLP
                                                        One Indiana Square, Suite 1800
                                                        Indianapolis, IN 46204-4208
                                                        Tel: 317-639-6151
                                                        Fax: 317-639-6444
                                                        sandy.jansen@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*

1099475-1 (10909-0412)