UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| | 1:16-cv-01089-RLY-TAB |
| 1:16-cv-01078-RLY-TAB | 1:16-cv-01090-RLY-TAB |
| 1:16-cv-01079-RLY-TAB | 1:16-cv-01091-RLY-TAB |
| 1:16-cv-01080-RLY-TAB | 1:16-cv-01092-RLY-TAB |
| 1:16-cv-01082-RLY-TAB | 1:16-cv-01093-RLY-TAB |
| 1:16-cv-01083-RLY-TAB | 1:16-cv-01094-RLY-TAB |
| 1:16-cv-01086-RLY-TAB | |
| 1:16-cv-01087-RLY-TAB | |
| 1:16-cv-01088-RLY-TAB | |

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: May 20, 2016                  /s/ Douglas B. King_____
                                        Douglas B. King, #5199-49
                                        WOODEN McLAUGHLIN LLP
                                        One Indiana Square, Suite 1800
                                        Indianapolis, IN 46204-4208
                                        Tel: 317-639-6151
                                        Fax: 317-639-6444
                                        doug.king@woodenmclaughlin.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)