UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

                                                                                                   1:16-cv-01089-RLY-TAB
      1:16-cv-01078-RLY-TAB                                    1:16-cv-01090-RLY-TAB
      1:16-cv-01079-RLY-TAB                                    1:16-cv-01091-RLY-TAB
      1:16-cv-01080-RLY-TAB                                    1:16-cv-01092-RLY-TAB
      1:16-cv-01082-RLY-TAB                                    1:16-cv-01093-RLY-TAB
      1:16-cv-01083-RLY-TAB                                    1:16-cv-01094-RLY-TAB
      1:16-cv-01086-RLY-TAB
      1:16-cv-01087-RLY-TAB
      1:16-cv-01088-RLY-TAB

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
      William Cook Europe ApS;

Dated: May 20, 2016                          */s/ Kip S. M. McDonald*
                                         Kip S. M. McDonald, #29370-49
                                         WOODEN McLAUGHLIN LLP
                                         One Indiana Square, Suite 1800
                                         Indianapolis, IN 46204-4208
                                         Tel: 317-639-6151
                                         Fax: 317-639-6444
                                         kip.mcdonald@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)