UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:16-cv-00750-RLY-TAB
   1:16-cv-00931-RLY-TAB
   1:16-cv-00933-RLY-TAB
   1:16-cv-00950-RLY-TAB
   1:16-cv-01030-RLY-TAB
   1:16-cv-01031-RLY-TAB

   1:16-cv-01044-RLY-TAB
   1:16-cv-01045-RLY-TAB
   1:16-cv-01046-RLY-TAB
   1:16-cv-01068-RLY-TAB
   1:16-cv-01070-RLY-TAB
   1:16-cv-01085-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: May 24, 2016

*/s/ Kip S. M. McDonald*
Kip S. M. McDonald, #29370-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)