UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

   1:16-cv-00750-RLY-TAB                        1:16-cv-01044-RLY-TAB
   1:16-cv-00931-RLY-TAB                        1:16-cv-01045-RLY-TAB
   1:16-cv-00933-RLY-TAB                        1:16-cv-01046-RLY-TAB
   1:16-cv-00950-RLY-TAB                        1:16-cv-01068-RLY-TAB
   1:16-cv-01030-RLY-TAB                        1:16-cv-01070-RLY-TAB
   1:16-cv-01031-RLY-TAB                        1:16-cv-01085-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
      William Cook Europe ApS;

Dated: May 24, 2016                        */s/ James M. Boyers*
                                             James M. Boyers, #20809-49
                                             WOODEN McLAUGHLIN LLP
                                             One Indiana Square, Suite 1800
                                             Indianapolis, IN 46204-4208
                                             Tel: 317-639-6151
                                             Fax: 317-639-6444
                                             jim.boyers@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)