IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff (s)
HEATHER GERANEN

Civil Case # 1:16-cv-00619-SEB-DML

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff Heather Geranen hereby demands a trial by jury for all issues so triable.

Dated: May 24, 2016

Respectfully submitted,

**JACKSON ALLEN & WILLIAMS, LLP**
/s/ Jennifer Williams
Jennifer Williams - Trial/Lead Counsel
Texas Bar No.: 24007755
John H. Allen, III
Texas Bar No.: 00788798

3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone:  (214) 521-2300
Facsimile:  (214) 528-7755

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

      /s/ Jennifer Williams_____
      Jennifer Williams