IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff (s)
JESSE PAGE                    _____

Civil Case # 1:15-cv-01997-SEB-DML_____

## DEMAND FOR JURY TRIAL

    Pursuant to Fed. R. Civ. P. 38, Plaintiff Jesse Page hereby demands a trial by jury for all issues so triable.


Dated: May 24, 2016                     Respectfully submitted,


                                                     **JACKSON ALLEN & WILLIAMS, LLP**
                                                     /s/ Jennifer Williams
                                                     Jennifer Williams - Trial/Lead Counsel
                                                     Texas Bar No.: 24007755
                                                     John H. Allen, III
                                                     Texas Bar No.: 00788798

                                                     3838 Oak Lawn Ave., Suite 1100
                                                     Dallas, Texas 75219
                                                     Telephone:  (214) 521-2300
                                                     Facsimile:  (214) 528-7755

                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 24th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                   /s/ Jennifer Williams_____
                   Jennifer Williams