UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## COOK DEFENDANTS' NOTICE OF IMPROPERLY IDENTIFIED DEVICE

Cook Defendants, by lead counsel, respectfully file this Notice of Improperly Identified Device ("Notice") in order to notify the Court that the device at issue in one of Plaintiffs' proposed Bellwether trial cases is improperly identified, and in support of this Notice, state as follows:

1. On May 20, 2016, Cook Defendants submitted a Memorandum Regarding the New Discovery Pool and Cook's Proposed Bellwether Trials [Docket No. 1634] pursuant to the Court's April 15, 2016 Order On Fifth Amended Case Management Plan [Docket No. 1341] and the Court's Minute Entry of May 5, 2016 [Docket No. 1408].

2. The next day, on May 21, 2016, Plaintiffs' filed a Submission on Bellwether Trial Selections containing their proposed Bellwether trial cases. [Docket at 1635].

3. Therein, Plaintiffs' proposed one of the Bellwether cases as the *Tonya and Allen Brand, 1:14-cv-06018-RLY-TAB,* matter (hereinafter "Brand"). [Docket 1635 at p. 15]. Plaintiffs' counsel repeatedly identify the device at issue in the *Brand* matter as a Günther Tulip IVC filter. [Docket 1635 at p. 6, 13, and 15-16].

1

4.     However, the *Brand* matter is a Celect case, as both the Plaintiffs and their counsel, have always identified it to be and Cook Defendants have confirmed by means of the device's lot number provided by Plaintiffs' counsel.

5.     In support, Cook Defendants have attached hereto as **Exhibit** A, a copy of the Brands' Amended Short Form Complaint that identifies the device at issue as a Celect and as **Exhibit B,** an excerpt from the Brands' Plaintiff Profile Form that also identifies the device at issue as a Celect and provides Cook the lot number used to confirm the device at issue is a Celect IVC filter.

WHEREFORE, the Cook Defendants respectfully request that the Court take Notice of Plaintiffs' Improper identification of the device at issue in one of their proposed Bellwether trial cases, and grant them all other proper relief.

Respectfully submitted,

*/s/ Douglas B. King*
Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:    (317) 639-6151
Fax:   (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Counsel for the Cook Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2016, a copy of the foregoing was served by electronic mail, and an unredacted copy was served by U.S. Mail. pursuant to Local Rule 5-11 (c)(2), to Plaintiffs' Co-Lead Counsel with distribution to all other plaintiff counsel of record to be made by Plaintiffs' Co-Lead Counsel:

Michael W. Heaviside
HEAVISIDE REED ZAIC
910 17th Street, N.W. Suite 800
Washington DC 20006
mheaviside@hrzlaw.com


Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Ste, 100
Dallas, TX 75204
bmartin@bencmartin.com


David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX  77098
dmatthews@thematthewslawfirm.com

                                              */s/ Douglas B. King*
                                              Douglas B. King, Esq.

1478327-1 (10909-0412)