## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

### I. CASE INFORMATION

**Caption:** Tonya Brand and Allen Brand vs. Cook Medical, Inc., et al.   **Date:** 12/07/15
**Docket No.:**
**Plaintiff(s) attorney and Contact information:**
Law Offices of Ben C. Martin
3219 McKinney Ave., Ste. 100
Dallas, TX 75204
(214) 761-6614 [Telephone] / (214) 744-7590 [Facsimile]

### II. PLAINTIFF INFORMATION

**Name:** Tonya T. Brand
**Spouse:** Allen W. Brand                **Loss of Consortium?** ☑Yes ☐No
**Address:**
**Date of birth:**
**Social Security No.:**

### III. DEVICE INFORMATION[1]

**Date of Implant:** 3-19-2009
*Reason for Implant:* to prevent any blood clots
**Brand Name:** Cook Celect inferior vena cava filter        **Mfr.** Cook Medical
**Lot Number:** E2231661
**Placement Physician:** Dr. Mark Rheudasil
**Medical Facility:** Northside Hospital

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

## VERIFICATION

I, _Tonya Jo Brand_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _12/7/15_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _ALLEN W BRAND_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _12/7/15_, and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]