UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

### ORDER MAINTAINING DOCUMENTS UNDER SEAL

This matter has come before the Court upon the Cook Defendants' Brief in Support of Maintaining Documents under Seal. Being duly advised, the Court finds that the relief sought by the Cook Defendants should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that the documents filed by Plaintiffs at Docket No. 1367 shall be maintained under seal.

SO ORDERED: 5/24/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of records will be served by Plaintiffs' Co-Lead Counsel.

1468954-1 (10909-0412)