UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE PLAINTIFFS'
SUBMISSION ON BELLWETHER TRIAL SELECTIONS**

COME NOW, the Plaintiffs and file this their Motion for Leave to Amended Their Submission on Bellwether Trial Selections, and would respectfully show the Court as follows:

**I.**

1.1   Tonya Brand was inadvertently listed as a Gunther Tulip Case in the Plaintiffs' Submission on Bellwether Trial Selections. [Doc. 1635]. The Cook Defendants have known throughout the course of the litigation that Tonya Brand was the recipient of a Cook Celect filter and the Defendants immediately recognized the reference to a "Gunther Tulip filter" was in error. [Doc. 1656].[1] No harm has resulted from this error.

1.2   Attached hereto as Exhibit "A" is the Plaintiffs' Amended Submission on Bellwether Trial Selections which corrects the error and identifies the Tonya Brand case (Case 1:14-cv-06018-RLY-TAB), as involving a Cook Celect filter.

---

[1]   In their Notice of Improperly Identified Device, the Cook Defendants make reference to the Plaintiffs' Submission on Bellwether Trial Selections having been filed "[t]he next day, on May 21, 2016". To be completely accurate, the Plaintiffs' submission was filed at two minutes after midnight on May 21, 2016.

1.3     This Court has broad discretion to grant leave to file an amended pleading.   This request is made to simply correct an inadvertent error and provide an accurate description of the case for the Court's review.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that their Motion for Leave to Amend Plaintiffs' Submission on Bellwether Selections will be in all things granted and the court will order the amended submission attached as Exhibit "A" to be filed by the clerk.

Respectfully Submitted,

PLAINTIFFS' COUNSEL

*/s/ Ben C. Martin*

Joseph N. Williams, Atty. No. 25874-49
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Voice: (317) 633-5270
Fax: (317) 426-3348
Email: jwilliams@rwp-law.com

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006
(202) 223-1993

Ben C. Martin, Esq.
Law Offices of Ben C. Martin
3219 McKinney Avenue
Dallas, TX   75204
Voice: (214)761-6614
Fax: (214)744-7590
Email: bmartin@bencmartin.com

>David P. Matthews, Esq.
>MATTHEWS AND ASSOCIATES
>2905 Sackett Street
>Houston, TX 77098
>Voice: (713) 581-8467
>Fax: (713) 535-7184
>Email:dmatthews@thematthewslawfirm.com
>
>LEAD CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

>/s/ *Ben C. Martin*
>Ben C. Martin