IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
AMEND PLAINTIFFS' SUBMISSION ON BELLWETHER TRIAL SELECTIONS**

After considering Plaintiffs' Motion for Leave to Amend the Plaintiffs' Submission on Bellwether Trial Selections, the Court finds that the motion should be granted.

It is, therefore, ORDERED that the Clerk of the Court is to file Plaintiffs' Amended Submission on Bellwether Trial Selections, attached as Exhibit "A" to the Motion for Leave, among the papers on file in this Civil Action.

SIGNED this _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE