IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

## APPLICATION OF DAVID C. DEGREEFF FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Please consider this my Application for Appointment to the Plaintiffs' Steering Committee in this litigation. In support thereof, I provide the below information about (a) my professional accomplishments and experience with this type of litigation, (b) my ability and history of working cooperatively with others, including those already appointed to the PSC in this litigation, (c) my willingness and availability to commit the time and resources necessary to this litigation, and (d) how my appointment to the leadership team would help to achieve appropriate diversity for the needs of the litigation.

### A. PROFESSIONAL EXPERIENCE AND ACCOMPLISHMENTS

I am a partner with the Kansas City-based law firm of Wagstaff & Cartmell LLP.[1]  I received my undergraduate degree from Washington University in St. Louis, Missouri, and received my law degree from the University of Missouri - Columbia School of Law in 2003.  I began practicing with Wagstaff & Cartmell LLP in January of 2015.  I worked for the prestigious catastrophic personal injury firm of Shamberg, Johnson & Bergman for the preceding 5 years.  Prior to 2010, I spent 7 years practicing as a general litigation defense lawyer.

---

[1] I am counsel of record in *Julia McCoy v. Cook Incorporated, et al.*, 1:16-CV-531filed in the MDL, and expect to be filing numerous additional cases in the future.

1

Since 2014 I have devoted a majority of my law practice to the prosecution of pharmaceutical and medical device product liability cases like this one. Often these cases are consolidated actions, either in federal Multi-District Litigation Courts or consolidated state court litigations. My personal experience in consolidated pharmaceutical and medical device litigation includes the following appointed Multi-District litigation leadership positions:

- Member of Medical Monitoring Class Action committee, *In re Bard Filters Product Liability Litigation*, MDL 2641 (D. Ariz.); and

- Member of Science and Experts committee, and in charge of Secondary Science Document Review, *In re Benicar (Olmesartan) Products Liability Litigation*, MDL 2606 (D. NJ)

My role in the above matters has included retaining and developing expert witnesses, negotiating document productions, serving as lead counsel during multiple depositions of expert and corporate fact witnesses, drafting key pleadings and motions, and aiding in development of litigation themes and strategies.  In addition to these leadership roles in Multi-District litigation, I have taken significant roles in a number of other ongoing consolidated medical device and pharmaceutical litigations, and have pursued numerous individual product liability cases where I worked up all aspects up of the case.

My devotion to this area of the law has been recognized by my peers and other objective outlets.  I was selected by my peers to the Kansas City Business Journal "Best of the Bar" in 2012, 2014 and 2015.  I have been selected as a Missouri and Kansas Super Lawyers Rising Star every year since 2009.  I am also a member of the invitation-only National Trial Lawyers "Top 100 Trial Lawyers in Missouri" and "Top 40 under 40."

Prior to focusing my practice to complex consolidated litigation, I was lead counsel on numerous individual cases ending in multi-million dollar results for my clients, including two cases that resolved for greater than $10,000,000.

2

**B. COMMITMENT TO WORKING COOPERATIVELY WITH OTHERS**

My law firm and I have consistently demonstrated the ability to work cooperatively in mass tort cases. Indeed, civility and cooperation are principles upon which my firm and I base all of our professional and everyday dealings. Having also practiced as a defense attorney, I realize the most effective path to resolution of any matter is zealous advocacy accompanied by civility with opposing counsel. As with my entire practice, I commit to utilize these attributes in this case.

My firm and I have worked closely in other litigations with many of the lawyers already appointed to the current PSC – including the ongoing Bard IVC litigation.  Thus, I am confident that I possess the ability to work cooperatively with them in this case.  This is reinforced by the fact that the current PSC supports my (and my firm's) addition to this PSC.

**C. AVAILABILITY AND COMMITMENT TO THE PURSUIT OF THIS CASE**

The members of my firm and I understand that an appointment to the PSC will be an extremely significant and important commitment. I presently have the time, financial resources, energy and interest to actively pursue this important, time-consuming litigation. I realize the time and energy necessary to devote to this project and commit to providing the work to properly pursue it. I have seen firsthand the devastating effects that these devices have on the plaintiffs and their families. As a result, I am passionate about, and have developed an avid interest in, this litigation.

As a partner of a firm with over thirty attorneys, I can assure that adequate staff and financial backing is devoted to this litigation to ensure proper pursuit.  My firm has already committed the resources, time and finances to investigate litigation on behalf of over 1200 clients injured by IVC filters, and remains committed to doing what is necessary for them over

the entire lifespan of the IVC litigations (including this one).  With the interest and energy necessary to pursue a project like this one, and the available time and resources required to properly prosecute this type of case, I can assure this Court that my firm and I are committed to this case if given the opportunity to serve on the PSC.

### D. ACHIEVING A LEADERSHIP TEAM THAT ADEQUATELY REFLECTS FAVORABLY ON THE DIVERSITY OF LEGAL TALENT AVAILABLE

The Court has a talented and diverse group of lawyers already on the PSC.  I believe I bring a unique perspective to the team for several reasons.  First, my early work as a defense attorney has given me a viewpoint on mass torts litigation that is novel compared to many of my colleagues who do not share that background.  Additionally, my firm is geographically distinct from many of my colleagues, allowing for a different regional perspective than other applicants.  Lastly, while I am proud of what I have accomplished up to this point in my career, I recognize that I am young relative to my colleagues and I believe that a diversity of ages helps the group to maximize its production and efficiency.

WHEREFORE, for all the foregoing reasons, I respectfully request that this Honorable Court grant my application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ David C. DeGreeff_____
David C. DeGreeff, MO #55019
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
Email: ddegreeff@wcllp.com

4