IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

―――――――――――――――――――――――――――――
IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICE, AND
PRODUCTS LIABILITY LITIGATION
―――――――――――――――――――――――――――――

Case No. 1:14-ml-2570-RLY-TAB
MDL No.: 2570

This Document Relates to ALL ACTIONS
―――――――――――――――――――――――――――――

### APPLICATION OF WILLARD JAMES MOODY, JR. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

I, Willard J. Moody, Jr., respectfully submit credentials and make this Application to the Plaintiffs' Steering Committee for Multidistrict Litigation No. 2570. I am willing and able to commit my resources and those of my firm to this litigation. Furthermore, in support of this Application, I hereby state the following:

I am the Vice President of the Moody Law Firm headquartered in Portsmouth, Virginia and have represented plaintiffs as a trial attorney for twenty-eight (28) years. The Moody Law Firm is a personal injury firm handling primarily serious injury claims, FELA cases, product liability claims and Mass Torts involving pharmaceutical products and medical devices. I received my Bachelor of Arts degree from Elon College in 1979 and graduated from T.C. Williams School of Law, University of Richmond, Virginia in 1983. I am currently licensed to practice law in the states of Virginia, West Virginia, North Carolina and Florida. I have been admitted to practice before the United States District Court for the Eastern District of Virginia, Untied States District Court for the Western District of Virginia, U.S. Fourth Circuit Court of Appeals and United States Supreme Court. In addition to being a senior trial attorney in the Moody Law Firm, I run the Mass Tort Division of the firm which has represented over 20,000 individuals for asbestos related injuries nationwide as well as numerous other pharmaceutical

products and medical devices.  I am a member in good standing of the Virginia Trial Lawyers Association, the American Association of Justice, the American Bar Association and serve as the President of the Academy of Railway Labor Attorneys.  I was recently named as one of Virginia's "Super Lawyers for 2011" and also hold the highest rating available with Martindale Hubbell's National Law Directory (AV).  I co-authored the section on trying Federal Employers' Liability Act cases in the ATLA's Manual on Litigating Tort Cases.

I have many years of experience representing individuals in pharmaceutical and medical device mass torts including but not limited to cases involving Vioxx, Fosamax, Zicam, Avandia, SSRI Birth Defect Claims, Reglan/Metoclopramide, Zofran, Xarelto, Risperdal and Invega, New England Compounding Center claims, DePuy ASR and Pinnacle hip implant claims, and cases involving surgically implanted Pelvic Mesh.

I currently serve on the Plaintiffs' Steering Committee in MDL 2325, In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation before the Honorable Joseph G. Goodwin in the United States District Court, Southern District of West Virginia; as well as the Plaintiffs' Steering Committee in JCCP 4775, In Re: Risperdal and Invega Product Liability Cases before the Honorable William F. Highberger in the Los Angeles Superior Court.

I also serve on the Plaintiffs' Discovery Committee of "*In re DePuy Orthopaedics, Inc. ASR Hip Implant Products*, MDL 2197".  I also currently serve as co-counsel on the Plaintiffs' Committee in the Philadelphia Court of Common Please Coordinated Reglan/Metoclopramide litigation with respect to discovery matters relating to brand defendant Wyeth and its predecessor A.H. Robins and coordinates those activities with

2

the same litigation which is centered in Atlantic City, New Jersey in front of the Honorable Judge Carol Higbee.

The Moody Law Firm is currently investigating cases that involve the design, testing, manufacture, sale, and marketing of the Cook Inferior Vena Cava Filter product line, and expect to be involved in many more cases in the future. I have filed an action subject to the jurisdiction of this MDL titled *Phillip Jones v. Cook Incorporated, et al.,* Case No. 1:15-cv-01677-WTL-TAB, which is pending in the Southern District of Indiana.

I have tried many cases to jury verdict in many jurisdictions around the country. Most of my career has been dedicated to preparing cases for trial and actually seeing them through to verdict in the courtroom. I believe my trial experience provides me with unique skills in conducting discovery and, any trials that will benefit the group of plaintiffs in this litigation. Throughout my career, I have successfully worked with judges and attorneys in multiple jurisdictions throughout the nation and have become familiar with the responsibilities of counsel in complex litigation in mass torts.

I am willing and available to commit the time and resources necessary to fulfill the duties and obligations of the membership on the Plaintiffs' Steering Committee. I know and I have worked with many of the individuals who I understand are filing applications to be on the Steering Committee including being co-counsel on cases with some of the members and have the ability to work cooperatively with them. I am willing to consistently and continually commit the time, effort and resources to this litigation necessary to complete the litigation on behalf of all the claimants involved.

This 2nd day of June, 2016.

                                                    Respectfully submitted,

                                                    By:    /s/Willard James Moody, Jr.
                                                                Willard James Moody, Jr.
                                                                  Virginia Bar No.: 22866

THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 300
Portsmouth, Virginia 23704
will@moodyrrlaw.com
(757) 393-6020
(757) 399-3019 (fax)