IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

**AFFIDAVIT OF QUALIFICATIONS OF JONATHAN M. SEDGH, ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

1. I, Jonathan M. Sedgh, Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs, and mass tort litigation, extensive litigation, discovery and jury trial experience and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to science and regulatory affairs as well as document review and assisting with corporate depositions, wherever appropriate.

4. I am an attorney in good standing with the State Bar of New York. I have been admitted to practice since 2008. I have been admitted to practice in the United States District Courts for the Eastern and Southern Districts of New York since 2008 and the United States Court of Appeals for the 5th Circuit since 2014 and have been admitted pro hac vice in numerous state and federal courts around the United States.

5. I am and have been an associate attorney at Weitz & Luxenberg, P.C. with the Drug and Medical Device Litigation Group since 2008.

1

6. I have played an integral role in two Multi-District Litigations over the past eight years and have assisted my colleagues at Weitz & Luxenberg in many additional mass torts. I have taken dozens of depositions of treating and prescribing doctors in preparation of trial. As a member of the *In Re: Actos (Pioglitazone) Products Liability Litigation* (MDL 2299), I managed over 1,300 cases at Weitz & Luxenberg and assisted in the winning of a verdict of over $9 billion over a three month trial in 2014.

7. I have extensive experience in large, complex cases, including MDLs, and mass torts. I was the Senior Associate at Weitz & Luxenberg for Paul Pennock, Co-Lead Counsel, in litigating and managing *In Re: Actos (Pioglitazone) Products Liability Litigation* (MDL 2299) before Judge Rebecca F. Doherty in the Western District of Louisiana. Serving as the primary coordinating lawyer for the organization of team duties, I reported directly to the trial lawyers to prepare witnesses for trial.

8. As a part of the trial team for *In Re: Seroquel Products Liability Litigation* (MDL 1769) before Chief Judge Anne C. Conway in the Middle District of Florida, I assisted in *de bene esse* depositions and the preparation of live witnesses at trial as well as the coordination of exhibits and demonstratives used for direct and cross-examination. I also contributed extensively to *Daubert* and Summary Judgment motions as well as Science hearings for numerous experts. I was also a member of the trial team in the preceding *In Re: Seroquel Litigation* (Case No. 274) before Judge Jessica R. Mayer in the Superior Court of New Jersey – Atlantic County.

9. Additionally, I have assisted my colleagues with numerous other multi-district litigations: *In Re: Accutane Products Liability Litigation* (MDL 2523) before Judge James Moody, Jr. in the Middle District of Florida; *In Re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation* (MDL 1699) before Judge Charles R. Breyer in the Northern District of California; *In Re: Fosamax (Alendronate Sodium) Products Liability Litigation* (MDL 2243) before Judge Freda Wolfson in the District of New Jersey; *In Re: Ethicon Power Morcellator Products Liability Litigation* (MDL 2652) before Judge Kathryn Vratil in the District of Kansas; *In Re: Vioxx Marketing, Sales Practices and Products Liability Litigation*

(MDL 1657); I have also assisted on the coordinated proceedings of *In Re: Reglan Litigation* (Case No. 289) initially before Judge Carol E. Higbee in the Superior Court of New Jersey – Atlantic County and now transferred before Judge Jessica R. Mayer in the Superior Court of New Jersey – Middlesex County.

10. I am a member of the American Association for Justice, New York State Bar Association, and have been seated on the New York City Bar Association's Product Liability Committee since 2011. In addition to these memberships, I have been identified by several other lawyer rating organizations including my placement on the National Trial Lawyer's Top 40 Under 40 list for 2015 and 2016 as well as my distinction as a New York Metro Rising Star by *Super Lawyers* for the previous two years.

11. Weitz & Luxenberg, P.C. is a national mass tort and personal injury law firm with offices in New York, New Jersey and California. Founded in 1986, the firm has garnered more than $17 billion in verdicts and settlements. We currently employ over 85 lawyers, representing over 55,000 clients. The Pharmaceutical and Medical Device litigation practice group at Weitz & Luxenberg has been appointed to leadership positions in 17 past MDLs, which are identified on the list attached as page 5-6 of this affidavit. Weitz & Luxenberg has sufficient financial resources to litigate in an MDL and has routinely advanced millions of dollars in its cases.

12. I have substantial experience dealing in mass torts and product liability cases as well as the complex organizational and trial-based preparations and actions that accompany them. I have worked alongside counsel both on and off multi-district litigations.

13. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: May 24, 2016                              */s/ Jonathan M. Sedgh*
                                                 Jonathan M. Sedgh, Esq.
                                                 (NY Bar No.: 4557260)
                                                 Weitz & Luxenberg, PC
                                                 700 Broadway
                                                 New York, NY 10003
                                                 Tel.: (212) 558-5461
                                                 JSedgh@weitzlux.com

## WEITZ & LUXENBERG PHARMACEUTICAL AND MEDICAL DEVICE LITIGATION PRACTICE GROUP MDL APPOINTMENTS

*In Re: Silicone Gel Breast Implant Product Liability Litigation* MDL 926 (Plaintiffs' Steering Committee; co-chair of the Science Committee).

*In Re: Rezulin Products Liability Litigation* MDL No. 1348 (New York State Co-liaison Counsel to the PSC).

*In Re: Methyl Tertiary-Butyl Ether Products Liability Litigation* MDL 1358 (Co-Lead counsel of Plaintiff's Steering Committee).

*In Re: Phenylpropanolamine (PPA) Products Liability Litigation* MDL 1407 (New Jersey Liaison).

*In Re: Baycol Products Liability Litigation* MDL 1431(Liaison Advisory Committee; Compensation Subcommittee).

*In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation* MDL 1708 (Plaintiffs' Steering Committee).

*In Re Ortho Evra Products Liability Litigation* MDL 1742 (Executive Committee).

*In Re: Seroquel Products Liability Litigation* MDL 1769 (Co-Lead counsel of Plaintiff's Steering Committee).

*In Re Hydroxycut Marketing and Sales Practice Litigation* MDL 2087 (Plaintiffs' Steering Committee).

*In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation* MDL 2100 (C-Lead Counsel Plaintiff's Steering Committee).

*In Re: DePuy Orthopaedics, Inc. ASR Hips Implant Products Liability Litigation* MDL 2179 (Co-Lead Counsel of Plaintiff's Steering Committee).

*In Re: DePuy Orthopaedics, Inc. Pinnacle Implant Products Liability Litigation* MDL 2244 (Plaintiffs' Steering Committee; Science Committee).

*In Re: Zimmer NextGen Knee Implant Products Liability Litigation* MDL 2272 (Plaintiff's Steering Committee).

*In Re: Actos (Pioglitazone) Products Liability Litigation* MDL 2299 (Co-Lead counsel of Plaintiff's Steering Committee).

*In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* MDL 2391 (Plaintiff's Steering Committee).

*In Re: Xarelto (Rivaroxaban) Products Liability Litigation* MDL 2592 (Plaintiff's Steering Committee).

*In Re: Ethicon, Inc., Power Morcellator Products Liability Litigation* MDL 2651 (Co-Lead Counsel of Plaintiff's Steering Committee).