IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to All Actions

### AFFIDAVIT OF QUALIFICATIONS OF MATTHEW D. SCHULTZ FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, MATTHEW D. SCHULTZ, Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs, and mass tort litigation, extensive litigation, discovery, and jury trial experience, and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to corporate liability, regulatory affairs, research and development, science and medical affairs, and/or sales and marketing, including document review, depositions, and trial work, wherever appropriate.

4. I graduated with highest honors from Florida State University College of Law in 2002. During law school I earned 14 book awards and served as Senior Articles Editor for the FSU Law Review. I was elected to the Order of the Coif and have twice served as an adjunct professor for the FSU School of Criminology, teaching courses on criminal law and individual rights.

5. Following graduation I clerked for two years with the Hon. Robert L. Hinkle, U.S. District Judge for the Northern District of Florida, Tallahassee Division. In 2004 I entered private practice with the Pensacola firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., and was elected shareholder in 2010.

6. I am a member in good standing of the Florida Bar and have been admitted to practice before numerous federal courts including the Northern District of Florida, the Southern District of Florida, the District of Colorado, and the U.S. Court of Appeals for the Fifth Circuit and the U.S. Court of Appeals for the Eleventh Circuit. I have been admitted pro hac vice in many other state and federal courts around the United States.

7. I am AV rated by Martindale-Hubbell, having received 5/5 ratings in every category by all 22 peer reviewers, all of whom also endorsed me for ethical standing, including reviews by opposing trial counsel for the tobacco industry (available at: www.lawyers.com/pensacola/florida/matt-schultz-3191025-a/). I have been peer-nominated to Florida Trend's Legal Elite and Florida Super Lawyers for each of the last seven years.

8. My practice has involved complex individual and class actions including consumer and commercial class actions, *qui tam* litigation, ATCA (ATS) litigation, and single-event personal injury trial work. For the past 9 years I have focused on tobacco litigation and trial work in the U.S. and Canada. My tobacco experience has involved hundreds of direct- and cross-examinations, including expert and corporate representatives for the major domestic cigarette manufacturers on all aspects of cigarette design and production, smoke chemistry, historical and current advertising and marketing practices, corporate structure and finance, regulatory affairs, and the biological/medical and pharmacokinetic aspects of smoking and disease. I have tried jury cases against all four major domestic cigarette manufacturers, including the case of *Martin vs. R.J. Reynolds Tobacco Co* (Escambia County, Fla., Case No. 2007-CA-2520), which yielded a Top 100 trial verdict in 2009 ($30 million). I have since 2007 served as court-appointed Plaintiff's Liaison Counsel for the more than 150 *Engle* progeny tobacco cases filed in the First Circuit of Florida.

9. Among other tobacco trials, I have tried four month-long cases before the Hon. Terry Terrell, Circuit Court Judge for The First Circuit of Florida (now retired after 23 years on the bench). In November 2015, Judge Terrell entered a fee award in one of the cases commenting as follows: "The Court is familiar with the work of Mr. Gustafson and Mr. Schultz, and observed them in pretrial proceedings and during trial. They exemplify the highest standards of trial lawyers appearing before the Court. In addition, the evidence established that Mr. Gustafson and Mr. Schultz are both competent, qualified and accomplished trial lawyers with deserved excellent reputations. This evidence was uncontroverted." *Ward v. R.J. Reynolds Tobacco Co.*, Escambia County, Fla. Case No. 2008-CA-2135, Order on Final Judgment on Pltf. Mot. For Attorneys' Fees and Costs (Nov. 16, 2015).

10. From 2006-2012 I also worked extensively on the In Re Katrina Canal Breaches litigation as a court-appointed member of the MRGO PSLC overseeing hundreds of consolidated individual and class actions in the Eastern District of Louisiana. In that capacity I served as plaintiffs' co-lead counsel in the 2012 bellwether trial of *Armstrong vs. Washington Group International* (E.D. La. Case No. 10-866) before Judge Stanwood Duval in the Eastern District of Louisiana.

11. My firm, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., is a leader in mass tort and MDL litigation. Founded in 1955, the firm has garnered more than $1 billion in jury verdicts and far more in settlements. We currently employ 37 lawyers, the majority of whom work in national mass tort/MDL pharmaceutical and device litigation. The firm has been appointed to leadership positions in 40 past MDLs, which are identified on the list attached as pages 5-7 of this affidavit.

12. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. I would be honored to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: June 2, 2016 /s/ Matthew D. Schultz
Matthew D. Schultz, Esq.
(FL Bar 640328)
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel.: (850) 435-7140
mschultz@levinlaw.com

**LEVIN PAPANTONIO MDL APPOINTMENTS**

*In re Fosamax Prods. Liab. Litig.*, MDL 1789 (chairman of Plaintiffs' Steering Committee).

*In re Gadolinium Based Contrast Agents Prods. Liab. Litig.*, MDL 1909 (co-lead counsel of Plaintiffs' Steering Committee).

*In Re Digitek Prod. Liab. Litig.*, MDL 1968 (Plaintiffs' Steering Committee).

*In re Vioxx Prods. Liab. Litig.*, MDL 1657 (Plaintiffs' Steering Committee; co-chair of Discovery Committee; Science Committee; lead and co-lead counsel on hundreds of individual cases).

