IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                          MDL No. 2570

This Document Relates to Plaintiff(s)

    LINDSEY ARSANTO and KENNETH ARSANTO

Civil Case # 1:14-cv-2130-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Lindsey Arsanto and Kenneth Arsanto, Case No. 1:14-cv-2130-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Lindsey Arsanto and Kenneth Arsanto, Case No. 1:14-cv-2130-RLY-TAB.

Date: 6/3/2016

                                      Tim A. Baker
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.