IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § |
| | Case No.1:14-ml-2570-RLY-TAB  MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
AMEND PLAINTIFFS' SUBMISSION ON BELLWETHER TRIAL SELECTIONS**

After considering Plaintiffs' Motion for Leave to Amend the Plaintiffs' Submission on Bellwether Trial Selections, the Court finds that the motion should be granted.

It is, therefore, ORDERED that within 7 days Plaintiffs shall file their Amended Submission on Bellwether Trial Selections, in a format consistent with the Local Rules.

ORDERED:  6/3/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.