UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) ) THIS DOCUMENT RELATED TO ALL ) ACTIONS ) | 1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The court GRANTS parties' joint [1507] Motion for Oral Argument on Bellwether Trial Selections and SETS said matter for **JULY 13, 2016 at 9:00 a.m.** Counsel shall appear before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 10th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record
.