UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

      1:16-cv-00677-RLY-TAB
      1:16-cv-00799-RLY-TAB
      1:16-cv-00848-RLY-TAB
      1:16-cv-00954-RLY-TAB
      1:16-cv-00959-RLY-TAB

_____

**<u>NOTICE OF APPEARANCE</u>**

To:     The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS;

Dated: June 17, 2016            */s/ John C. Babione*_____
                          John C. Babione, #23494-49
                          WOODEN McLAUGHLIN LLP
                          One Indiana Square, Suite 1800
                          Indianapolis, IN 46204-4208
                          Tel: 317-639-6151
                          Fax: 317-639-6444
                          john.babione@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*
