UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

This Document Relates to:

    1:16-cv-00677-RLY-TAB
    1:16-cv-00799-RLY-TAB
    1:16-cv-00848-RLY-TAB
    1:16-cv-00954-RLY-TAB
    1:16-cv-00959-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: June 17, 2016    */s/ Sandra Davis Jansen*
                         Sandra Davis Jansen, #27803-53
                         WOODEN McLAUGHLIN LLP
                         One Indiana Square, Suite 1800
                         Indianapolis, IN 46204-4208
                         Tel: 317-639-6151
                         Fax: 317-639-6444
                         sandy.jansen@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Sandra Davis Jansen

1099475-1 (10909-0412)