UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

|  |  |
|---|---|
|  | 1:16-cv-01060-RLY-TAB |
| 1:16-cv-01032-RLY-TAB | 1:16-cv-01061-RLY-TAB |
| 1:16-cv-01053-RLY-TAB | 1:16-cv-01062-RLY-TAB |
| 1:16-cv-01054-RLY-TAB | 1:16-cv-01063-RLY-TAB |
| 1:16-cv-01055-RLY-TAB | 1:16-cv-01064-RLY-TAB |
| 1:16-cv-01056-RLY-TAB | 1:16-cv-01069-RLY-TAB |
| 1:16-cv-01057-RLY-TAB | 1:16-cv-01098-RLY-TAB |
| 1:16-cv-01058-RLY-TAB | 1:16-cv-01099-RLY-TAB |
| 1:16-cv-01059-RLY-TAB |  |

_____

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 17, 2016                          */s/ Sandra Davis Jansen*
                                               Sandra Davis Jansen, #27803-53
                                               WOODEN McLAUGHLIN LLP
                                               One Indiana Square, Suite 1800
                                               Indianapolis, IN 46204-4208
                                               Tel: 317-639-6151
                                               Fax: 317-639-6444
                                               sandy.jansen@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Sandra Davis Jansen*