UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01101-RLY-TAB | 1:16-cv-01134-RLY-TAB |
| 1:16-cv-01102-RLY-TAB | 1:16-cv-01136-RLY-TAB |
| 1:16-cv-01104-RLY-TAB | 1:16-cv-01137-RLY-TAB |
| 1:16-cv-01107-RLY-TAB | 1:16-cv-01138-RLY-TAB |
| 1:16-cv-01108-RLY-TAB | 1:16-cv-01140-RLY-TAB |
| 1:16-cv-01109-RLY-TAB | 1:16-cv-01141-RLY-TAB |
| 1:16-cv-01111-RLY-TAB | 1:16-cv-01142-RLY-TAB |
| 1:16-cv-01112-RLY-TAB | 1:16-cv-01148-RLY-TAB |
| 1:16-cv-01113-RLY-TAB | 1:16-cv-01156-RLY-TAB |
| 1:16-cv-01114-RLY-TAB | 1:16-cv-01161-RLY-TAB |
| 1:16-cv-01115-RLY-TAB | 1:16-cv-01172-RLY-TAB |
| 1:16-cv-01116-RLY-TAB | 1:16-cv-01183-RLY-TAB |
| 1:16-cv-01117-RLY-TAB | 1:16-cv-01186-RLY-TAB |
| 1:16-cv-01118-RLY-TAB | 1:16-cv-01188-RLY-TAB |
| 1:16-cv-01120-RLY-TAB | 1:16-cv-01189-RLY-TAB |
| 1:16-cv-01130-RLY-TAB | 1:16-cv-01198-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 17, 2016

*/s/ John C. Babione*
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*