IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiff s NICHELLE TRAMBLE and MALCOLM SPELLMAN

Civil Case # 1:15-cv-6025-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   NICHELLE TRAMBLE

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   MALCOLM SPELLMAN

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   CALIFORNIA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CALIFORNIA

6. Plaintiff's/Deceased Party's current state of residence:

   CALIFORNIA

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of California, Los Angeles Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated
   ☑ Cook Medical, LLC
   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

2

☑ Günther Tulip Vena Cava Filter

☐ Cook Celect Vena Cava Filter

☐ Günther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of implantation as to each product:

   On or about November 7, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Cedars-Sinai Medical Center, Los Angeles, CA

13. Implanting Physician(s):

   Marc Friedman, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I:      Strict Products Liability - Failure to Warn
    - ☑ Count II:     Strict Products Liability - Design Defect
    - ☑ Count III:    Negligence
    - ☑ Count IV:     Negligence *Per Se*
    - ☑ Count V:      Breach of Express Warranty
    - ☑ Count VI:     Breach of Implied Warranty
    - ☑ Count VII:    Violations of California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII:   Loss of Consortium

3

    ☐  Count IX:    Wrongful Death

    ☐  Count X:    Survival

    ☒  Count XI:    Punitive Damages

    ☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

    ☐  Other: _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff:

RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

16. Address and bar information for Attorney for Plaintiff:

Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: June 17, 2016

                                              Respectfully submitted,

                                              By: s/Matthew R. Lopez
                                              Ramon Rossi Lopez (CA Bar No. 86361)
                                                (admitted *pro hac vice*)
                                              Matthew Ramon Lopez (CA Bar No. 263134)
                                                (admitted *pro hac vice*)
                                              **Lopez McHugh LLP**
                                              100 Bayview Circle, Suite 5600
                                              Newport Beach, CA 92660
                                              (949) 737-1501
                                              (949) 737-1504 (fax)
                                              rlopez@lopezmchugh.com

mlopez@lopezmchugh.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 17, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

             / s/Matthew R. Lopez