UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01221-RLY-TAB | 1:16-cv-01254-RLY-TAB |
| 1:16-cv-01223-RLY-TAB | 1:16-cv-01263-RLY-TAB |
| 1:16-cv-01224-RLY-TAB | 1:16-cv-01269-RLY-TAB |
| 1:16-cv-01240-RLY-TAB | 1:16-cv-01277-RLY-TAB |
| 1:16-cv-01243-RLY-TAB | 1:16-cv-01288-RLY-TAB |
| 1:16-cv-01245-RLY-TAB | 1:16-cv-01294-RLY-TAB |
| 1:16-cv-01249-RLY-TAB | 1:16-cv-01295-RLY-TAB |
| 1:16-cv-01252-RLY-TAB | 1:16-cv-01298-RLY-TAB |
| 1:16-cv-01253-RLY-TAB | 1:16-cv-01299-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 17, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)