UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS       Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

    1:16-cv-01300-RLY-TAB
    1:16-cv-01303-RLY-TAB
    1:16-cv-01307-RLY-TAB
    1:16-cv-01310-RLY-TAB
    1:16-cv-01315-RLY-TAB
    1:16-cv-01316-RLY-TAB
    1:16-cv-01318-RLY-TAB
    1:16-cv-01320-RLY-TAB

---

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 17, 2016                  */s/ James M. Boyers*
                                         James M. Boyers, #20809-49
                                         WOODEN McLAUGHLIN LLP
                                         One Indiana Square, Suite 1800
                                         Indianapolis, IN 46204-4208
                                         Tel: 317-639-6151
                                         Fax: 317-639-6444
                                         jim.boyers@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)