IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Aisha Rhinehart

Civil Case # 1:16-cv-01421-RLY-TAB

**PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT**

NOW COMES PLAINTIFF Aisha Rhinehart and files this Motion to Withdraw her Short Form Complaint and Civil Cover Sheet filed herein as document no. 1746 and document no. 1746-1, respectively, and would show as follows:

On June 8, 2016, Plaintiff filed her Short Form Complaint against Defendants. Through clerical error, the Complaint and Civil Cover Sheet were erroneously filed under No. 1:14-ml-2570. On June 9, 2016, Plaintiff correctly re-filed her Short Form Complaint through the Court's ECF system, where it was assigned no. 1:16-cv-1421. Plaintiff now moves the Court for permission to withdraw the Short Form Complaint and Civil Cover Sheet from 1:14-ml-2570 [Document nos. 1746 and 1746-1], and reflect the original filing date of June 8, 2016, on the Short Form Complaint filed in No. 1:16-cv-1421.

This motion is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Aisha Rhinehart prays that her Short Form Complaint filed as document no. 1746 in 1:14-ml-2570, and its accompanying Civil Cover Sheet filed as document no. 1746-1 in 1:14-ml-2570 be withdrawn, and that the filing date of June 8, 2016 be reflected on and applied to No. 1:16-cv-1421.

                              Respectfully submitted,

                              **ZOLL & KRANZ, LLC**

                              */s/ Carasusana B. Wall*
                              Carasusana B. Wall (0090234)
                              **ZOLL & KRANZ, LLC**
                              6620 W. Central Ave., Suite 100
                              Toledo, OH 43617
                              Tel.: (419) 841-9623
                              Fax.: (419) 841-9719
                              cara@toledo.com

                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 |
| Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

 /s/ Carasusana B. Wall