IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Aisha Rhinehart

**Civil Case # 1:16-cv-01421-RLY-TAB**

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT**

CAME ON to be heard Plaintiff's Motion to Withdraw Document, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that Plaintiff Aisha Rhinehart's Short Form Complaint and Civil Cover Sheet, filed in Case No. 1:14-ml-2570-RLY-TAB as documents 1746 and 1746-1, respectively, are withdrawn. It is further

ORDERED that the Short Form Complaint and Civil Cover Sheet filed in Case No. 1:16-cv-1421 shall be deemed filed as of the original filing date of June 8, 2016.

DATE:  _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of records via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiff's Lead Counsel.