UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00860-RLY-TAB | 1:16-cv-01349-RLY-TAB |
| 1:16-cv-00866-RLY-TAB | 1:16-cv-01358-RLY-TAB |
| 1:16-cv-01109-RLY-TAB | 1:16-cv-01375-RLY-TAB |
| 1:16-cv-01284-RLY-TAB | 1:16-cv-01395-RLY-TAB |
| 1:16-cv-01285-RLY-TAB | 1:16-cv-01396-RLY-TAB |
| 1:16-cv-01309-RLY-TAB | 1:16-cv-01397-RLY-TAB |
| 1:16-cv-01322-RLY-TAB | 1:16-cv-01399-RLY-TAB |
| 1:16-cv-01330-RLY-TAB | 1:16-cv-01400-RLY-TAB |
| 1:16-cv-01333-RLY-TAB | 1:16-cv-01401-RLY-TAB |
| 1:16-cv-01336-RLY-TAB | 1:16-cv-01402-RLY-TAB |
| 1:16-cv-01348-RLY-TAB | 1:16-cv-06032-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 20, 2016

*/s/ Douglas B. King*
Douglas B. King, #5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
doug.king@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)