UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS | No. 1:14-ml-02570-RLY-TAB |

**ORDER ON JUNE 17, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel June 17, 2016, for a telephonic status conference. The Court denied Defendant's request to continue the settlement conference set for June 27-28, 2016.

Dated: 6/23/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.