UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:15-cv-00251-RLY-TAB | 1:15-cv-01895-RLY-TAB |
| 1:15-cv-00253-RLY-TAB | 1:15-cv-01985-RLY-TAB |
| 1:15-cv-01706-RLY-TAB | 1:15-cv-01986-RLY-TAB |
| 1:15-cv-01707-RLY-TAB | 1:16-cv-00243-RLY-TAB |
| 1:15-cv-01708-RLY-TAB | 1:16-cv-00814-RLY-TAB |
| 1:15-cv-01709-RLY-TAB | 1:16-cv-01022-RLY-TAB |
| 1:15-cv-01892-RLY-TAB | |
| 1:15-cv-01893-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 27, 2016                    */s/ John C. Babione*
                                        John C. Babione, #23494-49
                                        WOODEN McLAUGHLIN LLP
                                        One Indiana Square, Suite 1800
                                        Indianapolis, IN 46204-4208
                                        Tel: 317-639-6151
                                        Fax: 317-639-6444
                                        john.babione@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*

1099471-1 (10909-0412)