UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01119-RLY-TAB | 1:16-cv-01416-RLY-TAB |
| 1:16-cv-01122-RLY-TAB | 1:16-cv-01417-RLY-TAB |
| 1:16-cv-01124-RLY-TAB | 1:16-cv-01418-RLY-TAB |
| 1:16-cv-01126-RLY-TAB | 1:16-cv-01420-RLY-TAB |
| 1:16-cv-01127-RLY-TAB | 1:16-cv-01446-RLY-TAB |
| 1:16-cv-01128-RLY-TAB | 1:16-cv-01447-RLY-TAB |
| 1:16-cv-01143-RLY-TAB | 1:16-cv-01448-RLY-TAB |
| 1:16-cv-01296-RLY-TAB | 1:16-cv-01451-RLY-TAB |
| 1:16-cv-01308-RLY-TAB | 1:16-cv-01458-RLY-TAB |
| 1:16-cv-01376-RLY-TAB | 1:16-cv-01459-RLY-TAB |
| 1:16-cv-01405-RLY-TAB | 1:16-cv-01474-RLY-TAB |
| 1:16-cv-01406-RLY-TAB | 1:16-cv-01475-RLY-TAB |
| 1:16-cv-01412-RLY-TAB | |

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: June 27, 2016                            */s/ John C. Babione*
                                                          John C. Babione, #23494-49
                                                          WOODEN McLAUGHLIN LLP
                                                          One Indiana Square, Suite 1800
                                                          Indianapolis, IN 46204-4208
                                                          Tel: 317-639-6151
                                                          Fax: 317-639-6444
                                                          john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*