UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

      1:16-cv-01477-RLY-TAB
      1:16-cv-01481-RLY-TAB
      1:16-cv-01486-RLY-TAB
      1:16-cv-01487-RLY-TAB
      1:16-cv-01489-RLY-TAB
      1:16-cv-01491-RLY-TAB
      1:16-cv-01493-RLY-TAB
      1:16-cv-01494-RLY-TAB
      1:16-cv-01498-RLY-TAB
      1:16-cv-01499-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
      William Cook Europe ApS;

Dated: June 27, 2016                              */s/ Douglas B. King*_____
                                         Douglas B. King, #5199-49
                                         WOODEN McLAUGHLIN LLP
                                         One Indiana Square, Suite 1800
                                         Indianapolis, IN 46204-4208
                                         Tel: 317-639-6151
                                         Fax: 317-639-6444
                                         doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


*/s/ Douglas B. King*

1086562-1 (10909-0412)