IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.<br>IVC FILTERS MARKETING,<br>SALES PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No.1:14-ml-2570-RLY-TAB<br>MDL No.2570 |

This Document Relates to Plaintiffs:
<u>REGINA WATSON</u>

Civil Case # 1:16-cv-01502-RLY-TAB

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record:

I am authorized to practice in this court, and I appear in this case as counsel for:

REGINA WATSON, Plaintiff

Date: June 27, 2016              Respectfully submitted,

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
FL Bar # 0226531
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733
(p) 888-783-8378
(f) 727-323-7720
sruth@getjustice.com
ivc@getjustice.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Steven C. Ruth