IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD ELMORE, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LYNDA ELMORE, DECEASED<br>v.<br><br>COOK INCORPORATED;<br>COOK MEDICAL LLC;<br>WILLIAM COOK EUROPE APS | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br><br>Civil Case No. 1:16-cv-1224 |

### SHORT FORM COMPLAINT

COMES NOW, the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Lynda Elmore

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Edward Elmore, Jr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Edward Elmore, Jr., spouse and representative of Estate

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

    Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Western District of Oklahoma

8. Defendants (check Defendants against whom Complaint is made):

    √     Cook Incorporated

    √     Cook Medical LLC

    ☐     William Cook Europe ApS

9. Basis of Jurisdiction:

    √     Diversity of Citizenship

    ☐     Other: _____

    a. Paragraphs in Master Complaint upon which jurisdiction and venue lie:

        6-28

    b. Other allegations of jurisdiction and venue:

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐     Günther Tulip® Vena Cava Filter

    ☐     Cook Celect® Vena Cava Filter

    ☐     Gunther Tulip Mreye

  √  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

May 13, 2015

Hospital(s) where Plaintiff was implanted (including City and State):

Deaconness Hospital, 5501 N. Portland Ave., Oklahoma City, OK  73112

12. Implanting Physician(s):

Dr. Raghav Gupta

13. Counts in the Master Complaint brought by Plaintiff(s):

  √  Count I:  Strict Products Liability – Failure to Warn

  √  Count II:  Strict Products Liability – Design Defect

  √  Count III:  Negligence

  √  Count IV:  Negligence Per Se

  √  Count V:  Breach of Express Warranty

  √  Count VI:  Breach of Implied Warranty

  √  Count VII:  Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  √  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  ☐  Count XI:  Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

14. Attorney for Plaintiff(s):

   Michael T. Gallagher

15. Address and bar information Attorney for Plaintiff(s):

   2905 Sackett Street
   Houston, TX  77098
   (713) 222-0066
   (713) 222-0066 - facsimile
   Federal ID: 5395

Dated:  June 28, 2016                    Respectfully submitted,

   /s/ Michael T. Gallagher
   Michael T. Gallagher
   Federal ID: 5395
   The Gallagher Law Firm
   2905 Sackett Street
   Houston, Texas 77098
   (713) 222-8080
   (713) 222-0066 - Facsimile
   donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
