IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EDWARD ELMORE, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LYNDA ELMORE, DECEASED | ) ) ) ) | MDL No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| v. | ) ) | |
| COOK INCORPORATED; COOK MEDICAL LLC; WILLIAM COOK EUROPE APS | ) ) ) | Civil Case No. 1:16-cv-1224 |

## SUGGESTION OF DEATH

Plaintiff, Edward Elmore, Jr., pursuant to Fed.R.Civ.P. 25, hereby suggests upon the record the death of Plaintiff, Lynda Elmore. Upon information and belief, Plaintiff Lynda Elmore died on or about March 17, 2016. The Death Certificate of Lynda Elmore is attached hereto as Exhibit "A."

Dated:  June 28, 2016                Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
