# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

STATE FILE NUMBER: 2016-008638

*2016040008638*

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | LYNDA PHILLIPS ELMORE |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | MCRAE |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 63 |
| 6. DATE OF BIRTH | AUGUST 25, 1952 |
| 7. BIRTHPLACE | SCOTLAND |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | CANADIAN |
| 8c. RESIDENCE-City or Town | YUKON |
| 8d. RESIDENCE-Zip Code | 73099 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | 2316 YELLOWSTONE DR |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 10. SURVIVING SPOUSE'S NAME | EDWARD LEE ELMORE, JR |
| 11. FATHER'S NAME | WILLIAM R. MCRAE |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARGARET P. TAYLOR |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | 9TH – 12TH GRADE, NO DIPLOMA |
| 16. DECEDENT'S USUAL OCCUPATION | HOMEMAKER |
| 17. KIND OF BUSINESS / INDUSTRY | IN OWN HOME |
| 18a. INFORMANT'S NAME | EDWARD LEE ELMORE, JR |
| 18b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 18c. MAILING ADDRESS | 2316 YELLOWSTONE DR, YUKON, OKLAHOMA 73099 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. PLACE OF DISPOSITION | ADVANCED CREMATION CARE CENTER |
| 21. LOCATION | CHOCTAW, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | RESTHAVEN FUNERAL HOME-OKC - OKLAHOMA CITY, 500 SW 104TH, OKLAHOMA CITY, OKLAHOMA 73139 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | DUSTIN BRENT PIERCE |
| 24. FH ESTABLISHMENT LICENSE # | 1206ES |
| 25. PLACE OF DEATH | ☒ Decedent's home |
| 26. FACILITY NAME | 2316 YELLOWSTONE DR |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | YUKON, OKLAHOMA, 73099 |
| 28. COUNTY OF DEATH | CANADIAN |
| 29. DATE OF DEATH | MARCH 17, 2016 |
| 30. TIME OF DEATH | 22:40 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## 34. CAUSE OF DEATH

PART I:
a. IMMEDIATE CAUSE: METASTATIC PANCREATIC CANCER — Approximate interval: UNKNOWN

35. PART II: GASTROINTESTINAL BLEED

1654554

36. MANNER OF DEATH: ☒ Natural

37. IF FEMALE: ☒ Unknown if pregnant within the past year

38. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown

46. CERTIFIER: ☒ MEDICAL EXAMINER — On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

Certifier: INAS YACOUB, MD

47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: INAS YACOUB, MD, 901 N. STONEWALL, OKLAHOMA CITY, OKLAHOMA 73117

48. LICENSE NUMBER: 23874OK

49. DATE DEATH CERTIFIED: MARCH 22, 2016

50. REGISTRAR'S SIGNATURE: Kelly M Baker

52. DATE RECEIVED BY STATE REGISTRAR: MARCH 31, 2016

REVISION 2013    VS 154 (08/13)

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Thursday, March 31, 2016 2:06:14 PM



D02579769

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health





It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.