UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS | No. 1:14-ml-02570-RLY-TAB |

**ORDER ON JUNE 27, 2016, SETTLEMENT CONFERENCE**

Plaintiff and Defendant appeared by counsel June 27, 2016, for a settlement conference. Settlement discussions held, but no settlement was reached. Conference concluded without further order.

Dated: 6/29/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.