AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| In Re: Cook Medical, Inc., IVC Filters Marketing <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) Case No. 1:14-ml-2570-RLY-TAB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Yvonne DeJesus

Date: 07/01/2016

*Attorney's signature*

Ryan F. Stephan (Bar No. 6230596)
*Printed name and bar number*

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

*Address*

rstephan@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*FAX number*