AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>_____ | )<br>)<br>)<br>)   Case No. 1:14-ml-2570-RLY-TAB<br>)                   MDL No. 2570 |

This Document Relates to:
1:16-cv-06035-RLY-TAB

### (*AMENDED*) APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Yvonne DeJesus.

Date:  7/05/2016

*s/ Ryan F. Stephan*
*Attorney's signature*

Ryan F. Stephan (Bar No. 6273101)
*Printed name and bar number*

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
*Address*

rstephan@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*FAX number*