## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on July 5, 2016, a true and correct copy of the foregoing **(AMENDED) APPEARANCE OF COUNSEL** was electronically filed via this Court's CM/ECF system which will send notification of such filing to the listed attorneys of record.

*/s/ Ryan F. Stephan*