UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:16-cv-01042-RLY-TAB
1:16-cv-01379-RLY-TAB
1:16-cv-01394-RLY-TAB
1:16-cv-01413-RLY-TAB
1:16-cv-01473-RLY-TAB
1:16-cv-01500-RLY-TAB
1:16-cv-01502-RLY-TAB
1:16-cv-01517-RLY-TAB
1:16-cv-01518-RLY-TAB

1:16-cv-01519-RLY-TAB
1:16-cv-01520-RLY-TAB
1:16-cv-01521-RLY-TAB
1:16-cv-01524-RLY-TAB
1:16-cv-01533-RLY-TAB
1:16-cv-01534-RLY-TAB
1:16-cv-01557-RLY-TAB
1:16-cv-01562-RLY-TAB
1:16-cv-01566-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: July 6, 2016

*/s/ Kip S. M. McDonald*
Kip S. M. McDonald, #29370-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)