UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

                                                         1:16-cv-01672-RLY-TAB

      1:16-cv-01606-RLY-TAB                         1:16-cv-01674-RLY-TAB
      1:16-cv-01614-RLY-TAB                         1:16-cv-01681-RLY-TAB
      1:16-cv-01635-RLY-TAB                         1:16-cv-01684-RLY-TAB
      1:16-cv-01640-RLY-TAB                         1:16-cv-01685-RLY-TAB
      1:16-cv-01644-RLY-TAB                         1:16-cv-01692-RLY-TAB
      1:16-cv-01665-RLY-TAB                         1:16-cv-01695-RLY-TAB
      1:16-cv-01666-RLY-TAB                         1:16-cv-01697-RLY-TAB
      1:16-cv-01669-RLY-TAB                         1:16-cv-01698-RLY-TAB
      1:16-cv-01671-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS;

Dated: July 6, 2016                         */s/ James M. Boyers*
                                        James M. Boyers, #20809-49
                                        WOODEN McLAUGHLIN LLP
                                        One Indiana Square, Suite 1800
                                        Indianapolis, IN 46204-4208
                                        Tel: 317-639-6151
                                        Fax: 317-639-6444
                                        jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)