AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   1:16-cv-1690-RLY-TAB<br>   Joyce Lynch, Administrator of the Estate of Roy Devon Lynch, Jr. | )<br>)<br>)   Case No.   1:14-ml-2570-RLY-TAB<br>)                         MDL No. 2570<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joyce Lynch, Administrator of the Estate of Roy Devon Lynch, Jr.                                               .

Date:   07/06/2016

/s/ Patrick T. Fennell
*Attorney's signature*

Patrick T. Fennell (VSB 40393)
*Printed name and bar number*

Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
*Address*

PFennell@Crandalllaw.com
*E-mail address*

(540) 342-2000
*Telephone number*

(540) 345-3527
*FAX number*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to: 1:16-cv-1690-RLY-TAB
Joyce Lynch, Administrator of the Estate of Roy Devon Lynch, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patrick T. Fennell
Patrick T. Fennell (VSB 40393)
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Fax: (540) 345-3527
PFennell@Crandalllaw.com