IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**EXHIBIT A**
**LIST OF CASES FOR**
**LAW OFFICES OF BEN C. MARTIN**

| | |
|---|---|
| 1:16-cv-00435-RLY-TAB | Cecelia Elizabeth Alexander |
| 1:14-cv-06002-RLY-TAB | Cindy Angus |
| 1:14-cv-06017-RLY-TAB | Charles Ayers and Naomi Ayers, deceased |
| 1:15-cv-00715-RLY-TAB | Onica J. Beckner |
| 1:15-cv-01769-RLY-TAB | Shelly Ann Bennett |
| 1:14-cv-06001-RLY-TAB | Alisha Bobo |
| 1:14-cv-06018-RLY-TAB | Tonya Brand |
| 1:15-cv-00566-RLY-TAB | Nickolas Bruss |
| 1:16-cv-00814-RLY-TAB | Carol Burgess |
| 1:16-cv-00064-RLY-TAB | Carol Calistro |
| 1:16-cv-06031-RLY-TAB | Megan and Joseph Chambers |
| 1:14-cv-00998-RLY-TAB | Zachary Chapman |
| 1:15-cv-01445-RLY-TAB | Sandra B. Darida |
| 1:16-cv-01518-RLY-TAB | Robert Douglas DeBord |
| 1:14-cv-01451-RLY-TAB | Judith Deschenes |

| | |
|---|---|
| 1:16-cv-00440-RLY-TAB | Kristin Dinger |
| 1:14-cv-06011-RLY-TAB | Karen Eslick |
| 1:15-cv-00763-RLY-TAB | Kimberly Dawn Fulk |
| 1:15-cv-01176-RLY-TAB | Preston Jay George |
| 1:15-cv-06022-RLY-TAB | Jesusa Guinto |
| 1:16-cv-01083-RLY-TAB | Lucy Moore and Timothy Hall |
| 1:14-cv-00736-RLY-TAB | Rosalind Moore and Kourtney Harris |
| 1:15-cv-01943-RLY-TAB | Veronica Harris and James Allen Harris, deceased |
| 1:16-cv-00728-RLY-TAB | Jesse Higgins |
| 1:16-cv-00599-RLY-TAB | Mark Frederick Koopman |
| 1:16-cv-00433-RLY-TAB | Monte Mishoe |
| 1:13-cv-01048-RLY-TAB | Daniel Metro |
| 1:16-cv-00437-RLY-TAB | Jennifer Moultrie |
| 1:15-cv-01754-RLY-TAB | Barbara E. Nelson |
| 1:14-cv-06009-RLY-TAB | Amanda Padget |
| 1:15-cv-00597-RLY-TAB | Michael G. Parker |
| 1:16-cv-00432-RLY-TAB | Patricia Pemberton |
| 1:14-cv-06005-RLY-TAB | Letitia Perry-O'Farrow |
| 1:15-cv-00479-RLY-TAB | Debbie Pfleiderer |
| 1:15-cv-00568-RLY-TAB | Richard Rambo |
| 1:15-cv-00567-RLY-TAB | Tiffany Lynn Redmon |
| 1:16-cv-00439-RLY-TAB | Jill Riva |
| 1:15-cv-01132-RLY-TAB | Leslie Runion |

| | |
|---|---|
| 1:15-cv-00852-RLY-TAB | Lonnie Ray Sadler, Jr. |
| 1:16-cv-00771-RLY-TAB | Harold Sexton |
| 1:13-cv-01946-RLY-TAB | Daniel Shafer |
| 1:15-cv-01021-RLY-TAB | Alexis Miranda Shaw |
| 1:16-cv-00577-RLY-TAB | Paul Shields |
| 1:15-cv-06021-RLY-TAB | Pat Tickner |
| 1:16-cv-01337-RLY-TAB | Parker Thompson |
| 1:16-cv-00813-RLY-TAB | Loretta Tornambe |
| 1:15-cv-01159-RLY-TAB | Joel Allen Voyles |
| 1:15-cv-01020-RLY-TAB | Thomas White III |
| 1:15-cv-00555-RLY-TAB | Connie Whitten |