UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01735-RLY-TAB | 1:16-cv-01748-RLY-TAB |
| 1:16-cv-01738-RLY-TAB | 1:16-cv-01750-RLY-TAB |
| 1:16-cv-01739-RLY-TAB | 1:16-cv-01752-RLY-TAB |
| 1:16-cv-01740-RLY-TAB | 1:16-cv-01753-RLY-TAB |
| 1:16-cv-01742-RLY-TAB | 1:16-cv-01757-RLY-TAB |
| 1:16-cv-01743-RLY-TAB | 1:16-cv-01759-RLY-TAB |
| 1:16-cv-01744-RLY-TAB | 1:16-cv-01760-RLY-TAB |
| 1:16-cv-01745-RLY-TAB | 1:16-cv-01762-RLY-TAB |
| 1:16-cv-01746-RLY-TAB | 1:16-cv-01765-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: July 11, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
*jim.boyers@woodenmclaughlin.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)