AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS  )
MARKETING, SALES PRACTICES AND  )
PRODUCTS LIABILITY LITIGATION  )
                                                                                 )   Case No. 1:14-ml-2570-RLY-TAB
_____  )             MDL No. 2570

This Document Relates to:
1:16-cv-06035-RLY-TAB

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Yvonne DeJesus.

Date:  7/11/2016

*s/ James B. Zouras*
*Attorney's signature*

James B. Zouras (Bar No. 6230596)
*Printed name and bar number*

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
*Address*

jzouras@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*FAX number*