## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on July 11, 2016, a true and correct copy of the foregoing **APPEARANCE OF COUNSEL** was electronically filed via this Court's CM/ECF system which will send notification of such filing to the listed attorneys of record.

*/s/ James B. Zouras*