IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
 1:16-cv-01500-RLY-TAB – Hake, et al

## MOTION TO WITHDRAW SHORT FORM COMPLAINT

COME NOW Plaintiffs, Bruce Hake and Judy Hake, by their undersigned counsel,

and move to withdraw their Short Form Complaint, Docket #1 filed 6/17/16,  for clerical

errors contained, and to file an Amended Short Form Complaint.

Respectfully submitted,


*/s/Jeff  T. Seldomridge*
JEFF T. SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com

*Attorneys for Plaintiff*

1

## **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on July 11, 2016, a copy of the foregoing was served

3 electronically and notice of the service of this document will be sent to all parties by

4 operation of the Court's electronic filing system to CM/ECF participants registered to

5 receive service in this matter.  Parties may access this filing through the Court's system.

6

7                                                                    */s/ Jeff T. Seldomridge*
                                                                    JEFF T. SELDOMRIDGE
8                                                                    Virginia Bar No. 89552
                                                                     **THE MILLER FIRM LLC**
9                                                                    108 Railroad Avenue
                                                                     Orange, Virginia 22960
10                                                                   Tel: (540) 672-4224
                                                                     Fax: (540) 672-3055
11                                                                   jseldomridge@millerfirmllc.com

12
                                                                     *Attorneys for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28