IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

## [PROPOSED] ORDER WITHDRAWING SHORT FORM COMPLAINT

This Document Relates to:
1:16-cv-01500-RLY-TAB – Hake, et al

     IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs, Bruce Hake and Judy Hake's, Short Form Complaint, is WITHDRAWN for clerical errors, and Plaintiff to file an Amended Short Form Complaint.


_____

Southern District of Indiana



Distributed to all electronically
registered counsel of record via CM/ECF