UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |

**GENERAL ORDER REGARDING REASSIGNMENT OF RELATED CASES**

If the Court determines a case originally filed in, transferred to, or removed to this Court to be part of the In Re Cook Medical, Inc. MDL, pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge Richard L. Young and Magistrate Judge Tim A. Baker for all further proceedings. This order shall also apply to any tag-along actions later made a part of this MDL.

**SO ORDERED** this 13th day of July 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana