IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to Plaintiff(s)

ROBERT BRADY and CYNTHIA BRADY

Civil Case # 1:14-cv-06000-RLY-TAB

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Ramon Rossi Lopez and Matthew Ramon Lopez of Lopez McHugh LLP, counsel of

record for Plaintiffs Robert Brady and Cynthia Brady, respectfully request the Court to Withdraw

the Appearance of Counsel for Troy A. Brenes of Brenes Law Group for Plaintiffs Robert Brady

and Cynthia Brady in the above-captioned matter.

Mr. Brenes is a former employee of Lopez McHugh.  As an associate of Lopez McHugh,

a Notice of Appearance of Counsel for Troy Brenes on behalf of Plaintiffs was filed with the

Court on May 19, 2015 (Document 106).

Mr. Brenes' employment with Lopez McHugh ended on October 20, 2015.  Since then,

Mr. Brenes' contact information was changed with the Court.  Based on information and belief,

it appears that when his contact information was updated with the Electronic Court Filing (ECF)

system, it changed all of his contact information for each case in which he had appeared on

behalf of Plaintiffs represented by Lopez McHugh, during his employment with Lopez McHugh.

A Notice of Appearance of Counsel for Matthew R. Lopez of Lopez McHugh was filed

with the Court on May 6, 2016 (Document 192).  Plaintiffs now respectfully request that the

Court remove Mr. Brenes as counsel of record so that Plaintiffs' correct representatives are

reflected as counsel of record with the Court.


Date: July 13, 2016                                    Respectfully submitted,

                                                       **LOPEZ McHUGH LLP**

                                                       By: s/Matthew R. Lopez
                                                       Ramon Rossi Lopez (CA Bar No. 86361)
                                                         (admitted *pro hac vice*)
                                                       Matthew Ramon Lopez (CA Bar No. 263134)
                                                         (admitted *pro hac vice*)
                                                       **Lopez McHugh LLP**
                                                       100 Bayview Circle, Suite 5600
                                                       Newport Beach, CA 92660
                                                       (949) 737-1501
                                                       (949) 737-1504 (fax)
                                                       rlopez@lopezmchugh.com
                                                       mlopez@lopezmchugh.com

                                                       *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE


    I hereby certify that on July 13, 2016, a copy of the foregoing was served electronically

and notice of the service of this document will be sent to all parties by operation of the Court's

electronic filing system to the CM/ECF participants registered to receive service in this matter.

Parties may access the filing through the Court's system.



                                                        s/Matthew R. Lopez