IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                  MDL No. 2570

---

This Document Relates to Plaintiff(s)

    <u>LISA GRIFFEY and GERALD LEVERNE GRIFFEY</u>

Civil Case # 1:15-cv-00256-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Lisa Griffey and Gerald Leverne Griffey, Case No. 1:15-cv-00256-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Lisa Griffey and Gerald Leverne Griffey, Case No. 1:15-cv-00256-RLY-TAB.

_____                    _____
Date                                                                  JUDGE, United States District Court
                                                                                                                                     Southern District of Indiana