IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    <u>ROBERT HIBBLE and MARGARET CELESTINA HIBBLE</u>

Civil Case # 1:14-cv-01579-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

    This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Robert Hibble and Margaret Celestina Hibble, Case No. 1:14-cv-01579-RLY-TAB.

    The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

    IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Robert Hibble and Margaret Celestina Hibble, Case No. 1:14-cv-01579-RLY-TAB.

_____            _____
Date                                                                                            JUDGE, United States District Court
                                                                                                                            Southern District of Indiana