IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>MICHAEL MINGO and KATHLEEN MARIE MINGO</u>

Civil Case # 1:15-cv-00258-RLY-TAB

### ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Michael Mingo and Kathleen Marie Mingo, Case No. 1:15-cv-00258-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Michael Mingo and Kathleen Marie Mingo, Case No. 1:15-cv-00258-RLY-TAB.

_____           _____
Date                                  JUDGE, United States District Court
                                      Southern District of Indiana