IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    JACKIE TASKER

Civil Case # 1:14-cv-00139-RLY-TAB

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

    Ramon Rossi Lopez and Matthew Ramon Lopez of Lopez McHugh LLP, counsel of record for Plaintiff Jackie Tasker, respectfully request the Court to Withdraw the Appearance of Counsel for Troy A. Brenes of Brenes Law Group for Plaintiff Jackie Tasker in the above-captioned matter.

    Mr. Brenes is a former employee of Lopez McHugh. As an associate of Lopez McHugh, a Notice of Appearance of Counsel for Troy Brenes on behalf of Plaintiffs was filed with the Court on May 19, 2015 (Document 106).

    Mr. Brenes' employment with Lopez McHugh ended on October 20, 2015. Since then, Mr. Brenes' contact information was changed with the Court. Based on information and belief, it appears that when his contact information was updated with the Electronic Court Filing (ECF) system, it changed all of his contact information for each case in which he had appeared on behalf of Plaintiffs represented by Lopez McHugh, during his employment with Lopez McHugh.

    A Notice of Appearance of Counsel for Ramon Rossi Lopez and Matthew R. Lopez of Lopez McHugh was filed with the Court on May 6, 2016 (Documents 190 and 191). Plaintiffs

now respectfully request that the Court remove Mr. Brenes as counsel of record so that Plaintiffs' correct representatives are reflected as counsel of record with the Court.

Date: July 14, 2016                                     Respectfully submitted,

                                                      **LOPEZ McHUGH LLP**

                                                      By: s/Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                      s/Matthew R. Lopez