IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                        MDL No. 2570
_____

This Document Relates to Plaintiff(s)

JOSEPH JEROME WILLINSKY

Civil Case # 1:14-cv-01971-RLY-TAB

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**
_____

      Ramon Rossi Lopez and Matthew Ramon Lopez of Lopez McHugh LLP, counsel of

record for Plaintiff Joseph Jerome Willinsky, respectfully request the Court to Withdraw the

Appearance of Counsel for Troy A. Brenes of Brenes Law Group for Plaintiff Joseph Jerome

Willinsky in the above-captioned matter.

      Mr. Brenes is a former employee of Lopez McHugh.  As an associate of Lopez McHugh,

a Notice of Appearance of Counsel for Troy Brenes on behalf of Plaintiffs was filed with the

Court on December 2, 2014 (Document 6).

      Mr. Brenes' employment with Lopez McHugh ended on October 20, 2015.  Since then,

Mr. Brenes' contact information was changed with the Court.  Based on information and belief,

it appears that when his contact information was updated with the Electronic Court Filing (ECF)

system, it changed all of his contact information for each case in which he had appeared on

behalf of Plaintiffs represented by Lopez McHugh, during his employment with Lopez McHugh.

      A Notice of Appearance of Counsel for Ramon Rossi Lopez and Matthew R. Lopez of

Lopez McHugh was filed with the Court on May 6, 2016 (Documents 155 and 156).  Plaintiffs

now respectfully request that the Court remove Mr. Brenes as counsel of record so that Plaintiffs'

correct representatives are reflected as counsel of record with the Court.


Date: July 14, 2016                         Respectfully submitted,

                                            **LOPEZ McHUGH LLP**

                                            By: s/Matthew R. Lopez
                                            Ramon Rossi Lopez (CA Bar No. 86361)
                                              (admitted *pro hac vice*)
                                            Matthew Ramon Lopez (CA Bar No. 263134)
                                              (admitted *pro hac vice*)
                                            **Lopez McHugh LLP**
                                            100 Bayview Circle, Suite 5600
                                            Newport Beach, CA 92660
                                            (949) 737-1501
                                            (949) 737-1504 (fax)
                                            rlopez@lopezmchugh.com
                                            mlopez@lopezmchugh.com

                                            ***Attorneys for Plaintiffs***


<u>**CERTIFICATE OF SERVICE**</u>


I hereby certify that on July 14, 2016, a copy of the foregoing was served electronically

and notice of the service of this document will be sent to all parties by operation of the Court's

electronic filing system to the CM/ECF participants registered to receive service in this matter.

Parties may access the filing through the Court's system.


 s/Matthew R. Lopez