AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RAYMOND CHYL AND SANDY CHYLINSKI ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:16-CV-01811-RLY-TAB |
| IN RE: COOK MEDICAL, INC. IVC FILTERS ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAYMOND CHYL AND SANDY CHYLINSKI                              .

Date:  07/14/2016

/s/ Michael J. Walsh
*Attorney's signature*

MICHAEL J. WALSH (CT09111)
*Printed name and bar number*

WALSH WOODARD LLC
527 PROSPECT AVENUE
WEST HARTFORD CT 06105

*Address*

MWALSH@WALSHWOODARD.COM
*E-mail address*

(860) 549-8440
*Telephone number*

(860) 549-8443
*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 14, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                                                      _/s/ Michael J. Walsh_