UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCT LIABILITY LITIGATION MDL ) <br> 2570, ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATED TO ALL ) <br> ACTIONS ) | 1:14-ml-02570-RLY-TAB |

**Courtroom Minutes for July 13, 2016**

**Before the Honorable Richard L. Young, Chief Judge**

Comes now Plaintiffs appearing by counsel David Matthews, Ben Martin, Michael Heaviside and Joe Williams. Defendant appears by counsel Doug King, Patrick Reilly and Andrea Roberts Pierson for the hearing on Bellwether case selection held July 13, 2016.

The conference was concluded without further order of the court.

SO ORDERED this 13th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record