UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,            1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION MDL           No: 2570

This Document Relates to:

    SANDRA JACKSON

Civil Case # 1:16-cv-1033

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

    SANDRA JACKSON

Dated: July 15, 2016          /s/ Joseph R. Johnson
                                       Joseph R. Johnson, #372250, FL
                                       BABBITT & JOHNSON, P.A.
                                       Suite 100
                                       1641 Worthington Road (33409)
                                       P. O. Box 4426
                                       West Palm Beach, FL 33402-4426
                                       Tel: (561) 684-2500
                                       Tel: (561) 684-6308
                                       jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON