UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

                                               1:16-cv-01801-RLY-TAB

    1:16-cv-01776-RLY-TAB           1:16-cv-01809-RLY-TAB
    1:16-cv-01790-RLY-TAB           1:16-cv-01810-RLY-TAB
    1:16-cv-01791-RLY-TAB           1:16-cv-01811-RLY-TAB
    1:16-cv-01793-RLY-TAB           1:16-cv-01819-RLY-TAB
    1:16-cv-01796-RLY-TAB           1:16-cv-01820-RLY-TAB
    1:16-cv-01797-RLY-TAB           1:16-cv-01822-RLY-TAB
    1:16-cv-01798-RLY-TAB           1:16-cv-01845-RLY-TAB
    1:16-cv-01799-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: July 18, 2016                  */s/ John C. Babione*
                                     John C. Babione, #23494-49
                                     WOODEN McLAUGHLIN LLP
                                     One Indiana Square, Suite 1800
                                     Indianapolis, IN 46204-4208
                                     Tel: 317-639-6151
                                     Fax: 317-639-6444
                                     john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*