UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON BELLWETHER TRIAL SELECTIONS**

After consideration of the parties' submissions and oral argument, the court selects the following cases for bellwether trials to be conducted in 2017:

- *Brand v. Cook Medical, Inc. et al.*, 1:14-cv-6018-RLY-TAB (Celect)
- *Gage v. Cook Medical, Inc. et al.*, 1:14-cv-1875-RLY-TAB (Günther Tulip)
- *Hill v. Cook Medical, Inc., et al.*, 1:14-cv-6016-RLY-TAB (Celect)

The case to be tried first is *Hill v. Cook Medical*.

**SO ORDERED** this 19th day of July 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.