UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01767-RLY-TAB | 1:16-cv-01826-RLY-TAB |
| 1:16-cv-01768-RLY-TAB | 1:16-cv-01849-RLY-TAB |
| 1:16-cv-01769-RLY-TAB | 1:16-cv-01887-RLY-TAB |
| 1:16-cv-01770-RLY-TAB | 1:16-cv-01888-RLY-TAB |
| 1:16-cv-01771-RLY-TAB | 1:16-cv-01892-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: July 22, 2016          */s/ Kip S. M. McDonald*
                              Kip S. M. McDonald, #29370-49
                              WOODEN McLAUGHLIN LLP
                              One Indiana Square, Suite 1800
                              Indianapolis, IN 46204-4208
                              Tel: 317-639-6151
                              Fax: 317-639-6444
                              kip.mcdonald@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)