UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS　　　Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND　　　　　　　　　　　MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:

    1:16-cv-01767-RLY-TAB　　　　　　　　1:16-cv-01826-RLY-TAB
    1:16-cv-01768-RLY-TAB　　　　　　　　1:16-cv-01849-RLY-TAB
    1:16-cv-01769-RLY-TAB　　　　　　　　1:16-cv-01887-RLY-TAB
    1:16-cv-01770-RLY-TAB　　　　　　　　1:16-cv-01888-RLY-TAB
    1:16-cv-01771-RLY-TAB　　　　　　　　1:16-cv-01892-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:　　The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS;

Dated: July 22, 2016　　　　　　　　　　　*/s/ John C. Babione*
　　　　　　　　　　　　　　　　　　　　John C. Babione, #23494-49
　　　　　　　　　　　　　　　　　　　　WOODEN McLAUGHLIN LLP
　　　　　　　　　　　　　　　　　　　　One Indiana Square, Suite 1800
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204-4208
　　　　　　　　　　　　　　　　　　　　Tel: 317-639-6151
　　　　　　　　　　　　　　　　　　　　Fax: 317-639-6444
　　　　　　　　　　　　　　　　　　　　john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John C. Babione