UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

---

This Document Relates to:

Civil Action No.: 1:16-cv-1776-RLY-TAB

TIFFANY McFARLAND,

        Plaintiff

versus

COOK MEDICAL INCORPORATED, et al

        Defendants

---

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff, Tiffany McFarlane.

Date: _7/22/16_

/s/Scott E. Brady
Scott E. Brady
BOHRER BRADY, LLC
8712 Jefferson Highway
Suite B
Baton Rouge, LA  70809
Telephone: 225-925-5297
Facsimile: 225-231-7000
scott@bohrerbrady.com