IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

SHIRLEY MARIE FIGART and WILLIAM THOMAS FIGART

Civil Case # 1:15-cv-00250-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Shirley Marie Figart and William Thomas Figart, Case No. 1:15-cv-00250-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Shirley Marie Figart and William Thomas Figart, Case No. 1:15-cv-00250-RLY-TAB.

Date:  7/28/2016

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.