IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>ROBERT HIBBLE and MARGARET CELESTINA HIBBLE</u>

Civil Case # 1:14-cv-01579-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R. Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Robert Hibble and Margaret Celestina Hibble, Case No. 1:14-cv-01579-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is hereby withdrawn as counsel of record for the Plaintiffs, Robert Hibble and Margaret Celestina Hibble, Case No. 1:14-cv-01579-RLY-TAB.

Date: 7/28/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.