IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                               MDL No. 2570

---

This Document Relates to Plaintiff(s)

EDWARD LUNDERMAN and SARAH LYNN LUNDERMAN

Civil Case # 1:15-cv-01542-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter comes before the court on the motion of Ramon Rossi Lopez and Matthew R.

Lopez to withdraw the appearance of Troy Brenes on behalf of the Plaintiffs, Edward

Lunderman and Sarah Lynn Lunderman, Case No. 1:15-cv-01542-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the

premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Troy Brenes is

hereby withdrawn as counsel of record for the Plaintiffs, Edward Lunderman and Sarah Lynn

Lunderman, Case No. 1:15-cv-01542-RLY-TAB.

Date:  7/28/2016

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.