IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:16-cv-01500-RLY-TAB – Hake, et al

### ORDER WITHDRAWING SHORT FORM COMPLAINT

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs, Bruce Hake and Judy Hake's, Short Form Complaint [Filing No. 1], is WITHDRAWN for clerical errors, and Plaintiffs shall file an Amended Short Form Complaint within 7 days.

Date:  7/28/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.