IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Aisha Rhinehart

**Civil Case # 1:16-cv-01421-RLY-TAB**

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT

CAME ON to be heard Plaintiff's Motion to Withdraw Document, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that Plaintiff Aisha Rhinehart's Short Form Complaint and Civil Cover Sheet, filed in Case No. 1:14-ml-2570-RLY-TAB as documents 1746 and 1746-1, respectively, are withdrawn.  It is further

ORDERED that the Short Form Complaint and Civil Cover Sheet filed in Case No. 1:16-cv-1421 shall be deemed filed as of the original filing date of June 8, 2016.

Date:  7/28/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of records via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiff's Lead Counsel.