UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01879-RLY-TAB | 1:16-cv-01916-RLY-TAB |
| 1:16-cv-01880-RLY-TAB | 1:16-cv-01919-RLY-TAB |
| 1:16-cv-01903-RLY-TAB | 1:16-cv-01929-RLY-TAB |
| 1:16-cv-01904-RLY-TAB | 1:16-cv-01931-RLY-TAB |
| 1:16-cv-01910-RLY-TAB | 1:16-cv-01937-RLY-TAB |
| 1:16-cv-01911-RLY-TAB | 1:16-cv-01939-RLY-TAB |

**NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: July 29, 2016              */s/ John C. Babione*
                                   John C. Babione, #23494-49
                                   WOODEN McLAUGHLIN LLP
                                   One Indiana Square, Suite 1800
                                   Indianapolis, IN 46204-4208
                                   Tel: 317-639-6151
                                   Fax: 317-639-6444
                                   john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ John C. Babione*