UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:15-cv-01683-RLY-TAB
1:15-cv-01684-RLY-TAB
1:15-cv-01685-RLY-TAB
1:15-cv-01686-RLY-TAB
1:15-cv-01688-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Green
Cheryl Nichols
Clarence Keen
William Robinson
Nelson Valera

Dated:   07/29/2016

/s/ Matthew Haynie
Matthew Haynie, TX Bar No. 24087692
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
mhaynie@baronbudd.com
Tel:   (214) 521-3605
Fax:   (214) 520-1181