UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION         MDL No. 2570
_____

This Document Relates to:
    1:15-cv-01620-RLY-TAB
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Winston Harris and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, the "Cook Defendants"), by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate and agree that all claims in the above-captioned case that had accrued and could have been asserted against the Cook Defendants in this action as of the date of this Stipulation shall be dismissed with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| */s/ William C. Curtis (w/ consent)* | */s/ Douglas B. King* |
| William B. Curtis, Esq. | Douglas B. King, Esq., Co-Lead Counsel |
| CURTIS LAW GROUP | Cristopher D. Lee, Esq. |
| 7557 Rambler Road, Suite 1050 | James M. Boyers, Esq. |
| Dallas, TX 75231 | John C. Babione, Esq. |
| Tel:  (214) 890-1000 | Sandra Davis Jansen, Esq. |
| Fax:  (214) 890-1010 | Kip S. M. McDonald, Esq. |
| bcurtis@curtis-lawgroup.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| *Counsel for Plaintiff* | Indianapolis, IN 46204-4208 |
| | Tel:  (317) 639-6151 |
| | Fax:  (317) 639-6444 |
| | doug.king@woodenmclaughlin.com |
| | chris.lee@woodenmclaughlin.com |
| | jim.boyers@woodenmclaughlin.com |
| | john.babione@woodenmclaughlin.com |

sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Andrea Roberts Pierson, Esq., Co-Lead Counsel
James Stephen Bennett, Esq.
Jessica Benson Cox, Esq.
John T. Schlafer, Esq.
Victoria R. Calhoon, Esq.
Nicholas B. Alford, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel:   (317) 237-0300
Fax:   (317) 237-1000
andrea.pierson@faegrebd.com
stephen.bennett@faegrebd.com
jessica.cox@faegrebd.com
john.schlafer@faegrebd.com
victoria.calhoon@faegrebd.com
nicholas.alford@faegrebd.com

*Counsel for the Cook Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 29, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                              */s/ Douglas B. King*