UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　MDL No. 2570
_____

This Document Relates to:
　　1:16-cv-00318-RLY-TAB
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　Plaintiff Robert Jonez and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Short Form Complaint, with each party to pay their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Moze Cowper (w/ consent)* | */s/ Douglas B. King* |
| C. Moze Cowper, Esq. | Douglas B. King, Esq., Co-Lead Counsel |
| COWPER LAW | Cristopher D. Lee, Esq. |
| 815-A Brazos Street, #517 | James M. Boyers, Esq. |
| Austin, TX 78701 | John C. Babione, Esq. |
| Tel:　(877) 529-3707 | Sandra Davis Jansen, Esq. |
| Fax:　(877) 284-0980 | Kip S. M. McDonald, Esq. |
| mcowper@cowperlaw.com | WOODEN MCLAUGHLIN LLP |
| | One Indiana Square, Suite 1800 |
| *Counsel for Plaintiff* | Indianapolis, IN 46204-4208 |
| | Tel:　(317) 639-6151 |
| | Fax:　(317) 639-6444 |
| | doug.king@woodenmclaughlin.com |
| | chris.lee@woodenmclaughlin.com |
| | jim.boyers@woodenmclaughlin.com |
| | john.babione@woodenmclaughlin.com |
| | sandy.jansen@woodenmclaughlin.com |
| | kip.mcdonald@woodenmclaughlin.com |

1

Andrea Roberts Pierson, Esq., Co-Lead Counsel
James Stephen Bennett, Esq.
Jessica Benson Cox, Esq.
John T. Schlafer, Esq.
Victoria R. Calhoon, Esq.
Nicholas B. Alford, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel:    (317) 237-0300
Fax:    (317) 237-1000
andrea.pierson@faegrebd.com
stephen.bennett@faegrebd.com
jessica.cox@faegrebd.com
john.schlafer@faegrebd.com
victoria.calhoon@faegrebd.com
nicholas.alford@faegrebd.com

*Counsel for the Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/Douglas B. King*
