IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Jose Lona

Civil Case #16-cv-1136

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jose Lona

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Central District of California

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   27, 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [X] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

df

11. Date of Implantation as to each product:

    March 30, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Harbor- UCLA Medical Center in Torrance, CA

13. Implanting Physician(s):

    Physician at Harbor-UCLA Medical Center

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [X] Count I:   Strict Products Liability – Failure to Warn
    - [X] Count II:  Strict Products Liability – Design Defect
    - [X] Count III: Negligence
    - [x] Count IV:  Negligence Per Se

3

    x      Count V:      Breach of Express Warranty

    x      Count VI:      Breach of Implied Warranty

    x      Count VII:      Violations of Applicable <u>California</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐      Count VIII:      Loss of Consortium

    ☐      Count IX:      Wrongful Death

    ☐      Count X:      Survival

    X      Count XI:      Punitive Damages

    ☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

    ☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    <u>D. Todd Mathews IL Bar No. 52502</u>

16. Address and bar information for Attorney for Plaintiff(s):

Gori Julian & Associates 156 N. Main Street, Edwardsville, IL 62025

618-659-9833

Todd@gorijulianlaw.com

    Respectfully submitted,

    **GORI JULIAN & ASSOCIATIES**

    */s/ D. Todd Mathews*
    D. Todd Mathews, IL Atty. No. 52502
    GORI JULIAN & ASSOCIATES
    156 N. Main Street
    Edwardsville, IL 62025
    Telephone: (618) 659-9833
    Facsimile: (618) 659-9834
    Todd@gorijulianlaw.com

    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016_, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |

| | |
|---|---|
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH  43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211<br>Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 Third Avenue North<br>Franklin, TN 37064 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH 44140<br>Robert M. Hammers, Jr.<br>Jason T. Schneider, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 NW Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | |

*/s/ D. Todd Mathews*