## UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  )  See Exhibit A

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Annesley H DeGaris | Annesley H DeGaris |
| **Law Firm, Company, and/or Agency:** | DEGARIS LAW GROUP, LLC | DEGARIS & ROGERS, LLC |
| **Address:** | 420 20th Street North<br>Suite 2200<br>Birmingham, AL 35203 | Two North Twentieth Street<br>Suite 1030<br>Birmingham, AL 35203 |
| **Primary E-mail:** | adegaris@degarislaw.com | Same |
| **Secondary E-mail(s):** | asapone@degarislaw.com | Same |
| **Telephone Number:** | (205) 558-9000 | Same |
| **Facsimile:** | (205) 281-5185 | (205) 588-5231 |

Date: 08/02/2016

s/ Annesley H. DeGaris

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.