IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC            Case No. 1:14-ml-2570-RLY-TAB
FILTERS MARKETING, SALES PRACTICES      MDL No. 2570
AND PRODUCTS LIABILITY LITIGATION

**EXHIBIT A**
**LIST OF CASES FOR**
**ANNESLEY H. DEGARIS**

| | |
|---|---|
| 1:16-cv-00931-RLY-TAB | Kelsie Kriese |
| 1:16-cv-00933-RLY-TAB | Vera Ledbetter |
| 1:16-cv-01045-RLY-TAB | Kellie Jones |
| 1:16-cv-01070-RLY-TAB | Steven Mora |
| 1:16-cv-01046-RLY-TAB | Allysha Ramon |
| 1:16-cv-01069-RLY-TAB | Irene Reynolds |
| 1:16-cv-01044-RLY-TAB | Margaret Wells |