# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ARTHUR GAGE | MDL No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| v. | |
| COOK INCORPORATED;<br>COOK MEDICAL LLC;<br>WILLIAM COOK EUROPE APS | Civil Case No. 1:14-cv-1875 |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court:

In accordance with the Order Establishing Policies and Procedures dated October 31, 2014, please enter the appearance of Michael T. Gallagher of The Gallagher Law Firm, LLP, as Plaintiff counsel in *In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2570.

Dated: August 3, 2016

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
