**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| **SUSIE ALLEN** )<br><br> )<br> **v.** )<br> )<br> **COOK INCORPORATED;** )<br> **COOK MEDICAL LLC;** )<br> **WILLIAM COOK EUROPE APS** ) | **MDL No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570**<br><br>**Civil Case No. 1:14-cv-6010** |

---

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

To the Clerk of the Court:

In accordance with the Order Establishing Policies and Procedures dated October 31, 2014, please enter the appearance of Michael T. Gallagher of The Gallagher Law Firm, LLP, as Plaintiff counsel in *In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2570.

Dated:  August 3, 2016

Respectfully submitted,

<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


/s/ Michael T. Gallagher
Michael T. Gallagher