## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **OLENDA HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MDL No. 1:14-ml-2570RLY-TAB** |
| | ) | **MDL No. 2570** |
| **COOK MEDICAL, INC.,** | ) | |
| **IVC FILTERS** | ) | |
| **MARKETING, SALES** | ) | |
| **PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY** | ) | **Cause No. 1:16-cv-6033** |
| **LITIGATION** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

### MOTION TO WITHDRAW MOTION TO APPEAR PRO HAC VICE

COMES NOW Counsel for the Plaintiff and moves the Court to withdraw previously filed Motion For Pro Hac Vice because it is not needed in this case.

WHEREFORE, the undersigned counsel respectfully requests a favorable ruling on this Motion.

Respectfully submitted,

/s/Emily Ward Roark
Emily Ward Roark
Bryant Law Center
Paducah, KY 42003
270-442-1422
270-443-8788
emily@bryant.law

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2016 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in the matter. Parties may access this filing through the Court's system.

_____

Emily Ward Roark

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OLENDA HOLMES, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cv-00066-GNS |
| | ) | |
| COOK MEDICAL, INC., | ) | |
| IVC FILTERS | ) | |
| MARKETING, SALES | ) | |
| PRACTICES AND | ) | |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO WITHDRAW MOTION TO APPEAR *PRO HAC VICE***

This matter having come before the Court and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the Motion To Appear Pro Hac Vice is removed from the docket.

Dated: _____                            _____
                                                RICHARD L. YOUNG
                                                United States District Court
                                                Southern District of Indiana