# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **OLENDA HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MDL No. 1:14-ml-2570RLY-TAB** |
| | ) | **MDL No. 2570** |
| **COOK MEDICAL, INC.,** | ) | |
| **IVC FILTERS** | ) | |
| **MARKETING, SALES** | ) | |
| **PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY** | ) | **Cause No. 1:16-cv-6033** |
| **LITIGATION** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court:

In accordance with the Order Establishing Policies and Procedures dated October 31, 2014, please enter the appearance of Emily Ward Roark of the Bryant Law Center, PSC, as Plaintiff counsel in *In Re: Cook Medical, Inc IVC Filters Marketing, Sales Practices and Products Liability Litigation,* MDL 2570.

Dates: August 3, 2016              Respectfully submitted,

                                     /s/Emily Ward Roark
                                   Emily Ward Roark
                                   Bryant Law Center
                                   Paducah, KY 42003
                                   270-442-1422
                                   270-443-8788-Facsimile
                                   emily@bryant.law

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2016 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in the matter. Parties may access this filing through the Court's system.

                                                                                         _/s/Emily Ward Roark_____  
                                                                                     Emily Ward Roark