IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Kristi Galloway v. Cook Medical, Inc. et al.
1:15-cv-02014-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, Ben C. Martin, Esq., Thomas Wm. Arbon, Esq., and the Law Offices of Ben C. Martin, counsel for Plaintiff Kristi Galloway, and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Irreconcilable differences have arisen between the undersigned counsel and Plaintiff, Kristi Galloway, making continued representation unreasonably difficult. Under these circumstances, undersigned counsel moves to withdraw Ben C. Martin, Thomas Wm. Arbon and the Law Offices of Ben C. Martin as counsel of record for Plaintiff in Case No. 1:15-cv-02014-RLY-TAB.

2. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants, as this matter is part of MDL 2592 and is not yet scheduled for trial.

3. Pursuant to Local Rule 83-7, the law firm has notified Plaintiff of this motion for leave to withdraw via certified mail sent to her at her last known address, which is P.O. Box 211623, Dallas, Texas 75211, on August 2, 2016. A copy of the notice letter and draft copy of this motion was also emailed to Ms. Galloway on August 2, 2016.

4. The notice provided to the Plaintiff also advises her that she should retain other counsel immediately.

5. As of this time, Ms. Galloway has not provided the name or contact information for her new attorney, therefore, pursuant to Local Rule 83-7(c)(3), movant advises the Court that Ms. Kristi Galloway's current mailing address is P.O. Box 211623, Dallas, Texas 75211 and her phone number is 972/268-5457.

1

6. A copy of this motion was sent to Ms. Galloway via certified mail, first class mail and email on August 5, 2016.

7. The movants request that they be permitted to withdraw from representation of the Plaintiff as of August 18, 2016.

WHEREFORE, Ben C. Martin, Esq., Thomas Wm. Arbon, Esq., and the Law Offices of Ben C. Martin, request that this Honorable Court grant leave to withdraw as counsel of record for Plaintiff and that, should Plaintiff choose to continue to pursue this matter on her own or with new counsel, she be given 21 days from August 18, 2016, for Plaintiff or her new counsel to enter an appearance and for such other and further relief as the Court deems just and appropriate under the circumstances.

DATED: August 5, 2016

Respectfully submitted,

*/s/ Ben C. Martin*_____
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**THE LAW OFFICES OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| George Jerre Duzane<br>Duzane, Kooperman & Mondelli<br>603 Woodland Street<br>Nashville, TN 37206-4211 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH 44140 |

| | |
|---|---|
| Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 Third Avenue N orth<br>Franklin, TN 37064 | Robert M. Hammers, Jr.<br>Jason T. Schneider, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 NW Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | Christopher D. Lee<br>Wooden & McLaughlin LLP<br>21 SE Third Street, Suite 900<br>Evansville, IN 47708 |

*/s/ Thomas Wm. Arbon* _____
Thomas Wm. Arbon