IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Kristi Galloway v. Cook Medical, Inc. et al.,
1:15-cv-02014-RLY-TAB

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

I, Thomas Wm. Arbon, declare and state as follows:

1. I am a member of the Law Offices of Ben C. Martin and a counsel of record for the Plaintiff herein, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation.* (hereinafter referred to as the "MDL").

2. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

3. Since the complaint was filed in this action in the Southern District of Indiana on December 21, 2015, a conflict has arisen between Plaintiff and her Counsel, making it unreasonably difficult for Ben C. Martin, Esq., Thomas Wm. Arbon, Esq. and the Law Office of Ben C. Martin to represent Plaintiff in this action.

4. Ms. Galloway's case has not been set for trial. Granting the motion will not cause unnecessary delay to Ms. Galloway's case and would not otherwise be inequitable.

5. Pursuant to Local Rule 83-7(2) Plaintiff was notified of our intent to withdraw at least 7 days before the withdrawal date.

6. The notice to Plaintiff also advised her that she should retain other counsel.

7. The notice advised the Plaintiff that we would be requesting the Court enter an order permitting the law firm to withdraw as of August 18, 2016.

8. A copy of this Motion as been sent to Plaintiff via certified mail, first class mail and email on August 5, 2016.

1

I declare under penalty of perjury under the laws of the United States of America and the State of Indiana that the foregoing is true and correct and that this Declaration was executed on this 5th day of August, 2016.

DATED: August 5, 2016

_____
Thomas Wm. Arbon