IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

———————————————————————

In Re: COOK MEDICAL, INC., IVC FILTERS       Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

———————————————————————

This Document Relates to:
      Kristi Galloway v. Cook Medical, Inc. et al.
      1:15-cv-02014-RLY-TAB

———————————————————————

**ORDER WITHDRAWING APPEARANCE**

This matter comes before the court on the motion of Ben C. Martin, Esq. Thomas Wm.

Arbon, Esq. and the Law Offices of Ben C. Martin to withdraw their appearances on behalf of

the Plaintiff, Kristi Galloway, Case No. 1:15-cv-02014-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the

premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Ben C. Martin, Esq.,

Thomas Wm. Arbon, Esq., and the Law Offices of Ben C. Martin are hereby withdrawn as

counsel of record for the Plaintiff Kristi Galloway, Case No. 1:15-cv-02014-RLY-TAB.

Withdrawal to be effective on August 18, 2016.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Kristi

Galloway shall have 21 days from August 18, 2016, for her new counsel to enter an appearance on

her behalf or to enter an appearance stating she is representing herself, *pro se.*

Date:                                 _____
                                          Tim A. Baker
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.

1