UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) |
| This Document Relates To: 1:16-cv-6033-RLY-TAB     Olenda Holmes | ) ) ) |

No. 1:14-ml-02570-RLY-TAB

**ORDER ON MOTION TO WITHDRAW**

This matter having come before the Court on Plaintiff's motion to withdraw motion to appear *pro hac vice,* and the Court being sufficiently advised, the motion is granted.

IT IS HEREBY ORDERED that Plaintiff's motion to appear *pro hac vice* [Filing No. 10 in 1:16-cv-6033-RLY-TAB] is withdrawn.

Date:  8/9/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.