IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Kristi Galloway v. Cook Medical, Inc. et al.
    1:15-cv-02014-RLY-TAB

**ORDER WITHDRAWING APPEARANCE**

This matter comes before the court on the motion of Ben C. Martin, Esq. Thomas Wm. Arbon, Esq. and the Law Offices of Ben C. Martin to withdraw their appearances on behalf of the Plaintiff, Kristi Galloway, Case No. 1:15-cv-02014-RLY-TAB.

The Court, having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Ben C. Martin, Esq., Thomas Wm. Arbon, Esq., and the Law Offices of Ben C. Martin are hereby withdrawn as counsel of record for the Plaintiff Kristi Galloway, Case No. 1:15-cv-2014-RLY-TAB. Withdrawal to be effective August 18, 2016.

IT IS FURTHER ORDERED that Plaintiff Kristi Galloway shall have 21 days from August 18, 2016, for new counsel to enter an appearance on her behalf or to enter an appearance stating she is representing herself, *pro se*. The Clerk shall enter on the docket Plaintiff's contact information as follows: P.O. Box 211623, Dallas, Texas, 75211, phone number 972-268-5457.

Date: 8/9/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.  All non-registered counsel of record to be served via U.S. Mail by Plaintiffs' Lead Counsel.