IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Lorenzo Cotroneo

Civil Case # 16-cv-06034-RLY-TAB

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Lorenzo Cotroneo

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Texas; United States District Court for the District of Maine

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   Other:

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 27, 28

   b.  Other allegations of jurisdiction and venue:  N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

            Günther Tulip® Vena Cava Filter

☒      Cook Celect® Vena Cava Filter

            Gunther Tulip Mreye

            Cook Celect Platinum

            Other:

_____

11. Date of Implantation as to each product:

April 7, 2009 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Tarrant County Hospital, Fort Worth, Texas _____

_____

13. Implanting Physician(s):

Dr. Ramadass Satya _____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:       Strict Products Liability – Failure to Warn

☒      Count II:      Strict Products Liability – Design Defect

☒      Count III:     Negligence

☒      Count IV:     Negligence Per Se

$\boxed{\text{X}}$     Count V:      Breach of Express Warranty

$\boxed{\text{X}}$     Count VI:      Breach of Implied Warranty

$\boxed{\text{X}}$     Count VII:      Violations of Applicable Texas and Maine Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

Count VIII:      Loss of Consortium

Count IX:      Wrongful Death

Count X:      Survival

$\boxed{\text{X}}$     Count XI:      Punitive Damages

Other:      _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Kevin M. Fitzgerald _____

16. Address and bar information for Attorney for Plaintiff(s):

Lewis Saul & Associates, P.C., 120 Exchange Street, Ste. 200, Portland, ME 04101

Maine Bar No. 009373

Respectfully submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald, Esq.
Lewis Saul & Associates, P.C.
120 Exchange Street, Ste. 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930
Email: kfitzgerald@lewissaul.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Kevin M. Fitzgerald*

5