IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF INDIANA- INDIANAPOLIS DIVISION

In Re: COOK MEDICAL,INC., IVC   )
FILTERS MARKETING, SALES        )
PRACTICES AND PRODUCTS          )
LIABILITY LITIGATION MDL No. 2570 )
                                )  Case No.1:14-ml-2570-RLY-TAB
                                )

This Document Relates to:
1:15-cv-1986-WTL-DKL, Jeffrey Watson v.
Cook Inc., et al

## AMENDED NOTICE OF ATTORNEY LIEN

Counsel Elizabeth Dudley of THE DUDLEY LAW FIRM, LLC hereby gives notice to the parties, pursuant to K.S.A. 7-108, of an attorney lien for the general balance of case expenses and fees, for legal services provided to plaintiff, Jeffrey Watson, [pursuant to the Attorney-Client Retainer, signed by Jeffrey Watson] to litigate a products liability case against the Cook defendants for defects involving Cook's IVC filter implanted into Mr Watson.

Respectfully submitted,
THE DUDLEY LAWFIRM, LLC

s/ *Elizabeth Dudley*

Elizabeth Dudley (#21582)
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd,
Dougalss,Ks 67039
316-746-3969; 316-746-3922 fax

*Attorney for Plaintiff*

*Certificate of Service*

I hereby certify that on the11th day of August, 2016, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

THE DUDLEY
LAW FIRM, LLC

23438 SW Pilot Point Rd,
Douglass, Ks 67039

(316) 746-3969
(316) 746-3922 (*fax*)
www.lizdudleylaw.com

Sandy Davis Jansen
James M. Boyers
Wooden McLaughlin
211 North Pennsylvania St.
One Indiana Square, Ste 1800
Indianapolis, IN 46204
P 317.860.5309
F 317.639.6444
sandy.Jansen@woodenmclaughlin.com
james.boyers@woodenmclaughlin.com

***Attorneys for Defendants Cook Inc., Cook Medical LLC, William Cook Europe APs***

Joseph Johnson Esq.
Babbitt Johnson Osborne & LeClainche 1641
Worthington Road, Ste. 100 West Palm Beach,
FL 33402-4426

***Attorneys for Plaintiff***

I further certify that on the above date, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Jeffrey Watson
7831 Tippin Ave, Apt #E-17,
Pensacola, FL 32514
(850) 426-2483

THE DUDLEY
LAW FIRM, LLC

23438 SW Pilot
Point Rd
Douglass, Ks 67039

(316) 746-3969
(316) 746-3922 (*fax*)
www.lizdudleylaw.com

s/ Elizabeth Dudley
Elizabeth Dudley (#21582)
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd
Douglass, Ks 67039
316-746-3922
316-746-3969 fax