UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### MOTION FOR LEAVE WITH WITHDRAW APPEARANCES

Sandra Davis Jansen, of Wooden McLaughlin LLP, respectfully moves for an Order withdrawing her Appearance of Counsel for the Cook Defendants in all applicable cases in MDL No. 2570 for the reasons set forth below:

1. Attorney Jansen has appeared on behalf of the Cook Defendants in approximately 642 cases in MDL No. 2570.

2. Attorney Jansen now wishes to withdraw those appearances. The Cook Defendants will continue to be represented by the remaining counsel of record.

3. Filing a Notice of Withdrawal in each of the approximately 642 cases in which Attorney Jansen has appeared would be burdensome on both Attorney Jansen and the Court.

WHEREFORE, Attorney Jansen respectfully requests that the Court enter an Order granting Attorney Jansen leave to withdraw from every case in MDL No. 2570 in which she was appeared and directing the Clerk of this Court to make the appropriate entries to reflect the withdrawals in all such cases.

Respectfully submitted,

*/s/ Sandra Davis Jansen*
Douglas B. King, Esq., Lead Counsel

Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Andrea Roberts Pierson, Esq., Co-Lead Counsel
James Stephen Bennett, Esq.
Jessica Benson Cox, Esq.
John T. Schlafer, Esq.
Victoria R. Calhoon, Esq.
Nicholas B. Alford, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel:     (317) 237-0300
Fax:    (317) 237-1000
andrea.pierson@faegrebd.com
stephen.bennett@faegrebd.com
jessica.cox@faegrebd.com
john.schlafer@faegrebd.com
victoria.calhoon@faegrebd.com
nicholas.alford@faegrebd.com

*Counsel for Cook Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Sandra Davis Jansen*