UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

### ORDER ON MOTION FOR LEAVE WITH WITHDRAW APPEARANCES

This matter came before the Court upon the Motion for Leave to Withdraw Appearances filed by Christopher D. Lee, requesting leave of this Court to withdraw his Appearance of Counsel on behalf of the Cook Defendants in any and all cases in MDL No. 2570 in which he has appeared, due to the burden associated with filing approximately 326 individual Notices of Withdrawal.  Being duly advised, the Court finds that the relief sought by Attorney Lee should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Attorney Lee is granted leave to withdraw from every case in MDL No. 2570 in which he was appeared and the Clerk of this Court should make the appropriate entries to reflect the withdrawals in all such cases.

SO ORDERED this ___ day of August, 2016.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of records will be served by Plaintiffs' Co-Lead Counsel.