UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570
_____

This Document Relates to:
    1:16-cv-01606-RLY-TAB
_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jeffrey Watson ("Plaintiff") currently has two duplicative lawsuits pending in MDL No. 2570 (Case Nos. 1:16-cv-01606 and 1:15-cv-01986). Plaintiff and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, the "Cook Defendants"), by their respective counsel listed below, pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate and agree to the dismissal without prejudice of Plaintiff's Short Form Complaint filed under Case No. 1:16-cv-01606, with each party to pay their own costs. Plaintiff's claims against the Cook Defendants will continue under Case No. 1:15-cv-01986 only.

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth Dudley (w/ consent)* | */s/ Douglas B. King* |
| Elizabeth Dudley, Esq. | Douglas B. King, Esq., Co-Lead Counsel |
| THE DUDLEY LAW FIRM, LLC | James M. Boyers, Esq. |
| 23438 SW Pilot Point Rd. | John C. Babione, Esq. |
| Douglass, KS 67039 | Kip S. M. McDonald, Esq. |
| Tel:   (316) 746-3969 | WOODEN MCLAUGHLIN LLP |
| Fax:   (316) 746-3922 | One Indiana Square, Suite 1800 |
| liz@lizdudleylaw.com | Indianapolis, IN 46204-4208 |
| | Tel:   (317) 639-6151 |
| *Counsel for Plaintiff* | Fax:   (317) 639-6444 |

1

2

doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Andrea Roberts Pierson, Esq., Co-Lead Counsel
James Stephen Bennett, Esq.
Jessica Benson Cox, Esq.
John T. Schlafer, Esq.
Victoria R. Calhoon, Esq.
Nicholas B. Alford, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel:   (317) 237-0300
Fax:   (317) 237-1000
andrea.pierson@faegrebd.com
stephen.bennett@faegrebd.com
jessica.cox@faegrebd.com
john.schlafer@faegrebd.com
victoria.calhoon@faegrebd.com
nicholas.alford@faegrebd.com

*Counsel for the Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                                                     */s/Douglas B. King*

1545507-1 (10909-1239)