UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS | No. 1:14-ml-02570-RLY-TAB |

### ORDER ON AUGUST 5, 2016, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel August 5, 2016, for a telephonic status conference. Discussion was held regarding Defendant's request to modify Defendant's fact sheet. The Court heard argument and ordered as follows:

(1) By August 26, 2016, Defendant shall file a redline/strikeout version of its proposed fact sheet along with a brief not to exceed five pages;

(2) By September 2, 2016, Plaintiffs shall file a response brief and may, at their option, file a redline/strikeout version of any proposed modifications. The requirement for Defendant to provide fact sheets to Plaintiffs is stayed pending further order.

Dated: 8/12/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.