UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
 1:16-cv-00318-RLY-TAB

### ORDER OF DISMISSAL WITH PREJUDICE

This matter has come before the Court upon the Parties' Stipulation of Dismissal with Prejudice. The Court being duly advised,

IT IS HEREBY ORDERED, AJUDGED, AND DECREED that all claims against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS are dismissed with prejudice, with each party to pay their own costs.

SO ORDERED this 15th day of August, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of records will be served by Plaintiffs' Co-Lead Counsel.