UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-00678-RLY-TAB | 1:16-cv-01737-RLY-TAB |
| 1:16-cv-01700-RLY-TAB | 1:16-cv-01775-RLY-TAB |
| 1:16-cv-01701-RLY-TAB | 1:16-cv-01781-RLY-TAB |
| 1:16-cv-01702-RLY-TAB | 1:16-cv-01788-RLY-TAB |
| 1:16-cv-01704-RLY-TAB | 1:16-cv-01818-RLY-TAB |
| 1:16-cv-01707-RLY-TAB | 1:16-cv-01843-RLY-TAB |
| 1:16-cv-01711-RLY-TAB | 1:16-cv-01844-RLY-TAB |
| 1:16-cv-01712-RLY-TAB | 1:16-cv-01846-RLY-TAB |
| 1:16-cv-01720-RLY-TAB | 1:16-cv-01847-RLY-TAB |
| 1:16-cv-01731-RLY-TAB | 1:16-cv-01848-RLY-TAB |
| 1:16-cv-01733-RLY-TAB | 1:16-cv-01850-RLY-TAB |

---

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: August 17, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)