UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01953-RLY-TAB | 1:16-cv-02011-RLY-TAB |
| 1:16-cv-01958-RLY-TAB | 1:16-cv-02014-RLY-TAB |
| 1:16-cv-01964-RLY-TAB | 1:16-cv-02015-RLY-TAB |
| 1:16-cv-01965-RLY-TAB | 1:16-cv-02017-RLY-TAB |
| 1:16-cv-01968-RLY-TAB | 1:16-cv-02018-RLY-TAB |
| 1:16-cv-01970-RLY-TAB | 1:16-cv-02020-RLY-TAB |
| 1:16-cv-01983-RLY-TAB | 1:16-cv-02021-RLY-TAB |
| 1:16-cv-01986-RLY-TAB | 1:16-cv-02025-RLY-TAB |
| 1:16-cv-01988-RLY-TAB | 1:16-cv-02043-RLY-TAB |
| 1:16-cv-02001-RLY-TAB | 1:16-cv-02045-RLY-TAB |
| 1:16-cv-02009-RLY-TAB | 1:16-cv-02046-RLY-TAB |
| 1:16-cv-02010-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: August 17, 2016      */s/ John C. Babione*
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151   Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*