UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02061-RLY-TAB | 1:16-cv-02096-RLY-TAB |
| 1:16-cv-02063-RLY-TAB | 1:16-cv-02098-RLY-TAB |
| 1:16-cv-02064-RLY-TAB | 1:16-cv-02101-RLY-TAB |
| 1:16-cv-02065-RLY-TAB | 1:16-cv-02105-RLY-TAB |
| 1:16-cv-02069-RLY-TAB | 1:16-cv-02115-RLY-TAB |
| 1:16-cv-02070-RLY-TAB | 1:16-cv-02122-RLY-TAB |
| 1:16-cv-02087-RLY-TAB | 1:16-cv-02137-RLY-TAB |
| 1:16-cv-02088-RLY-TAB | 1:16-cv-02142-RLY-TAB |
| 1:16-cv-02090-RLY-TAB | 1:16-cv-06034-RLY-TAB |
| 1:16-cv-02094-RLY-TAB | |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: August 17, 2016

*/s/ Douglas B. King*
Douglas B. King, #5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)