UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS       Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02061-RLY-TAB | 1:16-cv-02096-RLY-TAB |
| 1:16-cv-02063-RLY-TAB | 1:16-cv-02098-RLY-TAB |
| 1:16-cv-02064-RLY-TAB | 1:16-cv-02101-RLY-TAB |
| 1:16-cv-02065-RLY-TAB | 1:16-cv-02105-RLY-TAB |
| 1:16-cv-02069-RLY-TAB | 1:16-cv-02115-RLY-TAB |
| 1:16-cv-02070-RLY-TAB | 1:16-cv-02122-RLY-TAB |
| 1:16-cv-02087-RLY-TAB | 1:16-cv-02137-RLY-TAB |
| 1:16-cv-02088-RLY-TAB | 1:16-cv-02142-RLY-TAB |
| 1:16-cv-02090-RLY-TAB | 1:16-cv-06034-RLY-TAB |
| 1:16-cv-02094-RLY-TAB | |

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: August 17, 2016                  */s/ Kip S. M. McDonald*
                                                       Kip S. M. McDonald, #29370-49
                                                         WOODEN McLAUGHLIN LLP
                                                         One Indiana Square, Suite 1800
                                                         Indianapolis, IN 46204-4208
                                                         Tel: 317-639-6151
                                                         Fax: 317-639-6444
                                                         kip.mcdonald@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Kip S. M. McDonald*

1099474-1 (10909-0412)