UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02061-RLY-TAB | 1:16-cv-02096-RLY-TAB |
| 1:16-cv-02063-RLY-TAB | 1:16-cv-02098-RLY-TAB |
| 1:16-cv-02064-RLY-TAB | 1:16-cv-02101-RLY-TAB |
| 1:16-cv-02065-RLY-TAB | 1:16-cv-02105-RLY-TAB |
| 1:16-cv-02069-RLY-TAB | 1:16-cv-02115-RLY-TAB |
| 1:16-cv-02070-RLY-TAB | 1:16-cv-02122-RLY-TAB |
| 1:16-cv-02087-RLY-TAB | 1:16-cv-02137-RLY-TAB |
| 1:16-cv-02088-RLY-TAB | 1:16-cv-02142-RLY-TAB |
| 1:16-cv-02090-RLY-TAB | 1:16-cv-06034-RLY-TAB |
| 1:16-cv-02094-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: August 17, 2016 | */s/ James M. Boyers*<br>James M. Boyers, #20809-49<br>WOODEN McLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-4208<br>Tel: 317-639-6151<br>Fax: 317-639-6444<br>jim.boyers@woodenmclaughlin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)