UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02061-RLY-TAB | 1:16-cv-02096-RLY-TAB |
| 1:16-cv-02063-RLY-TAB | 1:16-cv-02098-RLY-TAB |
| 1:16-cv-02064-RLY-TAB | 1:16-cv-02101-RLY-TAB |
| 1:16-cv-02065-RLY-TAB | 1:16-cv-02105-RLY-TAB |
| 1:16-cv-02069-RLY-TAB | 1:16-cv-02115-RLY-TAB |
| 1:16-cv-02070-RLY-TAB | 1:16-cv-02122-RLY-TAB |
| 1:16-cv-02087-RLY-TAB | 1:16-cv-02137-RLY-TAB |
| 1:16-cv-02088-RLY-TAB | 1:16-cv-02142-RLY-TAB |
| 1:16-cv-02090-RLY-TAB | 1:16-cv-06034-RLY-TAB |
| 1:16-cv-02094-RLY-TAB | |

_____

## **NOTICE OF APPEARANCE**

To:      The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS;

Dated: August 17, 2016                    */s/ John C. Babione*_____
                                          John C. Babione, #23494-49
                                          WOODEN McLAUGHLIN LLP
                                          One Indiana Square, Suite 1800
                                          Indianapolis, IN 46204-4208
                                          Tel: 317-639-6151
                                          Fax: 317-639-6444
                                          john.babione@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*