AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| JEREMY ALLEN MCCORMICK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:16-cv-2101-WTL-DML |
| COOK INCORPORATED, et al. | ) | MDL No. 2570 |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jeremy Allen McCormick                                                                                                                     .

Date:   08/15/2016

*Attorney's signature*

Rachel B. Abrams; CA Bar No. 209316
*Printed name and bar number*

Levin Simes, LLP
44 Montgomery St., 32nd Floor
San Francisco, CA 94104
*Address*

rabrams@levinsimes.com
*E-mail address*

(415) 426-3133
*Telephone number*

(415) 426-3001
*FAX number*