# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

Respectfully submitted,

/s/ *Anna C. Rutigliano*
Anna C. Rutigliano (# 32743-49)
Andrea Roberts Pierson (# 18435-49)
James Stephen Bennett (# 22869-02)
Jessica Benson Cox (# 26259-49)
Patrick H. Reilly (# 28739-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  stephen.bennett@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com
E-Mail: patrick.reilly@faegreBD.com
E-Mail: john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL, and served the counsel listed below by first class United States mail, postage prepaid:

| | |
|---|---|
| Tim Moore, Attorney at Law, P.A.<br>305 East King Street<br>Kings Mountain, NC  28086 | Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY  42001 |
| David J. Britton<br>Law Office of David J. Britton<br>535 Dock Street, Suite 108<br>Tacoma, WA  98402 | George Jerre Duzane<br>Duzane, Kooperman & mondelli<br>603 Woodland Street<br>Nashville, TN  37206-4211 |
| Lucas J. Fouse<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT  59718 | Lori Elizabeth Hammond<br>Frost Brown Todd LLC – Louisville<br>400 W. Market Street, 32nd Floor<br>Louisville, KY  40202-3363 |
| Charles Rene Houssiere, III<br>Randal Alan Kauffman<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Boulevard, Suite 800<br>Houston, TX  77056-3812 | Joseph Johnson<br>Babbitt Johnson Osborne & LeClainche, P.A.<br>1641 Worthington Road<br>West Palm Beach, FL  33409 |
| Ramon R. Lopez<br>Lopez McHugh LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA  92660 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV  89101 |
| Matthew McCarley<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX  75206 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN  37064 |
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN  38103 | Anthony James Urban<br>Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA  17901 |

US.107702817.01

4

| | |
|---|---|
| Peter C. Wetherall | Corrie Johnson Yackulic |
| Wetherall Group, Ltd. | Corrie Yackulic Law Firm PLLC |
| 9345 W. Sunset Road, Suite 100 | 315 5th Avenue South, Suite 1000 |
| Las Vegas, NV  89148 | Seattle, WA  98104-2682 |

/s/ *Anna C. Rutigliano*