UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570
_____

This Document Relates to:
  1:16-cv-01606-RLY-TAB
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter has come before the Court upon the Parties' Stipulation of Dismissal without Prejudice. The Court being duly advised,

IT IS HEREBY ORDERED, AJUDGED, AND DECREED that Plaintiff's Short Form Complaint filed under Case No. 1:16-cv-01606 is dismissed without prejudice, with each party to pay their own costs. Plaintiff's claims against the Cook Defendants will continue under Case No. 1:15-cv-01986 only.

SO ORDERED this 18th day of August, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of records will be served by Plaintiffs' Co-Lead Counsel.

1545528-1 (10909-1239)