UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

### ORDER ON MOTION FOR LEAVE TO WITHDRAW APPEARANCES

This matter came before the Court upon the Motion for Leave to Withdraw Appearances filed by Sandra Davis Jansen, requesting leave of this Court to withdraw her Appearance of Counsel on behalf of the Cook Defendants in any and all cases in MDL No. 2570 in which she has appeared, due to the burden associated with filing approximately 642 individual Notices of Withdrawal.  Being duly advised, the Court finds that the relief sought by Attorney Jansen should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED, AJUDGED, AND DECREED that Attorney Jansen is granted leave to withdraw from every case in MDL No. 2570 in which she has appeared and the Clerk of this Court should make the appropriate entries to reflect the withdrawals in all such cases.

SO ORDERED:  8/18/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.