UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to All Actions

_____

**[PROPOSED] CASE MANAGEMENT ORDER REGARDING
COORDINATION WITH STATE COURT LITIGATION (CMO    )**

Due to the importance of coordination between state and federal courts in national mass tort litigation, the Court enters this order regarding coordination between state and federal courts involved in Cook IVC Filter product liability litigation. The Court wishes to scrupulously respect the sovereignty and authority of the state courts with Cook IVC Filter litigation between them, and it enters this order in the hopes of increasing mutual cooperation and coordination for the benefit of the judiciary, the parties, and the witnesses involved in this litigation.

I.      **ROLES AND RESPONSIBILITIES OF THE PARTIES**

The plaintiff and defendants in this litigation, and in particular lead and liason counsel for the same, shall work to coordinate to the extent practicable the conduct of this litigation with other actions involving the marketing, sales practices and products liability litigation of the Cook inferior vena cava filters ("Device"), as described by the United States Judicial Panel on Multidistrict Litigation's ("JPML") October 15, 2014, order establishing this MDL. Such coordination is intended to conserve scarce judicial resources, eliminate duplicative discovery, serve the convenience of the parties and witnesses, and promote the just and efficient conduct of this litigation, while at the same time protecting the interests of the MDL plaintiffs and the state

court plaintiffs. It is contemplated by the Court that all discovery conducted in these proceedings may be utilized in any related state court action, in accordance with that state's law and rules of evidence and procedure, and vice versa, subject to the common benefit fee and expense fund case management order. [Docket No. 1246]. The Court encourages state courts with actions involving the Device to adopt this Order or a similar order. The Court also encourages parties in those state court actions to agree to abide by the terms of this Order.

The role and responsibilities of Cook and the Plaintiffs' Leadership Counsel ("PLC") may include, without limitation, the following:

**A. Coordinate discovery with state court actions.**

The PLC will coordinate the discovery process according to the applicable common benefit fee and expense fund case management order. Similar to what the parties have agreed to in the common benefit fee and expense fund case management order, counsel for both parties shall work cooperatively to facilitate the entry of a protective order in the state court matters that is identical to the protective order entered by this Court, unless it must be modified subject to the laws and procedure of that state.

Following the entry of a mutually agreeable protective order in the state court cases, Cook shall direct state court plaintiffs' counsel to the PLC for the production of documents where a state court plaintiff serves Cook with discovery substantially similar to discovery previously served on Cook in this MDL. In such a case, Cook shall identify by bates number the documents to be produced by the PLC, and the PLC shall produce only those documents identified by Cook.

Depositions noticed in this MDL may be cross-noticed in any state court proceeding. Questioning shall not be redundant. This Order does not permit additional depositions of

individual witnesses or Fed. R. Civ. P. 30(b)(6) corporate witnesses that have already been deposed in this MDL proceeding, except upon agreement of the parties or by leave of Court for good cause shown.

### B. Communications between the PLC and counsel in state court actions and/or state courts.

The PLC shall make reasonable efforts to ensure that plaintiffs' counsel in state court actions and the state courts are kept apprised of the course of these MDL proceedings. This includes continuous contact with state court counsel to inform them of any motions or hearings before this Court, the status of discovery, the status of the MDL proceedings, deadlines in the MDL, and any other relevant issues or information in the MDL. Counsel for both parties will be available to consult and answer any questions regarding the MDL proceedings. Counsel for both parties may coordinate any necessary telephone conferences, meetings and discovery efforts with the state court actions.

## II.   COORDINATION BETWEEN THE MDL COURT AND STATE COURTS

In order to achieve the full benefits of this MDL proceeding, this Court may make efforts to coordinate with state courts presiding over related cases, to the extent such state courts so desire, such as through joint orders that will allow the parties in the state court actions to fully utilize any discovery conducted in the MDL proceedings and vice versa, without prejudice to either the state or federal court actions. The Court expects counsel for parties in the MDL proceeding to take reasonable steps to assure such coordination is achieved wherever it is practicable. To that end, counsel for the parties shall jointly submit to the Court as needed a status report on the state cases, along with contact information for all state court judges presiding over such cases.

US.106925230.01

communications shall continue throughout the course of the MDL proceedings.

**III.   LETTER TO STATE COURT JUDGES**

To facilitate the development of coordination between state and federal courts, the Court will send a copy of the letter attached as Exhibit A enclosing a copy of this order, to the state courts in the list attached as Exhibit B.

IT IS SO ORDERED.

_____
Chief Judge, Richard L. Young
United States District Court
Southern District of Indiana

# EXHIBIT A

US.106925230.01

Dear Judge [Judge's name]

  As you may be aware, there is a multidistrict litigation pending before my court, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2570 (the "MDL").  It is my understanding that this litigation involves the same Cook products that are at issue in matters before your court.  I want to take this opportunity to introduce myself and begin what I hope will be a relationship of coordination between our courts.  I believe such a relationship will benefit both your court and mine, and create efficiencies for all parties as these cases proceed.

