UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01690-RLY-TAB | 1:16-cv-01957-RLY-TAB |
| 1:16-cv-01832-RLY-TAB | 1:16-cv-01959-RLY-TAB |
| 1:16-cv-01833-RLY-TAB | 1:16-cv-01961-RLY-TAB |
| 1:16-cv-01835-RLY-TAB | 1:16-cv-01962-RLY-TAB |
| 1:16-cv-01836-RLY-TAB | 1:16-cv-01963-RLY-TAB |
| 1:16-cv-01934-RLY-TAB | 1:16-cv-01966-RLY-TAB |
| 1:16-cv-01949-RLY-TAB | 1:16-cv-01967-RLY-TAB |
| 1:16-cv-01952-RLY-TAB | 1:16-cv-01969-RLY-TAB |
| 1:16-cv-01954-RLY-TAB | 1:16-cv-01972-RLY-TAB |
| 1:16-cv-01955-RLY-TAB | 1:16-cv-01994-RLY-TAB |
| 1:16-cv-01956-RLY-TAB | |

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: August 25, 2016               */s/ James M. Boyers*_____
                                     James M. Boyers, #20809-49
                                     WOODEN McLAUGHLIN LLP
                                     One Indiana Square, Suite 1800
                                     Indianapolis, IN 46204-4208
                                     Tel: 317-639-6151
                                     Fax: 317-639-6444
                                     jim.boyers@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)