UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Actions
_____

CASE MANAGEMENT PLAN REGARDING
STATUS CONFERENCES WITH THE COURT: CMO 18

1.      Pursuant to the Court's direction, the parties present the following Case Management Plan Regarding Status Conferences. The Court will hold monthly status conferences in Indianapolis. Counsel are invited to attend in person, by teleconference, or by video conference. The Court will circulate teleconference dial-in information. If any counsel wishes to participate by video conference, they must notify Judge Young's Courtroom Deputy, Tina Doyle, at least 7 days prior to the conference. Status conferences are scheduled as follows:

| | |
|---|---|
| September 8, 2016 | May 11, 2017 |
| October 13, 2016 | June 15, 2017 |
| November 10, 2016 | July 13, 2017 |
| January 12, 2017 | September 14, 2017 |
| February 9, 2017 | October 12, 2017 |
| March 16, 2017 | November 9, 2017 |
| April 13, 2017 | December 8, 2017 |

All conferences are set for 10:00 a.m. (Eastern). The parties are expected to prepare an agenda, which shall be submitted to the Court in advance of the status conferences by Lead and/or

Liaison Counsel no later than three days prior to the status conference. The parties are expected to confer on issues to be addressed with the Court at the status conferences. The parties shall advise the Court at least three days in advance of the conference should they agree that any scheduled conference is unnecessary or should be postponed.

2.	Any party will be free to present filed motions for hearing at the regularly-scheduled conferences. Where exigent circumstances require an earlier ruling, the Court will hear motions at other times as well. Any exigent motions filed shall be served upon Lead and/or Liaison Counsel for plaintiffs. Non-exigent motions will be expected to be heard at the regularly-scheduled conferences.

3.	The parties agree to present motions in a timely fashion so that they will be ripe at the time of the regularly-scheduled status conferences. Unless otherwise ordered by the Court, such motions must be filed no later than seventeen days in advance of the conference; any response must be filed no later than seven days in advance of the conference; any replies must be filed no later than three days in advance of the conference. Surreplies are not as of right and leave must be sought from the Court for the filing of surreplies.

SO ORDERED this 25th day of August 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana