IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Nancy K. Hines**

Civil Case # 1:16-cv-02026-RLY-TAB

### PLAINTIFF'S UNOPPOSED MOTION FOR
### VOLUNTARY NON-SUIT WITHOUT PREJUDICE

Plaintiff, Nancy Hines, through her counsel Hart McLaughlin & Eldridge and Andrus Wagstaff, hereby moves this Honorable Court for a voluntary non-suit without prejudice. In support of her Motion, Plaintiff states as follows:

1. Plaintiff filed her Short Form Complaint on July 29, 2016.

2. She now seeks to voluntarily non-suit the above-captioned matter without prejudice.

3. Defendants do not have an objection, and do not oppose this motion.

WHEREFORE, Plaintiff, Nancy Hines, respectfully requests that this Honorable Court enter an Order granting her motion and allow her to voluntarily non-suit the above-captioned matter without prejudice.

Respectfully submitted,

*/s/Robert J. McLaughlin*
Robert J. McLaughlin
Hart McLaughlin & Eldridge, LLC
121 W. Wacker Dr., Suite 1050
Chicago, Illinois 60601
312.955.0545
312.971.9243 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/*Robert J. McLaughlin