# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL   No. 2570 |

_____

**This Document Relates to:**
**Kristi Galloway v. Cook Medical, Inc. et al.**
**1:15-cv-02014-RLY-TAB**

_____

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kristi Galloway.

**PLEASE TAKE NOTICE** that Don McKenna, of the law firm Hare, Wynn, Newell and Newton, LLP, hereby enters an appearance as counsel for the plaintiff, Kristi Galloway, in the above-captioned matter. Don McKenna is appearing as new counsel for Kristi Galloway as former counsel has filed a Motion to withdraw.  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

Don McKenna
Hare, Wynn, Newell and Newton, LLP
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com

Respectfully submitted this 25th day of August, 2016.

/s/Don McKenna
**Donald P. McKenna, Jr.**
**AL Bar No. ASB-6494-C66D**
**Hare, Wynn, Newell & Newton, LLP**
**2025 3rd Avenue North**
**Birmingham, AL 35203**
**Tel: (205) 328-5330**
**Fax: (205) 324-2165**
**Don@hwnn.com**