IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:16-cv-01735-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jill Synder

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Kim Snyder

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    New York

6. Plaintiff's/Deceased Party's current state of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    In the United States District Court for the Northern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

    ☒  Cook Incorporated

    ☒  Cook Medical LLC

    ☒  William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 1 through 8; 11 of the Master Complaint

    b. Other allegations of jurisdiction and venue:

    A substantial portion of the events leading to Plaintiff's injuries arose in New York making venue proper.

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☒ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platium

    Other:

11. Date of Implantation as to each product:

    10/28/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Suny Upstate Medical Center in Syracuse, New York

13. Implanting Physician(s):

    Deborah Bradshaw, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I: Strict Products Liability – Failure to Warn
    - ☒ Count II: Strict Products Liability – Design Defect
    - ☒ Count III: Negligence
    - ☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

15. Attorney for Plaintiff(s): <u>Willard J. Moody, Jr.</u>

_____

16. Address and bar information for Attorney for Plaintiff(s):

<u>500 Crawford Street, Suite 200, Portsmouth, VA 23704; VSB#: 22866</u>

Dated: <u>08/10/2016</u>   By: <u>/s/ Willard J. Moody, Jr.</u>
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com

Jonathan A. Hogins, Esquire (VSB #83982)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jhogins@moodyrrlaw.com

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Amended Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local 5.1 of the Southern District of Indiana , which will send notice of electronic filing in accordance with the procedures established in MDL 2570 pursuant to Pre-Trial Order No. 4.

Dated: 08/10/2016                           By: /s/ Willard J. Moody, Jr.