UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>) |

**ORDER**

The Court, on its own motion, enlarges by 14 days the briefing deadlines established in the order of August 12, 2016. [Filing No. 2295.] Defendants shall file a redline/strikeout version of the proposed fact sheet, along with a brief not to exceed 5 pages, by September 9, 2016. Plaintiffs shall file a response brief by September 16, 2016, and may, at their option, file a redline/strikeout version of any proposed modifications.

Date: 8/26/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.