IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Kim Ladig

Civil Case #  This Document Relates to: 1:16-cv-02102-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Kim Ladig

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Arizona

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    `Arizona`
_____

6.  Plaintiff's/Deceased Party's current state of residence:

    `Arizona`
_____

7.  District Court and Division in which venue would be proper absent direct filing:

    `United States District Court, District of Arizona`
_____

8.  Defendants (Check Defendants against whom Complaint is made):

        ☒        Cook Incorporated

        ☒        Cook Medical LLC

        ☒        William Cook Europe ApS

9.  Basis of Jurisdiction:

        ☒        Diversity of Citizenship

        ☐        Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   11, 12, 19, 21, 22, 23, 24, 25, 26, 27, 28 _____

_____

_____

   b.  Other allegations of jurisdiction and venue:

   N/A _____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☐   Günther Tulip® Vena Cava Filter

   ☒   Cook Celect® Vena Cava Filter

       Gunther Tulip Mreye
   X   Cook Celect Platinum
       Other:

   _____

11. Date of Implantation as to each product:

   3/29/2008
   _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Prescott Imaging, Prescott, Arizona
   _____

   _____

13. Implanting Physician(s):

   H. G. Bowers, M.D.
   _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒   Count I:     Strict Products Liability – Failure to Warn

   ☒   Count II:    Strict Products Liability – Design Defect

   ☒   Count III:   Negligence

   ☒   Count IV:    Negligence Per Se

&#9683;        Count V:        Breach of Express Warranty

&#9683;        Count VI:       Breach of Implied Warranty

&#9683;        Count VII:      Violations of Applicable __Arizona_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐        Count VIII:     Loss of Consortium

☐        Count IX:       Wrongful Death

☐        Count X:        Survival

&#9683;        Count XI:       Punitive Damages

☐        Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

☐        Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   David A. Wenner
_____

16. Address and bar information for Attorney for Plaintiff(s):

   2200 E. Camelback Rd., Ste. 213
   Phoenix, AZ 85016
   AZ Bar #: 026375

Respectfully submitted,

SNYDER AND WENNER, P.C.

/s/ David A. Wenner

By_____

David A. Wenner, Esq. (AZ Bar #009886)
2200 East Camelback Road, Suite 213
Phoenix, AZ  85016
(602) 224-0005
(602) 381-8997
Attorneys for Plaintiff

5