Patient Name: LADIG, KIMBERLY M  MRN: HNE776745537; HNE0000451826; 451826; YR1233322; 122666; 5596
Date of Birth:  FIN: 1950495

\* Auth (Verified) \*

## ANGIOGRAM PROCEDURE

LADIG, KIMBERLY M
CC0451826
CC1950495
I/4W C4070
WEST CAMPUS
CC0776745537

DATE OF PROCEDURE:  03/29/2008

REFERRING PHYSICIAN:  Alina Danciu, MD

TYPE OF PROCEDURE:

1. INFERIOR VENA CAVA VENOGRAM
2. PLACEMENT OF INFERIOR VENA CAVA FILTER
3. IV CONSCIOUS SEDATION

HISTORY:  The patient is a 36-year-old female with deep venous thrombosis involving the left upper and lower extremities with subsequent pulmonary embolus. The patient returns to the hospital with significant progression of her deep venous thrombosis despite therapeutic anticoagulation therapy with Coumadin. Therefore, placement of an inferior vena cava filter has been requested.

DESCRIPTION OF PROCEDURE:  Informed consent was obtained. The patient was placed on the examination table in the supine position and the right internal jugular vein was interrogated with ultrasound. The right internal jugular vein is widely patent, of large caliber, demonstrates compressibility and respiratory variation. An image of the right internal jugular vein was obtained and placed in the patient's chart. The right side of the neck was then prepped and draped in the usual sterile fashion and 2% plain lidocaine local anesthetic was infiltrated into the base of the right side of the neck and IV conscious sedation was given, as well. Antegrade access to the right internal jugular vein was obtained using a micropuncture needle and direct realtime ultrasound guidance with the vein accessed in a single wall, first pass manner. A 0.018 guidewire was then advanced, to the level of the right atrium and a combination of Kumpe catheter and 0.035 angled glidewire was used to access the inferior vena cava. The 7-French working sheath of a Celect filter was advanced, to the level of the right common iliac vein and inferior vena cava venogram was performed. The left common iliac vein was subsequently selected and a repeat inferior vena cava venogram was performed. A Celect IVC filter was then delivered into the infrarenal portion of the inferior vena cava. The filter fully deployed with no asymmetry or tilt. A post filter deployment inferior vena cava venogram was performed.

The patient tolerated the procedure well and there was no immediate complication.

Patient Name: LADIG, KIMBERLY M  MRN: HNE776745537; HNE0000451826; 451826; YH1233322; 122666; 5596
Date of Birth: 11/15/1971  FIN: 1950495

* Auth (Verified) *

Hemostasis was achieved at the right internal jugular venotomy site using direct manual pressure.

FINDINGS: The right common iliac vein and inferior vena cava are widely patent with no intrinsic or extrinsic mass, mass effect or intraluminal thrombus noted. Near-occlusive thrombus is noted in the left common iliac and external iliac veins. There is no evidence of duplication of the inferior vena cava. An IVC filter was placed in the infrarenal portion of the inferior vena cava with good result obtained.

IMPRESSION: SUCCESSFUL PLACEMENT OF INFERIOR VENA CAVA FILTER.

H. G. Bowers, MD

D: 03/30/2008 10:38 A
T: 03/30/2008  5:07 P/er/337092
   000639991

cc:   : H. G. Bowers, MD
        Alina Danciu, MD
        Prescott Imaging

Authenticated by Gregory Bowers, M.D. On 03/31/2008 11:28:17 AM