UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02135-RLY-TAB | 1:16-cv-02251-RLY-TAB |
| 1:16-cv-02153-RLY-TAB | 1:16-cv-02257-RLY-TAB |
| 1:16-cv-02211-RLY-TAB | 1:16-cv-02267-RLY-TAB |
| 1:16-cv-02217-RLY-TAB | 1:16-cv-02270-RLY-TAB |
| 1:16-cv-02241-RLY-TAB | 1:16-cv-02271-RLY-TAB |
| 1:16-cv-02248-RLY-TAB | 1:16-cv-02272-RLY-TAB |
| 1:16-cv-02249-RLY-TAB | 1:16-cv-02274-RLY-TAB |

**NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: September 1, 2016

*/s/ James M. Boyers*
James M. Boyers, #20809-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ James M. Boyers</em>

1099473-1 (10909-0412)