AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Jackie Littrell | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  1:16-cv-02332-RLY-TAB |
| Cook Incorporated, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jackie Littrell                                                                                                              .

Date:     09/06/2016                                        /s/ Jennifer Williams
                                                                        *Attorney's signature*

                                                   Jennifer Williams; Texas Bar No. 24007755
                                                            *Printed name and bar number*

                                                              Jackson Allen & Williams, LLP
                                                                    3838 Oak Lawn Avenue
                                                                          Suite 1100
                                                                     Dallas, Texas  75219
                                                                             *Address*

                                                            jwilliams@jacksonallenfirm.com
                                                                        *E-mail address*

                                                                       (214) 521-2300
                                                                     *Telephone number*

                                                                       (214) 452-5637
                                                                         *FAX number*