# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) ) ) |
| **This Document Relates to Plaintiff(s)** | ) ) |
| ADA BRUNET | ) ) |
| Civil Case No. 1:16-cv-02211-RLY-TAB | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Ada Brunet (hereinafter referred to as "Plaintiff"), requests leave of court to file a First Amended Complaint.

### A. INTRODUCTION

1. Plaintiff is Ada Brunet. Defendants are Cook Incorporated, Cook Medical LLC and William Cook Europe ApS (hereinafter referred to as "Defendants").

### B. ARGUMENT

2. Plaintiff is amending her Complaint to add William Cook Europe ApS on page 2 of her Complaint.

3. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

4. Leave to amend should be given freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182; *C.F. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 985 (9th Cir. 2001); *Bylin v. Billings*, 568 F. 3d 1224, 1229 (10th Cir. 2009).

5. The Court should allow the filing of Plaintiff's amended pleading because Defendants will not be prejudiced by the amended pleading. *Bylin v. Billings*, 568 F. 3d 1224, 1229-30 (10th Cir. 2009).

## C. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court enter an order granting her leave to file a First Amended Complaint.

Dated:  September 9, 2016                                   Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
donnaf@gld-law.com
(713) 222-8080
(713) 222-0066 - Facsimile

**Attorney for Plaintiff**

**CERTIFICATE OF CONFERENCE**

Plaintiff's counsel has conferred with opposing counsel and opposing counsel is not opposed.

/s/ Michael T. Gallagher

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for Leave to File an Amended Complaint was filed electronically on September 9, 2016, and is available for viewing and downloading via the United States District Court of Massachusetts Electronic Case Filing ("ECF") system.

/s/ Michael T. Gallagher