**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: COOK MEDICAL INC., IVC** | ) | **MDL No. 1:14-ml-2570-RLY-TAB** |
| **FILTERS MARKETING, SALES** | ) | **MDL No. 2570** |
| **PRACTICES AND PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | |
| **This Document Relates to Plaintiff(s)** | ) | |
| | ) | |
| **ADA BRUNET** | ) | |
| | ) | |
| **Civil Case No. 1:16-cv-02211-RLY-TAB** | ) | |

## ORDER

On this day came on to be considered Plaintiff's Motion for Leave to File an Amended

Complaint and, after considering same, the Court is of the opinion that it should be GRANTED.

Signed this _____ day of _____, 2016.

_____
Judge Presiding