UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    1:14-cv-06013-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Ronald Snow.

Dated: September 12, 2016          Respectfully Submitted:

                                                         WEINSTEIN COUTURE PLLC

                                                         *s/ Brian D. Weinstein*
                                                         818 Stewart Street, Suite 930
                                                         Seattle, Washington 98101
                                                         Phone: (206) 508-7070
                                                         Fax: (206) 237-8650
                                                         Email: brian@weinsteincouture.com
                                                         Counsel for Plaintiff

NOTICE OF APPEARANCE - 1                              **WEINSTEIN COUTURE PLLC**
                                                         818 STEWART STREET, SUITE 930
                                                         SEATTLE, WASHINGTON  98101
                                                         (206) 508-7070  -  FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of September 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

David J Britton
LAW OFFICE OF DAVID J. BRITTON
535 Dock Street, Suite 108
Tacoma, WA 98402
Phone: 253-383-7113
Counsel for Plaintiff

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-2593
Email: ilevin@cohenandmalad.com
Counsel for Plaintiff

Joseph N. Williams
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
317-633-5270
Fax: 317-426-3348
Email: jwilliams@rwp-law.com
Counsel for Plaintiff

Douglas B. King, Esq., Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
Counsel for defendant Cook Medical Incorporated

DATED this 12th day of September 2016.

WEINSTEIN COUTURE PLLC

*s/ Alyssa Stout*
Alyssa Stout
Legal Assistant

NOTICE OF APPEARANCE - 2

WEINSTEIN COUTURE PLLC
818 STEWART STREET, SUITE 930
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650