UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02325-RLY-TAB | 1:16-cv-02362-RLY-TAB |
| 1:16-cv-02326-RLY-TAB | 1:16-cv-02363-RLY-TAB |
| 1:16-cv-02328-RLY-TAB | 1:16-cv-02382-RLY-TAB |
| 1:16-cv-02330-RLY-TAB | 1:16-cv-02383-RLY-TAB |
| 1:16-cv-02348-RLY-TAB | 1:16-cv-02385-RLY-TAB |
| 1:16-cv-02350-RLY-TAB | 1:16-cv-02390-RLY-TAB |
| 1:16-cv-02351-RLY-TAB | 1:16-cv-02392-RLY-TAB |
| 1:16-cv-02360-RLY-TAB | 1:16-cv-02393-RLY-TAB |
| 1:16-cv-02361-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: September 13, 2016         */s/ James M. Boyers*
                                  James M. Boyers, #20809-49
                                  WOODEN McLAUGHLIN LLP
                                  One Indiana Square, Suite 1800
                                  Indianapolis, IN 46204-4208
                                  Tel: 317-639-6151
                                  Fax: 317-639-6444
                                  jim.boyers@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*

1099473-1 (10909-0412)