UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,          1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION   MDL NO: 2570

This Document Relates to:

   TINA WATSON WILSON

Civil Case # 1:16-cv-1992-RLY-TAB

> APPROVED this 12th day of September, 2016.
>
> RICHARD L. YOUNG, CHIEF JUDGE
> United States District Court
> Southern District of Indiana

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff TINA WATSON WILSON through her undersigned counsel, states that the above-captioned action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 1st day of September, 2016.

Respectfully submitted,

   /s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*