UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This document relates to all cases.
_____

## ORDER

On Friday, September 9, 2016, counsel for the Cook Defendants, James M. Boyers, and counsel for the Plaintiffs, Matt Schultz, appeared for a telephonic conference with Magistrate Judge Baker. The parties discussed their ongoing efforts to resolve their issues regarding changes to Amended Case Management Order #4. The parties are directed as follows:

1. On or before September 16, 2016, counsel for the Cook Defendants shall submit a proposed Defendant Profile Form with a supporting Brief that shall be no longer than five (5) pages;

2. On or before September 16, 2016, counsel for Plaintiffs shall submit a proposed Plaintiff Profile Sheet with a supporting Brief of no more than five (5) pages;

3. On or before September 23, 2016, the Cook Defendants shall submit a proposed Plaintiff Profile Sheet and supporting Brief of no more than five (5) pages;

4. On or before September 23, 2016, Plaintiffs shall submit a proposed Defendant Profile Form along with a supporting Brief of no more than five (5) pages;

5. Within three (3) business days of the Court's ruling on the Defendant Profile Form and the Plaintiff Profile Sheet submissions, the parties shall submit a proposed Second Amended Case Management Order #4. Any disagreements regarding provisions in the proposed

Second Amended Case Management Order #4 shall be addressed by the parties in a Brief of no more than five (5) pages.

    SO ORDERED:  9/12/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.