IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570<br>)<br>)<br>) |
| This Document Relates to Plaintiff(s) | ) |
| ADA BRUNET | ) |
| Civil Case No. 1:16-cv-02211-RLY-TAB | ) |

## ORDER

On this day came on to be considered Plaintiff's Motion for Leave to File an Amended Complaint and, after considering same, the Court is of the opinion that it should be GRANTED. The amended complaint is deemed filed as of the date of this order.

SO ORDERED:  9/14/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.