UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,        1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION        MDL NO: 2570

This Document Relates to:

    PAUL CZARNECKI

Civil Case # 1:16-cv-1991-RLY-TAB

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff PAUL CZARNECKI through his undersigned counsel, states that the above-captioned action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 15th day of September, 2016.

                Respectfully submitted,

                   /s/ Joseph R. Johnson
                Joseph R. Johnson, Fla Bar #372250
                BABBITT & JOHNSON, P.A.
                1641 Worthington Road, Suite 100
                West Palm Beach, FL 33409
                (561) 684-2500 – telephone
                (561) 684-6308 – facsimile
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/ Joseph R. Johnson
JOSEPH R. JOHNSON