IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
James Cunningham

Civil Case # 1:16-cv-2279

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Sofia E. Bruera respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **James Cunningham** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the state of Texas since 2009.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 09/9/2016

Respectfully submitted,

**PIERCE SKRABANEK BRUERA, PLLC**

_____
Sofia E. Bruera, Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-Mail: sofia@psbfirm.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on **September 9, 2016** a copy of the foregoing Motion to Appear *Pro Hac Vice* has been E-Filed.

_____
Sofia E. Bruera