IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions (s)<br>**Nancy K. Hines**<br><br>Civil Case #1:16-cv-02026- RLY- TAB | **Order Granting Plaintiff's Unopposed Motion for Voluntary Non-Suit Without Prejudice** |

This matter comes before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice, which Motion is on file and part of this court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiff's Motion is Granted.

**It is therefore Ordered, Adjudged, and Decreed** that the Plaintiff's case is voluntarily dismissed without prejudice.

**All of which is Ordered** this __15th__ day of September, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.