UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570
_____

This Document Relates to All Actions
_____

## DECLARATION OF ANDREA R. PIERSON

I, Andrea R. Pierson, hereby declare as follows:

1. I am one of the attorneys representing Cook defendants in the case of *In re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation* ("MDL"), and I have personal knowledge of the facts stated in this Declaration. I am over 18 years of age and competent to testify.

2. As of August 11, 2016, the MDL consisted of over 800 individual cases.

3. As of August 11, 2016, there were 16 cases pending in state court in seven jurisdictions. Five of the state court cases included multiple plaintiffs. There were at least 121 plaintiffs in state court cases as of August 11, 2016.

4. The plaintiffs in this MDL have deposed 18 former or current Cook employees.

5. Since this MDL was formed, Cook has reviewed and produced more than 900,000 documents, as well as defendant fact sheets.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2016.

/s/ Andrea Roberts Pierson

US.107649073.01