# EXHIBIT A

**Filings per Month Through 9-13-2016**

| Month | Filings |
|---|---|
| 8/2010 | |
| 11/2012 | |
| 1/2013 | |
| 3/2013 | |
| 6/2013 | |
| 7/2013 | |
| 8/2013 | |
| 9/2013 | |
| 11/2013 | |
| 12/2013 | |
| 1/2014 | |
| 3/2014 | |
| 4/2014 | |
| 5/2014 | |
| 6/2014 | |
| 7/2014 | |
| 8/2014 | |
| 9/2014 | |
| 10/2014 | |
| 11/2014 | |
| 12/2014 | |
| 1/2015 | |
| 2/2015 | |
| 3/2015 | |
| 4/2015 | |
| 5/2015 | |
| 6/2015 | |
| 7/2015 | |
| 8/2015 | |
| 9/2015 | |
| 10/2015 | |
| 11/2015 | |
| 12/2015 | |
| 1/2016 | ~55 |
| 2/2016 | ~30 |
| 3/2016 | ~60 |
| 4/2016 | ~60 |
| 5/2016 | ~165 |
| 6/2016 | ~115 |
| 7/2016 | ~115 |
| 8/2016 | ~115 |
| 9/2016 | ~40 |