# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION
DUCES TECUM OF CORPORATE REPRESENTATIVE(S)
OF DEFENDANTS**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, will take the deposition of COOK GROUP, INC., COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL, LLC, COOK INCORPORATED, MEDICAL ENGINEERING AND DEVELOPMENT INSTITUTE, INC., COOK MEDICAL TECHNOLOGIES, COOK DENMARK INTERNATIONAL APS, COOK DENMARK HOLDING APS, COOK GROUP EUROPE APS, COOK NEDERLAND BV, and WILLIAM COOK EUROPE APS (hereinafter collectively referred to as "Cook" and/or "Defendants") on April 27, 2015, at 10:00 a.m. at the offices of Cohen & Malad, LLP, or at another location mutually agreed upon by the parties, and will continue day to day, Sundays and holidays excepted, until completed. Pursuant to Fed. R. Civ. P. 30(b)(6), Cook shall designate and produce a designated representative or representatives, as may be required, to testify on its behalf concerning the topics identified in Exhibit A attached hereto.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. The deposition will also be videotaped.

PLEASE TAKE FURTHER NOTICE that Cook is to produce at the deposition the documents and tangible things identified in Exhibit B attached hereto.

Respectfully submitted,
**COHEN & MALAD, LLP**

*/s/ Irwin B. Levin*
Irwin B. Levin, IN Atty. No. 8786-49
**COHEN & MALAD, LLP**
One Indiana Square, #1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com

***Lead Counsel for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a true and correct copy of the foregoing Notice of Deposition was served by U.S. Mail and electronic mail on the following:

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
211 North Pennsylvania Street, Suite 1800
Indianapolis, IN 46204
jbabione@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
jboyers@woodmclaw.com

Sandra L. Davis
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
sdavis@woodmclaw.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
dking@woodmclaw.com

Christopher D. Lee
WOODEN & MCLAUGHLIN LLP
21 SE Third Street, Suite 900
Evansville, IN 47708
clee@woodmclaw.com

Kip S. McDonald
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
kmcdonald@woodmclaw.com

/s/ Irwin B. Levin
Irwin B. Levin

# EXHIBIT A

## Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibits A and B hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "Cook" means defendant COOK GROUP, INC., COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL, LLC, COOK INCORPORATED, MEDICAL ENGINEERING AND DEVELOPMENT INSTITUTE, INC., COOK MEDICAL TECHNOLOGIES, COOK DENMARK INTERNATIONAL APS, COOK DENMARK HOLDING APS, COOK GROUP EUROPE APS, COOK NEDERLAND BV, WILLIAM COOK EUROPE APS, and any of its subsidiaries, affiliates, officers, agents, attorneys, employees, representatives, or others acting on its behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "IVC Filter" means all IVC filters manufactured or distributed by Cook or its predecessors prior to assignment or sale of such filters to Cook. Also included is any device intended to retrieve any filter or to introduce any filter into the body.

5. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including

documents attached to or used in the preparation of or concerning the preparation of the documents.

6. "Documents" as used in this Request is coextensive with the meaning of the terms "documents" and "tangible things" in FRCP 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under FRCP 34. Consistent with the above definition, the term document shall include, without limitation, any written, printed, typed, photostatic, photographed, recorded, computer-generated, computer-stored, or otherwise maintained or reproduced communication or representation, any data compilation in any form, whether comprised of letters, words, numbers, pictures, sounds, bytes, e-mails, electronic signals or impulses, electronic data, active files, deleted files, file fragments, or any combination thereof including, without limitation, all memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, projections, estimates, working papers, accounts, analytical records, reports and/or summaries of investigations, opinions or reports of consultants, opinions or reports of experts, opinions or reports of accountants, other reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, instructions, minutes of meetings or communications of any type, including inter- and intra-office communications, questionnaires, surveys, charts, graphs, photographs, phonographs, films, tapes, discs, data cells, drums, printouts, all other compiled data which can be obtained (translated, if necessary, through intermediary or other devices into usable forms), documents maintained on, stored in or generated on any electronic transfer or storage system, any preliminary versions, drafts or revisions of any of the foregoing, and other writings or documents of whatever description or kind, whether produced or authorized by or on behalf of

you or anyone else, and shall include all non-identical copies and drafts of any of the foregoing now in the possession, custody or control of you, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, and/or persons acting on your behalf.

