# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff(s)

___Ervin Eugene Davidson & Peggy Ann Davidson_____

Civil Case #_1:16-cv-2321_____

## NOTICE OF APPEARANCE

I am otherwise authorized to practice before this Court regarding Case No.: 1:14-ml-2570-RLY-TAB and I appear in this case as counsel for Ervin Eugene Davidson & Peggy Ann Davidson.

Respectfully submitted,

LAW OFFICES OF HENRY S. QUEENER, III

___/s/Henry S.Queener_____
HENRY S. QUEENER
TN BPR # 021249
213 5TH AVENUE, NORTH
SUITE 200
NASHVILLE, TN 37219
PHONE (615) 933-9000
FAX (615) 732-1531
HQUEENER@QUEENERLAW.COM
ATTORNEY FOR THE PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

      I herby certify that a true and correct copy of the foregoing was electronically filed on this the 30th day of August, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                      <u>   /s/ Henry Queener          </u>
                                                      Henry S. Queener