IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s)

   Dotsy Ogle

Civil Case # 1:16-cv-2326

## NOTICE OF APPEARANCE

I am otherwise authorized to practice before this Court regarding Case No.: 1:14-ml-2570-RLY-TAB and I appear in this case as counsel for Dotsy Ogle.

Respectfully submitted,

LAW OFFICES OF HENRY S. QUEENER, III

   /s/Henry S.Queener
HENRY S. QUEENER
TN BPR # 021249
213 5TH AVENUE, NORTH
SUITE 200
NASHVILLE, TN 37219
PHONE (615) 933-9000
FAX (615) 732-1531
HQUEENER@QUEENERLAW.COM
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I herby certify that a true and correct copy of the foregoing was electronically filed on this the 30th day of August, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                ___/s/ Henry Queener_____  
                                                Henry S. Queener