# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiff(s)

   Cynthia Diane Lawson

Civil Case # 1:16-cv-2324

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to F.R.C.P. 41(a)(1)(A)(i) plaintiff Cynthia Diane Lawson hereby gives notice that the above styled case ONLY should be dismissed, without prejudice, due to her causes of action against these defendants already pending in this Multi District Litigation Case No.: 1:14-ml-2570-RLY-TAB MDL No.:2570 as case civil case#: 1:16-cv-1336 before the United States District Court for the Southern District of Indiana, Indianapolis Division.

       Respectfully submitted,

       LAW OFFICES OF HENRY S. QUEENER, III


         /s/Henry S.Queener
       HENRY S. QUEENER
       TN BPR # 021249
       213 5TH AVENUE, NORTH
       SUITE 200
       NASHVILLE, TN 37219
       PHONE (615) 933-9000
       FAX (615) 732-1531
       HQUEENER@QUEENERLAW.COM
       ATTORNEY FOR THE PLAINTIFF


## CERTIFICATE OF SERVICE

    I herby certify that a true and correct copy of the foregoing was electronically filed on this the 19th day of September, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.


         /s/ Henry Queener
       Henry S. Queener