IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
James Cunningham

Civil Case # 1:16-cv-2279

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Sofia E. Bruera, counsel for **James Cunningham**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Sofia E. Bruera**
**PIERCE SKRABANEK BRUERA, PLLC**
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-Mail: sofia@psbfirm.com

Dated: 9/19/2016

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

To all registered counsel by CM/ECF
All non-registered counsel of record shall be served by Plaintiffs' Lead Counsel.