IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.  Case closed.
9/20/16

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

__Cynthia Diane Lawson__

Civil Case #_ 1:16-cv-2324_

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to F.R.C.P. 41(a)(1)(A)(i) plaintiff Cynthia Diane Lawson hereby gives notice that the above styled case ONLY should be dismissed, without prejudice, due to her causes of action against these defendants already pending in this Multi District Litigation Case No.: 1:14-ml-2570-RLY-TAB MDL No.:2570 as case civil case#: 1:16-cv-1336 before the United States District Court for the Southern District of Indiana, Indianapolis Division.