# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| ARTHUR GAGE | |
| Civil Case No. 1:14-cv-1875-RLY-TAB | |

## DESIGNATION OF LEAD COUNSEL

Please take notice that Michael T. Gallagher will serve as lead counsel and attorney in charge for Arthur Gage in the above-entitled and numbered cause.

Dated:  September 22, 2016   Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
pamm@gld-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2016 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
