# EXHIBIT C

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Wednesday, September 21, 2016 11:18 AM
**To:** Pierson, Andrea Roberts
**Cc:** Kim Aguilera; Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews
**Subject:** Re: Hill deposition - Cook IVC Filter

I am the attorney on the team who has the relationship with her. She prefers that I'd be present at the deposition. I am sure you understand.

Sent from my iPhone

On Sep 21, 2016, at 5:12 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Joe – I understood Mike to be co-lead on the Hill case.  Is there no other lawyer (Mike or otherwise) who can cover in your absence?  If no one else can do it and you cannot put Mrs. Hill up before Nov 1, so be it.  Please confirm that is the case.

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Wednesday, September 21, 2016 10:37 AM
**To:** Pierson, Andrea Roberts
**Cc:** Kim Aguilera; Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews
**Subject:** Re: Hill deposition - Cook IVC Filter

Neither she is or me.

Sent from my iPhone

On Sep 21, 2016, at 4:35 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Kim, what dates is she available between today and October 21?

Sent from my iPhone

On Sep 21, 2016, at 10:17 AM, Kim Aguilera <kaguilera@babbitt-johnson.com> wrote:

Mrs. Hill is available on November 1, 2016 for her deposition. As you are aware, she is a resident of Dunnellon, Marion County, Florida.

Please let me know if this date is agreeable.


Kimberley Aguilera
Paralegal
Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500
(561) 684-6308 - Facsimile

**From:** Joe Johnson
**Sent:** Tuesday, September 20, 2016 8:35 PM
**To:** Pierson, Andrea Roberts
**Cc:** Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews; Kim Aguilera
**Subject:** Re: Hill deposition - Cook IVC Filter

In trial next week

Sent from my iPhone

On Sep 20, 2016, at 11:11 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Look forwarding to receiving them.  I can also do late next week with a little planning, if we can get Mrs. Hill's discovery responses back early next week.  Thanks.

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Monday, September 19, 2016 11:24 PM
**To:** Pierson, Andrea Roberts
**Cc:** Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews; Kim Aguilera
**Subject:** Re: Hill deposition - Cook IVC Filter

I am not refusing anything. Your emails simply select dates out of thin air without regard for my schedule or my clients schedule. I have asked my office to coordinate Mrs. Hill's availability with my schedule and will provide dates to you.

Sent from my iPhone

On Sep 19, 2016, at 11:08 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Joe – I want to be sure I am understanding you correctly.  Are you refusing to put Mrs. Hill up for deposition prior to November? Please confirm.

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Monday, September 19, 2016 4:48 PM
**To:** Pierson, Andrea Roberts
**Cc:** Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews; Kim Aguilera
**Subject:** Re: Hill deposition - Cook IVC Filter

I know without looking at my calendar those dates do not work. I am on vacation this week and start a trial the week of September 26 after which I am in Seattle Washington, followed by depositions and a mediation October 6 and seventh. The dates you are suggesting are just not workable given my schedule. We are going to have to look at November dates.

Sent from my iPhone

On Sep 19, 2016, at 7:46 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Thanks, Joe.  Please also check on Oct 4, 5, 10, and 12.  Safe travels.

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Monday, September 19, 2016 1:43 PM
**To:** Pierson, Andrea Roberts
**Cc:** Reilly, Patrick H.; Rutigliano, Anna C.; Ben Martin; Michael Heaviside; David Matthews; Kim Aguilera
**Subject:** Re: Hill deposition - Cook IVC Filter

I have a conflict on October 11. I am currently on vacation but will contact the client and provide you with dates of our availability along with a suggested location.

Sent from my iPhone

On Sep 19, 2016, at 6:16 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Joe – We'd like to take Mrs. Hill's deposition on October 11.  Does that work for you and Mrs. Hill? Should we notice for your office or another location.  Thanks.

Andrea Roberts Pierson
*Partner*
andrea.pierson@FaegreBD.com    Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA