# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

# CASE MANAGEMENT ORDER # 19
# (BELLWETHER TRIAL PLAN)

Following the Court's selection of three matters as bellwether trial cases in this MDL, the Court issues this Bellwether Trial Plan, which supersedes and amends the Court's Case Management Order No. 17.

1. Motions for Leave to Amend:  All motions for leave to amend the pleadings or to join additional parties in bellwether trial cases shall be filed on or before the dates listed below.

| *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|
| October 14, 2016. | March 14, 2017 | July 14, 2017 |

2. Bellwether Depositions:  Case-Specific Fact Depositions in Bellwether Cases shall be limited to (1) Plaintiff(s); Plaintiff's treating physicians, (3) sales representatives directly associated with the sale of the specific product implanted in the plaintiff, and (4) two additional fact witnesses.  The parties agree that the sales representative depositions will generally occur prior to implanting/retrieval physician depositions.  If the parties disagree regarding the proper sequencing of depositions, and sequence of question in depositions, in a specific Bellwether case, they will meet and confer prior to contacting the Court for assistance in resolving the issue.  Additional Case-Specific depositions may be taken by agreement or by leave of Court upon good cause shown.

3. Expert Disclosures:  Plaintiffs and Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before the dates listed below.  The parties agree to provide dates each of their experts are available for deposition with their expert disclosures.

|  | *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|---|
| Plaintiffs | January 16, 2017 | June 16, 2017 | October 18. 2017 |
| Defendants | March 16, 2017 | August 16. 2017 | December 18, 2017 |

4. <u>Certification of Intent to Proceed to Trial:</u>  Concurrent with their expert disclosures for each bellwether case, Plaintiffs' Counsel shall file and serve a certification that they have had a detailed conversation with the plaintiff(s) in the relevant bellwether case regarding the status of the case, the strengths and weaknesses of the plaintiffs' legal claims, the time, expense, and cost of proceeding through to the end of trial, and the potential consequences of losing at trial, and that plaintiff(s) and their counsel intend, at the time of the certification, to proceed to trial in the relevant bellwether case.

5. <u>Independent Medical Examinations:</u>  Any independent medical examinations of the plaintiff shall be requested by Defendants on or before the dates listed below.  The parties shall work together to establish a protocol for IMEs.

| *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|
| February 20, 2017. | July 20, 2017 | November 20, 2017 |

6. <u>Close of Discovery:</u>  Discovery must be complete the dates listed below.

|  | *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|---|
| Non-Expert | April 20, 2017 | September 20, 2017 | January 19, 2018 |
| Expert | May 19, 2017 | October 20. 2017 | February 20, 2018 |

7. <u>Motions for Summary Judgment and *Daubert* Motions:</u>  Motions for summary judgment and *Daubert* motions regarding the limitation or exclusion of expert testimony are due on or before the dates listed below.  The briefing schedule for motions for summary judgment and *Daubert* motions is controlled by Local Rule 56-1.

| *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|
| June 9, 2017. | December 8, 2017 | April 9, 2018 |

8. <u>Summary Judgment Requirements:</u>  Absent prior leave of the Court, and for good cause shown, all issues raised in a motion for summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.  If a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party prior to the deadline for motions for summary judgment, such expert disclosures must be served on opposing counsel no later than 90 days prior to the filing of a motion for summary judgment.  If such expert disclosures are served, the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment.

9. <u>Bifurcation:</u>  Any party who believes that bifurcation of trial is appropriate with respect to any issue or claim shall notify the Court as soon as practicable and no later than the dates listed below

| *Hill* | *Second Bellwether* | *Third Bellwether* |
|---|---|---|
| July 20, 2017. | January 19, 2018 | April 20, 2018 |

10. <u>Witness and Exhibit Lists:</u>  All parties shall file and serve their final witness and exhibit lists for each of the bellwether trial cases 30 days before the final pretrial conference for each case.  The lists should reflect the specific potential witnesses the party may call at each bellwether trial.  It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements.  The list of final witnesses shall include a brief synopsis of the expected testimony.

11. <u>Trial Date:</u>  Trial in the *Hill* matter is set to begin Monday, October 2, 2017.  Trial in the Second Bellwether will start April 5, 2018, and trial in the Third Bellwether will start August 9, 2018.

12. <u>Dismissal:</u>  Should any bellwether case be dismissed, the parties shall immediately meet and confer and shall present their recommended course of action to the Court within seven days of the dismissal.  The Court will determine which case, if any, will take the place of the dismissed case, and further will identify any adjustments to the schedule contained herein to best ensure the fair and efficient administration of justice.

**SO ORDERED** this:

_____
Hon. Richard Young
United States District Court
Southern District of Indiana

3