UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01973-RLY-TAB | 1:16-cv-02394-RLY-TAB |
| 1:16-cv-02066-RLY-TAB | 1:16-cv-02395-RLY-TAB |
| 1:16-cv-02130-RLY-TAB | 1:16-cv-02396-RLY-TAB |
| 1:16-cv-02156-RLY-TAB | 1:16-cv-02398-RLY-TAB |
| 1:16-cv-02254-RLY-TAB | 1:16-cv-02405-RLY-TAB |
| 1:16-cv-02255-RLY-TAB | 1:16-cv-02420-RLY-TAB |
| 1:16-cv-02258-RLY-TAB | 1:16-cv-02421-RLY-TAB |
| 1:16-cv-02264-RLY-TAB | 1:16-cv-02435-RLY-TAB |
| 1:16-cv-02279-RLY-TAB | 1:16-cv-02442-RLY-TAB |
| 1:16-cv-02281-RLY-TAB | 1:16-cv-02447-RLY-TAB |
| 1:16-cv-02309-RLY-TAB | 1:16-cv-02459-RLY-TAB |
| 1:16-cv-02323-RLY-TAB | 1:16-cv-02460-RLY-TAB |
| 1:16-cv-02332-RLY-TAB | 1:16-cv-02462-RLY-TAB |
| 1:16-cv-02367-RLY-TAB | 1:16-cv-02464-RLY-TAB |
| 1:16-cv-02374-RLY-TAB | 1:16-cv-02483-RLY-TAB |
| 1:16-cv-02377-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: September 23, 2016  /s/ John C. Babione
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John C. Babione