UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## Plaintiffs' Tender of Proposed CMO 19 (Bellwether Trial Schedule)

1. On September 8, 2017, this Court held a status conference in which the Court addressed the parties' proposed bellwether pre-trial and trial schedules.

2. During the hearing, the Court heard extensive argument on whether the three bellwether trials should be litigated simultaneously to ensure that if the first trial does not go forward, the parties can fill the October 2017 trial spot with another bellwether trial.

3. During the hearing, this Court agreed that the parties should work to ensure each of the three bellwether trials would be ready to go in October 2017: "I don't mean to interrupt, but if I set aside three or four weeks to try Hill and it, and it is resolved, I am going to want to have something ready to go to fill that three or four weeks." [Hrg. Transcript at 33.]

4. The Court went further: "I would want to make sure that if we do set aside basically October to try Hill, that case is not ready to go or is not going for

US.108011109.04

whatever reason, I would want something in this MDL to fill that time slot." [Hrg. Transcript at 34.]

5. Plaintiffs believe the issue has been resolved and have already tendered a proposed CMO consistent with the Court's statements.[1]

6. Cook has now tendered a six-page brief (with more than seventy pages of attachments) re-arguing this issue. [*See* Dkt. No. 2643.]

7. Plaintiffs will not rehash all of the arguments made during the September 8, 2017, hearing; instead, Plaintiffs simply request the Court to enter the attached bellwether trial schedule.[2]

Respectfully submitted this 23rd day of September, 2016.

        Respectfully submitted,

        RILEY WILLIAMS & PIATT, LLC

        */s/ Joseph N. Williams*
        Joseph N. Williams, Atty. No. 25874-49
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email:    jwilliams@rwp-law.com

        *Liaison Counsel to Plaintiffs Steering*
        *Committee and on behalf of Plaintiffs*
        *Steering Committee*

---

[1] The proposed CMO, which is attached to this tender as Exhibit A, was e-mailed to Ms. Doyle on September 22, 2016.

[2] Cook has also filed a motion requesting that both of their bellwether cases be tried before the Plaintiffs' selection. [Dkt. No. 2645.] Plaintiffs are preparing a response and will file that response shortly.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Joseph N. Williams*
                                          Joseph N. Williams

US.108011109.04