UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

# CASE MANAGEMENT ORDER # 19
# (BELLWETHER TRIAL PLAN)

Following the Court's selection of three matters as bellwether trial cases in this MDL, the Court issues this Bellwether Trial Plan, which supersedes and amends the Court's Case Management Order No. 17. It is the Court's intention that should the *Hill* case resolve prior to October 2, 2017, then the *Brand* case shall be tried on October 2, 2017. If both the *Hill* and *Brand* cases are resolved prior to October 2, 2017, then the *Gage* case shall be tried on October 2, 2017. As such, each of the deadlines below apply to all three bellwether cases.

1. <u>Motions for Leave to Amend:</u>  All motions for leave to amend the pleadings or to join additional parties in bellwether trial cases shall be filed on or October 14, 2016.

2. <u>Bellwether Depositions:</u>  Case-Specific Fact Depositions in Bellwether Cases shall be limited to (1) Plaintiff(s); Plaintiff's treating physicians, (3) sales representatives directly associated with the sale of the specific product implanted in the plaintiff, and (4) two additional fact witnesses.  The parties agree that the sales representative depositions will generally occur prior to implanting/retrieval physician depositions.  If the parties disagree regarding the proper sequencing of depositions, and sequence of question in depositions, in a specific Bellwether case, they will meet and confer prior to contacting the Court for assistance in resolving the issue.  Additional Case-Specific depositions may be taken by agreement or by leave of Court upon good cause shown.

3. <u>Expert Disclosures:</u>  Plaintiffs and Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before the dates listed below.  The parties agree to provide dates each of their experts are available for deposition with their expert disclosures.

| Plaintiffs | January 16, 2017 |
|---|---|
| Defendants | March 16, 2017 |

4. <u>Independent Medical Examinations:</u>  Any independent medical examinations of the plaintiff shall be requested by Defendants on or February 20, 2017.  The parties shall work together to establish a protocol for IMEs.

5. <u>Close of Discovery:</u>  Non-expert discovery must be completed by April 20, 2017. Expert discovery must be completed by May 19, 2017.

6. <u>Motions for Summary Judgment and *Daubert* Motions:</u>  Motions for summary judgment and *Daubert* motions regarding the limitation or exclusion of expert testimony are due on or before June 9, 2017.  The briefing schedule for motions for summary judgment and *Daubert* motions is controlled by Local Rule 56-1.

7. <u>Summary Judgment Requirements:</u>  Absent prior leave of the Court, and for good cause shown, all issues raised in a motion for summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.  If a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party prior to the deadline for motions for summary judgment, such expert disclosures must be served on opposing counsel no later than 90 days prior to the filing of a motion for summary judgment.  If such expert disclosures are served, the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment.

8. <u>Witness and Exhibit Lists:</u>  All parties shall file and serve their final witness and exhibit lists for each of the bellwether trial cases 30 days before the final pretrial conference for each case.  The lists should reflect the specific potential witnesses the party may call at each bellwether trial.  It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements.  The list of final witnesses shall include a brief synopsis of the expected testimony.

9. <u>Trial Date:</u>  Trial in the first bellwether matter is set to begin Monday, October 2, 2017. After completion of that trial (whether it be the *Hill* case or the *Brand* case), the second bellwether trial shall begin Monday March 6, 2018. Trial in the Third Bellwether will start August 9, 2018

**SO ORDERED** this:

3

_____
Hon. Richard Young
United States District Court
Southern District of Indiana

US.108011109.04

**AGREED TO BY:**

| | |
|---|---|
| *s/*_____ | */s/*_____ |
| Michael W. Heaviside, Co-Lead Counsel | Andrea Roberts Pierson, Co-Lead Counsel |
| HEAVISIDE REED ZAIC | John T. Schlafer |
| 910 17th Street, N.W. Suite 800 | FAEGRE BAKER DANIELS LLP |
| Washington DC 20006 | 300 North Meridian Street, Suite 2700 |
| Tel:   (949)715-5120 | Indianapolis, Indiana  46204 |
| Fax:   (949)715-5123 | Tel:   (317) 237-0300 |
| mheaviside@hrzlaw.com | Fax:   (317) 237-1000 |
| | andrea.pierson@faegrebd.com |
| Ben C. Martin, Co-Lead Counsel | john.schlafer@faegrebd.com |
| LAW OFFICE OF BEN C. MARTIN | |
| 3219 McKinney Ave., Ste, 100 | James Stephen Bennett, Co-Lead Counsel |
| Dallas, TX 75204 | FAEGRE BAKER DANIELS LLP |
| Tel:   (214) 761-6614 | 110 W. Berry Street, Suite 2400 |
| Fax:   (314) 744-7590 | Fort Wayne, Indiana  46802 |
| bmartin@bencmartin.com | Tel:   (260) 424-8000 |
| | Fax:   (260) 460-1700 |
| David P. Matthews, Co-Lead Counsel | stephen.bennett@faegrebd.com |
| MATTHEWS & ASSOCIATES | |
| 2905 Sackett St. | Douglas B. King, Co-Lead Counsel |
| Houston, TX  77098 | James M. Boyers |
| Tel:   (7130 522-5250 | WOODEN MCLAUGHLIN LLP |
| Fax:   (713) 535-7136 | One Indiana Square, Suite 1800 |
| dmatthews@thematthewslawfirm.com | Indianapolis, IN 46204-4208 |
| | Tel:   (317) 639-6151 |
| *Lead Co-Counsel for Plaintiffs* | Fax:   (317) 639-6444 |
| | doug.king@woodenmclaughlin.com |
| | jim.boyers@woodenmclaughlin.com |
| | |
| | *Counsel for Cook Defendants* |

1504039-1 (10909-0412)