UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Actions | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

ORDER QUASHING DEPOSITION NOTICES
FOR DEPOSITIONS RELATING TO THE *BRAND* AND *GAGE* CASES

This cause having come before the Court on Cook's Motion to Quash Deposition Notices for Depositions Relating to the *Brand* and *Gage* cases, the Court, being duly advised, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the deposition motions related to the *Brand* and *Gage* cases should be quashed, and the Parties should not schedule depositions in the *Brand* and *Gage* cases until the plaintiff, implanting surgeon, and revising surgeon in the *Hill* case have been deposed.

IT IS SO ORDERED.

Dated: _____

_____
Chief Judge, Richard L. Young
United States District Court
Southern District of Indiana

Distribution to:
All counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel