# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                            MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:
        1:14-cv-06018-RLY-TAB
        Tonya Brand
_____

### VIDEOTAPED DEPOSITION NOTICE OF MARK JAMES RHEUDASIL, MD

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff, by and through their undersigned attorneys, will take the deposition of **Mark James Rheudasil, MD on October 25, 2016, at 9:00 a.m.** at the following location: Vascular Institute of Georgia, 5673 Peachtree Dunwoody Road #625, Atlanta, GA 30342.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.  The deposition will also be videotaped.

Dated: September 19, 2016                  */s/ Ben C. Martin*_____
                                            Ben C. Martin, Bar No. 13052400
                                            **The Law Office of Ben C. Martin**
                                            3710 Rawlins Street, Suite 1230
                                            Dallas, TX 75219
                                            Telephone: (214) 761-6614
                                            Facsimile: (214) 744-7590
                                            bmartin@bencmartin.com

                                            *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2016, a true and correct copy of the foregoing Notice of Deposition was served by U.S. Mail and electronic mail on the following:

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
211 North Pennsylvania Street, Suite 1800
Indianapolis, IN 46204
jbabione@woodmclaw.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
dking@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
jboyers@woodmclaw.com

Robert Simmons
WOODEN & MCLAUGHLIN LLP
21 SE Third Street, Suite 900
Evansville, IN 47708
clee@woodmclaw.com

Kip S. McDonald
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
kmcdonald@woodmclaw.com

*/s/ Ben C. Martin*
Ben C. Martin

2