UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## COOK DEFENDANTS' MOTION TO ENTER PROPOSED CASE MANAGEMENT ORDER REGARDING PROTOCOL FOR DEPOSITIONS IN BELLWETHER CASES

The Cook defendants ("Cook") respectfully request that the Court enter the attached proposed case management order regarding protocol for depositions in bellwether cases.  This proposed order better contemplates the bellwether trial plan, and similar to bellwether-specific deposition protocols entered in other MDLs, provides guidance on issues that are specific to bellwether depositions.  For these reasons, and based on (i) this Motion and (ii) Cook's supporting memorandum of law, the Court should enter the attached proposed case management order regarding protocol for depositions in bellwether cases.

Dated: September 26, 2016                Respectfully submitted,

By /s/ Andrea Roberts Pierson

Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:     (317) 237-0300
Facsimile:     (317) 237-1000
Email:         andrea.pierson@faegrebd.com
               john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:      (260) 424-8000
Facsimile:       (260) 460-1700
Email:               stephen.bennett@faegrebd.com

Douglas B. King, Co-Lead Counsel
James M. Boyers
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana  46204-4208
Telephone:      (317) 639-6151
Facsimile:       (317) 639-6444
Email:            doug.king@woodenmclaughlin.com
                     jim.boyers@woodenmclaughlin.com

*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2016, a copy of the foregoing Motion In Support Of Case Management Order Regarding Protocol For Depositions In Bellwether Cases was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                              /s/ Andrea Roberts Pierson