# EXHIBIT A

**Filings per Month Through 9-13-2016**

| Month | Filings (approx.) |
|---|---|
| 8/2010 | <1 |
| 11/2012 | <1 |
| 1/2013 | <1 |
| 3/2013 | 1 |
| 6/2013 | 3 |
| 7/2013 | 1 |
| 8/2013 | 2 |
| 9/2013 | 2 |
| 11/2013 | 1 |
| 12/2013 | 2 |
| 1/2014 | 1 |
| 3/2014 | 3 |
| 4/2014 | 2 |
| 5/2014 | 4 |
| 6/2014 | 3 |
| 7/2014 | 1 |
| 8/2014 | 2 |
| 9/2014 | 4 |
| 10/2014 | 4 |
| 11/2014 | 14 |
| 12/2014 | 4 |
| 1/2015 | 5 |
| 2/2015 | 12 |
| 3/2015 | 6 |
| 4/2015 | 10 |
| 5/2015 | 4 |
| 6/2015 | 2 |
| 7/2015 | 13 |
| 8/2015 | 3 |
| 9/2015 | 9 |
| 10/2015 | 23 |
| 11/2015 | 11 |
| 12/2015 | 18 |
| 1/2016 | 56 |
| 2/2016 | 30 |
| 3/2016 | 58 |
| 4/2016 | 59 |
| 5/2016 | 164 |
| 6/2016 | 114 |
| 7/2016 | 117 |
| 8/2016 | 114 |
| 9/2016 | 39 |