# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:14-cv-01875-RLY-TAB
    Arthur Gage

### **VIDEOTAPED DEPOSITION NOTICE OF MARK J. GOODWIN, MD**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Plaintiff, by and through their undersigned attorneys, will take the deposition of **Mark J. Goodwin, MD on November 3, 2016 at 9:00 a.m.** at the following location: Doctor & Clinic, 801 S. Washington Street, 4th Floor, Naperville, IL.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. The deposition will also be videotaped.

Dated: September 19, 2016

                                                                               */s/ Ben C. Martin*
                                                                               Ben C. Martin, Bar No. 13052400
                                                                               **The Law Office of Ben C. Martin**
                                                                               3710 Rawlins Street, Suite 1230
                                                                               Dallas, TX 75219
                                                                               Telephone: (214) 761-6614
                                                                               Facsimile: (214) 744-7590
                                                                               bmartin@bencmartin.com

                                                                              *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

       I hereby certify that on September 19, 2016, a true and correct copy of the foregoing Notice of Deposition was served by U.S. Mail and electronic mail on the following:

John Charles Babione, II
WOODEN & MCLAUGHLIN LLP
211 North Pennsylvania Street, Suite 1800
Indianapolis, IN 46204
jbabione@woodmclaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
jboyers@woodmclaw.com

Kip S. McDonald
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
kmcdonald@woodmclaw.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-2019
dking@woodmclaw.com

Robert Simmons
WOODEN & MCLAUGHLIN LLP
21 SE Third Street, Suite 900
Evansville, IN 47708
Robert.simmons@woodmclaw.com

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin