IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

The parties have requested a telephonic conference with the Court to address discovery matters. Therefore, this cause is set for a telephonic status conference at 1:30 p.m. on October 5, 2016. Parties shall participate in this conference by counsel. Only those who wish to be heard on the issues in question shall participate. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Anyone participating in this conference shall be on the line no later than 1:25 p.m. Anyone calling in after 1:25 p.m. will be denied access to the call.

Date: 10/4/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via CM/ECF.
Copies to all non-registered counsel of record will be made by Plaintiffs' Lead Counsel.