AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| MATTHEW DINDIAL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-ML-2570-RLY-TAB |
| COOK MEDICAL, INC., IVC FILTERS, ET AL | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW DINDIAL - 1:16-CV-02633-TWP-DKL                                                     .

Date:   10/04/2016

/s/ Peyton P. Murphy
*Attorney's signature*

PEYTON P. MURPHY (LSBA#22125)
*Printed name and bar number*
MURPHY LAW FIRM, LLC.
2354 South Acadian Thruway
Baton Rouge, LA 70808

*Address*

peyton@murphylawfirm.com
*E-mail address*

225-928-8800
*Telephone number*

225-264-8780
*FAX number*