IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_James Seal on behalf of Harvis Seal_

Civil Case #_____

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Harvis Seal

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   James Seal

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Mississippi

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Mississippi

6. Plaintiff's/Deceased Party's current state:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Mississippi, Southern Division

8. Defendants (check Defendant against whom Complaint is made):

   ☑ Cook Incorprated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☑ Other: Cook® Tulip Vena Cava Filter

11. Date of Implantation as to each product:
    October 4, 2015

12. Hospital(s) where Plaintiff was implanted (including City and State):
    Slidell Memorial Hospital

13. Implanting Physician(s):
    Adam C. Hankins, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:    Strict Products Liability - Failure to Warn
- ☑ Count II:   Strict Products Liability - Design Defect
- ☑ Count III:  Negligence
- ☑ Count IV:   Negligence Per Se
- ☑ Count V:    Breach of Express Warranty

3

|   |   |   |
|---|---|---|
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable __Mississippi__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☑ | Count VIII: | Loss of Consortium |
| ☑ | Count IX: | Wrongful Death |
| ☑ | Count X: | Survival |
| ☐ | Count XI: | Punitive Damages |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

15. Attorney for Plaintiff(s):
    Stephen B. Murray, Jr. and David A. Onstott

16. Address and bar information for Attorney for Plaintiff(s):
    650 Poydras Street, Suite 2150, New Orleans,
    Louisiana 70130; 23877 LA, 36611 LA

RESPECTFULLY SUBMITTED this <u>4th</u> of <u>October</u>, 2016.

          MURRAY LAW FIRM

          By: <u>*/s/ Stephen B. Murray, Jr.*</u>
              Stephen B. Murray, Jr.
              David A. Onstott
              650 Poydras Street
              Suite 2150
              New Orleans, LA 70130
              Phone: (504) 525-8100
              Fax: (504) 584-5249
              smurrayjr@murray-lawfirm.com
              aonstott@murray-lawfirm.com

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>4th</u> day of <u>October</u>, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

          <u>*/s/ Stephen B. Murray, Jr.*</u>