IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

James Seal on Behalf of Harvis Seal

Civil Case #_____

## MOTION TO WITHDRAW
## PREVIOUSLY FILED COMPLIANT

NOW INTO COURT, through undersigned counsel, come Plaintiff James Seal, who respectfully file this Motion to Withdraw their previously filed Complaint (Doc.2744) for the following reasons:

Plaintiff file in the MDL NO. 2570, instead of the proper docket filing in the individual case file of 16-cv-2658.

WHEREFORE, Plaintiff prays that they be allowed to withdraw the previously filed Complaint (Doc 2744).

Respectfully submitted by,

   *s/ Stephen B. Murray, Jr.*   
Stephen B. Murray, Jr. (LA 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana   70130
T:      504.525.8100
F:      504.584.5249