IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

James Seal on Behalf of Harvis Seal

Civil Case #_____

**PROPOSED ORDER**

Considering the foregoing Motion to Withdraw Previously Filed Complaint**:**

**IT IS HEREBY ORDERED,** that Plaintiff, James Seal's Motion to Withdraw Previously Filed Complaint in the above case

BE AND IS HEREBY GRANTED.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**