IN THE UNITED STATES DISTRICT
COURT  SOUTHERN DISTRICT OF
INDIANA  INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS

MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

---

This Document Relates to Plaintiff(s)

    Carlene E. Covington

    Civil Case # 1:16-cv-2011-RLY-TAB

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

---

COME NOW Jeff S. Gibson and TaKeena M. Thompson of the law firm of Cohen &
Malad, LLP and respectfully move to Withdraw as Counsel for Plaintiff, Carlene E. Covington,
and in support thereof, state the following:

1.    Plaintiff Carlene E. Covington has not been in contact with Counsel for more than
two (2) months despite Counsel's attempts to contact Plaintiff.

2.    Counsel for Plaintiff have made numerous attempts via telephone, email and
United States mail to contact Plaintiff over the last two (2) months without success.

3.    On September 26, 2016, Counsel sent Plaintiff a notice of their intent to withdraw
via regular mail and certified mail, return receipt requested. In the correspondence, Counsel
asked Plaintiff to contact them immediately upon receipt of the same.

4.    Said intent to withdraw letter was delivered and signed for on October 3, 2016 as
evidenced by the signed Return Receipt which is attached hereto as Exhibit "A."

5.      To date, counsel still has not heard from Plaintiff despite their communication to

Plaintiff asking that she contact them immediately upon receipt of the letter.

6.      Plaintiff's last known contact information is as follows:

Mailing Address: 72 Costar Street, Rochester, NY 14608-1113
Phone: (585) 957-3034 and (585) 719-6371
Email: carlenec2010@yahoo.com and anointedcarlene45@gmail.com

7.      Counsel cannot adequately represent Plaintiff without contact with Plaintiff.

WHEREFORE, Jeff S. Gibson and TaKeena M. Thompson respectfully request the Court

grant their Motion to Withdraw as Counsel for Plaintiff Carlene E. Covington effective

immediately.

Respectfully submitted,

COHEN & MALAD, LLP


 /s/ TaKeena M. Thompson____
Jeff S. Gibson, 22362-49
TaKeena M. Thompson, 28807-53
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-259

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record and that a copy was served by United States Mail, first class, postage prepaid, upon the following:

       Carlene E. Covington
       72 Costar Street
       Rochester, NY 14608-1113

       /s/ TaKeena M. Thompson
       TaKeena M. Thompson

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-259