**Exhibit "A"**

