IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

   Carlene E. Covington
   Civil Case # 1:16-cv-2011-RLY-TAB

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Counsel for Plaintiff having filed their Motion to Withdraw as Counsel for Plaintiff, Carlene E. Covington, and the Court having been duly advised in the premises,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Appearances of Jeff S. Gibson and TaKeena M. Thompson on behalf of the Plaintiff in the above-entitled cause of action is hereby withdrawn, effective immediately.

Dated: _____          _____
                                                                                    JUDGE

Distribution to:

Carlene E. Covington
72 Costar Street
Rochester, NY 14608-1113