UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCT LIABILITY LITIGATION MDL ) <br> 2570, ) <br> _____ ) <br> ) <br> This Document Relates to All Actions ) <br> _____ ) | No. 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**GENERAL ORDER REGARDING NOTICE PROCEDURE**

The Court having considered in the above captioned multidistrict litigation ("MDL"), the size of this case, the critical importance of efficient use of resources available to it and the Clerk's Office, and the current number of Notices of Electronic Filing ("NEFs") that are issued when a filing is made in the master case and "spread" to all member cases, now issues this Order discontinuing the issuance of NEFs in the member cases of this MDL.

Currently there are in excess of 250,000 NEFs generated when a filing is docketed in the master case and spread to all member cases. Generating these NEFs takes the Court's CM/ECF system hours to complete and locks the system during that time, *i.e.* no other filings can be made in the master or its associated member cases.

Consequently, to alleviate this burden on the system and the Court's servers, and to eliminate the same NEF being issued to counsel multiple times, effective on or after October 11, 2016, the Southern District of Indiana will **discontinue** its practice of issuing NEFs in the member cases of this MDL.

Therefore, IT IS ORDERED THAT, effective on or after October 11, 2016, NEFs will be sent to all registered counsel in the master case only.  NEFs will no longer be generated in the member cases.  When a new case is filed, an NEF will be generated for that new member case.  Once the case has been associated with the MDL the NEF will be turned off in the member case and an NEF will no longer be generated in that member case.  The Clerk's Office will add an attorney who files a Notice of Appearance in a member case at the time the new complaint is filed to the service list of the master case.  The attorney does not need to also file a Notice of Appearance in the master case to receive service.

Distribution to all non-registered counsel of record and pro se parties is to be made by Plaintiffs' Lead Counsel.

Counsel are advised that the changes to the noticing procedure does not affect how pleadings and other documents are filed. Where appropriate, counsel are still expected to docket filings in the master case and spread to the member cases.

This order shall also apply to any tag-along actions later made a part of this MDL.

Further, Counsel are reminded of their obligation to register for electronic filing pursuant to Local Rule 5-3. The requisite forms are available on the court's website (www.insd.uscourts.gov) under the "Attorneys" and "E-Filing Resources" tabs.

**SO ORDERED** this 7th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana