UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02313-RLY-TAB | 1:16-cv-02495-RLY-TAB |
| 1:16-cv-02359-RLY-TAB | 1:16-cv-02496-RLY-TAB |
| 1:16-cv-02410-RLY-TAB | 1:16-cv-02497-RLY-TAB |
| 1:16-cv-02437-RLY-TAB | 1:16-cv-02508-RLY-TAB |
| 1:16-cv-02440-RLY-TAB | 1:16-cv-02511-RLY-TAB |
| 1:16-cv-02450-RLY-TAB | 1:16-cv-02512-RLY-TAB |
| 1:16-cv-02465-RLY-TAB | 1:16-cv-02514-RLY-TAB |
| 1:16-cv-02466-RLY-TAB | 1:16-cv-02518-RLY-TAB |
| 1:16-cv-02485-RLY-TAB | 1:16-cv-02526-RLY-TAB |
| 1:16-cv-02492-RLY-TAB | 1:16-cv-02527-RLY-TAB |
| 1:16-cv-02494-RLY-TAB | 1:16-cv-02528-RLY-TAB |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 10, 2016       */s/ Douglas B. King*
                              Douglas B. King, #5199-49
                              WOODEN McLAUGHLIN LLP
                              One Indiana Square, Suite 1800
                              Indianapolis, IN 46204-4208
                              Tel: 317-639-6151
                              Fax: 317-639-6444
                              doug.king@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglas B. King

1086562-1 (10909-0412)