UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02538-RLY-TAB | 1:16-cv-02582-RLY-TAB |
| 1:16-cv-02548-RLY-TAB | 1:16-cv-02590-RLY-TAB |
| 1:16-cv-02552-RLY-TAB | 1:16-cv-02591-RLY-TAB |
| 1:16-cv-02555-RLY-TAB | 1:16-cv-02592-RLY-TAB |
| 1:16-cv-02560-RLY-TAB | 1:16-cv-02594-RLY-TAB |
| 1:16-cv-02561-RLY-TAB | 1:16-cv-02595-RLY-TAB |
| 1:16-cv-02562-RLY-TAB | 1:16-cv-02598-RLY-TAB |
| 1:16-cv-02566-RLY-TAB | 1:16-cv-02600-RLY-TAB |
| 1:16-cv-02572-RLY-TAB | 1:16-cv-02607-RLY-TAB |
| 1:16-cv-02577-RLY-TAB | 1:16-cv-02608-RLY-TAB |
| 1:16-cv-02578-RLY-TAB | 1:16-cv-02609-RLY-TAB |
| 1:16-cv-02581-RLY-TAB | |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 10, 2016

*/s/ Douglas B. King*
Douglas B. King, #5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglas B. King

1086562-1 (10909-0412)