UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

> 1:16-cv-02472-RLY-TAB
> 1:16-cv-02473-RLY-TAB
> 1:16-cv-02474-RLY-TAB
> 1:16-cv-02475-RLY-TAB
> 1:16-cv-06043-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 11, 2016          */s/ Kip S. M. McDonald*
                                  Kip S. M. McDonald, #29370-49
                                  WOODEN McLAUGHLIN LLP
                                  One Indiana Square, Suite 1800
                                  Indianapolis, IN 46204-4208
                                  Tel: 317-639-6151
                                  Fax: 317-639-6444
                                  kip.mcdonald@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)