UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                             MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

      1:16-cv-02472-RLY-TAB
      1:16-cv-02473-RLY-TAB
      1:16-cv-02474-RLY-TAB
      1:16-cv-02475-RLY-TAB
      1:16-cv-06043-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook
      Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook
      Medical"); and
      William Cook Europe ApS

Dated: October 11, 2016          */s/ James M. Boyers*
                      James M. Boyers, #20809-49
                      WOODEN McLAUGHLIN LLP
                      One Indiana Square, Suite 1800
                      Indianapolis, IN 46204-4208
                      Tel: 317-639-6151
                      Fax: 317-639-6444
                      jim.boyers@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2016, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


*/s/ James M. Boyers*

1099473-1 (10909-0412)