UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-02472-RLY-TAB
    1:16-cv-02473-RLY-TAB
    1:16-cv-02474-RLY-TAB
    1:16-cv-02475-RLY-TAB
    1:16-cv-06043-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 11, 2016                              */s/ John C. Babione*
                                                                John C. Babione, #23494-49
                                                                WOODEN McLAUGHLIN LLP
                                                               One Indiana Square, Suite 1800
                                                               Indianapolis, IN 46204-4208
                                                                Tel: 317-639-6151
                                                                Fax: 317-639-6444
                                                                john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John C. Babione*