IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Braden Nicholson

 Civil Case #_____

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Braden Nicholson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Brad Nicholson and Sonia Nicholson, Individually, on behalf of the estate of Braden Nicholson, deceased, and on behalf of the wrongful death heirs of Braden Nicholson, Deceased, as decedent's surviving parents under Miss. Code Ann. § 11-7-13.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Mississippi

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Mississippi

6. Plaintiff's/Deceased Party's current state of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Mississippi, Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6 through 26

   b. Other allegations of jurisdiction and venue:

   Plaintiffs are citizens of Mississippi and residents of Richton, Perry County, Mississippi

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

2

      X      Cook Celect® Vena Cava Filter

      ☐      Gunther Tulip Mreye

      ☐      Cook Celect Platinum

      ☐      Other:

      _____

11. Date of Implantation as to each product:

October 14, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Forrest General Hospital, Halliesburg, MS

13. Implanting Physician(s):

Gregory Vickers, MD

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Failure to Warn

    X    Count II:    Strict Products Liability – Design Defect

    X    Count III:    Negligence

    X    Count IV:    Negligence Per Se

    X    Count V:    Breach of Express Warranty

    X    Count VI:    Breach of Implied Warranty

    ☐    Count VII:    Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

| | | |
|---|---|---|
| <u>X</u> | Count IX: | Wrongful Death |
| <u>X</u> | Count X: | Survival |
| <u>X</u> | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Charles R. Houssiere, III and Randal A. Kauffman</u>

16. Address and bar information for Attorney for Plaintiff(s):

        Respectfully submitted,
        **Houssiere, Durant & Houssiere, LLP**

        By: <u>/s/ Randal A. Kauffman</u>
            Charles R. Houssiere, III
            Attorney in Charge
            State Bar No. 10050700
            Randal A. Kauffman
            State Bar No. 11111700
        1990 Post Oak Blvd., Suite 800
        Houston, Texas 77056-3812
        Telephone: (713)626-3700
        Facsimile: (713)626-3709
        ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I hereby certify that on this 7th day of October, 2016, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Randal A. Kauffman*
Charles R. Houssiere, III
Randal A. Kauffman
