# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-02466-RLY-TAB
    Joy Cummings

## DEMAND FOR JURY TRIAL

Plaintiff Joy Cummings hereby demands a trial by jury as to all issues so triable.

Dated: October 14, 2016

                      Respectfully submitted,

                      KASDAN LIPPSMITH WEBER TURNER LLP

                      */s/ Graham B. LippSmith*
                      Graham B. LippSmith
                      500 S. Grand Ave., Suite 1310
                      Los Angeles, CA 90071
                      Telephone: (213) 254-4800
                      Fax: (213) 254-4801
                      glippsmith@klwtlaw.com

                      *Counsel for Plaintiff Joy Cummings*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2016, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Graham B. LippSmith*
                                            Graham B. LippSmith