IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiffs HANI GHAITH and DEANDRA GHAITH

Civil Case # 1:16-cv-02230-RLY-TAB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Hani Ghaith and Deandra D. Ghaith and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(ii), hereby stipulate and agree that all claims in the above-captioned case that had accrued and could have been asserted in this action as of the date of this Stipulation shall be dismissed without prejudice and without costs.

| | |
|---|---|
| Respectfully submitted, | Dated: October 14, 2016 |
| /s/ *Matthew R. Lopez* | /s/ *James M. Boyers* |
| Ramon Rossi Lopez, Esq. (CA Bar No. 86361) | Douglas B. King, Esq., Co-Lead Counsel |
| (admitted pro hac vice) | Cristopher D. Lee, Esq. |
| Matthew Ramon Lopez, Esq. (CA Bar No. 263134) | James M. Boyers, Esq. |
| (admitted pro hac vice) | John C. Babione, Esq. |
| Lopez McHugh LLP | Sandra Davis Jansen, Esq. |
| 100 Bayview Circle, Suite 5600 | Kip S. M. McDonald, Esq. |
| Newport Beach, CA 92660 | WOODEN McLAUGHLIN LLP |
| Telephone: (949) 737-1501 | One Indiana Square, Suite 1800 |
| Facsimile: (949) 737-1504 | Indianapolis, IN 46204-4208 |
| rlopez@lopezmchugh.com | Telephone: (317) 639-6151 |
| mlopez@lopezmchugh.com | Facsimile: (317) 639-6444 |
| | Doug.king@woodenmclaughlin.com |
| | Chris.lee@woodenmclaughlin.com |
| | Jim.boyers@woodenmclaughlin.com |
| *Counsel for Plaintiffs* | John.babione@woodenmclaughlin.com |
| | Sandy.jansen@woodenmclaughlin.com |
| | Kip.mcdonald@woodenmclaughlin.com |
| | *Counsel for Cook Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/*Matthew R. Lopez*