IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs HANI GHAITH and DEANDRA GHAITH

Civil Case # 1:16-cv-02230-RLY-TAB

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter has come before the Court upon the Parties' Stipulation of Dismissal without Prejudice. The Court being duly advised,

IT IS HEREBY ORDERED, AJUDGED, AND DECREED that all claims against Defendants Cook Incorporated, Cook Medical LLP, and William Cook Europe ApS that had accrued and could have been asserted in this action as of the date of the Parties' Stipulation of Dismissal without Prejudice are dismissed without prejudice, with each party to pay their own costs.

SO ORDERED this ____day of October, 2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.