UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' CASE MANAGEMENT ORDER REGARDING COORDINATION WITH STATE COURT LITIGATION**

The Cook Defendants move for a case management order regarding coordination with state court litigation ("Coordination CMO") and request that the court send correspondence regarding coordination between state and federal courts to the judges in each of the currently pending Cook IVC Filter state court product liability actions. The Coordination CMO provides only a general directive to work toward coordination and open communication between this court and the state courts. Having read and considered the parties' submissions, the court finds the motion (Filing No. 2586) should be **DENIED** as unnecessary. The court will address specific coordination matters as they arise in this litigation. All previous motions related to the present motion (Filing Nos. 2361, 2387, 2584) are **DENIED as MOOT**.

**SO ORDERED** this 17th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

2

Distributed Electronically to Registered Counsel of Record.