UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' SUBMISSION ON PROPOSED BELLWETHER TRIAL PLAN**

With respect to the trial plan of the Bellwether cases—*Hill v. Cook Medical, Inc., et al.*, 1:14-cv-6016-RLY-TAB (Celect), *Gage v. Cook Medical, Inc., et al.*, 1:14-cv-1875-RLY-TAB (Günther Tulip), and *Brand v. Cook Medical, Inc., et al.*, 1:14-cv-6018-RLY-TAB (Celect)—the Cook Defendants request that the case management deadlines follow staggered deadlines, such that the trial in *Hill* will begin October 2, 2017, the trial in the Second Bellwether will begin April 2, 2018, and the trial in the Third Bellwether will begin August 6, 2018.  Plaintiffs request that the case management deadlines be on parallel tracks, such that all three cases be trial ready by October 2, 2017.  The court finds the best course of action is for *Hill* and *Gage* to be on parallel case management tracks and be trial ready by October 2, 2017, and for *Brand* to be trial ready by April 2, 2018.  A case management order reflecting the same will be issued forthwith.

**SO ORDERED** this 17th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.