UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02068-RLY-TAB | 1:16-cv-02636-RLY-TAB |
| 1:16-cv-02476-RLY-TAB | 1:16-cv-02642-RLY-TAB |
| 1:16-cv-02477-RLY-TAB | 1:16-cv-02647-RLY-TAB |
| 1:16-cv-02505-RLY-TAB | 1:16-cv-02648-RLY-TAB |
| 1:16-cv-02507-RLY-TAB | 1:16-cv-02650-RLY-TAB |
| 1:16-cv-02524-RLY-TAB | 1:16-cv-02651-RLY-TAB |
| 1:16-cv-02547-RLY-TAB | 1:16-cv-02656-RLY-TAB |
| 1:16-cv-02567-RLY-TAB | 1:16-cv-02658-RLY-TAB |
| 1:16-cv-02593-RLY-TAB | 1:16-cv-02659-RLY-TAB |
| 1:16-cv-02616-RLY-TAB | 1:16-cv-02667-RLY-TAB |
| 1:16-cv-02617-RLY-TAB | 1:16-cv-02668-RLY-TAB |
| 1:16-cv-02620-RLY-TAB | 1:16-cv-02671-RLY-TAB |
| 1:16-cv-02633-RLY-TAB | 1:16-cv-02672-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 18, 2016        */s/ Kip S. M. McDonald*
Kip S. M. McDonald, #29370-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151   Fax: 317-639-6444
kip.mcdonald@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

1099474-1 (10909-0412)