AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Nicholas Blasioli and Lizzie Blasioli ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:14-ml-2570-RLY-TAB |
| Cook, Inc., et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Blasioli and Lizzie Blasioli, member case # 1:16-cv-2465-RLY-TAB.

Date:   10/19/2016

/s/ Nathan Buttars
*Attorney's signature*

Nathan Buttars, Utah Bar # 13659
*Printed name and bar number*

Lowe Law Group
6028 S. Ridgeline Dr.
Ste. #200
Ogden, UT 84405
*Address*

nate@lowelawgroup.com
*E-mail address*

(801) 917-8500
*Telephone number*

(801) 917-8484
*FAX number*