IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-00440-RLY-TAB
    KRISTIN DINGER

## NOTICE OF SUGGESTON OF DEATH
## OF PLAINTIFF KRISTIN DINGER

Pursuant to Fed.R.Civ.P.25, counsel hereby suggest upon the record the death of Plaintiff Kristin Dinger. A copy of the death certificate is attached hereto as Exhibit "A".

Dated: October 27, 2016
                                                                                                        /s/ Ben C. Martin
                                                                                                        Ben C. Martin
                                                                                                        Thomas Wm. Arbon
                                                                                                         **The Law Office of Ben C. Martin**
                                                                                                        3710 Rawlins Street, Suite 1230
                                                                                                        Dallas, TX 75219
                                                                                                        Telephone: (214) 761-6614
                                                                                                        Facsimile: (214) 744-7590
                                                                                                        bmartin@bencmartin.com
                                                                                                        tarbon@bencmartin.com

                                                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling.

                                                                                                           */s/ Ben C. Martin*
                                                                                                           Ben C. Martin

1