IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-00440-RLY-TAB
    KRISTIN DINGER

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Perry Dinger on behalf of his deceased daughter, Kristin Dinger.

1. Kristin Dinger filed a products liability lawsuit against Defendants on February 24, 2016, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On October 27, 2016, Plaintiff filed and served a Notice of Suggestion of Death [Doc.2921].

3. Perry Dinger, surviving parent of Kristin Dinger, is a proper party to substitute for Plaintiff-decedent Kristin Dinger and has proper capacity forward with the surviving products liability lawsuit on her behalf, pursuant to Fed.R.Civ.P.25(a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative"

Perry Dinger further seeks leave to file the attached short form complaint to substitute himself as Plaintiff on behalf of Plaintiff-decedent Kristin Dinger and to add survival action claims. Kristin Dinger did not pass away until after the original filing of the Complaint, and therefore, the

survival action claims could not be made until this time. (see Amended Short Form Complaint, attached hereto as Exhibit 1).

Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Perry Dinger requests that this Court grant his request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.

Dated: October 27, 2016    */s/ Ben C. Martin*_____
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3219 McKinney Avenue
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling.

*/s/ Ben C. Martin*_____
Ben C. Martin