UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS   Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                          MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:16-cv-02441-RLY-TAB            1:16-cv-02706-RLY-TAB
    1:16-cv-02519-RLY-TAB            1:16-cv-02707-RLY-TAB
    1:16-cv-02520-RLY-TAB            1:16-cv-02709-RLY-TAB
    1:16-cv-02537-RLY-TAB            1:16-cv-02715-RLY-TAB
    1:16-cv-02664-RLY-TAB            1:16-cv-02716-RLY-TAB
    1:16-cv-02675-RLY-TAB            1:16-cv-02727-RLY-TAB
    1:16-cv-02687-RLY-TAB            1:16-cv-02733-RLY-TAB
    1:16-cv-02689-RLY-TAB            1:16-cv-02746-RLY-TAB
    1:16-cv-02692-RLY-TAB            1:16-cv-02752-RLY-TAB
    1:16-cv-02693-RLY-TAB            1:16-cv-02756-RLY-TAB
    1:16-cv-02696-RLY-TAB

_____

**NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: October 28, 2016                    */s/ James M. Boyers*
                                            James M. Boyers, #20809-49
                                            WOODEN McLAUGHLIN LLP
                                            One Indiana Square, Suite 1800
                                            Indianapolis, IN 46204-4208
                                            Tel: 317-639-6151
                                            Fax: 317-639-6444
                                            jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     */s/ James M. Boyers*

1099473-1 (10909-0412)