UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02760-RLY-TAB | 1:16-cv-02816-RLY-TAB |
| 1:16-cv-02762-RLY-TAB | 1:16-cv-02820-RLY-TAB |
| 1:16-cv-02763-RLY-TAB | 1:16-cv-02822-RLY-TAB |
| 1:16-cv-02766-RLY-TAB | 1:16-cv-02824-RLY-TAB |
| 1:16-cv-02768-RLY-TAB | 1:16-cv-02829-RLY-TAB |
| 1:16-cv-02770-RLY-TAB | 1:16-cv-02830-RLY-TAB |
| 1:16-cv-02772-RLY-TAB | 1:16-cv-02844-RLY-TAB |
| 1:16-cv-02775-RLY-TAB | 1:16-cv-02845-RLY-TAB |
| 1:16-cv-02779-RLY-TAB | 1:16-cv-02846-RLY-TAB |
| 1:16-cv-02799-RLY-TAB | |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 28, 2016

*/s/ Douglas B. King*
Douglas B. King, #5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
doug.king@woodenmclaughlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)