UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02553-RLY-TAB | 1:16-cv-02851-RLY-TAB |
| 1:16-cv-02776-RLY-TAB | 1:16-cv-02854-RLY-TAB |
| 1:16-cv-02807-RLY-TAB | 1:16-cv-02858-RLY-TAB |
| 1:16-cv-02811-RLY-TAB | 1:16-cv-02859-RLY-TAB |
| 1:16-cv-02814-RLY-TAB | 1:16-cv-02860-RLY-TAB |
| 1:16-cv-02818-RLY-TAB | 1:16-cv-02863-RLY-TAB |
| 1:16-cv-02831-RLY-TAB | 1:16-cv-02864-RLY-TAB |
| 1:16-cv-02832-RLY-TAB | 1:16-cv-02869-RLY-TAB |
| 1:16-cv-02833-RLY-TAB | 1:16-cv-02882-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 31, 2016

*/s/ John C. Babione*
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John C. Babione