IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

1:16-cv-1030-RYL-TAB
1:16-cv-1031-RYL-TAB
1:16-cv-1032-RYL-TAB
1:16-cv-2647-RYL-TAB
1:16-cv-2648-RYL-TAB
1:16-cv-2650-RYL-TAB
1:16-cv-2651-RYL-TAB

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all partiers of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of <u>all plaintiffs</u> set forth in each of the above referenced docket numbers.

Respectfully Submitted,

Dated:  11/3/2016

*/s/ John A. Dalimonte*
John A. Dalimonte
(Pro Hac Vice MA Bar No 554554)
DALIMONTE RUEB LAW GROUP LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Tel: 617-302-9900
Fax: 617-742-9130
Email:  john@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL

*/s/ John A. Dalimonte*
John A. Dalimonte