INSD Change of Attorney Information *(Rev. 2/16)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

Submit by E-Mail

Save for E-Filing

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   1:14-ml-02570-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | John A. Dalimonte | John A. Dalimonte |
| Law Firm, Company, and/or Agency: | Karon & Dalimonte LLP | Dalimonte Rueb Law Group LLP |
| Address: | 85 Devonshire Street, Suite 1000<br>Boston, MA 02109 | 85 Devonshire Street, Suite 1000<br>Boston, MA 02109 |
| Primary E-mail: | john@drlawllp.com | john@drlawllp.com |
| Secondary E-mail(s): | johndalimonte@yahoo.com | johndalimonte@yahoo.com |
| Telephone Number: | 617-367-3311 | 617-302-9900 |
| Facsimile: | 617-742-9130 | 617-742-9130 |

Date: 11/3/2016

s/ *John Dalimonte*

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.