UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02700-RLY-TAB | 1:16-cv-02724-RLY-TAB |
| 1:16-cv-02701-RLY-TAB | 1:16-cv-02725-RLY-TAB |
| 1:16-cv-02708-RLY-TAB | 1:16-cv-02729-RLY-TAB |
| 1:16-cv-02710-RLY-TAB | 1:16-cv-02745-RLY-TAB |
| 1:16-cv-02711-RLY-TAB | 1:16-cv-02747-RLY-TAB |
| 1:16-cv-02712-RLY-TAB | 1:16-cv-02753-RLY-TAB |
| 1:16-cv-02713-RLY-TAB | 1:16-cv-02764-RLY-TAB |
| 1:16-cv-02714-RLY-TAB | 1:16-cv-02765-RLY-TAB |
| 1:16-cv-02717-RLY-TAB | 1:16-cv-02780-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 10, 2016

*/s/ Douglas B. King*
Douglas B. King, #5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)