UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02841-RLY-TAB | 1:16-cv-02894-RLY-TAB |
| 1:16-cv-02850-RLY-TAB | 1:16-cv-02895-RLY-TAB |
| 1:16-cv-02852-RLY-TAB | 1:16-cv-02896-RLY-TAB |
| 1:16-cv-02857-RLY-TAB | 1:16-cv-02897-RLY-TAB |
| 1:16-cv-02862-RLY-TAB | 1:16-cv-02899-RLY-TAB |
| 1:16-cv-02893-RLY-TAB | |

_____

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated: November 10, 2016               */s/ John C. Babione*
                                       John C. Babione, #23494-49
                                       WOODEN McLAUGHLIN LLP
                                       One Indiana Square, Suite 1800
                                       Indianapolis, IN 46204-4208
                                       Tel: 317-639-6151
                                       Fax: 317-639-6444
                                       john.babione@woodenmclaughlin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ John C. Babione*