UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
    1:16-cv-02900-RLY-TAB                1:16-cv-02941-RLY-TAB
    1:16-cv-02901-RLY-TAB                1:16-cv-02947-RLY-TAB
    1:16-cv-02907-RLY-TAB                1:16-cv-02949-RLY-TAB
    1:16-cv-02918-RLY-TAB                1:16-cv-02951-RLY-TAB
    1:16-cv-02924-RLY-TAB                1:16-cv-02952-RLY-TAB
    1:16-cv-02930-RLY-TAB                1:16-cv-02953-RLY-TAB
    1:16-cv-02937-RLY-TAB
_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: November 10, 2016            */s/ Kip S. M. McDonald*
                                            Kip S. M. McDonald, #29370-49
                                            WOODEN McLAUGHLIN LLP
                                            One Indiana Square, Suite 1800
                                            Indianapolis, IN 46204-4208
                                            Tel: 317-639-6151
                                            Fax: 317-639-6444
                                            kip.mcdonald@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)