UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02954-RLY-TAB | 1:16-cv-02976-RLY-TAB |
| 1:16-cv-02955-RLY-TAB | 1:16-cv-02977-RLY-TAB |
| 1:16-cv-02956-RLY-TAB | 1:16-cv-02978-RLY-TAB |
| 1:16-cv-02957-RLY-TAB | 1:16-cv-02979-RLY-TAB |
| 1:16-cv-02958-RLY-TAB | 1:16-cv-02989-RLY-TAB |
| 1:16-cv-02965-RLY-TAB | 1:16-cv-02990-RLY-TAB |
| 1:16-cv-02971-RLY-TAB | 1:16-cv-02991-RLY-TAB |
| 1:16-cv-02973-RLY-TAB | 1:16-cv-02993-RLY-TAB |
| 1:16-cv-02974-RLY-TAB | 1:16-cv-02995-RLY-TAB |
| 1:16-cv-02975-RLY-TAB | 1:16-cv-02996-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 10, 2016

*/s/ John C. Babione*
John C. Babione, #23494-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
john.babione@woodenmclaughlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ John C. Babione*