IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff,
Patricia Holmes

Civil Case # 1:16-cv-2172
*************************************************************************

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff, Patricia Holmes.

**PLEASE TAKE NOTICE** that John D. Sileo of John D. Sileo, LLC, hereby enters an appearance as counsel for the plaintiff, Patricia Holmes, in the above-captioned matter. John D. Sileo is appearing as new counsel for Patricia Holmes. A request is hereby made that all notices give or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

John D. Sileo
320 N. Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
Tel: (504) 486-4343
Fax: (504) 297-1249
jack@johnsileolaw.com

RESPECTFULLY SUBMITTED,

 /s/John D. Sileo   _____
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY W. MOLL (LA BAR NO.:35925)
320 N. CARROLLTON AVENUE, #101
NEW ORLEANS, LOUISIANA 70119
TEL: 504-483-3400
FAX: 504-297-1249