IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff,
Patricia Holmes

Civil Case # 1:16-cv-2172

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFF**

NOW INTO COURT comes Plaintiff, Patricia Holmes, through undersigned counsel, who move this Honorable Court to substitute John D. Sileo and The Law Office of John D. Sileo, LLC, as counsel of record, in the place of Andrus Wagstaff, P.C.

WHEREFORE, Plaintiff moves this Court to substitute for plaintiff, Patricia Holmes as counsel of record John D. Sileo and The Law Office of John D. Sileo, LLC. A proposed form of order is enclosed herewith.

Dated this 11th day of November, 2016.

                RESPECTFULLY SUBMITTED,

                 /s/John D. Sileo_____
                JOHN D. SILEO (LA. BAR NO.: 17797)
                320 N. CARROLLTON AVENUE, #101
                NEW ORLEANS, LOUISIANA 70119
                TEL: 504-483-3400
                FAX: 504-297-1249

/s/ John R. Crone
John R. Crone (CO Bar No. 48284)
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
Fax: 303-376-6361
John.crone@andruswagstaff.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served upon all counsel of record, through the ECF filing system, on this 11th day of November 20106.

/s/John D. Sileo
JOHN D. SILEO (LA. BAR NO.: 17797)