IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff,
Patricia Holmes

Civil Case # 1:16-cv-2172

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

CONSIDERING THE FOREGOING Motion to Substitute Counsel of Record;

IT IS ORDERED by the Court that John D. Sileo and The Law Office of John D. Sileo, LLC be substituted as counsel of record for plaintiff, Patricia Holmes.

Southern District of Indiana, this _____ day of _____, 2016.

_____
J U D G E