IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

James Seal on Behalf of Harvis Seal

Civil Case #_____

**ORDER**

Considering the foregoing Motion to Withdraw Previously Filed Complaint:

**IT IS HEREBY ORDERED,** that Plaintiff, James Seal's Motion to Withdraw Previously Filed Complaint in the above case BE AND IS HEREBY GRANTED. Filing No. 2744 shall be withdrawn.

SO ORDERED:  11/15/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.