IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

    Carlene E. Covington
    Civil Case # 1:16-cv-2011-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Counsel for Plaintiff having filed their Motion to Withdraw as Counsel for Plaintiff, Carlene E. Covington, and the Court having been duly advised in the premises,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Appearances of Jeff S. Gibson and TaKeena M. Thompson on behalf of the Plaintiff in the above-entitled cause of action is hereby withdrawn, effective immediately. Within 14 days new counsel must appear for Covington, or she must file a statement of intent to proceed *pro se*, or else dismissal may result.

Dated: 11/15/16

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

Carlene E. Covington
72 Costar Street
Rochester, NY 14608-1113