UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) _____ ) ) This Document Relates to All Actions ) _____ ) ) | No. 1:14-ml-02570-RLY-TAB |

**ORDER ON NOVEMBER 10, 2016, PRETRIAL CONFERENCE**

The parties appeared by counsel November 10, 2016, for a pretrial conference. Discussion held regarding discovery, settlement, and related matters.

Defendants agreed to provide to Plaintiffs "complaint listing detail" forms, a spreadsheet, and additional information (for paper complaints) to allow Plaintiffs to select relevant complaint files for production. Given the parties' settlement positions, it does not appear that a court-supervised settlement conference would be productive at this time. The Court will revisit this issue in early 2017.

Date: 11/15/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiff's Lead Counsel.