UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**AMENDED ORDER ON COOK DEFENDANTS' MOTION
FOR ENTRY OF ORDER AUTHORIZING *EX PARTE* CONTACT
BETWEEN COOK DEFENDANTS AND PLAINTIFFS' TREATING PHYSICIANS**

Pursuant to the Court's direction, the parties present the following order amending the Order on Cook Defendants' Motion For Entry of Order Authorizing *Ex Parte* Contact Between Cook Defendants and Plaintiffs' Treating Physicians entered by this Court on December 21, 2015 (Doc. 913).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Cook Defendants are authorized to engage in *ex parte* communications with the treating physicians of the Discovery Pool Plaintiffs and the Bellwether Trial Plaintiffs selected in the Court's July 19, 2016, order (Doc. 2107).

IT IS FURTHER ORDERED that Cook Defendants shall provide each treating physician contacted with a copy of the Notice attached to this Order and shall bear any costs related to any *ex parte* communications.

Date: 11/15/0216

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to:
All registered counsel of record via the Court's CM/ECF system
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel

2

US.108551748.01