UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### NOTICE TO TREATING PHYSICIANS

Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook Defendants") have been authorized to directly communicate with the treating physicians of the following Plaintiffs to this litigation, outside of the presence of Plaintiffs' counsel: Donna Avery-Montgomery, June Bordner, Tonya Brand, Eddie Campbell, Arthur Gage, Elizabeth Hill, Ronald Huffman (deceased), Daniel Metro, Amanda Rauch, Daniel Shafer, Ginger Sumner, and Tammy True.

No treating physician is required to speak with the Cook Defendants or their counsel.

Such communications with counsel for the Cook Defendants will not constitute a violation of Indiana's physician-patient privilege law or HIPAA.

Dated: 11/15/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

3

US.108551748.01