IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

BENJAMIN MONROE

Civil Case # Not Applicable

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   BENJAMIN MONROE

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   TENNESSEE

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    TENNESSEE

6. Plaintiff's/Deceased Party's current state of residence:

    TENNESSEE

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court Middle District of Tennessee Northeastern Division

8. Defendants (Check Defendants against whom Complaint is made):

    **X**   Cook Incorporated

    **X**   Cook Medical LLC

    **X**   William Cook Europe APS

9. Basis of Jurisdiction:

    **X**   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28, inclusive _____

    _____

    _____

    b. Other allegations of jurisdiction and venue:

    N/A _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

|   |   |
|---|---|
|   | Günther Tulip® Vena Cava Filter |
|   | Cook Celect® Vena Cava Filter |
|   | Gunther Tulip Mreye |
| X | Cook Celect Platinum |
|   | Other: |

_____

11. Date of Implantation as to each product:

    _____02/11/16_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Turkey Creek Medical Center, 10820 Parkside Drive, Knoxville, TN 37934

13. Implanting Physician(s):

    Mukesh K. Sharma, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    | **X** | Count I: | Strict Products Liability – Failure to Warn |
    |---|---|---|
    | **X** | Count II: | Strict Products Liability – Design Defect |
    | **X** | Count III: | Negligence |
    | **X** | Count IV: | Negligence Per Se |
    | **X** | Count V: | Breach of Express Warranty |
    | **X** | Count VI: | Breach of Implied Warranty |
    | **X** | Count VII: | Violations of Applicable __Tennessee__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
    | ☐ | Count VIII: | Loss of Consortium |

| | | |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| **X** | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

15. Attorneys for Plaintiff(s):

   Amir M. Kahana, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

   Amir M. Kahana, Esq. CA Bar #218149
   3 Hutton Centre Drive, Suite 685
   Santa Ana, CA 92707


   Respectfully submitted,

   By:
   /s/ Amir M. Kahana, Esq.
   Amir M. Kahana, P.C.
   3 Hutton Centre Drive
   Suite 685
   Santa Ana, CA 92707
   Phone: 949-812-4784
   Fax: 949-281-2105
   amk@kahanalaw.com

I hereby certify that on this 17th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Amir M. Kahana, Esq.