IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

HOLLY A. HICKS KENDRICK

Civil Case # Not Applicable

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   HOLLY A. HICKS KENDRICK

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   GEORGIA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   GEORGIA

6. Plaintiff's/Deceased Party's current state of residence:

   GEORGIA

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of Georgia, Atlanta Division

8. Defendants (Check Defendants against whom Complaint is made):

   | X | Cook Incorporated |
   | X | Cook Medical LLC |
   | X | William Cook Europe APS |

9. Basis of Jurisdiction:

   | X | Diversity of Citizenship |
   | ☐ | Other: _____ |

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28, inclusive

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    Günther Tulip® Vena Cava Filter

    Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

**X**  Cook Celect Platinum

    Other: _____

11. Date of Implantation as to each product:

   01/06/15

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Rockdale Medical Center, 1412 Milstead Avenue, Conyers, GA 30012</u>

13. Implanting Physician(s):

<u>Robert Davies, MD</u>

14. Counts in the Master Complaint brought by Plaintiff(s):

  **X**  Count I:  Strict Products Liability – Failure to Warn

  **X**  Count II:  Strict Products Liability – Design Defect

  **X**  Count III:  Negligence

  **X**  Count IV:  Negligence Per Se

  **X**  Count V:  Breach of Express Warranty

  **X**  Count VI:  Breach of Implied Warranty

  **X**  Count VII:  Violations of Applicable <u>Georgia</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

|     |            |                  |
| --- | ---------- | ---------------- |
| ☐   | Count IX:  | Wrongful Death   |
| ☐   | Count X:   | Survival         |
| **X** | Count XI: | Punitive Damages |
| ☐   | Other:     | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐   | Other:     | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

15. Attorneys for Plaintiff(s):

    Amir M. Kahana, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Amir M. Kahana, Esq. CA Bar #218149
    3 Hutton Centre Drive, Suite 685
    Santa Ana, CA 92707

Respectfully submitted,

By:
/s/ Amir M. Kahana, Esq.
Amir M. Kahana, P.C.
3 Hutton Centre Drive
Suite 685
Santa Ana, CA 92707
Phone: 949-812-4784
Fax: 949-281-2105
amk@kahanalaw.com

I hereby certify that on this 17th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Amir M. Kahana, Esq.