AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Benjamin Monroe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-ml-2570-RLY-TAB |
| IN RE: COOK MEDICAL, INC. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BENJAMIN MONROE                                                                                                          .

Date:      11/17/2016

/s/ Amir M. Kahana
*Attorney's signature*

Amir M. Kahana, California # 218149
*Printed name and bar number*

Amir M. Kahana, P.C.
3 Hutton Centre Drive
Suite 685
Santa Ana, CA 92707
*Address*

amk@kahanalaw.com
*E-mail address*

(949) 812-4781
*Telephone number*

(949) 281-2105
*FAX number*