IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>1:16-cv-02787-RLY-TAB | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Plaintiffs, Kathryn Best and James Best                                                            .

Date: 11/18/2016                                   /s/ Marc P. Weingarten
                                                             *Attorney's signature*

                                        Marc P. Weingarten (PA ID No. 23718)
                                                    *Printed name and bar number*

                                                         LOCKS LAW FIRM
                                             601 Walnut Street, Suite 720 East
                                                       Philadelphia, PA  19106
                                                                *Address*

                                                  mweingarten@lockslaw.com
                                                          *E-mail address*

                                                            (215) 893-3404
                                                        *Telephone number*

                                                            (215) 893-3444
                                                            *FAX number*