UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:
    1:16-cv-02787-RLY-TAB                  1:16-cv-03034-RLY-TAB
    1:16-cv-03030-RLY-TAB                  1:16-cv-03039-RLY-TAB
    1:16-cv-03031-RLY-TAB                  1:16-cv-03040-RLY-TAB
    1:16-cv-03032-RLY-TAB                  1:16-cv-03042-RLY-TAB

---

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 18, 2016               */s/ Douglas B. King*
                                           Douglas B. King, #5199-49
                                           WOODEN McLAUGHLIN LLP
                                           One Indiana Square, Suite 1800
                                           Indianapolis, IN 46204-4208
                                           Tel: 317-639-6151
                                           Fax: 317-639-6444
                                           doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)