UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-02787-RLY-TAB                             1:16-cv-03034-RLY-TAB
    1:16-cv-03030-RLY-TAB                             1:16-cv-03039-RLY-TAB
    1:16-cv-03031-RLY-TAB                             1:16-cv-03040-RLY-TAB
    1:16-cv-03032-RLY-TAB                             1:16-cv-03042-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: November 18, 2016                        */s/ James M. Boyers*
                                                                   James M. Boyers, #20809-49
                                                                   WOODEN McLAUGHLIN LLP
                                                                   One Indiana Square, Suite 1800
                                                                   Indianapolis, IN 46204-4208
                                                                   Tel: 317-639-6151
                                                                   Fax: 317-639-6444
                                                                   jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James M. Boyers

1099473-1 (10909-0412)