IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Benjamin Monroe

Civil Case #_____

**MOTION TO WITHDRAW**
**PREVIOUSLY FILED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Benjamin Monroe, who respectfully files this Motion to Withdraw his previously filed Complaint (Doc. 3082) for the following reasons:

Plaintiff filed in the MDL NO. 2750, instead of the proper docket filing in the individual case file of 1:16-cv-03165.

WHEREFORE, Plaintiff prays that he be allowed to withdraw the previously filed Complaint (Doc 3082).

Respectfully submitted by,

/s/ Amir M. Kahana, Esq.
Amir M. Kahana (SBN 218149)
Kahana Law, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707
T:     949.812.4781
F:     949.281.2105