IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

HOLLY A. HICKS KENDRICK

Civil Case #_____

## PROPOSED ORDER

Considering the foregoing Motion to Withdraw Previously Filed Complaint:

**IT IS HEREBY ORDERED,** that Plaintiff, Holly A. Hicks Kendrick's Motion to Withdraw Previously Filed Complaint in the above case BE AND IS HEREBY GRANTED.

Filing No. 3083 shall be withdrawn.

SO ORDERED: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana