# IN THE UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to All Actions

## PLAINTIFFS' NOTICE OF FILING

NOW COMES Plaintiffs' Lead Counsel and notifies the Court that Docket No. 3113, Plaintiffs' Objection to Magistrate's Order Regarding Profile Forms and Deposition Protocols applies to all cases in this matter, but was not spread to all cases due to technical difficulties with the CM/ECF filing system.

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:      jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*


*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

        */s/ Ben C. Martin*
        Ben C. Martin, Esq.
        THE LAW OFFICES OF BEN C. MARTIN
        3710 Rawlins Street, Suite 1230
        Dallas, TX 75219
        Telephone: (214) 761-6614
        Facsimile: (214) 744-7590
        bmartin@bencmartin.com


        */s/ David P. Matthews*
        David P. Matthews, Esq.
        MATTHEWS AND ASSOCIATES
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

| | |
|---|---|
| Anthony J. Urban<br>Brian J. Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 | Arthur F Hoge, III<br>Kahla R Hurley<br>MEE MEE HOGE & EPPERSON PLLP<br>1900 NW Expressway, Suite 1400<br>Oklahoma City, OK 73118 |
| Caleb H. Didriksen, III<br>Carl A. Woods, III<br>DIDRIKSEN LAW FIRM, PLC<br>3114 Canal Street<br>New Orleans, LA 70119 | Christina E. Unkel<br>MAGLIO CHRISTOPHER & TOALE, PA<br>1605 Main St., Suite 710<br>Sarasota, FL 34236 |
| Cliff W. Marcek<br>CLIFF W. MARCEK, P.C.<br>700 S. Third St.<br>Las Vegas, NV 89101 | Cory H. Driggers<br>MORRIS CARY ANDREWS TALAMADE & DRIGGERS<br>P.O. Box 1649<br>Dothan, AL 36302 |

| | |
|---|---|
| Curtis Hoke<br>THE MILLER FIRM LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960 | David C. Anderson<br>ANDERSON LAW<br>711 Van Ness Avenue, Suite 220<br>San Francisco, CA 94102 |
| David J. Britton<br>LAW OFFICE OF DAVID J. BRITTON<br>2209 N 30th Street, Suite 4<br>Tacoma, WA 98403 | Mark M. Kitrick<br>Elizabeth Alice Mote<br>KITRICK, LEWIS & HARRIS, CO., L.P.A.<br>455 Hutchinson Avenue, Suite 100<br>Columbus, OH 43235-8630 |
| George J. Duzane<br>1675 Liberty Lane<br>Gallatin, TN 37066 | James W. Childress<br>Scott Kehlenbrink<br>CHILDRESS AND AHLHEIM, LLC<br>1010 Market St., Suite 500<br>St. Louis, MO 63101 |
| Jay Harris<br>HARRIS, RENY & TORZEWSKI<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 | John J. Driscoll<br>Philip Sholtz<br>DRISCOLL FIRM, P.C.<br>211 N. Broadway, Suite 2440<br>St. Louis, IL 63102 |
| Joseph A. Napiltonia<br>LAW OFFICE OF JOE NAPILTONIA<br>213 3rd Avenue North<br>Franklin, TN 37064 | Joseph G. Sauder<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 |
| Justin K. Brackett<br>TIM MOORE, ATTORNEY AT LAW, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 | Kimberly Lambert Adams<br>LEVIN PAPANTONIO THOMAS ETC. PA –<br>PENSACOLA FL<br>316 S Baylen Street, Suite 400<br>Pensacola, FL 32502 |
| Marian S. Rosen<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Mark P. Bryant<br>BRYANT LAW CENTER, PSC<br>601 Washington Street<br>P.O. Box 1876<br>Paducah, KY 42001 |
| Paul T. Boudreaux<br>RICHARDSON RICHARDSON BOUDREAUX<br>7447 South Lewis Avenue<br>Tulsa, OK 74136 | Peter C Wetherall<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |

<div style="column-count:2">

Richard A. Freese
FREESE & GOSS, PLLC
Regions Harbert Plaza 1901
6th Avenue North, Suite 3120
Birmingham, AL  35203

Wilnar J. Julmiste
ANDERSON GLENN LLP –
BOCA RATON FL
2201 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431

Jacob A. Boyd
LAW OFFICES OF BEN C. MARTIN
329 McKinney Ave., Suite 100
Dallas, TX  75204

Michael R. Webber
KOMINIAREK BRESLER HARVICK & GUDMUNSEN
33 N. Dearborn St., Suite 1310
Chicago, IL  60602

Peter J. Flowers
MEYERS & FLOWERS, LLC
3 N. Second St., Suite 300
St. Charles, IL  60174

W. Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

Heather H. Harrison
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., Suite 4400
Chicago, IL  60606

Jennifer P. Henry
THOMPSON & KNIGHT LLP
801 Cherry St., Unit #1
Fort Worth, TX  76107

Peter A. Miller
MILLER LEGAL LLC
175 S. Pantops Dr., 3rd Floor
Charlottesville, VA  22911

Randall J. Gudmundson
KOMINIAREK, BRESLER, HARVICK & GUDMUNDSON, LLC
33 N. Dearborn St., Suite 700
Chicago, IL  60602

</div>

          */s/ Joseph N. Williams*
          Joseph N. Williams