IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Amanda K. Rauch

Civil Case #1:15-cv-00175-RLY-TAB

## APPEARANCE

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Amanda K. Rauch.

Date: November 21, 2016          Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC


/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-5270
(317) 426-3348 Fax
E-Mail:  jwilliams@rwp-law.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ Joseph N. Williams
        Joseph N. Williams