IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Plaintiff(s)
  Linda Marie Smith and Roland Smith

 Civil Case # ____1:16-cv-2862_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Linda Marie Smith_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Roland Smith_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan_____

6. Plaintiff's/Deceased Party's current state of residence:
   Michigan_____


7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court Michigan Eastern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☑   Cook Incorporated

   ☑   Cook Medical LLC

   ☑   William Cook Europe APS

9. Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraph 11: Subject Matter

   Paragraph 11: Personal

   Paragraph 12: Venue

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

☑  Günther Tulip® Vena Cava Filter

☐  Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye

☐  Cook Celect Platinum

☐  Other:  _____

11. Date of Implantation as to each product:

01/18/2010 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Hurley Medical Center, Flint, Michigan _____

_____

13. Implanting Physician(s):

Dr. Vinkat Rudraraj _____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑  Count I:       Strict Products Liability – Failure to Warn

☑  Count II:      Strict Products Liability – Design Defect

☑  Count III:     Negligence

☑  Count IV:      Negligence Per Se

☑  Count V:       Breach of Express Warranty

☑  Count VI:      Breach of Implied Warranty

☑  Count VII:     Violations of Applicable TN Law Prohibiting Consumer

Fraud and Unfair and Deceptive Trade Practices

☑  Count VIII:    Loss of Consortium

3

☐      Count IX:     Wrongful Death

☐      Count X:     Survival

☑      Count XI:     Punitive Damages

☐      Other:     _____ (please state the facts supporting this Count in the space, immediately below)

☐      Other:     _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Matthew R. McCarley—Fears Nachawati, PLLC_____

16. Address and bar information for Attorney for Plaintiff(s):

4925 Greenville Ave., Suite 715

Dallas, Texas 75206

Texas Bar No. 24041426—Admitted to Practice in the Southern District of Indiana—Indianapolis Division

Respectfully submitted,


/S/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFFS
Linda Marie Smith and Roland Smith


## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.