IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs BARRY CLIFT and MARGO CLIFT

Civil Case # 1:16-cv-01953-RLY-TAB

## SUGGESTION OF DEATH

Plaintiffs, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Barry Clift, which occurred on or about February 23, 2016.

Date: November 22, 2016            Respectfully submitted,

/s/ *Matthew R. Lopez*
Ramon Rossi Lopez, Esq. (CA Bar No. 86361)
*Admitted Pro Hac Vice*
Matthew Ramon Lopez, Esq. (CA Bar No. 263134)
*Admitted Pro Hac Vice*
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/*Matthew R. Lopez*