IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No.: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff,
Patricia Holmes

Civil Case # 1:16-cv-2172

**************************************************************************

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel of Record;

IT IS ORDERED by the Court that John D. Sileo and The Law Office of John D. Sileo,

LLC be substituted as counsel of record for plaintiff, Patricia Holmes.   The appearance of

attorney John Crone is hereby withdrawn.


Date:  11/23/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


All registered counsel of record to be served via CM/ECF.
All non-registered counsel of record to be served by Plaintiffs' Lead Counsel.