AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Carol Calistro | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-CV-00064-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carol Calistro                                                                                                                    .

Date:   11/28/2016

s/Ashleigh E. Raso
*Attorney's signature*

Ashleigh E. Raso (MN #393353)
*Printed name and bar number*

Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN  55404

*Address*

araso@meshbesher.com
*E-mail address*

(612) 339-9121
*Telephone number*

(612) 339-9188
*FAX number*