AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Sandra Jackson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-CV-01033-RLY-TAB |
| Cook Incorporated, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Jackson   .

Date:   11/28/2016

s/Genevieve M. Zimmerman
*Attorney's signature*

Genevieve M. Zimmerman (MN #330292)
*Printed name and bar number*

Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN  55404

*Address*

gzimmerman@meshbesher.com
*E-mail address*

(612) 339-9121
*Telephone number*

(612) 339-9188
*FAX number*