**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
       MARIAN INCAVO

Civil Case No. 1:16-cv-06047

**JOINT MOTION TO MODIFY SCHEDULE RELATED TO PLAINTIFF'S MOTION**
**FOR REMAND**

Come now Plaintiff Marian Incavo, individually and as special administrator of the Estate of Noel Incavo, Deceased, ("Plaintiff"), by counsel, and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Sabin Corporation d/b/a Cook Polymer Technology, and Cook Canton LLC (collectively "Cook Defendants"), by counsel, and for their Joint Motion to Modify Schedule Related to Plaintiff's Motion for Remand, jointly request entry of an order modifying the briefing schedule for Plaintiff's Motion for Remand. In support, the Parties state:

1.     Plaintiff filed her Motion for Remand on November 17, 2016 (Doc. #23).

2.     Cook Defendants were inadvertently not served with the Motion for Remand.

3.     Plaintiff and Cook Defendants jointly request that the briefing deadlines related to the Motion for Remand be modified as follows:

        a.   Response by Cook Defendants to Plaintiff's Motion for Remand be filed on or before December 9, 2016; and

1

   b. Plaintiff's Reply in support of her Motion for Remand be filed on or before December 21, 2016.

  4. This Joint Motion is not filed for purposes of harassment or delay.

  WHEREFORE, the Parties respectfully request the Court grant this Joint Motion to Modify Schedule Related to Plaintiff's Motion for Remand, that the briefing schedule on Plaintiff's Motion to Remand be modified as described herein and as agreed to by the Parties, and grant them all other proper relief.

Respectfully submitted,

*/s/ David Matthews (with consent)*
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel: (7130 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Ste, 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (314) 744-7590
bmartin@bencmartin.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
910 17th Street, NW, Suite 800
Washington, DC 20006
Tel: (202)223-1993
mheaviside@hrzlaw.com

Lead Co-Counsel for Plaintiffs

*/s/ James M. Boyers*
Douglas B. King, Esq., Lead Counsel
James M. Boyers, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com

Andrea Roberts Pierson, Esq., Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@faegrebd.com

James Stephen Bennett, Esq., Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Tel: (260) 424-8000
Fax: (260) 460-1700
stephen.bennett@faegrebd.com

Counsel for Cook Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2016, a copy of the foregoing was served by

electronic mail to Plaintiffs' Co-Lead Counsel with distribution to all other plaintiff counsel of

record to be made by Plaintiffs' Co-Lead Counsel:

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com


*/s/ James M. Boyers*
James M. Boyers, Esq.

3