IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>          MARIAN INCAVO<br><br>Civil Case No. 1:16-cv-06047 | |

## ORDER MODIFYING BRIEFING SCHEDULE RELATED TO PLAINTIFF'S MOTION FOR REMAND

This cause, coming before the Court upon the Joint Motion to Modify Schedule Related to Plaintiff's Motion for Remand (the "Joint Motion"), filed by Plaintiff Marian Incavo, individually and as special administrator of the Estate of Noel Incavo, Deceased, ("Plaintiff") and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Sabin Corporation d/b/a Cook Polymer Technology, and Cook Canton LLC, by their respective counsel, and the Court being fully advised in the premises, now GRANTS the relief requested in the Joint Motion.

Any Response to Plaintiff's Motion for Remand [Doc. #23] is to be filed on or before December 9, 2016, and any Reply in support of said Motion is to be filed on or before December 21, 2016.

Dated:_____                              _____
                                                   Honorable Timothy A. Baker
                                                   United States Magistrate Judge
                                                   Southern District of Indiana

1

Distribution:

All electronically registered counsel

1636837-1 (10909-2102)