CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
121 W. SPRING ST., RM. 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

LOUISVILLE
KY 400
16 NOV '16
PM 4 L

$0.49
US POSTAGE
FIRST-CLASS
062S0009595004
47150

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION

DEC - 1 2016

LAURA A. BRIGGS

Carlene E. Covington
72 Costar Street
Rochester, NY 14608-1113

NIXIE    146    7E 1700    0011/28/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
UTF    BC: 47150367399    *1770-05627-16-40
47150>3673