UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
        1:16-cv-03141-RLY-TAB
        1:16-cv-03200-RLY-TAB
        1:16-cv-03201-RLY-TAB
        1:16-cv-03209-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated: December 2, 2016              */s/ James M. Boyers*_____
                                    James M. Boyers, #20809-49
                                    WOODEN McLAUGHLIN LLP
                                    One Indiana Square, Suite 1800
                                    Indianapolis, IN 46204-4208
                                    Tel: 317-639-6151
                                    Fax: 317-639-6444
                                    jim.boyers@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James M. Boyers*