IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

This Document Relates to:
        1:16-cv-0059 RLY TAB
        Nicole Watkins, on behalf
        of her deceased mother,
        Gloria Williams

_____

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting as plaintiff Dominic De Rico Watkins on behalf of his deceased mother, Gloria Williams.

1.      Nicole Watkins, on behalf of her deceased mother, Gloria Williams filed a products liability lawsuit against Defendants on January 6, 2016, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2.      Nicole Watkins was later found to be unable to serve as the legal representative of her mother's estate in the State of Florida.

3.      On October 4, 2016, Judge Mark I. James, in the Probate Division of the Circuit Court for Pinellas County, Florida appointed Dominic De Rico Watkins as personal representative of his deceased mother's estate.  A true and correct copy of the Order is attached hereto as Exhibit A.

4.      Federal Rule of Civil Procedure 25(c) is procedural mechanism designed to facilitate continuation of action when interest in lawsuit is transferred and does not affect substantive rights of parties. See Travelers Ins. Co. v. Broadway W. St. Assocs. (S.D.N.Y. 1995), 164 FRD 154.

5.      There is no time limit for FRCP 25(c) motion and determination is solely within discretion of court. See USI Props. Corp. v. M.D. Constr. Co. (D.P.R. 1999), 186 FRD 255, vacated, (1st Cir. P.R. 2000), 230 F3d 489, 48 Fed R Serv 3d (Callaghan) 334.

6.      Dominic De Rico Watkins further seeks leave to file the attached short form complaint to substitute himself as Plaintiff on behalf of decedent Gloria Williams (see Amended Short Form Complaint, attached hereto as Exhibit B).

7.      Nicole Watkins is the sister of Dominic De Rico Watkins and has consented to this substitution of parties.

8.      Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

9.      Based on the foregoing, Dominic De Rico Watkins requests that this Court grant his request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.


Dated: November 2, 2016


/s/ C. Moze Cowper

**Cowper Law**
 **815-A Brazos Street, #517**
**Austin, Texas 78701**
Texas Bar # 2495180; NJ # 00452001

*Attorneys for Plaintiff*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling.

<u>*/s/ C. Moze Cowper*</u>
C.  Moze Cowper
