Filing # 46830906 E-Filed 09/23/2016 10:11:05 AM

IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA      PROBATE DIVISION

IN RE: ESTATE OF

File No.

GLORIA J. WILLIAMS
A/K/A GLORIA JEAN WILLIAMS

Division

Deceased.

Ref. number: 16007866ES

ORDER APPOINTING PERSONAL REPRESENTATIVE
(intestate -- single)

On the petition of DOMINIC DE RICO WATKINS for administration of the estate of GLORIA J. WILLIAMS A/K/A GLORIA JEAN WILLIAMS, deceased, the Court finding that the decedent died on December 3, 2015; and that DOMINIC DE RICO WATKINS is entitled to appointment as Personal Representative pursuant to 733.301 Fla. Stat., and is qualified to be Personal Representative, it is

ADJUDGED that DOMINIC DE RICO WATKINS is appointed Personal Representative of the estate of the decedent, and that upon taking the prescribed oath, filing the designation and acceptance of resident agent, and entering into bond in the sum of $ 18,000, letters of administration shall be issued.

ORDERED on _____, 2016.

*[signature]*
Circuit Judge
Mark I. Shames, Circuit Judge
October 4, 2016

***ELECTRONICALLY FILED 09/23/2016 10:11:04 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Filing # 46830906 E-Filed 09/23/2016 10:11:05 AM

FILED 10/21/2016 10:53:08 AM KEN BURKE CLERK OF THE CIRCUIT COURT & COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA        PROBATE DIVISION

IN RE: ESTATE OF

File No.

GLORIA J. WILLIAMS
A/K/A GLORIA JEAN WILLIAMS

Division

Deceased.

Ref. number: 16007866ES
UCN: 522016CP007866XXESXX

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, GLORIA J. WILLIAMS A/K/A GLORIA JEAN WILLIAMS, a resident of Pinellas County, Florida, died on December 3, 2015, owning assets in the State of Florida, and

WHEREAS, DOMINIC DE RICO WATKINS has been appointed Personal Representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare DOMINIC DE RICO WATKINS duly qualified under the laws of the State of Florida to act as Personal Representative of the estate of GLORIA J. WILLIAMS A/K/A GLORIA JEAN WILLIAMS, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

Ordered on _____, 2016.

Circuit Judge
Mark I. Shames, Circuit Judge

October 20, 2016