IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-0059-RLY-TAB
    Dominic De Rico
    Watkins, on behalf of his
    deceased mother Gloria
    Williams

### ORDER

IT IS ORDERED that the Motion to Substitute Party and Amended Short Form Complaint filed by Dominic De Rico Watkins be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2016.

 

_____
Honorable Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana