UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570
_____

This Document Relates to:
    1:16-cv-02952-RLY-TAB

APPEARANCE OF COUNSEL

To:    The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tamera Frandsen and Bruce Frandsen.

Date: 12/05/2016

/s/ David C. DeGreeff
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
ddegreeff@wcllp.com
ATTORNEYS FOR PLAINTIFFS