UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:
    1:16-cv-02952-RLY-TAB

APPEARANCE OF COUNSEL

To:    The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tamera Frandsen and Bruce Frandsen.

| | |
|---|---|
| Date: 12/05/2016 | /s/ Thomas P. Cartmell<br>Thomas P. Cartmell, MO Bar No. 45366<br>Wagstaff & Cartmell LLP<br>4740 Grand Ave., Suite 300<br>Kansas City, MO 64112<br>Telephone: (816) 701-1100<br>Facsimile: (816) 531-2372<br>tcartmell@wcllp.com<br>ATTORNEYS FOR PLAINTIFFS |