# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    MARIAN INCAVO

Civil Case No. 1:16-cv-06047

## ORDER MODIFYING BRIEFING SCHEDULE RELATED TO PLAINTIFF'S MOTION FOR REMAND

This cause, coming before the Court upon the Joint Motion to Modify Schedule Related to Plaintiff's Motion for Remand (the "Joint Motion"), filed by Plaintiff Marian Incavo, individually and as special administrator of the Estate of Noel Incavo, Deceased, ("Plaintiff") and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Sabin Corporation d/b/a Cook Polymer Technology, and Cook Canton LLC, by their respective counsel, and the Court being fully advised in the premises, now GRANTS the relief requested in the Joint Motion.

Any Response to Plaintiff's Motion for Remand [Doc. #23] is to be filed on or before December 9, 2016, and any Reply in support of said Motion is to be filed on or before December 21, 2016.

Dated:   12/6/2016

                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution:

All electronically registered counsel of record will be served via CM/ECF.

All non-registered counsel of record shall be served via U.S. Mail by Plaintiffs' Lead Counsel.