# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.:  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Edmund Beach

Civil Case#:   1:16-cv-02509-RLY-TAB

Mary M. Taylor

Civil Case#:   1:16-cv-02469-RLY-TAB

## NOTICE OF CHANGE OF ADDRESS

Attorney JAMES B. TUTTLE of THE TUTTLE LAW FIRM, attorney for the above Plaintiffs, hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that The Tuttle Law Firm's new address effective immediately is 1520 Crescent Road, Suite 300, Clifton Park, New York 12065.  All phone numbers and emails remain the same.

RESPECTFULLY SUBMITTED this 14th day of December, 2016.

                                                THE TUTTLE LAW FIRM

By:   */s/ James B. Tuttle*
      James B. Tuttle, Esq. (NY #1124833)
      THE TUTTLE LAW FIRM
      *Attorney for the Plaintiffs*
      1520 Crescent Road, Suite 300
      Clifton Park, New York 12065
      Telephone: (518) 783-1001
      Facsimile: (518)783-1515
      Email:  jbtesq@nycap.rr.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this  14th  day of  December, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                       */s/ James B. Tuttle*
                                                       James B. Tuttle