UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

―――――――――――――――――――――――――――――

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

―――――――――――――――――――――――――――――

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03199-RLY-TAB | 1:16-cv-03279-RLY-TAB |
| 1:16-cv-03241-RLY-TAB | 1:16-cv-03280-RLY-TAB |
| 1:16-cv-03261-RLY-TAB | 1:16-cv-03282-RLY-TAB |
| 1:16-cv-03262-RLY-TAB | 1:16-cv-03287-RLY-TAB |
| 1:16-cv-03270-RLY-TAB | 1:16-cv-03289-RLY-TAB |
| 1:16-cv-03271-RLY-TAB | 1:16-cv-03290-RLY-TAB |
| 1:16-cv-03272-RLY-TAB | 1:16-cv-03294-RLY-TAB |
| 1:16-cv-03273-RLY-TAB | 1:16-cv-03295-RLY-TAB |
| 1:16-cv-03274-RLY-TAB | 1:16-cv-03296-RLY-TAB |
| 1:16-cv-03275-RLY-TAB | 1:16-cv-06048-RLY-TAB |
| 1:16-cv-03278-RLY-TAB | |

―――――――――――――――――――――――――――――

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: December 15, 2016          */s/ Douglas B. King*
                                  Douglas B. King, #5199-49
                                  WOODEN McLAUGHLIN LLP
                                  One Indiana Square, Suite 1800
                                  Indianapolis, IN 46204-4208
                                  Tel: 317-639-6151
                                  Fax: 317-639-6444
                                  doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Douglas B. King*

1086562-1 (10909-0412)