# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## **NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) No. 1:14-ml-02570 RLY-TAB - MDL No. 2570
) On behalf of Plaintiffs,
) Margaret Decoteau and Gregory Pattyn

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Kristy M. Arevalo | Kristy M. Arevalo |
| **Law Firm, Company, and/or Agency:** | McCuneWright, LLP | McCune Wright Arevalo, LLP |
| **Address:** | 2068 Orange Tree Lane<br>Suite 216<br>Redlands, CA 92374 | 3281 East Guasti Road<br>Suite 100<br>Ontario, CA 91761 |
| **Primary E-mail:** | kma@mccunewright.com | kma@mccunewright.com |
| **Secondary E-mail(s):** | ama@mccunewright.com | ama@mccunewright.com |
| **Telephone Number:** | (909) 557-1250 | (909) 557-1250 |
| **Facsimile:** | (909) 557-1275 | (909) 557-1275 |

Date: 12/20/2016                    s/ Kristy M. Arevalo

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.