UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB<br><br>JUDGE ROBERT L. YOUNG |

THIS DOCUMENT RELATES TO:

INDIVIDUAL CIVIL ACTION NO:  1:16-cv-02756-RLY-TAB
INDIVIDUAL CIVIL ACTION NO:  1:16-cv-03058-RLY-TAB

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this Court, and I appear in these

cases as counsel for the Plaintiffs in the above referenced actions.

Dated:  December 20, 2016

Respectfully submitted,

STARK & STARK
A Professional Corporation

/s/ Martin P. Schrama
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorney for Plaintiff*