# EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

2016L009027
CALENDAR/ROOM E
TIME 00:00
PI Other

| | |
|---|---|
| MARIAN INCAVO, <br> Individually and as Special Administrator <br> of the estate of <br> NOEL INCAVO <br>         Plaintiff, <br><br> vs. <br><br> LOYOLA UNIVERSITY HEALTH <br> SYSTEM, COOK INCORPORATED <br> COOK MEDICAL INCORPORATED <br> COOK MEDICAL LLC <br> COOK POLYMER TECHNOLOGY <br> COOK CANTON LLC and <br> WILLIAM COOK EUROPE APS <br>         Defendants. | Case No. _____ <br><br> JURY TRIAL DEMANDED |

FILED 2016 SEP 12 PM 1:24
DOROTHY BROWN CLERK
CIRCUIT COURT OF COOK COUNTY, ILLINOIS LAW DIVISION

## ATTORNEY'S 2-622 AFFIDAVIT

Peter J. Flowers, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney at law licensed to practice in the State of Illinois with the law firm of MEYERS & FLOWERS, LLC.

2. I have been retained by the Plaintiff, Marian Incavo individually and as Special Administrator of the Estate of Noel Incavo, deceased, to investigate and prosecute all claims for injuries sustained by NOEL INCAVO arising out of the care, treatment and implantation of a Cook Celect IVC Filter at Loyola University Health System on or around September 21, 2009.

3. As to named Defendant, Loyola University Health System ("Loyola"), I was unable to obtain a consultation required by paragraph 1 of 735 ILCS 5/2-622(a)(1) because the statute of limitations would impair the action and the consultation required could not be obtained before the expiration of the statute of limitations.

4.  The Plaintiff, Marian Incavo individually and as Special Administrator of the Estate of Noel Incavo, has not previously voluntarily dismissed an action based upon the same or substantially the same acts, omissions, or occurrences.

FURTHER AFFIANT SAYETH NOT

Marian Incavo, Individually and as Special Administrator of the Estate of Noel Incavo, deceased

MEYERS & FLOWERS, LLC

_____
Peter J. Flowers, Esq.

Subscribed and sworn to before me this 12th day of September, 2016.

_____
Notary Public

OFFICIAL SEAL
MARY O'HEIR
Notary Public - State of Illinois
My Commission Expires Dec 4, 2018

Peter J. Flowers, Esq.
*Cook County ID 56079*
MEYERS & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333 – phone
(630) 845-8982 – fax