AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| April Means | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:16-cv-3470 |
| Cook Incorporated, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

April Means.

Date: 12/22/2016

/s/ Basil E. Adham
*Attorney's signature*

Basil E. Adham, TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 583-9460
*FAX number*