UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03299-RLY-TAB | 1:16-cv-03317-RLY-TAB |
| 1:16-cv-03300-RLY-TAB | 1:16-cv-03325-RLY-TAB |
| 1:16-cv-03304-RLY-TAB | 1:16-cv-03327-RLY-TAB |
| 1:16-cv-03305-RLY-TAB | 1:16-cv-03328-RLY-TAB |
| 1:16-cv-03309-RLY-TAB | 1:16-cv-03331-RLY-TAB |
| 1:16-cv-03310-RLY-TAB | 1:16-cv-03346-RLY-TAB |
| 1:16-cv-03312-RLY-TAB | 1:16-cv-03348-RLY-TAB |

---

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: December 28, 2016            */s/ Douglas B. King*
                                    Douglas B. King, #5199-49
                                    WOODEN McLAUGHLIN LLP
                                    One Indiana Square, Suite 1800
                                    Indianapolis, IN 46204-4208
                                    Tel: 317-639-6151
                                    Fax: 317-639-6444
                                    doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglas B. King

1086562-1 (10909-0412)