UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**JOINT MOTION TO ENTER
AMENDED CASE MANAGEMENT ORDER #19
(AMENDED BELLWETHER TRIAL PLAN)**

The parties hereby jointly request that the Court enter the attached Amended Case Management Order #19 (Bellwether Trial Plan) ("CMO #19"), by which the parties request that the Court continue the trial dates for the Bellwether trial cases one month each (actually 21 days in the case of the first bellwether trial, as explained below) and extend the case management deadlines set forth in CMO #19 by approximately one month each (some dates are slightly more or less than a month in order to fall on business days), and in support hereof show the Court as follows:

1.  While the parties have been working hard to try to get these cases ready for trial in accordance with the deadlines and schedule set forth in CMO #19, the parties agree that, due to factors beyond their control, including but not limited to the busy schedules of treating physicians not under either side's control, such as implanting physicians, retrieving physicians and other physicians who have cared for the three bellwether trial plaintiffs, as well as the holidays and the press of other business, an additional month is required to get all of the things

done that need to be done in order to have the bellwether cases ready for trial in 2017 and early 2018 as originally contemplated by CMO #19.

      2.      While the first trial is not now scheduled until October 2, 2017, a little more than ten months from now, there is a ripple effect on discovery and compliance with case management deadlines when depositions of third parties not under either sides' control, such as treating physicians, are delayed due to no fault of either side.  The parties, recognizing this ripple effect on the schedule, respectfully request the Court extend the trial dates by a month and the case management deadlines set forth in CMO #19 by a month to enable the parties to prepare these cases for trial on a schedule that is close to that which is contemplated by CMO #19.

      3.      While the parties agreed yesterday to extend all discovery pretrial preparation deadlines by 30 days or a month, the attached proposed Amended Case Management Order #19 (Amended Bellwether Trial Plan) requests a continuance of the first trial for 21 days or three weeks, so the trial would start on October 23, 2017.  The reason is that Thanksgiving in 2017 is November 23, and the parties want to make sure there is enough time to complete the trial before that holiday weekend, and, hopefully, before the weather gets bad.

      WHEREFORE, the parties jointly request that the Court enter the attached Amended Case Management Order #19 (Amended Bellwether Trial Plan), and grant them all other proper relief.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph N. Williams | /s/ Douglas King |
| Joseph N. Williams, Lead Counsel | Douglas B. King, Esq., Co-Lead Counsel |
| RILEY WILLIAMS & PIATT, LLC | James M. Boyers, Esq. |
| 301 Massachusetts Avenue | John C. Babione, Esq. |
| Indianapolis, IN 46204 | Kip S. M. McDonald, Esq. |
| Tel: (317) 633-5270 | WOODEN MCLAUGHLIN LLP |
| jwilliams@rwp-law.com | One Indiana Square, Suite 1800 |
| | Indianapolis, IN 46204-4208 |
| *Liaison Counsel for Plaintiffs* | Tel: (317) 639-6151 |
| | Fax: (317) 639-6444 |
| | doug.king@woodenmclaughlin.com |
| | jim.boyers@woodenmclaughlin.com |
| | john.babione@woodenmclaughlin.com |
| | kip.mcdonald@woodenmclaughlin.com |
| | |
| | *Co-Lead Counsel for Cook Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2016, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Douglas King
Douglas B. King, Esq.