UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-03330-RLY-TAB
    1:16-cv-03357-RLY-TAB
    1:16-cv-03366-RLY-TAB
    1:16-cv-03378-RLY-TAB
    1:16-cv-03388-RLY-TAB
    1:16-cv-03390-RLY-TAB

## **NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 4, 2017                    */s/ Kip S. M. McDonald*
                                                     Kip S. M. McDonald, #29370-49
                                                     WOODEN McLAUGHLIN LLP
                                                     One Indiana Square, Suite 1800
                                                     Indianapolis, IN 46204-4208
                                                     Tel: 317-639-6151
                                                     Fax: 317-639-6444
                                                     kip.mcdonald@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      */s/ Kip S. M. McDonald*

1099474-1 (10909-0412)