UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03400-RLY-TAB | 1:16-cv-03429-RLY-TAB |
| 1:16-cv-03401-RLY-TAB | 1:16-cv-03430-RLY-TAB |
| 1:16-cv-03403-RLY-TAB | 1:16-cv-03431-RLY-TAB |
| 1:16-cv-03406-RLY-TAB | 1:16-cv-03432-RLY-TAB |
| 1:16-cv-03407-RLY-TAB | 1:16-cv-03433-RLY-TAB |
| 1:16-cv-03408-RLY-TAB | 1:16-cv-03434-RLY-TAB |
| 1:16-cv-03413-RLY-TAB | 1:16-cv-03435-RLY-TAB |
| 1:16-cv-03421-RLY-TAB | 1:16-cv-03436-RLY-TAB |
| 1:16-cv-03424-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 5, 2017    */s/ Kip S. M. McDonald*
Kip S. M. McDonald, #29370-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: 317-639-6151
Fax: 317-639-6444
kip.mcdonald@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*

1099474-1 (10909-0412)