UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03443-RLY-TAB | 1:16-cv-03466-RLY-TAB |
| 1:16-cv-03444-RLY-TAB | 1:16-cv-03468-RLY-TAB |
| 1:16-cv-03446-RLY-TAB | 1:16-cv-03469-RLY-TAB |
| 1:16-cv-03447-RLY-TAB | 1:16-cv-03470-RLY-TAB |
| 1:16-cv-03448-RLY-TAB | 1:16-cv-03471-RLY-TAB |
| 1:16-cv-03453-RLY-TAB | 1:16-cv-03475-RLY-TAB |
| 1:16-cv-03454-RLY-TAB | 1:16-cv-03476-RLY-TAB |
| 1:16-cv-03455-RLY-TAB | 1:16-cv-03481-RLY-TAB |
| 1:16-cv-03456-RLY-TAB | 1:16-cv-03490-RLY-TAB |
| 1:16-cv-03458-RLY-TAB | |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 9, 2017         */s/ Kip S. M. McDonald*
                               Kip S. M. McDonald, #29370-49
                               WOODEN McLAUGHLIN LLP
                               One Indiana Square, Suite 1800
                               Indianapolis, IN 46204-4208
                               Tel: 317-639-6151
                               Fax: 317-639-6444
                               kip.mcdonald@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Kip S. M. McDonald</em>

1099474-1 (10909-0412)