AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| John Cornew | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. MDL No. 2570 |
| In Re: Cook Medical, Inc Filters | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Cornew, Plaintiff

Date: 1/10/2017

*Attorney's signature*

Roxell Richards
*Printed name and bar number*
6420 Richmond Ave Ste. 135
Houston, TX 77057

*Address*

RR@roxellrichards.com
*E-mail address*

(713) 974-0388
*Telephone number*

(713) 974-0003
*FAX number*