AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| John Cornew ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   MDL No. 2570 |
| In Re: Cook Medical, Inc., IVC FIlters Marketing, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Cornew, Plaintiff.

Date: 1/10/2017

*Attorney's signature*

Oluwaseun "Seun" Adeyemi
*Printed name and bar number*

6420 Richmond Ave Ste. 135
Houston, TX 77057

*Address*

Masstorts@roxellrichards.com
*E-mail address*

(713) 974-0388
*Telephone number*

(713) 974-0003
*FAX number*