UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03510-RLY-TAB | 1:16-cv-03531-RLY-TAB |
| 1:16-cv-03511-RLY-TAB | 1:16-cv-03533-RLY-TAB |
| 1:16-cv-03521-RLY-TAB | 1:16-cv-03540-RLY-TAB |
| 1:16-cv-03524-RLY-TAB | 1:17-cv-00004-RLY-TAB |
| 1:16-cv-03527-RLY-TAB | 1:17-cv-00007-RLY-TAB |

_____

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

         I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

         Cook Medical LLC (which is alleged in some cases to be also known as "Cook
         Medical, Inc.");
         Cook Incorporated (which is alleged in some cases to be doing business as "Cook
         Medical"); and
         William Cook Europe ApS

Dated: January 10, 2017                        */s/ Douglas B. King*_____
                                               Douglas B. King, #5199-49
                                               WOODEN McLAUGHLIN LLP
                                               One Indiana Square, Suite 1800
                                               Indianapolis, IN 46204-4208
                                               Tel: 317-639-6151
                                               Fax: 317-639-6444
                                               doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Douglas B. King*