UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:16-cv-03510-RLY-TAB | 1:16-cv-03531-RLY-TAB |
| 1:16-cv-03511-RLY-TAB | 1:16-cv-03533-RLY-TAB |
| 1:16-cv-03521-RLY-TAB | 1:16-cv-03540-RLY-TAB |
| 1:16-cv-03524-RLY-TAB | 1:17-cv-00004-RLY-TAB |
| 1:16-cv-03527-RLY-TAB | 1:17-cv-00007-RLY-TAB |

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 10, 2017          */s/ John C. Babione*
                                 John C. Babione, #23494-49
                                 WOODEN McLAUGHLIN LLP
                                 One Indiana Square, Suite 1800
                                 Indianapolis, IN 46204-4208
                                 Tel: 317-639-6151
                                 Fax: 317-639-6444
                                 john.babione@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ John C. Babione</em>

1099471-1 (10909-0412)