IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiff(s)

John Cornew

Civil Case #_____

## MOTION TO WITHDRAW

Plaintiff, John Cornew, hereby moves this Court to withdraw its previously filed Short Form
Complaint (Doc. 3415) as grounds therefore, Plaintiff states as follows:


On January 11, 2016, Plaintiff filed a Short Form Complaint in the Master Docket relating to Cook
Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation. Plaintiff
intended to file the present case as a member case not in the Master Docket.


For the above reason, Plaintiff, John Cornew, respectfully requests this Court to permit it to withdraw
its previous Complaint (Doc. 3415).


Respectfully Submitted,

Roxell Richards Law Firm


*/s/ Roxell Richards*
Roxell Richards
TX Bar No. 24049756
Oluwaseun "Seun" Adeyemi
TX Bar No. 24094495
**Roxell Richards Law Firm**
6420 Richmond Ave
Houston, TX 77057
Telephone: (713)974-0388
Facsimile: (317) 974-0003
rr@roxellrichards.com
masstorts@roxellrichards.com


*Counsel for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.