IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-
TAB PRODUCTS LIABILITY LITIGATION   MDL No. 2570

This Document Relates to Plaintiff(s)

John Cornew

## MOTION FOR REFUND

COMES NOW, Plaintiff John Cornew and moves this court for an order to return filing fees in the above entitled matter, for the reason an overpayment in the amount of $400.00 receipt number 0756-4195090 was applied to the present case, instead of its member case.

Respectfully submitted,

**Roxell Richards Law Firm**

*/s/ Roxell Richards*
Roxell Richards
TX Bar No. 24049756
Oluwaseun "Seun" Adeyemi
TX Bar No. 24094495
**Roxell Richards Law Firm**
6420 Richmond Ave
Houston, TX 77057
Telephone: (713)974-0388
Facsimile: (317) 974-0003
rr@roxellrichards.com
masstorts@roxellrichards.com

*Counsel for Plaintiff*

1

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

John Cornew

## PROPOSED ORDER

Plaintiff's Motion for Refund of payment is hereby:

☐ Granted

☐ Denied

So Ordered this 18th day of January 2017

/s/
RICHARD L. YOUNG
United States District Court
Southern District of Indiana