AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Michelle Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00094 |
| Cook Medical, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle Washington.

Date:  01/19/2017

/s/ Michael G. Stag
*Attorney's signature*

Michael G. Stag, LA-23314
*Printed name and bar number*

SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130

*Address*

mstag@smithstag.com
*E-mail address*

(504) 593-9600
*Telephone number*

(504) 593-9601
*FAX number*