AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| Michelle Washington | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cook Medical, Inc. et al | ) |
| *Defendant* | ) |

Case No.   1:17-cv-00094

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle Washington                                                                                        .

Date:     01/19/2017

/s/ Merritt E. Cunningham
*Attorney's signature*

Merritt E. Cunningham LA-32843, MS-102721
*Printed name and bar number*

SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
*Address*

mcunningham@smithstag.com
*E-mail address*

(504) 593-9600
*Telephone number*

(504) 593-9601
*FAX number*