UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                              1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION MDL             No:  2570
_____

This Document Relates to:

    QUINCY EVANS

Civil Case # 1:16-cv-01358-RLY-TAB

_____

## NOTICE OF APPEARANCE AS CO-COUNSEL

TO:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for:

    QUINCY EVANS

Dated: January 23, 2017        __/s/ Joseph R. Johnson_____
                              Joseph R. Johnson, #372250, FL
                              BABBITT & JOHNSON, P.A.
                              Suite 100
                              1641 Worthington Road (33409)
                              P. O. Box 4426
                              West Palm Beach, FL  33402-4426
                              Tel:  (561) 684-2500
                              Tel:  (561) 684-6308
                              jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Joseph R. Johnson
JOSEPH R. JOHNSON