IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-00599-RLY-TAB

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

                            Respectfully submitted,

                            /s/ *Andrea Roberts Pierson*
                            Andrea Roberts Pierson (# 18435-49)
                            John T. Schlafer (# 28771-49)
                            FAEGRE BAKER DANIELS LLP
                            300 North Meridian Street, Suite 2700
                            Indianapolis, Indiana  46204
                            Telephone:  (317) 237-0300
                            Facsimile:  (317) 237-1000
                            E-Mail:  andrea.pierson@faegrebd.com
                            E-Mail:  john.schlafer@faegrebd.com

                            *Counsel for the defendants, Cook Incorporated,*
                            *Cook Medical LLC (f/k/a Cook Medical*
                            *Incorporated), and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017 a copy of the foregoing Appearance of Counsel was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*