UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-03402-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    William Cook Europe ApS

Dated: January 24, 2017        */s/ Douglas B. King*
                                              Douglas B. King, #5199-49
                                              WOODEN McLAUGHLIN LLP
                                              One Indiana Square, Suite 1800
                                              Indianapolis, IN 46204-4208
                                              Tel: 317-639-6151
                                              Fax: 317-639-6444
                                              doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Douglas B. King*

1086562-1 (10909-0412)