IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **CYNTHIA KAY RICO f/k/a** | ) | MDL No. 1:14-ml-2570-RLY-TAB |
| **CYNTHIA KAY TERRY** | ) | MDL No. 2570 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COOK INCORPORATED;** | ) | Civil Case No. 1:17-cv-0153-RLY-TAB |
| **COOK MEDICAL LLC;** | ) | |
| **WILLIAM COOK EUROPE APS** | ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  January 26, 2017             Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
