**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

|  |  |
|---|---|
| **ESTHER MAURER** ) | **MDL No. 1:14-ml-2570-RLY-TAB** |
| ) | **MDL No. 2570** |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | **Civil Case No. 1:17-cv-0157-RLY-TAB** |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

---

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure

and the Seventh Amendment of the U.S. Constitution.

Dated:  January 26, 2017                    Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher