# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **DENNIS STAPLES** ) | MDL No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| v. ) | |
| ) | |
| **COOK INCORPORATED;** ) | Civil Case No. 1:17-cv-0160-RLY-TAB |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  January 26, 2017           Respectfully submitted,

                                   /s/ Michael T. Gallagher
                                   Michael T. Gallagher
                                   Federal ID: 5395
                                   The Gallagher Law Firm
                                   2905 Sackett Street
                                   Houston, Texas 77098
                                   (713) 222-8080
                                   (713) 222-0066 - Facsimile
                                   donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
