UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:17-cv-00140-RLY-TAB      1:17-cv-00158-RLY-TAB
    1:17-cv-00151-RLY-TAB      1:17-cv-00159-RLY-TAB
    1:17-cv-00152-RLY-TAB      1:17-cv-00160-RLY-TAB
    1:17-cv-00153-RLY-TAB      1:17-cv-00161-RLY-TAB
    1:17-cv-00154-RLY-TAB      1:17-cv-00162-RLY-TAB
    1:17-cv-00157-RLY-TAB      1:17-cv-00166-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 26, 2017          */s/ Douglas B. King*
                                                       Douglas B. King, #5199-49
                                                       WOODEN McLAUGHLIN LLP
                                                       One Indiana Square, Suite 1800
                                                       Indianapolis, IN 46204-4208
                                                       Tel: 317-639-6151
                                                       Fax: 317-639-6444
                                                       doug.king@woodenmclaughlin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Douglas B. King*

1086562-1 (10909-0412)