AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Canchetta Caldwell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00176-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Canchetta Caldwell.

Date:   01/26/2017

/s/ Jennifer Williams
*Attorney's signature*

Jennifer Williams; Texas Bar No. 24007755
*Printed name and bar number*

Jackson Allen & Williams, LLP
3838 Oak Lawn Avenue
Suite 1100
Dallas, Texas  75219
*Address*

jwilliams@jacksonallenfirm.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*