IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Bonnie Johnson

Civil Case # _____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for her Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Bonnie Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

6. Plaintiff's/Deceased Party's current state of residence:

   Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Kentucky

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    March 18, 2002

12. Hospital where Plaintiff was implanted (including City and State):

    Wellstar Kennestone Hospital (Marietta, GA)

13. Implanting Physician:

    Will supplement.

14. Counts in the Master Complaint brought by Plaintiff:

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒   Count V:     Breach of Express Warranty

☒   Count VI:    Breach of Implied Warranty

☒   Count VII:   Violations of Applicable Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:  Loss of Consortium

☐   Count IX:    Wrongful Death

☐   Count X:     Survival

☒   Count XI:    Punitive Damages

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff:

Leslie M. Cronen

16. Address and bar information for Attorney for Plaintiff:

Leslie M. Cronen (KY Bar No. 89367), Bubalo Goode Sales & Cronen PLC,

9300 Shelbyville Rd., Ste. 210, Louisville, KY 40222

4

Respectfully submitted,

**BUBALO GOODE SALES & CRONEN PLC**

/s/ Leslie M. Cronen
Leslie M. Cronen, KY Bar No. 89367
Bubalo Goode Sales & Cronen PLC
9300 Shelbyville Rd., Suite 210
Louisville, KY 40222
Telephone: (502) 753-1600
Facsimile: (502) 753-1601
E-mail: lcronen@bubalolaw.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Leslie M. Cronen