# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **DEREK FELL** ) | MDL No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| **v.** ) | |
| ) | This Document Relates to: |
| **COOK INCORPORATED;** ) | Civil Case No. 1:16-cv-00751-RLY-TAB |
| **COOK MEDICAL, LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  January 26, 2017                          Respectfully submitted,

  /s/ Todd E. Hilton
Todd E. Hilton, MO #51388
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64151
(816) 714-7100 – telephone
(816) 714-7101 – facsimile
hilton@stuevesiegel.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

  /s/ Todd E. Hilton
Todd E. Hilton