# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| NATHANIEL CODY | ) | MDL No. 1:14-ml-2570-RLY-TAB |
|  | ) | MDL No. 2570 |
| v. | ) |  |
|  | ) | This Document Relates to: |
| COOK INCORPORATED; | ) | Civil Case No. 1:16-cv-00668-TWP-MJD |
| COOK MEDICAL, LLC; | ) |  |
| WILLIAM COOK EUROPE APS | ) |  |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  January 26, 2017        Respectfully submitted,

 /s/ Todd E. Hilton
Todd E. Hilton, MO #51388
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64151
(816) 714-7100 – telephone
(816) 714-7101 – facsimile
hilton@stuevesiegel.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

 /s/ Todd E. Hilton
Todd E. Hilton