IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
 Bonnie Johnson

 Civil Case #   1:14-ml-2570-RLY-TAB

## MOTION TO WITHDRAW

Plaintiff, Bonnie Johnson, hereby moves this Court to withdraw its previously filed Short Form Complaint (Doc. 3575) as grounds therefore, Plaintiff states as follows:

On January 26, 2017, Plaintiff filed a Short Form Complaint in the Master Docket relating to Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Tab Products Liability Litigation. Plaintiff intended to file present case as a member case and not in the Master Docket.

For the above reason, Plaintiff, Bonnie Johnson, respectfully requests this Court to permit it to withdraw its previous Complaint (Doc. 3575).

Respectfully submitted,

**BUBALO GOODE SALES & CRONEN PLC**

*/s/ Leslie M. Cronen*
Leslie M. Cronen, KY Bar No. 89367
Bubalo Goode Sales & Cronen PLC
9300 Shelbyville Rd., Suite 210
Louisville, KY 40222
 Telephone: (502) 753-1600
Facsimile: (502) 753-1601
E-mail: lcronen@bubalolaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                       */s/ Leslie M. Cronen*