IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Brenda Jo Dishon, Individually, and as Executor of the Estate of John N. Dishon
Civil Case #   1:16-cv-3541-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    John Dishon, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Brenda Jo Dishon, surviving spouse

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Brenda Jo Dishon, Executor of the Estate of John N. Dishon

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Ohio

6. Plaintiff's/Deceased Party's current state of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Southern District of Ohio, Western Division at Cincinnati

8. Defendants (Check Defendants against whom Complaint is made):

    [X]   Cook Incorporated

    [X]   Cook Medical LLC

    [X]   William Cook Europe ApS

9. Basis of Jurisdiction:

    [X]   Diversity of Citizenship

    [ ]   Other:_____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       Paragraphs 1-28

    b. Other allegations of jurisdiction and venue:

       N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒    Günther Tulip® Vena Cava Filter

    ☒    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

    12/15/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    West Chester Hospital, West Chester, Ohio

13. Implanting Physician(s):

    Glenn Taylor, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability – Failure to Warn

    ☒    Count II:    Strict Products Liability – Design Defect

    ☒    Count III:    Negligence

    ☒    Count IV:    Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable  Ohio  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☒ Count IX: Wrongful Death

☒ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Benjamin A. Bertram

16. Address and bar information for Attorney for Plaintiff(s):

4

4717 Grand Avenue, Suite 800, Kansas City, MO 64112

Missouri Bar No. 56945

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Benjamin A. Bertram
*Attorney for Plaintiff*