UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Geneva Milner and Nelson Milner | 1:16-CV-01094-RLY-TAB |

## MOTION FOR SUBSTITUTION OF PLAINTIFF DUE TO DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby moves the Court for substitution of Plaintiff Geneva Milner with her husband, Plaintiff Nelson Milner, adding him as a representative plaintiff as personal representative and executor of his wife's estate. Geneva Milner passed away on or about August 13, 2016. As a result of her death, Geneva Milner can no longer serve as plaintiff in this suit. As her personal representative, Nelson Milner is the proper plaintiff to continue to pursue the claims in this suit. Mr. Milner is already a Plaintiff in his personal capacity.

Mr. Milner and Plaintiff's counsel are exploring whether Mrs. Milner's passing was related to the allegations in her complaint regarding Defendants' IVC filter product. If so, Plaintiff will separately move pursuant to Rule 15(a) to file an amended Short Form Complaint to add claims for wrongful death. But at this time Plaintiff seeks relief only under Rule 25(a)(1) to substitute Mr. Milner as Plaintiff.

Plaintiff's counsel has corresponded with defense counsel regarding this motion but was not able to respond with Defendants' position on this motion prior to its filing. Plaintiff hopes and anticipates that Defendants will not oppose this straightforward request.

For the foregoing reasons Plaintiff respectfully requests that Nelson Milner, in his capacity as personal representative of the estate of Geneva Milner, be allowed to substitute as a Plaintiff in this matter for his wife Geneva Milner, recently deceased.

Dated: January 30, 2017.

GALLAGHER & KENNEDY, P.A.

/s/ Paul L. Stoller
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph: (602) 530-8000
Fax: (602) 530-8500
paul.stoller@gknet.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Deborah Yanazzo
Deborah Yanazzo