UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Geneva Milner and Nelson Milner | 1:16-CV-01094-RLY-TAB |

## **ORDER**

IT IS ORDERED that the Motion for Substitution of Plaintiff Due to Death is hereby GRANTED.

Signed this ___ day of _____, 2017.

_____
Honorable Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana