UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to All Actions

_____

**ORDER SETTING PRETRIAL CONFERENCE**

**This matter is set for a pretrial conference at 1:15 p.m. on February 7, 2017,** in

Room 238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  Parties shall

appear by counsel.  All persons entering the United States Courthouse must have photo

identification.  The purpose of this conference is to address multiple discovery disputes.  The

information needed by counsel of record to participate in this conference telephonically will be

provided by separate notification.  **Anyone appearing by phone must be on the line no later**

**than 1:10 p.m., at which time the conference line will be locked.  This conference will**

**conclude no later than 2:30 p.m. and anyone appearing by phone must remain on the line**

**until the conference concludes.  If anyone disconnects prior to the conclusion of the**

**conference, the Court will terminate the call.**

Date:  2/1/2017

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.