IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master File No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## NOTICE OF SUBPOENA TO THIRD PARTY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs intend to serve a Subpoena to Produce Documents, Information, or Objects, in the form attached hereto as Exhibit A, on Digital Influence Group, Inc. on February 13, 2017 or as soon thereafter as service may be effectuated.

Dated: February 1, 2017

                                    s/ *Ben C. Martin*
                                    BEN C. MARTIN
                                    Law Office of Ben C. Martin
                                    3219 McKinney Ave., Ste. 100
                                    Dallas, TX 75204
                                    Tel: (214) 761-6614
                                    Fax: (214) 744-7590
                                    bmartin@bencmartin.com
                                    *Lead Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I electronically filed the foregoing Notice of Third Party Subpoena with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            *s/ Ben C. Martin*
                                            BEN C. MARTIN
                                            Law Office of Ben C. Martin
                                            3219 McKinney Ave., Ste. 100
                                            Dallas, TX 75204
                                            Tel: (214) 761-6614
                                            Fax: (214) 744-7590
                                            bmartin@bencmartin.com
                                            *Lead Co-Counsel for Plaintiffs*