IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master File No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### NOTICE OF SUBPOENA TO THIRD PARTY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs intend to serve a Subpoena to Produce Documents, Information, or Objects, in the form attached hereto as Exhibit A, on Fleishman-Hillard, Inc. on February 13, 2017 or as soon thereafter as service may be effectuated.

Dated: February 1, 2017

                                      s/ *Ben C. Martin*
                                      BEN C. MARTIN
                                      Law Office of Ben C. Martin
                                      3219 McKinney Ave., Ste. 100
                                      Dallas, TX 75204
                                      Tel: (214) 761-6614
                                      Fax: (214) 744-7590
                                      bmartin@bencmartin.com
                                      *Lead Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, I electronically filed the foregoing Notice of Third Party Subpoena with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ *Ben C. Martin*
BEN C. MARTIN
Law Office of Ben C. Martin
3219 McKinney Ave., Ste. 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
*Lead Co-Counsel for Plaintiffs*
