IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-0059-RLY-TAB
    Dominic De Rico
    Watkins, on behalf of his
    deceased mother Gloria
    Williams

## ORDER

    IT IS ORDERED that the Motion to Substitute Party and Amended Short Form Complaint filed by Dominic De Rico Watkins be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter as of the date of this order.  This order and the amended short form complaint shall be docketed in the Master Case as well as the Member Case noted above.  The Clerk is directed to amend the caption in the Member Case appropriately.

    Date:  2/6/2017

                                      Tim A. Baker
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.