IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>John Cornew<br><br>Civil Case No. 1:17-cv-143-RLY-TAB | |

> Granted. Filing No. 3415 on the Master docket shall be withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 2/6/2017

## MOTION TO WITHDRAW

Plaintiff, John Cornew, hereby moves this Court to withdraw its previously filed Short Form Complaint (Doc. 3415) as grounds therefore, Plaintiff states as follows:

On January 11, 2016, Plaintiff filed a Short Form Complaint in the Master Docket relating to Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation. Plaintiff intended to file the present case as a member case not in the Master Docket.

For the above reason, Plaintiff, John Cornew, respectfully requests this Court to permit it to withdraw its previous Complaint (Doc. 3415).

Respectfully Submitted,

Roxell Richards Law Firm

*/s/ Roxell Richards*
Roxell Richards
TX Bar No. 24049756
Oluwaseun "Seun" Adeyemi
TX Bar No. 24094495
**Roxell Richards Law Firm**
6420 Richmond Ave
Houston, TX 77057
Telephone: (713)974-0388
Facsimile: (317) 974-0003
rr@roxellrichards.com
masstorts@roxellrichards.com

*Counsel for Plaintiff*