IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

John Cornew; 1:17-cv-143-RLY-TAB

## ORDER ON MOTION TO REFUND FILING FEE

Plaintiff's Motion for Refund of fiing fee is hereby granted.  The Court is directed to refund the $400 filing fee paid in the Master Case. (Receipt No. 0756-4195090)

So Ordered:  2/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Districution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.