IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master File No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## NOTICE OF SUBPOENA TO THIRD PARTY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs intend to serve a Subpoena to Produce Documents, Information, or Objects, in the form attached hereto as Exhibit A, on AchieveGlobal, Inc. on February 16, 2017 or as soon thereafter as service may be effectuated.

Dated: February 6, 2017

*s/ Ben C. Martin*
BEN C. MARTIN
Law Office of Ben C. Martin
3219 McKinney Ave., Ste. 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
*Lead Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, I electronically filed the foregoing Notice of Third Party Subpoena with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> s/ *Ben C. Martin*
> BEN C. MARTIN
> Law Office of Ben C. Martin
> 3219 McKinney Ave., Ste. 100
> Dallas, TX 75204
> Tel: (214) 761-6614
> Fax: (214) 744-7590
> bmartin@bencmartin.com
> *Lead Co-Counsel for Plaintiffs*