IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

AUBREY WEAVER, JR., INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
ANNETTE WEAVER, DECEASED

Civil Case No. 1:14-cv-06014-RLY-TAB

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Donald Douglas Grubbs, formerly of the Lee Murphy Law Firm, G.P., files this motion for leave to withdraw as counsel of record for the above-named Plaintiff for the reason that he is no longer a member of the Lee Murphy Law Firm. Babbitt Johnson Osborne & Leclainche and Lee Murphy Law Firm remain as counsel for Plaintiff. Mr. Grubbs respectfully requests the Court enter an Order allowing him to withdraw as counsel of record in the above-captioned matter for the reason stated herein.

Date: January 20, 2017

Respectfully submitted,

D. Douglas Grubbs
BAILEY PEAVY BAILEY COWAN
HECKAMAN PLLC
440 Louisiana Street, Ste. 2100
Houston, TX 77002
(713) 425-7100
Fax: (713) 425-7101
Email: dgrubbs@bpblaw.com