IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

AUBREY WEAVER, JR., INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
ANNETTE WEAVER, DECEASED

Civil Case No. 1:14-cv-06014-RLY-TAB

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court upon a MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD filed by Donald Douglas Grubbs, requesting leave of this Court to withdraw as counsel of record, for the reason that he is no longer a member of the Lee Murphy Law Firm, G.P.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Donald Douglas Grubbs, formerly of Lee Murphy Law Firm, G.P., is hereby granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawal as of the date of this Order.

So Ordered this _____ day of January, 2017.

_____
United State District Court Judge