> Motion granted.  Filing No. 3575 is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> February 7, 2017

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

This Document Relates to Plaintiff
Bonnie Johnson

Civil Case #   1:14-ml-2570-RLY-TAB

## MOTION TO WITHDRAW

Plaintiff, Bonnie Johnson, hereby moves this Court to withdraw its previously filed Short Form Complaint (Doc. 3575) as grounds therefore, Plaintiff states as follows:

On January 26, 2017, Plaintiff filed a Short Form Complaint in the Master Docket relating to Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Tab Products Liability Litigation. Plaintiff intended to file present case as a member case and not in the Master Docket.

For the above reason, Plaintiff, Bonnie Johnson, respectfully requests this Court to permit it to withdraw its previous Complaint (Doc. 3575).

Respectfully submitted,

**BUBALO GOODE SALES & CRONEN PLC**

*/s/ Leslie M. Cronen*
Leslie M. Cronen, KY Bar No. 89367
Bubalo Goode Sales & Cronen PLC
9300 Shelbyville Rd., Suite 210
Louisville, KY 40222
Telephone: (502) 753-1600
Facsimile: (502) 753-1601
E-mail: lcronen@bubalolaw.com
***Attorney for Plaintiff***

1