UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Geneva Milner and Nelson Milner | 1:16-CV-01094-RLY-TAB |

## ORDER

IT IS ORDERED that the Motion for Substitution of Plaintiff Due to Death is hereby GRANTED.  Nelson Milner, as personal representative of the Estate of Geneva Milner, shall be substituted as plaintiff in this action.

SO ORDERED:  2/7/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.