UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION </br>_____ </br></br> This Document Relates to All Actions </br>_____ | Case No. 1:14-ml-2570-RLY-TAB </br> MDL No. 2570 |

**ORDER ON FEBRUARY 7, 2017, PRETRIAL CONFERENCE**

The parties appeared by counsel February 7, 2017, for a pretrial conference to address a variety of discovery disputes. The parties were given an opportunity to be heard. For the reasons set forth below, as more fully set forth on the record at the conference, the Court made the following rulings.

1. The dispute involving slides for VCA1 has been resolved by Defendants' production. By February 17, 2017, Defendants shall make similar production for slides for VCA2 and VCA3.

2. Defendants were ordered to produce by February 8, 2017, raw data involving materials from the OUS study. In light of this, no additional dispute is ripe as to this issue.

3. As for disputes involving animal studies reports: (a) the test study and related documents for P030118D-03A shall be produced by February 17, 2017; (b) Defendants do not have sufficient custody or control over the study materials for P03118D-04A (the "Zaragoza" study), and therefore Defendants need not produce this; (c) Defendants have produced documents in response to requests for FS080102, such that the issue is either moot or, if not entirely moot, Defendants' production is sufficient; (d) the study for VCOB (TS090024) was a prototype for the

filter involved in this litigation and therefore Defendants must produce this study by February 17, 2017; (e) Defendants have sufficient custody or control over the study materials identified as "Retrievability of the Celect and Gunther Tulip Vena Cava MReye Filters," (the "Dotter Institute" study), and therefore Defendants shall produce this by February 17, 2017.

4. The dispute involving weekly and monthly complaint summaries from William Cook Europe has been resolved.

5. The dispute involving Leigh Conners' personnel file has been resolved.

6. The dispute involving the image files that Defendants overlooked has been resolved.

7. Regarding Plaintiffs' allegation that Defendants have improperly destroyed emails in violation of a litigation hold or Court order, the Court declines to address this issue until the parties further confer on this matter. Counsel shall contact the Magistrate Judge no later than February 14, 2017, to provide an update on this issue.

8. The dispute involving Defendants' boilerplate objections is not ripe for resolution.

9. The dispute involving complaint files is not ripe for resolution.

Finally, Plaintiffs asked the Court to enlarge the deadline for disclosure of their expert witness reports from February 15, 2017, to March 17, 2017. The Magistrate Judge recognizes that the additional discovery that Defendants have recently produced or will be making in response to this order might complicate Plaintiffs' expert report disclosure. However, the Magistrate Judge previously indicated a desire not to enlarge this deadline, and such an enlargement could impact at least the first Bellwether trial date. Accordingly, this issue is better

left to the District Judge, who is scheduled to have a conference with counsel on February 9, 2017.

Date: 2/8/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.