**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) | **MDL No. 1:14-ml-2570-RLY-TAB** **MDL No. 2570** |
| **This Document Relates to Plaintiff(s)** ) ) | |
| **Eva Mester** ) ) | |
| **Civil Case No. 1:16-cv-02277-RLY-TAB** ) | |

**SUGGESTION OF DEATH**

Plaintiff, Michael Mester, pursuant to Fed.R.Civ.P. 25, hereby suggests upon the record the death of Plaintiff, Eva Mester. Upon information and belief, Plaintiff Eva Mester died on or about November 28, 2016. The Death Certificate of Eva Mester is attached hereto as Exhibit "A."

Dated:  February 9, 2017          Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2017 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
