# MISSOURI

## CERTIFICATION OF DEATH

DATE FILED: DECEMBER 6, 2016      STATE FILE NUMBER: 124-16-035758

DECEDENT NAME: EVA LOUISE MESTER      SEX: FEMALE

DATE OF DEATH: NOVEMBER 28, 2016      COUNTY OF DEATH: CARTER

DATE OF BIRTH: MARCH 15, 1963      MARITAL STATUS: MARRIED      EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: 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      RESIDENCE ADDRESS: 1512 DALE STREET HC 2 BOX 2289 VAN BUREN, MISSOURI

SURVIVING SPOUSE:
(IF WIFE, MAIDEN NAME): MICHAEL MESTER

FUNERAL HOME: MCSPADDEN FUNERAL HOME LLC

UNDERLYING CAUSE (ICD CODE): (D469)   MANNER: NATURAL

MYELODYSPLASTIC SYNDROME