IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:16-cv-343-RLY-TAB
LAWRENCE SIMON

## CORRECTED NOTICE OF SUGGESTION OF
## DEATH OF PLAINTIFF, LAWRENCE SIMON

Pursuant to Fed. R. Civ. P. 25, counsel hereby suggests upon the record the death of Plaintiff Lawrence Simon. A copy of the death certificate is attached hereto as Exhibit A.

Dated: February 10, 2017

*/s/Jeff Seldomridge*
Jeff Seldomridge
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jeff Seldomridge*
Jeff Seldomridge