IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs BARRY CLIFT and MARGO CLIFT

Civil Case # 1:16-cv-01953-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Margo Clift on behalf of her deceased husband, Barry Clift.

1. Barry Clift filed a products liability lawsuit against Defendants on July 22, 2016, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On November 22, 2016, Plaintiff filed and served a Notice of Suggestions of Death (Doc. 3132).

3. Margo Clift, surviving spouse of Barry Clift, is the proper party to substitute for Plaintiff-decedent Barry Clift and has proper capacity to move forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R.Civ. P. 25 (a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

4. Margo Clift further seeks leave to file the attached short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-decedent Barry Clift and to add survival action claims (see Amended Short Form Complaint, attached hereto as Exhibit1).

2

5. Based on the foregoing, Margo Clift requests that this Court grant her request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.

Dated: February 20, 2017

Respectfully submitted,

/s/ *Matthew R. Lopez*  
Ramon Rossi Lopez, Esq. (CA Bar No. 86361)
  (admitted pro hac vice)
Matthew Ramon Lopez, Esq. (CA Bar No. 263134)
  (admitted pro hac vice)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/*Matthew R. Lopez*