IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs BARRY CLIFT and MARGO CLIFT

Civil Case # 1:16-cv-01953-RLY-TAB

**ORDER**

      This matter has come before the Court upon the Motion to Substitute Party Plaintiff and for Leave to Amend Complaint. The Court being duly advised, is of the opinion that it should be GRANTED.

      Signed this_____day of_____, 2017

_____

Judge Presiding

This order has been served electronically on all ECF-registered counsel of record via email generated by the court's ECF system