IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 **Logan Adler Rothschild**

 Civil Case #**1:17-cv-06057-RLY-TAB**

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    **Logan Adler Rothschild**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    **N/A**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    **N/A**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    **Tennessee**

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Tennessee

6. Plaintiff's/Deceased Party's current state of residence:

   Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

   N/A (case originally filed in United States District Court Middle District of Tennessee, Nashville Division).

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   ¶¶ 6-28

   b. Other allegations of jurisdiction and venue:

   N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☑ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    **January 9, 2009**

12. Hospital(s) where Plaintiff was implanted (including City and State):

    **Vanderbilt University Medical Center in Nashville, Tennessee.**

13. Implanting Physician(s):

    **Raul J. Guzman, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:    Strict Products Liability – Failure to Warn
    - ☑ Count II:   Strict Products Liability – Design Defect
    - ☑ Count III:  Negligence
    - ☑ Count IV:   Negligence Per Se

3

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable  Tennessee  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   **David Randolph Smith (David Randolph Smith and Associates)**

16. Address and bar information for Attorney for Plaintiff(s):
   **David Randolph Smith, TN BPR #011905**
   **David Randolph Smith & Associates**
   **1913 21st Ave S.**
   **Nashville, TN 37212**
   **(615)742-1775 (phone)**
   **(615)742-1223 (fax)**
   **drs@drslawfirm.com**

4

Respectfully submitted this 23rd day of February, 2017,

DAVID RANDOLPH SMITH & ASSOCIATES

/s/ *David Randolph Smith*
David Randolph Smith, TN BPR#011905
Dominick R. Smith, TN BPR # 028783
W. Lyon Chadwick, TN BPR # 029599
DAVID RANDOLPH SMITH & ASSOCIATES
1913 21st Avenue South
Nashville, Tennessee 37212
(615)742-1775 phone
(615)742-1223 fax
drs@drslawfirm.com

*Attorneys for Plaintiff Logan Adler Rothschild*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, a copy of the foregoing was filed electronically. served electronically. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *David Randolph Smith*