IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:   COOK MEDICAL, INC., IVC FILTERS          Case No:  1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

HENRY GRADY HIGGINS, III

Civil Case # 1:16-CV-01962

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiffs seek leave to file the attached short form complaint to correct Paragraph 11 to read "08/06/2011" instead of "05/06/2011" (see Amended Third Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, requests that this Court grant this request to correct Paragraph 11 to read "08/06/2011," and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: February 27, 2017                         /s/ Joseph R. Johnson_____
                                                 Joseph R. Johnson, Bar No: 372250
                                                 Babbitt & Johnson, P.A.

        1641 Worthington Road
        Suite 100
        West Palm Beach, FL  33402-4426
        Telephone:  (561) 684-2500
        Facsimile:  (561) 684-6308
        jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/ Joseph R. Johnson_____