IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

HENRY GRADY HIGGINS, III_____

 Civil Case # 1:16-CV-1962

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    __HENRY GRADY HIGGINS, III_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    __Marilyn Higgins_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    ___Georgia_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Georgia_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Georgia_____

7. District Court and Division in which venue would be proper absent direct filing:

   __United States District Court for the Middle District of Georgia_____

8. Defendants (Check Defendants against whom Complaint is made):

   **X**   Cook Incorporated

   **X**   Cook Medical LLC

   **X**   William Cook Europe ApS

9. Basis of Jurisdiction:

   **X**   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28, inclusive_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   N/A_____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   X  Günther Tulip® Vena Cava Filter

   ☐  Cook Celect® Vena Cava Filter

   ☐  Gunther Tulip Mreye

   ☐  Cook Celect Platinum

   ☐  Other:

   _____

11. Date of Implantation as to each product:

   ~~06/06/2011~~   08/06/2011_____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   ____Kennestone Hospital; Marietta, Georgia_____

13. Implanting Physician(s):

   ____Jeffrey Reilly, M.D._____

14. Counts in the Master Complaint brought by Plaintiff(s):

   **X**  Count I:  Strict Products Liability – Failure to Warn

   **X**  Count II:  Strict Products Liability – Design Defect

   **X**  Count III:  Negligence

   **X**  Count IV:  Negligence Per Se

   **X**  Count V:  Breach of Express Warranty

   **X**  Count VI:  Breach of Implied Warranty

   **X**  Count VII:  Violations of Applicable _Georgia_ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   X  Count VIII:  Loss of Consortium

   ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  **X**  Count XI:  Punitive Damages

  ☐  Other:  _____ (please state the facts supporting this Count in the space, immediately below)

  ☐  Other:  _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

 Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

 Joseph R. Johnson, Esq. FLA#372250
 Babbitt & Johnson, P.A.
 1641 Worthington Road Suite 100
 West Palm Beach, FL 33402-4426

       Respectfully submitted,

       By:
       */s/ Joseph R. Johnson, Esq.*
       Babbitt & Johnson, P.A.
       1641 Worthington Road, Suite 100
       West Palm Beach, FL 33409
       561-684-2500
       jjohnson@babbitt-johnson.com