IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:   COOK MEDICAL, INC. IVC FILTERS       Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

HENRY GRADY HIGGINS, III

Civil Case #  1:16-cv-01962


_____


## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by

Henry Grady Higgins, III, be and the same is hereby GRANTED, and the Clerk of the Court is

directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of February , 2017.



_____
Honorable Judge Richard L. Young
United States District Court Judge