IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## NOTICE OF INTENT TO SERVE SUBPOENA

Please take notice that the Plaintiffs intend to serve the attached Subpoena to Produce Documents, information, or objects in the above-referenced matter.

Date: March 1, 2017

                                          *s/ Ben C. Martin*
                                          BEN C. MARTIN
                                          Law Office of Ben C. Martin
                                          3710 Rawlins Street, Suite 1230
                                          Dallas, TX 75219
                                          Tel: (214) 761-6614
                                          Fax: (214) 744-7590
                                          bmartin@bencmartin.com

                                          *Lead Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

                                          *s/ Ben C. Martin*
                                          Ben C. Martin