IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02194-RLY-TAB | Cause No. | 1:17-cv-00567-RLY-TAB |
| Cause No. | 1:15-cv-01895-RLY-TAB | Cause No. | 1:16-cv-02679-RLY-TAB |
| Cause No. | 1:16-cv-01400-RLY-TAB | Cause No. | 1:16-cv-01246-RLY-TAB |
| Cause No. | 1:16-cv-01243-RLY-TAB | Cause No. | 1:16-cv-00344-RLY-TAB |
| Cause No. | 1:16-cv-03328-RLY-TAB | Cause No. | 1:16-cv-03429-RLY-TAB |
| Cause No. | 1:17-cv-00416-RLY-TAB | Cause No. | 1:16-cv-00435-RLY-TAB |
| Cause No. | 1:13-cv-00013-RLY-TAB | Cause No. | 1:16-cv-02680-RLY-TAB |
| Cause No. | 1:16-cv-02220-RLY-TAB | Cause No. | 1:16-cv-01809-RLY-TAB |
| Cause No. | 1:17-cv-00076-RLY-TAB | Cause No. | 1:14-cv-01870-RLY-TAB |
| Cause No. | 1:16-cv-03522-RLY-TAB | Cause No. | 1:16-cv-02977-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      March 3, 2017             /s/ Andrea Roberts Pierson
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      John T. Schlafer (# 28771-49)
                                                      FAEGRE BAKER DANIELS LLP
                                                      300 North Meridian Street, Suite 2700
                                                      Indianapolis, Indiana 46204
                                                      Telephone: (317) 237-0300
                                                      Facsimile: (317) 237-1000
                                                      E-Mail: andrea.pierson@faegrebd.com
                                                      E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson