**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02194-RLY-TAB | Cause No. | 1:17-cv-00567-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:15-cv-01895-RLY-TAB | Cause No. | 1:16-cv-02679-RLY-TAB |
| Cause No. | 1:16-cv-01400-RLY-TAB | Cause No. | 1:16-cv-01246-RLY-TAB |
| Cause No. | 1:16-cv-01243-RLY-TAB | Cause No. | 1:16-cv-00344-RLY-TAB |
| Cause No. | 1:16-cv-03328-RLY-TAB | Cause No. | 1:16-cv-03429-RLY-TAB |
| Cause No. | 1:17-cv-00416-RLY-TAB | Cause No. | 1:16-cv-00435-RLY-TAB |
| Cause No. | 1:13-cv-00013-RLY-TAB | Cause No. | 1:16-cv-02680-RLY-TAB |
| Cause No. | 1:16-cv-02220-RLY-TAB | Cause No. | 1:16-cv-01809-RLY-TAB |
| Cause No. | 1:17-cv-00076-RLY-TAB | Cause No. | 1:14-cv-01870-RLY-TAB |
| Cause No. | 1:16-cv-03522-RLY-TAB | Cause No. | 1:16-cv-02977-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:   March 3, 2017                                 /s/ John T. Schlafer
                                                                   Andrea Roberts Pierson (# 18435-49)
                                                                   John T. Schlafer (# 28771-49)
                                                                   FAEGRE BAKER DANIELS LLP
                                                                   300 North Meridian Street, Suite 2700
                                                                   Indianapolis, Indiana  46204
                                                                   Telephone:  (317) 237-0300
                                                                   Facsimile:  (317) 237-1000
                                                                   E-Mail:  andrea.pierson@faegrebd.com
                                                                   E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer