**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-06010-RLY-TAB | Cause No. | 1:16-cv-01767-RLY-TAB |
| Cause No. | 1:16-cv-00182-RLY-TAB | Cause No. | 1:16-cv-01838-RLY-TAB |
| Cause No. | 1:16-cv-00441-RLY-TAB | Cause No. | 1:16-cv-02796-RLY-TAB |
| Cause No. | 1:16-cv-00678-RLY-TAB | Cause No. | 1:16-cv-02799-RLY-TAB |
| Cause No. | 1:16-cv-00866-RLY-TAB | Cause No. | 1:16-cv-02940-RLY-TAB |
| Cause No. | 1:16-cv-00915-RLY-TAB | Cause No. | 1:16-cv-02997-RLY-TAB |
| Cause No. | 1:16-cv-01183-RLY-TAB | Cause No. | 1:16-cv-03475-RLY-TAB |
| Cause No. | 1:16-cv-01249-RLY-TAB | Cause No. | 1:17-cv-00333-RLY-TAB |
| Cause No. | 1:16-cv-01401-RLY-TAB | Cause No. | 1:17-cv-00549-RLY-TAB |
| Cause No. | 1:16-cv-01700-RLY-TAB | Cause No. | 1:17-cv-00575-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: March 7, 2017 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: john.schlafer@faegrebd.com |

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson