**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**
4:25 pm, Mar 07, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

**IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Clark, et al. v. Cook Group, Inc., et al.,   )
    E.D. Missouri, C.A. No. 4:17-00771   )   MDL No. 2570

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On February 27, 2017, the Panel filed in this docket a conditional transfer order (CTO-37) pertaining to, *inter alia*, this action (*Clark*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Clark* was lifted on March 7, 2017, and the action was transferred to the Southern District of Indiana. Subsequently, also on March 7, 2017, the Panel received from plaintiffs a motion to reinstate the conditional transfer order. In their motion, plaintiffs, through counsel, state that due to a calendering error, they missed filing their opposition timely by one day. Under these circumstances, the Panel will reinstate the conditional transfer order in *Clark* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-37" filed on February 27, 2017, is REINSTATED insofar as it relates to this aciton.

IT IF FURTHER ORDERED that plaintiffs notice of opposition, which is appended to their motion to reinstate, is accepted for filing as of the date of this order.

FOR THE PANEL:

*/s/ Jeffery N. Luthi*
Jeffery N. Luthi
Clerk of the Panel