# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:17-cv-06058-RLY-TAB

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: March 7, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Attorneys for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe, ApS*

US.110430829.01

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served by first-class United States mail, postage prepaid, upon the following parties and/or counsel of record this 7th day of March, 2017.

| | |
|---|---|
| John J. Driscoll | James W. Childress |
| Gregory J. Pals | Scott Kehlenbrink |
| THE DRISCOLL FIRM | CHILDRESS AND AHLHEIM, LLC |
| 211 North Broadway, Suite 2440 | 1010 Market St., Suite 500 |
| St. Louis, Missouri 63102 | St. Louis, MO 63101 |

/s/ John T. Schlafer