# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-02130-RLY-TAB | Cause No. | 1:16-cv-01775-RLY-TAB |
| Cause No. | 1:14-cv-06002-RLY-TAB | Cause No. | 1:16-cv-01781-RLY-TAB |
| Cause No. | 1:15-cv-01913-RLY-TAB | Cause No. | 1:16-cv-02440-RLY-TAB |
| Cause No. | 1:15-cv-06026-RLY-TAB | Cause No. | 1:16-cv-02566-RLY-TAB |
| Cause No. | 1:16-cv-00183-RLY-TAB | Cause No. | 1:16-cv-02671-RLY-TAB |
| Cause No. | 1:16-cv-00401-RLY-TAB | Cause No. | 1:16-cv-02685-RLY-TAB |
| Cause No. | 1:16-cv-00990-RLY-TAB | Cause No. | 1:16-cv-03244-RLY-TAB |
| Cause No. | 1:16-cv-01122-RLY-TAB | Cause No. | 1:16-cv-03372-RLY-TAB |
| Cause No. | 1:16-cv-01149-RLY-TAB | Cause No. | 1:17-cv-00101-RLY-TAB |
| Cause No. | 1:16-cv-01153-RLY-TAB | Cause No. | 1:17-cv-00164-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 7, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson