IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-01871-RLY-TAB | Cause No. | 1:16-cv-02860-RLY-TAB |
| Cause No. | 1:14-cv-06017-RLY-TAB | Cause No. | 1:16-cv-02864-RLY-TAB |
| Cause No. | 1:16-cv-00218-RLY-TAB | Cause No. | 1:16-cv-02978-RLY-TAB |
| Cause No. | 1:16-cv-00673-RLY-TAB | Cause No. | 1:16-cv-03241-RLY-TAB |
| Cause No. | 1:16-cv-01124-RLY-TAB | Cause No. | 1:16-cv-03296-RLY-TAB |
| Cause No. | 1:16-cv-01198-RLY-TAB | Cause No. | 1:16-cv-03450-RLY-TAB |
| Cause No. | 1:16-cv-01486-RLY-TAB | Cause No. | 1:16-cv-03531-RLY-TAB |
| Cause No. | 1:16-cv-01782-RLY-TAB | Cause No. | 1:16-cv-06045-RLY-TAB |
| Cause No. | 1:16-cv-01879-RLY-TAB | Cause No. | 1:17-cv-00472-RLY-TAB |
| Cause No. | 1:16-cv-02063-RLY-TAB | Cause No. | 1:17-cv-00489-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:    March 7, 2017 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson