## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Actions

_____

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83-7(c)(4), the undersigned, John C. Babione, hereby notifies the

Court and all counsel that he is hereby withdrawing his Appearance as counsel of record for the

defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook

Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes

alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS

(collectively, the "Cook Defendants"), and hereby shows the Court as follows:

1.     Local Rule 83-7(c)(4) of this Court provides that "[t]he requirements of sub-

paragraphs (1)-(3) [which generally require a written motion for leave to withdraw that fixes the

date of the withdrawal seven days after the attorney has provided the client with notice of his

intent to withdraw] are waived when a notice of withdrawal is filed contemporaneously with

another attorney's appearance for the client."

2.     Andrea Roberts Pierson, John T. Schlafer and other Faegre Baker Daniels LLP

attorneys have previously entered their Appearances for the Cook Defendants in this MDL.

3.     On June 15, 2016, by Document 1782, Ms. Pierson and five of her colleagues amended their Appearance from Settlement Counsel to Co-Lead Counsel for the Cook Defendants in this MDL.

Dated:  March 8, 2017.

Respectfully submitted,

_/s/_      _John C. Babione_____
John C. Babione, Esq., #23494-49
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
John.babione@woodenmclaughlin.com

*Counsel for Cook Defendants*

## Certificate of Service

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

_/s/_      _John C. Babione_____