## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-02130-RLY-TAB | Cause No. | 1:16-cv-01775-RLY-TAB |
| Cause No. | 1:14-cv-06002-RLY-TAB | Cause No. | 1:16-cv-01781-RLY-TAB |
| Cause No. | 1:15-cv-01913-RLY-TAB | Cause No. | 1:16-cv-02440-RLY-TAB |
| Cause No. | 1:15-cv-06026-RLY-TAB | Cause No. | 1:16-cv-02566-RLY-TAB |
| Cause No. | 1:16-cv-00183-RLY-TAB | Cause No. | 1:16-cv-02671-RLY-TAB |
| Cause No. | 1:16-cv-00401-RLY-TAB | Cause No. | 1:16-cv-02685-RLY-TAB |
| Cause No. | 1:16-cv-00990-RLY-TAB | Cause No. | 1:16-cv-03244-RLY-TAB |
| Cause No. | 1:16-cv-01122-RLY-TAB | Cause No. | 1:16-cv-03372-RLY-TAB |
| Cause No. | 1:16-cv-01149-RLY-TAB | Cause No. | 1:17-cv-00101-RLY-TAB |
| Cause No. | 1:16-cv-01153-RLY-TAB | Cause No. | 1:17-cv-00164-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 8, 2017                   /s/ John T. Schlafer
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer