**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:14-cv-01871-RLY-TAB | Cause No. | 1:16-cv-02860-RLY-TAB |
| Cause No. | 1:14-cv-06017-RLY-TAB | Cause No. | 1:16-cv-02864-RLY-TAB |
| Cause No. | 1:16-cv-00218-RLY-TAB | Cause No. | 1:16-cv-02978-RLY-TAB |
| Cause No. | 1:16-cv-00673-RLY-TAB | Cause No. | 1:16-cv-03241-RLY-TAB |
| Cause No. | 1:16-cv-01124-RLY-TAB | Cause No. | 1:16-cv-03296-RLY-TAB |
| Cause No. | 1:16-cv-01198-RLY-TAB | Cause No. | 1:16-cv-03450-RLY-TAB |
| Cause No. | 1:16-cv-01486-RLY-TAB | Cause No. | 1:16-cv-03531-RLY-TAB |
| Cause No. | 1:16-cv-01782-RLY-TAB | Cause No. | 1:16-cv-06045-RLY-TAB |
| Cause No. | 1:16-cv-01879-RLY-TAB | Cause No. | 1:17-cv-00472-RLY-TAB |
| Cause No. | 1:16-cv-02063-RLY-TAB | Cause No. | 1:17-cv-00489-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       March 8, 2017            /s/ John T. Schlafer
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      John T. Schlafer (# 28771-49)
                                                      FAEGRE BAKER DANIELS LLP
                                                      300 North Meridian Street, Suite 2700
                                                      Indianapolis, Indiana  46204
                                                      Telephone:  (317) 237-0300
                                                      Facsimile:  (317) 237-1000
                                                      E-Mail:  andrea.pierson@faegrebd.com
                                                      E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer