# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:15-cv-01538-RLY-TAB | Cause No. | 1:16-cv-02390-RLY-TAB |
| Cause No. | 1:16-cv-00277-RLY-TAB | Cause No. | 1:16-cv-02392-RLY-TAB |
| Cause No. | 1:16-cv-00403-RLY-TAB | Cause No. | 1:16-cv-02509-RLY-TAB |
| Cause No. | 1:16-cv-00542-RLY-TAB | Cause No. | 1:16-cv-02655-RLY-TAB |
| Cause No. | 1:16-cv-00717-RLY-TAB | Cause No. | 1:16-cv-03143-RLY-TAB |
| Cause No. | 1:16-cv-00802-RLY-TAB | Cause No. | 1:16-cv-03453-RLY-TAB |
| Cause No. | 1:16-cv-00992-RLY-TAB | Cause No. | 1:16-cv-06053-RLY-TAB |
| Cause No. | 1:16-cv-01101-RLY-TAB | Cause No. | 1:17-cv-00128-RLY-TAB |
| Cause No. | 1:16-cv-02145-RLY-TAB | Cause No. | 1:17-cv-00213-RLY-TAB |
| Cause No. | 1:16-cv-02363-RLY-TAB | Cause No. | 1:17-cv-00480-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated: March 8, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer