**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00078-RLY-TAB | Cause No. | 1:15-cv-01829-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:15-cv-00715-RLY-TAB | Cause No. | 1:16-cv-03235-RLY-TAB |
| Cause No. | 1:16-cv-02098-RLY-TAB | Cause No. | 1:17-cv-00042-RLY-TAB |
| Cause No. | 1:15-cv-00246-RLY-TAB | Cause No. | 1:16-cv-03068-RLY-TAB |
| Cause No. | 1:16-cv-02691-RLY-TAB | Cause No. | 1:15-cv-01769-RLY-TAB |
| Cause No. | 1:16-cv-00740-RLY-TAB | Cause No. | 1:16-cv-00966-RLY-TAB |
| Cause No. | 1:16-cv-01960-RLY-TAB | Cause No. | 1:16-cv-03069-RLY-TAB |
| Cause No. | 1:16-cv-03274-RLY-TAB | Cause No. | 1:15-cv-01540-RLY-TAB |
| Cause No. | 1:17-cv-00212-RLY-TAB | Cause No. | 1:16-cv-01161-RLY-TAB |
| Cause No. | 1:16-cv-02581-RLY-TAB | Cause No. | 1:16-cv-02787-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 8, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer