**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00294-RLY-TAB | Cause No. | 1:16-cv-01701-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-03178-RLY-TAB | Cause No. | 1:16-cv-02770-RLY-TAB |
| Cause No. | 1:16-cv-00233-RLY-TAB | Cause No. | 1:16-cv-02582-RLY-TAB |
| Cause No. | 1:16-cv-01308-RLY-TAB | Cause No. | 1:16-cv-00784-RLY-TAB |
| Cause No. | 1:16-cv-02896-RLY-TAB | Cause No. | 1:16-cv-00733-RLY-TAB |
| Cause No. | 1:16-cv-02527-RLY-TAB | Cause No. | 1:16-cv-03084-RLY-TAB |
| Cause No. | 1:16-cv-02832-RLY-TAB | Cause No. | 1:16-cv-02882-RLY-TAB |
| Cause No. | 1:15-cv-06027-RLY-TAB | Cause No. | 1:14-cv-06000-RLY-TAB |
| Cause No. | 1:14-cv-01872-RLY-TAB | Cause No. | 1:16-cv-01941-RLY-TAB |
| Cause No. | 1:16-cv-02965-RLY-TAB | Cause No. | 1:16-cv-03431-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 8, 2017　　　　　　　　/s/ John T. Schlafer
　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　John T. Schlafer (# 28771-49)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 237-0300
　　　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　　　E-Mail:  andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　　　E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer