**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:14-cv-06018-RLY-TAB | Cause No. | 1:16-cv-02841-RLY-TAB |
| Cause No. | 1:16-cv-00994-RLY-TAB | Cause No. | 1:16-cv-01252-RLY-TAB |
| Cause No. | 1:17-cv-00603-RLY-TAB | Cause No. | 1:16-cv-02267-RLY-TAB |
| Cause No. | 1:16-cv-00661-RLY-TAB | Cause No. | 1:16-cv-01943-RLY-TAB |
| Cause No. | 1:16-cv-02572-RLY-TAB | Cause No. | 1:17-cv-00401-RLY-TAB |
| Cause No. | 1:16-cv-01063-RLY-TAB | Cause No. | 1:16-cv-01944-RLY-TAB |
| Cause No. | 1:17-cv-00574-RLY-TAB | Cause No. | 1:16-cv-01035-RLY-TAB |
| Cause No. | 1:16-cv-00184-RLY-TAB | Cause No. | 1:15-cv-01826-RLY-TAB |
| Cause No. | 1:16-cv-02010-RLY-TAB | Cause No. | 1:17-cv-00560-RLY-TAB |
| Cause No. | 1:16-cv-01269-RLY-TAB | Cause No. | 1:16-cv-02181-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:      March 8, 2017            /s/ John T. Schlafer
                                     Andrea Roberts Pierson (# 18435-49)
                                     John T. Schlafer (# 28771-49)
                                     FAEGRE BAKER DANIELS LLP
                                     300 North Meridian Street, Suite 2700
                                     Indianapolis, Indiana  46204
                                     Telephone:  (317) 237-0300
                                     Facsimile:  (317) 237-1000
                                     E-Mail:  andrea.pierson@faegrebd.com
                                     E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer