**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-02350 | Cause No. | 1:16-cv-02211 |
| Cause No. | 1:16-cv-03459 | Cause No. | 1:15-cv-00566 |
| Cause No. | 1:16-cv-03230 | Cause No. | 1:16-cv-01296 |
| Cause No. | 1:16-cv-00445 | Cause No. | 1:16-cv-01406 |
| Cause No. | 1:16-cv-01460 | Cause No. | 1:16-cv-03454 |
| Cause No. | 1:16-cv-02606 | Cause No. | 1:16-cv-01254 |
| Cause No. | 1:15-cv-01074 | Cause No. | 1:16-cv-00340 |
| Cause No. | 1:16-cv-02753 | Cause No. | 1:16-cv-03077 |
| Cause No. | 1:17-cv-00498 | Cause No. | 1:16-cv-00945 |
| Cause No. | 1:16-cv-01702 | Cause No. | 1:16-cv-01253 |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 8, 2017        /s/ John T. Schlafer
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer