# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-06006-RLY-TAB | Cause No. | 1:16-cv-00545-RLY-TAB |
| Cause No. | 1:16-cv-02528-RLY-TAB | Cause No. | 1:16-cv-01939-RLY-TAB |
| Cause No. | 1:16-cv-02695-RLY-TAB | Cause No. | 1:17-cv-00232-RLY-TAB |
| Cause No. | 1:17-cv-00176-RLY-TAB | Cause No. | 1:15-cv-01682-RLY-TAB |
| Cause No. | 1:16-cv-02620-RLY-TAB | Cause No. | 1:16-cv-02852-RLY-TAB |
| Cause No. | 1:15-cv-01546-RLY-TAB | Cause No. | 1:16-cv-01111-RLY-TAB |
| Cause No. | 1:16-cv-00064-RLY-TAB | Cause No. | 1:16-cv-03366-RLY-TAB |
| Cause No. | 1:16-cv-00247-RLY-TAB | Cause No. | 1:15-cv-02077-RLY-TAB |
| Cause No. | 1:16-cv-02664-RLY-TAB | Cause No. | 1:16-cv-03129-RLY-TAB |
| Cause No. | 1:14-cv-01874-RLY-TAB | Cause No. | 1:16-cv-03147-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:        March 8, 2017                    /s/ John T. Schlafer
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer