**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                            MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01492-RLY-TAB | Cause No. | 1:16-cv-02011-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02123-RLY-TAB | Cause No. | 1:16-cv-00481-RLY-TAB |
| Cause No. | 1:17-cv-00143-RLY-TAB | Cause No. | 1:16-cv-02990-RLY-TAB |
| Cause No. | 1:16-cv-02820-RLY-TAB | Cause No. | 1:16-cv-03324-RLY-TAB |
| Cause No. | 1:16-cv-00864-RLY-TAB | Cause No. | 1:15-cv-01659-RLY-TAB |
| Cause No. | 1:16-cv-03075-RLY-TAB | Cause No. | 1:16-cv-00774-RLY-TAB |
| Cause No. | 1:17-cv-00553-RLY-TAB | Cause No. | 1:16-cv-00865-RLY-TAB |
| Cause No. | 1:16-cv-06034-RLY-TAB | Cause No. | 1:17-cv-06056-RLY-TAB |
| Cause No. | 1:16-cv-03447-RLY-TAB | Cause No. | 1:16-cv-01845-RLY-TAB |
| Cause No. | 1:16-cv-03466-RLY-TAB | Cause No. | 1:16-cv-02578-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS


Dated:  March 9, 2017     /s/ John T. Schlafer
                 Andrea Roberts Pierson (# 18435-49)
                 John T. Schlafer (# 28771-49)
                 FAEGRE BAKER DANIELS LLP
                 300 North Meridian Street, Suite 2700
                 Indianapolis, Indiana  46204
                 Telephone:  (317) 237-0300
                 Facsimile:  (317) 237-1000
                 E-Mail:  andrea.pierson@faegrebd.com
                 E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer