# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to:

| Cause No. | 1:16-cv-03209-RLY-TAB | Cause No. | 1:16-cv-03295-RLY-TAB |
|-----------|------------------------|-----------|------------------------|
| Cause No. | 1:15-cv-01445-RLY-TAB | Cause No. | 1:16-cv-01673-RLY-TAB |
| Cause No. | 1:16-cv-03305-RLY-TAB | Cause No. | 1:16-cv-02699-RLY-TAB |
| Cause No. | 1:16-cv-01768-RLY-TAB | Cause No. | 1:16-cv-03323-RLY-TAB |
| Cause No. | 1:16-cv-02497-RLY-TAB | Cause No. | 1:16-cv-00473-RLY-TAB |
| Cause No. | 1:16-cv-02064-RLY-TAB | Cause No. | 1:16-cv-01031-RLY-TAB |
| Cause No. | 1:16-cv-01681-RLY-TAB | Cause No. | 1:16-cv-02271-RLY-TAB |
| Cause No. | 1:16-cv-01277-RLY-TAB | Cause No. | 1:16-cv-01892-RLY-TAB |
| Cause No. | 1:16-cv-02321-RLY-TAB | Cause No. | 1:15-cv-01847-RLY-TAB |
| Cause No. | 1:16-cv-02265-RLY-TAB | Cause No. | 1:16-cv-01518-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:        March 9, 2017                    /s/ John T. Schlafer
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer_____