# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| Cause No. | | Cause No. | |
|---|---|---|---|
| Cause No. | 1:15-cv-01806-RLY-TAB | Cause No. | 1:16-cv-01711-RLY-TAB |
| Cause No. | 1:16-cv-00958-RLY-TAB | Cause No. | 1:16-cv-01090-RLY-TAB |
| Cause No. | 1:16-cv-00959-RLY-TAB | Cause No. | 1:16-cv-03056-RLY-TAB |
| Cause No. | 1:16-cv-06035-RLY-TAB | Cause No. | 1:15-cv-01813-RLY-TAB |
| Cause No. | 1:17-cv-00215-RLY-TAB | Cause No. | 1:16-cv-00553-RLY-TAB |
| Cause No. | 1:16-cv-02065-RLY-TAB | Cause No. | 1:15-cv-01585-RLY-TAB |
| Cause No. | 1:16-cv-02278-RLY-TAB | Cause No. | 1:16-cv-02319-RLY-TAB |
| Cause No. | 1:16-cv-01140-RLY-TAB | Cause No. | 1:16-cv-01055-RLY-TAB |
| Cause No. | 1:15-cv-01611-RLY-TAB | Cause No. | 1:16-cv-02707-RLY-TAB |
| Cause No. | 1:14-cv-01451-RLY-TAB | | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 9, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer