# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to:

*Hill, Elizabeth*
     1:14-cv-06016-RLY-TAB

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

                    Respectfully submitted,

Date: March 9, 2017          /s/ *Charles F. Webber*
                    Charles F. Webber (#215247)
                    FAEGRE BAKER DANIELS LLP
                    2200 Wells Fargo Center
                    90 S 7th Street
                    Minneapolis, MN  55402
                    Telephone:  (612) 766 7000
                    Facsimile:  (612) 766-1600
                    chuck.webber@FaegreBD.com

                    Andrea Roberts Pierson (# 18435-49)
                    Jessica Benson Cox (# 26259-49)
                    Patrick H. Reilly (# 28739-49)
                    John T. Schlafer (# 28771-49)
                    Victoria R. Calhoon (# 28492-49)
                    Anna C. Rutigliano (# 32743-49)
                    FAEGRE BAKER DANIELS LLP
                    300 North Meridian Street, Suite 2700
                    Indianapolis, Indiana  46204
                    Telephone:  (317) 237-0300
                    Facsimile:  (317) 237-1000
                    E-Mail:  andrea.pierson@faegrebd.com
                    E-Mail:  jessica.cox@faegrebd.com
                    E-Mail: patrick.reilly@faegreBD.com
                    E-Mail: john.schlafer@faegrebd.com
                    E-Mail:  victoria.calhoon@faegrebd.com
                    E-Mail:  anna.rutigliano@faegrebd.com

                    James Stephen Bennett (# 22869-02)
                    FAEGRE BAKER DANIELS LLP
                    110 W. Berry Street, Suite 2400
                    Fort Wayne, Indiana  46802
                    Telephone: (260) 424-8000
                    Facsimile: (260) 460-1700
                    stephen.bennett@faegrebd.com


                    *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/*Charles F. Webber*