IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel on March 9, 2017, for a telephonic status conference regarding a discovery dispute. The parties agreed the 30(b)(6) depositions will occur on March 14 and March 21, 2017. The Court ruled that Plaintiffs' computer forensics expert, Craig Ball, may attend those depositions provided he signs the protective order. Finally, Defendants disclosed the identities of their 30(b)(6) deponents after the Court requested they do so.

Date: 3/9/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.