**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-03299-RLY-TAB | Cause No. | 1:16-cv-00879-RLY-TAB |
| Cause No. | 1:17-cv-00190-RLY-TAB | Cause No. | 1:17-cv-00417-RLY-TAB |
| Cause No. | 1:17-cv-00004-RLY-TAB | Cause No. | 1:16-cv-03180-RLY-TAB |
| Cause No. | 1:16-cv-00249-RLY-TAB | Cause No. | 1:14-cv-00784-RLY-TAB |
| Cause No. | 1:16-cv-02830-RLY-TAB | Cause No. | 1:16-cv-02308-RLY-TAB |
| Cause No. | 1:16-cv-00498-RLY-TAB | Cause No. | 1:17-cv-00338-RLY-TAB |
| Cause No. | 1:16-cv-01533-RLY-TAB | Cause No. | 1:16-cv-02937-RLY-TAB |
| Cause No. | 1:16-cv-01330-RLY-TAB | Cause No. | 1:16-cv-01077-RLY-TAB |
| Cause No. | 1:16-cv-01029-RLY-TAB | Cause No. | 1:16-cv-01672-RLY-TAB |
| Cause No. | 1:15-cv-01819-RLY-TAB | Cause No. | 1:16-cv-01224-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 9, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer