**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00294-RLY-TAB | Cause No. | 1:16-cv-01701-RLY-TAB |
| Cause No. | 1:16-cv-03178-RLY-TAB | Cause No. | 1:16-cv-02770-RLY-TAB |
| Cause No. | 1:16-cv-00233-RLY-TAB | Cause No. | 1:16-cv-02582-RLY-TAB |
| Cause No. | 1:16-cv-01308-RLY-TAB | Cause No. | 1:16-cv-00784-RLY-TAB |
| Cause No. | 1:16-cv-02896-RLY-TAB | Cause No. | 1:16-cv-00733-RLY-TAB |
| Cause No. | 1:16-cv-02527-RLY-TAB | Cause No. | 1:16-cv-03084-RLY-TAB |
| Cause No. | 1:16-cv-02832-RLY-TAB | Cause No. | 1:16-cv-02882-RLY-TAB |
| Cause No. | 1:15-cv-06027-RLY-TAB | Cause No. | 1:14-cv-06000-RLY-TAB |
| Cause No. | 1:14-cv-01872-RLY-TAB | Cause No. | 1:16-cv-01941-RLY-TAB |
| Cause No. | 1:16-cv-02965-RLY-TAB | Cause No. | 1:16-cv-03431-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 9, 2017              /s/ Andrea Roberts Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson