# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:14-cv-06018-RLY-TAB | Cause No. | 1:16-cv-02841-RLY-TAB |
| Cause No. | 1:16-cv-00994-RLY-TAB | Cause No. | 1:16-cv-01252-RLY-TAB |
| Cause No. | 1:17-cv-00603-RLY-TAB | Cause No. | 1:16-cv-02267-RLY-TAB |
| Cause No. | 1:16-cv-00661-RLY-TAB | Cause No. | 1:16-cv-01943-RLY-TAB |
| Cause No. | 1:16-cv-02572-RLY-TAB | Cause No. | 1:17-cv-00401-RLY-TAB |
| Cause No. | 1:16-cv-01063-RLY-TAB | Cause No. | 1:16-cv-01944-RLY-TAB |
| Cause No. | 1:17-cv-00574-RLY-TAB | Cause No. | 1:16-cv-01035-RLY-TAB |
| Cause No. | 1:16-cv-00184-RLY-TAB | Cause No. | 1:15-cv-01826-RLY-TAB |
| Cause No. | 1:16-cv-02010-RLY-TAB | Cause No. | 1:17-cv-00560-RLY-TAB |
| Cause No. | 1:16-cv-01269-RLY-TAB | Cause No. | 1:16-cv-02181-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:  March 9, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson