# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00516-RLY-TAB | Cause No. | 1:16-cv-02524-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02594-RLY-TAB | Cause No. | 1:16-cv-01524-RLY-TAB |
| Cause No. | 1:16-cv-02254-RLY-TAB | Cause No. | 1:17-cv-00027-RLY-TAB |
| Cause No. | 1:16-cv-00189-RLY-TAB | Cause No. | 1:16-cv-01126-RLY-TAB |
| Cause No. | 1:16-cv-01413-RLY-TAB | Cause No. | 1:17-cv-00161-RLY-TAB |
| Cause No. | 1:16-cv-02596-RLY-TAB | Cause No. | 1:17-cv-00185-RLY-TAB |
| Cause No. | 1:17-cv-00106-RLY-TAB | Cause No. | 1:16-cv-01849-RLY-TAB |
| Cause No. | 1:16-cv-00968-RLY-TAB | Cause No. | 1:16-cv-00241-RLY-TAB |
| Cause No. | 1:16-cv-00814-RLY-TAB | Cause No. | 1:16-cv-01738-RLY-TAB |
| Cause No. | 1:16-cv-02697-RLY-TAB | Cause No. | 1:14-cv-00580-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 9, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson