**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-02552-RLY-TAB | Cause No. | 1:14-cv-01202-RLY-TAB |
| Cause No. | 1:16-cv-02686-RLY-TAB | Cause No. | 1:17-cv-00384-RLY-TAB |
| Cause No. | 1:17-cv-00017-RLY-TAB | Cause No. | 1:16-cv-02382-RLY-TAB |
| Cause No. | 1:14-cv-01209-RLY-TAB | Cause No. | 1:16-cv-01911-RLY-TAB |
| Cause No. | 1:16-cv-01748-RLY-TAB | Cause No. | 1:16-cv-03507-RLY-TAB |
| Cause No. | 1:16-cv-00405-RLY-TAB | Cause No. | 1:16-cv-03398-RLY-TAB |
| Cause No. | 1:16-cv-00398-RLY-TAB | Cause No. | 1:16-cv-01040-RLY-TAB |
| Cause No. | 1:16-cv-01704-RLY-TAB | Cause No. | 1:17-cv-00435-RLY-TAB |
| Cause No. | 1:16-cv-02698-RLY-TAB | Cause No. | 1:14-cv-00998-RLY-TAB |
| Cause No. | 1:16-cv-01790-RLY-TAB | Cause No. | 1:16-cv-01054-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      March 9, 2017                /s/ Andrea Roberts Pierson
                                         Andrea Roberts Pierson (# 18435-49)
                                         John T. Schlafer (# 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana  46204
                                         Telephone:  (317) 237-0300
                                         Facsimile:  (317) 237-1000
                                         E-Mail:  andrea.pierson@faegrebd.com
                                         E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson