**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:15-cv-01088-RLY-TAB | Cause No. | 1:16-cv-00964-RLY-TAB |
| Cause No. | 1:17-cv-00172-RLY-TAB | Cause No. | 1:14-cv-06011-RLY-TAB |
| Cause No. | 1:15-cv-00248-RLY-TAB | Cause No. | 1:15-cv-01604-RLY-TAB |
| Cause No. | 1:16-cv-02090-RLY-TAB | Cause No. | 1:16-cv-01358-RLY-TAB |
| Cause No. | 1:16-cv-03182-RLY-TAB | Cause No. | 1:16-cv-02555-RLY-TAB |
| Cause No. | 1:16-cv-02577-RLY-TAB | Cause No. | 1:15-cv-00236-RLY-TAB |
| Cause No. | 1:15-cv-01071-RLY-TAB | Cause No. | 1:16-cv-00460-RLY-TAB |
| Cause No. | 1:16-cv-01783-RLY-TAB | Cause No. | 1:16-cv-01562-RLY-TAB |
| Cause No. | 1:16-cv-02900-RLY-TAB | Cause No. | 1:16-cv-00705-RLY-TAB |
| Cause No. | 1:16-cv-01284-RLY-TAB | Cause No. | 1:16-cv-00725-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       March 9, 2017                                    /s/ John T. Schlafer
                                                                              Andrea Roberts Pierson (# 18435-49)
                                                                              John T. Schlafer (# 28771-49)
                                                                              FAEGRE BAKER DANIELS LLP
                                                                              300 North Meridian Street, Suite 2700
                                                                              Indianapolis, Indiana  46204
                                                                              Telephone:  (317) 237-0300
                                                                              Facsimile:  (317) 237-1000
                                                                              E-Mail:  andrea.pierson@faegrebd.com
                                                                              E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer