AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | | |
|---|---|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. | 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

      1:17−cv−00611−RLY−TAB
      Mark R. Hawley

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark R. Hawley                .

Date:     3/9/2017

*s/ Graham B. LippSmith*

*Attorney's signature*

Graham B. LippSmith (CA SBN 221984)

*Printed name and bar number*

Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA  90071

*Address*

glippsmith@klwtlaw.com

*E-mail address*

(213) 254-4800

*Telephone number*

(213) 254-4801

*FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY- TAB
MDL No. 2570

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, a copy of the foregoing
NOTICE OF APPEARANCE was filed electronically. Service of this filing
will be made on all ECF-registered counsel by operation of the Court's
electronic filing system. Parties may access this filing through the Court's
system.

*s/ Graham B. LippSmith*
Graham B. LippSmith
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com