**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-00242-RLY-TAB | Cause No. | 1:16-cv-00677-RLY-TAB |
| Cause No. | 1:17-cv-00552-RLY-TAB | Cause No. | 1:16-cv-02814-RLY-TAB |
| Cause No. | 1:16-cv-00751-RLY-TAB | Cause No. | 1:16-cv-01665-RLY-TAB |
| Cause No. | 1:16-cv-01983-RLY-TAB | Cause No. | 1:16-cv-00530-RLY-TAB |
| Cause No. | 1:16-cv-02270-RLY-TAB | Cause No. | 1:16-cv-02216-RLY-TAB |
| Cause No. | 1:16-cv-03413-RLY-TAB | Cause No. | 1:16-cv-03532-RLY-TAB |
| Cause No. | 1:17-cv-00244-RLY-TAB | Cause No. | 1:17-cv-00484-RLY-TAB |
| Cause No. | 1:15-cv-00250-RLY-TAB | Cause No. | 1:16-cv-01820-RLY-TAB |
| Cause No. | 1:17-cv-00411-RLY-TAB | Cause No. | 1:16-cv-02286-RLY-TAB |
| Cause No. | 1:17-cv-00387-RLY-TAB | Cause No. | 1:16-cv-03388-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      March 9, 2017                         /s/ John T. Schlafer
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  John T. Schlafer (# 28771-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana  46204
                                                  Telephone:  (317) 237-0300
                                                  Facsimile:  (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer