AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>     1:17−cv−00611−RLY−TAB<br>     Mark R. Hawley | ) ) ) ) )   Case No.   1:14-ml-2570-RLY-TAB<br>                         MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark R. Hawley                                                                                                        .

Date:   3/9/2017                                                *s/ Jaclyn L. Anderson*
                                                                     *Attorney's signature*

                                                      Jaclyn L. Anderson (CA SBN 258609)
                                                         *Printed name and bar number*

                                                      Kasdan LippSmith Weber Turner LLP
                                                      500 S. Grand Ave., Suite 1310
                                                      Los Angeles, CA  90071
                                                                     *Address*

                                                      janderson@klwtlaw.com
                                                                *E-mail address*

                                                      (213) 254-4800
                                                              *Telephone number*

                                                      (213) 254-4801
                                                                *FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        *s/ Jaclyn L. Anderson*
                                        Jaclyn L. Anderson
                                        Kasdan LippSmith Weber Turner LLP
                                        500 S. Grand Ave., Suite 1310
                                        Los Angeles, CA 90071
                                        Telephone: (213) 254-4800
                                        Fax: (213) 254-4801
                                        janderson@klwtlaw.com