# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00506-RLY-TAB | Cause No. | 1:16-cv-01494-RLY-TAB |
| Cause No. | 1:14-cv-01875-RLY-TAB | Cause No. | 1:17-cv-00592-RLY-TAB |
| Cause No. | 1:16-cv-01057-RLY-TAB | Cause No. | 1:16-cv-01929-RLY-TAB |
| Cause No. | 1:15-cv-02014-RLY-TAB | Cause No. | 1:16-cv-02600-RLY-TAB |
| Cause No. | 1:16-cv-06050-RLY-TAB | Cause No. | 1:16-cv-01166-RLY-TAB |
| Cause No. | 1:16-cv-00805-RLY-TAB | Cause No. | 1:17-cv-00569-RLY-TAB |
| Cause No. | 1:16-cv-02591-RLY-TAB | Cause No. | 1:15-cv-01176-RLY-TAB |
| Cause No. | 1:16-cv-02462-RLY-TAB | Cause No. | 1:16-cv-00619-RLY-TAB |
| Cause No. | 1:16-cv-03490-RLY-TAB | Cause No. | 1:17-cv-00426-RLY-TAB |
| Cause No. | 1:16-cv-02001-RLY-TAB | Cause No. | 1:16-cv-02752-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS


Dated:       March 9, 2017                    /s/ John T. Schlafer
                                                                             Andrea Roberts Pierson (# 18435-49)
                                                                             John T. Schlafer (# 28771-49)
                                                                             FAEGRE BAKER DANIELS LLP
                                                                             300 North Meridian Street, Suite 2700
                                                                             Indianapolis, Indiana  46204
                                                                             Telephone:  (317) 237-0300
                                                                             Facsimile:  (317) 237-1000
                                                                             E-Mail:  andrea.pierson@faegrebd.com
                                                                             E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer