**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01492-RLY-TAB | Cause No. | 1:16-cv-02011-RLY-TAB |
| Cause No. | 1:16-cv-02123-RLY-TAB | Cause No. | 1:16-cv-00481-RLY-TAB |
| Cause No. | 1:17-cv-00143-RLY-TAB | Cause No. | 1:16-cv-02990-RLY-TAB |
| Cause No. | 1:16-cv-02820-RLY-TAB | Cause No. | 1:16-cv-03324-RLY-TAB |
| Cause No. | 1:16-cv-00864-RLY-TAB | Cause No. | 1:15-cv-01659-RLY-TAB |
| Cause No. | 1:16-cv-03075-RLY-TAB | Cause No. | 1:16-cv-00774-RLY-TAB |
| Cause No. | 1:17-cv-00553-RLY-TAB | Cause No. | 1:16-cv-00865-RLY-TAB |
| Cause No. | 1:16-cv-06034-RLY-TAB | Cause No. | 1:17-cv-06056-RLY-TAB |
| Cause No. | 1:16-cv-03447-RLY-TAB | Cause No. | 1:16-cv-01845-RLY-TAB |
| Cause No. | 1:16-cv-03466-RLY-TAB | Cause No. | 1:16-cv-02578-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 9, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson