**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:

| Cause No. | 1:16-cv-02776-RLY-TAB | Cause No. | 1:17-cv-00590-RLY-TAB |
| Cause No. | 1:16-cv-00462-RLY-TAB | Cause No. | 1:16-cv-01962-RLY-TAB |
| Cause No. | 1:16-cv-03433-RLY-TAB | Cause No. | 1:16-cv-00728-RLY-TAB |
| Cause No. | 1:16-cv-02561-RLY-TAB | Cause No. | 1:16-cv-00775-RLY-TAB |
| Cause No. | 1:16-cv-01720-RLY-TAB | Cause No. | 1:17-cv-00308-RLY-TAB |
| Cause No. | 1:16-cv-03312-RLY-TAB | Cause No. | 1:14-cv-06016-RLY-TAB |
| Cause No. | 1:14-cv-01579-RLY-TAB | Cause No. | 1:16-cv-03131-RLY-TAB |
| Cause No. | 1:16-cv-03040-RLY-TAB | Cause No. | 1:16-cv-00830-RLY-TAB |
| Cause No. | 1:16-cv-03163-RLY-TAB | Cause No. | 1:16-cv-03135-RLY-TAB |
| Cause No. | 1:16-cv-02038-RLY-TAB | Cause No. | 1:16-cv-03357-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:   March 10, 2017            /s/ John T. Schlafer
                                   Andrea Roberts Pierson (# 18435-49)
                                   John T. Schlafer (# 28771-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana  46204
                                   Telephone:  (317) 237-0300
                                   Facsimile:  (317) 237-1000
                                   E-Mail:  andrea.pierson@faegrebd.com
                                   E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer