**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02859-RLY-TAB | Cause No. | 1:16-cv-06033-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-01737-RLY-TAB | Cause No. | 1:16-cv-02172-RLY-TAB |
| Cause No. | 1:16-cv-01762-RLY-TAB | Cause No. | 1:16-cv-01316-RLY-TAB |
| Cause No. | 1:16-cv-00998-RLY-TAB | Cause No. | 1:16-cv-01062-RLY-TAB |
| Cause No. | 1:16-cv-00220-RLY-TAB | Cause No. | 1:16-cv-03300-RLY-TAB |
| Cause No. | 1:16-cv-02402-RLY-TAB | Cause No. | 1:16-cv-01468-RLY-TAB |
| Cause No. | 1:16-cv-00174-RLY-TAB | Cause No. | 1:16-cv-02656-RLY-TAB |
| Cause No. | 1:16-cv-00999-RLY-TAB | Cause No. | 1:16-cv-01064-RLY-TAB |
| Cause No. | 1:16-cv-02156-RLY-TAB | Cause No. | 1:16-cv-00175-RLY-TAB |
| Cause No. | 1:16-cv-02993-RLY-TAB | Cause No. | 1:16-cv-02505-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 10, 2017                    /s/ John T. Schlafer
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      John T. Schlafer (# 28771-49)
                                                      FAEGRE BAKER DANIELS LLP
                                                      300 North Meridian Street, Suite 2700
                                                      Indianapolis, Indiana  46204
                                                      Telephone:  (317) 237-0300
                                                      Facsimile:  (317) 237-1000
                                                      E-Mail:  andrea.pierson@faegrebd.com
                                                      E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer