## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03310-RLY-TAB | Cause No. | 1:15-cv-00251-RLY-TAB |
| Cause No. | 1:16-cv-00867-RLY-TAB | Cause No. | 1:16-cv-02714-RLY-TAB |
| Cause No. | 1:16-cv-03054-RLY-TAB | Cause No. | 1:16-cv-03389-RLY-TAB |
| Cause No. | 1:16-cv-01060-RLY-TAB | Cause No. | 1:16-cv-02717-RLY-TAB |
| Cause No. | 1:16-cv-01116-RLY-TAB | Cause No. | 1:16-cv-02851-RLY-TAB |
| Cause No. | 1:17-cv-00209-RLY-TAB | Cause No. | 1:16-cv-02766-RLY-TAB |
| Cause No. | 1:16-cv-02701-RLY-TAB | Cause No. | 1:16-cv-02294-RLY-TAB |
| Cause No. | 1:16-cv-03030-RLY-TAB | Cause No. | 1:16-cv-01037-RLY-TAB |
| Cause No. | 1:14-cv-06003-RLY-TAB | Cause No. | 1:16-cv-01446-RLY-TAB |
| Cause No. | 1:16-cv-00550-RLY-TAB | Cause No. | 1:14-cv-01786-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 10, 2017        /s/ John T. Schlafer
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana  46204
                                                          Telephone:  (317) 237-0300
                                                          Facsimile:  (317) 237-1000
                                                          E-Mail:  andrea.pierson@faegrebd.com
                                                          E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer