IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03424-RLY-TAB | Cause No. | 1:16-cv-01744-RLY-TAB |
| Cause No. | 1:16-cv-01026-RLY-TAB | Cause No. | 1:16-cv-01375-RLY-TAB |
| Cause No. | 1:16-cv-01493-RLY-TAB | Cause No. | 1:16-cv-02483-RLY-TAB |
| Cause No. | 1:16-cv-02893-RLY-TAB | Cause No. | 1:16-cv-01033-RLY-TAB |
| Cause No. | 1:16-cv-03468-RLY-TAB | Cause No. | 1:16-cv-01376-RLY-TAB |
| Cause No. | 1:16-cv-03041-RLY-TAB | Cause No. | 1:16-cv-01167-RLY-TAB |
| Cause No. | 1:16-cv-03021-RLY-TAB | Cause No. | 1:16-cv-02253-RLY-TAB |
| Cause No. | 1:16-cv-03322-RLY-TAB | Cause No. | 1:17-cv-00041-RLY-TAB |
| Cause No. | 1:16-cv-03319-RLY-TAB | Cause No. | 1:16-cv-01733-RLY-TAB |
| Cause No. | 1:16-cv-02724-RLY-TAB | Cause No. | 1:16-cv-00674-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    March 10, 2017        /s/ John T. Schlafer
                                                           Andrea Roberts Pierson (# 18435-49)
                                                           John T. Schlafer (# 28771-49)
                                                           FAEGRE BAKER DANIELS LLP
                                                           300 North Meridian Street, Suite 2700
                                                           Indianapolis, Indiana  46204
                                                           Telephone:  (317) 237-0300
                                                           Facsimile:  (317) 237-1000
                                                           E-Mail:  andrea.pierson@faegrebd.com
                                                           E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer