# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00473-RLY-TAB | Cause No. | 1:16-cv-03446-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-00190-RLY-TAB | Cause No. | 1:14-cv-01877-RLY-TAB |
| Cause No. | 1:16-cv-02241-RLY-TAB | Cause No. | 1:16-cv-00868-RLY-TAB |
| Cause No. | 1:16-cv-03248-RLY-TAB | Cause No. | 1:17-cv-00488-RLY-TAB |
| Cause No. | 1:16-cv-01477-RLY-TAB | Cause No. | 1:17-cv-00270-RLY-TAB |
| Cause No. | 1:16-cv-01068-RLY-TAB | Cause No. | 1:15-cv-01985-RLY-TAB |
| Cause No. | 1:16-cv-00238-RLY-TAB | Cause No. | 1:16-cv-03348-RLY-TAB |
| Cause No. | 1:16-cv-00461-RLY-TAB | Cause No. | 1:16-cv-03496-RLY-TAB |
| Cause No. | 1:17-cv-00126-RLY-TAB | Cause No. | 1:15-cv-06023-RLY-TAB |
| Cause No. | 1:16-cv-02667-RLY-TAB | Cause No. | 1:16-cv-03290-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 10, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

              /s/ John T. Schlafer