## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-00608-RLY-TAB | Cause No. | 1:16-cv-03430-RLY-TAB |
| Cause No. | 1:16-cv-02668-RLY-TAB | Cause No. | 1:16-cv-00197-RLY-TAB |
| Cause No. | 1:16-cv-02991-RLY-TAB | Cause No. | 1:16-cv-01963-RLY-TAB |
| Cause No. | 1:16-cv-01534-RLY-TAB | Cause No. | 1:15-cv-01677-RLY-TAB |
| Cause No. | 1:15-cv-02082-RLY-TAB | Cause No. | 1:16-cv-01731-RLY-TAB |
| Cause No. | 1:16-cv-00703-RLY-TAB | Cause No. | 1:16-cv-02548-RLY-TAB |
| Cause No. | 1:17-cv-00014-RLY-TAB | Cause No. | 1:16-cv-02330-RLY-TAB |
| Cause No. | 1:16-cv-01752-RLY-TAB | Cause No. | 1:13-cv-00925-RLY-TAB |
| Cause No. | 1:16-cv-01045-RLY-TAB | Cause No. | 1:16-cv-02184-RLY-TAB |
| Cause No. | 1:16-cv-01475-RLY-TAB | Cause No. | 1:16-cv-02472-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 10, 2017          /s/ John T. Schlafer
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer