## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03317-RLY-TAB | Cause No. | 1:14-cv-02053-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-01333-RLY-TAB | Cause No. | 1:16-cv-01051-RLY-TAB |
| Cause No. | 1:16-cv-01162-RLY-TAB | Cause No. | 1:16-cv-01769-RLY-TAB |
| Cause No. | 1:16-cv-01666-RLY-TAB | Cause No. | 1:16-cv-02395-RLY-TAB |
| Cause No. | 1:16-cv-03313-RLY-TAB | Cause No. | 1:17-cv-00303-RLY-TAB |
| Cause No. | 1:16-cv-00159-RLY-TAB | Cause No. | 1:15-cv-00102-RLY-TAB |
| Cause No. | 1:16-cv-01956-RLY-TAB | Cause No. | 1:16-cv-03275-RLY-TAB |
| Cause No. | 1:17-cv-00277-RLY-TAB | Cause No. | 1:16-cv-01843-RLY-TAB |
| Cause No. | 1:16-cv-01240-RLY-TAB | Cause No. | 1:16-cv-02659-RLY-TAB |
| Cause No. | 1:15-cv-01684-RLY-TAB | Cause No. | 1:16-cv-00464-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 10, 2017          /s/ John T. Schlafer
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer