## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02562-RLY-TAB | Cause No. | 1:16-cv-00250-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02299-RLY-TAB | Cause No. | 1:17-cv-00502-RLY-TAB |
| Cause No. | 1:16-cv-03160-RLY-TAB | Cause No. | 1:16-cv-02398-RLY-TAB |
| Cause No. | 1:16-cv-01959-RLY-TAB | Cause No. | 1:16-cv-00602-RLY-TAB |
| Cause No. | 1:16-cv-02394-RLY-TAB | Cause No. | 1:17-cv-00513-RLY-TAB |
| Cause No. | 1:16-cv-02225-RLY-TAB | Cause No. | 1:16-cv-02018-RLY-TAB |
| Cause No. | 1:16-cv-02485-RLY-TAB | Cause No. | 1:17-cv-00487-RLY-TAB |
| Cause No. | 1:16-cv-00341-RLY-TAB | Cause No. | 1:17-cv-00306-RLY-TAB |
| Cause No. | 1:16-cv-01038-RLY-TAB | Cause No. | 1:16-cv-01788-RLY-TAB |
| Cause No. | 1:16-cv-01684-RLY-TAB | Cause No. | 1:16-cv-00599-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 10, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer