# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01056-RLY-TAB | Cause No. | 1:16-cv-01819-RLY-TAB |
| Cause No. | 1:16-cv-01412-RLY-TAB | Cause No. | 1:16-cv-00278-RLY-TAB |
| Cause No. | 1:16-cv-01964-RLY-TAB | Cause No. | 1:16-cv-02971-RLY-TAB |
| Cause No. | 1:16-cv-00954-RLY-TAB | Cause No. | 1:16-cv-02496-RLY-TAB |
| Cause No. | 1:17-cv-00412-RLY-TAB | Cause No. | 1:17-cv-00342-RLY-TAB |
| Cause No. | 1:17-cv-00131-RLY-TAB | Cause No. | 1:16-cv-02102-RLY-TAB |
| Cause No. | 1:16-cv-03410-RLY-TAB | Cause No. | 1:16-cv-01288-RLY-TAB |
| Cause No. | 1:17-cv-00504-RLY-TAB | Cause No. | 1:16-cv-02276-RLY-TAB |
| Cause No. | 1:16-cv-00931-RLY-TAB | Cause No. | 1:16-cv-03294-RLY-TAB |
| Cause No. | 1:16-cv-01764-RLY-TAB | Cause No. | 1:16-cv-00444-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 10, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer