## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-00235-RLY-TAB | Cause No. | 1:16-cv-02553-RLY-TAB |
| Cause No. | 1:16-cv-03237-RLY-TAB | Cause No. | 1:16-cv-01336-RLY-TAB |
| Cause No. | 1:16-cv-01459-RLY-TAB | Cause No. | 1:16-cv-01951-RLY-TAB |
| Cause No. | 1:16-cv-01221-RLY-TAB | Cause No. | 1:16-cv-01001-RLY-TAB |
| Cause No. | 1:16-cv-00742-RLY-TAB | Cause No. | 1:16-cv-01491-RLY-TAB |
| Cause No. | 1:16-cv-02379-RLY-TAB | Cause No. | 1:16-cv-03448-RLY-TAB |
| Cause No. | 1:17-cv-00069-RLY-TAB | Cause No. | 1:17-cv-00351-RLY-TAB |
| Cause No. | 1:16-cv-00488-RLY-TAB | Cause No. | 1:16-cv-00933-RLY-TAB |
| Cause No. | 1:16-cv-02257-RLY-TAB | Cause No. | 1:17-cv-00293-RLY-TAB |
| Cause No. | 1:16-cv-01000-RLY-TAB | Cause No. | 1:17-cv-00111-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:        March 10, 2017                    /s/ John T. Schlafer
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer