**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02567-RLY-TAB | Cause No. | 1:16-cv-02616-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02746-RLY-TAB | Cause No. | 1:16-cv-03533-RLY-TAB |
| Cause No. | 1:15-cv-01709-RLY-TAB | Cause No. | 1:16-cv-00243-RLY-TAB |
| Cause No. | 1:16-cv-02447-RLY-TAB | Cause No. | 1:16-cv-03401-RLY-TAB |
| Cause No. | 1:16-cv-01837-RLY-TAB | Cause No. | 1:16-cv-03390-RLY-TAB |
| Cause No. | 1:16-cv-02219-RLY-TAB | Cause No. | 1:16-cv-02362-RLY-TAB |
| Cause No. | 1:17-cv-00023-RLY-TAB | Cause No. | 1:16-cv-01557-RLY-TAB |
| Cause No. | 1:16-cv-02293-RLY-TAB | Cause No. | 1:16-cv-02957-RLY-TAB |
| Cause No. | 1:16-cv-01474-RLY-TAB | Cause No. | 1:16-cv-01299-RLY-TAB |
| Cause No. | 1:15-cv-01706-RLY-TAB | Cause No. | 1:16-cv-02332-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 10, 2017            /s/ John T. Schlafer
                                   Andrea Roberts Pierson (# 18435-49)
                                   John T. Schlafer (# 28771-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana  46204
                                   Telephone:  (317) 237-0300
                                   Facsimile:  (317) 237-1000
                                   E-Mail:  andrea.pierson@faegrebd.com
                                   E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer