# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01965-RLY-TAB | Cause No. | 1:16-cv-02383-RLY-TAB |
| Cause No. | 1:16-cv-01690-RLY-TAB | Cause No. | 1:16-cv-01012-RLY-TAB |
| Cause No. | 1:15-cv-00237-RLY-TAB | Cause No. | 1:14-cv-01878-RLY-TAB |
| Cause No. | 1:17-cv-00540-RLY-TAB | Cause No. | 1:16-cv-01451-RLY-TAB |
| Cause No. | 1:16-cv-06043-RLY-TAB | Cause No. | 1:16-cv-00240-RLY-TAB |
| Cause No. | 1:16-cv-02995-RLY-TAB | Cause No. | 1:16-cv-01086-RLY-TAB |
| Cause No. | 1:16-cv-02745-RLY-TAB | Cause No. | 1:16-cv-01916-RLY-TAB |
| Cause No. | 1:16-cv-01168-RLY-TAB | Cause No. | 1:17-CV-536-RLY-TAB |
| Cause No. | 1:16-cv-01985-RLY-TAB | Cause No. | 1:16-cv-01092-RLY-TAB |
| Cause No. | 1:16-cv-00251-RLY-TAB | Cause No. | 1:16-cv-01836-RLY-TAB |

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 10, 2017                    /s/ John T. Schlafer
                                                Andrea Roberts Pierson (# 18435-49)
                                                John T. Schlafer (# 28771-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana  46204
                                                Telephone:  (317) 237-0300
                                                Facsimile:  (317) 237-1000
                                                E-Mail:  andrea.pierson@faegrebd.com
                                                E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer