# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03345-RLY-TAB | Cause No. | 1:16-cv-02648-RLY-TAB |
| Cause No. | 1:16-cv-02979-RLY-TAB | Cause No. | 1:16-cv-00531-RLY-TAB |
| Cause No. | 1:15-cv-02051-RLY-TAB | Cause No. | 1:16-cv-01448-RLY-TAB |
| Cause No. | 1:16-cv-03253-RLY-TAB | Cause No. | 1:15-cv-00611-RLY-TAB |
| Cause No. | 1:16-cv-01685-RLY-TAB | Cause No. | 1:16-cv-03201-RLY-TAB |
| Cause No. | 1:16-cv-02320-RLY-TAB | Cause No. | 1:16-cv-01832-RLY-TAB |
| Cause No. | 1:16-cv-03486-RLY-TAB | Cause No. | 1:16-cv-02924-RLY-TAB |
| Cause No. | 1:16-cv-03033-RLY-TAB | Cause No. | 1:16-cv-01776-RLY-TAB |
| Cause No. | 1:16-cv-01379-RLY-TAB | Cause No. | 1:15-cv-01775-RLY-TAB |
| Cause No. | 1:16-cv-02101-RLY-TAB | Cause No. | 1:16-cv-02963-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 10, 2017        /s/ John T. Schlafer
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer