# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-02196-RLY-TAB | Cause No. | 1:16-cv-02733-RLY-TAB |
| Cause No. | 1:17-cv-00241-RLY-TAB | Cause No. | 1:16-cv-03470-RLY-TAB |
| Cause No. | 1:16-cv-02095-RLY-TAB | Cause No. | 1:17-cv-00418-RLY-TAB |
| Cause No. | 1:16-cv-00192-RLY-TAB | Cause No. | 1:17-cv-00151-RLY-TAB |
| Cause No. | 1:16-cv-02725-RLY-TAB | Cause No. | 1:14-cv-01879-RLY-TAB |
| Cause No. | 1:16-cv-00659-RLY-TAB | Cause No. | 1:16-cv-01966-RLY-TAB |
| Cause No. | 1:16-cv-02775-RLY-TAB | Cause No. | 1:16-cv-02519-RLY-TAB |
| Cause No. | 1:16-cv-00216-RLY-TAB | Cause No. | 1:17-cv-00256-RLY-TAB |
| Cause No. | 1:16-cv-02264-RLY-TAB | Cause No. | 1:17-cv-00054-RLY-TAB |
| Cause No. | 1:16-cv-06044-RLY-TAB | Cause No. | 1:16-cv-00484-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       March 10, 2017                    /s/ John T. Schlafer
                                                           Andrea Roberts Pierson (# 18435-49)
                                                           John T. Schlafer (# 28771-49)
                                                           FAEGRE BAKER DANIELS LLP
                                                           300 North Meridian Street, Suite 2700
                                                           Indianapolis, Indiana  46204
                                                           Telephone:  (317) 237-0300
                                                           Facsimile:  (317) 237-1000
                                                           E-Mail:  andrea.pierson@faegrebd.com
                                                           E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer