**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570
_____

This Document Relates to:

| Cause No. | 1:16-cv-01844-RLY-TAB | Cause No. | 1:16-cv-01022-RLY-TAB |
| Cause No. | 1:16-cv-02046-RLY-TAB | Cause No. | 1:16-cv-02508-RLY-TAB |
| Cause No. | 1:16-cv-01692-RLY-TAB | Cause No. | 1:15-cv-00725-RLY-TAB |
| Cause No. | 1:16-cv-02277-RLY-TAB | Cause No. | 1:16-cv-03234-RLY-TAB |
| Cause No. | 1:13-cv-01048-RLY-TAB | Cause No. | 1:17-cv-00192-RLY-TAB |
| Cause No. | 1:16-cv-03087-RLY-TAB | Cause No. | 1:16-cv-02816-RLY-TAB |
| Cause No. | 1:15-cv-01186-RLY-TAB | Cause No. | 1:16-cv-02537-RLY-TAB |
| Cause No. | 1:16-cv-01059-RLY-TAB | Cause No. | 1:16-cv-02249-RLY-TAB |
| Cause No. | 1:16-cv-03007-RLY-TAB | Cause No. | 1:16-cv-01644-RLY-TAB |
| Cause No. | 1:16-cv-02149-RLY-TAB | Cause No. | 1:17-cv-00425-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 10, 2017                  /s/ John T. Schlafer
                                         Andrea Roberts Pierson (# 18435-49)
                                         John T. Schlafer (# 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana  46204
                                         Telephone:  (317) 237-0300
                                         Facsimile:  (317) 237-1000
                                         E-Mail:  andrea.pierson@faegrebd.com
                                         E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ John T. Schlafer