# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03330-RLY-TAB | Cause No. | 1:16-cv-02650-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02188-RLY-TAB | Cause No. | 1:16-cv-00995-RLY-TAB |
| Cause No. | 1:15-cv-01690-RLY-TAB | Cause No. | 1:15-cv-00235-RLY-TAB |
| Cause No. | 1:16-cv-00862-RLY-TAB | Cause No. | 1:17-cv-00020-RLY-TAB |
| Cause No. | 1:16-cv-02069-RLY-TAB | Cause No. | 1:16-cv-02435-RLY-TAB |
| Cause No. | 1:16-cv-02608-RLY-TAB | Cause No. | 1:16-cv-01818-RLY-TAB |
| Cause No. | 1:16-cv-03032-RLY-TAB | Cause No. | 1:15-cv-00238-RLY-TAB |
| Cause No. | 1:16-cv-02831-RLY-TAB | Cause No. | 1:17-cv-00350-RLY-TAB |
| Cause No. | 1:17-cv-00254-RLY-TAB | Cause No. | 1:17-cv-00557-RLY-TAB |
| Cause No. | 1:16-cv-03443-RLY-TAB | Cause No. | 1:16-cv-02066-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:        March 10, 2017              /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson