# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02901-RLY-TAB | Cause No. | 1:15-cv-06029-RLY-TAB |
| Cause No. | 1:17-cv-00530-RLY-TAB | Cause No. | 1:16-cv-00433-RLY-TAB |
| Cause No. | 1:16-cv-01614-RLY-TAB | Cause No. | 1:16-cv-00067-RLY-TAB |
| Cause No. | 1:16-cv-01846-RLY-TAB | Cause No. | 1:17-cv-00559-RLY-TAB |
| Cause No. | 1:16-cv-02313-RLY-TAB | Cause No. | 1:16-cv-00307-RLY-TAB |
| Cause No. | 1:15-cv-01456-RLY-TAB | Cause No. | 1:16-cv-03012-RLY-TAB |
| Cause No. | 1:16-cv-01094-RLY-TAB | Cause No. | 1:16-cv-03165-RLY-TAB |
| Cause No. | 1:15-cv-00258-RLY-TAB | Cause No. | 1:17-cv-00166-RLY-TAB |
| Cause No. | 1:16-cv-00753-RLY-TAB | Cause No. | 1:16-cv-02687-RLY-TAB |
| Cause No. | 1:17-cv-00339-RLY-TAB | Cause No. | 1:16-cv-00859-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:       March 10, 2017            /s/ John T. Schlafer
                                                                      Andrea Roberts Pierson (# 18435-49)
                                                                       John T. Schlafer (# 28771-49)
                                                                       FAEGRE BAKER DANIELS LLP
                                                                       300 North Meridian Street, Suite 2700
                                                                       Indianapolis, Indiana  46204
                                                                       Telephone:  (317) 237-0300
                                                                       Facsimile:  (317) 237-1000
                                                                       E-Mail:  andrea.pierson@faegrebd.com
                                                                       E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer