**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01757-RLY-TAB | Cause No. | 1:16-cv-01847-RLY-TAB |
| Cause No. | 1:16-cv-02015-RLY-TAB | Cause No. | 1:17-cv-00140-RLY-TAB |
| Cause No. | 1:16-cv-00136-RLY-TAB | Cause No. | 1:16-cv-03421-RLY-TAB |
| Cause No. | 1:16-cv-01988-RLY-TAB | Cause No. | 1:16-cv-01753-RLY-TAB |
| Cause No. | 1:16-cv-01039-RLY-TAB | Cause No. | 1:16-cv-03280-RLY-TAB |
| Cause No. | 1:16-cv-01070-RLY-TAB | Cause No. | 1:16-cv-01002-RLY-TAB |
| Cause No. | 1:16-cv-01303-RLY-TAB | Cause No. | 1:16-cv-01695-RLY-TAB |
| Cause No. | 1:16-cv-00160-RLY-TAB | Cause No. | 1:17-cv-00359-RLY-TAB |
| Cause No. | 1:16-cv-02310-RLY-TAB | Cause No. | 1:16-cv-00437-RLY-TAB |
| Cause No. | 1:17-cv-00363-RLY-TAB | Cause No. | 1:16-cv-01053-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 10, 2017          /s/ John T. Schlafer
                                                                         Andrea Roberts Pierson (# 18435-49)
                                                                         John T. Schlafer (# 28771-49)
                                                                          FAEGRE BAKER DANIELS LLP
                                                                          300 North Meridian Street, Suite 2700
                                                                          Indianapolis, Indiana  46204
                                                                          Telephone:  (317) 237-0300
                                                                          Facsimile:  (317) 237-1000
                                                                          E-Mail:  andrea.pierson@faegrebd.com
                                                                          E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer