# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   1:14-cv-06013-RLY-TAB; 1:16-cv-03030-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Brian D. Weinstein | Brian D. Weinstein |
| **Law Firm, Company, and/or Agency:** | Weinstein Couture PLLC | Weinstein Couture PLLC |
| **Address:** | 818 Stewart Street, Suite 930<br>Seattle, Washington 98101 | 601 Union Street, Suite 2420<br>Seattle, Washington 98101 |
| **Primary E-mail:** | brian@weinsteincouture.com | brian@weinsteincouture.com |
| **Secondary E-mail(s):** | service@weinsteincouture.com | service@weinsteincouture.com |
| **Telephone Number:** | (206) 508-7070 | (206) 508-7070 |
| **Facsimile:** | (206) 237-8650 | (206) 237-8650 |

Date: March 10, 2017         s/ Brian D. Weinstein

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.