# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:15-cv-01088-RLY-TAB | Cause No. | 1:16-cv-00964-RLY-TAB |
| --- | --- | --- | --- |
| Cause No. | 1:17-cv-00172-RLY-TAB | Cause No. | 1:14-cv-06011-RLY-TAB |
| Cause No. | 1:15-cv-00248-RLY-TAB | Cause No. | 1:15-cv-01604-RLY-TAB |
| Cause No. | 1:16-cv-02090-RLY-TAB | Cause No. | 1:16-cv-01358-RLY-TAB |
| Cause No. | 1:16-cv-03182-RLY-TAB | Cause No. | 1:16-cv-02555-RLY-TAB |
| Cause No. | 1:16-cv-02577-RLY-TAB | Cause No. | 1:15-cv-00236-RLY-TAB |
| Cause No. | 1:15-cv-01071-RLY-TAB | Cause No. | 1:16-cv-00460-RLY-TAB |
| Cause No. | 1:16-cv-01783-RLY-TAB | Cause No. | 1:16-cv-01562-RLY-TAB |
| Cause No. | 1:16-cv-02900-RLY-TAB | Cause No. | 1:16-cv-00705-RLY-TAB |
| Cause No. | 1:16-cv-01284-RLY-TAB | Cause No. | 1:16-cv-00725-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 10, 2017                    /s/ Andrea Roberts Pierson
                                                                    Andrea Roberts Pierson (# 18435-49)
                                                                    John T. Schlafer (# 28771-49)
                                                                      FAEGRE BAKER DANIELS LLP
                                                                      300 North Meridian Street, Suite 2700
                                                                      Indianapolis, Indiana  46204
                                                                      Telephone: (317) 237-0300
                                                                      Facsimile: (317) 237-1000
                                                                      E-Mail:  andrea.pierson@faegrebd.com
                                                                      E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson