**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02043-RLY-TAB | Cause No. | 1:17-cv-00275-RLY-TAB |
| Cause No. | 1:16-cv-03378-RLY-TAB | Cause No. | 1:17-cv-00156-RLY-TAB |
| Cause No. | 1:16-cv-02197-RLY-TAB | Cause No. | 1:15-cv-01754-RLY-TAB |
| Cause No. | 1:15-cv-00253-RLY-TAB | Cause No. | 1:16-cv-02692-RLY-TAB |
| Cause No. | 1:16-cv-01108-RLY-TAB | Cause No. | 1:16-cv-02328-RLY-TAB |
| Cause No. | 1:16-cv-01003-RLY-TAB | Cause No. | 1:16-cv-02179-RLY-TAB |
| Cause No. | 1:16-cv-00188-RLY-TAB | Cause No. | 1:16-cv-01740-RLY-TAB |
| Cause No. | 1:16-cv-01307-RLY-TAB | Cause No. | 1:16-cv-01967-RLY-TAB |
| Cause No. | 1:16-cv-03175-RLY-TAB | Cause No. | 1:17-cv-00195-RLY-TAB |
| Cause No. | 1:16-cv-02473-RLY-TAB | Cause No. | 1:17-cv-00466-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 10, 2017                    /s/ John T. Schlafer
                                           Andrea Roberts Pierson (# 18435-49)
                                           John T. Schlafer (# 28771-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana  46204
                                           Telephone:  (317) 237-0300
                                           Facsimile:  (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer