# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-00242-RLY-TAB | Cause No. | 1:16-cv-00677-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:17-cv-00552-RLY-TAB | Cause No. | 1:16-cv-02814-RLY-TAB |
| Cause No. | 1:16-cv-00751-RLY-TAB | Cause No. | 1:16-cv-01665-RLY-TAB |
| Cause No. | 1:16-cv-01983-RLY-TAB | Cause No. | 1:16-cv-00530-RLY-TAB |
| Cause No. | 1:16-cv-02270-RLY-TAB | Cause No. | 1:16-cv-02216-RLY-TAB |
| Cause No. | 1:16-cv-03413-RLY-TAB | Cause No. | 1:16-cv-03532-RLY-TAB |
| Cause No. | 1:17-cv-00244-RLY-TAB | Cause No. | 1:17-cv-00484-RLY-TAB |
| Cause No. | 1:15-cv-00250-RLY-TAB | Cause No. | 1:16-cv-01820-RLY-TAB |
| Cause No. | 1:17-cv-00411-RLY-TAB | Cause No. | 1:16-cv-02286-RLY-TAB |
| Cause No. | 1:17-cv-00387-RLY-TAB | Cause No. | 1:16-cv-03388-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");  
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and  
William Cook Europe ApS

Dated:    March 10, 2017                /s/ Andrea Roberts Pierson  
                                                   Andrea Roberts Pierson (# 18435-49)  
                                                   John T. Schlafer (# 28771-49)  
                                                   FAEGRE BAKER DANIELS LLP  
                                                   300 North Meridian Street, Suite 2700  
                                                   Indianapolis, Indiana  46204  
                                                   Telephone:  (317) 237-0300  
                                                   Facsimile:  (317) 237-1000  
                                                   E-Mail:  andrea.pierson@faegrebd.com  
                                                   E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson