# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:14-cv-06015-RLY-TAB | Cause No. | 1:16-cv-02845-RLY-TAB |
| Cause No. | 1:16-cv-02130-RLY-TAB | Cause No. | 1:15-cv-01188-RLY-TAB |
| Cause No. | 1:15-cv-01688-RLY-TAB | Cause No. | 1:16-cv-02672-RLY-TAB |
| Cause No. | 1:16-cv-03085-RLY-TAB | Cause No. | 1:17-cv-00474-RLY-TAB |
| Cause No. | 1:16-cv-02767-RLY-TAB | Cause No. | 1:16-cv-03527-RLY-TAB |
| Cause No. | 1:17-cv-00346-RLY-TAB | Cause No. | 1:16-cv-02167-RLY-TAB |
| Cause No. | 1:16-cv-01078-RLY-TAB | Cause No. | 1:17-cv-00388-RLY-TAB |
| Cause No. | 1:16-cv-03341-RLY-TAB | Cause No. | 1:16-cv-00283-RLY-TAB |
| Cause No. | 1:17-cv-00606-RLY-TAB | Cause No. | 1:16-cv-0051-RLY-TAB |
| Cause No. | 1:16-cv-00869-RLY-TAB | Cause No. | 1:16-cv-02326-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:      March 10, 2017                  /s/ John T. Schlafer
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer