## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01399-RLY-TAB | Cause No. | 1:16-cv-02309-RLY-TAB |
| Cause No. | 1:16-cv-00996-RLY-TAB | Cause No. | 1:16-cv-02526-RLY-TAB |
| Cause No. | 1:16-cv-02712-RLY-TAB | Cause No. | 1:16-cv-02009-RLY-TAB |
| Cause No. | 1:16-cv-02951-RLY-TAB | Cause No. | 1:16-cv-02780-RLY-TAB |
| Cause No. | 1:16-cv-00232-RLY-TAB | Cause No. | 1:16-cv-02949-RLY-TAB |
| Cause No. | 1:17-cv-00414-RLY-TAB | Cause No. | 1:17-cv-00337-RLY-TAB |
| Cause No. | 1:16-cv-02844-RLY-TAB | Cause No. | 1:16-cv-01810-RLY-TAB |
| Cause No. | 1:16-cv-02512-RLY-TAB | Cause No. | 1:16-cv-03023-RLY-TAB |
| Cause No. | 1:16-cv-01887-RLY-TAB | Cause No. | 1:15-cv-01569-RLY-TAB |
| Cause No. | 1:16-cv-00234-RLY-TAB | Cause No. | 1:16-cv-00230-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:       March 10, 2017                              /s/ John T. Schlafer
                                                         Andrea Roberts Pierson (# 18435-49)
                                                         John T. Schlafer (# 28771-49)
                                                         FAEGRE BAKER DANIELS LLP
                                                         300 North Meridian Street, Suite 2700
                                                         Indianapolis, Indiana 46204
                                                         Telephone: (317) 237-0300
                                                         Facsimile: (317) 237-1000
                                                         E-Mail: andrea.pierson@faegrebd.com
                                                         E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer