**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:15-cv-00018-RLY-TAB | Cause No. | 1:16-cv-01880-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-03127-RLY-TAB | Cause No. | 1:16-cv-01349-RLY-TAB |
| Cause No. | 1:17-cv-00420-RLY-TAB | Cause No. | 1:16-cv-02713-RLY-TAB |
| Cause No. | 1:16-cv-01945-RLY-TAB | Cause No. | 1:15-cv-01683-RLY-TAB |
| Cause No. | 1:16-cv-00874-RLY-TAB | Cause No. | 1:17-cv-00314-RLY-TAB |
| Cause No. | 1:16-cv-03079-RLY-TAB | Cause No. | 1:17-cv-00347-RLY-TAB |
| Cause No. | 1:15-cv-00764-RLY-TAB | Cause No. | 1:17-cv-00514-RLY-TAB |
| Cause No. | 1:16-cv-01745-RLY-TAB | Cause No. | 1:17-cv-00300-RLY-TAB |
| Cause No. | 1:16-cv-02359-RLY-TAB | Cause No. | 1:15-cv-00256-RLY-TAB |
| Cause No. | 1:16-cv-02700-RLY-TAB | Cause No. | 1:16-cv-01822-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      March 10, 2017              /s/ John T. Schlafer
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer