**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02756-RLY-TAB | Cause No. | 1:16-cv-01298-RLY-TAB |
| Cause No. | 1:15-cv-00016-RLY-TAB | Cause No. | 1:16-cv-01083-RLY-TAB |
| Cause No. | 1:16-cv-03015-RLY-TAB | Cause No. | 1:16-cv-02689-RLY-TAB |
| Cause No. | 1:17-cv-00482-RLY-TAB | Cause No. | 1:17-cv-06059-RLY-TAB |
| Cause No. | 1:16-cv-00548-RLY-TAB | Cause No. | 1:16-cv-03407-RLY-TAB |
| Cause No. | 1:16-cv-03089-RLY-TAB | Cause No. | 1:16-cv-01148-RLY-TAB |
| Cause No. | 1:17-cv-00610-RLY-TAB | Cause No. | 1:16-cv-03309-RLY-TAB |
| Cause No. | 1:16-cv-01500-RLY-TAB | Cause No. | 1:16-cv-01079-RLY-TAB |
| Cause No. | 1:15-cv-00595-RLY-TAB | Cause No. | 1:16-cv-02306-RLY-TAB |
| Cause No. | 1:16-cv-00997-RLY-TAB | Cause No. | 1:16-cv-01961-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:  March 10, 2017          /s/ John T. Schlafer
                                Andrea Roberts Pierson (# 18435-49)
                                John T. Schlafer (# 28771-49)
                                FAEGRE BAKER DANIELS LLP
                                300 North Meridian Street, Suite 2700
                                Indianapolis, Indiana 46204
                                Telephone:  (317) 237-0300
                                Facsimile:  (317) 237-1000
                                E-Mail:  andrea.pierson@faegrebd.com
                                E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer