# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-02711-RLY-TAB | Cause No. | 1:15-cv-01070-RLY-TAB |
| Cause No. | 1:16-cv-01050-RLY-TAB | Cause No. | 1:16-cv-03183-RLY-TAB |
| Cause No. | 1:17-cv-00061-RLY-TAB | Cause No. | 1:16-cv-01949-RLY-TAB |
| Cause No. | 1:15-cv-01976-RLY-TAB | Cause No. | 1:15-cv-02068-RLY-TAB |
| Cause No. | 1:16-cv-03304-RLY-TAB | Cause No. | 1:16-cv-02105-RLY-TAB |
| Cause No. | 1:17-cv-00299-RLY-TAB | Cause No. | 1:17-cv-00031-RLY-TAB |
| Cause No. | 1:15-cv-01822-RLY-TAB | Cause No. | 1:15-cv-01073-RLY-TAB |
| Cause No. | 1:17-cv-00255-RLY-TAB | Cause No. | 1:16-cv-00533-RLY-TAB |
| Cause No. | 1:16-cv-01164-RLY-TAB | Cause No. | 1:15-cv-00763-RLY-TAB |
| Cause No. | 1:16-cv-02952-RLY-TAB | Cause No. | 1:16-cv-02103-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:          March 10, 2017            /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson