**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01405-RLY-TAB | Cause No. | 1:16-cv-02465-RLY-TAB |
| Cause No. | 1:16-cv-00330-RLY-TAB | Cause No. | 1:16-cv-03270-RLY-TAB |
| Cause No. | 1:16-cv-01087-RLY-TAB | Cause No. | 1:16-cv-01934-RLY-TAB |
| Cause No. | 1:16-cv-02272-RLY-TAB | Cause No. | 1:14-cv-06020-RLY-TAB |
| Cause No. | 1:16-cv-02518-RLY-TAB | Cause No. | 1:17-cv-00311-RLY-TAB |
| Cause No. | 1:16-cv-02017-RLY-TAB | Cause No. | 1:17-cv-00030-RLY-TAB |
| Cause No. | 1:17-cv-00628-RLY-TAB | Cause No. | 1:17-cv-00486-RLY-TAB |
| Cause No. | 1:16-cv-00977-RLY-TAB | Cause No. | 1:15-cv-01187-RLY-TAB |
| Cause No. | 1:16-cv-02283-RLY-TAB | Cause No. | 1:14-cv-06001-RLY-TAB |
| Cause No. | 1:16-cv-03157-RLY-TAB | Cause No. | 1:14-cv-01974-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      March 10, 2017                        /s/ John T. Schlafer
                                                                                                    Andrea Roberts Pierson (# 18435-49)
                                                                                                    John T. Schlafer (# 28771-49)
                                                                                                    FAEGRE BAKER DANIELS LLP
                                                                                                    300 North Meridian Street, Suite 2700
                                                                                                    Indianapolis, Indiana  46204
                                                                                                    Telephone:  (317) 237-0300
                                                                                                    Facsimile:  (317) 237-1000
                                                                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                                                                    E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer