# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:14-cv-06009-RLY-TAB | Cause No. | 1:15-cv-00597-RLY-TAB |
| Cause No. | 1:15-cv-01997-RLY-TAB | Cause No. | 1:16-cv-03458-RLY-TAB |
| Cause No. | 1:16-cv-01186-RLY-TAB | Cause No. | 1:17-cv-00543-RLY-TAB |
| Cause No. | 1:16-cv-00286-RLY-TAB | Cause No. | 1:16-cv-02477-RLY-TAB |
| Cause No. | 1:16-cv-00985-RLY-TAB | Cause No. | 1:16-cv-00695-RLY-TAB |
| Cause No. | 1:16-cv-01498-RLY-TAB | Cause No. | 1:16-cv-01076-RLY-TAB |
| Cause No. | 1:16-cv-02590-RLY-TAB | Cause No. | 1:16-cv-01520-RLY-TAB |
| Cause No. | 1:17-cv-00434-RLY-TAB | Cause No. | 1:16-cv-00861-RLY-TAB |
| Cause No. | 1:16-cv-03476-RLY-TAB | Cause No. | 1:15-cv-06028-RLY-TAB |
| Cause No. | 1:16-cv-02863-RLY-TAB | Cause No. | 1:16-cv-01801-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 10, 2017            /s/ John T. Schlafer
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer