# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-00506-RLY-TAB | Cause No. | 1:16-cv-01494-RLY-TAB |
| Cause No. | 1:14-cv-01875-RLY-TAB | Cause No. | 1:17-cv-00592-RLY-TAB |
| Cause No. | 1:16-cv-01057-RLY-TAB | Cause No. | 1:16-cv-01929-RLY-TAB |
| Cause No. | 1:15-cv-02014-RLY-TAB | Cause No. | 1:16-cv-02600-RLY-TAB |
| Cause No. | 1:16-cv-06050-RLY-TAB | Cause No. | 1:16-cv-01166-RLY-TAB |
| Cause No. | 1:16-cv-00805-RLY-TAB | Cause No. | 1:17-cv-00569-RLY-TAB |
| Cause No. | 1:16-cv-02591-RLY-TAB | Cause No. | 1:15-cv-01176-RLY-TAB |
| Cause No. | 1:16-cv-02462-RLY-TAB | Cause No. | 1:16-cv-00619-RLY-TAB |
| Cause No. | 1:16-cv-03490-RLY-TAB | Cause No. | 1:17-cv-00426-RLY-TAB |
| Cause No. | 1:16-cv-02001-RLY-TAB | Cause No. | 1:16-cv-02752-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 10, 2017    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-Mail:  andrea.pierson@faegrebd.com
    E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson