# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-00571-RLY-TAB | Cause No. | 1:15-cv-01609-RLY-TAB |
|-----------|------------------------|-----------|------------------------|
| Cause No. | 1:16-cv-02170-RLY-TAB | Cause No. | 1:16-cv-00680-RLY-TAB |
| Cause No. | 1:16-cv-01172-RLY-TAB | Cause No. | 1:16-cv-02547-RLY-TAB |
| Cause No. | 1:16-cv-02348-RLY-TAB | Cause No. | 1:16-cv-02938-RLY-TAB |
| Cause No. | 1:16-cv-03327-RLY-TAB | Cause No. | 1:16-cv-02747-RLY-TAB |
| Cause No. | 1:16-cv-02041-RLY-TAB | Cause No. | 1:17-cv-00357-RLY-TAB |
| Cause No. | 1:16-cv-02464-RLY-TAB | Cause No. | 1:16-cv-01042-RLY-TAB |
| Cause No. | 1:16-cv-00525-RLY-TAB | Cause No. | 1:16-cv-01102-RLY-TAB |
| Cause No. | 1:15-cv-00479-RLY-TAB | Cause No. | 1:16-cv-02142-RLY-TAB |
| Cause No. | 1:16-cv-03408-RLY-TAB | Cause No. | 1:17-cv-00154-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          March 10, 2017               /s/ John T. Schlafer
                                             Andrea Roberts Pierson (# 18435-49)
                                             John T. Schlafer (# 28771-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana  46204
                                             Telephone:  (317) 237-0300
                                             Facsimile:  (317) 237-1000
                                             E-Mail:  andrea.pierson@faegrebd.com
                                             E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer