IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-03236-RLY-TAB | Cause No. | 1:15-cv-01824-RLY-TAB |
| Cause No. | 1:16-cv-02217-RLY-TAB | Cause No. | 1:16-cv-03128-RLY-TAB |
| Cause No. | 1:17-cv-00331-RLY-TAB | Cause No. | 1:16-cv-01759-RLY-TAB |
| Cause No. | 1:16-cv-02441-RLY-TAB | Cause No. | 1:16-cv-02068-RLY-TAB |
| Cause No. | 1:16-cv-03271-RLY-TAB | Cause No. | 1:16-cv-03540-RLY-TAB |
| Cause No. | 1:17-cv-00104-RLY-TAB | Cause No. | 1:16-cv-01635-RLY-TAB |
| Cause No. | 1:16-cv-00686-RLY-TAB | Cause No. | 1:16-cv-03346-RLY-TAB |
| Cause No. | 1:16-cv-02996-RLY-TAB | Cause No. | 1:17-cv-00267-RLY-TAB |
| Cause No. | 1:16-cv-02025-RLY-TAB | Cause No. | 1:15-cv-00568-RLY-TAB |
| Cause No. | 1:16-cv-00509-RLY-TAB | Cause No. | 1:16-cv-03491-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     March 10, 2017            /s/ John T. Schlafer
                                     Andrea Roberts Pierson (# 18435-49)
                                     John T. Schlafer (# 28771-49)
                                     FAEGRE BAKER DANIELS LLP
                                     300 North Meridian Street, Suite 2700
                                     Indianapolis, Indiana  46204
                                     Telephone:  (317) 237-0300
                                     Facsimile:  (317) 237-1000
                                     E-Mail:  andrea.pierson@faegrebd.com
                                     E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer