IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to:

| Cause No. | 1:16-cv-01072-RLY-TAB | Cause No. | 1:16-cv-01322-RLY-TAB |
| Cause No. | 1:16-cv-03535-RLY-TAB | Cause No. | 1:17-cv-00415-RLY-TAB |
| Cause No. | 1:16-cv-01799-RLY-TAB | Cause No. | 1:15-cv-01685-RLY-TAB |
| Cause No. | 1:17-cv-00158-RLY-TAB | Cause No. | 1:17-cv-00178-RLY-TAB |
| Cause No. | 1:16-cv-01348-RLY-TAB | Cause No. | 1:16-cv-01080-RLY-TAB |
| Cause No. | 1:16-cv-02909-RLY-TAB | Cause No. | 1:16-cv-02191-RLY-TAB |
| Cause No. | 1:17-cv-00571-RLY-TAB | Cause No. | 1:17-cv-00217-RLY-TAB |
| Cause No. | 1:16-cv-01979-RLY-TAB | Cause No. | 1:16-cv-00750-RLY-TAB |
| Cause No. | 1:16-cv-00222-RLY-TAB | Cause No. | 1:16-cv-00187-RLY-TAB |
| Cause No. | 1:17-cv-00555-RLY-TAB | Cause No. | 1:16-cv-02706-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 10, 2017         /s/ John T. Schlafer
                                Andrea Roberts Pierson (# 18435-49)
                                John T. Schlafer (# 28771-49)
                                FAEGRE BAKER DANIELS LLP
                                300 North Meridian Street, Suite 2700
                                Indianapolis, Indiana 46204
                                Telephone: (317) 237-0300
                                Facsimile: (317) 237-1000
                                E-Mail: andrea.pierson@faegrebd.com
                                E-Mail: john.schlafer@faegrebd.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ John T. Schlafer                           </u>