# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-03435-RLY-TAB | Cause No. | 1:16-cv-01779-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02421-RLY-TAB | Cause No. | 1:16-cv-01716-RLY-TAB |
| Cause No. | 1:16-cv-02335-RLY-TAB | Cause No. | 1:17-cv-00110-RLY-TAB |
| Cause No. | 1:15-cv-01239-RLY-TAB | Cause No. | 1:16-cv-02829-RLY-TAB |
| Cause No. | 1:15-cv-01943-RLY-TAB | Cause No. | 1:15-cv-01010-RLY-TAB |
| Cause No. | 1:14-cv-01034-RLY-TAB | Cause No. | 1:17-cv-00018-RLY-TAB |
| Cause No. | 1:14-cv-00736-RLY-TAB | Cause No. | 1:16-cv-02918-RLY-TAB |
| Cause No. | 1:16-cv-01736-RLY-TAB | Cause No. | 1:16-cv-02281-RLY-TAB |
| Cause No. | 1:16-cv-01919-RLY-TAB | Cause No. | 1:16-cv-02143-RLY-TAB |
| Cause No. | 1:16-cv-02494-RLY-TAB | Cause No. | 1:17-cv-00247-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 10, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson