## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-02636-RLY-TAB | Cause No. | 1:16-cv-03031-RLY-TAB |
| Cause No. | 1:16-cv-03078-RLY-TAB | Cause No. | 1:16-cv-01098-RLY-TAB |
| Cause No. | 1:16-cv-01138-RLY-TAB | Cause No. | 1:16-cv-01119-RLY-TAB |
| Cause No. | 1:17-cv-00565-RLY-TAB | Cause No. | 1:16-cv-00963-RLY-TAB |
| Cause No. | 1:16-cv-02975-RLY-TAB | Cause No. | 1:16-cv-02360-RLY-TAB |
| Cause No. | 1:16-cv-6030-RLY-TAB  | Cause No. | 1:16-cv-01073-RLY-TAB |
| Cause No. | 1:16-cv-02061-RLY-TAB | Cause No. | 1:16-cv-03126-RLY-TAB |
| Cause No. | 1:16-cv-01156-RLY-TAB | Cause No. | 1:16-cv-01133-RLY-TAB |
| Cause No. | 1:17-cv-00383-RLY-TAB | Cause No. | 1:15-cv-00414-RLY-TAB |
| Cause No. | 1:16-cv-00179-RLY-TAB | Cause No. | 1:16-cv-03371-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 10, 2017          /s/ John T. Schlafer
                                    Andrea Roberts Pierson (# 18435-49)
                                    John T. Schlafer (# 28771-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana  46204
                                    Telephone:  (317) 237-0300
                                    Facsimile:  (317) 237-1000
                                    E-Mail:  andrea.pierson@faegrebd.com
                                    E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer