# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-03310-RLY-TAB | Cause No. | 1:15-cv-00251-RLY-TAB |
| --- | --- | --- | --- |
| Cause No. | 1:16-cv-00867-RLY-TAB | Cause No. | 1:16-cv-02714-RLY-TAB |
| Cause No. | 1:16-cv-03054-RLY-TAB | Cause No. | 1:16-cv-03389-RLY-TAB |
| Cause No. | 1:16-cv-01060-RLY-TAB | Cause No. | 1:16-cv-02717-RLY-TAB |
| Cause No. | 1:16-cv-01116-RLY-TAB | Cause No. | 1:16-cv-02851-RLY-TAB |
| Cause No. | 1:17-cv-00209-RLY-TAB | Cause No. | 1:16-cv-02766-RLY-TAB |
| Cause No. | 1:16-cv-02701-RLY-TAB | Cause No. | 1:16-cv-02294-RLY-TAB |
| Cause No. | 1:16-cv-03030-RLY-TAB | Cause No. | 1:16-cv-01037-RLY-TAB |
| Cause No. | 1:14-cv-06003-RLY-TAB | Cause No. | 1:16-cv-01446-RLY-TAB |
| Cause No. | 1:16-cv-00550-RLY-TAB | Cause No. | 1:14-cv-01786-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 11, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson