# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-00473-RLY-TAB | Cause No. | 1:16-cv-03446-RLY-TAB |
| Cause No. | 1:16-cv-00190-RLY-TAB | Cause No. | 1:14-cv-01877-RLY-TAB |
| Cause No. | 1:16-cv-02241-RLY-TAB | Cause No. | 1:16-cv-00868-RLY-TAB |
| Cause No. | 1:16-cv-03248-RLY-TAB | Cause No. | 1:17-cv-00488-RLY-TAB |
| Cause No. | 1:16-cv-01477-RLY-TAB | Cause No. | 1:17-cv-00270-RLY-TAB |
| Cause No. | 1:16-cv-01068-RLY-TAB | Cause No. | 1:15-cv-01985-RLY-TAB |
| Cause No. | 1:16-cv-00238-RLY-TAB | Cause No. | 1:16-cv-03348-RLY-TAB |
| Cause No. | 1:16-cv-00461-RLY-TAB | Cause No. | 1:16-cv-03496-RLY-TAB |
| Cause No. | 1:17-cv-00126-RLY-TAB | Cause No. | 1:15-cv-06023-RLY-TAB |
| Cause No. | 1:16-cv-02667-RLY-TAB | Cause No. | 1:16-cv-03290-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 11, 2017        /s/ Andrea Roberts Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson