# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-02562-RLY-TAB | Cause No. | 1:16-cv-00250-RLY-TAB |
| Cause No. | 1:16-cv-02299-RLY-TAB | Cause No. | 1:17-cv-00502-RLY-TAB |
| Cause No. | 1:16-cv-03160-RLY-TAB | Cause No. | 1:16-cv-02398-RLY-TAB |
| Cause No. | 1:16-cv-01959-RLY-TAB | Cause No. | 1:16-cv-00602-RLY-TAB |
| Cause No. | 1:16-cv-02394-RLY-TAB | Cause No. | 1:17-cv-00513-RLY-TAB |
| Cause No. | 1:16-cv-02225-RLY-TAB | Cause No. | 1:16-cv-02018-RLY-TAB |
| Cause No. | 1:16-cv-02485-RLY-TAB | Cause No. | 1:17-cv-00487-RLY-TAB |
| Cause No. | 1:16-cv-00341-RLY-TAB | Cause No. | 1:17-cv-00306-RLY-TAB |
| Cause No. | 1:16-cv-01038-RLY-TAB | Cause No. | 1:16-cv-01788-RLY-TAB |
| Cause No. | 1:16-cv-01684-RLY-TAB | Cause No. | 1:16-cv-00599-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 11, 2017    /s/ Andrea Roberts Pierson
                    Andrea Roberts Pierson (# 18435-49)
                    John T. Schlafer (# 28771-49)
                    FAEGRE BAKER DANIELS LLP
                    300 North Meridian Street, Suite 2700
                    Indianapolis, Indiana 46204
                    Telephone: (317) 237-0300
                    Facsimile: (317) 237-1000
                    E-Mail: andrea.pierson@faegrebd.com
                    E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


<u>/s/ Andrea Roberts Pierson</u>