**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-00809-RLY-TAB | Cause No. | 1:16-cv-01058-RLY-TAB |
| Cause No. | 1:17-cv-00341-RLY-TAB | Cause No. | 1:16-cv-01107-RLY-TAB |
| Cause No. | 1:16-cv-06042-RLY-TAB | Cause No. | 1:16-cv-01134-RLY-TAB |
| Cause No. | 1:16-cv-06032-RLY-TAB | Cause No. | 1:16-cv-02420-RLY-TAB |
| Cause No. | 1:16-cv-01420-RLY-TAB | Cause No. | 1:16-cv-01937-RLY-TAB |
| Cause No. | 1:17-cv-00532-RLY-TAB | Cause No. | 1:16-cv-03471-RLY-TAB |
| Cause No. | 1:17-cv-00077-RLY-TAB | Cause No. | 1:17-cv-00368-RLY-TAB |
| Cause No. | 1:14-cv-01876-RLY-TAB | Cause No. | 1:17-cv-00310-RLY-TAB |
| Cause No. | 1:15-cv-01893-RLY-TAB | Cause No. | 1:17-cv-00298-RLY-TAB |
| Cause No. | 1:17-cv-00517-RLY-TAB | Cause No. | 1:17-cv-00456-RLY-TAB |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       March 11, 2017            /s/ Andrea Roberts Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson