# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01965-RLY-TAB | Cause No. | 1:16-cv-02383-RLY-TAB |
| Cause No. | 1:16-cv-01690-RLY-TAB | Cause No. | 1:16-cv-06048-RLY-TAB |
| Cause No. | 1:15-cv-00237-RLY-TAB | Cause No. | 1:14-cv-01878-RLY-TAB |
| Cause No. | 1:17-cv-00540-RLY-TAB | Cause No. | 1:16-cv-01451-RLY-TAB |
| Cause No. | 1:16-cv-06043-RLY-TAB | Cause No. | 1:16-cv-00240-RLY-TAB |
| Cause No. | 1:16-cv-02995-RLY-TAB | Cause No. | 1:16-cv-01086-RLY-TAB |
| Cause No. | 1:16-cv-02745-RLY-TAB | Cause No. | 1:16-cv-01916-RLY-TAB |
| Cause No. | 1:16-cv-01168-RLY-TAB | Cause No. | 1:17-cv-00536-RLY-TAB |
| Cause No. | 1:16-cv-01985-RLY-TAB | Cause No. | 1:16-cv-01092-RLY-TAB |
| Cause No. | 1:16-cv-00251-RLY-TAB | Cause No. | 1:16-cv-01836-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 11, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson