# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:15-cv-02026-RLY-TAB | Cause No. | 1:16-cv-01418-RLY-TAB |
| Cause No. | 1:16-cv-06046-RLY-TAB | Cause No. | 1:17-cv-00448-RLY-TAB |
| Cause No. | 1:16-cv-02314-RLY-TAB | Cause No. | 1:17-cv-00356-RLY-TAB |
| Cause No. | 1:16-cv-03436-RLY-TAB | Cause No. | 1:17-cv-00157-RLY-TAB |
| Cause No. | 1:16-cv-01112-RLY-TAB | Cause No. | 1:16-cv-01071-RLY-TAB |
| Cause No. | 1:16-cv-03523-RLY-TAB | Cause No. | 1:16-cv-02850-RLY-TAB |
| Cause No. | 1:16-cv-02954-RLY-TAB | Cause No. | 1:16-cv-02292-RLY-TAB |
| Cause No. | 1:16-cv-01517-RLY-TAB | Cause No. | 1:16-cv-01978-RLY-TAB |
| Cause No. | 1:14-cv-01880-RLY-TAB | Cause No. | 1:17-cv-00587-RLY-TAB |
| Cause No. | 1:16-cv-01835-RLY-TAB | Cause No. | 1:16-cv-00443-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 11, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson