IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-02196-RLY-TAB | Cause No. | 1:16-cv-02733-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:17-cv-00241-RLY-TAB | Cause No. | 1:16-cv-03470-RLY-TAB |
| Cause No. | 1:16-cv-02095-RLY-TAB | Cause No. | 1:17-cv-00418-RLY-TAB |
| Cause No. | 1:16-cv-00192-RLY-TAB | Cause No. | 1:17-cv-00151-RLY-TAB |
| Cause No. | 1:16-cv-02725-RLY-TAB | Cause No. | 1:14-cv-01879-RLY-TAB |
| Cause No. | 1:16-cv-00659-RLY-TAB | Cause No. | 1:16-cv-01966-RLY-TAB |
| Cause No. | 1:16-cv-02775-RLY-TAB | Cause No. | 1:16-cv-02519-RLY-TAB |
| Cause No. | 1:16-cv-00216-RLY-TAB | Cause No. | 1:17-cv-00256-RLY-TAB |
| Cause No. | 1:16-cv-02264-RLY-TAB | Cause No. | 1:17-cv-00054-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      March 11, 2017         /s/ Andrea Roberts Pierson
                                   Andrea Roberts Pierson (# 18435-49)
                                   John T. Schlafer (# 28771-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail: andrea.pierson@faegrebd.com
                                   E-Mail: john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson