## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01757-RLY-TAB | Cause No. | 1:16-cv-01847-RLY-TAB |
|-----------|-----------------------|-----------|-----------------------|
| Cause No. | 1:16-cv-02015-RLY-TAB | Cause No. | 1:17-cv-00140-RLY-TAB |
| Cause No. | 1:16-cv-00136-RLY-TAB | Cause No. | 1:16-cv-03421-RLY-TAB |
| Cause No. | 1:16-cv-01988-RLY-TAB | Cause No. | 1:16-cv-01753-RLY-TAB |
| Cause No. | 1:16-cv-01039-RLY-TAB | Cause No. | 1:16-cv-03280-RLY-TAB |
| Cause No. | 1:16-cv-01070-RLY-TAB | Cause No. | 1:16-cv-01002-RLY-TAB |
| Cause No. | 1:16-cv-01303-RLY-TAB | Cause No. | 1:16-cv-01695-RLY-TAB |
| Cause No. | 1:16-cv-00160-RLY-TAB | Cause No. | 1:17-cv-00359-RLY-TAB |
| Cause No. | 1:16-cv-02310-RLY-TAB | Cause No. | 1:16-cv-00437-RLY-TAB |
| Cause No. | 1:17-cv-00363-RLY-TAB | Cause No. | 1:16-cv-01053-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 11, 2017                    /s/ Andrea Roberts Pierson
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana  46204
                                               Telephone:  (317) 237-0300
                                               Facsimile:  (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson