**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-02043-RLY-TAB | Cause No. | 1:17-cv-00275-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-03378-RLY-TAB | Cause No. | 1:17-cv-00156-RLY-TAB |
| Cause No. | 1:16-cv-02197-RLY-TAB | Cause No. | 1:15-cv-01754-RLY-TAB |
| Cause No. | 1:15-cv-00253-RLY-TAB | Cause No. | 1:16-cv-02692-RLY-TAB |
| Cause No. | 1:16-cv-01108-RLY-TAB | Cause No. | 1:16-cv-02328-RLY-TAB |
| Cause No. | 1:16-cv-01003-RLY-TAB | Cause No. | 1:16-cv-02179-RLY-TAB |
| Cause No. | 1:16-cv-00188-RLY-TAB | Cause No. | 1:16-cv-01740-RLY-TAB |
| Cause No. | 1:16-cv-01307-RLY-TAB | Cause No. | 1:16-cv-01967-RLY-TAB |
| Cause No. | 1:16-cv-03175-RLY-TAB | Cause No. | 1:17-cv-00195-RLY-TAB |
| Cause No. | 1:16-cv-02473-RLY-TAB | Cause No. | 1:17-cv-00466-RLY-TAB |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 11, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson