## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01777-RLY-TAB | Cause No. | 1:16-cv-02186-RLY-TAB |
| Cause No. | 1:16-cv-01075-RLY-TAB | Cause No. | 1:16-cv-03027-RLY-TAB |
| Cause No. | 1:17-cv-00594-RLY-TAB | Cause No. | 1:16-cv-03402-RLY-TAB |
| Cause No. | 1:16-cv-01137-RLY-TAB | Cause No. | 1:16-cv-02520-RLY-TAB |
| Cause No. | 1:14-cv-01323-RLY-TAB | Cause No. | 1:16-cv-02973-RLY-TAB |
| Cause No. | 1:16-cv-02709-RLY-TAB | Cause No. | 1:16-cv-02459-RLY-TAB |
| Cause No. | 1:16-cv-00244-RLY-TAB | Cause No. | 1:16-cv-02729-RLY-TAB |
| Cause No. | 1:16-cv-02998-RLY-TAB | Cause No. | 1:17-cv-00274-RLY-TAB |
| Cause No. | 1:15-cv-01543-RLY-TAB | Cause No. | 1:16-cv-01697-RLY-TAB |
| Cause No. | 1:16-cv-02727-RLY-TAB | Cause No. | 1:17-cv-00468-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     March 11, 2017         /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson