# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-02511-RLY-TAB | Cause No. | 1:17-cv-00107-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-01295-RLY-TAB | Cause No. | 1:16-cv-00693-RLY-TAB |
| Cause No. | 1:17-cv-00159-RLY-TAB | Cause No. | 1:15-cv-00800-RLY-TAB |
| Cause No. | 1:16-cv-01839-RLY-TAB | Cause No. | 1:16-cv-02495-RLY-TAB |
| Cause No. | 1:17-cv-00047-RLY-TAB | Cause No. | 1:17-cv-00060-RLY-TAB |
| Cause No. | 1:16-cv-01968-RLY-TAB | Cause No. | 1:14-cv-06005-RLY-TAB |
| Cause No. | 1:16-cv-00432-RLY-TAB | Cause No. | 1:17-cv-00112-RLY-TAB |
| Cause No. | 1:16-cv-01005-RLY-TAB | Cause No. | 1:17-cv-00296-RLY-TAB |
| Cause No. | 1:16-cv-00870-RLY-TAB | Cause No. | 1:16-cv-03365-RLY-TAB |
| Cause No. | 1:16-cv-01041-RLY-TAB | Cause No. | 1:16-cv-00965-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");  
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and  
William Cook Europe ApS

Dated:   March 11, 2017                             /s/ Andrea Roberts Pierson  
                                                                   Andrea Roberts Pierson (# 18435-49)  
                                                                   John T. Schlafer (# 28771-49)  
                                                                   FAEGRE BAKER DANIELS LLP  
                                                                   300 North Meridian Street, Suite 2700  
                                                                   Indianapolis, Indiana  46204  
                                                                   Telephone:  (317) 237-0300  
                                                                   Facsimile:  (317) 237-1000  
                                                                   E-Mail:  andrea.pierson@faegrebd.com  
                                                                   E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Andrea Roberts Pierson