# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-03236-RLY-TAB | Cause No. | 1:15-cv-01824-RLY-TAB |
| Cause No. | 1:16-cv-02217-RLY-TAB | Cause No. | 1:16-cv-03128-RLY-TAB |
| Cause No. | 1:17-cv-00331-RLY-TAB | Cause No. | 1:16-cv-01759-RLY-TAB |
| Cause No. | 1:16-cv-02441-RLY-TAB | Cause No. | 1:16-cv-02068-RLY-TAB |
| Cause No. | 1:16-cv-03271-RLY-TAB | Cause No. | 1:16-cv-03540-RLY-TAB |
| Cause No. | 1:17-cv-00104-RLY-TAB | Cause No. | 1:16-cv-01635-RLY-TAB |
| Cause No. | 1:16-cv-00686-RLY-TAB | Cause No. | 1:16-cv-03346-RLY-TAB |
| Cause No. | 1:16-cv-02996-RLY-TAB | Cause No. | 1:17-cv-00267-RLY-TAB |
| Cause No. | 1:16-cv-02025-RLY-TAB | Cause No. | 1:15-cv-00568-RLY-TAB |
| Cause No. | 1:16-cv-00509-RLY-TAB | Cause No. | 1:16-cv-03491-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: March 11, 2017 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.110489430.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110489430.01