IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01188-RLY-TAB | Cause No. | 1:15-cv-01920-RLY-TAB |
| Cause No. | 1:16-cv-02367-RLY-TAB | Cause No. | 1:16-cv-00087-RLY-TAB |
| Cause No. | 1:17-cv-00483-RLY-TAB | Cause No. | 1:17-cv-00163-RLY-TAB |
| Cause No. | 1:16-cv-03321-RLY-TAB | Cause No. | 1:17-cv-00153-RLY-TAB |
| Cause No. | 1:16-cv-01499-RLY-TAB | Cause No. | 1:16-cv-02437-RLY-TAB |
| Cause No. | 1:16-cv-01069-RLY-TAB | Cause No. | 1:16-cv-01669-RLY-TAB |
| Cause No. | 1:15-cv-01794-RLY-TAB | Cause No. | 1:16-cv-00592-RLY-TAB |
| Cause No. | 1:16-cv-02961-RLY-TAB | Cause No. | 1:16-cv-02396-RLY-TAB |
| Cause No. | 1:16-cv-02442-RLY-TAB | Cause No. | 1:16-cv-03289-RLY-TAB |
| Cause No. | 1:16-cv-01421-RLY-TAB | Cause No. | 1:16-cv-00439-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS


Dated:　　　March 12, 2017　　　　　　　　　/s/ Andrea Roberts Pierson
　　　　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　　　　John T. Schlafer (# 28771-49)
　　　　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 237-0300
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　　　　　　E-Mail:  andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　　　　　　E-Mail:  john.schlafer@faegrebd.com

US.110489956.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110489956.01