# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01072-RLY-TAB | Cause No. | 1:16-cv-01322-RLY-TAB |
| Cause No. | 1:16-cv-03535-RLY-TAB | Cause No. | 1:17-cv-00415-RLY-TAB |
| Cause No. | 1:16-cv-01799-RLY-TAB | Cause No. | 1:15-cv-01685-RLY-TAB |
| Cause No. | 1:17-cv-00158-RLY-TAB | Cause No. | 1:17-cv-00178-RLY-TAB |
| Cause No. | 1:16-cv-01348-RLY-TAB | Cause No. | 1:16-cv-01080-RLY-TAB |
| Cause No. | 1:16-cv-02909-RLY-TAB | Cause No. | 1:16-cv-02191-RLY-TAB |
| Cause No. | 1:17-cv-00571-RLY-TAB | Cause No. | 1:17-cv-00217-RLY-TAB |
| Cause No. | 1:16-cv-01979-RLY-TAB | Cause No. | 1:16-cv-00750-RLY-TAB |
| Cause No. | 1:16-cv-00222-RLY-TAB | Cause No. | 1:16-cv-00187-RLY-TAB |
| Cause No. | 1:17-cv-00555-RLY-TAB | Cause No. | 1:16-cv-02706-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:  March 12, 2017    /s/ Andrea Roberts Pierson
                  Andrea Roberts Pierson (# 18435-49)
                  John T. Schlafer (# 28771-49)
                  FAEGRE BAKER DANIELS LLP
                  300 North Meridian Street, Suite 2700
                  Indianapolis, Indiana  46204
                  Telephone:  (317) 237-0300
                  Facsimile:  (317) 237-1000
                  E-Mail:  andrea.pierson@faegrebd.com
                  E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110492686.01