# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:13-cv-01946-RLY-TAB | Cause No. | 1:16-cv-02715-RLY-TAB |
| Cause No. | 1:16-cv-02763-RLY-TAB | Cause No. | 1:17-cv-00210-RLY-TAB |
| Cause No. | 1:15-cv-01021-RLY-TAB | Cause No. | 1:16-cv-03042-RLY-TAB |
| Cause No. | 1:16-cv-02037-RLY-TAB | Cause No. | 1:15-cv-01708-RLY-TAB |
| Cause No. | 1:16-cv-00683-RLY-TAB | Cause No. | 1:17-cv-00475-RLY-TAB |
| Cause No. | 1:16-cv-01797-RLY-TAB | Cause No. | 1:16-cv-01952-RLY-TAB |
| Cause No. | 1:14-cv-01881-RLY-TAB | Cause No. | 1:16-cv-00539-RLY-TAB |
| Cause No. | 1:16-cv-02955-RLY-TAB | Cause No. | 1:16-cv-02962-RLY-TAB |
| Cause No. | 1:16-cv-00577-RLY-TAB | Cause No. | 1:17-cv-00576-RLY-TAB |
| Cause No. | 1:16-cv-01739-RLY-TAB | Cause No. | 1:16-cv-02039-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 13, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 /s/ Andrea Roberts Pierson

US.110503502.01