**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:13-cv-01946-RLY-TAB | Cause No. | 1:16-cv-02715-RLY-TAB |
| Cause No. | 1:16-cv-02763-RLY-TAB | Cause No. | 1:17-cv-00210-RLY-TAB |
| Cause No. | 1:15-cv-01021-RLY-TAB | Cause No. | 1:16-cv-03042-RLY-TAB |
| Cause No. | 1:16-cv-02037-RLY-TAB | Cause No. | 1:15-cv-01708-RLY-TAB |
| Cause No. | 1:16-cv-00683-RLY-TAB | Cause No. | 1:17-cv-00475-RLY-TAB |
| Cause No. | 1:16-cv-01797-RLY-TAB | Cause No. | 1:16-cv-01952-RLY-TAB |
| Cause No. | 1:14-cv-01881-RLY-TAB | Cause No. | 1:16-cv-00539-RLY-TAB |
| Cause No. | 1:16-cv-02955-RLY-TAB | Cause No. | 1:16-cv-02962-RLY-TAB |
| Cause No. | 1:16-cv-00577-RLY-TAB | Cause No. | 1:17-cv-00576-RLY-TAB |
| Cause No. | 1:16-cv-01739-RLY-TAB | Cause No. | 1:16-cv-02039-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          March 13, 2017                    /s/ John T. Schlafer
                                                            Andrea Roberts Pierson (# 18435-49)
                                                            John T. Schlafer (# 28771-49)
                                                            FAEGRE BAKER DANIELS LLP
                                                            300 North Meridian Street, Suite 2700
                                                            Indianapolis, Indiana  46204
                                                            Telephone:  (317) 237-0300
                                                            Facsimile:  (317) 237-1000
                                                            E-Mail:  andrea.pierson@faegrebd.com
                                                            E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer