# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-00343-RLY-TAB | Cause No. | 1:16-cv-01970-RLY-TAB |
| Cause No. | 1:16-cv-00053-RLY-TAB | Cause No. | 1:16-cv-00194-RLY-TAB |
| Cause No. | 1:16-cv-02290-RLY-TAB | Cause No. | 1:16-cv-00377-RLY-TAB |
| Cause No. | 1:16-cv-02609-RLY-TAB | Cause No. | 1:17-cv-00196-RLY-TAB |
| Cause No. | 1:16-cv-01955-RLY-TAB | Cause No. | 1:15-cv-00554-RLY-TAB |
| Cause No. | 1:16-cv-01487-RLY-TAB | Cause No. | 1:16-cv-03159-RLY-TAB |
| Cause No. | 1:16-cv-02045-RLY-TAB | Cause No. | 1:16-cv-01743-RLY-TAB |
| Cause No. | 1:16-cv-02021-RLY-TAB | Cause No. | 1:17-cv-00408-RLY-TAB |
| Cause No. | 1:16-cv-00268-RLY-TAB | Cause No. | 1:16-cv-02593-RLY-TAB |
| Cause No. | 1:17-cv-00218-RLY-TAB | Cause No. | 1:16-cv-02862-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   March 13, 2017                /s/ John T. Schlafer
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                  /s/ John T. Schlafer