**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-03530-RLY-TAB | Cause No. | 1:16-cv-02708-RLY-TAB |
| Cause No. | 1:16-cv-01910-RLY-TAB | Cause No. | 1:15-cv-01892-RLY-TAB |
| Cause No. | 1:16-cv-02959-RLY-TAB | Cause No. | 1:16-cv-01294-RLY-TAB |
| Cause No. | 1:16-cv-02765-RLY-TAB | Cause No. | 1:16-cv-02772-RLY-TAB |
| Cause No. | 1:17-cv-00252-RLY-TAB | Cause No. | 1:16-cv-01793-RLY-TAB |
| Cause No. | 1:14-cv-00139-RLY-TAB | Cause No. | 1:16-cv-01309-RLY-TAB |
| Cause No. | 1:16-cv-01954-RLY-TAB | Cause No. | 1:15-cv-01457-RLY-TAB |
| Cause No. | 1:16-cv-01640-RLY-TAB | Cause No. | 1:15-cv-01707-RLY-TAB |
| Cause No. | 1:16-cv-02989-RLY-TAB | Cause No. | 1:16-cv-03016-RLY-TAB |
| Cause No. | 1:16-cv-02708-RLY-TAB | | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 13, 2017                          /s/ John T. Schlafer
                                                     Andrea Roberts Pierson (# 18435-49)
                                                     John T. Schlafer (# 28771-49)
                                                     FAEGRE BAKER DANIELS LLP
                                                     300 North Meridian Street, Suite 2700
                                                     Indianapolis, Indiana  46204
                                                     Telephone:  (317) 237-0300
                                                     Facsimile:  (317) 237-1000
                                                     E-Mail:  andrea.pierson@faegrebd.com
                                                     E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer