# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:16-cv-02869-RLY-TAB | Cause No. | 1:16-cv-02153-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-00227-RLY-TAB | Cause No. | 1:16-cv-01165-RLY-TAB |
| Cause No. | 1:17-cv-00251-RLY-TAB | Cause No. | 1:16-cv-02514-RLY-TAB |
| Cause No. | 1:17-cv-00458-RLY-TAB | Cause No. | 1:16-cv-03238-RLY-TAB |
| Cause No. | 1:15-cv-01100-RLY-TAB | Cause No. | 1:16-cv-02897-RLY-TAB |
| Cause No. | 1:17-cv-00160-RLY-TAB | Cause No. | 1:17-cv-00522-RLY-TAB |
| Cause No. | 1:16-cv-02956-RLY-TAB | Cause No. | 1:16-cv-00145-RLY-TAB |
| Cause No. | 1:16-cv-03200-RLY-TAB | Cause No. | 1:16-cv-03254-RLY-TAB |
| Cause No. | 1:16-cv-03278-RLY-TAB | Cause No. | 1:17-cv-00263-RLY-TAB |
| Cause No. | 1:16-cv-02393-RLY-TAB | Cause No. | 1:16-cv-01074-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      March 13, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.110503827.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110503827.01