# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-00229-RLY-TAB | Cause No. | 1:16-cv-00813-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-02857-RLY-TAB | Cause No. | 1:15-cv-01607-RLY-TAB |
| Cause No. | 1:16-cv-01337-RLY-TAB | Cause No. | 1:16-cv-01318-RLY-TAB |
| Cause No. | 1:16-cv-00872-RLY-TAB | Cause No. | 1:15-cv-06025-RLY-TAB |
| Cause No. | 1:16-cv-01082-RLY-TAB | Cause No. | 1:16-cv-00228-RLY-TAB |
| Cause No. | 1:16-cv-02410-RLY-TAB | Cause No. | 1:17-cv-00200-RLY-TAB |
| Cause No. | 1:16-cv-03226-RLY-TAB | Cause No. | 1:16-cv-02084-RLY-TAB |
| Cause No. | 1:15-cv-06021-RLY-TAB | Cause No. | 1:14-cv-06004-RLY-TAB |
| Cause No. | 1:16-cv-01798-RLY-TAB | Cause No. | 1:16-cv-01310-RLY-TAB |
| Cause No. | 1:16-cv-01984-RLY-TAB | Cause No. | 1:16-cv-02947-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:      March 13, 2017                /s/ John T. Schlafer
                                                        Andrea Roberts Pierson (# 18435-49)
                                                        John T. Schlafer (# 28771-49)
                                                        FAEGRE BAKER DANIELS LLP
                                                        300 North Meridian Street, Suite 2700
                                                        Indianapolis, Indiana  46204
                                                        Telephone:  (317) 237-0300
                                                        Facsimile:  (317) 237-1000
                                                        E-Mail:  andrea.pierson@faegrebd.com
                                                        E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer