# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01888-RLY-TAB | Cause No. | 1:16-cv-00601-RLY-TAB |
| Cause No. | 1:16-cv-00766-RLY-TAB | Cause No. | 1:16-cv-01285-RLY-TAB |
| Cause No. | 1:16-cv-00193-RLY-TAB | Cause No. | 1:16-cv-01931-RLY-TAB |
| Cause No. | 1:16-cv-03252-RLY-TAB | Cause No. | 1:15-cv-01610-RLY-TAB |
| Cause No. | 1:16-cv-00449-RLY-TAB | Cause No. | 1:16-cv-02907-RLY-TAB |
| Cause No. | 1:16-cv-02255-RLY-TAB | Cause No. | 1:16-cv-01067-RLY-TAB |
| Cause No. | 1:17-cv-00554-RLY-TAB | Cause No. | 1:16-cv-00028-RLY-TAB |
| Cause No. | 1:16-cv-03034-RLY-TAB | Cause No. | 1:15-cv-01686-RLY-TAB |
| Cause No. | 1:16-cv-02258-RLY-TAB | Cause No. | 1:16-cv-02192-RLY-TAB |
| Cause No. | 1:16-cv-01395-RLY-TAB | Cause No. | 1:16-cv-01011-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    March 13, 2017    /s/ John T. Schlafer
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegrebd.com
    E-Mail: john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer