**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-00229-RLY-TAB | Cause No. | 1:16-cv-00813-RLY-TAB |
| Cause No. | 1:16-cv-02857-RLY-TAB | Cause No. | 1:15-cv-01607-RLY-TAB |
| Cause No. | 1:16-cv-01337-RLY-TAB | Cause No. | 1:16-cv-01318-RLY-TAB |
| Cause No. | 1:16-cv-00872-RLY-TAB | Cause No. | 1:15-cv-06025-RLY-TAB |
| Cause No. | 1:16-cv-01082-RLY-TAB | Cause No. | 1:16-cv-00228-RLY-TAB |
| Cause No. | 1:16-cv-02410-RLY-TAB | Cause No. | 1:17-cv-00200-RLY-TAB |
| Cause No. | 1:16-cv-03226-RLY-TAB | Cause No. | 1:16-cv-02084-RLY-TAB |
| Cause No. | 1:15-cv-06021-RLY-TAB | Cause No. | 1:14-cv-06004-RLY-TAB |
| Cause No. | 1:16-cv-01798-RLY-TAB | Cause No. | 1:16-cv-01310-RLY-TAB |
| Cause No. | 1:16-cv-01984-RLY-TAB | Cause No. | 1:16-cv-02947-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:  March 13, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110504071.01