**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:16-cv-01447-RLY-TAB | Cause No. | 1:15-cv-01159-RLY-TAB |
| Cause No. | 1:17-cv-00266-RLY-TAB | Cause No. | 1:16-cv-02476-RLY-TAB |
| Cause No. | 1:16-cv-01742-RLY-TAB | Cause No. | 1:16-cv-02040-RLY-TAB |
| Cause No. | 1:16-cv-01120-RLY-TAB | Cause No. | 1:14-cv-06008-RLY-TAB |
| Cause No. | 1:16-cv-03481-RLY-TAB | Cause No. | 1:16-cv-02958-RLY-TAB |
| Cause No. | 1:17-cv-00152-RLY-TAB | Cause No. | 1:14-cv-01882-RLY-TAB |
| Cause No. | 1:16-cv-03273-RLY-TAB | Cause No. | 1:16-cv-03279-RLY-TAB |
| Cause No. | 1:16-cv-03261-RLY-TAB | Cause No. | 1:17-cv-00430-RLY-TAB |
| Cause No. | 1:15-cv-00525-RLY-TAB | Cause No. | 1:16-cv-02716-RLY-TAB |
| Cause No. | 1:17-cv-00312-RLY-TAB | Cause No. | 1:15-cv-01608-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 13, 2017               /s/ Andrea Roberts Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana 46204
                                      Telephone: (317) 237-0300
                                      Facsimile: (317) 237-1000
                                      E-Mail: andrea.pierson@faegrebd.com
                                      E-Mail: john.schlafer@faegrebd.com

US.110504280.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110504280.01