**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:14-cv-01883-RLY-TAB | Cause No. | 1:16-cv-02935-RLY-TAB |
| --- | --- | --- | --- |
| Cause No. | 1:16-cv-00181-RLY-TAB | Cause No. | 1:16-cv-02274-RLY-TAB |
| Cause No. | 1:16-cv-02146-RLY-TAB | Cause No. | 1:16-cv-02696-RLY-TAB |
| Cause No. | 1:16-cv-01680-RLY-TAB | Cause No. | 1:16-cv-00224-RLY-TAB |
| Cause No. | 1:15-cv-01905-RLY-TAB | Cause No. | 1:16-cv-00647-RLY-TAB |
| Cause No. | 1:16-cv-00593-RLY-TAB | Cause No. | 1:16-cv-01255-RLY-TAB |
| Cause No. | 1:15-cv-01020-RLY-TAB | Cause No. | 1:16-cv-03048-RLY-TAB |
| Cause No. | 1:17-cv-00037-RLY-TAB | Cause No. | 1:16-cv-01085-RLY-TAB |
| Cause No. | 1:17-cv-00564-RLY-TAB | Cause No. | 1:15-cv-02039-RLY-TAB |
| Cause No. | 1:15-cv-00555-RLY-TAB | Cause No. | 1:15-cv-01336-RLY-TAB |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

　　　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　　　William Cook Europe ApS

Dated:　　　March 13, 2017　　　　　　　　　/s/ John T. Schlafer
　　　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　　　John T. Schlafer (# 28771-49)
　　　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 237-0300
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　　　　　E-Mail:  andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　　　　　E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer