# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | | Cause No. | |
|---|---|---|---|
| Cause No. | 1:16-cv-03141-RLY-TAB | Cause No. | 1:16-cv-02760-RLY-TAB |
| Cause No. | 1:16-cv-01394-RLY-TAB | Cause No. | 1:17-cv-00222-RLY-TAB |
| Cause No. | 1:16-cv-02764-RLY-TAB | Cause No. | 1:16-cv-03014-RLY-TAB |
| Cause No. | 1:16-cv-00059-RLY-TAB | Cause No. | 1:14-cv-01971-RLY-TAB |
| Cause No. | 1:16-cv-00556-RLY-TAB | Cause No. | 1:16-cv-02185-RLY-TAB |
| Cause No. | 1:16-cv-01163-RLY-TAB | Cause No. | 1:16-cv-01521-RLY-TAB |
| Cause No. | 1:16-cv-02450-RLY-TAB | Cause No. | 1:16-cv-02651-RLY-TAB |
| Cause No. | 1:17-cv-00007-RLY-TAB | Cause No. | 1:16-cv-01052-RLY-TAB |
| Cause No. | 1:16-cv-01903-RLY-TAB | Cause No. | 1:16-cv-00675-RLY-TAB |
| Cause No. | 1:16-cv-01397-RLY-TAB | Cause No. | 1:15-cv-01998-RLY-TAB |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 13, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson