IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570
_____

This Document Relates to:

| Cause No. | 1:16-cv-02405-RLY-TAB | Cause No. | 1:16-cv-02941-RLY-TAB |
| --- | --- | --- | --- |
| Cause No. | 1:16-cv-02928-RLY-TAB | Cause No. | 1:17-cv-00249-RLY-TAB |
| Cause No. | 1:16-cv-03013-RLY-TAB | Cause No. | 1:16-cv-01519-RLY-TAB |
| Cause No. | 1:16-cv-02137-RLY-TAB | Cause No. | 1:16-cv-01130-RLY-TAB |
| Cause No. | 1:16-cv-03282-RLY-TAB | Cause No. | 1:14-cv-06007-RLY-TAB |
| Cause No. | 1:16-cv-01826-RLY-TAB | Cause No. | 1:16-cv-02818-RLY-TAB |
| Cause No. | 1:16-cv-00917-RLY-TAB | Cause No. | 1:16-cv-00860-RLY-TAB |
| Cause No. | 1:17-cv-00349-RLY-TAB | Cause No. | 1:16-cv-03456-RLY-TAB |
| Cause No. | 1:16-cv-00719-RLY-TAB | Cause No. | 1:17-cv-00329-RLY-TAB |
| Cause No. | 1:16-cv-06041-RLY-TAB | Cause No. | 1:16-cv-02811-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       March 13, 2017                     /s/ John T. Schlafer
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana  46204
                                                          Telephone:  (317) 237-0300
                                                          Facsimile:  (317) 237-1000
                                                          E-Mail:  andrea.pierson@faegrebd.com
                                                          E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer