# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-00604-RLY-TAB | Cause No. | 1:16-cv-02305-RLY-TAB |
| Cause No. | 1:16-cv-01639-RLY-TAB | Cause No. | 1:16-cv-02538-RLY-TAB |
| Cause No. | 1:15-cv-01973-RLY-TAB | Cause No. | 1:16-cv-01128-RLY-TAB |
| Cause No. | 1:16-cv-03406-RLY-TAB | Cause No. | 1:17-cv-00130-RLY-TAB |
| Cause No. | 1:16-cv-00248-RLY-TAB | Cause No. | 1:16-cv-01089-RLY-TAB |
| Cause No. | 1:17-cv-00340-RLY-TAB | Cause No. | 1:17-cv-00171-RLY-TAB |
| Cause No. | 1:16-cv-03455-RLY-TAB | Cause No. | 1:16-cv-00223-RLY-TAB |
| Cause No. | 1:17-cv-00626-RLY-TAB | | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    March 13, 2017        /s/ Andrea Roberts Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

US.110504589.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110504589.01