# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-00604-RLY-TAB | Cause No. | 1:16-cv-02305-RLY-TAB |
|---|---|---|---|
| Cause No. | 1:16-cv-01639-RLY-TAB | Cause No. | 1:16-cv-02538-RLY-TAB |
| Cause No. | 1:15-cv-01973-RLY-TAB | Cause No. | 1:16-cv-01128-RLY-TAB |
| Cause No. | 1:16-cv-03406-RLY-TAB | Cause No. | 1:17-cv-00130-RLY-TAB |
| Cause No. | 1:16-cv-00248-RLY-TAB | Cause No. | 1:16-cv-01089-RLY-TAB |
| Cause No. | 1:17-cv-00340-RLY-TAB | Cause No. | 1:17-cv-00171-RLY-TAB |
| Cause No. | 1:16-cv-03455-RLY-TAB | Cause No. | 1:16-cv-00223-RLY-TAB |
| Cause No. | 1:16-cv-02797-RLY-TAB | | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:   March 13, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer