IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Thomas Clark and Karen M. Clark

Civil Case #1:16-cv-02642-RLY-TAB

## APPEARANCE

To:   The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Thomas Clark and Karen M. Clark

Date: March 14, 2017

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC

/s/ *Anne Medlin Lowe*
Anne Medlin Lowe, Atty. No. 31402-49
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-5270
(317) 426-3348 Fax
E-Mail:  alowe@rwp-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 14, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                 */s/ Anne Medlin Lowe*
                 Anne Medlin Lowe