**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:16-cv-01115-RLY-TAB | Cause No. | 1:16-cv-01566-RLY-TAB |
| Cause No. | 1:15-cv-01075-RLY-TAB | Cause No. | 1:16-cv-00799-RLY-TAB |
| Cause No. | 1:16-cv-02475-RLY-TAB | Cause No. | 1:15-cv-00085-RLY-TAB |
| Cause No. | 1:16-cv-02311-RLY-TAB | Cause No. | 1:16-cv-01402-RLY-TAB |
| Cause No. | 1:16-cv-01674-RLY-TAB | Cause No. | 1:16-cv-01127-RLY-TAB |
| Cause No. | 1:16-cv-00652-RLY-TAB | Cause No. | 1:15-cv-01388-RLY-TAB |
| Cause No. | 1:16-cv-00546-RLY-TAB | Cause No. | 1:16-cv-00442-RLY-TAB |
| Cause No. | 1:16-cv-03231-RLY-TAB | Cause No. | 1:16-cv-00547-RLY-TAB |
| Cause No. | 1:16-cv-02183-RLY-TAB | Cause No. | 1:17-cv-00297-RLY-TAB |
| Cause No. | 1:16-cv-00536-RLY-TAB |           |                       |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

Dated:  March 14, 2017            /s/ John T. Schlafer
                                                     Andrea Roberts Pierson (# 18435-49)
                                                     John T. Schlafer (# 28771-49)
                                                     FAEGRE BAKER DANIELS LLP
                                                     300 North Meridian Street, Suite 2700
                                                     Indianapolis, Indiana  46204
                                                     Telephone:  (317) 237-0300
                                                     Facsimile:  (317) 237-1000
                                                     E-Mail:  andrea.pierson@faegrebd.com
                                                     E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer