# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| This Document Relates to Plaintiffs | |
| Maurice Leao | Civil Case # 16-cv-3448-RLY-TAB |
| Jennifer Beck | Civil Case # 16-cv-3453-RLY-TAB |
| Caleb Young | Civil Case # 16-cv-3455-RLY-TAB |
| Dionne Parmley | Civil Case # 16-cv-3458-RLY-TAB |
| Gayle McCleary-Watkins | Civil Case # 16-cv-3486-RLY-TAB |

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Maurice Leao, Plaintiff

Jennifer Beck, Plaintiff

Caleb Young, Plaintiff

Dionne Parmley, Plaintiff

Gayle McCleary-Watkins, Plaintiff

Respectfully submitted,

Date: March 17, 2017

*/s/ Michael G. Daly*
T. Matthew Leckman
Michael G. Daly
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428

mleckman@pbmattorneys.com  
mdaly@pbmattorneys.com  
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this manner. Parties may access the filing through the Court's system.

*/s/ Michael G. Daly*