IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND      CASE NO. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                             MDL NO. 2570
_____

This Document Relates to Plaintiff(s),

Natale Mercuri – Case No. 1:17-cv-54
Mary Beth Lundgren and James Lundgren – Case no. 1:17-cv-56
Thomas Perkins – Case No. 1:17-cv-60
Angela Walton and Vincent Walton – Case No. 1:17-cv-63
Angela Vining – Case No. 1:16-cv-3261
Holly McKeithen and Mylinda Post – Case No. 1:16-cv-3271
Nicholas Snelson and Bailie Davis – Case No. 1:16-cv-3272
Angela Lockwood – Case No. 1:16-v-3287
James Johnson – Case No. 1:16-cv-3348
Cynthia Lifer – Case No. 1:16-cv-3390
Heliodoro Fernandez and Martha Fernandez – Case No. 1:16-cv-3413
_____

## ENTRY OF APPEARANCE

       COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

                                                             Respectfully Submitted,

                                                              **FLINT LAW FIRM LLC**

                                                              /s/ Brian S. Katz_____
                                                              Brian S. Katz, KY Bar No. 86633
                                                             FLINT LAW FIRM, LLC
                                                             2226 Broadway, Suite 1
                                                             Post Office Box 2903
                                                            Paducah, Kentucky 42002-2903
                                                            Phone: (270) 575-3939
                                                            Fax: (270) 575-3936
                                                            bkatz@flintfirm.com
                                                            ***Attorney for Plaintiff***