**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> Notice disregarded as moot as counsel's appearance has not been entered in MDL No. 2570.
>
> Tim A. Baker
> U.S. Magistrate Judge
> March 22, 2017

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83-7(c)(4), the undersigned, Jere A. Rosebrock, hereby notifies the Court and all counsel that she is hereby withdrawing her Appearance as counsel of record for the defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants"), and hereby shows the Court as follows:

1. Local Rule 83-7(c)(4) of this Court provides that "[t]he requirements of sub-paragraphs (1)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of her intent to withdraw] are waived when a notice of withdrawal is filed contemporaneously with another attorney's appearance for the client."

2. Andrea Roberts Pierson, John T. Schlafer and other Faegre Baker Daniels LLP attorneys have previously entered their Appearances for the Cook Defendants in this MDL.

3. On June 15, 2016, by Document 1782, Ms. Pierson and five of her colleagues amended their Appearance from Settlement Counsel to Co-Lead Counsel for the Cook Defendants in this MDL.

Dated: March 8, 2017.

                                                Respectfully submitted,

                                                */s/*    *Jere A. Rosebrock*
                                                Jere A. Rosebrock, Esq., #26566-49
                                                WOODEN MCLAUGHLIN LLP
                                                One Indiana Square, Suite 1800
                                                Indianapolis, IN 46204-4208
                                                Tel: (317) 639-6151
                                                Fax: (317) 639-6444
                                                jere.rosebrock@woodenmclaughlin.com

                                                *Counsel for Cook Defendants*

### Certificate of Service

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/*    *Jere A. Rosebrock*