# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to ALL ACTIONS

---

**ORDER ON MOTION TO AMEND SERVICE PROVISIONS
IN CASE MANAGEMENT ORDERS NO. 1, 4, 6, AND 13**

This Order amends Case Management Order No. 1 ("CMO 1"), Case Management Order

No. 4 ("CMO 4"), Case Management Order No. 6 ("CMO 6"), and Case Management Order No.

13 ("CMO 13"), and any previously entered, amended versions thereof, which currently provide

for disclosure of information to and service of documents on Wooden & McLaughlin LLP, to

provide for disclosure of information to and service of documents on Faegre Baker Daniels LLP.

It is ORDERED that the Case Management Orders are to be amended as set forth below.

Further, signed, amended versions of each of the CMOs are attached to this Order as exhibits.

The clerk is directed to file each of these amended CMOs individually on the master docket of

this MDL as amended orders.

A.      Amended Case Management Order No. 1 (Pathology and Medical Device Protocol)
        (Doc. 1662)
        2.      Paragraph II(C)(1), "Notice of Explant or Retrieval Procedure," which currently

states, "Such Notice shall be provided by email to: CookIVCFMDL@woodmclaw.com," shall

be amended to provide for notice by email to CookFilterMDL@FaegreBD.com.

3.      Paragraph II(D)(1), "Notice of Available Materials," which currently states, "Such notice shall be provided by email to: CookIVCFMDL@woodmclaw.com," shall be amended to provide for notice by email to CookFilterMDL@FaegreBD.com.

4.      Paragraph II(E)(1), "Notice of Available Material," which currently states, "Such notice shall be provided by email to: CookIVCFMDL@woodmclaw.com," shall be amended to provide for notice by email to CookFilterMDL@FaegreBD.com.

7.      Attachment A to Amended Case Management Order No. 1, which currently copies attorneys from the law firm of Wooden & McLaughlin LLP, has been amended to copy attorneys from the law firm of Faegre Baker Daniels LLP.

8.      Attachment C to Amended Case Management Order No. 1, which currently copies attorneys from the law firm of Wooden & McLaughlin LLP, has been amended to copy attorneys from the law firm of Faegre Baker Daniels LLP.

A copy of **Second Amended Case Management Order # 1** is attached to this Order as Exhibit A.

B.      <u>Second Amended Case Management Order No. 4, Party Profile Forms & Fact Sheets Protocol (Doc. 3247)</u>

1.      Paragraph 1, "Plaintiff Profile Sheet," which currently states, "Each Plaintiff in this MDL as of the date of the entry of this Second Amended Case Management Order No. 4 shall submit a completed PPS to Defendants," shall be amended to change "this Second Amended Case Management Order No. 4" to "the Second Amended Case Management Order No. 4".

2.      Paragraph 1, "Plaintiff Profile Sheet," which currently states, "Each Plaintiff in this MDL as of the date of the entry of this Second Amended Case Management Order No. 4 shall submit a completed PPS to Defendants within sixty (60) days if the Plaintiff has not already

provided a complete Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS") under Case Management Order No. 4 [Dkt. 354] or Amended Case Management No. 4 [Dkt. 614]," shall be amended to change "this Second Amended Case Management Order No. 4" to "the Second Amended Case Management Order No. 4".

3.      Paragraph 2, "Defendant Profile Form," which currently states in subsection (b), "For each Plaintiff in a currently filed (non-Bellwether) case that is part of the MDL as of the date of this Order, the Defendants shall comply with the following schedule," shall be amended to state, "For each Plaintiff in a currently filed (non-Bellwether) case that is part of the MDL as of the date of Second Amended Case Management Order No. 4, the Defendants shall comply with the following schedule."

4.      Paragraph 2, "Defendant Profile Form," which currently states in subsection (b)(1), "The Defendants shall have sixty (60) days from the date of entry of this Order to serve a DPF in the one hundred (100) oldest non-Bellwether cases pending in the MDL to serve a DPF," shall be amended to state that Defendants have sixty (60) days from the date of entry of Second Amended Case Management Order No. 4 to serve a DPF.  Subsection (b)(1) shall be further amended to designate the date of entry of Second Amended Case Management Order No. 4 as the "date of entry" referred to in subparagraphs (b)(2) through (b)(8).

5.      Paragraph 2, "Defendant Profile Form," which currently states in subsection (b)(9), "Once the time for serving DPFs for all cases pending as of the date of entry of this Order has passed, the Defendants shall have one hundred twenty (120) days from that point or forty-five (45) days from the service of the PPS in each subsequently filed case, whichever is later, to serve their DPF," shall be amended to provide that once the time for serving DPFs for all cases

pending as of the date of entry of Second Amended Case Management Order No. 4 has passed, the Defendants shall have the stated number of days to serve their DPF.

