**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to:

Cause No. 1:16-cv-2957


_____

**MOTION TO DISMISS WITHOUT PREJUDICE**

                    Pursuant to Federal Rule of Civil Procedure 41(b) and Second Amended Case

Management Order No. 4, the Cook Defendants ("Cook"), respectfully requests that the Court

dismiss this matter without prejudice, and in support state as follows.

                    1.          Second Amended Case Management Order No. 4 ("CMO No. 4"), entered

by this Court on December 16, 2016, provides that "Each Plaintiff in this MDL as of the date of

the entry of this Second Amended Case Management Order No. 4 shall submit a completed PPS

to Defendants within sixty (60) days if the Plaintiff has not already provided a complete Plaintiff

Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS") under Case Management Order No. 4

[Dkt. 354] or Amended Case Management No. 4 [Dkt. 614].  In cases in which Plaintiffs have

not served a completed PPF or PFS, each Plaintiff shall submit a completed PPS to Defendants

within sixty (60) days of the entry of this Order and, in future filed cases, within thirty (30) days

of the case becoming part of this MDL."  CMO No. 4, ¶ 1(b).

2.      CMO No. 4 further provides that if the Plaintiff fails to provide the Defendant with substantially complete responses to the PPS, once it is 30 days past due, the Defendant may send a letter to Plaintiff's counsel regarding Plaintiff's failure to serve substantially complete responses to the PPS and the Defendant's intent to file a motion to dismiss.  CMO No. 4, ¶ 1(h).

3.      CMO No. 4 further provides that if a substantially complete PPS is not received within 5 days of the date of the letter from the Defendant, the Defendant may file a motion to dismiss without prejudice.  CMO No. 4, ¶ 1(g).

4.      Plaintiff's case was transferred into the MDL on October 31, 2016, and according to CMO No. 4, the PPS was due on February 14, 2017.

5.      On February 14, 2017, Cook received correspondence from Plaintiff's counsel indicating that Plaintiff had failed to respond to numerous contacts over the past thirty days and requested an extension of time to serve the PPS.  Cook agreed to a seven day extension to allow Plaintiff another opportunity to respond.  The limited extension was due to the fact that Plaintiff's explanted filter was one of those plaintiffs' counsel chose to have inspected by their experts.  A true and correct copy of the February 14, 2017, correspondence is attached as Exhibit A.

6.      On February 21, 2017, Cook received correspondence from Plaintiff's counsel indicating that despite additional efforts to contact Plaintiff, he had not heard from Plaintiff.  Plaintiff's counsel acknowledged that Cook could take action under CMO No. 4 given the circumstances.  A true and correct copy of the February 21, 2017 correspondence is attached as Exhibit B.

7. Cook did not receive a PPS from Plaintiff, so on March 13, 2017, Cook sent a letter to Plaintiff's counsel indicating Cook's intent to move to dismiss if a PPS was not received within five business days of the date of the letter. A true and correct copy of the March 13, 2017, letter is attached as Exhibit C.

8. As of the date of filing of this Motion, no PPS from Plaintiff Tabitha Little has been received by Cook.

9. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and CMO No. 4, Cook respectfully requests that this matter be dismissed without prejudice.

WHEREFORE, Cook respectfully requests that this matter be dismissed, without prejudice, and for all other just and appropriate relief.

Dated: March 27, 2017

Respectfully Submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:          (317) 237-0300
Facsimile:          (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:          (260) 424-8000
Facsimile:          (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook
Medical LLC f/k/a Cook Medical Incorporated,
William Cook Europe APS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2017, a copy of the foregoing Motion to Dismiss Without Prejudice was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer