# Exhibit A

| | |
|---|---|
| **From:** | Matt Schultz <mschultz@levinlaw.com> |
| **Sent:** | Tuesday, February 14, 2017 2:23 PM |
| **To:** | James M. Boyers |
| **Cc:** | Tracy Gilbert; Cook Filter MDL |
| **Subject:** | RE: Levin-Pap PPSs |

10-4. Thanks.

**From:** James M. Boyers [mailto:jim.boyers@woodenmclaughlin.com]
**Sent:** Tuesday, February 14, 2017 12:57 PM
**To:** Matt Schultz
**Cc:** Tracy Gilbert; cookfiltermdl@faegrebd.com
**Subject:** RE: Levin-Pap PPSs

Matt,

No problem with McBride.  For Little, I can agree to a seven day enlargement.  Going forward, please direct these types of inquiries to cookfiltermdl@faegrebd.com.

Thanks,

Jim



**James M. Boyers**
Partner

211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
P 317.860.5366 888.639.6151
F 317.639.6444

www.WoodenMcLaughlin.com

**Think Green!** Please consider the environment before printing this email.

**Confidentiality Notice:**  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, February 14, 2017 1:24 PM
**To:** James M. Boyers

Case 1:14-ml-02570-RLY-TAB   Document 4185-1   Filed 03/27/17   Page 3 of 3 PageID #: 9183

**Cc:** Tracy Gilbert
**Subject:** Levin-Pap PPSs

Jim, we have two PPSs due today that we have not completed.

The first is Edward McBride 1:16-cv-03345. The son has POA for father, which has complicated our efforts to get information. We are waiting for some Rx information to arrive by mail. We expect to have this completed tomorrow or perhaps Thursday.

The second is Tabatha Litte 1:16-cv-02957. She was initially responsive but over the past 30+ days she has not responded to numerous efforts in numerous ways to contact her (both by us and by the local firm who referred her case to us).  Our efforts continue and I would appreciate some time on her.  I am not even sure if she is alive at this point.  As fate would have it, she is one of the ones you asked for early for some reason having to do with her filter. I believe Steelgate has her filter, but we can't find her. I will set a 7-day reminder to let you know where things stand with her and, of course, if we make contact before then I will let you know.

Thanks. Matt