# Exhibit B

| | |
|---|---|
| **From:** | James M. Boyers <jim.boyers@woodenmclaughlin.com> |
| **Sent:** | Wednesday, February 22, 2017 10:34 AM |
| **To:** | Matt Schultz; Schlafer, John T. |
| **Cc:** | Tracy Gilbert |
| **Subject:** | RE: Tabatha Little |

Matt,

Please follow up with John Schlafer on this issue going forward.

Jim



**James M. Boyers**
Partner

211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
P 317.860.5366 888.639.6151
F 317.639.6444

www.WoodenMcLaughlin.com

**Think Green!** Please consider the environment before printing this email.

**Confidentiality Notice:** This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer. If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, February 21, 2017 9:23 PM
**To:** James M. Boyers
**Cc:** Tracy Gilbert
**Subject:** Tabatha Little

Jim, despite additional efforts to contact our client in the last 7 days (in person and by mail), we have not heard from her. We are continuing our efforts. I understand Cook will take whatever action it deems appropriate per CMO 4 under the circumstances.

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.

316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
850.436.6141 (fax)
mschultz@levinlaw.com

