# Exhibit C

**John T. Schlafer**
*Associate*
**john.schlafer@FaegreBD.com**
Direct **+1 317 237 8274**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

March 13, 2017

**VIA ELECTRONIC MAIL**

Matthew David Schultz (mschultz@levinlaw.com)
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY & PROCTOR PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Re:    *Little, Tabatha v. Cook, Inc. et al; 1:16-cv-2957*

Dear Mr. Schultz:

This letter is to follow up on my e-mails of December 28, 2016 and January 9, 2017 regarding the lack of a Plaintiff Profile Sheet for Ms. Little. Pursuant to Second Amended Case Management Order No. 4, if we do not receive a completed, verified Plaintiff Profile Sheet for Ms. Little within five business days, we will file a motion to dismiss.

If you have any questions, please do not hesitate to contact me.

Very truly yours,


John T. Schlafer

JTS/src

Enclosures

cc via email:    Andrea Pierson
                Abi Butler
                Rochelle Symons

US.110496031.01