UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                  MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Annette Sales-Orr, No. 1:16-cv-02636
    Michael Fox, No. 1:17-CV-00255
    William Ivy, No. 1:16-cv-3319
    Timothy Henderson, No. 1:17-cv-00368
    Betty Johnson, No. 1:17-cv-00488
    Emilie Apple, No. 1:16-cv-03244

_____

**COOK DEFENDANTS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

The Cook Defendants[1] respectfully move the Court for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in the cases brought by plaintiffs Annette Sales-Orr, Michael Fox, William Ivy, Timothy Henderson, Betty Johnson, and Emilie Apple. The Cook Defendants are entitled to judgment on these six plaintiffs' complaints because each of these plaintiffs failed to commence his or her action within the time permitted by the applicable state statute of repose for such claims.  For this reason, and as further explained in the contemporaneously filed Cook Defendants' Memorandum In Support Of Motion For Judgment On The Pleadings  Based On Statutes Of Repose, the Cook Defendants respectfully request that

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

the Court enter judgment on the pleadings in the Cook Defendants favor on the referenced claims and provide all other just and appropriate relief.

Dated: March 27, 2017

Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                                            /s/ John T. Schlafer

US.110808101.02