UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to Plaintiff
Elizabeth Jane Hill
Civil Case No. 1:14-cv-06016-RLY-TAB

_____

**COOK DEFENDANTS'**
**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

The Cook Defendants[1] respectfully move for partial judgment on the pleadings pursuant

to Federal Rule of Civil Procedure 12(c).  The Cook Defendants are entitled to judgment on

plaintiff Elizabeth Hill's claims for consumer fraud and deceptive practices, express and implied

warranties, and negligence *per se* because Florida law does not permit such claims.  For these

reasons, and as further explained in the contemporaneously filed Memorandum in Support of

Motion for Partial Judgment on the Pleadings, the Cook Defendants respectfully request that the

Court enter partial judgment on the pleadings in the Cook Defendants favor on the referenced

claims and provide all other just and appropriate relief.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook
Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

Dated: March 27, 2017                    Respectfully submitted,

                                         /s/John T. Schlafer
                                         Andrea Roberts Pierson, Co-Lead Counsel
                                         John T. Schlafer
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana  46204
                                         Telephone:        (317) 237-0300
                                         Facsimile:        (317) 237-1000
                                         andrea.pierson@faegrebd.com
                                         john.schlafer@faegrebd.com

                                         James Stephen Bennett, Co-Lead Counsel
                                         FAEGRE BAKER DANIELS LLP
                                         110 W. Berry Street, Suite 2400
                                         Fort Wayne, Indiana  46802
                                         Telephone:        (260) 424-8000
                                         Facsimile:        (260) 460-1700
                                         stephen.bennett@faegrebd.com

                                         *Attorneys for Defendants Cook Incorporated, Cook*
                                         *Medical LLC f/k/a Cook Medical Incorporated,*
                                         *William Cook Europe APS*

US.109780621.03

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2017, a copy of the foregoing COOK DEFENDANTS'

MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS was filed electronically, and

notice of the filing of this document will be sent to all parties by operation of the Court's

electronic filing system to CM/ECF participants registered to receive service in this matter.

Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will

serve any non-CM/ECF registered parties.


/s/John T. Schlafer

US.109780621.03