IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-700-RLY-TAB | Cause No. 1:17-cv-675-RLY-TAB |
| Cause No. 1:17-cv-717-RLY-TAB | Cause No. 1:17-cv-690-RLY-TAB |
| Cause No. 1:17-cv-710-RLY-TAB | Cause No. 1:17-cv-732-RLY-TAB |
| Cause No. 1:17-cv-727-RLY-TAB | Cause No. 1:17-cv-588-RLY-TAB |
| Cause No. 1:17-cv-699-RLY-TAB | Cause No. 1:17-cv-678-RLY-TAB |
| Cause No. 1:17-cv-716-RLY-TAB | Cause No. 1:17-cv-720-RLY-TAB |
| Cause No. 1:17-cv-696-RLY-TAB | Cause No. 1:17-cv-676-RLY-TAB |
| Cause No. 1:17-cv-724-RLY-TAB | Cause No. 1:17-cv-677-RLY-TAB |
| Cause No. 1:17-cv-721-RLY-TAB | Cause No. 1:17-cv-723-RLY-TAB |
| Cause No. 1:17-cv-593-RLY-TAB | Cause No. 1:17-cv-679-RLY-TAB |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: March 28, 2017                 /s/ John T. Schlafer
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

US.110361928.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer