# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-700-RLY-TAB | Cause No. 1:17-cv-675-RLY-TAB |
| Cause No. 1:17-cv-717-RLY-TAB | Cause No. 1:17-cv-690-RLY-TAB |
| Cause No. 1:17-cv-710-RLY-TAB | Cause No. 1:17-cv-732-RLY-TAB |
| Cause No. 1:17-cv-727-RLY-TAB | Cause No. 1:17-cv-588-RLY-TAB |
| Cause No. 1:17-cv-699-RLY-TAB | Cause No. 1:17-cv-678-RLY-TAB |
| Cause No. 1:17-cv-716-RLY-TAB | Cause No. 1:17-cv-720-RLY-TAB |
| Cause No. 1:17-cv-696-RLY-TAB | Cause No. 1:17-cv-676-RLY-TAB |
| Cause No. 1:17-cv-724-RLY-TAB | Cause No. 1:17-cv-677-RLY-TAB |
| Cause No. 1:17-cv-721-RLY-TAB | Cause No. 1:17-cv-723-RLY-TAB |
| Cause No. 1:17-cv-593-RLY-TAB | Cause No. 1:17-cv-679-RLY-TAB |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated: March 28, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.110631900.01