**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to:

Cause No. 1:17-cv-647-RLY-TAB
Cause No. 1:17-cv-650-RLY-TAB
Cause No. 1:17-cv-653-RLY-TAB
Cause No. 1:17-cv-649-RLY-TAB
Cause No. 1:17-cv-665-RLY-TAB
Cause No. 1:17-cv-668-RLY-TAB
_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: March 28, 2017                              /s/ John T. Schlafer
                                                   Andrea Roberts Pierson (# 18435-49)
                                                   John T. Schlafer (# 28771-49)
                                                   FAEGRE BAKER DANIELS LLP
                                                   300 North Meridian Street, Suite 2700
                                                   Indianapolis, Indiana  46204
                                                   Telephone:  (317) 237-0300
                                                   Facsimile:  (317) 237-1000
                                                   E-Mail:  andrea.pierson@faegrebd.com
                                                   E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

US.110578957.01