**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

_____

This Document Relates to:

1:14-cv-01875-RLY-TAB

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook
    Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook
    Medical"); and
    William Cook Europe ApS


Dated: March 29, 2017                           /s/ _Nicholas B. Alford_____
                                                Andrea Roberts Pierson (# 18435-49)
                                                John Joseph Tanner (# 11856-49)
                                                Jessica Benson Cox (# 26259-49)
                                                John T. Schlafer (# 28771-49)
                                                Nicholas B. Alford (# 31867-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana  46204
                                                Telephone:  (317) 237-0300
                                                Facsimile:  (317) 237-1000
                                                E-Mail:  andrea.pierson@faegrebd.com
                                                E-Mail:  joe.tanner@faegrebd.com
                                                E-Mail:  jessica.cox@faegrebd.com
                                                E-Mail:  john.schlafer@faegrebd.com
                                                E-Mail:  nicholas.alford@faegrebd.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 29, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


*/s/ Nicholas B. Alford*

2