IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § Case No.1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER ON PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' OBJECTIONS AND APPEAL FROM MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS' OBJECTIONS TO PRODUCTION OF NET WORTH DOCUMENT

On this day came on to be heard Plaintiffs' Motion and Order to Withdraw Document No. 4229, Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth Documents.

It is ordered that the Document No. 4229 is withdrawn. It is further Ordered, that Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth efiled as Document No. 4230 is deemed to be timely filed.

Dated 03/30/17

                Tim A. Baker
                United States Magistrate Judge
                Southern District of Indiana