UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
*Gettman, et al. v. Cook Group, Inc., et al.*
2:17-cv-1858-RLY-TAB

## LOCAL RULE 6.1 NOTICE OF INITIAL ENLARGEMENT

Pursuant to Local Rule 6.1, the Cook Defendants ("Cook"), respectfully notifies the Court that counsel for Plaintiff does not object to Defendant's request for an initial 28-day enlargement of time to respond to Plaintiff's Class Action Complaint ("Complaint"). Cook's deadline to answer or otherwise respond to the Complaint was originally no earlier than March 31, 2017. Such deadline has not passed, and the deadline has not been previously extended. The extended deadline does not interfere with any Case Management Plan, scheduled hearing, or other case deadline.

Pursuant to this Notice and by agreement of counsel for the plaintiffs, the deadline for Cook to Answer or otherwise respond to Plaintiff's Complaint is now April 28, 2017.

Dated: March 30, 2017

                          Respectfully submitted,

                          */s/*John T. Schlafer
                          Andrea Roberts Pierson
                          John T. Schlafer
                          FAEGRE BAKER DANIELS LLP
                          300 North Meridian Street, Suite 2700
                          Indianapolis, Indiana  46204
                          Telephone:	(317) 237-0300
                          Facsimile:	(317) 237-1000
                          andrea.pierson@faegrebd.com
                          john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2017, a copy of the foregoing Local Rule 6.1 Notice of Initial Enlargement was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                                                    /s/ John T. Schlafer