IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to All Actions | § § § § § § § § § <br><br> Case No.1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

**ORDER ON PLAINTIFFS' MOTION TO SEAL EXHIBIT A TO PLAINTIFFS' OBJECTIONS AND APPEAL FROM MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS' OBJECTIONS TO PRODUCTION OF NET WORTH DOCUMENT**

On this day came on to be heard Plaintiffs' Motion to Seal Exhibit "A" to Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth Documents, Document No. 4230.

It is ordered that Exhibit "A" to Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth Documents is sealed.

Document 4229 is sealed in in entirety.

Dated 03/30/17

                                                                                  Tim A. Baker
                                                                                  United States Magistrate Judge
                                                                                  Southern District of Indiana