IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Philip Redden
Civil Case No. 1:17-cv-00893-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff Philip Redden.

Dated:  March 31, 2017          Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Benjamin A. Bertram  
      *Attorney for Plaintiff*