IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs BARRY CLIFT and MARGO CLIFT

Civil Case # 1:16-cv-01953-RLY-TAB

**ORDER**

This matter has come before the Court upon the Motion to Substitute Party Plaintiff and for Leave to Amend Complaint. The Court being duly advised, is of the opinion that it should be GRANTED. The amended short form complaint attached to Plaintiffs' motion shall be deemed filed as of the date of this order.

Dated: 4/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.