IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiff <u>MARGO CLIFT</u>

Civil Case # <u>1:16-cv-01953-RLY-TAB</u>

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1.  Plaintiff's/Deceased Party's Name:

    <u>BARRY CLIFT</u>

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    <u>N/A</u>

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    <u>MARGO CLIFT, as Personal Representative of the Estate of BARRY CLIFT</u>

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    <u>OREGON</u>

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

OREGON

6.  Plaintiff's/Deceased Party's current state of residence:

OREGON

7.  District Court and Division in which venue would be proper absent direct filing:

Oregon District Court, Portland Division

8.  Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical, LLC

☑ William Cook Europe APS

9.  Basis of Jurisdiction
    ☑ Diversity of Citizenship

    ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 6 THROUGH 28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

2

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip Vena Cava Filter

    ☑   Cook Celect Vena Cava Filter

    ☐   Günther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of implantation as to each product:

On or about June 4, 2011 _____

_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Salem Hospital, Salem, Oregon _____

_____

13. Implanting Physician(s):

Glen Roseborough, M.D. _____

_____

14. Counts in the Master Complaint brought by Plaintiffs:

☑ Count I:        Strict Products Liability - Failure to Warn

☑ Count II:       Strict Products Liability - Design Defect

☑ Count III:      Negligence

☑ Count IV:     Negligence *Per Se*

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Oregon Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☑ Count IX:     Wrongful Death

☑ Count X:      Survival

☑ Count XI:     Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:        _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiffs:

RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

4

16. Address and bar information for Attorney for Plaintiffs:

Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.


Date: February 20, 2017

                                      Respectfully submitted,

                                      By: s/Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

***Attorneys for Plaintiffs***