IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to Plaintiff(s)

HENRY GRADY HIGGINS, III_____

 Civil Case # 1:16-CV-1962

---

## SHORT FORM COMPLAINT

---

      COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    __HENRY GRADY HIGGINS, III_____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

    __Marilyn Higgins_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4.   Plaintiff's/Deceased Party's state of residence at the time of implant:

    ___Georgia_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Georgia_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Georgia_____

7. District Court and Division in which venue would be proper absent direct filing:

   __United States District Court for the Middle District of Georgia_____

8. Defendants (Check Defendants against whom Complaint is made):

   **X**    Cook Incorporated

   **X**    Cook Medical LLC

   **X**    William Cook Europe ApS

9. Basis of Jurisdiction:

   **X**    Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28, inclusive _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   N/A_____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

     X       Günther Tulip® Vena Cava Filter

     ☐       Cook Celect® Vena Cava Filter

     ☐       Gunther Tulip Mreye

     ☐       Cook Celect Platinum

     ☐       Other: _____

11. Date of Implantation as to each product:

    ~~06/06/2011~~       08/06/2011 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Kennestone Hospital; Marietta, Georgia _____

13. Implanting Physician(s):

    Jeffrey Reilly, M.D. _____

14. Counts in the Master Complaint brought by Plaintiff(s):

     **X**     Count I:     Strict Products Liability – Failure to Warn

     **X**     Count II:     Strict Products Liability – Design Defect

     **X**     Count III:     Negligence

     **X**     Count IV:     Negligence Per Se

     **X**     Count V:     Breach of Express Warranty

     **X**     Count VI:     Breach of Implied Warranty

     **X**     Count VII:     Violations of Applicable _Georgia_ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

     X     Count VIII:     Loss of Consortium

     ☐     Count IX:     Wrongful Death

☐　　Count X:　　　Survival

**X**　　Count XI:　　　Punitive Damages

☐　　Other:　　　_____ (please state the facts supporting this Count in the space, immediately below)

☐　　Other:　　　_____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

　　Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

　　Joseph R. Johnson, Esq. FLA#372250
　　Babbitt & Johnson, P.A.
　　1641 Worthington Road Suite 100
　　West Palm Beach, FL 33402-4426

　　　　　　　　Respectfully submitted,

　　　　　　　　By:
　　　　　　　　*/s/ Joseph R. Johnson, Esq.*
　　　　　　　　Babbitt & Johnson, P.A.
　　　　　　　　1641 Worthington Road, Suite 100
　　　　　　　　West Palm Beach, FL 33409
　　　　　　　　561-684-2500
　　　　　　　　jjohnson@babbitt-johnson.com