UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:15-cv-06029-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) )    1:14-ml-2570-RLY-TAB    MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated, Cook Group, Inc., and William Cook Europe APS (collectively "the Cook Defendants") filed a motion to dismiss, arguing that Plaintiff Jimmy Minter's allegation that there is diversity jurisdiction between the parties in his original Complaint is insufficient to support subject matter jurisdiction. Plaintiff has since amended his complaint to add allegations that the Cook Defendants agree are sufficient to support subject matter jurisdiction. Accordingly, the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Filing No. 902) is **DENIED as MOOT**.

**SO ORDERED** this 6th day of April 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.