IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § Case No.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' OBJECTIONS AND APPEAL FROM MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS' OBJECTIONS TO PRODUCTION OF NET WORTH DOCUMENT**

On this day came on to be heard Plaintiffs' Motion and Order to Withdraw Document No. 4229, Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth Documents.

It is ordered that the Document No. 4229 is withdrawn. It is further Ordered, that Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth efiled as Document No. 4230 is deemed to be timely filed.

Dated: 4/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via CM/ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.