IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

---

This Document Relates to Plaintiff(s)
BETSY WOODS

Civil Case No. _____

---

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Betsy Woods.


Dated:  April 6, 2017                 *s/ Brian J. Perkins*_____
                                      Brian J. Perkins, IL Atty. No. 6283734
                                      **Meyers & Flowers, LLC**
                                      3 N. Second Street, Suite 300
                                      St. Charles, IL 60174
                                      Telephone:  (630) 232-6333
                                      Facsimile:  (630) 845-8980
                                      bjp@meyers-flowers.com

                                      *Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*s/ Brian J. Perkins*