# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-642 | Cause No. 1:17-cv-725 |
| Cause No. 1:17-cv-740 | Cause No. 1:17-cv-611 |
| Cause No. 1:17-cv-761 | Cause No. 1:17-cv-742 |
| Cause No. 1:17-cv-707 | Cause No. 1:17-cv-726 |
| Cause No. 1:17-cv-748 | Cause No. 1:17-cv-743 |
| Cause No. 1:17-cv-745 | Cause No. 1:17-cv-764 |
| Cause No. 1:17-cv-760 | Cause No. 1:17-cv-729 |
| Cause No. 1:17-cv-751 | Cause No. 1:17-cv-765 |
| Cause No. 1:17-cv-704 | Cause No. 1:17-cv-705 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: April 10, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson