IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

## MOTION REQUESTING WITHDRAWAL OF APPLICATION FOR ADMISSION PRO HAC VICE AND REFUND OF FILING FEE

**COMES NOW**, the undersigned counsel, David B. Owen Jiménez, and hereby respectfully moves this Honorable Court, to withdraw Application for Admission *Pro Hac Vice*, and authorize a refund of the payment for the corresponding filing fee as stated by Local Rule 83-6. In support thereof, the undersigned states the following:

1. On March 24th, 2017, the undersigned counsel sent via regular mail to the Clerk of this Honorable Court his formal application for Admission *Pro Hac Vice* with the corresponding filing fee.

2. Pursuant to the Amended Order Establishing Policies and Procedures as issued by this Honorable Court in Master Case No. 1:14-ml-2570-RLY-TAB, it has been stated that, Attorneys admitted to practice and in good standing in any United States District are admitted *pro hac vice* in this litigation, and the requirements of Local Rule 83-6 are waived. [Dkt. #3309]

3. Accordingly, since the undersigned counsel is admitted to practice and in good standing with the United States District Court for the District of Puerto Rico, it is respectfully requested that this Honorable Court allow counsel to withdraw his formal application for Admission *Pro Hac Vice* and allow a refund of the payment for the corresponding filing fee as stated by Local Rule 83-6.

**WHEREFORE,** the undersigned respectfully requests from this Honorable Court that it take notice of all the above and allow counsel to withdraw the application for Admission *Pro Hac Vice* and authorize a refund of the payment for the corresponding filing fee as stated by Local Rule 83-6.

**I HEREBY CERTIFY** that today we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify the parties' attorneys of record, if any has appeared, at their e-mail addresses, and which pursuant to Local Rule 5-4 constitutes the equivalent of service.

**RESPECTFULLY SUBMITTED,** this 11th day of April of 2017.

***S/ David B. Owen Jimenez, Esq.***
**David B. Owen Jiménez, Esq.**
USDC-PR-**301113**
1510 FD Roosevelt Ave, Ste. 6A1
Guaynabo, Puerto Rico 00968
(415) 549-3446 Ext. 115
david@masstortslaw.com
