# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

SECOND AMENDED
CASE MANAGEMENT ORDER # 19
(AMENDED BELLWETHER TRIAL PLAN)

The below order memorializes the Court's decisions at the Status Conference held in this MDL on February 9, 2017, the agreements of the parties, and adjusts the schedule for the management of the Bellwether trials accordingly.

The case management deadlines for *Hill v. Cook Medical, Inc., et al.*, 1:14-cv-6016-RLY-TAB and *Gage v. Cook Medical, Inc., et al.*, 1:14-cv-1875-RLY-TAB will be on parallel tracks such that they are trial ready by October 23, 2017. The case management deadlines for *Brand v. Cook Medical, Inc., et al.*, 1:14-cv-6018-RLY-TAB will be on a separate track, making it trial ready by April 30, 2018.

1. <u>Motions for Leave to Amend</u>: All motions for leave to amend the pleadings or to join additional parties in bellwether trial cases shall be filed on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| October 28, 2016 (past) | March 14, 2017 (past) |

2. <u>Bellwether Depositions</u>: Case-Specific Fact Depositions in Bellwether Cases shall be limited to (1) Plaintiff(s), (2) Plaintiff's treating physicians, (3) sales representatives directly associated with the sale of the specific product implanted in the plaintiff, and (4) two additional fact witnesses. The parties agree that the sales representative depositions will generally occur prior to implanting/retrieval physician depositions. If the parties disagree regarding the proper

US.110151165.03

sequencing of depositions and the sequence of questions in depositions in a specific Bellwether case, they will meet and confer prior to contacting the court for assistance in resolving the issue. Additional Case-Specific depositions may be taken by agreement or by leave of court upon good cause shown.

3. <u>Expert Disclosures</u>: Plaintiffs and Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before the dates listed below. The parties agree to provide dates each of their experts are available for deposition with their expert disclosures. Rebuttal expert reports are not permitted absent a showing of substantial justification that (1) the evidence is necessary to contradict or rebut evidence on the same subject matter, and (2) the evidence was not accessible prior to the Defendants' expert disclosure. Any such rebuttal reports must be served within seven days of Defendants' expert disclosure deadline.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Plaintiffs | March 16, 2017 | July 17, 2017 |
| Defendants | June 8, 2017 | September 18, 2017 |

4. <u>Independent Medical Examinations</u>: Any independent medical examinations of the plaintiff shall be requested by Defendants on or before the dates listed below. The parties shall work together to establish a protocol for IMEs.

| *Hill* and *Gage* | *Brand* |
|---|---|
| March 20, 2017 (past and requested) | August 21, 2017 |

5. <u>Close of Discovery</u>: Discovery must be complete by the dates listed below.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Non-Expert | May 22, 2017 | October 20, 2017 |
| Expert | July 17, 2017 | November 20, 2017 |

6. <u>Motions for Summary Judgment and Daubert Motions</u>: Motions for summary judgment and Daubert motions regarding the limitation or exclusion of expert testimony are due on or before the dates listed below. The briefing schedule for motions for summary judgment and Daubert motions is controlled by Local Rule 56-1. A hearing on Daubert and Motions for Summary Judgment shall be held on October 3, 2017.

| *Hill* and *Gage* | *Brand* |
|---|---|
| August 9, 2017 | January 9, 2018 |

7. <u>Summary Judgment Requirements</u>: Absent prior leave of the court, and for good cause shown, all issues raised in a motion for summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.

2

8. <u>Bifurcation</u>: Any party who believes that bifurcation of trial is appropriate with respect to any issue or claim shall notify the court as soon as practicable and no later than the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| August 21, 2017 | February 19, 2018 |

9. <u>Motions in Limine:</u>  Motions in limine, responses, and replies shall be filed as follows, and a hearing on Motions in Limine in shall be held on October 3, 2017.

| *Hill* and *Gage* | *Brand* |
|---|---|
| Motions: August 23, 2017<br>Responses: September 13, 2017<br>Replies: September 20, 2017 | Motions: February 23, 2018<br>Responses: March 16, 2018<br>Replies: March 23, 2018 |

10. <u>Deposition Designations</u>: Deposition designations, counter designation, and redirect designations and related objections shall be submitted as follows:

| *Hill* and *Gage* | *Brand* |
|---|---|
| Affirmative Deposition Designations: August 16, 2017<br>Counter Designations and Objections: September 12, 2017<br>Re-direct Deposition Designations, Responses to Objections and Objections to Counter Designations: September 26, 2017 | Affirmative Deposition Designations: February 16, 2018<br>Counter Designations and Objections: March 12, 2018<br>Re-direct Deposition Designations, Responses to Objections and Objections to Counter Designations: March 26, 2018 |

11. <u>Final Pretrial Conference</u>: A final pretrial conference shall be held on October 17, 2017.

12. <u>Witness and Exhibit Lists</u>: All parties shall file and serve their final witness and exhibit lists for each of the bellwether trial cases 30 days before the final pretrial conference for each case. The lists should reflect the specific potential witnesses the party may call at each bellwether trial.  It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

13. <u>Trial Date</u>: Trial in Gage will begin October 23, 2017.  Jury selection shall occur on October 18, 2017.  Trial in Hill will begin April 30, 2018.  Trial in Brand will begin September 10, 2018.  In the event Gage is not tried, the trial in Hill will begin October 23, 2017, and the trial in Brand will begin April 30, 2018.

**SO ORDERED** this ___th day of April, 2017.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.