# **EXHIBIT B**

**PROPOSED SECOND AMENDED**
**BELLWETHER TRIAL PLAN DEADLINES**

| Gage & Hill Deadlines | Proposed Date |
| --- | --- |
| Defendant's Expert Reports | 6/8/17 (currently 5/16/2017) |
| Close of Fact Discovery | 5/22/17 |
| Expert Deposition Deadline | 7/17/2017 |
| *Daubert* and Summary Judgment Motions | 8/9/2017 |
| Motions in Limine | 8/23/2017 |
| Affirmative Depo Designations | 8/16/2017 |
| Responses to *Daubert* and Motions for Summary Judgment | 9/6/2017 |
| Counter Depo Designations and Objections | 9/12/2017 |
| Responses to Motions in Limine | 9/13/2017 |
| Notice of Witnesses to Attend Trial | 9/18/2017 |
| Replies to Daubert and Motions for Summary Judgment | 9/20/2017 |
| Final Exhibit List | 9/23/2017 |
| Replies to Motions in Limine | 9/25/2017 |
| Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations | 9/26/2017 |
| Hearing on *Daubert*, motions for summary judgment, and motions in limine | 10/3/2017 |
| Objections to Re-direct and Responses to Objections to Counter Designations | 10/4/2017 |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | 10/9/2017 |
| Jury Instructions & Verdict Forms | 10/13/2017 |
| Final Pretrial Conference | 10/17/2017 |
| Jury Selection | 10/18/2017 |
| Trial Start Date | 10/23/2017 |
| | |

*Deadlines in green have been ordered by the Court in CMO 19 – Bellwether Trial Plan or otherwise agreed to by the parties.*