# EXHIBIT D

**From:** Pierson, Andrea Roberts
**Sent:** Monday, March 20, 2017 11:34 AM
**To:** Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com)
**Subject:** Call

Mike — I'm following up on one of the two points we discussed Friday:  Will plaintiffs' agree to produce everything relied upon by their experts within 7 days (excluding Cook documents and literature publically available).  Please let me know this morning, as promised.  Thanks.

Andrea Roberts Pierson
*Partner*
andrea.pierson@FaegreBD.com    Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA