# EXHIBIT E

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Friday, March 24, 2017 11:12 AM
**To:** Pierson, Andrea Roberts
**Cc:** Bennett, James Stephen; Tanner, John Joseph; Campbell, Andrew L.; Webber, Chuck; Schlafer, John T.; Cox, Jessica Benson; David Matthews; Ben Martin; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com)
**Subject:** RE: Cook Depositions Old & New

Thanks. Pls see my responses below and note that Dr. Garcia is no longer available on April 17. His June availability is listed in the updated chart beneath my responses.

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Thursday, March 23, 2017 9:00 PM
**To:** Matt Schultz
**Cc:** Bennett, James Stephen; Tanner, John Joseph; Campbell, Andrew L.; Webber, Chuck; Schlafer, John T.; Cox, Jessica Benson; David Matthews; Ben Martin; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com)
**Subject:** FW: Cook Depositions Old & New

Matt –

I'm responding to the portion of your email below about expert deposition dates. A couple of preliminary points:

A week ago I asked Mike if the parties could agree to exchange the materials upon which their experts relied within 7 days of production of the expert reports (excluding medical records previously produced by either side; Cook company documents identified by bates number in the reports; and published medical literature). I understand that your side is discussing the issue. Obviously, receipt of the materials on which the expert relies will impact how quickly we are able to schedule an expert's depositions. We won't be in a position to confirm any expert deposition dates with finality until we know how soon we will receive those materials. **We should have an answer for you today. I don't know about all the experts, but for the ones I was involved in (Kessler, Fishbein and Betensky), the vast majority of reliance materials were Cook documents or articles and other publicly available information (not limited to medical literature---for example, Dr. Kessler cites a number of FDA guidance materials and federal regulations that are freely available).** I

1

don't see that as an impediment to agreeing on depositions dates, but clearly you are entitled to receive reliance materials that are neither Cook documents or cited and publibly available materials. I will follow up today on how soon we can get this to you. For the three I mention above I think I could get it to you by Monday.

Additionally, as I assume you anticipated, Cook objects to the duplicative and cumulative nature of the experts and their opinions.  The reports include numerous instances of 2 or more experts opining on the same topic, frequently far outside of his/her area of qualification.  Absent plaintiffs' commitment promptly to withdraw the duplicative opinions and reports, Cook will seek relief from the Court.  Please let me know Plaintiffs position by the COB tomorrow. **We will not withdraw any portion of any report. Different experts may cover the same topic from the perspective of different disciplines (clinical vs. regulatory, as one example) or for different purposes. Not every expert will testify in every trial and an expert would not necessarily cover every topic in his or her report at each trial. We cannot foresee all the circumstances under which an expert may testify and so naturally they must report broadly to preserve their right to testify if called upon. As to qualifications, that would be a Daubert/evidentiary issue for motion practice.**

We agree that it's important to get dates on the calendar under the assumption that we will receive the experts' materials in the next few days, and that duplicative opinions are withdrawn.  Assuming those things happen, some of the dates provided work, but others do not.  We are still considering dates on a couple of experts, as noted below.  Please hold dates with the experts consistent with the chart below.  Let me know if you have questions. Andrea I would suggest that with all of the upcoming and overlapping defendant and nonparty depositions in both MDL-wide and bellwether cases, we select dates. The experts cannot guarantee these dates for weeks on end, as we have seen with Dr. Garcia. If we have to bump a date because Cook needs more time or for some other reason, so be it; but there is no reason not to set the depositions now so everyone can schedule around them, make travel arrangements, etc., especially for depositions that are a month or more away.

**Here is the updated calendar reflecting Dr. Garcia's new proposed dates and my comments.**

| WITNESS | DATES PROVIDED | LOCATION | COOK RESPONSE: |
|---|---|---|---|
| Betensky, Rebecca | April 21 | Cambridge, MA | Ok to April 21.  9 am start ok? Please confirm preferred location for notice. **Will confirm location.** |
| Fishbein, Michael | April 11-14 | Los Angeles, CA | We discussed via separate email. Let's talk about this one next week. **OK** |
| Garcia, David | ~~April 17~~ June 20-22 | Seattle, WA | This will probably work.  I can confirm next week.  Please let us know if there is a preferred location. **No longer works for witness but will get location information for future planning.** |

2

| | | | |
|---|---|---|---|
| Johnson, Robert | May 9-10 or June 1 | Los Altos (Palo Alto), CA | Dates were not provided for Mills. Please provide those, and then we can evaluate and consider dates for both Johnson and Mills. **I have to check on this.** |
| Kessler, David | June 30-July 2 | San Francisco, CA | His dates are later than the current schedule contemplates and well after Cook's expert report deadline. We may be willing to take him after our experts' reports are disclosed and are considering. In the interim, please hold these dates for now, and confirm that he is available for 2 days. We will get back to you after we work through the amended trial plan with your side. **He is available for two days in this time frame (not that we are agreeing two days are necessary). Dates are held** |
| LaDisa, John | April 10-12 | Milwaukee, WI | Still considering. |
| Levy, Leigh Anne | April 13 or May 4 | Austin, TX | We anticipate her deposition in Hill and Gage will require two days. Please confirm her available dates with this in mind and let us know. **I will follow up on our position and, if we agree, shoot for back-to-back dates.** |
| Litsky, Alan | April 25-26 | Columbus, OH | Still considering. |

3

| | | | |
|---|---|---|---|
| Marmureanu, Alexander | June 26 or 28 | Los Angeles, CA | These dates will not work. They are after Cook's expert report deadline. We anticipate his deposition in Hill and Gage will take two days. Please ask if he is available between May 3-6 for a two day deposition. **May 3 is stacking up with Milling between 5/3-5/5, Timperman on 5/3 and our attempt to set Smouse in the first week of May. I will check, however.** |
| McMeeking, Robert | May 3-5 | Columbus, OH | Still considering. |
| Rajebi, Reza | May 17-19 | Denver, CO | These dates will not work. We anticipate his deposition in Hill and Gage will require two days. Please ask if he is available April 28 and May 1. If not, please provide his other 2-day windows of availability prior to Cook's expert report deadline. I **presume if those dates were available they would have been provided. Will check** |
| Ritchie, Robert | April 19 or 21 | Berkeley, CA | Still considering. |