# EXHIBIT H

subsequently performed with mild resistance at 16mm and moderate resistance at 18mm. Diffuse, mild inflammation was found in the gastric antrum, for which biopsies revealed inactive mild chronic gastritis. The examined duodenum was normal.

On 2/10/2015, Ms. Hill saw Dr. Choudhry in followup. She reported doing great and didn't have any intermittent spasms like she used to have. Dr. Choudhry noted Ms. Hill had done well from an overall medical standpoint and was in an excellent state of mind. Ms. Hill had questions about abnormal liver enzymes and fatty liver she was diagnosed with in the past. Epigastric discomfort, flatulence and bloating were possibly due to fecal loading of the colon; symptoms had been present since 2013 but there was continued, slow improvement. Dr. Choudhry had a long discussion with Ms. Hill regarding the need to focus on getting better and she had been able to stay positive with good results.

On 12/2/2015, Ms. Hill saw Dr. Choudhry complaining of left upper quadrant and left periumbilical pain, which was similar to what she had in the past; she was concerned about diverticulitis. Dr. Choudhry noted Ms. Hill had a history of left upper quadrant pain that used to be associated with constipation. Clinically, this didn't appear to be diverticulitis. Solid food dysphagia had resolved following EGD and dilation in 7/2014. No esophageal burning or reflux at present with use of Pepcid as needed. A laxative was prescribed with instructions to return in 3 months.

On 12/15/2015, Ms. Hill saw Dr. Bellingar in followup. Dr. Bellingar noted new problem of GERD without esophagitis and Ms. Hill would be getting an EGD.

On 6/7/2016, Ms. Hill saw Dr. Bellingar in followup and reported she had a compression fracture at T-8, which she found out about on 5/20/16. Of note, Three Phase Bone Scan of Thoracic and Lumbar Spine was performed on 5/20/2016, which revealed no evidence of stress fracture or any other active focal bony abnormality in the thoracic or lumbar spine. There was mildly increased radioisotope uptake in the T9 costovertebral joint region that was probably related to mild degenerative hypertrophic change. Dr. Bellingar assessed wedge compression fracture T8 thoracic vertebra and Ms. Hill would be seeing specialist for kyphoplasty.

On 3/16/2017, Ms. Hill had duplex IVC (ultrasound) that demonstrated narrowing of her IVC in the same location as the IVC filter, when compared with prior imaging. Also, examination revealed bilateral lower extremity edema.

**D.   Opinions and Discussion.**

Based on my review of the records, my education and experience, and review of pertinent literature, I hold the following opinions to a reasonable degree of medical certainty:

1. Ms. Hill developed tilting and embedment of the apex of the IVC filter with caval stenosis and progressive perforation of a strut of the IVC filter into her duodenum that was symptomatic, resulted in her undergoing unnecessary endoscopies, and required a technically difficult removal, after a failed removal (multiple attempts).

The perforation and penetration was caused by the defective Cook Gunther Tulip filter (as a substantially contributing factor) due to the stiffness of the filter, resulting in excess radial force, and lack of perforation limiters on the filter struts.[2]  Further, perforation begets perforation, and exacerbation of injuries.[3]  A retrospective study by Zhou found penetration of the primary leg of the Cook Celect filter in 39% of patients within 30 days and 80% within 90 days after placement. Zhou further reported penetration into adjacent organs 13.2% of the time.[4]  This is additional evidence that radial force is excessive with the defective Cook Celect filter. Further, perforation begets perforation, causing further perforation an exacerbation of injuries.[5]

Imaging at the time of the failed retrieval indicates tilt, perforation, and stenosis. Attached hereto as Addendum A, Exhibit 1 (Hill), are serial images demonstrating the progressive penetration of the IVC struts. Imaging at time of retrieval indicates that both struts had progressed by the time of explant by Dr. Lynch. My experience, the literature,

