# EXHIBIT I

No evidence of bilateral lower extremity DVT

On March 16, 2017, Ms. Hill had duplex sonogram that demonstrates narrowing stenosis.

### D.     Opinions and Discussion.

Based on my review of the records, my education and experience, and review of pertinent literature, I hold the following opinions to a reasonable degree of medical certainty:

**Opinion 1:**     Ms. Hill developed tilting and embedment of the apex of the IVC filter with aortic stenosis and progressive perforation of a strut of the IVC filter into her duodenum that was symptomatic. This lead to her undergoing unnecessary endoscopies and required a complex removal, after a multiple attempts failed.

The perforation and penetration was caused (substantially contributed to) by the defective Cook Gunther Tulip filter which is due to the stiffness of the filter, resulting in excess radial force, and lack of perforation limiters on the filter struts.[3]  This is demonstrated in the literature: A retrospective study by Zhou found penetration of the primary leg of the Cook Celect filter in 39% of patients within 30 days and 80% within 90 days after placement.  Zhou further reported penetration into adjacent organs 13.2% of the time.[4]  This is additional evidence that radial force is excessive with the defective Cook Celect filter.  Further, causing further perforation and worsening of her injuries.[5]

Imaging at the time of the failed retrieval indicates tilt, perforation, and stenosis. Imaging at time of retrieval indicates that both struts had progressed by the time of explant by

---

[3] I discuss stiffness and radial force in the main body of my report.
[4] Zhou D, et al.- Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients; AJR Am J Roentgenol. 2014; 202(3):643-7
[5] Dowell, J., Celect Inferior Vena Caval Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Interv Radiol. 2015 Oct;26(10):1510-1518.e3. doi: 10.1016/j.jvir.2015.06.020. Epub 2015 Jul 29.

Dr. Lynch. My experience, the literature, discussed above, and the serial imaging indicate that had the device not been retrieved, Ms. Hill's condition would have worsened.

It is also my opinion that the long-term perforation of duodenum by the IVC filter strut was a substantial contributing factor to scarring of the duodenal wall and chronic inflammation. This scarring is a substantial contributing factor towards fibrosis of the duodenum and resulting duodenal stenosis. The painful failed removal attempt would have contributed to the stenosis. Duodenal stenosis can substantially contribute to the patient's ongoing symptoms of nausea and vomiting, as well as epigastric abdominal pain. The imaging on March 16, 2017 shows that the stenosis is still present.

Smouse and others studied retrieval of 554 patients after various implant durations up to 494 days. Among the adverse events was one categorized as "probably" related to the filter where the patient had 27% stenosis (unnatural narrowing) at retrieval.[6] Kuo and others studied safety and effectiveness of alternative endovascular methods for removing embedded IVC filters, including a Celect filter and five Gunther Tulip filter, in 10 patients over 12 months. Post removal, 40% had mild stenosis at the attachment site (including two Gunther Tulips) and one (a Gunther Tulip) had several residual stenosis which required stent placement.[7] Kuo also observed caval stenosis when studying retrieval of chronically implanted IVC filters in 100 consecutive patients.[8]

Of note, based on her deposition testimony, Ms. Hill's intestinal issues improved following removal of the perforated filter.

---

[6] Smouse, et al., Long-Term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter, J Vasc Interv Radio 2009; 20:871-877. Repeat venogram obtained 2 months' post retrieval showed the stenosis had resolved; Ms. Hill's has not.
[7] Kuo, W, et al., Complex Retrieval of Embedded IVC Filters: Alternative Techniques and Histological Tissue Analysis. Cardiovasc Intervent Radiol (2012)35:588-597.
[8] Kuo, W, et al., Excimer Laser Assisted Removal of Embedded Inferior Vena Cava Filters A Single-Center Prospective Study, Circ Cardio Interv. 2013; 6:560-566.

**Opinion 2**: Ms. Hill's implant surgery; the attempted removal surgery, and the successful removal surgery were unnecessary surgeries.

Ms. Hill was initially implanted with the Celect filter as a prophylactic measure before her spinal surgery. However, she did not fall within the indications for use specified in the IFU for the Celect filter. Cook was in possession of information before Ms. Hill's surgery (November 17, 2010) that there was no benefit from prophylactic use of the filter. This is discussed in the main section of my report. Upon removal there was no thrombus in the filter. There is nothing in the medical records to suggest that there was any thrombus captured by the filter. These facts also demonstrate that the filter was of no benefit. Additionally, Cook could have studied the filters and provided information to physicians. This is discussed in the main section of my report. Dr. Zuzga, implanted Ms. Hill's filter and testified that had he had additional information about the risks of the filter, it would have been important to his risk-benefit analysis. This lack of information substantially contributed to Ms. Hill being subjected to three unnecessary harmful procedures and her filter-related injuries. None of these unnecessary surgeries benefited Ms. Hill. She was harmed by the unnecessary surgeries.

