# EXHIBIT K

| From: | Matt Schultz <mschultz@levinlaw.com> |
|---|---|
| Sent: | Friday, March 24, 2017 1:39 PM |
| To: | Pierson, Andrea Roberts |
| Subject: | RE: Follow up re Hawkins & number of company depositions |

Just catching this. We do disagree that everyone on the list counts toward the limit. The limit was for "Cook Defendants" and 30(b)(6) depos. Former employees and KOLs/consultants are neither. We should tee this up at the same time so we don't end up delaying the depos we worked so hard to schedule with objections we could anticipate now.

Per my earlier email I will send a depo subpoena with a placeholder date. If the date turns out to work then that's great too. I will try to get that to you today.

From: Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
Sent: Thursday, March 23, 2017 8:59 PM
To: Matt Schultz
Subject: Follow up re Hawkins & number of company depositions

Matt –

Would you send us a notice of intent to serve a subpoena for deposition, or something similar, that sets out the topics for Hawkins? Or at least an email that sets out the topics you intend to cover in general terms? We will prepare a motion for a PO and tee the issue up for you and the Court, but it would help to know whether you consider this a deposition on anything and everything in his head, or some smaller subset of topics. Thank you.

Also, on your question about the number of depositions, we view all of the folks on the list in your 3/21 email as falling within the limitation on depositions established by Baker back in November. Again, I assume you disagree, but please let me know your view.

Thank you.

Andrea

Andrea Roberts Pierson
*Partner*
andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

1