# **EXHIBIT Y**

## Alford, Nicholas B.

**Subject:** FW: Elizabeth Hill v Cook, et al.

**From:** Pierson, Andrea Roberts
**Sent:** Tuesday, January 03, 2017 5:28 PM
**To:** jjohnson@babbitt-johnson.com
**Cc:** Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com)
**Subject:** FW: Elizabeth Hill v Cook, et al.

Joe – Let me know where you and Denise are on this when you dig out of the holiday email traffic.  Thanks.

**From:** Pierson, Andrea Roberts
**Sent:** Thursday, December 29, 2016 3:21 PM
**To:** 'Joe Johnson'; Denise Codding
**Cc:** Knoer, Michele A.; Cox, Jessica Benson; Rutigliano, Anna C.; bmartin@bencmartin.com; Michael Heaviside; David Matthews (dmatthews@thematthewslawfirm.com); K Aguilera (kaguilera@oa-lawfirm.com)
**Subject:** RE: Elizabeth Hill v Cook, et al.

Joe – Where are we on this?  We stopped reaching out these physicians for dates when Denise said she would handle on 12/16.  We can take over the calls if she's not able to get to it.  Please let me know.  Thanks.

**From:** Joe Johnson [mailto:JJOHNSON@BABBITT-JOHNSON.COM]
**Sent:** Friday, December 23, 2016 10:17 AM
**To:** Pierson, Andrea Roberts; Denise Codding
**Cc:** Knoer, Michele A.; Cox, Jessica Benson; Rutigliano, Anna C.; bmartin@bencmartin.com; Michael Heaviside; David Matthews (dmatthews@thematthewslawfirm.com); K Aguilera (kaguilera@oa-lawfirm.com)
**Subject:** RE: Elizabeth Hill v Cook, et al.

Please include Ben Martin, Mike Heaviside, Dave Matthews and Kim Aguilera on all future emails regarding the Hill case.

 

**Joseph R. Johnson** / Partner
jjohnson@babbitt-johnson.com / 561-684-2500

**Babbitt & Johnson P.A.**
http://www.babbitt-johnson.com/
1641 Worthington Rd, Suite 100, West Palm Beach, FL 33409



**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Thursday, December 22, 2016 5:38 PM
**To:** Denise Codding

**Cc:** Knoer, Michele A.; Cox, Jessica Benson; Joe Johnson; Rutigliano, Anna C.
**Subject:** RE: Elizabeth Hill v Cook, et al.

Denise – Where are we on dates for Bidani, Moreno and Choudhry?  We need their depositions in Jan., or the trial schedule becomes a real mess.  Let us know if there's anything we can do to assist, or if you need available dates from us.

Thanks very much,

Andrea

---

**From:** Pierson, Andrea Roberts
**Sent:** Friday, December 16, 2016 4:01 PM
**To:** 'Denise Codding'
**Cc:** Knoer, Michele A.; Cox, Jessica Benson
**Subject:** RE: Elizabeth Hill v Cook, et al.

Would you please?  Thanks.  If you need help, let us know.

---

**From:** Denise Codding [mailto:dcodding@babbitt-johnson.com]
**Sent:** Friday, December 16, 2016 3:59 PM
**To:** Pierson, Andrea Roberts
**Subject:** RE: Elizabeth Hill v Cook, et al.

I am getting dates for Dr. Moreno and Dr. Choudhry.  Do you want me to get dates for Dr. Bidani?

---

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Friday, December 16, 2016 1:50 PM
**To:** Denise Codding
**Cc:** Rutigliano, Anna C.; Symons, Rochelle R.; Snapp, Cathi M.; Cox, Jessica Benson; Miller, Deborah L.; Knoer, Michele A.
**Subject:** RE: Elizabeth Hill v Cook, et al.

Denise –

Jan 18 at 3 or 4 pm works.  Cook will need 2-3 hours with him, and I don't know how much time Joe will need, but please confirm he has enough time on that day.

Dr. Bellinger is available on the 19th at 8 am.  No location yet.  FYI – here is her fee schedule:  "The hourly fee is $650.00. Once we have a date we will schedule for 3 hours with possibility of 4 hours. The 3 hour fee of $1950.00 would need to be paid prior to the deposition and if the deposition goes over the 3 hours a check can then be sent for the extra time. Our tax ID is 59-3614420."

Are you getting dates from Bidani or other drs?

Thanks.

Andrea

---

**From:** Denise Codding [mailto:dcodding@babbitt-johnson.com]
**Sent:** Tuesday, December 13, 2016 3:36 PM
**To:** Pierson, Andrea Roberts
**Cc:** Rutigliano, Anna C.; Symons, Rochelle R.; Snapp, Cathi M.; Cox, Jessica Benson; Miller, Deborah L.
**Subject:** RE: Elizabeth Hill v Cook, et al.

Correct.  Dr. Zuzga is available on January 18.  Thanks.

---

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Tuesday, December 13, 2016 3:21 PM
**To:** Denise Codding
**Cc:** Rutigliano, Anna C.; Symons, Rochelle R.; Snapp, Cathi M.; Cox, Jessica Benson; Miller, Deborah L.
**Subject:** RE: Elizabeth Hill v Cook, et al.

Hi, Denise – At present that date is not available for us, but give me a couple of days to try and reschedule something.  I assume from your message that Dr. Zuzga has said he is available for deposition and has confirmed the date is open for him.  Correct?  Thanks.

---

**From:** Denise Codding [mailto:dcodding@babbitt-johnson.com]
**Sent:** Tuesday, December 13, 2016 3:16 PM
**To:** Pierson, Andrea Roberts
**Subject:** Elizabeth Hill v Cook, et al.

Please be advised Dr. Mark Zuzga is available for deposition on Wednesday, January 18, at 3:00 or 4:00 p.m. in Florida.  The location has not been determined at this time.  Please advise if you are available.  Thanks for your help.


Denise Codding

Assistant to Theodore Babbitt & Joseph Johnson

Babbitt & Johnson, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
(561) 684-2500; (561) 684-6308 (fax)