# EXHIBIT Z

## Alford, Nicholas B.

**Subject:**                       FW: Cook/Gage -- IME Protocol
**Attachments:**             Cook Filter - Protocol for Independent Medical Examination (3).docx

**From:** Rutigliano, Anna C.
**Sent:** Thursday, March 30, 2017 4:48 PM
**To:** bmartin@bencmartin.com; dmatthews@thematthewslawfirm.com; jwilliams@rwp-law.com; Michael Heaviside; mike@gld-law.com
**Cc:** Cox, Jessica Benson; Pierson, Andrea Roberts; pamm@gld-law.com
**Subject:** Cook/Gage -- IME Protocol

Counsel,

Please see attached for the proposed protocol for IMEs.  Please let us know if you have any objections to the protocol by Monday, April 3, 2017.

We will also be sending more details about Mr. Gage's IME soon.

Thank you,


Anna C. Rutigliano
*Associate*
*Admitted to Practice in Indiana*
anna.rutigliano@FaegreBD.com   Download vCard
D: +1 317 237 1191 | M: +1 317 709 0396 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.