# EXHIBIT AA

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Indianapolis, Indiana
                                ) February 9, 2017
                                ) 10:09 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE


**For Plaintiffs:**                David P. Matthews, Esq.
                                   MATTHEWS & ASSOCIATES
                                   2905 Sackett Street
                                   Houston, TX  77098


                                   Ben C. Martin, Esq.
                                   LAW OFFICES OF BEN C. MARTIN
                                   3710 Rawlins Street, Suite 1230
                                   Dallas, TX  75219


                                   Joseph N. Williams, Esq.
                                   RILEY WILLIAMS & PIATT, LLC
                                   301 Massachusetts Avenue
                                   Indianapolis, IN  46204

```
For Defendants:          Douglas B. King, Esq.
                         James McGinnis Boyers, Esq.
                         WOODEN & MCLAUGHLIN LLP
                         One Indiana Square, Suite 1800
                         Indianapolis, IN  4204


                         Andrea Roberts Pierson, Esq.
                         John T. Schlafer, Esq.
                         FAEGRE BAKER DANIELS LLP
                         300 N. Meridian St., Suite 2700
                         Indianapolis, IN  46204


                         John Joseph Tanner, Esq.
                         BAKER & DANIELS
                         300 N. Meridian Street
                         Indianapolis, IN  46204




Court Reporter:          Margaret A. Techert
                         United States District Court
                         101 NW Martin Luther King Blvd.
                         Evansville, Indiana  47708


       PROCEEDINGS TAKEN BY MACHINE SHORTHAND
  TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1  that have been taken, is that Gage is farther along than the
2  Hill case is at this point and it may be more appropriate to
3  try the Gage case than the Hill case in October.  But I think
4  we --
5          THE COURT:  I've got time blocked out.  If you guys
6  want to agree to try one before the other, I have no problem.
7          MS. PIERSON:  Well, I think we'll know a lot more on
8  that point within the next 30 days.
9          THE COURT:  I'm going to try to work with you and
10 help you get this case or these cases ready for trial.  But in
11 terms of moving things around on my schedule on various
12 occasions, I'm just not -- I'm not inclined to do that.
13         MS. PIERSON:  So long as there's no supplementation
14 of the expert opinions, then I think that may be workable.
15         THE COURT:  There's no -- there would be no
16 supplementation unless somebody gives me a pretty darn good
17 reason that it needs to be done.  You've got to cut this off
18 at some time and just try the case.
19         MS. PIERSON:  Understood.
20         THE COURT:  Anything else, Mr. Williams,
21 Mr. Matthews?
22         MS. PIERSON:  I'm sorry, Your Honor.  Just one thing
23 Mr. King is reminding me.  If you're extending the plaintiffs'
24 expert deadline 30 days, we'd ask that you'd extend ours as
25 well 30 days.