# EXHIBIT BB

| COOK MEDICAL INC. / IVC FILTERS LITIGATION FUTURE DEPOSITIONS | | |
|---|---|---|
| Date | Witness | Location |
| 4/19/2017 | Goodwin, Mark J., MD (Gage- treater) | Naperville, IL |
| 4/19/2017 | Larkin, Dr., Timothy (Gage - treater) | Naperville, IL |
| 4/19/2017 | Ritchie, Robert (Expert) | Concord, CA |
| 4/19/2017 | Zuzga, Mark (Hill- treater) | Clearwater, FL |
| 4/21/2017 | Betensky, Rebecca(Expert) | Newton, MA |
| 4/21/2017 | Brown, Jen (Cook) | Indianapolis, IN |
| 4/25/2017 | Pangan, Antonio (Gage - treater) | Burr Ridge, IL |
| 4/26/2017 | Moreno, Anthony (Hill- treater) | Tampa, FL |
| 5/2/2017 | Milling, Lars (Cook) | Indianapolis, IN |
| 5/3/2017 | Timperman, Paul (Cook consultant) | Indianapolis, IN |
| 5/3/2017 | McMeeking, Robert (Expert) | Columbus, OH |
| 5/4/2017 | Levy, Leigh Anne (Expert) | Austin, TX |
| 5/9/2017 | Smith, Jim (Cook) | Indianapolis, IN |
| 5/16/2017 | Gyllun, Henrick (Cook) | Indianapolis, IN |
| 5/19/2017 | Rajebi, Reza (Expert) | Denver, CO |
| 5/25/2017 | Ladisa, John (Expert) | Milwaukee, WI |
| 5/25/2017 | Ragheb, Anthony (Expert) | Indianapolis, IN |
| 5/26/2017 | Smouse, Harry (Cook consultant) | Chicago, IL |
| 6/1/2017 | Litsky, Al (Expert) | Santa Barbara, CA |
| 6/5/17 - 6/7/17 | Marmureanu, Alexander (Expert) | Los Angeles, CA |
| 6/12/2017 | Hawkins, Kem (Cook former employee) | Indianapolis, IN |
| 6/15/2017 | Fishbein, Michael (Expert) | Los Angeles, CA |
| 6/19/2017 | Kaufman, John A. (Dotter Instutute) | Portland, OR |
| 6/22/2017 | Garcia, David (Expert) | Seattle, WA |
| 7/1/2017 | Kessler, David (Expert) | San Francisco, CA |
| TBD | Carlson, Jim (Cook former employee) | Warsaw, IN |
| TBD | Mills, James A. ((Expert) | TBD |
| TBD | Johnson, Robert (Expert) | TBD |
| TBD | Lynch, Frank (Hill- treater) | TBD |
| TBD | Santoro, Ann M. (Hill- treater) | Clearwater, FL |