UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to All Actions

_____

**SEPARATE INDEX OF EXHIBITS TO
THE COOK DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFFS' OBJECTIONS AND APPEAL FROM
MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS'
OBJECTION TO PRODUCTION OF NET WORTH DOCUMENTS**

| **Exhibit** | **Description** |
|---|---|
| A | Transcript of Pretrial Conference (February 21, 2017) |
| B | List of applicable documents produced by the Cook Defendants |
| C | February 9, 2017 e-mail from Bill Curtis to Ben Martin, *et al.* |
| D | November 24, 2016 Letter from Ben Martin, Plaintiffs' counsel, to Doug King, former counsel for the Cook Defendants |
| E | February 20, 2017 Letter from James M. Boyers to the Court |
| F | March 10, 2017 e-mail from Joe Williams to the Court |
| G | Declaration of Kelly Fischer |

- 2 -

Dated: April 13, 2017

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

- 2 -

111147221