# EXHIBIT B

# APPENDIX

| FileName | CookMDL_ProdBeg |
| --- | --- |
| BS CMI 2010.pdf | CookMDL2570_0911860 |
| BS CMI 2008.pdf | CookMDL2570_0911861 |
| IS CINC 2008.pdf | CookMDL2570_0911862 |
| BS CMI 2012.pdf | CookMDL2570_0911863 |
| IS CINC 2010.pdf | CookMDL2570_0911864 |
| BS Cook Inc. 2014.pdf | CookMDL2570_0911865 |
| IS CINC 2006.pdf | CookMDL2570_0911866 |
| BS CMI 2006.pdf | CookMDL2570_0911867 |
| BS CMI 2014.pdf | CookMDL2570_0911868 |
| BS Cook Inc. 2008.pdf | CookMDL2570_0911869 |
| BS Cook Inc. 2012.pdf | CookMDL2570_0911870 |
| BS Cook Inc. 2006.pdf | CookMDL2570_0911871 |
| BS Cook Inc. 2010.pdf | CookMDL2570_0911872 |
| BS CMI 2011.pdf | CookMDL2570_0911873 |
| IS CINC 2009.pdf | CookMDL2570_0911874 |
| BS CMI 2009.pdf | CookMDL2570_0911875 |
| Annual Report 2006 WCE.pdf | CookMDL2570_0911876 |
| BS CMI 2013.pdf | CookMDL2570_0911901 |
| Annual Report 2010 WCE.pdf | CookMDL2570_0911902 |
| IS CINC 2007.pdf | CookMDL2570_0911927 |
| IS CMI 2015.pdf | CookMDL2570_0911928 |
| IS CINC 2011.pdf | CookMDL2570_0911929 |
| BS CMI 2007.pdf | CookMDL2570_0911930 |
| BS Cook Inc. 2007.pdf | CookMDL2570_0911931 |
| BS CMI 2015.pdf | CookMDL2570_0911932 |
| BS Cook Inc. 2009.pdf | CookMDL2570_0911933 |
| BS Cook Inc. 2011.pdf | CookMDL2570_0911934 |
| Annual Report 2008 WCE.pdf | CookMDL2570_0911935 |
| BS Cook Inc. 2013.pdf | CookMDL2570_0911960 |
| IS CINC 2012.pdf | CookMDL2570_0911961 |
| IS CINC 2014.pdf | CookMDL2570_0911962 |
| IS CMI 2006.pdf | CookMDL2570_0911963 |
| Årsrapport 2014, William Cook Europe ApS.pdf | CookMDL2570_0911964 |
| IS CMI 2014.pdf | CookMDL2570_0911992 |
| IS CMI 2010.pdf | CookMDL2570_0911993 |
| IS CINC 2013.pdf | CookMDL2570_0911994 |
| IS CMI 2012.pdf | CookMDL2570_0911995 |
| IS CMI 2008.pdf | CookMDL2570_0911996 |
| IS CINC 2015.pdf | CookMDL2570_0911997 |
| IS CMI 2007.pdf | CookMDL2570_0911998 |

| File | Bates |
|---|---|
| BS Cook Inc. 2015.pdf | CookMDL2570_0911999 |
| IS CMI 2013.pdf | CookMDL2570_0912000 |
| Annual Report 2007 WCE.pdf | CookMDL2570_0912001 |
| Annual Report 2009 WCE.pdf | CookMDL2570_0912026 |
| IS CMI 2009.pdf | CookMDL2570_0912054 |
| IS CMI 2011.pdf | CookMDL2570_0912055 |
| Annual Report 2005 WCE.pdf | CookMDL2570_0912056 |
| William Cook Europe 2011.pdf | CookMDL2570_1115081 |
| Denmark William Cook 2012.pdf | CookMDL2570_1115107 |
| Denmark William Cook Europe 2013.pdf | CookMDL2570_1115133 |
| Celect and Gunther Tulip Sales by Year.pdf | CookMDL2570_0880234 |