# EXHIBIT C

| | |
|---|---|
| **Subject:** | FW: Cook discovery - financials - February 9, 2017 e-mail from Bill Curtis to Ben Martin |
| **Attachments:** | image2f09b4.JPG |

From: Bill Curtis [mailto:BCurtis@Curtis-LawGroup.com]
Sent: Thursday, February 09, 2017 4:02 PM
To: Ben Martin; Christina Guerra
Cc: John C. Babione; Douglas B. King; James M. Boyers; Robert J. Simmons; Julie Rhoades; Michael Heaviside; David Matthews; David C. DeGreeff; Joe Williams
Subject: RE: Cook discovery - financials

John – here are the documents we've been able to locate:

- Annual reports for William Cook Europe from 2005-2010 (2011-2013 just added)
- Balance Sheets from Cook Medical Inc. from 2006-2015
- Income Statements for Cook Medical Inc. from 2006-2015
- Balance Sheets from Cook Inc. form 2006 -2015
- Income Statements for Cook Inc. from 2006-2015

We are missing any documents from Cook Group, Inc.  (per CMO3:  g.  Notwithstanding the provisions above, discovery regarding the financial  worth of any Additional Cook Entity is reserved until the scope of such discovery, if any, is determined by a trial court at the appropriate time. The Additional Cook Entities may not object to the production of such information on the basis that any such entity is not a party to the lawsuit; however, any and all other objections are reserved.)

The additional information we need (which would be responsive to the RFPs previously served), for each of the companies listed above, are:

1. Income Statements for the last five fiscal years.
2. Balance Sheets for the last five fiscal years and the most recent completed fiscal quarter.
a. These should include an entry for "Cash and Cash Equivalents", as well as one for "Stockholders Equity."
3. Cash Flow Statements for the last five fiscal years and the most recent completed fiscal quarter.
4. Details of any transactions, loans, and payments (including dividends), between each defendant and that defendant's parent company for the   last five fiscal years and the most recent completed fiscal quarter.
5. Any and all Advertising Expenditures, Research and Development Expenditures, and Capital Expenditures for the last five fiscal years.
6. Any Lines of Credit or Credit Facilities extended or established specifically for each defendant and that defendant's parent company for the last five fiscal years and the most recent completed fiscal quarter.
7. Any and all explanatory notes that accompany the above records (notes to financial statements, etc.).
8. Explanations of any and all cash management policies between each defendant and that defendant's parent company.
9. Total compensation for the president and/or chief executive officer of each defendant company for the most recently ended fiscal year.

Please let me know when we can expect these documents, as they will be important for our experts to review in preparation for the newly identified March 15th report deadline, as referenced by Ben below.

Bill