# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## DECLARATION OF KELLY FISCHER

I, Kelly Fischer, being duly sworn, state as follows:

1. I am over 18 years of age, am competent to make this Declaration, and have personal knowledge of the facts and representations set forth in this declaration.

2. I currently serve as Director of Global Reporting & Accounting Operations for Cook Group Incorporated.

3. Cook Group Incorporated is a family-owned, non-public company.

4. The Cook Defendants, Cook Incorporated, William Cook Europe ApS, and Cook Medical LLC, make up only a small portion of the entities within Cook Group Incorporated In fact, over 95% of the entities comprising Cook Group Incorporated are not Cook Defendants, many of which have nothing to do with the manufacture, sale, or design of medical devices, and even less to do with the manufacture, sale, or design of IVC filters.

5. Cook Group Incorporated did not manufacture, sell, or design any product at issue in this litigation.

6. Cook Group Incorporated's financial information is highly confidential and Cook Group Incorporated does not disseminate this information to the public.

1

7. Cook Group Incorporated would likely suffer significant economic harm if its financial information were disclosed. Cook Group Incorporated's competitors, a majority of which are publically owned companies, could use this information to gain a competitive advantage over Cook Group Incorporated, not just in the medical device market, but also in the other markets and industries where Cook entities compete. The public disclosure of this information would likely also adversely affect Cook Group Incorporated's business relationships with its creditors, debtors, suppliers, and customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2017

By: _____
Signature

_____
Kelly Fischer
Printed Name

2