IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-00658-RLY-TAB
Cause No. 1:17-cv-00789-RLY-TAB
Cause No. 1:17-cv-00792-RLY-TAB
Cause No. 1:17-cv-00796-RLY-TAB
Cause No. 1:17-cv-00797-RLY-TAB
Cause No. 1:17-cv-00799-RLY-TAB
Cause No. 1:17-cv-00804-RLY-TAB
Cause No. 1:17-cv-00806-RLY-TAB
Cause No. 1:17-cv-00807-RLY-TAB
Cause No. 1:17-cv-00812-RLY-TAB

Cause No. 1:17-cv-00813-RLY-TAB
Cause No. 1:17-cv-00819-RLY-TAB
Cause No. 1:17-cv-00820-RLY-TAB
Cause No. 1:17-cv-00835-RLY-TAB

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: April 17, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer