UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to All Actions

**PLAINTIFFS' NOTICE OF FILING**

NOW COMES Plaintiffs' Liaison Counsel and notifies the Court that Docket No 4367, Plaintiffs' Reply in Support of Objection to Magistrate's Order Sustaining Objection to Production of Financial Documents applies to all cases in this matter, but was not spread to all cases due to technical difficulties with the CM/ECF filing system.

Dated: April 17, 2017

Respectfully submitted,

*/s/ Joseph N. Williams*

Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

______________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

ANTHONY JAMES URBAN
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. CENTRE STREET, 3RD FLOOR
POTTSVILLE, PA 17901

ARTHUR F HOGE , III
MEE MEE HOGE & EPPERSON PLLP
1900 NW EXPY STE 1400
OKLAHOMA CITY, OK 73118

BRIAN J. URBAN
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. CENTRE STREET, 3RD FLOOR
POTTSVILLE, PA 17901

CARRIE R. CAPOUELLEZ
LOPEZ MCHUGH LLP
214 FLYNN AVENUE
MOORESTOWN, NJ 08057

CALEB HOFF DIDRIKSEN , III
DIDRIKSEN LAW FIRM, PLC
3114 CANAL STREET
NEW ORLEANS, LA 70119

CARL A WOODS , III
DIDRIKSEN LAW FIRM
3114 CANAL STREET
NEW ORLEANS, LA 70119

CLIFF W. MARCEK
CLIFF W. MARCEK, P.C.
700 S. THIRD ST.
LAS VEGAS, NV 89101

CORY HOLLEY DRIGGERS
MORRIS CARY ANDREWS TALMADGE & DRIGGERS
P.O. BOX 1649
DOTHAN, AL 36302

CRAIG D. HENDERSON
THE SNAPKA LAW FIRM
P.O. BOX 23017
CORPUS CHRISTI, TX 78403

CURTIS HOKE
THE MILLER FIRM LLC
THE SHERMAN BUILDING
108 RAILROAD AVENUE
ORANGE, VA 22960

DANIEL SNYDER
ATTORNEY AT LAW
1000 S W BROADWAY SUITE 1500
PORTLAND, OR 97205

DAVID CARL ANDERSON
ANDERSON LAW
711 VAN NESS AVENUE, SUITE 220
SAN FRANCISCO, CA 94102

DAVID J BRITTON
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST, STE 4
TACOMA, WA 98403

DAVID L. GREBEL
NIEMEYER AND GREBEL
10 S. BROADWAY, SUITE 1125
ST. LOUIS, MO 63102

ELIZABETH ALICE MOTE
KITRICK, LEWIS & HARRIS, CO., L.P.A.
455 HUTCHINSON AVENUE, SUITE 100
COLUMBUS, OH 43235-8630

EVAN M ZUCKER
BARON AND BUDD PC
15910 VENTURA BOULEVARD SUITE 1600
ENCINO, CA 91436

GEORGE JERRE DUZANE
1675 LIBERTY LANE
GALLATIN, TN 37066

HEATHER H. HARRISON
FAEGRE BAKER DANIELS LLP
311 S. WACKER DRIVE, SUITE 4400
CHICAGO, IL 60606

JOHN CORNEW
409 E MAPLE AVE
LINDENWOLD, NJ 08021

JACK EDWARD URQUHART
THE SNAPKA LAW FIRM
606 N. CARANCAHUA, SUITE 1511
CORPUS CHRISTI, TX 78401

JACOB A BOYD
LAW OFFICES OF BEN C MARTIN
3219 MCKINNEY AVENUE, SUITE 100
DALLAS, TX 75204

JAMES DAVID MARTIN
COPELAND FRANCO SCREWS & GILL PA
PO BOX 347
MONTGOMERY, AL 36101-0347

JAMES R. OLSON
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129-

JAMES W. CHILDRESS
CHILDRESS AND AHLHEIM, LLC
1010 MARKET ST., SUITE 500
ST. LOUIS, MO 63101

JANET WARD BLACK
WARD BLACK LAW
208 WEST WENDOVER AVENUE
GREENSBORO, NC 27401

JAY HARRIS
HARRIS, RENY & TORZEWSKI
3RD FLOOR
TWO MARITIME PLAZA
TOLEDO, OH 43604

JENNIFER P HENRY
THOMPSON & KNIGHT LLP
801 CHERRY STREET, UNIT #1
FORT WORTH, TX 76107

JOSEPH A. NAPILTONIA
LAW OFFICE OF JOE NAPILTONIA
213 3RD AVENUE NORTH
FRANKLIN, TN 37064

JOSEPH G. SAUDER
CHIMICLES & TIKELLIS LLP
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

JUSTIN KYLE BRACKETT
TIM MOORE, ATTORNEY AT LAW, P.A.
305 EAST KING ST.
KINGS MOUNTAIN, NC 28086

KAHLA R HURLEY
MEE MEE HOGE & EPPERSON PLLP
1900 NW EXPY STE 1400
OKLAHOMA CITY, OK 73118

KIMBERLY LAMBERT ADAMS
LEVIN PAPANTONIO THOMAS ETC PA - PENSACOLA FL
316 S BAYLEN ST STE 400
PENSACOLA, FL 32502

MARIAN S. ROSEN
ROSEN & SPEARS
5075 WESTHEIMER, SUITE 760
HOUSTON, TX 77056

MARK MATHEW KITRICK
KITRICK, LEWIS & HARRIS CO LPA - 2
445 HUTCHINSON AVE., SUITE 100
COLUMBUS, OH 43235

MARK P. BRYANT
BRYANT LAW CENTER, PSC
601 WASHINGTON STREET
P.O. BOX 1876
PADUCAH, KY 42001

MARK R. NIEMEYER
NIEMEYER AND GREBEL
10 S. BROADWAY, SUITE 1125
ST. LOUIS, MO 63102

MAX E. CORRICK
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129

MICHAEL G. GLASS
RAPPAPORT GLASS GREENE & LEVINE LLP
1355 MOTOR PARKWAY
HAUPPAUGE, NY 11749

NEAL LEWIS MOSKOW
URY & MOSKOW
883 BLACK ROCK TURNPIKE
FAIRFIELD, CT 06825

PAUL TELHIARD BOUDREAUX
RICHARDSON RICHARDSON BOUDREAUX
7447 S LEWIS AVE
TULSA, OK 74136

PETER ANDREW MILLER
MILLER LEGAL LLC
175 S PANTOPS DRIVE
THIRD FLOOR
CHARLOTTESVILLE, VA 22911

PETER C WETHERALL
WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD SUITE 100
LAS VEGAS, NV 89148

PHILIP SHOLTZ
THE DRISCOLL FIRM, P.C.
211 N. BROADWAY 40TH FLOOR
ST. LOUIS, MO 63102

ROBERT DAVID SEGALL
COPELAND FRANCO SCREWS & GILL
PO BOX 347
MONTGOMERY, AL 36107-0347

ROLAND K TELLIS
BARON AND BUDD PC
15910 VENTURA BOULEVARD SUITE 1600
ENCINO, CA 91436

SCOTT KEHLENBRINK
CHILDRESS AND AHLHEIM, LLC
1010 MARKET ST. SUITE 500
ST. LOUIS, MO 63101

W. BRYAN SMITH
MORGAN & MORGAN, LLC
2600 ONE COMMERCE SQUARE
MEMPHIS, TN 38103

WILNAR JEANNE JULMISTE
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW CORPORATE BLVD STE 100
BOCA RATON, FL 33431

*/s/ Joseph N. Williams*
Joseph N. Williams