AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Donald Dunham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-636-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Donald Dunham                                                           .

Date:   04/18/2017                               s/ Michael G. Stag
                                                       *Attorney's signature*

                                              Michael G. Stag (LA 23314)
                                              *Printed name and bar number*

                                              SMITH STAG, LLC
                                              365 Canal Place, Ste. 2850
                                              New Orleans, LA 70130

                                              *Address*

                                              mstag@smithstag.com
                                              *E-mail address*

                                              (504) 593-9600
                                              *Telephone number*

                                              (504) 593-9601
                                              *FAX number*