AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Bridget Shaw | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  1:17-cv-637-RYL-TAB |
| Cook Incorporated, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bridget Shaw                                                                                                .

Date:   04/18/2017

s/ Michael G. Stag
*Attorney's signature*

Michael G. Stag (LA 23314)
*Printed name and bar number*

SMITH STAG, LLC
365 Canal Place, Ste. 2850
New Orleans, LA 70130
*Address*

mstag@smithstag.com
*E-mail address*

(504) 593-9600
*Telephone number*

(504) 593-9601
*FAX number*