IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570
_____

This Document Relates to Plaintiff(s)

Patrick Mulvehill and Cheryl Mulvehill
Case No. **1:17-cv-01013**
_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s), PATRICK MULVEHILL and CHERYL MULVEHILL, in the above referenced action.

                Respectfully Submitted,

                **FLINT LAW FIRM LLC**

                /s/ Brian S. Katz
                Brian S. Katz, KY Bar No. 86633
                FLINT LAW FIRM, LLC
                2226 Broadway, Suite 1
                Post Office Box 2903
                Paducah, Kentucky 42002-2903
                Phone: (270) 575-3939
                Fax: (270) 575-3936
                bkatz@flintfirm.com
                *Attorney for Plaintiff*