**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Susan Collis and Gerald Collis

                Plaintiffs,              Court File No. 1:16-cv-01746-RLY-TAB

**v.**

Cook Incorporated, Cook Medical LLC,
and William Cook Europe ApS,

                Defendants.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: April 18, 2017

| | |
|---|---|
| By: */s/ Marlene J. Goldenberg*<br>Marlene J. Goldenberg<br>Stuart L. Goldenberg<br>GOLDENBERGLAW, PLLC<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: 612-436-5028<br>Facsimile: 612-367-8107<br>E-mail: mjgoldenberg@goldenberglaw.com<br>slgoldenberg@goldenberglaw.com<br>***Attorneys for Plaintiff*** | By: */s/ John T. Schlafer*<br>John T. Schlafer<br>FAEGRE BAKER DANIELS, LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: 317-237-8274<br>E-mail: john.schlafer@FaegreBD.com<br>***Attorney for Defendant*** |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the Cm/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                    */s/ Marlene J. Goldenberg*
                                    Marlene J. Goldenberg