IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):
Darrell Wayne Klein

Civil Case No. 1:17-CV-00964-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Darrell Wayne Klein

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Joyce Delaine Klein

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Iowa

1

5.      Plaintiff's/Deceased Party's state of residence at the time of injury:

Iowa

6.      Plaintiff's/Deceased Party's current state of residence:

Iowa

7.      District Court and Division in which venue would be proper absent direct filing:

USDC, Southern District of Iowa, Central Division

8.      Defendants (Check Defendants against whom Complaint is made):

☒      Cook Incorporated

☒      Cook Medical LLC

☒      William Cook Europe ApS

9.      Basis of Jurisdiction:

☒      Diversity of Citizenship

☐      Other:

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie:

6 through 28, inclusive

b.      Other allegations of jurisdiction and venue:

N/A

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐    Günther Tulip® Vena Cava Filter

☒    Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

11.    Date of Implantation as to each product:

March 17, 2009

12.    Hospital(s) where Plaintiffs was implanted (including City and State):

Mercy Medical Center, Des Moines, IA

13.    Implanting Physician(s):

Ryan Cook, MD

14.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:      Strict Products Liability – Failure to Warn

☒    Count II:     Strict Products Liability – Design Defect

☒    Count III:    Negligence

☒    Count IV:     Negligence Per Se

☒    Count V:      Breach of Express Warranty

3

☒      Count VI:      Breach of Implied Warranty

☒      Count VII:     Violations of Applicable Iowa State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐      Count VIII:    Loss of Consortium

☐      Count IX:     Wrongful Death

☐      Count X:      Survival

☒      Count XI:     Punitive Damages

☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15.     Attorney for Plaintiff(s):

  Howard L. Nations

16.     Address and bar information for Attorney for Plaintiff(s):

3131 Briarpark Dr.
Suite 208
Houston, TX 77042-3795
(713) 807-8400
Texas Bar No. 14823000

Respectfully submitted,

THE NATIONS LAW FIRM


  /s/   Howard L. Nations

Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr.
Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF(S)


## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I filed the foregoing Amended Short Form Complaint using the Court's ECF system, which will notify all parties of this filing.

  /s/ Howard L. Nations

Howard L. Nations