IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
 1:16-cv-2801-RLY-TAB
 DANIEL CLINE

### NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF, DANIEL CLINE

Pursuant to Fed. R. Civ. P. 25, counsel hereby suggests upon the record the death of Plaintiff Daniel Cline. A copy of the death certificate is attached hereto as Exhibit A.

Dated: April 19, 2017.

>  */s/Jeff Seldomridge*
>  Jeff Seldomridge
>  **THE MILLER FIRM LLC**
>  108 Railroad Avenue
>  Orange, Virginia 22960
>  Tel: (540) 672-4224
>  Fax: (540) 672-3055
>  jseldomridge@millerfirmllc.com
>  *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>  */s/ Jeff Seldomridge*
>  Jeff Seldomridge