UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

**Order Granting Plaintiffs' Motion for Additional Rule 30(b)(6) Deposition Related to Cook's Document Preservation & Destruction**

This matter comes before the Court on Plaintiffs' Motion for Additional Rule 30(b)(6) Deposition Related to Cook's Document Preservation and Destruction, which motion is on file and part of this Court's record.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiffs' motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' are allowed to take an additional Rule 30(b)(6) deposition as described in Plaintiffs' motion and brief in support.

**All of Which is Ordered** this \_\_\_\_\_ day of _____, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.