Scott Andrew Blanchard

```
 1              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3    IN RE:  COOK MEDICAL, INC.    :
      IVC FILTERS MARKETING, SALES  :
 4    PRACTICES AND PRODUCTS         :  Case No. 1:14-ml-
      LIABILITY LITIGATION           :  2570-RLY-TAB
 5                                    :
      -----------------------------:  MDL No.  2570
 6                                    :
      This Document Relates to       :
 7    All Actions                    :
                                      :
 8    -----------------------------:
 9
10         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11              The video-recorded 30(b)(6) deposition
12    of COOK MEDICAL, INC., as given by SCOTT ANDREW
13    BLANCHARD, taken pursuant to the Federal Rules of
14    Civil Procedure of the United States District
15    Courts pertaining to the taking of depositions,
16    taken before Pauline M. Vargo, an Illinois
17    Certified Shorthand Reporter, C.S.R. No. 84-1573,
18    at the law offices of Faegre Baker Daniels, LLP,
19    Suite 2700, 300 North Meridian Street,
20    Indianapolis, Indiana, on March 14, 2017, at
21    9:44 a.m.
22
23              GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph | 917.591.5672 fax
24                  Deps@golkow.com
```

Scott Andrew Blanchard

```
 1    tell me when you are done.

 2         A.    Okay.

 3         Q.    As of July 10, 2015, is paragraph -- was

 4    Paragraph B2 a true statement?

 5              MS. PIERSON:  Object to form.

 6         A.   I don't know how to answer a true

 7    statement.  I mean, is this a statement on this

 8    page?

 9         Q.    Clever.  No.  What I'm asking you is,

10    this says -- here.  I will read it into the record.

11    "All reasonably identifiable processes and

12    procedures which would result in the elimination

13    or transfer to a less successful medium of any

14    unpreserved data and associated metadata which

15    would otherwise be required to be preserved or

16    produced have been suspended by the parties."

17              I'm asking you if on July 10, 2015, that

18    statement is true as it applies to Cook?

19              MS. PIERSON:  Object to the form and

20         beyond the scope of the Court's February 22nd

21         order, but you may answer.

22         A.   I don't know how this pertains to the

23    legal side of this, so I don't know that I'm -- you

24    are going to have to help me there.
```

Scott Andrew Blanchard

1            MS. PIERSON:  Object to the form of

2      the question.

3       A.    Make sure I'm thinking of the right

4   timeframe.  Can you ask that question again?

5       Q.    Yeah.  So -- well, let's -- we will lay

6   it out methodically.  May 6, 2016, the litigation

7   hold goes into place for Ms. Whitelock, correct?

8       A.    Correct.

9       Q.    According to the timeline, June 10,

10  2016, her network e-mail was collected?

11      A.    Correct.

12      Q.    And according to your previous

13  testimony, sometime in September of 2016, a server

14  search was performed?

15      A.    Okay.

16      Q.    Correct?

17      A.    Correct.

18      Q.    If during any of those -- during that

19  time period, if IT found any call notes either on

20  her computer, on the server or elsewhere during the

21  search that IT performed at the direction of

22  counsel, IT would have collected and preserved

23  those call notes, correct?

24            MS. PIERSON:  Object to form.

Scott Andrew Blanchard

1          A.      IT would have collected whatever

2     information would have been there.

3          Q.      So, if they existed, IT would have found

4     them and preserved them?

5          A.      If they would have existed, they would

6     have been found, correct.

7          Q.      The May 6, 2016 date that we see on your

8     chart, Exhibit 8, is that the date that the

9     litigation hold was placed on Ms. Whitelock's

10    Exchange account?

11         A.      That is correct.

12         Q.      Does Cook have a record that evidences

13    that the Exchange hold was placed on May 6, 2016?

14         A.      I do not have anything handy.  I don't

15    have anything I could show you, no.

16         Q.      And I'm not asking if you've got

17    something to show me, but somewhere back at Cook

18    does a document like that exist?

19         A.      An e-mail from legal would have

20    instructed, and there is generally a response that

21    the activity has occurred.

22         Q.      Let's shift gears to Leigh Conners.  Do

23    you know who Leigh Conners is?

24         A.      I know the name Leigh Conners.