| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Albarano, Paul | Manager, Corporate Accounts | CMI | 2/8/2017 |
| Alexander, Jim | Director, Product M | CI | 8/22/2016 |
| Alfrey, Rhonda | Manager, District Sales | CMT | 2/8/2017 |
| Allen, Chad | Manager, District Sales | CMI | 8/22/2016 |
| Andermann, Trish | Manager, District Sales | CMT | 2/8/2017 |
| Andersen, Charlotte | Inspector | WCE | 4/15/2013 |
| Andersen, Torben Peter | Team Leader, Product Development | WCE | 4/15/2013 |
| Andrade, George | Manager, Field Support | CMT | 2/8/2017 |
| Andrews, William | Specialist, Clinical | CMT | 2/8/2017 |
| Appel, Yvonne | Laboratory Technician, Quality Assurance | WCE | 5/2/2013 |
| Archie, Don | Regional Sales Manager | CMI | 6/24/2014 |
| Arnold, Brian | Senior Global Marketing Manager | CI | 7/1/2014 |
| Balestreri, Kristen | Manager, District Sales | CMT | 2/8/2017 |
| Balkcom, Andrea | Manager, Field Support | CMT | 2/8/2017 |
| Ballegaard, Susan Agerholm | Manager, Quality Engineering | WCE | 4/15/2013 |
| Barker, Kristin | Manager, District Sales | CMT | 2/8/2017 |
| Barron, Ivy | Specialist, Clinical | CMT | 2/8/2017 |
| Basse, Karin Frausing | Project Manager,Clinical (no longer at Cook) | WCE | 9/5/2013 |
| Bates, Dion | Clinical Project Manager | MED | 7/1/2014 |
| Bayawa, Eugene | Manager, District Sales | CMI | 5/26/2015 |
| Biggs, Nicholas | Manager, District Sales | CMT | 2/8/2017 |
| Bissonnette, Bradford | Specialist, Clinical | CMT | 2/8/2017 |
| Bonnez, Rikke | Engineering Process Developer | WCE | 9/5/2013 |
| Bordeaux, Peter | Manager, Regional Sales | CMI | 5/26/2015 |
| Bouchoutrouch, Mouna | Manager, District Sales | CMT | 2/8/2017 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Bowie, Douglas | Manager, Regional Sales | CMT | 2/8/2017 |
| Boyle, Steve | Manager, District Sales | CMI | 8/22/2016 |
| Brackney, Susan | Global Marketing Manager (no longer at Cook) | CI | 2/21/2014 |
| Bradshaw, Samuel | Specialist, Clinical | CMT | 2/8/2017 |
| Breedlove, Mark | Vice President, Peripheral Intervention SBU | CI | 2/21/2014 |
| Brough, Katelyn | Manager, Senior District Sales | CMT | 2/8/2017 |
| Brown, Jennifer | Director of Regulatory Science | MED now CRI (2015) | 2/17/2016 |
| Brummitt, Logan | Manager, Regional Sales | CMI | 3/29/2016 |
| Bryant, Kelly | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Burke, Joe | Clinical Specialist | CMI | 9/9/2014 |
| Busenbark, Molly | Specialist, Regulatory Affairs | CI | 4/15/2013 |
| Buur, Maria Gadeberg | Manager European Marketing Communications | WCE | 9/5/2013 |
| Byrom, Heidi | Manager, Senior District Sales | CMI | 8/22/2016 |
| Cabral, Jordan | Manager, District Sales | CMT | 2/8/2017 |
| Chadwick, John | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Chesser, Rosa | Manager, District Sales | CMT | 2/8/2017 |
| Choules, Brian | Research and Development Department | MED | 4/15/2013 |
| Christiansen, Henriette Stordal | Team Leader, PI, RA, Submissions, Regulatory Affairs | WCE | 4/15/2013 |
| Clark, Karen | District Manager | CMI | 9/9/2014 |
