Confidential - Subject to the Protective Order

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                 INDIANAPOLIS DIVISION
 3                        - - -
 4    IN RE:  COOK MEDICAL, INC.,   :
      IVC FILTERS MARKETING, SALES  : Case No. 1:14-ml-2570-
 5    PRACTICES AND PRODUCTS        : RLY-TAB
      LIABILITY LITIGATION          :
 6    ----------------------------    MDL No. 2570
      This Document Relates to:     :
 7    All Actions                   :
      ------------------------------
 8
 9       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10                        - - -
11             Thursday, January 26, 2017
12                        - - -
13         Videotaped Deposition of COURTNEY WHITELOCK
14    held at Holiday Inn Express, 2580 Gulf to Bay Boulevard,
15    Clearwater, Florida, on the above date, beginning at
16    9:16 a.m., before Kimberly A. Overwise, a Florida
17    Professional Reporter, Certified Realtime Reporter, and
18    Notary Public.
19                        - - -
20
21
22              GOLKOW TECHNOLOGIES, INC.
             877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
25
```

Confidential - Subject to the Protective Order

```
1      BY MR. HEAVISIDE:
2      Q    Let me ask you about call notes.  You know
3  what call notes are?
4      A    Yes.
5      Q    What are they?
6      A    If I had an interaction with a physician, I
7  would usually send an e-mail just letting my boss know I
8  met with such and such and, you know, detail what
9  happened during the meeting.
10     Q    Okay.  And did you do that routinely through
11 the course of your employment with Cook?
12     A    On and off, yes.
13     Q    So, for example -- and we'll get into this
14 later, but in that document there, the defense fact
15 sheet, there's a list of meetings that you had with
16 Dr. Zuzga, for example.  All right?
17     A    (Witness nods head).
18     Q    And I'm going to represent to you that the
19 number of meetings exceeds 140.  Okay?  Does that sound
20 roughly accurate?
21          MS. PIERSON:  Object to form.
22          THE WITNESS:  Can you say that again?  Sorry.
23     BY MR. HEAVISIDE:
24     Q    Sure.  Rather than having to ask you how many
25 times have you ever met with Dr. Zuzga -- which I think
```