IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

    1:17-cv-00879-RLY-TAB

_____

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

1. Defendants have not served a Notice of Appearance in this matter.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Kimily Payne as Attorney In Fact for Michael W. Turquitt hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Dated: April 20, 2017.

                                                   */s/ Andrew E. McGraw*
                                                   Matthew D. Schultz, FL Bar # 640328
                                                   Andrew E. McGraw, FL Bar #638171
                                                   Levin, Papantonio, Thomas, Mitchell,
                                                   Rafferty & Proctor, P.A.
                                                   P.O. Box 12308 (32591-2308)
                                                   316 S. Baylen St., Suite 600
                                                   Pensacola, Florida 32502
                                                   mschultz@levinlaw.com
                                                   amcgraw@levinlaw.com
                                                   (850) 435-7140
                                                   (850) 435-7020 (fax)