IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
*Annette Sales-Orr*, 1:16-cv-02636

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff Annette Sales-Orr hereby submits *Plaintiff's Request for Oral Argument on Defendants' Motion for Judgment on the Pleadings*. Defendants filed a consolidated Motion for Judgment on the Pleadings seeking dismissal in six (6) different cases filed in this MDL. [Dkt. 4186] Ms. Sales-Orr filed her Response to Defendants' Motion. [Dkt. 4427]. Because Defendants raised arguments with regard to six (6) different plaintiffs in a single briefing, Ms. Sales-Orr would appreciate the opportunity to address any case-specific issues with regard to Defendants' Motion to mitigate any risk of confusion of the issues. Ms. Sales-Orr submits that oral argument, with respect to her case only, should require approximately thirty (30) minutes.

Dated: April 20, 2017

                                        Respectfully submitted,

                                        By:  /s/ John R. Crone
                                        John R. Crone (CO Bar No. 48284)
                                        ANDRUS WAGSTAFF, P.C.
                                        7171 W Alaska Drive
                                        Lakewood, CO 80226
                                        Telephone: (303) 376-6360
                                        Fax Phone: (303) 376-6361

John.Crone@andruswagstaff.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, a true and correct copy of *Plaintiff's Request for Oral Argument on Defendants' Motion for Judgment on the Pleadings* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Dated: April 20, 2017

Respectfully submitted,

By:   /s/ John R. Crone
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360
John.Crone@andruswagstaff.com