**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-759-RLY-TAB
Cause No. 1:17-cv-881-RLY-TAB
Cause No. 1:17-cv-882-RLY-TAB
Cause No. 1:17-cv-889-RLY-TAB

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: April 21, 2017                    /s/ Andrea Roberts Pierson
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana  46204
                                                          Telephone:  (317) 237-0300
                                                         Facsimile:  (317) 237-1000
                                                          E-Mail:  andrea.pierson@faegrebd.com
                                                          E-Mail:  john.schlafer@faegrebd.com

US.111229301.01

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson