# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Susan Collis and Gerald Collis

        Plaintiffs,        Court File No. 1:16-cv-01746-RLY-TAB

v.

Cook Incorporated, Cook Medical LLC,
and William Cook Europe ApS,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Parties' Joint Stipulation of Dismissal Without Prejudice of all claims of Susan Collis and Gerald Collis herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DELCARED** that all claims against Defendants Cook Incorporated, Cook Medical LLP, and William Cook Europe ApS that had accrued and could have been asserted in this action as of the date of the Parties' Stipulation of Dismissal Without Prejudice are dismissed without prejudice, with each party to bear its own costs.

SO ORDERED this 21st day of April, 2017.

                                                                    _____
                                                                    RICHARD L. YOUNG, JUDGE
                                                                    United States District Court
                                                                    Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.