## 401.8 VIOLATION OF NON-TRAFFIC PENAL STATUTE
## AS NEGLIGENCE PER SE

*Read or paraphrase the applicable statute or refer to the ordinance admitted in evidence.*

**Violation of this [statute] [ordinance] is negligence. If you find that** (defendant or individual(s) claimed to have been negligent) **violated this [statute] [ordinance], then** (defendant or individual(s) claimed to have been negligent) **[was] [were] negligent. You should then decide whether such negligence was a legal cause of** (claimant's) **[loss] [injury] [or] [damage].**

NOTES ON USE FOR 401.8

1. This instruction should not be given in a case involving violation of a traffic regulation prescribed by statute or ordinance or in other cases in which the violation is only evidence of negligence. Use instruction 401.9 instead. It is "negligence per se" to violate a penal statute or ordinance, not regulating traffic, which was enacted to protect a particular class of persons from a particular injury or type of injury. *deJesus v. Seaboard Coast Line Railroad Co.*, 281 So.2d 198 (Fla. 1973). When the legislative authority enacts such a statute or ordinance, it thereby prescribes a minimum standard of reasonable care to which every reasonably careful person will adhere. The jury is not at liberty to determine that the violation of such a standard is not negligence. *Richardson v. Fountain*, 154 So.2d 709 (Fla. 2d DCA 1963), and cases cited at 154 So.2d at 711; 38 AM.JUR. *Negligence* §158, at 827–29; but compare *Mastrandrea v. J. Mann, Inc.*, 128 So.2d 146 (Fla. 3d DCA 1963).

2. This instruction should not be used in "strict liability" cases in which liability is predicated on violation of a statute enacted to protect a particular class of persons who are unable to protect themselves. In such cases, the violator is strictly liable for the consequent injury, even though the violation was not the "proximate" or "legal" cause by traditional tests. *Sloan v. Coit International, Inc.*, 292 So.2d 15 (Fla. 1974); *Tamiami Gun Shop v. Klein*, 109 So.2d 189 (Fla. 3d DCA 1959), *cert. disch.* 116 So.2d 421; see *deJesus.*


EXHIBIT 3