IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Lori Jean Enter

Civil Case No. 1:16-cv-02090-RLY-TAB

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Lori Jean Enter herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Lori Jean Enter against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:16-cv-02090-RLY-TAB are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

SO ORDERED this 21st day of April 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record