1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:14-ML-02570-RLY-TAB<br>CASE NO.: 1:17-CV-00700-RLY-TAB<br><br>**Suggestion of Death of Plaintiff Randy Rainier Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB** [1] |

NOW   INTO   COURT   COMES   FORMER   COUNSEL   OF   RECORD   FOR

PLAINTIFF RANDY RAINIER ABRAMS:

Undersigned Counsel hereby gives notice that the Plaintiff in the above-captioned

matter, Mr. Randy Rainier Abrams, unfortunately passed away on December 25, 2016.[2]. This

action is not one of the enumerated types which are extinguished by a Plaintiff's death, under

the law of this action's home forum.[3] Therefore, his wife, Mrs. Drenner Abrams, through

undersigned counsel, hereby moves to substitute herself as plaintiff of record on behalf of her

deceased husband Randy Rainier Abrams in the civil action *Abrams v. Cook Medical, Inc., et*

*al.,* Case No. 17-CV-00700-RLY-TAB., under FRCP 25(a)(1).

---

[1] N.B.: The home forum for this action is the District of Arizona (See Short Form Complaint, ¶7, 1:17-cv-700, Dkt. #1)
[2] Exhibit A, Death Certificate of Mr. Randy Rainier Abrams.
[3] A.R.S 14-3110.

Page **1** of **2**

1    DATED: April 21, 2017          Respectfully submitted,

2

3                                   By:  /s/  Stephen B. Murray, Jr.
                                    STEPHEN B. MURRAY, JR. (LA SBN:  )
4                                   smurrayjr@murray-lawfirm.com
                                    **MURRAY LAW FIRM**
5                                   650 Poydras Street, Suite 2150
                                    New Orleans, Louisiana 70130
6                                   Telephone:     (504) 525-8100
                                    Facsimile:     (504) 584-5249
7
                                    *Attorney for Drenner Abrams*
8

9

10

11

12                  **CERTIFICATE OF SERVICE**

13        I HEREBY CERTIFY that on this 21st day of April, 2017, I electronically filed the

14   foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon

15   counsel of record by, and may be obtained through, the Court CM/ECF Systems.

16

17                                  By:  /s/  Stephen B. Murray, Jr.
                                    STEPHEN B. MURRAY, JR. (LA SBN:  )
18                                  smurrayjr@murray-lawfirm.com
                                    **MURRAY LAW FIRM**
19                                  650 Poydras Street, Suite 2150
                                    New Orleans, Louisiana 70130
20                                  Telephone:     (504) 525-8100
                                    Facsimile:     (504) 584-5249
21
                                    *Attorney for Drenner Abrams*
22

23

24

25

26

27

28