# STATE OF ARIZONA
## DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
### CERTIFICATE OF DEATH

State File NO. 102- 2016-055944

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | RANDY RAINIER ABRAMS |
| 2 | AKA'S (IF ANY) | |
| 3 | DATE OF DEATH | 12/25/2016 |
| 4 | SEX | MALE |
| 5 | SOCIAL SECURITY NUMBER | 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 |
| 6 | DATE OF BIRTH | 12/17/1962 |
| 7 | AGE | 54 |
| 8-11 | UNDER 1 YEAR / UNDER 1 DAY | |
| 12 | PLACE OF DEATH - HOSPITAL | [X] E.R./OUTPATIENT |
| 13 | PLACE OF DEATH - OTHER THAN HOSPITAL | |
| 14 | FACILITY NAME | FLORENCE HOSPITAL AT ANTHEM |
| 15 | CITY, TOWN & ZIP CODE OR LOCATION OF DEATH | FLORENCE 85132 |
| 16 | COUNTY OF DEATH | PINAL |
| 17 | BIRTHPLACE | CHICAGO, ILLINOIS |
| 18 | MARITAL STATUS AT TIME OF DEATH | MARRIED |
| 19 | NAME OF SURVIVING SPOUSE | DRENNER PARKER |
| 20 | DECEDENT'S USUAL RESIDENCE STREET ADDRESS | 4400 E SILVER BELL RD |
| 21 | CITY AND COUNTY | SAN TAN VALLEY, PINAL |
| 22 | STATE | ARIZONA |
| 23 | ZIP CODE | 85143 |
| 24 | EVER IN THE ARMED FORCES | YES |
| 25 | HISPANIC ORIGIN? | [X] NO, NOT SPANISH, HISPANIC OR LATINO |
| 26 | DECEDENT'S RACE(S) | [X] BLACK, AFRICAN AMERICAN |
| 28 | OCCUPATION | OWNER |
| 29 | FATHER'S NAME | RICHARD ABRAMS |
| 30 | MOTHER'S NAME | GERALDINE MARTIN |
| 31 | INFORMANT'S NAME | DRENNER ABRAMS |
| 32 | RELATIONSHIP | SPOUSE |
| 33 | INFORMANT'S MAILING ADDRESS | 4400 E SILVER BELL RD, SAN TAN VALLEY, ARIZONA 85143 |
| 34 | NAME AND ADDRESS OF FUNERAL FACILITY | HERITAGE FLORENCE FUNERAL HOME 360 NORTH PARK STREET, FLORENCE, AZ |
| 35 | FUNERAL DIRECTOR | LAURA CLARK, FUNERAL DIRECTOR |
| 36 | LICENSE NUMBER | F1506 |
| 37 | METHOD(S) OF DISPOSITION | CREMATION |
| 38 | NAME AND LOCATION OF 1st DISPOSITION FACILITY | HERITAGE CREMATORY, EL MIRAGE, ARIZONA |
| 39 | NAME AND LOCATION OF 2nd DISPOSITION FACILITY | NONE |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART 1

| Line | Cause | Approximate Interval |
|---|---|---|
| 40. A IMMEDIATE CAUSE OF DEATH | CARDIAC ARREST | UNKNOWN |
| 42. B DUE TO OR AS A CONSEQUENCE OF | CORONARY ARTERY BLOCKAGE | UNKNOWN |
| 44. C DUE TO OR AS A CONSEQUENCE OF | HYPERTENSION | UNKNOWN |
| 46. D DUE TO OR AS A CONSEQUENCE OF | | |

### CAUSE OF DEATH PART II

| # | Field | Value |
|---|---|---|
| 48 | OTHER SIGNIFICANT CONDITIONS | |
| 49 | INJURY? | NO |
| 50 | INJURY AT WORK? | NO |
| 51 | MANNER OF DEATH | NATURAL DEATH |
| 52 | TIME OF DEATH | 07:46 AM |
| 53 | WAS AN AUTOPSY PERFORMED? | NO |
| 54 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE AND MANNER OF DEATH CERTIFICATION

[X] Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

[ ] Medical Examiner/Tribal Law Enforcement Authority

| # | Field | Value |
|---|---|---|
| 55 | NAME OF PERSON COMPLETING CAUSE OF DEATH | DR. BRETT WILLDEN |
| 56 | DATE CERTIFIED | 01/04/2017 |
| 57 | CERTIFIER'S ADDRESS | 4545 N HUNT HIGHWAY, FLORENCE, AZ 85132 |
| 58 | NAME OF REGISTRAR | KANDI HARRIS |
| 59 | DATE REGISTERED | 01/05/2017 |

DATE ISSUED: 01/05/2017



Abrams v. Cook Medical, Inc., et al
Exhibit A
USDC Arizona Case No. 17-CV-00700-RLY-TAB

J0147150

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE