IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB | CASE NO.: 1:14-ML-02570-RLY-TAB<br>CASE NO.: 1:17-CV-00700-RLY-TAB<br><br>**Suggestion of Death of Plaintiff Randy Rainier Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB** |

**PROPOSED ORDER**

CONSIDERING THE FOREGOING Suggestion of Death of Plaintiff Randy Rainier Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Suggestion of Death of Plaintiff Randy Rainier Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB is hereby GRANTED.

SO ORDERED this ___ day of _____, 2017.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana