# EXHIBIT C

# Cook Medical

## IVC Filters: Fracture and Perforation

Brian Choules, PhD
Director of Non-clinical Testing

August 25, 2011

# Literature Reported Caval Perforation Rates

| Perforation Rate | Detail | Filter | Source | Author |
|---|---|---|---|---|
| Arm perforation 100% (n=14), Leg perforations 36% (n=5) | | Recovery | J Vasc Interv Radiol 2009; 20:52–60 | J.E. Hull and S.W. Robertson |
| All: Grade 2 (23.4%), Grade 3 (40.6%) Tulip: Grade 2 (62.5%), Grade 3 (12.5%) | Grade 2 Completely outside lumen, Grade 3 contacts adjacent organs and retroperitoneal structures | Recovery (n=65), G2(n=78), Tulip(n=16), optease (n=6) | J Vasc Interv Radiol 2011; 22:70–74 | J.C. Oh, et al. |
| 51.3% (n=20) | | G2 | J Vasc Interv Radiol 2011; 22:806–812 | X. Zhu, et al. |
| Gunther Tulip: Grade 3: 22% (n=5), Grade 4: 17% (n=4)), Celect: Grade 3: 41% (n=11), Grade 4: 15% (n=4)) | Grade 3 contacting adjacent structure, Grade 4 perforation of adjacent structure | Celect/ Tulip | Cardiovasc Intervent Radiol Received: 22 December 2010 / Accepted: 11 March 2011 | J. C. Durack, et al. W.M. Bernhard, et al. |
| 15-27% | | Greenfield | Arch Surg 1978; 113:1264-1271 AIR 1980; 134; 1047–1052 | L.L. Berland, et al. |
| 2.9% (n=39) | | Option | J Vasc Interv Radiol 2010; 21:1173–1184 | M.A. Johnson, et al. |

Perforation rates are high, however occurrence of clinical symptoms is low

# Nature of Caval Perforation

- The nature of a perforation identified by CT/Angiogram is debated
  - True Perforation – Arm of Filter completely passes through IVC wall
  - Psuodo perforation - myointimal remodeling



John C. Oh, MD, Scott O. Trerotola, MD, Mandeep Dagli, MD, Richard D. Shlansky-Goldberg, MD, Michael C. Soulen, MD, Maxim Itkin, MD, Jeffrey Mondschein, MD, Jeffrey Solomon, MD, and S. William Stavropoulos, MD

J Vasc Interv Radiol 2011; 22:70-74

# Caval Perforation

– Even with perforation, retrievable filters have a good success rates in removal when the apex of the filter is not against the wall of the IVC (i.e., low degree of tilting).





Jeffrey E. Hull, MD, and Scott W. Robertson, PhD
J Vasc Interv Radiol 2009; 20:52–60

# Caval Perforations

- Perforations have been associated with caudal migration, tilting and arm or leg extension and fracture




Mohammad Arabi, MD, FRCR, Jonathan M. Willatt, MBChB, James J. Shields, MD, Kyung J. Cho, MD, and Wojciech B. Cwikiel, MD, PhD

J Vasc Interv Radiol 2010; 21:923–926

# *In vitro* Perforation Resistance Testing

- ISO 25539 Part 3 Standard is currently FDIS and is likely to be published 2012
- ISO 25539 Part 3 Standard does *not* require perforation testing
- No methods are reported in literature
- Animal model can provide some information, but really isn't adequate in accurately predicting a filter's propensity for perforation
- Need a perforation test!

# Challenges in Developing a *in vitro* Perforation Resistance Test

- Loads and displacements related to caudal migration
- Nature of loads: Cyclic?
- IVC model: is simulating remodeling necessary?
- Best we can do is a *comparative* test against a control with history of clinical perforation

# Literature Reported Fracture Rates

| Reported Fracture Rate | Filter | Source | Author |
|---|---|---|---|
| 21% (n=3) | Bard Recovery | J Vasc Interv Radiol 2009; 20:52–60 | J. E. Hull and S. W. Robertson |
| 25% (n=7), Recovery 12% (n=6), G2 | Bard Recovery andG2 | www.archinternmed.com, August 9, 2010 | William Nicholson, et al. |
| 2% (n=2) | Bard G2 | J Vasc Interv Radiol 2011; 22:806–812 | X.Zhu, et al. |
| 0% (n=50) | Cook Celect / Tulip | Cardiovasc Intervent Radiol Received: 22 December 2010 Accepted: 11 March 2011 | J. C. Durack, et al. |
| 0% (n=39) | Rex Medical Option | J Vasc Interv Radiol 2010; 21:1173–1184 | M. S. Johnson, et al. |
| 3% (n=8) | Cordis TrapEase 372 | J Endovasc Ther 2006;13:365– | S.P. Kalva, et al. |

With exception of Recovery and G2, fracture rates are low

# Filter Fracture

- Hull and Robertson (JVIR 2009; 20:52-60)
  - Reported all Recovery filter arms that fractured had previously perforated vena cava.



# Filter Fracture

- With perforation and tilting, fracture is intuitively more likely to occur
- Legs are extended beyond what is expected, thus raising stresses when physiologic loads are applied resulting in fracture

# ISO 25539 Part 3 and Fatigue

- Example Fatigue mode is compression resulting from respiration
  - fatigue test is designed to according to this mode
- Requires Stress/Strain analysis (e.g., FEA) including: manufacturing, catheter loading, delivery, deployment, *in vivo loading, and if appropriate retrieval/conversion*
- Fatigue test Parameters:
  - Flat plate crush of filter in a tube
  - 10 years equivalent cycles (e.g., 80 million), unless otherwise justifie



# Fatigue Testing Challenges

- Displacement or % crush of flat plate fatigue test
- Deformation of filter is dependent upon resistance of filter to *in vivo* forces
  - Radial Force is different for each design
  - Thus, not every filter will likely not compress the same amount *in vivo*
- Appropriate way to attach arms/legs to silicone tube
- Selection of degree of tilt
- Is Flat Plate Fatigue mode sufficient to model the forces seen *in vivo*?

Fracture rates are low an indication that the flat plate fatigue test is doing a good job, however further understanding and standardization of *in vivo* loads is desirable

# Fatigue Testing

- One might be tempted to require fatigue testing of the filter *after tilting and leg extension*
- However, if we have a predictive perforation resistance test, tilting and leg extension is less likely to occur and fatigue testing of tilted filter with extended legs would not be warranted

# Conclusions

- Filters with one exception have low fracture rates
- Filter leg perforations can lead to caudal migration, tilting, leg extension and fatigue failures
- Flat Plate Fatigue test described in ISO FDIS 25539 Part 3 coupled with a needed penetration resistance test should be adequate to evaluate filter penetration and fatigue resistance
- Further understanding and standardization of the fatigue modes and loads is desirable
- Currently no industry standard test for perforation resistance and comparative perforation test methodology needs to be developed