# EXHIBIT D

# Factors Associated with Failed Retrieval of the Günther Tulip Inferior Vena Cava Filter

Joel S. Marquess, BS, Charles T. Burke, MD, Ashley H. Beecham, MS, Robert G. Dixon, MD, Joseph M. Stavas, MD, Alan A. Sag, BS, Gary G. Koch, PhD, and Matthew A. Mauro, MD

PURPOSE: To identify potential factors associated with failed retrieval of the Günther Tulip inferior vena cava (IVC) filter.

MATERIALS AND METHODS: A retrospective review was performed of patients who underwent placement of the Günther Tulip filter with at least one attempt at filter retrieval over a 3-year period. Patient demographics, filter dwell time, filter angulation, and filter leg protrusion were analyzed.

RESULTS: A total of 188 patients were included in the study. Primary retrieval success was achieved in 166 patients (88.3%), for an overall retrieval success rate of 94.2%. The overall mean dwell time was 63 days, whereas the mean dwell time in cases of retrieval failure was 95.4 days. A total of seven filters were in place for longer than 6 months, four of which were successfully retrieved. The degree of filter tilt was not found to be significantly related to retrieval success ($P = .36$), even though filter angulation was commonly cited as a reason for retrieval failure. On venography, 90.9% of filters that could not be retrieved showed leg protrusion beyond the lumen of the IVC. Finally, increasing patient age also correlated with retrieval failure ($P = .01$).

CONCLUSIONS: Prolonged dwell time and increasing patient age are associated with failed filter retrieval. However, even filters in place for extended periods can be safely removed.

J Vasc Interv Radiol 2008; 19:1321–1327

Abbreviations: GTF = Günther Tulip filter, IVC = inferior vena cava, PE = pulmonary emboli

ALTHOUGH anticoagulation is the standard of care for the management or prevention of deep vein thrombosis, there are circumstances in which anticoagulation is contraindicated or insufficient in the prevention of the complications of thromboembolic events. Such circumstances include severe trauma, pre- or postoperative state, and active or recent internal hemorrhage. In such instances, the use of inferior vena cava (IVC) filters has been demonstrated to be an effective method of pulmonary thromboembolism prophylaxis (1–3). However, studies have shown that IVC filters are not without risk; IVC filters have been found to be associated with increased risks of IVC thrombosis, IVC injury, filter migration, and deep vein thrombosis after extended periods (1,2). For this reason, retrievable IVC filters have been developed, which, in turn, has led to increased use in pulmonary emboli (PE) prophylaxis because of the potential for removal of the filter when it is no longer needed (4).

The Günther Tulip filter (GTF; Cook, Bloomington, Indiana) is one such retrievable filter that was approved by the United States Food and Drug Administration for use in 2003. Studies have demonstrated the safety of recovering the GTF with dwell times as long as 33.6 days (5–7). However, some patients may require PE prophylaxis for extended periods, necessitating extended GTF dwell times. Although case reports have documented that the GTF can be successfully and safely retrieved as late as 475 days after insertion (7,8), to date, most studies have concentrated on GTF retrieval 2–4 weeks after insertion (6,9–11). Few studies have evaluated the factors that may contribute to difficult GTF removal. Therefore, the aim of this study was to retrospectively review the GTF retrieval attempts at a single institution during a 3-year period and evaluate several variables—including dwell time, filter tilt, patient demographics, and placement indication—and their effect on GTF retrievability.

## MATERIALS AND METHODS

This retrospective study was approved by the institution's institu-

From the Department of Radiology (J.S.M., C.T.B., R.G.D., J.M.S., A.A.S., M.A.M.) and Department of Biostatistics, School of Public Health (A.H.B., G.G.K.), University of North Carolina, Chapel Hill, North Carolina. Received September 24, 2007; final revision received May 30, 2008; accepted June 3, 2008. **Address correspondence to** C.T.B., Department of Radiology, CB #7510, 101 Manning Dr., Chapel Hill, NC 27599-7510; E-mail: charles_burke@med.unc.edu

None of the authors have identified a conflict of interest.

