# EXHIBIT E

# Analysis of Tilt of the Günther Tulip Filter

Alan A. Sag, BS, Joseph M. Stavas, MD, Charles T. Burke, MD, Robert G. Dixon, MD, Joel S. Marquess, BS, and Matthew A. Mauro, MD

**PURPOSE:** To determine the frequency, dimensions, predictors, and sequelae of Günther Tulip filter (GTF) tilt measured at the time of intended retrieval.

**MATERIALS AND METHODS:** Retrospective review of all medical records and posteroanterior cavograms of 175 patients who underwent both placement and retrieval of the GTF between August 2003 and July 2007 was performed to assess the frequency, dimensions, predictors, and sequelae of tilt.

**RESULTS:** Tilt occurred at the first retrieval attempt in 159 of the 175 patients (91%). The average degree of tilt was 7.1° (range, 0°–30°), with 87 of the 159 filters with tilt (55%) having a rightward tilt. Compared with the femoral approach, filters placed with a jugular approach demonstrated 4.2° (range of the standard deviation, 3.1°–5.3°) greater tilt at the first retrieval attempt (95% confidence interval = 2.6°, 5.7°; $P < .001$, two-sided Student $t$ test), a greater frequency of tilt of at least 14° ($P = .002$, two-sided Fisher exact test), and greater rightward tilt predominance ($P = .046$, one-sided Fisher exact test). Tilt magnitude at the first retrieval attempt correlated positively with the inferior vena cava diameter 40 mm caudal to the renal vein confluence ($R = .183$, $P = .018$, Pearson correlation). Within its limitations, this study detected no new cases of pulmonary embolism, caval perforation, or GTF migration. The success rates at the first attempt at retrieval and the cumulative GTF retrieval success rates were 93% (176 of 190 filters) and 97% (181 of 190 filters), respectively. All 29 GTFs with tilt of at least 14° were placed and successfully retrieved by means of a jugular approach with minimal clinical and technical sequelae.

**CONCLUSIONS:** Frequent GTF tilt detected at the first retrieval attempt can reach at least 14° and is associated with minimal sequelae. Insertion approach and caval diameter are significant factors in GTF tilt.

J Vasc Interv Radiol 2008; 19:669–676

**Abbreviations:** GTF = Günther Tulip filter, IVC = inferior vena cava, PA = posteroanterior, PE = pulmonary embolism, SD = standard deviation

IN 2003, the Günther Tulip filter (GTF) (Cook, Bloomington, Indiana) received approval by the U.S. Food and Drug Administration for use as a retrievable filter in the United States. As with other umbrella-style filters, the GTF is susceptible to a complication known as tilt, a form of malposition whereby the apex of the in situ filter points in a direction other than the true cylindrical axis of the local cava. Filter tilt has been shown to have potential clinical consequences in the Greenfield filter at 14° (1,2) and was described early in the European GTF literature as a cause of difficult filter retrieval (3).

The reported frequency of GTF tilt in the literature varies, with different authors using different reportable tilt magnitudes in their studies (4–8). Caval size (5) and implantation approach (5,6,9) have been implicated as contributors of GTF tilt; however, these analyses have frequently considered relatively small samples or have not reached statistical significance. The clinical and technical sequelae were studied in a population of nine GTFs with delivery tilt, demonstrating one filter unsuitable for retrieval; no clinical sequelae were observed (7).

In sum, GTF tilt may have technical and clinical implications; this has, as yet, received limited attention in the literature (3–10). The current study was undertaken to analyze a single, large population of GTFs in situ and report the frequency, magnitude, and direction of GTF tilt at the first attempt at retrieval as well as to evaluate for significant variables associated with such tilt and potential sequelae.

## MATERIALS AND METHODS

Institutional review board approval was granted for this study, and Health Insurance Portability and Accountability Act privacy guidelines were followed. A prospectively created database from 2006 and billing records from 2005, 2004, and 2003 were reviewed for a study period between August 2003 and July 2007 at a single

From the School of Medicine (A.A.S., J.S.M.) and Department of Radiology, CB#7510 (J.M.S., C.T.B., R.G.D., M.A.M.), University of North Carolina, 101 Manning Dr, Chapel Hill, NC 27599-7510. Received August 28, 2007; final revision received January 16, 2008; accepted January 21, 2008. **Address correspondence to** A.A.S.; E-mail: alan_sag@med.unc.edu

None of the authors have identified a conflict of interest.

© SIR, 2008

DOI: 10.1016/j.jvir.2008.01.020

academic institution; a database was created of all patients who underwent inferior vena cava (IVC) filter placement during this period.

### Inclusion Criteria

With the intention of creating a single population with data points from both placement and retrieval, only patients who underwent placement of a GTF with at least one removal attempt and who had digitally archived cavograms demonstrating the posture of the in situ filter at the first retrieval attempt were included in this study.

### Exclusion Criteria

Any patient without digitally archived cavograms radiographically adequate for retrospective filter tilt and caval diameter measurements, from first attempt at retrieval, was excluded.

