# EXHIBIT F

406

J ENDOVASC THER
2007;14:406–410

◆ CLINICAL INVESTIGATION ────────────────────────────── ◆

# Retrievability of the Günther Tulip Vena Cava Filter After Dwell Times Longer Than 180 Days in Patients With Multiple Trauma

David Rosenthal, MD; Eric D. Wellons, MD; Susan M. Hancock, MD; and Allison B. Burkett, MD

Department of Vascular Surgery, Atlanta Medical Center, Atlanta, Georgia, USA.

◆ ────────────────────────────────────────────────────── ◆

*Purpose:* To evaluate the retrieval feasibility of the Günther Tulip inferior vena cava filter (IVCF) after dwell times >180 days in patients with multiple trauma.
*Methods:* A retrospective study was conducted of 117 multiple-trauma patients (70 men; mean age 36 years, range 17 to 64) who underwent prophylactic placement of Günther Tulip retrievable IVCFs between December 1, 2003 and October 1, 2006. Prior to IVCF retrieval, all patients had vena cavography to identify possible IVCF thrombus entrapment. Filter retrieval was performed in the catheterization laboratory under sterile conditions from a right internal jugular vein approach. After IVCF retrieval, repeat vena cavography was performed to evaluate the IVC for contrast extravasation, intraluminal defects, or IVC narrowing.
*Results:* Twelve (10.3%) filters were not retrieved as the patients died of their injuries (no deaths related to IVCF placement or retrieval). Forty-one (35.0%) filters had dwell times >180 days (mean 261.5 days, range 182–403). Of these, 31 (76%) were uneventfully retrieved; 10 were left in place permanently. Pre-retrieval vena cavography identified filter tilting in 13 filters: 9 had a mild tilt ≤10°, and 4 had severe tilting ≥25°. All of the 10 filters that could not be retrieved were tilted (4 severe and 6 mild). In comparison to the 64 (54.7%) filters in place for <180 days (mean 51 days, range 42–180), 4 (6.2%) could not be retrieved (p=0.367). No filter had trapped thrombus identified by vena cavography at the time of retrieval. None of the retrieved filters had structural fracture or collapse, and none had migrated. Post-retrieval vena cavograms demonstrated no contrast extravasation, intraluminal defects, or impingement on adjacent organs.
*Conclusion:* If retrieval of a Gunther Tulip filter with an dwell time >180 days is considered, the patient should be ambulatory and a candidate for anticoagulation if indicated; notably, the filter should have a <25° tilt. Under these circumstances, retrieval of the Günther Tulip filter after 180 days of dwell time appears justified and safe.
*J Endovasc Ther 2007;14:406–410*

*Key words:* inferior vena cava, thrombosis, embolism, vena cava filters, retrievable filters

◆ ────────────────────────────────────────────────────── ◆

Despite continued improvement in the management of patients with multiple traumas, these people frequently have injuries that preclude the use of anticoagulant therapy or sequential compression device prophylaxis. Thus, venous thromboembolism remains a significant cause of morbidity and mortality, occurring in up to 58% of polytruma patients.[1–3]

Although inferior vena cava filters (IVCFs) do not prevent deep vein thrombosis (DVT),

---

Dr. Rosenthal is a consultant to Cook Inc. The other authors have no commercial, proprietary, or financial interest in any products or companies described in this article.

Address for correspondence and reprints: David Rosenthal, MD, 315 Boulevard, NE, Suite 412, Atlanta, GA 30312 USA. Fax: 1-404-658-9558; E-mail: *docro@mindspring.com*

© 2007 by the INTERNATIONAL SOCIETY OF ENDOVASCULAR SPECIALISTS                Available at www.jevt.org

J ENDOVASC THER
2007;14:406–410



**Figure 1** ◆ (A) Intravascular ultrasound image of right renal vein (RRV), left renal vein (LRV), renal artery (RA), and inferior vena cava (IVC). (B) Filter deployed with struts (arrow) abutting the vena cava wall.

they do prevent pulmonary embolism (PE). Many trauma centers, therefore, now advocate the use of prophylactic IVCFs in patients with multiple trauma.[4–6] Optional or retrievable IVCFs, which can be recovered weeks after placement or left as permanent filters, were designed on the premise that it is not necessary to use a permanent device to treat what is often a temporary problem. Retrievable filters are being utilized more frequently to protect against PE during the immediate high-risk perioperative periods and avoid the potential complications associated with a permanent IVCF, such as use in younger patients, iliofemoral and IVC thrombosis, migration, perforation, and aortic and duodenal erosion.

Currently, 3 IVCFs have been approved by the US Food and Drug Administration as retrievable filters, and reports of retrievability have been published for all 3.[7–11] Short (<8-week) dwell times with early retrieval for these filters are preferred, as prolonged placement makes retrieval more difficult due to incorporation of the filter with hypertrophic scar tissue and endothelium. This study was conducted to evaluate the retrieval feasibility of one of these optional filters, the Günther Tulip, after dwell times >180 days in patients with multiple trauma.

