UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action only:

**Emilie Apple, No. 1:16-cv-03244**

### PLAINTIFF EMILIE APPLE MOTION IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff Emilie Apple respectfully requests Defendants' Motion be denied in its entirety. The Cook Defendants are not entitled to judgment on this plaintiff's complaint because although plaintiff failed to commence her action within the time permitted by the Texas statute of repose for such claims, Texas law allows for an exception in cases where the defendants has provided in writing that the product has a useful safe life of longer than fifteen years after the date of sale of the products by the defendants.  For this reason, and as further explained in the contemporaneously filed Plaintiff Apple's Memorandum In Response to Cook Defendants' Motion for Judgment on the Pleadings, Plaintiff Apple respectfully requests Defendants' Motion be denied in its entirety.

Dated: April 21, 2017

Respectfully submitted,

By   /s/ Dr. Shezad Malik
Dr. Shezad Malik


DR. SHEZAD MALIK LAW FIRM
4925 Greenville Avenue, Suite 320
Dallas, Texas 75206
Texas Bar Number: 24053337
Telephone: (817) 717-1772
Fax: (888) 210-9693
DrMalik@ShezadMalik.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017 a true and correct copy of *Plaintiff's Response to Cook Defendants' Motion for Judgment on the Pleadings* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

By  /s/ Dr. Shezad Malik

Dr. Shezad Malik
DR. SHEZAD MALIK LAW FIRM
4925 Greenville Avenue, Suite 320
Dallas, Texas 75206
Texas Bar Number: 24053337
Telephone: (817) 717-1772
Fax: (888) 210-9693
DrMalik@ShezadMalik.com