| | |
|---|---|
| EMILIE APPLE | § SOUTHERN DISTRICT OF |
| | §  INDIANA |
| *Plaintiff* | § |
| V. | § IN RE: COOK MEDICAL, INC, |
| | § IVC FILTERS MARKETING SALES |
| | § PRACTICES AND PRODUCTS |
| | § LIABILITY LITIGATION |
| | § CASE No. 1:16-cv-03244-RLY-TAB |
| COOK INCORPORATED, COOK | § |
| MEDICAL LLC, and WILLIAM COOK | § |
| EUROPE APS | § |
| *Defendants.* | § MDL NO. 2570 |

## AFFIDAVIT OF EMILIE APPLE

**BEFORE ME,** the undersigned authority, on this day personally appeared Emilie Apple, the undersigned affiant, who swore on oath that the following facts are true:

"My name is Emilie Apple. I am over 18 years of age, of sound mind and fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are all true and correct."

1. I was implanted with a Cook Gunther Tulip IVC Filter on or about September 7, 2001 at Presbyterian Hospital of Plano in Plano, Texas, by Dr. Bruce Morris. At this time I suffered a documented severe bilateral pulmonary embolism and deep vein thrombosis in the left iliac vein. Because of the extent of the blood clots in my veins, I was treated with overnight venous thrombolysis and the Cook Gunther Tulip IVC

**AFFIDAVIT OF Emilie Apple**          1

filter was placed after discussing the procedure and the associated risks, during which I was told that the device was permanent, with no long term side effects.

2. In the intervening years I was diagnosed with heterozygous Factor V Leiden mutation and since the pulmonary embolism event I had to take anticoagulants indefinitely with the Cook Gunther Tulip IVC filter still in place.

3. Sometime in 2015, I developed low back pain and became concerned that the symptoms may be originating from the Cook Gunther Tulip IVC filter. I researched the side effects of long-term IVC filters, and I found out that there was a research study at Stanford Medical Center, California involving the removal of long-term IVC filters. I reached out to the study's director, Dr. William Kuo and asked if I would be a candidate for the study. Dr. Kuo asked me to undergo further testing.

4. On or about March 9, 2015 a venogram was performed at Texas Health Dallas, in Dallas, Texas; Dr. Richard Coker interpreted the Cook Gunther Tulip IVC Filter to be seen extending beyond the lumen of the IVC both left and right, anterior and posterior.

5. Dr. Lalan Wilfong, my hematologist on a prior follow up appointment for my Factor V Leiden thrombophilia, on or about March 2, 2015 at Texas Oncology, Presbyterian, in Dallas, Texas, agreed that it was appropriate after evaluation to have the Cook Gunther Tulip IVC filter removed.

6. With her referral I saw Dr. William Kuo of Stanford University Hospital in Redwood City, California on or about April 23, 2015. Dr. Kuo agreed to remove the IVC filter to prevent risks associated with long-term implantation and to reduce

**AFFIDAVIT OF Emilie Apple**        2

thrombotic risks associated with a permanent filter. He performed an in depth investigation, the venogram found an intact Cook Gunther Tulip IVC filter with multi-focal filter leg penetration through the IVC including an eroded leg that during surgery was pulled free from an adjacent vertebra complex. Dr. Kuo successfully removed the IVC filter and found no lingering or ongoing complications post removal.

SIGNED ON April 20, 2017.

_____
Emilie Apple, AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on April 20th, 2017 by Emilie Apple.

_____
Notary Public, State of Texas

13 102543

JUAN ANTONIO LEAL
Notary Public, State of Texas
Comm. Expires 03-01-2021
Notary ID 131025433

**AFFIDAVIT OF Emilie Apple**     3