IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):
Michael David Fox

Civil Case 1:17-CV-00255

## MOTION TO SEAL DOCUMENTS

COME NOW Plaintiffs Michael David Fox, and request that this Honorable Court seal Exhibits B, G, H and I to Plaintiff Michael Fox's Memorandum in Response to Defendants Motion for Judgment on the Pleadings Based on Statutes of Repose [Document 4439], and would show the Court the following:

1. On April 21, 2017, Plaintiff Michael David Fox filed his Memorandum in Response to Defendants' Motion for Judgment on the Pleadings Based on Statutes of Repose [4439].

2. Along with filing the aforementioned Memorandum, Plaintiff filed Exhibits A through H as attachments to the Memorandum.

3. Exhibits B, G, H and I were previously marked "Company Confidential" or "Confidential - for Attorney Eyes Only by Defendants, pursuant to CMO 8, entered in MDL 2570 by this Honorable Court on June 5, 2015.

1

4.    As Defendants had previously identified exhibits B, G, H and I as confidential pursuant to CMO 8, Plaintiffs respectfully asks that the Court seal these exhibits, pursuant to CMO 8 and Local Rule 5-11.

WHEREFORE, Premises Considered, Plaintiff requests that this Honorable Court order that Exhibits B [4439-2], G [4439-7], H [4439-8] and I [4439-9] to Plaintiff Michael Fox's Memorandum in Response to Defendants Motion for Judgment on the Pleadings Based on Statutes of Repose [Document 4439] be sealed by the Clerk, available for viewing on the Court's ECF system only by parties in MDL 2570.

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/   Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr.
Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

  /s/ Howard L. Nations
Howard L. Nations