IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):
Michael David Fox

Civil Case 1:17-CV-00255

**ORDER**

  CAME ON this ____ day of _____, 2017, Plaintiff Michael David Fox's Motion to Seal Documents regarding Exhibits B, G, H and I to Plaintiff Michael Fox's Memorandum in Response to Defendants Motion for Judgment on the Pleadings Based on Statutes of Repose [Document 4439], and the Court is of the opinion that same is meritorious and should be granted;

  IT IS, THEREFORE, ORDERED that the clerk is directed to seal Exhibits B, G, H and I (Documents 4439-2, 4439-7, 4439-8 and 4439-9, respectively), making them available for viewing only by parties to MDL 2570;

  IT IS FURTHER ORDERED that if the party designating the aforementioned documents as confidential must file a Statement or Motion under Local Rule 5-11(d)(3) before the expiration of

14 days from the date of this Order; failure to do so may result in the documents being unsealed pursuant to Local Rule 5-11(g).

_____
UNITED STATES JUDGE