**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:

Cause No. 1:17-cv-926        Cause No. 1:17-cv-914
Cause No. 1:17-cv-929        Cause No. 1:17-cv-776
Cause No. 1:17-cv-927
Cause No. 1:17-cv-887
Cause No. 1:17-cv-917
Cause No. 1:17-cv-919
Cause No. 1:17-cv-928
Cause No. 1:17-cv-845
Cause No. 1:17-cv-800
Cause No. 1:17-cv-921
_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or
  formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook
  Medical"); and
- William Cook Europe ApS

Dated: April 24, 2017                    /s/ John T. Schlafer_____
                                         Andrea Roberts Pierson (# 18435-49)
                                         John T. Schlafer (# 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana  46204
                                         Telephone:  (317) 237-0300
                                         Facsimile:  (317) 237-1000
                                         E-Mail:  andrea.pierson@faegrebd.com
                                         E-Mail:  john.schlafer@faegrebd.com

US.110890369.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

2