UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
_____

This Document Relates to All Actions
_____

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## ENTRY ON APRIL 13, 2017, PRETRIAL CONFERENCE

Parties appeared by counsel on April 13, 2017, for a pretrial conference on discovery disputes. The Court addressed counsel's behavior at depositions. The Court also heard argument on the issue of Defendants' litigation holds and requested briefing on the matter. The Court ordered Plaintiffs to file any appropriate motion on this issue within 7 days, with Defendants' response 7 days thereafter, and Plaintiffs' reply 7 days thereafter. Finally, the Court heard argument on a variety of remaining issues and took them under advisement.

Date: 4/26/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.