UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
_____   No. 1:14-ml-2570-RLY-TAB
                                           MDL No. 2570
This Document Relates to All Actions
_____

**ENTRY DIRECTING FURTHER ACTION**

Local Rule 5-3(a) mandates that all attorneys admitted to this Court's bar, including those admitted *pro hac vice*, must use the Court's electronic case filing (ECF) system. This requires all counsel of record to register for electronic filing with this Court. Counsel need only register one time – it is not necessary to register in each case filed.

It has come to the Court's attention that the attorneys identified in the attached list have entered an appearance in one or more case included in the Cook Medical, Inc. IVC Filter MDL and have *not* registered for electronic filing. **Those attorneys are ordered to register for electronic filing within 10 days.** The form for doing so is available on the Court's website at www.insd.uscourts.gov under E-Filing Resources. The Local Rules referenced above are also available on the Court's website.

Date: 4/26/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies via U.S. Mail to all counsel of record identified in the attached list.

Cook Medical, Inc. IVC Filters MDL
Counsel of record not registered for electronic filing

Kimberly Lambert Adams
LEVIN PAPANTONIO THOMAS ETC PA
316 S Baylen Street, Suite 400
Pensacola, FL 32502

David Carl Anderson
Anderson Law
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102

Janet Ward Black
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401

Paul Telhiard Boudreaux
Richardson Richardson Boudreaux
7447 S Lewis Avenue
Tulsa, OK 74136

Jacob A. Boyd
Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

David J. Britton
LAW OFFICE OF DAVID J BRITTON
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Mark P. Bryant
Bryant Law Center, PSC
601 Washington Street
P.O. Box 1876
Paducah, KY 42001

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

John Cornew
409 E Maple Ave
Lindenwold, NJ 08021

James W. Childress
CHILDRESS AND AHLHEIM, LLC
1010 Market Street, Suite 500
St. Louis, MO 63101

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Caleb Hoff Didriksen, III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Cory Holley Driggers
MORRIS CARY ANDREWS TALMADGE & DRIGGERS
P.O. Box 1649
Dothan, AL 36302

George Jerre Duzane
1675 Liberty Lane
Gallatin, TN 37066

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Michael G. Glass
Rappaport Glass Greene & Levine LLP
1355 Motor Parkway
Hauppauge, NY 11749

David L. Grebel
NIEMEYER AND GREBEL
10 S. Broadway, Suite 1125
St. Louis, MO 63102

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Heather H. Harrison
Faegre Baker Daniels LLP
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606

Craig D. Henderson
The Snapka Law Firm
P.O. Box 23017
Corpus Christi, TX 78403

Jennifer P. Henry
Thompson & Knight LLP
801 Cherry Street, Unit #1
Fort Worth, TX 76107

Arthur F. Hoge, III
Mee Mee Hoge & Epperson PLLP
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Kahla R. Hurley
Mee Mee Hoge & Epperson PLLP
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

Scott Kehlenbrink
CHILDRESS AND AHLHEIM, LLC
1010 Market Street, Suite 500
St. Louis, MO 63101

Mark Mathew Kitrick
Kitrick, Lewis & Harris Co LPA - 2
445 Hutchinson Avenue, Suite 100
Columbus, OH 43235

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

James David Martin
COPELAND FRANCO SCREWS & GILL PA
PO Box 347
Montgomery, AL 36101-0347

Peter Andrew Miller
Miller Legal LLC
175 S Pantops Drive, Third Floor
Charlottesville, VA 22911

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Elizabeth Alice Mote
Kitrick, Lewis & Harris, Co., L.P.A.
455 Hutchinson Avenue, Suite 100
Columbus, OH 43235-8630

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Mark R. Niemeyer
NIEMEYER AND GREBEL
10 S. Broadway, Suite 1125
St. Louis, MO 63102

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Robert David Segall
COPELAND FRANCO SCREWS & GILL
PO Box 347
Montgomery, AL 36107-0347

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Daniel Snyder
Attorney at Law
1000 S W Broadway, Suite 1500
Portland, OR 97205

Roland K. Tellis
Baron and Budd PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Jack Edward Urquhart
The Snapka Law Firm
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78401

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Carl A. Woods, III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Evan M. Zucker
Baron and Budd PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436