IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

| Cause No. 1:17-cv-692 | Cause No. 1:17-cv-860 |
| Cause No. 1:17-cv-876 | Cause No. 1:17-cv-897 |
| Cause No. 1:17-cv-898 | Cause No. 1:17-cv-936 |
| Cause No. 1:17-cv-944 | Cause No. 1:17-cv-967 |
| Cause No. 1:17-cv-946 | Cause No. 1:17-cv-950 |
| Cause No. 1:17-cv-952 | Cause No. 1:17-cv-953 |
| Cause No. 1:17-cv-954 | Cause No. 1:17-cv-957 |
| Cause No. 1:17-cv-963 | Cause No. 1:17-cv-964 |
| Cause No. 1:17-cv-966 | |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated: April 26, 2017                         /s/ John T. Schlafer
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  john.schlafer@faegrebd.com

US.111289930.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer