IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570
_____

**EXHIBIT A**
**LIST OF CASES FOR**
**MARK C. AUBUCHON**

| | |
|---|---|
| 1:16-cv-01166-RLY-TAB | Jessica Gehner |
| 1:16-cv-01167-RLY-TAB | Vickie Jacobs |
| 1:16-cv-01168-RLY-TAB | Gregory MacNeary |
| 1:17-cv-00517-RLY-TAB | Joanne Heck |
| 1:17-cv-01300-RLY-TAB | Lynne Griebel |