IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT A
LIST OF CASES FOR
J. MARK KELL**

| Case Number | Plaintiff |
|---|---|
| 1:16-cv-01166-RLY-TAB | Jessica Gehner |
| 1:16-cv-01167-RLY-TAB | Vickie Jacobs |
| 1:16-cv-01168-RLY-TAB | Gregory MacNeary |
| 1:17-cv-01300-RLY-TAB | Lynne Griebel |