IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
*Barbara Gettman, et al.*
Cause No. 1:17-cv-06064-RLY-TAB

**JOINT MOTION TO ENTER SCHEDULE FOR FILING
AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

The parties hereby jointly move the Court to enter the attached Scheduling Order by which the parties request the Court set deadlines for Plaintiffs to file an Amended Complaint and Defendants to answer or otherwise plead in response to the Amended Complaint. In support of the motion, the Parties inform the Court as follows:

1. This matter was initially filed in the Central District of California. Prior to the transfer of the matter by the Judicial Panel on Multidistrict Litigation to the present MDL, the Parties stipulated that Defendants' deadline to answer or otherwise plead in response to the Complaint would be April 28, 2017.

2. Plaintiffs' Lead Co-Counsel has informed Defense Counsel that Plaintiffs intend to file an Amended Complaint, but that the Amended Complaint will not be ready for filing before the agreed upon deadline of April 28, 2017 for Defendants to answer or otherwise plead in response to the Complaint.

3. The Parties agree that it will be more efficient for the Parties and the Court for Plaintiffs to first file their Amended Complaint and for Defendants to then file their response to the Amended Complaint, rather than respond to the current Complaint. The Parties stipulate and agree to and request that the Court set the following deadlines:

    a. Plaintiffs shall file their Amended Complaint by **May 5, 2017**; and

    b. Defendants shall answer or otherwise plead in response to the Amended Complaint by **June 2, 2017**.

WHEREFORE, the Parties respectfully and jointly request that the Court enter the attached Scheduling Order.

Dated: April 27, 2017

/s/ Evan M. Zucker
Evan M. Zucker (CA# 266702)
BARON & BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
E-Mail: ezucker@baronbudd.com

*Liaison Counsel for Plaintiffs*

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

*Lead Counsel for Cook Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2017, a copy of the foregoing Joint Motion to Enter Schedule for Filing Amended Complaint and Response to Amended Complaint was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                            /s/ John T. Schlafer