# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:
*Barbara Gettman, et al.*
Cause No. 1:17-cv-06064-RLY-TAB

_____

## SCHEDULING ORDER FOR FILING
## AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT

Upon the joint motion of the Parties, this Order sets the deadlines for filing of an Amended Complaint and response thereto.

It is ORDERED that the following deadlines are established:

1. Plaintiffs shall file their Amended Complaint by **May 5, 2017**; and

2. Defendants shall answer or otherwise plead in response to the Amended Complaint by **June 2, 2017**.

SO ORDERED this _____ day of _____, 20____:

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

US.111300578.01