# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER BARRING PROPOSED DEPOSITION OF KEM HAWKINS

The defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook"), respectfully move the Court for entry of a protective order barring Plaintiffs' proposed deposition of Kem Hawkins, the former president of Cook Group Inc.  The law disfavors "apex depositions" of high ranking executives, and Plaintiffs cannot carry their burden of showing the necessity of the deposition of Mr. Hawkins.  Mr. Hawkins has no unique or superior personal knowledge about the topics Plaintiffs have identified for his deposition, and other current and former Cook executives and employees have already been deposed (or soon will be deposed) and have provided better—and less intrusive—sources for the information sought.  The proposed deposition of Mr. Hawkins will serve only to harass the witness and Cook and waste the parties' time and resources.

For these reasons, and as further explained in the contemporaneously filed Defendants' Memorandum In Support Of Motion For Protective Order Barring Proposed Deposition of Kem Hawkins, Cook respectfully requests that the Court enter a protective order barring Plaintiffs from deposing Kem Hawkins and provide all other just and appropriate relief.

US.111294818.01

                                      Respectfully submitted,

Dated: April 27, 2017                /s/ *Andrea Roberts Pierson*
                                      Andrea Roberts Pierson (# 18435-49)
                                      Andrew L. Campbell (# 25516-49)
                                      Jessica Benson Cox (# 26259-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana 46204
                                      Telephone: (317) 237-0300
                                      Facsimile: (317) 237-1000
                                      E-Mail: andrea.pierson@faegrebd.com
                                      E-mail: andrew.campbell@faegrebd.com
                                      E-Mail: jessica.cox@faegrebd.com

                                      James Stephen Bennett (# 22869-02)
                                      FAEGRE BAKER DANIELS LLP
                                      110 W. Berry Street, Suite 2400
                                      Fort Wayne, Indiana 46802
                                      Telephone: (260) 424-8000
                                      Facsimile: (260) 460-1700
                                      stephen.bennett@faegrebd.com

                                      *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Andrea Roberts Pierson*

US.111294818.01