# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

Court of appeals
This Document Relates to All Actions

## DECLARATION OF KEM HAWKINS

I, M. Kem Hawkins, hereby state and affirm:

1. I submit this declaration in support of the Cook Defendants' Motion for Protective Order to bar plaintiffs in this litigation from taking my deposition.

2. In 2001, I became President of Cook Incorporated and Cook Group Incorporated. In 2003, I became President of Cook Medical Incorporated.

3. I remained President of Cook Incorporated and Cook Medical Incorporated until November of 2013 and President of Cook Group Incorporated until I retired in July of 2015.

4. Cook's Tulip filters and Celect filters (collectively "the Cook IVC filters") were manufactured and sold during my tenure as President of these Cook Companies. In my role as President, I was involved only in high-level decisions concerning the Cook IVC filters, based on information provided by other Cook employees.

Privileged and Confidential
Attorney DRAFT Work Product

5. I had no role in the design or testing of any Cook IVC filters, and I have no unique knowledge concerning the design and testing of those filters. Present and former Cook employees Brian Choules, Bruce Fleck, Mark Fyre, Jacob Clausen, Theodore Heise, Per Hendriksen, Arne Moelgaard-Nielsen, Jesper Thyregod, William Voorhees, and other Cook employees are much more knowledgeable about the design and testing of the IVC filters than I am.

6. I had no role in the manufacturing process of any Cook IVC filters, and I have no unique knowledge concerning the manufacturing process for those filters. Cook employees Bruce Fleck, Arne Moelgaard-Nielsen, Jesper Thyregod, Torben Andersen, Mark Fyre, and other Cook employees are much more knowledgeable about the manufacturing process of the IVC filters than I am.

7. I had no role in the labeling and warnings that accompanied any Cook IVC filters, and I have no unique knowledge concerning the labeling and warnings that accompanied those filters. Present and former Cook employees April Lavender, Bruce Fleck, Darrell Talbert, Mette Neiendam Nielsen, Theodore Heise, Jennifer Brown, and other Cook employees are much more knowledgeable about the labeling and warnings that accompanied the IVC filters than I am.

8. I had no role in the registration, regulatory submissions, or regulatory compliance concerning any Cook IVC filters, and I have no unique knowledge concerning the registration, regulatory submissions, or regulatory compliance concerning those filters. Cook employees April Lavender, B. Thomas Roberts, Mette Neiendam Nielsen, Anna Bjerg Jessen, Henrick Gyllun, Jennifer Brown, Theodore Heise, and other

2

US.110840682.05

Privileged and Confidential
Attorney DRAFT Work Product

Cook employees are much more knowledgeable about the the registration, regulatory submissions, and/or other regulatory issues concerning the IVC filters than I am.

9. I had no role in the marketing or advertising of any Cook IVC filters, and I have no unique knowledge concerning the marketing or advertising of those filters. Cook employees Darrell Talbert, Bruce Fleck, Mark Breedlove, and other Cook employees are much more knowledgeable about the marketing and advertising of the IVC filters than I am.

10. I have no unique knowledge concerning the organization of the Cook companies during my time there. I know that there are organizational charts that lay out the relationships of the various Cook entities, and I know that Mark Breedlove is knowledgeable about the history and organization of the Cook Companies.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the 25th day of April, 2017.

*M. Kem Hawkins* (signature)

M. Kem Hawkins