# **EXHIBIT C**

## Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Matt Schultz <mschultz@levinlaw.com> |
| **Sent:** | Sunday, March 26, 2017 4:12 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Ben Martin; David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com) |
| **Subject:** | RE: Emailing - Subpoena to Depo w Notice - Hawkins.pdf |

I neglected to mention the subject matters as you requested. As I mentioned, it's difficult to specify as we don't wish to limit ourselves on subject matters. That said, I would envision some brief questioning on the company history and organization and organizational responsibilities (enough to provide context for his testimony), and questions relating to Cook's IVC filter-related business with some focus on corporate policies and responsibilities given that he was the head of Cook Group/Cook Inc. for virtually the entire time period relevant to the cases. I would expect questions into documents (those already produced and any produced/identified in Cook's CMO 2 response). Those questions will be dictated by the content of the documents themselves. I would not off the top of my head anticipate any inquiry into financial matters beyond his compensation and perhaps sales numbers for IVC filters. I hope this helps. Matt

**From:** Matt Schultz
**Sent:** Sunday, March 26, 2017 2:55 PM
**To:** Andrea Roberts Pierson (Andrea.Pierson@FaegreBD.com)
**Cc:** Ben Martin; David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com)
**Subject:** Emailing - Subpoena to Depo w Notice - Hawkins.pdf

Andrea, per our discussion I attach a subpoena for Mr. Hawkins, which includes the depo notice and CMO 2 request for documents. I chose June 12 somewhat arbitrarily (far enough out to address objections). Of course if we are permitted to take the deposition we can agree on a different date. I see no need for Cook to respond to the CMO 2 request unless/until the court rules that the depo will proceed. It makes sense to me to tie Cook's response date on the CMO 2 request to the date the court enters an order permitting the deposition to proceed if that makes sense to you. Matt

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com

