# EXHIBIT H

## Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Matt Schultz <mschultz@levinlaw.com> |
| **Sent:** | Monday, March 27, 2017 12:31 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Tanner, John Joseph; Campbell, Andrew L.; Jones, Bruce; Ben Martin |
| **Subject:** | RE: Milling |

Thanks. I expect it will be similar to Mr. Hawkins. We think it's important for the jury to hear from the person who headed the company. Mr. Milling's name pulls up nearly 3,000 documents and his custodian file has more than 500. Cursory review of his custodian file shows hands-on involvement in filters.

I will get a notice out today. Matt

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Monday, March 27, 2017 9:35 AM
**To:** Matt Schultz
**Cc:** Tanner, John Joseph; Campbell, Andrew L.; Jones, Bruce
**Subject:** Milling

Matt – We may object to the Milling deposition entirely, but in the interest of the schedules of all involved, let's hold May 2 for his deposition in the interim. As you know, he is an executive of WCE and, for that reason, it would be helpful if you could articulate the subjects upon which you propose to depose him, as you did with Hawkins. Thank you.

Andrea Roberts Pierson
*Partner*
andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

1