**EXHIBIT F**

## Single Complaint Report

| | | | |
|---|---|---|---|
| PR #: | 84105 | PR State: | Closed - Done |
| Date Created: | 08/20/2013 10:13 AM | Since: | 10/30/2013 8:38 AM |
| RA #: | 84105 | Division / Project: | Cook Medical / Complaint |

### Complaint Info

#### General Information

| | | | |
|---|---|---|---|
| Date Opened: | 08/20/2013 10:13 AM | Complaint Closure Due On: | 09/19/2013 |
| Date of Event: | 08/19/2013 | Assigned To: | Donna Deckard |
| Date Aware: | 08/19/2013 | Customer (Entity): | MORTON PLANT HOSPITAL |
| Complaint Received By: | Cook Medical Inc. | Customer (Person): | Dr. Zuzga |
| Originator: | Donna Deckard | Health Professional: | Yes |
| Date Manufacturer Informed: | 08/20/2013 | Country of Occurrence: | UNITED STATES |
| Origin of Complaint: | Area Representative | Secondary Contact(s): | |
| Event Location: | Hospital | Area Representative: | Courtney Whitelock |
| Event Location - Other: | | Customer's Reference #: | NA |
| Reported to Regulatory Agency?: | Unknown | Date Reported to RA: | |
| Attached Files: | PR84105 2nd request .msg | | |
| | PR84105 3rd request .msg | | |
| | PR84105 form letter .msg | | |
| | PR84105 image.pdf | | |
| | PR84105 request .msg | | |
| | PR84105 RGA and letter for review.msg | | |
| | Re PR84105 3rd request .msg | | |
| | Re PR84105 additional information.msg | | |
| | RE TrackWise TrackWise Notification PR #84105 Leg perforated the cava.msg | | |
| | all celect 01jan2008 21oct2013.xls | | |
| | QERA 014rev1 perforation Celect.pdf | | |

### Customer Action

| | | | |
|---|---|---|---|
| Account Action: | No Action | Account Action - Notes: | |

Response Action(s) Grid:

| Response Action | Resp. Action Due On | Resp. Action Completed On | Resp. Action Completed By |
|---|---|---|---|
| Form Letter | 09/24/2013 | 08/27/2013 | Donna Deckard |
| No Account Action | 08/20/2013 | 08/20/2013 | Donna Deckard |

Company Confidential   CookMDL2570_0084036