# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
Case No.: 1:14-cv-06016-RLY-TAB

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

V I D E O   D E P O S I T I O N
o f
DR. MARK ZUZGA
taken on behalf of Defendants

DATE:       April 19, 2017

TIME:       3:13 p.m. to 7:17 p.m.

PLACE:      2580 Gulf to Bay Boulevard
            Clearwater, Florida  33765
BEFORE:     Dawn A. Hillier, RMR, CRR, CLR
            Notary Public - State of
            Florida, at Large

Page 2

APPEARANCES:

ATTORNEY FOR PLAINTIFF
    JOSEPH JOHNSON, ESQUIRE
    BABBITT & JOHNSON, P.A.
    1641 Worthington Road, Suite 100
    West Palm Beach, Florida  33402
    jjohnson@babbitt-johnson.com

ATTORNEYS FOR DEFENDANT

    ANDREA ROBERTS PIERSON, ESQUIRE
    ANNA C. RUTIGLIANO, ESQUIRE
    FAEGRE BAKER DANIELS, LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    317.237.0300
    andrea.pierson@faegrebd.com
    anna.rutigliano@faegrebd.com

ATTORNEY FOR WITNESS

    ERIN REYNOLDS, ESQUIRE
    BUSH GRAZIANO RICE & PLATTER, P.A.
    PO Box 3423
    101 East Kennedy Boulevard, Suite 1700
    Tampa, Florida  33601

ALSO PRESENT:
    Paul Singletary, Videographer
    Joel Freedman, Videographer

Page 3

                  INDEX
                                                    PAGE
WITNESS - DR. MARK ZUZGA                              5
DIRECT EXAMINATION BY MR. JOHNSON                     6
CROSS EXAMINATION BY MS. PIERSON                     47
REDIRECT EXAMINATION BY MR. JOHNSON                 182
RECROSS EXAMINATION BY MS. PIERSON                  222
FURTHER REDIRECT EXAMINATION BY MR. JOHNSON         226
CERTIFICATE OF OATH                                 232
REPORTER'S CERTIFICATE                              233

                EXHIBITS
Premarked Exhibit 24                       9
Premarked Exhibit 23                      11
Exhibit 33   Medical illustration         17
Premarked Exhibit 26                      18
Exhibit 34   Medical illustration         21
Premarked Exhibit 14                      26
Premarked Exhibit 18                      29
Premarked Exhibit 15                      34
Premarked Exhibit 11                      37
Exhibit 35   Medical records              94
Exhibit 36   Informed consent            128
Exhibit 37   Second informed consent     132
Exhibit 38   Third informed consent      136
Premarked Exhibit 13                     186
Exhibit 39   PowerPoint                  222

Page 4

REPORTER'S KEY TO PUNCTUATION:
-- At end of question or answer references
   interruption.
... References a trail-off by the speaker.
    No testimony omitted.
"Uh-huh"  References an affirmative sound.
"Huh-uh"  References a negative sound.

Page 153

1  remove the filter? I don't think she saw me --
2  Q  It was in March of 2011.
3  A  She may have. I don't remember. I don't
4  think she -- unless it's in my office notes, then I
5  don't remember.
6  Q  Do you know why, Dr. Zuzga, it took Mrs. Hill
7  four months to come back to you to have her filter
8  retrieved?
9  A  No.
10  Q  When you attempted to retrieve her filter, did
11  you, again, do imaging of her vena cava?
12  A  Yes.
13  Q  Okay. And at the time that you retrieved
14  Mrs. -- or attempted to retrieve Mrs. Hill's vena cava
15  [sic], by then, her spine had been straightened;
16  correct?
17  A  Yes.
18  Q  Okay. She'd undergone the spinal surgery with
19  Dr. Moreno. And that was the whole point; right?
20  A  Correct.
21  Q  When you attempted to retrieve her filter, did
22  you use a Cook retrieval kit?
23  A  I don't remember.
24  Q  Your effort to retrieve Mrs. Hill's filter,
25  did you go about that in the same way you do in

Page 154

1  retrieving all filters?
2  A  Yes.
3  Q  In other words, you attempted to snare the
4  hook --
5  A  Correct.
6  Q  -- and you were unable to.
7  A  Yes.
8  Q  In the course of treating patients, have there
9  been other occasions where you've been unable to snare
10  the hook of a filter?
11  A  Yes.
12  Q  It's not unique to the Celect?
13  A  No.
14  Q  And not unique to Mrs. Hill?
15     MR. JOHNSON: Form.
16     THE WITNESS: No.
17  BY MS. PIERSON:
18  Q  The total fluoro time for the retrieval
19  attempt was 23 minutes. Do you remember that in
20  Mr. Johnson's questioning?
21  A  Yes.
22  Q  Okay. Once you attempted to retrieve it and
23  you were unable to, was it your decision that the filter
24  should be left as a permanent filter?
25  A  Well, it means I couldn't -- I couldn't get

Page 155

1  the filter out, so...
2  Q  Right. In other words, you didn't tell
3  Mrs. Hill, you need to go see a different physician to
4  have this retrieved?
5  A  I may have. And I honestly don't remember.
6  Q  We can take a look at your note on that day.
7  If I could take that exhibit back from you. Thank you,
8  Dr. Zuzga.
9      If you thought that there was some risk to
10  Mrs. Hill with having her Celect filter left in her
11  body, you would have told her that; right?
12  A  Yes.
13  Q  Okay. Did you communicate to Mrs. Hill that
14  as a consequence of having a permanent filter that you
15  thought she was at any increased risk?
16  A  I'm sorry, ask that again.
17  Q  Sure. When you were unable to retrieve
18  Mrs. Hill's --
19  A  Yes.
20  Q  -- filter, did you tell her that?
21  A  Yes.
22  Q  And did you explain to Mrs. Hill what it meant
23  to have a permanent filter?
24  A  I routinely do. I, again, I can't remember
25  this specific instance, but that would be my standard

