**EXHIBIT M**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

_____

This Document Relates to All Actions

_____

Case No: 1:14-ml 2570-RLY-TAB
MDL No: 2570

Plaintiff:_____Elizabeth Jane Hill_____
　　　　　　[Name of Plaintiff]

## PLAINTIFF FACT SHEET

Each Plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**. You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

## I.        BACKGROUND INFORMATION

Please state:

a)    Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name:    Elizabeth Jane Edgemon Hill

b)    Full name of the person completing this form, if different from the person listed in 1 (a) above, and the relationship of the person completing this form to the person listed in 1 (a) above:      Not applicable.

c)    The name and address of your primary attorney:   Joseph Johnson, Esq., Babbitt & Johnson, P.A., Suite 100, 1641 Worthington Road, West Palm Beach, FL  33409

Your Social Security Number:              -5582

Your date of birth:            1953

Your current residential address:      19227 S.W. 90th Lane Road, Dunnellon, FL  33432

5.      If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present:

| Prior Address | Dates You Lived at this Address |
| --- | --- |
| 14983 Crown Drive, Largo, Florida | 1992 - 2013 |
|  |  |

6.    Have you ever been married?    Yes__X__    No____

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

Russell W. Hill
19227 S.W. 90th Lane Road, Dunnellon, FL  34432
September 28, 1985 - present

7.    Do you have children?    Yes__X__    No_____

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|---|---|---|---|
| Robert R. Hill | 3/28/1989 | 3012 St. Road 17 N. Apt. 20 Sebring, FL  33870 | Biological |

8.    Identify the name and age of any person who currently resides with you and their relationship to you:

Russell W. Hill – spouse

9.    Identify all secondary and post-secondary schools you attended, starting with High school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major of Primary Field |
|---|---|---|---|---|
| South Sumter | Bushnell, Fla. | 1968 – 1971 | Diploma | N/A |
| LSCC | Leesburg, Fla. | 1971 – 1973 | AA | NSG pre-req. |
| University of Florida | Gainesville, Florida | 1973 – 1974 | N/A | NSG pre-req. |
| University of Southern Mississippi | Hattiesburg, Mississippi | 1974 – 1977 | BSN | NSG |
| University of Southern Mississippi | Hattiesburg, Mississippi | 1981 – 1982 | MSN | Psychology/mental health |

10.    Please provide the following information for your employment history, over the Past ten (10) years up until the present:

| Name of Employer | Address | Job Title/Description Of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Bay Pines VAMC | Bay Pines, Florida | Clinical nurse specialist | 1984 – 2010 | $100,000.00 (approximately at time of retirement) |

11.    Have you ever served in any branch of the military?    Yes _____    No _X_

       If yes, please provide the following information:

       a.    Branch and dates of service, rank upon discharge and the type of Discharge you received:    Not applicable

       b.    Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition?  Yes _____ No _____    Not applicable

       If yes, state what that condition was:    Not applicable

12.    Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?    Yes _____    No _X_

       If yes, please set forth where, when and the felony and/or crime of fraud and/or Dishonesty:   Not applicable.

## II.  CLAIM INFORMATION

1)    Have you ever received a Cook Inferior Vena Cava Filter?  Yes _X_  No _____

       If, yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter You have received:

[X]    Cook Celect®

[ ]    Gunther Tulip®

[ ]    Other (please identify):

2)    For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

a)    The date each Cook Inferior Vena Cava Filter was implanted in you:

November 17, 2010

b)    The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them:  Unknown.

c)    Location of the Cook Inferior Vena Cava Filter, if known:

Unknown

3)    Describe your understanding of the medical condition for which you received the Cook inferior Vena Cava Filter(s):

Considered at risk of DVT, pulmonary emboli following extensive spinal Reconstruction.

4)    Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s):

Dr. Mark A. Zuzga, D.O.
1840 Mease Drive, Suite 301
Safety Harbor, FL  34695

5)    Give the name and address of the hospital or other healthcare facility where The Cook Inferior Vena Cava Filter was implanted:

Mease Countryside Hospital
3231 McMullen Booth Road
Safety Harbor, FL  34695

6)    Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of The same condition(s) identified in your answer to (3) above?

No.

If yes, please identify any such device(s) or product(s).   Not applicable.

When was the device or produce implanted in you?     Not applicable.

Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter?

Not applicable.

Who was the physician(s) who implanted this other device or product?

Not applicable.

Where was the other device of product implanted in you?

