# EXHIBIT N

 

September 14, 2016

Babbitt & Johnson Law Offices
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Phone: 561-684-2500
Fax: 561-684-6308

Dear Representative:

This letter is in reference to your written request (received September 13, 2016) to obtain an explanted device from a former patient, Elizabeth Hill, DOB: 10/02/53.

Per our retention policy, explanted devices are only kept for 2 weeks. Therefore, any item explanted in 2013 would have been discarded two weeks after surgery.

Sincerely,

*Karen L. Mathias*

Karen L. Mathias
Administrative Secretary

Penn State Milton S. Hershey Medical Center • Penn State College of Medicine
Department of Pathology, Mail Code H179, 500 University Drive, P.O. Box 850, Hershey, PA 17033-0850
Tel: 717-531-8246 • Fax: 717-531-7741 • www.pennstatehershey.org/

An Equal Opportunity University