IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff(s)
KELVIN WATKINS_____

 Civil Case No. 1:16-cv-00225-RLY-TAB
_____

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1.  Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 10 to select "Günther Tulip® Vena Cava Filter" instead of "Cook Celect® Vena Cava Filter"; Paragraph 11 to read "02/26/2013" instead of "01/03/2012; and Paragraph 13 to read "David Sada, M.D. and Paul Chen, M.D." instead of "Dr. Jonathon Willatt".

2.  Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff Kelvin Watkins requests that this Court grant this request to correct Paragraph 10 to a "Günther Tulip® Vena Cava Filter", Paragraph 11 to read "02/26/2013", and Paragraph 13 to read "David Sada, M.D. and Paul Chen, M.D."

Dated:  May 1, 2017           */s/ David P. Matthews*_____
                              David P. Matthews, Bar No. 13206200
                              **Matthews & Associates**
                              2905 Sackett Street

1

Houston, TX 77098  
Telephone: (713) 522-5250  
Facsimile: (713) 535-7184  
dmatthews@thematthewslawfirm.com  

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*