IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to Plaintiff(s)
KELVIN WATKINS_____

 Civil Case No. 1:16-cv-00225-RLY-TAB

_____

## **ORDER**

      IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Kelvin Watkins, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

      Signed this ____ day of _____, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge

1