IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Cause No. 1:17-cv-0648
Cause No. 1:17-cv-0996
Cause No. 1:17-cv-0997
Cause No. 1:17-cv-0998
Cause No. 1:17-cv-1010
Cause No. 1:17-cv-0970
Cause No. 1:17-cv-0991
Cause No. 1:17-cv-0992
Cause No. 1:17-cv-0993
Cause No. 1:17-cv-0994
Cause No. 1:17-cv-0995

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

| | |
|---|---|
| Dated: May 1, 2017 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer