**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:

Cause No. 1:17-cv-1011      Cause No. 1:17-cv-1031
Cause No. 1:17-cv-1012      Cause No. 1:17-cv-1036
Cause No. 1:17-cv-1013      Cause No. 1:17-cv-1037
Cause No. 1:17-cv-1024      Cause No. 1:17-cv-1038

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:  May 2, 2017                              /s/ John T. Schlafer
                                                Andrea Roberts Pierson (# 18435-49)
                                                John T. Schlafer (# 28771-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana  46204
                                                Telephone:  (317) 237-0300
                                                Facsimile:  (317) 237-1000
                                                E-Mail:  andrea.pierson@faegrebd.com
                                                E-Mail:  john.schlafer@faegrebd.com

US.111364505.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2017, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

US.111364505.01