# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:
| | |
|---|---|
| Cause No. 1:17-cv-1011 | Cause No. 1:17-cv-1031 |
| Cause No. 1:17-cv-1012 | Cause No. 1:17-cv-1036 |
| Cause No. 1:17-cv-1013 | Cause No. 1:17-cv-1037 |
| Cause No. 1:17-cv-1024 | Cause No. 1:17-cv-1038 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:  May 2, 2017                    /s/ Andrea Roberts Pierson
                                       Andrea Roberts Pierson (# 18435-49)
                                       John T. Schlafer (# 28771-49)
                                       FAEGRE BAKER DANIELS LLP
                                       300 North Meridian Street, Suite 2700
                                       Indianapolis, Indiana  46204
                                       Telephone:  (317) 237-0300
                                       Facsimile:  (317) 237-1000
                                       E-Mail:  andrea.pierson@faegrebd.com
                                       E-Mail:  john.schlafer@faegrebd.com

US.111365034.01

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson