# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND  
PRODUCTS LIABILITY LITIGATION  

Case No. 1:14-ml-2570-RLY-TAB  
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-0670 | Cause No. 1:17-cv-0904 |
| Cause No. 1:17-cv-1022 | Cause No. 1:17-cv-1040 |
| Cause No. 1:17-cv-1041 | Cause No. 1:17-cv-1042 |
| Cause No. 1:17-cv-1044 | Cause No. 1:17-cv-1045 |
| Cause No. 1:17-cv-1052 | Cause No. 1:17-cv-1054 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:  May 3, 2017

/s/ John T. Schlafer  
Andrea Roberts Pierson (# 18435-49)  
John T. Schlafer (# 28771-49)  
FAEGRE BAKER DANIELS LLP  
300 North Meridian Street, Suite 2700  
Indianapolis, Indiana  46204  
Telephone:  (317) 237-0300  
Facsimile:  (317) 237-1000  
E-Mail: andrea.pierson@faegrebd.com  
E-Mail: john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer