IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to Plaintiff , Dorothy R. Williams

Civil Case # 1:17-cv-00382-RLY-TAB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

_____

    Now come, Plaintiff, Dorothy R. Williams and Defendants Cook Medical, Inc., Cook Medical LLC and William Cook Europe APS in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Dorothy R. Williams in this action against Cook Medical, Inc., Cook Medical LLC and William Cook Europe APS are dismissed without prejudice with each party to bear its own costs.

    Respectfully submitted,

By: /s/ David C. DeGreeff_____
Thomas P. Cartmell (MO Bar No. 45366)
David C. DeGreeff (MO Bar No. 55019)
(admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com
***Attorneys for Plaintiff Dorothy R. Williams***

By:____/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS
300 North Meridian St. Suite 2700
Indianapolis, IN 46204

Tel: (317) 237-8274
Fax: (317) 237-8524
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

    /s/David C. DeGreeff