IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff , Dorothy R. Williams

Civil Case # 1:17-cv-00382-RLY-TAB

**<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

_____

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Plaintiff, Dorothy R. Williams,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims against Defendants Cook Medical, Inc., Cook Medical LLO and William Cook Europe APS in Civil Action 1:14:ml-2570-RLY-TAB (Member Case 1:17-cv-00382-RLY-TAB) are  hereby dismissed without prejudice and each party shall bear its own costs.


Dated _____, 2017        _____
                                         HONORABLE JUDGE RICHARD L. YOUNG
                                         JUDGE, UNITED STATES DISTRICT COURT