UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Letitia Perry-O'Farrow and Jeriah O'Farrow

Civil Case # 1:14-cv-6005-RLY-TAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice before the United States District Court for the Eastern District of North Carolina, which is the original jurisdiction of this matter, and I appear in this case as counsel for:

Letitia Perry-O'Farrow and Jeriah O'Farrow.

Date: May 3, 2017

By: _____
Timothy K. Moore
North Carolina Bar Number 22220
305 East King Street
Kings Mountain, NC 28086
Phone: 704-739-1221
Fax: 704-739-5051
Email: tim@timmoorelaw.com