THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

IN 460
26 APR '17
PM 5 L

US POSTAGE PITNEY BOWES
02 1P
0003190095   APR 26 2017
$ 000.46⁰
MAILED FROM ZIP CODE 46204

David Carl Anderson
Anderson Law
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102

RECEIVED
MAY 01 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

FORWARD TIME EXP   RTN TO SEND
ANDERSON LAW
55 FRANCISCO ST STE 403
SAN FRANCISCO CA 94133-2115
RETURN TO SENDER