**THE OFFICE OF THE**
**CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS
IN 460
26 APR '17
PM 4 L



02 1P          $ 000.46⁰
0003190095    APR 26 2017
MAILED FROM ZIP CODE 46204

**RECEIVED**

MAY 01 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

462 N7E 1    C1510   04/26/17
FORWARD TIME EXP   RTN TO SEND
: ANDERSON GLENN LLP
2850 N MILITARY TRL STE 430
BOCA RATON FL 33431-6389

**RETURN TO SENDER**