IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Case No. 1:15-cv-06024-RLY-TAB

---

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for Plaintiffs Gina Taylor and Jeffrey Taylor.  My law firm already has appeared in this matter through Kimberly Adams, Esq.

DATED: May 4, 2017.

                                                       Respectfully submitted,

                                                  */s/ Andrew McGraw*
                                                  Andrew McGraw, FL Bar #638171
                                                  Levin, Papantonio, Thomas, Mitchell,
                                                  Rafferty & Proctor, P.A.
                                                  316 S. Baylen Street, Suite 600
                                                  Pensacola, Florida 32502
                                                  (850) 435-7182 (telephone)
                                                  (850) 436-7020 (facsimile)
                                                  amcgraw@levinlaw.com

                                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrew McGraw*
Andrew McGraw, FL Bar #638171
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7182 (telephone)
(850) 436-7020 (facsimile)
amcgraw@levinlaw.com