IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570
_____

This Document Relates to:

Case No. 1:15-cv-06024-RLY-TAB

---

## **APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for Plaintiffs Gina Taylor and Jeffrey Taylor. My law firm already has appeared in this matter through Kimberly Adams, Esq.

DATED: May 4, 2017.

                                                Respectfully submitted,

                                                 */s/ Matthew D. Schutlz*
                                                Matthew D. Schultz, Esq., FL Bar # 640328
                                                Levin, Papantonio, Thomas, Mitchell,
                                                Rafferty & Proctor, P.A.
                                                P.O. Box 12308 (32591-2308)
                                                316 S. Baylen St., Suite 600
                                                Pensacola, Florida 32502
                                                mschultz@levinlaw.com
                                                (850) 435-7140
                                                (850) 435-7020 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Matthew D. Schutlz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)