UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) |

Cause No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Ben C. Martin** of the **Law Office of Ben C. Martin**, seeking an Order granting **Roland Tellis** of **Baron & Budd, P.C.,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston and Wendy Novel** in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Roland Tellis**
**BARON & BUDD, P.C.**
**15910 Ventura Boulevard**
**Suite 1600**
**Encino, California  91436**
**Ph.:  (818)839-2333**
**Fax:  (818)986-9698**
**Email:  rtellis@baronbudd.com**

Dated: _____

_____
Richard L. Young
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail

| Kimberly Lambert Adams<br>LEVIN PAPANTONIO THOMAS ETC PA<br>316 S Baylen Street, Suite 400<br>Pensacola, FL 32502 | David Carl Anderson<br>Anderson Law<br>711 Van Ness Avenue, Suite 220 San Francisco, CA 94102 | Janet Ward Black<br>Ward Black Law<br>208 West Wendover Avenue<br>Greensboro, NC 27401 |
|---|---|---|
| Paul Telhiard Boudreaux<br>Richardson Richardson Boudreaux 7447 S Lewis Avenue<br>Tulsa, OK 74136 | Jacob A. Boyd<br>Law Offices of Ben C. Martin<br>3219 McKinney Avenue, Suite 100<br>Dallas, TX 75204 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A. 305 East King Street<br>Kings Mountain, NC 28086 |
| David J. Britton<br>LAW OFFICE OF DAVID J BRITTON<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 | Mark P. Bryant<br>Bryant Law Center, PSC 601 Washington Street<br>P.O. Box 1876<br>Paducah, KY 42001 | Carrie R. Capouellez<br>LOPEZ MCHUGH LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057 |
| John Cornew<br>409 E Maple Ave<br>Lindenwold, NJ 08021 | James W. Childress<br>CHILDRESS AND AHLHEIM, LLC<br>1010 Market Street, Suite 500<br>St. Louis, MO 63101 | Max E. Corrick<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Caleb Hoff Didriksen, III<br>Didriksen Law Firm, PLC<br>3114 Canal Street<br>New Orleans, LA 70119 | Cory Holley Driggers<br>MORRIS CARY ANDREWS TALMADGE & DRIGGERS<br>P.O. Box 1649<br>Dothan, AL 36302 | George Jerre Duzane 1675 Liberty Lane<br>Gallatin, TN 37066 |

| | | |
|---|---|---|
| Richard A. Freese<br>LANGSTON SWEET & FREESE PA<br>The Morgan Keegan Center<br>2900 Highway 280 Suite 240<br>Birmingham, AL 35223 | Michael G. Glass<br>Rappaport Glass Greene & Levine LLP<br>1355 Motor Parkway<br>Hauppauge, NY 11749 | David L. Grebel<br>NIEMEYER AND GREBEL<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102 |
| Jay Harris<br>Harris, Reny & Torzewski<br>3rd Floor<br>Two Maritime Plaza<br>Toledo, OH 43604 | Heather H. Harrison Faegre Baker Daniels LLP<br>311 S. Wacker Drive<br>Suite 4400<br>Chicago, IL 60606 | Craig D. Henderson The Snapka Law Firm<br>P.O. Box 23017<br>Corpus Christi, TX 78403 |
| Jennifer P. Henry Thompson & Knight LLP<br>801 Cherry Street, Unit #1<br>Fort Worth, TX 76107 | Arthur F. Hoge, III<br>Mee Mee Hoge & Epperson<br>1900 NW Expressway<br>Suite 1400<br>Oklahoma City, OK 73118 | Curtis Hoke<br>The Miller Firm LLC The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960 |
| Kahla R. Hurley<br>Mee Mee Hoge & Epperson<br>1900 NW Expressway<br>Suite 1400<br>Oklahoma City, OK 73118 | Wilnar Jeanne Julmiste<br>ANDERSON GLENN LLP<br>2201 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431 | Scott Kehlenbrink<br>CHILDRESS AND AHLHEIM, LLC<br>1010 Market Street, Suite 500<br>St. Louis, MO 63101 |
| Mark Mathew Kitrick<br>Kitrick, Lewis & Harris Co.<br>2 445 Hutchinson Avenue, Suite 100<br>Columbus, OH 43235 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV 89101 | James David Martin<br>COPELAND FRANCO SCREWS & GILL PA<br>PO Box 347<br>Montgomery, AL 36101-0347 |
| Peter Andrew Miller Miller Legal LLC<br>175 S Pantops Drive<br>Third Floor<br>Charlottesville, VA 22911 | Neal Lewis Moskow Ury & Moskow<br>883 Black Rock Turnpike<br>Fairfield, CT 06825 | Elizabeth Alice Mote<br>Kitrick, Lewis & Harris, Co., 455 Hutchinson Avenue<br>Suite 100<br>Columbus, OH 43235-8630 |
| Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 | Mark R. Niemeyer<br>NIEMEYER AND GREBEL<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102 | James R. Olson<br>Olson, Cannon, Gormley, Angulo & Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Marian S. Rosen ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Joseph G. Sauder<br>CHIMICLES & TIKELLIS<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Robert David Segall<br>COPELAND FRANCO SCREWS & GILL<br>PO Box 347<br>Montgomery, AL 36107-0347 |

| Philip Sholtz<br>THE DRISCOLL FIRM, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | W. Bryan Smith<br>Morgan & Morgan, LLC 2600<br>One Commerce Square<br>Memphis, TN 38103 | Daniel Snyder<br>Attorney at Law<br>1000 S W Broadway<br>Suite 1500<br>Portland, OR 97205 |
|---|---|---|
| Anthony James Urban<br>LAW OFFICES OF<br>ANTHONY URBAN, P.C.<br>474 N. Centre Street, 3rd<br>Floor Pottsville, PA 17901 | Jack Edward Urquhart<br>The Snapka Law Firm<br>606 N. Carancahua<br>Suite 1511<br>Corpus Christi, TX 78401 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road<br>Suite 100<br>Las Vegas, NV 89148 |
| Carl A. Woods, III<br>Didriksen Law Firm<br>3114 Canal Street<br>New Orleans, LA 70119 | | |