# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Collins, et al. v. Cook Group Inc., et al.*
No. 1:17-cv-06065-RLY-TAB

*Halinski, et al.* v. *Cook Group Inc., et al.*
No. 1:17-cv-06066-RLY-TAB

## **ORDER**

Plaintiffs' Motion to Stay Discovery Pending Resolution of Plaintiffs' Motions to Remand is hereby granted.  The Plaintiffs in the above referenced cases shall have no obligation to produce Plaintiff Profile Sheets as outlined in Third Amended Case Management Order No. 4, nor shall they have any obligation to to make any other mandatory disclosures, until such time as the Court rules on their Motions to Remand.

SO ORDERED:_____