AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Barbara Gettman, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-ml-2570-RLY-TAB |
| Cook Group, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston, Wendy Novel .

Date: 05/05/2017

/s/Roland Tellis
*Attorney's signature*

Roland Tellis - CA State Bar No. 186269
*Printed name and bar number*

BARON & BUDD, P.C.
15910 Ventura Boulevard
Suite 1600
Encino, California  91436
*Address*

rtellis@baronbudd.com
*E-mail address*

(818) 839-2333
*Telephone number*

(818) 986-9698
*FAX number*