THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

**OFFICIAL BUSINESS**

INDIANAPOLIS
IN 460

26 APR '17

PM 6 L

$ 000.46
02 1P
0003190095      APR 26 2017
MAILED FROM ZIP CODE 46204

**RECEIVED**

MAY 0 4 2017

U.S. CLERK'S OFFICE

David J. Britton
LAW OFFICE OF DAVID J BRITTON
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

NIXIE        980    7E 1          0005/01/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 46204199999      *2212-01852-26-39

46204>1999
98403-335