THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
26 APR '17
PM 1 L

02 1P   $000.46⁰
0003190095   APR 26 2017
MAILED FROM ZIP CODE 46204

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

Not at this Address

NIXIE       352  7E  1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF   BC: 46204199999   *1712-10833-  -37