IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES      Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCT LIABILITY LITIGATION        MDL No. 2570

_____

This Document Relates to:

1:16-cv-06038-RLY-TAB Levi Ryon  v. Cook Group, Inc. et al
1:16-cv-06039-RLY-TAB Lloyd Ryon  v. Cook Group, Inc. et al
1:16-cv-06030-RLY-TAB Teresa Sanders v. Cook Medical LLC

_____

## MOTION TO WITHDRAW APPEARANCES OF
## COOK DEFENDANTS' FORMER LOCAL COUNSEL

Counsel for Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court grant leave for the withdrawal of Cook's former local counsel in the above-listed cases, which have been transferred to this jurisdiction by the JPML, and in support states as follows.

1.      While most cases in this MDL are direct filed, from time to time cases must be transferred into this MDL by the JPML ("Transferred Cases").  In some of those cases, the Cook Defendants were required to retain Local Counsel in the transferor jurisdiction.

2.      Cook Defendants National Counsel for this MDL is Faegre Baker Daniels LLP. National Counsel has entered its appearance in the above three listed matters.

3.      Cook Defendants' National Counsel now seeks leave to withdraw the appearances of Cook Defendants' former Local Counsel from the Transferred Cases.

4. Cook Defendants will continue to be represented by National Counsel in every case in which its former Local Counsel has consented to a withdrawal of their appearance.

6. National Counsel for Cook Defendants has the consent of all former Local Counsel to file the instant Motion and seek a withdrawal of their appearances.

7. The Local Counsel whose appearances should be withdrawn are as follows:

    A. In *Levi Ryon v. Cook Group, Inc. et al.*, 1:16-cv-06038-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

    B. In *Lloyd Ryon v. Cook Group, Inc. et al.*, 1:16-cv-06039-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

    C. Teresa Sanders v. Cook Medical LLC, *et al.*, 1:16-cv-06030-RLY-TAB: James David Martin and Robert David Segall of Copeland, Franco, Screws, & Gill

8. Cook Defendants' National Counsel seeks the withdrawal of former Local Counsel appearances in one combined motion in the interest of promoting further efficiency in this MDL and to expedite the elimination of the necessity of hard copy service to various attorneys by all parties involved and the Clerk of this Court.

9. WHEREFORE, Cook Defendants' National Counsel respectfully request that this Court grant leave for the withdrawal of its former Local Counsel as set forth above and for all other proper relief.

Respectfully submitted,

Dated: May 9, 2017

*/s/*John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe, ApS*