IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES     Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCT LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to:

1:16-cv-06038-RLY-TAB Levi Ryon  v. Cook Group, Inc. et al
1:16-cv-06039-RLY-TAB Lloyd Ryon  v. Cook Group, Inc. et al
1:16-cv-06030-RLY-TAB Teresa Sanders v. Cook Medical LLC

_____

### ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAW APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants National Counsel, requesting leave of this Court to withdraw various former Local Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants former Local Counsel, as set forth below, are granted leave to withdrawal and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

    A.    In *Levi Ryon  v. Cook Group, Inc. et al.*, 1:16-cv-06038-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

    B.    In *Lloyd Ryon  v. Cook Group, Inc. et al.*, 1:16-cv-06039-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

    C.    Teresa Sanders v. Cook Medical LLC, *et al.*, 1:16-cv-06030-RLY-TAB: James David Martin and Robert David Segall of Copeland, Franco, Screws, & Gill

US.111437796.01

So ordered this _____ day of _____, 2017.

_____