UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
_____

This Document Relates to All Actions
_____

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## ENTRY ON MOTIONS TO SEAL

Plaintiffs have filed two motions to seal documents [Filing Nos. 4237, 4238] related to the issue of production of Defendants' financial information. Filing No. 4237 seeks to seal the expert report of Robert W. Johnson & Associates [Filing No. 4230-1] and Filing No. 4238 seeks to seal Plaintiffs' appeal of the undersigned's entry on production of Defendants' net worth documents. [Filing No. 4229.] Contrary to Local Rule 5-11, neither of these motions even mention good cause for maintaining these filings under seal. Therefore these documents will be unsealed in 14 days unless any party with an interest in maintaining these documents under seal can show good cause for sealing them.

Date:   5/10/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be served by Plaintiffs' Lead Counsel.