UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    Frederick and Susan Packard | Civil Case # 1:17-cv-01293-RLY-TAB |

## <u>AMENDED SHORT FORM COMPLAINT</u>

COMES NOW the Plaintiff(s) named below, and for Complaint against the

Defendants named below, incorporate The Master Complaint in MDL No. 2570 by

reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Frederick Packard

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

Susan Packard

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other:

_____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

_____

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of Implantation as to each product:

April 4, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Sacred Heart Hospital, Pensacola, Florida

13. Implanting Physician(s):

Christopher J. Bosarge, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Oklahoma Law Prohibiting Consumer Fraud and

Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: All claims for Relief set forth in the Master Complaint for an amount to be

determined by the trier of fact including for the following:  (please state the facts

supporting this Count in the space, immediately below)

On April 4, 2014, Mr. Packard had a Cook Celect filter implanted in his inferior vena cava.

On November 2, 2015, a peripheral angiography procedure revealed that the hook of the

filter was tilted and several of the filter legs had perforated outside the vena cava wall.  On

November 16, 2015, Mr. Packard underwent a failed retrieval attempt.  As a result, the

Packards have suffered damages in an amount to be proven at trial.

15. Attorney for Plaintiff(s):

Paul L. Stoller

16. Address and bar information for Attorney for Plaintiff(s):

Gallagher & Kennedy, P.A., 2575 E. Camelback Road, 11th Floor, Phoenix, AZ 85016

(AZ Bar No. 016773)

Dated:  May 11, 2017

GALLAGHER & KENNEDY, P.A.


*/s/  Paul L. Stoller*

Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph:  (602) 530-8000
Fax:  (602) 530-8500
paul.stoller@gknet.com

5404662/27147-0012