IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to ALL ACTIONS | |

**JOINT MOTION TO ENTER ADDENDUM
TO CASE MANAGEMENT ORDER NO. 8**

Plaintiffs and Defendants jointly submit the proposed Addendum to Case Management # 8 ("Addendum"), attached hereto as Exhibit A.  Because Case Management Order No. 8 ("CMO 8") [Dkt. No. 481] only expressly extends its protections and procedures to the Cook Defendants' Confidential Documents, the attached Addendum is necessary to extend those same protections and procedures to the Confidential Documents of Non-Parties.  The Parties, therefore, respectfully request that the Court approve and enter the attached Addendum to CMO 8.

1

May 11, 2017

        Respectfully submitted,

        */s/ Andrew L. Campbell*
        Andrea Roberts Pierson
        John T. Schlafer
        Andrew L. Campbell
        FAEGRE BAKER DANIELS LLP
        300 North Meridian Street, Suite 2700
        Indianapolis, IN  46204
        Telephone: (317) 237-0300
        Fax: (317) 237-1000
        andrea.pierson@FaegreBD.com
        john.schlafer@FaegreBD.com
        andrew.campbell@faegrebd.com

        *Counsel for Cook Defendants*


        */s/ Joseph N. Williams*
        Joseph N. Williams
        RILEY WILLIAMS & PIATT LLC
        301 Massachusetts Ave.
        Indianapolis, IN 46204
        Tel: (317) 633-5270
        Fax: (317) 426-3348
        jwilliams@rwp-law.com

        Michael W. Heaviside
        HEAVISIDE REED ZAIC
        312 Broadway, Suite 203
        Laguna Beach, CA 92651
        Tel: (949) 717-5120
        Fax: (949) 715-5123
        mheaviside@hrzlaw.com

        Ben C. Martin
        LAW OFFICE OF BEN C. MARTIN
        3219 McKinney Ave, Suite 100
        Dallas, TX 75204
        Tel: (214) 761-6614
        Fax: (314) 744-7590
        bmartin@bencmartin.com

        David P. Matthews
        MATTHEWS & ASSOCIATES
        2905 Sackett Street
        Houston, TX 77098
        Tel: (713) 522-5250
        Fax: (713) 535-7136
        dmatthews@thematthewslawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.


        /s/  Andrew L. Campbell

US.111397905.01