UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Approved.**

Tim A. Baker
U.S. Magistrate Judge
May 11, 2017

In RE: COOK MEDICAL, INC, IVC FILTERS  )
MARKETING, SALES PRACTICES AND  )  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION  )  MDL No. 2570
_____)

This Document Relates to Plaintiff(s):
Letitia Perry-O'Farrow and Jeriah O'Farrow

Civil Case # 1:14-cv-6005-RLY-TAB

---

### NOTICE OF WITHDRAWAL OF APPEARANCE BY ATTORNEY JUSTIN K. BRACKETT FOR PLAINTIFFS LETITIA PERRY-O'FARROW AND JERIAH O'FARROW

Now comes the undersigned counsel, Justin K. Brackett, and gives notice to this Court and the parties of his withdrawal of his appearance in the above-captioned matter on behalf of Plaintiffs Letitia Perry O'Farrow and Jeriah O'Farrow, as Attorney Brackett has been sworn-in as a District Court Judge of the General Court of Justice of the State of North Carolina and is no longer a practicing attorney.

As of the time of this Withdrawal, the Plaintiffs are still represented by counsel of record in this matter, namely Attorneys Ben C. Martin and Timothy K. Moore.

Date: May 3, 2017

By: _____
Justin K. Brackett
North Carolina Bar Number 44241
305 East King Street
Kings Mountain, NC 28086
Phone: 704-739-1221
Fax: 704-739-5051