IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES        Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCT LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to:

1:16-cv-06038-RLY-TAB Levi Ryon v. Cook Group, Inc. et al
1:16-cv-06039-RLY-TAB Lloyd Ryon v. Cook Group, Inc. et al
1:16-cv-06030-RLY-TAB Teresa Sanders v. Cook Medical LLC

_____

### ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAW APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants National Counsel, requesting leave of this Court to withdraw various former Local Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants' former Local Counsel, as set forth below, are granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

  A.   In *Levi Ryon v. Cook Group, Inc. et al.*, 1:16-cv-06038-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

  B.   In *Lloyd Ryon v. Cook Group, Inc. et al.*, 1:16-cv-06039-RLY-TAB: Arthur F. Hoge, III, and Kahla R. Hurley of Mee, Mee, Hoge, & Epperson PLLP.

  C.   *Teresa Sanders v. Cook Medical LLC, et al.*, 1:16-cv-06030-RLY-TAB: James David Martin and Robert David Segall of Copeland, Franco, Screws, & Gill

Date: 5/11/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.