**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

### ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiffs' Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiffs' unredacted Memorandum in Opposition to Defendants' Motion for Protective Order Barring Proposed Deposition of Kem Hawkins and Exhibits 1 through 11 shall remain under seal.

All of which is Ordered this _____ day of May, 2017.

 

Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.