THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

**OFFICIAL BUSINESS**

INDIANAPOLIS
IN 460
26 APR '17
PM 5 L

02 1P $ 000.46
0003190095   APR 26 2017
MAILED FROM ZIP CODE 46204

Peter Andrew Miller
Miller Legal LLC
175 S Pantops Drive, Third Floor
Charlottesville, VA 22911

**RECEIVED**

MAY 11 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD