UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES  PRACTICES AND
PRODUCT LIABILITY LITIGATION

_____          No. 1:14-ml-2570-RLY-TAB
                                                 MDL No. 2570

This Document Relates to All Actions

_____


**ENTRY ON MAY 12, 2017, CONFERENCE**

Parties appeared by counsel for a telephonic discovery conference.  For the reasons set

forth on the record, the deposition of Tanya Brand may be reopened subject to the following

limitations:  (1) Defendants shall not ask Brand the same questions posed to her during her first

deposition; (2) Defendants shall avoid questions that may tend to duplicate testimony given at

Brand's first deposition; and (3) the deposition shall be limited to 3 hours.

Furthermore, for the reasons set forth on the record, Defendants' request to require

Plaintiff Arthur Gage to undergo a psychological independent medical examination is denied.

Defendants' request for Plaintiff Elizabeth Hill to be required to undergo a venogram and upper

endoscopy as part of her independent medical examination is taken under advisement.

Date:  5/15/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be served by Plaintiffs' Lead Counsel.