# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Cause No. 1:16-cv-02957

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: May 15, 2017

By:/s/ Matthew Schultz
Matthew Schultz
LEVIN PAPANTONIO THOMAS MITCHELL
  RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Telephone:     (850) 435-7053
Facsimile       (850) 436-6054
mschultz@levinlaw.com

*Attorney for Plaintiff Tabatha Little*

By:/s/ John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:    (317) 237-0300
Facsimile:    (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com

*Attorneys for Defendants Cook Group Incorporated, Cook Medical, LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2017, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.


                              /s/John T. Schlafer

US.111495750.01