IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following Plaintiffs
And Civil Cases:

| | |
|---|---|
| Jessica Gehner | 1:16-cv-01166-RLY-TAB |
| Vickie Jacobs | 1:16-cv-01167-RLY-TAB |
| Gregory MacNeary | 1:16-cv-01168-RLY-TAB |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Lucas J. Ude, formerly of the firm Kell Lampin, LLC, files this Motion for Leave to Withdraw as Counsel of Record for the above named Plaintiffs for the reason that he is no longer associated with the law firm of Kell Lampin, LLC. J. Mark Kell, Mark Aubuchon, and the law firm Kell Lampin, LLC, remain as counsel for these Plaintiffs. Mr. Ude respectfully requests the Court enter an Order allowing him to withdraw as counsel of record in the above captioned matters for the reasons stated herein.

Dated: May 16, 2017

Respectfully Submitted,

/s/ Lucas J. Ude_____
Lucas J. Ude
5770 Mexico Road, Suite A
St. Peters, MO 63376
(636) 757-1700
(636) 489-3971
lucas@kelllampinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Lucas J. Ude_____