IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following Plaintiffs
And Civil Cases:

| | |
|---|---|
| Jessica Gehner | 1:16-cv-01166-RLY-TAB |
| Vickie Jacobs | 1:16-cv-01167-RLY-TAB |
| Gregory MacNeary | 1:16-cv-01168-RLY-TAB |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court upon a Motion for Leave to Withdraw as Counsel of Record filed by Lucas J. Ude, requesting leave of this Court to withdraw as counsel of record, for the reason that he is no longer associated with the law firm of Kell Lampin, LLC.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Lucas J. Ude, formerly associated with Kell Lampin, LLC, is hereby granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawal as of the date of this Order. So Ordered:

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana