UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| 1:16-cv-02957-RLY-TAB | ) | |
| _____ | ) | |

## ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(b) and the Second Amended Case Management Order No. 4, the Cook Defendants move to dismiss the cause of action filed by Plaintiff Tabitha Little without prejudice.  Plaintiff did not respond.  The court, having reviewed the motion, now finds it should be **GRANTED** (Filing No. 4185).  This cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 16th day of May 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1