IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

VERONICA TYYNISMAA

Civil Case # 1:17-cv-01252

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    VERONICA TYYNISMAA

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Michigan (Southern Division)

8. Defendants (Check Defendants against whom Complaint is made):

   - ✓ Cook Incorporated
   - ✓ Cook Medical LLC
   - ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other:

11. Date of Implantation as to each product:

    January 22, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    McLaren Regional Medical Center (Flint, MI)

13. Implanting Physician(s):

    Harris H. Dabideen  M.D

    Gregory J. Fortin M.D

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ✓ Count I:     Strict Products Liability – Failure to Warn
    - ✓ Count II:    Strict Products Liability – Design Defect
    - ✓ Count III:   Negligence
    - ✓ Count IV:    Negligence Per Se

- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty
- ✓ Count VII: Violations of Applicable  Michigan  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ✓ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

   Randi Kassan

16. Address and bar information for Attorney for Plaintiff(s):

| Sanders Phillips Grossman, LLC |
| --- |
| 100 Garden City Plaza, Suite 500 |
| Garden City, NY 11530 |
|  |
|  |
|  |

                                             Respectfully Submitted,

                                             **Sanders Phillips Grossman, LLC**

                                             <u>/s/ Randi Kassan</u>
                                             Randi Kassan
                                             Sanders Philips Grossman, LLC
                                             100 Garden City Plaza Suite 500
                                             Garden City, NY 11530
                                             Telephone: 516-741-5600 ext. 2265
                                             Fax: 516-741-0128