IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
|---|---|
| | UNOPPOSED MOTION TO AMEND COMPLAINT |

This Document Relates to Plaintiffs CYNTHIA REISS

Civil Case #   1:17-cv-016-RLY-TAB

Comes now, Plaintiff, Cynthia Reiss, moves for leave to file a first amended complaint.

1. Cynthia Reiss filed a products liability lawsuit against Defendants on January 05, 2017, in the Southern District of Indiana – Indianapolis Division – MDL 2570
2. On March 12, 2017 and April 21, 2017, Defendants filed an appearance of counsel.
3. Cynthia Reiss seeks leave to file the attached short form complaint correcting certain actions in the complaint (see amended short form complaint, attached hereto as Exhibit 1).
4. Defendants do not object or oppose this motion to leave to file the Amended Complaint.
5. Based on the foregoing, Cynthia Reiss requests that this Court grant her request for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Short Form Complaint.

Dated:  May 16, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                         /s/Randi Kassan

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>ORDER |
|---|---|

This Document Relates to Plaintiffs CYNTHIA REISS

Civil Case #   1:17-cv-016-RLY-TAB

This matter has come before the Court upon Motion to Leave to amend the Complaint. The Court being duly advised, is of the opinion that it should be Granted.

Signed this _____ day of _____ 2017

_____

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

CYNTHIA REISS

Civil Case # 1:17-cv-00016

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Cynthia Reiss

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Michigan (Southern Division)

8. Defendants (Check Defendants against whom Complaint is made):

   ✓ Cook Incorporated

   ✓ Cook Medical LLC

   ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other:

11. Date of Implantation as to each product:

    November 9, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sinai Grace Hospital (Detroit, Michigan)

13. Implanting Physician(s):

    Carly M. Schram M.D.

    Susan J. Seman D.O.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ✓ Count I:    Strict Products Liability – Failure to Warn
    - ✓ Count II:   Strict Products Liability – Design Defect
    - ✓ Count III:  Negligence
    - ✓ Count IV:   Negligence Per Se

3

- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty
- ✓ Count VII: Violations of Applicable __Michigan__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ✓ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

   Randi Kassan

16. Address and bar information for Attorney for Plaintiff(s):

4

| Sanders Phillips Grossman, LLC |
|---|
| 100 Garden City Plaza, Suite 500 |
| Garden City, NY 11530 |

Respectfully Submitted,

**Sanders Phillips Grossman, LLC**

<u>/s/ Randi Kassan</u>
Randi Kassan
Sanders Philips Grossman, LLC
100 Garden City Plaza Suite 500
Garden City, NY 11530
Telephone: 516-741-5600 ext. 2265
Fax: 516-741-0128

5