IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

CYNTHIA REISS

Civil Case # 1:17-cv-00016

**NOTICE OF ERRATA RE: Unopposed Motion to Amend Complaint**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned counsel on behalf of Plaintiff Cynthia Reiss, hereby provides notice of errata for document 4685, Unopposed Motion to Amend Complaint, filed with the court on May 16, 2017.

The Amended Motion will be uploaded hereafter titled "Amended Motion for Leave to File Plaintiff's Amended Complaint."

Dated: May 16, 2017

            Respectfully submitted,

            Sanders Philips Grossman, LLC
            /s/ Randi Kassan
            Randi Kassan, Esq.
            Sanders Philips Grossman, LLC
            100 Garden City Plaza Suite 500
            Garden City, NY 11530
            Telephone: 516-741-5600
            Fax: 516-741-0128
            rkassan@thesandersfirm.com
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2017 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Randi Kassan