IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

1:16-cv-06042-RLY-TAB Charles Hayes v. Cook Group, Inc. et al

_____

# ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAW APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants National Counsel, requesting leave of this Court to withdraw various former Local Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants former Local Counsel, as set forth below, are granted leave to withdrawal and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

A.  In *Charles Hayes v. Cook Group, Inc. et al.*, 1:16-cv-06042-RLY-TAB: Jennifer P. Henry of THOMPSON & KNIGHT, LLP

So ordered this _____ day of _____, 2017.

_____

US.111574698.01