1               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
2                INDIANAPOLIS DIVISION

3

   IN RE:  COOK MEDICAL, INC., )CAUSE NO. 1:14-ml-2570-RLY-TAB
4   IVC FILTERS MARKETING, SALES)MDL NO. 2570
   PRACTICES AND PRODUCTS      )Indianapolis, Indiana
5   LIABILITY LITIGATION        )February 7, 2017
                         )1:30 p.m.
6

7

8

9                     **BEFORE THE**
       **HONORABLE MAGISTRATE TIM A. BAKER**
10

11

12

13          OFFICIAL REPORTER'S TRANSCRIPT OF

14             PRETRIAL CONFERENCE

15

16

17

18

19  Court Reporter:     Cathy Easley Jones, RDR, FCRR
                  Official Court Reporter
20                46 East Ohio Street, Room 291
                  Indianapolis, IN  46204
21

22

23

24

25        PROCEEDINGS TAKEN BY ELECTRONIC RECORDING
         COMPUTER-AIDED TRANSCRIPTION

1   ones of custody and control, that is, whether Cook has

2   sufficient custody and control over the items such that they

3   need to be produced.

4          With respect to 3B, I find -- let me make a note

5   here --

6          With respect to 3B, I find that there is no custody

7   and control.  Zaragoza is not a Cook company.  It's not a Cook

8   entity.  The defendant did work with that group to develop a

9   protocol for the testing, but the study was performed and

10  published independently such that I do not believe there's

11  sufficient facts to establish custody and control for purposes

12  of discovery production.

13         I think 3E is different.  I think there is custody

14  and control with respect to 3E involving the Dotter Institute

15  because there does appear to be a longstanding relationship

16  with the defendant.  There does appear to be financial

17  support.  There appears to be some type of a contract with

18  defendant to perform studies; and as a result of that -- I

19  would also think -- I think Dotter provided Cook with a copy

20  of the results of the study.

21         As a result of that, I think there is sufficient

22  facts to establish custody and control for -- 3E would need to

23  be produced but 3B, no.  That would be by February 17th.

24         The next item is 3D which relates to VCOB

25  (TS090024).  This relates to and defendants concern with this