wooden mclaug

**James M. Boyers**
*Jim.Boyers@WoodenMcLaughlin.com*
Direct Dial  317.860.5366

February 17, 2017

**VIA EMAIL ONLY**
Ben C. Martin
The Law Office of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
(bmartin@bencmartin.com)

**VIA EMAIL ONLY**
Michael W. Heaviside
Heaviside Reed Zaic
910 17th Street, NW, Suite 800
Washington, DC 20006
(mheaviside@hrzlaw.com)

**VIA EMAIL ONLY**
David P. Matthews
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
(dmatthews@thematthewslawfirm.com)

**VIA EMAIL ONLY**
Joseph N. Williams
Riley Williams & Piatt LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
(jwilliams@rwp-law.com)

Re:   Cook MDL 2570 Response to the Court's Order on February 8, 2017, Pre-Trial Conference

Dear Counsel:

I am writing to report on the Cook Defendants' response to the Court's Order dated February 8, 2017 (Dkt. 3724). We can report that the slides for VCA2 and VCA3 referenced in paragraph 1 of the Order are now available from the same site in which the slides for VCA1 are available.

With respect to paragraph 3(a) of the Order, the Cook Defendants have confirmed that the study at issue was not conducted. We have attached an affidavit from Arne Molgaard-Nielsen on this issue.

With respect to paragraph 3(d), we produced the paper file for the VCOB (TS090024) study and Plaintiffs received it yesterday. The slides associated with that study are now available at the same site referred to above.

**wooden mclaughlin**

February 17, 2017
Page 2

With respect to paragraph 3(e) of the Order, the Cook Defendants are continuing their efforts to determine whether or not the Dotter Institute has any of the materials for that study. At this time, counsel for Cook has not been able to confirm whether if Dotter has such data or if Cook can obtain that data from the Dotter Institute.

With respect to paragraph 7, we are scheduled to discuss this issue before Magistrate Baker on Tuesday, February 21, 2017 at 11:30 a.m.

Should you have any questions regarding this correspondence, please do not hesitate to contact Andrea Pierson, Doug King or me.

Very truly yours,

*/s/ James M. Boyers*

James M. Boyers

JMB/rjb

Attachment

cc:   Andrea R. Pierson (via email)
      J. Joseph Tanner (via email)
      Douglas B. King (via email)
      Kip S. M. McDonald (via email)

1708109-1 (10909-0412)