UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to all cases.

### ORDER GRANTING PLAINTIFFS' MOTION TO PERMIT SUPPLEMENTAL EXPERT OPINION ON DOCUMENTS THAT WERE NOT TIMELY DISCLOSED

This matter comes before the Court on Plaintiffs' Motion to Permit Supplemental Expert Opinion on Documents that Were Not Timely Disclosed, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

**It is Therefore Ordered, Adjudged, and Decreed** that

1. Plaintiffs are given fourteen (14) days from the date of this Order to consult with their experts regarding the Dotter documents and the IVC Filter Data Summary to determine whether any expert should provide an addendum;

2. Plaintiffs are given an additional fourteen (14) days for disclosure of additional opinions based on and limited to the Dotter documents and the IVC Filter Data Summary; and

3. Cook is required to bear the expenses borne by all parties, counsel, and witnesses with respect to any follow-up discovery of Plaintiffs' experts.

**All of which is Ordered** this _____ day of May, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.