# Cook Medical IVC Filter Data Summary
## August 2016

**Prepared for: Cook-sponsored IVC Filter panel discussion, 30 August 2016**

**Prepared by the Cook IVC Filter Working Group:**

Jennifer Brown, PhD, RAC, Director of Regulatory Science - Peripheral Intervention,
Director of Regulatory Affairs - Cook Research Incorporated

Sara Sherman, MS, Regulatory Scientist, Cook Research Incorporated

Jim Gardner, M.D., MBA, Vice President Reimbursement,
Medical Science Officer, Cook Incorporated

Mette Neiendam Nielsen, PhD, Medical Communication Specialist, William Cook Europe Aps

Arne Mølgaard-Nielsen, BS, Director of Research, William Cook Europe Aps

Lykke Iversen, MS, Quality Engineer, William Cook Europe Aps

Feiyi Jia, PhD, Statistician, Cook Research Incorporated

Kyle Massey, Quality Engineer, Cook Incorporated

Torben Andersen, BS, Manager, Manufacturing Engineering, William Cook Europe Aps

Mie Dyrholm, MS, Team Lead, Regulatory Affairs, William Cook Europe Aps

# Table of Contents

1. Project Overview and Key Questions ................................................................................ 2
2. Background ........................................................................................................................ 5
   2.1 Clinical Need for IVC Filters ....................................................................................... 5
   2.2 IVC Filter History ........................................................................................................ 5
      2.2.1 Regulatory History ............................................................................................. 6
      2.2.2 Published Clinical Evidence on IVC Filter Use .............................................. 10
   2.3 Comments on IVC Filters from Global Regulators .................................................. 12
   2.4 Cook's Efforts - Optimizing Benefits and Minimizing Risks of its IVC Filters ............... 14
      2.4.1 Cook's Ongoing Training Activities ................................................................ 14
      2.4.2 Cook's Ongoing Complaint Handling and Literature Review ....................... 17
      2.4.3 Cook's IVC Filter Clinical Data Collection Efforts - CIVC and PRESERVE ........... 17
      2.4.4 Cook's efforts to update IVC filter labeling ................................................... 22
   2.5 Summary .................................................................................................................. 22
3. Design Documentation Review – Identification of Potential Risks ........................................ 22
4. Review of Post-Market Complaints ................................................................................. 23
   4.1 Background on Complaints ...................................................................................... 23
   4.2 Sales and Complaints Data ..................................................................................... 26
   4.3 Complaint Events ..................................................................................................... 26
   4.4 Patient Deaths Reported to Cook ............................................................................ 29
5. MAUDE Review and Summary ........................................................................................ 30
6. Literature Search and Data Summary ............................................................................. 33
   6.1 Systematic Literature Search ................................................................................... 33
      6.1.1 IVC Filter Effectiveness Searches ................................................................. 34
      6.1.2 Cook IVC Filter Safety Searches ................................................................... 36
   6.2 Data Summary ......................................................................................................... 40

COMPANY CONFIDENTIAL

6.2.1  Pulmonary Embolism Data ................................................................................ 40

6.2.2  Cook IVC Filter Fracture Data ......................................................................... 44

6.2.3  Cook IVC Filter Migration Data ...................................................................... 45

6.2.4  Cook IVC Filter Thrombosis/Occlusion Data ................................................. 46

6.2.5  Cook IVC Filter Perforation/Penetration Data ................................................ 51

6.2.6  Cook IVC Filter Tilt Data ................................................................................ 58

6.2.7  Cook IVC Filter Data for New DVT During Indwelling of Cook IVC Filters ........... 61

6.2.8  Cook IVC Filter Retrieval Data (Attempted and Successful Retrievals) ................... 63

7.  Conclusion ................................................................................................................. 65

8.  References ................................................................................................................. 67