IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                          Case No: 1:14-ml-2570-RLY-TAB
_____                 MDL No: 2570

This Document Relates to Plaintiffs:

    LUIS PUMAREJO and MAGDALENA PUMAREJO

Civil Case # 1:16-cv-03128-RLY-TAB
_____

**<u>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs LUIS PUMAREJO and MAGDALENA PUMAREJO, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 18th day of May, 2017.

                                  Respectfully submitted,

                                  ____/s/ Joseph R. Johnson_____
                                  Joseph R. Johnson, Fla Bar #372250
                                  BABBITT & JOHNSON, P.A.
                                  1641 Worthington Road, Suite 100
                                  West Palm Beach, FL 33409
                                  (561) 684-2500 – telephone
                                  (561) 684-6308 – facsimile
                                  *Attorneys for Plaintiff*

          /s/ John T. Schlafer_____
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Tel:  317-237-8274
Fax:  317-237-1000
John.Schlafer@FaegreBD.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

     /s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON