IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Document Relates to Plaintiffs:

   LUIS PUMAREJO and MAGDALENA PUMAREJO

Civil Case #    1:16-CV-03128-RLY-TAB

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Luis Pumarejo and Magdalena Pumarejo,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiffs Luis Pumarejo and Magdalena Pumarejo against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-03128) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge