UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB <br><br> MDL NO: 2570 |

This Document Relates to:

    STEVEN P. JACKSON

Civil Case # 1:16-cv-1376-RLY-TAB

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff STEVEN P. JACKSON and Defendants, COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

    Dated this 18th day of May, 2017.

                                            Respectfully submitted,

                                              /s/ Joseph R. Johnson
                                          Joseph R. Johnson, Fla Bar #372250
                                          BABBITT & JOHNSON, P.A.
                                          1641 Worthington Road, Suite 100
                                          West Palm Beach, FL 33409
                                          (561) 684-2500 – telephone
                                          (561) 684-6308 – facsimile
                                          *Attorneys for Plaintiff*

   /s/ John T. Schlafer
John T. Schlafer
Faegre Baker Daniels
Suite 2700
300 N. Meridian St.
Indianapolis, IN  46204
317-237-8274
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

   /s/ Joseph R. Johnson
JOSEPH R. JOHNSON