IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                          1:14-ML-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570
_____

This Document Relates to:

   STEVEN P. JACKSON

Civil Case #    1:16-cv-01376-RLY-TAB
_____

# **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Steven P. Jackson,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Steven P. Jackson against Defendants Cook Medical, LLC, Cook Incorporated and William Cook Europe APS., in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01376) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.


_____
Honorable Richard L. Young
United States District Court Judge