UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                       1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                 MDL NO:  2570

_____

This Document Relates to:

        REBECCA BROWN

Civil Case # 1:16-cv-1460

_____


**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff  REBECCA

BROWN through her undersigned counsel, and Defendants, COOK MEDICAL LLC, COOK

INCORPORATED and WILLIAM COOK Aps, through their undersigned counsel, that the

above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 18th day of May, 2017.


Respectfully submitted,


_____/s/ Joseph R. Johnson_____
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

/s/ John T. Schlafer
John T. Schlafer
Faegre Baker Daniels
Suite 2700
300 N. Meridian St.
Indianapolis, IN 46204
317-237-8274
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON