UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB <br><br> MDL NO:  2570 |

This Document Relates to:

    JOSEPH J. DODDS, III

Civil Case # 1:16-cv-1460

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOSEPH J. DODDS, III, through his undersigned counsel, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 18th day of May, 2017.

    Respectfully submitted,

       /s/ Joseph R. Johnson
    Joseph R. Johnson, Fla Bar #372250
    BABBITT & JOHNSON, P.A.
    1641 Worthington Road, Suite 100
    West Palm Beach, FL  33409
    (561) 684-2500 – telephone
    (561) 684-6308 – facsimile
    *Attorneys for Plaintiff*

                          ____/s/ John T. Schlafer_____
                          John T. Schlafer
                          Faegre Baker Daniels
                          Suite 2700
                          300 N. Meridian St.
                          Indianapolis, IN  46204
                          317-237-8274
                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                          ___/s/ Joseph R. Johnson_____
                          JOSEPH R. JOHNSON