IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Gregory Biles and Helen Jean Biles

Civil Case No. 1:17-cv-01203-RLY-TAB

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as lead counsel for: Gregory Biles and Helen Jean Biles.

DATED: May 18, 2017

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was electronically filed on this 18th day of May, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

              /s/ Howard L. Nations
              Howard L. Nations