# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Cause No. 1:16-cv-06047

_____

## MOTION FOR LEAVE TO WITHDRAW
## HEATHER H. HARRISON AS COUNSEL OF RECORD

Counsel for Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court grant leave for the withdrawal of Heather H. Harrison, of Faegre Baker Daniels LLP, in the above-listed case which has been transferred to this jurisdiction by the JPML, and in support states as follows:

1. Ms. Harrison was counsel for Cook Defendants prior to this case being transferred to this Court. Since this matter has been transferred she is no longer assisting with this case.

2. Cook Defendants continue to be represented in this matter by Andrea Roberts Pierson and John T. Schlafer of Faegre Baker Daniels LLP.

WHEREFORE, Cook Defendants' Counsel, respectfully requests that this Court grant leave for the withdrawal of Heather H. Harrison as set forth above and for all other proper relief.

US.111593989.01

2

Dated: May 18, 2017    /s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

Heather H. Harrison (#6296693)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4400
Chicago, Illinois  60606
Telephone:  (312) 212-6500
Facsimile:  (312) 212-6501
E-Mail:  heather.harrison@FaegreBD.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.111593989.01