## 14-ml-IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to:

Cause No. 1:16-cv-06047 -RLY-TAB

_____

### ORDER GRANTING MOTION FOR LEAVE
### TO WITHDRAW HEATHER H. HARRISON AS COUNSEL OF RECORD

This matter came before the Court upon a MOTION TO WITHDRAW HEATHER H. HARRISON AS COUNSEL OF RECORD filed by Cook Defendants Counsel, requesting leave of this Court to withdraw Heather H. Harrison as Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Heather H. Harrison, is granted leave to withdrawal and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

So ordered this _____ day of _____, 2017.

                                                                                          _____