## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to All Actions

---

### Plaintiffs' Motion for Leave to File Supplemental Brief in Support of
### Motion for Additional Deposition Related to Cook's Document Destruction

After filing their reply brief [Filing No. 4557], Plaintiffs took the deposition of

key witness, Jim Smith (a high-level Cook employee with knowledge of issues signif-

icant in this litigation). Mr. Smith's testimony highlights Plaintiffs' need for an addi-

tional Rule 30(b)(6) deposition. Plaintiffs, by counsel respectfully request leave to file

a supplemental brief in support of their motion for an additional Rule 30(b)(6) depo-

sition related to Cook's document preservation and destruction [*see* Filing No. 4424].

In support, Plaintiffs state the following:

1.    On May 9, 2017, Plaintiffs took the deposition of Jim Smith, a 21-year

Cook employee who has spent the past twelve years in the division that sells IVC

filters. Among other things, Mr. Smith has been responsible for training programs

that Cook used to teach both physicians and sales representatives about IVC filters.

2.     In his deposition, Mr. Smith conceded that he has exchanged tens of thousands of e-mails while working for Cook. When asked why his custodial file (produced by Cook in this case) contained only 8 e-mails, he had no explanation.

3.     Mr. Smith further admitted that he has deleted e-mails even after being placed on a litigation hold.

4.     Plaintiffs respectfully request leave to file a 6-page supplemental brief explaining how Mr. Smith's deposition testimony further underscores their need for an additional Rule 30(b)(6) deposition.

5.     A copy of Plaintiffs' proposed supplemental brief is attached to this motion as Exhibit A.

**Wherefore,** Plaintiffs, by counsel, respectfully request leave to file the attached supplemental brief in support of their request for an additional Rule 30(b)(6) deposition regarding Cook's document preservation and destruction, that the attached supplemental brief be deemed filed as of the date this motion is granted, and that the Court grant all further just and appropriate relief.

Dated:  May 18, 2017                    Respectfully submitted,


                                        */s/ Joseph N. Williams*
                                        Joseph N. Williams, Atty. No. 25874-49
                                        RILEY WILLIAMS & PIATT, LLC
                                        301 Massachusetts Avenue
                                        Indianapolis, IN 46204
                                        Telephone: (317) 633-5270
                                        Facsimile: (317) 426-3348
                                        Email:       jwilliams@rwp-law.com
                                        *Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Anthony J. Urban
Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

3

Carrie R. Capouellez
LOPEZ McHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb H. Didriksen, III
Carl A Woods, III
DIDRIKSEN LAW FIRM, PLC
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
CLIFF W. MARCEK, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
THE MILLER FIRM LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David C. Anderson
ANDERSON LAW
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102

Jay Harris
HARRIS, RENY & TORZEWSKI
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Joseph A. Napiltonia
LAW OFFICE OF JOE NAPILTONIA
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Kimberly L. Adams
LEVIN PAPANTONIO THOMAS ETC PA - PENSACOLA FL
316 S. Baylen St., Suite 400
Pensacola, FL 32502

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Michael G. Glass
RAPPAPORT GLASS GREENE & LEVINE LLP
1355 Motor Parkway
Hauppauge, NY 11749

Neal L. Moskow
URY & MOSKOW
883 Black Rock Turnpike
Fairfield, CT 06825

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

W. Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2650 North Military Trial, Suite 430
Boca Raton, FL  33431

Heather H. Harrison
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606

Jennifer P Henry
THOMPSON & KNIGHT LLP
801 Cherry Street, Unit #1
Fort Worth, TX 76107


*/s/ Joseph N. Williams*
Joseph N. Williams