# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

**Order Granting Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Motion for Additional Deposition Related to Cook's Document Destruction**

This mater comes before the Court on Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Motion for Additional Deposition Related to Cook's Document Destruction, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiffs' Motion is granted.

**It is Therefore Ordered, Adjudged, and Decreed** by this Court that Plaintiffs' Supplemental Brief in Support of Motion for Additional Deposition Related to Cook's Document Destruction, attached as Exhibit A to Plaintiffs' Motion for Leave, is deemed filed as of the date of this Order.

**All of Which is Ordered** this _____ day of _____, 2017.

 

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.