IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01210 | Cause No. 1:17-cv-01214 |
| Cause No. 1:17-cv-01216 | Cause No. 1:17-cv-01223 |
| Cause No. 1:17-cv-01225 | Cause No. 1:17-cv-01234 |
| Cause No. 1:17-cv-01235 | Cause No. 1:17-cv-01236 |
| Cause No. 1:17-cv-01237 | Cause No. 1:17-cv-01238 |
| Cause No. 1:17-cv-01239 | Cause No. 1:17-cv-01240 |
| Cause No. 1:17-cv-01241 | Cause No. 1:17-cv-01244 |
| Cause No. 1:17-cv-01247 | Cause No. 1:17-cv-01248 |
| Cause No. 1:17-cv-01251 | Cause No. 1:17-cv-01269 |
| Cause No. 1:17-cv-01270 | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: May 19, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

2

US.111621249.01