UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>David J. Maritch | Civil Case # 1:16-CV-1092-RLY-TAB |

## **NOTICE OF WITHDRAWAL AS COUNSEL**

Paul L. Stoller of Gallagher & Kennedy, PA gives notice of his withdrawal and the firm of Gallagher & Kennedy, P.A. as counsel for Plaintiff David J. Maritch. Mr. Maritch will continued to be represented by the law firm McSweeney Langevin.

Dated: May 22, 2017.

GALLAGHER & KENNEDY, P.A.

*/s/ Paul L. Stoller*
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph: (602) 530-8000
Fax: (602) 530-8500
paul.stoller@gknet.com

6004342/27147-0033