UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Civil #  1:16-CV-00865-RLY-TAB |
| This Document Relates to:<br>    Iris Crespo | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Iris Crespo and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, that the complaint of Iris Crespo in the above-captioned action is voluntarily dismissed as to the claims of Plaintiff Iris Crespo only, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated:  May 22, 2017

| | |
|---|---|
| GALLAGHER & KENNEDY, P.A. | FAEGRE BAKER DANIELS LLP |
| */s/  Paul L. Stoller*<br>Paul L. Stoller (AZ# 016773)<br>*Admitted Pro Hac Vice*<br>2575 E. Camelback Road<br>Phoenix, Arizona 85016<br>Ph:  (602) 530-8000<br>paul.stoller@gknet.com<br>Attorneys for Plaintiff | /s/  John T. Schlafer<br>John T. Schlafer<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>john.schlafer@FaegreBD.com<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Deborah Yanazzo*
Deborah Yanazzo

5600105/27147-0028