IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased

Civil Case #_____1:15-CV-06027_____

## NOTICE OF WITHDRAWAL OF APPEARANCE

Comes now undersigned Counsel, Curtis Hoke, and hereby gives notice to this Court and the parties of his withdrawal of appearance for Plaintiff Betty Booth, Individually and as successor in interest of the Estate of Kenneth Booth, deceased, in the above-captioned matter.  As of the date of this Notice, Plaintiff is still represented by Timothy A. Litzenburg and Jeff Seldomridge counsel of record in this matter.

Respectfully submitted,

*/s/ Curtis Hoke*
CURTIS HOKE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Curtis Hoke*
Curtis Hoke
California Bar No. 282465