AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Charles M. Thompson, Jr. <br> *Plaintiff* <br> v. <br> Cook Medical LLC, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:14-ml-2570 RLY-TAB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles M. Thompson, Jr.

Date:	05/22/2017

*Attorney's signature*

E. Scott Verhine MSB #10548
*Printed name and bar number*
Verhine & Verhine PLLC
1013 Adams Street
Vicksburg, MS 39183

*Address*

scott@verhine.biz
*E-mail address*

(601) 636-0791
*Telephone number*

(601) 636-2718
*FAX number*