AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

In Re: Cook Medical, Inc., IVC Filters )
*Plaintiff* )
v. ) Case No. MDL No. 2570
)
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Rich Craig

Date:   05/17/2017

*Attorney's signature*

Garry Trinh, Nevada Bar No. 14289
*Printed name and bar number*
Morris Anderson
716 S. Jones Blvd.
Las Vegas, NV 89107

*Address*

Garry@bighornlaw.com
*E-mail address*

(702) 333-1111
*Telephone number*

(702) 507-0092
*FAX number*