IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES     Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCT LIABILITY LITIGATION        MDL No. 2570
_____

This Document Relates to:

1:16-cv-06042-RLY-TAB Charles Hayes v. Cook Group, Inc. et al
_____

# ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCES

This matter came before the Court upon a MOTION TO WITHDRAW APPEARANCES OF COOK DEFENDANTS' FORMER LOCAL COUNSEL filed by Cook Defendants National Counsel, requesting leave of this Court to withdraw various former Local Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Cook Defendants' former Local Counsel, as set forth below, are granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawals as of the date of this Order.

A.   In *Charles Hayes v. Cook Group, Inc. et al.*, 1:16-cv-06042-RLY-TAB: Jennifer P. Henry of THOMPSON & KNIGHT, LLP

So ordered:  5/23/2017            _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

US.111574698.01