**14-ml-IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:16-cv-06047 -RLY-TAB

**ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW HEATHER H. HARRISON AS COUNSEL OF RECORD**

This matter came before the Court upon a MOTION TO WITHDRAW HEATHER H. HARRISON AS COUNSEL OF RECORD filed by Cook Defendants Counsel, requesting leave of this Court to withdraw Heather H. Harrison as Counsel for Cook Defendants.

IT, THEREFORE, IS ORDERED, ADJUDGED AND DECREED that Heather H. Harrison, is granted leave to withdraw and the Clerk of this Court should make the appropriate entries to reflect the withdrawal as of the date of this Order.

So ordered:  5/23/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.