UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL NO. 2570<br><br>Member Case # 1:17-cv-01298-RLY-TAB |

This Document Relates to:

    Charlene Douglas
    1:17-cv-01298-RLY-TAB

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through her attorneys Peterson & Associates, P.C., Plaintiff Charlene Douglas hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against all defendants.

Respectfully submitted this 23rd day of May, 2017.

                                          PETERSON & ASSOCIATES, P.C.

                                        /s/ David M. Peterson
                                        David M. Peterson
                                        *Admitted Pro Hac Vice*
                                        801 W. 47th Street, Suite 107
                                        Kansas City, MO 64114
                                        Phone: (816) 531-4440
                                        dmp@petersonlawfirm.com

                                        *Attorneys for Plaintiff Charlene Douglas*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

       /s/ David M. Peterson
       David M. Peterson