
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to ALL ACTIONS | |

**JOINT MOTION TO ENTER**
**INDEPENDENT MEDICAL EXAMINATION PROTOCOL**

Pursuant to Paragraph 4 of Case Management Order #19 [Docket No. 3326], Plaintiffs and Defendants jointly submit the proposed Independent Medical Examination Protocol, attached hereto as Exhibit A. The Parties respectfully request that the Court approve and enter the attached Independent Medical Examination Protocol.

May 24, 2017                                    Respectfully submitted,

*/s/ Andrew L. Campbell*
Andrea Roberts Pierson
John T. Schlafer
Andrew L. Campbell
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com
andrew.campbell@faegrebd.com

*Counsel for Cook Defendants*


*/s/ Joseph N. Williams*
Joseph N. Williams
RILEY WILLIAMS & PIATT LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
Tel: (317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92651
Tel: (949) 717-5120
Fax: (949) 715-5123
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave, Suite 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (314) 744-7590
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2017 a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/  Andrew L. Campbell