IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
    CHARLES HAYES, II
    1:16-cv-06042

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Charles Hayes, II.


Dated: May 24, 2017                        */s/ Jacob A. Boyd*
                                            Jacob A. Boyd, Bar No. 24090004
                                            **The Law Office of Ben C. Martin**
                                            3710 Rawlins Street, Suite 1230
                                            Dallas, Texas 75219
                                            Telephone: (214) 761-6614
                                            Facsimile: (214) 744-7590
                                            jboyd@bencmartin.com

                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  /s/ *Jacob A. Boyd*
                                                  Jacob A. Boyd