# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to All Actions

_____

### ORDER MAINTAINING DOCUMENT DKT. NO. 4230-1 UNDER SEAL

This matter has come before the Court on the Cook Defendants' Brief in Response to the Court's May 10, 2017 Entry on Motions to Seal [Dkt. No. 4606] and in Support of Maintaining Documents Under Seal. The Court, having reviewed the Cook Defendants' Brief and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the Expert Report of Robert W. Johnson & Associates filed by Plaintiffs at Dkt. No. 4230-1 shall be maintained under seal by the Clerk of this Court.

SO ORDERED this ____ day of May, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.112306207