UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Actions

_____

### THE COOK DEFENDANTS' MOTION TO SEAL PLAINTIFFS' OBJECTIONS AND APPEAL FROM MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS' OBJECTION TO PRODUCTION OF NET WORTH DOCUMENTS [DKT. NO. 4230]

The Cook Defendants[1] respectfully move the Court to seal Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objection to Production of Net Worth Documents [Dkt. No. 4230] ("Plaintiffs' Objections and Appeal"). In support of this motion, the Cook Defendants state as follows.

1.      There is good cause to seal Plaintiffs' Objections and Appeal. The Cook Defendants and nonparty Cook Group Incorporated are privately-held, non-public companies. Their confidential, non-public financial statements, income statements, and internal annual reports are confidential business and commercial information entitled to be protected from disclosure and maintained under seal.

2.      Plaintiffs' Objections and Appeal as filed discloses and makes representations about the contents of the Cook Defendants' and Cook Group Incorporated's confidential financial information.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

- 2 -

3. The Court should seal Plaintiffs' Objections and Appeal to prevent the disclosure of the Cook Defendants' and nonparty Cook Group Incorporated's confidential financial information.

4. The Cook Defendants' Brief in Support of Motion to Seal Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objection to Production of Net Worth Documents [Dkt. No. 2330] has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that the Court enter an order sealing Plaintiffs' Objections and Appeal [Dkt. No. 4230].

Dated: May 24, 2017

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

Case 1:14-ml-02570-RLY-TAB   Document 4823   Filed 05/24/17   Page 3 of 3 PageID #: 11443

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                                    /s/ Andrea Roberts Pierson

US.112594256