# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## DECLARATION OF KELLY FISCHER

I, Kelly Fischer, upon my oath, declare and state as follows:

1.  I am over 18 years of age, am competent to make this Declaration, and have personal knowledge of the facts and representations set forth in this Declaration.

2.  I currently serve as Director of Global Reporting & Accounting Operations for Cook Group Incorporated and am authorized to make this Declaration on behalf of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (the "Cook Defendants").

3.  The Cook Defendants, namely, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS are all privately-held, non-public companies.

4.  The Cook Defendants' financial information including, but not limited to, their financial statements and annual reports is highly confidential, and the Cook Defendants maintain their financial information as highly confidential. The information redacted from The Expert Report of Robert W. Johnson & Associates and Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objection to Production of Net Worth Documents is of a type considered by the Cook Defendants and Cook Group Incorporated to be highly confidential and it is treated as highly confidential by the Cook Defendants and Cook Group Incorporated. They do not disseminate their confidential financial information to the

public. In an effort to maintain the confidentiality of the financial documents, the Cook Defendants and Cook Group restrict access within the companies to confidential information, including the confidential information in The Expert Report of Robert W. Johnson & Associates and Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objection to Production of Net Worth Documents.

5. The Cook Defendants would likely suffer significant economic harm if their confidential financial information were disclosed. The Cook Defendants' competitors, a majority of which are publicly owned companies, could use this information to gain a competitive advantage over the Cook Defendants in the medical device market where the Cook Defendants compete. The public disclosure of such confidential financial information would likely also adversely affect the Cook Defendants' business relationships with their creditors, debtors, suppliers, and customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2017

By: _____
Signature

Kelly Fischer
Printed Name

Signed At: Bloomington, Indiana

-2-

US.112388858.01