**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Collins, et al. v. Cook Group Inc., et al.*
No. 1:17-cv-06065-RLY-TAB

*Halinski, et al.* v. *Cook Group Inc., et al.*
No. 1:17-cv-06066-RLY-TAB

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF PLAINTIFFS' MOTIONS TO REMAND**

For the reasons previously set forth in Plaintiffs' Motion to Stay (CM/ECF Doc. # 4542), the Court should stay any Plaintiff Profile Sheet ("PPS") obligations the Plaintiffs may have under Third Amended Case Management Order 4 (Third Amended CMO 4).

The PPS set forth by Third Amended CMO 4 is a negotiated discovery device agreed to by the parties to this multidistrict litigation ("MDL") designed to function in the framework of an MDL proceeding.  While Plaintiffs understand the importance of the use PPS type discovery in the MDL context given the procedural realities of such litigations, they are designed to operate in that context.  They differ in an important fashion from standard written discovery in that the Plaintiffs generally have no right to object to the information requested.

The relevance of the information sought, for the purposes of the MDL, has already been agreed to by the parties to the MDL.

The Plaintiffs in the two cases at issue are not Plaintiffs who directly filed their cases in this Court or filed in another federal court with the expectation of transfer to this MDL. These actions were originally filed in Missouri state court over a year ago. They have had Motions to Remand pending since January of 2017. They should not lose the right to negotiate or pursue their own discovery protocol simply because the United States District Court for the Eastern District of Missouri did not decide on those Motions prior to transfer to the MDL. Plaintiffs continue to believe and assert that the proper forum for their cases is the Missouri state court from which they were removed, and, accordingly, that Court should oversee the discovery process in their cases. As such, the Plaintiffs simply seek a remand decision prior to discovery moving forward. Any additional delay while this Court addresses those pending Motions will cause no hardship to Defendants at this time.

WHEREFORE, Plaintiffs pray for an Order staying their obligations to produce completed Plaintiff Profile Sheets and any other mandatory disclosures pending resolution of their Motions to Remand.

        Respectfully submitted,

        NIEMEYER, GREBEL & KRUSE, LLC

By:   /s/ Michael S. Kruse
      10 S. Broadway, Suite 1125
      St. Louis, MO 63102
      314/241-1919 (T)
      314/665-3017 (F)
      kruse@ngklawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF filing system this 25th day of May, 2017.

        /s/ Michael S. Kruse