**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01327 | Cause No. 1:17-cv-01328 |
| Cause No. 1:17-cv-01304 | Cause No. 1:17-cv-01305 |
| Cause No. 1:17-cv-01328 | Cause No. 1:17-cv-01306 |
| Cause No. 1:17-cv-01336 | Cause No. 1:17-cv-01288 |
| Cause No. 1:17-cv-01356 | Cause No. 1:17-cv-01345 |
| Cause No. 1:17-cv-01349 | Cause No. 1:17-cv-01347 |
| Cause No. 1:17-cv-01362 | Cause No. 1:17-cv-01361 |
| Cause No. 1:17-cv-01360 | Cause No. 1:17-cv-01363 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

|  |  |
|---|---|
| Dated:  May 26, 2017 | /s/ John T. Schlafer |
|  | Andrea Roberts Pierson (# 18435-49) |
|  | John T. Schlafer (# 28771-49) |
|  | FAEGRE BAKER DANIELS LLP |
|  | 300 North Meridian Street, Suite 2700 |
|  | Indianapolis, Indiana  46204 |
|  | Telephone:  (317) 237-0300 |
|  | Facsimile:  (317) 237-1000 |
|  | E-Mail:  andrea.pierson@faegrebd.com |
|  | E-Mail:  john.schlafer@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.112645958.01