UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to All Actions

_____

### THE COOK DEFENDANTS' STATEMENT
### CONSENTING TO THE UNSEALING OF DOCUMENT DKT. NO. 4691-1

Pursuant to Local Rule 5-11(d)(3), the Cook Defendants[1] submit this Statement Consenting to the Unsealing of Document Dkt. No. 4691-1, which is the Cover Page and Table of Contents of the August 2016 Cook Medical IVC Filter Data Summary (the "Cook IVC Filter Data Summary").  This document was filed under seal by Plaintiffs and is further identified as – **Ex. E.**, Filter Data Summary Table of Contents – to Plaintiffs' Motion to Permit Supplemental Expert Opinions on Documents That Were Not Timely Disclosed [Dkt. No. 4690].  Plaintiffs moved to maintain this document under seal pursuant to Local Rule 5-11(d)(2)(A).  *See* Dkt. No. 4692.

The Cover Page and Table of Contents of the Cook IVC Filter Data Summary [Dkt. No. 4691-1] total three pages in all, and unsealing is authorized *only* for these three pages.  The Cook Defendants expressly reserve their right to support the sealing of or to move to seal the remaining pages and appendices of the Cook IVC Filter Data Summary, all of which have been designated by the Cook Defendants as "Company Confidential."  And by this notice, the Cook Defendants re-confirm Plaintiffs' obligation to move to seal the remainder of the contents of the

---

[1]  The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

- 2 -

Cook IVC Filter Data Summary should they choose to file it or to disclose its contents in any manner (*see* Case Management Order #8 ).

Dated:  May 31, 2017              Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                               /s/ Andrea Roberts Pierson

US.11266086