# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

> 1:17-cv-00611-RLY-TAB
> Mark R. Hawley

## DEMAND FOR JURY TRIAL

Plaintiff Mark R. Hawley hereby demands a trial by jury as to all issues so triable.

Dated: May 31, 2017

Respectfully submitted,

KASDAN LIPPSMITH WEBER TURNER LLP

*/s/ Graham B. LippSmith*
Graham B. LippSmith
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com

*Counsel for Plaintiff Mark R. Hawley*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith