UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

| This Document Relates to All Actions | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
|---|---|

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Trustees of Indiana University (relating to subpoena issued to Matthew S. Johnson, MD).

Date: May 31, 2017

 *s/ Mary Nold Larimore*
Mary Nold Larimore
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Email: Larimore@icemiller.com
Phone: 317-236-2407
Fax: 317-592-4688

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record registered for electronic service this 31st day of May, 2017, by the Court's electronic filing system.

 *s/ Mary Nold Larimore*
Mary Nold Larimore

I\11978619.1