UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

This Document Relates to All Actions

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**NON-PARTY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND/OR OBJECT TO PLAINTIFFS' DISCOVERY REQUEST**

Non-Party, Trustees of Indiana University ("IU"), respectfully moves the Court for an enlargement of time to respond and/or object to Plaintiffs' Subpoena to Produce Documents, Information or Objects served on Matthew S. Johnson, MD, which was served on May 23, 2017. In support of said motion, IU states:

1. IU's response is currently due on Monday, June 12, 2017.

2. Matthew S. Johnson, MD is currently out of the country and is not expected to return until June 12, 2017.

3. IU is unable to respond and/or object to Plaintiff's discovery request until Matthew S. Johnson, MD returns.

4. IU requires an enlargement of time of 45 days, up to and including Thursday, July 27, 2017, in which to respond or otherwise object to Plaintiffs' discovery request. Counsel for IU requested and received Plaintiffs' agreement to this enlargement of time in communication with Joseph N. Williams, local counsel for Plaintiffs, on May 31, 2017.

I\11981164.1

WHEREFORE, IU respectfully requests that the Court grant it an enlargement of time from Monday, June 12, 2017 to Thursday, July 27, 2017 in which to respond or otherwise object to Plaintiffs' discovery request and that the Court grant it all other proper relief.

Respectfully submitted,

ICE MILLER LLP

 s/ Mary Nold Larimore
Mary Nold Larimore
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Email:  Larimore@icemiller.com
Phone:  317-236-2407
Fax:  317-592-4688

*Counsel for Trustees of Indiana University*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record registered for electronic service this 31st day of May, 2017, by the Court's electronic filing system.

 s/ Mary Nold Larimore
Mary Nold Larimore

I\11981164.1