UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES & PRODUCT LIABILITY LITIGATION | |
| This Document Relates to All Actions | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING NON-PARTY'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO RESPOND
AND/OR OBJECT TO PLAINTIFFS' DISCOVERY REQUEST**

That matter having come before the Court on Non-Party Trustees of Indiana University's Unopposed Motion for Enlargement of Time to Respond and/or Object to Plaintiffs' Discovery Request, and the Court being duly advised, finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Trustees of Indiana University shall have to and including Thursday, July 27, 2017, in which to respond or otherwise object to Plaintiffs' Subpoena to Matthew S. Johnson, MD.

Dated: _____

_____
JUDGE, UNITED STATES DISTRICT COURT

Distribution:
All counsel of record

I\11983987.1