UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: William Ivy, 1:16-cv-3319 Timothy Henderson, 1:17-cv-368 Betty Johnson, 1:17-cv-488 Emilie Apple, 1:16-cv-3244 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**FINAL JUDGMENT**

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS (collectively "the Cook Defendants"), filed a Motion for Judgment on the pleadings with respect to the claims of William Ivy, Timothy Henderson, Betty Johnson, and Emilie Apple.  Today, the court granted their Motion. Accordingly, the court now enters final judgment in favor of the Cook Defendants and against William Ivy, Timothy Henderson, Betty Johnson, and Emilie Apple.

**SO ORDERED** this 31st day of May 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record