# Exhibit A

## Campbell, Andrew L.

| | |
|---|---|
| **From:** | Campbell, Andrew L. |
| **Sent:** | Wednesday, May 31, 2017 3:14 PM |
| **To:** | Campbell, Andrew L. |
| **Subject:** | FW: Missing Studies |

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Friday, January 20, 2017 4:40 PM
**To:** James M. Boyers
**Cc:** Mark Chavez (mchavez@thematthewslawfirm.com); Ben Martin
**Subject:** RE: Missing Studies

I left one off. It is added below as #5. Our experts are discovering these things and when we go to retrieve them they don't seem to exist. Pls advise. Thx.

Jim, further to my handful of emails, I have searched diligently and believe we do not have the draft final or actual final reports of the studies listed below, although we have emails, etc., indicating they were in fact performed. We would ask that they be produced.  Thanks. Matt

1. P030118D-03A: "Migration Test *in Vivo* (Sheep): Comparison of the Cook Celect Filter and the Gunther Tulip Filter (P030118D-03A) (Zaragoza). See draft protocol 0484250

2. P030118D-04A: "Animal Comparison Test of the Cook Celect Filter and Gunther Tulip Vena Cava MReye Filter: Radial Force Needed to Disengage Filter Legs from the Vena Cava After 30 Days of Implantation" (Zaragoza Summer 2005). Protocol is for 12 sheep, 12 filters.

3. FS080102: 12 sheep 12 filters per 029 5478: "A summary of the study, description and analysis of the results along with relevant tables, figures and photos, and a critical evaluation of the results obtained will be written." Note: Saved internally as "MIAT 01.04 TDMI v1.doc" by "Staff." Related animal use application at 028 5477.

4. VCOB (TS090024). See 0295471 discussing results. 0467213 (draft protocol).

5. "Retrievability of the Celect and Günther Tulip Vena Cava MReye Filters After 30- and 90-Day Implantation in the Sheep Vena Cava" Protocol is 0447366. We know it happened because Mitch Asami put it on his brag sheet at the end of the year. Find no report of it.

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
850.436.6141 (fax)
mschultz@levinlaw.com

