# EXHIBIT A

# Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Pierson, Andrea Roberts |
| **Sent:** | Tuesday, April 25, 2017 9:53 PM |
| **To:** | Tina_Doyle@insd.uscourts.gov |
| **Cc:** | Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com) |
| **Subject:** | Cook Filter MDL - Chart of Parties_ Proposed Deadlines in Gage and Hill.DOCX |
| **Attachments:** | Cook Filter MDL - Chart of Parties_ Proposed Deadlines in Gage and Hill |

Tina –

The parties have conferred and agree on the attached pre-trial deadlines for the Hill and Gage matters, which would supersede the deadlines in CMO 17 and CMO 19 for those cases. Would you and Judge Young be willing to issue an order or minute entry containing the attached deadlines and noting that they supersede those two CMOs for Hill and Gage? We would be happy to prepare a revised CMO 19 if you and Judge Young prefer, but entering the attached deadlines with that note is sufficient for the parties.

There are some issues related to the anticipated trial procedure on which we would appreciate Judge Young's insights at the next status conference – i.e., voir dire, the presentation witnesses, and possibly a few others. (CMO17 included a deadline for the submission of voir dire questions of 10/9/17. Plaintiffs would like to address that issue at the next status conference and have asked, in the interim, that the deadline be omitted from the chart for the time being.)

Thank you for your help.

Andrea Pierson & Ben Martin

1

# PROPOSED SECOND AMENDED
# BELLWETHER TRIAL PLAN DEADLINES

| Gage & Hill Deadlines | Proposed Date |
|---|---|
| Defendants' Expert Reports | 6/8/17 |
| Rebuttal Expert Reports | 6/15/17 |
| Close of Fact Discovery | 6/22/17 |
| Expert Deposition Deadline | 7/17/17 |
| Preliminary Witness & Exhibit Lists | 8/1/17 |
| *Daubert* and Summary Judgment Motions | 8/9/17 |
| Motions for bifurcation of issues and claims | 8/21/17 |
| Responses to *Daubert* and Motions for Summary Judgment | 9/6/17 |
| Affirmative Depo Designations by page and line | 8/23/17 |
| Motions in Limine | 9/12/17 |
| Counter Depo Designations and Objections | 9/12/17 |
| Final Witness List and Notice of Witnesses to Attend Trial | 9/18/17 |
| Replies to *Daubert* and Motions for Summary Judgment | 9/20/17 |
| Final Exhibit List | 9/23/17 |
| Responses to Motions In Limine | 9/26/17 |
| Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations | 9/26/17 |
| Hearing on *Daubert*, motions for summary judgment, and motions in limine | 10/3/17 |
| Objections to Re-direct and Responses to Objections to Counter Designations | 10/4/17 |
| Jury Instructions & Verdict Forms | 10/6/17 |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | 10/9/17 |
| Parties submit stipulations of facts, trial briefs, and notice to Court of use of evidence presentation equipment | 10/9/17 |
| Final Pretrial Conference | 10/17/17 |
| Jury Selection | 10/18/17 |
| Trial Start Date | 10/23/17 |
| | |

US.111099919.04

## PROPOSED SECOND AMENDED
## BELLWETHER TRIAL PLAN DEADLINES

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |