# EXHIBIT C

## Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Matt Schultz <mschultz@levinlaw.com> |
| **Sent:** | Friday, April 07, 2017 2:58 PM |
| **To:** | Pierson, Andrea Roberts; Bennett, James Stephen; Bennett, James Stephen; Joseph N. Williams (jwilliams@rwp-law.com); Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); David Matthews; Campbell, Andrew L.; Tanner, John Joseph; Webber, Chuck; Cox, Jessica Benson; Garcia, Christin Eaton; Symons, Rochelle R.; Calhoon, Victoria R.; Meyer, Peter A.; Butler, Abigail M.; Schlafer, John T.; Julie Rhoades (jrhoades@thematthewslawfirm.com); Laura Baughman; John Dalimonte (johndalimonte@kdlaw.net); kj@rileyjacksonlaw.com |
| **Subject:** | RE: Expert Depositions |

Andrea, we have confirmed that Greg Rueb's office is available 4/19 for Dr. Ritchie's deposition. Start time will need to be 10:00am.

Also, per my earlier email, Dr. Marmureanu is available June 5-7. We can choose one of those days and hold a consecutive day pending your request for additional time.

Please let me know about Carlson as it has now been two weeks since we raised the issue.

Updated chart below.

1

# Cook Deposition Schedule – Experts, Cook Witnesses & Nonpart

| WITNESS | DATE | LOCATION | NOTES |
|---|---|---|---|
| Betensky, Rebecca | April 21 | Newton MA | Confirme |
| Brown, Jen | April 21 | Indianapolis | Confirme |
| Carlson, Jim | ? | Warsaw IN | Cook che |
| Fishbein, Michael | June 15 | Los Angeles | Confirme |
| Garcia, David | June 22 | Seattle | Confirme |
| Gyllun, Henrik | May 16 | Indianapolis | Confirme |
| Hawkins, Kem | June 12 | Indianapolis | Confirme |
| Johnson, Robert | N/A | N/A | Cook not |
| Kaufman, John | June 19 | Portland OR | Subpoen |
| Kessler, David | July 1 | San Francisco | Confirme |
| LaDisa, John | May 25 | Milwaukee | Confirme |
| Levy, Leigh Anne | May 4 | Austin TX | Confirme |
| Litsky, Alan | June 1 | Columbus OH | Confirme |
| Marmureanu, Alexander | June 5-7 | Los Angeles | Cook req |
| McMeeking, Robert | May 3 | Columbus OH | Confirme |
| Milling, Lars | May 2 | Indianapolis | Confirme |
| Ragheb, Anthony | May 25 | Indianapolis | Confirme |
| Rajebi, Reza | May 19 | Denver | Confirme |
| Ritchie, Robert | April 19 | Concord CA | Confirme |
| Smith, Jim | May 9 | Indianapolis | Confirme |
| Smouse, H. Robert | May 26 | Chicago | Confirme |
| Timperman, Paul | May 3 | Indianapolis | Confirme |

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Tuesday, April 4, 2017 4:37 PM
**To:** Matt Schultz; Bennett, James Stephen; Bennett, James Stephen; Joseph N. Williams (jwilliams@rwp-law.com); Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); David Matthews; Campbell, Andrew L.; Tanner, John Joseph; Webber, Chuck; Cox, Jessica Benson; Garcia, Christin Eaton; Symons, Rochelle R.; Calhoon, Victoria R.; Meyer, Peter A.; Butler, Abigail M.; Schlafer, John T.; Julie Rhoades (jrhoades@thematthewslawfirm.com); Laura Baughman; John Dalimonte (johndalimonte@kdlaw.net); kj@rileyjacksonlaw.com
**Subject:** FW: Expert Depositions


Matt —

Thanks for making time to talk today. Here's an update on the expert deposition schedule:

