# EXHIBIT D

**Pierson, Andrea Roberts**
___

**To:** Pierson, Andrea Roberts
**Subject:** FW: Deposition of Dr. Goodwin

-----Original Message-----
From: David Matthews [mailto:dmatthews@thematthewslawfirm.com]
Sent: Tuesday, May 02, 2017 3:13 PM
To: Cox, Jessica Benson
Cc: Pam Mclemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Shawna Fugate; Tanner, John Joseph
Subject: Re: Deposition of Dr. Goodwin

We need to find another date.  We tried to make it work but Mike is going to be in trial and I'm not available.

Sent from my iPhone

On May 2, 2017, at 2:09 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:

> Pam,
>
> Before we adjourned from the previously scheduled deposition for Dr. Goodwin, all counsel present (David, myself, Joe Tanner, and Erin Davis, counsel for Dr. Goodwin) discussed when to reschedule his deposition.  We asked for a date in May, and Erin Davis offered May 8th.  We advised that this date would work for us, and David stated that counsel for Gage would "make that work- we need to get this done."
>
> Based on this conversation, we noticed the deposition on April 26th, and have already purchased plane tickets, etc.  This is the first we are hearing of a conflict with this date.
>
> Please feel free to ask counsel for Dr. Goodwin if he has alternate dates in May for this deposition.  If he has alternate dates, and if one of these alternate dates works for us and allows ample time for our experts to review the transcript in advance of producing their expert reports, we would be happy to move to try to accommodate schedules (and assume you would be covering any cost to us that would be incurred to change airfare, etc.)
>
> If, however, Dr. Goodwin has no other availability in early May that will work with our schedule, we will need to proceed with the deposition as noticed, and trust you can find alternate coverage.
>
> A final option would be to consider his deposition as being concluded on January 11th, and to cancel the continuation of his deposition currently scheduled for May 8th.
>
> Please advise us ASAP as to how you wish to proceed.

1

Thanks.

-JBC

Jessica Benson Cox
Partner
jessica.cox@FaegreBD.com
D: |1 317 237 1234

www.FaegreBD.com

Faegre Baker Daniels LLP
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

-----Original Message-----
From: David Matthews [mailto:dmatthews@thematthewslawfirm.com]
Sent: Monday, May 01, 2017 9:47 PM
To: Cox, Jessica Benson
Cc: Pam Mclemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Shawna Fugate; Tanner, John Joseph
Subject: Re: Deposition of Dr. Goodwin

I am not available.

Sent from my iPad

> On May 1, 2017, at 6:03 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:
>
> Hi Pam, the date was discussed (with David) before we adjourned while waiting for Dr Goodwin. We all discussed this date with Goodwin's counsel before we left. We would not have noticed otherwise.
>
> Is David now saying he is unavailable?
>
> Sent from my iPhone

2

On May 1, 2017, at 6:53 PM, Pam McLemore <Pamm@gld-law.com> wrote:

Jessica,

I'm sorry but we start trial on May 8th in Collin County, Texas, and trial is expected to last two weeks. Therefore Mr. Gallagher is not available on May 8th for the deposition of Dr. Goodwin.

I spoke to David and he said this date was not coordinated with him either and he is also unavailable on that date.

Jessica, please have someone in your office coordinate dates with us in the future before a deposition is noticed in this case.

Thank you.

Pam


Sent from my iPhone

3