**EXHIBIT E**

**From:** Pam McLemore [mailto:Pamm@gld-law.com]
**Sent:** Monday, May 08, 2017 12:55 PM
**To:** Cox, Jessica Benson
**Cc:** Shawna Fugate; David Matthews; Snapp, Cathi M.; mccarley@fnlawfirm.com; Tanner, John Joseph
**Subject:** Re: Deposition of Dr. Goodwin

Jessica,

Due to scheduling issues we have no control over, we agree to consider the deposition of Dr. Goodwin concluded.

Pam

Pamela McLemore, Esq.
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
713-238-7705
713-238-7708 Direct
713-238-7852 Fax
888-222-7052 Toll Free
pamm@gld-law.com


On May 5, 2017, at 3:31 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:

Thank you, Shawna. Please let me know if we are rescheduling to June 1st (and moving Cook's expert disclosure date) and/or if Plaintiffs intend to consider his deposition to be concluded. Once I know these, we can handle accordingly.

1

-JBC

Jessica Benson Cox
Partner
jessica.cox@FaegreBD.com
D: +1 317 237 1234

www.FaegreBD.com

Faegre Baker Daniels LLP
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

-----Original Message-----
From: Shawna Fugate [mailto:Shawnaf@gld-law.com]
Sent: Friday, May 05, 2017 4:15 PM
To: Cox, Jessica Benson
Cc: David Matthews; Pam McLemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Tanner, John Joseph
Subject: Re: Deposition of Dr. Goodwin

I am confirming on behalf of Plaintiffs that the deposition will not go forward Monday.



Please excuse brevity and typos.  Sent from wireless device.


On May 5, 2017, at 1:56 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:

I still have not heard anything about this deposition.  We need to call the Court reporter within the next hour.  Please advise how you would like us to proceed.

-JBC

Jessica Benson Cox
Partner
jessica.cox@FaegreBD.com
D: +1 317 237 1234

www.FaegreBD.com

Faegre Baker Daniels LLP
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

-----Original Message-----
From: Cox, Jessica Benson
Sent: Friday, May 05, 2017 9:36 AM
To: 'David Matthews'
Cc: Pam Mclemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Shawna Fugate; Tanner, John Joseph
Subject: RE: Deposition of Dr. Goodwin
Importance: High

I spoke to counsel for Goodwin. His next available date is June 1st, and then he is apparently heading out of the country and may not be available for some time.

So, we have three options: (1) we can take the deposition as scheduled on May 8th; (2) we can move the deposition to June 1st, but this will also necessitate your agreement to a 1 week extension on our expert reports for the Gage case; or (3) we can consider the deposition to have concluded on Jan. 11, and cancel any plans to continue the deposition.

Please let me know ASAP how you would like to proceed, so I can alert Goodwin's counsel and the court reporter accordingly.

Thank you,

-JBC

Jessica Benson Cox
Partner
jessica.cox@FaegreBD.com
D: +1 317 237 1234

www.FaegreBD.com

Faegre Baker Daniels LLP
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

-----Original Message-----
From: David Matthews [mailto:dmatthews@thematthewslawfirm.com]
Sent: Tuesday, May 02, 2017 3:13 PM
To: Cox, Jessica Benson
Cc: Pam Mclemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Shawna Fugate; Tanner, John Joseph
Subject: Re: Deposition of Dr. Goodwin

We need to find another date. We tried to make it work but Mike is going to be in trial and I'm not available.

Sent from my iPhone


On May 2, 2017, at 2:09 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:

Pam,

Before we adjourned from the previously scheduled deposition for Dr. Goodwin, all counsel present (David, myself, Joe Tanner, and Erin Davis, counsel for Dr. Goodwin) discussed when to reschedule his deposition. We asked for a date in May, and Erin Davis offered May 8th. We advised that this date would work for us, and David stated that counsel for Gage would "make that work- we need to get this done."

Based on this conversation, we noticed the deposition on April 26th, and have already purchased plane tickets, etc. This is the first we are hearing of a conflict with this date.

Please feel free to ask counsel for Dr. Goodwin if he has alternate dates in May for this deposition. If he has

alternate dates, and if one of these alternate dates works for us and allows ample time for our experts to review the transcript in advance of producing their expert reports, we would be happy to move to try to accommodate schedules (and assume you would be covering any cost to us that would be incurred to change airfare, etc.)

If, however, Dr. Goodwin has no other availability in early May that will work with our schedule, we will need to proceed with the deposition as noticed, and trust you can find alternate coverage.

A final option would be to consider his deposition as being concluded on January 11th, and to cancel the continuation of his deposition currently scheduled for May 8th.

Please advise us ASAP as to how you wish to proceed.

Thanks.

-JBC

Jessica Benson Cox
Partner
jessica.cox@FaegreBD.com
D: +1 317 237 1234

www.FaegreBD.com

Faegre Baker Daniels LLP
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA


-----Original Message-----
From: David Matthews [mailto:dmatthews@thematthewslawfirm.com]
Sent: Monday, May 01, 2017 9:47 PM
To: Cox, Jessica Benson
Cc: Pam Mclemore; Snapp, Cathi M.; mccarley@fnlawfirm.com; Shawna Fugate; Tanner, John Joseph
Subject: Re: Deposition of Dr. Goodwin

I am not available.

Sent from my iPad


On May 1, 2017, at 6:03 PM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:

Hi Pam, the date was discussed (with David) before we adjourned while waiting for Dr Goodwin. We all discussed this date with Goodwin's counsel before we left. We would not have noticed otherwise.

Is David now saying he is unavailable?

Sent from my iPhone


On May 1, 2017, at 6:53 PM, Pam McLemore <Pamm@gld-law.com> wrote:

4

Jessica,

I'm sorry but we start trial on May 8th in Collin County, Texas, and trial is expected to last two weeks. Therefore Mr. Gallagher is not available on May 8th for the deposition of Dr. Goodwin.

I spoke to David and he said this date was not coordinated with him either and he is also unavailable on that date.

Jessica, please have someone in your office coordinate dates with us in the future before a deposition is noticed in this case.

Thank you.

Pam


Sent from my iPhone