**EXHIBIT F**

**From:** Pierson, Andrea Roberts
**Sent:** Thursday, March 23, 2017 10:00 PM
**To:** Matt Schultz (mschultz@levinlaw.com)
**Cc:** Bennett, James Stephen; Tanner, John Joseph; Campbell, Andrew L.; Webber, Chuck; Schlafer, John T.; Cox, Jessica Benson; David Matthews; Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com); Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com)
**Subject:** FW: Cook Depositions Old & New

Matt –

I'm responding to the portion of your email below about expert deposition dates. A couple of preliminary points:

A week ago I asked Mike if the parties could agree to exchange the materials upon which their experts relied within 7 days of production of the expert reports (excluding medical records previously produced by either side; Cook company documents identified by bates number in the reports; and published medical literature). I understand that your side is discussing the issue. Obviously, receipt of the materials on which the expert relies will impact how quickly we are able to schedule an expert's depositions. We won't be in a position to confirm any expert deposition dates with finality until we know how soon we will receive those materials.

Additionally, as I assume you anticipated, Cook objects to the duplicative and cumulative nature of the experts and their opinions. The reports include numerous instances of 2 or more experts opining on the same topic, frequently far outside of his/her area of qualification. Absent plaintiffs' commitment promptly to withdraw the duplicative opinions and reports, Cook will seek relief from the Court. Please let me know Plaintiffs position by the COB tomorrow.

We agree that it's important to get dates on the calendar under the assumption that we will receive the experts' materials in the next few days, and that duplicative opinions are withdrawn. Assuming those things happen, some of the dates provided work, but others do not. We are still considering dates on a couple of experts, as noted below. Please hold dates with the experts consistent with the chart below. Let me know if you have questions. Andrea

| WITNESS | DATES PROVIDED | LOCATION | COOK RESPONSE: |
| --- | --- | --- | --- |
| Betensky, Rebecca | April 21 | Cambridge, MA | Ok to April 21. 9 am start ok? Please confirm preferred location for notice. |
| Fishbein, Michael | April 11-14 | Los Angeles, CA | We discussed via separate email. Let's talk about this one next week. |

1

| | | | |
|---|---|---|---|
| Garcia, David | April 17 | Seattle, WA | This will probably work. I can confirm next week. Please let us know if there is a preferred location. |
| Johnson, Robert | May 9-10 or June 1 | Los Altos (Palo Alto), CA | Dates were not provided for Mills. Please provide those, and then we can evaluate and consider dates for both Johnson and Mills. |
| Kessler, David | June 30-July 2 | San Francisco, CA | His dates are later than the current schedule contemplates and well after Cook's expert report deadline. We may be willing to take him after our experts' reports are disclosed and are considering. In the interim, please hold these dates for now, and confirm that he is available for 2 days. We will get back to you after we work through the amended trial plan with your side. |
| LaDisa, John | April 10-12 | Milwaukee, WI | Still considering. |
| Levy, Leigh Anne | April 13 or May 4 | Austin, TX | We anticipate her deposition in Hill and Gage will require two days. Please confirm her available dates with this in mind and let us know. |
| Litsky, Alan | April 25-26 | Columbus, OH | Still considering. |
| Marmureanu, Alexander | June 26 or 28 | Los Angeles, CA | These dates will not work. They are after Cook's expert report deadline. We anticipate his deposition in Hill and |

2

| Name | Dates | Location | Notes |
|---|---|---|---|
| | | | ==Gage will take two days. Please ask if he is available between May 3-6 for a two day deposition.== |
| McMeeking, Robert | May 3-5 | Columbus, OH | Still considering. |
| Rajebi, Reza | May 17-19 | Denver, CO | These dates will not work. We anticipate his deposition in Hill and Gage will require two days. Please ask if he is available April 28 and May 1. If not, please provide his other 2-day windows of availability prior to Cook's expert report deadline. |
| Ritchie, Robert | April 19 or 21 | Berkeley, CA | Still considering. |

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, March 21, 2017 2:28 PM
**To:** Pierson, Andrea Roberts
**Cc:** Bennett, James Stephen; Tanner, John Joseph; Campbell, Andrew L.; Schlafer, John T.; Cox, Jessica Benson; David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Ben Martin; Joseph N. Williams (jwilliams@rwp-law.com); Symons, Rochelle R.; Cook Filter File Clerk; Jonathan A. Hogins; Will Moody Jr.; Julie Rhoades
**Subject:** RE: Cook Depositions Old & New
**Importance:** High

Andrea, I hope this email will bring us up to date on all depositions except for case-specific treaters, which I am not involved in (Julie Rhoades has agreed to be the contact on that handful of depos). My email includes a some questions/issues and a new nonparty deponent (Jim Carlson). If I have overlooked anyone or gotten anything wrong, please let me know. Thanks. Matt

**Jennifer Brown.** She is set for 4/21 at your office. A depo notice with a CMO 2 request for documents went out earlier today.

