**EXHIBIT G**

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Friday, April 07, 2017 2:07 PM
**To:** Pierson, Andrea Roberts
**Subject:** Marmureanu Dates

He can do June 5-6 or 6-7 (we can pick one and hold the other).

Ritchie won't do Palo Alto. We are waiting to hear if Greg Rueb's office in nearby Concord will work. He also could do SF. If in SF or Concord he has to start at 10am.

I will update chart and send to you with these comments. Pls let me know about Dr. M.

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com

   

1