**EXHIBIT H**

From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Tuesday, May 23, 2017 9:41 PM
To: Pierson, Andrea Roberts
Cc: David Matthews; Matt Schultz
Subject: Dr. Marmureanu deposition

Andrea: Dr. Marmureanu's deposition will need to be rescheduled. He has developed a medical condition which will require conservative medical management for the next two weeks and possibly surgery to repair a herniated disc in his cervical spine. I spoke with him this afternoon at length about the situation and essentially it is this. If the conservative treatment works he can be ready by the 20th of June. If it does not work then he will have neurosurgery immediately after the two week period. His doctors tell him surgery will require just a few days of post operative down time and he can be ready by the 20th under the surgical circumstance as well. He discussed all of this with his doctors this afternoon.

Because Dr. Garcia's deposition is taking place the week of the 19th my suggestion is to schedule Dr. Marmureanu the following week. Thanks.

Ben


Sent from my iPhone

1