# EXHIBIT J

## Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Ben Martin <bmartin@bencmartin.com> |
| **Sent:** | Thursday, May 25, 2017 10:57 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Matt Schultz; David Matthews; Pamm@gld-law.com; Tanner, John Joseph; Cox, Jessica Benson; Rutigliano, Anna C.; Bennett, James Stephen; Webber, Chuck |
| **Subject:** | Re: Dates for Dr. Marmureanu deposition |

Andrea your suggestion months ago that Cook must depose all of plaintiffs' experts reports before it serves its own expert reports seemed ludicrous at the time and it is still seems silly to me. I certainly never agreed to it. Dr. Marmureanu's deposition is being offered 13 days after it was previously scheduled because of an acute medical condition. Please let us know if you want to take it then and I will schedule it.

Thanks.

Sent from my iPhone

On May 25, 2017, at 9:10 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

> Matt, I understand your position and you understand mine.
>
> Ben, please let me know tomorrow.
>
> Thanks.
>
> Sent from my iPhone
>
> On May 25, 2017, at 9:09 PM, Matt Schultz <mschultz@levinlaw.com> wrote:
>
>> It is entirely up to Ben. You say you have the "right" to take his deposition before your expert disclosure, but you don't cite anything because there is nothing that supports that proposition. That was the point of my original message. You then say the previous schedule permitted for that. It did, but that is a coincidence, not an expression of some agreement that you are entitled to it. And to suggest that we are somehow taking advantage of the situation by pointing out that what you are asking for is not contemplated in the rules is simply misguided. You asked very early for deposition dates that would allow for all of our experts to be deposed before your expert reports were due. I asked you at that time for a citation to any authority for that because I am not aware of any. You never responded to that message.
>>
>> If it were up to me, I would say that you have the dates for Dr. Marmureanu and you can take them or leave them but your expert reports are due when they are due. No one is taking advantage of anything. The chips fall where they fall. We can't control Dr. M's medical condition. But his misfortune is not an excuse to delay your expert reports.

1

-------- Original message --------
From: "Pierson, Andrea Roberts" <Andrea.Pierson@FaegreBD.com>
Date: 5/25/17 7:44 PM (GMT-06:00)
To: Matt Schultz <mschultz@levinlaw.com>
Cc: Ben Martin <bmartin@bencmartin.com>, David Matthews <dmatthews@thematthewslawfirm.com>, Pamm@gld-law.com, "Tanner, John Joseph" <Joe.Tanner@faegrebd.com>, "Cox, Jessica Benson" <Jessica.Cox@FaegreBD.com>, "Rutigliano, Anna C." <Anna.Rutigliano@FaegreBD.com>, "Bennett, James Stephen" <Stephen.Bennett@faegrebd.com>, "Webber, Chuck" <chuck.webber@FaegreBD.com>
Subject: Re: Dates for Dr. Marmureanu deposition

Matt,

We have the right to take his deposition before our experts' disclose their reports, and the current schedule allowed for that. Our intent to do so was specifically discussed when we negotiated the schedule now months ago.

 We are willing to accommodate this scheduling change, and even offered to do the deposition later if his health condition requires it, but only on the condition that our medical experts can submit their reports thereafter.

I'm not saying this is your intent, but plaintiffs should not be permitted to use this health issue to their advantage, particularly given that we scheduled your experts' deposition more than a month ago in reliance on your representation that you would put him up on the 6th and 7th.

Let me know if ten days works please.

Andrea

Sent from my iPhone

On May 25, 2017, at 8:35 PM, Matt Schultz <mschultz@levinlaw.com> wrote:

> I'm not really part of this convo and soon to be absent but I don't understand the notion that a defense expert report is due only after plaintiff's expert is deposed. That's not in the fed rules, local rules or any CMO. Our expert's medical emergency should have no relation to the due date of defense reports.
>
>
>
> MATT SCHULTZ
> Attorney
> Levin - Papantonio
> (Mobile Phone)
>
>
>
> -------- Original message --------

2

From: "Pierson, Andrea Roberts"
<Andrea.Pierson@FaegreBD.com>
Date: 5/25/17 7:31 PM (GMT-06:00)
To: Ben Martin <bmartin@bencmartin.com>
Cc: David Matthews <dmatthews@thematthewslawfirm.com>, Matt Schultz <mschultz@levinlaw.com>, Pamm@gld-law.com
Subject: Re: Dates for Dr. Marmurcanu deposition

That works if Cook's medical experts' reports can be served ten days later, June 27. Agreed?

Sent from my iPhone

> On May 25, 2017, at 8:28 PM, Ben Martin <bmartin@bencmartin.com> wrote:
>
> Andrea: July 11, 12 are out for Dr. Marmureanu. Lets just put him up June 19 and June 20 as you are available then. I've checked with Dr. Marmureanu to make certain those dates will work and he is ok with them. I will make it work on my end.
>
> Firm up if you can tomorrow. Thanks.
>
> Sent from my iPhone

3