# EXHIBIT K

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

**Andrea Roberts Pierson**
*Partner*
andrea.pierson@FaegreBD.com
Direct +1 317 237 1424

**Faegre Baker Daniels LLP**
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Main +1 317 237 0300
Fax +1 317 237 1000

March 17, 2017

## VIA E-MAIL AND FIRST-CLASS MAIL

Joseph Johnson
BABBIT & JOHNSON
1641 Worthington Road, Suite 100
West Palm Beach, FL 33402

Michael Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098

Ben C. Martin
Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

Michael Heaviside
Heaviside Reed Zaic
910 17th Street, NW, Suite 800
Washington, DC 20006

Re:  *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2570
Case No. 1:14-cv-06016-RLY-TAB
Case No. 1:14-cv-01875-RLY-TAB

Dear Counsel:

Pursuant to the Amended Case Management Order #19 (Amended Bellwether Trial Plan), dated January 4, 2017, this letter shall serve as formal notice of our intention to schedule the IMEs of Plaintiffs Elizabeth Hill and Arthur Gage. We will provide a draft protocol and the date, time, and location of the IMEs in the near future.

Very truly yours,

*Andrea Pierson/ARP*

Andrea Roberts Pierson

ARP:cms
cc:  David P. Matthews *(via email)*

US.110625662.02

# Pierson, Andrea Roberts

| | |
|---|---|
| **From:** | Rutigliano, Anna C. |
| **Sent:** | Thursday, March 30, 2017 4:32 PM |
| **To:** | Joe Johnson; bmartin@bencmartin.com; dmatthews@thematthewslawfirm.com; Michael Heaviside; jwilliams@rwp-law.com |
| **Cc:** | Cox, Jessica Benson; Pierson, Andrea Roberts; Denise Codding; Kim Aguilera; Schlafer, John T. |
| **Subject:** | Cook/Hill -- IME Protocol & Notice |
| **Attachments:** | Cook Filter - Protocol for Independent Medical Examination (3).docx; 2017-03-30 Letter to J. Johnson re E. Hill_s IMEs.pdf |

Counsel,

Please see attached for correspondence from Andrea Pierson regarding Ms. Hill's IME, and a proposed protocol for IMEs.  Please let us know if you have any objections to the proposed protocol by Monday, April 3, 2017.

Thank you,

**Anna C. Rutigliano**
*Associate*
Admitted to Practice in Indiana
anna.rutigliano@FaegreBD.com   Download vCard
D: +1 317 237 1191 | M: +1 317 709 0396 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

THIS DOCUMENT RELATES TO:  ALL CASES

## PROTOCOL FOR INDEPENDENT MEDICAL EXAMINATION

Pursuant to Fed. R. Civ. P. 35, and Amended Case Management Order #19, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook"), and the bellwether plaintiffs in this MDL ("Plaintiffs"), have agreed on the following protocol for the independent medical examination of Plaintiffs ("IME"), as those Plaintiffs have put their physical condition at issue in the lawsuits filed against Cook. The Court finds that good cause exists to order such examinations and **ORDERS** as follows:

1. **Cook's Request for an IME**

Pursuant to Amended Case Management Order #19, ¶ 4, Cook must request an IME by the provided date ("Request Date").

2. **Plaintiffs' Past Medical Examinations**

Plaintiffs shall produce copies of any final reports or memoranda from any prior medical examinations conducted by non-treating (examining) physicians of any of the Plaintiffs in the course of this litigation no later than 14 days from the Request Date, if that information has not otherwise been produced in the litigation.

3.  **Cook's Medical Examinations of Plaintiffs**

Plaintiffs' medical examinations shall be completed at least ten days prior to Cook's expert disclosure deadline. Cook shall produce copies of any final reports or memoranda from the non-treating (examining) physicians from any such examinations within fourteen days of the production of expert reports. Supplemental depositions of Cook's medical examiners will occur before the close of expert discovery.

4.  **Protocol for Cook's Medical Examinations**

Cook shall provide Plaintiffs with proposed dates, times, locations, and scope of examinations no later than fourteen days from the Request Date. Thereafter, the parties shall meet and confer to arrange for dates and times that are mutually acceptable to the parties.

The protocol for the IMEs shall be as follows:

(a)  Cook is entitled to two IMEs of each Plaintiff by licensed health care professionals ("Health Care Professionals") in an appropriate office and/or examination room;

(b)  The Health Care Professionals are entitled to ask any questions of the Plaintiffs that relate to prior medical histories, personal or family histories and any other conversation or investigation that the Health Care Professionals would normally engage in during their examinations;

(c)  The Health Care Professionals are entitled to conduct examinations of the Plaintiffs related to their general health, cardiovascular system, gastrointestinal system, psychiatric state, etc.;

(d)  No representative of Cook shall be present at the IMEs; however, the Plaintiffs may bring one non-lawyer representative with them to the IMEs, and may be present before, during, and after the examinations; and

2

3

      (e)      The parties shall bear their own costs for conducting the IMEs. Cook shall bear the cost of retaining the Health Care Professionals. Plaintiffs shall bear the cost of the travel expenses incurred in attending the IMEs.

IT IS SO ORDERED.

Dated:_____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA • UK • CHINA

**Andrea Roberts Pierson**
Partner
andrea.pierson@FaegreBD.com
Direct +1 317 237 1424

Faegre Baker Daniels LLP
300 North Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Main +1 317 237 0300
Fax +1 317 237 1000

March 30, 2017

**VIA EMAIL AND FIRST-CLASS MAIL**

Joseph Johnson
BABBIT & JOHNSON
1641 Worthington Road, Suite 100
West Palm Beach, FL 33402
Email: jjohnson@babbitt-johnson.com

Re:   Elizabeth Hill v. Cook, Inc., et al.
      Case No. 1:14-cv-06016-RLY-TAB

Dear Mr. Johnson:

To follow up on our letter from March 17, 2017, we are providing Ms. Hill with notice of two independent medical examinations ("IME"). The first IME will be conducted in New York to assess her cardiovascular health. During this IME, the physician may perform the following:

- Physical examination
- Intravascular ultrasound
- IVC venogram
- Lower extremity venous Doppler ultrasound

The second IME will be conducted in North Carolina to assess her gastrointestinal health. During this IME, the physician may perform the following:

- Physical examination
- Draw labs – CBC, CMP, CRP, ESR
- Extended upper endoscopy
- Abdominal CT
- Upper GI series
- Nuclear medicine gastric emptying study

Please be advised that the IMEs will be conducted pursuant to the Protocol for Independent Medical Examination. Exact times and locations will be provided as soon as possible.

US.110753851.01

Joseph Johnson								-2-								March 30, 2017
BABBIT & JOHNSON

Very truly yours,

*Andrea Pierson /ACR*

Andrea Roberts Pierson

ARP:acr

Enclosures

US.110753851.01