**EXHIBIT M**

From: Michael Heaviside <mheaviside@hrzlaw.com>
Date: May 31, 2017 at 10:33:51 AM EDT
To: "Cox, Jessica Benson (Jessica.Cox@FaegreBD.com)" <Jessica.Cox@FaegreBD.com>
Cc: "jjohnson@babbitt-johnson.com" <jjohnson@babbitt-johnson.com>, "Patti Spaeth (pspaeth@babbitt-johnson.com)" <pspaeth@babbitt-johnson.com>
Subject: Hill IME

I am advised that Ms. Hill is available for the IME in the FT Myers, Florida area on June 16, 19, or 20.

**Michael W Heaviside**
**Heaviside Reed Zaic, A Law Corporation**
**910 17th Street, N.W. Suite 800**
**Washington DC 20006**
**(202)223-1993**
**(202)318-8006 e-fax**
**www.HRZLAW.com**

1