## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>1:17-cv-06058-RLY-TAB | |

## AFFIDAVIT

1. In response to the Court's Order (Doc. 21), Plaintiff states her Cook IVC filer was implanted on January 19, 2015, at John F. Kennedy Memorial Hospital, 47111 Monroe Street, Indio, CA 92201.

2. As noted in her Opposition to the Motion to Dismiss (Doc. 10), Plaintiff further notes such implant was the result of the Cook Defendants' continuous and systematic course of designing, testing, manufacturing, labeling, advertising, marketing, promoting, selling, and distributing such devices, much of which course of conduct was nationwide, including Missouri. (Doc. 10 at 3). The Court's Order eliciting this affidavit discusses only general jurisdiction. As Plaintiff's injuries directly arose from such course of conduct, though, Plaintiff respectfully requests that it does not escape the Court's notice that Plaintiff is asserting specific jurisdiction, as well.

3. Plaintiff respectfully requests that it also does not go overlooked that, as detailed in her Opposition (Doc. 10 at 6), at worse the case should be transferred, not dismissed. Per the above information, Plaintiff believes transfer to the United States District Court, Central District of California, Eastern Division (Riverside) would be an appropriate venue for transfer.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this **1st** day of **June**, 2017.

_____
Gregory J. Pals

STATE OF MISSOURI         )
                          ) ss.
COUNTY OF ST. LOUIS CITY  )

Subscribed and sworn to before me, a Notary Public, this **1st** day of June, 2017.

_____
NOTARY PUBLIC

TIFFANY L. KELLY
My Commission Expires
October 17, 2017
St. Louis City
Commission #13495057