**EXHIBIT A**

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

--------------------------- )
IN RE: COOK MEDICAL, INC.   )
IVC FILTERS MARKETING, SALES ) Case No.
PRACTICES AND PRODUCTS      ) 1:14-ml-2570-
LIABILITY LITIGATION        ) RLY-TAB
--------------------------- )
This Document Relates to:   ) MDL No. 2570
All Actions                 )
--------------------------- )

CONFIDENTIAL

The videotaped 30(b)(6) deposition of Cook Medical, Incorporated, et al., as given by SCOTT ANDREW BLANCHARD, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, Registered Professional Reporter and a Certified Shorthand Reporter of the State of Illinois, at the offices of Wooden & McLaughlin LLP, Suite 1800, 211 North Pennsylvania Avenue, Indianapolis, Indiana, on January 29, 2015, commencing at 10:09 a.m.

Page 2

```
 1  APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
 3       LAW OFFICES OF BEN C. MARTIN, LLP
 4       3219 McKinney Avenue, Suite 100
 5       Dallas, Texas 75204
 6       214-761-6614
 7    BY: THOMAS WM. ARBON, ESQUIRE
 8       tarbon@bencmartin.com
 9
10    ON BEHALF OF THE DEFENDANTS:
11       WOODEN & McLAUGHLIN LLP
12       211 North Pennsylvania Avenue
13       One Indiana Square, Suite 1800
14       Indianapolis, Indiana  46204-4208
15       317-639-6151
16    BY: JAMES M. BOYERS, ESQUIRE
17       jboyers@woodmclaw.com
18
19  ALSO PRESENT:
20    DOUGLAS FORREST, ESQUIRE
21      International Litigation Services
22
23
24  VIDEOTAPED BY: CHARLES HODGE
25
26  REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968
```

Page 3

```
 1              I N D E X
 2  SCOTT ANDREW BLANCHARD        EXAMINATION
 3     BY MR. ARBON............... 6
 4     BY MR. BOYERS.............. 165
 5     BY MR. ARBON............... 165
 6
 7              E X H I B I T S
 8  BLANCHARD DEPOSITION EXHIBIT     MARKED FOR ID
 9  No. 1   Second Amended Notice of      4
10          Deposition
11
12  No. 2   MDL 2570 ESI Document         4
13          Production, January 24, 2015
14  No. 3   MDL 2570 ESI Document         4
15          Supplemental Production,
16          January 28, 2015
17  No. 4   document, Quality System      81
18          Procedure, "Regulatory
19          Reporting"; Bates Nos.
20          CookMDL2570_0004961 - 0004969
21
22  No. 5   Power Point, "Cook Group, From  110
23          Good to Great: Managing Cook's
24          Records and Electronic
25          Information"; Bates Nos.
26          CookMDL2570_0004207 - 0004223
27
28  No. 6   document, "Cook Legal         115
29          Department: Procedure for
30          Document Hold 25 April 2012";
31          Bates Nos. CookMDL2570_0006306
32          - 0006308
33
34  No. 7   document, "Cook Records       118
35          Retention Schedule-Part I";
36          Bates Nos. CookMDL2570_0006324
37          - 0006374
38
```

Page 4

```
 1         (WHEREUPON, the following
 2          proceedings were had off the video
 3          record:)
 4     MR. BOYERS:  This is attorney James Boyers on
 5  behalf of the Cook Defendants.
 6         The parties have agreed that this
 7  deposition will be given subject to the agreed
 8  protective order entered in Adams v. Cook Medical,
 9  Incorporated, et al., under Case No.
10  1:13-CV-13-RLY-TAB, which was entered on April 18,
11  2014, until a protective order is entered into MDL
12  2570, and at that time this deposition will be
13  subject to that protective order.
14     MR. ARBON:  That's agreed.
15     MR. BOYERS:  And a copy of this agreed
16  protective order will be added to the record of
17  this deposition.
18         (WHEREUPON, certain documents were
19          marked for identification as
20          Blanchard Deposition Exhibit No. 1,
21          Second Amended Notice of Deposition
22          and No. 2, MDL 2570 ESI Document
23          Production, January 24, 2015 and
24          No. 3, MDL 2570 ESI Document
```

