**EXHIBIT E**

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
Case No.: 1:14-cv-06016-RLY-TAB

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

VIDEO DEPOSITION
of
DR. MARK ZUZGA
taken on behalf of Defendants

DATE:     April 19, 2017

TIME:     3:13 p.m. to 7:17 p.m.

PLACE:    2580 Gulf to Bay Boulevard
          Clearwater, Florida 33765
BEFORE:   Dawn A. Hillier, RMR, CRR, CLR
          Notary Public - State of
          Florida, at Large

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 2

1  APPEARANCES:
2
3  ATTORNEY FOR PLAINTIFF
4    JOSEPH JOHNSON, ESQUIRE
     BABBITT & JOHNSON, P.A.
5    1641 Worthington Road, Suite 100
     West Palm Beach, Florida  33402
6    jjohnson@babbitt-johnson.com
7
   ATTORNEYS FOR DEFENDANT
8
     ANDREA ROBERTS PIERSON, ESQUIRE
9    ANNA C. RUTIGLIANO, ESQUIRE
     FAEGRE BAKER DANIELS, LLP
10   300 North Meridian Street, Suite 2700
     Indianapolis, Indiana  46204
11   317.237.0300
     andrea.pierson@faegrebd.com
12   anna.rutigliano@faegrebd.com
13
   ATTORNEY FOR WITNESS
14
     ERIN REYNOLDS, ESQUIRE
15   BUSH GRAZIANO RICE & PLATTER, P.A.
     PO Box 3423
16   101 East Kennedy Boulevard, Suite 1700
     Tampa, Florida  33601
17
18 ALSO PRESENT:
     Paul Singletary, Videographer
19   Joel Freedman, Videographer
20
21
22
23
24
25

## Page 3

INDEX

| | | PAGE |
|---|---|---|
| WITNESS - DR. MARK ZUZGA | | 5 |
| DIRECT EXAMINATION BY MR. JOHNSON | | 6 |
| CROSS EXAMINATION BY MS. PIERSON | | 47 |
| REDIRECT EXAMINATION BY MR. JOHNSON | | 182 |
| RECROSS EXAMINATION BY MS. PIERSON | | 222 |
| FURTHER REDIRECT EXAMINATION BY MR. JOHNSON | | 226 |
| CERTIFICATE OF OATH | | 232 |
| REPORTER'S CERTIFICATE | | 233 |

EXHIBITS

| | | |
|---|---|---|
| Premarked Exhibit 24 | | 9 |
| Premarked Exhibit 23 | | 11 |
| Exhibit 33  Medical illustration | | 17 |
| Premarked Exhibit 26 | | 18 |
| Exhibit 34  Medical illustration | | 21 |
| Premarked Exhibit 14 | | 26 |
| Premarked Exhibit 18 | | 29 |
| Premarked Exhibit 15 | | 34 |
| Premarked Exhibit 11 | | 37 |
| Exhibit 35  Medical records | | 94 |
| Exhibit 36  Informed consent | | 128 |
| Exhibit 37  Second informed consent | | 132 |
| Exhibit 38  Third informed consent | | 136 |
| Premarked Exhibit 13 | | 186 |
| Exhibit 39  PowerPoint | | 222 |

## Page 4

REPORTER'S KEY TO PUNCTUATION:

-- At end of question or answer references interruption.

... References a trail-off by the speaker.

No testimony omitted.

"Uh-huh"  References an affirmative sound.

"Huh-uh"  References a negative sound.

| | | Page 161 |
|---|---|---|
| 02:31:26 | 1 | Q   To your knowledge, have you or any other |
| 02:31:28 | 2 | physician prescribed any anticoagulants for Mrs. Hill |
| 02:31:31 | 3 | since August of 2013? |
| 02:31:33 | 4 | A   Not that I recall. |
| 02:31:39 | 5 | Q   Mrs. Hill's counsel asked you some questions |
| 02:31:42 | 6 | at the last deposition and today about the district |
| 02:31:44 | 7 | manager Courtney Whitlock. |
| 02:31:46 | 8 | A   Yes. |
| 02:31:46 | 9 | Q   Do you remember those questions? |
| 02:31:49 | 10 | Mrs. Whitlock has testified that she was hired |
| 02:31:53 | 11 | by Cook or began working for Cook in 2009. She |
| 02:31:57 | 12 | testified that she had no substantive conversations with |
| 02:32:01 | 13 | you until 2012. That's on page 276 of her deposition. |
| 02:32:05 | 14 | Do you agree with that? |
| 02:32:07 | 15 | MR. JOHNSON: Form. |
| 02:32:08 | 16 | THE WITNESS: I don't disagree with it but... |
|  | 17 | BY MS. PIERSON: |
| 02:32:10 | 18 | Q   Okay. As you sit here today, do you recall |
| 02:32:13 | 19 | having had any conversations with Mrs. Whitlock prior to |
| 02:32:17 | 20 | the implantation of Mrs. Hill's filter? |
| 02:32:20 | 21 | A   On that day or previous? |
| 02:32:22 | 22 | Q   Any time prior to November of 2010. |
| 02:32:25 | 23 | A   No. |
| 02:32:25 | 24 | Q   Prior to November of 2010, had you ever talked |
| 02:32:28 | 25 | to Mrs. Whitlock about the Celect filter, its risks, or |

