# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to

Cause No. 1:17-cv-06058

## DECLARATION OF MARK BREEDLOVE

I, Mark Breedlove, declare as follows.

1. I am over 18 years of age, am competent to make this Declaration, and have personal knowledge of the facts and representations set forth in this Declaration.

2. I currently serve as Vice President, Vascular Division for Cook Medical LLC and am authorized to make this Declaration on behalf of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (the "Cook Defendants"). I have personal knowledge of the facts declared below or I have relied on reliable records of the Cook Defendants that are kept in the ordinary course of business that I have personally reviewed in order to obtain the information in this declaration.

3. Cook Incorporated and William Cook Europe ApS are not registered to do business in the State of Missouri and do no business in the State of Missouri.

4. William Cook Europe ApS has no employees in the United States. Cook Incorporated and Cook Medical LLC have less than 0.6 percent of their worldwide employees based in the state of Missouri.

US.112630169.01

5. Since 2008, less than 1.5% per year of the Cook Defendants worldwide sales are in the State of Missouri. Since 2008, less than 3.1% of the Cook Defendants United State sales are in the state of Missouri.

6. The Cook Defendants own no real property in the state of Missouri.

7. The Cook defendants have no offices in the State of Missouri.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2017            By: _____
                                         Signature
                                         Mark Breedlove

2

US.112630169.01