**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-01380
Cause No. 1:17-cv-01383
Cause No. 1:17-cv-01394
Cause No. 1:17-cv-01397
Cause No. 1:17-cv-01398
Cause No. 1:17-cv-01399
Cause No. 1:17-cv-01400
Cause No. 1:17-cv-01401
Cause No. 1:17-cv-01402
Cause No. 1:17-cv-01408
Cause No. 1:17-cv-01418

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:  June 2, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

US.112714170.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer
_____

US.112714170.01