IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01229 | Cause No. 1:17-cv-01368 |
| Cause No. 1:17-cv-01230 | Cause No. 1:17-cv-01370 |
| Cause No. 1:17-cv-01337 | Cause No. 1:17-cv-01374 |
| Cause No. 1:17-cv-01338 | Cause No. 1:17-cv-01375 |
| Cause No. 1:17-cv-01339 | Cause No. 1:17-cv-01376 |
| Cause No. 1:17-cv-01364 | |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: June 2, 2017                                        /s/ Andrea Roberts Pierson
                                                                    Andrea Roberts Pierson (# 18435-49)
                                                                    John T. Schlafer (# 28771-49)
                                                                    FAEGRE BAKER DANIELS LLP
                                                                    300 North Meridian Street, Suite 2700
                                                                    Indianapolis, Indiana  46204
                                                                    Telephone:  (317) 237-0300
                                                                    Facsimile:  (317) 237-1000
                                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                                    E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson