**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to Plaintiff:
*Barbara Gettman, et al.*
Cause No. 1:17-cv-06064-RLY-TAB


_____

## MOTION TO DISMISS OR STRIKE CLASS ALLEGATIONS

Defendants here by move the Court to dismiss or strike all references to a class action

from Plaintiffs' Amendment Complaint.  Defendants submit the attached brief in support of their

motion and further state as follows:

1.      The Amended Complaint seeks certification of a class action pursuant to

Federal Rule of Civil Procedure 23(b)(2), which permits class certification only where

"the party opposing the class has acted or refused to act on grounds that apply generally to

the class, so that final injunctive relief or corresponding declaratory relief is appropriate

respecting the class as a whole."

2.      But the Amended Complaint seeks only one form of relief: a medical

monitoring fund to pay for diagnostic medical care for proposed class members.

3.      The requested medical monitoring payments are not "final injunctive relief or

corresponding declaratory relief," because they are simply transfers of money to offset

payment obligations that Plaintiffs claim they will incur.

4.      Additionally, the requested medical monitoring program would not be "respecting the class as a whole," because each proposed class member would require an individualized course of treatment, and some proposed class members might choose not to participate in the program at all.

5.      As a result, the Amended Complaint fails to allege facts that could plausibly support the certification of the (b)(2) class it requests.

WHEREFORE, Defendants respectfully request that the Court dismiss or strike the Amended Complaint to the extent it refers to or requests class certification, and direct Plaintiffs to re-file an amended complaint that does not seek (b)(2) class certification.


Dated: June 2, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for Cook Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2017, a copy of the foregoing Joint Motion to Enter

Schedule for Filing Amended Complaint and Response to Amended Complaint was filed

electronically, and notice of the filing of this document will be sent to all parties by operation of

the Court's electronic filing system to CM/ECF participants registered to receive service in this

matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for

Plaintiffs will serve any non-CM/ECF registered parties.


/s/ John T. Schlafer