# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
*Barbara Gettman, et al.*
Cause No. 1:17-cv-06064-RLY-TAB

## SCHEDULING ORDER FOR FILING
## AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT

Upon the joint motion of the Parties, this Order sets the deadlines for filing of an Amended Complaint and response thereto.

It is ORDERED that the following deadlines are established:

1. Plaintiffs shall file their Amended Complaint by **May 5, 2017**; and

2. Defendants shall answer or otherwise plead in response to the Amended Complaint by **June 9, 2017**.

SO ORDERED: 6/5/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

US.111300578.01