IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to:

| Cause No. 1:17-cv-01106 | Cause No. 1:17-cv-01242 |
| Cause No. 1:17-cv-01299 | Cause No. 1:17-cv-01351 |
| Cause No. 1:17-cv-01353 | Cause No. 1:17-cv-01390 |
| Cause No. 1:17-cv-01409 | Cause No. 1:17-cv-01410 |
| Cause No. 1:17-cv-01419 | Cause No. 1:17-cv-01421 |
| Cause No. 1:17-cv-01425 | Cause No. 1:17-cv-01427 |
| Cause No. 1:17-cv-01430 | Cause No. 1:17-cv-01431 |
| Cause No. 1:17-cv-01432 | Cause No. 1:17-cv-01433 |
| Cause No. 1:17-cv-01434 | Cause No. 1:17-cv-01435 |
| Cause No. 1:17-cv-01439 | Cause No. 1:17-cv-01440 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

2

Dated:  June 6, 2017                                    /s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer