# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                 MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01441 | Cause No. 1:17-cv-01447 |
| Cause No. 1:17-cv-01449 | Cause No. 1:17-cv-01451 |
| Cause No. 1:17-cv-01452 | Cause No. 1:17-cv-01453 |
| Cause No. 1:17-cv-01454 | Cause No. 1:17-cv-01455 |
| Cause No. 1:17-cv-01457 | Cause No. 1:17-cv-01458 |
| Cause No. 1:17-cv-01461 | Cause No. 1:17-cv-01462 |
| Cause No. 1:17-cv-01464 | Cause No. 1:17-cv-01465 |
| Cause No. 1:17-cv-01466 | Cause No. 1:17-cv-01467 |
| Cause No. 1:17-cv-01468 | Cause No. 1:17-cv-01469 |
| Cause No. 1:17-cv-01470 | Cause No. 1:17-cv-01474 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

2

Dated:  June 6, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.112774845.01

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer