IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff
    LEVI A. RYON

Civil Case # CJ-2016-02293

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for his Amended Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Levi A. Ryon

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

    Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

    [x]   Cook Incorporated

    [x]   Cook Medical LLC

    [x]   William Cook Europe ApS

9. Basis of Jurisdiction:

    [x]   Diversity of Citizenship

    [ ]   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 23 through 28 of the Master Complaint

    b. Other allegations of jurisdiction and venue:

    n/a

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    [ ]   Günther Tulip® Vena Cava Filter

    [X]   Cook Celect® Vena Cava Filter

2

[ ]   Gunther Tulip Mreye

[ ]   Cook Celect Platinum

[ ]   Other: _____

11. Date of Implantation as to each product:

    February 5, 2008 _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Bailey Medical Center in Owasso, Oklahoma _____

13. Implanting Physician(s):

    Luis V. Gorospe, M.D. _____

    Counts in the Master Complaint brought by Plaintiff(s):

    [x]   Count I:      Strict Products Liability – Failure to Warn

    [x]   Count II:     Strict Products Liability – Design Defect

    [x]   Count III:    Negligence

    [x]   Count IV:     Negligence Per Se

    [x]   Count V:      Breach of Express Warranty

    [x]   Count VI:     Breach of Implied Warranty

    [x]   Count VII:    Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    [ ]   Count VIII:   Loss of Consortium

    [ ]   Count IX:     Wrongful Death

    [ ]   Count X:      Survival

    [x]   Count XI:     Punitive Damages

3

[ ]   Other: _____ (please state the facts supporting this Count in the space, immediately below)

[ ]   Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

14. Attorney for Plaintiff:

Paul T. Boudreaux, Richardson Richardson Boudreaux

15. Address and bar information for Attorneys for Plaintiff:

Paul T. Boudreaux, OBA #990
Richardson Richardson Boudreaux
7447 So. Lewis Avenue
Tulsa, OK 74136

                      Respectfully submitted,

                      **RICHARDSON RICHARDSON BOUDREAUX**

                      /s/  Paul T. Boudreaux
                      Paul T. Boudreaux
                      7447 South Lewis Avenue
                      Tulsa, Oklahoma 74136
                      Telephone:  (918) 492-7674
                      Facsimile:  (918) 493-1925
                      paul@rrbok.com
                      ***Attorneys for Plaintiff***

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on June 6, 2017 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Copies sent to non-registered participants as follows:

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Carrie R. Capouellez
Lopez Mchugh Llp
214 Flynn Avenue
Moorestown, NJ 08057

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Kimberly Lambert Adams
LEVIN PAPANTONIO THOMAS ETC PA - PENSACOLA FL
316 S Baylen St Ste 400
Pensacola, FL 32502

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Peter Andrew Miller
Miller Legal LLC
175 S Pantops Drive
Third Floor
Charlottesville, VA 22911

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar Jeanne Julmiste
Anderson Glenn Llp - Boca Raton, FL
2201 NW Corporate Blvd, Ste. 100
Boca Raton, FL 33431

    /s/ Paul T. Boudreaux_____