UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., )
MARKETING, SALES PRACTICES )
AND PRODUCT LIABILITY )
LITIGATION )
_____ )  Cause No. 1:14-ml-2570-RLY-TAB
This Document Relates to: )  MDL No. 2570
1:17-cv-6064-RLY-TAB
_____

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Evan Zucker of Baron & Budd, P.C.** seeking an Order granting leave to appear pro hac vice for the purpose of appearing as counsel on behalf of **Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston and Wendy Novel** in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Evan Zucker**
**BARON & BUDD, P.C.**
**15910 Ventura Boulevard**
**Suite 1600**
**Encino, California  91436**
**Ph.: (818)839-2333**
**Fax: (818)986-9698**
**Email:  ezucker@baronbudd.com**

Dated: 6/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record by CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.