UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

This Document Relates to All Actions

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

### ORDER GRANTING NON-PARTY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND/OR OBJECT TO PLAINTIFFS' DISCOVERY REQUEST

That matter having come before the Court on Non-Party Trustees of Indiana University's Unopposed Motion for Enlargement of Time to Respond and/or Object to Plaintiffs' Discovery Request, and the Court being duly advised, finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Trustees of Indiana University shall have to and including Thursday, July 27, 2017, in which to respond or otherwise object to Plaintiffs' Subpoena to Matthew S. Johnson, MD.

Dated: 6/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

I\11983987.1