IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570
_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01441 | Cause No. 1:17-cv-01447 |
| Cause No. 1:17-cv-01449 | Cause No. 1:17-cv-01451 |
| Cause No. 1:17-cv-01452 | Cause No. 1:17-cv-01453 |
| Cause No. 1:17-cv-01454 | Cause No. 1:17-cv-01455 |
| Cause No. 1:17-cv-01457 | Cause No. 1:17-cv-01458 |
| Cause No. 1:17-cv-01461 | Cause No. 1:17-cv-01462 |
| Cause No. 1:17-cv-01464 | Cause No. 1:17-cv-01465 |
| Cause No. 1:17-cv-01466 | Cause No. 1:17-cv-01467 |
| Cause No. 1:17-cv-01468 | Cause No. 1:17-cv-01469 |
| Cause No. 1:17-cv-01470 | Cause No. 1:17-cv-01474 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 6, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

US.112783502.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.112783502.01