# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01000 | Cause No. 1:17-cv-01250 |
| Cause No. 1:17-cv-01254 | Cause No. 1:17-cv-01256 |
| Cause No. 1:17-cv-01300 | Cause No. 1:17-cv-01333 |
| Cause No. 1:17-cv-01343 | Cause No. 1:17-cv-01371 |
| Cause No. 1:17-cv-01414 | Cause No. 1:17-cv-01416 |
| Cause No. 1:17-cv-01417 | Cause No. 1:17-cv-01478 |
| Cause No. 1:17-cv-01485 | Cause No. 1:17-cv-01490 |
| Cause No. 1:17-cv-01505 | Cause No. 1:17-cv-01509 |
| Cause No. 1:17-cv-01515 | Cause No. 1:17-cv-01517 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

US.112799642.01

2

| | |
|---|---|
| Dated: June 7, 2017 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

2

US.112799642.01

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.112799642.01