IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570
_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01000 | Cause No. 1:17-cv-01250 |
| Cause No. 1:17-cv-01254 | Cause No. 1:17-cv-01256 |
| Cause No. 1:17-cv-01300 | Cause No. 1:17-cv-01333 |
| Cause No. 1:17-cv-01343 | Cause No. 1:17-cv-01371 |
| Cause No. 1:17-cv-01414 | Cause No. 1:17-cv-01416 |
| Cause No. 1:17-cv-01417 | Cause No. 1:17-cv-01478 |
| Cause No. 1:17-cv-01485 | Cause No. 1:17-cv-01490 |
| Cause No. 1:17-cv-01505 | Cause No. 1:17-cv-01509 |
| Cause No. 1:17-cv-01515 | Cause No. 1:17-cv-01517 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 7, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.112799992.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson