# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to Plaintiffs:
Michael David and Fox Jeri Dayle Fox

Civil Case No.: 1:17-CV-00255

_____

## ORDER MAINTAINING DOCUMENTS DKT. NOS. 4439-2, 4439-7, 4439-8, AND 4439-9 UNDER SEAL

This matter has come before the Court on Plaintiffs' Motion to Seal Documents [Dkt. No 4441] and the Cook Defendants' Brief in Support of Plaintiffs' Motion to Seal Documents.  The Court, having reviewed Plaintiffs' Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that Exhibit B [Dkt. No. 4439-2], Exhibit G [Dkt. No. 4439-7], Exhibit H [Dkt. No. 4439-8], and Exhibit I [Dkt. No. 4439-9 ] to Plaintiff Michael Fox's Memorandum in Response to Defendants' Motion for Judgment on the Pleadings Based on Statutes of Repose [Dkt. No. 4439] shall be maintained under seal by the Clerk of this Court.

SO ORDERED this _____ day of June, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.