# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

    Valerie Graham
    Civil Action No.:  1:15-cv-00764-RLY-TAB

## COOK DEFENDANTS' UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF THEIR REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

    The Cook Defendants move for leave to file their Reply Brief in Support of Motion for Summary Judgment ("Reply") out of the usual time permitted for such replies, for the reasons stated below.

1. On February 2, 2016, the Cook Defendants filed their Motion for Summary Judgment and Brief in Support in the Valerie Graham case.  *See* Master Dkt 1051.

2. On December 28, 2016, the Court entered an Amended Order Establishing Policies and Procedures.  *See* Master Dkt 3309.  In this order, the Court directed parties to docket all filings related to an individual Member Case *only* in the Master Case (excluding appearances).

3. On March 27, 2017, Plaintiff Valerie Graham filed a Response to the Cook Defendants' motion for summary judgment on her claims.  Unfortunately, Plaintiff's response was filed in the Valerie Graham Member Case and not in the Master Case. See Dkt 161 (in

US.112791009.06

the Graham case). As a result of this erroneous filing, the Cook Defendants' attorneys did not receive notice of the Plaintiff's response.

4. On June 1, 2017, attorneys for the Cook Defendants learned that Plaintiff Graham had filed a response to the Cook Defendants' summary judgment motion. That response raises several points that require reply, and the Cook Defendants wish to file a reply memorandum in further support of their summary judgment motion. A copy of the Cook Defendants' proposed reply is attached to this motion as Exhibit A.

5. The Cook Defendants have communicated with Plaintiff Valerie Graham's attorney Joe Johnson about the present motion, and he has informed the Cook Defendants that he does not object to this motion.

WHEREFORE, the Cook Defendants' respectfully asks that the Court grant the following relief:

1. Grant Cook Defendants' Motion to Permit Out-of-Time Filing of Their Reply Brief in Support of Motion for Summary Judgement;
2. File the attached Exhibit A as the Cook Defendants' Reply; and
3. Treat Cook Defendants' Reply as timely filed.

Respectfully submitted,

Dated: June 8, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John Joseph Tanner (# 11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-mail: joe.tanner@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2017, a copy of the foregoing COOK DEFENDANTS' UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF THEIR COOK DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Pierson

US.112791009.06