# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

    Valerie Graham
    Civil Action No.: 1:15-cv-00764-RLY-TAB

## ORDER GRANTING UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF COOK DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

This matter came before the Court upon an UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF THEIR REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT filed by Cook Defendants' Counsel, requesting leave of this Court to file an out-of-time Reply Brief in Support of Motion for Summary Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendants' motion is in all respects granted; and

2. The Cook Defendants' Reply Brief in Support of Motion for Summary Judgment, attached as Exhibit A to their motion, shall be filed on the docket and treated as timely filed.

So ordered this _____ day of _____, 2017.