# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
*Barbara Gettman, et al.*
Case No. 1:17-cv-06064-RLY-TAB

## **PROPOSED ORDER**

Having considered Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss or Strike Class Allegations, the Motion is **GRANTED.**

**IT IS SO ORDERED** Plaintiffs' response to the Motion to Dismiss or Strike Class Allegations shall be due on or before June 30, 2017.

This _____ day of _____, 2017

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

1352579.1