**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
*Barbara Gettman, et al.*
Case No. 1:17-cv-06064-RLY-TAB

**AMENDED JOINT MOTION**
**FOR EXTENSION OF TIME TO RESPOND AND REPLY**
**TO DEFENDANTS' MOTION TO DISMISS OR STRIKE CLASS ALLEGATIONS**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby move the Court to extend the deadline for Plaintiffs' opposition to Defendants' Motion to Dismiss or Strike Class Allegation (Dkt. 4954) by two weeks, through and including June 30, 2017 and Defendants' reply in support of their motion to and including July 21, 2017. This is Plaintiffs' first request for an extension of time to respond to Defendants' motion.

Plaintiffs filed an amended complaint, including class allegations, on May 5, 2017 (Dkt. 4561). Pursuant to an extension granted by this Court, Defendants filed a Motion to Dismiss or Strike Class allegations on June 2, 2017 (Dkt. 4954). This extension will enable Plaintiffs to fully address in their upcoming brief in opposition to Defendants' motion all relevant issues raised by Defendants' motion, and for Defendants to address those arguments on reply and also accommodates the schedules of Plaintiffs' attorneys.

A proposed Order granting this motion, reflecting the extensions for both Plaintiffs' response and Defendants' reply, is attached hereto.

Dated: June 9, 2017

    /s/ Daniel E. Seltz
Wendy R. Fleishman
Daniel E. Seltz
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
E-mail: dseltz@lchb.com
E-mail: wfleishman@lchb.com
*Co-counsel for Plaintiffs*

*/s/*John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:     (317) 237-0300
Facsimile:     (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served a true and correct copy of the above and foregoing on counsel of record via CM/ECF filing.

This the 9th day of June, 2017.

*/s/ Daniel E. Seltz*
Daniel E. Seltz