# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiffs:
*Barbara Gettman, et al.*
Case No. 1:17-cv-06064-RLY-TAB

_____

## PROPOSED ORDER

Having considered the Parties' Amended  Joint Motion for Extension of Time to

Respond and Reply to Defendants' Motion to Dismiss or Strike Class Allegations, the Motion is

**GRANTED.**

**IT IS SO ORDERED** that Plaintiffs' response to the Motion to Dismiss or Strike Class

Allegations shall be due on or before June 30, 2017, and Defendants' reply in support of their

motion shall be due on or before July 21, 2017.

This _____ day of _____, 2017

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

1352579.1