# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01123 | Cause No. 1:17-cv-01528 |
| Cause No. 1:17-cv-01392 | Cause No. 1:17-cv-01535 |
| Cause No. 1:17-cv-01429 | Cause No. 1:17-cv-01550 |
| Cause No. 1:17-cv-01479 | Cause No. 1:17-cv-01551 |
| Cause No. 1:17-cv-01496 | Cause No. 1:17-cv-01552 |
| Cause No. 1:17-cv-01499 | Cause No. 1:17-cv-01555 |
| Cause No. 1:17-cv-01501 | Cause No. 1:17-cv-01556 |
| Cause No. 1:17-cv-01504 | Cause No. 1:17-cv-01563 |
| Cause No. 1:17-cv-01506 | Cause No. 1:17-cv-01565 |
| Cause No. 1:17-cv-01516 | Cause No. 1:17-cv-01566 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: June 12, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.112857930.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson