# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:

*Anthony Halinski, et al.*
Cause No. 1:17-cv-06066-RLY-TAB

_____

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF COOK'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE
ALTERNATIVE, SEVER FOR IMPERMISSIBLE JOINDER**

The defendants, Cook Group Inc., Cook Inc., Cook Medical LLC, f/k/a Cook Medical Inc., and William Cook Europe, ApS (collectively, "Cook"), respectfully submit as supplemental authority of in support of their Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Sever for Impermissible Joinder (Cause No. 1:17-cv-06066; Dkt. No. 7) the following Slip Opinion entered by the United States Supreme Court on May 30, 2017: *BNSF Railway Co. v. Tyrrell*, ___U.S.___ (2017) (Slip Opinion), attached hereto as Exhibit 1.

In *Tyrrell*, the United States Supreme Court reaffirmed and strengthened the holding of *Daimler*, holding: "The Fourteenth Amendment due process constraint described in *Daimler*, however, applies to all state-court assertions of general jurisdiction over nonresident defendants; the constraint does not vary with the type of claim asserted or business enterprise sued." *Id.* Slip Op. at 11. Similarly to *State ex rel. Norfolk v. Dolan*, 512 S.W.3d 41 (Mo. 2017) (en banc), *Tyrrell* involved the general personal jurisdiction over a railroad defendant. The Supreme Court

held that despite the defendant BNSF having over 2000 miles of railroad track and over 2000 employees in Montana, the Due Process Clause of the Fourteenth Amendment prohibited the state of Montana from exercising general personal jurisdiction over BNSF.  *Tyrrell*, Slip Op. at 11.

The contacts between the Cook defendants and Missouri in this matter are less than the contacts between BNSF and Montana in *Tyrrell*.  Two of the Cook Defendants, Cook Incorporated and William Cook Europe ApS, are not even registered in the State of Missouri and they do no business there.  *See* Declaration of Mark Breedlove at ¶ 3, *In re Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Prods. Liab. Litig.,* Case No. 1:14-ml-2570 (S.D. Ind. June 1, 2017) (Dkt No. 4949-1) (hereinafter, "Breedlove Dec.").  BNSF has less than 5% of its workers in Montana; the Cook Defendants have less than 1% of their employees in Missouri.  *Compare Tyrrell*, Slip Op. at 3, *with* Breedlove Dec. at ¶ 4.  BNSF generated less than 10% of its total revenue from Montana; the Cook defendants had less than 3.1% of their U.S. sales in Missouri.  *Compare Tyrrell*, Slip Op. at 3, *with* Breedlove Dec. at ¶ 5.  Unlike BNSF in Montana, the Cook Defendants have no offices in Missouri.  *Compare Tyrrell*, Slip Op. at 3, *with* Breedlove Dec. at ¶ 7.

Because the Supreme Court's decision in *Tyrrell* further supports Cook's argument that the Out-of-State Plaintiffs' claims should be dismissed for lack of personal jurisdiction, Cook respectfully seeks leave to file *BNSF Railway Co. v. Tyrrell*, __U.S. __ (2017) (Slip. Op.), attached hereto as Exhibit 1, as supplemental authority in support of its Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Sever for Impermissible Joinder.

Dated: June 14, 2017 /s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson