Case 1:14-ml-02570-RLY-TAB   Document 5026-3   Filed 06/14/17   Page 1 of 1 PageID #:
11952

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:

*Anthony Halinski, et al.*
Cause No. 1:17-cv-06066-RLY-TAB

_____


**PROPOSED ORDER GRANTING DEFENDANTS PERMISSION
TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR,
IN THE ALTERNATIVE, SEVER FOR IMPERMISSIBLE JOINDER**

The defendants, Cook Group Inc., Cook Inc., Cook Medical LLC, f/k/a Cook Medical Inc., and William Cook Europe, ApS (collectively, "Cook"), respectfully seek leave to file a Notice of Supplemental Authority in support of Cook's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Sever for Impermissible Joinder. The Court, having reviewed the Motion and being duly advised, now grants the Motion.

IT IS ORDERED that the supplemental authority, *BNSF Railway Co. v. Tyrrell*, ___U.S.___ (2017) (Slip. Op.), be filed on the Docket.

This _____ day of _____, 2017.


_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana