# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01574 | Cause No. 1:17-cv-01598 |
| Cause No. 1:17-cv-01577 | Cause No. 1:17-cv-01638 |
| Cause No. 1:17-cv-01580 | Cause No. 1:17-cv-01601 |
| Cause No. 1:17-cv-01583 | Cause No. 1:17-cv-01599 |
| Cause No. 1:17-cv-01456 | Cause No. 1:17-cv-01596 |
| Cause No. 1:17-cv-01578 | Cause No. 1:17-cv-01600 |
| Cause No. 1:17-cv-01448 | Cause No. 1:17-cv-01611 |
| Cause No. 1:17-cv-01536 | Cause No. 1:17-cv-01613 |
| Cause No. 1:17-cv-01572 | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 14, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.112892212.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson