IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff , Dorothy R. Williams

**ORDER OF DISMISSAL**
Civil Case # 1:17-cv-00382-RLY-TAB          **WITHOUT PREJUDICE**

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Plaintiff, Dorothy R. Williams,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims against Defendants Cook Medical, Inc., Cook Medical LLO and William Cook Europe APS in Civil Action 1:14:ml-2570-RLY-TAB (Member Case 1:17-cv-00382-RLY-TAB) are hereby dismissed without prejudice and each party shall bear its own costs.


Dated __6/15/2017_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record