IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>Civil Case # 1:16-cv-1750 | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Plaintiff Katrina Dohrmann,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims against Defendants Cook Medical, Inc., Cook Medical LLO and William Cook Europe APS in Civil Action 1:14:ml-2570-RLY-TAB (Member Case 1:16-cv-1750-RLY-TAB) are hereby dismissed without prejudice and each party shall bear its own costs.

Dated  6/15/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record