UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Annette Sales-Orr, 1:16-cv-2636 | ) | |
| _____ | ) | |

**ORDER ON PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

On May 31, 2017, the court granted in part and denied in part Defendants' Motion

for Judgment on the Pleadings with respect to the claims of Annette Sales-Orr.  Her

request for oral argument on the same (Filing No. 4428) is therefore **DENIED as**

**MOOT**.


**SO ORDERED** this 15th day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

1