# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-01460  
Cause No. 1:17-cv-01472  
Cause No. 1:17-cv-01605  
Cause No. 1:17-cv-01610  
Cause No. 1:17-cv-01612  
Cause No. 1:17-cv-01641  
Cause No. 1:17-cv-01645  
Cause No. 1:17-cv-01655  
Cause No. 1:17-cv-01657  
Cause No. 1:17-cv-01669  

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

| | |
|---|---|
| Dated:  June 15, 2017 | /s/ John T. Schlafer |
| | Andrea Roberts Pierson (# 18435-49) |
| | John T. Schlafer (# 28771-49) |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana  46204 |
| | Telephone:  (317) 237-0300 |
| | Facsimile:  (317) 237-1000 |
| | E-Mail:  andrea.pierson@faegrebd.com |
| | E-Mail:  john.schlafer@faegrebd.com |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.112912314.01