# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-01460
Cause No. 1:17-cv-01472
Cause No. 1:17-cv-01605
Cause No. 1:17-cv-01610
Cause No. 1:17-cv-01612
Cause No. 1:17-cv-01641
Cause No. 1:17-cv-01645
Cause No. 1:17-cv-01655
Cause No. 1:17-cv-01657
Cause No. 1:17-cv-01669

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: June 15, 2017                            /s/ Andrea Roberts Pierson
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana 46204
                                                          Telephone: (317) 237-0300
                                                          Facsimile: (317) 237-1000
                                                          E-Mail: andrea.pierson@faegrebd.com
                                                          E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson