IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570
_____

This Document Relates to ALL ACTIONS
_____

**COOK DEFENDANTS' MOTION TO ENTER SECOND
AMENDED CASE MANAGEMENT ORDER NO. 19**

The parties had been working to jointly propose a Second Amended Case Management

Order No. 19 ("CMO 19") prepared pursuant to the Court's decisions at the Status Conferences

held in this MDL on February 9, 2017 and April 13, 2017, and the agreements of the parties.

Specifically, it is necessary to amend Amended CMO 19 (Dkt. 3326) to account for the Court's

decisions at the above-referenced Status Conferences and to include or stagger necessary

deadlines for the upcoming Bellwether trial cases given the breadth of issues to be addressed

before and during those trials.  Plaintiffs have now notified the Cook Defendants that an impasse

has been reached, and that they prefer for each side to submit proposed dates and hold argument

during the upcoming conference with the Court on Monday, June 19, 2017.  Accordingly, the

Cook Defendants hereby move that the Court enter their proposed Second Amended Case

Management Order No. 19 attached as Exhibit C.  The intent is for the Second Amended Case

Management Order No. 19 to supersede Amended Case Management Order No. 19 and Case

Management Order No. 17.

In support, the Defendants state as follows:

1.      The agreed proposed deadlines for Hill and Gage are listed in the chart attached as Exhibit A; the existing and parties' respective positions on the deadlines for Brand are included in the chart attached as Exhibit B.  The Cook Defendants' Proposed Second Amended Case Management Order No. 19 (including the parties' areas of disagreement) is attached as Exhibit C.

2.      The deadlines for expert disclosures, the close of discovery, and dispositive and *Daubert* motions (among others) for Hill and Gage have been adjusted by order of the Court or agreement of the parties as indicated in Exhibit A.  The deadlines for expert disclosures in Brand have not been adjusted since the Court entered the Amended CMO 19, and the parties disagree on whether or how they should be adjusted.  The current deadlines for Brand and the parties' respective positions are reflected in Exhibit B.

3.      The proposed Second Amended CMO 19 also adds and staggers certain deadlines required given the size and scope of the Bellwether trials.  The parties anticipate the deposition designation process will be complex, and they have proposed deadlines to reflect the process normally employed in litigation of this type.  Moreover, given the significant volume of anticipated *Daubert*, summary judgment, and motions in limine, the parties propose a short delay between the filing of *Daubert/*dispositive motions and motions in limine.  Other proposed deadlines necessary for the Bellwether trials have been incorporated in the proposed Second Amended CMO 19 as well.

4.      Magistrate Judge Baker's Case Management Order 17 ("CMO 17") (Dkt. 1749) also included certain pretrial deadlines, which would occur two weeks prior to the final pretrial conference.  Given the scope of the anticipated testimony and issues in the Bellwether trials, the parties propose in the Second Amended Case Management Order 19 deadlines that would

stagger and advance certain deadlines in CMO 17 to better reflect the anticipated issues and volume of materials at issue in these Bellwether trials.  The proposed Second Amended CMO 19 attached as Exhibit C would supersede the deadlines in both CMO 17 and the Amended CMO 19.

5.     The Cook Defendants respectfully request the Court enter the proposed Second Amended CMO 19 attached as Exhibit C, and look forward to discussing it during the Court's June 19, 2017, telephonic status conference.

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
J. Joseph Tanner
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
joe.tanner@FaegreBD.com
john.schlafer@FaegreBD.com

*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*

US.111399525.01