# EXHIBIT A

| Gage & Hill Deadlines | Proposed Dates |
|---|---|
| Defendants' Non-Medical Expert Report Disclosures | 6/12/17 |
| Defendants' Medical Expert Report Disclosures | 6/29/17 |
| Rebuttal Expert Reports to Non-Medical Expert Reports | 6/19/17 |
| Rebuttal Expert Reports to Medical Expert Reports | 7/6/17 |
| Close of Fact Discovery | 6/22/17 |
| Expert Deposition Deadline | 7/17/17 |
| Expert Discovery Deadline | 7/22/17 |
| Preliminary Witness & Exhibit Lists | 8/1/17 |
| *Daubert* and Summary Judgment Motions | 8/9/17 |
| Motions for bifurcation of issues and claims | 8/21/17 |
| Affirmative Depo Designations by page and line | 8/23/17 |
| Responses to *Daubert* and Motions for Summary Judgment | 9/6/17 |
| Motions in Limine | 9/12/17 |
| Counter Depo Designations and Objections | 9/12/17 |
| Final Witness List and Notice of Witnesses to Attend Trial | 9/18/17 |
| Replies to *Daubert* and Motions for Summary Judgment | 9/20/17 |
| Final Exhibit List | 9/23/17 |
| Responses to Motions In Limine | 9/26/17 |
| Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations | 9/26/17 |
| Hearing on *Daubert*, motions for summary judgment, and motions in limine | 10/3/17 (*Proposed*) |
| Objections to Re-direct and Responses to Objections to Counter Designations | 10/4/17 |
| Jury Instructions & Verdict Forms | 10/6/17 |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | 10/9/17 |
| Parties submit stipulations of facts, trial briefs, and notice to Court of use of evidence presentation equipment | 10/9/17 |
| Requests to the Court to cover particular subjects or ask particular questions during voir dire. | 10/16/17 |
| Final Pretrial Conference | 10/17/17 |
| Jury Selection | 10/18/17 |
| Trial Start Date | 10/23/17 |

US.111402801.01