# EXHIBIT B

| Brand Deadlines | Current Deadlines Under CMO 19, CMO 17, and Oral Court Orders | Defendants' Proposed Dates [1] | Plaintiffs' Proposed Dates |
|---|---|---|---|
| Plaintiffs' Expert Reports | 7/17/17 | 7/17/17 | 9/29/17 |
| Request deadline for IME of Plaintiff | 8/21/17 | 8/21/17 | |
| Defendants' Expert Reports | 9/18/17 | 9/18/17 | 10/30/17 |
| Rebuttal Expert Reports | 9/25/17 | 9/25/17 | 11/6/17 |
| Close of Fact Discovery | 10/20/17 | 10/20/17 | 12/18/17 |
| Close of Expert Discovery | 11/20/17 | 11/20/17 | 1/29/18 |
| *Daubert* & Summary Judgment Motions | 1/9/18 | 1/9/18 | 2/13/18 |
| Responses to *Daubert* and motions for summary judgment | | 2/6/18 | 3/13/18 |
| Affirmative Depo Designations by page and line | 4/16/18 (CMO 17) | 2/16/18 | 2/23/18 |
| Preliminary Witness & Exhibit Lists | | 2/18/17 | 2/6/18 |
| Motions for bifurcation of issues and claims | 2/19/18 | 2/19/18 | 2/19/18 |
| Replies to *Daubert* and motions for summary judgment | | 2/20/18 | 3/27/18 |
| Motions in Limine | 4/16/18 (CMO 17) | 2/23/18 | 3/19/18 |
| Responses to Motions in Limine | | 3/9/18 | 4/2/18 |
| Counter Depo Designations and Objections | | 3/12/18 | 3/12/18 |
| Hearing on *Daubert*, motions for summary judgment, and motions in limine | | 3/13/18 | 4/13/18 |
| Final Witness List and Notice of Witnesses to Attend Trial | 30 days before trial (CMO 19)[2] | 3/21/18 | 3/21/28 |
| Final Exhibit List | 4/16/18 (CMO 17) | 3/26/18 | 3/26/18 |
| Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations | | 3/26/18 | 3/26/18 |

---

[1] The parties' proposed dates assume either Hill or Gage is dismissed. If neither case is dismissed, Brand dates should be adjusted to reflect the Court's September 10, 2018, trial setting for Brand.

[2] CMO 17 provides for final trial witness list two weeks before trial; the parties agree that is too late given the breadth of evidence in the bellwether trials.

| Brand Deadlines | Current Deadlines Under CMO 19, CMO 17, and Oral Court Orders | Defendants' Proposed Dates [1] | Plaintiffs' Proposed Dates |
|---|---|---|---|
| Objections to Re-direct and Responses to Objections to Counter Designations | | 4/3/18 | 4/3/18 |
| Jury Instructions & Verdict Forms | 4/16/18 (CMO 17) | 4/9/18 | 4/9/18 |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | | 4/9/18 | 4/9/18 |
| Parties submit stipulations of facts, trial briefs, and notice to Court of use of evidence presentation equipment | | 4/12/18 | 4/12/18 |
| Requests to the Court to cover particular subjects or ask particular questions during voir dire | 4/16/18 (CMO 17) | 4/23/18 | |
| Final Pretrial Conference | | 4/24/18 | 9/3/18 (assumes no dismissal of Hill/Gage) |
| Jury Selection | | 4/25/18 | 9/5/18 (assumes no dismissal of Hill/Gage) |
| Trial Start Date | 4/30/18 (or 9/10/18) if Gage or Hill is dismissed.) | 4/30/18(or 9/10/18) if Gage or Hill is dismissed.) | 9/10/18 (assumes no dismissal of Hill/Gage) |
| | | | |
| | | | |
| | | | |
| | | | |

US.112833029.01