# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**[PROPOSED] SECOND AMENDED
CASE MANAGEMENT ORDER # 19
(SECOND AMENDED BELLWETHER TRIAL PLAN)**

The below order memorializes the Court's decisions at the Status Conferences held in this MDL on February 9, 2017, April 13, 2017, and June 7, 2017, the agreements of the parties, and adjusts the schedule for the management of the Bellwether trials accordingly. This order supersedes Amended Case Management Order No. 19 and Case Management Order No. 17.

The case management deadlines for *Hill v. Cook Medical, Inc., et al.*, 1:14-cv-6016-RLY-TAB and *Gage v. Cook Medical, Inc., et al.*, 1:14-cv-1875-RLY-TAB will be on parallel tracks such that they are trial ready by October 23, 2017. The case management deadlines for *Brand v. Cook Medical, Inc., et al.*, 1:14-cv-6018-RLY-TAB will be on a separate track, making it trial ready by April 30, 2018.

1. <u>Motions for Leave to Amend</u>: All motions for leave to amend the pleadings or to join additional parties in bellwether trial cases shall be filed on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| October 28, 2016 (past) | March 14, 2017 (past) |

2. <u>Bellwether Depositions</u>: Case-Specific Fact Depositions in Bellwether Cases shall be limited to (1) Plaintiff(s), (2) Plaintiff's treating physicians, (3) sales representatives directly associated with the sale of the specific product implanted in the plaintiff, and (4) two additional fact witnesses. The parties agree that the sales representative depositions will generally occur prior to implanting/retrieval physician depositions. If the parties disagree regarding the proper sequencing of depositions and the sequence of questions in depositions in a specific Bellwether case, they will meet and confer prior to contacting the court for assistance in resolving the issue. Additional Case-Specific depositions may be taken by agreement or by leave of court upon good cause shown.

3. <u>Expert Disclosures</u>: Plaintiffs and Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before the dates listed below.  The parties agree to provide dates each of their experts are available for deposition with their expert disclosures.  Rebuttal expert reports are not permitted absent a showing of good cause, requiring the Party seeking to serve the rebuttal report to demonstrate a compelling reason for it consistent with the Court's guidance during the April 2017 Status Conference.  If a Party wishes to submit a rebuttal report, it must submit such report within seven (7) days of being served with the report it is rebutting.  If the parties disagree as to the compelling reason for the rebuttal report, the parties shall meet and confer prior to contacting the Court for assistance in resolving the issue.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Plaintiffs | March 17, 2017 (past) | July 17, 2017 |
| Defendants | June 12, 2017 (for non-medical experts) and June 29, 2017 (for medical experts) | September 18, 2017 |
| Rebuttal | June 19. 2017 (as to non-medical expert reports) and July 6, 2017 (as to medical expert reports) |  |

4. <u>Independent Medical Examinations</u>: Any independent medical examinations of the plaintiff shall be requested by Defendants on or before the dates listed below. The parties shall work together to establish a protocol for IMEs.

| *Hill* and *Gage* | *Brand* |
|---|---|
| March 20, 2017 (past and requested) | August 21, 2017 |

5. <u>Close of Discovery</u>: Discovery must be complete by the dates listed below.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Non-Expert | June 22, 2017 | October 20, 2017 |
| Expert | July 22, 2017 | November 20, 2017 |

2

US.110151165.03

6.  Preliminary Witness & Exhibit Lists: Preliminary witness and exhibit lists are due on or before the dates listed below.  The lists should reflect the specific potential witnesses and exhibits at each bellwether trial.  It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements.

| *Hill* and *Gage* | *Brand* |
|---|---|
| August 1, 2017 | |

7.  Motions for Summary Judgment and Daubert Motions: Motions for summary judgment and Daubert motions regarding the limitation or exclusion of expert testimony are due on or before the dates listed below. The briefing schedule for motions for summary judgment and Daubert motions is controlled by Local Rule 56-1, which requires the parties to submit their responses and replies on or before the dates listed below.  A hearing on Daubert and Motions for Summary Judgment shall be held on _____ for Hill and Gage. and on _____ for Brand.

| | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Motions | August 9, 2017 | January 9, 2017 |
| Responses | September 6, 2017 | |
| Replies | September 20, 2017 | |

8.  Summary Judgment Requirements: Absent prior leave of the court, and for good cause shown, all issues raised in a motion for summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.

