UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

## ORDER

IT IS ORDERED that Plaintiffs' Motion for Order to Show Cause is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants' shall, within _____ days, show cause why they should not be held in contempt for violation of the Court's November 15, 2016 Discovery Order [Filing No. 3069] with respect to production of the custodian files of Mike Longo, Jennifer Kerr, and Joe Roberts.

SO ORDERED this ____ day of _____, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.