```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Indianapolis, Indiana
                                ) November 10, 2016
                                ) 10:00 a.m.
                                )
```

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE


**For Plaintiffs:**                David P. Matthews, Esq.
                                   MATTHEWS & ASSOCIATES
                                   2905 Sackett Street
                                   Houston, TX  77098


                                   Ben C. Martin, Esq.
                                   LAW OFFICES OF BEN C. MARTIN
                                   3710 Rawlins Street, Suite 1230
                                   Dallas, TX  75219


                                   Joseph N. Williams, Esq.
                                   RILEY WILLIAMS & PIATT, LLC
                                   301 Massachusetts Avenue
                                   Indianapolis, IN  46204

| | |
|---|---|
| **For Defendants:** | Douglas B. King, Esq.<br>James McGinnis Boyers, Esq.<br>WOODEN & MCLAUGHLIN LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN  4204 |
| | Andrea Roberts Pierson, Esq.<br>John T. Schlafer, Esq.<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian St., Suite 2700<br>Indianapolis, IN  46204 |
| Court Reporter: | Margaret A. Techert<br>United States District Court<br>101 NW Martin Luther King Blvd.<br>Evansville, Indiana  47708 |

PROCEEDINGS TAKEN BY MACHINE SHORTHAND
TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION

```
 1  allowed, even though, of course, we had already produced more
 2  than that anyhow.  And Judge Baker gave them six more
 3  depositions and six more custodian files, and that's item No.
 4  3 there.  So we are -- we have a 19th and 20th deposition.
 5  Jim Gardner we've agreed will be 19.  Rob Lyles is going to be
 6  20.  I'm waiting for proposals for them for when they want to
 7  talk to these guys.
 8            The order that Judge Baker entered on Friday, there
 9  are six more company depositions plus six custodian files.
10  We're awaiting them to let us know who those people are that
11  they want to depose and what custodian files they want to be
12  produced.
13            Which leads me to another point, Your Honor and that
14  is that --
15            THE COURT:  When do you expect that?
16            MR. KING:  What?
17            THE COURT:  For them to let you know those.
18            MR. KING:  I don't know.  The better question would
19  be for them.  I don't know.
20            MR. MARTIN:  Sure.  One of the -- one of the
21  problems, Your Honor, is that because of the rolling discovery
22  and one of the reasons we asked Judge Baker for additional
23  depositions -- we asked for more than we ultimately received
24  but we were given another six depositions and another few
25  custodian files, I believe.  Another six custodian files.
```

1            One of the problems is, and the reason -- the reason
2    these things have changed and we needed more depositions,
3    additional custodian files, was as this rolling discovery over
4    the past year, year and a half has come in, then we're
5    seeing -- we're seeing people that we didn't know about that
6    had -- that had knowledge of certain aspects that are very
7    necessary components.
8            If counsel -- if Cook needs us to give them, for any
9    reason, the names of these folks in a more immediate fashion,
10   we can certainly look at that.  But I have told -- I told
11   Andrea yesterday, we are not -- we are not seeking these
12   depositions to -- these depositions do not have to be taken
13   prior to our naming our expert witnesses.  Not these global
14   depositions.
15           So I would like -- actually, we'd like a few weeks
16   to determine with custodian files, with the deponent's -- the
17   other six deponent's, we'd like a few weeks to do that because
18   there's not going to be a lot of pressure on us, anyway, for
19   Cook to give us all these in November or give us all these in
20   December.  In fact, as indicated, we've already told -- I've
21   already told Andrea, "Hey look, we don't have to have these
22   corporate depositions completed by the time of our expert
23   deadline in January."  So -- but I would suggest that we'll
24   certainly try to do it in short-order.  Certainly try to
25   within the next four weeks to certainly give -- give Cook