```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION



IN RE:  COOK MEDICAL, INC.,   ) CAUSE NO. 1:14-ml-2570-RLY-TAB
IVC FILTERS MARKETING, SALES  ) MDL No. 2570
PRACTICES AND PRODUCTS        ) Indianapolis, Indiana
LIABILITY LITIGATION          ) Friday, May 12, 2017
                              ) 3:11 o'clock p.m.


                            Before the
              HONORABLE MAGISTRATE JUDGE TIM A. BAKER


                  TRANSCRIPT OF PRETRIAL CONFERENCE

APPEARANCES:
FOR THE MDL PLAINTIFFS    Riley Williams & Piatt, LLC
appearing by telephone:   By:  Joseph N. Williams
                          301 Massachusetts Avenue
                          Indianapolis, Indiana 46204

                          Heaviside Reed Zaic
                          By:  Michael W. Heaviside
                          910 17th Street, NW, Suite 800
                          Washington, D.C. 20006

                          The Law Offices of Ben C. Martin
                          By:  Ben C. Martin
                          3710 Rawlins Street, Suite 1230
                          Dallas, Texas 75219

FOR THE MDL DEFENDANTS    Faegre Baker Daniels LLP
appearing by telephone:   By:  Andrea Roberts Pierson
                          Andrew Lorin Campbell and
                          John Joseph Tanner
                          300 North Meridian Street
                          Suite 2700
                          Indianapolis, Indiana 46204

COURT REPORTER:           Jean A. Knepley, RDR, CRR, CRC, FCRR
                          46 East Ohio Street, Room 309
                          Indianapolis, Indiana 46204


            PROCEEDINGS TAKEN BY MACHINE SHORTHAND
                 COMPUTER-AIDED TRANSCRIPTION
```

1   threshold question of whether, under these circumstances, this
2   kind of procedure, this kind of examination is appropriate.
3   And we think based on the law that we have cited in our letter
4   and the circumstances with Mrs. Hill and Mr. Gage, it is
5   appropriate here.
6              THE COURT:  All right.  Thank you.  Now, is that all
7   the issues for today?
8              MR. WILLIAMS:  Your Honor, this is Joe Williams.  May
9   I be heard for just 12 seconds on an issue that I -- it was not
10  in Mr. Campbell's letter but was also not in your order from
11  today.  And I want to make sure that it didn't get lost in the
12  shuffle or whether or not it is an issue that you wanted us to
13  brief.
14             THE COURT:  You have 11 seconds left.
15             MR. WILLIAMS:  Very good.  We had talked about Your
16  Honor had previously ordered the production of custodial files,
17  and Cook had made an objection, a written objection saying that
18  they did not want to comply with that order for a whole host of
19  reasons.  That was one of the issues that you took under
20  advisement after the mid-April hearing, and while I saw the
21  issue of additional depositions and the extended length of
22  expert depositions addressed specifically in the order today, I
23  did not see anything about the custodial files or the --
24             THE COURT:  Right.  There are a host of things I
25  didn't mention specifically.  I mean, we got into, you know,

1  how much social media, Facebook stuff you get into.
2           MR. WILLIAMS:  Sure.
3           THE COURT:  I didn't list them all.  Anything that is
4  not specifically mentioned in there, if you really want to
5  pursue it or either side really wants to pursue it, then the
6  suggestion that the implication or result is, that it needs to
7  be briefed.
8           MR. WILLIAMS:  Okay.  So just in final follow-up, if
9  Your Honor's order had not been obviously overturned by the
10 Court, that previous order is still in effect?
11          THE COURT:  Yes.
12          MR. WILLIAMS:  Okay.  Thank you, Your Honor.
13          THE COURT:  Okay.  So here -- just hang on.  Let me
14 just collect my thoughts for a second.  I will come back to
15 you.
16          (Brief recess.)
17          THE COURT:  Okay.  With respect to rulings for today,
18 with respect to the confidentiality designation, I have already
19 indicated that issue, if it needs to be pursued, will be done
20 by briefing.
21          With respect to CMO No. 19, I have indicated that I
22 am inclined to grant that.  It sounds like it is an agreed-upon
23 case management order.  That will be filed for approval by way
24 of a joint motion.
25          With respect to reopening the deposition of Tonya