IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Paula Harris, Civil Case # 1:17-cv-01717
Pamela J. Gray, Civil Case #: 1:17-cv-1715
Joanne R. Brown, Civil Case #: 1:17-cv-1714
Ronald E. Miner, Jr., Civil Case #: 1:17-cv-1719
Lori Pontus, Civil Case #: 1:17-cv-1718

---

### NOTICE OF APPEARANCE OF RILEY L. BURNETT, JR.

---

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs Paula Harris; Pamela J. Gray; Joanne R. Brown; Ronald Miner, Jr., and Lori Pontus.

RESPECTFULLY SUBMITTED this 19th day of June, 2017.

**BURNETT LAW FIRM**

By: */s/     Riley L. Burnett, Jr.*
    Riley L. Burnett, Jr.
    3737 Buffalo Speedway, 18th Floor
    Houston, Texas  77098
    Tel: (832) 413-4410
    Fax: (832) 900-2120
    Email: RBurnett@RBurnettLaw.com
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Karen H. Beyea-Schroeder*
        Karen H. Beyea-Schroeder
        BURNETT LAW FIRM
        3737 Buffalo Speedway, 18th Floor
        Houston, Texas  77098
        Tel: (832) 413-4410
        Fax: (832) 900-2120
        Email:
        Karen.Schroeder@RBurnettLaw.com
        *Attorneys for Plaintiff(s)*