UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

# ENTRY ON TELEPHONIC STATUS CONFERENCE OF JUNE 20, 2017

# BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE

Parties appear telephonically by lead counsel; plaintiffs by Joe Williams and Ben Martin and defendants by Andrea Pearson, Joe Tanner and John Schlafer, for a status conference.

The court SETS this matter for status hearing **JULY 11, 2017 at 1:00 p.m.** before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., **Evansville**, Indiana 47708. As with all status conferences, only lead counsel are required to attend. No telephonic or video attendance will be permitted.

The previously scheduled monthly status conference of July 13, 2017 is VACATED.

Distributed Electronically to Registered Counsel of Record