IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s):

TERRENCE I. BRILL
Civil Case # 1:16-cv-2267-RLY-TAB

## **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff, through counsel, hereby respectfully requests this Court to dismiss Cook Medical, Inc. as a defendant in this action without prejudice.  Plaintiff does not wish to continue his claim against Cook Medical, Inc. at this time.  Defendant does not oppose the relief sought herein.

For the reason set forth herein, counsel respectfully requests that this Court grant this motion to dismiss without prejudice.

This 22nd day of June, 2017.

 /s/ *Joseph J. Zonies*
Joseph J. Zonies
**ZONIES LAW LLC**
1900 Wazee Street, Suite 203
Denver, CO  80202
720-464-5300
Fax: 720-961-9252
jzonies@zonieslaw.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jenelle Cox*
Jenelle Cox