**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

**COOK DEFENDANTS' MOTION TO COMPEL**
**COMPLIANCE WITH SUBPOENA OF ANN SANTORO**

Pursuant to Federal Rules of Civil Procedure 45, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively the "Cook Defendants") move the Court to compel discovery third party Ann Santoro to comply with their subpoena requiring her to produce copies of documents in her possession relating to joint counseling sessions with Santoro, Plaintiff, and Plaintiff's husband Russ Hill. In support of this motion, the Cook Defendants' state:

1. The Cook Defendants served a subpoena on Ann Santoro, a counselor who had counseled both Plaintiff individually and Plaintiff and her husband jointly. That subpoena require Ms. Santoro to produce, among other things, "[a]ll records related to Elizabeth Hill, including but not limited to reports, office records and notes, prescription records, and any special tests related to the care, treatment, diagnosis, prognosis, and condition of Elizabeth Hill."

2. Ms. Santoro served no written objection to the document request and did not move to quash any portion of the subpoena, and has not done either to this date.

3. At Ms. Santoro's deposition, she stated that because she had belatedly received an email from Mr. Hill "revoking" his release and that she therefore would not produce to Cook any documents relating to her joint counseling of Plaintiff and Mr. Hill.  In subsequent communications, Ms. Santoro's attorney has confirmed to Cook that Ms. Santoro will not produce these documents without either (1) a release from Mr. Hill or (2) a court order requiring her to do so.  Plaintiff herself has not objected to the release of the documents concerning the joint sessions and has not moved for a protective order.

4. Cook's counsel's good faith efforts to resolve these outstanding discovery issues with Plaintiff's counsel were not successful, and this motion is ripe for ruling.

5. The Cook Defendants' Memorandum In Support of Cook Defendants' Motion to Compel Compliance With Subpoena of Ann Santoro has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that the Court enter an order compelling Ann Santoro to promptly produce all records relating to Ms. Santoro's joint sessions with Plaintiff and Mr. Hill.

Respectfully submitted,

Dated:  June 22, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

- 3 -

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

I further certify that on June 22, 2017, a copy of the foregoing was served on counsel for Ann Santoro by e-mail and first class mail, postage pre-paid at the following address:

> HEIDI J. LIVINGSTON, ESQUIRE
> LAW OFFICES OF LORRAINE LESTER
> 500 Colonial Center Parkway, Suite 250
> Lake Mary, FL 32746
> Telephone: 407.804.4900
> Facsimile:  866.390.9498
> heidi.livingston@cna.com

                                                            /s/ John T. Schlafer