# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-06016-RLY-TAB |

## AMENDED NOTICE OF
## VIDEOTAPED DEPOSITION OF ANN SANTORO, MA, LMHC

TO:   Ann Santoro, MA, LMHC
      c/o Douglas Polk
      Law Office of Lorraine Lester
      1200 S. Pine Island Road, Suite 750
      Plantation, FL  33324

      Joseph R. Johnson
      Babbitt & Johnson, P.A.
      1641 Worthington Road, Suite 100
      West Palm Beach, FL 33409
      Email: jjohnson@babbitt-johnson.com

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), will take the video deposition upon oral examination of **Ann Santoro, MA, LMHC** on May 2, 2017, beginning at 9:30 a.m. (EST), at Wilder Suites, 3000 Gulf to Bay Blvd., Clearwater, FL  33759, and continuing from day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and is to be recorded by video and stenographic means.

PLEASE TAKE FURTHER NOTICE that Ann Santoro should bring with her to the deposition the documents set forth in the attached Schedule A, Request for Production.

US.111215371.01

/s/ Anna Rutigliano
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
Patrick H. Reilly
Anna C. Rutigliano
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com
patrick.reilly@faegrebd.com
anna.rutigliano@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

Douglas B. King, Co-Lead Counsel
James M. Boyers
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Telephone: (317) 639-6151
Facsimile: (317) 639-6444
doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.111215371.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2017, a copy of the foregoing Amended Notice of Videotaped Deposition of Ann M. Santoro, MA, LMHC was served on the following counsel of record by email and first-class mail:

Joseph R. Johnson
Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409

Douglas Polk
Law Office of Lorraine Lester
1200 S. Pine Island Road, Suite 750
Plantation, FL 33324

/s/ Anna Rutigliano
Anna Rutigliano

3

US.111215371.01

## SCHEDULE A

The deponent shall bring to the deposition the following documents and tangible things:

1. All correspondence between the deponent (hereinafter you" or "your" as the context may require), your institution, or any member of your staff, and your patient, Elizabeth Hill, date of birth 10/02/■ and/or her attorneys or agents.

2. All records related to Elizabeth Hill, including but not limited to reports, office records and notes, prescription records, and any special tests related to the care, treatment, diagnosis, prognosis, and condition of Elizabeth Hill.

3. All billing records generated by you or any other entity that reflect or refer to Elizabeth Hill.

4. All forms, letters, statements, or other writings completed or created by you or anyone else regarding Elizabeth Hill.

5. All records reflecting telephone conversations or messages between you, your partners, or your staff and Elizabeth Hill and/or her attorneys or agents.

6. The original or a first generation copy of any images of Elizabeth Hill, including but not limited to all x-rays, venograms, MRIs, CT scans and fluoroscopies.

7. Any and all videotapes or photographs of the device implanted in Elizabeth Hill, or any surgical procedures performed on Elizabeth Hill.

8. Your most recent curriculum vitae or resume.

9. All documents sent or provided to you by Elizabeth Hill and/or her attorneys or agents.

10. Any studies, literature, and/or research that you specifically relied upon in your treatment of Elizabeth Hill.

11. All documents, including any pamphlets, brochures, or other written information, you, your institution, or your staff provided to Elizabeth Hill regarding Cook IVC Filters.

12. All documents and information from any source regarding Cook IVC Filters, and/or any other product or technique employed by you in the care and treatment of Elizabeth Hill.

13. Any document or information reviewed or relied upon by you in preparation for your deposition.

US.110437658.01