# EXHIBIT D

| | |
|---|---|
| **From:** | Manning, Julia M. |
| **Sent:** | Thursday, May 18, 2017 9:15 AM |
| **To:** | jjohnson@babbitt-johnson.com; jwilliams@rwp-law.com; ilevin@cohenandmalad.com |
| **Cc:** | Pierson, Andrea Roberts; Calhoon, Victoria R.; Rutigliano, Anna C.; Webber, Chuck; Cook Filter File Clerk; Cook Filter MDL; bmartin@bencmartin.com; dmatthews@thematthewslawfirm.com; mheaviside@hrzlaw.com; kaguilera@babbitt-johnson.com; dcodding@babbitt-johnson.com; Schlafer, John T. |
| **Subject:** | Cook Filter - Hill, Elizabeth Jane - Amended Notice of Deposition of Ann Santoro Attached |
| **Attachments:** | Hill, Elizabeth - Notice of Videotaped Deposition of Ann Santoro - 2017-06-09.pdf; Hill Elizabeth - Schedule A for 2017-06-09 Deposition Santoro.pdf |

Please find attached an Amended Notice of Deposition for Ann Santoro in the *Hill* matter.

Julia Manning
*Legal Administrative Assistant*
julia.manning@FaegreBD.com    Download vCard
D: +1 317 237 1047

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-06016-RLY-TAB |

**NOTICE OF
VIDEOTAPED DEPOSITION OF ANN SANTORO, MA, LMHC**

TO:  Ann Santoro, MA, LMHC
4625 E. Bay Drive, Suite 301
Clearwater, FL  33764

Joseph R. Johnson
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Email: jjohnson@babbitt-johnson.com

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), will take the video deposition upon oral examination of **Ann Santoro, MA, LMHC** on June 9, 2017, beginning at 1:00 p.m. local time, at Wilder Suites, 3000 Gulf to Bay Blvd., Clearwater, FL  33759, and continuing from day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and is to be recorded by video and stenographic means.

PLEASE TAKE FURTHER NOTICE that Ann Santoro should bring with her to the deposition the documents set forth in the attached Schedule A, Request for Production.

US.110437479.02

By: /s/ Victoria R. Calhoon
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com
E-Mail: victoria.calhoon@faegrebd.com
E-Mail: anna.rutigliano@faegrebd.com
Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S 7th Street
Minneapolis, MN 55402
Telephone: (612) 766 7000
Facsimile: (612) 766-1600
chuck.webber@FaegreBD.com
*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.110437479.02

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2017, a copy of the foregoing Notice of Videotaped Deposition of Ann M. Santoro, MA, LMHC was served on the following counsel of record by email and first-class mail:

Joseph Johnson
BABBITT, JOHNSON, OSBORNE, & LECLAINCHE, PA
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(jjohnson@babbitt-johnson.com)

Joseph Williams
RILEY WILLIAMS &PIATT LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
(jwilliams@rwp-law.com)

Irwin B. Levin
COHEN &MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
(ilevin@cohenandmalad.com)

/s/ Victoria R. Calhoon

## SCHEDULE A

The deponent shall bring to the deposition the following documents and tangible things:

1. All correspondence between the deponent (hereinafter you" or "your" as the context may require), your institution, or any member of your staff, and your patient, Elizabeth Hill, date of birth 10/02/█ and/or her attorneys or agents.

2. All records related to Elizabeth Hill, including but not limited to reports, office records and notes, prescription records, and any special tests related to the care, treatment, diagnosis, prognosis, and condition of Elizabeth Hill.

3. All billing records generated by you or any other entity that reflect or refer to Elizabeth Hill.

4. All forms, letters, statements, or other writings completed or created by you or anyone else regarding Elizabeth Hill.

5. All records reflecting telephone conversations or messages between you, your partners, or your staff and Elizabeth Hill and/or her attorneys or agents.

6. The original or a first generation copy of any images of Elizabeth Hill, including but not limited to all x-rays, venograms, MRIs, CT scans and fluoroscopies.

7. Any and all videotapes or photographs of the device implanted in Elizabeth Hill, or any surgical procedures performed on Elizabeth Hill.

8. Your most recent curriculum vitae or resume.

9. All documents sent or provided to you by Elizabeth Hill and/or her attorneys or agents.

10. Any studies, literature, and/or research that you specifically relied upon in your treatment of Elizabeth Hill.

11. All documents, including any pamphlets, brochures, or other written information, you, your institution, or your staff provided to Elizabeth Hill regarding Cook IVC Filters.

12. All documents and information from any source regarding Cook IVC Filters, and/or any other product or technique employed by you in the care and treatment of Elizabeth Hill.

13. Any document or information reviewed or relied upon by you in preparation for your deposition.