# EXHIBIT E

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
                                                      Page 1

 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
 2                INDIANAPOLIS DIVISION
 3          Case No.: 1:14-cv-06016-RLY-TAB
 4
 5   _____
     In Re:  COOK MEDICAL, INC., IVC FILTERS
 6   MARKETING, SALES PRACTICES AND
     PRODUCTS LIABILITY LITIGATION,
 7   _____
 8
 9
10            V I D E O   D E P O S I T I O N
11                         o f
12             ANN SANTORO, MA, LMHC
13            taken on behalf of Defendant
14
         DATE:          June 9, 2017
15
         TIME:          12:55 p.m. to 3:53 p.m.
16
         PLACE:         Veritext Legal Solutions
17                      3000 Gulf to Bay Boulevard
                        Room C3
18                      Clearwater, Florida  33759
19       BEFORE:        Dawn A. Hillier, RMR, CRR, CLR
                        Notary Public - State of
20                      Florida, at Large
21
22
23
24
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 83

1    or understand the question.
2         THE WITNESS:  I don't understand the question.
3    This was just my follow-up call to her, so I don't
4    know.
5  BY MS. CALHOON:
6    Q    Okay.  And other than the joint sessions that
7  I know we're not talking about today, are there any
8  other records or visits with Mrs. Hill that we didn't
9  talk about today of her individual sessions with you?
10   A    No.
11   Q    Okay.  If we can go back to these text
12 messages.
13   A    Oh, okay.
14   Q    So the date on page one of these text messages
15 in the folder, Exhibit 3, it looks like Friday,
16 November 18th.  Do you know what year that would be?  Or
17 do we need to look at another document to figure that
18 out?
19   A    Okay.  So if there's something here about
20 Patti, then that's the -- that's Babbitt Johnson.  So
21 I'm guessing that this all starts to come into play in
22 November of '16.  I'm going to guess that's '16.
23 Because prior to that, none of this existed.  So I'm
24 going to say November of '16.  And then we're now going
25 into February of '17.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 89

1  A    It would indicate that I would have faxed one
2  over as well or emailed one over as well.
3  Q    Okay.  Do you know whether Mr. Hill returned
4  an authorization to you at some point for the release of
5  records of treatment with him?
6          MS. LIVINGSTON:  You can answer it.
7          THE WITNESS:  Yes.
8  BY MS. CALHOON:
9  Q    Okay.  But in this deposition today, you've
10 told me that you were not talking about joint sessions
11 involving anybody other than Mrs. Hill; correct?
12 A    Yes.
13 Q    Okay.  So at some point, did Mr. Hill revoke
14 his authorization?
15         MS. LIVINGSTON:  You can answer.
16         THE WITNESS:  Yes.
17 BY MS. CALHOON:
18 Q    Okay.  Can you tell me when that happened?
19 A    I just got the -- I was just made aware of it.
20 Apparently he either emailed me or mailed me a
21 revocation, a handwritten revocation on March 21st that
22 I never received.
23         So if he emailed it, then it might have gone
24 to junk mail.  If it was actually mailed, I never got
25 it.  So I just learned this week that he revoked on

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 90

1  March 21st, a notarized revocation. And sadly, I never
2  got that at the point where I gave you all of that
3  information.
4      Q   Okay. Thank you. And how did you -- who told
5  you that he'd revoked his authorization?
6         MS. LIVINGSTON: I'm not going to let her
7      answer that. Attorney-client privilege.
8         MS. CALHOON: Okay.
9  BY MS. CALHOON:
10     Q   Okay. Talking about today, what is your
11 knowledge of Mrs. Hill's mental health status?
12     A   No idea.
13     Q   And after looking through your records of your
14 counseling visits with her, would it be fair to describe
15 Mrs. Hill as having a history of anxiety?
16        MR. JOHNSON: Form.
17        THE WITNESS: All I -- when I'm assessing
18     somebody, I rely on my assessments and I rely on
19     their information about their past. In the
20     assessment, in the intake, she did not talk --
21     indicate to me -- I don't have in my notes that she
22     indicated a history of anxiety or depression.
23        I mean, she put down depression and grief,
24     which is why she saw that counselor which she
25     indicated on her intake.