# EXHIBIT F

## PHONE MESSAGE TRANSCRIPT

**Phone call to:**  Victoria Calhoon

**Phone call from:**  Heidi Livingston

**Date/time of message:**  June 20, 2017 @ 11:49 AM from Unknown sender (4078046933)

==================================================================

Hi Ms. Calhoon, this is Heidi Livingston, I represent Ann Santoro, I'm returning your call.  With regard to this joint session record, I understand your argument that they're relevant and you may be right, however, I do not have a release for the husband.  He withdrew his release so without a release, I cannot produce them.  So you're either going to need to get a release from Joe which based on the husband withdrawing it I don't know if you can.  If you do and provide it to myself then we'll gladly provide those records, or I need a court order to provide them, and I'm sure you can make the argument via relevancy.  So that's pretty much … I can't really do anything unless I have either one of those two things.  Alright, let me know.  Thanks, bye bye.

US.112987999.01