UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

_____

SEPARATE INDEX OF EXHIBITS TO
THE COOK DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO COMPEL
DISCOVERY RESPONSES FROM PLAINTIFF ELIZABETH JANE HILL

| Exhibit | Description |
|---|---|
| A | Plaintiff Profile Sheet/Form (served 6/1/2017) (portions) |
| B | Defendants' First Set of Interrogatories to Plaintiff Elizabeth Hill |
| C | Defendants' First Set of Requests for Production to Plaintiff Elizabeth Hill |
| D | Defendants' Third Set of Requests for Production to Plaintiff Elizabeth Hill |
| E | Plaintiff's Answers to First Set of Interrogatories to Plaintiff |
| F | Plaintiff's Response to Defendants' First Set of Requests for Production |
| G | October 20, 2016 Letter from Cook Counsel P. Reilly to Plaintiff's Counsel J. Johnson |
| H | April 7, 2017 Letter from Cook Counsel A. Pierson to Magistrate Tim A. Baker (without exhibits) |

| | |
|---|---|
| I | May 11, 2017 Letter from Cook Counsel A. Campbell to Magistrate Tim A. Baker (without exhibits) |
| J | Life Care Plan and Cost Analysis Report Leigh Ann Levy re: Elizabeth Jane Hill (portions) |
| K | Plaintiff Fact Sheet (2/17/2015) (portions) |
| L | Excerpts from the Deposition of Plaintiff Elizabeth Hill |
| M | November 17, 2016 Letter from Cook Counsel J. Cox to Plaintiff's Counsel J. Johnson and M. Heaviside |
| N | Plaintiff's Response to Defendants' Third Set of Requests for Production |

Dated: June 22, 2017                    Respectfully submitted,


/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minneapolis  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.112960856.02