# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

___

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Elizabeth Jane Hill v Cook Medical Inc., et al.    **Date:** 05/22/2017
**Docket No.:** 1:14-cv-06016-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
Joseph Johnson, Esq.
1641 Worthington Rd Suite 100
West Palm Beach, Florida 33409

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Elizabeth Jane Hill
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Russell W. Hill    Loss of Consortium?  ☐ Yes ☑ No
3. Date of birth: 10/2/███
4. Date of death (if applicable): N/A
5. Social Security No.: ███
6. Current Address: 12946 Pemberton Way Ft. Myers, FL 33913 as of June 12, 2017
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 19227 S.W. 90th Lane Road, Dunnellon, FL  33432 | 2013-2017 |
| 14983 Crown Drive, Largo, Florida | 1992-2013 |
|  |  |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Russell W. Hill, Spouse married: 09/1985-present

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Robert R. Hill - Ft. Myers, FL | 03/28/ | No |
| | | |
| | | |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   Only my spouse, Russell DOB: 04/06/

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    University of Southern Mississippi - Master's Degree In Nursing

11. Are you claiming damages for lost wages: ~~☑Yes~~ ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| Bay Pines VAMC | Clinical nurse specialist | 1984   2010 | $100,000.00 (approx |
| | | | |
| | | | |
| | | | |

2

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☑ **Migration** | ☑ **Other** Embedment |
| ☑ **Tilt** | ☑ **Other** venous stenosis |
| ☑ **Vena Cava Perforation** | ☑ **Other** bent filter |
| ☐ **Fracture** | ☑ **Other** anemia |
| ☑ **Device is unable to be retrieved** | ☐ **Other** |
| ☑ **Bleeding** | ☐ **Other** |
| ☑ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Endoscopy images and CT scan Abd 2013   by   Morton Plant Hospital

(e.g. imaging studies, surgery, doctor visits)
Venogram 08/2013   by   Frank Lynch, MD procedure note 08/2013

_____   by   _____

_____   by   _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff has suffered and will continue to suffer significant medical expenses, pain and suffering, loss of enjoyment of life, disability, scarring and disfigurement, and other losses.  Plaintiff will require ongoing medical care.  Upon review of my medical records, you will note the bodily injuries -   the filter migrated, pierced my vena cava and somehow pierced my duodenum causing extreme pain, projectile vomiting, ~~bleeding, nausea, diarrhea.  Emotionally, I plummeted into depression with increased anxiety.~~

## VIII. MEDICAL BACKGROUND

1. Provide your current:  Age  63     Height  5'2"     Weight  180
2. Provide your:  Age  57     Weight  163    (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, *Elizabeth Jane Hill*, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _5-25-2017_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Elizabeth Jane Hill*
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

1582633-3 (10909-0412)

12