# EXHIBIT C

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Case No.: 1:14-cv-06016-RLY-TAB

## DEFENDANTS' FIRST SET OF REQUESTS
## FOR PRODUCTION TO PLAINTIFF ELIZABETH HILL

Pursuant to Rules 34 of the Federal Rules of Civil Procedure, the Cook defendants

("Cook") submit the following requests for production of documents to Plaintiff Elizabeth Hill

("Plaintiff").

### Definitions

The following definitions apply to each of the following instructions, and requests for

production:

1.      "You," "your," "Hill," and "Plaintiff" means and refers to the Plaintiff, Elizabeth

Hill, and includes her attorneys and representatives of any kind.

2.      "Cook" means and refers to the Cook defendants, and includes their agents,

employees, attorneys, and representatives of any kind.

3.      "Filter" means the Cook Celect Vena Cava filter ("Celect"), referred to in the

Complaint and implanted in Plaintiff Elizabeth Hill on or about November 17, 2010.

4.      "Complaint" means the complaint you filed on or about October 30, 2014.

5.      "Person" includes individuals, organizations (*e.g.* corporations, partnerships, associations, and limited liability companies), and governmental offices, agents and instrumentalities.  Any reference herein to any person (including the parties to this action) includes attorneys, officers, directors, employees, agents, and other representatives of that person.

6.      "Documents" means each and every writing or record or every tape and description, however produced or reproduced, whether draft or final, original or reproduction, paper or electronic, signed or unsigned, that is in your possession or custody or under your control or to which you otherwise have access, regardless of where located, and includes, but is not limited to, correspondence, emails, letters, meeting minutes (including but not limited to corporate board minutes), ledger sheets, contracts, negotiable instruments (including but not limited to checks), agreements, memoranda, reports, notes, diaries, calendars, telegrams, summaries, ledgers, invoices, bills, bills of lading, receipts, checks, checkbooks, charts, graphs, drawings, blueprints, diagrams, worksheets, studies, surveys, market surveys, bulletins, articles, notices, instructions, books, manuals, pamphlets, periodicals, journals, logs, indices, photographs (negatives and print), microfiche, microfilm, telephone records, tax returns, tape recordings, video recordings, movies, compact disks, computer disks and drives, other data compilations from which information can be obtained, all materials similar to any of the foregoing, however denominated and by whomever prepared and to whomever addressed, and all other documents and things subject to production under Rule 34 of the Federal Rules of Civil Procedure.  All copies and versions of any document which contains any notation, erasure, obliteration, marking or writing of any kind different from the original shall be treated as an original document.

7.      "Identify" and "state the identity of" mean, in the case of:

2

a.  an individual person, to state the person's name, address, telephone number, occupation or profession, job title, and the name, address and telephone number of that person's employer;

b.  an organization (*e.g.*, a corporation, partnership, association, or limited liability company), to state the organization's name, the type of organization, and its address and telephone number;

c.  a document, to state the date, author, addressee or recipient, type of document, and name, document number (if applicable), address and telephone number of each person having possession, custody or control of the document or any copies of the document;

d.  a tangible thing, to state the type of thing, its manufacturer, all identifying numbers (*e.g.*, model number, serial number), its present location, and the name, address and telephone number of each person having possession, custody or control of the thing; and

e.  an expert, to state the expert's name, address, telephone number, occupation or profession, field(s) of specialty, and the name, address and telephone number of the expert's employer.

8.   "Relating to" means constituting, comprising, concerning, containing, setting forth, showing, disclosing, describing, explaining, summarizing or referring to, supporting, contradicting, proving, disproving, or tending to prove or disprove, directly or indirectly, in whole or in part, and should be given the broadest possible scope consistent with the discovery rules contained in the Federal Rules of Civil Procedure.  These terms should be construed to apply not only to the events to which they refer directly, but also to all meetings, discussions,

3

contacts and other communications concerning those events, either with or between you and third persons.

9.      "Communications" means all forms of information transference written, oral or electronic, including without limitation meetings, conferences, conversations, discussions, proposals, solicitations, interviews, correspondence, messages, and notes, as well as memoranda and records of communications.

10.     The singular shall include the plural, and the plural shall include the singular; the words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive; "and" shall include "or" and "or" shall include "and;" "any" shall include "all" and "all" shall include "any."

**Instructions**

A.  Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these document requests shall be deemed to be continuing, so as to require you to supplement your responses as soon as further relevant information or documents are obtained.

B.  If you object to or otherwise decline to comply with any portion of any request for production or any interrogatory, you shall provide all documents or information requested by that portion of the request or interrogatory to which you do not object or with which you do not decline to comply.  If you object to a request for production or interrogatory on the ground that the request or interrogatory is too broad, you shall provide all information and documents or portions of documents that you concede are relevant or calculated to lead to the discovery of admissible evidence.  If you object to a request for production or interrogatory on the ground that to provide the requested discovery would constitute an undue burden, you shall provide all requested discovery that can be supplied without undertaking what you claim is an undue

burden.  Cook hereby agrees that any such partial production and/or answer shall not be deemed to be a waiver of your objection to the parts of the request or interrogatory to which production and/or answers have not been made.  As to those portions of any request for production or interrogatory to which you object or with which you decline to comply, you shall state the reason or reasons for your objection or declination.

