# EXHIBIT J



**MediSys Rehabilitation, Inc.**

5524 Bee Cave Road, Suite A-1, Austin, Texas 78746 • P.O. Box 160026, Austin, Texas 78716
p 512.459.4315 • f 512.371.3894 • wh@mri-tx.com • www.mri-tx.com

# LIFE CARE PLAN
# AND
# COST ANALYSIS



## Elizabeth Jane Hill

March 11, 2017
REPORT PREPARED BY

*Leigh Anne Levy*

_____
**Leigh Anne Levy, R.N., CLCP**

**TABLE OF CONTENTS**

I. INTRODUCTION ................................................................................................................ 1

II. MEDICAL HISTORY ....................................................................................................... 2

III. PROJECTED MEDICAL SERVICE NEEDS ..................................................................... 19

IV. DISCUSSION ..................................................................................................................... 21

V. COST ANALYSIS ............................................................................................................... 22

VI. DATA SOURCES .............................................................................................................. 25

VII. REFERENCES .................................................................................................................. 26

VIII. CURRICULUM VITAES ................................................................................................ 27

IX. PHOTOS FROM IME ....................................................................................................... 31

- Surgical Associates of West Florida, 10/04/10 – 05/16/11
- Mease Countryside Hospital, 03/23/11 – 12/16/11
- Suncoast Internal Medicine Consultants, 08/08/13
- Morton Plant Hospital, 08/12/13 – 09/09/13
- The Milton S Hershey Medical Center, 08/21/13 – 10/21/13
- Dr. Alfredo Jacome, 10/24/13 - 06/30/14
- Dr. Hellstern, 12/04/13 – 01/15/14
- Suncoast Endoscopy, 01/07/14 – 01/23/14
- Gastro Florida, LLP, 06/16/14 - 07/09/14
- Safety Harbor Surgery Center, 07/02/14 – 07/16/14

**Legal Record Sources Received in PDF form:**
- Complaint, 10/30/14
- Related Case Order and Track Two Notice, 11/04/14
- Interested Persons Order for Civil Cases, 11/04/14
- Conditional Transfer Order, 11/24/14
- Answer of Cook Medical Incorporated, Cook Incorporated, and Cook Group, Inc. to Plaintiff's Complaint, 01/23/15
- Short Form Complaint, 09/30/15
- Cook Defendants' Notice of Designation of Discovery Pool Cases, 05/06/16
- Order Granting, In Part, and Denying, In Part, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Compel Discovery Responses, 05/06/16
- Order on Bellwether Trial Selections, 07/19/16

**Depositions Received in PDF form:**
- Elizabeth Jane Hill, 11/10/16

**Other:**
- Celect vena cava filter card, 11/17/10
- Blue Cross Blue Shield statement of benefits letter, 12/04/13
- Medicare letter, 12/04/13
- Social Media records – 04/16/15
- Interview of Elizabeth Jane Hill, 10/21/16, 12/09/16, 02/24/17, 03/09/17
- Consultation with Dr. Alex Marmareanu, 03/07/17, 03/09/17

**Summary of Medical Procedures:**
- 11/17/10: Placement of temporary IVC filter by Dr. Zuzga for upcoming spinal surgery with increased risk for DVT and pulmonary embolism and contraindication to anticoagulation treatment
- 12/06/10 – 12/12/10: Admission to Mease Countryside Hospital for Bilateral revision decompressive lumbar laminectomy, medial facetectomy, and foraminotomy L2-3, L3-4, L4-5, and L5-S1; Complete facetectomy L3-4, L4-5, and L5-S1; Posterior osteotomy T10 to the sacrum; Posterior spinal instrumentation T9 to the pelvis with Biomet Polaris 6.35 system; Bilateral iliac screws; Posterior spinal fusion T9 to the pelvis; Transforaminal lumbar interbody fusion L5-S1; Osteotomy anteriorly L5-S1; Harvesting of local autograft bone T9 to the pelvis; Bilateral iliac crest bone graft harvesting; Kyphoplasty T8 for impending fracture; Interpretation and monitoring of motor-evoked potential, somatosensory-evoked potentials, and pedicle impedance EMG; and Lumbar discectomy L3-4 on the left by Dr. Moreno

- ❖ As of 2016, Ms. Hill stood approximately 5'3" tall and weighed 184 lbs.

