# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml 2570-RLY-TAB
MDL No: 2570

This Document Relates to All Actions

Plaintiff: ___Elizabeth Jane Hill___
[Name of Plaintiff]

## PLAINTIFF FACT SHEET

    Each Plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**. You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

    The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

10. Please provide the following information for your employment history, over the Past ten (10) years up until the present:

| Name of Employer | Address | Job Title/Description Of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Bay Pines VAMC | Bay Pines, Florida | Clinical nurse specialist | 1984 – 2010 | $100,000.00 (approximately at time of retirement) |

11. Have you ever served in any branch of the military?   Yes _____   No _X_

   If yes, please provide the following information:

   a. Branch and dates of service, rank upon discharge and the type of Discharge you received:   Not applicable

   b. Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition?   Yes _____   No _____   Not applicable

   If yes, state what that condition was:   Not applicable

12. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _X_

   If yes, please set forth where, when and the felony and/or crime of fraud and/or Dishonesty:   Not applicable.

## II. CLAIM INFORMATION

1) Have you ever received a Cook Inferior Vena Cava Filter?   Yes _X_   No _____

   If, yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter You have received:

  The documents are attached \_\_\_\_ [OR]  I have no documents __X__

l) All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit.  This includes, but is not limited to Interim Conditional Payment summaries and/or estimated prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

  Not applicable

  The documents are attached \_\_\_\_ [OR]  I have no documents __X__

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time.  This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. 1395y(b)(8), also known as Section 111 of Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m) Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

  Not applicable

  The documents are attached __X__ [OR]  I have no documents \_\_\_\_

## VERIFICATION

I, _Elizabeth Jane Hill_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Elizabeth Jane Hill_
[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _Russell Hill_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _02/17/2015_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

1085554-1 (10909-0412)