# EXHIBIT M

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Jessica Benson Cox
*Partner*
jessica.cox@FaegreBD.com
Direct **+1 317 237 1234**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Main **+1 317 237 0300**
Fax **+1 317 237 1000**

November 17, 2016

**VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL**

Joseph Johnson
BABBIT, JOHNSON, OSBORNE & LeCLAINCHE, PA
1641 Worthington Road, Suite 100
P.O. Box 4426
West Palm Beach, FL 33402

Michael W. Heaviside
HEAVISIDE REED ZAIC
910 17th Street, NW, Suite 800
Washington, DC 20006

Re:   *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation*, MDL No. 2570, Case No. 1:14-cv-06016

Dear Joe and Mike:

This letter is to follow up on the requests we made during Ms. Hill's deposition on November 10, 2016. Please send a copy of the following documents: (1) a copy of Ms. Hill's handwritten answers to her Plaintiff Fact Sheet; (2) receipts for the out of pocket expenses she claims; and (3) screenshots of Ms. Hill's Facebook account.

Thank you for your cooperation. Please call or email me if you have any questions.

Very truly yours,

Jessica Benson Cox

JBC/jd
cc:   Andrea R. Pierson (*via email*)
      John T. Schlafer (*via email*)
      Patrick H. Reilly (*via email*)
      Douglas B. King (*via email*)