# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01713 | Cause No. 1:17-cv-01707 |
| Cause No. 1:17-cv-01712 | Cause No. 1:17-cv-01588 |
| Cause No. 1:17-cv-01697 | Cause No. 1:17-cv-01703 |
| Cause No. 1:17-cv-01704 | Cause No. 1:17-cv-01538 |
| Cause No. 1:17-cv-01711 | Cause No. 1:17-cv-01131 |
| Cause No. 1:17-cv-01706 | Cause No. 1:17-cv-01699 |
| Cause No. 1:17-cv-01705 | Cause No. 1:17-cv-00920 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

> Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
> Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
> William Cook Europe ApS

US.112990187.01

Dated:  June 22, 2017                            /s/ John T. Schlafer
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  john.schlafer@faegrebd.com

US.112990187.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.112990187.01