IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Christopher Gough

 Civil Case #1:17-cv-06068-RLY-TAB

## NOTICE OF WITHDRAWAL OF APPEARANCE

A. Layne Stackhouse, counsel of record for Plaintiff Christopher Gough, hereby gives notice, pursuant to Local Rule 87-7(c)(4) of the withdrawal of Corrie J. Yackulic of the law firm Corrie Yackulic Law Firm, PLLC as counsel of record for Plaintiff in this matter. I will continue to represent Plaintiff in this matter.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ A. Layne Stackhouse