# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-00651 | Cause No. 1:17-cv-01630 |
| Cause No. 1:17-cv-00652 | Cause No. 1:17-cv-01631 |
| Cause No. 1:17-cv-00793 | Cause No. 1:17-cv-01632 |
| Cause No. 1:17-cv-00886 | Cause No. 1:17-cv-01633 |
| Cause No. 1:17-cv-01129 | Cause No. 1:17-cv-01634 |
| Cause No. 1:17-cv-01245 | Cause No. 1:17-cv-01635 |
| Cause No. 1:17-cv-01559 | Cause No. 1:17-cv-01721 |
| Cause No. 1:17-cv-01625 | Cause No. 1:17-cv-01728 |
| Cause No. 1:17-cv-01626 | Cause No. 1:17-cv-01735 |
| Cause No. 1:17-cv-01629 | Cause No. 1:17-cv-01736 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

2

Dated:  June 23, 2017                             /s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.113002932.01