**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570
_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-00651 | Cause No. 1:17-cv-01630 |
| Cause No. 1:17-cv-00652 | Cause No. 1:17-cv-01631 |
| Cause No. 1:17-cv-00793 | Cause No. 1:17-cv-01632 |
| Cause No. 1:17-cv-00886 | Cause No. 1:17-cv-01633 |
| Cause No. 1:17-cv-01129 | Cause No. 1:17-cv-01634 |
| Cause No. 1:17-cv-01245 | Cause No. 1:17-cv-01635 |
| Cause No. 1:17-cv-01559 | Cause No. 1:17-cv-01721 |
| Cause No. 1:17-cv-01625 | Cause No. 1:17-cv-01728 |
| Cause No. 1:17-cv-01626 | Cause No. 1:17-cv-01735 |
| Cause No. 1:17-cv-01629 | Cause No. 1:17-cv-01736 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated: June 23, 2017                              /s/ Andrea Roberts Pierson
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana  46204
                                                          Telephone:  (317) 237-0300
                                                          Facsimile:  (317) 237-1000
                                                          E-Mail:  andrea.pierson@faegrebd.com
                                                          E-Mail:  john.schlafer@faegrebd.com

US.113003369.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson _____

US.113003369.01