IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Joanne R. Brown

 Civil Case #1:17-cv-1714

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on June 26, 2017, a copy of the First Amended Plaintiff Complaint and Jury Demand was served on all parties via ECF.

Respectfully submitted,

**BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
3737 Buffalo Speedway, 18th Floor
Houston, Texas  77098
Office Tel: (832) 413-4410
Cell: (832) 585-9829
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

1