UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIA-BILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Elizabeth Jane Hill<br><br>Civil Case No.: 1:15-cv-06016-RLY-TAB | |

# Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery Responses

Pursuant to Local Rule 6-1(a), Plaintiff, by counsel, respectfully moves the Court to grant her a fourteen (14) day extension of time to respond to Defendant's Motion to Compel Discovery Responses [ECF No. 5143]. In support of this motion, Plaintiff states the following:

1. On June 22, 2017, Defendant filed a motion to compel discovery response as well as a brief in support of said motion. [*See* ECF Nos. 5143 and 5144.]

2. Under Local Rule 7-1(c)(2)(A) a, Plaintiff's response is due on or before July 6, 2017.

3. Plaintiff respectfully requests a fourteen (14) day extension of time up to and including July 20, 2017 given counsels' schedule and the upcoming holiday.

4.	The undersigned counsel has discussed the requested extension with counsel for Defendant, Andrea Roberts Pierson, who has stated that Defendant does not object to the extension request.

**Wherefore**, Plaintiff, by counsel, respectfully moves the Court grant this motion and order that Plaintiff's response brief be due on or before July 20, 2017.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC


/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
James A. Piatt, Atty. No. 28320-49
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:	(317) 633-5270
Facsimile:	(317) 426-3348
Email:		jwilliams@rwp-law.com

## Certificate of Service

I hereby certify that on June 27, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

/s/ *Joseph N. Williams*
Joseph N. Williams