UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIA-BILTY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

## Order Granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery Responses

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery Responses, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's Motion is **Granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiff's Response to Defendant's Motion to Compel Discovery Responses is due on or before **July 20, 2017**.

**All of Which is Ordered** this _____ day of _____, 2014.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.