# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-01714
Cause No. 1:17-cv-01715
Cause No. 1:17-cv-01717
Cause No. 1:17-cv-01719
Cause No. 1:17-cv-01718

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 27, 2017
    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-Mail:  andrea.pierson@faegrebd.com
    E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.113054377.01