IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br>TERRENCE I. BRILL<br>Civil Case # 1:16-cv-2267-RLY-TAB | |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

This Court, being duly advised, now finds that the above captioned case should be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Unopposed Motion to Dismiss Without Prejudice is granted and the above captioned case is hereby dismissed without prejudice.

This 29th day of June, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record