# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:

Cause No. 1:17-cv-01765              Cause No. 1:17-cv-01775
Cause No. 1:17-cv-01766              Cause No. 1:17-cv-01779
Cause No. 1:17-cv-01767              Cause No. 1:17-cv-01781
Cause No. 1:17-cv-01768              Cause No. 1:17-cv-01785
Cause No. 1:17-cv-01770              Cause No. 1:17-cv-01790
Cause No. 1:17-cv-01772              Cause No. 1:17-cv-01795
Cause No. 1:17-cv-01773              Cause No. 1:17-cv-01800
Cause No. 1:17-cv-01774

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

> Cook Medical LLC (which is alleged in some cases to be also known as or formerly
> known as "Cook Medical, Inc.");
> Cook Incorporated (which is alleged in some cases to be doing business as "Cook
> Medical"); and
> William Cook Europe ApS

Dated:  June 29, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

3