# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01765 | Cause No. 1:17-cv-01775 |
| Cause No. 1:17-cv-01766 | Cause No. 1:17-cv-01779 |
| Cause No. 1:17-cv-01767 | Cause No. 1:17-cv-01781 |
| Cause No. 1:17-cv-01768 | Cause No. 1:17-cv-01785 |
| Cause No. 1:17-cv-01770 | Cause No. 1:17-cv-01790 |
| Cause No. 1:17-cv-01772 | Cause No. 1:17-cv-01795 |
| Cause No. 1:17-cv-01773 | Cause No. 1:17-cv-01800 |
| Cause No. 1:17-cv-01774 | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated: June 29, 2017 | /s/ Andrea Roberts Pierson |
| | Andrea Roberts Pierson (# 18435-49) |
| | John T. Schlafer (# 28771-49) |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana  46204 |
| | Telephone:  (317) 237-0300 |
| | Facsimile:  (317) 237-1000 |
| | E-Mail:  andrea.pierson@faegrebd.com |
| | E-Mail:  john.schlafer@faegrebd.com |

US.113076489.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson