IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
  Connie Bennett_____

 Civil Case #1:17-cv-00042-RLY-TAB_____

**MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO AMEND THE SHORT FORM COMPLAINT**

Pursuant to Rule 25(b) of the Federal Rules of Civil Procedure, counsel moves this Court for an Order substituting as plaintiffs Dana Turcic and Ashley Shamrock on behalf of their incapacitated mother, Connie Bennett.

1. Plaintiff Connie Bennett filed her original Short Form Complaint on January 5, 2017, as the named party plaintiff.

2. However, counsel has just recently been made aware that Ms. Bennett was declared legally incapacitated on February 12, 2013 by the Court of Common Pleas of Fayette County, Pennsylvania.

3. Ms. Bennett's two daughters, Dana Turcic and Ashley Shamrock, were appointed plenary co-guardians of Ms. Bennett in the same order.

4. Federal Rule of Civil Procedure 25(b) gives this Court discretion to permit Ms. Bennett's case to be continued by her two co-guardians, as her representatives.

5. Dana Turcic and Ashley Shamrock further seek leave to file the attached short form complaint to substitute themselves as Plaintiff on Ms. Bennett's behalf. See Exhibit A, attached hereto.

6. Dana Turcic and Ashley Shamrock have both consented to the proposed substitution.

7. Plaintiff's counsel has conferred with Defendants' counsel and was formerly informed, by prior defense counsel, that Defendants do not oppose this motion and substitution.[1]

8. Based on the foregoing, Dana Turcic and Ashley Shamrock request that this Court grant their request for substitution as Plaintiffs in this action on behalf of Connie Bennett, and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.

Dated: June 28, 2017

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

/s/ A. Layne Stackhouse
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

---

[1] Plaintiff's counsel met and conferred with prior defense counsel in this matter, prior to current defense counsel appearing in this case. Plaintiff's counsel was informed they did not oppose this motion. For courtesy, Plaintiff's counsel sent former defense counsel a copy of what she intended to file but they never got back to Plaintiff's counsel prior to withdrawing their appearances in this case. Plaintiff's counsel has since reached out to current defense counsel on numerous occasions to ensure that the motion is still unopposed but has never heard back from them on the matter. In the abundance of caution, Plaintiff's counsel is not listing this motion as "unopposed" but notes the information Plaintiff's counsel received prior to new counsel appearing in this case was that Defendants were not opposed to this substitution.

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 28, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                       */s/ A. Layne Stackhouse*