IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to Plaintiff(s)
  Dana Turcic and Ashley Shamrock, on behalf of Connie Bennett

 Civil Case #1:17-cv-00042_____

**ORDER**

       IT IS  ORDERED that the Motion to Substitute Party and Amended Short Form Complaint

filed by Dana Turcic and Ashley Shamrock be GRANTED, and the Clerk of the Court is directed

to file the Amended Short Form Complaint into the record on this matter as of the date of this

order.

    Signed this _____ day of _____, 2017.

_____
Hon. Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1