## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to All Actions

_____


### AGREED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated),

and William Cook Europe ApS (collectively "Cook" or Defendants) hereby move the Court for

an Order extending the time in which they may respond to Plaintiffs' Motion for Order to Show

Cause [Docket No. 5080] from July 3, 2017, to July 10, 2017. Counsel for Plaintiffs have agreed

to this extension.

Respectfully submitted,


Dated: June 30, 2017                      /s/ John T. Schlafer
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 237-0300
                                          Facsimile: (317) 237-1000
                                          E-Mail: andrea.pierson@faegrebd.com
                                          E-mail: joe.tanner@faegrebd.com
                                          E-Mail: john.schlafer@faegrebd.com

US.113084362.01

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com


*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2017, a copy of the foregoing Agreed Motion To Extend Time For Defendants' Response To Plaintiffs' Motion For Order To Show Cause was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

<u>/s/ John T. Schlafer</u>

US.113084362.01