# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER GRANTING AGREED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE

This matter came before the Court upon an AGREED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE filed by Cook Defendants' Counsel, requesting the Court to grant same and extend the deadline from July 3, 2017, to July 10, 2017.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendants have until July 10, 2017, to respond to Plaintiffs' Motion for Order to Show Cause [Docket No. 5080].

So ordered this _____ day of _____, 2017.

_____

US.113084992.02