# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                 MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01226 | Cause No. 1:17-cv-01811 |
| Cause No.1:17-cv-01358 | Cause No. 1:17-cv-01813 |
| Cause No.1:17-cv-01802 | Cause No. 1:17-cv-01815 |
| Cause No.1:17-cv-01803 | Cause No. 1:17-cv-01834 |
| Cause No.1:17-cv-01804 | Cause No. 1:17-cv-01838 |
| Cause No.1:17-cv-01805 | Cause No. 1:17-cv-01861 |
| Cause No.1:17-cv-01806 | Cause No. 1:17-cv-01863 |
| Cause No.1:17-cv-01809 | Cause No. 1:17-cv-01876 |
| Cause No.1:17-cv-01810 | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly
known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

US.113093349.01

2

Dated:  June 30, 2017                                    /s/ John T. Schlafer
                                                         Andrea Roberts Pierson (# 18435-49)
                                                         John T. Schlafer (# 28771-49)
                                                         FAEGRE BAKER DANIELS LLP
                                                         300 North Meridian Street, Suite 2700
                                                         Indianapolis, Indiana  46204
                                                         Telephone:  (317) 237-0300
                                                         Facsimile:  (317) 237-1000
                                                         E-Mail:  andrea.pierson@faegrebd.com
                                                         E-Mail:  john.schlafer@faegrebd.com

US.113093349.01

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.113093349.01