UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:17-cv-06058-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER

On April 11, 2017, the court ordered the Cook Defendants—Cook Group Incorporated (named in the Petition as Cook Group, Inc.), Cook Incorporated, Cook Medical LLC, and William Cook Europe, ApS—to submit evidence, accompanied by an affidavit, of their business activities in the State of Missouri as compared to their business activities nationwide and worldwide on or before June 1, 2017.  They failed to do so.  Therefore, the court **ORDERS** them to comply with the court's April 11 Order on or before Monday, **July 17, 2017**.

**SO ORDERED** this 5th day of July 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1