IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to ALL ACTIONS

_____

**JOINT MOTION TO ENTER CASE MANAGEMENT ORDER NO. 22 (QUALIFIED
PATIENT DATA SECURITY AGREEMENT AND PROTECTIVE ORDER)**

Plaintiffs and Defendants jointly submit the proposed Case Management Order No. 22

(Qualified Patient Data Security Agreement and Protective Order) ("CMO 22"), attached hereto

as Exhibit A.  As explained more fully in CMO 22, it is intended to ensure compliance with the

U.S. and global legal obligations for safeguarding and protecting patient-level data, including but

not limited to data collected in relation to clinical trials, such as raw data,[1] images, patient

records and adverse event reporting information.  The Parties, therefore, respectfully request that

the Court approve and enter the attached CMO 22.

---

[1] Raw data refers to patient-level data that have been directly collected during a clinical trial or study (e.g. age, weight, height, medical history, images, surgery and medical treatment dates, etc. pertaining to a patient). Derived data are data that is obtained from raw data and which have undergone a derivation or calculation (e.g. body mass index is derived from the weight and height of a patient).

July 5, 2017

Respectfully submitted,

*/s/ Andrew L. Campbell*

Andrea Roberts Pierson
John T. Schlafer
Andrew L. Campbell
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com
andrew.campbell@faegrebd.com

*Counsel for Cook Defendants*

*/s/ Joseph N. Williams*

Joseph N. Williams
RILEY WILLIAMS & PIATT LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
Tel: (317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92651
Tel: (949) 717-5120
Fax: (949) 715-5123
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave, Suite 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (314) 744-7590
bmartin@bencmartin.com

2

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/  Andrew L. Campbell

3

US.112902323.01