**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Hill v. Cook Medical, Inc., et al.*
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc., et al.*
Case No. 1:14-cv-1875-RLY-TAB

## PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, TO COMPEL EXPERT DEPOSITIONS

This motion presents two issues related to Defendants' disclosure of "hybrid" witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) ("Witnesses Who Do Not Provide a Written Report").

First, Cook has disclosed eight Rule 26(a)(2)(C) case-specific treating physicians. Plaintiffs do not object to the fact that these physicians were disclosed; but the disclosures impermissibly include opinions beyond the scope of the witnesses' observations as treating physicians. Plaintiffs seek to exclude all such opinions.

Second, Cook has disclosed six more Rule 26(a)(2)(C) witnesses who are affiliated with Cook. Four were not previously deposed and Cook has not objected to Plaintiffs' request for deposition dates (Dr. James Gardner and Dr. Rolf Gunther). However, two others—Jennifer Brown, Ph.D. and Brian D. Choules, Ph.D.—were previously deposed as employee *fact* witnesses before Cook gave any indication it would designate them to offer expert opinions at trial. Plaintiffs requested a half-day deposition of each to discover the opinions they intend to

give and the grounds for those opinions.  Cook refuses to produce the witnesses for deposition

because they previously were deposed as fact witnesses. Therefore, and as set forth more fully in

the accompanying memorandum and exhibits, Plaintiffs respectfully move the Court to exclude

all expert testimony offered by Drs. Brown and Choules or, in the alternative, to compel

depositions of Drs. Brown and Choules to discover their opinions and the bases for those

opinions.

Dated: July 5, 2017.                                    Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*
*and on behalf of Plaintiffs' Steering Committee*


*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.

Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Anthony James Urban | Brian J. Urban |
| Law Offices of Anthony Urban, PC | Law Offices of Anthony Urban, PC |
| 474 N. Centre Street, 3rd Floor | 474 N. Centre Street, 3r Floor |
| Pottsville, PA 17901 | Pottsville, PA 17901 |
| Carrie R. Capouellez | Caleb Hoff Didricksen, III |
| Lopez McHugh, LLP | Didricksen Law Firm, PLC |
| 214 Flynn Avenue | 3114 Canal Street |
| Moorestown, NJ 08057 | New Orleans, LA 70119 |
| Carl A. Woods, III | Cliff W. Marcek |
| Didriksen Law Firm | Cliff W. Marcek, P.C. |
| 3114 Canal Street | 700 S. Third Street |
| New Orleans, LA 70119 | Las Vegas, NV 89101 |
| Curtis Hoke | David Carl Anderson |
| The Miller Firm LLC | Anderson Law |
| The Sherman Building | 711 Van Ness Avenue |
| 108 Railroad Avenue | Suite 220 |
| Orange, VA 22960 | San Francisco, CA 94102 |
| | |
| John Cornew | James R. Olson |
| 409 E. Maple ave | Olson, Cannon, Gormley, Angulo |
| Lindenwold, NJ 08021 | & Stoberski |
| | 9950 West Cheyenne Avenue |
| | Las Vegas, NV 89129 |

3

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph G. Sauder
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Philip Sholtz
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Max E. Corrick
Olson, Cannon, Gormley,
Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Peter C. Wetherall
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

Wilnar Jeanne Julmiste
Anderson Glenn LLP – Boca Raton,
FL
2201 NW Corporate Blvd, Suite 100
Boca Raton, FL 33431

*/s/ Ben C. Martin*
   Ben C. Martin