# EXHIBIT B

**From:** Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Sent:** Friday, June 23, 2017 12:09:27 AM
**To:** Matt Schultz; Pierson, Andrea Roberts
**Cc:** Ben Martin; Joseph N. Williams; David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com; Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen; Mark Chavez (mchavez@thematthewslawfirm.com); Jason Voelke (jvoelke75@gmail.com); Will Moody Jr.
**Subject:** RE: DEPOSITIONS

Matt,

In response to your emails below:

I.  **Retained Experts**
    a. Thank you for finalizing those dates. Please let me know as soon as you can re Cook's Medical Expert deposition dates. I will check and see if Dr. Virmani can do Aug 7, 8 or 9.
II. **Kaufman and Smouse**
    a. Dr. Kaufman is available Aug. 2nd.
    b. We are still evaluating how much time we may need with Drs. Kaufman and Smouse.
III. **Brown, Choules, Gardner and Gunther**
    a. You have already deposed Brown and Choules. We will not be providing additional dates.
    b. With respect to Drs. Gardner and Gunther, we will get their availability for deposition. We may not be able to agree to your proposed time allocation below, but we can at least begin to secure some dates. While Dr. Gardner will be available for a deposition in Indianapolis, Dr. Gunther's deposition may need to be taken outside of the United States.
IV. **Treating Medical Physicians**
    a. You have already had an opportunity to depose all treaters designated by Cook, and their designations are consistent with their depositions. The witnesses will not be presented live at trial, but Cook may designate portions of their depositions. The witnesses' depositions are closed, consistent with Judge Baker's ruling in Gage.
V.  **Fact Witness Depositions**
    a. We will note the Carlson and Gyllun dates on the calendar.
VI. **Plaintiff's Expert Witnesses**
    a. We have these on the calendar.


Jessica Benson Cox
*Partner*
jessica.cox@FaegreBD.com    Download vCard
D: +1 317 237 1234

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Thursday, June 22, 2017 4:09 PM
**To:** Pierson, Andrea Roberts
**Cc:** Cox, Jessica Benson; Ben Martin; Joseph N. Williams (jwilliams@rwp-law.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com; Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen; Mark Chavez (mchavez@thematthewslawfirm.com); Jason Voelke (jvoelke75@gmail.com); Will Moody

Jr.
**Subject:** RE: DEPOSITIONS

PS: Any chance Dr. Virmani could do Aug 7 or 8 or 9 instead of 4th or 5th?

---

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Thursday, June 22, 2017 2:27 PM
**To:** Matt Schultz
**Cc:** Cox, Jessica Benson; Ben Martin; Joseph N. Williams (jwilliams@rwp-law.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com; Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen; Mark Chavez (mchavez@thematthewslawfirm.com); Jason Voelke (jvoelke75@gmail.com); Will Moody Jr.
**Subject:** Re: DEPOSITIONS

Matt, Jessica will get back to you today or tomorrow. She's in Garcia at the moment.

Sent from my iPhone

On Jun 22, 2017, at 3:26 PM, Matt Schultz <mschultz@levinlaw.com> wrote:

> I have received no response to this email. We need dates for the hybrid witnesses listed below and an agreement (or disagreement) on our proposed allotment of time so we can anticipate any issues with the Court if necessary. Thanks.
>
> **From:** Matt Schultz
> **Sent:** Friday, June 16, 2017 1:32 PM
> **To:** 'Cox, Jessica Benson'; Pierson, Andrea Roberts; Ben Martin; Joseph N. Williams (jwilliams@rwp-law.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com
> **Cc:** Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen; Mark Chavez (mchavez@thematthewslawfirm.com); Jason Voelke (jvoelke75@gmail.com); Will Moody Jr.
> **Subject:** DEPOSITIONS
>
> Andrea/Andy/All:
>
> We can confirm the following depositions for your **retained experts with reports**. Recall that you were unwilling to set any plaintiff's expert depositions until you had dates for all. By that token, we reserve the right to alter this schedule if subsequent expert disclosures require us to shuffle responsibilities on our end; but our intent is to take the following depositions on the following dates you provided:
> 1. Robertson: June 30 (Chicago)
> 2. Lynch: July 7 (Indy)
> 3. Frysek: July 12 (DC)
> 4. Perry: July 19 (Seattle)
> 5. Harvey: July 24 (DC)
> 6. Pellerite: July 25 (DC)

7. Virmani: Aug 4 or 5 (DC) (which day and possibly date altogether depends on when Kaufman is set)

Regarding your **hybrid experts Kaufman and Smouse** we would be amenable to splitting time 5 hours/2 hours.
    1. Kaufman Aug 2 (Portland)
    2. Smouse Aug 11 (Chicago)

Regarding your **hybrid experts Brown, Choules, Gardner and Gunther** we propose deposing each for a half-day (2.5 hours P/.5 hours D/.5 hours P). We would prefer to take these four witnesses in two days (not necessarily back-to-back).
    1. Brown (Indy): Please provide dates.
    2. Choules (Indy): Please provide dates.
    3. Gardner (Indy): Please provide dates.
    4. Gunther (Indy): Please provide dates.

