# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

    *Hill v. Cook Medical, Inc., et al.*
    Case No. 1:14-cv-6016-RLY-TAB

    *Gage v. Cook Medical, Inc., et al.*
    Case No. 1:14-cv-1875-RLY-TAB

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Exclude Expert Testimony or, in the Alternative, to Compel Expert Depositions, is hereby GRANTED.

IT IS FURTHER ORDERED that expert testimony of Drs. Frank Lynch, Anthony Moreno, Mark Zuzga, Paul Crisostomo, Mark Goodwin, Timothy Larkin, and Antonio Pangan shall be excluded from this litigation insofar as that testimony exceeds expertise related to the treatment of plaintiffs Elizabeth Hill or Arthur Gage.

[IT IS FURTHER ORDERED that any and all expert testimony of Drs. Brown and Choules shall be excluded from this litigation.]

-OR-

[IT IS FURTHER ORDERED that Defendants shall present Drs. Brown and Choules for deposition by oral examination. Such depositions shall be limited to the subject matter concerning the deponents' proffered expertise; shall each not exceed 3.5 hours in length (2.5 hours of questioning by Plaintiffs, followed by 0.5 hours of questioning by Defendants, followed

by 0.5 hours of questioning by Plaintiffs); and shall occur within \_\_\_\_ days of this order, with the date, time, and location to be agreed upon by the parties.]

    SO ORDERED this \_\_\_\_ day of _____, 2017.

_____
Judge for the
United States District Court
Southern District of Indiana