UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Elizabeth Jane Hill<br><br>Civil Case No.: 1:15-cv-06016-RLY-TAB | |

### Order Granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery Responses

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery Responses, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's Motion is **Granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiff's Response to Defendant's Motion to Compel Discovery Responses is due on or before **July 20, 2017**.

**So Ordered:** 7/5/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Service shall be made on all non-registered counsel of record by Plaintiffs' Lead Counsel.