**Greg Smith**

| | |
|---|---|
| **From:** | Ben Martin [bmartin@bencmartin.com] |
| **Sent:** | Tuesday, May 30, 2017 4:31 PM |
| **To:** | Matt Schultz; Greg Smith |
| **Cc:** | Taylor FitzGerrell; Nancy Miranda |
| **Subject:** | RE: In Re Cook Medical IVC filter litigation |

Great  Thanks Matt.

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, May 30, 2017 4:28 PM
**To:** Greg Smith <GSmith@serpejones.com>; Ben Martin <bmartin@bencmartin.com>
**Cc:** Taylor FitzGerrell <TFitzGerrell@serpejones.com>; Nancy Miranda <NMiranda@serpejones.com>
**Subject:** RE: In Re Cook Medical IVC filter litigation

Back in the cabin. I talked with Greg last week and told him I didn't foresee any problem with the extension and just to ask Dr. Lumsden how much time he would need. Ben, in case you haven't already gotten back with Greg.....

**From:** Greg Smith [mailto:GSmith@serpejones.com]
**Sent:** Tuesday, May 30, 2017 1:32 PM
**To:** Ben Martin
**Cc:** Matt Schultz; Taylor FitzGerrell; Nancy Miranda
**Subject:** RE: In Re Cook Medical IVC filter litigation

Sounds good.  Thanks

**From:** Ben Martin [mailto:bmartin@bencmartin.com]
**Sent:** Tuesday, May 30, 2017 1:32 PM
**To:** Greg Smith
**Cc:** Matt Schultz; Taylor FitzGerrell; Nancy Miranda
**Subject:** Re: In Re Cook Medical IVC filter litigation

Greg: Matt is out of the country at the moment. I believe we can provide you the time you've requested. Let me get back with you today.

Sent from my iPhone

On May 30, 2017, at 1:26 PM, Greg Smith <GSmith@serpejones.com> wrote:

Good afternoon Matt,

Following up on our phone call last week, I spoke with Dr. Lumsden today and he is headed out of town this afternoon for an extended trip.  I understand he does have responsive documents to the subpoena, but we would like an extension until Wednesday, July 5th to respond due his absence from the office. The current response deadline is June 12th so we are asking for an additional  three weeks.  Please let me know if you can agree to this extension.  I understand you are out of the office on vacation this week with limited e-mail access so I have copied Ben Martin on this email as well.  Thanks

Greg



**GREGORY W. SMITH\***

    <image005.gif>      <image006.jpg>
<image007.png>
2929 ALLEN PARKWAY, SUITE 1600 | HOUSTON, TEXAS 77019
713.452.4409 DIRECT | 713.452.4400 MAIN | 713.452.4499 FAX
gsmith@serpejones.com  | www.serpejones.com
*\*LICENSED IN TEXAS AND NEW YORK*

<image008.png>

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, May 23, 2017 11:55 AM
**To:** Ben Martin; Greg Smith
**Cc:** Taylor FitzGerrell; Nancy Miranda
**Subject:** RE: In Re Cook Medical IVC filter litigation

Greg, I can give you a call today. What's a good time for you? Thx. Matt

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com

<image001.jpg>   <image002.png>   <image003.png>   <image004.png>

**From:** Ben Martin [mailto:bmartin@bencmartin.com]
**Sent:** Tuesday, May 23, 2017 11:41 AM
**To:** Greg Smith; Matt Schultz
**Cc:** Taylor FitzGerrell; Nancy Miranda
**Subject:** Re: In Re Cook Medical IVC filter litigation

Sure. Matt Schulz is my co-chair on discovery matters. Copying him.

Sent from my iPhone

On May 23, 2017, at 11:39 AM, Greg Smith <GSmith@serpejones.com> wrote:

    Ben,

    I represent Dr. Alan Lumsden  in regards to the subpoena you issued on May 8, 2017 in the Cook IVC litigation matter.  I would like to discuss the subpoena with you and the response deadline.  Please call me when you have a moment.  Thanks

    Greg

**GREGORY W. SMITH\***

&lt;image001.gif&gt;          &lt;image002.jpg&gt;
&lt;image003.png&gt;
2929 ALLEN PARKWAY, SUITE 1600 | HOUSTON, TEXAS 77019
713.452.4409 DIRECT | 713.452.4400 MAIN | 713.452.4499 FAX
gsmith@serpejones.com   | www.serpejones.com
\*LICENSED IN TEXAS AND NEW YORK

&lt;image004.png&gt;