## <u>AFFIDAVIT OF MICHAEL SIEGFRIED</u>

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared **Michael Siegfried**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed, and who, after being by me first duly sworn, on his oath deposed and stated as follows:

1. "My name is Michael Siegfried. I am over the age of eighteen (18) years, have never been convicted of a felony, am of sound mind and am competent to make this affidavit. I am able to swear that I have personal knowledge of the facts contained in this affidavit and that the facts are true and correct.

2. I am employed as a Claims Attorney for Houston Methodist Specialty Physician Group, the employer of Alan B. Lumsden, M.D.. Through my position and corresponding duties, I have personal knowledge related to the burdens and costs that are incurred as result of having to respond to discovery requests – including the evaluations and reviews that are necessary for determining whether responsive documents are privileged and the work that is necessary to log and establish those privileges.

3. I have also reviewed the subpoena to Alan B. Lumsden, M.D. ("Non-Party Dr. Lumsden") that was issued at the request of Plaintiffs in Case No.: 1-14-ml-2570-RLY-TAB, in the United States District Court for the Southern District of Indiana – Indianapolis Division, which is the subject of Non-Party Dr. Lumsden's Motion to Quash and Motion for Protection. Included in the subpoena are requests that seek agreements, presentations, communications, tests and studies related to litigation surrounding the use of Cook Medical intravascular cardiovascular ("IVC") filters for a seventeen year period (January 1, 2000 – present).

4. In general, any tests and studies related to patient care and outcomes are privileged pursuant to the hospital committee and/or peer review privileges. *See* Tex. Health & Safety Code §§ 161.031, *et seq.*, Tex Occ. Code §§ 160.001, *et seq.* and/or 42 U.S.C. §§ 11101, *et seq.*

5. With regard to agreements and contracts with Cook Medical, those documents are marked confidential and I have not seen a protective order that would permit their disclosure. These agreements and contracts should be available from the Cook Medical Defendants. To the extent these documents can be produced by Cook Medical that would decrease the burden on Non-Party Dr. Lumsden and Houston Methodist Specialty Physician Group.



EXHIBIT
E

Affidavit of Michael Siegfried
Page 2 of 2

6.   Communications and presentations related to Cook Medical IVC filters and all other IVC filters for a period of seventeen years is unduly burdensome to Non-Party Dr. Lumsden and include an overly broad scope and time period.

7.   To fully respond to the request for those documents would pose and undue burden on Non-Party Dr. Lumsden.  The burden and expense to Non-Party Dr. Lumsden to appropriately respond to those requests would also be undue.  Non-Party Dr. Lumsden would be required to mine through voluminous records, emails and various communications in order to determine what documents might be responsive and what should be included on a privilege log and/or redacted for containing patient identifying information.  This would take away time from his patient care for Houston Methodist Specialty Physician Group.

8.   Accordingly, in order to conduct the reviews to identify potentially responsive documents and to the gather and review the documents for responsiveness and privilege, Non-Party Dr. Lumsden would have to utilize his internal administrative staff, executive staff, in house legal counsel and outside legal counsel to conduct the reviews necessary and fully respond to the subpoenas to which Non-Party Dr. Lumsden has moved to quash as more fully explained in his Motion to Quash and Motion for Protection."

_____
Michael Siegfried


SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  on  this,  the  5th  day  of
July                                , 2017.

_____
NOTARY PUBLIC in and for
the State of TEXAS

VALERIE K. BREZIK
Notary Public, State of Texas
Comm. Expires 05-24-2018
Notary ID 1882751