UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Civil Action No.: 4:17-mc-1721

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA – INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING,
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

This Document Relates to All Actions

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER**

On this day, came to be heard Non-Party Alan Lumsden, M.D.'s Motion to Quash and Motion for Protection from Subpoena to Produce Documents, Information or Objects and which was issued at the request of Plaintiffs. Having considered the foregoing document, all responses and replies, the papers on file with the Court and the arguments of counsel, if any, the Court finds that the Motion should be GRANTED. Therefore, it is:

ORDERED that the subpoena is quashed and that Non-Party Alan Lumsden, M.D. is protected and need not provide any further response to the subpoena.

Signed on this _____ day of _____, 2017.

_____
JUDGE PRESIDING