IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Joshua Aaron Presnell and Krista Presnell

Civil Case #   1:16-cv-00509

## NOTICE OF SUBSTITUTION OF COUNSEL

     PLEASE TAKE NOTICE, J. Curt Tanner, of the law firm Cory Watson, P.C. hereby gives his appearance as counsel in connection with the above-referenced action. It is respectfully requested that J. Curt Tanner replace Karen Lawrence Puccio as attorney of record for Plaintiffs. Ms. Puccio is no longer associated with Cory Watson, P.C., and should be removed from all pleadings and mailings.

Dated: 7/6/2017

Respectfully submitted,

/s/ J. Curt Tanner
J. Curt Tanner
ASB-1041-T80W
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: 205-328-2200
Fax: 205-324-7896
ctanner@corywatson.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ J. Curt Tanner
J. Curt Tanner