AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada ☑

| | |
|---|---|
| Tracy Lowicki, et al. <br> *Plaintiff* <br> v. <br> Cook Group Inc., et al. <br> *Defendant* | ) ) ) ) ) ) <br> MDL No. 1:14-ml-02570-RLY-TAB <br> Case No. 1:17-cv-06071-RLY-TAB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tracy Lowicki, et al.

Date:   07/07/2017

*Attorney's signature*

Troy A. Brenes (CA SBN 249776)
*Printed name and bar number*
Brenes Law Group, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

*Address*

tbrenes@breneslawgroup.com
*E-mail address*

(949) 397-9360
*Telephone number*

(949) 607-4192
*FAX number*