IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                             Case No: 1:14-ml-2570-RLY-TAB
_____         MDL No: 2570

This Document Relates to Plaintiffs:

    ROY LOUDERMILK

Civil Case # 1:16-cv-03331-RLY-TAB
_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROY LOUDERMILK, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 10th day of July, 2017.

                        Respectfully submitted,

                        ___/s/ Joseph R. Johnson_____
                        Joseph R. Johnson, Fla Bar #372250
                        BABBITT & JOHNSON, P.A.
                        1641 Worthington Road, Suite 100
                        West Palm Beach, FL  33409
                        (561) 684-2500 – telephone
                        (561) 684-6308 – facsimile
                        *Attorneys for Plaintiff*

/s/ John T. Schlafer
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Tel:  317-237-8274
Fax:  317-237-1000
John.Schlafer@FaegreBD.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON