IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    LORI GODREY
    Civil Case # 1:16-cv-02309-RLY-TAB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lori Godrey and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Date: July 10, 2017

By: /s/*Matthew R. Lopez*_____
Ramon Rossi Lopez
  (admitted *pro hac vice*)
Matthew Ramon Lopez
  (admitted *pro hac vice*)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

*Attorneys for Plaintiff*

By: /s/ *John T. Schlafer*_____
John T. Schlafer
FRAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-8274
E-mail: john.schlafer@FaegreBD.com

*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez