# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    LORI GODFREY
    Civil Case # 1:16-cv-02309-RLY-TAB

## **ORDER**

Considering the Parties' Stipulation of Dismissal Without Prejudice of Lori Godfrey herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims of Plaintiff Lori Godrey against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, in Civil Action No. MDL 2570 (Member Case 1:16-cv-02309) are dismissed in their entirety without prejudice as to the refiling of same, and each party to bear its own costs.

Signed this _____ day of _____, 2017.

                                                                                            Honorable Richard L. Young
                                                                           United States District Court Judge

Distribution to all registered counsel of record via CM/ECF.