IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01791 | Cause No. 1:17-cv-01891 |
| Cause No. 1:17-cv-01829 | Cause No. 1:17-cv-01893 |
| Cause No. 1:17-cv-01853 | Cause No. 1:17-cv-01894 |
| Cause No. 1:17-cv-01854 | Cause No. 1:17-cv-01902 |
| Cause No. 1:17-cv-01880 | Cause No. 1:17-cv-01903 |
| Cause No. 1:17-cv-01881 | Cause No. 1:17-cv-01905 |
| Cause No. 1:17-cv-01885 | Cause No. 1:17-cv-01908 |
| Cause No. 1:17-cv-01889 | Cause No. 1:17-cv-01910 |

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

US.113195070.01

Dated:  July 10, 2017                                    /s/ John T. Schlafer
                                                         Andrea Roberts Pierson (# 18435-49)
                                                         John T. Schlafer (# 28771-49)
                                                         FAEGRE BAKER DANIELS LLP
                                                         300 North Meridian Street, Suite 2700
                                                         Indianapolis, Indiana  46204
                                                         Telephone:  (317) 237-0300
                                                         Facsimile:  (317) 237-1000
                                                         E-Mail:  andrea.pierson@faegrebd.com
                                                         E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer