**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01791 | Cause No. 1:17-cv-01891 |
| Cause No. 1:17-cv-01829 | Cause No. 1:17-cv-01893 |
| Cause No. 1:17-cv-01853 | Cause No. 1:17-cv-01894 |
| Cause No. 1:17-cv-01854 | Cause No. 1:17-cv-01902 |
| Cause No. 1:17-cv-01880 | Cause No. 1:17-cv-01903 |
| Cause No. 1:17-cv-01881 | Cause No. 1:17-cv-01905 |
| Cause No. 1:17-cv-01885 | Cause No. 1:17-cv-01908 |
| Cause No. 1:17-cv-01889 | Cause No. 1:17-cv-01910 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 10, 2017                          /s/ Andrea Roberts Pierson
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson

US.113195702.01