UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to All Actions
_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**DEFENDANTS' MEMORANDUM OPPOSING
PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook" or Defendants) submit this memorandum in response to Plaintiffs' Motion for Order to Show Cause [Docket No. 5080] related to Plaintiffs' request for the production of certain custodial files of Cook employees. Cook produced all of the custodial files at issue to Plaintiffs' attorneys on Friday, June 30, 2017. See Exhibit A. Although Cook's attorneys informed Plaintiffs' attorneys on June 28 that the files at issue would be produced by June 30 and that Plaintiffs' motion would be moot, Plaintiffs have declined to withdraw their motion. See Exhibit B. The Cook Defendants therefore submit this response.

**BACKGROUND**

On November 4, 2016, the Court limited Plaintiffs to serving six additional requests for custodial files of Cook employees. There was no motion to compel involved—indeed, there could not have been, as the additional requests had not yet been served—but only a request by Plaintiffs for permission to serve additional discovery. Nothing in the Court's comments

1

suggested that the Court intended to give Plaintiffs carte blanche or to bar the Cook Defendants from objecting to that additional discovery on any appropriate ground.

Plaintiffs thereafter made several requests for Cook custodial files, and Cook raised objections based on issue of the proportionality of the requests. *See* Fed. R. Civ. P. 26(b)(1). The parties argued the objections at hearings before Judge Baker on April 14 and May 12, 2017, as Plaintiff's motion acknowledges. The Court took the issue under advisement but has not yet ruled on the dispute.

On May 11, some six months after they were granted leave to serve additional custodial file requests, Plaintiffs requested custodial files of Mike Longo, Jennifer Kerr, and Joe Roberts, the files at issue in this motion. *See* Exh. A to Pl. Motion. In a June 8, 2017 email, Cook's attorneys timely raised the possibility of the same proportionality objections to Plaintiffs' request for these three files. *See id.* In the days following, despite the lack of a ruling from the Court addressing the proportionality issue, the Cook Defendants nevertheless performed and completed their proportionality evaluation and determined not to maintain the objection. The three custodial files at issue were delivered to Plaintiffs' attorneys on June 28, 2017.

## DISCUSSION

The Court should deny Plaintiffs' motion for an order to show cause as moot. The documents at issue have already been delivered to Plaintiffs' counsel, and the dispute on which Plaintiffs' motion rests no longer exists. *See Simpson v. City of India*, No. 1:13-cv-00791-RLY-TAB, Order On Plaintiff's Verified Motion To Compel Discovery at 2 n.1 (S.D. Ind., Jan. 23, 2015) (finding motion to compel moot where party had produced documents during briefing of motion).

Moreover, Plaintiffs' motion is not a proper motion for contempt in any event.  Plaintiffs asked the Court permission to serve additional discovery, and then did so.  The Cook Defendants timely objected to the discovery on substantive grounds, and the Court heard argument and took the objection under submission.  Before the Court ruled on the objection, Cook completed its evaluation, decided to forego the objection, and produced the documents.  There is no contempt here.

The Court should deny Plaintiffs' motion.

                              Respectfully submitted,

Dated: July 10, 2017            /s/ *Andrew L. Campbell*
Andrea Roberts Pierson (# 18435-49)
Andrew L. Campbell (# 25516-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-mail:  andrew.campbell@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, a copy of the foregoing DEFENDANTS' MEMORANDUM OPPOSING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrew L. Campbell*