# Exhibit A

| | |
|---|---|
| **From:** | Atteberry, Kristen D. |
| **Sent:** | Friday, June 30, 2017 7:04 PM |
| **To:** | Karin.Scheehle@gknet.com; dmatthews@thematthewslawfirm.com; mheaviside@hrzlaw.com; bmartin@bencmartin.com; mschultz@levinlaw.com |
| **Cc:** | Pierson, Andrea Roberts; Schlafer, John T.; McDonald, Kip S.M.; Campbell, Andrew L. |
| **Subject:** | Cook MDL 2570 – Cook Production of Documents |

**You have received 1 secure file from kristen.atteberry@faegrebd.com.**
Use the secure link below to download.

Please find attached Cook's production of documents for MDL 2570 contained herein.

### Secure File Downloads:
Available until: **06 July 2017**

Click link to download:

> **20170630_CookMDL2570.zip**
> 786.12 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion