# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates Only to the Following Case:

    Valerie Graham
    Civil Action No.: 1:15-cv-00764-RLY-TAB

_____

## ORDER GRANTING UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF COOK DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

    This matter came before the Court upon an UNOPPOSED MOTION TO PERMIT OUT-OF-TIME FILING OF THEIR REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT filed by Cook Defendants' Counsel, requesting leave of this Court to file an out-of-time Reply Brief in Support of Motion for Summary Judgment.

    IT IS THEREFORE ORDERED that the motion is granted and the Cook Defendants' Reply in Support of Motion for Summary Judgment, attached as Exhitib A to their motion, shall be filed on the docket and treated as timely filed.

So ordered: 7/12/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record and pro se parties to be made by Plaintiffs' Lead Counsel.

US.112791035.03