IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                          Case No:  1:14-ml-2570-RLY-TAB

_____                  MDL No:  2570

This Document Relates to Plaintiffs:

    ANTHONY MCCRARY

Civil Case # 1:16-cv-01448-RLY-TAB

_____

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ANTHONY

MCCRARY, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED and

WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is

voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 12th day of July, 2017.


Respectfully submitted,


    /s/ Joseph R. Johnson_____
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

__/s/ John T. Schlafer_____

John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Tel:  317-237-8274
Fax:  317-237-1000
John.Schlafer@FaegreBD.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

_____/s/ Joseph R. Johnson_____

JOSEPH R. JOHNSON