IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND                        Case No:  1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No:  2570

_____

This Document Relates to Plaintiffs:

   ANTHONY MCCRARY

Civil Case #    1:16-CV-01448-RLY-TAB

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Anthony McCrary,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Anthony McCrary against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01448) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge