# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01812 | Cause No. 1:17-cv-01993 |
| Cause No. 1:17-cv-01913 | Cause No. 1:17-cv-01994 |
| Cause No. 1:17-cv-01931 | Cause No. 1:17-cv-01995 |
| Cause No. 1:17-cv-01942 | Cause No. 1:17-cv-01997 |
| Cause No. 1:17-cv-01945 | Cause No. 1:17-cv-02005 |
| Cause No. 1:17-cv-01962 | Cause No. 1:17-cv-02017 |
| Cause No. 1:17-cv-01978 | Cause No. 1:17-cv-02020 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

US.113226954.01

Dated:  July 12, 2017　　　　　　　　　　　/s/ John T. Schlafer
　　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　　John T. Schlafer (# 28771-49)
　　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 237-0300
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　　　　E-Mail:  andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　　　　E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer