UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIA- BILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: Elizabeth Jane Hill Civil Case No.: 1:15-cv-06016-RLY-TAB | |

# Plaintiff's Motion to Withdraw Motion for Order to Show Cause [Filing Nos. 5080, 5081]

Plaintiffs, by counsel, respectfully move the Court withdraw their Motion for Order to Show Cause [Filing No. 5080] and the memorandum in support of that motion [Filing No. 5081]. In support of this motion, Plaintiffs state the following:

1. On June 19, 2017, Plaintiffs filed a motion asking for an order to show cause why Defendants should not be held in contempt for refusing to produce three custodial files that this Court ordered previously. [*See* Filing No. 5080, at ECF p. 11894.]

2. After the motion was filed, Defendants chose to produce the required custodial files. [*See* Filing No. 5358, at ECF p. 12649.]

3. While Plaintiffs' motion was not mooted by Cook's production of the custodial files, Plaintiffs do not wish to expend judicial resources given the other issues that are present in these MDL cases.

4. As such, Plaintiffs respectfully move to withdraw their motion requesting an order to show cause.

**Wherefore**, Plaintiffs, by counsel, respectfully move the Court grant this motion and order that Plaintiffs' motion for an order to show cause and the memorandum filed in support of that motion are withdrawn.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC


/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:    (317) 426-3348
Email:         jwilliams@rwp-law.com

## Certificate of Service

I hereby certify that on July 12, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

/s/ *Joseph N. Williams*
Joseph N. Williams