UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIA-BILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Elizabeth Jane Hill<br><br>Civil Case No.: 1:15-cv-06016-RLY-TAB | |

# Order Granting Plaintiff's Motion to Withdraw Motion for Order to Show Cause [Filing Nos. 5080, 5081]

This matter comes before the Court on Plaintiff's Motion to Withdraw Motion for Order to Show Cause, which motion is on file and part of the Court's record.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's Motion is **Granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiff's Motion for Order to Show Cause and the Memorandum in Support of said Motion, filing numbers 5080 and 5081, are hereby withdrawn.

**All of Which is Ordered** this _____ day of _____, 2014.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.