UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to Plaintiff
  *Arthur Gage*
  Civil Case No. 1:14-cv-06016-RLY-TAB

_____


**COOK DEFENDANTS' MOTION TO DISMISS FOR**
**LACK OF STANDING OR, IN THE ALTERNATIVE, TO LIMIT DAMAGES**

  The Cook Defendants[1] move to dismiss Plaintiff Arthur Gage's claims on the

ground that Mr. Gage lacks standing to assert those claims.  Mr. Gage filed a voluntary petition

for relief under Chapter 7 of the Bankruptcy Code during the course of this litigation, and all

claims he had against the Cook Defendants became the property of his bankruptcy estate.

Because Mr. Gage does not own or control the claims against the Cook Defendants, Mr. Gage

has no standing to assert them in this action, and the Court should dismiss all of his claims.

  In the alternative, if (1) the bankruptcy trustee wishes to assume the prosecution of this

action to pursue the claims, (2) the trustee receives any necessary authorization from the

bankruptcy court, and (3) this Court grants permission for the trustee to do so (rather than

dismissing the claims), Mr. Gage would be judicially estopped from recovering any amount the

trustee may recover that is in excess of the sum of the valid claims by creditors allowed in the

bankruptcy court, interest on those claims, and fees for the trustee incurred in the administration

_____

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook
Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

of the bankruptcy case.  Therefore, should those events occur, the Court should limit any

recovery by the trustee to that sum.

Respectfully submitted,

Dated:          July 13, 2017              /s/ Andrea Roberts Pierson
                                           Andrea Roberts Pierson (# 18435-49)
                                           J. Joseph Tanner (#11856-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana  46204
                                           Telephone:  (317) 237-0300
                                           Facsimile:  (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-mail:  joseph.tanner@faegrebd.com

                                           James Stephen Bennett (# 22869-02)
                                           FAEGRE BAKER DANIELS LLP
                                           110 W. Berry Street, Suite 2400
                                           Fort Wayne, Indiana  46802
                                           Telephone: (260) 424-8000
                                           Facsimile: (260) 460-1700
                                           stephen.bennett@faegrebd.com

                                           *Counsel for Defendants Cook Incorporated, Cook
                                           Medical LLC (f/k/a Cook Medical Incorporated),
                                           and William Cook Europe ApS*

US.113215732.02

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 13, 2017, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson

US.113215732.02