# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

Caption: Gage, v. Cook Medical, Inc., et al.                Date: 11/14/2014
Docket No.: 1:14-cv-01875 TWP MJD
**Plaintiff(s) attorney and Contact information:**
Matthew McCarley with Fears | Nachawati Law Firm
4925 Greenville Ave., Suite 715
Dallas, TX 75206
(214) 890-0711

## II. PLAINTIFF INFORMATION

Name: Arthur Gage
Spouse: N/A                                Loss of Consortium? ☐ Yes ☑ No
Address: 7779 Fox St. Woodridge, IL 60517
Date of birth: 5/30/
Social Security No.: [redacted]

## III. DEVICE INFORMATION[1]

Date of Implant: 04/25/11
*Reason for Implant:* PE and DVT
Brand Name: Günther Tulip        Mfr. Cook
Lot Number: 2693770
Placement Physician: Mark S. Goodwin, M.D.
Medical Facility: Edward Hospital

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

Date of Implant: 4/25/2011
Reason for Implant: _____
Brand Name: _____  Mfr. _____
Implanting Physician: _____
Medical Facility: _____

• *Attach medical evidence of product identification.*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): N/A
Type of retrieval: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____

Date of retrieval (including any attempts): N/A
Type of retrieval: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____

Date of retrieval (including any attempts): N/A
Type of retrieval: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____

Date of retrieval (including any attempts): N/A
Type of retrieval: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other |
| ☐ Tilt | ☐ Other |
| ☒ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

### VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imagine studies, surgery, doctor visits)
_____ by _____
Doctor Visit               by DR Christomo
for pain                   by ER. Doctor

### VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
Constant pain in abdomen, lower back, buttocks, and down right leg.

### VIII. PAST HISTORY

Number of Deep Vein Thromboses: 0   Number of Pulmonary Emboli: 2

Prior to, or following placement of the device, have you ever had or been diagnosed with:

NO   Lupus
NO   Crohn's Disease
NO   Factor V Leiden
NO   Protein Deficiency
NO   Spinal fusion or other back procedures
NO   Anti-thrombin deficiency
NO   Prothrombin mutation

Are you claiming damages for lost wages: [ ] Yes   [✓] No
If so, for what time period: _____
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: [ ] Yes [✓] No
If so, when, and has the bankruptcy trustee been notified of your pending claim?

_____

Do you have a computer? [ ] Yes [✓] No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
[ ] Yes [✓] No

Page 3 of 6

Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

_____

### IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.

<u>Primary Care Physicians:</u>

Name: _See PFS_____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

<u>Interventional Radiologists, Vascular Surgeons and/or Hematologists:</u>

Name: _See PFS_____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

<u>Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):</u>

Name: _____N/A_____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

*Attach additional pages as needed to identify other health care providers you have seen.*

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _Arthur Gage, Jr._, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _4/8/2015_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]