# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:13-cv-01875-RLY-TAB

### SECOND AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Defendants Cook Medical, Incorporated ("CMI"), now Cook Medical LLC ("CML"), Cook Incorporated ("CI"), Cook Group, Inc. ("CGI"), and William Cook Europe ApS ("WCE") (collectively, "Cook Defendants") will take the videotaped deposition of:

| Name and Address | Date and Time | Place |
|---|---|---|
| **Arthur Gage** | Thurs., August 13, 2015; 1:00 PM (local time) | **Marriott Downers Grove 1500 Opus Place Downers Grover, IL  60515** |

This deposition will be taken before a person authorized to administer oaths, pursuant to Federal Rule of Civil Procedure 28, for the purposes of discovery and any such other purposes as authorized by law, and shall continue from day to day until completed.  The deponent shall bring with him all items identified in the attached Exhibit A.

All attorneys of record are invited to attend and make such inquiry as they deem appropriate.

1



                                                              Respectfully submitted,

Dated: August 6, 2015

                                              /s/ *Christopher D. Lee*
Christopher D. Lee, Indiana Bar No. 17424-47
WOODEN & McLAUGHLIN LLP
21 SE Third Street, Suite 900
Evansville, IN 47708
Tel:   (812) 401-6151
Fax:   (812) 401-6444
clee@woodmclaw.com

*One of the Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, the foregoing document was served upon the following counsel of record, via electronic mail and U.S, Mail, addressed as follows:

Matthew McCarley
Fears Nachawati Law Firm
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
(mccarley@fnlawfirm.com)

Ben C. Martin
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
(bmartin@bencmartin.com)

David Matthews
Marla Briscoe
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
(dmatthews@thematthewslawfirm.com)
(mbriscoe@thematthewslawfirm.com)

Michael Heaviside
Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651
(mheaviside@hrzlaw.com)

                                                      /s/ *Christopher D. Lee*
                                                      Christopher D. Lee, Indiana Bar No. 17424-47

# *EXHIBIT A*

## **ITEMS TO BE PRODUCED**

1. Any and all documents, records, photographs, memos or any other item you or your counsel have in your possession, custody or control, that relates to the subject matter of this lawsuit in any manner.

2. Any and all correspondence or communications, whether received in hard copy, letter form or an electronic form such as an email or instant message (or an attachment thereto), that you sent or received relative to the subject matter of this action (other than between you and your counsel).

3. Any and all hospital or medical records in your possession or in your counsel's possession that are related to the allegations in your Complaint in this lawsuit.

4. Any and all literature in your possession as a result of research or internet research, based on the issues in this lawsuit.

5. Any and all documents or similar materials which you or your counsel contend evidence, record or otherwise tend to show or prove any and all damages claimed or sought in this action, including but not limited to any diaries, blogs, social media entries or pages, journals, letters, calendars and/or other written documentation kept by you which evidence your physical, mental, and emotional condition.

6. Copies of any content of any social media accounts currently held by Plaintiff, including but not limited to, photographs, text, links, messages and other postings or profile information that is relevant to the subject matter of this litigation.

7. Any and all documents, records or similar materials that will assist you in providing testimony.

8. Any and all documents or other materials, whether prepared by you or for you or on your behalf, that you would bring with you at trial if you were called upon to testify live at trial.

9. Any and all documents reviewed in preparation for this deposition.