# EXHIBIT C

MEANSNO, CLOSED

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 15-27259

*Date filed:* 08/10/2015
*Assigned to:* Honorable Judge Donald R Cassling
*Date terminated:* 11/13/2015
Chapter 7
*Debtor discharged:* 11/10/2015
Voluntary
*341 meeting:* 09/08/2015
No asset
*Deadline for objecting to discharge:* 11/09/2015

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor 1** | represented by **Nathan E Delman** |
| **Arthur Gage, Sr.** | The Semrad Law Firm, LLC |
| 7731 Fox St | 20 South Clark |
| Unit 1D | 28th Floor |
| Woodridge, IL 60517 | Chicago, IL 60603 |
| DU PAGE-IL | 312-913-0625 |
| SSN / ITIN: xxx-xx-9744 | Fax : 312-929-0321 |
| | Email: ndelman@semradlaw.com |

**Trustee**
**Brenda Porter Helms, ESQ**
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625
773-463-6427

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 08/10/2015 | 1 (56 pgs; 2 docs) | Chapter 7 Voluntary Petition Fee Amount $335, Filed by Nathan E Delman on behalf of Arthur Gage Sr. (Attachments: # 1 Signature Pages) (Delman, Nathan) (Entered: 08/10/2015) |
| 08/10/2015 | | |

| | | |
|---|---|---|
| | [2](#) <br> (3 pgs) | Chapter 7 Statement of Your Current Monthly Income Form (22A-1) Filed by Nathan E Delman on behalf of Arthur Gage Sr.. (Delman, Nathan) (Entered: 08/10/2015) |
| 08/10/2015 | [3](#) | Statement of Social Security Number(s) Filed by Nathan E Delman on behalf of Arthur Gage Sr.. (Delman, Nathan) (Entered: 08/10/2015) |
| 08/10/2015 | [4](#) <br> (1 pg) | Certificate of Credit Counseling Filed by Nathan E Delman on behalf of Arthur Gage Sr.. (Delman, Nathan) (Entered: 08/10/2015) |
| 08/10/2015 | 5 | Meeting of Creditors with 341(a) meeting to be held on 09/08/2015 at 01:30 PM at DuPage Courthouse, 505 N Cty Farm Road, Rm 2017, Wheaton, Illinois 60187. Objections for Discharge due by 11/09/2015. (Delman, Nathan) (Entered: 08/10/2015) |
| 08/11/2015 | 6 | Receipt of Voluntary Petition (Chapter 7)(15-27259) [misc,volp7a] ( 335.00) Filing Fee. Receipt number 29894704. Fee Amount $ 335.00 (re:Doc# [1](#)) (U.S. Treasury) (Entered: 08/11/2015) |
| 08/11/2015 | [7](#) <br> (2 pgs) | Chapter 7 341 Meeting of Creditors . (Clarke, Jody) (Entered: 08/11/2015) |
| 08/11/2015 | [8](#) <br> (3 pgs) | BNC Certificate of Notice - Meeting of Creditors. (RE: [7](#) Chapter 7 341 Meeting of Creditors). No. of Notices: 12. Notice Date 08/13/2015. (Admin.) (Entered: 08/13/2015) |
| 09/14/2015 | 9 | Chapter 7 Trustee's Report of No Distribution: I, Brenda Porter Helms, ESQ, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was |

| | | |
|---|---|---|
| | | pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 5057.00, Claims Scheduled: $ 18880.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 18880.00. Filed by Trustee Brenda Porter Helms ESQ (RE: 5 Meeting (Chapter 7)). (Helms, Brenda) (Entered: 09/14/2015) |
| 10/08/2015 | 10 (1 pg) | Notice of Required Document(s) for Discharge. (admin) (Entered: 10/08/2015) |
| 10/08/2015 | 11 (2 pgs) | BNC Certificate of Notice - Notice of Required Document(s) for Discharge (RE: 10 Notice of Required Document(s) for Discharge - Auto). No. of Notices: 1. Notice Date 10/10/2015. (Admin.) (Entered: 10/11/2015) |
| 11/08/2015 | 12 (1 pg) | Personal Financial Management Course for Debtor. (Jungemann, Glenn) (Entered: 11/08/2015) |
| 11/10/2015 | 13 (2 pgs) | Discharge Order for Debtor . (Gonzalez, Maribel) (Entered: 11/10/2015) |
| 11/10/2015 | 14 (3 pgs) | BNC Certificate of Notice - Order of Discharge. (RE: 13 Discharge Order). No. of Notices: 12. Notice Date 11/12/2015. (Admin.) (Entered: 11/12/2015) |
| 11/13/2015 | 15 | Bankruptcy Case Closed and Trustee Discharged (Admin.) (Entered: 11/13/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2017 10:11:11 | | | |
| **PACER Login:** | sarahsharp:4124821:3996667 | **Client Code:** | 499093.000001 18969 |
| **Description:** | Docket Report | **Search Criteria:** | 15-27259 Fil or Ent: filed From: 10/6/2014 To: 2/21/2017 Doc From: 0 Doc To: |

|  |  |  | 99999999 Term: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |