# EXHIBIT F

```
                                                      Page 111
 1           IN THE UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF INDIANA
 3                 INDIANAPOLIS DIVISION
 4
     IN RE:  COOK MEDICAL,         )
 5   INC., IVC FILTERS             )
     MARKETING, SALES              )
 6   PRACTICES, AND PRODUCTS       )
     LIABILITY LITIGATION          ) 1:14-ML-2570-RLY-TAB
 7                                 )
     ---------------------------   )
 8   This document relates to:     )
                                   )
 9   1:13-cv-01876-RLYTAB          )
10
11           The continued deposition of ARTHUR GAGE
12   called for examination pursuant to notice and
13   pursuant to the Federal Rules of Civil Procedure for
14   the United States District Courts pertaining to the
15   taking of depositions taken before JO ANN LOSOYA,
16   Certified Shorthand Reporter within and for the
17   County of Cook and State of Illinois at 2111
18   Butterfield Road, Downers Grove, Illinois, on
19   January 9, 2017 at the hour of 11:00 o'clock a.m.
20
21
22
23
24
```

```
                                                     Page 112
```

```
 1   APPEARANCES:
 2         FEARS NACHAWATI LAW FIRM
           MR. MATTHEW MCCARLEY
 3         4925 Greenville Avenue
           Suite 715
 4         Dallas, Texas 75206
           (866) 705-7584
 5         mccarley@fnlawfirm.com
               Appeared on behalf of the Plaintiff;
 6
 7         FAEGRE BAKER DANIELS
           MS. JESSICA BENSON COX
 8         MS. ANNA RUTIGLIANO
           300 North Meridian Street
 9         Suite 2700
           Indianapolis, Indiana  46204-1750
10         (317) 237-0300
           jessica.cox@faegreBD.com
11         anna.rutigliano@faegreBD.com
               Appeared on behalf of the Defendants.
12
13
     ALSO PRESENT:
14
     BEN DIXON, VIDEOGRAPHER
15
16   REPORTED BY:   JO ANN LOSOYA
     CSR LICENSE:   084-002437
17
18
19
20
21
22
23
24
```

```
                                                  Page 146
 1   prescribe?
 2        A.    Yes.
 3        Q.    Have you ever declared bankruptcy?
 4        A.    Yes.
 5        Q.    When was that?
 6        A.    Last -- what, last year.
 7        Q.    Last year.  Did a lawyer help you with
 8   that?
 9        A.    No.
10        Q.    You just filed --
11        A.    Oh, yes.
12        Q.    Do you know your -- the lawyer's name?
13        A.    Debtstoppers.
14        Q.    Can you spell that?
15        A.    Debtstoppers.
16        Q.    Oh, it's Debtstopper.  Did you go to
17   website Debtstopper and that's how you found them?
18        A.    I forgot how I found them.
19        Q.    So, why did you file bankruptcy last
20   year?
21        A.    Because I was -- why did I file?
22   Because -- I can't remember why I filed.
23        Q.    Okay.  Is there anyone that might have
24   more information about why you filed?
```

Page 147

1   A.   No.
2   Q.   Does anyone help take care of your
3   financial records?
4   A.   No.
5   Q.   Do you talk about that with anyone like
6   Orajean or anyone else?
7   A.   No.
8   Q.   Was it your idea to file bankruptcy and
9   call the attorney?
10  A.   Yes.
11  Q.   We will probably be able to get more
12  information about that if we talk to that attorney?
13  A.   Yes.
14  Q.   Let me ask you, Mr. Gage, do you drink
15  alcohol?
16  A.   No.
17       I'm going to show you a medical
18  record.  Mr. Gage, before we came here today, you
19  gave your attorney some medical records and they
20  gave them to us, and we also went out and collected
21  some of your medical records from hospitals and
22  doctors with your permission.  And this is one that
23  we found, and I just had a question.  This looks
24  like a form that you signed at the bottom.  Do you