# EXHIBIT I

| | |
|---|---|
| **From:** | Pierson, Andrea Roberts |
| **Sent:** | Friday, July 14, 2017 8:56 AM |
| **To:** | Matt Schultz (mschultz@levinlaw.com) |
| **Cc:** | Campbell, Andrew L.; Tanner, John Joseph; Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com); David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com) |
| **Subject:** | Deposition of Kem Hawkins |

Matt –

We are preparing to submit our papers to the Court on plaintiffs' request for Mr. Hawkins' deposition. In the meantime, I'd like to propose a potential compromise.

As we mentioned in our initial papers, Mr. Breedlove is in a leadership position and can address the topics we expect the plaintiffs will raise with Mr. Hawkins. Mr. Breedlove also is a witness whom we anticipate calling live at trial.

Would you give some thought to whether a deposition of Mr. Breedlove might suffice in lieu of Mr. Hawkins? We are willing to make Mr. Breedlove available for a deposition up to 7-hours, if this compromise is acceptable.

Thank you,

Andrea


**Andrea Roberts Pierson**
*Partner*
andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

1