UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR JULY 11, 2017**

**RICHARD L. YOUNG, JUDGE**

The parties appeared in the court's Evansville chambers for a status conference. Plaintiffs appeared by Dave Matthews, Joe Williams, and Ben Martin. The Cook Defendants appeared by John Schlafer, Andrew Pierson, and Joe Tanner. The Cook Defendants moved the court to enter the Proposed Second Amended Case Management Order # 19 (Second Amended Bellwether Trial Plan) as it pertains to Plaintiffs Hill and Gage. The court **GRANTED** their request. Therefore, Filing No. 5062 is **GRANTED in PART**. In addition, Plaintiffs moved the court to enter their Proposed Deadlines as they pertain to Plaintiff Brand. After hearing brief argument, the court **GRANTED** Plaintiffs' Proposed Deadlines. The deadlines in Brand will be incorporated into the Second Amended Case Management Order # 19.

In other matters, the parties agreed that if a *Daubert* motion is filed before the date designated in the Second Amended Bellwether Trial Plan, the Response will be due thirty (30) days after the motion is filed, and the Reply will be due fourteen (14) days

thereafter.  Additionally, the Response to Plaintiffs' Motion to Exclude Expert Testimony, Or, In the Alternative, to Compel Expert Depositions (Filing No. 5310) is due August 2, 2017.

Lastly, the parties are to inform the court whether they prefer to try this case in the Indianapolis or Evansville Division by Tuesday, July 18, 2017.

**SO ORDERED** this 14th day of July 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.