IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION   MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01985 | Cause No. 1:17-cv-02050 |
| Cause No. 1:17-cv-02014 | Cause No. 1:17-cv-02052 |
| Cause No. 1:17-cv-02028 | Cause No. 1:17-cv-02055 |
| Cause No. 1:17-cv-02029 | Cause No. 1:17-cv-02056 |
| Cause No. 1:17-cv-02031 | Cause No. 1:17-cv-02059 |
| Cause No. 1:17-cv-02032 | Cause No. 1:17-cv-02065 |
| Cause No. 1:17-cv-02046 | Cause No. 1:17-cv-02068 |
| Cause No. 1:17-cv-02047 | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:  July 18, 2017        /s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer