UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to all cases.
_____

## Plaintiffs' Response to Cook's Motion for "Clarification"

In its request for "clarification," Cook tells the Court that the recent order compelling an additional Rule 30(b)(6) deposition does not require Cook to explain how it determined which custodians to place on hold and when those decisions were made. [Filing No. 5375, ECF p. 12832.] For the sake of brevity: this is exactly what the Court ordered. In granting Plaintiffs' motion, the Court even quoted Cook's prior refusal to provide that very testimony. [Filing No. 5213, at ECF p. 12362.] Needing answers to these types of questions was the reason Plaintiffs filed their motion in the first place.

Cook waited fourteen days to ask for its clarification, and its ability to object to the order has now been waived: "A party may not assign as error a defect in the order not timely objected to." Fed. R. Civ. P. 72(a). The order was clear – the purpose of the additional deposition is to "probe a bit further." [Filing No. 5213, at ECF p. 12364.] If Cook was correct, an additional deposition would be pointless — Cook would simply refuse to answer the same questions it already refused to answer. This is not what Plaintiffs requested, and it's not what the Court ordered.

Cook's current motion, which is nothing more than a motion to reconsider, should be denied.

Dated:  July 18, 2017	Respectfully submitted,


*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on July 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Anthony J. Urban
Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Carrie R. Capouellez
LOPEZ McHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb H. Didriksen, III
Carl A Woods, III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP

361 West Lancaster Avenue
Haverford, PA 19041

Neal L. Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2650 North Military Trial, Suite 430
Boca Raton, FL  33431

>*/s/ Joseph N. Williams*
> Joseph N. Williams, Atty. No. 25874-49