IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                 MDL No. 2570

_____

This document relates to Plaintiff:

*Timothy Knipfer*
*Civil case # 1:16-cv-01788*

_____

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TIMOTHY KNIPFER, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 18th day of July, 2017.

Respectfully submitted,

 /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

   /s/ John T. Schlafer  
John T. Schlafer  
FAEGRE BAKER DANIELS LLP  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204  
Tel: 317-237-8274  
Fax: 317-237-1000  
John.Schlafer@FaegreBD.com  
**Attorneys for Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

   /s/ William Curtis  
WILLIAM CURTIS