IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:14-cv-6016-RLY-TAB
    Elizabeth Jane Hill

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Elizabeth Jane Hill.

Date:  7/19/2017

Respectfully submitted,

/s/ *David C. DeGreeff*_____
David C. DeGreeff
MO Bar #: 55019
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1183
(816) 531-2372 - Facsimile
ddegreeff@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 19th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *David C. DeGreeff*_____
David C. DeGreeff