**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
*Barbara Gettman, et al.*
Case No. 1:17-cv-06064-RLY-TAB

**JOINT STIPULATION AND PROPOSED ORDER REGARDING TRIAL VENUE**

This case was originally filed in the United States District Court for the Central District of California before being transferred to this Court by the Judicial Panel on Multidistrict Litigation. Plaintiffs seek to represent subclasses of individuals from Arizona, California, Colorado, Maryland, Ohio, and Pennsylvania. Defendants Cook Group Incorporated (incorrectly named as Cook Group, Inc.), Cook Incorporated, and Cook Medical LLC (incorrectly named as Cook Medical, LLC), are incorporated and headquartered in Indiana. Defendant William Cook Europe ApS is incorporated and headquartered in Denmark.

On June 19, 2017, the U.S. Supreme Court decided *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773, holding that certain California decisions regarding personal jurisdiction over out-of-state corporations violated the federal Constitution's guarantee of due process. Defendants have raised the question of whether, under the *Bristol-Myers Squibb* decision, the courts in California would have personal jurisdiction to hear the claims by the non-California plaintiffs and proposed classes in this case.

To avoid those questions, the parties hereby stipulate and agree as follows:

- Plaintiffs Barbara Gettman (Colorado), Dale Holdgreve (Ohio), Henry Johnson (Arizona), Detrice Livingston (Maryland), and Wendy Novel (Pennsylvania), and their corresponding proposed state subclasses, along with Defendants, expressly waive any

1

and all rights they may have for the case to be remanded to the Central District of California at or before the conclusion of the pretrial proceedings pursuant to 28 U.S. C. §1407(a) and *Lexecon Inc. v. Milberg Weiss*, 523 U.S. 26 (1998). All parties expressly consent and seek to have these claims tried in the Southern District of Indiana, and the Complaint as to those subclasses shall be deemed to have been originally filed in the Southern District of Indiana.

- This waiver and consent does not apply to claims by Plaintiffs or subclass members from California. The parties reserve their rights concerning these claims.
- Unless designated otherwise, all pleadings and orders in these cases shall continue to apply to claims from all six state-based subclasses.

The parties reserve all other rights, including but not limited to rights and arguments concerning trial proceedings.

Dated: July 19, 2017

/s/ Evan M. Zucker
Evan M. Zucker (CA# 266702)
BARON & BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
E-mail: ezucker@baronbudd.com
*Counsel for Plaintiffs and those similarly situated*

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com
*Counsel for Cook Defendants*

SO ORDERED this _____ day of _____, 20___:

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer