# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01895 | Cause No. 1:17-cv-01934 |
| Cause No. 1:17-cv-01900 | Cause No. 1:17-cv-01935 |
| Cause No. 1:17-cv-01914 | Cause No. 1:17-cv-01936 |
| Cause No. 1:17-cv-01915 | Cause No. 1:17-cv-01939 |
| Cause No. 1:17-cv-01918 | Cause No. 1:17-cv-01940 |
| Cause No. 1:17-cv-01919 | Cause No. 1:17-cv-01941 |
| Cause No. 1:17-cv-01920 | Cause No. 1:17-cv-01943 |
| Cause No. 1:17-cv-01922 | Cause No. 1:17-cv-01944 |
| Cause No. 1:17-cv-01924 | Cause No. 1:17-cv-01946 |
| Cause No. 1:17-cv-01925 | Cause No. 1:17-cv-01947 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

US.113318704.01

Dated:  July 20, 2017 /s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer