# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-01948            Cause No. 1:17-cv-01963
Cause No. 1:17-cv-01949            Cause No. 1:17-cv-01964
Cause No. 1:17-cv-01950            Cause No. 1:17-cv-01965
Cause No. 1:17-cv-01951            Cause No. 1:17-cv-01973
Cause No. 1:17-cv-01952            Cause No. 1:17-cv-01975
Cause No. 1:17-cv-01953            Cause No. 1:17-cv-01976
Cause No. 1:17-cv-01954            Cause No. 1:17-cv-01977
Cause No. 1:17-cv-01955            Cause No. 1:17-cv-01979
Cause No. 1:17-cv-01956            Cause No. 1:17-cv-01980
Cause No. 1:17-cv-01957            Cause No. 1:17-cv-01981

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

> Cook Medical LLC (which is alleged in some cases to be also known as or formerly
> known as "Cook Medical, Inc.");
> Cook Incorporated (which is alleged in some cases to be doing business as "Cook
> Medical"); and
> William Cook Europe ApS

US.113318781.01

Dated:  July 20, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.113318781.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.113318781.01