# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01982 | Cause No. 1:17-cv-02015 |
| Cause No. 1:17-cv-01983 | Cause No. 1:17-cv-02099 |
| Cause No. 1:17-cv-01984 | Cause No. 1:17-cv-02100 |
| Cause No. 1:17-cv-01986 | Cause No. 1:17-cv-02113 |
| Cause No. 1:17-cv-01987 | Cause No. 1:17-cv-02139 |
| Cause No. 1:17-cv-01988 | Cause No. 1:17-cv-02140 |
| Cause No. 1:17-cv-01989 | Cause No. 1:17-cv-02141 |
| Cause No. 1:17-cv-01990 | Cause No. 1:17-cv-02144 |
| Cause No. 1:17-cv-01991 | Cause No. 1:17-cv-02153 |
| Cause No. 1:17-cv-01992 | Cause No. 1:17-cv-02162 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  July 20, 2017					/s/ John T. Schlafer
						Andrea Roberts Pierson (# 18435-49)
						John T. Schlafer (# 28771-49)
						FAEGRE BAKER DANIELS LLP
						300 North Meridian Street, Suite 2700
						Indianapolis, Indiana  46204
						Telephone:  (317) 237-0300
						Facsimile:  (317) 237-1000
						E-Mail:  andrea.pierson@faegrebd.com
						E-Mail:  john.schlafer@faegrebd.com

US.113318823.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer