IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff:
Heather Aikens

Member Case No. 17-1414-RLY-TAB

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW PLAINTIFF Heather ("Plaintiff"), requesting permission to withdraw and substitute counsel, and for such would show the Court as follows:

1.   Plaintiff Heather Aikens is currently represented in this action by Benjamin A. Bertram / Bertram & Graf, LLC.  Plaintiff seeks an Order from the Court withdrawing Benjamin A. Bertram / Bertram & Graf, LLC as her counsel in this matter, and substituting in place and stead of Benjamin A. Bertram / Bertram & Graf, LLC the following counsel:

Howard L. Nations
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400

2.   Plaintiff has requested and approved the withdrawal and substitution.

3.   This withdrawal and substitution is not requested for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court GRANT Plaintiff's Motion to Withdraw and Substitute Counsel, removing Benjamin A.

-2-

Bertram/Bertram & Graf, LLC as counsel for plaintiff in this action, substituting Howard L. Nations/The Nations Law Firm as counsel for plaintiff herein.

          Respectfully Submitted,

          /s/ Benjamin A. Bertram
          Benjamin A. Bertram
          Bertram & Graf, LLC
          4717 Grand Ave., Suite 800
          Kansas City, MO 64112
          (816) 523-2205
          (816) 523-8258

          /s/ Howard L. Nations
          Howard L. Nations
          THE NATIONS LAW FIRM
          Texas State Bar No. 14823000
          3131 Briarpark Dr., Suite 208
          Houston, Texas 77042
          (713) 807-8400
          (713) 807-8423 (Fax)

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to received service in this MDL.

                                    /s/ Benjamin A. Bertram
                                    Benjamin A. Bertram