IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff:
Heather Aikens

Member Case No. 17-1414-RLY-TAB

**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFFS**

CAME ON to be heard  Benjamin A. Bertram and Bertram & Graf, LLC.'s Motion for Withdrawal and Substitution of Counsel for Plaintiff Heather Aikens, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that Howard L. Nations' and The Nations Law Firm, 3131 Briarpark Dr., Suite 208, Houston, TX 77042, is substituted as attorney of record for Plaintiff Heather Aikens in place and stead of Benjamin A. Bertram and Bertram & Graf, LLC., effective immediately;  It is further

ORDERED that Benjamin A. Bertram and Bertram & Graf, LLC are withdrawn as attorney of record for Plaintiff Heather Aikens and are relieved of the duties and responsibility of counsel for Plaintiff Heather Aikens effective immediately.

DATED: _____

_____
Judge, United States District Court