IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Document Relates to Plaintiffs:

    ANTHONY MCCRARY

Civil Case #   1:16-CV-01448-RLY-TAB

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Anthony McCrary,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Anthony McCrary against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01448) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this 20th day of July, 2017.

                                                           RICHARD L. YOUNG, JUDGE
                                                            United States District Court
                                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record