IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>UNOPPOSED MOTION TO AMEND COMPLAINT |
|---|---|

This Document Relates to Plaintiffs CYNTHIA REISS

Civil Case #   1:17-cv-016-RLY-TAB

Comes now, Plaintiff, Cynthia Reiss, moves for leave to file a first amended complaint.

1. Cynthia Reiss filed a products liability lawsuit against Defendants on January 05, 2017, in the Southern District of Indiana – Indianapolis Division – MDL 2570
2. On March 12, 2017 and April 21, 2017, Defendants filed an appearance of counsel.
3. Cynthia Reiss seeks leave to file the attached short form complaint correcting certain actions in the complaint (see amended short form complaint, attached hereto as Exhibit 1).
4. Defendants do not object or oppose this motion to leave to file the Amended Complaint.
5. Based on the foregoing, Cynthia Reiss requests that this Court grant her request for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Short Form Complaint.

Dated:  May 16, 2017

> This cause is before the Court on Plaintiff's motion to amend.  [Filing No. 4685.]  The motion has several deficiencies, and in apparent recognition of this Plaintiff attempted to withdraw the motion by filing a notice of errata.  [Filing No. 4686.]  A notice of errata is not a recognized procedural device in this district.  However, the motion to amend is denied without prejudice.
>
> Tim A. Baker
> U.S. Magistrate Judge
> July 20, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2017 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                                                                                    */s/Randi Kassan*