IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATI              MDL No. 2570

_____

This Document Relates to Plaintiff(s)

_____ELIZABETH JANE HILL_____

Civil Case #  1:14-cv-06016-RLY-TAB
_____


**SEPARATE INDEX OF EXHIBITS TO
PLAINTIFF, ELIZABETH JANE HILL'S, RESPONSE IN OPPOSITION
TO COOK DEFENDANTS' MOTION TO COMPEL DISCOVERY**


**Exhibit**              **Description**

1     Plaintiff's Profile Form, Section VIII - Past History at p. 3

2     Plaintiff's Fact Sheet, Section II -  Claim Information, Question 11 p. 8

3     Plaintiffs Fact Sheet, Section VII – Document Requests, Section (1)(k) at p. 29

4     Deposition Testimony of Elizabeth Hill, 52/7 to 54/3, 57/4 to 58/5 and 58/24 to 59/3

5     Deposition Testimony of Elizabeth Hill, 197/14-16

6     Deposition Testimony of Elizabeth Hill, 121/10 to 17

7     Life Care Plan and Cost Analysis for Elizabeth Jane Hill, pp. 19 to 24

8     Plaintiff's Profile Form, Section VIII -  Past History at pp. 3 & 4

9     Deposition Testimony of Elizabeth Hill, 29/16 to 25

| | |
|---|---|
| 10 | Deposition Testimony of Elizabeth Hill, 31/5 to 7 |
| 11 | Deposition Testimony of Elizabeth Hill, 32/13 to 33/5 |
| 12 | Letter to Anna C. Rutigliano dated October 20, 2016 |
| 13 | Plaintiff's Supplemental Response to Defendant's First Set of Requests for Production dated January 9, 2017 |
| 14 | Letter to Andrea Pierson dated April 5, 2017 |
| 15 | Letter to Andrea Pierson dated April 12, 2017 |
| 16 | Letter to Andrea Pierson dated May 23, 2017 |
| 17 | Letter to Andrea Pierson dated June 26, 2017 |
| 18 | Letter to Letter to Anna C. Rutigliano dated October 20, 2016 |
| 19 | Email to Andrea Pierson dated July 7, 2017 |
| 20 | Deposition Testimony of Elizabeth Hill, 34/4 to 7 |
| 21 | Deposition Testimony of Elizabeth Hill, 221/22 to 222/6 |
| 22 | Deposition Testimony of Elizabeth Hill, 42/22 to 43/11 |

Dated: July 20, 2017

Respectfully submitted,

  /s/ Joseph R. Johnson
Joseph R. Johnson (# 372250)
BABBITT & JOHNSON, P.A.
Attorneys for Plaintiff
1641 Worthington Road, Suite 100
Post Office Box 4426 (33402-4426)
West Palm Beach, FL  33409
Tel:  (561) 684-2500
Fax: (561) 684-6308
E-mail:  jjohnson@babbitt-johnson.com

*Counsel for the Plaintiff, Elizabeth Jane Hill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM-ECF registered parties.

By  /s/ Joseph R. Johnson
JOSEPH R. JOHNSON