Attempt at IVC removal of 3/23/11 by    Mark A. Zuzga, D.O.

Placement of temporary IVC filter   by    Mark Zuzga, D.O.,
of November 17, 2010

Esophagogastrodudodenoscopy   by    Sreekanth R. Chandrupatla, M.D.
of 1/7/14

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:

Following the successful extraction of the IVC filter, I have had continued gastric pain, bloating, tenderness. Increased anxiety, insomnia, PTSD.

## VIII. PAST HISTORY

Number of Deep Vein Thromboses:   None    Number of Pulmonary Emboli: None

Prior to, or following placement of the device, have you ever had or been diagnosed with:

| | |
|---|---|
| N/A | Lupus |
| N/A | Crohn's Disease |
| N/A | Factor V Leiden |
| N/A | Protein Deficiency |
| X | Spinal fusion or other back procedures |
| N/A | Anti-thrombin deficiency |
| N/A | Prothrombin mutation |

Are you claiming damages for lost wages: [ ] Yes    [X] No
If so, for what time period: Not applicable.
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: [ ] Yes    [X] No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
Not applicable.

Do you have a computer?  [X] Yes    [ ] No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social medial websites:
[X] Yes    [ ] No   Facebook