| 11707 N. Williams St. Dunnellon, FL  34432` | | present |
| Dr. S. Chand Rupatla 6410 West Gulf to Lake Hwy. Crystal River, FL  34423` | GI symptoms | November, 2013 – June, 2014 |
| Dr. Umesh Choudry Suite A 920 S. Myrtle Ave. Clearwater, FL | GI symptoms | August, 2013; July, 2014; Sept. 2014 |

g)    Were you hospitalized at any time for the bodily injuries you listed above?

Yes _____   No __X___

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
| --- | --- | --- |
| Citrus Memorial Health Systems 502 West Highland Blvd. Inverness, FL  34452 | Pancreas Endoscopic ultrasound | 2/21/2014 2/24/14 |

11)   Are you making a claim for lost wages or lost earning capacity?

Yes _____   No ___X___

If yes, state the annual gross income you derived from your employment for each year, beginning give (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:  Not applicable.

12)   Are you making a claim for lost out-of-pocket expenses?  Yes __X__  No _____

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

Milton Hershey Medical Center      $445.42
Dr. Chandrupatla                         $1,129.00
Safety Harbor Surgery Center       $521.40

13)   Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes _____   No _X__