Not applicable

    The documents are attached \_\_\_\_ [OR]  I have no documents __X__

h)   Produce all documents describing risks and/or benefits of inferior Vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

    Not applicable

    The documents are attached \_\_\_\_ [OR]  I have no documents __X__

i)   Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

    Not applicable

    The documents are attached \_\_\_\_ [OR]  I have no documents __X__

j)   If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

    Not applicable

    The documents are attached \_\_\_\_ [OR]  I have no documents __X__

k)   If you claim lost wages or lost earnings capacity, produce copies of your Federal and State tax returns for the five (5) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.

    Not applicable