Page 1

1                    UNITED STATES COURT
                SOUTHERN DISTRICT OF INDIANA
2                    INDIANAPOLIS DIVISION
3
              CASE NO.:  1:14-ml-2570-RLY-TAB
4                  MDL No.  2570
5     IN RE:  COOK MEDICAL, INC.,
      IVC FILTERS MARKETING, SALES
6     PRACTICES AND PRODUCT
      LIABILITY LITIGATION
7
      This Document Relates to
8     Case No. 1:14-cv-06016-RLY-TAB
9
10          VIDEO DEPOSITION OF ELIZABETH JANE HILL

     Taken on Behalf of the Defendants, Cook Incorporated,
11   Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                   William Cook Europe ApS
12
13    DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
14    TIME:          8:54 A.M. - 4:28 P.M.
15    PLACE:         VERITEXT
                     37 NORTH ORANGE AVENUE
16                   SUITE 500
                     ORLANDO, FLORIDA  32801
17
18
19
20
               STENOGRAPHICALLY REPORTED BY:
21
               ANTHONY TRUJILLO, RMR, CRR
22              Registered Merit Reporter
               Certified Realtime Reporter
23
24
25

Page 52

1    to -- to listen to them, to -- to provide direction and

2    care.  It -- you feel good when -- a lot of people

3    aren't patient with schizophrenics.  That was the

4    population I chose to work with too.

5         Q.    So you liked being involved in patient care?

6         A.    Always.  Direct patient care.

7         Q.    Excuse me.  On Page 4 on Section 10 it talks

8    about your employment history.

9         A.    Correct.

10        Q.    And you list Bay Pines VAMC from 1984 to 2010;

11   is that correct?

12        A.    Correct.

13        Q.    You mentioned that you taught for a year before

14   working at the VA.

15              Have you ever had any other jobs besides

16   teaching for a year and working at the VA?

17        A.    Yes.

18        Q.    Tell me about that.

19        A.    I worked inpatient psychiatry mental health at

20   Forrest General Hospital in Hattiesburg for four years.

21   Two years as a staff nurse; two years as a -- back then

22   it was called assistant head nurse.  It would be like a

23   nurse -- assistant nurse manager.

24        Q.    When was that?

25        A.    '77 until when I went to college for my

Page 53

1    master's.  '81.
2         Q.   And what -- what were your major
3    responsibilities in that job?
4         A.   A lot of direct patient care.  Scheduling, when
5    I become an assistant nurse manager.
6         Q.   And then from 1984 through 2010 you were at Bay
7    Pines VA?
8         A.   Correct.
9         Q.   And you said that you were primarily working
10   with schizophrenic patients?
11        A.   Yes.  Yeah.  Acute -- acute psychiatry.
12        Q.   Just give me a general idea of your
13   responsibilities and duties in that job.
14        A.   Again, initially, I had to prove myself.  I was
15   hired as a, quote, staff nurse.
16             Was quickly -- because of my background and
17   education -- given a job as a nurse manager for three
18   years.
19             But as I told you, I like being a clinician; so
20   as soon as that position came open, I transferred from
21   inpatient to outpatient.
22             I did patient intakes.  I had my own clients
23   that I would follow.  And I did a lot of groups and
24   individual therapy.
25        Q.   So you took down patients' histories and -- and

1    physical information and that sort of thing?

2        A.    Yes.

3        Q.    Did you do a lot of the notes in the chart?

4        A.    Yes.

5        Q.    The -- I've always heard that's the fun stuff,

6    right, making all those notes and charts?

7        A.    That's not the fun stuff.

8        Q.    So you didn't administer medications?

9        A.    Yes, I did.

10       Q.    Okay.  Tell me about how -- how you

11   administered medications.

12             Did you prescribe medications?

13       A.    No.  I had no prescriptive privileges.

14             I managed the -- we called it the depot clinic.

15   That's Prolixin, Haldol, and Risperdal.  It's for the

16   patients that are resistant to taking by mouth meds.

17             I would see them once a week, twice a week,

18   once a month, however it was ordered.

19       Q.    So you would do the injections?

20       A.    I did the injections.  I interviewed them.  And

21   I had -- of course I had a psychiatrist right there if I

22   needed support.

23       Q.    Were you ever involved in talking to your

24   patients about the risks involved with any of these

25   medications?

Page 57

1          Have you been open and honest with your

2   providers?

3      A.   Absolutely, yes.

4      Q.   Are you currently disabled and unable to work?

5      A.   Yes.

6      Q.   Tell me when you filed for disability.

7      A.   That would be April of 2010.

8      Q.   And why did you file for that?

9      A.   Because of the -- the back issues and knowing

10  that I was going to be scheduled within that year for

11  spinal reconstructive surgery and that the rehab was up

12  to four months.

13     Q.   Was this Social Security Disability that you

14  applied for?

15     A.   The way the -- yes, the way the VA works is

16  first you apply for Social Security, then you get to

17  retire, medical, from the VA.

18     Q.   Did anyone assist you with your application?

19     A.   Yes.  At the hospital.

20     Q.   Do you remember who that was?

21     A.   (No audible response.)

22     Q.   No?  Okay.  I don't remember what I had for

23  breakfast yesterday so I understand.

24     A.   That was her job, if that helps you.  That was

25  her job there at the VA, to help people file for

Page 58

1    retirement.

2        Q.    And it says in your fact sheet that your salary

3    rate was approximately $100,000 at the time of your

4    retirement.

5        A.    That's correct.

6        Q.    Did you file federal taxes from 1984 to 2010?

7        A.    I still pay taxes.

8        Q.    Do you file state income taxes too?

9        A.    No.

10            MR. JOHNSON:  No.  We don't have them.

11       A.    I'm in Florida.

12       Q.    You don't have them in Florida?

13       A.    No.  You want to move here?

14       Q.    It's just another reason.

15            (Laughter.)

16            Just another reason.

17            Did you ever file them when you were in

18    Mississippi?

19       A.    State taxes.  I didn't like it.

20       Q.    Yeah, it's not fun.

21       A.    No.

22       Q.    Okay.

23       A.    Okay.

24       Q.    Anything else about your employment that we

25    haven't talked about?

Page 59

1      A.    Just that I probably would still be working if

2   I hadn't asked -- had to have the back surgery.   I

3   enjoyed my work.

4      Q.    Let's turn to Page 12 of your fact sheet.

5      A.    (Complies.)

6      Q.    The Section 3 outlines surgeries that you had

7   prior to having your filter placed.

8      A.    Correct.

9      Q.    And it lists that you had two back surgeries:

10  One in 2006, and one in 2007 by a Dr. Jobe?

11     A.    Correct.  Oh, I see an error.  He's not a

12  neurologist.  He's a neurosurgeon.

13     Q.    Okay.  Tell me, when were you first diagnosed

14  with health problems?

15     A.    2002.

16     Q.    And what were you diagnosed with?

17     A.    Oh, dear Lord.

18            Herniated cervical disc.  I think it was 3, 4,

19  5, and 6.  Herniated lumbar disc 4, 5, 6, and 7 or

20  some -- I -- I could be getting the numbers mixed up.

21  You'd -- you'd have to check.

22     Q.    That's fine.

23     A.    But anyway, Dr. Bellingar, who I've seen for,

24  like, 20-plus years asked me did I understand that once

25  they're herniated, they're not going back into place.

Page 256

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2
      ASSIGNMENT NO: 2465009
3     CASE NAME: Cook Medical, Inc. v.
      DATE OF DEPOSITION: 11/10/2016
4     WITNESS' NAME: Elizabeth Jane Hill
5          In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6     my testimony or it has been read to me.
7          I have made no changes to the testimony
      as transcribed by the court reporter.
8

      _____        _____
9       Date                       Elizabeth Jane Hill
10         Sworn to and subscribed before me, a
      Notary Public in and for the State and County,
11    the referenced witness did personally appear
      and acknowledge that:
12
           They have read the transcript;
13         They signed the foregoing Sworn
           Statement; and
14         Their execution of this Statement is of
           their free act and deed.
15
           I have affixed my name and official seal
16
      this _____ day of_____, 20_____.
17
                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25