Page 1

1       UNITED STATES COURT
        SOUTHERN DISTRICT OF INDIANA
2          INDIANAPOLIS DIVISION
3
        CASE NO.:  1:14-ml-2570-RLY-TAB
4              MDL No.  2570
5   IN RE:  COOK MEDICAL, INC.,
    IVC FILTERS MARKETING, SALES
6   PRACTICES AND PRODUCT
    LIABILITY LITIGATION
7
    This Document Relates to
8   Case No. 1:14-cv-06016-RLY-TAB
9
        VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
    Taken on Behalf of the Defendants, Cook Incorporated,
11  Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
               William Cook Europe ApS
12
13   DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
14   TIME:          8:54 A.M. - 4:28 P.M.
15   PLACE:         VERITEXT
                    37 NORTH ORANGE AVENUE
16                  SUITE 500
                    ORLANDO, FLORIDA  32801
17
18
19
20
            STENOGRAPHICALLY REPORTED BY:
21
            ANTHONY TRUJILLO, RMR, CRR
22            Registered Merit Reporter
             Certified Realtime Reporter
23
24
25

Page 197

1           What do you mean by pancreas?
2      A.   That's when they did the biopsy.
3      Q.   Do you believe that the pancreas biopsy you had
4  was related to your filter?
5      A.   No.
6      Q.   And then you have an endoscopic ultrasound
7  listed in February of 2014.  Excuse me.
8           Is that something that Dr. Sree also did?
9      A.   Yes.  Him and his partner.
10     Q.   Do you believe that that endoscopic ultrasound
11 was related to your filter?
12     A.   I believe they were looking to see if there was
13 something related to the filter removal.
14     Q.   Okay.  Under 11 it says that you're not making
15 a claim for lost wages; is that correct?
16     A.   That is correct.  I am retired.
17     Q.   Can we flip -- sorry.  I'm going to flip back
18 again to Exhibit 4.  Go to Interrogatory No. 5 for me.
19          Do you see that chart there in Interrogatory
20 No. 5?
21     A.   Uh-huh.
22     Q.   I'm on Exhibit 4.
23     A.   Oh, sorry.
24     Q.   You're okay.  I'm switching around on you.
25     A.   Yes, you are.

Page 256

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
    ASSIGNMENT NO: 2465009
3   CASE NAME: Cook Medical, Inc. v.
    DATE OF DEPOSITION: 11/10/2016
4   WITNESS' NAME: Elizabeth Jane Hill
5        In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7        I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____          _____
9      Date                       Elizabeth Jane Hill
10       Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
         They have read the transcript;
13       They signed the foregoing Sworn
         Statement; and
14       Their execution of this Statement is of
         their free act and deed.
15
         I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
                 _____
18               Notary Public
19               _____
                 Commission Expiration Date
20
21
22
23
24
25