Page 1

```
 1                   UNITED STATES COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION
 3
              CASE NO.:  1:14-ml-2570-RLY-TAB
 4               MDL No.  2570
 5   IN RE:  COOK MEDICAL, INC.,
     IVC FILTERS MARKETING, SALES
 6   PRACTICES AND PRODUCT
     LIABILITY LITIGATION
 7
     This Document Relates to
 8   Case No. 1:14-cv-06016-RLY-TAB
 9
            VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
     Taken on Behalf of the Defendants, Cook Incorporated,
11   Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                    William Cook Europe ApS
12
13    DATE TAKEN:     THURSDAY, NOVEMBER 10TH, 2016
14    TIME:           8:54 A.M. - 4:28 P.M.
15    PLACE:          VERITEXT
                      37 NORTH ORANGE AVENUE
16                    SUITE 500
                      ORLANDO, FLORIDA  32801
17
18
19
20
              STENOGRAPHICALLY REPORTED BY:
21
                ANTHONY TRUJILLO, RMR, CRR
22                Registered Merit Reporter
                 Certified Realtime Reporter
23
24
25
```

Page 121

1    A.   You would have to check the -- the office
2    appointments.  It would be shortly after this
3    (indicating.)
4    Q.   Okay.  It was -- it would have been before your
5    next back surgery with Dr. Moreno?
6    A.   Oh, yes.
7    Q.   Have we talked about everything you can recall
8    about this specific attempt to remove your filter?
9    A.   I believe so.
10   Q.   I want to talk a little bit about the period of
11   time after this procedure to try to remove your filter
12   and before your July 2013th spinal reconstructive
13   surgery.
14   A.   Okay.  Do you want me to go back to --
15   Q.   So this is 2011 to 2013-ish.  Tell me you --
16   you weren't working during this period of time, correct?
17   A.   Correct.
18   Q.   Now, your -- your plaintiff fact sheet told us
19   that you had your gallbladder removed in November of
20   2011?
21   A.   Day after Thanksgiving.
22   Q.   Oh, well, that's no fun.
23   A.   No.  Best day to have surgery, though, FYI,
24   because you get treated like a queen.  You're the only
25   one there for surgery.

Page 256

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2

    ASSIGNMENT NO: 2465009
3   CASE NAME: Cook Medical, Inc. v.
    DATE OF DEPOSITION: 11/10/2016
4   WITNESS' NAME: Elizabeth Jane Hill
5        In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7        I have made no changes to the testimony
    as transcribed by the court reporter.
8

    _____          _____
9       Date                        Elizabeth Jane Hill
10       Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
            They have read the transcript;
13          They signed the foregoing Sworn
            Statement; and
14          Their execution of this Statement is of
            their free act and deed.
15
            I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25