

# MEDISYS
## REHABILITATION, INC.

5524 Bee Cave Road, Suite A-1, Austin, Texas 78746 • P.O. Box 160026, Austin, Texas 78716
p 512.459.4315 • f 512.371.3894 • wh@mri-tx.com • www.mri-tx.com

# LIFE CARE PLAN
# AND
# COST ANALYSIS



## Elizabeth Jane Hill

March 11, 2017
REPORT PREPARED BY

*Leigh Anne Levy*

**Leigh Anne Levy, R.N., CLCP**



## III. PROJECTED MEDICAL SERVICE NEEDS

Dr. Alex Marmareanu (Thoracic and Cardiovascular Surgery) was consulted via telephone on 03/07/17 and 03/09/17. He was kind enough to talk through his expectations for Ms. Hill. Among his recommendations was the following:
- Due to her caval stenosis, she is at risk for the development of caval thrombosis, post-thrombotic syndrome, deep venous thrombosis, and venous reflux.
- She will require lifelong anticoagulant therapy.
- Due to the necessity of anticoagulant therapy she is at risk for bleeding complications such as gastrointestinal bleeding and intracranial hemorrhage.
- She will require medical monitoring every 6 months to a year depending on her course.
- She should undergo the following diagnostic studies for monitoring of her condition:
    - Routine diagnostic studies to monitor effects of medication on liver and kidneys
    - Coagulation studies
    - Upper endoscopy for history of duodenal injury every 3 years
    - CT scan of the abdomen with contrast every 5 years
    - MR venogram every 5 years
    - Ultrasound of the extremities and IVC annually

Based upon the review of available records, interview of Ms. Hill, IME and consultation with Dr. Marmureanu and our background and experience with these matters, it can be stated to a reasonable degree of certainty that needs include the following:

**Outpatient Physician and Therapeutic Care from the following specialties:**
- Primary Care Physician
- Gastroenterologist
- Hematologist/Oncologist
- Interventional Radiologist
- Physical Medicine and Rehabilitation/Pain Management
- Health and Behavioral Psychological Services
- Nutritionist
- Rehabilitation maintenance services (community based therapeutic activities)

**Diagnostics Services needed to evaluate and oversee medical management**
- Routine diagnostic studies to monitor effects of medication on liver and kidneys
- Coagulation studies
- Upper endoscopy for history of duodenal injury every 3 years
- CT scan of the abdomen with contrast every 5 years
- MR venogram every 5 years
- Ultrasound of the extremities and IVC annually

**Long-Term Care/Aide Assistance/ Household services**
While Ms. Hill has diminished capacity in this category, she is essentially independent in all basic and higher level activities of daily living. However, if Ms. Hill develops caval thrombosis and the known complications associated with this disability (post thrombotic syndrome including skin ulcers, chronic pain, chronic extremity swelling) it is likely she will require attendant level

Hill, Elizabeth
*19*

aide/assistance to help her achieve functional independence, including medical monitoring; skin care, range of motion, and self-care. In order to adequately represent this in the care plan, the average hourly of direct hire ($11.75) and agency contracting ($18.31) was utilized ($15.03/hour). This plans projects that a typical home visit would be 4 hours per day. The annualized cost for this service is on average **$22,075.20** and is used in the analysis below.

**Medications**
- ❖ Anticoagulant
- ❖ Anti-ulcer/GERD (recommended while on anticoagulant therapy)
- ❖ Analgesia (potential)

**Durable Medical Equipment and Supplies**
- ❖ Miscellaneous adaptive equipment
- ❖ Coagucheck monitor, lancets, and INR strips for monitoring coagulation
- ❖ Bathroom safety
- ❖ TED hose
- ❖ Compression pump

**Inpatient Care/Outpatient Procedures/Alternative Strategies/Complications**
- ❖ Caval thrombosis
- ❖ Post-thrombotic syndrome
- ❖ DVT (nonoperative/operative)
- ❖ Venous reflux
- ❖ GI bleed
- ❖ Intracranial hemorrhage

Hill, Elizabeth
*20*

## IV. DISCUSSION

**Life Expectancy: Maintaining Funding for Lifelong Care**
Life expectancy is projected based upon information provided by the National Center for Health Statistics, National Vital Statistics 2008. The U.S. Life Table Values represent the population as a whole, with gender and race differentiation. There is no authoritative medical literature available for discounting life expectancy. It is imperative that an adequate funding stream is maintained to ensure high quality care, irrespective of the length of life remaining. It is typical in these matters for an annuity be purchased and the proceeds to be paid into a medical special needs trust so that this goal can be accomplished. In this manner, the risk is taken entirely by those who have the financial incentive and fiduciary responsibility to pay for future care. It is clearly impossible to be precise when estimating life expectancy. Many have argued that this should not even be a consideration in the life care plan, but rather be deferred to the economist, annuitant, or other professional who will perform a present value calculation of the life care plan. There is nothing about the use of an end point that should be construed as an independent determination of this patient's specific life expectancy. Rather, this endpoint is used for calculating an average estimated annual expenditure; a figure that can be utilized for the purpose of financial reserve allocation and cash flow needs to pay for future care associated with a disability. If a consensus opinion develops as to how long a specific patient will likely live, then this document can be modified accordingly.

**Cost Projections**
The cost analysis includes those recommendations for health care goods and services that can reasonably be expected to improve functional capacity, maintain health, minimize complications, and provide for an improved quality of life. Every attempt was made to model care that is readily accessible in the marketplace. While there may be less expensive options for care, projecting a rate lower than what is utilized for this analysis would not reflect the central tendency of costs and may not allow for consistent and reliable accessibility. Where appropriate, services are CPT and/or ICD-CM code specific, based upon publications of *Physician's Current Procedural Terminology* and the *International Classification of Diseases, Clinical Modification.* National cost data is utilized, except in those categories where only survey data is available. The cost data come from several sources that are detailed in Data Sources section of this report. No consideration is made within this plan for future price changes associated with inflation or industry growth factors. Likewise, no attempt has been made herein to discount to present value. This is deferred to an economic expert experienced with this industry. Similarly, no consideration is made for physical pain, mental anguish, physical impairment, disfigurement, or loss of earning capacity. While these may be elements of the damages and are associated with a legal claim, they are not the purview of this type of analysis and are not projected in this document.

Hill, Elizabeth
*21*

## V. COST ANALYSIS

**Outpatient Physician and Therapeutic Care**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Health and Behavior Psych | 63 | 68 | 30 / 5 | $201.33 | $1,207.98 | $6,039.90 |
| MD consultation | 63 | 84.64 | 2 | $249.60 | $499.20 | $10,802.69 |
| Nutritional Therapist | 63 | 64 | 2 | $234.00 | $468.00 | $468.00 |
| Outpatient Physician Care | 63 | 84.64 | 3 | $117.00 | $351.00 | $7,595.64 |
| Podiatry | 63 | 84.64 | 1 | $145.44 | $145.44 | $3,147.32 |
| Rehabilitation Maintenance | 63 | 84.64 | 12 | $65.00 | $780.00 | $16,879.20 |

**Medications**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Anticoagulant | 63 | 84.64 | 365 | $7.11 | $2,595.15 | $56,159.05 |
| Antiulcer/GERD | 63 | 84.64 | 365 | $4.47 | $1,631.55 | $35,306.74 |

**Diagnostics**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Coagulation Studies | 63 | 84.64 | 4 | $30.00 | $120.00 | $2,596.80 |
| Endoscopy Upper GI | 63 | 84.64 | 1 / 3 | $769.91 | $256.64 | $5,553.62 |
| MRI/CT Abdomen | 63 | 84.64 | 1 / 5 | $1,653.00 | $330.60 | $7,154.18 |
| Routine Diagnostic Studies | 63 | 84.64 | 2 | $147.00 | $294.00 | $6,362.16 |
| Ultrasound abdomen/renal | 63 | 84.64 | 1 | $371.50 | $371.50 | $8,039.26 |
| Ultrasound extremities | 63 | 84.64 | 1 | $565.00 | $565.00 | $12,226.60 |
| Venogram | 63 | 84.64 | 1 / 5 | $851.00 | $170.20 | $3,683.13 |

**DME & Supplies**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Bathroom Safety | 63 | 84.64 | 1 / 5 | $695.72 | $139.14 | $3,011.08 |
| Coaguchek Monitor | 63 | 84.64 | 1 / 5 | $753.69 | $150.74 | $3,261.97 |
| INR Test Strips | 63 | 84.64 | 1 | $1,978.08 | $1,978.08 | $42,805.65 |
| Lancets | 63 | 84.64 | 1 | $45.44 | $45.44 | $983.32 |

Hill, Elizabeth

22

| | | | | | | |
|---|---|---|---|---|---|---|
| Misc. Adaptive Equip. | 63 | 84.64 | 1 | $200.00 | $200.00 | $4,328.00 |
| TED hose | 63 | 84.64 | 3 | $14.91 | $44.73 | $967.96 |

**Inpatient Care/Outpatient Procedures/Alternative Strategies/Complications**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Allied Health | 63 | 84 | 60 / 21 | $203.00 | $580.00 | $12,180.00 |
| Analgesic | 63 | 84.64 | 180 | $4.86 | $874.80 | $18,930.67 |
| Attendant Care | 63 | 84.64 | 1 | $22,075.20 | $22,075.20 | $477,707.33 |
| Caval Thrombosis | 63 | 84 | 1 / 21 | $251,229.33 | $11,963.30 | $251,229.33 |
| Compression Unit (circ.) | 63 | 84.64 | 1 / 5 | $498.40 | $99.68 | $2,157.08 |
| DVT (Non Operative) | 63 | 84 | 1 / 21 | $28,085.83 | $1,337.42 | $28,085.83 |
| DVT (Operative) | 63 | 84 | 1 / 21 | $89,376.83 | $4,256.04 | $89,376.83 |
| GI Bleed | 63 | 84 | 1 / 21 | $47,631.11 | $2,268.15 | $47,631.11 |
| Intracranial hemorrhage | 63 | 84.64 | 1 / 21 | $222,448.16 | $10,592.77 | $229,227.53 |

Hill, Elizabeth
*23*

## COST ANALYSIS SUMMARY

|  | Average Annual Cost | Lifetime Cost |
|---|---|---|
| **Outpatient Physician and Therapeutic Care** | $2,076.37 | $44,932.75 |
| **Medications** | $4,226.70 | $91,465.79 |
| **Diagnostics** | $2,107.94 | $45,615.75 |
| **Equipment and Supplies** | $2,558.13 | $55,357.98 |
| **IP Care/OP Procedures/Alt. Strategies/Complications** | $53,443.89 | $1,156,525.71 |
| **GRAND TOTAL** | **$64,413.03** | **$1,393,897.97** |