Attempt at IVC removal of 3/23/11 by____Mark A. Zuzga, D.O.

Placement of temporary IVC filter   by_____Mark Zuzga, D.O.,
of November 17, 2010

Esophagogastrodudodenoscopy   by____Sreekanth R. Chandrupatla, M.D.
of 1/7/14

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:

Following the successful extraction of the IVC filter, I have had continued gastric pain, bloating, tenderness. Increased anxiety, insomnia, PTSD.

## VIII. PAST HISTORY

Number of Deep Vein Thromboses:   None   Number of Pulmonary Emboli: None

Prior to, or following placement of the device, have you ever had or been diagnosed with:

| | |
|---|---|
| N/A | Lupus |
| N/A | Crohn's Disease |
| N/A | Factor V Leiden |
| N/A | Protein Deficiency |
| X | Spinal fusion or other back procedures |
| N/A | Anti-thrombin deficiency |
| N/A | Prothrombin mutation |

Are you claiming damages for lost wages: [ ] Yes        [X] No
If so, for what time period:  Not applicable.
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?:   [ ] Yes        [X] No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
Not applicable.

Do you have a computer?  [X] Yes        [ ] No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social medial websites:
[X] Yes      [ ] No   Facebook

Please provide all user names, handles, login names or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

Lizjane53@gmail.com; Jane Edgemon Hill

---

IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PHYSICIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS

Primary Care Physicians:

Name:     Dr. Bridget Bellingar (primary care)
Address:  7101 Park Street N., Seminole, FL 33777
Approximate Period of Treatment:     1997 - present


Name:     Elizabeth Pike, ARNP
Address:  11707 N. William St., Dunnellon, FL 33432
Approximate Period of Treatment:     Sept. 2013 – present


Name:     Dr. Charles Friedman (pain management)
Address:  Bardmoor Medical Arts, 8839 Bryan Dairy Road, Largo, FL 33777
Approximate Period of Treatment:     2004 - 2006


Name:     Dr. Umesh Choudry (gastroenterologist)
Address:  920 S. Myrtle Avenue, Suite A, Clearwater, FL
Approximate Period of Treatment:     August, 2013 – present


Name:     Dr. S. Chandrupatla (gastroenterologist)
Address:  6410 West Gulf to Lake Highway, Crystal River, FL 34423
Approximate Period of Treatment:     November, 2013 – June, 2014


Name:     Dr. Anthony Moreno (orthopedic surgeon)
Address:  Mease Countryside Hospital, 3231 McMullen Booth Road, Safety Harbor, FL 34695
Approximate Period of Treatment:     December 5, 2010 and July, 2013