Page 1

```
 1                  UNITED STATES COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION
 3
               CASE NO.:  1:14-ml-2570-RLY-TAB
 4                   MDL No.  2570
 5    IN RE:  COOK MEDICAL, INC.,
      IVC FILTERS MARKETING, SALES
 6    PRACTICES AND PRODUCT
      LIABILITY LITIGATION
 7
      This Document Relates to
 8    Case No. 1:14-cv-06016-RLY-TAB
 9
            VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
      Taken on Behalf of the Defendants, Cook Incorporated,
11   Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                    William Cook Europe ApS
12
13    DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
14    TIME:          8:54 A.M. - 4:28 P.M.
15    PLACE:         VERITEXT
                     37 NORTH ORANGE AVENUE
16                   SUITE 500
                     ORLANDO, FLORIDA  32801
17
18
19
20
                STENOGRAPHICALLY REPORTED BY:
21
                  ANTHONY TRUJILLO, RMR, CRR
22                 Registered Merit Reporter
                  Certified Realtime Reporter
23
24
25
```

Page 29

```
 1   appointment?
 2        A.   I -- okay.  I don't -- I don't see that as a
 3   daily calendar.
 4             But, yes, there is a calendar on our
 5   refrigerator, where I'll write Dr. Deven, Dr. Jacome,
 6   Russ [phonetic] appointment.  I do have that.
 7        Q.   Is it a paper calendar on your fridge?
 8        A.   It's a paper calendar.
 9        Q.   What do you do once the month is over?
10        A.   I flip it over.
11        Q.   Do you keep old calendars?
12        A.   No.
13        Q.   Do you only have the calendar from this
14   calendar year right now?
15        A.   Yes.
16        Q.   Have you ever done any research on IVC filters?
17        A.   No.
18        Q.   Never Googled IVC filter?
19        A.   No.
20        Q.   I use Google as a verb.  I don't know if that's
21   really a verb but...
22        A.   I use Google.  I understand.
23        Q.   So you never got on the computer and typed
24   in "filter" or "IVC filter"?
25        A.   No.
```

Page 256

1              DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2
       ASSIGNMENT NO: 2465009
3      CASE NAME: Cook Medical, Inc. v.
       DATE OF DEPOSITION: 11/10/2016
4      WITNESS' NAME: Elizabeth Jane Hill
5           In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
6      my testimony or it has been read to me.
7           I have made no changes to the testimony
       as transcribed by the court reporter.
8
       _____        _____
9         Date                     Elizabeth Jane Hill
10          Sworn to and subscribed before me, a
       Notary Public in and for the State and County,
11     the referenced witness did personally appear
       and acknowledge that:
12
            They have read the transcript;
13          They signed the foregoing Sworn
               Statement; and
14          Their execution of this Statement is of
               their free act and deed.
15
            I have affixed my name and official seal
16
       this _____ day of_____, 20____.
17
                     _____
18                   Notary Public
19                   _____
                     Commission Expiration Date
20
21
22
23
24
25