Page 1

```
                    UNITED STATES COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


            CASE NO.:  1:14-ml-2570-RLY-TAB
                   MDL No.  2570
   IN RE:  COOK MEDICAL, INC.,
   IVC FILTERS MARKETING, SALES
   PRACTICES AND PRODUCT
   LIABILITY LITIGATION


   This Document Relates to
   Case No. 1:14-cv-06016-RLY-TAB


          VIDEO DEPOSITION OF ELIZABETH JANE HILL

   Taken on Behalf of the Defendants, Cook Incorporated,
  Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                  William Cook Europe ApS


   DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
   TIME:          8:54 A.M. - 4:28 P.M.
   PLACE:         VERITEXT
                  37 NORTH ORANGE AVENUE
                  SUITE 500
                  ORLANDO, FLORIDA  32801




              STENOGRAPHICALLY REPORTED BY:

               ANTHONY TRUJILLO, RMR, CRR
                 Registered Merit Reporter
                Certified Realtime Reporter
```

Page 31

```
 1       A.   No.  I mean, it -- it's -- he put in the brand,
 2   the kind of IVC filter, where it was stuck; and somehow,
 3   miraculously, Dr. Lynch popped up and some doctor in
 4   California.
 5       Q.   Have you or your husband ever done any research
 6   on Cook, the company I represent?
 7       A.   No.
 8       Q.   Have you ever seen any articles about IVC
 9   filters?
10       A.   I have not, um, seen articles, but I've seen
11   all the specials that have been on the "NBC Nightly
12   News" --
13       Q.   Okay.
14       A.   -- regarding the IVC filters.  And there's an
15   abundance of advertisements.
16       Q.   So you have seen a story on "NBC Nightly News"?
17       A.   I think three times.
18       Q.   When did you see those?
19       A.   Oh, I don't remember when they were aired.
20   It's been the past year.
21       Q.   All three were in the past year?
22       A.   I believe so.  Lester Holt.
23       Q.   Besides the NBC -- the three "NBC Nightly News"
24   shows, have you seen anything else on TV about IVC
25   filters?
```

Page 256

1               DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2
        ASSIGNMENT NO: 2465009
3       CASE NAME: Cook Medical, Inc. v.
        DATE OF DEPOSITION: 11/10/2016
4       WITNESS' NAME: Elizabeth Jane Hill
5            In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
6       my testimony or it has been read to me.
7            I have made no changes to the testimony
        as transcribed by the court reporter.
8
        _____      _____
9          Date                    Elizabeth Jane Hill
10           Sworn to and subscribed before me, a
        Notary Public in and for the State and County,
11      the referenced witness did personally appear
        and acknowledge that:
12
             They have read the transcript;
13           They signed the foregoing Sworn
             Statement; and
14           Their execution of this Statement is of
             their free act and deed.
15
             I have affixed my name and official seal
16
        this _____ day of_____, 20____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25