Page 1

```
               UNITED STATES COURT
           SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION


         CASE NO.:  1:14-ml-2570-RLY-TAB
              MDL No.  2570
 IN RE:  COOK MEDICAL, INC.,
 IVC FILTERS MARKETING, SALES
 PRACTICES AND PRODUCT
 LIABILITY LITIGATION


  This Document Relates to
  Case No. 1:14-cv-06016-RLY-TAB


       VIDEO DEPOSITION OF ELIZABETH JANE HILL

 Taken on Behalf of the Defendants, Cook Incorporated,
 Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                William Cook Europe ApS


  DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
  TIME:          8:54 A.M. - 4:28 P.M.
  PLACE:         VERITEXT
                 37 NORTH ORANGE AVENUE
                 SUITE 500
                 ORLANDO, FLORIDA  32801




            STENOGRAPHICALLY REPORTED BY:

              ANTHONY TRUJILLO, RMR, CRR
               Registered Merit Reporter
               Certified Realtime Reporter
```

```
                                                        Page 32
 1      A.   Advertisements.
 2      Q.   When you say "advertisements," what do these
 3   advertisements say?
 4           MR. JOHNSON:  Form.
 5      Q.   You can answer.
 6      A.   Lawyers.
 7      Q.   Besides lawyer advertisements, have you seen
 8   anything else on TV?
 9      A.   No.
10      Q.   Have you seen any written articles about IVC
11   filters?
12      A.   No, I haven't.
13      Q.   Have you ever done research on pulmonary
14   embolism online?
15      A.   No.
16      Q.   Any other research related to your case?
17           MR. JOHNSON:  Form.
18      Q.   You can answer.
19      A.   No.
20      Q.   Have you ever talked about your thoughts about
21   IVC filters online?
22      A.   No.
23      Q.   Never gotten on a blog or social media Web site
24   like Facebook and talked about IVC filters?
25      A.   No.  That's private.  I don't care to share my
```

Page 33

1   medical information on a social media network.
2       Q.   Have you ever talked about your experience with
3   an IVC filter in response to a mass e-mail or an
4   electronic list serve?
5       A.   No.
6       Q.   When you saw the "NBC Nightly News" shows, was
7   this before or after you had filed a lawsuit?
8       A.   After.
9       Q.   When did you first hear about problems with IVC
10  filters?
11      A.   When -- when Russ did his research and took me
12  up to see Dr. Lynch.
13      Q.   Have you ever specifically seen anything about
14  Cook IVC filters?
15      A.   No.
16      Q.   Do you ever remember hearing anything about
17  Cook IVC filters in those NBC shows?
18      A.   No.
19      Q.   Do you remember when you saw the IVC filter ads
20  on TV?
21      A.   I know last summer they had started because I
22  saw them when we were up at the lake house in Tennessee.
23      Q.   Do you remember what they said?
24           MR. JOHNSON:  Form.
25      A.   Not really.  No.

Page 256

1         DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
     ASSIGNMENT NO: 2465009
3    CASE NAME: Cook Medical, Inc. v.
     DATE OF DEPOSITION: 11/10/2016
4    WITNESS' NAME: Elizabeth Jane Hill
5         In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7         I have made no changes to the testimony
     as transcribed by the court reporter.
8
     _____        _____
9       Date                      Elizabeth Jane Hill
10        Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
               Statement; and
14        Their execution of this Statement is of
               their free act and deed.
15
          I have affixed my name and official seal
16
     this _____ day of_____, 20____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25