

LAW OFFICES

## BABBITT & JOHNSON

PROFESSIONAL ASSOCIATION

SINCE 1968

THEODORE BABBITT*
JOSEPH R. JOHNSON*

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-4426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

1641 WORTHINGTON ROAD · SUITE 100
WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 · TELEFAX (561) 684-6308
www.babbitt-johnson.com

October 20, 2016


Anna  C. Rutigliano, Esq.
Faegre Baker Daniels, LLP
Suite 2700
300 North meridian Street
Indianapolis, IN 46204

Re:   Elizabeth Hill v. C.R. Bard, Inc., et al.

Dear Ms. Rutigliano:

Enclosed please find the following documents responding to C.R. Bard's First Set of Requests for Production.

1. CD containing imaging studies from BayCare Health Systems.
2. Original executed Social Security Administration Consent for Release of Information form.
3. Original executed Request for Copy of Tax Return form.
4. Original executed Medicare Authorization to Disclose Personal Health Information form.
5. Original executed Insurance Records Release Authorization.
6. Original executed Authorization for Release of Workers' Compensation File.
7. Original executed Employment Records Release Authorization.
8. Two original executed HIPPA Compliant Authorization From Individual For Release of Medical Records.

Sincerely yours,

JOSEPH R. JOHNSON

JRJ/dc
Enclosures