IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTSLIABILITY LITIGATION 2570 | Case No. 1:14-ml-2570- <br><br> MDL No. |

This Document Relates to Plaintiff(s)

_____ELIZABETH JANE HILL_____

Civil Case # 1:15-cv-06016-RLY-TAB

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

COMES NOW the Plaintiff, ELIZABETH JANE HILL, by and through her undersigned attorneys, and files this Supplemental Response to First Set of Requests for Production from the COOK Defendants as follows:

**General Objections As To All Requests For Production:** Plaintiff objects to the instructions and definitions as set forth by the defendants on the grounds that they are vague, ambiguous, overly broad, harassing, confusing, and are beyond the scope of permissible discovery. In responding to the discovery, Plaintiffs will give all words their plan meaning.

8. All medical records related to the treatment or examination of the injuries claimed in this lawsuit, including, but not limited to, chart notes, correspondence, x-rays, images, test results, pharmacy records, operative notes and reports, referrals, medical releases and consents, procedure descriptions, office notes, and documentation of

surgeries.

RESPONSE: Attached are the following:

a. Medical records from Moreno Joseph Spine & Scoliosis.

b. Color photographs from Safety Harbor.

c. Color photographs from Suncoast Endoscopy

d. Medical records from Bellaire Surgery Center.

e. CT L Spine Without Contrast Final Report dated June 15, 2013, from BayCare Outpatient Imaging.

f. CT Abdomen With Contrast Final Report dated June 10, 2010, from Baycare Outpatient Imaging.

g. CT Abdomen Pelvis With Contrast Final Report dated October 18, 2011, from BayCare Outpatient Imaging.

h. CT containing imaging studies dated June 15, 2013; October 18, 2011; and June 10, 2010.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by e-service this 9th day of January, 2017, to: Anna C. Rutigliano, Esq., Faegre Baker Daniels, LLP, Suite 2700, 300 North meridian Street, Indianapolis, IN 45204; Douglas B. King, Esq., Wooden McLaughlin, LLP, Suite 1800m, One Indiana Square, Indianapolis, IN 46204; Ben C. Martin, Esq., Law Office of Ben C. Martin, Suite 100, 3219 McKinney Avenue Dallas, TX 75204; Michael W. Heaviside, Esq., Heaviside

Reed Zaic, Suite 203, 312 Broadway, Laguna Beach, CA  92651; and David P. Matthews, Esq., Matthews & Associates, 2905 Sackett Street, Houston, TX  77098.

BABBITT & JOHNSON, P.A.
Attorneys for Plaintiff
1641 Worthington Road, Suite 100
Post Office Box 4426 (33402-4426)
West Palm Beach, FL  33409
Tel:  (561) 684-2500
Fax: (561) 684-6308
jjohnson@babbitt-johnson.com

By_____
JOSEPH R. JOHNSON
Florida Bar # 372250