

LAW OFFICES
**BABBITT & JOHNSON**
PROFESSIONAL ASSOCIATION
SINCE 1968

THEODORE BABBITT*
JOSEPH R. JOHNSON*

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-1426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

1641 WORTHINGTON ROAD • SUITE 100
WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 • TELEFAX (561) 684-6308
www.babbitt-johnson.com

Wednesday, April 05, 2017

### VIA FEDERAL EXPRESS OVERNIGHT DELIVERY

Andrea R. Pierson
Faegre, Baker and Daniels, LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN  46204

Re:   Hill v Cook Medical Inc., et al.

Enclosed please find March 16, 2017 imaging studies and reports for Elizabeth Hill. Please call Ms. Rhoades at 713-535-7172 if you have any problems opening the imaging.

Very truly yours,

Joseph R. Johnson

Enclosure