

LAW OFFICES
BABBITT &
JOHNSON
PROFESSIONAL ASSOCIATION
SINCE 1968

THEODORE BABBITT*
JOSEPH R. JOHNSON*

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-1426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

1641 WORTHINGTON ROAD • SUITE 100
WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 • TELEFAX (561) 684-6308
www.babbitt-johnson.com

Wednesday, April 12, 2017

Andrea Pierson
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Re: Hill v Cook Medical Inc., et al.

Dear Ms. Pierson:

Enclosed please find 2 discs containing medical records and bills in our possession pursuant to your request dated March 15, 2017:

Penn State Medical Center/F. Lynch medical records and bill
Explanted Filter – photo
Radiology Associates of Ocala- medical records and bill
Safety Harbor –medical records and bill
S. Chandrupatla, M.D./Gastroenterology Associates-medical records and bill
Suncoast Endoscopy – medical records and bill
Suncoast Internal Medical – medical records and bill
Advanced Digestive Care/U. Choudhry, M.D. – medical records and bill
Vascular Bay Associates/Y. Gabriel, M.D.
Walgreens
West Central Gastroenterology
West Florida Vein Center – medical records and bill
Baycare Medical bill
Deven, M.D. medical records and bill
St. Joseph's Hospital Radiology Reports
Ocala Neurosurgical Center – medical records and bill
A. Santoro, LMHC – medical records and bill
Bellair Surgery Center
Baycare US Reports
Mease Countryside Medical Center DOS: 12/06/2010, 03/23/2011 & 11/17/2010 medical records and bill
J. Moreno, M.D.
Morton Plant Hospital DOS: 08/12/2013, 08/14/2013 & 07/05/2013

Morton Plant Hospital medical bill
A.J. Bidani, M.D Medical record and bill
A. Jacome, M.D. Medical records and bill
B. Bellingar, M.D. medical records and bill
Citrus Memorial Hospital
CVS Pharmacy
CVS Caremark
Gastro Florida medical bill
Gastroenterology medical records
Rose Radiology medical records and bill
Surgical Associates of West Florida – medical records and bill

9 discs containing the following radiological images

| DATE | STUDY |
| --- | --- |
| 05/14/2007 | Mammogram |
| 06/19/2008 | Mammogram |
| 03/27/2009 | Transvaginal US |
| 04/15/2010 | Rose Radiology: MRI Cervical, Thoracic, Lumbar |
| 11/17/2010 | Baycare: Venogram |
| 12/06/2010 | CXR |
| 12/07/2010 | CXR |
| 03/23/2011 | Baycare: Venogram |
| 08/18/2011 | Mammogram |
| 06/15/2013 | Baycare: CT T/S & L/S |
| 06/24/2013 | St. Joseph's Hospital: Thoracic & Lumbar Myelogram & CT T/S & L/S post Myelogram |
| 07/05/2013 | Baycare Intraoperative |
| 08/2013 | Penn State – Venogram/Doppler |
| 08/12/2013 | Baycare: CT Abd |
| 03/2017 | Baycare: US Lower Extremities |

Very truly yours,

Patti Spaeth, R.N.

Enclosures