

**LAW OFFICES**
**BABBITT & JOHNSON**
PROFESSIONAL ASSOCIATION
SINCE 1968

THEODORE BABBITT*
JOSEPH R. JOHNSON*

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-4426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

1641 WORTHINGTON ROAD • SUITE 100
WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 • TELEFAX (561) 684-6308
www.babbitt-johnson.com

May 23, 2017

Andrea Pierson
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Re: Hill v Cook Medical Inc., et al.

Dear Ms. Pierson:

Enclosed please find one CD containing the following additional updated medical records:

1. A. Nasser, M.D. Medical record and bills
2. Neurology Institute of Central Florida/Jacome, M.D. medical records and bills
3. Walgreen's pharmacy log through 03/2017
4. Y. Gregg, M.D. medical bill only as medical records have been previously produced

Very truly yours,

Patti Spaeth, R.N.

Enclosures