

LAW OFFICES
**BABBITT & JOHNSON**
PROFESSIONAL ASSOCIATION
SINCE 1968

THEODORE BABBITT*
JOSEPH R. JOHNSON*

PLEASE REPLY TO
POST OFFICE BOX 4426
WEST PALM BEACH, FLORIDA 33402-4426

*BOARD CERTIFIED CIVIL TRIAL LAWYER

1641 WORTHINGTON ROAD · SUITE 100
WEST PALM BEACH, FLORIDA 33409
TELEPHONE (561) 684-2500 · TELEFAX (561) 684-6308
www.babbitt-johnson.com

June 26, 2017

Andrea Pierson
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Re: Hill v Cook Medical Inc., et al.

Dear Ms. Pierson:

Enclosed please find one CD containing the following additional updated medical records:

1. Ali Nasser, M.D. Medical Records & Bill
2. Bay OP Imaging June 2017
3. BayCare OP Imaging March 2017
4. Bellingar, D.O. Updates November 2016-march 2017
5. CVS #3539
6. CVS Caremark
7. Diagnostic Imaging at Bay walk June 2007
8. Gastroenterology Associates/Chandrupatla, M.D.
9. Pinellas Physiatry Associates 2006-2008
10. Suncoast Internal Medicine/Raptoulis, D.O.
11. The Neurology Clinic November 2011-January 2017/Jacome, M.D. Medical Records & Bill
12. Y. Greges, M.D. Medical Bill

Very truly yours,

Patti Spaeth, R.N.

Enclosures