## Patti Spaeth

**To:** Andrea.Pierson@FaegreBD.com
**Cc:** Tom Arbon; Guy Murphy; Joe Johnson
**Subject:** Subrogation letters
**Attachments:** SUBROGATION LETTERS.pdf

Attached please find the following:

1. Letter from Medicare dated 12/04/2013
2. Letter from Florida Blue dated 12/04/2013
3. Letter from CMS dated 04/27/2017
4. Letter dated Rawlings Company dated July 8, 2016

1