Page 1

```
 1                  UNITED STATES COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3
              CASE NO.:  1:14-ml-2570-RLY-TAB
 4                 MDL No.  2570
 5    IN RE:  COOK MEDICAL, INC.,
      IVC FILTERS MARKETING, SALES
 6    PRACTICES AND PRODUCT
      LIABILITY LITIGATION
 7
      This Document Relates to
 8    Case No. 1:14-cv-06016-RLY-TAB
 9
            VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
     Taken on Behalf of the Defendants, Cook Incorporated,
11   Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                    William Cook Europe ApS
12
13    DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
14    TIME:          8:54 A.M. - 4:28 P.M.
15    PLACE:         VERITEXT
                     37 NORTH ORANGE AVENUE
16                   SUITE 500
                     ORLANDO, FLORIDA  32801
17
18
19
20
               STENOGRAPHICALLY REPORTED BY:
21
                ANTHONY TRUJILLO, RMR, CRR
22                Registered Merit Reporter
                Certified Realtime Reporter
23
24
25
```

```
                                                       Page 34

 1      Q.   Did you ever see any print advertisements?
 2      A.   No.
 3           (Pause.)
 4      Q.   Did you ever contact Cook about your filter?
 5      A.   No.
 6      Q.   Why not?
 7      A.   Why would I?
 8      Q.   When did you first contact an attorney?
 9           MR. JOHNSON:  Don't answer that question.
10      A.   I...
11           MS. COX:  Are you instructing her not to
12      answer?
13           MR. JOHNSON:  I am.  That's an attorney-client
14      privilege that I'm not going to let her waive or
15      breach.
16           MS. COX:  And can you explain to me what about
17      the fact of her contacting you is attorney-client
18      privilege?
19           MR. JOHNSON:  I think the relationship when it
20      starts is protected; it's privileged.  And we're not
21      going to go there.
22           MS. COX:  I'm not asking for the content of
23      anything that you discussed.
24           MR. JOHNSON:  No -- the date, that is not going
25      to be answered.  So let's move on.
```

```
                                                 Page 256
 1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2
     ASSIGNMENT NO: 2465009
 3   CASE NAME: Cook Medical, Inc. v.
     DATE OF DEPOSITION: 11/10/2016
 4   WITNESS' NAME: Elizabeth Jane Hill
 5        In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
 6   my testimony or it has been read to me.
 7        I have made no changes to the testimony
     as transcribed by the court reporter.
 8
     _____        _____
 9      Date                    Elizabeth Jane Hill
10        Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
           They have read the transcript;
13         They signed the foregoing Sworn
           Statement; and
14         Their execution of this Statement is of
           their free act and deed.
15
           I have affixed my name and official seal
16
     this _____ day of_____, 20____.
17
                      _____
18                    Notary Public
19                    _____
                      Commission Expiration Date
20
21
22
23
24
25
```