Page 1

```
             UNITED STATES COURT
          SOUTHERN DISTRICT OF INDIANA
              INDIANAPOLIS DIVISION


        CASE NO.:  1:14-ml-2570-RLY-TAB
              MDL No.  2570
 IN RE:  COOK MEDICAL, INC.,
 IVC FILTERS MARKETING, SALES
 PRACTICES AND PRODUCT
 LIABILITY LITIGATION


 This Document Relates to
 Case No. 1:14-cv-06016-RLY-TAB


       VIDEO DEPOSITION OF ELIZABETH JANE HILL

  Taken on Behalf of the Defendants, Cook Incorporated,
 Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
               William Cook Europe ApS


  DATE TAKEN:    THURSDAY, NOVEMBER 10TH, 2016
  TIME:          8:54 A.M. - 4:28 P.M.
  PLACE:         VERITEXT
                 37 NORTH ORANGE AVENUE
                 SUITE 500
                 ORLANDO, FLORIDA  32801



           STENOGRAPHICALLY REPORTED BY:

             ANTHONY TRUJILLO, RMR, CRR
              Registered Merit Reporter
              Certified Realtime Reporter
```

```
                                                       Page 221
 1      A.   Yeah, because I don't know how to do the
 2   others.
 3      Q.   Well, I'm with you.  I have never been on
 4   anything else.
 5           But I just wanted to make sure you didn't
 6   Snapchat or --
 7      A.   Oh, no.
 8      Q.   -- LinkedIn or Instagram or Vine.
 9      A.   No.
10      Q.   I don't even know what Vine is.
11      A.   No.  I don't know either.
12      Q.   So Facebook is it?
13      A.   Facebook is it.
14      Q.   I'm going to put a note on the record for you
15   not to go in and erase any of the content of your
16   Facebook page from here on out.  We just want to make
17   sure it's preserved.
18      A.   I don't know how anyway.
19      Q.   That's fine.  And we'll work with your
20   attorneys to get the information.
21      A.   Okay.
22      Q.   Have you ever had any contact with any
23   representative of Cook?
24      A.   No.
25      Q.   Have you ever seen any brochure or product
```

```
                                                           Page 222
 1   literature relating to Cook or a Cook product?
 2        A.   No.
 3        Q.   Never seen a document written by Cook?
 4        A.   No.
 5        Q.   No, you've never seen one?
 6        A.   No, I have not.
 7        Q.   Have you discussed this litigation with anyone
 8   besides your lawyer?
 9        A.   My husband.
10        Q.   Anyone besides your husband?
11        A.   My son is aware, but he does not know what's
12   going on.  He just knows that I'm involved with lawyers
13   and that there's issues.
14        Q.   What about the three friends that we talked
15   about as witnesses, Marsha or Barbara or --
16        A.   They -- they are aware that I have sought legal
17   counsel.
18        Q.   But you haven't talked --
19        A.   We don't get into details.
20        Q.   What about your healthcare providers?
21        A.   Dr. Bellingar.  And I believe Beth knows.  And,
22   of course, Dr. Choudhry knows.
23        Q.   We've talked about a lot of stuff today, but
24   you know this is my only opportunity to talk with you in
25   this litigation.  So I'm just going to ask you a very
```

Page 256

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2

        ASSIGNMENT NO: 2465009
3       CASE NAME: Cook Medical, Inc. v.
        DATE OF DEPOSITION: 11/10/2016
4       WITNESS' NAME: Elizabeth Jane Hill
5            In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
6       my testimony or it has been read to me.
7            I have made no changes to the testimony
        as transcribed by the court reporter.
8

        _____         _____
9          Date                       Elizabeth Jane Hill
10           Sworn to and subscribed before me, a
        Notary Public in and for the State and County,
11      the referenced witness did personally appear
        and acknowledge that:
12
             They have read the transcript;
13           They signed the foregoing Sworn
             Statement; and
14           Their execution of this Statement is of
             their free act and deed.
15
             I have affixed my name and official seal
16
        this _____ day of_____, 20____.
17
                      _____
18                    Notary Public
19                    _____
                      Commission Expiration Date
20
21
22
23
24
25