Page 1

```
 1                UNITED STATES COURT
              SOUTHERN DISTRICT OF INDIANA
 2                INDIANAPOLIS DIVISION
 3
            CASE NO.:  1:14-ml-2570-RLY-TAB
 4              MDL No.  2570
 5   IN RE:  COOK MEDICAL, INC.,
     IVC FILTERS MARKETING, SALES
 6   PRACTICES AND PRODUCT
     LIABILITY LITIGATION
 7
     This Document Relates to
 8   Case No. 1:14-cv-06016-RLY-TAB
 9
          VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
     Taken on Behalf of the Defendants, Cook Incorporated,
11   Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                   William Cook Europe ApS
12
13    DATE TAKEN:     THURSDAY, NOVEMBER 10TH, 2016
14    TIME:           8:54 A.M. - 4:28 P.M.
15    PLACE:          VERITEXT
                      37 NORTH ORANGE AVENUE
16                    SUITE 500
                      ORLANDO, FLORIDA  32801
17
18
19
20
             STENOGRAPHICALLY REPORTED BY:
21
               ANTHONY TRUJILLO, RMR, CRR
22               Registered Merit Reporter
                Certified Realtime Reporter
23
24
25
```

Page 42

1  correct to me.
2       Q.   And then -- and then you signed when?
3       A.   (After perusing document) What is it, Page 24?
4       Q.   Yes.
5       A.   Yeah.
6       Q.   How did you sign the copy?  Did you -- did you
7  sign it after you looked at their typewritten notes, or
8  did you fill it out by hand, sign it, and send that in?
9       A.   I honestly don't remember.
10      Q.   Okay.  Did anyone help you fill out these
11 responses?
12      A.   No.
13      Q.   Did you review any records in order to fill in
14 the information?
15      A.   No.
16      Q.   You didn't review any of your medical records
17 to fill out all this stuff?
18      A.   No.
19      Q.   So you've got a really good memory.
20      A.   Pretty good.  I've had to write it down so many
21 times, I...
22      Q.   So when you signed this, you don't know if this
23 signature was before or after you reviewed the typed
24 copy?
25           MR. JOHNSON:  Form objection.  It's been asked

Page 43

```
 1        and answered.
 2        Q.   You can answer.
 3        A.   After I reviewed it.  I would not sign it
 4   before.
 5        Q.   Before you reviewed the -- the typed version?
 6        A.   I mean -- okay.
 7             I signed it that it was correct when I filled
 8   it out.  I also signed afterwards.
 9        Q.   You also signed after you reviewed the typed
10   copy?
11        A.   I believe I did.
12        Q.   I'm going to give you a little time.  Can you
13   flip through here?  I want to -- I want to know if
14   everything in here is still accurate.  And if you need a
15   little time to do that, I'm happy to -- to let you flip
16   through.
17        A.   I --
18             MR. JOHNSON:  Why don't we take a break.
19             (Simultaneous speakers.)
20             THE WITNESS:  You want me to go through this
21      whole thing?
22             MS. COX:  Yes.
23             THE VIDEOGRAPHER:  Do you want me to bring us
24      off the record?
25             MR. JOHNSON:  Yes.
```

```
                                                        Page 256

 1                    DEPOSITION REVIEW
                    CERTIFICATION OF WITNESS
 2
       ASSIGNMENT NO: 2465009
 3     CASE NAME: Cook Medical, Inc. v.
       DATE OF DEPOSITION: 11/10/2016
 4     WITNESS' NAME: Elizabeth Jane Hill
 5          In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
 6     my testimony or it has been read to me.
 7          I have made no changes to the testimony
       as transcribed by the court reporter.
 8
       _____         _____
 9        Date                     Elizabeth Jane Hill
10          Sworn to and subscribed before me, a
       Notary Public in and for the State and County,
11     the referenced witness did personally appear
       and acknowledge that:
12
            They have read the transcript;
13          They signed the foregoing Sworn
               Statement; and
14          Their execution of this Statement is of
               their free act and deed.
15
            I have affixed my name and official seal
16
       this _____ day of_____, 20____.
17
                       _____
18                     Notary Public
19                     _____
                       Commission Expiration Date
20
21
22
23
24
25
```