# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Cause No. 1:17-cv-01877   Cause No. 1:17-cv-02016
Cause No. 1:17-cv-01878   Cause No. 1:17-cv-02018
Cause No. 1:17-cv-01879   Cause No. 1:17-cv-02019
Cause No. 1:17-cv-01966   Cause No. 1:17-cv-02021
Cause No. 1:17-cv-02001   Cause No. 1:17-cv-02022
Cause No. 1:17-cv-02004   Cause No. 1:17-cv-02023
Cause No. 1:17-cv-02007   Cause No. 1:17-cv-02024
Cause No. 1:17-cv-02008   Cause No. 1:17-cv-02025
Cause No. 1:17-cv-02010   Cause No. 1:17-cv-02026
Cause No. 1:17-cv-02011   Cause No. 1:17-cv-02027

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.113340949.01

2

Dated:  July 21, 2017                                   /s/ John T. Schlafer
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

US.113340949.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer