**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-02051          Cause No. 1:17-cv-02067
Cause No. 1:17-cv-02053          Cause No. 1:17-cv-02073
Cause No. 1:17-cv-02054          Cause No. 1:17-cv-02074
Cause No. 1:17-cv-02057          Cause No. 1:17-cv-02076
Cause No. 1:17-cv-02058          Cause No. 1:17-cv-02078
Cause No. 1:17-cv-02060          Cause No. 1:17-cv-02079
Cause No. 1:17-cv-02061          Cause No. 1:17-cv-02080
Cause No. 1:17-cv-02062          Cause No. 1:17-cv-02086
Cause No. 1:17-cv-02063          Cause No. 1:17-cv-02087
Cause No. 1:17-cv-02064          Cause No. 1:17-cv-02088

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as or formerly
        known as "Cook Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated:  July 21, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.113340997.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer
_____

US.113340997.01