IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02051 | Cause No. 1:17-cv-02067 |
| Cause No. 1:17-cv-02053 | Cause No. 1:17-cv-02073 |
| Cause No. 1:17-cv-02054 | Cause No. 1:17-cv-02074 |
| Cause No. 1:17-cv-02057 | Cause No. 1:17-cv-02076 |
| Cause No. 1:17-cv-02058 | Cause No. 1:17-cv-02078 |
| Cause No. 1:17-cv-02060 | Cause No. 1:17-cv-02079 |
| Cause No. 1:17-cv-02061 | Cause No. 1:17-cv-02080 |
| Cause No. 1:17-cv-02062 | Cause No. 1:17-cv-02086 |
| Cause No. 1:17-cv-02063 | Cause No. 1:17-cv-02087 |
| Cause No. 1:17-cv-02064 | Cause No. 1:17-cv-02088 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 21, 2017
    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-Mail:  andrea.pierson@faegrebd.com
    E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Andrea Roberts Pierson