# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02089 | Cause No. 1:17-cv-02098 |
| Cause No. 1:17-cv-02090 | Cause No. 1:17-cv-02150 |
| Cause No. 1:17-cv-02091 | Cause No. 1:17-cv-02151 |
| Cause No. 1:17-cv-02092 | Cause No. 1:17-cv-02157 |
| Cause No. 1:17-cv-02093 | Cause No. 1:17-cv-02160 |
| Cause No. 1:17-cv-02094 | Cause No. 1:17-cv-02172 |
| Cause No. 1:17-cv-02095 | Cause No. 1:17-cv-02173 |
| Cause No. 1:17-cv-02096 | Cause No. 1:17-cv-02178 |
| Cause No. 1:17-cv-02097 | Cause No. 1:17-cv-06070 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 21, 2017                    /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        E-Mail: andrea.pierson@faegrebd.com
                                        E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson