# EXHIBIT 12

Confidential - Mark A. Breedlove

```
 1         IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
 2                 INDIANAPOLIS DIVISION

 3

      IN RE:                      : Case No.
 4                                : 1:14-ml-2570

      COOK MEDICAL INC. IVC       : RLY-TAB
 5    FILTERS MARKETING, SALES    :
      PRACTICES, AND PRODUCT      : MDL No.
 6    LIABILITY LITIGATION        : 2570
      _____ :
 7                                :

      This Document Relates to:  :
 8                                :

      All Actions                 :
 9

10

11                   CONFIDENTIAL

12

         VIDEOTAPED 30(b)(6) DEPOSITION OF
13

                MARK A. BREEDLOVE
14

               January 16, 2015
15

16

17

18

19

20

21       REPORTED BY:  LANCE A. BOARDMAN

22                  -  -  -

23         GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com
```

Confidential—Mark A. Breedlove

```
1              relative time period for each of those

2              positions that you just testified to?

3                     THE DEPONENT:  Sure.

4                     MR. DALIMONTE:  I don't mean to

5              interrupt, but just so we have this on

6              the record.

7                     THE DEPONENT:  Yeah.  I've

8              been -- I've been vice president of

9              peripheral intervention for a year, 13

10             months now.

11                    Prior to that, my previous

12             role, I did that role for five years.

13             Four -- I'm sorry, four years.

14                    Prior to that, I was national

15             sales manager for four years.

16                    Sorry.  I didn't give you the

17             dates, but --

18                    MR. DALIMONTE:  That's all

19             right.

20                    THE DEPONENT:  Do the math.

21             And then district sales

22             manager.  Started in 1994 with Cook.

23      BY MS. SMITH:

24             Q.     And prior to starting with
```