## CERTIFICATE OF GOOD STANDING



United States of America

}ss. Craig Daniel Brown

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Craig Daniel Brown was duly admitted to practice in said Court on (12/17/1992) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/25/2017)

Thomas G. Bruton, Clerk,

By: Yulonda Thomas
Deputy Clerk