

| | | |
|---|---|---|
| **PRINCIPALS**<br>TED A. MEYERS<br>PETER J. FLOWERS<br>CRAIG D. BROWN<br>RYAN P. THERIAULT<br>BRIAN J. PERKINS | 3 NORTH SECOND STREET, SUITE 300<br>ST. CHARLES, ILLINOIS 60174<br>PHONE (630) 232-6333<br>FACSIMILE (630) 845-8982<br>www.meyers-flowers.com | **CHICAGO OFFICE**<br>225 W. WACKER DRIVE<br>SUITE 1515<br>CHICAGO, ILLINOIS 60606<br>(312) 214-1017 |

July 20, 2017

U.S. District Court, Southern District of Indiana
ATTN: Clerk's Office
46 East Ohio Street, Room 105
Indianapolis, IN 46204

**Re:**   *Cause No. 1:14-ml-2570-RLY-TAB*

Ladies and Gentlemen:

Enclosed please find an original and one copy of the following documents for filing:

1. Motion to Appear *Pro Hac Vice*
2. Order Granting Motion to Appear *Pro Hac Vice*
3. Copy of a Certificate of Good Standing
4. A One Hundred Dollar check in payment of the administrative fees

Please return conformed copies of the enclosed documents to our office in the self-addressed stamped envelope provided. Enclosed is a copy of the Certificate of Good Standing, please contact Alicia Zasada at (630) 797-3315 if an original is requested. Thank you and please feel free to call with any questions or concerns.

Very truly yours,

Alicia Zasada
Legal Assistant to Craig D. Brown, Esq.
MEYERS & FLOWERS, LLC.