

# MEYERS & FLOWERS LLC
TRIAL ATTORNEYS

3 NORTH SECOND STREET, SUITE 300
ST. CHARLES, ILLINOIS 60174

**TO:**

U.S. District Court, Southern District of Indiana
ATTN: Clerk's Office
46 East Ohio Street, Room 105
Indianapolis, IN 46204

RECEIVED

JUL 24 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA