UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

_____

### THE COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF ELIZABETH JANE HILL

Pursuant to Local Rule 6-1(a), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") respectfully move the Court to grant them a seven (7) day extension of time to file a reply brief in support of their motion to compel discovery responses from Plaintiff Elizabeth Jane Hill. In support of this motion, the Cook Defendants state as follows:

1. On June 22, 2017, the Cook Defendants filed their motion to compel discovery responses from Plaintiff Elizabeth Jane Hill, brief in support, and separate index of exhibits. (*See* Dkt. Nos. 5143, 5144, and 5144-1).

2. On July 20, 2017, after an unopposed fourteen (14) day extension of time, Plaintiff Elizabeth Jane Hill filed her Response in Opposition to the Cook Defendants' Motion to Compel Discovery and her separate index of exhibits (*see* Dkt. Nos. 5458 and 5458-1).

3. Plaintiff's Response in Opposition (Dkt. No. 5458) is extensive and over 26 pages long – excluding signatures and the certificate of service.

- 2 -

4. Under Local Rule 7-1(c)(2)(B), the Cook Defendants' reply brief in support of motion to compel is due on July 27, 2017.

5. The Cook Defendants respectfully request a seven (7) day extension of time, up to and including August 3, 2017, to file their reply brief given Plaintiff's extensive response brief and the demands of the Cook Defendants' counsel's schedule.

6. Counsel for the Cook Defendants has discussed the requested extension with Plaintiff's counsel, Joseph N. Williams, and Mr. Williams has advised that Plaintiff does *not* object and agrees to the requested extension.

WHEREFORE, the Cook Defendants respectfully move the Court to grant this motion and allow the Cook Defendants a seven (7) day extension of time, up to and including August 3, 2017, within which to file their reply in support of motion to compel discovery responses from Plaintiff.

Respectfully submitted,

Dated:  July 25, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

- 3 -

        Charles F. Webber (# 215247)
        FAEGRE BAKER DANIELS LLP
        2200 Wells Fargo Center
        90 S. 7th Street
        Minneapolis, Minneapolis  55402
        Telephone:  (612) 766-7000
        Facsimile:   (612) 766-1600
        E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

US.113368293

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.113368293