UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

_____

**ORDER GRANTING
THE COOK DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT
OF MOTION TO COMPEL DISCOVERY RESPONSES
<u>FROM PLAINTIFF ELIZABETH JANE HILL</u>**

This matter has come before the Court on the Cook Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Compel Discovery Responses from Plaintiff. The Court, having reviewed the Cook Defendants' Unopposed Motion for Extension of Time, and being otherwise duly advised, finds that good cause exists and that the requested extension should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants are allowed a seven (7) day extension of time and that the Cook Defendants' reply brief in support of motion to compel discovery responses from Plaintiff is due on August 3, 2017.

SO ORDERED this _____ day of July, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.113368650