**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

  Cause No. 1:17-cv-02182
  Cause No. 1:17-cv-02187
  Cause No. 1:17-cv-02189
  Cause No. 1:17-cv-02190
  Cause No. 1:17-cv-02193
  Cause No. 1:17-cv-02196

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: July 25, 2017                                     /s/ Andrea Roberts Pierson
                                                        Andrea Roberts Pierson (# 18435-49)
                                                        John T. Schlafer (# 28771-49)
                                                        FAEGRE BAKER DANIELS LLP
                                                        300 North Meridian Street, Suite 2700
                                                        Indianapolis, Indiana  46204
                                                        Telephone:  (317) 237-0300
                                                        Facsimile:  (317) 237-1000
                                                        E-Mail:  andrea.pierson@faegrebd.com
                                                        E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson

2