IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to All Plaintiffs Represented by:
The Law Offices of Ben C. Martin

_____

## <u>MOTION TO WITHDRAW</u>

Pursuant to Local Rule 83-7, Plaintiffs move the Court to allow the withdrawal of Russell

T. Button and Jacob A. Boyd, formerly with the Law Offices of Ben C. Martin.

1.      Plaintiffs are currently represented by Ben C. Martin, Russell T. Button, Thomas

Wm. Arbon, and Jacob A. Boyd.  Mr. Button and Mr. Boyd have left the firm of the Law Offices

of Ben C. Martin, and no longer wish to represent Plaintiffs in the above-referenced cause

number.

2.      Plaintiffs respectfully move the Court to allow the withdrawal of Russell T.

Button and Jacob A. Boyd as attorneys of record for Plaintiffs in this matter with the

understanding that Plaintiffs will continue to be represented by Ben C. Martin and Thomas Wm.

Arbon of the Law Offices of Ben C. Martin.

3.      No party will be left without counsel, nor will the withdrawal cause any delay.

4.      Accordingly, Plaintiffs respectfully request that Russell T. Button and Jacob A.

Boyd be removed as attorneys of record in the above-referenced matter.

Dated: July 26, 2017                              Respectfully submitted,

                                                  **LAW OFFICES OF BEN C. MARTIN**

                                                  _____/s/ Ben C. Martin_____
                                                  Ben C. Martin
                                                  TX State Bar No. 13052400
                                                  Federal ID No. 34150
                                                  Thomas Wm. Arbon, Bar No. 01284275
                                                  **The Law Office of Ben C. Martin**
                                                  3710 Rawlins Street, Suite 1230
                                                  Dallas, TX 75219
                                                  Telephone: (214) 761-6614
                                                  Facsimile: (214) 744-7590
                                                  bmartin@bencmartin.com
                                                  tarbon@bencmartin.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Anthony James Urban                          Brian J. Urban
Law Offices of Anthony Urban, PC             Law Offices of Anthony Urban, PC
474 N. Centre Street, 3rd Floor              474 N. Centre Street, 3r Floor
Pottsville, PA 17901                         Pottsville, PA 17901

Carrie R. Capouellez                         Caleb Hoff Didricksen, III
Lopez McHugh, LLP                            Didricksen Law Firm, PLC
214 Flynn Avenue                             3114 Canal Street
Moorestown, NJ 08057                         New Orleans, LA 70119

Carl A. Woods, III                           Cliff W. Marcek
Didriksen Law Firm                           Cliff W. Marcek, P.C.
3114 Canal Street                            700 S. Third Street
New Orleans, LA 70119                        Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

John Cornew
409 E. Maple ave
Lindenwold, NJ 08021

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph G. Sauder
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

James R. Olson
Olson, Cannon, Gormley, Angulo
& Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Max E. Corrick
Olson, Cannon, Gormley,
Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Peter C. Wetherall
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Philip Sholtz
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar Jeanne Julmiste
Anderson Glenn LLP – Boca Raton,
FL
2201 NW Corporate Blvd, Suite 100
Boca Raton, FL 33431

*/s/ Ben C. Martin*
Ben C. Martin