IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to All Plaintiffs Represented by:
The Law Offices of Ben C. Martin

_____

## ORDER

On this day came on for consideration Plaintiffs' Motion to Withdraw Russell T. Button and Jacob A. Boyd, formerly with the Law Offices of Ben C. Martin, as Plaintiffs' attorneys from the above-referenced matter. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and that Russell T. Button and Jacob A. Boyd are hereby removed as attorneys of record in the above-referenced matter.

SIGNED _____, 2017


_____
JUDGE PRESIDING