UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAION | ) ) ) ) Cause No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) |
| This Document Relates to 1:17-cv-329-RLY-TAB, Betsy Woods | ) ) ) ) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Craig Brown of Meyers & Flowers, LLC,** counsel for **Betsy Woods,** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Craig D. Brown
MEYERS & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
Ph.: (630) 232-6333
Fax: (630) 845-8982
cdb@meyers-flowers.com

**Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.**

Dated: 7/26/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of records to be made by Plaintiff's Lead Counsel.