IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No:  1:14-ml-2570-RLY-TAB
MDL No:  2570

---

This Document Relates to Plaintiffs:

ROY LOUDERMILK

Civil Case #    1:16-CV-03331-RLY-TAB

---

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Roy Loudermilk,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

Roy Loudermilk against Defendants Cook Medical LLC, Cook Incorporated, and William Cook

Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-03331) are dismissed in

their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this 26th day of July, 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record