# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    LORI GODFREY
    Civil Case # 1:16-cv-02309-RLY-TAB

## ORDER

Considering the Parties' Stipulation of Dismissal Without Prejudice of Lori Godfrey herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims of Plaintiff Lori Godrey against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, in Civil Action No. MDL 2570 (Member Case 1:16-cv-02309) are dismissed in their entirety without prejudice as to the refiling of same, and each party to bear its own costs.

Signed this 26th day of July 2017.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.