# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:14-cv-06016-RLY-TAB

## ORDER GRANTING
## THE COOK DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT
## OF MOTION TO COMPEL DISCOVERY RESPONSES
## FROM PLAINTIFF ELIZABETH JANE HILL

This matter has come before the Court on the Cook Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Compel Discovery Responses from Plaintiff. The Court, having reviewed the Cook Defendants' Unopposed Motion for Extension of Time, and being otherwise duly advised, finds that good cause exists and that the requested extension should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants are allowed a seven (7) day extension of time and that the Cook Defendants' reply brief in support of motion to compel discovery responses from Plaintiff is due on August 3, 2017.

SO ORDERED  7/26/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.113368650