## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) |
| ARTHUR GAGE | ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

## AGREED MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, ARTHUR GAGE and Defendants, and files this their Agreed Motion for Extension of Time in which for Plaintiff to file a Response to Defendants Motion to Dismiss.

### I.

Defendants filed and served their Motion to Dismiss on July 13, 2017. Under Local Rule 7.1, the response is due on July 27, 2017.

### II.

Plaintiff and Defendant have agreed to extend the deadline by seven days, making the response due on August 3, 2017.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court extend the deadline for Plaintiff to file his Response to Defendant's Motion to Dismiss to August 3, 2017.

Respectfully submitted,

*/s/ Michael T. Gallagher*

Michael T. Gallagher
Federal Bar No. 5395
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via First Class Mail, facsimile transmission, or electronic mail on this the 26st day of July, 2017.

Andrea Roberts Pierson
J. Joseph Tanner
Jessica Benson Cox
Nicholas B. Alford
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
andrea.pierson@faegrebd.com
joe.tanner@faegrebd.com
jessica.cox@faegrebd.com
nicholas.alford@faegrebd.com

Ben C. Martin
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewlawfirm.com

                                                    */s/ Michael T. Gallagher*
                                               _____
                                               Michael T. Gallagher