# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) | MDL No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |
| **This Document Relates to Plaintiff(s)** ) ) | |
| **ARTHUR GAGE** ) ) | |
| **Civil Case No. 1:14-cv-01875-RLY-TAB** ) | |

## ORDER ON AGREED MOTION FOR EXTENSION OF TIME

IT IS ORDERED that the Agreed Motion for Extension of Time for which Plaintiff has to file a Response to Defendant's Motion to Dismiss is HEREBY GRANTED.

The Plaintiff is granted until August 3, 2017, to file a Response to Defendant's Motion to Dismiss.

Signed this ____ day of July, 2017.

_____
Judge, Southern District of Indiana