# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

Cause No.        1:17-cv-01725
Cause No.        1:17-cv-00859
Cause No.        1:17-cv-02129
Cause No.        1:17-cv-02180
Cause No.        1:17-cv-02181
Cause No.        1:17-cv-02183
Cause No.        1:17-cv-02212

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly
known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:  July 27, 2017                         /s/ John T. Schlafer
                                             Andrea Roberts Pierson (# 18435-49)
                                             John T. Schlafer (# 28771-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana  46204
                                             Telephone:  (317) 237-0300
                                             Facsimile:  (317) 237-1000
                                             E-Mail:  andrea.pierson@faegrebd.com
                                             E-Mail:  john.schlafer@faegrebd.com

US.113412490.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

2