UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Cause No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
   *Arthur Gage*
   Cause No.  1:14-cv-01875-RLY-TAB

**COOK DEFENDANTS' MOTION FOR ORDER ON
NON-PARTY SUBPOENA TO EDWARD HINES, JR. VA HOSPITAL**

The Cook Defendants[1] respectfully request this Court issue an Order authorizing and requiring compliance with the Non-Party Subpoena ("Subpoena") served on Edward Hines, Jr. VA Hospital ("Hines Hospital") for the reasons state herein, and for all other proper relief.

1. On June 8, 2017, Cook Defendants provided a copy of the proposed Subpoena on Arthur Gage's ("Gage") counsel in compliance with Local Rule 45-1. *See Exhibit A*.

2. No objection was made, nor any response provided by Gage's Counsel to Cook Defendants' request to waive the seven day period required by Local Rule 45-1.

3. On June 19, 2017, Hines Hospital was served via Certified Mail with the Subpoena. *See Exhibit B*.

4. The Subpoena seeks documents related to the employment of Carol M. Gage (a/k/a Carol James) employment at Hines Hospital, including but not limited to, her personnel file based on her testimony regarding her involvement with Mr. Gage's

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

healthcare.  A true and accurate copy of the Subpoena as served on Hines Hospital is attached as *Exhibit C*.

5. On or about July 3, 2017, Cheryl Fears, Privacy Officer, Freedom of Information Act, of Hines Hospital, notified counsel that Hines Hospital would require a Court Order or Subpoena signed by a judge.

6. The undersigned counsel since sought an agreement with Gage's counsel for a Joint Motion to this Court on the issue, but as of this filing has not received a response other than to acknowledge receipt of the request.

7. Critical Case Management Deadlines are quickly approaching and time is of the essence to secure these records, therefore Cook Defendants' are seeking the Court's assistance in this regard.

WHEREFORE, Cook Defendants respectfully require this Court enter an Order authorizing and requiring compliance with the Subpoena served on Hines Hospital, and for all other proper relief.

Dated: July 27, 2017

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Kip S. M. McDonald (#29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  Kip.McDonald@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.113410063.01

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION FOR ORDER ON NON-PARTY SUBPOENA TO EDWARD HINES, JR. VA HOSPITAL was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Kip S. M. McDonald

US.113410063.01