# EXHIBIT B

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 9414 7266 9904 2048 2648 83 | A. Received by (Please Print Clearly) Isaac Ivy | B. Date of Delivery 6-19-17 |
| | C. Signature X | ☑ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL® | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to: Personnel Department Edward Hines, JR. VA Hospital 5000 South 5th Avenue Hines, IL 60141 US | 303659.000006-21293 Snapp, Cathi CERT00157069 | |

PS Form 3811,   Domestic Return Receipt

9414 7266 9904 2048 2648 83

TO:
Personnel Department
Edward Hines, JR. VA Hospital
5000 South 5th Avenue
Hines, IL 60141
US

SENDER: 303659.000006-21293 Snapp, (

REFERENCE:

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | $ |
|---|---|---|
| | Certified Fee | 3.35 |
| | Return Receipt Fee | 2.75 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $ 7.29 |

**USPS® Receipt for Certified Mail®**

POSTMARK OR DATE

No Insurance Coverage Provided
Do Not Use for International Mail