UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Cause No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
    *Arthur Gage*
    Cause No. 1:14-cv-01875-RLY-TAB

**ORDER ON COOK DEFENDANTS' MOTION FOR ORDER ON
<u>NON-PARTY SUBPOENA TO EDWARD HINES, JR. VA HOSPITAL</u>**

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants") Motion for Order on Non-Party Subpoena to Edward Hines, JR. VA Hospital and being otherwise duly advised, finds that the Cook Defendants' Motion is made for good cause. Accordingly, the Cook Defendants' Motion for is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Edward Hines, Jr. VA Hospital comply with the requirements of the Non-Party Subpoena served by Cook Defendants' on June 19, 2017.

Dated:_____

    The Honorable Richard L. Young, Judge
    United States District Court for the
    Southern District of Indiana

<u>Distribution</u>:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.113416922.01