IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to Plaintiff(s) | ) ) |
| ARTHUR GAGE | ) ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

**ORDER ON AGREED MOTION FOR EXTENSION OF TIME**

IT IS ORDERED that the Agreed Motion for Extension of Time for which Plaintiff has to file a Response to Defendant's Motion to Dismiss is HEREBY GRANTED.

The Plaintiff is granted until August 3, 2017, to file a Response to Defendant's Motion to Dismiss.

Date: 7/27/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record made electronically via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.