UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 27 2017
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>MARKETING, SALES PRACTICES<br>AND PRODUCT LIABILITY<br>LITIGAION<br><br>This Document Relates to All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Kimberly Brancato** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Betsy Woods** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **United States District Court, Northern District of Illinois. Admitted March 17, 2015.**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 24, 2017                               Respectfully submitted,

*/s/ Kimberly M. Brancato*
Kimberly M. Brancato
MEYERS & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
Ph.: (630) 232-6333
Fax: (630) 845-8982
kb@meyers-flowers.com

## CERTIFICATE OF SERVICE

Distribution to all registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of records to be made by Plaintiff's Lead Counsel.

*/s/ Kimberly M. Brancato*
Kimberly M. Brancato
MEYERS & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
Ph.: (630) 232-6333
Fax: (630) 845-8982
kb@meyers-flowers.com