# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Kimberly May Brancato

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Kimberly May Brancato was duly admitted to practice in said Court on (03/17/2015) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/19/2017)

Thomas G. Bruton, Clerk,

By: Roberto Cornejo
Deputy Clerk