**MEYERS & FLOWERS** LLC
TRIAL ATTORNEYS

3 NORTH SECOND STREET, SUITE 300
ST. CHARLES, ILLINOIS 60174

TO:

U.S. District Court, Southern District of Indiana
ATTN: Clerk's Office
46 East Ohio Street, Room 105
Indianapolis, IN 46204

RECEIVED
JUL 27 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

