IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

**PLAINTIFF'S NOTICE OF CITATION CORRECTION**

On July 20, 2017, Plaintiff Elizabeth Hill filed her response [Filing No. 5458] to Cook's motion to compel. In this response, there were several case citations that were incorrect. Plaintiff provides the corrected citations below:

**On ECF p. 13181:** *FDIC v. Fidelity & Deposit Co. of Maryland,* No. 3:11-cv-19, 2013 U.S. Dist. LEXIS 16339 at *4 (S.D. Ind. November 18, 2013)

    Correct citation**:** *FDIC v. Fid. & Deposit Co. of Md.,* Case No. 3:11-cv-19, 2013 U.S. Dist. LEXIS 163399 (S.D. Ind. Nov. 18, 2013)

**On ECF p. 13172:** *Crabtree v. Angie's list,* No. 1:16-cv- 00877 (S.D. Ind. 2016)

    Correct citation**:** *Crabtree v. Angie's List*, Inc., Case No. 1:16-cv-877, 2017 U.S. Dist. LEXIS 12927 (S.D. Ind. Jan. 31, 2017)

**On ECF p. 13191:** *Joseph Simpson v. City of Indianapolis,* No. 1:13-cv-00791-RLY-TAB (S.D. Ind. 2015)

    Correct citation**:** *Simpson v. City of Indianapolis*, Case No. 1:13-cv-791, 2015 U.S. Dist. LEXIS 8186 (S.D. Ind. Jan. 23, 2015).

**Wherefore**, Plaintiff Elizabeth Hill, by counsel, respectfully provides this notice of the correct citation for the three cases listed above.

Dated: August 1, 2017                    Respectfully Submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams, Esq.