IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

**PLAINTIFF ELIZABETH JANE HILL'S
PRELIMINARY WITNESS LIST**

Pursuant to Second Amended Case Management Order No. 19, and the entry of July 11, 2017 signed by Judge Richard L. Young, Plaintiff Elizabeth Jane Hill, by counsel, provides the following preliminary witness list:

**CASE SPECIFIC WITNESSES:**

1.      Elizabeth Jane Hill.  Ms. Hill is the Plaintiff.  She has been deposed.  Please see her deposition. Ms. Hill is expected to testify regarding her injuries from the Cook Celect filter and the implantation of her filter, the failed retrieval of her filter, and the ultimate explantation of her filter, and discussions with her healthcare providers concerning those procedures as well as her general medical history.

2.      Robert Hill.  Plaintiff's son.  Mr. Hill has been deposed.  Please see his deposition.  He may testify as to his knowledge of Ms. Hill's medical condition and general medical condition both before and after the implantation and explantation of her filter.

3.      Russell Hill.  Plaintiff's husband.  Mr. Hill has been deposed.  Please see his deposition.  He may testify as to his knowledge of Ms. Hill's medical condition and general medical condition both before and after the implantation and explantation of her filter.

4.      Bridget Bellinger, DO.  Ms. Bellinger was Ms. Hill's general practice physician.  She has been deposed.  Please see her deposition.

5.      Leigh Conners.  Leigh Conners was a regional manager for the region that serviced the Cook product that was placed in Ms. Hill's body and the retrieval set used in her failed retrieval.  Her deposition has been taken.  She also has knowledge of Cook's document destruction.  Please see her deposition.

6.      Courtney Whitelock.  Courtney Whitelock is a district manager.  She had responsibility for the sale of the Cook Celect placed in Ms. Hill and the retrieval set used in the failed retrieval attempt.  Her deposition has been taken.  Please see her deposition.  She also has knowledge of document destruction.

7.      Ann Santoro, LCSW.  Ms. Santoro was Ms. Hill's provided counseling service for Ms. Hill.  She has been deposed.   See her deposition.

8.      Mark Zuzga, DO.    Dr. Zuzga's is the implanting physician and the physician who attempted the retrieval, which was a failure.  He has been deposed.  Please see his deposition.

9.      Anthony Moreno, MD.  Dr. Moreno is a physician who performed complicated orthopedic surgery upon Ms. Hill and referred her for implantation of an IVC filter.  Dr. Moreno has been deposed.  Please see his deposition.

10.     A.J. Bidani, M.D.  Dr. Bidani evaluated Ms. Hill's GI systemology.  See the medical records.

11.     Umesh Choudhry, MD.  Mr. Choudhry evaluated Ms. Hill's GI systemology.  See the medical records.

12.     Frank Lynch, MD.  Dr. Lynch performed complicated retrieval of the Celect filter.  His deposition has been taken.  See his deposition.  Dr. Lynch's opinions are subject to limitations as per Court Order.

**COOK CORPORATE WITNESSES:**

13.     Torben Anderson.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

14.     Scott Blanchard.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

15.     Mark Breedlove.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

16.     Jennifer Brown.  Plaintiff has taken Ms. Brown's deposition.  Ms. Brown has factual information regarding the Cook filters as well as some expertise in the areas evident in her deposition.  Defendant has also listed Ms. Brown as an expert and Plaintiff reserves her right to question the witness as an expert.  Her deposition has been taken.  Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.

17.     James Carlson.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

18.     Brian Choules.  Plaintiff has taken Mr. Choules' deposition.  Mr. Choules has factual information regarding the Cook filters as well as some expertise in the areas evident in her deposition.  Defendant has Defendant has listed Mr. Choules as an expert and Plaintiff reserves her right to question to witness as an expert.  His deposition has been taken.  Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.

19.     Jacob Clausen.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the

3

deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

20.     Bruce Fleck.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

21.     Mark Frye.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

22.     Henrik Gyllun.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

23.     Rita Harden.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

24.     Ted Heise.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

25.     Jack Hunt.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

26.     Ann Berg Jessen.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

27.     April Lavender.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

28.     Arne Molgaard-Nielsen.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

29.     Mette Neiendam Nielsen.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

30.     Tom Roberts.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

31.     James Smith.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

32.     Darrell Talbert.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the

deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

33.     Jesper Thyregod.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

34.     Kem Hawkins.  This witness will be deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

35.     William Voorhees.  This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity.  The witness is expected to testify consistent with the deposition referenced.  The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

36.     Defendants, by and through their various corporate representatives.

**PLAINTIFF'S EXPERTS:**

37.     Rebecca Betensky, Ph.D.  Dr. Betensky is a statistician.  Please see this expert's report, previously provided.  Her deposition has been taken.  Please see her deposition as to her testimony as to the specifics of her opinions to the extent questions were asked of her regarding her opinions.  Please see her reliance list regarding documents reviewed by the witness.

38.     Michael Fishbein, MD.  Dr. Fishbein is a forensic pathologist.  His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.

39.     David Garcia, MD.  Dr. Garcia is a hematologist.  He also has expertise regarding clinical trials and studies and their methodology.  He will testify regarding the lack of proof of efficacy as well as

hematological aspects of the case, and the methodology of the Gunther Tulip pilot study, the Smouse retrievability study, and the Lyon Cook study. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

40.     David Kessler. Dr. Kessler is a regulatory expert. Dr. Kessler is a former FDA Commissioner. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

41.     Leigh Anne Levy, life care planner. Her deposition has been taken. Please see her deposition as to her testimony as to the specifics of his opinions to the extent questions were asked of him regarding her opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

42.     Alexander Marmureanu, MD., cardiovascular and thorasic surgeon. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness. Dr. Marmureanu will also discuss case specific matters, the anatomy, the causation of Ms. Hill's problems and future problems and will also testify as to the warnings given in the package insert of the Celect filter, and complications associated with the Celect filter and its retrieval system, as well as the lack of any proof of efficacy of the Celect filter, and the frequency and severity of the various Celect device failure modes, and the product's defects, and related matters.

43.     Robert McMeeking, PhD., structural materials and mechanical engineering. Assessment of the forces and distortions of, instability, and stress levels of the Cook IVC filters. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

44.     Reza Rajebi, MD.  Dr. Rajebi is a diagnostic radiologist.  His testimony is limited to a review and analysis of diagnostic images.  Please see his deposition as to the specific images reviewed and his opinions regarding those, and any further images obtained in discovery.

45.     Robert Johnson, PhD.    Dr. Johnson is an economist.  Please see his report.

**OTHER WITNESSES:**

46.     John Kaufman, MD.  His deposition is being taken within the next few days.  He is an interventional radiologist identified with Cook.  Please see his deposition, when taken.

47.     Bob H. Smouse.  His deposition is being taken within the next few days.  He is an interventional radiologist identified with Cook.  Please see his deposition, when taken.

48.     Paul Timperman, MD.  He is a radiologist.  He has been deposed.  Dr. Timperman was a consultant with and/or worked for Cook in the capacity of an analyst of radiological images.  Dr. Timperman has been asked about certain films and has given his opinions as to certain films shown to him at his deposition, and Plaintiff intends to present that testimony.

49.     Morton Plant Hospital, records and billing custodian, 300 Pinellas Street, Clearwater, FL, 33756.

50.     Mease Countryside Hospital, records and billing custodian, 3231 McMullen Booth Road, Safety Harbor, FL 34695.

51.     Milton Hershey Medical Center, records and billing custodian, 500 University Drive, Hershey, PA 17033.

52.     Any person listed on any Defendant's preliminary witness list.

53.     Any person listed as part of any Defendant's initial disclosures.

54.     Plaintiff reserves the right to supplement this witness list.

Dated: August 1, 2017                    Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

*/s/ Joe Johnson*
Joe Johnson, Esq.
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
Post Office Box 4426 (33402-4426)
West Palm Beach, FL  33409
Telephone:  (561) 684-2500
Facsimile: (561) 684-6308
jjohnson@babbitt-johnson.com

*Attorneys for Plaintiff*


*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
MATTHEW AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

9

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 1, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin* _____
Ben C. Martin
