IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Elizabeth Jane Hill
Civil Case No. 1:14-cv-06016-RLY-TAB

## PLAINTIFF ELIZABETH HILL'S PRELIMINARY EXHIBIT LIST

Pursuant to Second Amended Case Management Order No. 19, and the entry for July 11, 2017 signed by Judge Richard L. Young, Plaintiff Elizabeth Hill by counsel, provides the following preliminary exhibit list:

1. All medical and billing records related to Elizabeth Hill's personal injuries incurred as a result of his IVC Filter.

2. All documents produced by Defendant.

3. All documents and/or exhibits listed in Defendant's Responses to discovery.

4. All documents and/or exhibits listed in Plaintiff's Responses to discovery.

5. All exhibits to all depositions taken in MDL 2570.

6. All exhibits to all depositions taken in Hill/Gage case.

7. Defendant's profile forms, all supplements, and amendments thereto.

8. All documents produced by Defendants under the ESI order in MDL 2570.

9. All documents referred to in all expert reports.

10. All exhibits listed on Defendants preliminary exhibit list.

11. All diagnostic images produced by Defendants in MDL 2570.

12.     All photographs contained in any scientific article showing a complication of an IVC filter.

13.     All reliance materials appended to Plaintiffs' and Defendants' expert reports.

14.     All images, commentary, and underling data relating to Gunther Tulip Filter Pilot study, Celect OUS study, and Smouse-authored Short and Long-term Gunther Tulip Filter Retrievability study.

15.     All FDA filings for Gunther Tulip and Celect filters.

16.     All FDA communications relating to IVC filters.

17.     All videotapes taken from Cook websites.

18.     All animal and bench testing by and/or on behalf of Cook regarding IVC filters.

19.     All non-Cook animal and bench studies relating to IVC filters.

20.     All 522 orders regarding Cook IVC filters.

22.     All training/sales/marketing materials provided to any Cook representative.

23.     All Instructions for Use (IFU), drafts of IFU's, and any correspondence relating to IFU's or drafts thereof.

24.     All emails between Cook employees or representatives that discuss the following complications:  perforation, fracture, thrombus, migration, tilting, embedding, PE, DVT and IVC occlusion.

25.     All documents relating to adverse events, complaints, and failure modes related to Gunther Tulip and Celect filters.

26.     All documents relating to the design, redesign, and failure rate testing, related to Gunther Tulip and Celect IVC filters.

27.     All documents relating to off-label retrieval techniques, off-label marketing, off-label indications, PP presentations, and transcripts related to the Cook VISTA program.

28.     All documents relating to the profit or loss related to the sale of Gunther Tulip and Celect IVC filters.

29.     All documents produced pursuant to all third-party subpoenas

Plaintiff further reserves the right to supplement this exhibit list as further information becomes available.

Dated: August 1, 2017                    Respectfully Submitted,

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

/s/ Joe Johnson
Joe Johnson, Esq.
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
Post Office Box 4426 (33402-4426)
West Palm Beach, FL  33409
Telephone:  (561) 684-2500
Facsimile: (561) 684-6308
jjohnson@babbitt-johnson.com

*Attorneys for Plaintiff*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219

3

Telephone: (214) 761-6614
Facsimile: (214) 74407590
bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
MATTHEW AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*


## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Ben C. Martin*
Ben C. Martin

4