IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) ) ) |
| ARTHUR GAGE | ) ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

**PLAINTIFF ARTHUR GAGE'S PRELIMINARY EXHIBIT LIST**

Pursuant to Second Amended Case Management Order No. 19, and the entry for July 11, 2017 signed by Judge Richard L. Young, Plaintiff Arthur Gage by counsel, provides the following preliminary exhibit list:

1. All medical and billing records related to Arthur Gage's personal injuries incurred as a result of his IVC Filter.

2. All documents produced by Defendant.

3. All documents and/or exhibits listed in Defendant's Responses to discovery.

4. All documents and/or exhibits listed in Plaintiff's Responses to discovery.

5. All exhibits to all depositions taken in MDL 2570.

6. All exhibits to all depositions taken in Hill/Gage case.

7. Defendant's profile forms, all supplements, and amendments thereto.

8. All documents produced by Defendants under the ESI order in MDL 2570.

9. All documents referred to in all expert reports.

10. All exhibits listed on Defendants preliminary exhibit list.

11. All diagnostic images produced by Defendants in MDL 2570.

12. All photographs contained in any scientific article showing a complication of an IVC filter.

13. All reliance materials appended to Plaintiffs' and Defendants' expert reports.

14. All images, commentary, and underling data relating to Gunther Tulip Filter Pilot study, Celect OUS study, and Smouse-authored Short and Long-term Gunther Tulip Filter Retrievability study.

15. All FDA filings for Gunther Tulip and Celect filters.

16. All FDA communications relating to IVC filters.

17. All videotapes taken from Cook websites.

18. All animal and bench testing by and/or on behalf of Cook regarding IVC filters.

19. All non-Cook animal and bench studies relating to IVC filters.

20. All 522 orders regarding Cook IVC filters.

22. All training/sales/marketing materials provided to any Cook representative.

23. All Instructions for Use (IFU), drafts of IFU's, and any correspondence relating to IFU's or drafts thereof.

24. All emails between Cook employees or representatives that discuss the following complications: perforation, fracture, thrombus, migration, tilting, embedding, PE, and IVC occlusion.

25. All documents relating to adverse events, complaints, and failure modes related to Gunther Tulip and Celect filters.

26. All documents relating to the design, redesign, and failure rate testing, related to Gunther Tulip and Celect IVC filters.

2

27. All documents relating to off-label retrieval techniques, off-label marketing, off-label indications, PP presentations, and transcripts related to the Cook VISTA program.

28. All documents relating to the profit or loss related to the sale of Gunther Tulip and Celect IVC filters.

29. All documents produced pursuant to all third-party subpoenas

Plaintiff further reserves the right to supplement this exhibit list as further information becomes available.

Respectfully submitted,

/s/ Michael T. Gallagher

Michael T. Gallagher
Federal Bar No. 5395
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via First Class Mail, facsimile transmission, or electronic mail on August 1, 2017.

Andrea Roberts Pierson
J. Joseph Tanner
Jessica Benson Cox
Nicholas B. Alford
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
andrea.pierson@faegrebd.com
joe.tanner@faegrebd.com
jessica.cox@faegrebd.com
nicholas.alford@faegrebd.com

Ben C. Martin
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewlawfirm.com

                                            */s/ Michael T. Gallagher*
                                            _____
                                            Michael T. Gallagher