UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:15-cv-764-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

# FINAL JUDGMENT

Today, the court granted the Cook Defendants' Motion for Summary Judgment. Therefore, the court enters final judgment in favor of the Cook Defendants and against the Plaintiff herein, Valerie Graham.

**SO ORDERED** this 2nd day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_Jennifer Theobald_

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1