IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Hill, Elizabeth – 1:14-cv-06016-RLY-TAB
Gage, Arthur - 1:14-cv-01875-RLY-TAB

## MOTION FOR LEAVE TO FILE
## ADDITIONAL MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's pretrial scheduling order, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order granting them leave to file an additional motion for summary judgment. This additional summary judgment motion would be electronically filed on August 9, 2017. In support of this motion, the Cook Defendants state:

1.	The Court's Amended Case Management Order #19 provides that absent prior leave of the court for good cause shown, all issues raised in a motion for summary judgment must be raised by a party in a single motion. *See* Dkt. 3326, ¶ 7.

2.	The Cook Defendants intend to file summary judgment motions in the bellwether cases *Hill* and *Gage*, addressing the usual type of case-specific grounds for summary judgment raised in such motions, *e.g.*, statute of limitations, sufficiency of evidence to prove the elements of the claims, etc.

3.     In addition to those two case-specific motions, the Cook Defendants respectfully request the Court's leave to file an additional motion for summary judgment focused solely on the issue of federal preemption based on FDA's regulation of the Cook products at issue in the two bellwether cases.  This additional motion would involve no case-specific evidence, but would instead focus on issues common to most or all of the MDL cases and rely on a common body of facts relating to Cook and the FDA.  This additional summary judgment motion would thus differ from the case-specific motions both in the nature of the legal issues raised and in the nature of the evidence on which it is based.

4.     The Cook Defendants respectfully submit that these differences in the legal issues and the distinct factual basis for the additional motion provide good cause for the presentation of the preemption issues in a separate motion for summary judgment.  Combining the preemption issue with the case-specific issues raised in the separate *Hill* and *Gage* motions would create the potential for confusion, would threaten to make the supporting memoranda overlong and unwieldy, and would force substantial repetition of the same argument in both motions.  The Cook Defendants therefore respectfully request the Court's leave to file an additional summary judgment motion, applicable to both the *Hill* and Gage cases, addressing only the issue of federal preemption.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file an additional motion for summary judgment.

| | |
|---|---|
| Dated:   August 3, 2017 | Respectfully submitted, |
| | /s/ *Andrea Roberts Pierson* |
| | Andrea Roberts Pierson |
| | J. Joseph Tanner |
| | John T. Schlafer |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana  46204 |
| | Telephone:     (317) 237-0300 |
| | Fascimile:      (317) 237-1000 |
| | andrea.pierson@faegrebd.com |
| | john.schlafer@faegrebd.com |
| | |
| | James Stephen Bennett |
| | FAEGRE BAKER DANIELS LLP |
| | 110 W. Berry Street, Suite 2400 |
| | Fort Wayne, IN  46802 |
| | Telephone:     (260) 424-8000 |
| | Fascimile:      (260) 460-1700 |
| | Email:            stephen.bennett@FaegreBD.com |

*Attorneys for Defendants Cook Incorporated, Cook Meicall LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2017 a copy of the foregoing **MOTION FOR LEAVE TO FILE AN ADDITIONAL MOTION FOR SUMMARY JUDGMENT** was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.108375873

- 3 -

US.113498872.06