# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Hill, Elizabeth – 1:14-cv-06016-RLY-TAB
Gage, Arthur - 1:14-cv-01875-RLY-TAB

## ORDER GRANTING MOTION FOR LEAVE TO FILE ADDITIONAL MOTION FOR SUMMARY JUDGMENT

This matter came before the Court upon a Motion for Leave to File Additional Motion for Summary Judgment filed by Cook Defendants' Counsel, requesting leave of this Court to file an additional motion for summary judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendants' Motion for Leave to File Additional Motion for Summary Judgment is granted; and

2. The Cook Defendants may file a separate motion addressing the issue of federal preemption in addition to their individual summary judgment motions in the *Hill* and *Gage* matters.

So ordered this _____ day of _____, 2017.

_____

US.113516146.02