## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:
Elizabeth Jane Hill

Civil Case No.: 1:15-cv-06016-RLY-TAB

_____

## MOTION FOR LEAVE TO FILE
## A REPLY BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7-1, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move the Court for an order granting them leave to file their Reply Brief In Support of Motion to Compel Discovery Responses From Plaintiff Elizabeth Jane Hill that is in excess of twenty pages. In support of this motion, the Cook Defendants state:

1.   Local Rule 7-1 provides that a reply brief shall not exceed twenty pages without prior approval of the Court. See Local Rule 7-1.

2.   The Cook Defendants request leave to file a reply brief in excess of twenty pages in order to adequately address the deficiencies in Plaintiff's discovery responses. The undersigned counsel for the Cook Defendants state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary to request leave of court to exceed the twenty page maximum set forth in Local Rule 7-1 due to the number of issues related to Plaintiff's discovery responses. Further, Cook's proposed Reply Brief includes within it the

- 2 -

verbatim text of many of the requests and responses at issue which, in part, cause it to exceed the 20 page limitation.

3. The Cook Defendants will be able to adequately address the issues raised in 25 pages or less.

4. The Cook Defendants' Reply Brief is attached to this Motion as Exhibit A.

5. A proposed order granting Motion for Leave to File a Reply Brief in Excess of Twenty Pages is attached to this Motion as Exhibit B.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file their Reply Brief In Support of Motion to Compel Discovery Responses From Plaintiff Elizabeth Jane Hill that is in excess of twenty pages.

Respectfully submitted,

Dated:  August 3, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

US.113487694

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minneapolis  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiff will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson