Confidential - Subject to the Protective Order

```
 1           IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
                  IN AND FOR PINELLAS COUNTY, FLORIDA
 2                              - - -

 3   ELIZABETH JANE HILL,              :
                                       :
 4              Plaintiff,             :
                                       : CASE NO.
 5              vs.                    : 1:14-cv-06016
                                       :
 6   COOK MEDICAL INCORPORATED         :
     a/k/a COOK MEDICAL, INC.;         :
 7   COOK INCORPORATED and COOK        :
     GROUP, INC.,                      :
 8                                     :
              Defendants.              :
 9                              - - -

           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10
                     Tuesday, March 14, 2017
11                              - - -

12         Videotaped Deposition of ANTHONY P. MORENO,
13   M.D., held at Moreno Spine & Scoliosis, 1800 Mease
14   Drive, Safety Harbor, Florida, on the above date,
15   beginning at 8:01 a.m., before Kimberly A. Overwise, a
16   Florida Professional Reporter, Certified Realtime
17   Reporter, and Notary Public.
18                              - - -
19
20
21             GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
22                  deps@golkow.com
23
24
25
```

Confidential - Subject to the Protective Order

| | |
|---|---|
| 1 | THE WITNESS: I guess there's risk with any |
| 2 | foreign body in the, you know, human body. And I |
| 3 | guess the longer you leave them in, they could |
| 4 | cause problems. I know the older filters caused |
| 5 | more problems than the more recent ones, but I just |
| 6 | think it's good to take them out if it's possible |
| 7 | to take it out. The problem is that these |
| 8 | surgeries, these large deformity surgeries, |
| 9 | sometimes need more surgery, so that's where I get |
| 10 | into putting them back in, taking them out. |
| 11 | BY MR. HEAVISIDE: |
| 12 | Q   Okay. Are you familiar at all with the IFU |
| 13 | for the Cook Celect filter? |
| 14 | A   No. You understand that I don't put in IVC |
| 15 | filters, correct, that I'm an orthopedic spine surgeon? |
| 16 | Q   Yeah, I understand that. |
| 17 | A   Okay. Well, you're asking me questions about |
| 18 | filters like I put in filters. I don't put in filters, |
| 19 | just so you understand. |
| 20 | Q   I understand that perfectly. |
| 21 | A   And the jury understands. That's not what I |
| 22 | do. |
| 23 | Q   But you referred her to have a filter placed? |
| 24 | A   To have a filter, exactly. |
| 25 | (Moreno Exhibit No. 4 was marked for |

Golkow Technologies, Inc.                                      Page 12

EXHIBIT C

```
 1         identification.)
 2         BY MR. HEAVISIDE:
 3     Q    So you have before you marked Exhibit 4 the
 4  IFU for the Cook Celect filter.
 5     A    What is IFU?
 6     Q    Instructions for use.
 7     A    Okay.
 8     Q    Similar to a label in a medication.  Have you
 9  put in rods and screws and knees and hips in your
10  orthopedic practice?
11     A    No, just spine surgery, only spine surgery.
12     Q    Right.
13     A    Right.
14     Q    Which includes rods; right?
15     A    Rods and screws, yeah, but we don't call it
16  IFU, though.  Never heard that, IFU.
17     Q    Okay.  Well, will you look at the third page
18  of that exhibit, please?
19     A    Sure.  Yes.
20     Q    Do you see where it says "INTENDED USE"?
21     A    Yes.
22     Q    The cleared intended use for a filter was for
23  somebody with a history of pulmonary embolism or deep
24  vein thrombosis and some problem with anticoagulation.
25  And Elizabeth Hill didn't have any of those issues;
```

```
 1   correct?
 2       A    No.  I disagree with you.  Ms. Hill had a
 3   very -- had a very strong need for a filter.  And
 4   Ms. Hill had a complex spinal deformity surgery.
 5   Complex spinal deformity surgeries that I do and that
 6   are done around the country involve putting as many as
 7   20 or 30 screws in a patient.  These surgeries last for
 8   10 to 12 hours.  The rate of deep venous thrombosis and
 9   pulmonary embolism is very high.  It's probably 1 to
10   4 percent.
11            So you got two options:  You either give them
12   anticoagulant or you put a filter in.  Putting filters
13   in before complex spinal surgery is the standard of care
14   in the United States and there's many studies to back
15   that.  And if you want to look them up, you can look
16   them up from Washington University in St. Louis, which
17   is the premier spinal deformity center in the United
18   States of America.  I've been putting filters in before
19   spinal deformity surgeries for over 15 years.  I've been
20   doing this 20 years.  Okay?
21            So if you look at the last indication, it says
22   where anticoagulant therapy is contraindicated.  And
23   that is exactly why Ms. Hill had a filter, because if
24   you give Ms. Hill anticoagulant, she will bleed in her
25   spine and paralyze herself and you can't fix that.
```

```
 1    prone to have venous events.
 2        Q    Are you familiar at all with the failure modes
 3    associated with the filters themselves like embedding,
 4    fracture, perforation, migration?
 5        A    I know -- I've heard they can migrate.  In my
 6    experience having them put in for me, the only
 7    complication I've ever seen is Ms. Hill's.  I had two
 8    other filters that couldn't be taken out, but she's the
 9    only one that I know that's had a problem.
10        Q    But there may be others who you don't know
11    whether --
12        A    No.  I would know.
13        Q    You would know?
14        A    Yeah, I would know.  These are my patients I
15    do complex surgeries on.  I would know.
16        Q    Do you have any idea regarding the frequency
17    of those failure modes I just asked you about other than
18    in your particular patient population?
19        A    I can't give you exact numbers, but I know
20    they're not that common.  Less than a few percent.  I
21    could tell you the rate of a hematoma in the spine if I
22    do a complex surgery and I anticoagulate.  It's probably
23    5 to 10 percent.  And I think the rate of a filter
24    causing a problem versus that, being it's such a grave
25    problem, I think warrants the risk, you know.  There's
```

Confidential - Subject to the Protective Order

```
 1   risk either way you go.  And obviously if you're doing
 2   complex spinal surgery, you're going to have risk.  You
 3   have risk of paralyzing the patient, killing the
 4   patient, giving a pneumothorax, you know.  So there's
 5   all risks and you have to put together what you think is
 6   safest and what you would do for your family or
 7   yourself.  And that's what I've done for a long time and
 8   I haven't lost a patient yet, thank God.
 9         Q     Have you ever seen any Cook documents
10   regarding the lack of efficacy with their filters?
11               MR. WEBBER:  Objection to form and foundation.
12               You can answer, Doctor.
13               THE WITNESS:  I don't -- I've never heard of
14         the Cook company until this.  I don't -- again, I
15         don't put in IVC filters.  I don't -- I couldn't
16         give you the companies that put them in.  I -- you
17         know, a vascular surgeon, that's what he does is
18         vascular surgery.  So in my mind I'm an orthopedic
19         spinal surgeon.  I'm not going to become an expert
20         at filters when that's what he does every day or
21         she does.  So I trust my colleagues to pick the
22         appropriate device and to put it in and take care
23         of the patient.
24   BY MR. HEAVISIDE:
25         Q     Well, my question was:  Have you ever seen any
```

EXHIBIT C

```
 1        the use of IVC filters from Washington University
 2        in St. Louis.
 3        BY MR. HEAVISIDE:
 4        Q     Have you ever seen an article from 2015 Annals
 5   of Surgery, Prophylactic IVC filter placement does not
 6   result in survival benefit?
 7              MR. WEBBER:  Object to form and foundation.
 8              You can answer, Doctor.
 9              THE WITNESS:  It wasn't in spinal patients,
10        orthopedic spine patients undergoing complex spinal
11        deformity, which are the highest risk of DVT and
12        pulmonary embolism.
13        BY MR. HEAVISIDE:
14        Q     It was in trauma patients.
15        A     Right.  Total different patients.
16        Q     Well, it may be total different patients, but
17   it might be instructive about the efficacy or lack
18   thereof of the filter?
19              MR. WEBBER:  Object to argumentative.
20              You can answer.
21              THE WITNESS:  I mean, I'm not arguing
22        whether -- I mean, I think the filters save lives.
23        I know they do from my personal experience.  And
24        it's an accepted treatment.  You know, if you're
25        arguing whether the filter was necessary to be put
```

Confidential - Subject to the Protective Order

```
 1       in, I think that, again, for complex spinal

 2       deformity it is the standard of care.

 3              MR. HEAVISIDE:  I'm going to make that article

 4       Exhibit 5.

 5              (Moreno Exhibit No. 5 was marked for

 6       identification.)

 7       BY MR. HEAVISIDE:

 8       Q    Did you anticipate that this filter in

 9  Elizabeth Hill would perforate the vena cava and

10  penetrate into the duodenum?

11              MR. WEBBER:  Objection to form, foundation.

12              You can answer.

13              THE WITNESS:  How would I have anticipated

14       that?

15       BY MR. HEAVISIDE:

16       Q    I don't know how you would and perhaps you

17  didn't.

18       A    How would I?

19       Q    I'm asking you, did you or didn't you?  If you

20  didn't, you didn't.  It's not that complicated.

21       A    Why would I?  I mean, of course, there's

22  complications with everything.  I mean, when you put --

23  I'll give you an example.  I put 30 screws in Ms. Hill

24  probably, 20-something screws.  Any one of those screws

25  could have hit a nerve, the spinal cord, an artery.
```

1  There's risks with everything in complex spinal surgery.
2         So, yeah, Ms. Hill had a complication, but you
3  know what, the rate of complications with complex spinal
4  surgery is 70 percent.  And when these patients go into
5  surgery, they all know -- and I have a little thing I
6  can show you that they sign -- complex spinal surgery
7  there are many risks.  Death and paralysis are the worst
8  and then there's blindness.  So my job is preventing
9  blindness, death, and paralysis first.  That's my -- you
10 know, that's my ethical thing to do in doing something
11 complex.  And that's why I put a filter in Ms. Hill,
12 because it's my job to say, Ms. Hill, I'm not going to
13 let you die from anything I can control.  And you know
14 what, Ms. Hill's not dead.  She's with her husband right
15 now enjoying her life and that's because I was smart
16 enough to put the filter in.
17         So, you know, the whole implication that the
18 filter isn't necessary, I really disagree with you.  And
19 there's a lot of surgeons who are on the same wavelength
20 at major universities and the best scoliosis
21 universities in this country.
22    Q    You're suggesting had you not put a filter in
23 Ms. Hill --
24    A    She may not be here.  She may not be here.
25    Q    Well, she may or may not, but you're not

Confidential - Subject to the Protective Order

1   Q   Well, then can I fairly assume you're unaware

2   of her conclusion that prophylactic IVC filters for

3   bypass do not reduce the risk of PEs and may lead to

4   additional complication?

5           MR. WEBBER:  Object to form and foundation.

6           You can answer, Doctor.

7           THE WITNESS:  You know, you're talking about

8       400-, 500-pound patients that are having surgery to

9       lose weight and you're comparing them to patients

10      undergoing spinal deformity surgery.  Again, apples

11      and oranges.  They're two different types of

12      patients.

13  BY MR. HEAVISIDE:

14  Q   My question was were you aware of that

15  article.  I suppose you were not; is that correct?

16  A   Again, I only -- I'm a -- I'm subspecialized

17  orthopedic spinal surgery.  So if it has to do with the

18  spine and filters, I would have reviewed it, but

19  bariatric surgery, no.

20          MR. HEAVISIDE:  I'm going to make that Exhibit

21      6, this Birkmeyer.

22          (Moreno Exhibit No. 6 was marked for

23      identification.)

24  BY MR. HEAVISIDE:

25  Q   When did you become aware of the failed

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 1

1        IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
2                INDIANAPOLIS DIVISION
3           CASE NO.  1:14-ml-2570-RLY-TAB
            MLD NO.   2570
4
5    IN RE: COOK MEDICAL, INC., IVC
     FILTERS MARKETING, SALES PRACTICES
6    AND PRODUCTION LIABILITY LITIGATION
7    _____/
8
              2808 West Dr. MLK Jr. Boulevard
9                    Tampa, Florida
                 8:35 a.m. to 10:00 a.m.
10                   April 26, 2017
11
12     VIDEOTAPED DEPOSITION OF ANTHONY MORENO, M.D.
13
14          Taken on behalf of COOK MEDICAL, INC. before
15   Kim Auslander, RPR, CRR, Notary Public in and for the
16   State of Florida at Large, pursuant to Notice of Taking
17   Deposition in the above cause.
18
19
20
21
22
23
24
25

Veritext Legal Solutions
www.veritext.com                                  888-391-3376

**EXHIBIT C**

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 37

1   Q   All right. Out of those several hundreds of
2   filters that you've prescribed, how many times are you
3   aware where there has been a complication or adverse
4   event with one of the filters?
5       MR. ARBON: I object to the form.
6   A   The only other complication I have seen is
7   where they couldn't remove the filter. Ms. Hill is the
8   only patient I know in my practice that's had a
9   complication where it eroded into her body organ.
10  Q   Okay. Do you follow your patients after
11  surgery so that you would know if one of them had a
12  problem with the filter?
13  A   Yes. I get X rays for five years, because the
14  rods do break after these surgeries.
15  Q   Have you ever had a patient with an IVC filter
16  develop a pulmonary embolism after spinal surgery?
17  A   Yes.
18  Q   How many times has that happened?
19  A   A couple times. Small. They get very small
20  ones; not life threatening, though.
21  Q   Has anybody died from that if they had the
22  filter?
23  A   No.
24  Q   How about patients without an IVC filter; are
25  you aware of any patients that didn't have a filter

EXHIBIT C

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 38

1  developing a pulmonary embolism?
2      A    I've had dozen of patients, dozens, that have
3  developed pulmonary embolism without filters, and one or
4  two deaths over the years after surgery when they're
5  home, like, three or four weeks later.
6      Q    Now, you referred Ms. Hill to Dr. Zuzga for
7  placement of the filter, correct?
8      A    Yes.
9      Q    And we've established you don't place them
10 yourself; you always refer them to somebody like
11 Dr. Zuzga?
12     A    Yes.
13     Q    Is he what's called an interventional
14 radiologist?
15     A    He is actually a vascular surgeon.
16     Q    Both of them, I understand; vascular surgeons
17 and interventional radiologists commonly will place
18 these filters?
19     A    That is my understanding.
20     Q    Okay.  You said that you rely on Dr. Zuzga to
21 select the filter and make the judgment which product to
22 use, correct?
23     A    Yes.
24     Q    All right.  Now, you said earlier in the
25 deposition that you've never read any literature from

EXHIBIT C

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 47

1   they haven't been able to remove, plus the surgery was,
2   what, four months earlier or --
3        Q   Yeah, about four months -- three months -- I
4   guess three months earlier.
5            Did it give you any heightened concern that
6   the filter might have to stay in if it wasn't possible
7   to remove it?
8        A   No.  Well, I don't know how much time they can
9   stay in before they can remove them.  It seems like
10  that's changed over the years.  So it could be up to six
11  months, I think, from what I heard recently, that they
12  can still take them out.
13       Q   But if a filter has to stay in permanently,
14  does that cause any concern to you?
15       A   I have a number of them that I leave in; I
16  haven't seen a problem with it.
17       Q   I think you testified earlier in the
18  deposition that you've had hundreds of patients whose
19  filters have stayed in permanently?
20           MR. ARBON:  Objection to form.
21       A   Well, I say that I've had hundreds I've put
22  in.  Of those, maybe 10 to 15 percent have been
23  irretrievable, was my guess, so I don't know if it's
24  hundreds, but it's a lot.
25       Q   Sometimes have you decided to leave them in?

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 59

1    patients who are undergoing high risk spinal surgery?
2         A    Yes.  Both neurosurgery and orthopaedics, more
3    commonly used in spinal deformity surgery, which is
4    scoliosis and kyphosis, which is what Ms. Hill had;
5    scoliosis.
6         Q    Okay.  Doctor, do you continue to prescribe
7    IVC filters today?
8         A    Yes.  As I said, I operated on a gentleman
9    yesterday who had an IVC filter in before surgery.  Yes.
10        Q    Do you believe that IVC filters can save
11   lives?
12        A    Yes, I do.
13        Q    Do you want to have the option of prescribing
14   these filters for your patients in the future?
15             MR. ARBON:  Objection to form.
16        A    I don't think I'll perform those surgeries
17   without some means of preventing them from getting
18   embolism, so in my mind, if I can't do the filters, you
19   know, I probably won't do those complex surgeries.
20        Q    If one of your loved ones was going to have
21   the type of surgery that you performed on Ms. Hill,
22   would you want them to have an IVC filter before the
23   surgery?
24             MR. ARBON:  Objection to form.
25        A    Yes.  My father, by the way, has a filter in