# Exhibit A

Case 1:14-ml-02570-RLY-TAB   Document 5618-1   Filed 08/03/17   Page 2 of 11 PageID #: 13652
Case 1:14-ml-02570-RLY-TAB   Document 1574   Filed 08/10/15   Page 16 of 48
Case 14-27230   Doc 1   Filed 08/10/15   Entered 08/10/15 15:08:31   Desc Main Document   Page 15 of 48

B6F (Official Form 6F) (12/07)

In re   Arthur Gage, Sr. _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. x1781<br><br>Activity Collection Se<br>664 Milwaukee Av<br>Prospect Heights, IL 60070 | | - | Opened 9/01/12<br>Collection Attorney Martens Chiropractic Acupunc | | | | 450.00 |
| Account No. xxx2238<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 5/01/14<br>Collection Attorney Naperville Radiologists | | | | 118.00 |
| Account No. xx3033<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 10/01/11<br>Collection Attorney Suburban Lung Associates | | | | 106.00 |
| Account No. xx4715<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 6/01/11<br>Collection Attorney Naperville Radiologists | | | | 78.00 |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 752.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur Gage, Sr.                                 ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx5165<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 10/01/11<br>Collection Attorney Naperville Radiologists | | | | 72.00 |
| Account No. xx7420<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 8/01/10<br>Collection Attorney Naperville Radiologists | | | | 55.00 |
| Account No. xxx4339<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 8/01/14<br>Collection Attorney Naperville Radiologists | | | | 27.00 |
| Account No. xxx1206<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 3/01/15<br>Collection Attorney Naperville Radiologists | | | | 18.00 |
| Account No. xx8390<br><br>Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | | - | Opened 4/01/10<br>Collection Attorney Naperville Radiologists | | | | 14.00 |

Sheet no. _1_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    186.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur Gage, Sr.   ,   Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8583<br><br>Diversified<br>P O Box 551268<br>Jacksonville, FL 32255 | | - | 11 At T Wireless | | | | 744.00 |
| Account No. xxxx3592<br><br>Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | | - | Opened 2/01/02 Last Active 10/03/08<br>Automobile | | | | 0.00 |
| Account No. xxxxx0159<br><br>Global Netwk<br>5320 College Blvd<br>Shawnee Missio, KS 66211 | | - | Opened 10/28/10 Last Active 1/12/12<br>Check Credit Or Line Of Credit | | | | 2,411.00 |
| Account No. xxxxxxxxxxxxx7286<br><br>Greentree<br>Po Box 460700<br>Escondido, CA 92046 | | - | 01 Erac Region A | | | | 137.00 |
| Account No. xxxxxxx4001<br><br>IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164 | | - | Opened 5/01/15<br>Collection Attorney Dupage Urology Associates | | | | 97.00 |

Sheet no. _2_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,389.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur Gage, Sr.                                         ,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3988<br><br>Illinois Collection Service/ICS<br>8231 185th St Ste 100<br>Tinley Park, IL 60487 | | - | Opened 9/01/11<br>Collection Attorney M W S | | | | 776.00 |
| Account No. xxxx0585<br><br>Illinois Collection Service/ICS<br>Illinois Collection Service<br>Po Box 1010<br>Tinley Park, IL 60477 | | - | Opened 12/01/10<br>Collection Attorney M W S | | | | 727.00 |
| Account No. xxxx9666<br><br>Illinois Collection Service/ICS<br>Illinois Collection Service<br>Po Box 1010<br>Tinley Park, IL 60477 | | - | Opened 10/01/13<br>Collection Attorney M W S | | | | 165.00 |
| Account No. xxxx8018<br><br>Illinois Collection Service/ICS<br>Illinois Collection Service<br>Po Box 1010<br>Tinley Park, IL 60477 | | - | Opened 2/01/14<br>Collection Attorney M W S | | | | 116.00 |
| Account No. xxxxxx2477<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 11/01/12<br>Collection Attorney Edward Hospital | | | | 1,196.00 |

Sheet no. _3_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   2,980.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur Gage, Sr.                                                  ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0777<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 1,156.00 |
| Account No. xxxxxx0790<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 6/01/10<br>Collection Attorney Edward Hospital | | | | 1,133.00 |
| Account No. xxxxxx0594<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/11<br>Collection Attorney Edward Hospital | | | | 858.00 |
| Account No. xxxxxx1404<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 7/01/11<br>Collection Attorney Edward Hospital | | | | 481.00 |
| Account No. xxxxxx0919<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 5/01/11<br>Collection Attorney Edward Hospital | | | | 248.00 |

Sheet no. _4_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,876.00

B6F (Official Form 6F) (12/07) - Cont.

In re Arthur Gage, Sr.,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0475<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 236.00 |
| Account No. xxxxxx0593<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/11<br>Collection Attorney Edward Hospital | | | | 224.00 |
| Account No. xxxxxx0173<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 178.00 |
| Account No. xxxxxx1093<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 6/01/14<br>Collection Attorney Adventist Bolingbrook Hospital | | | | 146.00 |
| Account No. xxxxxx0228<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 144.00 |

Sheet no. 5 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 928.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Arthur Gage, Sr.
                           Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0191<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 143.00 |
| Account No. xxxxxx1820<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 8/01/10<br>Collection Attorney Adventist Bolingbrook Hospital | | | | 139.00 |
| Account No. xxxxxx0661<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 8/01/10<br>Collection Attorney Adventist Hinsdale Hospital | | | | 137.00 |
| Account No. xxxxxx0710<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 6/01/11<br>Collection Attorney Edward Hospital | | | | 132.00 |
| Account No. xxxxxx0312<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 107.00 |

Sheet no. 6 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  658.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur Gage, Sr.                          ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2478<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 11/01/12<br>Collection Attorney Edward Hospital | | | | 96.00 |
| Account No. xxxxxx0518<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 8/01/10<br>Collection Attorney Adventist Hinsdale Hospital | | | | 96.00 |
| Account No. xxxxxx0503<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 8/01/10<br>Collection Attorney Adventist Hinsdale Hospital | | | | 96.00 |
| Account No. xxxxxx0180<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 4/01/14<br>Collection Attorney Adventist Hinsdale Hospital | | | | 95.00 |
| Account No. xxxxxx2039<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 8/01/11<br>Collection Attorney Adventist Bolingbrook Hospital | | | | 87.00 |

Sheet no. 7 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   470.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Arthur Gage, Sr.
                            Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2182<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 12/01/12<br>Collection Attorney Edward Hospital | | | | 77.00 |
| Account No. xxxxxx1304<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 12/01/12<br>Collection Attorney Adventist Bolingbrook Hospital | | | | 68.00 |
| Account No. xxxxxx2479<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | Opened 11/01/12<br>Collection Attorney Edward Hospital | | | | 63.00 |
| Account No. xxx1349<br><br>Merchants Credit Burea<br>955 Greene St<br>Augusta, GA 30901 | | - | Opened 5/01/12<br>Collection Attorney Augusta Medical Systems | | | | 95.00 |
| Account No. xxxx5339<br><br>State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI 53716 | | - | Opened 7/01/12<br>Collection Attorney Emergency Healthcare Physician | | | | 1,080.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,383.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Arthur Gage, Sr. ,  Case No. _____
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3335<br><br>Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216 | | - | Opened 6/01/15<br>Collection Attorney Comcast | | | | 169.00 |
| Account No.<br><br>Williams Chiropractic Center<br>1617 Ogden Ave #6<br>Lisle, IL 60532 | | - | Medical | | | | 4,089.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 9 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  4,258.00

Total (Report on Summary of Schedules)  18,880.00