Exhibit B

Pages 1..4

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF INDIANA
3              INDIANAPOLIS DIVISION
4
5    IN RE: COOK MEDICAL, INC.,     )
6    IVC FILTERS MARKETING,         )
7    SALES PRACTICES AND            ) Case No.
8    PRODUCTS LIABILITY             ) 1:14-ml-2570-RLY-TAB
9    LITIGATION                     )
10   ------------------------       )
11   This Document Relates To:      )
12   1:13-cv-01875-RLYTAB           )
13            The video deposition of ARTHUR L. GAGE SR.,
14   called for examination pursuant to the Rules of
15   Civil Procedure for the United States District
16   Courts pertaining to the taking of depositions,
17   taken before Patricia L. Wangler, Certified
18   Shorthand Reporter in the State of Illinois, at
19   1500 Opus Place, Downers Grove, Illinois, on
20   August 13, 2015, commenced at the hour of
21   1:15 p.m., and terminated at the hour of 3:27 p.m.
22
23
24   Reported By:  Patricia L. Wangler, CSR
25   License No.:  084-002417
```

**Page 2**

```
1    APPEARANCES:
2        FEARS & NACHAWATI LAW FIRM, by
3        MR. MATTHEW McCARLEY
4        4925 Greenville Avenue, Suite 715
5        Dallas, Texas  75206
6        (866) 705-7584
7        mccarley@fnlawfirm.com
8            Representing the Plaintiff
9            Arthur Gage,
10
11       WOODEN & McLAUGHLIN, LLP, by
12       MR. CHRISTOPHER D. LEE
13       21 SE Third Street, Suite 900
14       Evansville, Indiana  47708
15       (812) 401-6151
16       clee@woodmclaw.com
17           Representing the Defendants
18           Cook Incorporated, Cook Medical LLC
19           f/k/a Cook Medical Incorporated and
20           William Cook Europe ApS.
21
22   ALSO PRESENT:
23       MR. THOMAS SCHECKEL, Videographer.
24
25
```

**Page 3**

```
1                    I N D E X
2    WITNESS                          EXAMINATION
3    ARTHUR L. GAGE SR.
4        By Mr. Lee                       5
5
6
7
8
9
10               E X H I B I T S
11   NUMBER                         MARKED FOR ID
12   Gage Deposition
13       Exhibit No. 1                  17
14       Exhibit No. 2                  73
15       Exhibit No. 3                  73
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1            THE VIDEOGRAPHER:  We are going on the record
2    at 1:15 p.m.  Today's date is August 13th, 2015.
3    This deposition is being held at 1500 Opus Place in
4    Downers Grove, Illinois.  Here begins the videotape
5    deposition of Arthur Gage taken by the defendant.
6            This case is filed in the U.S. District
7    Court, Southern District of Indiana in the matter
8    of Cook Medical, Inc., IVC Filters Marketing, Sales
9    Practices and Products Liability Litigation.
10           My name is Thomas Scheckel in association
11   with Stewart Richardson located in Indianapolis,
12   Indiana.  I am the video specialist.  The
13   court reporter is Patti Wangler, also in
14   association with Stewart Richardson.
15           Counsel may now state their appearances
16   for the record, and then the reporter will swear in
17   the witness.
18       MR. McCARLEY:  Matthew McCarley for Arthur
19   Gage.
20       MR. LEE:  Christopher Lee for the defendants.
21       THE COURT REPORTER:  Raise your right hand,
22   please.
23               (Witness sworn.)
24
25
```

Pages 5..8

Page 5

1          ARTHUR L. GAGE SR.,
2  called as a witness herein, having been first duly
3  sworn, was examined and testified as follows:
4               EXAMINATION
5  BY MR. LEE:
6     Q.   Good afternoon, sir.
7     A.   Good afternoon.
8     Q.   My name is Christopher Lee.  We just met
9  for the first time, did we not?
10    A.   Yes.
11    Q.   Please state your name.
12    A.   Arthur L. Gage Sr.
13    Q.   All right.
14    MR. MCCARLEY:  Before we get started, can we
15 just handle a few housekeeping matters.
16    MR. LEE:  Oh, sure.
17    MR. MCCARLEY:  I want to -- he wants to sign --
18 review and sign the deposition so we are requesting
19 now on the record.
20         In addition to that, we have previously
21 agreed, and I don't think we will have any
22 difference here today, but that we would reserve
23 all objections except for to the form of the
24 question until the time of trial.  Is that
25 agreeable to you?

Page 6

1     MR. LEE:  Yes.
2     MR. MCCARLEY:  Okay, that's all.
3  BY MR. LEE:
4     Q.   Mr. Gage, I am going to be asking you a
5  series of questions today that require an audible
6  response.  If you don't understand one of my
7  questions, please stop me.  Raise your hand.  And I
8  will try to ask the question in such a way that you
9  do understand, okay?
10    A.   Uh-huh, yes.
11    Q.   The court reporter is going to take down
12 everything you say and everything I say and your
13 attorney who is here with us today.  And so
14 sometimes in natural conversation we talk over each
15 other.  Let's try to, I will do my best, to try to
16 wait until I get done with my question before you
17 answer, okay?
18    A.   Yes.
19    Q.   Uh-huhs and uhn-uhns and shakes of the
20 head sometimes are difficult for the court reporter
21 to take down.  So when you shake your head up and
22 down and you mean yes, please say yes, okay?
23    A.   Yes.
24    Q.   Okay.  One other thing, the court reporter
25 is going to try to take down some names today,

Page 7

1  names of your -- maybe your street names and names
2  of physicians.  So understand that when you give me
3  answers, she is over here trying to make out
4  exactly what you are saying.  So if you could try
5  to pronunciate the names of addresses and physician
6  names and names of witnesses and those types of
7  things that we are going to be going over today,
8  okay?
9     A.   Yes.
10    Q.   Have you ever taken your deposition -- or
11 given your deposition before?
12    A.   No.
13    Q.   Okay.  If you ever need to take a break
14 and talk to your lawyer, you just let me know.  I
15 am going to ask that you answer the question that I
16 have pending, but otherwise just answer the
17 question and then we can take a break, okay?
18    A.   Yes.
19    Q.   All right.  Have you ever been involved in
20 any other types of legal proceedings?
21    A.   No.
22    Q.   Ever filed a lawsuit of any type?
23    A.   Yes.
24    Q.   Okay.  Tell me about that.
25    A.   A car accident I had.

Page 8

1     Q.   Okay.  And did you hire an attorney to do
2  that?
3     A.   No.
4     Q.   You just did it yourself?
5     A.   The insurance company settled.
6     Q.   And what was the date of that automobile
7  accident?
8     A.   I can't recall.
9     Q.   How many automobile accidents have you
10 been involved in?
11    A.   About three.
12    Q.   Okay.  Have any been in the last
13 five years?
14    A.   Yes.
15    Q.   Okay.  When was the last automobile
16 accident you were involved in?
17    A.   I can't recall, about two years ago.
18    Q.   Okay.  Was that here in Chicago area?
19    A.   Yes.
20    Q.   Okay.  Do you remember the exact location
21 of the automobile accident?
22    A.   Yes.
23    Q.   What was the location?
24    A.   It was in Woodridge.
25    Q.   Okay.  Now, you live in Woodridge?

**Page 9**

1    A.   I do, yes.

2    Q.   Was it near your home?

3    A.   Yes, uh-huh.

4    Q.   Do you remember the address of the

5  automobile accident?

6    A.   No, I don't.

7    Q.   Okay.  And you were injured in that

8  accident?

9    A.   Yes, I was.

10    Q.   What did you injure?

11    A.   I injured my knee.

12    Q.   Anything else?

13    A.   No.

14    Q.   Okay.  And do you remember the name of the

15  insurance company that you resolved your claim

16  with?

17    A.   I don't, no, I don't.

18    Q.   Do you remember the amount of money that

19  you received?

20    A.   20,000.

21    Q.   Did you sign any type of legal documents

22  in order to receive that $20,000?

23    A.   No.  I apologize, yes.

24    Q.   Do you have a copy of those?

25    A.   I don't.

**Page 10**

1    Q.   Do you remember the name of the person

2  that was -- that you were involved in the accident

3  with?

4    A.   No, I don't.

5    Q.   Okay.  And you say you don't remember the

6  insurance company?

7    A.   I do not.

8    Q.   Do you remember anything about the

9  automobile accident?

10    A.   Yes, I do.

11    Q.   Okay, tell me about the accident itself.

12    A.   A truck ran a light, a semitruck ran a

13  light and ran over my car.

14    Q.   Literally ran over your car?

15    A.   Yes, literally.

16    Q.   And were you a passenger or a driver?

17    A.   I was the driver.

18    Q.   Was anyone else in your car?

19    A.   Yes.

20    Q.   Who else was in your car?

21    A.   A friend of mine.

22    Q.   And what was his name?

23    A.   It was a lady.

24    Q.   What was her name?

25    A.   Linda Miller.

**Page 11**

1    Q.   Was she injured also?

2    A.   Yes, she was.

3    Q.   Okay.  And did she resolve her claim?

4    A.   Yes.

5    Q.   Okay.  Do you still keep in contact with

6  Linda Miller?

7    A.   I do, yes.

8    Q.   Okay.  Do you remember the name of the

9  trucking company?

10    A.   No, I do not.

11    Q.   And just tell me how the accident

12  occurred.

13    A.   The accident occurred, it was a flashing

14  red light, and I stopped behind a car, the car in

15  front of me proceeded to leave the intersection,

16  went through the intersection, I pulled up to the

17  light, I stopped, I went through the intersection,

18  the truck driver did not stop at the flashing red

19  light, ran over my car.

20    Q.   And what part of the car did he run over?

21    A.   He ran over the front -- the hood.

22    Q.   Did an ambulance come to the scene?

23    A.   Yes.

24    Q.   And then were you taken by ambulance to

25  the hospital?

**Page 12**

1    A.   No, I had my girlfriend take me to the --

2  she came to the accident scene, and she took me to

3  the hospital.

4    Q.   What is her name?

5    A.   I almost forgot.  Her name is

6  Orajean Daugherty.

7    Q.   Okay.  I will tell you what, could you

8  spell that, Orajean Daugherty?

9    A.   I don't know how to spell her name.

10    Q.   That's okay.

11    Do you have any photographs of the

12  vehicles involved in the accident?

13    A.   No, I don't.

14    Q.   Do you remember the name of the trucking

15  company?

16    A.   No, I don't.

17    Q.   Now, you received $20,000?

18    A.   Yes.

19    Q.   And you had an injury to your knee.  What

20  was the injury to your knee?

21    A.   I had a torn meniscus.

22    Q.   What hospital did you go to?

23    A.   Edwards Hospital.

24    Q.   In Woodridge?

25    A.   In Naperville.

Page 13

1    Q.    In Naperville.  What was the name of the
2  hospital again?
3    A.    Edwards Medical Center.
4    Q.    Oh, Edwards, okay.  In Naperville.
5          Were you admitted overnight?
6    A.    No.
7    Q.    Was Linda Miller?
8    A.    No.
9    Q.    Okay, sorry to kind of get off track on
10  the automobile accident.  Do you remember the date
11  of the accidents?
12    A.    I do not.
13    Q.    Was it within the last three years?
14    A.    I think, yes.
15    Q.    And I think you said you had been involved
16  in three different automobile accidents.
17    A.    Yes.
18    Q.    What were the other two?
19    A.    The other two -- the other two happened --
20  I rear-ended a guy.
21    Q.    Okay.
22    A.    Uh-huh.
23    Q.    Let's talk about -- we have talked about,
24  well, I will just call it for lack of a better
25  word, Accident No. 1, first, and that was with the

Page 14

1  truck, the semitruck where you were injured?
2    A.    Yes.
3    Q.    Let's talk about Accident No. 2, you ran
4  into someone?
5    A.    Yes.
6    Q.    How long ago was this accident?
7    A.    I can't recall.
8    Q.    Was it more than five years or less than
9  five years?
10    A.    Less.
11    Q.    Less than five years?
12    A.    Yes.
13    Q.    Was any type of claim filed against you --
14    A.    Yes.
15    Q.    -- as a result of that?
16          All right.  Who was your automobile
17  insurance with?
18    A.    Then?
19    Q.    Yes, yes, sir.
20    A.    State Farm.
21    Q.    State Farm.  Who is it with now?
22    A.    Allstate.
23    Q.    Okay.  And who was it with at the time of
24  the trucking accident?
25    A.    State Farm.

Page 15

1    Q.    Okay.  Were you injured in the second
2  accident?
3    A.    No.
4    Q.    Okay.  Was -- do you remember the name of
5  the other individual who was injured or claims to
6  be injured?
7    A.    I do not.
8    Q.    Okay.
9    A.    No.
10    Q.    All right.  Now, let's talk about the
11  third accident.
12    A.    Okay, I don't even remember what happened.
13  I can't remember that accident.
14    Q.    Okay.  Was it an automobile accident?
15    A.    Yes, it was.
16    Q.    Okay.  And were you a driver or a
17  passenger?
18    A.    I can't recall.  I can't recall that
19  accident at all.
20    Q.    Okay.  How long ago was that accident?
21    A.    It was about three years ago.
22    Q.    Three years ago?
23    A.    Uh-huh.
24    Q.    Do you remember who you were insured with
25  at that time?

Page 16

1    A.    State Farm.
2    Q.    All right.  I am going to ask your
3  attorney to provide you with an authorization to
4  obtain records from State Farm.  And those records
5  will include the third accident that you don't
6  remember.
7    A.    Yes.
8    Q.    And hopefully it will include some of the
9  documents from that accident, okay?
10    A.    Yes.
11          MR. LEE:  So that's a task that I will ask of
12  you.
13  BY MR. LEE:
14    Q.    Were you injured in the third accident?
15    A.    I can't recall that accident.
16    Q.    You can't recall anything about it?
17    A.    No.
18    Q.    Okay.  Is there any particular reason why
19  you can't recall anything about that accident that
20  occurred within the last three years?
21    A.    I believe that accident happened, I was
22  trying to avoid an accident and I ran over a curb.
23  It wasn't involved with another car.
24    Q.    So it was a single car accident?
25    A.    Yes.

**Page 17**

1    Q.    Were you injured in that?

2    A.    No.

3    Q.    Okay.  Have you ever -- those are the

4    three accidents that you have been involved in?

5    A.    Yes.

6    Q.    Have you ever been involved in an

7    automobile/pedestrian accident?

8    A.    No.

9    Q.    Have you ever been involved in any other

10   type of accident that wouldn't be an automobile

11   accident, like a slip and fall, or even an accident

12   while your -- an injury while you are involved in

13   sports or something like that?

14   A.    No.

15   Q.    Okay.

16   MR. LEE:  Let's go ahead and mark this if you

17   don't mind.  I think we have been marking them as

18   Gage 1 or the name of the deponent 1.  So this

19   would be Gage No. 1.  Sorry.

20              (Whereupon, Gage Deposition

21              Exhibit No. 1 was marked for

22              identification.)

23   BY MR. LEE:

24   Q.    All right, sir, handing you what has been

25   marked as exhibit Gage No. 1, have you seen that

**Page 18**

1    document before?  You can take a minute and page

2    through it if you like.

3    A.    Yes, I believe I have.

4    Q.    Okay.  And did your attorney supply this

5    to you?

6    A.    Yes.

7    Q.    All right.  If you turn to the last two

8    pages, you will see an exhibit.  At the top of the

9    fourth page it says Exhibit A, Items to be

10   produced.

11   A.    Okay.

12   Q.    Do you see that?

13   A.    Yes.

14   Q.    I want you to take a second and read

15   through the items to be produced.  I think there is

16   nine items.  And I have got some questions for you.

17         Ready for my questions?

18   A.    Yes.

19   Q.    Okay.  It asks for you to bring documents

20   with you that you would not have already supplied

21   to your attorney.

22   A.    Uh-huh.

23   Q.    Did you bring any documents with you

24   today?

25   A.    No, I did not.

**Page 19**

1    Q.    All right.  Have you supplied all the

2    documents that you believe and that your attorney

3    believe are relevant to this case to your attorney?

4    A.    I believe, yes.

5    Q.    Okay.  And you have read through the nine

6    items that are listed in Exhibit A?

7    A.    Yes.

8    Q.    All right.  And have you supplied all of

9    those documents if they exist to your attorney?

10   A.    That I could, yes.

11   Q.    Okay.  Do you have any photographs of your

12   injuries in this case?

13   A.    In this case?  Yes.

14   Q.    Yes, sir.

15   A.    Yes.

16   Q.    Have you already supplied those to your

17   attorney?

18   A.    Yes.

19   Q.    I assume you have supplied him with all

20   the records --

21   A.    Yes.

22   Q.    -- that you have?

23         Is there anything else you have supplied

24   him with?

25   A.    I don't understand what you are asking me.

**Page 20**

1    Q.    Any other documents that would be

2    responsive to Items 1 through 9 on Exhibit A that

3    you have supplied your attorney with?

4    A.    No.

5    Q.    Okay.  Let's just take --

6    MR. LEE:  Do you have the photographs?

7    MR. MCCARLEY:  Yes, they are electronically at

8    my office.

9    MR. LEE:  Okay.

10   MR. MCCARLEY:  He sent those to me prior to the

11   depo notice so I have had those in my possession

12   since then.

13   MR. LEE:  Okay.  Yeah, I have not received any

14   of those in response to request for production.  So

15   that's something I will want to get.

16   MR. MCCARLEY:  Okay.  Well, my understanding of

17   the -- this was documents that are in his

18   possession, not mine.

19   MR. LEE:  Okay.

20   MR. MCCARLEY:  So whatever he has given me,

21   that's in my possession, not his.

22   MR. LEE:  Okay.

23   MR. MCCARLEY:  You see what I am saying?

24   MR. LEE:  No, I understand.  And it is not

25   going to fix it today but --

**Page 21**

1    MR. MCCARLEY:  Have you -- because I haven't
2    seen --
3    MR. LEE:  Let's go off the video so we are
4    not --
5    MR. MCCARLEY:  Let's go off the record.
6    THE VIDEOGRAPHER:  Off the record.  The time is
7    1:31 p.m.
8                    (Discussion off the record.)
9    THE VIDEOGRAPHER:  We are back on the record.
10   The time is 1:35 p.m.
11   BY MR. LEE:
12       Q.   Sir, are you on any medication today?
13       A.   I am.
14       Q.   What medication are you on?
15       A.   I can't recall.
16       Q.   You can't recall the medication that you
17   are on?
18       A.   No.
19       Q.   Okay.  When did you take the medication?
20       A.   I'm sorry?
21       Q.   When did you take the medication?
22       A.   This morning.
23       Q.   Okay.  And how many different medications
24   did you take?
25       A.   I took about I think eight.

**Page 22**

1        Q.   Eight?
2        A.   Uh-huh.
3        Q.   Eight different pills?
4        A.   Yes.
5        Q.   And you don't remember what any of them
6    are?
7        A.   One is a blood thinner, and one is a nerve
8    pill, the other one is blood pressure.  I think a
9    cholesterol.  That's what I can remember.
10       Q.   A blood thinner?
11       A.   Yes, Coumadin.
12       Q.   Coumadin.  A nerve pill?
13       A.   Yes.
14       Q.   A blood pressure?
15       A.   Yes.
16       Q.   And cholesterol?
17       A.   Yes.
18       Q.   Those are four of the eight.  You just
19   don't recall what the other four are?
20       A.   I can't recall.
21       Q.   Are all of them prescriptions?
22       A.   Yes, they are.
23       Q.   Okay.  And where do you get the
24   prescriptions filled?
25       A.   Osco Jewel.

**Page 23**

1        Q.   Osco Jewel?
2        A.   Jewel Osco, I am sorry.
3        Q.   That's okay.  And where is that located?
4        A.   In Bolingbrook.
5        Q.   How long have you had your prescriptions
6    filled there?
7        A.   Many years.  I can't recall.
8        Q.   More than 20?
9        A.   No.
10       Q.   More than 10?
11       A.   Yes.
12       Q.   Anywhere else that you might have your
13   prescriptions filled?
14       A.   No.
15       Q.   It is the Jewel in Bolingbrook?
16       A.   In Bolingbrook.
17       Q.   Okay.  Now, who has prescribed these
18   medications, these eight medications to you?
19       A.   My doctors.
20       Q.   Okay.  And what are their names?
21       A.   I can't recall.  One doctor, his name is
22   Pangan, P-A-N-G-A-N.
23       Q.   Okay.  Any other physicians?
24       A.   I can't recall their name.
25       Q.   Do you know which medication Dr. Pangan

**Page 24**

1    would have prescribed you?
2        A.   No, I don't.
3        Q.   Sir, what did you do to prepare for
4    today's deposition?
5        A.   I don't understand.
6        Q.   Sure.  Did you do anything to prepare for
7    today's deposition?
8        A.   To prepare?
9        Q.   Yes, sir.
10       A.   In what way?
11       Q.   Well, my question is is did you do -- in
12   any way did you prepare for today's deposition?
13       A.   Just my clothes.
14       Q.   Okay.
15       A.   Uh-huh.
16       Q.   Did you review any documents?
17       A.   Yes, this.
18       Q.   Okay.  Anything else?
19       A.   No.
20       Q.   Okay.  You met with -- I don't want to
21   hear what you discussed with your attorney, but you
22   met with your attorney?
23       A.   I did, yes.
24       Q.   Have you ever given any type of sworn
25   statement before?

**Page 25**

1   A.   No.
2   Q.   What is your address?
3   A.   7731 Fox Street, Apartment 1D, Woodridge,
4   Illinois.
5   Q.   How long have you lived there?
6   A.   Over 20 years.
7   Q.   Who lives with you there?
8   A.   I live alone.
9   Q.   When was the last time anyone lived with
10  you at 7731 Fox Street?
11  A.   Two years ago.
12  Q.   And what was that person's name?
13  A.   Robert E. Calvin-Gage?
14  Q.   And what was the relationship that you had
15  with this individual?
16  A.   My great nephew.
17  Q.   And he has moved out?
18  A.   Yes.
19  Q.   All right.  Has anyone else lived with you
20  over the last five years?
21  A.   No.
22  Q.   Where is Robert Calvin-Gage now?
23  A.   He moved out.  He lives with friends.
24  Q.   Okay.  Do you know where he lives now?
25  A.   I know where, but I don't know the

**Page 26**

1   address.
2   Q.   Okay.  Is it in Woodridge?
3   A.   It is in Bolingbrook.
4   Q.   Bolingbrook.
5        Have you ever been married?
6   A.   Yes.
7   Q.   To whom?
8   A.   Carol Gage.
9   Q.   Do you still have a relationship with
10  Carol Gage?
11  A.   I do.
12  Q.   All right.  How long have you known Carol
13  Gage?
14  A.   Childhood, from childhood.
15  Q.   And when were you married?
16  A.   I was married in '71.
17  Q.   And when were you divorced?
18  A.   I was divorced in '90.
19  Q.   Any other marriages?
20  A.   No.
21  Q.   Do you have children?
22  A.   I do.
23  Q.   What are their names and ages?
24  A.   My oldest kid, his name is Keith.  My
25  second kid is Kevin.  My third kid is

**Page 27**

1   Martesse.  My fourth kid is Arthur Jr., L. Gage Jr.
2   And my nephew, I raised him.
3   Q.   Okay.  Let's talk about your four kids.
4   A.   Yes.
5   Q.   How old is Keith?
6   A.   Keith was born in '86.
7   Q.   Okay.  So that would make him 29?
8   A.   I'm sorry, '68.  I had it backwards, '68.
9   Q.   And that would make him 45?
10  A.   Yes.
11  Q.   All right.  And Kevin?
12  A.   Kevin was born in '70.
13  Q.   Okay.  So he is actually 45, and Keith
14  would be 47 roughly depending on their birth date.
15  A.   Uh-huh.
16  Q.   How about Martesse?
17  A.   Martesse was born in '74.
18  Q.   Okay.  And how about Arthur?
19  A.   He was born in '83.
20  Q.   Are all of these with Carol?
21  A.   No.
22  Q.   Let me ask it a different way because it
23  wasn't very clear.
24       Who is the mother of your four children?
25  A.   Carol.

**Page 28**

1   Q.   Okay.  She is the mother of all four?
2   A.   I am the stepfather, but I adopted Keith
3   and Kevin.
4   Q.   Okay.
5   A.   And I adopted my nephew.
6   Q.   Okay.  Do you have any obligations, legal
7   obligations to any of these individuals?
8   A.   I don't understand.
9   Q.   Sure.  Like child support or --
10  A.   Oh, no.
11  Q.   -- anything like that?
12  A.   No.
13  Q.   Okay.
14       Okay.  What's your primary care
15  physician's name?
16  A.   P-A-N-G-A-N, Pangan.
17  Q.   Okay, he is your primary care physician?
18  A.   Yes.
19  Q.   All right.  How long has he been your
20  primary care physician?
21  A.   I can't recall, years, for a while.
22  Q.   Longer than 10?
23  A.   No.
24  Q.   Longer than 5?
25  A.   Yes.

Pages 29..32

**Page 29**

```
1     Q.   Okay.  Who was it before Dr. Pangan?
2     A.   I can't recall.
3     Q.   Where is he located, Dr. Pangan?
4     A.   Loyola Hospital.
5     Q.   Loyola High School?  Loyola High School?
6     A.   Hospital.
7     Q.   Hospital, I am sorry.
8          Do you see any other physicians on a
9  regular basis?
10    A.   I do.
11    Q.   What are their names?
12    A.   I can't recall.
13    Q.   You don't remember any of their names?
14    A.   No.
15    Q.   Have you ever been hospitalized overnight?
16    A.   Yes.
17    Q.   Where?
18    A.   Edwards Hospital.
19    Q.   Anywhere else?
20    A.   Loyola Hospital.
21    Q.   Anywhere else?
22    A.   No.
23    Q.   When were you hospitalized at
24  Edwards Hospital?
25    A.   About two years ago.
```

**Page 30**

```
1     Q.   Okay.  What for?
2     A.   The IVC filter.
3     Q.   Have you been hospitalized on how many
4  occasions at Edwards Hospital?
5     A.   I can't recall, several.
6     Q.   Okay.  What for?
7     A.   The IVC filter.
8     Q.   Okay.  Anything else?
9     A.   I had a blood clot.
10    Q.   Any other reasons why you were
11  hospitalized at Edwards Hospital?
12    A.   I can't recall.
13    Q.   Now, you were -- you received your filter
14  in April of 2011, is that correct?
15    A.   2011?  I believe, yes.
16    Q.   Do you know who placed that filter, what
17  the physician's name is that placed the filter?
18    A.   I believe Dr. Larkin.
19    Q.   You had said earlier that you didn't
20  remember any other physicians' names.  He was one
21  that just came to mind?
22    A.   I just remembered.
23    Q.   Dr. Larkin.  Okay.  Where is Dr. Larkin
24  located?
25    A.   Edward Hospital.
```

**Page 31**

```
1     Q.   What type of physician is he?
2     A.   He is a cardiologist.
3     Q.   Okay.  Now, prior to April of 2011 when
4  you received the IVC filter, were you hospitalized
5  for any reason?
6     A.   I believe it was for blood clots.
7     Q.   Okay.
8     A.   Uh-huh.
9     Q.   Any other reason?
10    A.   I can't recall.
11    Q.   Okay.  You don't remember being
12  hospitalized for any other reason other than blood
13  clots prior to the IVC filter?
14    A.   Heart, I had heart problems.
15    Q.   Okay.  Anything else?
16    A.   That's what I can remember, uh-huh.
17    Q.   Now, I talked to you just a little bit
18  about the medications that you are on today.
19    A.   Uh-huh.
20    Q.   You said -- I think you said you were on
21  eight different medications today?
22    A.   Yes.
23    Q.   Do any of those medications cause you to
24  be unable to provide truthful testimony today?
25    A.   No.
```

**Page 32**

```
1     Q.   Or how about that might make you unable to
2  remember things?
3     A.   No.
4     Q.   So we should be able to rely on your
5  testimony today?
6     A.   Yes.
7     Q.   Why were you hospitalized at the Loyola
8  Hospital?
9     A.   I was hospitalized there for my heart
10  condition.
11    Q.   Any other reasons?
12    A.   My IVC filter.
13    Q.   Any others?
14    A.   The blood clots.
15    Q.   We are going to come back to that in just
16  a moment, sir.
17         Tell me -- give me a thumbnail sketch of
18  your educational background.
19    A.   I graduated from grammar school, proceeded
20  to high school, did six months in college.
21    Q.   Okay.  All right.  What high school -- did
22  you graduate from high school?
23    A.   I did.
24    Q.   What high school did you graduate from?
25    A.   I graduated from Creigor High School.
```

Page 33

| | | |
|---|---|---|
| 1 | Q. | How would you spell that? |
| 2 | A. | God, C-E-R-I-G-E-R [sic], I believe. |
| 3 | Q. | Where is that located? |
| 4 | A. | It no longer exists. |
| 5 | Q. | Okay. |
| 6 | A. | Uh-huh. |
| 7 | Q. | After high school, what post high school |
| 8 | education do you have? |
| 9 | A. | You mean college? |
| 10 | Q. | College or anything else, a trade maybe? |
| 11 | A. | I went to DeVry. |
| 12 | Q. | Okay. And what did you study there? |
| 13 | A. | Electronics. |
| 14 | Q. | When did you graduate from high school? |
| 15 | A. | '68. |
| 16 | Q. | Now, are you now disabled? |
| 17 | A. | I am. |
| 18 | Q. | All right. And are you disabled -- were |
| 19 | you deemed disabled through Social Security? Do |
| 20 | you have Social Security Disability? |
| 21 | A. | Yes. |
| 22 | Q. | And did you hire an attorney to obtain |
| 23 | that disability for you? |
| 24 | A. | No, I did not. |
| 25 | Q. | You did it yourself? |

Page 34

1    A.    No, my doctor did.
2    Q.    Okay. What was the name of your doctor
3    that --
4    A.    I believe his name was Dr. -- I can't
5    pronounce it, but -- I can't -- I can't pronounce
6    the name.
7    Q.    What year would you have applied for
8    disability?
9    A.    '87.
10   Q.    So you have -- have you not worked since
11   1987?
12   A.    I have not.
13   Q.    Okay. What was the nature of your
14   disability that you received?
15   A.    I had a severe heart attack.
16   Q.    Did you have any other type of disability
17   payments other than Social Security?
18   A.    No.
19   Q.    And you have received Social Security
20   Disability payments since 1987?
21   A.    Yes.
22   Q.    And did you receive a percentage of
23   disability, or are you 100 percent disabled?
24   A.    I am 100 percent.
25   Q.    And have you been deemed 100 percent since

Page 35

1    1987?
2    A.    Yes.
3    Q.    Okay. Now, you filled out some paperwork
4    when you applied for Social Security Disability?
5    A.    I did.
6    Q.    Okay.
7    A.    Yes.
8    Q.    Your doctor did not fill that out for you?
9    A.    I can't recall.
10   Q.    So from 1987 to present you have not been
11   employed?
12   A.    Yes.
13   Q.    Okay. I have got to ask some kind of --
14   some personal questions, but I have got to ask them
15   anyway. Have you ever had any type of psychiatric
16   or psychological treatment of any type?
17   A.    No.
18   Q.    Okay. Ever been on any type of
19   psychiatric or psychological medication of any
20   type?
21   A.    No.
22   Q.    Okay. Have you ever been arrested?
23   A.    No.
24   Q.    Ever been charged with a crime?
25   A.    No.

Page 36

1    Q.    Ever been deemed to be addicted to any
2    type of medications?
3    A.    No.
4    Q.    Ever been deemed to be addicted to any
5    type of alcohol or street drugs?
6    A.    No.
7    Q.    All right. That makes the deposition a
8    lot quicker. Thanks.
9          Have you ever applied for life insurance?
10   A.    Yes.
11   Q.    Okay. When did you apply for life
12   insurance?
13   A.    All my life. I can't recall.
14   Q.    Have you ever been given life insurance?
15   A.    No -- yes. You mean a policy?
16   Q.    Yes, sir.
17   A.    Yes.
18   Q.    Okay. Who is your life insurance policy
19   with?
20   A.    Old American.
21   Q.    How long have you had that policy?
22   A.    I had that policy for -- I can't recall
23   the years. Years.
24   Q.    Okay. Have you applied for life insurance
25   in the last 10 years?

**Page 37**

1    A.    I had -- no, no, I have not.
2    Q.    Okay.  Do you have health insurance?
3    A.    I do.
4    Q.    Who is your health insurance with?
5    A.    Medicare.
6    Q.    How long have you been on Medicare?
7    A.    Ever since '87.
8    Q.    So from 1987 to present you have been on
9    Medicare and you have not held any type of private
10   health insurance?
11   A.    No.
12   Q.    Have you ever been -- have you ever had a
13   Medicare case worker assigned to you?
14   A.    A Medicare -- no, not that I can recall.
15   Q.    Okay.  How about social security, have you
16   ever had a social security case worker assigned to
17   you?
18   A.    No.
19   Q.    Has there ever been an interruption in
20   your social security payments?
21   A.    No.
22   Q.    Okay.  How about your Medicare coverage?
23   A.    No.
24   Q.    Do you have a driver's license?
25   A.    I do.

**Page 38**

1    Q.    Has that ever been suspended?
2    A.    Yes.
3    Q.    Okay.  And what was the reason it was
4    suspended?
5    A.    I was young and I -- I used to drag race.
6    Q.    Okay.  When was the last time it was
7    suspended?
8    A.    Oh, God, when I was a kid.
9    Q.    Okay.
10   A.    Uh-huh.
11   Q.    All right.  Are there any limitations of
12   any type on your license?
13   A.    No.
14   Q.    Let's talk about your health prior to the
15   placement of the IVC filter.
16   A.    Okay.
17   Q.    Tell me about your health kind of
18   generally prior to -- just prior to the placement
19   of the IVC filter.
20   A.    I have had a heart condition.  I don't
21   know what else you need to know.
22   Q.    What I would like to know is were there
23   any other health problems you had prior to the
24   placement of the IVC filter?
25   A.    No.

**Page 39**

1    Q.    Just a heart condition?
2    A.    Yes.
3    Q.    What was the problem with your heart, sir?
4    A.    I had a heart attack.
5    Q.    And that was in 1987?
6    A.    Yes.
7    Q.    Did you have any ongoing heart problems
8    after 1987 to the present?
9    A.    Yes.
10   Q.    Okay.  Tell me about that.
11   A.    I can't recall.  I don't understand what
12   you want to know.
13   Q.    Sure.  In 1987 you had a heart attack?
14   A.    Right.
15   Q.    And you stopped working at that time?
16   A.    Yes.
17   Q.    And you started seeing physicians for your
18   heart condition?
19   A.    Yes.
20   Q.    All right.  How was your heart condition
21   immediately prior to the placement of the IVC
22   filter?
23   A.    How was it?
24   Q.    Yes, sir.
25   A.    Heart condition?

**Page 40**

1    Q.    Yes, sir.
2    A.    I had a bad heart.  I had an inferior
3    heart attack.
4    Q.    Okay.  Were you seeing any physician,
5    specific physician for that heart condition?
6    A.    I can't recall his name, no.
7    Q.    Okay.  You mentioned earlier that you were
8    seeing Dr. Larkin, a cardiologist?
9    A.    That was years later.
10   Q.    Okay.  Who do you see now for your heart
11   condition?
12   A.    I see Dr. Larkin, I see another --
13   Dr. Pangan.
14   Q.    That's P-A-N-G-A-N, right?
15   A.    Yes.  And I see another cardiologist, but
16   I can't recall his name, at Loyola.
17   Q.    Okay.  Is he with Dr. Larkin?
18   A.    No.
19   Q.    Okay.  A different cardiologist
20   altogether?
21   A.    Yes.
22   Q.    All right.  Who was the last cardiologist
23   you saw?
24   A.    Dr. Larkin.
25   Q.    And is he considered the cardiologist you

Pages 41..44

**Page 41**

1  see most frequently for your heart condition?
2      A.  He is one, yes.  I see two --
3      Q.  Okay.
4      A.  -- cardiologists.
5      Q.  Dr. Larkin and?
6      A.  I can't recall her name.  It was a lady.
7      Q.  It's a female at Loyola?
8      A.  Uh-huh, yes.
9      Q.  When was the last time you saw her?
10     A.  About two months ago.
11     Q.  Okay.  How many times have you seen her?
12     A.  I seen her about -- about three times.
13     Q.  Okay.  Now, what type of activities were
14  you able to participate in before you received the
15  IVC filter?
16     A.  I am a boxer.
17     Q.  Okay.  And were you able to box prior to
18  receiving the IVC filter?
19     A.  No.  You mean after?
20     Q.  No, before, sir.
21     A.  Before, yes.
22     Q.  How frequently would you box before you
23  received the IVC filter?
24     A.  Well, I stopped boxing after I started
25  teaching, so I haven't boxed in many years.

**Page 42**

1      Q.  What was the last time you were a boxer?
2      A.  The last time I boxed I think it was in
3  '90.
4      Q.  And you teach boxing now?
5      A.  I did, not now.
6      Q.  Okay.  When did you stop teaching boxing?
7      A.  I stopped teaching boxing in I would say
8  '94.
9      Q.  Okay.  Let me -- let me ask the question
10  this way, in April of 2011 you received the IVC
11  filter?
12     A.  Yes.
13     Q.  All right.  Just before the placement of
14  that filter, what types of activities were you able
15  to participate in?
16     A.  I wasn't participating in any except I was
17  teaching boxing.  I wasn't -- if I can understand
18  what you were saying.
19     Q.  Yes.
20     A.  I wasn't in any kind of activity.
21     Q.  Okay.  And the last time you taught boxing
22  was 1994?
23     A.  Yes.
24     Q.  Okay.  Let's talk about the necessity for
25  the IVC filter.  Why did you go to the hospital at

**Page 43**

1  the time that you actually received the filter?
2  What brought you to the hospital?
3      A.  Blood clots.
4      Q.  Okay.  Were you having any type of pain?
5      A.  No.
6      Q.  You weren't having any pain?
7      A.  No.
8      Q.  Okay.  Why did you go to the hospital?
9      A.  I had a blood clot in my lungs.
10     Q.  Okay.  And describe the feeling that you
11  were having when you had this blood clot in your
12  lungs.
13     A.  I couldn't breathe.  I -- I just -- I
14  can't recall exactly how I felt.
15     Q.  Did you have pain in your chest?
16     A.  No, I don't think so.
17     Q.  Okay.  And you were having trouble
18  breathing?
19     A.  Difficulty breathing.
20     Q.  So you went to the hospital?
21     A.  Yes.
22     Q.  And you saw I assume an emergency room
23  physician?
24     A.  I did, yes.
25     Q.  Okay.  And what did they tell you?

**Page 44**

1      A.  They ran me through a series of tests.
2      Q.  And that's when they found the blood clot
3  in your lungs?
4      A.  Yes.
5      Q.  Okay.  And what happened next?
6      A.  They hospitalized me.
7      Q.  Okay.  And then what?
8      A.  Then I believe that's when I received the
9  IVC filter.
10     Q.  Okay.
11     A.  Uh-huh.
12     Q.  And did they tell you that you needed an
13  IVC filter?
14     A.  No, they did not.
15     Q.  They just placed the IVC filter?
16     A.  Yes.
17     Q.  Did you have any conversation with any
18  healthcare provider regarding the IVC filter before
19  they placed it?
20     A.  No.
21     Q.  And when we say they, who do you mean?
22     A.  The doctors.
23     Q.  The doctors?
24     A.  Uh-huh.
25     Q.  Okay.  And what hospital was this at?

**Page 45**

1    A.   Edwards Hospital.

2    Q.   And they diagnosed you at Edwards Hospital

3  with having a blood clot in your lungs?

4    A.   Yes.

5    Q.   Did they diagnose you with any other

6  problems?

7    A.   No.

8    Q.   Okay.  Now, prior to this visit to the

9  hospital in April of 2011, had you been to see a

10  physician for any reason before that?

11    A.   Repeat that, please.

12    Q.   Sure.  And that was a pretty broad

13  question.  Let me ask it in a better way.

14       You went to the doctor for your blood clot

15  in your lungs in April of 2011 --

16    A.   Yes.

17    Q.   -- and you received an IVC filter.  In the

18  few months before that April 2011 visit, had you

19  been to the doctor for any reasons?

20    A.   The accident, yes.

21    Q.   The automobile accident we talked about?

22    A.   Yes, uh-huh.

23    Q.   Any other reasons?

24    A.   No.

25    Q.   Now, we talked about three automobile

**Page 46**

1  accidents.

2    A.   Yes.

3    Q.   Did those automobile accidents occur

4  before or after the IVC filter?

5    A.   Before.

6    Q.   Were all of them before the IVC filter was

7  placed?

8    A.   Before.

9    Q.   Okay.  All three of them, sir?

10    A.   Let me recall.

11    Q.   Okay.

12    A.   I can't remember.

13    MR. MCCARLEY:  Can we go off the record for

14  just a second?

15    MR. LEE:  Sure.

16    THE VIDEOGRAPHER:  Off the record.  The time is

17  2:04 p.m.

18            (Discussion off the record.)

19    THE VIDEOGRAPHER:  We are back on the record.

20  The time is 2:09 p.m.

21  BY MR. LEE:

22    Q.   Sir, during the break as I understand it

23  the pictures we were talking about earlier are

24  pictures that may have been taken by the

25  hospital --

**Page 47**

1    A.   Uh-huh.

2    Q.   -- of your filter.  Is that -- are we

3  referring to the same photographs?

4    A.   Yes.

5    Q.   Okay.  And I believe those photographs are

6  in some medical records that your attorney has and

7  he has emailed them to me, okay?

8    A.   Okay.

9    Q.   So what we are going to do is we are going

10  to leave your deposition what's called open, and I

11  am going to still complete as much as I can of the

12  deposition today, but there is a possibility, a

13  small possibility that we will have to come back

14  and talk again, okay?

15    A.   Yes.

16    MR. LEE:  And did I state that correctly,

17  Matthew?

18    MR. MCCARLEY:  Except that we don't have -- we

19  have ordered some medical records that we don't

20  have in our possession yet that may -- that has --

21    MR. LEE:  Okay, I am with you.  The photographs

22  are still en route to you --

23    MR. MCCARLEY:  Yeah --

24    MR. LEE:  -- so, therefore, you --

25    MR. MCCARLEY:  -- I don't have any photos in

**Page 48**

1  our possession --

2    MR. LEE:  Okay.

3    MR. MCCARLEY:  -- or x-rays or anything like

4  that.

5    MR. LEE:  All right.  Just when you get them,

6  if you wouldn't mind sending them on to me.

7    MR. MCCARLEY:  Yes.

8  BY MR. LEE:

9    Q.   All right.  We were talking about the days

10  and the time leading up to the placement of your

11  filter.  And you told me that you had had a blood

12  clot in your lungs?

13    A.   Yes.

14    Q.   And that's what took you to the hospital?

15    A.   Yes.

16    Q.   All right.  How did you feel in the months

17  before that blood clot in your lungs?

18    A.   I felt fine.

19    Q.   How was your health?

20    A.   Well, I have had open heart surgery, I had

21  a heart problem.

22    Q.   When was your open heart surgery, sir?

23    A.   Twice.

24    Q.   Twice?  When were they?

25    A.   '94, and the second one was '97.

Pages 49..52

**Page 49**

1    Q.    Okay.  Now, let's talk about 2011 and
2  maybe the first three or four months of 2011 just
3  before the IVC filter was placed, how was your
4  health during those months?
5    A.    Well, I had the heart problems, uh-huh.
6    Q.    Okay.  Any other problems other than your
7  heart?
8    A.    Yes.
9    Q.    Okay.  What were they?
10    A.    I had cancer.
11    Q.    Okay.  Tell me about that.
12    A.    I had -- if I can recall, I had cancer
13  five different times.
14    Q.    What type of cancer did you have, sir?
15    A.    I had colon cancer, I had stomach cancer,
16  I had rectal cancer, and prostate.
17    Q.    Now, at the time that you received the IVC
18  filter, were you cancer-free at that time?
19    A.    Yes.
20    Q.    Did you see any particular physician for
21  your different cancers?
22    A.    I did.
23    Q.    Okay.  Do you remember what those
24  physicians' names were?
25    A.    I do not.

**Page 50**

1    Q.    Do you remember what hospital they were
2  at?
3    A.    Edwards Hospital.
4    Q.    Anywhere else?
5    A.    St. Mary of Nazareth Hospital.
6    Q.    Anywhere else?
7    A.    Those are the two.
8    Q.    Okay.  Any particular oncologist that you
9  saw?
10    A.    I can't recall.
11    Q.    Okay.  And when was the last time you went
12  to a physician for problems associated with cancer?
13    A.    About six years ago.
14    Q.    All right.  So roughly 2009, roughly?
15    A.    Yes.
16    Q.    All right.  Now, let's go back to 2011.  I
17  now know that you have had a heart attack, you had
18  two open heart surgeries?
19    A.    Yes.
20    Q.    You have been treated for cancer five
21  times?
22    A.    Yes.
23    Q.    How was your health during those months
24  just leading up to the placement of the IVC filter?
25    A.    I felt pretty good.

**Page 51**

1    Q.    Okay.  Had you been to see a physician
2  during those months --
3    A.    Yes.
4    Q.    -- in 2011?
5    A.    Yes.
6    Q.    What would you have been to the physician
7  for?
8    A.    My heart, blood pressure.
9    Q.    Okay.
10    A.    Uh-huh.
11    Q.    How often do you see your cardiologist?
12    A.    My cardiologist I see every six months.
13    Q.    How much do you see your primary care
14  physician?
15    A.    About maybe once a month.
16    Q.    And is there anything in particular you
17  are seeing your primary care physician for?
18    A.    Follow-ups.
19    Q.    Okay.
20    A.    Uh-huh.
21    Q.    When are you scheduled to see your primary
22  care physician next?
23    A.    I can't recall.
24    Q.    Okay.  Is it within a month?
25    A.    Yes.

**Page 52**

1    Q.    And you are going to see him for
2  follow-ups for what?
3    A.    My blood pressure.
4    Q.    Okay.
5    A.    My blood pressure, uh-huh.
6    Q.    Okay.  Any other reason?
7    A.    For him?
8    Q.    Yes, sir.
9    A.    The IVC filter.  That's all I can
10  remember.
11    Q.    Okay, now, let's go back to when you went
12  to the hospital to St. Edwards [sic] for the IVC --
13  and you were placed with an IVC filter?
14    A.    Yes.
15    Q.    I think you mentioned did you have any
16  conversations with any healthcare provider about an
17  IVC filter before they placed it?
18    A.    No.
19    Q.    Do you remember the name of the physician
20  that placed your IVC filter?
21    A.    Yes.
22    Q.    What's his name?
23    A.    Larkin.
24    Q.    Did Dr. Larkin ever talk to you about an
25  IVC filter before he placed it?

**Page 53**

```
 1      A.   No.
 2      Q.   Okay.  Did he talk to you about the IVC
 3 filter after he placed it?
 4      A.   Yes.
 5      Q.   Okay.  Tell me about that conversation.
 6      A.   I can't recall the conversation.
 7      Q.   Okay.  Do you remember anything about the
 8 conversation?
 9      A.   No, I don't.
10      Q.   How many conversations have you had with
11 Dr. Larkin about the IVC filter?
12      A.   After it had been placed?
13      Q.   Yes, sir.
14      A.   Several.
15      Q.   Okay.  More than 5 or less than 5?
16      A.   More than 5.
17      Q.   More than 10?
18      A.   Probably.
19      Q.   Okay.  And what has Dr. Larkin told you
20 about the IVC filter?
21      A.   He said the IVC filter is tilted and they
22 can't do anything about the IVC filter.
23      Q.   Okay.  Has he told you anything else?
24      A.   No, he said if we removed your IVC filter,
25 it can cause death.
```

**Page 54**

```
 1      Q.   Okay.  Anything else?
 2      A.   No.
 3      Q.   Now, you never had any conversations with
 4 him about the IVC filter before he placed it?
 5      A.   No.
 6      Q.   Did he tell you why he placed the IVC
 7 filter?
 8      A.   Yes.
 9      Q.   Okay.  And what did he tell you?
10      A.   He said IVC filter was placed to stop
11 blood clots from getting to my lungs and my heart
12 and my brain.
13      Q.   Okay.  How did you respond to that?
14      A.   I don't understand.
15      Q.   Well, when he told you that he had placed
16 an IVC filter, what did you tell him, if anything?
17      A.   I didn't -- I didn't say anything.
18      Q.   Okay.  Did you ask about the IVC filter?
19      A.   Yes, I did.
20      Q.   All right.  And what did he say?
21      A.   I asked why was it causing me discomfort.
22 And they took pictures and said that it was tilted,
23 you know, it could be touching different arteries.
24      Q.   Okay.  When did you have your first
25 conversation with Dr. Larkin after the IVC filter
```

**Page 55**

```
 1 was placed?
 2      A.   I can't recall.
 3      Q.   Was it within 24 hours or 48 hours after
 4 it was placed?
 5      A.   Longer.
 6      Q.   Longer?
 7      A.   Uh-huh.
 8      Q.   Did you ever have any conversations with
 9 any other healthcare providers other than
10 Dr. Larkin about your IVC filter?
11      A.   Yes, I have.
12      Q.   Who?
13      A.   A vascular doctor.
14      Q.   Okay.  Do you remember what the vascular's
15 doctor's name is?
16      A.   No.
17      Q.   Anyone else you have had a conversation
18 with?
19      A.   No.
20      Q.   Did Dr. Larkin give you any type of
21 materials regarding the IVC filter?
22      A.   No.
23      Q.   Now, after the IVC filter was placed, when
24 did you first feel pain?
25      A.   I can't remember, but it was sometime
```

**Page 56**

```
 1 after that, about I would say maybe six months,
 2 maybe six, eight months.
 3      Q.   So six to eight months --
 4      A.   Uh-huh.
 5      Q.   -- after the IVC filter was placed --
 6      A.   If I can recall.  I'm not sure.
 7      Q.   -- you started feeling pain?
 8      A.   Yes.
 9      Q.   And where did you feel this pain?
10      A.   In my right side, my back.
11      Q.   The back right side?
12      A.   Right.
13      Q.   Could you show me.
14      A.   From here around.  And I also -- I am in
15 discomfort a little today.
16      Q.   If you ever need to take a break, you tell
17 me, okay?
18      A.   Sure, yes.
19      Q.   And we will take a break.
20           Where do you feel discomfort today?
21      A.   I feel discomfort today in the location I
22 just showed you --
23      Q.   Okay.
24      A.   -- around my back and my hip, my right
25 hip.
```

Page 57

1    Q.   All right.  Now, prior to the IVC filter
2  being placed, did you ever have any type of right
3  side back pain?
4    A.   No.
5    Q.   Did you ever have any type of right hip
6  pain?  Right hip pain?
7    A.   No.
8    Q.   Had you ever been to see a physician for
9  right side -- really what you kind of pointed to is
10  your right stomach --
11    A.   Right.
12    Q.   -- to your back pain.  Have you ever
13  had -- prior to the IVC filter being placed, have
14  you ever seen a physician for that type of pain?
15    A.   No.
16    Q.   Okay.  Now, other than your right side
17  stomach and back pain, have you had any other type
18  of pain from the IVC filter that you believe is
19  associated with the IVC filter?
20    A.   Can you repeat that.
21    Q.   Sure.  Other than the stomach and back
22  pain that we have talked about --
23    A.   Uh-huh.
24    Q.   -- do you associate any other pain with
25  the IVC filter?

Page 58

1    A.   No.
2    Q.   Okay.  How much do you have this pain?
3    A.   Constant.  It is there all the time.
4    Q.   Okay.  Have you told your healthcare
5  providers about the pain?
6    A.   I did.
7    Q.   Okay.  Who in particular?
8    A.   Dr. Pangan, Dr. Larkin --
9    Q.   Okay.
10    A.   -- and a vascular doctor.
11    Q.   Okay.  Anyone else?
12    A.   No.
13    Q.   Okay.  Where is this vascular doctor
14  located?
15    A.   Loyola Hospital.
16    Q.   How long -- how many times have you seen
17  the vascular doctor?
18    A.   Many times.  I can't recall.
19    Q.   How did Dr. Pangan respond when you told
20  him about your pain?
21    A.   He referred me to a vascular doctor.
22    Q.   Okay.  That's the last you have had
23  conversations with him about your pain, Dr. Pangan?
24  Have you had any other conversations with
25  Dr. Pangan about your stomach pain, back pain?

Page 59

1    A.   Oh, all the time.
2    Q.   Okay.  Does he prescribe any type of pain
3  medication for you?
4    A.   He did not, no.
5    Q.   The vascular doctor did?
6    A.   Yes.
7    Q.   Did he prescribe any medications for you,
8  Dr. Pangan?
9    A.   Yes.
10    Q.   Okay.  What medications?
11    A.   Blood pressure.
12    Q.   Okay.  Other than the blood pressure, any
13  other types of medications Dr. Pangan would have
14  prescribed?
15    A.   No.
16    Q.   Okay.  Did the vascular doctor, when you
17  went to see the vascular doctor, what did she do
18  for you?
19    A.   He.
20    Q.   Okay, I am sorry.  I thought you said she
21  earlier.
22    A.   No.
23    Q.   What did he do for you?
24    A.   He gave me a pill, a nerve pill.
25    Q.   And that's the nerve pill we talked about

Page 60

1  earlier in this deposition that you had taken this
2  morning?
3    A.   Yes.
4    Q.   Did the vascular doctor prescribe any
5  other medications for you?
6    A.   No.
7    Q.   When are you scheduled to see the vascular
8  doctor next?
9    A.   I can't recall.
10    Q.   Are you scheduled to see the vascular
11  doctor again?
12    A.   Yes.
13    Q.   Okay.  And you would go to Loyola Hospital
14  to see that doctor?
15    A.   Yes.
16    Q.   Okay.  What has Dr. Larkin said about the
17  pain that you are having that you believe is
18  associated with the IVC filter?
19    A.   He said that he can't do anything about
20  it.  It is just there.
21    Q.   Has any physician recommended that the IVC
22  filter be removed?
23    A.   No.
24    Q.   Have they told you why they think that the
25  IVC filter should remain?

**Page 61**

1  A.   Yes.

2  Q.   Okay.  And what have they said?

3  A.   They said that it can't be removed because

4  it would kill me.

5  Q.   Okay.  Because of blood clots?

6  A.   No, because it would rupture and tear up

7  the vessel and -- largely through my -- it is

8  there, it is permanently there.

9  Q.   What physician has told you that?

10  A.   The vascular doctor.

11  Q.   That's the vascular doctor that you don't

12  remember the name?

13  A.   Right.

14  Q.   Okay.  Has Dr. Larkin ever told you that?

15  A.   Not like that, no.  He just said that he

16  can't do anything about it because it would hurt

17  me.  He would -- it would hurt me.  That's all he

18  said.

19  Q.   Okay.  How about Dr. Pangan?

20  A.   Dr. Pangan is not a surgeon so he don't

21  say anything about it.

22  Q.   He has never commented whether or not your

23  IVC filter should be removed or should not be

24  removed?

25  A.   No.

**Page 62**

1  Q.   And Dr. Larkin believes your IVC filter

2  should remain?

3  A.   Yes.

4  Q.   And the vascular doctor says your IVC

5  filter should remain?

6  A.   Yes.

7  Q.   Has anyone told you that the IVC filter

8  should remain because it will catch clots?

9  A.   No.

10  Q.   Why are you still on Coumadin, if you

11  know?

12  A.   Because -- I don't know.  I don't know.  I

13  believe it to keep me from getting blood clots.

14  Q.   At any time has any healthcare provider

15  told you that you will have a filter or should have

16  a filter the rest of your life?

17  A.   I don't understand that.

18  Q.   Sure.  Has any healthcare provider,

19  physician, or otherwise recommended that you should

20  have an IVC filter the rest of your life because

21  you have recurrent pulmonary embolisms?

22  A.   They said to me, if I can understand what

23  you are saying, that they can't remove it, not that

24  I need to keep it, but they can't remove it.

25  Q.   My question to you is has anyone ever told

**Page 63**

1  you that you need to keep it because you have

2  pulmonary embolisms?

3  A.   No.

4  Q.   Or blood clots that may continue

5  throughout your life?

6  A.   No.

7  Q.   Has any physician ever told you that you

8  will have blood clots the rest of your life?

9  A.   No.

10  Q.   Has your condition with blood clots

11  changed at all since 2011 to today to your

12  knowledge?

13  A.   Not to my knowledge.  I don't know.

14  Q.   And you needed Coumadin in 2011?

15  A.   Yes.

16  Q.   And you needed an IVC filter in 2011?

17  A.   Yes.

18  Q.   Is there any reason why you would not need

19  those today?

20  A.   I don't have any idea, no.

21  Q.   Your condition, your health condition

22  hasn't changed, has it?

23  A.   No.

24  Q.   Has the vascular physician discussed with

25  you the necessity for the IVC filter to remain in

**Page 64**

1  your body?

2  A.   Yes.

3  Q.   And specifically what did he tell you?

4  MR. MCCARLEY:  Objection, form.

5  THE WITNESS:  Excuse me?

6  MR. MCCARLEY:  Go ahead.  You can answer.

7  THE WITNESS:  Oh, he told me that he can't

8  remove it.  It would kill me.

9  BY MR. LEE:

10  Q.   Has anyone ever diagnosed you with any

11  type of deep vein thrombosis?

12  A.   I didn't hear your question.

13  Q.   Sure.  Has any physician ever diagnosed

14  you with deep vein thrombosis?

15  A.   No.

16  Q.   Has any physician ever told you that the

17  pain that you associate with the IVC filter in your

18  stomach and back is not caused by the filter?

19  A.   No.

20  Q.   Has anyone ever told you that it is caused

21  by the filter?

22  A.   Yes.

23  Q.   Who?

24  A.   The vascular doctor.

25  Q.   Other than the vascular doctor, has anyone

Pages 65..68

**Page 65**

1  else told you that your pain is caused by the
2  filter?
3      A.   No.
4      Q.   And I may have asked it, but let me ask it
5  again and make sure I ask it correctly.
6           Has any physician told you that the pain
7  that you have is not caused by the filter?
8      A.   No.
9      Q.   Was there any activity or any event that
10  you think may have caused the filter to become
11  tilted?
12      A.   No.
13      Q.   Was there any accidents, event, or
14  activity that may have changed the placement of the
15  filter or the positioning of the filter?
16      A.   No.
17      Q.   And am I correct that it's your testimony
18  that you did not consent to the placement of the
19  filter?
20      A.   I did not.
21      Q.   Have you done any type of your own
22  research on IVC filters?
23      A.   You mean have I looked it up?
24      Q.   Yes, sir.
25      A.   Yes.

**Page 66**

1      Q.   Okay.  And where did you look it up?
2      A.   On my -- I have a smartphone, yes.
3      Q.   And what did you look up?
4      A.   I looked up the faulty IVC filter.
5      Q.   Okay.  And did you just like Google?
6      A.   Yes.
7      Q.   Okay.  And what did you Google?
8      A.   You mean what did I see?
9      Q.   No, what did you Google?  What did you
10  place in the Google box?
11      A.   Oh, I put in faulty IVC filter.
12      Q.   Had you heard that the IVC filters are
13  faulty?  Why would you have placed that in there?
14      A.   Because the condition I am in.
15      Q.   Okay.  And you put in faulty IVC filter?
16      A.   Yes.
17      Q.   Okay.  And then what did you find?
18      A.   I found out that the IVC filter can break
19  apart and lodge into another part of your body and
20  can -- like what it is doing, I was told to me,
21  tilt, and it can damage other organs.
22      Q.   Do you remember the website that you saw
23  that information?
24      A.   No, I don't.
25      Q.   Was it a law firm?

**Page 67**

1      A.   Yes.
2      Q.   Do you remember any other websites you may
3  have gotten that information from?
4      A.   No.
5      Q.   Have you gone to any other meetings or
6  conferences regarding IVC filter?
7      A.   No.
8      Q.   When did you do the Google search?  When
9  did you do your own personal research on your
10  smartphone?
11      A.   I can't recall.
12      Q.   Would it have been in the months following
13  the placement --
14      A.   Yes.
15      Q.   -- in 2011?
16      A.   Yes, uh-huh.
17      Q.   When did you first become aware that
18  there -- you might have a problem with your IVC
19  filter?
20      A.   I started having a problem you mean?
21      Q.   Yes, sir.
22      A.   Around 2013.
23      Q.   Okay.  And when do you think you first --
24  I have asked you this, but I think you answered
25  2011.  When do you think you first did the Google

**Page 68**

1  search?
2      A.   Within the last I would say year.
3      Q.   Okay.
4      A.   Uh-huh.
5      Q.   Did you ever do a Google search in 2011?
6      A.   2000 -- no.
7      Q.   Okay.  Have you ever smoked?
8      A.   No.
9      Q.   Ever been diagnosed with COPD?
10      A.   Yes.
11      Q.   Okay.  Do you know the cause of your COPD?
12      A.   I believe my blood clots.
13      Q.   Okay.  When did you first start having
14  COPD?
15      A.   About I would say -- about three years
16  ago, three, four years ago.
17      Q.   What type of symptoms do you have related
18  to your COPD?
19      A.   Can't breathe.
20      Q.   Anything else?
21      A.   Just difficult breathing.
22      Q.   Chest pain?
23      A.   No.
24      Q.   Have you ever had chest pain?
25      A.   Oh, yes.

Page 69

1    Q.    And your chest pain is -- do you associate
2  that with problems with your heart?
3    A.    Yes.
4    Q.    Not your COPD?
5    A.    No.
6    Q.    Not your IVC filter?
7    A.    What do you mean?
8    Q.    Do you associate your chest pain with your
9  IVC filter?
10    A.    I do not know.
11.    Q.    Is there anything you cannot do now that
12  you could do before the placement of the filter?
13    A.    Yes.
14    Q.    What is that?
15    A.    I can't box.  I can't -- I was told not to
16  get hit.  I was told be careful, don't fall.
17    Q.    Anything else that you could do
18  immediately before the IVC filter was placed that
19  you can't do now?
20    A.    Can you rephrase that.
21    Q.    Sure.  You mentioned that you could box
22  before the IVC filter was placed?
23    A.    I could.
24    Q.    And -- and they told you don't get hit?
25    A.    After, yes.

Page 70

1    Q.    After you had your IVC filter placed.
2    A.    Yes.
3    Q.    They told you don't get hit and don't
4  fall?
5    A.    Right.
6    Q.    All right.  Is there anything else that
7  you could do before the IVC filter was placed that
8  you can't do now?
9    A.    I don't know how to answer that question.
10    Q.    Okay.  Well, let's talk about the
11  boxing --
12    A.    Okay.
13    Q.    -- first.  I think you said that you
14  hadn't boxed since 1990 --
15    A.    Uh-huh.
16    Q.    -- and that you hadn't coached since 1994.
17    A.    Uh-huh.
18    Q.    When you mentioned that you can no longer
19  box because of the IVC filter --
20    A.    Uh-huh.
21    Q.    -- why do you bring up boxing since you
22  hadn't coached since 1994?
23    A.    Why do I bring it up?
24    Q.    Yes, sir.
25    A.    Because that's what was on my mind.

Page 71

1    Q.    Did you intend to go back and coach
2  boxing?
3    A.    Oh, no, no, uhn-uhn.
4    Q.    Okay.  But you believe that in the months
5  before the IVC filter was placed that you could
6  have boxed?
7    A.    Yes.
8    Q.    But after the IVC filter was placed, you
9  could no longer box?
10    A.    Right, yes.
11    Q.    And the reason is because they told you
12  don't get hit and don't fall?
13    A.    Yes.
14    Q.    Okay.  And since the IVC filter was
15  placed, have you been hit?
16    A.    No.
17    Q.    Have you fallen?
18    A.    No.
19    Q.    Okay.  Is there anything else that you
20  can't do now that you could have done before the
21  filter was placed?
22    A.    Anything that I can do, can you repeat
23  that.
24    Q.    Sure.  Is there anything that you cannot
25  do now, now that the IVC filter has been placed --

Page 72

1    A.    Uh-huh.
2    Q.    -- that you could do before the IVC filter
3  was placed?
4    A.    Well, you asked me that already.
5    Q.    Okay.
6    A.    Okay.
7    Q.    And I just want to make sure I have gotten
8  all of the different things.  And boxing is really
9  it?
10    A.    Right.
11    Q.    Is that correct?
12    A.    Yes, I can't answer.  There are a lot of
13  things now that I could do then.  So I don't know
14  how to answer that.
15    Q.    Well, you did.  You answered boxing.
16    A.    Uh-huh.
17    Q.    But there was nothing else?
18    A.    Right.
19    Q.    I want to go over a couple different forms
20  that you filled out.
21    A.    Uh-huh.
22    MR. LEE:  Let's take a moment and let's go
23  ahead and mark both of these.  This is 2 and this
24  is 3.
25

**Page 73**

1              (Whereupon, Gage Deposition
2              Exhibits Nos. 2 - 3 were
3              marked for identification.)
4 BY MR. LEE:
5    Q.   Okay, I am going to hand you what's been
6 marked as Exhibit 2 and ask if you recognize that.
7    A.   Yes.
8    Q.   And what is that, sir?
9    A.   This is a form that I believe I was sent
10 to fill out.
11    Q.   Okay. And you were sent that by your
12 attorney?
13    A.   Yes.
14    Q.   All right. And there is handwriting on
15 this document. Is that your handwriting?
16    A.   Yes.
17    Q.   Okay. And what I am going to do is go
18 through this document with you --
19    A.   Uh-huh.
20    Q.   -- and ask you some questions.
21    A.   Okay.
22    Q.   Most importantly I want to make sure that
23 it is complete --
24    A.   Uh-huh.
25    Q.   -- and that it is all truthful.

**Page 74**

1    A.   Uh-huh.
2    Q.   Okay?
3    A.   Yes.
4    Q.   All right. I want you to take a look at
5 the first page, and I want you to read that and
6 read your answers and confirm that they are
7 complete answers and that they are truthful
8 answers.
9    A.   They are.
10    Q.   They are?
11    A.   Uh-huh.
12    Q.   And I am going to apologize up front
13 because sometimes this is a little laborious and
14 your attorney and I have done this before with
15 others and -- but sometimes we find some things and
16 it reminds the deponent of facts that they didn't
17 remember on their own.
18        One of those might be under Section 3 it
19 says, Device Information. And then it lists,
20 Reason for Implant. And you wrote PE and DVT. Do
21 you see that?
22    A.   Where is that at?
23    Q.   Okay. It is towards the bottom of the
24 first page.
25    A.   Uh-huh.

**Page 75**

1    Q.   And do you want me to point it to you real
2 fast? One second. Right here, PE and DVT. Did I
3 read that correctly?
4    A.   Yes, uh-huh.
5    Q.   Is that your handwriting, sir?
6    A.   No.
7    Q.   That's not your handwriting?
8    A.   My girlfriend helped me fill this out.
9    Q.   Okay. And did she write PE and DVT?
10    A.   Yes.
11    Q.   Okay. And I assume that she wrote that
12 because you were telling her what to write?
13    A.   I can't recall.
14    Q.   Did you sit down with your girlfriend and
15 she helped you fill this out?
16    A.   Yes.
17    Q.   Okay. Now, DVT is listed. And we talked
18 about DVT.
19    A.   Okay, what is DVT?
20    Q.   Deep vein thrombosis is what that means to
21 me. What does that mean to you?
22    A.   I have no idea.
23    Q.   Okay. Do you know whether or not you have
24 ever needed an IVC filter due to DVT?
25    A.   Have I ever needed one?

**Page 76**

1    Q.   Yes.
2    A.   I guess I did.
3    Q.   Okay.
4    A.   Uh-huh.
5    Q.   And is today the first time you have ever
6 heard the word "DVT"?
7    A.   Yes.
8    Q.   And you said your girlfriend filled this
9 out for you?
10    A.   Yes.
11    Q.   Okay. Were you sitting with her when she
12 filled this out?
13    A.   Yes.
14    Q.   And I assume that you were telling her
15 what to write?
16    A.   I wasn't telling her what to write, but I
17 guess she knew what to write.
18    Q.   Okay. And just so I remember, what's your
19 girlfriend's name?
20    A.   Orajean.
21    Q.   Was anyone else with you when you filled
22 this out --
23    A.   No.
24    Q.   -- or when she filled this out?
25    A.   No.

**Page 77**

1 Q. Okay. Let's go to the second page. And
2 what we are going to try to do is we are going to
3 try to get through this document and then we are
4 going to take a short break --
5 A. Okay.
6 Q. -- and then we will do the next document.
7 MR. LEE: We should get that done in the
8 next -- hopefully in the next 10 minutes. But if I
9 don't, stop me.
10 THE VIDEOGRAPHER: Sure.
11 BY MR. LEE:
12 Q. Let's take a look at the second page if
13 you could just go through that.
14 A. Yes.
15 Q. Yes, sir. And confirm that it is accurate
16 and complete.
17 A. It is.
18 Q. At the bottom of the second page there is
19 a check mark on vena cava perforation. Do you see
20 that?
21 A. I do.
22 Q. Did you direct your girlfriend to check
23 that box?
24 A. I did.
25 Q. Okay. And why did you have her check that

**Page 78**

1 box?
2 A. Because she knew to check it.
3 Q. Because you told her to?
4 A. Yes.
5 Q. And why did you tell her to check that
6 box?
7 A. Because of -- I have an IVC filter.
8 Q. Okay. Did you have a vena cava
9 perforation?
10 A. Yes.
11 Q. And who told you you had a vena cava
12 perforation?
13 A. My vascular doctor.
14 Q. During the break if you can, try to recall
15 what the name of that physician is, okay?
16 A. Okay.
17 Q. Let's go to Page 3. Is there anything
18 else on Page 2, sir? I think you said Page 2 was
19 accurate and complete?
20 A. Yes.
21 Q. Okay, let's go to Page 3 then. If you to
22 read Page 3 and confirm that it is complete and
23 accurate.
24 A. Yes.
25 Q. Okay. Again, this is your girlfriend's

**Page 79**

1 handwriting?
2 A. Yes.
3 Q. At the top it has, Doctor Visits,
4 Dr. Crisostomo?
5 A. Yes.
6 Q. Who is that?
7 A. I remember. I am glad you brought that
8 up. That's my vascular doctor.
9 Q. Okay. That's the vascular doctor at
10 Loyola?
11 A. How are you pronouncing his name?
12 Q. I am reading that handwriting as
13 Dr. Crisostomo?
14 A. Right.
15 Q. Is that the vascular doctor we have been
16 talking about?
17 A. It is.
18 Q. Okay. There is a number under Past
19 History under number of pulmonary emboli, and that
20 number is 2.
21 A. Uh-huh.
22 Q. Where did you come up with that number?
23 A. I don't know.
24 Q. Did you come up with that number, or did
25 your girlfriend come up with that number?

**Page 80**

1 A. I believe my girlfriend did.
2 Q. Next to that there is deep vein thrombosis
3 with a zero. Do you know who came up with that
4 number?
5 A. What does that mean?
6 Q. Okay, you don't know?
7 A. No.
8 Q. Okay. And then underneath that there are
9 some conditions. And it asks if you have been
10 diagnosed with those conditions.
11 A. Yes.
12 Q. Lupus, Crohn's disease, factor V Leiden,
13 protein deficiency, spinal fusion or other back
14 procedures, antithrombin deficiency, prothrombin
15 mutation. None of those were checked. Have you
16 ever been diagnosed with any of those conditions?
17 A. No.
18 Q. Has anyone ever told you why you are
19 having so many blood clots?
20 A. Yes.
21 Q. Okay. And why?
22 A. I had blood clots because of a surgical
23 procedure I had.
24 Q. Okay. And what was the surgical
25 procedure?

**Page 81**

1    A.   It was prostate cancer.

2    Q.   And since that prostate cancer, that

3  surgical procedure, you have had blood clots?

4    A.   Yes.

5    Q.   And who was it that has told you that the

6  blood clots were caused by that surgical procedure?

7  Would it have been Dr. Larkin or Dr. -- or your

8  primary care physician?

9    A.   I can't recall.

10    Q.   If you could go ahead and take a look at

11  the rest of Page 3, confirm that it is complete and

12  accurate.

13    A.   Uh-huh, yes.

14    Q.   How about Page 4, that should be pretty

15  easy.

16    A.   Okay.

17    Q.   How about Page 5, is that complete and

18  accurate, sir?

19    A.   Yes.

20    Q.   How about Page 6?

21    A.   Yes.

22    Q.   Okay. There is a signature on Page 6. Is

23  that your signature, sir?

24    A.   It is.

25    Q.   Okay. And you are verifying that the

**Page 82**

1  information contained in Plaintiff's Exhibit 2 is

2  complete and accurate?

3    A.   Sir, we are going to take a break now. I

4    Q.   Sir, we are going to take a break now. I

5  think the videographer is going to change the tape

6  and we will come back and we will do the next

7  document, okay?

8    A.   Okay.

9    Q.   And if you want to start looking at it,

10  you can go ahead and start looking at it. It is

11  Plaintiff's Exhibit -- I am sorry, Exhibit 3 Gage.

12    THE VIDEOGRAPHER:  Off the record. The time is

13  2:49 p.m. This is the end of Tape 1.

14            (Recess taken.)

15    THE VIDEOGRAPHER:  We are back on the record.

16  This is the beginning of disk No. 2. The time is

17  2:58 p.m.

18  BY MR. LEE:

19    Q.   Okay, we have not gone through Plaintiff's

20  Exhibit 2. That's the plaintiff profile form.

21    A.   Uh-huh, yes.

22    Q.   All right. And I want you to now look at

23  plaintiff's -- I am sorry, Exhibit 3, to the

24  deposition. Thank you.

25    A.   Uh-huh.

**Page 83**

1    Q.   Yes. And you are holding it in front of

2  you now, is that correct?

3    A.   Yes.

4    Q.   All right. I want you to go ahead and

5  look through that, and then I will have some

6  questions for you just like we did on the last

7  document.

8        The first page it doesn't really ask you

9  for any information so let's go to Page 2. There

10  is handwriting on Page 2. Whose handwriting is

11  that?

12    A.   That's my girlfriend's handwriting.

13    Q.   All right. Did you fill both of these

14  forms out or did she fill both of these forms out?

15    A.   My girlfriend filled both of them out.

16  She is a nurse.

17    Q.   Did she fill both of these out at the same

18  time?

19    A.   Yes.

20    Q.   Okay. And were you sitting with her when

21  she did it?

22    A.   Yes.

23    Q.   Okay. I want you to go ahead and read

24  through the information that you supplied on Page 2

25  and tell me whether or not that information is

**Page 84**

1  complete and accurate.

2    A.   It is.

3    Q.   Okay. No surprise, sir, just like we did

4  on the last exhibit we are going to do the same on

5  this one. So can we go to Page 3 and if you could

6  tell me whether or not it is complete and accurate?

7    A.   Yes.

8    Q.   Okay. What about Page 4, is it complete

9  and accurate?

10    A.   Yes.

11    Q.   What about Page 5, is it complete and

12  accurate?

13    A.   Yes.

14    Q.   Okay. I want to turn your attention to

15  No. 4 under Claim Information on Page 5. It lists

16  Dr. Mark Godwin or Godwin. Do you see that?

17    A.   Yes, I do.

18    Q.   We have not talked about that physician

19  today.

20    A.   I am not familiar with who he is or what

21  he is.

22    Q.   Okay. Again, this is information that

23  your girlfriend wrote down?

24    A.   Right, right.

25    Q.   And did you just trust her to write down

Page 85

1  the accurate information?
2    A.  Yes.
3    Q.  And she is a nurse?
4    A.  Yes.
5    Q.  Okay.  And she wrote this doctor's name
6  down?
7    A.  Yes.
8    Q.  And you don't know who that doctor is?
9    A.  I can't recall.
10   Q.  Okay.  Okay.  Let's go to Page 6.  Did you
11 fill out Page 6, or did your girlfriend fill out
12 Page 6 completely and accurately?
13   A.  Is it complete and accurate?
14   Q.  Yes, sir.
15   A.  Yes.
16   Q.  Okay.  What about Page 7?
17   A.  Yes,
18   Q.  Yes, it is complete, and, yes, it is
19 accurate?
20   A.  Yes.
21   Q.  I would like to turn your attention to
22 No. 10 --
23   A.  Uh-huh.
24   Q.  -- B, the very bottom of that.  It asks,
25 When is the first time you experienced symptoms of

Page 86

1  any of the bodily injuries you claim in your
2  lawsuit to have resulted from the Cook inferior
3  vena cava filter.  Do you see that question?
4    A.  Yes.
5    Q.  All right.  Could you read your answer.
6    A.  Read my answer?
7    Q.  Yes, sir.
8    A.  You mean the writing part or --
9    Q.  Yes, sir.  Would you like for me to
10 read what's --
11   A.  Yes, sure, you can go ahead and read it.
12   Q.  Sure.  2011 of April stated, Feeling
13 discomfort the day of the procedure.  Has
14 experienced constant pain since the procedure.
15   A.  Yes.
16   Q.  Did I read that accurately, sir?
17   A.  You did.
18   Q.  Okay.  And I think previously you
19 testified --
20   A.  Uh-huh.
21   Q.  -- that the first time you felt pain after
22 the IVC filter was placed --
23   A.  Uh-huh.
24   Q.  --- was six to eight months later?
25   A.  The pain that I felt afterwards was really

Page 87

1  discomfort.  In the hospital I felt the discomfort
2  after the procedure, right.
3    Q.  Okay.  Let me make sure I understand.
4  After the IVC filter was placed for blood clots in
5  your lung --
6    A.  Yes.
7    Q.  -- you had some discomfort?
8    A.  Yes.
9    Q.  But the first time you really experienced
10 pain was six to eight months later?
11   A.  Okay, uh-huh.  The procedure that they did
12 I felt discomfort.  They told me that I had an
13 aneurysm due to the procedure, okay?  So they
14 turned me back to the operating room and I guess
15 repaired the aneurysm.
16   Q.  Okay.
17   A.  Okay?  That's the pain that I felt right
18 afterwards.
19   Q.  Due to the aneurysm?
20   A.  Yes.
21   Q.  Has anyone told you that the aneurysm was
22 caused by the IVC filter?
23   A.  No.
24   Q.  Okay.  And you don't believe that today?
25   A.  I don't know.

Page 88

1    Q.  Okay.  So the discomfort in the days
2  following the procedure in April of 2011 is the
3  discomfort you have listed on Page 7?
4    A.  Yes.
5    Q.  But the pain that you believe is
6  associated with the IVC filter began six to eight
7  months later?
8    A.  If I can recall.
9    Q.  Okay.
10   A.  Uh-huh.
11   Q.  Very good.  Let's move to Page 8, sir.
12   A.  Okay.
13   Q.  Could you tell me whether Page 8 is
14 complete and accurate?
15   A.  Yes.
16   Q.  You have listed October 2013 as the first
17 time that you attribute any injury to the IVC
18 filter.  Do you see that?  At the very top?
19   A.  Yes.
20   Q.  And, again, this is your girlfriend's
21 handwriting --
22   A.  It is.
23   Q.  -- still?
24     Was there a specific event or a visit with
25 the doctor or anything else that causes you to

Page 89

1  remember October of 2013 as the first time that you
2  recognized that the IVC filter was causing any
3  problems with you?
4     A.  I can't recall.
5     Q.  Do you know why she wrote down 10-2013?
6     A.  At that time?
7     Q.  Well, sir, at any time. When she filled
8  this form out for you, with you, she wrote 10-2013.
9     A.  Uh-huh.
10    Q.  Do you know why she wrote 10-2013?
11    A.  Because of the answer that I gave her I
12  guess.
13    Q.  Okay.
14    A.  Uh-huh.
15    Q.  And do you know why you gave her the
16  answer 10-2013?
17    A.  I believe it because of the pain that I
18  was in at that time, uh-huh.
19    Q.  Now, you mentioned that the first time you
20  experienced pain was six to eight months following
21  the IVC filter being placed.
22    A.  Uh-huh.
23    Q.  What caused you to place October 2013 on
24  your plaintiff fact sheet?
25    A.  Because that's when I started going to the

Page 90

1  doctor, the vascular doctor for that I believe.
2    Q.  Okay.
3    A.  Uh-huh.
4    Q.  That would have been in October of 2013?
5    A.  Yes.
6    Q.  That's when you started seeing
7  Dr. Crisostomo?
8    A.  Right.
9    Q.  And that's why you put down October 2013?
10    A.  I believe so, uh-huh.
11    Q.  Any other -- any other -- is there
12  anything else on Page 8 that might be -- that you
13  need to comment on?
14    A.  No.
15    Q.  Is Page 8 complete and accurate?
16    A.  As far as I know, yes.
17    Q.  How about Page 9?
18    A.  Uh-huh.
19    Q.  It is complete and accurate?
20    A.  Yes.
21    Q.  Okay. On No. 14 there are check marks.
22  And do I understand that the check marks are under
23  the no side?
24    A.  Yes.
25    Q.  Okay. Someone hasn't placed no there, but

Page 91

1  that's what the check marks mean is no --
2    A.  Okay.
3    Q.  -- is that correct, sir?
4    A.  Yes.
5    Q.  Those are your check marks. I just want
6  to make sure I understand that correctly.
7    A.  Yes.
8    Q.  And I do?
9    A.  Yes.
10    Q.  Okay. How about Page 10, is it complete
11  and is it accurate?
12    A.  It is. It is.
13    Q.  Okay. Sir, what is your weight now?
14    A.  I weigh about -- the last time I weighed
15  was like 218, 220.
16    Q.  Okay. At any time were you up to
17  280 pounds?
18    A.  Yes.
19    Q.  That's what's listed.
20    A.  Yes.
21    Q.  So you have lost some weight?
22    A.  Yes.
23    Q.  Have you been on a diet or exercising
24  or what --
25    A.  I had cancer.

Page 92

1    Q.  Okay. When this form was filled out --
2    A.  Uh-huh.
3    Q.  -- they have listed 280 pounds?
4    A.  Yes.
5    Q.  And since this form you have lost weight.
6  Now, you have not had cancer since you lost this.
7    A.  Where is that at?
8    Q.  Okay, sure. Under Medical Background, I
9  am sorry, No. 3.
10    A.  Medical background, right.
11    Q.  Under No. 1 it says, Provide your current
12  age, 65; height, 6'1 1/2"; weight, 280 pounds. Was
13  she mistaken?
14    A.  She mistake that.
15    Q.  Any other mistakes on Page 10?
16    A.  No.
17    Q.  Okay. How about Page 11?
18    A.  Complete.
19    Q.  Now, am I correct, sir, that you have not
20  had any surgical procedures or hospitalizations
21  after the implantation of the Cook inferior
22  vena cava filter?
23    A.  I was hospitalized afterwards.
24    Q.  I am sorry?
25    A.  I was hospitalized after -- after --

Pages 93..96

Page 93

1    Q.   Okay.  And you have placed on the form NA,
2  not applicable.  I assume that's what that means.
3    A.   Not apply to.
4    Q.   Sorry?
5    A.   Don't apply.
6    Q.   Okay.  So tell me about the
7  hospitalization you have had since the IVC filter
8  that's not listed on Page 11.
9    A.   I have been hospitalized for the IVC
10 filter after that, after it had been placed.  Is
11 that what you are asking me?
12   Q.   Yes.
13   A.   Yes.
14   Q.   Okay.  Have you been hospitalized for any
15 other reason?
16   A.   Yes.
17   Q.   Okay.  And what is that?
18   A.   My heart.
19   Q.   Okay.  Any other reasons other than your
20 heart or the IVC filter?
21   A.   No.
22   Q.   Now, were either one of those overnight
23 stays at the hospital?
24   A.   Yes.
25   Q.   Were both of them overnight stays?

Page 94

1    A.   Yes.
2    Q.   How many times were you hospitalized for
3  your heart since the IVC filter has been placed?
4    A.   I can't recall.
5    Q.   How many times have you been hospitalized
6  overnight for the IVC filters?
7    A.   I can't recall.
8    Q.   So am I correct that on Page 11, No. 4 --
9    A.   Okay.
10   Q.   -- what should be listed there are the
11 heart overnight --
12   A.   Uh-huh.
13   Q.   -- stays in the hospital and the IVC
14 filter procedures and hospitalizations?
15   A.   Yes.
16   Q.   Okay.  Anything else?
17   A.   No.
18   Q.   Okay.
19   MR. LEE: I know you are still getting some of
20 these records, Matthew.  If you don't mind, if you
21 could update this fact sheet when you get those
22 records in.
23   MR. MCCARLEY:  Okay.
24   BY MR. LEE:
25   Q.   Let's go to Page 12, sir.  Is it complete

Page 95

1  and accurate and truthful to the best of your
2  knowledge?
3    A.   As far as my knowledge, yes.
4    Q.   Okay.  I want you to pay specific
5  attention to No. 8 that lists some conditions.  And
6  you have marked no to all those conditions.
7    A.   Uh-huh.
8    Q.   I want you to read those one more time and
9  make sure that that's a complete and accurate --
10   A.   It is.
11   Q.   Okay.  Let's go to Page 13.  Could you
12 confirm that Page 13 is complete and accurate?
13   A.   As far as I know it is.
14   Q.   Okay.  And how about Page 14?
15   A.   As far as I know.
16   Q.   Okay.
17   A.   Uh-huh.
18   Q.   Now, you have -- or actually your
19 girlfriend has written under No. 11, See attached
20 under the medications?
21   A.   Uh-huh.
22   Q.   List each prescription medication you have
23 taken.
24   A.   Uh-huh.
25   Q.   Was there a sheet that was attached to

Page 96

1  this form?
2    A.   Yes.
3    Q.   Okay.
4    MR. LEE:  That's something I don't have.  If
5  you could have someone check --
6    MR. MCCARLEY:  I already sent it to you.
7    MR. LEE:  Oh, that was the sent email you sent
8  today?
9    MR. MCCARLEY:  Yes.  That's part of the
10 documents I sent to you.
11   MR. LEE:  Okay, great, great, yeah.
12   MR. MCCARLEY:  Yeah, it has a list of
13 medications.
14   MR. LEE:  Okay.  And then that was within the
15 last hour, hour and a half, or whatever?
16   MR. MCCARLEY:  Yes.
17   MR. LEE:  Okay.
18   BY MR. LEE:
19   Q.   Let's go to Page 15, sir.  Could you
20 confirm that that's true and accurate?
21   A.   As far as I know it is true, yes.
22   Q.   How about Page 16?
23   A.   Yes.
24   Q.   True, accurate, and complete?
25   A.   Uh-huh.

**Page 97**

1    Q.   And how about Page 17, sir?
2    A.   Yes.
3    Q.   Okay.  I want to talk about each of the
4  fact witnesses that you have listed.
5    A.   Okay.
6    Q.   Orajean --
7    A.   Uh-huh.
8    Q.   -- is the first person.
9    A.   Okay.
10   Q.   And she is your girlfriend?
11   A.   Yes.
12   Q.   And what is she going to testify about at
13  trial?  You list her as a fact witness.
14   A.   Uh-huh.
15   Q.   Do you know what she is going to testify
16  about at trial?
17   A.   She would testify the difficulties I had
18  with the IVC filter, uh-huh.
19   Q.   And she knew you before you had the IVC
20  filter?
21   A.   Yes.
22   Q.   And the next person, what's that person's
23  name?
24   A.   I can't read that.
25   Q.   I believe it is April?

**Page 98**

1    A.   Oh, yes, okay.
2    Q.   Wilkiels [phonetic]?
3    A.   Uh-huh.
4    Q.   Do you know how to spell that last name?
5    A.   No, I don't.  That's my goddaughter.
6    Q.   Okay.  And how do you pronounce her last
7  name?
8    A.   Wilkins.
9    Q.   Wilkins, okay.  Have you talked to
10  April Wilkins about this lawsuit that you filed?
11   A.   No.
12   Q.   The next person is Carol James?
13   A.   That's my ex-wife.
14   Q.   Have you talked to Carol James about this
15  lawsuit?
16   A.   Yes.
17   Q.   Okay.  And what have you told her about
18  this lawsuit?
19   A.   I told her everything about it that I
20  could tell her, that I knew, uh-huh.
21   Q.   And what is she going to testify about?
22   A.   She is going -- what she know about it,
23  that, you know, I discussed with her, I felt.
24   Q.   Okay, let's go to Page 18, if you could
25  confirm Page 18 is complete and accurate and

**Page 99**

1  truthful.
2    A.   Yes.
3    Q.   And I think, sir, you can look at 18, 19,
4  20, and 21 together.  This is where I am asking for
5  documents.  And I believe that you have provided
6  those documents to your attorney --
7    A.   Uh-huh.
8    Q.   -- or that they don't exist.  But I want
9  you to go ahead and read 18 through 21 and tell me
10  if your answers are complete and accurate.
11   A.   Yes.
12   Q.   It is complete and accurate?
13   A.   Yes.
14   Q.   And the last page, Page 22, there is a
15  signature.  Whose signature is that?
16   A.   That's mine.
17   Q.   Okay.  All right.  We are done with that
18  now.  We can put that aside.  I have got just a few
19  follow-up questions, and I think we are going to be
20  done.
21        What is -- other than the Medicare -- you
22  receive Medicare and Social Security Disability.
23   A.   Yes.
24   Q.   Do you receive any other types of income?
25   A.   No.

**Page 100**

1    Q.   Okay.  Do you have any other sources of
2  assistance or aid or disability?
3    A.   No.
4    Q.   Has any doctor, physician told you that
5  they believe that the filter is defective?
6    A.   Yes.
7    Q.   What doctor has told you that, sir?
8    A.   The vascular doctor.
9    Q.   Dr. Crisostomo?
10   A.   Yes.
11   Q.   And what did Dr. Crisostomo tell you about
12  the filter?
13   A.   He told me that -- I talked to him about
14  removing the filter.  He said he can't do that
15  because the filter, like I said before, can cause
16  me to die and that the filter have tilted he said
17  at least 90 degrees.  And it is -- I forgot the
18  medical term he used.  But, in other words, it is
19  poking toward like my colon, my liver, and my
20  pancreas.  And he said that it is -- it could be
21  touching a nerve because I have nerve -- I mean I
22  have pain in my leg also.  And that's what he told
23  me.
24   Q.   Okay.  Did he ever tell you that he
25  thought that the filter was defective?

**Page 101**

1    A.    Yes.

2    Q.    And did he tell you how he thought the

3 filter was defective, what was wrong with the

4 filter?

5    A.    The filter he said -- he believes that the

6 filter is breaking -- some of the parts are

7 breaking off the filter.

8    Q.    He told you that?

9    A.    Yes.

10    Q.    And you are sure he told you that it

11 was -- I think you used the word "at least a

12 90 degree tilt"?

13    A.    Yes, he did say that.

14          Can I also say he gave me a card to give

15 to my attorney to contact, any questions that you

16 have, you can call him.

17    Q.    He gave you a business card?

18    A.    Yes.

19    Q.    And did he tell you to give that to your

20 attorney?

21    A.    Yes.

22    Q.    Now, I assume that you have been fully

23 compliant with your physicians?

24    A.    Yes.

25    Q.    You have done everything that they have

**Page 102**

1 asked of you?

2    A.    Yes.

3    Q.    You have taken all the medications that

4 they have told you to take?

5    A.    Yes.

6    Q.    You have done -- if they told you don't do

7 an activity, you have not done that activity?

8    A.    That's true, yes.

9    Q.    Did Dr. Crisostomo or any other doctor

10 ever tell you why or how that filter moved?

11    A.    No.

12    Q.    Do you have any personal beliefs as to how

13 that filter may have --

14    A.    No.

15    MR. MCCARLEY:  Objection, form.

16 BY MR. LEE:

17    Q.    -- moved?  Sir, you can go ahead and

18 answer.

19    A.    No, I don't.

20    Q.    Have you made all your appointments, or

21 have you missed any appointments with your

22 physicians?

23    A.    No.

24    Q.    Let me ask it a better way.

25          Have you missed any appointments with any

**Page 103**

1 physicians?

2    A.    Yes.

3    Q.    Okay.  And why would you have missed those

4 appointments, sir?

5    A.    I forgot them at the time I suppose I made

6 them.

7    Q.    Okay.

8    A.    And I rescheduled.

9    Q.    Is this frequent or infrequent?

10    A.    Infrequent.

11    Q.    How many times in a year would you miss

12 your appointments?

13    A.    I can't recall.

14    Q.    Has any physician ever told you that the

15 problems that you are having are related to your

16 IVC filter?

17    MR. MCCARLEY:  Objection, form.

18    THE WITNESS:  Yes.

19 BY MR. LEE:

20    Q.    Okay.  And what physician would have told

21 you that?

22    A.    Dr. -- I can't pronounce his name.

23    Q.    Crisostomo?

24    A.    Yes.

25    Q.    Any other doctor?

**Page 104**

1    A.    No.

2    Q.    And what did Dr. Crisostomo tell you --

3 let me ask it this way, when he told you that the

4 problems that you are having are associated with

5 your filter, what else did he tell you?

6    A.    I can't recall.  He just said I am having

7 problems from the IVC filter because of the tilt.

8    Q.    Okay.  I understand that he has told you

9 you are having problems because there is a tilt in

10 the IVC filter.  What symptoms does he tell you

11 that you are having that are associated or directly

12 related to the tilt of the IVC filter?

13    MR. MCCARLEY:  Objection, form.

14    THE WITNESS:  He didn't that I can recall.  I

15 can't recall.  I don't know how to answer that.

16 BY MR. LEE:

17    Q.    Okay.

18    A.    Uh-huh.

19    Q.    When was the last time you saw

20 Dr. Crisostomo?

21    A.    I seen Dr. Crisostomo about, I believe, if

22 I am not mistaken, I seen him about two months ago

23 I believe.  I can't recall.

24    Q.    And you have an appointment to see him

25 again?

Page 105

```
 1   A.   Yes, I do.
 2   Q.   When do you see Dr. Pangan again?
 3   A.   I see Dr. Pangan within a couple of weeks.
 4   Q.   Okay.  And when do you see Dr. Larkin
 5 again?
 6   A.   I don't see Dr. Larkin until around
 7 Christmas, around the end of the year.
 8   Q.   Now, do each of these doctors know that
 9 you are seeing the other?
10   A.   Yes.
11   Q.   Okay.  And do you tell each of these
12 doctors what's going on in your life?
13   A.   I do.
14   Q.   Now, the automobile accidents --
15   A.   Yes.
16   Q.   -- did you ever tell the physicians that
17 you were involved in an automobile accident --
18   A.   Yes.
19   Q.   -- with a semitruck?
20   A.   Yes.
21   Q.   You did?
22   A.   Yes.
23   Q.   All right.  And which doc -- did you tell
24 all of them?
25   A.   I told Dr. Larkin.
```

Page 106

```
 1   Q.   Okay.
 2   A.   Uh-huh.
 3   Q.   Did you tell Dr. Pangan?
 4   A.   I mean, I am sorry, I told Dr. Pangan.
 5   Q.   Did you tell Dr. Larkin?
 6   A.   No.
 7   Q.   Did you tell Dr. Crisostomo?
 8   A.   No.
 9   Q.   They don't know that you were involved in
10 an automobile/semitruck accident?
11   A.   They probably know by the records, but I
12 don't recall telling them, uh-huh.
13   Q.   Okay.  And you don't recall whether that
14 was before or after you received your IVC filter?
15   MR. MCCARLEY:  Objection, form.
16 BY MR. LEE:
17   Q.   Let me ask it this way, do you recall
18 whether the accident with the semitruck occurred
19 before or after you received the IVC filter?
20   MR. MCCARLEY:  Objection, form.
21   THE WITNESS:  I believe it was right before I
22 received the IVC filter, I believe.
23 BY MR. LEE:
24   Q.   Okay.
25   A.   Uh-huh.
```

Page 107

```
 1   Q.   If it had occurred afterwards, Dr. Larkin
 2 and Dr. Crisostomo would have known about that?
 3   A.   Yes.
 4   Q.   Okay.
 5   MR. LEE:  I believe, sir, that's all the
 6 questions I have.  Thank you very much.
 7   MR. MCCARLEY:  I will reserve my questions
 8 until the time of trial.
 9   THE VIDEOGRAPHER:  This is the end of Tape 2 of
10 the deposition of Arthur Gage.  We are off the
11 record at 3:27 p.m.
12     (FURTHER DEPONENT SAITH NAUGHT.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 108

```
 1     IN THE UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF INDIANA
 3          INDIANAPOLIS DIVISION
 4
 5 IN RE: COOK MEDICAL, INC.,    )
 6 IVC FILTERS MARKETING,        )
 7 SALES PRACTICES AND           ) Case No.
 8 PRODUCTS LIABILITY            ) 1:14-ml-2570-RLY-TAB
 9 LITIGATION                    )
10 --------------------------    )
11 This Document Relates To:     )
12   1:13-cv-01875-RLYTAB        )
13     This is to certify that I have read the
14 transcript of my deposition taken in the
15 above-entitled cause by Patricia L. Hangler,
16 Certified Shorthand Reporter, on August 13, 2015,
17 and that the foregoing transcript accurately states
18 the questions asked and the answers given by me as
19 they now appear.
20
21         ARTHUR L. GAGE SR.
22
23
24
25
```

Pages 109..110

Page 109

1  STATE OF ILLINOIS  )
2                     )  SS:
3  COUNTY OF COOK     )
4          I, Patricia L. Wangler, an Officer of the
5  Court, do hereby certify that heretofore, to-wit,
6  on August 13, 2015, personally appeared before me,
7  at 1500 Opus Place, Downers Grove, Illinois,
8  ARTHUR L. GAGE SR. in a cause now pending and
9  undetermined in the United States District Court,
10  Southern District of Indiana, wherein ARTHUR L.
11  GAGE SR. is the plaintiff, and COOK MEDICAL, INC.,
12  IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS
13  LIABILITY LITIGATION are the Defendants.
14          I further certify that the said witness
15  was first duly sworn to testify the truth, the
16  whole truth and nothing but the truth in the cause
17  aforesaid; that the testimony then given by said
18  witness was reported stenographically by me in the
19  presence of the said witness, and afterwards
20  reduced to typewriting by Computer-Aided
21  Transcription, and the foregoing is a true and
22  correct transcript of the testimony so given by
23  said witness as aforesaid.
24          I further certify that the signature to
25  the foregoing deposition was not waived by counsel

Page 110

1  for the respective parties.
2          I further certify that the taking of this
3  deposition was pursuant to Notice, and that there
4  were present at the deposition the attorneys
5  hereinbefore mentioned.
6          I further certify that I am not counsel
7  for nor in any way related to the parties to this
8  suit, nor am I in any way interested in the outcome
9  thereof.
10          IN TESTIMONY WHEREOF, I have hereunto set
11  my verified digital signature this
12  25th day of August, 2015.
13
14
15
16
17      _____
18      ILLINOIS CERTIFIED SHORTHAND REPORTER
19      LIC. NO. 084-002417
20
21
22
23
24
25