# Exhibit C

Page 111

1   IN THE UNITED STATES DISTRICT COURT
2   SOUTHERN DISTRICT OF INDIANA
3   INDIANAPOLIS DIVISION
4
5   IN RE: COOK MEDICAL,         )
    INC., IVC FILTERS            )
    MARKETING, SALES             )
6   PRACTICES, AND PRODUCTS      )
    LIABILITY LITIGATION         ) 1:14-ML-2570-RLY-TAB
7                                )
    ---------------------------  )
8   This document relates to:    )
                                 )
9   1:13-cv-01876-RLYTAB         )
10
11          The continued deposition of ARTHUR GAGE
12  called for examination pursuant to notice and
13  pursuant to the Federal Rules of Civil Procedure for
14  the United States District Courts pertaining to the
15  taking of depositions taken before JO ANN LOSOYA,
16  Certified Shorthand Reporter within and for the
17  County of Cook and State of Illinois at 2111
18  Butterfield Road, Downers Grove, Illinois, on
19  January 9, 2017 at the hour of 11:00 o'clock a.m.
20
21
22
23
24

Page 112

1  APPEARANCES:
2       FEARS NACHAWATI LAW FIRM
        MR. MATTHEW MCCARLEY
3       4925 Greenville Avenue
        Suite 715
4       Dallas, Texas 75206
        (866) 705-7584
5       mccarley@fnlawfirm.com
            Appeared on behalf of the Plaintiff;
6
7       FAEGRE BAKER DANIELS
        MS. JESSICA BENSON COX
8       MS. ANNA RUTIGLIANO
        300 North Meridian Street
9       Suite 2700
        Indianapolis, Indiana  46204-1750
10      (317) 237-0300
        jessica.cox@faegreBD.com
11      anna.rutigliano@faegreBD.com
            Appeared on behalf of the Defendants.
12
13
    ALSO PRESENT:
14
    BEN DIXON, VIDEOGRAPHER
15
16  REPORTED BY:   JO ANN LOSOYA
    CSR LICENSE:   084-002437
17
18
19
20
21
22
23
24

Page 146

1    prescribe?
2         A.    Yes.
3         Q.    Have you ever declared bankruptcy?
4         A.    Yes.
5         Q.    When was that?
6         A.    Last -- what, last year.
7         Q.    Last year.  Did a lawyer help you with
8    that?
9         A.    No.
10        Q.    You just filed --
11        A.    Oh, yes.
12        Q.    Do you know your -- the lawyer's name?
13        A.    Debtstoppers.
14        Q.    Can you spell that?
15        A.    Debtstoppers.
16        Q.    Oh, it's Debtstopper.  Did you go to
17   website Debtstopper and that's how you found them?
18        A.    I forgot how I found them.
19        Q.    So, why did you file bankruptcy last
20   year?
21        A.    Because I was -- why did I file?
22   Because -- I can't remember why I filed.
23        Q.    Okay.  Is there anyone that might have
24   more information about why you filed?