# Exhibit E

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Arthur Gage, Sr.,** | Case No. **15-27259** |
| Debtors. | Honorable Janet S. Baer |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, August 11, 2017 at 11:00 AM,** I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL 60134 or before any other Bankruptcy Judge who may be sitting in her place and shall present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee**, a copy of which is attached and served on you.

/s/ *Denise A. DeLaurent*
Denise A. DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3326

### CERTIFICATE OF SERVICE

I, Denise A. DeLaurent, Attorney, state that on July 18, 2017, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee**, were filed and served on all parties on the service list below via the manner indicated.

/s/ *Denise A. DeLaurent*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Brenda Porter Helms    brenda.helms@albanybank.com
Nathan E Delman    ndelman@semradlaw.com

**Parties Served via First Class Mail:**

Arthur Gage, Sr.
7731 Fox St
Unit 1D
Woodridge, IL 60517

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Chapter 7 Case |
|---|---|
| **Arthur Gage, Sr.,** | Case No. **15-27259** |
| Debtors. | Honorable Janet S. Baer |

### MOTION FOR ORDER REOPENING CHAPTER 7 CASE AND AUTHORIZING THE APPOINTMENT OF A CHAPTER 7 TRUSTEE

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his Attorney, Denise A. DeLaurent, hereby requests this Court enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee, pursuant to Section 350(b) of the Bankruptcy Code. In support of his motion, the U.S. Trustee respectfully states as follows:

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3. Arthur Gage, Sr. commenced this case by filing a voluntary chapter 7 petition on August 10, 2015.

4. Brenda Porter Helms was appointed and served as the chapter 7 trustee (the "Chapter 7 Trustee"). On September 14, 2015, the Chapter 7 Trustee filed a no-asset report.

Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing the bankruptcy case.

5. More recently, the U.S. Trustee received notification that Mr. Gage may be entitled to a settlement award for a products liability claim.

6. Upon information and belief, the U.S. Trustee believes that the proceeds from this settlement may be property of the estate pursuant to 11 U.S.C. § 541(a).

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate, and for such further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: July 18, 2017

*/s/ Denise A. DeLaurent*
Denise A. DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3326

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-27259 |
| | ) | |
| Arthur Gage, Sr., | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE
### TO REOPEN CHAPTER 7 CASE

This matter having come before the Court pursuant to the U.S. Trustee's Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee (the "Motion"), due notice having been given and no objections having been filed,

IT IS HEREBY ORDERED:

1. The Motion is granted and this case is reopened; and

2. The U.S. Trustee is authorized to appoint a chapter 7 trustee to administer this case.

Enter:

Dated:                                                                 United States Bankruptcy Judge

**Prepared by:**
Denise A. DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street Room 873
Chicago, Illinois 60604
(312) 886-3326

Rev: 20151029_bko