# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) |
| ARTHUR GAGE | ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

## ORDER ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE, TO LIMIT DAMAGES

Came On for consideration Defendants' Motion to Dismiss for Lack of Standing or, In the Alternative, to Limit Damages and Plaintiff's Response thereto.

After considering same, the Court is of the opinion that Defendant's Motion should be DENIED. It is, therefore

ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss for Lack of Standing or, In the Alternative, to Limit Damages is DENIED in all respects.

SIGNED on this the \_\_\_\_ day of _____, 2017.

_____
Judge, Southern District of Indiana