IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

## ORDER

This matter is before the Court on a motion to withdraw a motion to appear *pro hac vice* filed by attorney David B. Owen Jimenez.  [Filing No. 4289.]  As the motion to appear *pro hac vice* was improperly formatted and never docketed by the Court, the motion to withdraw said filing is denied as moot.  However, the request for a refund of the filing fee is granted and the clerk is directed to refund $100 to attorney David B. Owen Jimenez, with the check made payable to Christopher Johnston LLC and mailed to Mr. Owen Jimenez at Johnston Law Group, 1510 FD Roosevelt Avenue, Suite 6A1, Guaynabo, Puerto Rico, 00968.

Date:  8/3/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Lead Counsel.