IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:16-cv-01134-RLY-TAB
Cause No. 1:16-cv-01136-RLY-TAB
Cause No. 1:16-cv-01137-RLY-TAB
Cause No. 1:16-cv-01138-RLY-TAB
Cause No. 1:16-cv-01140-RLY-TAB

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in these cases as counsel for: Plaintiff Raymond Hedlund (1:16-cv-01134), Plaintiff Jose Lona (1:16-cv-01136), Plaintiff Dan O'Neill (1:16-cv-01137), Plaintiff Thomas Sanchez (1:16-cv-01138) and Plaintiff Gregory Denton (1:16-cv-01140).

Date:   August 4, 2017          /s/ Mark E. Berns
                                *Attorney's signature*

                                Mark E. Berns, #50895MO
                                *Printed name and bar number*

                                110 E. Lockwood, St. Louis, MO 63119
                                *Address*

                                berns@onderlaw.com
                                *E-mail address*

                                (314) 963-9000
                                *Telephone number*

                                (314) 963-1700
                                *FAX number*