# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to All Actions

_____

### THE COOK DEFENDANTS' STATEMENT
### CONSENTING TO THE UNSEALING OF DOCUMENT DKT. NO. 5480-12

Pursuant to Local Rule 5-11(d)(3), the Cook Defendants[1] submit this Statement Consenting to the Unsealing of Document Dkt. No. 5480-12, which is the Cover Page and page 27 from the transcript of the Videotaped 30(b)(6) Deposition of Mark A. Breedlove on January 16, 2016 (the "Breedlove Deposition Transcript"). This document was filed under seal by Plaintiffs and is further identified as – **Ex. 12**, Deposition of Mark A. Breedlove (Jan. 16, 2015), at 27:7-10 – to Plaintiffs' Memorandum in Opposition to Defendants' Objections to and Appeal from Order Denying Defendants' Motion for Protective Order Barring Proposed Deposition of Kem Hawkins Filed Under Seal [Dkt. No. 5480]. Plaintiffs moved to maintain this document under seal pursuant to Local Rule 5-11(d)(2)(A). *See* Dkt. No. 5481.

The portion of the Breedlove Deposition Transcript [Dkt. No. 5480-12] submitted by Plaintiffs totals three pages in all **(including its exhibit cover sheet)**, and unsealing is authorized *only* for these three pages. The Cook Defendants expressly reserve their right to support the sealing of or to move to seal the remaining pages of and exhibits to the Breedlove Deposition Transcript. And by this notice, the Cook Defendants re-confirm Plaintiffs' obligation to move to

_____

[1]   The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

seal the remainder of the contents of the Breedlove Deposition Transcript should they choose to

file it or to disclose its contents in any manner (*see* Case Management Order #8 ).


Respectfully submitted,


Dated:  August 4, 2017                    /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          Victoria R. Calhoon (# 28492-49)
                                          Anna C. Rutigliano (# 32743-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:   (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  john.schlafer@faegrebd.com
                                          E-Mail:  victoria.calhoon@faegrebd.com
                                          E-Mail:  anna.rutigliano@faegrebd.com

                                          *Counsel for the defendants, Cook Incorporated,*
                                          *Cook Medical LLC (f/k/a Cook Medical*
                                          *Incorporated), and William Cook Europe ApS*

US.113529286

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

- 3 -