# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to All Actions

_____

# ORDER MAINTAINING
# DOCUMENTS UNDER SEAL

This matter has come before the Court on Plaintiffs' Motion to Maintain Documents Under Seal [Dkt. No 5481] and the Cook Defendants' Brief in Support of Plaintiffs' Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiffs' Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that Exhibit 1 [Dkt. No. 5480-1], Exhibit 2 [Dkt. No. 5480-2], Exhibit 3 [Dkt. No. 5480-3], Exhibit 4 [Dkt. No. 5480-4], Exhibit 5 [Dkt. No. 5480-5], Exhibit 6 [Dkt. No. 5480-6], Exhibit 7 [Dkt. No. 5480-7], Exhibit 8 [Dkt. No. 5480-8], Exhibit 9 [Dkt. No. 5480-9], Exhibit 10 [Dkt. No. 5480-10], and Exhibit 11 [Dkt. No. 5480-11] to Plaintiffs' Memorandum in Opposition to Defendants' Objections to and Appeal from Order Denying Defendants' Motion for Protective Order Barring Proposed Deposition of Kem Hawkins ("Plaintiffs' Opposition") and the unredacted version of Plaintiffs' Opposition [Dkt. No. 5480] shall be maintained under seal by the Clerk of this Court.

SO ORDERED this _____ day of August, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.113529151.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.