IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Hill, Elizabeth – 1:14-cv-06016-RLY-TAB
Gage, Arthur - 1:14-cv-01875-RLY-TAB

_____

## ORDER GRANTING MOTION FOR LEAVE TO FILE ADDITIONAL MOTION FOR SUMMARY JUDGMENT

This matter came before the Court upon a Motion for Leave to File Additional Motion for Summary Judgment filed by Cook Defendants' Counsel, requesting leave of this Court to file an additional motion for summary judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendants' Motion for Leave to File Additional Motion for Summary Judgment is granted; and

2. The Cook Defendants may file a separate motion addressing the issue of federal preemption in addition to their individual summary judgment motions in the *Hill* and *Gage* matters.

So Ordered:  8/7/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

US.113516146.02