IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to Plaintiff(s)

    JUDITH LYNN LARSEN

Civil Case #   1:17-cv-01839-RLY TAB

_____

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JUDITH LYNN LARSEN, and Defendants COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 7th day of August, 2017.

        Respectfully submitted,

        *s/ David P. Matthews*
        David P. Matthews, Bar No. 13206200
        MATTHEWS & ASSOCIATES
        2905 Sackett Street
        Houston, TX 77098
        Telephone:  (713) 522-5250
        Facsimile:  (713) 535-7184
        matthewsivc@thematthewslawfirm.com
        dmatthews@thematthewslawfirm.com
        *Attorneys for Plaintiff*

          *s/John T. Schlafer*
          John T. Schlafer
          FAEGRE BAKER DANIELS LLP
          300 N. Meridian Street, Suite 2700
          Indianapolis, IN 46204
          Tel:  317-237-8274
          Fax:  317-237-1000
          John.Schlafer@FaegreBD.com
          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          *s/ David P. Matthews*
          DAVID P. MATTHEWS