IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    JUDITH LYNN LARSEN

Civil Case #   1:17-cv-01839-RLY-TAB

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Judith Lynn Larsen,

IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECLARED that all claims between Plaintiff Judith Lynn Larsen against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:17-cv-01839) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ day of _____, 2017.

                                                    _____
                                                  Honorable Richard L. Young
                                                  United States District Court Judge