IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff(s)

   DECARLO C. MURCHISON

 Civil Case #    1:17-cv-01987-RLY-TAB

_____

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DECARLO C. MURCHISON, and Defendants COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 7th day of August, 2017.

                        Respectfully submitted,

                        *s/ David P. Matthews*
                        David P. Matthews, Bar No. 13206200
                        MATTHEWS & ASSOCIATES
                        2905 Sackett Street
                        Houston, TX 77098
                        Telephone:  (713) 522-5250
                        Facsimile:  (713) 535-7184
                        matthewsivc@thematthewslawfirm.com
                        dmatthews@thematthewslawfirm.com
                        *Attorneys for Plaintiff*

>*s/John T. Schlafer*
>John T. Schlafer
>FAEGRE BAKER DANIELS LLP
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46204
>Tel:  317-237-8274
>Fax:  317-237-1000
>John.Schlafer@FaegreBD.com
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>*s/ David P. Matthews*
>DAVID P. MATTHEWS