**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02174 | Cause No. 1:17-cv-02305 |
| Cause No. 1:17-cv-02292 | Cause No. 1:17-cv-02306 |
| Cause No. 1:17-cv-02293 | Cause No. 1:17-cv-02308 |
| Cause No. 1:17-cv-02295 | Cause No. 1:17-cv-02310 |
| Cause No. 1:17-cv-02296 | Cause No. 1:17-cv-02312 |
| Cause No. 1:17-cv-02298 | Cause No. 1:17-cv-02315 |
| Cause No. 1:17-cv-02300 | Cause No. 1:17-cv-02316 |
| Cause No. 1:17-cv-02302 | Cause No. 1:17-cv-02327 |
| Cause No. 1:17-cv-02304 | Cause No. 1:17-cv-06074 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

US.113556549.01

Dated: August 7, 2017               /s/ John T. Schlafer
                                    Andrea Roberts Pierson (# 18435-49)
                                    John T. Schlafer (# 28771-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana  46204
                                    Telephone:  (317) 237-0300
                                    Facsimile:  (317) 237-1000
                                    E-Mail:  andrea.pierson@faegrebd.com
                                    E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer