> Motion denied as moot. Plaintiffs' Motion for Order to Show Cause has been withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> August 8, 2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

### AGREED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook" or Defendants) hereby move the Court for an Order extending the time in which they may respond to Plaintiffs' Motion for Order to Show Cause [Docket No. 5080] from July 3, 2017, to July 10, 2017. Counsel for Plaintiffs have agreed to this extension.

Respectfully submitted,

Dated: June 30, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-mail:  joe.tanner@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com