UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON DEFENDANTS' MOTION FOR CLARIFICATION**

Defendants move the Court to clarify its prior order by offering guidance on its instructions relative to privilege. However, the clarification sought is only loosely related to the Court's prior order. Defendants seek clarification as to how they should navigate intricate privilege issues arising from the Court's prior order. This request misses the mark.

The Court's prior order does not direct Defendants to provide privileged information at the deposition. The Court will not issue an advisory opinion, nor will it conduct an *in camera* review of discovery documents, in anticipation of unknown deposition questions. Counsel in this case should be capable of navigating privilege issues that might arise during the upcoming deposition. If the parties cannot satisfactorily resolve these issues, Defendants may certify any necessary deposition questions for the Court's review, at which point the Court will address privilege issues. At this stage, however, clarification is neither necessary nor appropriate. Defendants' motion for clarification [Filing No. 5375] is therefore denied.

Date: 8/8/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record