IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                            MDL No. 2570
LIABILITY LITIGATION
_____

This Document Relates to the Following Actions only:

      Elizabeth Jane Hill,
      No. 1:14-cv-06016-RLY-TAB

      Arthur Gage
      No. 1:13-cv-01875-RLY-TAB

_____

**UNOPPOSED MOTION FOR TWO-DAY EXTENSION
OF SUMMARY JUDGMENT MOTION DEADLINES**

      Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for filing their motions for summary judgment by two days from August 9 to August 11 and extending the response the reply deadlines by two days as well.  In support of this motion, the Cook Defendants state:

      1.      The present deadlines for summary judgment motions in the Hill and Gage cases are:

| | |
|---|---|
| Motions due | August 9, 2017 |
| Responses due | September 6, 2017 |
| Replies due | September 20, 2017 |

*See* Dkt. 5360 (adopting agreed schedule proposed in Dkt. No. 5062).

      2.      The deadline for the parties to file their Daubert motions is also August 9, 2017. As that deadline approaches, the Cook Defendants anticipate possible logistical difficulties in

filing all these motions (over 10 in all) and their accompanying documents (exhibits, motions to seal, etc.) on the same day.

3.      The Cook Defendants believe that these potential logistical difficulties constitute good cause for a short, two-day extension of the August 9 summary judgment deadline, with corresponding two-day extensions to the response and reply deadlines.  The new deadlines would be:

| | |
|---|---|
| Motions due | August11, 2017 |
| Responses due | September 8, 2017 |
| Replies due | September 22, 2017 |

These extensions would not affect the *Daubert* motion deadlines or the hearing date for the summary judgment motions.

4.      Cook's attorneys have consulted Plaintiffs' attorneys about this requested extension, and Plaintiffs' attorneys have stated that Plaintiffs do not object to the extensions.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend the summary judgment deadlines by two days as set forth above.

Dated: August 8, 2017                    Respectfully submitted,

                                        /s/  Andrea Roberts Pierson
                                        Andrea Roberts Pierson
                                        John T. Schlafer
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:        (317) 237-0300
                                        Facsimile:        (317) 237-1000
                                        andrea.pierson@faegrebd.com
                                        john.schlafer@faegrebd.com

                                        James Stephen Bennett
                                        FAEGRE BAKER DANIELS LLP
                                        110 W. Berry Street, Suite 2400
                                        Fort Wayne, Indiana  46802
                                        Telephone:        (260) 424-8000

Facsimile:         (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

- 3 -

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 8, 2017 a copy of the foregoing **UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF SUMMARY JUDGMENT MOTION DEADLINES** was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.108375873

US.113572556.02