# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES         Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                                MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
        No. 1:14-cv-06016-RLY-TAB
    Arthur Gage
        No. 1:13-cv-01875-RLY-TAB

_____

## PROPOSED ORDER

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadlines for filing their motions for summary judgment by two days.  Having duly considered the motion,

IT IS HEREBY ORDERED:

1.    That the Cook Defendants' motion is in all respects granted, and

2.    That the deadline schedule for the submission of materials concerning summary judgment motions is modified to the following::

| | |
|---|---|
| Motions due | August 11, 2017 |
| Responses due | September 8, 2017 |
| Replies due | September 22, 2017 |

DATED:  August ___, 2017

                                    _____
                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana