# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## MOTION FOR LEAVE TO
## FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (the "Cook Defendants") respectfully move this Court for an order granting it leave to file a memorandum in excess of 35 pages, specifically Defendants' Memorandum In Support Of Motion To Exclude Expert Opinions Of Dr. Alexander Marmureanu. This memorandum will be electronically filed today on August 8, 2017. In support of this motion, the Cook Defendants state:

    1.    Local Rule 7.1 provides that memoranda of law in support of any motion shall not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

    2.    The Cook Defendants hereby request leave to file a memorandum of law in excess of 35 pages in support of its *Daubert* motion addressing the admissibility of the testimony of Plaintiffs' expert Dr. Alexander Marmureanu. Dr. Marmureanu is the only expert Plaintiffs have designated to testify on the issue of specific causation, and he is designated to offer such

- 2 -

testimony for both Hill and Gage. Specifically, Dr. Marmureanu authored four reports in *Hill* and *Gage*: a general report, two case specific reports, and one "Analysis" report. In total, his opinions cover 129 pages and his deposition testimony is 749 pages long. As such, the discussion of his myriad opinions within this motion is lengthier than normal.

3. The Cook Defendants believe that his proposed testimony is best addressed in a single memorandum, addressing both his general and his case-specific opinions in the *Hill* and *Gage* cases. However, the Cook Defendants anticipate that they will need more than the usually allotted 35 pages to adequately address both Dr. Marmureanu's general opinions and his multiple and complex case-specific opinions concerning both Plaintiffs Hill and Gage.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook will be able to adequately address the issues raised in 60 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, statement of issues, and table of authorities in its Memorandum in Support.

WHEREFORE, Defendant Cook respectfully requests that this Court grant it leave to file a memorandum in excess of 35 pages supporting its *Daubert* motions regarding Dr. Marmureanu.

- 3 -

Respectfully submitted,

Dated: August 9, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 4 -

## CERTIFICATE OF SERVICE

I certify that on August 9, 2017 a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES was** filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.108375873