# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc. et al.,*
Case No. 1:13-cv-1875-RLY-TAB

## DOCUMENTS FILED UNDER SEAL

Plaintiffs file under seal Plaintiffs' unredacted "Memorandum in Support of Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts."

Plaintiffs also file under seal Exhibits "A" through "N" to Plaintiffs' Memorandum which consist of the following unredacted documents:

Exhibit A: Expert Report of Elisa D. Harvey, DVM, PhD (June 12, 2017).

Exhibit B: Excerpts from the Deposition of Elisa D. Harvey taken July 24, 2017.

Exhibit C: Expert Report of Harold "Wally" Pellerite (June 9, 2017).

Exhibit D: Excerpts from the Deposition of Harold Pellerite taken July 26, 2017.

Exhibit E: Expert Report of Anthony Venbrux, M.D. (June 26, 2017).

Exhibit F: Excerpts from the Deposition of Anthony Venbrux, M.D. taken July 14, 2017.

Exhibit G: Excerpts from the Deposition of Anthony Moreno, M.D. taken March 14, 2017.

Exhibit H: Excerpts from the Deposition of Anthony Moreno, M.D. taken April 26, 2017.

Exhibit I: Excerpts from the Deposition of Mark Zuzga, DO taken February 8, 2017.

Exhibit J: Excerpts from the Deposition of Mark Zuzga, DO taken April 19, 2017.

Exhibit K: Excerpts from the Deposition of Frank Lynch, M.D. taken July 7, 2017.

Exhibit L: Excerpts from the Deposition of Timothy J. Larkin, M.D. taken April 19, 2017.

Exhibit M: Excerpts from the Deposition of Mark Goodwin, M.D. taken January 11, 2017.

Exhibit N: Excerpts from the Deposition of Paul Crisostomo, M.D. taken January 13, 2017.

Dated: August 9, 2017.

                                              Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

        */s/ Joseph N. Williams*
        Joseph N. Williams, Atty. No. 25874-49
        Riley Williams & Piatt, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: jwilliams@rwp-law.com
        *Liaison Counsel to Plaintiffs Steering Committee*
        *and on behalf of Plaintiffs Steering Committee*

        */s/ Michael W. Heaviside*
        Michael W. Heaviside, Esq.
        Heaviside Reed Zaic, A Law Corporation
        910 17th Street NW, Suite 800
        Washington, DC 20006
        Telephone: (202) 233-1993
        Email: mheaviside@hrzlaw.com
        *Plaintiffs' Co-Lead Counsel*

        */s/ David P. Matthews*
        David P. Matthews, Esq.
        Matthew and Associates
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        Email: dmatthews@thematthewslawfirm.com
        *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 9, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Anthony James Urban | Brian J. Urban |
| Law Offices of Anthony Urban, PC | Law Offices of Anthony Urban, PC |
| 474 N. Centre Street, 3rd Floor | 474 N. Centre Street, 3r Floor |
| Pottsville, PA 17901 | Pottsville, PA 17901 |
| | |
| Carrie R. Capouellez | Caleb Hoff Didricksen, III |
| Lopez McHugh, LLP | Didricksen Law Firm, PLC |

214 Flynn Avenue
Moorestown, NJ 08057

Carl A. Woods, III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

John Cornew
409 E. Maple ave
Lindenwold, NJ 08021

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph G. Sauder
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Philip Sholtz
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

James R. Olson
Olson, Cannon, Gormley, Angulo
& Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Max E. Corrick
Olson, Cannon, Gormley,
Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Peter C. Wetherall
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

| | |
|---|---|
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 | Wilnar Jeanne Julmiste<br>Anderson Glenn LLP–Boca Raton, FL<br>2201 NW Corporate Blvd, Suite 100<br>Boca Raton, FL 33431 |

          */s/ Ben C. Martin*_____
          Ben C. Martin