**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**COOK DEFENDANTS' MOTION TO EXCLUDE NO. 4:**
**EXPERT OPINIONS OF DR. REBECCA BETENSKY**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to exclude the portion of the proffered testimony of Plaintiffs' expert Dr. Rebecca Betensky – plaintiffs' statistics expert -- concerning odds ratios for Celect and Tulip filters related to perforation, penetration, and puncture.  The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

The Cook Defendants respectfully request that the Court consider this motion and supporting memorandum *fourth* among the simultaneously-filed motions to exclude directed to other expert witnesses, as the issues raised herein impact a portion of one of the simultaneously filed motions – specifically, the motion to exclude Dr. David Kessler.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered expert testimony of Dr. Betensky, and for all other just and proper relief.

Respectfully submitted,

Dated: August 9, 2017

/s/ *J. Joseph Tanner*
J. Joseph Tanner (# 11856-49)
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION TO EXCLUDE NO. 4: EXPERT OPINIONS OF DR. REBECCA BETENSKY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *J. Joseph Tanner*