**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

**COOK DEFENDANTS' MOTION TO EXCLUDE NO. 7:
CASE-SPECIFIC EXPERT OPINIONS OF DR. MICHAEL C. FISHBEIN**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively the "Cook Defendants") hereby move, pursuant to the Federal Rule of Evidence 702, to exclude at trial of the *Hill* and *Gage* matters the proffered case-specific expert testimony of Dr. Michael C. Fishbein -- plaintiffs' pathology expert. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered case-specific expert testimony of Dr. Fishbein, and for all other just and proper relief.

Respectfully submitted,

Dated: August 9, 2017

/s/ *Jessica Benson Cox*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION TO EXCLUDE NO. 7: CASE-SPECIFIC EXPERT OPINIONS OF DR. MICHAEL C. FISHBEIN** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Jessica Benson Cox*

US.113564643.01