# EXHIBIT A

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                                                                                   UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                              SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF PATHOLOGY & LABORATORY MEDICINE
DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA
CENTER FOR HEALTH SCIENCES
10833 LE CONTE AVENUE
LOS ANGELES, CALIFORNIA 90095-1722

## REPORT REGARDING COOK IVC FILTERS
## Michael C. Fishbein, M.D.

**EXPERIENCE AND QUALIFICATIONS:**

I am currently distinguished professor of pathology and medicine, emeritus, at the David Geffen School of Medicine, where I am working part-time. I am currently head of cardiovascular and autopsy pathology. A true and correct copy of my curriculum vitae is attached as Exhibit 1. I remain active in diagnostic surgical pathology of thoracic organs, and in the performance of autopsies. I continue to participate in research on cardiovascular and pulmonary diseases, and I continue to teach medical students, pathology residents, and fellows in cardiology, pediatric cardiology, and cardiovascular surgery.

The role of the pathologist is not only to diagnose abnormalities observed in tissues, but also and more importantly to correlate these abnormalities with clinical manifestations of disease. This allows a better understanding of disease processes in the human body. I have written numerous peer-reviewed publications on issues related to the topics of this report. These include pathology of the blood vessels, evolution of wound healing, and morphologic changes associated with the implantation of synthetic devices within the cardiovascular system. I have numerous publications dealing with the pathology of prosthetic valves, vascular grafts, pacemakers, and biomaterials used in the treatment of cardiovascular diseases. I have performed autopsies on a number of decedents with inferior vena cava (IVC) filters. I have observed thrombosis of IVC filters, perforation of the IVC by filters, and one case of fatal bleeding due to perforation of the patient's IVC by a filter. I have been asked to review pathologic issues related to the implantation of Cook IVC filters.

**MATERIALS REVIEWED:**

The following are attached to this report:
- my reliance list, which includes a list of materials considered in forming my opinions, all materials actually relied upon, and additional documents provided for review (Exhibit 2);
- a set of demonstrative slides taken from various                         (Exhibit 3);
- a set of images from the                                              along with my written notes on the images made as I reviewed each (Exhibit 4); and
- a table on                                    summarizing notable findings and related sources (Exhibit 5).

Exhibits 3 and 4 each contain numerous images. I cite to these exhibits by exhibit number and page number. For example, Exhibit 3.5 refers to Exhibit 3 at page 5. Exhibit 4.11-15 refers to Exhibit 4 at pages 11 to 15, and so forth.

1

UNIVERSITY OF CALIFORNIA, LOS ANGELES

UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO

SANTA BARBARA • SANTA CRUZ

As discussed by Proctor et al. (13), the processes of tenting, penetration and perforation of IVC struts through the wall of the vein are inter-related. With sufficient radial force and tenting of the IVC, there will be damage to the vein wall (pressure necrosis) due to abrasion and pressure that will result in penetration of the IVC filter legs through the intima, media, and even adventitia of the IVC. This vascular wall injury will result in intimal hyperplasia, medial fibrosis, and adventitial fibrosis, as described in a number of experimental animal models. Simon (14) has referred to this process as "normal and very common benign extensions of filter parts outside the vein lumen." Furthermore, Simon states this "should be understood as a normal biologic phenomenon generally without clinical significance." Simon also states that "perforation" only occurs when an acute penetration is followed by withdrawal of the penetrating part, leaving an open hole." Unfortunately, Simon's opinions are not borne out by facts.

Perforations are not "normal" or "benign". The medical literature documents that perforations have a number of potential negative effects: 1) perforations make "retrievable" IVC filters unretrievable; 2) perforations damage surrounding structures; 3) perforations may be painful; 4) perforations may contribute to fracture and embolization of filter parts, and 5) perforations can cause delayed bleeding and even exsanguination and death. I have seen such a case of exsanguination. Findings from that case are illustrated in Exhibits 3.21-23. The evidence also shows that tenting leads to perforation. (Ex. 3.8-11)

As discussed, there is some disagreement in the literature regarding the identification of perforation versus tenting based on imaging studies. The same could be said for examination of pathologic specimens. Indeed, in my opinion, perforation should be defined histologically as a filter strut that is completely outside the vein wall. That is, there is no smooth muscle of the media or adventitia external to or outside of the strut as it penetrates and eventually exits the vein wall. Often this perforated portion is covered by tissue. (Ex. 3.3) However, this tissue is collagen, or scar tissue, and not actual vein wall. Accordingly, it should be regarded as a perforation.

There is no question that perforations occur in patients who have had IVC filters implanted. I was asked to review the medical records of Elizabeth Hill and Arthur Gage and to comment on the findings particularly with regard to the IVC filters.

Elizabeth Hill was born on

a Cook Celect IVC filter was placed

13

UNIVERSITY OF CALIFORNIA, LOS ANGELES
Case 1:14-ml-02570-RLY-TAB Document 5668-1    Filed 08/09/17    Page 4 of 4 PageID #: 14635
UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

Arthur Gage was born on

a Gunther Tulip filter was placed.

**REVIEW OF PATHOLOGY FROM ANIMAL STUDIES:**

I have reviewed pathologic images, both gross and microscopic from       studies performed using Cook IVC filters (                                    ). In my opinion, a number of the experimental animals demonstrate one or more perforations of the IVC. Exhibit 5 summarizes my findings and identifies related sources for      , which was                          ). Perforations are depicted (with accompanying comments) in Exhibit 3 (demonstrative slides) and in Exhibit 4 (images taken from online review of study slides).

I would appreciate the opportunity to examine actual histologic sections of scanned slides if they could be given to me for review. Without reviewing all of the original methyl methacrylate-embedded specimens, I cannot enumerate with certainty the actual number of perforations that were diagnosed or under-diagnosed. In addition, to be sure one is looking at the most relevant histologic sections, it is imperative that the sections were not merely taken at any point where the strut interacted with the IVC wall. To truly determine if there was a perforation, the section would have to be made at the distal tips of the struts that would be expected to show the greatest degree of penetration or perforation.

For example, if filter arms (secondary struts) are evident in the histologic sections, those sections cannot be from the most distal end of the legs of the filter, as illustrated in Exhibit 3.6.

This difference would be apparent if sections were made at the level of the very end of the struts (i.e., the most distal tip).