# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## COOK DEFENDANTS' MOTION TO EXCLUDE NO. 6
## EXPERT OPINIONS OF DR. DAVID GARCIA

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to exclude the proffered expert testimony of Dr. David Garcia – plaintiffs' hematology expert. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

The Cook Defendants respectfully request that the Court consider this motion and supporting memorandum *sixth* among the simultaneously-filed motions to exclude directed to other expert witnesses.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered expert testimony of Dr. Garcia, and for all other just and proper relief.

                                              Respectfully submitted,

Dated:  August 9, 2017                /s/ *J. Stephen Bennett*
                                              J. Joseph Tanner (# 11856-49)
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone: (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-mail:   joe.tanner@faegrebd.com
                                              E-Mail: andrea.pierson@faegrebd.com
                                              E-Mail: john.schlafer@faegrebd.com

                                              James Stephen Bennett (# 22869-02)
                                              FAEGRE BAKER DANIELS LLP
                                              110 W. Berry Street, Suite 2400
                                              Fort Wayne, Indiana  46802
                                              Telephone: (260) 424-8000
                                              Facsimile: (260) 460-1700
                                              stephen.bennett@faegrebd.com

                                              *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION TO EXCLUDE NO. 6: EXPERT OPINIONS OF DR. DAVID GARCIA** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ J. Stephen Bennett