# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

### EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID GARCIA

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. David Garcia:

| Exhibit | Description |
|---|---|
| A | Expert Report of Dr. David Garcia (March 15, 2017) |
| B | Deposition Excerpts of Dr. David Garcia (June 22, 2017) |
| C | Expert Report of Dr. Alexander Marmureanu (March 17, 2017) |
| D | Dr. Alexander Marmureanu Case Specific Opinions Regarding Elizabeth Hill (March 17, 2017) |
| E | Dr. Alexander Marmureanu Case Specific Opinions Regarding Arthur Gage (March 17, 2017) |
| F | Deposition Excerpts of Dr. Alexander Marmureanu and Deposition Exhibits 14 and 15 (June 20-21, 2017) |
| G | Deposition of Dr. Timothy Larkin (April 19, 2017) |

Respectfully submitted,

Dated: August 9, 2017

/s/ *J. Stephen Bennett*
J. Joseph Tanner (# 11856-49)
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:   joe.tanner@faegrebd.com
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID GARCIA** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ J. Stephen Bennett*