# EXHIBIT G

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF ILLINOIS
 2                     INDIANAPOLIS DIVISION
 3
            ------------------------------ )
 4    In Re:  COOK MEDICAL, INC.,          )   Case No.
      IVC FILTERS MARKETING,               )   1:14-ml-2570-
 5    SALES PRACTICES AND                  )   RLY-TAB
      PRODUCTS LIABILITY LITIGATION        )
 6    ------------------------------ )         MDL No. 2570
      This Document Relates To:            )
 7                                          )
          1:14-cv-01875-RLY-TAB            )
 8        Arthur Gage                      )
      ------------------------------ )
 9
10
              CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
12                    VIDEOTAPED DEPOSITION OF
13                    TIMOTHY JAMES LARKIN, M.D.
14
15                         April 19, 2017
16
17
                       Advocate Heart Institute
18                       Naperville, Illinois
19
20
21
22
23                    GOLKOW TECHNOLOGIES, INC.
                  877.370.3377 ph | 917.591.5672 fax
24                       deps@golkow.com
```

Confidential - Subject to Protective Order

```
 1   embolism.  He is going to be on Coumadin lifelong."
 2              Can you tell me what that means?
 3        A.    Well, the issue at that point was that
 4   there was no -- oh, I lost my mike.  I'm sorry.
 5        MR. MATTHEWS:  What page are you on?  I'm
 6   sorry.
 7        MS. COX:  08.
 8   BY THE WITNESS:
 9        A.    I'll start again.
10              There was no clear-cut, precipitating
11   factor for his pulmonary embolism, i.e., surgery or
12   trauma at the time when he initially presented, so
13   therefore you don't really know if it's ever safe
14   to stop anticoagulation.
15   BY MS. COX:
16        Q.    So, in this visit you are making the
17   determination that he was going to be on blood
18   thinners the rest of his life?
19        A.    I was going to keep him on blood
20   thinners indefinitely at that time.
21        Q.    And that was due to his risk of having
22   another PE?
23        A.    That would be the risk of having another
24   thromboembolic event, yes.
```

Confidential - Subject to Protective Order

```
 1        Q.    As part of that decision were you
 2   factoring in his heart function and COPD and maybe
 3   ability to tolerate a future PE?
 4        A.    Not specifically.
 5        Q.    That decision to place him on lifelong
 6   blood thinners, that was solely based on his risk
 7   for PE in the future and not the fact that he had
 8   an IVC filter placed, correct?
 9        A.    Correct.
10        Q.    It also says under "Decision Making"
11   that "IVC filter, this will be the same."  Does
12   that mean you're prescribing his filter to remain
13   in lifelong?
14        A.    At that point I had made the decision to
15   leave it in, yes.
16        Q.    And what was that decision based on?
17        A.    That was a clinical decision based on
18   multiple things, including his chronic renal
19   insufficiency, which makes future diagnosis of
20   pulmonary embolism very difficult, the troubles he
21   had had with anticoagulation with bleeding issues.
22   And when you put those two together, I thought the
23   filter should stay in place.
24        Q.    So, that decision to have his filter
```