**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

---

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

---

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO
<u>EXCLUDE EXPERT OPINIONS OF DR. ALEXANDER MARMURENEAU</u>**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion to Exclude Expert Opinions of Dr. Alexander Marmureanu:

| Exhibit | Description |
|---|---|
| A | Dr. Marmureanu's (General) Expert Report |
| B | Dr. Marmureanu's Hill-Specific Report |
| C | Dr. Marmureanu's Gage-Specific Report |
| D | Dr. Marmureanu's Analysis List |
| E | Dr. Marmureanu's Deposition Transcripts |
| F | Dr. Venbrux's Report |
| G | Excerpts of Dr. Goodwin's Deposition |
| H | Excerpts of Dr. Larkin's Deposition |
| I | Excerpts of Dr. Crisostomo Deposition |
| J | Dr. Gasparis' Report |
| K | Tulip IFU |

1

| L | Celect IFU |
|---|---|
| M | Excerpts of Dr. Zuzga's Deposition |
| N | Dr. Marmureanu's Reliance List |
| O | FDA Guidance for Cardiovascular Intravascular Filter 510(k) Submissions |
| P | Excerpts of Dr. Fryzek's Deposition |
| Q | Dr. Fryzek's Report   (Dep. Ex. 1) |
| R | Excerpts of Dr. Lynch's Deposition |
| S | Excerpts of Bruce Fleck's Deposition |
| T | Side-by-Side Comparison of Marmureanu's and Rajebi's Hill-Specific Reports |
| U | Dr. Marmureanu's Deposition Exhibit 14 |
| V | Dr. Marmureanu's Deposition Exhibit 12 |
| W | Dr. Ferrante's Declaration and Report |
| X | Excerpts of Arthur Gage's Deposition |
| Y | Excerpts of Dr. Pangan's Deposition |
| Z | Dr. Leventhal's Declaration and Report |

Respectfully submitted,

Dated: August 9, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
J. Joseph Tanner (#11856-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com
Email:   joe.tanner@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*