# EXHIBIT H

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF ILLINOIS
 2                 INDIANAPOLIS DIVISION
 3
      ---------------------------- )
 4    In Re:  COOK MEDICAL, INC., ) Case No.
      IVC FILTERS MARKETING,      ) 1:14-ml-2570-
 5    SALES PRACTICES AND         ) RLY-TAB
      PRODUCTS LIABILITY LITIGATION )
 6    ---------------------------- ) MDL No. 2570
      This Document Relates To:   )
 7                                )
         1:14-cv-01875-RLY-TAB    )
 8       Arthur Gage              )
      ---------------------------- )
 9
10
           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
12              VIDEOTAPED DEPOSITION OF
13              TIMOTHY JAMES LARKIN, M.D.
14
15                    April 19, 2017
16
17
                    Advocate Heart Institute
18                    Naperville, Illinois
19
20
21
22
23              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Golkow Technologies, Inc.                                  Page 1

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | Q. | Do you ever guarantee results to your |

2  patients where you've prescribed a medical device?

3       A.    No.

4       Q.    Why is that?

5       A.    Because even -- because complications

6  are associated with medical devices.

7       Q.    And do you ever guarantee anything in

8  medicine?

9       A.    No.

10      Q.    When you prescribe things like IVC

11 filters, pacemakers, stents, are you doing that

12 because in your calculus the benefit of these

13 devices outweigh the potential for their risk?

14      A.    Yes.

15      Q.    I want to talk a little bit about the

16 known risks associated with the use of IVC filters.

17            Have you heard of something called

18 perforation or penetration of the IVC?

19      A.    Yes.

20      Q.    Can you tell me just generally what that

21 means?

22      A.    Well, that would mean that one or more

23 of the struts went through the wall of the IVC.

24      Q.    And is that a known risk with using IVC

Confidential - Subject to Protective Order

```
 1    filters?
 2         A.    Yes.
 3         Q.    Is that something you were aware of in
 4    April of 2011, for example?
 5         A.    Yes.
 6         Q.    How were you made aware of that risk?
 7         A.    Just common knowledge about the
 8    procedure and the device.
 9         Q.    So, through your training and experience
10    and perhaps speaking with colleagues, you -- it was
11    a risk you were aware of?
12         MR. MATTHEWS:   Object to the form.
13    BY THE WITNESS:
14         A.    Yes.
15    BY MS. COX:
16         Q.    And it was a commonly known risk?
17         MR. MATTHEWS:   Object to the form.
18    BY THE WITNESS:
19         A.    Yes.
20    BY MS. COX:
21         Q.    You might be aware that Dr. Goodwin had
22    his deposition taken in this case previously.  Did
23    you know that?
24         A.    Yes.
```

Confidential - Subject to Protective Order

```
 1        Q.    We talked with Dr. Goodwin about
 2   perforations or penetrations of the IVC, and he
 3   told us that usually they're not clinically
 4   significant.  Would you agree with Dr. Goodwin?
 5        MR. MATTHEWS:  Object to the form.
 6   BY THE WITNESS:
 7        A.    Yes.
 8   BY MS. COX:
 9        Q.    Tell me in your -- in your opinion are
10   perforations -- perforations/penetrations in and of
11   themselves harmful to a patient?
12        MR. MATTHEWS:  Object to the form.
13   BY THE WITNESS:
14        A.    I can't answer that.
15   BY MS. COX:
16        Q.    Would you defer to Dr. Goodwin about
17   specific opinions about penetration or perforation?
18        A.    Yes.
19        Q.    Have you yourself ever had a patient
20   suffer a problem or complication from a penetration
21   or perforation?
22        A.    No, I have not.
23        Q.    Perforation and/or penetration into an
24   adjacent organ or structure is also a risk with IVC
```

Confidential - Subject to Protective Order

```
 1   filter use, correct?
 2        A.    Correct.
 3        Q.    And that's a risk with all filters,
 4   correct?
 5        MR. MATTHEWS:  Object to the form.
 6   BY THE WITNESS:
 7        A.    Could you ask that again.
 8   BY MS. COX:
 9        Q.    Sure.
10        A.    Are you speaking about IVC filters?
11        Q.    IVC filters, yes.
12        MR. MATTHEWS:  Object to the form.
13   BY THE WITNESS:
14        A.    Yes.
15   BY MS. COX:
16        Q.    Is that a risk that you were aware of in
17   April of 2011?
18        A.    Yes.
19        Q.    And how were you aware of that risk?
20        A.    Again, through common knowledge, my
21   training.
22        Q.    Doctors that prescribed IVC filters were
23   aware of that risk in April of 2011?
24        MR. MATTHEWS:  Object to the form.
```

Confidential - Subject to Protective Order

```
 1    BY THE WITNESS:
 2         A.    Yes.
 3    BY MS. COX:
 4         Q.    Is fracture of an IVC filter component a
 5    known risk?
 6         A.    Yes.
 7         Q.    And embolization of that component a
 8    known risk with filters?
 9         A.    Yes.
10         Q.    Is that a risk you knew about in
11    April of 2011?
12         A.    Yes.
13         Q.    And is that a commonly known risk?
14         A.    It's a risk.
15         Q.    And by that I mean is it a risk that is
16    commonly known by practitioners?
17         MR. MATTHEWS:    Object to the form.
18    BY THE WITNESS:
19         A.    I can't answer what other practitioners
20    know.
21    BY MS. COX:
22         Q.    Okay.  How were you made aware of that
23    risk?
24         A.    Again, through my training, experience
```

Confidential - Subject to Protective Order

1  and discussions with colleagues.

2     Q.   Is the inability to retrieve a filter a
3  known risk, that is, the risk that a filter might
4  become permanent or need to be surgically removed
5  in an open type procedure?

6     MR. MATTHEWS:  Object to the form.
7  BY THE WITNESS:

8     A.   I'm sorry.  What was the question there?
9  BY MS. COX:

10    Q.   Is the inability to retrieve a filter a
11 known risk?

12    MR. MATTHEWS:  Object to the form.
13 BY THE WITNESS:

14    A.   I can't really answer that.
15 BY MS. COX:

16    Q.   When you prescribe a filter, do you
17 prescribe filters that can be retrieved at later
18 dates or do you -- or do you have any knowledge
19 about retrievability of filters?

20    MR. MATTHEWS:  Object to the form.
21 BY THE WITNESS:

22    A.   Again, there is two questions.
23 BY MS. COX:

24    Q.   Okay.

Confidential - Subject to Protective Order

```
 1        A.    Could you rephrase that.
 2        Q.    Sure.  What is your understanding about
 3   if and when a filter can be retrieved after it's
 4   placed?
 5        MR. MATTHEWS:  Object to the form.
 6   BY THE WITNESS:
 7        A.    The filters that are put in now we can
 8   retrieve them.
 9   BY MS. COX:
10        Q.    And when you prescribe a filter that is
11   one where it can be retrieved, do you understand
12   that there's a risk that that filter might not be
13   able to be retrieved after a time?
14        MR. MATTHEWS:  Object to the form.
15   BY THE WITNESS:
16        A.    Yes.
17   BY MS. COX:
18        Q.    Is there a -- so, is there a known risk
19   that a filter might not be able to be retrieved?
20        A.    Yes.
21        MR. MATTHEWS:  Object to the form.
22   BY MS. COX:
23        Q.    Is there also a risk that a filter might
24   need to be retrieved in an open procedure, for
```

Confidential - Subject to Protective Order

```
 1   example, rather than the normal retrieval process?
 2        A.   Yes.
 3        Q.   And are those risks, the risk of an
 4   inability to retrieve or the need to do an open
 5   procedure, are those risks that you knew about in
 6   April of 2011?
 7        A.   Yes.
 8        Q.   And are those risks that you knew about
 9   by virtue of your training and your experience?
10        A.   Yes.
11        Q.   Are bleeding, hemorrhage, a possible
12   risk with the use of IVC filters?
13        A.   Yes.
14        Q.   Is that a risk that you knew about in
15   April of 2011?
16        A.   Yes.
17        Q.   Is that another risk that you knew about
18   by virtue of your training and experience?
19        A.   Yes.
20        Q.   Is embedment also a known risk?
21             And I can -- what I mean by embedment
22   is --
23        MR. MATTHEWS:  Object to form.
24   BY THE WITNESS:
```

Confidential - Subject to Protective Order

1    A.    Can you rephrase that.
2    BY MS. COX:
3    Q.    I have heard the word
4    "endothelialization" and I'm not sure what that
5    means, but that does that make sense to you?
6    MR. MATTHEWS:    Object to the form.
7    BY THE WITNESS:
8    A.    Well -- yes.
9    BY MS. COX:
10   Q.    What does endothelialization mean?
11   A.    Endothelialization is when a layer of
12   cells would grow over the struts of a filter.
13   Q.    And is that a known risk with the use of
14   IVC filters?
15   A.    Yes.
16   MR. MATTHEWS:    Object to the form.
17   BY MS. COX:
18   Q.    Is that something you knew about in
19   April of 2011?
20   A.    Yes.
21   Q.    Is that something you also knew about by
22   virtue of your training and your experience?
23   A.    Yes.
24   Q.    I promise I'm almost done with this

Confidential - Subject to Protective Order

```
 1    list.
 2                 Is migration a known risk with IVC
 3    filters?
 4         A.    Yes.
 5         Q.    Tell me, when I say "migration," what
 6    does that mean?
 7         A.    That would mean where the filter moves
 8    from its original position.
 9         Q.    Is that a risk that you knew about in
10    April of 2011?
11         A.    Yes.
12         Q.    And is that another risk that you knew
13    about by virtue of your training and experience?
14         A.    Yes.
15         Q.    Is tilt also a known potential
16    occurrence with a filter?
17         A.    Yes.
18         Q.    And tell me, what does the term "tilt"
19    mean to you?
20         A.    It would be where the filter is off to
21    one side of the IVC.
22         Q.    When Dr. Goodwin was deposed previously,
23    he said in his experience tilt doesn't really have
24    any clinical significance.  Do you agree with
```

Confidential - Subject to Protective Order

```
1    Dr. Goodwin?
2         MR. MATTHEWS:  Object to the form.
3    BY THE WITNESS:
4         A.    I can't really speak to what Dr. Goodwin
5    spoke about in his deposition.
6    BY MS. COX:
7         Q.    Does tilt have any clinical significance
8    to you?
9         A.    Again, I can't really answer that
10   question.
11        Q.    If one of your patients with an IVC
12   filter had an image that showed the filter was
13   tilted, would you do anything after seeing that
14   image?
15        A.    Again, it depends on the specific
16   patient.
17        Q.    Have you ever seen tilt cause any harm
18   to a patient?
19        MR. MATTHEWS:  Object to the form.
20   BY THE WITNESS:
21        A.    Not in my practice.
22   BY MS. COX:
23        Q.    Have you heard about tilt ever causing
24   harm to a patient?
```

```
 1      A.    I can't answer that.
 2      MR. MATTHEWS:  Object to the form.
 3   BY MS. COX:
 4      Q.    In your experience has tilt ever
 5   affected how a filter worked, for example?
 6      A.    I can't answer that.
 7      MR. MATTHEWS:  Object to the form.
 8            (Clarification requested by the
 9             reporter.)
10   BY MS. COX:
11      Q.    Over the course of your career when you
12   prescribe IVC filters, have you had occasion to see
13   filters that were tilted on appearance and imaging?
14      A.    Yes.
15      Q.    Has it ever been anything that's caused
16   you any concern?
17      A.    No.
18      Q.    Dr. Goodwin said that tilt can happen
19   because of a patient's anatomy or how a filter is
20   deployed.  Do you agree with those conclusions or
21   do you have any opinion?
22      A.    I don't have an opinion on that.
23      Q.    Do you defer to Dr. Goodwin on the -- on
24   areas of opinions about tilt and its clinical
```

Confidential - Subject to Protective Order

```
 1   significance?
 2        A.    Yes.
 3        Q.    Is malpositioning of a filter a known
 4   risk?
 5        A.    Yes.
 6        Q.    Is that a risk that you were aware of in
 7   April of 2011?
 8        A.    Yes.
 9        Q.    And is that a risk you are aware of by
10   virtue of your training and experience?
11        A.    Yes.
12        Q.    What about thrombosis, stenosis or
13   occlusion of the IVC?
14        A.    Yes.
15        Q.    Is that something you were aware of in
16   2011?
17        A.    Yes.
18        Q.    And that was also a risk you were aware
19   of by virtue of your training and experience?
20        A.    Yes.
21        Q.    What about death, is that a potential
22   risk?
23        A.    Yes.
24        Q.    And that is a risk that you were aware
```

Confidential - Subject to Protective Order

```
 1   of in April of 2011?
 2       A.   Yes.
 3       Q.   A risk that you were aware of by virtue
 4   of your training and experience?
 5       A.   Yes.
 6       Q.   This list of risks that we just went
 7   through that you were aware of in April of 2011,
 8   you told me that you were aware of all of those
 9   risks by virtue of your training and your
10   experience, correct?
11       A.   Yes.
12       Q.   You didn't need a manufacturer to tell
13   you about them, for example?
14       MR. MATTHEWS:   Object to the form.
15   BY THE WITNESS:
16       A.   No.
17   BY MS. COX:
18       Q.   We spoke earlier about how you don't
19   guarantee results to your patients.  Do you recall
20   that?
21       A.   Yes.
22       Q.   Would you agree there are many factors
23   that can affect the success of a procedure?
24       A.   Yes.
```

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | A. | I don't know.  I have to read the note. |
| 2 | | Okay.  I read it. |
| 3 | Q. | So, this was the first time you saw Mr. Gage after his filter was placed? |
| 5 | A. | I don't remember that specifically if that was the first time. |
| 7 | Q. | In this note you talk about his history of recurrent PE and that he has an IVC filter.  In the highlighted portion on the screen it says, "He's actually doing quite well.  He's recently been to Rib Fest.  He's been on boats." |
| 12 | | So, do you recall he was doing well during this visit? |
| 14 | A. | I don't recall that specifically other than what I'm reading right now. |
| 16 | Q. | So, if he would have had, for example, a PE since his filter was placed, that would be something that you would have noted here, correct? |
| 19 | A. | Yes. |
| 20 | Q. | So, no -- nothing in this visit shows any concerns for his PE at this point, correct? |
| 22 | A. | Correct. |
| 23 | Q. | Now, on the second page of this note, under "Decision Making," it says, "Pulmonary |

Confidential - Subject to Protective Order

```
 1   embolism.  He is going to be on Coumadin lifelong."
 2              Can you tell me what that means?
 3        A.    Well, the issue at that point was that
 4   there was no -- oh, I lost my mike.  I'm sorry.
 5        MR. MATTHEWS:  What page are you on?  I'm
 6   sorry.
 7        MS. COX:  08.
 8   BY THE WITNESS:
 9        A.    I'll start again.
10              There was no clear-cut, precipitating
11   factor for his pulmonary embolism, i.e., surgery or
12   trauma at the time when he initially presented, so
13   therefore you don't really know if it's ever safe
14   to stop anticoagulation.
15   BY MS. COX:
16        Q.    So, in this visit you are making the
17   determination that he was going to be on blood
18   thinners the rest of his life?
19        A.    I was going to keep him on blood
20   thinners indefinitely at that time.
21        Q.    And that was due to his risk of having
22   another PE?
23        A.    That would be the risk of having another
24   thromboembolic event, yes.
```

Confidential - Subject to Protective Order

```
 1      Q.    As part of that decision were you
 2   factoring in his heart function and COPD and maybe
 3   ability to tolerate a future PE?
 4      A.    Not specifically.
 5      Q.    That decision to place him on lifelong
 6   blood thinners, that was solely based on his risk
 7   for PE in the future and not the fact that he had
 8   an IVC filter placed, correct?
 9      A.    Correct.
10      Q.    It also says under "Decision Making"
11   that "IVC filter, this will be the same." Does
12   that mean you're prescribing his filter to remain
13   in lifelong?
14      A.    At that point I had made the decision to
15   leave it in, yes.
16      Q.    And what was that decision based on?
17      A.    That was a clinical decision based on
18   multiple things, including his chronic renal
19   insufficiency, which makes future diagnosis of
20   pulmonary embolism very difficult, the troubles he
21   had had with anticoagulation with bleeding issues.
22   And when you put those two together, I thought the
23   filter should stay in place.
24      Q.    So, that decision to have his filter
```