# EXHIBIT M

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
Case No.: 1:14-cv-06016-RLY-TAB

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

V I D E O   D E P O S I T I O N
o f
DR. MARK ZUZGA
taken on behalf of Defendants

DATE:    April 19, 2017

TIME:    3:13 p.m. to 7:17 p.m.

PLACE:   2580 Gulf to Bay Boulevard
         Clearwater, Florida  33765

BEFORE:  Dawn A. Hillier, RMR, CRR, CLR
         Notary Public - State of
         Florida, at Large

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

Page 113

1  everything carries an inherent risk.
2      Q    Was there anything about Mrs. Hill that made
3  her immune from the known complications with all
4  filters?
5      A    No.
6           MR. JOHNSON:  Form.
7  BY MS. PIERSON:
8      Q    Back in November of 2010, was it well known in
9  the medical community that perforation of the vena cava
10 was a known risk of all filters?
11          MR. JOHNSON:  Form.
12          THE WITNESS:  Yes.
13 BY MS. PIERSON:
14     Q    That was something that you knew?
15     A    Yes.
16     Q    Based on your medical training and your
17 education?
18     A    Yes.
19     Q    Back in November of 2010, were you and the
20 general medical community well aware that if something
21 perforates the vena cava, it could also perforate an
22 organ or something else close to the vena cava?
23     A    Yes.
24          MR. JOHNSON:  Form.
25 BY MS. PIERSON:

CONFIDENTIAL

Page 114

1  Q    Perforation of the small intestine was a known
2  risk with all filters in November 2010.
3  A    Correct.
4  Q    And you knew that?
5  A    Yes.
6  Q    And it was generally known in the medical
7  community?
8  A    Yes.
9       MR. JOHNSON:  Form.
10 BY MS. PIERSON:
11 Q    For the patients who experience a perforation
12 of their vena cava or a perforation of their other
13 organs, are a portion of those patients completely
14 asymptomatic?
15 A    Yes.
16      MR. JOHNSON:  Form.
17 BY MS. PIERSON:
18 Q    Give the jury some sense of when there is a
19 perforation of a vena cava or something else.  How
20 frequently does the patient even know it's happening?
21 A    I couldn't give you a number.  I've seen
22 several CAT scans before where struts were seen outside
23 the cava.  And it was an incidental finding, meaning the
24 patient wasn't having any symptoms.
25 Q    In your work as a vascular surgeon, are there

CONFIDENTIAL

Page 118

1  Q   We were talking a second ago about the risks
2  that you were aware of with respect to the Cook Celect
3  and other filters in November of 2010. In November of
4  2010, were you aware that it was possible that you might
5  not be able to retrieve a filter?
6  A   Yes.
7  Q   Were you aware of the known risks or potential
8  complication that a filter that you intended to be
9  temporary may wind up being permanent?
10 A   Yes.
11 Q   That was true with all filters?
12 A   Correct.
13 Q   Including the Celect?
14 A   Correct.
15 Q   And it was well known to you in November of
16 2010?
17 A   Yes.
18 Q   In November of 2010, were you aware of the
19 risk of migration of the filter?
20 A   Yes.
21 Q   Were you aware of the risk of migration to a
22 patient's heart or lungs?
23 A   Yes.
24 Q   Were you aware of the risk of migration to the
25 renal veins?

CONFIDENTIAL

Page 119

1  A    Yes.

2  Q    Is that a known risk of all filters, including
3  the Celect that you were aware of in November of 2010?

4  A    Yes.

5  Q    And it was generally known in the medical
6  community?

7  A    Correct.

8  MR. JOHNSON:  Form.

9  BY MS. PIERSON:

10 Q    And I should have asked you that same question
11 about an inability to retrieve the filter. Was that
12 risk a known risk or potential complication that was
13 well known in the general medical community?

14 MR. JOHNSON:  Form.

15 THE WITNESS:  Yes.

16 BY MS. PIERSON:

17 Q    How about a fracture of a filter? In November
18 of 2010, were you aware that it was possible that a
19 filter could fracture?

20 A    Yes.

21 Q    And that included Celect?

22 A    Correct.

23 Q    You knew that based on your medical education
24 and training?

25 A    Yes.

CONFIDENTIAL

Page 120

1  Q  You didn't rely on Cook to tell you that in
2  any way?
3  A  No.
4  Q  Was that a known risk in the general medical
5  community?
6  A  Yes.
7       MR. JOHNSON:  Form.
8  BY MS. PIERSON:
9  Q  In November of 2010, were you aware that
10  bleeding was a known risk with filters?
11  A  Yes.
12  Q  Were you aware that embedment of the filter or
13  growth around the filter hook or --
14  A  Yes.
15  Q  -- one of the struts, was it a possibility?
16  A  Yes.
17  Q  Were you and the general medical community
18  aware that this could happen with the Cook Celect or any
19  other filter --
20       MR. JOHNSON:  Form.
21       THE WITNESS:  Yes.
22  BY MS. PIERSON:
23  Q  Were you aware that the possibility of a
24  patient needing an open removal was a known risk in
25  November of 2010?

CONFIDENTIAL

Page 121

1    A    Yes.
2    Q    Was that generally known in the medical
3    community?
4    A    Yes.
5         MR. JOHNSON:  Form.
6    BY MS. PIERSON:
7    Q    Were you aware that the possibility of the
8    filter tilting, that that could happen in November of
9    2010?
10   A    Yes.
11   Q    That was something that was known by you and
12   the general medical community in November of 2010?
13        MR. JOHNSON:  Form.
14        THE WITNESS:  Correct.
15   BY MS. PIERSON:
16   Q    And, again, this was known to you based on
17   your medical education and your training; correct?
18   A    Correct.
19   Q    The tilting or movement of a filter, I heard
20   Mr. Johnson ask you about this a second ago.
21        Is it fair to say that over the years,
22   Dr. Zuzga, you have seen patients with filters who have
23   tilted?
24   A    Yes.
25   Q    Are their filters still safe and effective, in

CONFIDENTIAL

Page 122

1    your judgment?
2       A    Yes.
3       Q    A filter can tilt based on the way the
4    physician deploys it; correct?
5       A    Um-hum.  Yes.
6       Q    A filter can tilt by virtue of a patient's
7    anatomy or a deformity in their anatomy?
8       A    Correct.
9       Q    A filter can tilt as a result of trauma?
10      A    Yes.
11      Q    A filter can become tilted after placement
12   because of the contraction of the vena cava or a
13   movement of the vena cava in a subsequent procedure?
14      A    Correct.
15      Q    Malpositioning of the filter is a known risk
16   of any filter placement.
17      A    Correct.
18      Q    That was known to you in November of 2010?
19      A    Yes.
20      Q    And generally known in the medical community?
21      A    Yes.
22           MR. JOHNSON:  Form.
23   BY MS. PIERSON:
24      Q    Infection is a known risk?
25      A    Yes.

CONFIDENTIAL

Page 123

```
 1      Q    Again, generally known to you and the medical
 2   community in November of 2010?
 3      A    Correct.
 4      Q    Even death as a consequence of something with
 5   a filter, that was a known risk for all filters in
 6   November of 2010?
 7      A    Yes.
 8      Q    You knew that?
 9      A    Yes.
10      Q    And it was generally known in the medical
11   community?
12      A    Yes.
13      Q    All of these risks that we've been talking
14   about, Dr. Zuzga, are they all risks that you were
15   taught about in your medical training and in your
16   fellowship training?
17      A    Yes.
18      Q    Are they all risks that were discussed in the
19   medical community and things that you were well familiar
20   with before you ever placed Mrs. Hill's filter?
21      A    Yes.
22      Q    You knew about those risks without regard to
23   any information provided to you by a filter
24   manufacturer?
25      A    Correct.
```

CONFIDENTIAL

Page 129

1   Q   And on the screen, I've highlighted in yellow.
2   This particular consent is a consent specifically for
3   her IVC; right?
4   A   Correct.
5   Q   And it says [as read]: The risks have been
6   explained to me. I understand these risks may include
7   but are not limited to...
8       And then there are a number of bullet points
9   there.
10  A   Yes.
11  Q   Do you see those?
12  A   Yep.
13  Q   In the informed consent that you or the
14  hospital gave to Mrs. Hill before her procedure, was she
15  specifically warned of the risk of pain, infection, or
16  bleeding?
17  A   Yes.
18  Q   Was she specifically warned of the risk of
19  injury to the vessel or nerve?
20  A   Yes.
21  Q   And do you see that right there?
22  A   Yes.
23  Q   It says [as read]: Including perforation.
24  A   Correct.
25  Q   Was Mrs. Hill specifically warned of the risk

CONFIDENTIAL

Page 130

1  of perforation --
2      A    Yes.
3      Q    -- from her vena cava filter?
4      A    Yes.
5      Q    She's also warned of other risks that are far
6  worse; right?
7      A    Yes.
8      Q    She was warned of the risk of hematoma?
9      A    Yes.
10     Q    Stroke?
11     A    Yes.
12     Q    Pulmonary embolism?
13     A    Yes.
14     Q    Filter migration?
15     A    Yes.
16     Q    Heart arrhythmia?
17     A    Yes.
18     Q    And thrombosis resulting in leg swelling.
19     A    Yes.
20     Q    She was warned in the informed consent of the
21  risk of respiratory problems including paralysis, brain
22  damage, drug reactions or possibly death.
23     A    Correct.
24     Q    And the consent states [as read]:  The
25  alternatives to this procedure have been explained and

CONFIDENTIAL

Page 133

1  filter. And the second consent is for the procedure
2  that you were performing?
3      A   Correct.
4      Q   In this consent, did you and the hospital warn
5  Mrs. Hill of, in paragraph three [as read]: The risks,
6  benefits, and possible problems which may include
7  infection, bleeding, blood vessel, and/or nerve injury,
8  injury to other tissues and/or organs affected by the
9  process of my intended procedure, brain, spine, or other
10 nervous system damage, loss of use of body parts, and/or
11 life have been explained.
12     A   Yes.
13     Q   And specifically within that paragraph, when
14 the consent says that she's -- she has been told about
15 the risks, benefits, and possible problems including
16 blood vessel and/or nerve injury, does that include
17 perforation of the vena cava?
18     A   Yes.
19     Q   And when this consent warns of injury to other
20 tissues and/or organs affected by the process of my
21 intended procedure, does that include the possibility of
22 organ damage from placement of a vena cava filter?
23     A   Yes.
24     Q   In paragraph four, it says [as read]: My
25 doctor has discussed with me the possible problems with

CONFIDENTIAL

Page 137

1  at the top says IVC filter; correct?
2      A    Yes.
3      Q    And it says [as read]:  The risks have been
4  fully explained to me.  I understand that these risks
5  may include but may be limited to...
6           And then there are a bunch of bullet points.
7      A    Yes.
8      Q    Again, on the day of Mrs. Hill's retrieval
9  attempt, was she warned of the risk of pain, infection,
10 or bleeding from her vena cava filter?
11     A    Yes.
12     Q    Again, was she warned of the risk of injury to
13 a vessel or a nerve including perforation?
14     A    Yes.
15     Q    She was warned on that day a third time of the
16 possibility that her vena cava could be perforated by
17 her filter or your attempt to retrieve her filter?
18     A    Correct.
19     Q    Was she warned of the risks of other and more
20 significant:  Stroke, pulmonary embolism, filter
21 migration, arrhythmia?
22     A    Yes.
23     Q    Was she warned of the risk that she could
24 develop thrombosis resulting in leg swelling following
25 her filter?

CONFIDENTIAL

Page 142

1  filters without reviewing the instructions for use that
2  accompanied the product?
3      A    Yes.
4      Q    I want to ask you about some medical terms
5  that counsel asked you about last time.
6           First, when you see or hear the term "damage
7  to the vena cava," do you understand that damage to the
8  vena cava can include perforation of the vena cava?
9      A    Yes.
10     Q    And when you see in a document listed as a
11 risk of a filter, "perforation," do you understand that
12 that means it could, in fact, go through the wall of the
13 vena cava?
14     A    Yes.
15     Q    As a vascular surgeon, you're well familiar
16 with the organs and structures that are close to a
17 patient's vena cava?
18     A    Yes.
19     Q    And when you see as a listed risk, perforation
20 of the vena cava, do you know and understand that that
21 includes adjacent organs?
22     A    Yes.
23     Q    And structures?
24     A    Correct.
25     Q    In other words, if somebody said to you,

CONFIDENTIAL

Page 143

1  Dr. Zuzga, as I understand they did in your medical
2  training, with a filter, there can be vena cava
3  perforation, you knew and understood that that could
4  include the small intestine?
5      A   Yes.
6      Q   When you see the term "filter hook embedded in
7  tissue growth," if you were to read that, would you
8  understand that to mean that the hook could become
9  overgrown with tissue?
10     A   Correct.
11     Q   And when a hook on a filter is touching the
12 wall of a vena cava, what is it that causes tissue to
13 grow over that?
14     A   It just can be a reaction from the body from a
15 foreign object inside.
16     Q   Is that true with other products too, not just
17 filters?
18     A   Yes.
19     Q   In other words, where there's blood flowing
20 over the filter or another product -- another product
21 and it's touching the caval wall, it's the body's
22 natural reaction to try and cover up that foreign
23 object; right?
24     A   Yes.
25     Q   It's a natural healing response?

CONFIDENTIAL

Page 177

1  that?

2     A    No.

3     Q    Mr. Heaviside asked you some questions last
4  time we were together about whether based on some
5  language in the Celect IFU, whether a physician would be
6  led to believe that there were never any adverse events
7  with the Celect filter.  Do you remember those
8  questions?

9          MR. JOHNSON:  Form.

10         THE WITNESS:  Vaguely, yes.

11 BY MS. PIERSON:

12    Q    Okay.  Even after having been shown that by
13 Mr. Heaviside, would you ever believe that there were no
14 adverse events associated with the Cook Celect filter?

15    A    No.

16    Q    Has anyone ever told you that?

17    A    No.

18    Q    Let's go off the record.  I think I'm done.  I
19 just want to look through a couple of pages.  Go off.

20         THE VIDEOGRAPHER:  Stand by.

21         The time is 6:16 p.m.  And we are off the
22 record.

23         (A brief recess is had from 6:16 p.m. to
24 6:20 p.m.)

25         THE VIDEOGRAPHER:  The time is 6:20 p.m.  We

CONFIDENTIAL

Page 224

1  BY MS. PIERSON:
2      Q    And 86 percent would be inconsistent with the
3  experience of any other physician you know with any
4  filter; right?
5           MR. JOHNSON:  Form.
6           THE WITNESS:  Yes.
7  BY MS. PIERSON:
8      Q    If this is what Mr. Johnson says is true,
9  wouldn't you expect to see people who receive the vena
10 cava filters, Celect filters, I mean, literally falling
11 down in the street?
12          MR. JOHNSON:  Form.
13 BY MS. PIERSON:
14     Q    If it's really 86 percent.
15     A    Well, I would expect it not to be available
16 for use.
17     Q    And that's not the case, is it?
18     A    Correct.
19          MR. JOHNSON:  Form.
20 BY MS. PIERSON:
21     Q    Mr. Johnson asked you several questions about
22 risks that you -- did you tell Mrs. Hill this, did you
23 tell Mrs. Hill that.  The fact of the matter is, is
24 there any risk that you've heard about today that you
25 did not know in November of 2010?

CONFIDENTIAL

Page 225

1    A    No.

2    Q    Okay. In November of 2010, you knew about the
3 risks that Mr. Johnson described about organ
4 perforation, a narrowed or stenosed vena cava, those
5 were all well known to you?

6    A    Correct.

7    Q    And when Mr. Johnson asked you, you had no
8 expectation that Mrs. Hill's perforation -- or excuse
9 me, you had no expectation that Mrs. Hill's filter would
10 perforate her duodenum following your retrieval attempt,
11 it's accurate to say that you had no expectation, but
12 you always knew it was a risk?

13    A    Correct.

14    Q    Mr. Johnson asked if, based on the information
15 he and Mrs. Hill's other lawyers have shown you, if
16 following the unsuccessful retrieval attempt, if you
17 would have sent Mrs. Hill to someone else? Again,
18 context is important for the information he's shown you;
19 right?

20    A    Yes.

21    Q    And if in context, the complication rate with
22 a Celect filter is less than 1 percent, it is equally
23 likely with all the information in that context that you
24 would have done exactly what you did in March of 2011?

25    A    Yes.