*In re Bextra and Celebrex Marketing Sales Practices and Prods. Liab. Litig.*, MDL 1699 (Plaintiffs' Steering Committee; co-chair, Discovery Committee; Science Committee).

*In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Prods. Liab. Litig.*, MDL 1203 (Plaintiffs' Steering Committee; Science Committee; lead and co-lead counsel on thousands of individual cases).

*In re Zyprexa Prods. Liab. Litig.*, MDL 1596 (Plaintiffs' Steering Committee).

*In re Medtronic, Inc., Implantable Defibrillators Prods. Liab. Litig.*, MDL 1726 (Plaintiffs' Steering Committee; co-chair, Discovery Committee).

*In re Guidant Defibrillators Prods. Liab. Litig.*, MDL 1708 (Plaintiffs' Steering Committee; Discovery Committee; Trial Team Committee).

*In re Ortho Evra Prods. Liab. Litig.*, MDL 1742 (Plaintiffs' Steering Committee).

*In re Accutane Prods. Liab. Litig.*, MDL 1626 (Plaintiffs' Steering Committee; co-chair, Discovery Committee).

*In Re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, MDL 1407 (Plaintiffs' Steering Committee; Discovery Committee; lead and co-lead counsel on approximately 250 individual cases ).

*In re Rezulin Prods. Liab. Litig.*, MDL 1348 (Plaintiffs' Steering Committee; chair, Discovery Committee; lead and co-lead counsel on thousands of individual cases) .

*In re Baycol Prods. Liab. Litig.*, MDL 1431 (lead and co-lead counsel on hundreds of individual cases).

*In re Serzone Prods. Liab. Litig.*, MDL 1477 (lead and co-lead counsel on approximately 200 individual cases).

*In re Propulsid Prods. Liab. Litig.*, MDL 1355 (Plaintiffs' Steering Committee).

*In re Amtrak "Sunset Limited" Train Crash in Bayou Canot, Alabama on September 22, 1993*, MDL 1003 (Plaintiffs' Steering Committee; Electronic Document Repository; Research Committee).

*In re America Online, Inc., Version 6.0 Software Litig.*, MDL 1412 (co-lead counsel).

*In re Cisco Systems, Inc., Securities & Derivative Litig.*, MDL 1527 (co-lead counsel).

*In re Asbestos Prods. Liab. Litig.*, MDL 875 (lead and co-lead counsel on more than 5,000 individual cases).

*In re Breast Implant Prods. Liab. Litig.*, MDL 926 (Florida Liaison Counsel, lead and co-lead counsel on thousands of individual cases).

*In re Factor VIII or IX Concentrate Blood Products Prods. Liab. Litig.*, MDL 986 (Plaintiffs' Steering Committee; Settlement Committee).

*In re High Sulfur Content Gasoline Prods. Liab. Litig.*, MDL 1632 (Plaintiffs' Steering Committee; co-chair, Trial Committee).

*In re Welding Fume Prods. Liab. Litig.*, MDL 1535 (Plaintiffs' Executive Committee; co-chair, Discovery Committee).

*In re Katrina Canal Breaches Consolidated Litig.*, No. 05-4182 (Plaintiffs' PLSC).

*In re Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010*, MDL 2179 (Appointed to Executive Committee, Steering Committee).

*In re Trasylol Prods. Liab. Litig.*, MDL 1928 (Plaintiffs' Steering Committee).

*In re Chinese Drywall Prods. Liab. Litig.*, MDL 2047 (Plaintiffs' Steering Committee; Science Committee).

*In re Depuy ASR Prods. Liab. Litig.*, MDL 2197 (Plaintiffs' Steering Committee).

*In re: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation*, MDL 2428 (Plaintiffs' Steering Committee; Discovery Committee (Co-Chair ), Bellwether Committee (Member), Science Committee (Member)).

*In re: E.I. Du Pont De Nemours & Co. C-8 Personal Injury Litigation*, MDL 2433 (Plaintiffs' Steering Committee)

*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL 2406 (Plaintiffs' Steering Committee; Class Certification Committee (Co-Chair), State Liaison Committee)


*In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385 (Plaintiffs' Executive Committee, Science Committee)

*In re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation*, MDL 2327) (Plaintiffs' Steering Committee).

*In re: Boston Scientific, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL 2326) (Plaintiffs' Steering Committee)

*In re: American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL 2325) Plaintiffs' Steering Committee)

*In re: Actos (Pioglitazone)Products Liability Litigation* (MDL 2299) (Plaintiffs' Steering Committee)

*In re: Heparin Products Liability Litigation* (MDL 1953) (Plaintiffs' Steering Committee, Discovery Committee (Co-Chair))

*In re: Fosamax (Alendronate Sodium) Products liability Litigation* (No. II, aka "Femur Fracture Litigation"), MDL 2243 (Plaintiffs' Steering Committee)

*In re: Yasmin & Yaz (Drospirenone) Marketing, Sales, and Products Liability Litigation*, MDL 2100 (Plaintiffs' Steering Committee, Discovery Committee (Co-Chair), Bellwether Trial Team)