  To provide some background, there has been extensive discovery in this MDL.  The plaintiffs have deposed 18 current or former Cook employees.  Cook has produced over 900,000 documents subject to several case management orders regarding production protocols, protective orders, and privilege designations.  The parties and the Court have completed a bellwether selection process that resulted in the Court choosing three bellwether cases for trial.  Two of the three bellwether plaintiffs have been deposed. The parties have also negotiated a case management order regarding common benefit work product and expenses that allows, in certain circumstances, counsel in state court cases and unfiled claims the opportunity to obtain access to the discovery work product generated in the MDL.

  If you have any suggestion as to how your court and mine can assist each other regarding this litigation, I would be happy to hear from you.  You would be welcome to attend any hearings in my court.  If you think that I should attend any hearings in your court, please let me know. I have entered the enclosed Coordination Order in my Court requiring the parties in the MDL to work cooperatively with the parties in the state court actions to the extent such coordination is practicable under the laws and rules of your state and the manner in which you have chosen to manage the cases before you.

  If there is anything else we can do to assist each other and counsel, by telephone conference or by any other means, please let me know. I will ask the parties to agree to abide by the Coordination Order.  I encourage your court to consider adopting the same or similar Coordination Order so that we may more easily and efficiently work together to handle any common disputes or issues that arise in these cases.


Respectfully,


Chief Judge Richard L. Young

# EXHIBIT B

US.106925230.01

## COOK MEDICAL INC. / FILTER

## STATE COURT CASES

| CASE NAME | CASE JURISDICTION | PLAINTIFF'S COUNSEL |
|---|---|---|
| **Matt Byrd et al.,** v. Cook Group, Inc, Cook Incorporated, Cook Medical, LLC, and William Cook Europe APS. **(Multi-plaintiff case – 6 Plaintiffs)** Case No.: 15-L-713 | Honorable Vincent Lopinot, Courtroom # 403 St. Clair County Circuit Court of Illinois, #10 Public Square, Belleville, IL 62220 | The Driscoll Firm, P.C., One Metropolitan Square 211 N. Broadway 40th Floor St. Louis, MO 63102 |
| **Collins, Kenyon Allen et al.,** v. Cook Incorporated **(Multi-plaintiff case – 44 Plaintiffs)** Case No.: 1622-CC00337 | Honorable Bryan L. Hettenbach St. Louis Circuit Court of Missouri, Civil Courts Building, 10 N Tucker Blvd., Saint Louis, MO 63101 | Niemeyer, Grebel & Kruse, LLP, 10 S Broadway #1125, St. Louis, MO 63102  The Law Offices of Ben C. Martin , 3219 McKinney Ave, Dallas, TX 75204  Matthews & Associates, 2905 Sackett St, Houston, TX 77098 |
| **Halinski, Anthony et al.,** v. Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, William Cook Europe, APS **(Multi-plaintiff case – 54 Plaintiffs)** Case No.: 1622-CC00366 | Honorable Bryan L. Hettenbach St. Louis Circuit Court of Missouri, Civil Courts Building, 10 N Tucker Blvd., Saint Louis, MO 63101 | Niemeyer, Grebel & Kruse, LLP, 10 S Broadway #1125, St. Louis, MO 63102  The Law Offices of Ben C. Martin , 3219 McKinney Ave, Dallas, TX 75204  Matthews & Associates, 2905 Sackett St, Houston, TX 77098 |
| **Sears, Donald et al.,** v. Cook Group, Inc., Cook Incorporated, Cook Medical LLC, William Cook Europe APS **(Multi-plaintiff case – 3 Plaintiffs)** Case No.: 1622-CC01239 | Honorable Bryan L. Hettenbach Missouri Circuit Court, Civil Courts Building, 10 N Tucker Blvd., Saint Louis, MO 63101 | The Driscoll Firm, P.C., One Metropolitan Square 211 N. Broadway 40th Floor St. Louis, MO 63102 |

| CASE NAME | CASE JURISDICTION | PLAINTIFF'S COUNSEL |
|---|---|---|
| **Trombetta, Lisa** v. Cook Group, Inc., Cook Incorporated, Cook Medical LLC, William Cook Europe Aps Case No.: 1622-CC09587 (**Multi-Plaintiff Case – 3 Plaintiffs**) | Honorable Bryan L. Hettenbach Missouri Circuit Court, Civil Courts Building, 10 N Tucker Blvd., Saint Louis, MO 63101 | The Driscoll Firm, P.C., One Metropolitan Square 211 N. Broadway 40th Floor St. Louis, MO 63102 |
| **Bennett, Linda K.** v. Cook Incorporated, Inc., Cook Incorporated, Inc. A/K/A Cook Medical Group, Inc., Cook Medical, LLC, and William Cook Europe, APS Case No.: 49D14-1507-CT-022565 | Honorable Heather Welch, #T-1221 Marion County Superior Court 14, 200 East Washington Street, Indianapolis, IN 46204 | Riley Williams & Piatt, LLC , 301 Massachusetts Ave, Indianapolis, IN 46204<br><br>Price and Waicukauski & Riley, LLC, 301 Massachusetts Ave, Indianapolis, IN 46204 |
| **Clore, John Thomas** v. Cook Incorporated, Cook Incorporated a/k/a Cook Medical Incorporated, Cook Medical, LLC, and William Cook Europe, APS Case No.: 53C06-1509-CT-001830 | Honorable Francis Gall Hill Monroe County Circuit Court, 301 N. College Ave #201, Indiana, 46204 | The Law Offices of Ben C. Martin , 3219 McKinney Ave, Dallas, TX 75204<br><br>Price Waicukauski & Riley, LLC, 301 Massachusetts Ave, Indianapolis, IN 46204 |
| **Coleman, Geraldine [Estate]** v. Cook Incorporated Case No.:JU-15-CV-222-94 | Muscogee Co. Court, Columbus Consolidated Government Center 100 10th Street Columbus, Georgia 31901 | Toriseva Law, 1446 National Rd, Wheeling, WV 26003 |
| **Crull, Cheryol** v. Cook Medical, Inc. Case No.: 49D10-1208-CT-034324 | Honorable David J. Dreyer, #T-1221 Marion County Superior Court, 200 East Washington Street, Indianapolis, IN 46204 | Hovde Dassow & Deets, LLC, 201 W 103rd St #500, Indianapolis, IN 46290<br><br>Karon & Dalimonte LLP, 85 Devonshire St # 1000, Boston, MA 02109 |

9

| CASE NAME | CASE JURISDICTION | PLAINTIFF'S COUNSEL |
|---|---|---|
| **Kuhn, Andrew G.** v. Cook Incorporated, Cook Incorporated a/k/a Cook Medical Incorporated, an Indiana corporation, Cook Group Incorporated, Cook Medical, LLC, Erich Kim, M.D.<br>Case No.: 2016-SU-001406-71 | Joseph C. Adams, President Judge, York County Court of Common Pleas, York County Judicial Center<br>45 North George Street<br>York, PA 17401 | The Law Offices of Ben C. Martin, 3219 McKinney Ave, Dallas, TX 75204 |
| **Messer, Julie Kay & Frank** v. Cook Incorporated A/k/a Cook Medical Incorporated DBA Cook Medical et al.<br>Case No.: 49D07-1310-CT-36987 | Honorable Michael D. Keele, #T-1221 Marion County Superior Court, 200 East Washington Street, Indianapolis, IN 46204 | Hume Smith Geddes Green & Simmons LLP, 54 Monument Cir, Indianapolis, IN 46204 |
| **Pennington, Stanley** v. Cook Medical Incorporated, et al.<br>Case No.: A1506848 | Honorable Megan Shanahan, Court of Common Pleas, Hamilton County, 800 Broadway St., OH 45202 | The Lawrence Firm, PSC, 8044 Montgomery Rd #700, Cincinnati, OH 45236 |
| **Scott, Veronica & Darryl** v. Cook Incorporated<br>Case No.: 45C01-1605-CT-00069 | Lake County Superior Court, 2293 Main Street, Crown Point, IN 46307 | Riley Williams & Piatt, LLC. 301 Massachusetts Ave, Indianapolis, IN 46204<br><br>Baron & Budd, P.C., Encino Plaza 15910 Ventura Blvd. Suite 1600 Encino, CA 91436 |
| **Smith, Ruth** v. Cook Medical, LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS<br>Case No.: 53C011508CT001596 | Honorable Francis Gall Hill<br>Monroe County Circuit Court, 301 N. College Ave #201, Indiana, 46204 | Wilson Kehoe Winingham LLC, 2859 N Meridian St, Indianapolis, IN 46208 |
| **Ashcraft, Patricia & Kenneth** v. Cook Incorporated, Inc., Cook Medical, Cook Group, Inc., Cook Medical, LLC, William Cook Europe, Asp<br>Case No. 49D10-1607-CT-026764 | Marion County Superior Court, 200 East Washington Street, Indianapolis, IN 46204 | Riley Williams & Piatt, LLC, 301 Massachusetts Ave, Indianapolis, IN 46204 |

US.106925230.01

| CASE NAME | CASE JURISDICTION | PLAINTIFF'S COUNSEL |
|---|---|---|
| **Moss, Annette & James** v. Cook Incorporated, Cook Medical LLC, Cook Medical Inc., Cook Group Incorporated, William Cook Europe Aps<br>Case No. 49D13-16-07-CT-026771 | Marion County Superior Court, 200 East Washington Street, Indianapolis, IN 46204 | Riley Williams & Piatt, LLC , 301 Massachusetts Ave, Indianapolis, IN 46204<br><br>Lowe Law Group, 6028 S. Ridgeline Drive, Suite 203, Ogden Utah, 84405 |

11

US.106925230.01