7. "Or" and "and" will be used interchangeably.

### Deposition Subject Matter

Pursuant to Rule 30(b)(6), Cook shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

<u>Sales and Marketing Corporate Structure</u>:

1. The identity of Cook's corporate officers and managers who were and are responsible for sales, marketing, advertising or promotion of Cook IVC Filters, including their titles, duties and dates of such responsibility.

2. The corporate organization and structure of the departments or divisions at Cook responsible for the sale, marketing, advertising or promotion of Cook IVC Filters.

3. The corporate organization and structure of the departments or divisions at Cook responsible for the training of sales representatives concerning the sales, marketing or promotion of Cook IVC Filters.

<u>Marketing Strategies</u>:

4. The corporate structure, organization, strategy and manner of promotion concerning the sale, marketing, advertising or promotion of Cook IVC Filters to the following health care providers:

    a. Cardiologists and other cardiac health care providers;

  b.  Primary care physicians;

  c.  Physician assistants and nurse practitioners;

  d.  Long term care facilities;

  e.  Adult home and group home facilities;

  f.  Nursing home facilities;

  g.  Any other healthcare providers for which there was a separate structure, organization, strategy or manner of promotion concerning the sale, marketing, advertising or promotion of Cook IVC Filters to such providers.

5. The identity of all third party consultants and entities that were or are responsible in any way for the sale, marketing, advertising or promotion of Cook IVC Filters within or outside theUnited States, and the nature and dates of their responsibilities.

<u>International Sales, Marketing and Promotion of Cook IVC Filters</u>:

6. Cook's corporate organization and structure concerning the sale, marketing, advertising and promotion of Cook IVC Filters outside the United States.

7. The identity of Cook's corporate officers and managers both within and outside the United States who were or are responsible for the sale, marketing, advertising and promotion of Cook IVC Filters outside the United States.

8. The identity of all third party consultants and entities that were or are responsible in any way for the sale, marketing, advertising or promotion of Cook IVC Filters outside the United States, and the nature and dates of their responsibilities.

9. The identity of all foreign sales and marketing partners, joint ventures and the like for the sale and/or marketing of Cook IVC Filters (or by whatever name called worldwide) in countries other than the United States.

Sales and Marketing Materials Approval, Organization and Identity:

10. The manner in which advertising, promotional, sales and marketing materials regarding Cook IVC Filters are organized and/or numbered, where exemplars of these materials are located, and the manner in which the dates of approval and use of such materials may be identified. As used in this Notice, advertising, promotional, sales and marketing materials include but are not limited to all print and broadcast advertisements, sales aids, visuals, sales scripts, question and answer guides, sales, implementation and resource guides (including but not limited to hyperglycemia/diabetes resource guides), reminder pieces, promotional items, and any and all other materials referenced in 21 C.F.R. 202.1, subdivisions (l)(1) and (l)(2).

11. The manner in which advertising, promotional, sales and marketing materials regarding Cook IVC Filters are approved by Cook for use or distribution, including the identity of departments and individuals involved in approval, the data required for approval, and regulatory guidance used.

12. The identity of all advertising, promotional, sales and marketing materials regarding Cook IVC Filters, and their dates of approved use.

Education and Training:

13. The identity of persons responsible for training sales representatives regarding the sales, marketing and promotion of Cook IVC Filters, including their titles and dates they responsible for such training.

14. The procedures and practices for the education and training of sales representatives regarding the sales, marketing or promotion of Cook IVC Filters.

15. The identity of materials used for the training of sales representatives concerning the marketing, sales or promotion of Cook IVC Filters.

Government Warnings/Actions re Marketing and Promotional Practices:

16. The identity and nature of all warning letters, notice of violation letters and untitled regulatory letters from the FDA's Division of Drug Marketing, Advertising and Communications concerning Cook IVC Filters, and Cook's responses thereto and actions thereon.

17. The identity and nature of all warnings, objections or criticisms by any regulatory government entity or organization worldwide of any of Cook's advertisements, promotional, sales or marketing materials, strategies or practices, and Cook's responses thereto and actions thereon.

Sales Visit Information:

18. The manner in which information regarding sales and/or detail visits to doctors and healthcare providers from 1996 to the present have been and are recorded and organized, including but not limited to:

    a. The date of the visit;

    b. The identity of any and all sales materials, package inserts or samples that are left with doctor or healthcare providers, or their staff members;

    c. All manner and procedures for recording the length of the visit and the substance of the information provided to the doctor or healthcare providers, or their staff members.

Thought Leaders/Consultants:

19. The identity of all of Cook's speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, psychiatrists, pharmacists and other healthcare providers who receive some form of payment or remuneration from Cook, or an

organization funded in whole or in part by Cook, for the purpose of preparing articles for publication or public speaking) concerning Cook IVC Filters or the conditions or symptoms it treats.

20. All policies and procedures for the payment, remuneration or benefit to Cook's speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, psychiatrists, pharmacists and other healthcare providers who receive some form of payment or remuneration from Cook, or an organization funded in whole or in part by Cook, for the purpose of preparing articles for publication or public speaking) concerning Cook IVC Filters or the conditions or symptoms it treats.

21. The identity of the manner of payment, remuneration or benefit to Cook's speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, psychiatrists, pharmacists and other healthcare providers who receive some form of payment or remuneration from Cook, or an organization funded in whole or in part by Cook, for the purpose of preparing articles for publication or public speaking) concerning Cook IVC Filters or the conditions or symptoms it treats.

22. The identity of all of Cook's third party consultants or entities for market research, advertising, and promotional, marketing and sales strategies, and the nature of the work done by those consultants and the time periods during which they were retained.

## Exhibit B

## Documents To Be Produced

Sales and Marketing Materials:

1. All documents which index or catalog Cook's advertising, sales and marketing materials (including any and all print and broadcast advertisements, sales aids, visuals, sales scripts, sales guides, reminder pieces and any and all other materials referenced in 21 C.F.R. 202.1, subdivisions (l)(1) and (l)(2)), including but not limited to documents which reflect their identity, dates of use and/or locations of use.

Warnings from Government re: Cook IVC Filter Marketing:

2. All documents which reflect warnings, objections or criticisms by any government entity of Cook's marketing materials or practices for Cook IVC Filters.

Sales Visit Information:

3. All documents which reflect written procedures or guidelines for sales persons or detail people for recording information about doctor and healthcare provider detail visits.

Sales Person Directories:

4. All documents which reflect directories or lists of Cook's individual sales representatives or detail persons who promoted Cook IVC Filters, including but not limited to their names, employer, dates of employment, sales regions/territories and supervisors.

Thought Leaders:

5. All documents which reflect directories or lists of Cook's speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, psychiatrists, pharmacists and other healthcare providers who receive some form of payment or remuneration from Cook, or an organization funded in whole or in part by Cook, for the purpose

of preparing articles for publication or public speaking) concerning Cook IVC Filters or the conditions or symptoms it treats.

6. All emails and interoffice correspondence regarding the sale or marketing of Cook IVC Filters.

7. All emails and other correspondence between any employee, agent, or consultant retained or employed by Cook and any other person or entity regarding the sale or marketing of Cook IVC Filters.

8. All emails from or to sales or marketing consultants for Cook IVC Filters and all attachments thereto regarding Cook IVC Filters.

9. All emails between any Cook sales or detail personnel having to do with complaints or potential complaints about Cook IVC Filters.

10. Sales brochures, web pages, marketing materials, and advertisements regarding Cook IVC Filters.