6.      Paragraph 3, "Defendant Fact Sheet," which states in subsection (b), "For each Plaintiff in the three Bellwether cases set for trial, the Defendants may submit an Amended DFS to Plaintiffs within twenty (20) days of the date of entry of this Order," shall be amended to state that Defendants may submit an Amended DFS to Plaintiffs within twenty (20) days of the date of entry of Second Amended Case Management Order No. 4.

7.      The following documents are included as exhibits to Second Amended CMO 4 (Doc. 3247):  (1) Authorization to Disclose Medical Information, (2) Authorization and Consent to Release Psychotherapy Note, (3) Authorization to Disclose Insurance Information, (4) Authorization to Disclose Medicaid Information, (5) Authorization to Disclose Employment Information, (6) Authorization to Disclose Workers' Compensation Information, (7) Social Security Administration Consent for Release of Information, and (8) Medicare Authorization to Disclose Personal Health Information (collectively, "Authorizations").  These Authorizations, which currently authorize disclosure of medical records and information to "Wooden & McLaughlin LLP, 211 N. Pennsylvania St., Suite 1800, Indianapolis, IN 46204," shall be amended to authorize disclosure to "Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204."  Amended copies of these documents are attached to Second Amended Case Management Order No. 4.

8.      Any and all additional references to "Wooden & McLaughlin LLP" in the Authorizations shall be removed, and such references shall be replaced with "Faegre Baker Daniels LLP."  The parties shall begin using the amended Authorizations with each PPS

immediately upon the Court's entry of this Order.  Any authorization signed prior to the entry of this order may be submitted with each PPS.

A copy of **Third Amended Case Management Order No. 4**, with the amended Authorizations attached, is attached to this Order as Exhibit B.

C.      Case Management Order No. 6, Service of Short Form Complaints, Plaintiffs Profile Form, Plaintiffs' Fact Sheet And Other Responsive Documents

1.      Paragraph I, "Service of Short Form Complaints," which currently states, "Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL shall serve the Short Form Complaint via e-mail to CookIVCFMDL@woodmclaw.com," shall be amended to provide for service of the Short Form Complaint via email to CookFilterMDL@FaegreBD.com.

2.      Paragraph II, "Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents," which currently states, "Each Plaintiff's respective counsel shall serve Defendants with the Plaintiffs' Fact Sheet, Plaintiffs' Profile Form, Executed Medical Authorizations and other documents produced in response to the Fact Sheets and Profile Forms by uploading the documents to: https://filetransfer.woodmclaw.com/filedrop/kjachimiak@woodmclaw.com," shall be amended to provide for uploading the documents to https://sft.faegrebd.com/envelope/CookFilterMDL.

3.      Paragraph II, "Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents," which currently states, "Plaintiff's counsel shall also e-mail Defendants at CookIVCFMDL@woodmclaw.com to notify Defendants that documents have been uploaded to the aforementioned link within twenty-

four (24) hours of uploading the documents," shall be amended to provide for notification of uploaded documents by e-mail to CookFilterMDL@FaegreBD.com.

A copy of **Amended Case Management Order No. 6** is attached to this Order as Exhibit

D.      Amended Case Management Order No. 13 (Medical Records Designation) (Doc. 3767)

1.      Amended CMO 13, which currently states on page 2, "if not previously produced pursuant to paragraph 1(d) of Case Management Order #4, Amended Case Management Order #4, or Second Amended Case Management Order #4," shall be amended to include "or Third Amended Case Management Order #4."

2.      Amended CMO 13, which currently states on page 3, "This order does not alter each plaintiff's obligation to provide all medical records in their possession or control, as set out in paragraph 1(d) of Case Management Order #4 or Amended Case Management Order #4 or Second Amended Case Management Order # 4," shall be amended to include "or Third Amended Case Management Order # 4."

3.      Amended CMO 13, which currently states on page 2, "In any case in which the PFS and PPF have previously been submitted or are past-due, the submission of designated medical records shall be sent by electronic or hard copy to:

> MDL No. 2570 IN RE: Cook Medical, Inc.
> WOODEN MCLAUGHLIN LLP
> One Indiana Square, Suite 1800
> Indianapolis, IN 46204-4208
> CookIVCMDL@WoodenMcLaughlin.com,"

shall be amended to provide for submission of such medical records by electronic or hard copy to:

> Cook Filter MDL
> FAEGRE BAKER DANIELS LLP
> 300 N. Meridian St., Ste. 2700
> Indianapolis, IN 46204

CookFilterMDL@FaegreBD.com

4.      Exhibit A to Amended CMO 13, "Categorization Form," which currently states in the first paragraph, "All other medical records should be produced pursuant to the directions in the Plaintiff Profile Sheet attached to Second Amended CMO No. 4," shall be amended to provide for medical records to be produced pursuant to the directions in the Plaintiff Profile Sheet attached to Third Amended CMO No. 4.

A copy of **Second Amended Case Management Order # 13** is attached to this Order as Exhibit D.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.110343705.03