---

[2] I discuss stiffness and radial force in the main body of my report. I have also reviewed the expert reports of Dr. Litsky, Dr. LaDisa, Dr. McMeeking, and Dr. Ritchie.
[3] Dowell, J., Celect Inferior Vena Caval Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Interv Radiol. 2015 Oct;26(10):1510-1518.e3. doi: 10.1016/j.jvir.2015.06.020. Epub 2015 Jul 29.
[4] Zhou D, et al.- Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients; AJR Am J Roentgenol. 2014; 202(3):643-7
[5] Dowell, J., Celect Inferior Vena Caval Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Interv Radiol. 2015 Oct;26(10):1510-1518.e3. doi: 10.1016/j.jvir.2015.06.020. Epub 2015 Jul 29.

discussed above, and the serial imaging indicate that had the device not been retrieved, Ms. Hill's condition would have worsened.

Longstanding perforation of duodenum by the IVC filter strut was a substantial contributing factor to chronic inflammation and scarring of the duodenal wall. This inflammation more likely than not substantially contributed to duodenal stenosis as reported in one of the endoscopies. Duodenal stenosis more likely than not substantially contributed to the patient's ongoing symptoms of nausea and vomiting, as well as epigastric abdominal pain. The imaging on March 16, 2017 showed that narrowing is still present. The failed removal attempt would have contributed to this issue and was painful.

Smouse and others studied retrieval of 554 patients after various implant durations up to 494 days. Among the adverse events was one categorized as "probably" related to the filter where the patient had 27% stenosis (unnatural narrowing) at retrieval.[6] Kuo and others studied safety and effectiveness of alternative endovascular methods for removing embedded IVC filters, including a Celect filter and five Gunther Tulip filter, in 10 patients over 12 months. Post removal, 40% had mild stenosis at the attachment site (including two Gunther Tulips) and one (a Gunther Tulip) had several residual stenosis which required stent placement.[7] Kuo also observed caval stenosis when studying retrieval of chronically implanted IVC filters in 100 consecutive patients.[8]

---

[6] Smouse, et al., Long-Term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter, J Vasc Interv Radio 2009; 20:871-877.  Repeat venogram obtained 2 months' post retrieval showed the stenosis had resolved; Ms. Hill's has not.
[7] Kuo, W, et al., Complex Retrieval of Embedded IVC Filters: Alternative Techniques and Histological Tissue Analysis. Cardiovasc Intervent Radiol (2012)35:588-597.
[8] Kuo, W, et al., Excimer Laser Assisted Removal of Embedded Inferior Vena Cava Filters A Single-Center Prospective Study, Circ Cardio Interv. 2013; 6:560-566.

Of note, based on her deposition testimony, Ms. Hill's intestinal issues improved following removal of the perforated filter.

2. Ms. Hill was subjected to three unnecessary surgeries: the implant surgery; the attempted removal surgery and the successful removal surgery.

Ms. Hill was initially implanted with the Celect filter as a prophylactic measure prior to spinal surgery. She did not fall within the indications for use specified in the IFU for the Celect filter. The implanting physician, Dr. Zuzga, testified that had he had additional information about the risks of the filter, it would have been important to his risk-benefit analysis. As discussed in the main body of my report, Cook was in possession of information before November 17, 2010 that there was no benefit from prophylactic use of the IVC filter. In fact, upon removal there was no thrombus in the filter and there is nothing in the medical records to suggest that there was any thrombus captured by the filter. This further demonstrates that the filter was of no benefit to Ms. Hill. Additionally, as discussed in the main body of my report, Cook could have studied the filters and provided information to physicians. This lack of information substantially contributed to Ms. Hill being subjected to the three unnecessary harmful procedures and resultant injuries.

None of these unnecessary surgeries benefited Ms. Hill and in fact, caused her harm.

3. There is no reference in the medical records or imaging that indicates that prior to the implantation of the IVC filter, Ms. Hill's caval tissue was compromised or that she had any venous abnormalities.

4. There is no reference in the medical records that Ms. Hill has any other health issues or conditions that caused or substantially contributed to her IVC failure.

Based on my education and experience and review of the literature, Ms. Hill's weight was noncontributory. There is no reference in the IFU for the filter indicating that, at the time of implant, the Celect filter was inappropriate for an obese individual, much less someone at Ms. Hill's weight.

5. Following retrieval of the IVC filter on August 21, 2013, Ms. Hill has moderate IVC stenosis. Moderate stenosis gives her a more likely that not risk of thrombotic issues, including DVT and caval thrombosis.

Symptoms from chronic IVC thrombosis are variable and can be unilateral or bilateral. If left untreated, the IVC may occlude and become atretic. IVC thrombosis can cause IVC syndrome which results in swollen legs, heaviness, leg ulcers, and pain and post-thrombotic syndrome.[9] More likely than not, Ms. Hill's stenosis will substantially contribute to IVC syndrome and the development of IVC thrombosis.[10]

There is some reference in the literature, notably a case report, where stenosis caused by use of force during removal resolved within months of IVC removal.[11] However, in addition to being an anectodical case report, it appears from the report that the amount of damage to the caval wall was much less than that experienced by Ms. Hill

---

[9] Jones D, Schneider, D. Endovascular management of Chronic Inferior Vena Cava and Iliac Vein Obstruction, Vascular Disease Management 2012;9(3):E33-E38.
[10] Koc Z, Oguzkurt L, Interruption or congenital stenosis of the inferior vena cava: prevalence, imaging, and clinical findings.Eur J Radiol. 2007 May;62(2):257-66. Epub 2006 Dec 11; Acute iliofemoral deep vein thrombosis: evaluation of underlying anatomic abnormalities by spiral CT venography, J Vasc Interv Radiol. 2004 Mar;15(3):249-56.
[11] Binkert, Inferior Vena Cava Filter Removal after 317-day implantation, J Vasc Interv Radiol 2005; 156:395-398.

(described as "some damage," with no reference to perforation or imbedded apex), the level of stenosis was less (mild), and the in-dwell time was much shorter. The animal study referenced in that case report is similarly distinguishable. Further, the continued presence of narrowing is noted in the imaging of March 16, 2017.

The post-explant patient has not been adequately studied and the data is limited. Future DVT in the setting of IVC stenosis is currently being studied but based on my clinical experience and on the existing studies, post IVC filter removal stenosis may increase the risk of future lower extremity DVT, occlusion of the IVC and post thrombotic syndrome.

Ms. Hill's injuries were not caused by a violation of the standard of care by any treating physician, particularly in light of the IFU.

Ms. Hill was implanted with a Celect IVC filter prior to major spinal surgery which her treating physicians considered to place her at a risk for PE. There was nothing in the IFU that indicated that the Celect filter was not appropriate for an individual of Ms. Hill's weight. There was also nothing in the IFU that indicated that the use of the Celect filter would provide no benefit and, in fact, could be harmful. Dr. Zuzga testified that had the IFU contained additional information about the safety of the Celect filter, it would have been important to inform him for his risk-benefit analysis.

In an attempt to identify the cause of her abdominal pain, Ms. Hill's physicians subjected her to repeat diagnostic procedures, none of which identified the cause of her pain. Given the lack of information provided by Cook, as discussed in the main body of my report, these attempts to identify the cause of her pain were proper attempts at differential diagnosis and not violations of the standard of care.

Removal was initially attempted using the appropriate available technique but was unsuccessful. After discussion with her treating physicians and progression of the tilt and perforation, Ms. Hill sought treatment by Dr. Lynch. Dr. Lynch successfully performed a complicated removal that resulted in complete removal of the IVC filter.

### E.     Conclusion.

As with my general opinions, I reserve the right to supplement my opinions as Ms. Hill's prognosis continue to develop, as additional documents or information becomes available, and as deposition transcripts become available and are reviewed. I understand that I may be called upon to offer rebuttal opinions to the opinions of experts designated by Defendants.