**Opinion 3:** There is no reference in the medical records or imaging that indicates that prior to the implantation of the IVC filter, Ms. Hill's caval tissue was compromised or that she had any venous abnormalities.

**Opinion 4:** It is my opinion that following retrieval of the IVC filter on August 21, 2013, Ms. Hill had moderate IVC stenosis. Moderate stenosis gives her a more likely that not risk of thrombotic issues, including DVT and caval thrombosis.

Chronic IVC thrombosis symptoms can be unilateral or bilateral and can vary. If left untreated, the IVC may shrivel away and become atretic. IVC thrombosis can cause swollen

legs, heaviness, leg ulcers (IVC syndrome), and pain and post-thrombotic syndrome.[9] More likely than not, Ms. Hill's stenosis may substantially contribute to IVC syndrome and the development of IVC thrombosis.

There is some reference in the literature where stenosis caused by use of force during removal resolved within months of IVC removal.[10] This is an anectodical case report. Also, it appears from the report that the amount of damage to the caval wall of the report subject was only "some damage". Also there is no reference to perforation or embedded apex in the case report, the level of stenosis was described as mild, not moderate, and the filter was in the patient a much shorter.[11]

The post-explant patient has not been adequately studied and the data is limited. Future DVT in the setting of IVC stenosis is currently being studied but based on my clinical experience and on the existing studies, post IVC filter removal stenosis may increase the risk of future lower extremity DVT, occlusion of the IVC and post thrombotic syndrome.

**Opinion 5:** There is no reference in the medical records that Ms. Hill has any other health issues or conditions that caused or substantially contributed to her IVC failure. Based on my education and experience and review of the literature, Ms. Hill's weight was noncontributory. Also, there is no reference in the IFU for the filter indicating that, at the time of implant, the Celect filter was inappropriate for an obese individual.

**Opinion 6:** As a result of the complications from the Celect IVC filter, Ms. Hill has suffered damages, outlined above, and will continue suffer damages. As a result, she will need the following:

---

[9] Jones D, Schneider, D. Endovascular management of Chronic Inferior Vena Cava and Iliac Vein Obstruction, Vascular Disease Management 2012;9(3):E33-E38.
[10] Binkert, Inferior Vena Cava Filter Removal after 317-day implantation, J Vasc Interv Radiol 2005; 156:395-398.
[11] There is an animal study referenced in that is also distinguishable.

Page 15 (Hill)

    a.    lifetime anticoagulation due to caval stenosis (which is accompanied by the risks of such therapy[12] and can be fatal) and a PPI;

    b.    Monitoring and medical surveillance for life, including at minimum: yearly visit for life to a vascular specialist; and, should she become further symptomatic, diagnostic studies at least yearly, for life; and repeat ultrasound every 6 months;

    c.    Psychological counseling;

    d.    Compression hosiery for treatment of extremity swelling and pain that is more likely than not to occur; and

    e.    Lymphedema therapy.

The stockings and lymphedema therapy will help prevent post thrombotic syndrome and venous ulceration. Without this compression, this is more likely than not going to occur.

**Opinion 7:** Ms. Hill's injuries were not caused by a violation of the standard of care by any treating physician, particularly in light of the IFU.

Ms. Hill was implanted with a Celect IVC filter prior to major spinal surgery which her treating physicians considered to place her at a risk for PE. There was nothing in the IFU that indicated that the Celect filter was not appropriate for an individual of Ms. Hill's weight. There was also nothing in the IFU that indicated that the use of the Celect filter would provide no benefit and, in fact, could be harmful. Dr. Zuzga testified that had the IFU contained additional information about the safety of the Celect filter, it would have been important to inform him for his risk-benefit analysis.

---

[12] Shoeb, M & Fan, M.C., Assessing bleeding risk in patients taking anticoagulants, J Thromb Thrombolysis (213) 35:312.

Ms. Hill's physicians undertook repeated diagnostic procedures, none of which identified the cause of Ms. Hill's pain. Given the lack of information provided by Cook, as discussed in the main section of my report, these attempts to identify the cause of her pain were proper attempts at differential diagnosis and not violations of the standard of care.

Unsuccessful removal was initially attempted using the appropriate available technique. After discussion with her treating physicians and progression of the tilt and perforation, Ms. Hill sought treatment by Dr. Lynch, who successfully performed a complicated removal.

### E.     Conclusion.

I reserve the right to supplement my opinions as Ms. Hill's prognosis continue to develop, as additional documents or information becomes available, and as deposition transcripts become available and are reviewed.

I understand that I may be called upon to offer opinions and rebuttals to the Defendants opinions.