| Clemens, Anni | Project Leader, Risk Analysis Specialist, Product Development | WCE | 4/15/2013 |
| Clemmer, Tamara | District Sales Manager | CMI | 6/24/2014 |
| Clobes, Thomas | Manager, District Sales | CMT | 2/8/2017 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Cowan-Eksten, Nancy | Manager District Sales | CMI | 11/23/2016 |
| Craig, Dina | Manager, District Sales | CMT | 2/8/2017 |
| Cronan, Nicholas | Manager, District Sales | CMT | 2/8/2017 |
| Cruz, Joshua | Specialist, Clinical | CMT | 2/8/2017 |
| Cutrali, Mark | Regional Sales Manager | CMI | 6/24/2014 |
| Davis, Lisa | Manager, Regional Sales | CMI | 3/27/2015 |
| Dela, Christian | Engineer, Product Development | WCE | 3/27/2015 |
| Delafuente, Ed | Manager, District Sales | CMI | 5/26/2015 |
| DelConte, Kimberly | Field Product Specialist | CMI | 3/29/2016 |
| Deters, Elizabeth (Liza) | Manager, District Sales | CMI | 3/29/2016 |
| Dewsnap, Jason | Specialist, Clinical | CMT | 2/8/2017 |
| Dillon, Dan | Regulatory Scientist | CBI | 7/1/2014 |
| Dils, Jeff | Manager, Regional Sales | CMI | 3/27/2015 |
| Donley, Margaret | Manager, District Sales | CMT | 2/8/2017 |
| Douglas, Natalie (Shelly) | District Sales Manager | CM | 3/27/2015 |
| Driscoll, Margaret | Manager, Senior District Sales | CMT | 2/8/2017 |
| Dubois, Marc | North American Sales Manager | Cook Canada | 9/9/2014 |
| Duren, Lance | Manager, Regional Sales | CMI | 5/26/2015 |
| Dutson, Rhonda | Manager, Field Support | CMT | 2/8/2017 |
| Emory, Ryan | Manager, District Sales | CMI | 1/26/2016 |
| Engelhardt, Catharina | Regulatory Communication Coordinator | WCE | 4/22/2015 |
| Erkelens, Jeff | Manager, Global Product | CI | 8/22/2016 |
| Fearnot, Neal | President | Muffin | 7/1/2014 |
| Ferguson, Lynn | Manager, Software QE and Compliance Coordinator | CI | 2/21/2014 |
| Fil, Paul | Training Manager | CI | 8/22/2016 |
| Filipski, James | Manager, District Sales | CMT | 2/8/2017 |
| Fleck, Bruce | Product Specialist Venous Therapies | CMI | 2/21/2014 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Fox, Erika | Manager, District Sales | CMT | 2/8/2017 |
| Frecks, Kylie | Manager, District Sales | CMT | 2/8/2017 |
| French, Thomas | Manager, District Sales | CMT | 2/8/2017 |
| Frye, Mark | Senior Engineer | CI | 4/15/2013 |
| Gade, Christian | Purchaser | WCE | 4/15/2013 |
| Galla, Michael | Manager, District Sales | CMT | 2/8/2017 |
| Garza, Jeffrey | Manager, Senior District Sales | CMT | 2/8/2017 |
| Gerkey, Todd | Manager, Corporate Sales | CMI | 10/10/2016 |
| Glavey, Tony | Manager, Corporate Accounts | CMI | 10/10/2016 |
| Gour, Paul | Manager, District Sales | CMI | 8/22/2016 |
| Greaney, David | Manager, District Sales | CMT | 2/8/2017 |
| Griffin, Jennifer (Labbe) | Manager, District Sales | CMI | 10/10/2016 |
| Guthrie, Bill | Manager, District Sales | CMI | 3/27/2015 |
| Gyllun, Henrik | Manager, Quality Assurance | WCE | 4/15/2013 |
| Hagen, Briana | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Haggard, Adam | Manager, District Sales | CMI | 8/22/2016 |
| Haire, Brittany | Manager, District Sales | CMT | 2/8/2017 |
| Hall, Chad | Manager, District Sales | CMT | 2/8/2017 |
| Hamilton, Heather | Manager, District Sales | CMT | 2/8/2017 |
| Hammons, Elizabeth | Specialist, Clinical | CMT | 2/8/2017 |
| Hansen, Merete Kjoelby | Specialist, Medical Communication, Regulatory Affairs | WCE | 9/5/2013 |
| Harden, Rita | Director of Customer Relations and Regulatory Reporting | CI | 2/21/2014 |
| Hawkins, Kem | President | CGI | 2/21/2014 |
| Hayes, Kathryn | Manager, District Sales | CMT | 2/8/2017 |
| Heath, Zach | Manager, District Sales | CMI | 1/26/2016 |
| Hebenton, Tim | Manager, District Sales | CI | 10/26/2015 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Heise, Ted | Vice President, Regulatory Scientific Affairs | CI | 3/5/2014 |
| Helfand, Ben | Manager, District Sales | CMI | 10/10/2016 |
| Hemmingsen, Allan | Manufacturing Engineering | WCE | 4/15/2013 |
| Hendriksen, Per | Product Design Engineer | WCE | 4/15/2013 |
| Herzog, Andrew | Manager, District Sales | CMT | 2/8/2017 |
| Hirst, Marci | Manager, District Sales | CMT | 2/8/2017 |
| Hollander, Kyle | Manager, District Sales | CMT | 2/8/2017 |
| Hollom, Mandi | Manager, District Sales | CMT | 2/8/2017 |
| Houck, Tracy | Manager, District Sales | CMT | 2/8/2017 |
| Høy, Marianne | Manager, AI Regulatory Affairs | WCE | 9/9/2014 |
| Hughes, Ashley | Clinical Scientist | MED | 7/1/2014 |
| Hughes, James | Manager, District Sales | CMT | 2/8/2017 |
| Huss, Shelly (Dawn) | Manager, District Sales | CMI | 8/22/2016 |
| Isolda, Dominic | Manager, District Sales | CMT | 2/8/2017 |
| Isolda, Michael | Manager, District Sales | CMT | 2/8/2017 |
| Iversen, Lykke Sylow | Engineer, Quality Engineering | WCE | 4/15/2013 |
| Jackson, Caroline | Manager, District Sales | CMI | 3/27/2015 |
| Jacoby, Brandon | Manager, Sr. District Sales | CMI | 11/23/2016 |
| Jager, David | Manager, District Sales | CMI | 10/20/2015 |
| Jandrich, Nada | Director, Insurance | CGI | 3/7/2014 |
| Jensen, Kim Kruse | Engineer, Quality Engineering | WCE | 5/2/2013 |
| Jensen, Kim Lynge | Engineer, Quality Engineering | WCE | 2/21/2014 |
| Jensen, Thomas Willads | Assistant Product Manager | WCE | 4/15/2013 |
| Jessen, Anna Bjerg | Director of Quality Assurance & Regulatory Affairs | WCE | 9/5/2013 |
| Jester, Lacy | Specialist, Clinical | CMT | 2/8/2017 |
| Johnsen, Heidi Øllegaard | Project Leader, CAPA Team | WCE | 5/6/2016 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Johnsen, Jeppe Dufresne | Engineer, Product Development | WCE | 3/27/2015 |
| Johnsen, Shari | Manager, District Sales | CMI | 8/22/2016 |
| Johnson, Joshua | Specialist, Clinical | CMT | 2/8/2017 |
| Jones, Travis | Manager District Sales | CMI | 11/23/2016 |
| Joshi, Kajal | Specialist, Field Product | CMT | 2/8/2017 |
| Juliussen, Rasmus Boje Vendelbo | Engineer, Product Development | WCE | 3/27/2015 |
| Justice, Lauren | Manager, District Sales | CMT | 2/8/2017 |
| Keane, Inga | Coordinator, Regulatory Communications | WCE | 8/22/2016 |
| Keck, Kristopher | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Kerr, Jennifer | Vice President, Global Clinical Affairs | MED | 7/1/2014 |
| Khalil, Maher | Specialist, Clinical | CMT | 2/8/2017 |
| Khorey, Jillian | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Kimmey, Holly | Manager District Sales | CMI | 11/23/2016 |
| Kinninger, Trisha | North American Sales Manager | CMLLC | 10/17/2016 |
| Kintzle, Sara (Guillien) | Manager, Regional Sales | CMI | 3/27/2015 |
| Kirk, Thomas Hessner | Regulatory Affairs, Submissions | WCE | 1/9/2015 |
| Klarskov, Lisbeth | Coordinator Technical Documentation, Product Development | WCE | 9/9/2014 |
| Klausen, Kasper | Research Engineer | WCE | 3/30/2015 |
| Klintø, Anja Flebbe | Teamleader, Product Development | WCE | 6/24/2015 |
| Knott, John | Manager, District Sales | CMI | 1/26/2016 |
| Kold, Jens | Associate Engineer, Product Development | WCE | 3/27/2015 |
| Kollinger, Lauren | Manager, Corporate Accounts | CMT | 2/8/2017 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Kongstad, Line | Clinical Project Manager | WCE | 4/22/2015 |
| Konstantinowich, Finn | Oversees Manufacturing Processes Related to IVC Filters | WCE | 9/5/2013 |
| Koster, Marybeth | Manager, District Sales | CMT | 2/8/2017 |
| Kvistgaard, Anita | Manager of Document Control for Quality Assurance | WCE | 9/5/2013 |
| Lakic, Vesna | Manager, District Sales | CMI | 10/20/2015 |
| Lauffer, John | Manager, Senior District Sales | CMT | 2/8/2017 |
| Lavender, April | Senior Vice President, Regulatory Affairs | CI | 2/21/2014 |
| Lawrence, Christy | Specialist, Clinical | CMT | 2/8/2017 |
| Lawson, Patricia | Manager, District Sales | CMT | 2/8/2017 |
| Lebron, Fernando | Specialist, Clinical | CMT | 2/8/2017 |
| Lee, Jordan | Manager, District Sales | CMT | 2/8/2017 |
| Leith, Lynne | Manager, District Sales | CMT | 2/8/2017 |
| Levasseur, Danielle | Manager, District Sales | CMT | 2/8/2017 |
| Lillelund, Steen Schneidermann | Project Leader, CAPA Team, Engineering | WCE | 11/11/2016 |
| Lindblom, Kirk | Manager District Sales | CMI | 11/23/2016 |
| Linesch, Lauren | Manager, District Sales | CMI | 2/18/2016 |
| Lohmann, Kenneth | Manager, Regional Sales | CMT | 2/8/2017 |
| Longo, Mark | Regional Sales Manager | CMI | 6/24/2014 |
| Lovejoy, Marsha | Manager, Global Corporate Content | CI | 6/24/2016 |
| Lowinger, David | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Lundsteen, Nicholas Gulmann | Associate Engineer, Product Development | WCE | 3/27/2015 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Luneborg, Annette | Regulatory Communication Coordinator, Regulatory Affairs | WCE | 4/15/2013 |
| Lung, Courtney | District Sales Manager | CMI | 6/24/2014 |
| Lusignan, Michael | Specialist, Clinical | CMT | 2/8/2017 |
| Lyles, Rob | Executive Vice President | CI | 2/21/2014 |
| MacDonald, Ryan | Manager, District Sales | CMI | 10/10/2016 |
| Martin, Erin | Manager, District Sales | CMI | 8/22/2016 |
| Martin, Kacey | Specialis, PR & Social Media Content | CI | 6/24/2016 |
| McAvoy, Kyle | Manager, District Sales | CMT | 2/8/2017 |
| McBurnie, Edward | Manager, District Sales | CMT | 2/8/2017 |
| McCann, Becca | District Manager | CMT | 9/9/2014 |
| McCommon, Matthew | Specialist, Clinical | CMT | 2/8/2017 |
| McDermott, Trinity | Manager, District Sales | CMT | 2/8/2017 |
| McDonald, Katharine | Manager, District Sales | CMT | 2/8/2017 |
| McElroy, Amanda | Global Project Manager | CI | 2/21/2014 |
| McEwen, Kenny | Manager, District Sales | CMI | 10/10/2016 |
| McGinniss, Joseph (Chip) | Manager, Field Suport | CMI | 11/23/2016 |
| McIntosh, Charles | Vice President, Chief Medical Science & Technology Officer | CGI | 7/1/2014 |
| McMullan, Ian | Manager, District Sales | CMI | 10/10/2016 |
| McRoberts, Alyssa | Manager, Market Research & Analysis | CI | 2/21/2014 |
| Meade, Kevin | Manager, District Sales | CMT | 2/8/2017 |
| Miller, Donald | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Milling, Lars | Managing Director | WCE | 2/21/2014 |
| Minelli, Marissa | Manager, District Sales | CMI | 10/10/2016 |
| Mittleberg, Mark | District Sales Manager | CMI | 6/24/2014 |
| Mobley, Chris | Product Manager | CI | 5/26/2015 |
| Molgaard-Nielsen, Arne | Director of Research | WCE | 4/15/2013 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Monahan, Eric | Manager, District Sales | CMT | 2/8/2017 |
| Montgomery, Jessica | Manager, District Sales | CMT | 2/8/2017 |
| Morrison, Jake | Manager, District Sales | CMI | 1/28/2016 |
| Munkesoe, Camilla Wamberg | Regulatory Affairs Manager | WCE | 4/15/2013 |
| Nasiff, Bradley | Manager, District Sales | CMT | 2/8/2017 |
| Nielsen, Ditte Bruus | Engineer, Product Development | WCE | 11/18/2015 |
| Nielsen, Lars | Oversees Manufacturing Processes Related to IVC Filters | WCE | 9/5/2013 |
| Nielsen, Mette Neiendam | Communication Specialist, Regulatory Affairs | WCE | 4/15/2013 |
| Norgard, Sheridan | Manager, District Sales | CMT | 2/8/2017 |
| Norr, Andrew | Manager, District Sales | CMT | 2/8/2017 |
| O'Connor, Jessica | Manager, Senior District Sales | CMT | 2/8/2017 |
| O'Connor, Kevin | Manager, District Sales | CMI | 1/28/2016 |
| Øhlenschlaeger, Bent | Manager, Product Development | WCE | 9/9/2014 |
| Olsen, Kian | Sales and Marketing | WCE | 2/21/2014 |
| O'Neill, Rosemary | Manager, District Sales | CMT | 2/8/2017 |
| Parker, Tracy | Specialist, Clinical | CMT | 2/8/2017 |
| Pastorek, Amber | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Perkins, Penny | Manager District Sales | CMI | 11/23/2016 |
| Peters, Tara | Manager, Regional Sales | CMT | 2/8/2017 |
| Petersen, Tine | Documentation | WCE | 4/24/2013 |
| Peterson, Jeremy (Jeremiah) | Manager, District Sales | CMI | 10/10/2016 |
| Petruzates, Michael | Specialist, Clinical | CMT | 2/8/2017 |
| Pinter, Courtney | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Polverini, Peter | Manager, Clinical Programs | CMI | 3/27/2015 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Potts, Jimmie | Manager, District Sales | CMT | 2/8/2017 |
| Poulsen, Andreas | Engineer, Product Development | WCE | 11/18/2015 |
| Power, Darren | Manager, District Sales | CMT | 2/8/2017 |
| Quackenbush, Jessica | Manager, Senior District Sales | CMT | 2/8/2017 |
| Ragheb, Anthony | Research and Development Department | MED | 4/15/2013 |
| Rasmussen, David Wiese Nothlev | Engineer, Product Development | WCE | 11/18/2015 |
| Rathe, Adam | Manager, District Sales | CMI | 8/22/2016 |
| Ravnskjaer, Mette | Assistant Product Manager | WCE | 1/9/2015 |
| Reed, Morie | Manager, Sr. District Sales | CMI | 11/23/2016 |
| Reeves, Sarah | Engineering Team Leader | CI | 2/21/2014 |
| Reid, Kim | Manager, Field Support | CMT | 2/8/2017 |
| Reimer, Benjamin | Specialist, Clinical | CMT | 2/8/2017 |
| Reiter, Tim | District Sales Manager | CMI | 6/24/2014 |
| Rewerts, Matthew | Manager, Field Support | CMT | 2/8/2017 |
| Rich, Casey | Manager, District Sales | CMT | 2/8/2017 |
| Riley, Jordan | Specialist, Clinical Specialist - Outpatient Fac | CMT | 2/8/2017 |
| Roberts, Thomas B. | VP Quality Assurance and Chief Compliance Officer | CI | 2/21/2014 |
| Roudnev, Sergei | Manager, District Sales | CMI | 8/22/2016 |
| Rowe, Amy | Manager, Senior District Sales | CMT | 2/8/2017 |
| Rugge, Simone Dante | | | 12/22/2015 |
| Rush, Chris | Project Manager | CI | 2/21/2014 |
| Rush, Holly | Project Manager (AI) | CI | 10/17/2016 |
| Russell, Lindsey | Manager, District Sales | CMT | 2/8/2017 |
| Ryan, Sean | Manager, District Sales | CMT | 2/8/2017 |
| Saaco, Rich | Manager, Project | CMI | 8/22/2016 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Sahlgren, Susan Gall | Senior Product Manager and Supervisor, Product Management Team | WCE | 9/5/2013 |
| Saylor, Christy | Manager, District Sales | CMT | 2/8/2017 |
| Schmidt, Kristen | Manager, Sr. District Sales | CMI | 11/23/2016 |
| Schmith, Andreas Haagen | Engineer, Product Development | WCE | 11/18/2015 |
| Schmitt, Lauren (Ashley) | Manager, Regional Sales | CMI | 8/22/2016 |
| Schultz, Michael | Specialist, Field Product | CMT | 2/8/2017 |
| Schwab, Tyle | Manager, District Sales | CMI | 5/26/2015 |
| Schweininger, Rob | Manager Field Support | CMI | 8/22/2016 |
| Scully, Dave | Marketing Partnerships Manager | CI | 3/7/2014 |
| Seaman, Carol | VP, Cook Group, Chief Ethics and Compliance Officer | CGI | 2/21/2014 |
| Sedory, (Albert) Chip | Manager, District Sales | CMI | 1/26/2016 |
| Selden, Stacie | Manager, District Sales | CMT | 2/8/2017 |
| Senker-Donley, Meg | District Sales Manager | CMI | 6/24/2014 |
| Shaud, Jason | Manager, District Sales | CMI | 8/22/2016 |
| Siders, Taha | Specialist, Clinical | CMT | 2/8/2017 |
| Simelton, Eric | Manager, District Sales | CMI | 10/10/2016 |
| Simms, Rick | Manager, Corporate Accounts | CMT | 2/8/2017 |
| Simone, Teresa | Manager, District Sales | CMT | 2/8/2017 |
| Simons, Robert | Regional Manager | CMT | 9/9/2014 |
| Skødt, Carsten | Test Engineer | WCE | 4/24/2013 |
| Skovbo, Paw | Director of Operations | WCE | 9/5/2013 |
| Smith, (Rebecca) Becca | Manager, District Sales | CMI | 10/10/2016 |
| Smith, James | Training Coordinator | CMI | 3/27/2015 |
| Smith, James H. | Training Coordinator | CMI | 10/20/2015 |
| Smyser, Scott | Specialist, Clinical | CMI | 8/22/2016 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Speicher, Tracy | Marketing Specialist | CI | 2/21/2014 |
| Spielman, Dallas | Manager, Regional Sales | CMI | 11/23/2016 |
| Stafford, Clayton | Manager, District Sales | CMT | 2/8/2017 |
| Stanley, Bob | Manager, Corporate Accounts | CMI | 8/22/2016 |
| Staples, Major | Regional Sales Manager | CMI | 6/24/2014 |
| Stenger, Christopher | Manager, Regional Sales | CMT | 2/8/2017 |
| Stowe, James | Specialist, Clinical | CMT | 2/8/2017 |
| Svensson, Kerstin | Senior Product and Systems Specialist, Engineer | WCE | 10/17/2016 |
| Swann, Stephanie | Manager, District Sales | CMT | 2/8/2017 |
| Swanson, Brian | Manager, Senior District Sales | CMI | 10/10/2016 |
| Swigart, Malishia | Clinical Specialist | CMI | 3/27/2015 |
| Talbert, Darrell | Global Product Manager | CI | 4/15/2013 |
| Tanner, Kevin | District Sales Manager | CMI | 6/24/2014 |
| Tarrance, Scott | Manager, District Sales | CMI | 10/10/2016 |
| Taylor, Cathy | Project Manager | CI | 10/17/2016 |
| Teat, William | Manager, District Sales | CMT | 2/8/2017 |
| Thompson, Nathan | Manager, District Sales | CMT | 2/8/2017 |
| Thyregod, Jesper | Director of Engineering | WCE | 4/15/2013 |
| Tomasek, Charles | Manager, District Sales | CMI | 1/28/2016 |
| Torndahl, Inge K. | Coordinator, Quality Engineering | WCE | 4/15/2013 |
| Torrence, Chastity | District Manager | CMI | 9/25/2014 |
| Trame, Stephen | Clinical Specialist | CMI | 10/20/2015 |
| Trapani, Joe | Specialist, Field Product | CMI | 5/26/2015 |
| Trostle, Andrew | Manager, Regional Sales | CMI | 5/26/2015 |
| Ulness, Matt | Manager, District Sales | CMI | 1/28/2016 |
| Underhill, Brian | Specialist, Clinical | CMT | 2/8/2017 |
| Urias, Armando | Manager, District Sales | CMT | 2/8/2017 |
| Vela, Mike | Manager, District Sales | CMI | 8/22/2016 |

| Custodian | Title | Entity | Filter Hold Issued |
|---|---|---|---|
| Versluis, Jack | Manager, District Sales | CMI | 3/27/2015 |
| Vom Dorp, Barton | Clinical Speciality - PI | CM - Utah | 8/22/2016 |
| Von Feldt, David | Manager, District Sales | CMT | 2/8/2017 |
| Voorhees, Bill | Vice President, Chief Science Officer | MED | 3/5/2014 |
| Walmann, Lissi | Regulatory Communication Coordinator, Regulatory Affairs | WCE | 4/15/2013 |
| Wasson, Lee | Regional Sales Manager | CMI | 6/24/2014 |
| Waugh, Jason | Project Manager | CMI | 3/27/2015 |
| Webb, Lisa | Manager, Regulatory Affairs | CI | 2/21/2014 |
| Weems, Rodney | Manager, District Sales | CMT | 2/8/2017 |
| Whitelock, Courtney | Manager, District Sales | CMI | 5/6/2016 |
| Wilkinson, (Marvin) Scott | Manager, Regional Sales | CMI | 1/28/2016 |
| Wilson, Jana | Copywriting Specialist | CI | 2/21/2014 |
| Windsor, Dennis | Sales Training for IVC Filters | CMI | 2/21/2014 |
| Wolfe, Levi | Manager, District Sales | CMT | 2/8/2017 |
| Woltin, David | Manager, District Sales | CMT | 2/8/2017 |
| Woodcock, Steve | Manager, Regional Sales | CMI | 1/28/2016 |
| Wu, Diana | Marketing | CI | 2/21/2014 |
| Yonkman, Pete | President | CI | 2/21/2014 |
| York, William | Manager, District Sales | CMT | 2/8/2017 |
| Zaknoun, Elie | Manager, Corporate Accounts | CMI | 10/10/2016 |
| Zaknoun, Fadi | Manager, District Sales | CMT | 2/8/2017 |
| Zaloga, Tony | Manager, Business Development | CMI | 8/22/2016 |
| Zirbser, Jeff | District Manager | CMI | 9/9/2014 |