© SIR, 2008

DOI: 10.1016/j.jvir.2008.06.004

tional review board, and the Health Insurance Portability and Accountability Act was observed.

### Data Acquisition

A database was established to include all patients (identified by billing records) who underwent IVC filter placement between January 2004 and December 2006 at a single academic institution. Individual electronic medical records were reviewed, and those who had filters other than the GTF placed or had a GTF placed but underwent no subsequent retrieval attempt were excluded. Patient demographic information, filter placement indication, and procedural details from filter placement and retrieval were recorded in the database. Filter tilt and leg protrusion from the lumen were determined with electronic imaging records with picture archiving and communications system software (IMPAX; Agfa, Mortsel, Belgium). Filter protrusion was defined by any leg of the filter extending beyond the vena cava lumen on an anteroposterior IVC image at the time of retrieval. The magnitude and direction of GTF tilt were assessed on the picture archiving and communications system workstation with the angle markup tool. First, the angle base was established parallel to the walls of the IVC in the vicinity of the GTF footplates to best represent the midline axis of the IVC. A second line was drawn from the apex of the filter, bisecting the image of the filter, to represent the tilt axis of the device. The workstation generated a readout in degrees, and all angles were rounded to the nearest full degree. Retrieval failure was determined to have occurred if any of the following occurred: (i) the filter could not be snared and retrieved, (ii) modified retrieval techniques were necessary, or (iii) the procedure was abandoned after vena cavography. Dwell time was defined as the time from insertion until the initial retrieval attempt. Complications related to filter insertion or retrieval were recorded.

### Filter Placement

All filters were placed and retrieved by board-certified interventional radiologists with 1–25 years of experience. Written informed consent was obtained for all procedures. Intravenous fentanyl (Baxter Healthcare, Deerfield, Illinois) and midazolam (Ben Venue Laboratories, Bedford, Ohio) were used for moderate sedation when necessary, and 1% Xylocaine (AstraZeneca, Wilmington, Delaware) was used for local anesthesia.

The patency of the selected insertion vein (right internal jugular vein or right or left common femoral vein) was confirmed by ultrasound (US); the area was prepared and draped with standard aseptic techniques. Venous access was obtained under US guidance; a 2-cm marked sizing flush catheter (Omniflush; AngioDynamics, Queensbury, New York) was used to perform inferior vena cavography. The IVC image was obtained with power injection of 15–20 mL contrast medium for total volumes of 30–40 mL. Digital subtraction imaging was performed with calibration to the markings on the flush catheter. Inferior vena cavography was used to identify aberrant venous anatomy, calculate the IVC diameter, and identify the location of the renal veins. After IVC imaging was completed, the filter introducer sheath (Cook, Bloomington, Indiana) was placed and the GTF was deployed; the hook of the filter was positioned just below the renal vein confluence or below the lowermost renal vein in cases of asymmetric renal vein levels.

### Filter Retrieval

Filters were preferentially retrieved from the right internal jugular vein. In instances in which the right internal jugular vein was occluded, alternative access sites were used, including the right external jugular vein and left internal jugular vein. In all cases, venous access was obtained with US guidance, and a guide wire was passed to the inferior aspect of the IVC under fluoroscopic guidance. A flush catheter (Omniflush; AngioDynamics) was placed over the guide wire and an inferior vena cavogram was obtained in the anteroposterior projection, with any filling defects or filter malpositioning noted. An 11-F sheath (Cook) was advanced to a level just cephalad of the filter hook. The retrieval snare (Cook) or Amplatz goose neck snare (Microvena, St. Paul, Minnesota) was then advanced through the sheath and used to snare the hook of the filter. After the filter was snared, the sheath was then advanced over the filter, separating the legs from the IVC wall and allowing for filter removal.

### Statistics

Data analyses were performed with SAS software (version 9.1; SAS, Cary, North Carolina). Continuous variables were described as means ± SD. Demographic and background explanatory variables were initially tested for association with retrieval success with Pearson $\chi^2$ tests (or Fisher exact tests when low small cell counts were present) for categoric variables and Pearson correlation coefficients for continuous variables. In an additional analysis, stepwise multivariate logistic regression was performed to identify factors that, when considered together, were predictive of retrieval status. Statistical significance was achieved at a two-tailed $P$ value of less than .05.

## RESULTS

A total of 802 patients underwent IVC filter placement during the study period. After excluding patients with filters other than GTFs and patients who did not undergo attempted filter retrieval, 188 patients were identified for the study population. In addition, 22 of 188 cases did not have adequate vena cavograms to evaluate for filter leg protrusion or tilt, and two cavograms were adequate for tilt measurement but did not allow for determination of protrusion. Therefore, these cases were excluded from analysis when these factors were considered. Patient demographics and filter indications are listed in **Table 1**.

There were 22 retrieval failures (11.7%). Of these, 11 GTFs were later successfully retrieved with modified retrieval methods, resulting in a total of 177 filters retrieved (94.2%). One patient in this cohort has been described in a previous report (12). For the analyses in this article, all failed initial retrieval attempts were considered retrieval failures even if the filter was eventually retrieved.

**Cook IVCF 008364**

### Reasons for Retrieval Failure

Reasons given in the medical records for filter retrieval failure included abortion of the procedure before retrieval attempt ($n = 7$, 31.8%), failure to snare the filter hook ($n = 9$, 40.9%), and failure to advance the retrieval sheath over the snared filter ($n = 6$, 27.3%). Reasons given for aborting the procedure before the retrieval attempt included large thrombus volume in or around the filter ($n = 4$), filter legs protruding through the IVC wall on venography ($n = 2$), and IVC occlusion below the filter ($n = 1$). Among those filters unable to be snared, eight could not be snared because of excessive filter tilt, with four of these involving the hook opposing the IVC wall; one filter could not be snared because of thrombus adherent to the hook (**Fig 1**). Of the six filters that were successfully snared but could not be fully introduced into the retrieval sheath, five involved the being firmly embedded within the wall of the IVC, and one retrieval was aborted because of the appearance of the legs penetrating the IVC wall (**Table 2**).

*Patient demographics.*—Three different demographic features were analyzed for association with failed filter retrieval: age, sex, and race. The mean age of patients in this study was 44.7 years ± 13.8 (range, 15.8–82.7 y; median, 45.6 y). The mean age for patients with successful retrievals was 43.9 years (range, 15.8–78.1 y), and the mean age among those whose retrieval attempts failed was 51.7 years (range, 24.0–82.7 y). Patient age was found to correlate significantly with retrieval outcome ($P = .01$). There were 64 men and 124 women included in the study. The overall failure rate for men was 10.9%, and that for women was 12.1%. Patient sex was found to have no correlation with outcome ($P = 0.81$). Finally, with regard to race, failure rates were 11.6% for white patients, 11.9% for black patients, and 11.8% for patients of other races; these numbers did not reach significance ($P > .05$).

*Filter placement indication.*—There were multiple indications noted for filter placement: patients undergoing filter placement for prophylaxis after major trauma were categorized as "trauma" ($n = 39$), those receiving a filter before gastric bypass surgery were listed as "gastric bypass" ($n = 96$), and those with established deep vein thrombosis or PE were listed as "thromboembolic disease" ($n = 42$). Patients who required a filter but did not fit any of these three categories were categorized as "high risk" ($n = 11$). The filter retrieval failure rates for trauma, gastric bypass, thromboembolic disease, and high risk were 12.8%, 7.3%, 19.1%, and 18.2%, respectively. Indication for filter placement was not found to correlate significantly with retrieval outcome ($P > .05$).

| Table 1 | |
|---|---|
| **Patient Demographics** | |
| Characteristic | Value |
| Sex (M/F) | 64/124 |
| Age (y) | |
|   Range | 15.8–82.7 |
|   Mean ± SD | 44.7 ± 13.8 |
|   Median | 45.6 |
| Race | |
|   White | 129 |
|   Black | 42 |
|   Other | 17 |
| Indication for filter placement | |
|   Gastric bypass | 96 |
|   Trauma | 39 |
|   Documented thromboembolic disease | 42 |
|   Other cause of high risk | 11 |



**Figure 1.** Images from a 36-year-old man involved in a motor vehicle accident. An IVC filter had been placed for PE prophylaxis. **(a)** Venogram at the time of initial intent to retrieve the filter demonstrates small thrombus on the retrieval hook (arrow). The thrombus prevented advancement of a snare around the retrieval hook. Also, note the protrusion of the filter legs beyond the flow lumen of the IVC (arrowheads). **(b)** The filter was successfully retrieved with the use of transbronchial biopsy forceps to grab the retrieval hook.

*Placement site.*—One hundred fifty-five GTFs were placed from a right internal jugular vein approach (82.4%), 27 filters (14.4%) were placed from the right common femoral vein approach, and six filters (3.2%) were placed from the left common femoral vein approach. Of the filters placed from a right internal jugular vein approach, retrieval failed in 14 (9.0%). When placed from the right common femoral vein, six of 27 filters (22.2%) were classified as retrieval failures, as were two of the six filters placed from the left common femoral vein (33.3%). This difference in retrieval success between

**Cook IVCF 008365**

Table 2
Reasons and Contributing Factors Cited for Retrieval Failure

| Reason for Failure/Contributing Factors | Cases |
|---|---|
| Abandoned | 7 (31.8) |
| Thrombus | 4 |
| Extravascular filter legs | 2 |
| IVC occlusion | 1 |
| Failed snare of filter hook | 9 (40.9) |
| Filter tilt | 8 |
| Thrombus at filter hook | 1 |
| Failure to advance sheath | 6 (27.3) |
| Filter leg incorporation | 5 |
| Extravascular filter legs | 1 |

Note.—Values in parentheses are percentages.

right internal jugular vein and combined common femoral vein placements was significant ($P = .03$).

*Retrieval site.*—The right internal jugular vein was accessed for GTF retrieval in 186 retrieval attempts (98.4%). The right external jugular vein was accessed in one attempt and the left internal jugular vein in two attempts. All filter retrievals from alternative access sites were successful.

*Dwell time.*—The mean dwell time of all GTFs was 63.0 days ± 44.1 (range, 1–269 d; median, 47 d). Among filters with failed retrieval attempts, the average dwell time was 95.4 days ± 70.3 (range, 19–269 d; median, 68.0 d). Among the successfully retrieved filters, the average dwell time was 58.7 days ± 37.6 (range, 1–198 d; median, 45.0 d). Increased dwell time was found to be a significant factor in determining retrieval success ($P < .001$).

*Tilt.*—There were 22 cases in which the degree of filter tilt at retrieval was unknown, and these cases were excluded from the analysis. Of the remaining 166 cases, 151 had filter tilt noted at the time of retrieval. Among those filters with tilt, 19 (12.6%) were classified as retrieval failures. Of those filters with no tilt, three (20%) were classified as retrieval failures. All filters with unknown tilt status were successfully retrieved. When the degree of tilt was quantified, failure rates were 14.3% for filters with 0°–10° of tilt ($n = 126$) and 10% for filters with more than 10° of tilt ($n = 40$). There



Figure 2. Venogram during the retrieval of an IVC filter placed for PE prophylaxis in a 54-year-old woman before gastric bypass surgery. The filter had been in place for 54 days and is tilted 30° to the right. Note that one of the filter legs appears to protrude beyond the wall of the IVC (curved arrow). Despite these factors, the filter was removed without complication.

were three filters (1.8%) with tilt greater than 20°, which were all retrieved successfully **(Fig 2)**. The relation between degree of filter tilt and retrieval success was not significant ($P = 0.36$).

*Filter leg protrusion.*—Filter leg protrusion was analyzed in 164 cases; there were 24 cases in which filter leg protrusion outside the lumen could not be determined on the available venograms. Of the 164 filters that could be analyzed, leg protrusion was identified in 152 (92.6%). Retrieval failed in 20 filters with leg protrusion (13.2%), compared with only one of 12 filters with no protrusion (8.3%). Of the filters that were excluded, only one (4.2%) could not be retrieved. When examining all filters in which retrieval failed, 20 of 22 (90.9%) had leg protrusion on venography. Overall, 132 filters with leg protrusion (79.0%) were successfully retrieved. Protrusion of filter legs did not reach significance for retrieval failure ($P = 1.00$).

### Logistic Regression Model

A stepwise method was applied to fit a logistic model for the log odds of retrieval success. All factors were eligible for entry into the model. The factors that came into the model below the $P = .05$ significance level were identified for inclusion in the final logistic model. These factors were dwell time (0.86 odds ratio per 10 days [95% CI, 0.78–0.95], $P < .001$), age (0.61 odds ratio per 10 years [95% CI, 0.41–0.86], $P = .01$), and insertion vein (4.58 odds ratio for internal jugular vein vs common femoral vein [95% CI, 1.40–14.95], $P = .03$). As noted, the effects of dwell time and age on retrieval success are strong, with both having $P$ values well below .05. The effect of insertion vein on retrieval success is not quite as strong but is still noteworthy.

### Complications

There was one major complication identified during the study period: pericardial tamponade secondary to right ventricular injury. The injury occurred as a result of the guide wire inadvertently becoming coiled in the right ventricle. This was not immediately recognized and the sheath was advanced into the right ventricle. After this was recognized, the sheath was withdrawn and the guide wire was replaced; the filter was removed without further incident. After the procedure, the patient reported chest pain, and echocardiography demonstrated a large pericardial effusion. This led to pericardial tamponade requiring emergent pericardiocentesis. The patient was admitted to the hospital for observation and recovered uneventfully.

There was one recorded minor complication. One difficult retrieval procedure led to an intimal injury of the wall of the IVC (12). The patient remained asymptomatic, and this resolved on subsequent imaging with no known long-term clinical consequence.

### DISCUSSION

The introduction of IVC filters has proven to be a great achievement in the prevention of pulmonary embolism in patients at high risk for whom anticoagulation is contraindicated or

Cook IVCF 008366

Case 1:14-ml-02570-RLY-TAB   Document 4439-4   Filed 04/21/17   Page 6 of 8 PageID #: 10149

insufficient. Unfortunately, the risk of filter-related complications increases when the filter is left in place for extended periods of time (10,13). Temporary IVC filters were developed to allow removal of the filter device after the risk of PE was deemed sufficiently low, but these devices require tethering outside the body, which introduces a risk of infection (14). Optional retrievable filters have shown to be an effective method of PE prophylaxis that allows retrieval of the device after it is no longer needed, which reduces the risk of long-term complications. In addition, these filters are designed to be permanent if retrieval is not planned (15). Even when a filter is inserted with the intent of later retrieval, this is often not the case. There are multiple reasons a retrievable filter may be left in place permanently, including prolonged PE prophylaxis, large volume of thrombus within the filter, and technical failure of the retrieval procedure (16).

There are many factors that may contribute to technical failure in the retrieval of the GTF. For instance, filter tilt after deployment may result in the hook of the filter being positioned adjacent to the vessel wall, making it difficult to advance the snare around the hook (17); or thrombus accumulation around the filter hook may shield the hook from the retrieval snare. However, even when the hook is successfully snared, the filter struts may be adherent to the vessel wall as a result of endothelialization and fibrin formation, making it difficult to release the filter from the IVC without causing vessel injury (10,13). Typically, multiple reasons are cited for retrieval failure in the literature. Looby et al (7) described nine cases of failed retrieval, of which five (55.6%) were attributed to filter leg incorporation to the vessel wall and two (22.2%) were attributed to filter tilt. The remaining two cases of retrieval failure were secondary to large thrombus formation. Ray et al (11) reported six of 12 retrieval failures as a result of technical reasons, including embedded filters and filter angulation. Tahaar et al (18) reported three retrieval failures, two as a result of excess thrombus and one as a result of incorporation of the filter into the wall of the IVC.

In assessing retrievability of the GTF, one factor that has been examined is dwell time (6,7,13). Early studies (9,10) concentrated on filter removal within 2 weeks of implantation, with overall retrieval success rates approaching 100%. In an animal model, De Gregorio et al (13) demonstrated that all filters in place for fewer than 20 days could be successfully removed; however, none of the filters in place longer than 30 days were retrievable. Clinical studies have had similar early successes. The registry data of Millward et al (9) showed that 52 of 53 filters were successfully removed within 15 days of implantation. Similarly, in their study of the GTF after an 11-day dwell time, Hoppe et al (4) reported a 100% retrieval success rate. In a prospective study with slightly longer dwell times, De Gregorio et al (6) reported successful retrieval of 31 of 32 filters at an average of 30 days after implantation; the single failure was caused by inability to free the filter from the caval wall. However, Ray et al (11) reported a retrieval failure rate of 16.4% with the GTF at a mean implantation time of 15.6 days, and Looby et al (7) reported a slightly higher retrieval failure rate of 20% with a longer mean dwell time of 33.6 days.

Our technical success rates are more consistent with the results of Ray et al (11) and Looby et al (7): a primary retrieval success rate of 88.4% and an overall success rate of 94.7%. However, our dwell times were, on average, about twice as long as those in these studies. In fact, in our analysis, dwell time showed the highest correlation with retrieval outcome. This correlation is probably best explained by the increased incorporation of the filter legs over time, which has been shown histologically in animal models (10,13). To prevent such incorporation, some authors (14) have described techniques of intermittently repositioning the filter to extend the time of filter use while reducing the potential risk of retrieval failure with prolonged dwell time.

Even though our data demonstrate that extended dwell time is very strongly associated with failed filter retrieval, it remains uncertain what, if any, cutoff point is appropriate when considering potential filter retrieval. Our overall average dwell time of 63 days was longer than in previously reported studies (4,6,7,9,11). However, there was a clear difference between mean dwell times in cases of successful retrieval (58.7 days) and unsuccessful retrieval (95.4 days). Nonetheless, when we look specifically at those filters that remained in place for more than 6 months, these filters were often retrievable. Seven patients had a GTF in place for longer than 180 days before attempted retrieval, and four of these (57.1%) were successfully retrieved. Two retrieval attempts were abandoned because the filter legs appeared to penetrate through the IVC wall, whereas only one failed because the legs were too tightly incorporated to release from the caval wall. Therefore, it would seem that even filters with prolonged dwell times may be successfully retrieved, albeit with more modest success rates.

One issue that has yet received very little attention in the literature is the presence of filter leg protrusion. Often, during venography, the filter legs appear to extend outside of the flow lumen of the IVC. This is most likely the result of perforation of the footplate through the intima and inner media, with incorporation of the filter footplates into the wall of the IVC; these findings have been documented in histologic studies (10,13). Therefore, one may use this appearance as an indirect sign of filter footplate incorporation into the wall of the IVC. It is not surprising then, with our average dwell times of approximately 2 months, that we found protrusion of at least one leg of the filter in 152 of 164 filters (92.6%), with only 20 of these (13.2%) identified in cases of retrieval failure. However, this group did constitute 90.9% of the cases of retrieval failure. Nonetheless, this did not reach significance for retrieval failure ($P = 1.00$).

A quantitative evaluation of filter leg protrusion was limited in this study by the lack of cross-sectional imaging in the majority of patients. In addition, there is no quantitative distance cutoff at which the degree of protrusion is considered excessive. In our patient population, we had two patients whose procedure attempts—which were early in our experience—were abandoned because of concerns of filter leg protrusion; this concern was based on a subjective concern of injury to the IVC. Since that time, many such filters have undergone safe, successful retrieval attempts. It is

Cook IVCF 008367

Case 1:14-ml-02570-RLY-TAB   Document 4439-4   Filed 04/21/17   Page 7 of 8 PageID #: 10150

also important to note that, despite the presence of filter leg protrusion in the majority of filters that were successfully retrieved, we are aware of no complications of caval perforation or retroperitoneal hemorrhage as a result of this process.

Besides dwell time, filter angulation is another factor that is often attributed to retrieval failure (4,11,17,19). Filter angulation with the GTF is common; in one multicenter study (4), filter tilt was identified in more than 20% of patients, with two of nine filters tilted more than 20°. All filter retrievals attempted in that study population were successful (4). In contrast, Rosenthal et al (19) reported that filter tilt was present in all instances of retrieval failure when evaluating GTF retrieval in patients with extended dwell times, and Looby et al (7) reported two of nine filter retrieval failures as being caused by extreme filter tilt preventing advancement of the snare around the hook of the filter. In the present study, filter tilt of greater than 10° occurred in 40 of 166 cases (24.0%); of these, retrieval of four filters failed, which is an incidence consistent with the general study population. In fact, 18 of 22 filters with retrieval failure (81.8%) were tilted 10° or less. There were three filters in our study with more than 20° of tilt; all three were retrieved successfully. Therefore, neither the presence of tilt nor the degree of tilt correlated statistically with difficult filter retrieval. However, when reporting the reasons for retrieval failure, the operators cited filter angulations in eight of nine cases in which the snare could not be advanced over the hook of the filter. Of these, four of the filter hooks opposed the wall of the IVC. When the filter hook abuts the wall of the IVC, the hook is susceptible to incorporation—similar to filter legs—and therefore severe angulation with prolonged dwell time can theoretically lead to difficult retrieval. It is this circumstance that has led some authors to use more creative methods for filter removal, converting an initially failed retrieval into a successful retrieval (12,17).

One interesting finding in this study is the association between patient age and filter retrieval success. Patients who underwent a failed filter retrieval were, on average, almost 8 years older than patients who had a successful retrieval ($P = .01$). Further analysis by logistic regression confirmed that age was highly correlated with retrieval failure. In addition, this analysis demonstrated that, for every 10-year increase in patient age, the odds of successful retrieval decrease by a factor of 0.61. What is less clear is the reason for increasing retrieval failure with increasing patient age. The authors postulate two possible explanations. First, there may be an underlying physiologic explanation for increasing filter incorporation in older patients, such as an increased cellular reaction to the foreign body with increasing age, an observation that has previously been described (20). An alternative, and perhaps more plausible, explanation is that this finding represents an underlying bias within this study. Physicians removing filters may have had lower thresholds in abandoning difficult retrieval in older patients, as there is less concern regarding long-term complications of leaving the filter in place. Regardless of the reason, it is reasonable to use these data when setting patient expectations; there may be a greater likelihood of retrieval failure in older patients.

The final variable that was found to have a significant association with filter retrieval failure is choice of insertion site. We found that eight of 33 filters placed from a common femoral approach (24.2%) eventually were classified as filter retrieval failures. This was a significantly higher incidence than in filters placed from a right internal jugular approach ($P = .03$). Analyses with logistic regression confirmed this association ($P = .03$), even though the association is weaker than that of dwell time or age with retrieval success and should be viewed cautiously; further studies may needed to conclusively determine whether insertion site is related to retrieval success. Yet, it is worth noting that these data seem to suggest a possible association between insertion site and retrieval success. Although we considered a possible difference in retrieval success between filters placed from the right or left side, only two filters were placed from a left-sided approach, so a right-versus-left analysis could not be performed.

This retrospective study has some recognized limitations. A large portion of our population consists of trauma patients or patients undergoing bariatric surgery, creating the potential for a case-mix bias. In addition, several interventional radiologists were involved in filter retrieval, with varying degrees of experience and different thresholds in aggressiveness in filter retrieval, which could influence the likelihood of filter retrieval success. Finally, long-term follow-up is not available for many of the patients in this study, limiting the ability to evaluate for any long-term complications.

Several factors may influence the difficulty in IVC filter retrieval, including patient age and possibly insertion vein, but duration of dwell time appears to have the greatest correlation with failed filter retrieval. Our data demonstrate that the Günther Tulip IVC filter can be safely retrieved after extended dwell times in excess of 8 weeks, with failed retrieval more likely at dwell times approaching 3 months. However, extended dwell time should not be used as an absolute contraindication to attempted filter retrieval, but instead used as a guide to set expectations for the patient and referring clinician regarding the potential for filter retrieval.

### References

1. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med 1998; 338:409–415.
2. Giannoudis PV, Pountos I, Pape HC, Patel JV. Safety and efficacy of vena cava filters in trauma patients. Injury 2007; 38:7–18.
3. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. Arch Surg 1998; 133:406–411.
4. Hoppe H, Nutting CW, Smouse R, et al. Gunther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.
5. Binkert CA, Bansal A, Gates JD. Inferior vena cava filter removal after 317-day implantation. J Vasc Interv Radiol 2005; 16:395–398.
6. De Gregorio MA, Gamboa P, Bonilla DL, et al. Retrieval of Gunther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study. J Vasc Interv Radiol 2006; 17:1781–1789.

Cook IVCF 008368

7. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Gunther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and complications. Cardiovasc Intervent Radiol 2007; 30:59–65.
8. Kachura JR. Inferior vena cava filter removal after 475-day implantation. J Vasc Interv Radiol 2005; 16:1156–1158.
9. Millward SF, Oliva VL, Bell SD, et al. Gunther Tulip retrievable vena cava filter: results from the registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12:1053–1058.
10. Neuerburg JM, Handt S, Beckert K, et al. Percutaneous retrieval of the tulip vena cava filter: feasibility, short- and long-term changes – an experimental study in dogs. Cardiovasc Intervent Radiol 2001; 24:418–423.
11. Ray CE, Mitchell E, Zipser S, Kao EY, Brown CF, Moneta GL. Outcomes with retrievable inferior vena cava filters: a multicenter study. J Vasc Interv Radiol 2006; 17:1595–1604.
12. Burke CT, Dixon RG, Stavas JM. The use of bronchoscopic forceps in the difficult retrieval of the Gunther Tulip IVC filter. J Vasc Interv Radiol 2007; 18:1319–1323.
13. de Gregorio MA, Gimeno MJ, Tobio R, et al. Animal experience in the Gunther Tulip retrievable inferior vena cava filter. Cardiovasc Intervent Radiol 2001; 24:413–417.
14. de Gregorio MA, Gamboa P, Gimeno MJ, et al. The Gunther Tulip retrievable filter: prolonged temporary filtration by repositioning within the inferior vena cava. J Vasc Interv Radiol 2003; 14:1259–1265.
15. Kuo WT, Bostaph AS, Loh CT, Frisoli JK, Kee ST. Retrieval of trapped Gunther Tulip inferior vena cava filters: snare-over-guide wire loop technique. J Vasc Interv Radiol 2006; 17: 1845–1849.
16. Yamagami T, Kato T, Nishimura T. Successful retrieval of a Gunther Tulip vena cava filter with the assistance of a curved sheath introducer. J Vasc Interv Radiol 2005; 16:1760–1762.
17. Stavropoulos SW, Solomon JA, Trerotola SO. Wall-embedded Recovery inferior vena cava filters: imaging features and technique for removal. J Vasc Interv Radiol 2006; 17:379–382.
18. Terhaar OA, Lyon SM, Given MF, O'Dwyer HM, McGrath FP, Lee MJ. Extended interval for retrieval of Gunther Tulip filters. J Vasc Interv Radiol 2004; 15:1257–1262.
19. Rosentahal D, Wellons ED, Hancock SM. Retrievability of the Gunther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma. J Endovasc Ther 2007; 14:406–410.
20. Gabrielli F, Potenza C, Puddu P, Sera F, Masini C, Abeni D. Suture materials and other factors associated with tissue reactivity, infection, and wound dehiscence among plastic surgery outpatients. Plast Reconstr Surg 2001; 107: 38–45.

Cook IVCF 008369