### Data Points Used for Study

The procedures for data gathering are further described in the "Retrospective Analysis" section. Cavograms obtained immediately before GTF placement were assessed for IVC diameter and existence of thrombus residing in the cava. In the entire study, quantification of radiographic filling defects corresponding to thrombus was performed only if the respective report documented the presence of thrombus. Cavograms from each retrieval attempt were analyzed for GTF tilt magnitude and laterality as well as for the presence of trapped thrombus as noted earlier. The corresponding reports were assessed for evidence of interval GTF migration, contrast medium leak suggestive of caval perforation, retrieval success, and IVC thrombosis. Separately, medical records were searched for any pulmonary embolism (PE) protocol chest computed tomography (CT) angiography studies ordered for the patient during the dwell time of the GTF. Dwell time and demographics were other data points obtained from the medical records.

### Filter Placement

A group of interventional radiologists with 1–25 years of experience performed all filter placements using either a jugular or femoral venous approach. Considerations with regard to approach included operator preference, clinical status of the patient, and indication for filter placement. Venous access was established under ultrasonographic guidance with a 21- or 18-gauge needle, again at the discretion of the operator. When placing the filter with the femoral approach, the manufactured introducer system for femoral placements with the factory-loaded filter (Cook) was used, and, when placing the filter with the jugular approach, the manufactured introducer system for jugular delivery was used with the filter either manually loaded by the operator or factory loaded (Cook). Initial posteroanterior (PA) cavography was performed in all patients to assess for renal vein position, anatomic anomaly, IVC diameter, and thrombus burden before filter placement. Filters were deployed such that the GTF apex generally approximated the lowest margin of the renal vein confluence. Techniques to minimize postdeployment tilt (10) were used based on operator preference but were not routinely dictated into the procedural report. Postdeployment cavography was performed based on operator preference, and, on rare occasions, the GTF was repositioned based on operator preference, in which case a final cavogram was obtained to demonstrate GTF posture in the IVC immediately after placement.

### Filter Retrieval

Members of the same group of interventional radiologists who placed the filters performed all filter retrievals using either a jugular or femoral venous approach. PA cavography was performed before the retrieval attempt to document the position and posture of the GTF and to assess for any thrombus within the filter or IVC. Filter removal was performed by using either the standard retrieval set from the filter manufacturer (Cook) or a standard 11-F sheath and an Amplatz Gooseneck snare (Microvena, St Paul, Minnesota). Postretrieval cavography was not routinely performed; however, in instances of difficult or traumatic GTF retrieval (eg, if GTF footplates were embedded in the IVC walls), postretrieval cavography was performed to look for potential complications (eg, IVC perforation), per operator preference.

### Retrospective Analysis

All medical reports reviewed for the current study were those of the university hospital, and all IVC venograms were reviewed by the same, nonblinded interpreter with use of an IMPAX workstation (Agfa-Gevaert, Mortsel, Belgium). Beginning with the preplacement cavogram obtained immediately before placement of the GTF, the line-markup tool was used to measure caval diameter at two consistent levels for each patient: One measurement was obtained immediately below the level of the renal vein confluence, and the other measurement was obtained at a position 40 mm caudal to the first. Calibration of the line-markup tool was performed with the markers on the catheter and registered for each study with the picture archiving and communication system. Each measurement was rounded to the nearest full millimeter.

Next, the report for the preplacement cavogram was reviewed for any mention of thrombus. If thrombus was mentioned, the corresponding filling defects were quantitated as follows. The same line-markup tool was used as described earlier. Filling defects representing thrombi outside of the GTF conical volume were quantitated by multiplying two orthogonal dimensions and rounding the result to the nearest millimeter squared. Irregular filling defects were analyzed by summating non-overlapping sections as earlier. Filling defects within the GTF conical volume were fitted to the smallest possible triangle containing the filling defect and quantitated by using the standard formula $(0.5) \times$ (base) $\times$ (height), again rounding the result to the nearest millimeter squared. In cases in which more than one of the above factors was present, a combination of methods was used.

Filter tilt was assessed by using cavograms obtained immediately before the first retrieval attempt and immediately before the second retrieval attempt. To measure filter tilt, the angle-markup tool of the picture archiving and communication system workstation was used. The first line of the angle was drawn parallel to the IVC walls in the vicinity of the GTF foot-

**Cook IVCF 008371**

plates to represent the midline cylindrical axis of the IVC. The second line of the angle was drawn from the filter apex toward the filter base, dividing the image of the filter and representing the tilt axis of the filter relative to the IVC axis. All angles were rounded to the nearest full degree. Tilt laterality was assigned to tilted filters as the anatomic direction toward which the filter tilt axis deviated relative to the IVC midline axis. For statistical analyses, tilt of at least 14° was considered a threshold of interest, following from previous research with the Greenfield filter (1,2).

Next, the report was reviewed for any mention of thrombus, prompting quantification of the corresponding filling defect as described earlier. The reports were also reviewed for mentions of dye extravasation suggestive of caval perforation as well as for dictated documentation of interval filter migration and IVC thrombosis.

Finally, all cavogram reports and medical records were reviewed for demographics, indication for GTF placement, and IVC filter placement. Ultimate retrieval dates were used to calculate dwell time. To evaluate for the clinical sequelum of pulmonary thromboembolism, medical records were searched for any chest CT angiography studies ordered to evaluate for acute PE during the above-calculated GTF dwell times; the official reports were analyzed for the radiologic diagnosis of PE.

### Statistical Analysis

All data were tabulated into a spreadsheet (Microsoft Excel; Microsoft, Redmond, Washington) for analysis. Pearson $\chi^2$ test, Fisher exact test, Student $t$ test, and Pearson correlation analyses were generated with SPSS software (SPSS for Windows, version 14.0, 2005 or version 15.0.1.1, 2007; SPSS, Chicago, Illinois).

## RESULTS

### Patient Population

Five hundred twenty-nine patients underwent placement of an IVC filter during the study period, 425 of whom received GTFs. Of this group, 190 patients underwent both placement and at least one retrieval attempt of the GTF. Fifteen patients had inadequate IVC venograms for retrospective analysis and were excluded. Therefore, 175 patients were included in the study. Within the study group, 167 patients had radiographically adequate cavograms obtained before GTF placement for the assessment of caval diameters, as noted earlier. Patient demographics and indications for GTF placement are provided in **Tables 1 and 2**.

### Intent to Retrieve

The average dwell time between GTF placement and the first retrieval attempt was 62.6 days (**Table 3**). At the first retrieval attempt, the GTF was tilted in 159 of the 175 patients (91%), with an average tilt of 7.1° ± 5.8. Within the 159 filters with tilt, there was a 10% predominance of rightward tilt (87 of 159 patients with rightward tilt vs 72 of 159 patients with leftward tilt) (**Fig 1**). The retrieval success rate was 93% (176 of 190 filters) at the first attempt and 100% (five of five filters) at the second attempt, resulting in a cumulative retrieval success rate of 97% (181 of 190 filters). Of the 14 patients in whom the primary attempt at retrieval failed, five underwent a second retrieval attempt. One of the patients who underwent a second retrieval attempt was included in a previous study (11). Further details are provided in **Tables 3–5**.

### Thrombus Trapped by the GTF

At the first and second attempts at retrieval, 25 of 190 filters (13%) and three of five filters (60%), respectively, had radiologic evidence of trapped thrombus (**Tables 4, 5**). The filling defect area ranged from 15 to 376.2 mm².

It is interesting that GTFs with trapped thrombus at the first attempt at retrieval were observed to have less average magnitude and range of tilt and a relative predominance of leftward tilt. Specifically, the 25 filters with trapped thrombus had an average tilt magnitude of 6.4° (range, 0°–18°), with 12 (48%) having leftward tilt, 10 (40%) having rightward tilt, and three (12%) having no tilt at the first retrieval attempt. Conversely, the 150 filters without trapped thrombus had an average tilt magnitude of 7.2° (range, 0°–30°), with 60 (40%) having leftward tilt, 77 (51%) having rightward tilt, and 13 (9%) having no tilt at the first retrieval attempt. However, in comparing the presence of thrombus with the presence of tilt, no statistically significant association was detected ($P$ = .705, two-tailed Fisher exact test).

### Potential Sequelae: Filter Migration, Acute PE, Caval Thrombosis, and Perforation

Within the limitations of this study, no instances of cranial or caudal GTF migration were noted between the time of placement and the time of retrieval, although subtle migrations may not have been detected in this

**Table 1**
**Summary of Demographic Data**

| Parameter | No. of Patients ($n$ = 175) |
|---|---|
| Sex | |
| Women | 114 (65) |
| Men | 61 (35) |
| Race | |
| African American | 40 (23) |
| Asian American | 1 (1) |
| Caucasian | 118 (67) |
| Latin American | 8 (4.6) |
| Native American | 2 (1.1) |
| Other | 6 (3.4) |

Note.—The average patient age (±standard deviation [SD]) at GTF placement was 44.4 years ± 14.3 (range, 15.8–82.7). Numbers in parentheses are percentages.

**Table 2**
**Indications for GTF Placement**

| Indication | No. of Cases ($n$ = 205) |
|---|---|
| Gastric bypass | 81 (39.5) |
| Trauma | 44 (21.5) |
| Deep venous thrombosis | 36 (17.6) |
| PE | 16 (7.8) |
| Burn | 4 (2.0) |
| Preoperative nongastric bypass | 12 (5.9) |
| Intracranial hemorrhage | 7 (3.4) |
| Patient immobile | 2 (1.0) |
| Coagulopathy | 3 (1.5) |

Note.—Numbers in parentheses are percentages.

Cook IVCF 008372



Figure 1. Contrast medium–enhanced PA IVC venogram obtained immediately before retrieval of a GTF implanted with a right internal jugular venous approach in a 48-year-old woman before gastric bypass. The filter is noted to have 18° rightward tilt, as shown by using the angle-markup tool on the IMPAX machine. Approximately 50% of the filter volume (160 mm$^2$) is occupied by a filling defect suspicious for trapped thrombus. The caval diameters immediately below and 40 mm caudal to the renal vein confluence were 23 and 22 mm, respectively.

### Table 3
### GTF Placement and Cumulative Statistics

| A: Vascular Approach | | No. of Patients ($n$ = 175) |
|---|---|---|
| Right-sided vessel | | 168 (96) |
| Left-sided vessel | | 7 (4) |
| Internal jugular vein accessed | | 140 (80) |
| Common femoral vein accessed | | 34 (19.4) |
| External jugular vein accessed | | 1 (0.6) |
| B: IVC Diameter (mm) | Range | Average ± SD |
| Immediately below the renal vein confluence | 13–41 | 21.6 ± 3.7 |
| 4 cm caudal to the renal vein confluence | 11–37 | 19.8 ± 3.7 |
| C: Dwell Time (d) | Range | Average ± SD |
| Between placement and first attempt at retrieval | 1–269 | 62.6 ± 45.7 |
| Between first and second attempts at retrieval | 10–87 | 30.4 ± 31.9 |
| Between placement and ultimate retrieval | 1–262 | 60.7 ± 41.5 |

| D: Trapped Thrombus | Range (mm$^2$) | Average ± SD (mm$^2$) | No. of Filters ($n$ = 180) |
|---|---|---|---|
| Area of filling defect at PA cavography, including first and second retrieval attempts ($n$ = 175 and $n$ = 5, respectively) | 15–376.2 | 138.6 ± 108.9 | 28 (15.5) |

Note.—The cumulative GTF retrieval success rate was 97% (181 of 190 filters). Numbers in parentheses are percentages.

retrospective study. Seven chest CT angiography examinations were performed in four patients (one patient underwent three of these studies), and no new cases of acute PE were diagnosed with this modality. One instance of IVC thrombosis was reported in the study, and this was detected before GTF placement, resulting in a suprarenal GTF placement. Furthermore, two patients were reported to have minimal mural thrombus at the first retrieval attempt; in one case, the thrombus was documented before GTF placement. There were no reported incidences of dye extravasation, which would suggest caval perforation possibly secondary to filter leg puncture. Per the report, one patient had GTF leg penetration of the IVC, resulting in the decision to leave the GTF as a permanent filter.

### Vascular Approach

At the first attempt at retrieval, filters placed with the jugular approach had greater magnitude of tilt, greater frequency of tilt of at least 14°, and greater frequency of rightward tilt (Fig 2, Table 6). One external jugular vein placement was counted as a jugular approach.

### Patient Factors: Caval Diameter, Age, Indication, and Ethnicity

From 167 adequate cavograms obtained before GTF placement, caval diameter immediately below the renal vein confluence was found to be 1.75 mm greater, on average, than the IVC diameter 40 mm caudal to that position (95% confidence interval = 1.4, 2.1 mm; $P < .001$, two-sided paired Student $t$ test). From the same 167 cavograms, the caval diameter 40 mm caudal to the renal vein confluence was weakly correlated with increased magnitude of tilt at the first retrieval attempt ($R = .183$, $P = .018$, Pearson correlation). Analyses with regard to age, indication, and ethnicity did not reach statistical significance.

### DISCUSSION

Tilt has been identified as a complication of the umbrella-style IVC filter (1,2). The reported frequency of tilt among all such filters ranges from 0% to 56%, depending on the definition of tilt and which filter is used (12). Multiple causes of tilt have been considered, including anomalous or unidentified veins that join the IVC and harbor a tilted filter apex or leg in their luminal diameters, incomplete expansion of the filter with asymmetrical strut deployment (possibly secondary to pre-existing thrombus in the IVC), defective manufactured product, and operator error (12).

In this study, we considered tilt using cavography in the PA projection, a

Cook IVCF 008373

| Table 4 | | | |
|---|---|---|---|
| Summary of Data from the First Retrieval Attempt | | | |
| A: Vascular Approach | | | No. of Patients ($n = 175$) |
| Right-sided vessel | | | 174 (99.4) |
| Left-sided vessel | | | 1 (0.6) |
| IJV accessed | | | 173 (99) |
| Common femoral vein accessed | | | 1 (0.6) |
| External jugular vein accessed | | | 1 (0.6) |
| B: Trapped Thrombus | Range (mm$^2$) | Average ± SD (mm$^2$) | No. of Filters ($n = 175$) |
| Area of filling defect at PA cavography | 15–376.2 | 131.2 ± 110.7 | 25 (14) |
| C: GTF Tilt | Range (°) | Average ± SD (°) | No. of Filters ($n = 175$) |
| Leftward tilt | 1–20 | 7.2 ± 4.9 | 72 (41) |
| Rightward tilt | 1–30 | 8.4 ± 6 | 87 (50) |
| No tilt | ... | ... | 16 (9) |

Note.—Numbers in parentheses are percentages. The overall tilt ranged from 0° to 30° (average ± SD, 7.1° ± 5.8). For the 25 filters with trapped thrombus, the tilt ranged from 0° to 18° (average ± SD, 6.4° ± 5.0); 22 of those 25 filters (88%) had tilt. The success rate for the first retrieval attempt was 93% (176 of 190 filters).

| Table 5 | | | |
|---|---|---|---|
| Summary of Data from the Second Retrieval Attempt | | | |
| A: Vascular Approach | | | No. of Patients ($n = 5$) |
| Right-sided vessel | | | 5 (100) |
| Internal jugular vein accessed | | | 5 (100) |
| B: Trapped Thrombus | Range (mm$^2$) | Average ± SD (mm$^2$) | No. of Filters ($n = 5$) |
| Area of filling defect at PA cavography | 120–281 | 200.3 ± 80.5 | 3 (60) |
| C: GTF Tilt | Range (°) | Average ± SD (°) | No. of Filters ($n = 5$) |
| Rightward tilt | 5 | 5 ± 0 | 2 (40) |
| Leftward tilt | 6–9 | 7.5 ± 2.1 | 2 (40) |
| No tilt | ... | ... | 1 (20) |

Note.—Numbers in parentheses are percentages. The overall tilt ranged from 0° to 9° (average ± SD, 5° ± 3.2). Two of the five filters with trapped thrombus (40%) had tilt, and the tilt ranged from 0° to 15° (average ± SD, 7.5° ± 10.6). The success rate for the second retrieval attempt was 100% (five of five filters).

method consistent with that used by other authors (5–8). The substantial rate of GTF tilt at the first retrieval attempt in this study is most consistent with results obtained by Wicky et al (5), who reported that, at retrieval, 82% (60 of 73 filters) of GTFs had up to 9° tilt and 18% (13 of 73 filters) of GTFs had at least 10° tilt on PA cavograms. Terhaar et al (6) performed PA cavography and found greater than 10° tilt in seven of 53 GTFs, with an overall average tilt of 5.9° and 60% rightward predominance. Hoppe et al (7) performed PA and lateral cavography and reviewed 42 GTFs, noting one filter with tilt of more than 20° at retrieval. Finally, Looby et al (8) considered 147 patients and reported two filters with "extreme" tilt on cavograms obtained at the retrieval attempt.

Although the number of filters with tilt is often mentioned, potential causes of tilt in the GTF have received little comment. Some proposed theories for the occurrence of filter tilt include observations with regard to caval size (5) and implantation approach (5,6,9); however, these have frequently occurred in relatively smaller sample sizes or not reached statistical significance.

In the current study, we hypothesize that tilt may be an expression of tension endowed in the conichrome frame of the GTF. That force may be translated to the filter during the loading or delivering of the filter or by subtle bending of the coaxial introducer system during a tortuous venous navigation. The latter is supported by the work of Lopera et al (10), who described a system of applying backtension on the apparatus at placement to minimize tilt. This method has also been validated by Smouse (13).

One may also consider the effect of anatomic tortuosity in the PA and lateral axes with regard to the translation of force to the GTF during delivery and the subsequent filter tilt resulting from different vascular approaches. The jugular venous approach may load more force, in both axes, at such locations as the origins of the innominate vein and the superior vena cava and at the superior and inferior margins of the right atrium, where there is often anatomic tortuosity. Furthermore, the IVC above the renal vein confluence has a variable course but often demonstrates curvature in both axes (14,15). Conversely, the common femoral venous approach may load less force, with most of the angulation in the PA axis, predominantly at the confluence of the internal and external iliac veins. Because of differential vascular positioning resulting from cardinal and postcardinal venous embryology (16), the left jugular approach should result in more translational force from vessel tortuosity than the right, whereas the left common femoral approach should result in less translational force than the right. Un-

**Cook IVCF 008374**



Figure 2. Contrast-enhanced PA IVC venogram obtained immediately before retrieval of a GTF implanted with a left common femoral venous approach in a 58-year-old man in the context of trauma. The filter is noted to have 3° leftward tilt, as shown with the angle-markup tool on the IMPAX machine. In the current study, GTFs deployed with the femoral approach had decreased magnitude of tilt ($P < .001$, two-sided Student $t$ test) and frequency of tilt of at least 14° ($P = .002$, two-sided Fisher exact test). Caval diameters in this patient were 24 and 18 mm immediately below and 40 mm caudal to the renal vein confluence, respectively.

Table 6
Summary of Data Obtained Immediately before the First Retrieval Attempt

| Parameter | Jugular Approach ($n = 141$) | Femoral Approach ($n = 34$) |
|---|---|---|
| Range of tilt | 0–30 | 0–11 |
| Average tilt ± SD | 7.9 ± 5.9 | 3.7 ± 3.4 |
| Direction of tilt | | |
|   Right | 75 | 12 |
|   Left | 56 | 16 |
|   None | 10 | 6 |
| Frequency of tilt ≥14° (%)* | 29 (25) | 0 (0) |
| Frequency of rightward tilt (%)† | 75 (53) | 12 (35) |

Note.—Numbers in parentheses are numbers of filters. The magnitude of the tilt was 4.2° ± 1.1 greater with the jugular device ($P < .001$, 95% confidence interval: 2.6°, 5.7°, two-sided Student $t$ test, equal variances not assumed).
* $P = .002$, two-sided Fisher exact test.
† $P = .046$, one-sided Fisher exact test.

fortunately, in the current study, only seven GTFs had left-sided placement, and all were via the left common femoral vein. Given this small number of patients, there is insufficient information to examine this concept further.

Apart from these anatomic considerations, force may be imparted unto the GTF during deployment as a function of the different loading mechanisms between the jugular and femoral introducer systems. The jugular system is loaded by a spring-loaded hook that is secured to the retrieval hook. When deploying the filter, the hooks are separated by advancing the spring-loaded hook, an action that may impart lateral force to the filter. Conversely, the femoral system is loaded by constraining the filter footplates. Once the filter is in the proper position, the constrained footplates are released by withdrawing the constraining sheath; this allows the filter to spring open in a uniform manner. Thus, the femoral system is not exposed to the lateral force at deployment as seen with the jugular system.

Consistent with the above hypotheses and observations, GTFs deployed with the jugular approach in the current study had greater magnitude of tilt, greater frequency of tilt of at least 14°, and greater frequency of rightward tilt when measured at the first retrieval attempt. It is interesting that these findings are contrary to those observed by Wicky et al (5), who observed 50% more tilt with the femoral approach; however, these results did not reach statistical significance. The reason for the rightward predominance is uncertain but is consistent with the findings of Terhaar et al (6). The direction of tilt should indicate the direction of the net force vector, although it does not help identify the contribution of each of the possible forces acting on the filter resulting in the tilt.

The relationship between the GTF and IVC appears to be a dynamic one that may influence filter tilt at both the gross and histologic anatomic levels. The IVC is a compressible vessel with longitudinally oriented elastic fibers in its outer layer, and, with the GTF footplates frequently residing around the L2-L3 level, it is possible that forces external to the IVC may affect filter angulation. These forces may include changes in the IVC with respiration and motion with flexion and extension. At the histologic level, caval remodeling, occurring primarily at the site of GTF footplate–IVC intima interaction, may also play a role. Several animal studies have shown that a fibrotic reaction occurs in the wall of the IVC where it interacts with the filter footplates (17,18). If this reaction were to occur in an asymmetric fashion, the resulting change in IVC geometry could contribute to angulation of a filter found at retrieval. Indeed, in a separate study, we have found that changes in filter angulation do occur over time (19), supporting this hypothesis. Following from the above, an accentuated cellular response could result in greater tilt in different demographics. However, an analysis based on indication and demographics did not reach statistical significance in the current study, and differences may be too small to detect with the current sample size.

A final variable to be considered is caval diameter. Wicky et al (5) previously reported increased tilt magnitudes with wider infrarenal caval diameters measured before GTF placement. In our analysis of caval diameters, it was first found that the

Cook IVCF 008375

Volume 19   Number 5                                                                                                       Sag et al • 675

caval diameter immediately below the renal vein confluence was greater than that at a position 4 cm caudal to the confluence—the position where the GTF footplates are most likely to lie in situ. Statistical analysis with use of the more caudal measurement detected a weakly positive correlation between caval diameter before GTF placement and the magnitude of GTF tilt at the first retrieval attempt. Thus, these results support the hypothesis that greater caval diameter does contribute to the magnitude of GTF tilt.

Several studies have examined the clinical effect of IVC filter tilt (1–9,20–24). It has been suggested that tilt of the Greenfield filter (20) may reduce the filtering capacity, resulting in continued risk for PE despite the indwelling IVC filter (1,2). In addition, filter tilt has been implicated as a contributing factor for other serious complications, including aortic, ureteral, and visceral perforation (21–23). Retrievable filters are not immune to tilt (3–9,24), with most of the consequences relating to difficulty in retrieval (3,6). However, the technical and clinical sequelae of GTF tilt in a single population with substantial tilt frequency and magnitude and extended dwell times has, thus far, received attention in only limited sample sizes.

Potential technical sequelae of tilt in the GTF include issues of filter migration and difficult filter retrieval. Within the limitations of this study, no instances of cranial or caudal GTF migration were noted between the time of placement and the time of retrieval, although subtle migrations may not have been detected in this retrospective study. From the current study, however, we have no evidence that filter angulation adds any additional risk for filter migration. Furthermore, despite a high frequency of tilt at the first retrieval attempt, the first attempt, second attempt, and cumulative retrieval success rates were consistent with other published success rates for GTF retrieval success (25). However, it should be noted that one patient with substantial filter tilt did require extraordinary measures for retrieval (11).

Clinical sequelae of tilt in the GTF include chest CT angiography–confirmed acute PE despite an indwelling filter, caval perforation, and IVC thrombosis. In our study population, only a small number of PE protocol chest CT angiograms were ordered, and no new acute PE was diagnosed. The small number of studies may be explained by the low frequency of clinical events that would prompt such imaging studies to be ordered, thereby inferring effectiveness of the GTF in preventing clinically apparent PE despite such high frequency of eccentric GTF positioning in the current study. With regard to other clinical sequelae, one incident of IVC thrombosis was detected; however, it occurred before the GTF was placed. One patient had IVC penetration by the GTF legs, and that GTF remained a permanent filter for that patient.

In the current study, the frequency of trapped thrombus within the GTF at the first retrieval attempt was similar to the 19% incidence reported by Wicky et al (5), who concluded that a 16% incidence of GTF tilt did not impair the ability of the GTF to prevent PE. The current study also concludes that filter tilt does not appear to impair GTF function in preventing PE. However, the 25 filters with trapped thrombus had substantial frequency and magnitude of tilt at the first retrieval attempt. These data may be interpreted to mean that GTF may be effective at trapping clot with the reported tilt magnitude. However, an alternative explanation is the filter tilt results in a thrombogenic flow disturbance resulting in thrombus formation within the filter.

In this study, we found that the GTF has the potential to reach tilt magnitude of at least 14°, a threshold of interest established by empirical and clinical studies demonstrating markedly reduced clot-trapping ability with the Greenfield IVC filter (1,2). It is important to note that the GTF exhibits only minimal technical or clinical sequelae in this setting (Table 7). Other evidence that the GTF can operate in tilted conditions is offered by Hammer et al (26) and Günther et al (27), whose in vitro models demonstrated that the GTF does not experience substantial reduction in clot-trapping ability when positioned eccentrically. In sum, in vitro studies with the GTF are consistent with the current in vivo study of the GTF, with both demonstrating that the GTF is unlike other conical IVC filters in its ability to operate in either eccentric or concentric (centered) positioning,

| Table 7 Characteristics and Outcomes of GTFs with Tilt of at Least 14° | | | |
|---|---|---|---|
| A: Vascular Approach | | | No. of Filters ($n = 29$) |
| Right internal jugular vein punctured at placement | | | 29 (100) |
| Right internal jugular vein punctured at first retrieval attempt | | | 29 (100) |
| B: Thrombus | Range ($mm^2$) | Average ± SD ($mm^2$) | No. of Filters ($n = 29$) |
| Area of filling defect at PA cavography | 30–160 | 79.5 ± 70 | 3 (10) |
| C: IVC Diameter (mm) | Range | Average ± SD | |
| Immediately below the renal vein confluence | 13–41 | 22.24 ± 5.1 | |
| 40 mm caudal to the renal vein confluence | 11–37 | 20.88 ± 4.6 | |
| D: Dwell Time (d) | Range | Average ± SD | |
| Between placement and first attempt at retrieval | 6–262 | 61.3 ± 52.3 | |

Note.—Numbers in parentheses are percentages. Three patients underwent CT angiography. None of the patients had a diagnosis of PE at CT angiography, documented IVC perforation, documented IVC thrombosis, or documented migration. All 29 filters were successfully retrieved at the first attempt.

Cook IVCF 008376

most likely due to the secondary strut design that provides protection during eccentric positioning (13).

There are several limitations to this retrospective study. In order to perform angular and linear measurements, a radiographically adequate IVC venogram was required. Because archived cavograms were not available for most study patients at GTF placement, the current study focused on cavograms obtained at the first attempt at retrieval. Factors surrounding the archived images and patient selection do introduce possible selection bias into this patient population; however, in reviewing the medical records, there is no indication that the group of patients with such archived cavograms differs significantly from those without archived cavograms. Nonetheless, sample size may have been inadequate for statistical analysis based on demographics or indications. As with any retrospective review, confounding factors not available in the medical record may have influenced the study results (eg, with regard to PE, which may be subclinical or diagnosed without chest CT angiography). Finally, it is noted that tilt in the GTF is a three-dimensional behavior that is, in the current study, demonstrated with two-dimensional imaging. Further study about tilt in the GTF with use of conventional abdominal CT would enable further elucidation of the frequency, causes, and sequelae of this filter complication.

In this study, we detected frequent tilt of the GTF at the first retrieval attempt. The magnitude and laterality of this tilt are related to the approach used for insertion; the IVC diameter measured 4 cm caudal to the renal vein confluence positively correlates with tilt magnitude. GTF tilt varies widely in magnitude and often exceeds a threshold of tilt that has been empirically and clinically established as relevant to the Greenfield IVC filter. However, tilt of the GTF, as characterized within the limitations of the current study, is associated with only minimal technical or clinical sequelae.

### References

1. Katsamouris AA, Waltman AC, Delichatsios MA, Athanasoulis CA. Inferior vena cava filters: in vitro comparison of clot trapping and flow dynamics. Radiology. 1988; 166:361–366.
2. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. Arch Surg 1998; 133:406–411, discussion 412.
3. Ponchon M, Goffette P, Hainaut P. Temporary vena caval filtration: preliminary clinical experience with removable vena caval filters. Acta Clin Belg 1999; 54:223–228.
4. Millward SF, Oliva VL, Bell SD, et al. Günther tulip retrievable vena cava filter: results from the Registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12:1053–1058.
5. Wicky S, Doenz F, Meuwly JY, Portier F, Schnyder P, Denys A. Clinical experience with retrievable Günther Tulip vena cava filters. J Endovasc Ther 2003; 10:994–1000.
6. Terhaar OA, Lyon SM, Given MF, Foster AE, McGrath F, Lee MJ. Extended interval for retrieval of Günther Tulip filters. J Vasc Interv Radiol 2004; 15:1257–1262.
7. Hoppe H, Nutting CW, Smouse HR, et al. Günther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.
8. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Günther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and complications. Cardiovasc Intervent Radiol 2007; 30:59–65.
9. Piano G, Ketteler ER, Prachand V, et al. Safety, feasibility, and outcome of retrievable vena cava filters in high-risk surgical patients. J Vasc Surg 2007; 45:784–788.
10. Lopera JE, Araki JU, Kirsch D, et al. A modified technique to minimize filter tilting during deployment of the Günther Tulip filter: in vitro study. J Vasc Interv Radiol 2005; 16:1539–1544.
11. Burke CT, Dixon RG, Stavas JM. The use of bronchoscopic forceps in the difficult retrieval of the Gunther Tulip IVC filter. J Vasc Interv Radiol 2007; 18:1319–1323.
12. Joels CS, Sing RF, Heniford BT. Complications of inferior vena cava filters. Am Surg 2003; 69:654–659.
13. Smouse HB. A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study. J Vasc Interv Radiol 2006; 17:1365; author reply, 1365–1366.
14. Standring S. Heart and great vessels. In: Shah P, Johnson D, eds. Gray's anatomy: the anatomical basis of clinical practice. 39th ed. New York, NY: Elsevier, Churchill Livingstone, 2005; 1025–1027.
15. Standring S. Posterior abdominal wall and retroperitoneum. In: Borley NR, Healy JC, eds. Gray's anatomy: the anatomical basis of clinical practice, 39th ed. New York, NY: Elsevier, Churchill Livingstone, 2005; 1120–1122.
16. Standring S. Development of the cardiovascular and lymphatic systems. In: Collins P, Johnson D, eds. Gray's anatomy: the anatomical basis of clinical practice. 39th ed. New York, NY: Elsevier, Churchill Livingstone, 2005; 1045–1050.
17. de Gregorio MA, Gimeno MJ, Tobio R, et al. Animal experience in the Günther Tulip retrievable inferior vena cava filter. Cardiovasc Intervent Radiol 2001; 24:413–417.
18. Neuerburg JM, Handt S, Beckert K. Percutaneous retrieval of the tulip vena cava filter: feasibility, short- and long-term changes—an experimental study in dogs. Cardiovasc Intervent Radiol 2001; 24:418–423.
19. Sag AA, Burke CT, Stavas JM, Dixon RG, Marquess JS, Mauro MA. Tilt-drift and tilt-flip: incidence and sequelae with the Günther-Tulip inferior vena cava filter. Radiology (Under Review).
20. Streiff MB. Vena caval filters: a comprehensive review. Blood 2000; 95:3669–3677.
21. Miller CL, Wechsler RJ. CT evaluation of Kimray-Greenfield filter complications. AJR Am J Roentgenol 1986; 147:45–50.
22. Bianchini AU, Mehta SN, Mulder DS, Barkun AN, Mayrand S. Duodenal perforation by a Greenfield filter: endoscopic diagnosis. Am J Gastroenterol 1997; 92:686–687.
23. Goldman HB, Hanna K, Dmochowski RR. Ureteral injury secondary to an inferior vena caval filter. J Urol 1996; 156:1763.
24. Binkert CA, Sasadeusz, K, Stavropoulos W. Retrievability of the Recovery vena cava filter after dwell times longer than 180 days. J Vasc Interv Radiol 2006; 17:299–302.
25. Smouse HB. A non-randomized, prospective study of IVC filter retrieval without interim filter manipulation using the Günther Tulip vena cava filter. Presented at the 32nd annual meeting of the SIR, Seattle, WA, March 1–6, 2007.
26. Hammer FD, Rousseau HP, Joffre FG, Sentenac BP, Tran-Van T, Barthelemy RP. In vitro evaluation of vena cava filters. J Vasc Interv Radiol 1994; 5:869–876.
27. Günther RW, Neuerburg J, Mossdorf A, et al. New optional IVC filter for percutaneous retrieval: in vitro evaluation of embolus capturing efficiency. Rofo 2005; 177:632–636.

Cook IVCF 008377