## METHODS

### Study Design and Filter Deployment

Between December 1, 2003 and October 1, 2006, an institutional review board–approved retrospective study was conducted of 117 multiple-trauma patients (70 men; mean age 36 years, range 17 to 64) with relative or absolute contraindications to low-dose heparin therapy or barriers to prevent sequential compression devices. Prophylactic placement of Günther Tulip retrievable IVCFs (Cook, Inc., Bloomington, IN, USA) was performed in the intensive care unit (ICU) under real-time intravascular ultrasound (IVUS) guidance according to a previously published technique.[12] In brief, 2 femoral vein punctures were made, 1 cm apart, under aseptic conditions, and 2 0.035-inch Glidewires (Terumo, Somerset, NJ, USA) were passed into the IVC. An 8-F sheath was introduced over 1 wire (IVUS wire), and the 8-F filter sheath over the second (filter wire). A 10-MHz IVUS probe (Volcano Therapeutics, Rancho Cordova, CA, USA) was passed to the level of the right atrium, and the venous anatomy was interrogated with a "pullback" technique to identify the hepatic veins, right renal artery, renal veins, and the IVC itself. The transverse IVC diameter was measured in 2 planes at the infrarenal location to ensure that maximal size limitation of 30 mm was not exceeded. The IVUS probe was pulled back to the level of the most inferior renal vein (Fig. 1A), and the IVCF sheath was advanced until it was adjacent to the IVUS catheter tip. The IVUS was then withdrawn until it was below the filter, and the filter was deployed (Fig. 1B). After deployment, the filter and IVUS catheters and sheaths were removed, and gentle pressure was applied until hemostasis was achieved. An

408 GÜNTHER TULIP IVC FILTER RETRIEVAL AFTER 180 DAYS
Rosenthal et al.

J ENDOVASC THER
2007;14:406–410

abdominal radiograph was obtained to evaluate the IVCF location and configuration.

### Filter Retrieval

Prior to filter retrieval, all patients underwent venous color-flow duplex ultrasound scanning of the lower extremities to rule out DVT. All filter retrieval procedures were performed in the catheterization laboratory under sterile conditions from a right internal jugular vein approach. Under ultrasound surveillance, the jugular vein was cannulated and a 10-F sheath placed. Vena cavography was performed to assess the IVCF for tilting (compared against the long axis of the IVC) and for thrombus within the filter. Per the manufacturer's recommendation, significant thrombus (>25% of filter volume) was considered a contraindication to filter retrieval. In appropriate cases, the filter was retrieved using a Cook retrieval system. Repeat vena cavography was performed to evaluate the IVC for contrast extravasation, intraluminal defects, or IVC narrowing. If a stenosis was identified, contrast-enhanced computed tomography (CT) was performed 6 months after retrieval.

## RESULTS

During the study period, 12 (10.3%) filters were not retrieved as the patients died of their injuries; no deaths were related to IVCF placement or retrieval. Sixty-four (54.7%) patients had filters in place for <180 days, while 41 (35.0%) filters had dwell times >180 days (mean 261.5 days, range 182–403). Of these 41 filters, 31 (76%) were uneventfully retrieved; 10 were left in place permanently. Pre-retrieval vena cavography identified tilting in 13 filters: 9 had a mild tilt ≤10°, and 4 had severe tilting ≥25°. All of the 10 filters that could not be retrieved were tilted (4 severe and 6 mild). All 31 retrieved filters had small strands of thrombus and hypertrophic scar/endothelium on the filter (Fig. 2); however, these were not flow-limiting and caused no defects at completion vena cavography. In comparison to the 64 filters that had dwell times <180 days (mean 51 days, range 42–180), 4 (6.2%) short-term filters could not be retrieved (p=0.367). No



**Figure 2** ◆ Retrieved filter after 263 days dwell time. Note straightened retrieval hook and venous tissue entwined in the filter.

patients had trapped thrombus identified by vena cavography at the time of retrieval. None of the retrieved filters had structural fracture or collapse, and none had migrated.

Post-retrieval vena cavograms demonstrated no contrast extravasation, intraluminal defects, or impingement on adjacent organs. At retrieval, vena cavography identified ~25% IVC stenoses at the filter site in 7 patients. These patients remained asymptomatic during follow-up extending to 9 months; CT scans in 6 of these patients demonstrated normal appearing pre-retrieval IVC diameters, with no evidence of residual stenosis.

## DISCUSSION

The ability to extend the dwell time of retrievable IVCFs affords greater protection in patients who would benefit from prolonged PE prophylaxis. Most reports demonstrate a reduction in PE after prophylactic IVCF placement in multi-trauma patients; however, several investigators have also noted an increased incidence of DVT.[13,14] Indeed, a study by Greenfield et al.,[15] which reviewed thromboembolic events after prophylactic permanent IVCF placement in multi-trauma patients, identified an overall 23% incidence for new DVTs after filter placement. By avoiding the use of a permanent IVCF and initiating anticoagulant prophylaxis as soon as clinically indicated, this concern should be obviated.

Several publications have described the placement and retrieval of optional filters,[7–11] but few have featured retrievals with dwell times past 180 days. Binkert et al.[16] reported 13 patients who had Bard Recovery filters

J ENDOVASC THER
2007;14:406–410

GÜNTHER TULIP IVC FILTER RETRIEVAL AFTER 180 DAYS    409
Rosenthal et al.

with a mean dwell time of 254 days; retrieval of all filters was performed without complications. In this series of patients, the "rate-limiting step" for retrieval of IVCFs with dwell times extending to 403 days appeared to be the amount of filter tilt. Notable in our patients was the fact that all 10 filters that could not be retrieved had some degree of tilt (6 mild <10°, 4 severe >25°). A prolonged dwell time (>180 days) in the presence of severe tilting (≥25°) makes retrieval highly unlikely due to incorporation of filter components (i.e., retrieval hook, filter wires) by hypertrophic endothelial scar tissue. In this setting, the wisest course of action may be to simply leave the filter in place, especially if significant force is placed on the retrieval system, as indicated by straightening of the retrieval hook or "flaring" of the sheath tip. This, however, remains to be proven.

Of interest were the 7 patients who demonstrated IVC stenoses after retrieval, but who remained asymptomatic. At follow-up extending to 9 months, CT scans in the majority of these patients demonstrated normal appearing IVCs at the filter site. This has been reported by others[17] and appears to be reversible after the filter is removed, likely due to the self-limiting low-pressure, high-volume characteristics of the IVC.

## Conclusion

The role of retrievable IVCFs remains unproven, but the option to avoid the use of a permanent filter for what is often a temporary problem is appealing. Retrieval of IVCFs should be performed as soon as clinically indicated, but if retrieval of a Günther Tulip filter with an dwell time >180 days is considered (i.e., in "high-risk" bariatric, spinal-orthopedic, and polytrauma cases), the patient should be ambulatory and a candidate for anticoagulation if indicated; the filter should have <25° of tilt. Under these circumstances, retrieval of the Günther Tulip filter after 180 days of dwell time appears justified and safe.

## REFERENCES

1. Dries DJ. Activation of the clotting system and complement after trauma. *New Horz*. 1996;4: 276–289.
2. Weinmann EE, Salzman EW. Deep-vein thrombosis. *New Engl J Med*. 1994;331:1630–1641.
3. Geerts WH, Jay RM, Code KJ, et al. A comparison of low-dose heparin with low-molecular-weight heparin as prophylaxis against venous thrombo-embolism after major trauma. *N Engl J Med*. 1996;335:701–707.
4. Langan EM, Miller RS, Casey WJ, et al. Prophylactic inferior vena cava filters in trauma patients at high risk: follow-up examination and risk/benefit assessment. *J Vasc Surg*. 1999;30:484–488.
5. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. *Arch Surg*. 1998;133:406–413.
6. Carlin AM, Tyburski JG, Wilson RF, et al. Prophylactic and therapeutic inferior vena cava filters to prevent pulmonary emboli in trauma patients. *Arch Surg*. 2002;137:521–527.
7. Asch MR. Initial experience in humans with a new retrievable inferior vena cava filter. *Radiology*. 2002;225:835–844.
8. Hoff WS, Hoey BA, Wainwright GA, et al. Early experience with retrievable inferior vena cava filters in high-risk trauma patients. *J Am Coll Surg*. 2004;199:869–874.
9. Lam RC, Bush RL, Lin PH, et al. Early technical and clinical results with retrievable inferior vena caval filters. *Vascular*. 2004;12:233–237.
10. Millward SF, Bhargava A, Aquino J, et al. Gunther Tulip filter: preliminary clinical experience with retrieval. *J Vasc Interv Radiol*. 2000;11:75–82.
11. Morris CS, Rogers FB, Najarian KE, et al. Current trends in vena caval filtration with the introduction of a retrievable filter at a level I trauma center. *J Trauma*. 2004;57:32–36.
12. Rosenthal D, Wellons ED, Levitt AB, et al. Role of prophylactic temporary inferior vena cava filters placed at the ICU bedside under intravascular ultrasound guidance in patients with multiple trauma. *J Vasc Surg*. 2004;40: 958–964.
13. Knudson MM, Ikossi DG, Khaw L, et al. Thromboembolism after trauma: an analysis of 1607 episodes from the American College of Surgeons National Trauma Data Bank. *Ann Surg*. 2004;240:490-b.
14. Antevil JL, Sise MJ, Sacks DI. Retrieval vena cava filters for preventing pulmonary embolism in trauma patients: a cautionary tale. *J Trauma*. 2006;60:35–40.
15. Greenfield LJ. Venous thromboembolism in trauma patients. *J Am Coll Surg*. 1995;180: 725–726.

410   GÜNTHER TULIP IVC FILTER RETRIEVAL AFTER 180 DAYS   J ENDOVASC THER
      Rosenthal et al.                                    2007;14:406–410

16. Binkert CA, Sasadeus ZK, Stavropoulos SW. Retrievability of the Recovery vena cava filter after dwell times longer than 180 days. *J Vasc Interv Radiol.* 2006;17:299–302.

17. Binkert CA, Morash MC, Gates JD. Venographic findings at retrieval of inferior vena cava filters. *AJR Am J Roentgenol.* 2007;188:1039–1043.