Page 156

1  practice.
2  Q  Okay. If you thought that Mrs. Hill was at
3  risk of something dangerous to her or harmful to her,
4  would you have sent her to another physician to have --
5  A  Yes.
6  Q  -- the filter retrieved?
7  A  Yes.
8  Q  And if your records reflect that you did not
9  recommend that she see another physician for retrieval
10  of her filter, is it fair to say that you felt safe and
11  comfortable with leaving her Celect in permanently?
12  A  Again, it's seven years ago. I may have had a
13  discussion with her or her husband after the procedure.
14  I don't remember.
15  Q  Were you aware, Dr. Zuzga, that two years
16  later in July of 2013, that Mrs. Hill's spinal rods
17  actually broke?
18  A  No.
19  Q  Were you aware that she had to undergo another
20  lengthy spinal procedure with Dr. Moreno?
21  A  I was aware only reading Dr. Moreno's
22  testimony yesterday.
23  Q  Okay.
24  A  So, yes, I was aware that the rods broke, but
25  only yesterday.

Page 157

1  Q  Dr. Zuzga, Dr. Moreno testified that given the
2  fact that she had to have a second spinal surgery
3  because of the breakage of her rods, that he would have
4  prescribed another filter for her.
5  A  Um-hum.
6  Q  Is it safe to say, Dr. Zuzga, that there are
7  risks with any medical procedure, including placement of
8  a vena cava filter?
9  A  Yes.
10     MR. JOHNSON:  Form.
11 BY MS. PIERSON:
12  Q  And that by virtue of Mrs. Hill not requiring
13 a second filter, that there are risks of a second
14 procedure that she didn't have to undergo?
15  A  Yes.
16     MR. JOHNSON:  Form.
17 BY MS. PIERSON:
18  Q  You learned in August of 2013, that Mrs. Hill
19 had been hospitalized; correct?
20  A  Correct.
21  Q  Okay.  And tell the jury, if you would, how
22 did you learn that and where were you when you learned
23 it?
24  A  I would imagine, again, it just came across as
25 a consult.  And I saw her at the hospital.

Page 158

1  Q  At the time that you saw Mrs. Hill at the
2  hospital, she already had been hospitalized for a couple
3  of days; right?
4  A  I think so, yes.
5  Q  You were on vacation at the time that she --
6  A  Yes.  And Dr. Gabriel was covering for me.
7  Q  Okay.  And ultimately, Mrs. Hill had her
8  filter successfully retrieved by a Dr. Frank Lynch in
9  Pennsylvania.
10 A  Yes.
11 Q  Are you familiar with that?
12 A  Apparently I spoke with him.  I don't remember
13 that.  But I think that was in some documentation that I
14 had spoke with him over the phone.  I don't remember
15 having that conversation.
16 Q  When Mrs. Hill's lawyers questioned you at the
17 last deposition about that, you said that by the time
18 you saw Mrs. Hill, that she and her husband had already
19 decided that they were going to see Dr. Lynch.
20 A  He had done his research.  She was pretty with
21 it.  Again, I think he had researched the places in the
22 country that had a reputation for known removing
23 difficult filters.
24 Q  Okay.  Did you believe that Mrs. Hill was
25 stable and safe to travel to Pennsylvania?

Page 159

1  A  Yes.
2  Q  And to your knowledge, did Mrs. Hill
3  experience any complications during that trip?
4  A  Not to my knowledge.
5  Q  Okay.  In August of 2013, when Mrs. Hill
6  experienced her perforation of her vena cava, were there
7  other physicians in the Tampa area who did more
8  complicated retrievals?
9  A  It would be --
10     MR. JOHNSON:  Form.
11     THE WITNESS:  It would be at Tampa General if
12 it was -- if it was here.
13 BY MS. PIERSON:
14  Q  Mrs. Hill could have gone to a Tampa doctor to
15 have her filter retrieved; correct?
16 A  It was possible.
17 Q  Did they give you the option or the choice of
18 saying where they would go to have the filter retrieved?
19 A  I don't recall.  I just remember him putting
20 out feelers to Pennsylvania.
21 Q  By the time that you saw Mrs. Hill, had the
22 decision already been made of the Hills that she would
23 go to Pennsylvania?
24    MR. JOHNSON:  Form.
25    THE WITNESS:  As far as I remember, I recall

Page 160

1  that being the case.
2  BY MS. PIERSON:
3  Q  Dr. Zuzga, was August 2013, the last time that
4  you saw Mrs. Hill?
5  A  At Morton Plant?
6  Q  Yes.
7  A  Yes.
8  Q  That was the day that she was discharged;
9  correct?
10 A  I believe so, yes.
11 Q  Do you know what Mrs. Hill's current condition
12 is today?
13 A  No.
14 Q  Do you know whether Mrs. Hill has a risk of
15 venous insufficiency today?
16 A  No.
17 Q  Do you know whether Mrs. Hill is at risk for
18 developing a venous insufficiency?
19 A  No.
20 Q  Has Mrs. Hill ever come to you for treatment
21 of some venous insufficiency?
22 A  Not that I recall.
23 Q  Has she come to you for treatment for any kind
24 of thrombosis?
25 A  Not that I recall.