Not applicable.

Why was the other device or product implanted in you?

Not applicable.

7)   Prior to implantation with a Cook Inferior Vena Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes _____ No _X__ Don't Know _____

If yes:

a)   Provide the date you received the written and/or verbal information or instructions:

Not applicable.

b)   Identify by name and address the person(s) who provided the information or instructions:

Not applicable.

c)   What information or instructions did you receive?

Not applicable.

    d)      If you have copies of the written information or instructions you received, please attach copies to your response.

          Not applicable.

    e)      Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)?  Yes _____  No __X__  Don't Know _____

    f)      If yes to (e), by whom?      Not applicable.

    g)      If yes to (e), what potential complications were described to you?

          Not applicable.

8)    Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you?  If so,

    No.

    a)      Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)?

          Yes __X__  No _____

    If yes, identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal.

    August 15, 2013 – Dr. Umesh Choudry, M.D., gastroenterologist

    August 16, 2013 – Dr. Yves Gabriel, M.D., vascular

    August 20, 2013 – Dr. Frank Zuzga, M.D., all at Morton Plant Hospital Clearwater, Florida

9)    Has any physician ever told you that he or she removed any Cook Inferior Vena Cava Filter(s) from you, in whole or in part?

    Yes __X__  No _____  Don't Know _____

    If yes:

    a)      Identify the date, name of the medical provider and the name/address of the medical facility where you told of the potential

complications resulting from or caused, in whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)?

August 15, 2013 – Dr. Umesh Choudry, M.D., gastroenterologist

August 16, 2013 – Dr. Yves Gabriel, M.D., vascular

August 20, 2013 – Dr. Frank Zuzga, M.D., all at Morton Plant Hospital Clearwater, Florida

b)      Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?

Dr. Frank Lynch -- August 8, 2013
Penn State University, Milton S. Hershey Medical Center

c).     Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?

Because I believed I would die.  It had punctured my vena cava into the duodenum.  Very painful.  Nausea, diarrhea, could not eat, projectile vomiting for 9 days.

d)      Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes _____ No _____ Don't Know __ X __ I do not know if Milton S. Hershey Medical Center still has possession of the filter.

e)      If yes, please state name and address of the person or entity having possession of same.

Not applicable.

10)    Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes _ X __      No _____

If yes:

a)      Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?

Upon review of my medical records, you will note the bodily injuries -

the filter migrated, pierced my vena cava and somehow pierced my duodenum causing extreme pain, projectile vomiting, nausea, diarrhea. Emotionally, I plummeted into depression with increased anxiety.

b)      When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?

August 12, 2013

c)      When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?

August 15, 2013, following endoscopy exam and consultation with thoracic surgeon.

d)      To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).

August 12, 2013

e)      Are you currently experiencing symptoms related to your claimed bodily injuries?

Yes ___X___   No _____

If yes, please describe your current symptoms in detail.

I have chronic GI discomfort, cramping, bloating, feeling in area where filter punctured duodedum.  My anxiety level greatly increased, with insomnia and bouts of depression.

(f)      Are you currently seeing, or have you ever seen by a doctor of healthcare provider for any of the bodily injuries or symptoms listed above?

Yes ___X___   No _____

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Dr. Bridgett Bellingar 7101 Park Street N. Seminole, FL  33777 | All of the above. | 2001 – present |
| Elizabeth Pike, ARNP | All of the above. | September 2013 – |

| 11707 N. Williams St. Dunnellon, FL 34432` | | present |
| Dr. S. Chand Rupatla 6410 West Gulf to Lake Hwy. Crystal River, FL 34423` | GI symptoms | November, 2013 – June, 2014 |
| Dr. Umesh Choudry Suite A 920 S. Myrtle Ave. Clearwater, FL | GI symptoms | August, 2013; July, 2014; Sept. 2014 |

g)      Were you hospitalized at any time for the bodily injuries you listed above?

Yes _____   No __X__

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
| --- | --- | --- |
| Citrus Memorial Health Systems 502 West Highland Blvd. Inverness, FL 34452 | Pancreas<br><br>Endoscopic ultrasound | 2/21/2014<br><br>2/24/14 |

11)     Are you making a claim for lost wages or lost earning capacity?

Yes _____   No __X__

If yes, state the annual gross income you derived from your employment for each year, beginning give (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:  Not applicable.

12)     Are you making a claim for lost out-of-pocket expenses?  Yes __X__  No ____

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

Milton Hershey Medical Center          $445.42
Dr. Chandrupatla                               $1,129.00
Safety Harbor Surgery Center            $521.40

13)     Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes _____   No __X__

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim.   Not applicable.

14)   Please indicate whether the Consortium Plaintiff alleges any of the damages set Forth below:

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | No |
| Impaired sexual relations | No |
| Lost wages/lost earning capacity | No |
| Lost out-of-pocket expenses | No |
| Physical injuries | No |
| Psychological injuries/emotional injuries | No |
| Other | No |

15)   Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.  Not applicable.

16)   Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

Yes _____     No __X___     Don't Know _____

If yes, set forth:  (a)  the date of the communication, (b)  the method of communication, (c)  the name of the person with whom you communicated, and (d)  the substance of the communication.

Not applicable.

### III.   MEDICAL BACKGROUND

1)   Provide your *current*: Age __61_____   Height __5'2"___   Weight ___175___

2)   Provide your: Age __57___     Weight ___163_____ (approximate, if unknown)
*At the time* the Cook Inferior Vena Cava Filter was implanted in you.

3)   In chronological order, list any and all surgeries, procedures and/or hospitalizations you had in the ten (10) year period BEFORE the implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery Of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| July, 2006

November, 2007 | Lumber 4-5 Laminectomy

Cervical 4-7 fusion Laminectomy | Dr. Jobe (neurologist) Bayfront Hospital, 701 6th Street, St. Petersburg, Florida |
| 2009 – November and December | Cataract Surgery both eyes | Dr. Gills, Sr. St. Lukes Cataract/Laser Institute, 43309 U.S. Highway 19 North Tarpon Springs, Florida |

*[Attach additional sheets as necessary to provide the same information for any And all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4)   In chronological order, list any and all surgeries, procedures and/or hospitalizations you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalizations | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| December 5, 2010 | Spinal re-constructive surgery | Dr. Anthony Moreno Mease Countryside Hospital 3231 McMullen Booth Road Safety Harbor, FL  34695 |
| November, 2011 | Gall Bladder | Dr. Kurt Erickson Morton Plant Hospital 300 Pinellis St. Clearwater, FL  33756 |
| March 23, 2011 | Attempt to remove IVC filter | Dr. Mark Zuzga Mease Countryside Hospital 3231 McMullen Booth Road Safety Harbor, FL  34695 |

| July, 2013 | Spinal re-constructive Reapir surgery 2nd broken tatitium rods bilaterally | Dr. Anthony Moreno Mease Countryside Hospital 3231 McMullen Booth Road Safety Harbor, FL  34695 |
|---|---|---|
| August 12, 2013 | Severe vmoiting, diarrhea IVC filter complications | Morton Plant Hospital 300 Pinellas St. Clearwater, FL  33756 |

5)   To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past ten (10) years.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Dr. Howard Berlet | St. Joseph's Hospital 3001 W. Dr. MLK Blvd. Tampa, FL  33607 | June 24, 2013 |
| Dr. Bridget Bellingar | 7001 Park St. N Seminole, FL  33777 | 1998 – present |
| Elizabeth Pike, ARNP | 11707 N. Williams St. Dunnellon, FL  34432 | 2013 – present |
| Dr. Gina Raptoulis | 13644 Walsingham Road Largo, FL  33774 | August, 2013 – present |
| Dr. Alfredo Jacome | 2121 S.W. 22nd Place Ocala, FL  34471 | November, 2013 – present |
| Dr. Daniel Hoh | University of Florida Shands 1600 S.W. Archer Road Box 100265 Gainesville, FL  32610 | August 29, 2014 (once) consult |
| Dr. Umesh Choudry | 920 S. Myrtle Ave. Suite A Clearwater, FL | August 12, 2013 – present |
| Dr. Antonio DeSclafoni | 1901 S.E. 18th Avenue Ocala, Fla. | August 26, 2014 (once) consult |
| Dr. Kirk Jobe Neuro surgeon | Bayfront Medical Center St. Petersburg, Fla. | 2006 – 2008 |
| Dr. A. J. Bidani Gastroenterologist | 8787 Bryan Dairy Road Suite 310 Largo, FL  33777 | 2003 - 2011 |
| Dr. Charles Friedman, D.O. | 8839 Bryan Dairy Road Suite 215 Largo, FL  33777 | |

6) *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?  (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes _____   No ___X___

If yes, please describe each activity in detail.

Walking, ADL's, baking, cooking, light cleaning, laundry.

7) *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes _____   No___X_____

If yes, please describe each activity in detail.

With assistance:  ADL's, showering, dressing, combing hair, walking, Laundry, cooking.

8) To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

| | |
|---|---|
| __N/A__ | Lupus |
| __N/A__ | Crohn's Disease |
| __N/A__ | Factor V Leiden |
| __N/A__ | Protein Deficiency |
| __X__ | Spinal fusion or other back procedures |
| __N/A__ | Anti-thrombin deficiency |
| __N/A__ | Prothrombin mutation |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A)      Have you been diagnosed with and/or treated for any drug, alcohol, chemical and/or any other addiction or dependency during the five (5) years prior to the filing of this lawsuit through the present?

Yes _____      No __X__

If yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition. Not applicable.

B)      Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the five (5) years prior to the filing of this lawsuit through the present?  Yes _____  No _X__

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:  Not applicable.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9)      Do you now or have you ever smoked tobacco products? Yes ___ No _X__

If yes:

How long have/did you smoke?   Not applicable.

10)      Other than the implantation of the Cook Inferior Vena Cava Filter device that is the subject of your lawsuit, are you aware of any other Vena cava Filter(s) implanted inside your body?  Yes _____     No __X__

If yes, please provide the following information:

a)      Produce name:  Not applicable.

b)      Date of procedure placing it and name and address of doctor who place it:   Not applicable.

c)      Condition sought to be treated through placement of the device:

Not applicable.

d)      Any complications you encountered with the medical product or procedure:   Not applicable.

e)      Does that product remain implanted inside of you today?  Yes___  No_X_


11)     List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the mediation, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| Levaquin 750 MG tablet | CVS 7850 131st Street North Seminole, FL  33776 | bronchitis | 2009 |
| Rescon Tablet | Same as above | congestion | 2009 |
| Metoprolol Succ ER 50 mg | Same as above | heart | 2007 2008 2009 - 2010 |
| Polyethylene Glycol 3350 | Same as above | laxative | 2008 2009, 2010 |
| Lisinopril 10 mg tablet | Same as above | heart | 2007 2008 2009 - 2010 |
| Cyclobenzaprine 10 MG tablet | Same as above | muscle relaxant | 2005 2006 2007 2008 2009 |
| Cymbalta 60 mg | Same as above | neuropathy | 2006, 2007 2008 2009 2010 |
| Ambien CR 12.5 mg tablet | Same as above | sleep | 2005 2006 2007 2008 2009 – 2010 |
| Hydrocodone-Apap7.5 | Same as above | pain | 2007 2008 2009 – 2010 |
| Lorazepam 0.5 MG | Same as above | depression | 2006 2007 2008 2009 – 2010 |
| Oxycodone-Acetaminophen 10-325 | Same as above | pain | 2007 2008 2010 |
| Diazepam 5 mg tablet | Same as above | anxiety | 2006 2007 2010 |
| Ranitidine 300 MG tablet | Same as above | stomach | 2010 |
| Lidocaine-Prilocaine | Same as above | Pain | 2005 2006 |

| Cream | | | |
|---|---|---|---|
| Levaquin 750 mg | Same as above | Infection | 2009 |
| Toprol XL 50 mg tablet | Same as above | High blood pressure | 2005 2006 2007 |
| Glycolax powder | Same as above | Laxative | 2005 2006 2007 2008 |
| Lexapro 10 mg tablet | Same as above | Anxiety | 2005 2006 2008 |
| Tramadol HCL 50 mg tablet | Same as above | Pain | 2005 2006 |
| Ativan 0.5 mg tablet | Same as above | Anxiety | 2005 2006 |
| Ciprofloxacin HCL 500 mg | Same as above | Bacterial infection | 2005 2006 |
| Lioderm 5% patch | Same as above | Pain | 2007 2009 |
| Lyrica 75 mg capsule | Same as above | Neuropathy | 2008 |
| Ranitidine 300 mg | Same as above | Reflux | 2010 |
| Omeprazole DR 20 mg | Same as above | stomach | 2010 |

## IV.  INSURANCE INFORMATION

1)    Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
| BlueCross BlueShield (Federal) | R50589119 | Russell W. Hill | 1/1/89 – present |
| Medicare NGHP P. O. Box 138832 Oklahoma City, OK 73113 | 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A | | 9/1/12 to present |

2)    Have you ever been denied life insurance for reasons relating to your health?

Yes _____   No __X__   Don't Know _____

If yes, please state when the denial occurred, the name of the life insurance Company, and the company's reason  for denial.    Not applicable.

3)    To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition, or any other reason or basis?

Yes __X__    No _____

If yes, please specify the date on which you first became eligible:

September 1, 2012

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V.  PRIOR CLAIM INFORMATION

1    Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes _____    No __X__

If yes, please specify the following:

a)    Court in which lawsuit/claim was filed or initiated:   Not applicable.

b)    Case/Claim Number:   Not applicable.

c)    Nature of Claim/Injury:   Not applicable.

2    Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes __X__         No _____

If yes, please specify the following:

a)    Date (or year) of application       March, 2010

b)    Type of benefits sought      Medical disability – severe degenerative disc spinal stenosis

c)      Agency/Insurer from which you sought the benefits:

        Social Security

d)      The nature of the claimed injury/disability:     DDD, spinal stenosis

e)      Whether the claim was accepted or denied:   Accepted

## VI.  FACT WITNESS

1    Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|---|---|---|---|
| Marcia Mullis | 10008 Linden Place Seminole, FL  33776 | Co-worker Friend | Was my support during hospitalization |
| Tara Augustine | Colorado Springs, Colorado | Co-worker Friend | Also support – emotional and physical following and during hospitalization |
| Barbara Frank | 1635 Royal Palm Drive S. Apt. C St. Petersburg, FL 33707 | Co-worker Friend | Also support – emotional and physical following and during hospitalization |

## VII.  IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior Vena Cava Filter, please identify all research, including on-line research, that you conducted regarding the medical complaints or condition for which you received the Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy, etc.)  Identify the date, time and source, including any websites visited.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

None.

## VIII.  DOCUMENT REQUESTS

1     DOCUMENTS.  State whether you have any of the following documents in your Possession, custody, and/or control.  If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

      a)    If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

          Not applicable  ___X___

          The documents are attached  ____  [OR]   I have no documents  ___

      b)    If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

          Not applicable  ___X___

          The documents are attached  ____  [OR]  I have no documents  ____

      c)    Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject to this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, Newsletters, etc. sent or received by you.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

          Not applicable  _____

The documents are attached ____ [OR] I have no documents __X__

d)     Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s), and/or evidencing your physical condition from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

Not applicable

The documents are attached ____ [OR]   I have no documents __X__

e)      Produce any Cook Inferior Vena Cava product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

Not applicable

The documents are attached ____ [OR]   I have no documents __X__

f)     Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

Not applicable

The documents are attached ____ [OR]   I have no documents __X__

g)     Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

Not applicable

The documents are attached _____ [OR]  I have no documents ___X___

h)     Produce all documents describing risks and/or benefits of inferior
       Vena cava filters, which you received before your procedure, including
       but not limited to any risks and/or benefits associated with the Cook
       Inferior Vena Cava Filter(s) implanted in you.

       Not applicable

       The documents are attached  _____ [OR]  I have no documents ___X___

i)      Produce any and all documents reflecting the model number and lot
        number of the Cook Inferior Vena Cava Filter(s) you received.

        Not applicable

        The documents are attached _____ [OR]  I have no documents ___X___

j)      If you underwent surgery or any other procedure to remove, in whole
        or in part, the Cook Inferior Vena Cava Filter(s), produce any and all
        documents, other than documents that may have been generated by
        expert witnesses retained by your counsel for litigation purposes, that
        relate to any evaluation of the Cook Inferior Vena Cava Filter(s)
        removed from you.

        Not applicable

        The documents are attached  _____ [OR]  I have no documents ___X___

k)      If you claim lost wages or lost earnings capacity, produce copies of
        your Federal and State tax returns for the five (5) years prior to
        implantation of the Cook Inferior Vena Cava Filter(s) to the present
        redacting irrelevant information.

        Not applicable

The documents are attached _____ [OR]  I have no documents ___X___

l)      All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit.  This includes, but is not limited to Interim Conditional Payment summaries and/or estimated prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

Not applicable

The documents are attached _____ [OR]  I have no documents ___X___

*[Please note:  if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time.  This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. 1395y(b)(8), also known as Section 111 of Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m)      Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

Not applicable

The documents are attached __X__ [OR]  I have no documents _____

## VERIFICATION

I, _Elizabeth Jane Hill_ , declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Elizabeth Jane Hill_
[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _Russell Hill_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _02/17/2015_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

[Signature of Consortium Plaintiff]

1085554-1 (10909-0412)