| WITNESS | DATE | LOCATION | NOTES | COOK RESPONSE |
|---|---|---|---|---|
| Betensky, Rebecca | April 21 | Newton MA | Confirmed. Not Noticed. Newton Marriott. | |
| Brown, Jen | April 21 | Indianapolis | Confirmed and noticed. (3/21) | |
| Carlson, Jim | | Warsaw IN | Cook checking on accepting service/representing. (3/23) | |
| Fishbein, Michael | June 13-15 | Los Angeles | Cook rejected 4/11-14 and requested 5/25-6/2. MDS not available. Available 6/13-15. (3/30) | We can do 6/15. Location will be FBD's LA office with a 9am start. |
| Garcia, David | June 20-22 | Seattle | Awaiting Cook confirmation of date. (3/24) | We can do 6/22. Let us know if there is a preferred location. |
| Gyllun, Henrik | May 16 | Indianapolis | Confirmed and noticed. (3/21) | |
| Hawkins, Kem | June 12 | Indianapolis | Cook accepted service 3/26. Cook to object within two weeks of that date. (3/26) | |
| Johnson, Robert | N/A | Los Altos | Cook not deposing. (3/30) | As I mentioned, we do not require dates for Johnson and Mills at this time. Cook reserves its right to depose in the future. |
| Kaufman, John | June 19 | Portland OR | Subpoena to be served. Date subject to discussion. (3/30) | |
| Kessler, David | June 30-July 2 | San Francisco | Cook requested two consecutive days two weeks before expert discovery cutoff. These dates qualify. Awaiting Cook to choose one and move for additional time. (3/30) | I asked that you check on earlier dates but understand that Kessler says he has no earlier openings. As a result, please hold July 1 and 2. |
| LaDisa, John | April 10-12 | Milwaukee | Cook rejected 4/10-12 and requested date between 5/26-6/2. Inquiring. (3/30) | Okay to May 25. |
| Levy, Leigh Anne | May 4 | Austin TX | Cook rejected 4/13 and requested 5/4-5. Confirmed 5/4 (not holding | Please provide two consecutive dates as |

3

| WITNESS | DATE | LOCATION | NOTES | COOK RESPONSE |
|---|---|---|---|---|
| | | | 5/5, which was never available). Cook to seek additional time. (3/30) | requested. Matt is checking on May 5. |
| Litsky, Alan | April 25-26 | Columbus OH | Cook rejected 4/25-26 and requested date between 5/26-6/2. Inquiring. (3/30) | June 1 works. |
| Marmureanu, Alexander | June 26-28 | Los Angeles | Cook requested dates between 5/3-5/6. Witness not available then. Still holding 6/26-28. Cook has not confirmed. Cook to seek additional time. (3/30) | Please provide earlier dates for Marmureau. Matt is checking. |
| McMeeking, Robert | May 3 | Columbus OH | Cook seeking 5/3-5/4. Confirmed 5/3 and holding 5/4 pending Cook motion for additional time. (3/30) | Ok to 5/3-5/4. |
| Miling, Lars | May 2 | Indianapolis | Confirmed and noticed. (3/27) | |
| Ragheb, Anthony | May 25 | Indianapolis | Confirmed and noticed. (3/30) | |
| Rajebi, Reza | May 17-19 | Denver | Cook requested 4/18 and 5/1 (neither had been offered). Inquiring whether witness is available on <u>one</u> of those dates. Holding 5/17-19. Cook to seek additional time. (3/30) | Please hold 5/18-5/19. We will take his deposition at FBD's Denver office with a 9 am start. |
| Ritchie, Robert | April 19 | Berkeley | Confirmed. Not noticed. (3/30) | Confirmed. Our preference is to take the deposition in FBD's Palo Alto office with a 9am start. Please let us know if that works for Ritchie. |
| Smith, Jim | May 9 | Indianapolis | Confirmed and noticed. (3/22) | |
| Smouse, H. Robert | May 26 | Chicago | Confirmed and noticed. (3/30) Pretzel & Stouffer is personal counsel. | |
| Timperman, Paul | May 3 | Indianapolis | Confirmed and noticed. (3/27) McNally is personal counsel. | |

Matt -- as we discussed, we still have not received the following materials upon which your experts relied in their reports:

Ritchie and Litsky

1. Sherman explanted filter – they have agreed to provide but we do not yet have it;
2. Native versions of all photographs contained in the report (we have some for a couple of the patients whose explants were studied, but not all of the photos);
3. All other explanted filters examined by Ritchie and/or Litsky

La Disa

1. CAD models created by MARVL from design drawings for use in FEA model
2. Code/algorithms for FEA analysis
3. Footnote 7: "ev3. Protégé everflex™ self-expanding peripheral stent system. 2010"

4

4. Footnote 8: "Amplatzer occluder and delivery system - instructions for use. 2012"

McMeeking

1. The Greenfield exemplar
2. The Vena-Tech exemplar
3. Exact citation or source material for footnotes 36, 37, 38, 41, and 42 (each listed generically as, e.g., "bostonscientific.com" or "azom.com.")

Levy:

Hill – Social media records, notes or records from 4 interviews of Hill, notes or records from consultation with Dr. Marmareanu
Gage – interview notes/records from interviews of A. Gage and C. Gage

Marmureanu and Rajebi

All notes, medical records and images from the exams of Hill referenced in my March 31 email and their reports.

The failure timely to produce these materials may jeopardize the deposition dates and the disclosure of Cook's expert reports. Please confirm that you will provide these materials asap.

Thank you,

Andrea

**Andrea Roberts Pierson**
*Partner*
andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

5