**Jim Carlson.** He is a former Cook employee (metallurgical engineer) who apparently still resides in Indiana (Warsaw). Before serving him, we thought it worth exploring whether Cook might plan to reach out to him or possibly represent him as it has with others. If so, we could coordinate service through Cook. If not, we will get him served promptly but will need to agree on a depo date as one is required in the subpoena.

3

**Henrik Gyllun.** He is set for 5/16 at your office. A depo notice will go out shortly. You were going to check on whether we might need additional time depending upon his fluency in English.

**Kem Hawkins.** I received your email indicating Cook would accept service for him. The subpoena was filed and served on Cook in December, so I think we could tee up Cook's objections right away. When do you expect to file them?

**Lars Milling.** You agreed to provide dates by today. I understand from yesterday's email that you need an additional day or two.

**Anthony Ragheb.** Same as Mr. Milling.

**Jim Smith.** He is set for 5/9 at your office. A depo notice will go out soon.

**Bob Smouse.** This one is a bit complicated. I understand that a date of April 6 has been set, but it has not been noticed yet. There may be some potential deficiencies in the subpoena response and there are proceedings in Pennsylvania in that regard. Will Moody and Jonathan Hogins are addressing those issues. Given the paucity of documents produced in response to the subpeona we would like to move the deposition back to give Cook sufficient time to respond to a CMO 2 document request for Dr. Smouse while allowing time for the subpoena issues to be resolved. I understand this would require coordination with Dr. Smouse's personal counsel. The Moody firm has been dealing with them and can/will raise this issue and loop you in. I am copying Will and Jonathan on this email.

**Paul Timperman.** Cook accepted service for him and represents him. We need to set a date. But we need some clarification. Doug King served documents relating to Dr. Timperman. It's not clear (to me, at least) whether these were documents Dr. Timperman turned over to Cook or whether they are documents Cook produced from its own files or perhaps a combination of both. We just want to be clear that Dr. Timperman has fully responded with documents in his possession and that we have all such documents. If there was a combined production of Cook/personal documents, we need to identify which came from whom. As we will do a CMO 2 request for documents in the notice, we should shoot for a date at least 30 days out.

**Plaintiffs' Experts.** We have offered the dates shown below and would like to nail these down asap so we can coordinate coverage for them in light of the other depositions going forward in the same general time frame.

| WITNESS | AVAILABLE DATES | LOCATION |
| --- | --- | --- |
| Betensky, Rebecca | April 21 | Cambridge, MA |
| Fishbein, Michael | April 11-14 | Los Angeles, CA |
| Garcia, David | April 17 | Seattle, WA |
| Johnson, Robert | May 9-10 or June 1 | Los Altos (Palo Alto), CA |
| Kessler, David | June 30-July 2 | San Francisco, CA |
| LaDisa, John | April 10-12 | Milwaukee, WI |
| Levy, Leigh Anne | April 13 or May 4 | Austin, TX |

4

| Litsky, Alan | April 25-26 | Columbus, OH |
| --- | --- | --- |
| Marmureanu, Alexander | June 26 or 28 | Los Angeles, CA |
| McMeeking, Robert | May 3-5 | Columbus, OH |
| Rajebi, Reza | May 17-19 | Denver, CO |
| Ritchie, Robert | April 19 or 21 | Berkeley, CA |

Outstanding questions/issues:

1. *Carlson.* Will Cook coordinate the depo and rep/accept service? If not, we need to agree on a date to subpoena can issue.
2. *Gyllun.* Will we need additional time due to fluency/translation issues?
3. *Hawkins.* When might we expect objections to be filed? We can then coordinate response and hearing time.
4. *Milling.* You will provide available dates/location by 3/23.
5. *Ragheb.* You will provide available dates/location by 3/23.
6. *Smouse.* Any objection to postponing? We need to coordinate new date with you and his counsel.
7. *Timperman.* Has Dr. Timperman fully responded? Were produced documents his, Cook's, or both? If both, we need to identify which he produced. Need a depo date.
8. *Plaintiffs' Experts.* Awaiting your confirmation of dates for each.

Thanks. Matt