Page 145

1  Q. With regard to manufacturing, are there
2 specific document management systems that are in
3 place that relate specifically to the manufacturing
4 process?
5  A. Live Link is used -- is the document
6 management system.
7  Q. Would that include such things as
8 quality control data over the product?
9  MR. BOYERS: Quality control document --
10  MR. ARBON: Documentation. Information.
11  MR. BOYERS: Like Quality System information,
12 is that what you mean?
13  MR. ARBON: I mean -- let me explain what I
14 mean.
15  MR. BOYERS: Okay.
16 BY MR. ARBON:
17  Q. As the products are manufactured, most
18 manufacturers I'm aware of try to maintain some
19 type of quality control over the actual quality of
20 the product that's gets produced and they document
21 that. The documentation, would that be found
22 within Live Link?
23  MR. BOYERS: Where? Because you were -- I
24 just want to know if you're asking specific to a

Page 146

1 location.
2  MR. ARBON: I'm asking specific to a data bank
3 or database.
4 BY THE WITNESS:
5  A. I would have to refer to the procedures
6 where the document would be stored. I don't know.
7 BY MR. ARBON:
8  Q. Is there a -- is there a separate
9 database that exists for manufacturing control
10 data?
11  A. So, this is data during manufacturing?
12  Q. Yes, sir.
13  A. Work orders?
14  Q. Work orders. Trying to think how to
15 phrase it. Other than quality production.
16  A. jBASE is used.
17  Q. jBASE. How do you spell jBASE?
18  A. j-B-A-S-E.
19  Q. I guessed right.
20  One of the thoughts -- in looking at the
21 e-mail retention policy and comparing it to
22 something, a hold such as a hold requested by
23 legal, if there is a document sitting in -- sitting
24 on someone's -- in someone's exchange that has not

Page 147

1 been saved to a folder and a hold is placed in
2 place and they do not move it to a folder, is there
3 any system in place to ensure that those documents
4 don't get deleted under the retention policy?
5  A. The capability of Exchange and the hold
6 feature would prevent that.
7  Q. Does Cook store data with any outside
8 vendors? I know you mentioned there was Cook
9 Europe, I think you said there are tapes in a bank
10 vault or something. How about domestically, does
11 Cook use --
12  A. We have e-Discovery that has content,
13 Canon, and then WebOffice.
14  Q. We had -- I think there was a discussion
15 that on file servers each department can
16 establish -- there's the sharing.
17  Am I -- I think you talked about
18 group -- I was using group share. I think you said
19 the file servers is organized by department?
20  A. Departments organize the content of
21 their own file share.
22  Q. Do they use any applications or programs
23 for that?
24  A. Not that I'm aware of.

Page 148

1  Q. Have you heard of SharePoint?
2  A. I have heard of SharePoint.
3  Q. Is SharePoint utilized by Cook at all?
4  A. SharePoint is just now being used by
5 Cook.
6  Q. And when did it come in?
7  A. 2014.
8  Q. Prior to that were there any similar
9 programs or applications being used to organize the
10 directories?
11  A. SharePoint is different from a file
12 server. So, SharePoint is more like a, to compare,
13 it would be like a Live Link, a document storage
14 system. So, and Live Link would be preceding
15 SharePoint.
16  MR. ARBON: Hang on just a second.
17 BY MR. ARBON:
18  Q. Do you know how far back Cook's use of
19 jBASE goes?
20  A. Since the beginning of the company.
21  Q. If there were design changes that are
22 instituted to a product or a request, is there some
23 system or program that tracks design changes?
24  A. The change request documentation would