| | | Page 162 |
|---|---|---|
| 02:32:32 | 1 | how to place a Celect filter? |
| 02:32:34 | 2 | A   Not that I remember. |
| 02:32:34 | 3 | Q   Were you relying on anything Mrs. Whitlock |
| 02:32:37 | 4 | said in choosing the Celect filter for Mrs. Hill? |
| 02:32:41 | 5 | A   No. |
| 02:32:41 | 6 | Q   Since the time of implanting Mrs. Hill's |
| 02:32:43 | 7 | Celect filter, have you had any substantive |
| 02:32:47 | 8 | conversations with Ms. Whitlock about Mrs. -- the choice |
| 02:32:52 | 9 | of a Celect filter for Mrs. Hill? |
| 02:32:55 | 10 | A   No. |
| 02:32:55 | 11 | Q   Do you rely on sales representatives like |
| 02:32:58 | 12 | Ms. Whitlock to tell you about the known risks of filter |
| 02:33:02 | 13 | placement? |
| 02:33:03 | 14 | A   No. |
| 02:33:03 | 15 | Q   Is there any risk or complication that you've |
| 02:33:06 | 16 | heard about today or in any of your other depositions |
| 02:33:09 | 17 | that you thought, Gee, it was Courtney Whitlock's job to |
| 02:33:12 | 18 | tell me that? |
| 02:33:16 | 19 | A   No. |
| 02:33:17 | 20 | Q   Is there any, any risk or complication that |
| 02:33:20 | 21 | you heard about in either of your depositions that |
| 02:33:22 | 22 | wasn't known to you as part of your medical training and |
| 02:33:25 | 23 | education prior to November of 2010? |
| 02:33:34 | 24 | A   No. |
| 02:33:34 | 25 | Q   Mr. Heaviside showed you a spreadsheet of |

| | | Page 163 |
|---|---|---|
| 02:33:38 | 1 | expenses that Ms. Whitlock has submitted -- |
| 02:33:41 | 2 | A   Yes. |
| 02:33:41 | 3 | Q   -- for having contacts with folks at the |
| 02:33:43 | 4 | hospital. And I don't know if you remember this, but he |
| 02:33:46 | 5 | made a big point that there were 143 expenses listed on |
| 02:33:51 | 6 | that. |
| 02:33:51 | 7 | A   Yes. |
| 02:33:52 | 8 | Q   The spreadsheet covers a period of time from |
| 02:33:55 | 9 | 2010 to 2016. In that period of time, have you met with |
| 02:33:59 | 10 | Ms. Whitlock 149 times? |
| 02:34:02 | 11 | A   I've seen her. I wouldn't say we've met |
| 02:34:05 | 12 | though. |
| 02:34:05 | 13 | Q   In that period of time, have you had |
| 02:34:07 | 14 | substantive conversations with Ms. Whitlock about the |
| 02:34:11 | 15 | Celect filter or risks and benefits of the Celect |
| 02:34:13 | 16 | filter? |
| 02:34:14 | 17 | A   Not that I can remember, no. |
| 02:34:15 | 18 | Q   Ms. Whitlock has testified that the expenses |
| 02:34:18 | 19 | on that entry relate to educational programs given to |
| 02:34:22 | 20 | the hospital's staff in the cath lab. |
| 02:34:25 | 21 | A   Yes. |
| 02:34:26 | 22 | Q   In your experience, having seen Ms. Whitlock |
| 02:34:29 | 23 | around the hospital or in the cath lab, is her primary |
| 02:34:33 | 24 | interaction with the cath lab staff? |
| 02:34:35 | 25 | A   Yes. |

| | | Page 164 |
|---|---|---|
| 02:34:36 | 1 | Q   If Ms. Whitlock was hosting an educational |
| 02:34:38 | 2 | program or an in-service for the staff and the cath lab, |
| 02:34:43 | 3 | would you ever participate in those? |
| 02:34:46 | 4 | A   I'd grab a bagel. |
| 02:34:49 | 5 | Q   Ms. Whitlock has said that when she is hosting |
| 02:34:51 | 6 | an educational program for the cath lab staff between |
| 02:34:56 | 7 | 2010 and 2016, that if you were present, it was to pass |
| 02:35:02 | 8 | through, grab some food, and move on to your next |
| 02:35:04 | 9 | procedure? |
| 02:35:05 | 10 | A   That sounds accurate. |
| 02:35:06 | 11 | Q   Your days are very busy, aren't they? |
| 02:35:08 | 12 | A   Yes. |
| 02:35:08 | 13 | Q   Do you have time, Dr. Zuzga, to sit and listen |
| 02:35:11 | 14 | to educational programs? |
| 02:35:12 | 15 | A   Not usually. |
| 02:35:13 | 16 | Q   Do you rely on Cook or Ms. Whitlock to provide |
| 02:35:16 | 17 | you with educational programs about the Celect product? |
| 02:35:20 | 18 | A   No. |
| 02:35:21 | 19 | Q   Is it fair to say that because you've been |
| 02:35:22 | 20 | implanting that product since the mid 2000s, that you're |
| 02:35:26 | 21 | not relying on Cook or anyone else to provide you |
| 02:35:29 | 22 | ongoing information about that product? |
| 02:35:32 | 23 | A   Correct. |
| 02:35:32 | 24 | Q   You are relying on your medical education, |
| 02:35:34 | 25 | training, and judgment as you continue to use that |