9.  Bifurcation: Any party who believes that bifurcation of trial is appropriate with respect to any issue or claim shall notify the court as soon as practicable and no later than the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| August 21, 2017 | February 19, 2018 |

10.  Motions in Limine:  Motions in limine, responses, and replies shall be filed as follows, and a hearing on Motions in Limine in shall be held on October 3, 2017 for Hill and Gage, and March 13, 2018 for Brand.

| | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Motions | September 12, 2017 | |
| Responses | September 26, 2017 | |

3

| Replies | No replies. | No replies. |
|---|---|---|

11. <u>Deposition Designations</u>: The parties shall exchange deposition designations in a form that lists the portions of the deposition(s), including the specific page and line numbers, that the party intends to offer as evidence at trial. Deposition designations, counter designation, and redirect designations and related objections shall be made in accordance with the following schedule:

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Affirmative Deposition Designations | August 23, 2017 |  |
| Counter Designations and Objections | September 12, 2017 |  |
| Re-direct Deposition Designations, Responses to Objections and Objections to Counter Designations | September 26, 2017 |  |
| Objections to Re-Direct and Responses to Objections to Counter Designations | October 4, 2017 |  |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | October 9, 2017 |  |

12. <u>Witness Lists</u>: All parties shall file and serve their final witness list, which identifies and notifies the other party of the identity of all witnesses who will attend the trial, on or before the dates listed below. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

| *Hill* and *Gage* | *Brand* |
|---|---|
| September 18, 2017 | 30 days before the final pretrial conference |

13. <u>Final Exhibit List</u>: All parties shall file and serve their final exhibit list for each of the bellwether trial cases on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| September 23, 2017 | 30 days before the final pretrial conference |

4

US.110151165.03

14.     Jury Instructions and Verdict Form: All parties shall file and serve their proposed jury instructions and verdict forms on or below the dates listed below:

| *Hill* and *Gage* | *Brand* |
|---|---|
| October 6, 2017 |  |

15.     Stipulations of Fact, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment:  The parties shall file their stipulations of fact, file and serve their trial briefs, and submit their Notice to Court of Use of Evidence Presentation Equipment, on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| October 9, 2017 |  |

16.     Final Pretrial Conference: A final pretrial conference shall be held on _____ for Hill and Gage, and on _____ for Brand.

17.     Jury Selection and Voir Dire: Jury selection will begin in accordance with the dates below.  Pursuant to Local Rule 47-1, the Court shall conduct the voir dire examination for each of the bellwether trial cases.  All parties may file with the clerk requests for the Court to cover particular subjects or to ask particular questions during voir dire.  Such requests shall be filed in accordance with the dates below.  After the Court completes its initial voir dire, the parties will have an opportunity to ask additional questions at the Court's discretion.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Requests to the Court to cover particular subjects or ask particular questions during voir dire | October 16, 2017 |  |
| Jury Selection | October 18, 2017 |  |

18.     Trial Date: Trial in Hill will begin October 23, 2017.  Jury selection shall occur on October 18, 2017.  Trial in Gage will begin April 30, 2018.  Trial in Brand will begin September 10, 2018.  In the event Gage is not tried, the trial in Hill will begin October 23, 2017, and the trial in Brand will begin April 30, 2018.

**SO ORDERED** this ___ day of June, 2017.

                                                                                                   RICHARD L. YOUNG, JUDGE
                                                                                                   United States District Court
                                                                                                   Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

US.110151165.03