C.  Each document and thing produced in response to the following request for production shall be marked and organized so as to relate the document or thing to the request or requests that seek it.

D.  Each request for production extends to all documents in your possession, custody, or control, or the possession, custody, or control of anyone acting on your behalf.

E.  If production is requested of a document that is no longer in your possession, custody, or control, the answer should state (a) when the document was most recently in your possession, custody or control; (b) the disposition made of the document; and (c) the identity of the person, if any, presently in possession, custody, or control of the document.  If the document has been destroyed, the answer should also state (a) the reason for its destruction; (b) the identity of the person who destroyed the document; and (c) the identity of the person who directed that the document be destroyed.

F.  For each document withheld on the basis of a privilege, provide all information required by Case Management Order No. 10 regarding claims of privilege and work product.

## Requests for Production

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Cook requests that Plaintiff produce the documents requested below at the offices of Faegre Baker Daniels, LLP, 300 North

5

Meridian Street, Suite 2700, Indianapolis, Indiana 46204, within thirty (30) days of service of these Requests.

**REQUEST NO. 1:**    Any and all documents identified by you in response to any interrogatories Cook serves upon you in this action, including without limitation the interrogatories served concurrently with these requests.

**RESPONSE NO. 1:**

**REQUEST NO. 2:**    Any and all documents that relate to, refer to, or concern any of the facts, allegations, injuries, or damages referred to in the Complaint.

**RESPONSE NO. 2:**

**REQUEST NO. 3:**    Any and all documents that relate to, refer to, or concern your examination or treatment for the injuries claimed in this lawsuit, including, but not limited to, medical records, chart notes, correspondence, x-rays, bone scans, test results, operative notes and reports, referrals, medical releases and consents, procedure descriptions, office notices, and documentation of surgeries.

**RESPONSE NO. 3:**

**REQUEST NO. 4:**    Any and all photographs and videotapes that identify, depict, or relate to the Filter, facts, allegations, injuries, or damages referred to in the Complaint.

**RESPONSE NO. 4:**

**REQUEST NO. 5:**    Any and all documents that relate to, refer to, or concern the examination, evaluation, or treatment of your medical conditions, , including but not limited to

6

gastrointestinal symptoms, fatigue, anxiety, insomnia, and posttraumatic stress disorder, including but not limited to chart notes, correspondence, x-rays, bone scans, test results, operative notes and reports, referrals, medical releases and consents, procedure descriptions, office notes, and documentations of surgeries performed on you from November 17, 2000 to the present.

**RESPONSE NO. 5:**

**REQUEST NO. 6:**   Any and all photographs, x-rays, MRI films, CT scans, or results of other imaging procedures relating to your medical conditions and the Filter.

**RESPONSE NO. 6:**

**REQUEST NO. 7:**   Any and all documents given or shown to you by any physician, surgeon, or other healthcare provider relating to the Filter or the implantation of the Filter.

**RESPONSE NO. 7:**

**REQUEST NO. 8:**   Any communication between Plaintiff or anyone acting on her behalf (including her attorney) to any third party, including, but not limited to, any doctor, medical staff, employer, defendants, governmental agency relating to the Filter, this action, or the allegations in this action.

**RESPONSE NO. 8:**

**REQUEST NO. 9:**   All public statements or press releases made by Plaintiff or anyone acting on her behalf (including her attorney) relating to the Filter, this action, or the allegations in this action.

**RESPONSE NO. 9:**

**REQUEST NO. 10:**   A signed and executed copy of the releases attached at Exhibit A for you, including releases for (a) medical records, (b) worker's compensation records, where applicable, (c) social security and insurance records if liens exist, (d) tax and employment records, and (e) Medicare Beneficiary Status Form.

**RESPONSE NO. 10:**

**REQUEST NO. 11:**   Any and all documents that relate to, refer to, or concern any legal claim or proceeding, including but not limited to, lawsuit, workers' compensation proceeding or benefit, claim for disability, Social Security claim, insurance claim, or claim for personal injury, made or received by you at any time.

**RESPONSE NO. 11:**

**REQUEST NO. 12:**   Any and all notes, diaries, calendar, or other documents made by you that relate to, refer to, or concern your medical conditions or any claim you assert in this lawsuit.

**RESPONSE NO. 12:**

8

**REQUEST NO. 13:**  Any and all documents you contend support or prove your claim that the Filter was defective (*see* Complaint, Count I, ¶ 39).

**RESPONSE NO. 13:**


**REQUEST NO. 14:**  Any and all documents you contend support or prove your claim that that Cook failed to provide warnings of risks and dangers posed by the Filter (*see* Complaint, Count I, ¶ 40).

**RESPONSE NO. 14:**


**REQUEST NO. 15:**  Any and all documents you contend support or prove your claim that Cook "committed one or more breaches of their duty of reasonable care and were negligen[t] [sic]" (*see* Complaint, Count II, ¶ 46).

**RESPONSE NO. 15:**


**REQUEST NO. 16:**  Any and all documents you contend support or prove your claim that Cook's "marketing of the COOK Filter was false and/or misleading" (*see* Complaint, Count III, ¶ 54).

**RESPONSE NO. 16:**


**REQUEST NO. 17:**  Any and all documents you contend support or prove your claim that Cook "breached their express warranties and the implied warranties associated with the product" (*see* Complaint, Count III, ¶ 56).

**RESPONSE NO. 17:**

US.108011050.02

**REQUEST NO. 18:**  Any and all documents you contend support or prove your claim for punitive damages (*see* Complaint, Count V [sic]).

**RESPONSE NO. 18:**

**REQUEST NO. 19:**  The Filter, including any packaging or product literature or other materials that may have accompanied the Filter.

**RESPONSE NO. 19:**

**REQUEST NO. 20:**  Any and all documents that relate to, refer to, or concern the Filter.

**RESPONSE NO. 20:**

**REQUEST NO. 21:**  Any and all documents that relate to, refer to, or concern the decision to use the Filter, and/or your surgeon's decision to use the Filter.

**RESPONSE NO. 21:**

**REQUEST NO. 22:**  All documents related to the hospitalization of Plaintiff for any reason, including, but not limited to, medical records, chart notes, correspondence, x-rays, bone scans, test results, operative notes and reports, referrals, medical releases and consents, procedure descriptions, office notes, and documentation of surgeries performed on Plaintiff at any time from November 17, 2000, to the present.

**RESPONSE NO. 22:**

10

**REQUEST NO. 23:**  All pharmacy records relating to any prescriptions or other medications taken by Plaintiff at any time from November 17, 2000, to the present.

**RESPONSE NO. 23:**


**REQUEST NO. 24:**  Any and all medical bills, statements or other documents that relate to, refer to, or concern any expenses incurred by you for examination or treatment of the injuries you claim.

**RESPONSE NO. 24:**


**REQUEST NO. 25:**  Any and all medical bills, statements, and other documents that relate to, refer to, or concern any expenses paid on your behalf by any insurance carrier or health plan, with the name and address of the carrier or health plan.

**RESPONSE NO. 25:**


**REQUEST NO. 26:**  Any and all documents that relate to, refer to, or concern any claim of subrogation or lien by any third party on any expenses paid on behalf of Plaintiff.

**RESPONSE NO. 26:**


**REQUEST NO. 27:**  All statements (whether written or oral) of any employee, representative, or agent of Cook related to the Filter, and all documents and things that relate to, refer to, or concern any statement.

**RESPONSE NO. 27:**

US.108011050.02

**REQUEST NO. 28:**  All documents relating to any test, inspection, or examination of the Filter.

**RESPONSE NO. 28:**


**REQUEST NO. 29:**  Any and all documents that relate to, refer to, or concern any witness you intend to call at trial, including both fact and expert witnesses.  For each witness, include all documents, including but not limited to, reports, notes, files, and other documents and things created, received, or examined by the witness.

**RESPONSE NO. 29:**


**REQUEST NO. 30:**  Any and all documents and things that you may introduce as exhibits at trial.

**RESPONSE NO. 30:**


**REQUEST NO. 31:**  All employment records relating in any way to Plaintiff whether employed or self-employed, including the names and addresses of all employers, the records of the dates absent from work for any reason, the records relating to the fact and duration of unemployment, the records of workers' compensation, unemployment insurance, welfare, and applications for assistance from any governmental agency because of unemployment or ill health, and all income records from November 17, 2000, to the present.

**RESPONSE NO. 31:**


**REQUEST NO. 32:**  All documents relating to the fact and duration of Plaintiff's unemployment, including documents submitted to or received from any entity regarding

unemployment, unemployment insurance or benefits, and any document stating the reasons for separation from any employment from November 17, 2000, to the present.

**RESPONSE NO. 32:**

**REQUEST NO. 33:**   All documents relating to the receipt by Plaintiff at any time from November 17, 2000, to the present of any public assistance or benefits, including but not limited to, food stamps, cash assistance in any form, welfare, and federal or state housing subsidies.

**RESPONSE NO. 33:**

**REQUEST NO. 34:**   All documents related to any application for or receipt of Social Security or disability benefits of any kind, including but not limited to, SSI, SSD, or retirement benefits and including, but not limited to, any spousal, child, or survival benefits, in connection with Plaintiff.

**RESPONSE NO. 34:**

**REQUEST NO. 35:**   All documents that refer to or relate to any agreement between Plaintiff or Plaintiff's counsel and any of Plaintiff's healthcare providers concerning the Filter.

**RESPONSE NO. 35:**

**REQUEST NO. 36:**   Reports or projections of any accountants, economists, or other financial consultants concerning past or prospective economic damages, including but not limited to loss of income, cost of nursing or attendant care, cost of future medical care and/or treatment, and any other costs.

**RESPONSE NO. 36:**

13

**REQUEST NO. 37:**  Text messages, e-mails, tweets, or any and all social media posts (including but not limited to Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn, and Pinterest) that relate to, refer to, or concern the Filter, vena cava filters generally, your medical conditions, your recovery, your alleged damages, or Cook.

**RESPONSE NO. 37:**


**REQUEST NO. 38:**  Any and all documents that relate to, refer to, or concern the chain of custody of the Filter from the date of retrieval to the present, including the name, address, telephone number, and e-mail address of each person or entity that came into possession of the Filter, or any portion of the Filter.

**RESPONSE NO. 38:**


**REQUEST NO. 39:**  An updated Plaintiff Fact Sheet that includes updated information since the Plaintiff Fact Sheet dated April 16, 2015.

**RESPONSE NO. 39:**


**REQUEST NO. 40:**  All documents requested by the Plaintiff Fact Sheet that Plaintiff has not already produced.

**RESPONSE NO. 40:**


**REQUEST NO. 41:**  All documents and things identified in or relied upon to formulate Plaintiff's answers to the Plaintiff Fact Sheet.

**RESPONSE NO. 41:**


14

By:  /s/ Anna C. Rutigliano
Andrea Roberts Pierson (# 18435-49), Co-Lead Counsel
James Stephen Bennett (# 22869-02)
Jessica Benson Cox (# 26259-49)
Patrick H. Reilly (# 28739-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Nicholas B. Alford (# 31867-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  stephen.bennett@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com
E-Mail: patrick.reilly@faegreBD.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

-And-

Douglas B. King, Esq., Co-Lead Counsel
James M. Boyers, Esq.
John C. Babione, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel:      (317) 639-6151
Fax:     (317) 639-6444
doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2016, a copy of the foregoing Defendants' First Set of Requests for Production of Documents to Plaintiff Elizabeth Hill was served via certified mail/return receipt requested and electronic mail to the following:

Joseph Johnson (jjohnson@babbitt-johnson.com)
**BABBIT, JOHNSON, OSBORNE & LeCLAINCHE, PA**
1641 Worthington Road, Suite 100
P.O. Box 4426
West Palm Beach, FL 33402

Ben C. Martin (bmartin@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3219 McKinney Avenue, Suite 100
Dallas, TX  75204

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098

/s/  Anna C. Rutigliano

US.108011050.02

# EXHIBIT A

## HIPAA COMPLIANT
## AUTHORIZATION FROM INDIVIDUAL
## FOR RELEASE OF MEDICAL RECORDS

Purpose: This form is used to confirm the direction of an individual that Provider use or disclose the individual's protected health information for a particular purpose.

**SECTION A: Psychotherapy Notes.**

☐       Check if this authorization is for psychotherapy notes.

**If this authorization is for psychotherapy notes, you must *not* use it as an authorization for any other type of protected health information.**

**SECTION B: The Individual (or the Individual's Personal Representative) confirming the authorization.**

I authorize the use and/or disclosure of my protected health information as described in Section C below. I understand this authorization is voluntary and made to confirm my direction.

I understand that, if the persons or organizations I authorize below to receive and/or use the protected health information described below are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws.

Name:  Elizabeth J. Hill _____

Address: _____

Telephone: _____   Date of Birth: _____

Social Security Number: _____   Purpose: _____ **Legal** _____

**SECTION C: The use and/or disclosure being authorized.**

Protected Health Information to be Used and/or Disclosed: Specifically and meaningfully describe the protected health information you are authorizing be used and/or disclosed (if this authorization is for psychotherapy notes, no other type of protected health information may be listed on this authorization):

1.  My patient file, including, but not limited to, patient history, office charts, progress notes, diagnostic test results, x-ray or laboratory reports, surgical reports, consultation reports, correspondence, drug and alcohol testing and treatment, and any other document pertaining to me.

2.  Any and all records relating to my medical or psychological treatment, including, but not limited to, documents relating to office visits, hospital visits, medical or psychological tests, and any medical, psychological, or surgical treatments.

3.  Any and all x-rays, MRI's, CT scans, ultrasounds or other radiological or sonographic studies.

4.  My billing file, including any charges and payments for office visits, procedures, hospital visits, laboratory tests, x-rays, medication, and any other treatment for which charges were incurred.

5.  You are specifically directed to discuss and provide copies of those records which may be subject to the following: a) Public Health Service Act, 42 U.S.C. §290dd 2 and the regulations thereunder at 52 Federal Regulations 21803, et seq.; b) Release of Mental Health Records to Patient and Authorized Persons; and c) Communicable Disease: Confidentiality Requirements.

6.  I also authorize the physician and/or medical provider identified above to participate in ex parte interview(s) conducted by defendant's counsel so long as defendant's counsel complies with the following three conditions: (1) Provide plaintiff's counsel with reasonable notice of the time and place of the proposed interview; (2) Provide the physician and/or medical provider with a description of the anticipated scope of the

interview; and (3) Communicate with "unmistakable clarity" the fact that the physician's participation in an ex parte interview is voluntary.

Entities Authorized to Use or Disclose: Name or specifically identify the persons or organizations (or the classes of persons and/or organizations), including Provider, who you are authorizing to make use of and/or to disclose the protected health information described above: This Authorization is voluntary. Pursuant to the Privacy Rules, the provider may not condition treatment, payment, or eligibility for benefits on whether the patient signs this authorization.

_____

_____
_____
_____

Entities Authorized to Receive and Use: Name or specifically describe the persons and/or organizations (or the classes of persons and/or organizations) to whom you are authorizing Provider to disclose and/or let use the protected health information described above:

**Faegre Baker Daniels attorneys and/or their representatives**

**SECTION D:  Expiration and Revocation.**
Expiration: This authorization will expire (complete one):

☐        On _____/_____/_____ (DD/MM/YR).

☒        On occurrence of the following event (which must relate to the individual or to the purpose of the use and/or disclosure being authorized:  **At the conclusion of litigation**

Right to Revoke:  I understand that I may revoke this authorization at any time by giving written notice of my revocation to the Contact Office listed below.  I understand that revocation of this authorization will *not* affect any action you took in reliance on this authorization before you received my written notice of revocation.

Contact Office:  Faegre Baker Daniels LLP_____

Telephone: _____317-237-0300_____        Fax: _____317-237-1000_____

Address: _____300 North Meridian Street, Suite 2700, Indianapolis, IN 46204_____

I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under HIPAA privacy rules.

**SIGNATURE.**

I, _____, have had full opportunity to read and consider the contents of this authorization, and I confirm that the contents are consistent with my direction to the Provider. I understand that, by signing this form, I am confirming my authorization that the Provider may use and/or disclose to the persons and/or organizations named in this form the protected health information described in this form.

Signature: _____        Date: _____

If this authorization is signed by an individual's personal representative on behalf of the individual, complete the following:

Personal Representative's Name: _____

Relationship to Individual: _____

**YOU ARE ENTITLED TO A COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.**

# HIPAA COMPLIANT
# AUTHORIZATION FROM INDIVIDUAL
# FOR RELEASE OF MEDICAL RECORDS

Purpose: This form is used to confirm the direction of an individual that Provider use or disclose the individual's protected health information for a particular purpose.

## SECTION A:  Psychotherapy Notes.

☒  Check if this authorization is for psychotherapy notes.

**If this authorization is for psychotherapy notes, you must *not* use it as an authorization for any other type of protected health information.**

## SECTION B:  The Individual (or the Individual's Personal Representative) confirming the authorization.

I authorize the use and/or disclosure of my protected health information as described in Section C below.  I understand this authorization is voluntary and made to confirm my direction.

I understand that, if the persons or organizations I authorize below to receive and/or use the protected health information described below are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws.

Name:  Elizabeth J. Hill

Address:

Telephone: _____      Date of Birth: _____

Social Security Number: _____      Purpose: _____**Legal**_____

## SECTION C:  The use and/or disclosure being authorized.

Protected Health Information to be Used and/or Disclosed:  Specifically and meaningfully describe the protected health information you are authorizing be used and/or disclosed (if this authorization is for psychotherapy notes, no other type of protected health information may be listed on this authorization):

1.  My patient file, including, but not limited to, patient history, office charts, progress notes, diagnostic test results, x-ray or laboratory reports, surgical reports, consultation reports, correspondence, drug and alcohol testing and treatment, and any other document pertaining to me.

2.  Any and all records relating to my medical or psychological treatment, including, but not limited to, documents relating to office visits, hospital visits, medical or psychological tests, and any medical, psychological, or surgical treatments.

3.  Any and all x-rays, MRI's, CT scans, ultrasounds or other radiological or sonographic studies.

4.  My billing file, including any charges and payments for office visits, procedures, hospital visits, laboratory tests, x-rays, medication, and any other treatment for which charges were incurred.

5.  You are specifically directed to discuss and provide copies of those records which may be subject to the following:  a) Public Health Service Act, 42 U.S.C. §290dd 2 and the regulations thereunder at 52 Federal Regulations 21803, et seq.; b) Release of Mental Health Records to Patient and Authorized Persons; and c) Communicable Disease: Confidentiality Requirements.

6.  I also authorize the physician and/or medical provider identified above to participate in ex parte interview(s) conducted by defendant's counsel so long as defendant's counsel complies with the following three conditions:  (1) Provide plaintiff's counsel with reasonable notice of the time and place of the proposed interview; (2) Provide the physician and/or medical provider with a description of the anticipated scope of the

interview; and (3) Communicate with "unmistakable clarity" the fact that the physician's participation in an ex parte interview is voluntary.

<u>Entities Authorized to Use or Disclose</u>:  Name or specifically identify the persons or organizations (or the classes of persons and/or organizations), including Provider, who you are authorizing to make use of and/or to disclose the protected health information described above.  This Authorization is voluntary.  Pursuant to the Privacy Rules, the provider may not condition treatment, payment, or eligibility for benefits on whether the patient signs this authorization.

_____

_____

_____

<u>Entities Authorized to Receive and Use</u>:  Name or specifically describe the persons and/or organizations (or the classes of persons and/or organizations) to whom you are authorizing Provider to disclose and/or let use the protected health information described above:

**Faegre Baker Daniels attorneys and/or their representatives**

<u>**SECTION D:  Expiration and Revocation**</u>.

<u>Expiration</u>:  This authorization will expire (complete one):

☐     On _____/_____/_____ (DD/MM/YR).

☒     On occurrence of the following event (which must relate to the individual or to the purpose of the use and/or disclosure being authorized:  **At the conclusion of litigation**

<u>Right to Revoke</u>:  I understand that I may revoke this authorization at any time by giving written notice of my revocation to the Contact Office listed below.  I understand that revocation of this authorization will *not* affect any action you took in reliance on this authorization before you received my written notice of revocation.

       Contact Office:  Faegre Baker Daniels LLP _____

       Telephone: _____317-237-0300_____     Fax: ___317-237-1000_____

       Address: _____300 North Meridian Street, Suite 2700, Indianapolis, IN 46204_____

**SIGNATURE**.

I, _____, have had full opportunity to read and consider the contents of this authorization, and I confirm that the contents are consistent with my direction to the Provider.  I understand that, by signing this form, I am confirming my authorization that the Provider may use and/or disclose to the persons and/or organizations named in this form the protected health information described in this form.

Signature: _____     Date: _____

If this authorization is signed by an individual's personal representative on behalf of the individual, complete the following:

Personal Representative's Name: _____

Relationship to Individual: _____

         **YOU ARE ENTITLED TO A COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.**

## AUTHORIZATION FOR RELEASE OF WORKERS' COMPENSATION FILE

RE:
Claim/File #:
DOI:
SSN:

**I hereby authorize and direct you to release** all available information concerning me, *including information considered confidential*, to Faegre Baker Daniels LLP and/or Their Representatives. This authorization applies to *all* records and documents in your files pertaining to any claim for workers' compensation made by me.

This authorization is intended to include any and all employment records, payroll records, evaluation forms and notes, entire medical file, non-medical reports, letters and notes whatsoever relating to me.

The request is being sent to:

The information released should be sent to:     Faegre Baker Daniels LLP, Attorneys and/or
Their Representatives
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300

Faegre Baker Daniels LLP shall bear the reasonable costs associated with providing this information.

This release will expire one year after the date of signature.

A photocopy or faxed copy of this release shall be given the same force and effect as the original.

_____     _____
Name                              Date

STATE OF _____     )
                            ) ss.
COUNTY OF _____     )

SUBSCRIBED AND SWORN TO BEFORE ME this _____ day of _____, 2016.

WITNESS my hand and official seal.

_____
Notary Public
My commission expires: _____

US.108023732.01

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company).  If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records.  We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child.  Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history.  Instead, complete and mail form SSA-7050-F4.  You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

How to Complete this Form

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "any and all records" or the "entire file."  You must specify the information you are requesting and you must sign and date this form.  We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person.  We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288 (07-2013) EF (07-2013) Destroy Prior Editions

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields.  We will not honor your request unless all required fields are completed. (*signifies a required field).

**TO:  Social Security Administration**

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| Faegre Baker Daniels LLP and/or Their | 2200 Wells Fargo Center |
| Representatives | 90 S. 7th Street N. |
| | Minneapolis, MN 55402 |

**\*I want this information released because:** Litigation
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box.  We will not honor a request for "any and all records" or "my entire file."  Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult.  I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge.  I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000.  I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature:** _____  **\*Date:** _____

**\*Address:** _____

Relationship (if not the subject of the record): _____  **\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X).  If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses.  Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (07-2013) EF (07-2013)

## INSURANCE RECORDS RELEASE AUTHORIZATION

To:

I do hereby authorize the disclosure and release to Faegre Baker Daniels LLP and/or Their Representatives, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, of any and all insurance records, reports, applications, and/or documents of any kind whatsoever relating to my health insurance or health insurance benefits at any time whatsoever.

In executing this Authorization, I specifically waive any privilege or confidential communication between myself and your offices, but this waiver is solely and only for the purpose of authorizing the above office to obtain this information and no other person or organization.

I hereby release the above-listed persons or entities from all liability and all claims of any nature resulting from the release of records, documents, information, or things specified above.

I specifically authorize that a photocopy of this executed Authorization may be used in lieu of the original.

Dated: _____     Signature: _____

SSN: _____

Date of Birth: _____

STATE OF MINNESOTA          )
                            ) ss.
COUNTY OF _____      )

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of

_____, 20___, by _____.


_____
NOTARY PUBLIC

My Commission expires: _____.

US 108019911.01

Form **4506**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

OMB No. 1545-0429

▶ **Request may be rejected if the form is incomplete or illegible.**

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| | |
|---|---|
| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution.** *If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your IRS return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.*

6  **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506.  ▶ _____

   **Note.** *If the copies must be certified for court or administrative proceedings, check here .  .  .  .  .  .  .  .  .  .  .* ☐

7  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|

8  **Fee.** There is a $57 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| a | Cost for each return  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | $ | **$57.00** |
| b | Number of returns requested on line 7  .  .  .  .  .  .  .  .  .  . | | |
| c | Total cost. Multiply line 8a by line 8b  .  .  .  .  .  .  .  .  .  . | $ | |

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  .  .  .  .  . ☐

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note.** *For tax returns being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ _____  Signature (see instructions)                      Date

   Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____  Spouse's signature                      Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 1-2012)

Form 4506 (Rev. 1-2012)                                                                                                    Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506 and its instructions, at *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request a transcript of tax return, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on Lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

## EMPLOYMENT RECORDS RELEASE AUTHORIZATION

To:

I do hereby authorize the disclosure and release to Faegre Baker Daniels LLP, and/or Their Representatives, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, of any and all employment records, reports, applications, and/or documents of any kind whatsoever relating to my employment at any time whatsoever.

In executing this Authorization, I specifically waive any privilege or confidential communication between myself and such employers, but this waiver is solely and only for the purpose of authorizing the above office to obtain this information and no other person or organization.

I hereby release the above-listed persons or entities from all liability and all claims of any nature resulting from the release of records, documents, information, or things specified above.

I specifically authorize that a photocopy of this executed Authorization may be used in lieu of the original.

Dated: _____    Signature: _____

SSN: _____    Name: _____

Date of Birth: _____

STATE OF _____        )
                                     ) ss.
COUNTY OF _____        )

SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of

_____, 20___, by _____.

_____
NOTARY PUBLIC

My Commission expires: _____.

US.108020005.01



# Medicare

Beneficiary Services:1-800-MEDICARE (1-800-633-4227)
TTY/TDD:1-877-486-2048

This form is used to advise Medicare of the person or persons you have chosen to have access to your personal health information.

**Where to Return Your Completed Authorization Forms:**
After you complete and sign the authorization form, return it to the address below:

**Medicare BCC, Written Authorization Dept.**
**PO Box 1270**
**Lawrence, KS 66044**

**For New York Medicare Beneficiaries ONLY**
The New York State Public Health Law protects information that reasonably could identify someone as having HIV symptoms or infection, and information regarding a person's contacts. Because of New York's laws protecting the privacy of information related to alcohol and drug abuse, mental health treatment, and HIV, there are special instructions for how you, as a New York resident, should complete this form.

- For question 2A, check the box for *Limited Information*, even if you want to authorize Medicare to release any and all of your personal health information.

- **Then proceed to question 2B.**

Medicare BCC, Written Authorization Dept.
PO Box 1270
Lawrence, KS 66044

**Instructions for Completing Section 2B of the Authorization Form:**
*Please select one of the following options.*

- **Option 1** To **include** all information, in the space provided, write: "all information, including information about alcohol and drug abuse, mental health treatment, and HIV". Proceed with the rest of the form.

- **Option 2** To **exclude** the information listed above, write "Exclude information about alcohol and drug abuse, mental health treatment and HIV" in the space provided. *You may also check any of the remaining boxes and include any additional limitations in the space provided.* For example, you could write "payment information". Then proceed with the rest of the form.

If you have any questions or need additional assistance, please feel free to call us at 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

Sincerely,


1-800-MEDICARE
Customer Service Representative


Encl.

## Information to Help You Fill Out the
## "1-800-MEDICARE Authorization to Disclose Personal Health Information" Form

By law, Medicare must have your written permission (an "authorization") to use or give out your personal medical information for any purpose that isn't set out in the privacy notice contained in the Medicare & You handbook. You may take back ("revoke") your written permission at any time, except if Medicare has already acted based on your permission.

If you want 1-800-MEDICARE to give your personal health information to someone other than you, you need to let Medicare know in writing.

If you are requesting personal health information for a deceased beneficiary, please include a copy of the legal documentation which indicates your authority to make a request for information. (For example: Executor/Executrix papers, next of kin attested by court documents with a court stamp and a judge's signature, a Letter of Testamentary or Administration with a court stamp and judge's signature, or personal representative papers with a court stamp and judge's signature.) Also, please explain your relationship to the beneficiary.

Please use this step by step instruction sheet when completing your "1-800-MEDICARE Authorization to Disclose Personal Health Information" Form. Be sure to complete all sections of the form to ensure timely processing.

1. Print the name of the person with Medicare.

   Print the Medicare number exactly as it is shown on the red, white, and blue Medicare card, including any letters (for example, 123456789A).

   Print the birthday in month, day, and year (mm/dd/yyyy) of the person with Medicare.

2. This section tells Medicare what personal health information to give out. Please check a box in 2a to indicate how much information Medicare can disclose. If you only want Medicare to give out limited information (for example, Medicare eligibility), also check the box(es) in 2b that apply to the type of information you want Medicare to give out.

3. This section tells Medicare when to start and/or when to stop giving out your personal health information. Check the box that applies and fill in dates, if necessary.

4. Medicare will give your personal health information to the person(s) or organization(s) you fill in here. You may fill in more than one person or organization. If you designate an organization, you must also identify one or more individuals in that organization to whom Medicare may disclose your personal health information.

5. The person with Medicare or personal representative must sign their name, fill in the date, and provide the phone number and address of the person with Medicare.

   If you are a personal representative of the person with Medicare, check the box, provide your address and phone number, and attach a copy of the paperwork that shows you can act for that person (for example, Power of Attorney).

6. Send your completed, signed authorization to Medicare at the address shown here on your authorization form.

7. If you change your mind and don't want Medicare to give out your personal health information, write to the address shown under number six on the authorization form and tell Medicare. Your letter will revoke your authorization and Medicare will no longer give out your personal health information (except for the personal health information Medicare has already given out based on your permission).

You should make a copy of your signed authorization for your records before mailing it to Medicare.

**1-800-MEDICARE Authorization to Disclose Personal Health Information**

Use this form if you want 1-800-MEDICARE to give your personal health information to someone other than you.

1. | **Print Name** | **Medicare Number** | **Date of Birth** |
   | (First and last name of the person with Medicare) | (Exactly as shown on the Medicare Card) | (mm/dd/yyyy) |

2. Medicare will only disclose the personal health information you want disclosed.

   2A:  **Check only <u>one</u> box below to tell Medicare the specific personal health information you want disclosed:**

   ☐ Limited Information (go to question 2b)

   ☐ Any Information (go to question 3)

   2B:  **Complete <u>only</u>  if you selected "limited information". Check all that apply:**

   ☐ Information about your Medicare eligibility

   ☐ Information about your Medicare claims

   ☐ Information about plan enrollment (e.g. drug or MA Plan)

   ☐ Information about premium payments

   ☐ Other Specific Information (please write below; for example, payment  information)

   _____

3. **Check only <u>one</u> box below indicating how long Medicare can use this  authorization to disclose your personal health information** (subject to applicable  law—for example, your State may limit how long Medicare may give out your  personal health information):

   ☐ Disclose my personal health information indefinitely

   ☐ Disclose my personal health information for a specified period only
   beginning:  (mm/dd/yyyy) _____  and ending: (mm/dd/yyyy)  _____

4. **Fill in the name and address of the person(s) or organization(s) to whom you want Medicare to disclose your personal health information. Please provide the specific name of the person(s) for any organization you list below:**

1. Name:  Faegre Baker Daniels, LLP and/or Their Representatives

   Address:  _____

   _____

2. Name:  _____

   Address:  _____

   _____

3. Name:  _____

   Address:  _____

   _____

5.

> **I authorize 1-800-MEDICARE to disclose my personal health information listed above to the person(s) or organization(s) I have named on this form. I understand that my personal health information may be re-disclosed by the person(s) or organization(s) and may no longer be protected by law.**
>
> _____    _____    _____
> Signature                 Telephone Number          Date (mm/dd/yyyy)
>
> Print the address of the person with Medicare  (Street Address, City, State, and ZIP)
>
> _____
>
> _____
>
> ☐ Check here if you are signing as a personal representative and complete below. Please attach the appropriate documentation (for example, Power of Attorney). This <u>only</u> applies if someone other than the person with Medicare signed above.
>
> Print the Personal Representative's Address (Street Address, City, State, and ZIP)
>
> _____
>
> _____
>
> Telephone Number of Personal Representative:  _____
>
> Personal Representative's Relationship to the Beneficiary:  _____

6. **Send the completed, signed authorization to:**

Medicare BCC, Written Authorization Dept.
PO Box 1270
Lawrence, KS 66044

7. **Note:**

You have the right to take back ("revoke") your authorization at any time, in writing, except to the extent that Medicare has already acted based on your permission. If you would like to revoke your authorization, send a written request to the address shown above.

Your authorization or refusal to authorize disclosure of your personal health information will have no effect on your enrollment, eligibility for benefits, or the amount Medicare pays for the health services you receive.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is **0938-0930**. The time required to complete this information collection is estimated to average **15 minutes** per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.