Family medical history:
- ❖ Father: Coronary artery disease and cerebrovascular accident (deceased age 80)
- ❖ Mother: hypertension, macular degeneration, osteoarthritis, osteoporosis, sepsis (deceased age 92)
- ❖ Paternal uncle: diabetes, alcoholism, depression
- ❖ Maternal uncle: lung cancer, macular degeneration
- ❖ Paternal aunt: liver cancer and Alzheimer's disease
- ❖ Maternal grandfather: throat and mouth cancer
- ❖ Paternal grandfather: stroke

**E.     Psychosocial History**

(Umesh Choudhry records-9021.pdf pg. 1 not Bates stamped; Elizabeth Hill Categorization Form-44090.pdf pg. 21 not Bates stamped; Suncoast internal Medicine Consultants-7948.pdf pg. 7 not Bates stamped; Interview of Elizabeth Jane Hill, 10/21/16, 12/09/16, 02/24/17, 03/09/17)

Ms. Hill is the biological daughter of Anna Belle Thompson Edgemon and Frances Mario Edgemon. She was raised by her parents and English was the only language spoken in the home. Both of Ms. Hill's parents are no longer living. Ms. Hill is an only child. She has been married to Russell Hill, a recreational therapist at the VA, since 1985. This is her only marriage and this is his second marriage. The couple has 1 adult son (Robert Hill – age 27), who lives in Ft. Myers, Florida. Ms. Hill grew up in Center Hill, Florida, and presently resides with her husband and dog in a single story, ranch style home in a rural subdivision of Dunnellon, Florida. Dunnellon is located approximately 50 miles from the closest metropolitan area of Gainesville. However, in re-interview on 03/09/17, Ms. Hill reported she is moving to Ft. Meyers the beginning of April 2017 to be closer to her son as her husband's health has deteriorated and she wishes to be closer to family.

Regarding psychological issues, Ms. Hill reported she was previously treated by a counselor for anxiety and depression in approximately 2012 – 2013. She is no longer receiving care. Ms. Hill reported worsening issues with depression and anxiety since the IVC filter placement, removal, and post procedure course. She described intrusive thoughts and "bad memories" when she is reminded about the IVC filter, but she denied any nightmares. There was no suicidal or homicidal ideation or other psychopathy observed during interview. She denied history of legal difficulty.

**F.     Educational History/Occupational History**

(Elizabeth Hill Categorization Form-44090.pdf pg. 21 not Bates stamped; Social media records-10876.pdf pg. 89 not Bates stamped; Interview of Elizabeth Jane Hill, 10/21/16, 12/09/16, 02/24/17, 03/09/17)

Ms. Hill graduated from South Sumter High School in 1971 where she was predominantly an A & B student. She denied having ever been held back a grade or of having ever received special education services. Ms. Hill subsequently attended the University of Southern Mississippi and obtained her Bachelor of Science in Nursing as well as her Master of Science in Nursing. Regarding employment, Ms. Hill has held positions as a nursing clinical instructor at the University of Mississippi school of Nursing from December 1982 – June 1984. She has worked as a staff nurse at Forrest General Hospital from February 1977 – December 1982 and as a staff nurse in the acute psychiatry unit. Ms. Hill also served as the assistant nurse manager in the acute

psychiatric unit. She was medically retired at the time of her IVC filter surgery. However, she had obtained a part time job working 15 – 20 hours a week teaching staff how to communicate with schizophrenic patients and she maintains her nursing license. She reported that after her IVC filter surgery and the subsequent complications she had to relinquish this position. Ms. Hill stated she would like to go back to a part time position teaching because she likes helping people.