Regarding **hybrid medical experts** we are still conferring on how to approach them and should have an answer by Monday. This includes Bellingar, Lynch, Moreno, Zuzga, Crisostomo, Goodwin, Larkin and Pangan.

Regarding **remaining fact witnesses**:
    1. Carlson: June 22 (Warsaw)
    2. Gyllun: July 14 (Indy)
    3. Ragheb: We have decided not to depose Dr. Ragheb.
    4. Hawkins (Indy): Cook objections under advisement

Regarding **remaining plaintiff's experts**:
    1. Marmureanu: June 20/21 (LA)
    2. Garcia: June 22 (Seattle)
    3. Kessler: June 30/July 1 (DC)
    4. Fishbein: July 21 (LA)

---

**From:** Cox, Jessica Benson [mailto:Jessica.Cox@FaegreBD.com]
**Sent:** Friday, June 16, 2017 12:34 PM
**To:** Pierson, Andrea Roberts; Ben Martin; Joseph N. Williams (jwilliams@rwp-law.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Matt Schultz; Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com
**Cc:** Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen
**Subject:** RE: Cook Non-Medical Expert Disclosures

Counsel,

I have received confirmation for Dr. Fryzek's deposition for July 12th (and have indicated this in the chart below), but have yet to receive confirmation on any of the other dates offered by Andrea in her email on Monday. Could you please confirm the deposition dates for the remaining experts by COB today?

Given Dr. Robertson's proposed dates are quickly approaching, if we could get confirmation on his date *before* COB today, that would also be helpful.

Thank you,

-JBC

Jessica Benson Cox
*Partner*
jessica.cox@FaegreBD.com    Download vCard
D: +1 317 237 1234

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**From:** Pierson, Andrea Roberts
**Sent:** Monday, June 12, 2017 10:43 PM
**To:** Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com); Joseph N. Williams (jwilliams@rwp-law.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Matt Schultz (mschultz@levinlaw.com); Mike Gallagher (Mike@gld-law.com); jjohnson@babbitt-johnson.com
**Cc:** Cox, Jessica Benson; Tanner, John Joseph; Webber, Chuck; Campbell, Andrew L.; Bennett, James Stephen
**Subject:** Cook Non-Medical Expert Disclosures

Counsel,

Attached are Cook's Rule 26 Expert Disclosures for Cook's non-medical witnesses.  Per the Court's Order on June 7, 2017 Telephonic Status Conference, we are serving the following experts' reports via Secure File Transfer:

- Dr. Jon Fryzek
- Dr. Elisa Harvey
- Dr. Gerald Lynch
- Harold Pellerite
- Dr. Kenneth Perry
- Dr. Scott Robertson
- Dr. Renu Virmani

Any materials that are not publically available (i.e. published medical literature) and/or have not been produced previously in the litigation  (i.e. medical records previously produced by either side; Cook company documents identified by bates number in the reports, etc.), that the above experts relied upon will be produced to you on or before  June 19, 2017.

Available deposition dates are as follows.

| **Defendant Expert** | **Locations** | **Proposed Dates** |
|---|---|---|
| Dr. Jon Fryzek | Faegre Baker Daniels LLP | [Confirmed for July 12th ] |

|  |  |  |
|---|---|---|
|  | 1050 K Street NW, Suite 400<br>Washington, DC 20001 |  |
| Dr. Elisa Harvey | Faegre Baker Daniels LLP<br>1050 K Street NW, Suite 400<br>Washington, DC 20001 | July 24th or 25th |
| Dr. Gerald Lynch | Faegre Baker Daniels LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204 | July 7 |
| Harold Pellerite | Faegre Baker Daniels LLP<br>1050 K Street NW, Suite 400<br>Washington, DC 20001 | July 25th |
| Dr. Kenneth Perry | Seatte<br>Location TBD | July 18 or 19 |
| Dr. Scott Robertson | Faegre Baker Daniels LLP<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606 | June 28th-30th |
| Dr. Renu Virmani | Faegre Baker Daniels LLP<br>1050 K Street NW, Suite 400<br>Washington, DC 20001 | August 4th, 5th |

**Please confirm with my partner, Jessica Cox, the deposition dates you prefer for the witnesses listed above by June 15th.  Thank you.**

Andrea Roberts Pierson
*Partner*
andrea.pierson@FaegreBD.com    Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA