# EXHIBIT N

Reliance List, Dr. Alexander Marmureanu

| PR Number | Associated Bates Number |
|---|---|
| PR3609 | CookMDL2570_0074009 |
| | CookMDL2570_0074045 |
| PR5306 | CookMDL2570_0078695 |
| | CookMDL2570_0078697 |
| | CookMDL2570_0078714 |
| PR4298 | CookMDL2570_0075936 |
| | CookMDL2570_0075937 |
| | CookMDL2570_0075938 |
| | CookMDL2570_0075956 |
| PR4299 | CookMDL2570_0075954 |
| | CookMDL2570_0310776 |
| | CookMDL2570_0310777 |
| | CookMDL2570_0075961 |
| | CookMDL2570_0075971 |
| PR4128 | CookMDL2570_0075285 |
| | CookMDL2570_0075286 |
| | CookMDL2570_0075289 |
| | CookMDL2570_0075302 |
| | CookMDL2570_0075303 |
| | CookMDL2570_0075304 |
| | CookMDL2570_0075305 |
| | CookMDL2570_0075306 |
| | CookMDL2570_0075307 |
| | CookMDL2570_0075308 |
| | CookMDL2570_0075309 |
| | CookMDL2570_0075312 |
| | CookMDL2570_0075330 |
| | CookMDL2570_0075331 |
| | CookMDL2570_0075338 |
| PR5100 | CookMDL2570_0078119 |
| | CookMDL2570_0078122 |
| | CookMDL2570_0078163 |
| | CookMDL2570_0078145 |
| PR4732 | CookMDL2570_0076876 |
| | CookMDL2570_0076880 |
| | CookMDL2570_0076882 |
| | CookMDL2570_0076888 |
| | CookMDL2570_0076891 |
| | CookMDL2570_0076907 |
| | CookMDL2570_0076909 |

|           | |
|-----------|--|
|           | CookMDL2570_0076916 |
|           | CookMDL2570_0077004 |
|           | CookMDL2570_0077005 |
|           | CookMDL2570_0310891 |
|           | CookMDL2570_0076914 |
| **PR5203** | CookMDL2570_0078512 |
|           | CookMDL2570_0078518 |
|           | CookMDL2570_0078533 |
| **PR5306** | CookMDL2570_0078695 |
|           | CookMDL2570_0078697 |
|           | CookMDL2570_0078714 |
| **PR6134** | CookMDL2570_0079989 |
|           | CookMDL2570_0079992 |
|           | CookMDL2570_0079993 |
|           | CookMDL2570_0079994 |
|           | CookMDL2570_0080003 |
|           | CookMDL2570_0311481 |
|           | CookMDL2570_0311485 |
|           | CookMDL2570_0311489 |
|           | CookMDL2570_0080005 |
|           | CookMDL2570_0080052 |
| **PR6424** | CookMDL2570_0080107 |
|           | CookMDL2570_0080156 |
|           | CookMDL2570_0080168 |
| **PR7158** | CookMDL2570_0080259 |
|           | CookMDL2570_0080263 |
|           | CookMDL2570_0080299 |
|           | CookMDL2570_0080286 |
|           | CookMDL2570_0080309 |
| **PR7510** | CookMDL2570_0080274 |
|           | CookMDL2570_0080275 |
|           | CookMDL2570_0080296 |
|           | CookMDL2570_0080297 |
|           | CookMDL2570_0080298 |
|           | CookMDL2570_0080305 |
|           | CookMDL2570_0080306 |
|           | CookMDL2570_0080307 |
|           | CookMDL2570_0080308 |
|           | CookMDL2570_0080325 |
|           | CookMDL2570_0080330 |
|           | CookMDL2570_0080332 |
|           | CookMDL2570_0080333 |
|           | CookMDL2570_0080337 |
|           | CookMDL2570_0080314 |

|         |                        |
|---------|------------------------|
|         | *CookMDL2570_0080348*  |
| **PR9303** | *CookMDL2570_0068638*  |
|         | *CookMDL2570_0068639*  |
|         | *CookMDL2570_0068651*  |
| **PR7647** | *CookMDL2570_0080347*  |
|         | *CookMDL2570_0080351*  |
|         | *CookMDL2570_0080352*  |
|         | *CookMDL2570_0080363*  |
|         | *CookMDL2570_0080364*  |
|         | *CookMDL2570_0080365*  |
|         | *CookMDL2570_0080366*  |
|         | *CookMDL2570_0080367*  |
|         | *CookMDL2570_0080368*  |
|         | *CookMDL2570_0080369*  |
|         | *CookMDL2570_0080370*  |
|         | *CookMDL2570_0080371*  |
|         | *CookMDL2570_0080372*  |
|         | *CookMDL2570_0080373*  |
|         | *CookMDL2570_0080374*  |
|         | *CookMDL2570_0080387*  |
|         | *CookMDL2570_0080388*  |
|         | *CookMDL2570_0080389*  |
|         | *CookMDL2570_0080390*  |
|         | *CookMDL2570_0080391*  |
|         | *CookMDL2570_0080392*  |
|         | *CookMDL2570_0080393*  |
|         | *CookMDL2570_0080394*  |
|         | *CookMDL2570_0080395*  |
|         | *CookMDL2570_0311512*  |
|         | *CookMDL2570_0068476*  |
| **PR7722** | *CookMDL2570_0068500*  |
|         | *CookMDL2570_0068507*  |
|         | *CookMDL2570_0068508*  |
|         | *CookMDL2570_0068509*  |
|         | *CookMDL2570_0068521*  |
|         | *CookMDL2570_0068526*  |
|         | *CookMDL2570_0068511*  |
| **PR7895** | *CookMDL2570_0068525*  |
|         | *CookMDL2570_0068556*  |
|         | *CookMDL2570_0068560*  |
|         | *CookMDL2570_0068543*  |
|         | *CookMDL2570_0068569*  |
| **PR9535** | *CookMDL2570_0068712*  |
|         | *CookMDL2570_0068713*  |

| | |
|---|---|
| | *CookMDL2570_0068714* |
| | *CookMDL2570_0068720* |
| | *CookMDL2570_0068721* |
| | *CookMDL2570_0068733* |
| | *CookMDL2570_0068734* |
| | *CookMDL2570_0068744* |
| | *CookMDL2570_0068745* |
| | *CookMDL2570_0068722* |
| | *CookMDL2570_0068748* |
| **PR9395** | *CookMDL2570_0068668* |
| | *CookMDL2570_0068678* |
| | *CookMDL2570_0068689* |
| | *CookMDL2570_0068690* |
| | *CookMDL2570_0068693* |
| | *CookMDL2570_0068694* |
| | *CookMDL2570_0068695* |
| | *CookMDL2570_0068696* |
| | *CookMDL2570_0068697* |
| | *CookMDL2570_0068698* |
| | *CookMDL2570_0068699* |
| | *CookMDL2570_0068700* |
| | *CookMDL2570_0068701* |
| | *CookMDL2570_0068707* |
| | *CookMDL2570_0068708* |
| | *CookMDL2570_0068709* |
| | *CookMDL2570_0068710* |
| | *CookMDL2570_0068711* |
| | *CookMDL2570_0068761* |
| | *CookMDL2570_0819241* |
| | *CookMDL2570_0819245* |
| | *CookMDL2570_0819247* |
| | *CookMDL2570_0819406* |
| | *CookMDL2570_0819407* |
| | *CookMDL2570_0819408* |
| | *CookMDL2570_0819409* |
| | *CookMDL2570_0068656* |
| | *CookMDL2570_0068715* |
| **PR7136** | *CookMDL2570_0080181* |
| | *CookMDL2570_0080189* |
| | *CookMDL2570_0080225* |
| | *CookMDL2570_0080237* |
| **PR9535** | *CookMDL2570_0068712* |
| | *CookMDL2570_0068713* |
| | *CookMDL2570_0068714* |

|  |  |
|---|---|
|  | *CookMDL2570_0068720* |
|  | *CookMDL2570_0068721* |
|  | *CookMDL2570_0068733* |
|  | *CookMDL2570_0068734* |
|  | *CookMDL2570_0068744* |
|  | *CookMDL2570_0068745* |
|  | *CookMDL2570_0068722* |
|  | *CookMDL2570_0068748* |
| **PR10131** | *CookMDL2570_0068853* |
|  | *CookMDL2570_0068859* |
|  | *CookMDL2570_0068862* |
|  | *CookMDL2570_0068863* |
|  | *CookMDL2570_0068864* |
|  | *CookMDL2570_0068865* |
|  | *CookMDL2570_0068866* |
|  | *CookMDL2570_0068880* |
|  | *CookMDL2570_0068904* |
|  | *CookMDL2570_0309404* |
| **PR9303** | *CookMDL2570_0068638* |
|  | *CookMDL2570_0068639* |
|  | *CookMDL2570_0068651* |
| **PR8399** | *CookMDL2570_0068555* |
|  | *CookMDL2570_0068559* |
|  | *CookMDL2570_0068568* |
|  | *CookMDL2570_0068572* |
|  | *CookMDL2570_0068573* |
|  | *CookMDL2570_0068584* |
|  | *CookMDL2570_0068585* |
|  | *CookMDL2570_0068586* |
|  | *CookMDL2570_0068574* |
|  | *CookMDL2570_0068600* |
| **PR11115** | *CookMDL2570_0069054* |
|  | *CookMDL2570_0069055* |
|  | *CookMDL2570_0069066* |
|  | *CookMDL2570_0069067* |
|  | *CookMDL2570_0069068* |
|  | *CookMDL2570_0069069* |
|  | *CookMDL2570_0069072* |
|  | *CookMDL2570_0069075* |
|  | *CookMDL2570_0069084* |
|  | *CookMDL2570_0069085* |
|  | *CookMDL2570_0069086* |
|  | *CookMDL2570_0069099* |
|  | *CookMDL2570_0069100* |

| | |
|---|---|
| | *CookMDL2570_0069101* |
| | *CookMDL2570_0069103* |
| | *CookMDL2570_0069108* |
| | *CookMDL2570_0069111* |
| | *CookMDL2570_0069121* |
| | *CookMDL2570_0309425* |
| | *CookMDL2570_0069087* |
| | *CookMDL2570_0069140* |
| **PR12279** | *CookMDL2570_0069453* |
| | *CookMDL2570_0069470* |
| | *CookMDL2570_0069471* |
| | *CookMDL2570_0069472* |
| | *CookMDL2570_0069473* |
| | *CookMDL2570_0069474* |
| | *CookMDL2570_0069475* |
| | *CookMDL2570_0069476* |
| | *CookMDL2570_0069477* |
| | *CookMDL2570_0069478* |
| | *CookMDL2570_0069485* |
| | *CookMDL2570_0069501* |
| | *CookMDL2570_0069459* |
| | *CookMDL2570_0069498* |
| **PR11003** | *CookMDL2570_0068994* |
| | *CookMDL2570_0068995* |
| | *CookMDL2570_0068996* |
| | *CookMDL2570_0069007* |
| | *CookMDL2570_0069023* |
| | *CookMDL2570_0069030* |
| | *CookMDL2570_0069034* |
| | *CookMDL2570_0069011* |
| | *CookMDL2570_0309423* |
| **PR13139** | *CookMDL2570_0069700* |
| | *CookMDL2570_0069710* |
| | *CookMDL2570_0069711* |
| | *CookMDL2570_0069712* |
| | *CookMDL2570_0069713* |
| | *CookMDL2570_0069714* |
| | *CookMDL2570_0069715* |
| | *CookMDL2570_0069717* |
| | *CookMDL2570_0069724* |
| | *CookMDL2570_0069726* |
| | *CookMDL2570_0309441* |
| | *CookMDL2570_0309451* |
| **PR12174** | *CookMDL2570_0069421* |

|  |  |
|---|---|
| | *CookMDL2570_0069422* |
| | *CookMDL2570_0069423* |
| | *CookMDL2570_0069424* |
| | *CookMDL2570_0069434* |
| | *CookMDL2570_0069436* |
| | *CookMDL2570_0069437* |
| | *CookMDL2570_0069438* |
| | *CookMDL2570_0069439* |
| | *CookMDL2570_0069440* |
| | *CookMDL2570_0069443* |
| | *CookMDL2570_0069444* |
| | *CookMDL2570_0069445* |
| | *CookMDL2570_0069448* |
| | *CookMDL2570_0069449* |
| | *CookMDL2570_0069450* |
| | *CookMDL2570_0069452* |
| | *CookMDL2570_0069454* |
| | *CookMDL2570_0069456* |
| **PR13311** | *CookMDL2570_0069720* |
| | *CookMDL2570_0069723* |
| | *CookMDL2570_0069740* |
| | *CookMDL2570_0069766* |
| | *CookMDL2570_0069770* |
| | *CookMDL2570_0069785* |
| | *CookMDL2570_0309459* |
| | *CookMDL2570_0309468* |
| | *CookMDL2570_0309473* |
| **PR15535** | *CookMDL2570_0070245* |
| | *CookMDL2570_0070251* |
| | *CookMDL2570_0070262* |
| | *CookMDL2570_0070269* |
| | *CookMDL2570_0070280* |
| | *CookMDL2570_0070284* |
| | *CookMDL2570_0070285* |
| | *CookMDL2570_0070286* |
| | *CookMDL2570_0070287* |
| | *CookMDL2570_0070288* |
| | *CookMDL2570_0070289* |
| | *CookMDL2570_0070291* |
| | *CookMDL2570_0070292* |
| | *CookMDL2570_0070293* |
| | *CookMDL2570_0070294* |
| | *CookMDL2570_0070295* |
| | *CookMDL2570_0070296* |

| | |
|---|---|
| | *CookMDL2570_0070299* |
| | *CookMDL2570_0070303* |
| | *CookMDL2570_0070411* |
| | *CookMDL2570_0070413* |
| | *CookMDL2570_0309598* |
| | *CookMDL2570_0309602* |
| | *CookMDL2570_0070303* |
| | *CookMDL2570_0070504* |
| **PR16624** | *CookMDL2570_0070509* |
| | *CookMDL2570_0070519* |
| | *CookMDL2570_0070521* |
| | *CookMDL2570_0070522* |
| | *CookMDL2570_0070523* |
| | *CookMDL2570_0070524* |
| | *CookMDL2570_0070525* |
| | *CookMDL2570_0070526* |
| | *CookMDL2570_0070527* |
| | *CookMDL2570_0070534* |
| | *CookMDL2570_0070535* |
| | *CookMDL2570_0100299* |
| | *CookMDL2570_0828823* |
| | *CookMDL2570_0070535* |
| **PR21808** | *CookMDL2570_0071584* |
| | *CookMDL2570_0071590* |
| | *CookMDL2570_0071601* |
| | *CookMDL2570_0071603* |
| | *CookMDL2570_0071627* |
| | *CookMDL2570_0071629* |
| | *CookMDL2570_0071639* |
| | *CookMDL2570_0071703* |
| | *CookMDL2570_0071704* |
| | *CookMDL2570_0314075* |
| | *CookMDL2570_0071639* |
| **PR21243** | *CookMDL2570_0071336* |
| | *CookMDL2570_0071340* |
| | *CookMDL2570_0071341* |
| | *CookMDL2570_0071351* |
| | *CookMDL2570_0071352* |
| | *CookMDL2570_0071388* |
| | *CookMDL2570_0071419* |
| | *CookMDL2570_0071423* |
| | *CookMDL2570_0071449* |
| | *CookMDL2570_0071450* |
| | *CookMDL2570_0071451* |

|          |                      |
|----------|----------------------|
|          | *CookMDL2570_0071452* |
|          | *CookMDL2570_0071453* |
|          | *CookMDL2570_0071454* |
|          | *CookMDL2570_0071455* |
|          | *CookMDL2570_0071456* |
|          | *CookMDL2570_0309837* |
|          | *CookMDL2570_0309841* |
|          | *CookMDL2570_0309846* |
|          | *CookMDL2570_0309848* |
|          | *CookMDL2570_0071388* |
|          | *CookMDL2570_0071584* |
| **PR21808** | *CookMDL2570_0071590* |
|          | *CookMDL2570_0071601* |
|          | *CookMDL2570_0071603* |
|          | *CookMDL2570_0071627* |
|          | *CookMDL2570_0071629* |
|          | *CookMDL2570_0071639* |
|          | *CookMDL2570_0071703* |
|          | *CookMDL2570_0071704* |
|          | *CookMDL2570_0314075* |
|          | *CookMDL2570_0071639* |
| **PR23043** | *CookMDL2570_0071912* |
|          | *CookMDL2570_0071927* |
|          | *CookMDL2570_0071929* |
|          | *CookMDL2570_0071963* |
|          | *CookMDL2570_0071967* |
|          | *CookMDL2570_0071929* |
| **PR23021** | *CookMDL2570_0071813* |
|          | *CookMDL2570_0071815* |
|          | *CookMDL2570_0071827* |
|          | *CookMDL2570_0071869* |
|          | *CookMDL2570_0071873* |
|          | *CookMDL2570_0071875* |
|          | *CookMDL2570_0071876* |
|          | *CookMDL2570_0071877* |
|          | *CookMDL2570_0071879* |
|          | *CookMDL2570_0071880* |
|          | *CookMDL2570_0071881* |
|          | *CookMDL2570_0071883* |
|          | *CookMDL2570_0071884* |
|          | *CookMDL2570_0071885* |
|          | *CookMDL2570_0071886* |
|          | *CookMDL2570_0309879* |
|          | *CookMDL2570_0071827* |

**PR20111**
- *CookMDL2570_0071024*
- *CookMDL2570_0071032*
- *CookMDL2570_0071033*
- *CookMDL2570_0071044*
- *CookMDL2570_0071045*
- *CookMDL2570_0071048*
- *CookMDL2570_0071050*
- *CookMDL2570_0071051*
- *CookMDL2570_0071053*
- *CookMDL2570_0071054*
- *CookMDL2570_0071057*
- *CookMDL2570_0071058*
- *CookMDL2570_0071059*
- *CookMDL2570_0071060*
- *CookMDL2570_0071060*
- *CookMDL2570_0071065*
- *CookMDL2570_0071069*
- *CookMDL2570_0071071*
- *CookMDL2570_0309781*
- *CookMDL2570_0309784*
- *CookMDL2570_0071033*
- *CookMDL2570_0071069*

**PR24665**
- *CookMDL2570_0072315*
- *CookMDL2570_0072332*
- *CookMDL2570_0072334*
- *CookMDL2570_0072340*
- *CookMDL2570_0072344*
- *CookMDL2570_0072348*
- *CookMDL2570_0072355*
- *CookMDL2570_0072408*
- *CookMDL2570_0072410*
- *CookMDL2570_0072411*
- *CookMDL2570_0072413*
- *CookMDL2570_0072427*
- *CookMDL2570_0072428*
- *CookMDL2570_0072429*
- *CookMDL2570_0072432*
- *CookMDL2570_0072437*
- *CookMDL2570_0309937*
- *CookMDL2570_0309939*
- *CookMDL2570_0773474*
- *CookMDL2570_0773477*
- *CookMDL2570_0773503*
- *CookMDL2570_0773506*

|          |                      |
|----------|----------------------|
|          | *CookMDL2570_0773557* |
|          | *CookMDL2570_0773558* |
|          | *CookMDL2570_0773597* |
|          | *CookMDL2570_0772355* |
| **PR24258** | *CookMDL2570_0072141* |
|          | *CookMDL2570_0072152* |
|          | *CookMDL2570_0072160* |
|          | *CookMDL2570_0072164* |
|          | *CookMDL2570_0072175* |
|          | *CookMDL2570_0072179* |
|          | *CookMDL2570_0072183* |
|          | *CookMDL2570_0072185* |
|          | *CookMDL2570_0072186* |
|          | *CookMDL2570_0072281* |
|          | *CookMDL2570_0309931* |
|          | *CookMDL2570_0072186* |
| **PR24310** | *CookMDL2570_0072189* |
|          | *CookMDL2570_0072200* |
|          | *CookMDL2570_0072201* |
|          | *CookMDL2570_0072202* |
|          | *CookMDL2570_0072210* |
|          | *CookMDL2570_0072243* |
|          | *CookMDL2570_0072245* |
|          | *CookMDL2570_0072300* |
|          | *CookMDL2570_0072301* |
|          | *CookMDL2570_0072305* |
|          | *CookMDL2570_0072310* |
|          | *CookMDL2570_0072311* |
|          | *CookMDL2570_0072326* |
|          | *CookMDL2570_0309933* |
|          | *CookMDL2570_0072245* |
| **PR27732** | *CookMDL2570_0072717* |
|          | *CookMDL2570_0072719* |
|          | *CookMDL2570_0072732* |
|          | *CookMDL2570_0072737* |
|          | *CookMDL2570_0072824* |
|          | *CookMDL2570_0072826* |
|          | *CookMDL2570_0072828* |
|          | *CookMDL2570_0072832* |
|          | *CookMDL2570_0119320* |
|          | *CookMDL2570_0119375* |
|          | *CookMDL2570_0072737* |
| **PR26409** | *CookMDL2570_0072381* |
|          | *CookMDL2570_0072391* |

|  | |
|---|---|
| | *CookMDL2570_0072395* |
| | *CookMDL2570_0072397* |
| | *CookMDL2570_0072402* |
| | *CookMDL2570_0072414* |
| | *CookMDL2570_0309941* |
| | *CookMDL2570_0072402* |
| **PR26560** | *CookMDL2570_0072415* |
| | *CookMDL2570_0072425* |
| | *CookMDL2570_0072435* |
| | *CookMDL2570_0072439* |
| | *CookMDL2570_0072441* |
| | *CookMDL2570_0072483* |
| | *CookMDL2570_0072486* |
| | *CookMDL2570_0072487* |
| | *CookMDL2570_0072489* |
| | *CookMDL2570_0072490* |
| | *CookMDL2570_0072491* |
| | *CookMDL2570_0072493* |
| | *CookMDL2570_0072441* |
| **PR24665** | *CookMDL2570_0072315* |
| | *CookMDL2570_0072332* |
| | *CookMDL2570_0072334* |
| | *CookMDL2570_0072340* |
| | *CookMDL2570_0072344* |
| | *CookMDL2570_0072348* |
| | *CookMDL2570_0072355* |
| | *CookMDL2570_0072408* |
| | *CookMDL2570_0072410* |
| | *CookMDL2570_0072411* |
| | *CookMDL2570_0072413* |
| | *CookMDL2570_0072427* |
| | *CookMDL2570_0072428* |
| | *CookMDL2570_0072429* |
| | *CookMDL2570_0072432* |
| | *CookMDL2570_0072437* |
| | *CookMDL2570_0309937* |
| | *CookMDL2570_0309939* |
| | *CookMDL2570_0773474* |
| | *CookMDL2570_0773477* |
| | *CookMDL2570_0773503* |
| | *CookMDL2570_0773506* |
| | *CookMDL2570_0773557* |
| | *CookMDL2570_0773558* |
| | *CookMDL2570_0773597* |

|          |                       |
|----------|-----------------------|
|          | *CookMDL2570_0072355* |
| **PR26820** |                    |
| **PR27732** | *CookMDL2570_0072717* |
|          | *CookMDL2570_0072719* |
|          | *CookMDL2570_0072732* |
|          | *CookMDL2570_0072737* |
|          | *CookMDL2570_0072824* |
|          | *CookMDL2570_0072826* |
|          | *CookMDL2570_0072828* |
|          | *CookMDL2570_0072832* |
|          | *CookMDL2570_0119320* |
|          | *CookMDL2570_0119375* |
|          | *CookMDL2570_0072737* |
| **PR27566** | *CookMDL2570_0072590* |
|          | *CookMDL2570_0072601* |
|          | *CookMDL2570_0072601* |
|          | *CookMDL2570_0072604* |
|          | *CookMDL2570_0072611* |
|          | *CookMDL2570_0072614* |
|          | *CookMDL2570_0072619* |
|          | *CookMDL2570_0072648* |
|          | *CookMDL2570_0072666* |
|          | *CookMDL2570_0072674* |
|          | *CookMDL2570_0072682* |
|          | *CookMDL2570_0309971* |
|          | *CookMDL2570_0309976* |
|          | *CookMDL2570_0309980* |
|          | *CookMDL2570_0072619* |
| **PR27130** | *CookMDL2570_0072555* |
|          | *CookMDL2570_0072557* |
|          | *CookMDL2570_0072570* |
|          | *CookMDL2570_0072573* |
|          | *CookMDL2570_0072617* |
|          | *CookMDL2570_0072618* |
|          | *CookMDL2570_0072570* |
| **PR16845** | *CookMDL2570_0070574* |
|          | *CookMDL2570_0070575* |
|          | *CookMDL2570_0070585* |
|          | *CookMDL2570_0070587* |
|          | *CookMDL2570_0070588* |
|          | *CookMDL2570_0070601* |
|          | *CookMDL2570_0070617* |
|          | *CookMDL2570_0070711* |
|          | *CookMDL2570_0070724* |

| | |
|---|---|
| | *CookMDL2570_0070734* |
| | *CookMDL2570_0070735* |
| | *CookMDL2570_0070736* |
| | *CookMDL2570_0070737* |
| | *CookMDL2570_0309680* |
| | *CookMDL2570_0773489* |
| | *CookMDL2570_0773490* |
| | *CookMDL2570_0773500* |
| | *CookMDL2570_0070617* |
| **PR28456** | *CookMDL2570_0072895* |
| | *CookMDL2570_0072897* |
| | *CookMDL2570_0073013* |
| | *CookMDL2570_0073016* |
| | *CookMDL2570_0073018* |
| | *CookMDL2570_0073037* |
| | *CookMDL2570_0073038* |
| | *CookMDL2570_0073039* |
| | *CookMDL2570_0073095* |
| | *CookMDL2570_0073096* |
| | *CookMDL2570_0073097* |
| | *CookMDL2570_0073098* |
| | *CookMDL2570_0073099* |
| | *CookMDL2570_0073102* |
| | *CookMDL2570_0073105* |
| | *CookMDL2570_0073106* |
| | *CookMDL2570_0073107* |
| | *CookMDL2570_0073108* |
| | *CookMDL2570_0310024* |
| | *CookMDL2570_0310026* |
| | *CookMDL2570_0073018* |
| **PR30980** | *CookMDL2570_0073385* |
| | *CookMDL2570_0073620* |
| | *CookMDL2570_0885252* |
| | *CookMDL2570_0885253* |
| | *CookMDL2570_0885276* |
| | *CookMDL2570_0885277* |
| | *CookMDL2570_0885278* |
| | *CookMDL2570_0885279* |
| | *CookMDL2570_0885290* |
| | *CookMDL2570_0885291* |
| | *CookMDL2570_0885311* |
| | *CookMDL2570_0885312* |
| | *CookMDL2570_0885313* |
| | *CookMDL2570_0885314* |

*CookMDL2570_0885315*
*CookMDL2570_0885316*
*CookMDL2570_0885321*
*CookMDL2570_0885322*
*CookMDL2570_0885323*
*CookMDL2570_0885329*
*CookMDL2570_0885333*
*CookMDL2570_0885339*
*CookMDL2570_0885340*
*CookMDL2570_0885341*
*CookMDL2570_0885342*
*CookMDL2570_0885343*
*CookMDL2570_0885344*
*CookMDL2570_0885346*
*CookMDL2570_0885363*
*CookMDL2570_0885365*
*CookMDL2570_0885383*
*CookMDL2570_0885384*
*CookMDL2570_0885393*
*CookMDL2570_0885460*
*CookMDL2570_0885461*
*CookMDL2570_0885462*
*CookMDL2570_0885463*
*CookMDL2570_0885464*
*CookMDL2570_0885473*
*CookMDL2570_0885474*
*CookMDL2570_0885475*
*CookMDL2570_0885476*
*CookMDL2570_0885478*
*CookMDL2570_0885479*
*CookMDL2570_0885480*
*CookMDL2570_0885495*
*CookMDL2570_0885496*
*CookMDL2570_0885506*
*CookMDL2570_0885507*
*CookMDL2570_0885508*
*CookMDL2570_0885509*
*CookMDL2570_0885510*
*CookMDL2570_0885511*
*CookMDL2570_0885512*
*CookMDL2570_0885513*
*CookMDL2570_0885521*
*CookMDL2570_0885522*
*CookMDL2570_0885523*

*CookMDL2570_0885524*
*CookMDL2570_0885539*
*CookMDL2570_0885540*
*CookMDL2570_0885541*
*CookMDL2570_0885542*
*CookMDL2570_0885543*
*CookMDL2570_0885558*
*CookMDL2570_0885559*
*CookMDL2570_0885564*
*CookMDL2570_0885565*
*CookMDL2570_0885566*
*CookMDL2570_0885567*
*CookMDL2570_0885568*
*CookMDL2570_0885569*
*CookMDL2570_0885570*
*CookMDL2570_0885571*
*CookMDL2570_0885587*
*CookMDL2570_0885588*
*CookMDL2570_0885589*
*CookMDL2570_0885616*
*CookMDL2570_0885617*
*CookMDL2570_0885618*
*CookMDL2570_0885619*
*CookMDL2570_0885620*
*CookMDL2570_0885621*
*CookMDL2570_0885622*
*CookMDL2570_0885623*
*CookMDL2570_0885637*
*CookMDL2570_0885648*
*CookMDL2570_0885649*
*CookMDL2570_0885650*
*CookMDL2570_0885651*
*CookMDL2570_0885652*
*CookMDL2570_0885653*
*CookMDL2570_0885696*
*CookMDL2570_0885697*
*CookMDL2570_0885698*
*CookMDL2570_0885699*
*CookMDL2570_0885706*
*CookMDL2570_0885707*
*CookMDL2570_0885708*
*CookMDL2570_0885709*
*CookMDL2570_0885710*
*CookMDL2570_0885711*

*CookMDL2570_0885747*
*CookMDL2570_0885751*
*CookMDL2570_0885752*
*CookMDL2570_0885753*
*CookMDL2570_0885754*
*CookMDL2570_0885759*
*CookMDL2570_0885762*
*CookMDL2570_0885763*
*CookMDL2570_0885764*
*CookMDL2570_0885769*
*CookMDL2570_0885770*
*CookMDL2570_0885771*
*CookMDL2570_0885772*
*CookMDL2570_0885773*
*CookMDL2570_0885774*
*CookMDL2570_0885775*
*CookMDL2570_0885780*
*CookMDL2570_0885781*
*CookMDL2570_0885795*
*CookMDL2570_0885796*
*CookMDL2570_0885797*
*CookMDL2570_0885798*
*CookMDL2570_0885804*
*CookMDL2570_0885805*
*CookMDL2570_0885806*
*CookMDL2570_0885846*
*CookMDL2570_0885847*
*CookMDL2570_0885848*
*CookMDL2570_0885854*
*CookMDL2570_0885859*
*CookMDL2570_0885860*
*CookMDL2570_0885861*
*CookMDL2570_0885889*
*CookMDL2570_0885890*
*CookMDL2570_0885891*
*CookMDL2570_0885914*
*CookMDL2570_0885957*
*CookMDL2570_0885958*
*CookMDL2570_0885964*
*CookMDL2570_0885969*
*CookMDL2570_0885970*
*CookMDL2570_0885971*
*CookMDL2570_0885972*
*CookMDL2570_0885973*

*CookMDL2570_0885974*
*CookMDL2570_0885993*
*CookMDL2570_0885998*
*CookMDL2570_0886033*
*CookMDL2570_0886034*
*CookMDL2570_0886035*
*CookMDL2570_0886036*
*CookMDL2570_0886037*
*CookMDL2570_0886038*
*CookMDL2570_0886039*
*CookMDL2570_0886051*
*CookMDL2570_0886052*
*CookMDL2570_0886082*
*CookMDL2570_0886083*
*CookMDL2570_0886084*
*CookMDL2570_0886085*
*CookMDL2570_0886108*
*CookMDL2570_0886109*
*CookMDL2570_0886110*
*CookMDL2570_0886111*
*CookMDL2570_0886112*
*CookMDL2570_0886113*
*CookMDL2570_0886114*
*CookMDL2570_0886115*
*CookMDL2570_0886142*
*CookMDL2570_0886143*
*CookMDL2570_0886144*
*CookMDL2570_0886145*
*CookMDL2570_0886146*
*CookMDL2570_0886150*
*CookMDL2570_0886151*
*CookMDL2570_0886152*
*CookMDL2570_0886157*
*CookMDL2570_0886158*
*CookMDL2570_0886159*
*CookMDL2570_0886175*
*CookMDL2570_0886176*
*CookMDL2570_0886177*
*CookMDL2570_0886178*
*CookMDL2570_0886180*
*CookMDL2570_0886181*
*CookMDL2570_0886204*
*CookMDL2570_0886205*
*CookMDL2570_0886206*

*CookMDL2570_0886207*
*CookMDL2570_0886209*
*CookMDL2570_0886210*
*CookMDL2570_0886211*
*CookMDL2570_0886215*
*CookMDL2570_0886216*
*CookMDL2570_0886223*
*CookMDL2570_0886224*
*CookMDL2570_0886225*
*CookMDL2570_0886226*
*CookMDL2570_0886238*
*CookMDL2570_0886258*
*CookMDL2570_0886259*
*CookMDL2570_0886260*
*CookMDL2570_0886311*
*CookMDL2570_0886314*
*CookMDL2570_0886315*
*CookMDL2570_0886318*
*CookMDL2570_0886330*
*CookMDL2570_0886331*
*CookMDL2570_0886332*
*CookMDL2570_0886333*
*CookMDL2570_0886369*
*CookMDL2570_0886372*
*CookMDL2570_0886373*
*CookMDL2570_0886374*
*CookMDL2570_0886417*
*CookMDL2570_0886418*
*CookMDL2570_0886421*
*CookMDL2570_0886439*
*CookMDL2570_0886440*
*CookMDL2570_0886483*
*CookMDL2570_0886526*
*CookMDL2570_0886561*
*CookMDL2570_0886566*
*CookMDL2570_0886567*
*CookMDL2570_0886568*
*CookMDL2570_0886570*
*CookMDL2570_0886572*
*CookMDL2570_0886657*
*CookMDL2570_0886659*
*CookMDL2570_0886691*
*CookMDL2570_0886721*
*CookMDL2570_0886732*

**PR31153**

*CookMDL2570_0073598*
*CookMDL2570_0073601*
*CookMDL2570_0073615*
*CookMDL2570_0073626*
*CookMDL2570_0073628*
*CookMDL2570_0073631*
*CookMDL2570_0073660*
*CookMDL2570_0073664*
*CookMDL2570_0073667*
*CookMDL2570_0073683*
*CookMDL2570_0073684*
*CookMDL2570_0073688*
*CookMDL2570_0073689*
*CookMDL2570_0073710*
*CookMDL2570_0073713*
*CookMDL2570_0073715*
*CookMDL2570_0073719*
*CookMDL2570_0310239*
*CookMDL2570_0310244*
*CookMDL2570_0310251*
*CookMDL2570_0314100*
*CookMDL2570_0073667*

**PR31552**

*CookMDL2570_0073386*
*CookMDL2570_0073394*
*CookMDL2570_0073395*
*CookMDL2570_0073396*
*CookMDL2570_0073397*
*CookMDL2570_0073398*
*CookMDL2570_0073399*
*CookMDL2570_0073400*
*CookMDL2570_0073401*
*CookMDL2570_0073402*
*CookMDL2570_0073422*
*CookMDL2570_0073423*
*CookMDL2570_0073425*
*CookMDL2570_0073492*
*CookMDL2570_0073496*
*CookMDL2570_0073497*
*CookMDL2570_0073499*
*CookMDL2570_0073500*
*CookMDL2570_0073513*
*CookMDL2570_0073514*
*CookMDL2570_0073737*
*CookMDL2570_0310177*

| | |
|---|---|
| | *CookMDL2570_0310182* |
| | *CookMDL2570_0310190* |
| | *CookMDL2570_0073425* |
| **PR31563** | *CookMDL2570_0073430* |
| | *CookMDL2570_0073470* |
| | *CookMDL2570_0073477* |
| | *CookMDL2570_0073490* |
| | *CookMDL2570_0073494* |
| | *CookMDL2570_0073535* |
| | *CookMDL2570_0073538* |
| | *CookMDL2570_0073539* |
| | *CookMDL2570_0310194* |
| | *CookMDL2570_R1026352* |
| | *CookMDL2570_0073477* |
| **PR33183** | *CookMDL2570_0073750* |
| | *CookMDL2570_0073766* |
| | *CookMDL2570_0073771* |
| | *CookMDL2570_0073773* |
| | *CookMDL2570_0073774* |
| | *CookMDL2570_0073776* |
| | *CookMDL2570_0073837* |
| | *CookMDL2570_0073839* |
| | *CookMDL2570_0073843* |
| | *CookMDL2570_0073856* |
| | *CookMDL2570_0073857* |
| | *CookMDL2570_0310234* |
| | *CookMDL2570_0310285* |
| | *CookMDL2570_0310318* |
| | *CookMDL2570_0777509* |
| | *CookMDL2570_0778581* |
| | *CookMDL2570_0073776* |
| **PR32643** | *CookMDL2570_0073495* |
| | *CookMDL2570_0073498* |
| | *CookMDL2570_0073501* |
| | *CookMDL2570_0073515* |
| | *CookMDL2570_0073516* |
| | *CookMDL2570_0073517* |
| | *CookMDL2570_0073529* |
| | *CookMDL2570_0073530* |
| | *CookMDL2570_0073531* |
| | *CookMDL2570_0073532* |
| | *CookMDL2570_0073533* |
| | *CookMDL2570_0073534* |
| | *CookMDL2570_0073540* |

*CookMDL2570_0073541*
*CookMDL2570_0073556*
*CookMDL2570_0073557*
*CookMDL2570_0073558*
*CookMDL2570_0073559*
*CookMDL2570_0073567*
*CookMDL2570_0073568*
*CookMDL2570_0073569*
*CookMDL2570_0073571*
*CookMDL2570_0073761*
*CookMDL2570_0073764*
*CookMDL2570_0073768*
*CookMDL2570_0073761*

**PR35305**
*CookMDL2570_0073927*
*CookMDL2570_0073941*
*CookMDL2570_0073966*
*CookMDL2570_0073977*
*CookMDL2570_0073979*
*CookMDL2570_0073981*
*CookMDL2570_0073998*
*CookMDL2570_0074029*
*CookMDL2570_0074033*
*CookMDL2570_0074034*
*CookMDL2570_0074035*
*CookMDL2570_0074036*
*CookMDL2570_0074037*
*CookMDL2570_0074043*
*CookMDL2570_0074048*
*CookMDL2570_0074051*
*CookMDL2570_0074063*
*CookMDL2570_0074065*
*CookMDL2570_0074067*
*CookMDL2570_0074075*
*CookMDL2570_0310368*
*CookMDL2570_0073981*

**PR35305**
*CookMDL2570_0073927*
*CookMDL2570_0073941*
*CookMDL2570_0073966*
*CookMDL2570_0073977*
*CookMDL2570_0073979*
*CookMDL2570_0073981*
*CookMDL2570_0073998*
*CookMDL2570_0074029*
*CookMDL2570_0074033*

|          | CookMDL2570_0074034 |
|----------|---------------------|
|          | CookMDL2570_0074035 |
|          | CookMDL2570_0074036 |
|          | CookMDL2570_0074037 |
|          | CookMDL2570_0074043 |
|          | CookMDL2570_0074048 |
|          | CookMDL2570_0074051 |
|          | CookMDL2570_0074063 |
|          | CookMDL2570_0074065 |
|          | CookMDL2570_0074067 |
|          | CookMDL2570_0074075 |
|          | CookMDL2570_0310368 |
|          | CookMDL2570_0073981 |
| **PR35159** | CookMDL2570_0073870 |
|          | CookMDL2570_0073898 |
|          | CookMDL2570_0073900 |
|          | CookMDL2570_0073901 |
|          | CookMDL2570_0073902 |
|          | CookMDL2570_0073905 |
|          | CookMDL2570_0073916 |
|          | CookMDL2570_0073924 |
|          | CookMDL2570_0073939 |
|          | CookMDL2570_0073940 |
|          | CookMDL2570_0073949 |
|          | CookMDL2570_0073955 |
|          | CookMDL2570_0073956 |
|          | CookMDL2570_0073957 |
|          | CookMDL2570_0073958 |
|          | CookMDL2570_0073964 |
|          | CookMDL2570_0073967 |
|          | CookMDL2570_0073970 |
|          | CookMDL2570_0310343 |
|          | CookMDL2570_0310348 |
|          | CookMDL2570_0310356 |
|          | CookMDL2570_0310365 |
|          | CookMDL2570_0310366 |
|          | CookMDL2570_0073924 |
| **PR36376** | CookMDL2570_0074115 |
|          | CookMDL2570_0074127 |
|          | CookMDL2570_0074132 |
|          | CookMDL2570_0074135 |
|          | CookMDL2570_0074198 |
|          | CookMDL2570_0074199 |
|          | CookMDL2570_0074200 |

**PR38516**

*CookMDL2570_0074201*
*CookMDL2570_0310386*
*CookMDL2570_0310395*
*CookMDL2570_0074135*
*CookMDL2570_0074437*
*CookMDL2570_0074442*
*CookMDL2570_0074444*
*CookMDL2570_0074446*
*CookMDL2570_0074458*
*CookMDL2570_0074462*
*CookMDL2570_0074472*
*CookMDL2570_0074511*
*CookMDL2570_0092706*
*CookMDL2570_0092707*
*CookMDL2570_0092716*
*CookMDL2570_0092731*
*CookMDL2570_0092749*
*CookMDL2570_0092759*
*CookMDL2570_0092767*
*CookMDL2570_0092802*
*CookMDL2570_0092815*
*CookMDL2570_0092837*
*CookMDL2570_0092867*
*CookMDL2570_0092896*
*CookMDL2570_0092900*
*CookMDL2570_0092904*
*CookMDL2570_0092906*
*CookMDL2570_0092926*
*CookMDL2570_0092943*
*CookMDL2570_0092954*
*CookMDL2570_0092965*
*CookMDL2570_0092972*
*CookMDL2570_0092989*
*CookMDL2570_0092992*
*CookMDL2570_0092999*
*CookMDL2570_0093009*
*CookMDL2570_0093029*
*CookMDL2570_0093031*
*CookMDL2570_0093032*
*CookMDL2570_0093058*
*CookMDL2570_0093100*
*CookMDL2570_0093104*
*CookMDL2570_0093105*
*CookMDL2570_0093106*

*CookMDL2570_0093107*
*CookMDL2570_0093108*
*CookMDL2570_0093115*
*CookMDL2570_0093121*
*CookMDL2570_0093123*
*CookMDL2570_0093124*
*CookMDL2570_0093131*
*CookMDL2570_0093132*
*CookMDL2570_0093133*
*CookMDL2570_0093134*
*CookMDL2570_0093146*
*CookMDL2570_0093148*
*CookMDL2570_0093149*
*CookMDL2570_0093150*
*CookMDL2570_0093151*
*CookMDL2570_0093153*
*CookMDL2570_0093157*
*CookMDL2570_0093158*
*CookMDL2570_0093163*
*CookMDL2570_0093170*
*CookMDL2570_0093179*
*CookMDL2570_0093183*
*CookMDL2570_0118108*
*CookMDL2570_0310548*
*CookMDL2570_0310549*
*CookMDL2570_0310558*
*CookMDL2570_0310578*
*CookMDL2570_0310590*
*CookMDL2570_0592096*
*CookMDL2570_0592112*
*CookMDL2570_R1026376*
*CookMDL2570_R1026377*
*CookMDL2570_0074472*
**PR36293**  *CookMDL2570_0074086*
*CookMDL2570_0074097*
*CookMDL2570_0074107*
*CookMDL2570_0074112*
*CookMDL2570_0074126*
*CookMDL2570_0074153*
*CookMDL2570_0074157*
*CookMDL2570_0074165*
*CookMDL2570_0074167*
*CookMDL2570_0074175*
*CookMDL2570_0074182*

|          |                        |
|----------|------------------------|
|          | *CookMDL2570_0074188*  |
|          | *CookMDL2570_0100339*  |
|          | *CookMDL2570_0100627*  |
|          | *CookMDL2570_0100628*  |
|          | *CookMDL2570_0310388*  |
|          | *CookMDL2570_0074112*  |
| **PR36293** | *CookMDL2570_0074086*  |
|          | *CookMDL2570_0074097*  |
|          | *CookMDL2570_0074107*  |
|          | *CookMDL2570_0074112*  |
|          | *CookMDL2570_0074126*  |
|          | *CookMDL2570_0074153*  |
|          | *CookMDL2570_0074157*  |
|          | *CookMDL2570_0074165*  |
|          | *CookMDL2570_0074167*  |
|          | *CookMDL2570_0074175*  |
|          | *CookMDL2570_0074182*  |
|          | *CookMDL2570_0074188*  |
|          | *CookMDL2570_0100339*  |
|          | *CookMDL2570_0100627*  |
|          | *CookMDL2570_0100628*  |
|          | *CookMDL2570_0310388*  |
|          | *CookMDL2570_0074112*  |
| **PR38639** | *CookMDL2570_0074475*  |
|          | *CookMDL2570_0074492*  |
|          | *CookMDL2570_0074508*  |
|          | *CookMDL2570_0074509*  |
|          | *CookMDL2570_0074512*  |
|          | *CookMDL2570_0074513*  |
|          | *CookMDL2570_0074515*  |
|          | *CookMDL2570_0074517*  |
|          | *CookMDL2570_0074581*  |
|          | *CookMDL2570_0074583*  |
|          | *CookMDL2570_0074596*  |
|          | *CookMDL2570_0074636*  |
|          | *CookMDL2570_0074640*  |
|          | *CookMDL2570_0074646*  |
|          | *CookMDL2570_0074653*  |
|          | *CookMDL2570_0074657*  |
|          | *CookMDL2570_0074659*  |
|          | *CookMDL2570_0074660*  |
|          | *CookMDL2570_0074664*  |
|          | *CookMDL2570_0092215*  |
|          | *CookMDL2570_0092216*  |

|          |                        |
|----------|------------------------|
|          | *CookMDL2570_0092225*  |
|          | *CookMDL2570_0092240*  |
|          | *CookMDL2570_0092258*  |
|          | *CookMDL2570_0092268*  |
|          | *CookMDL2570_0074596*  |
| **PR38296** | *CookMDL2570_0074318*  |
|          | *CookMDL2570_0074329*  |
|          | *CookMDL2570_0074343*  |
|          | *CookMDL2570_0074348*  |
|          | *CookMDL2570_0074351*  |
|          | *CookMDL2570_0074376*  |
|          | *CookMDL2570_0074416*  |
|          | *CookMDL2570_0074417*  |
|          | *CookMDL2570_0074418*  |
|          | *CookMDL2570_0074424*  |
|          | *CookMDL2570_0074427*  |
|          | *CookMDL2570_0074434*  |
|          | *CookMDL2570_0074436*  |
|          | *CookMDL2570_0310489*  |
|          | *CookMDL2570_0310501*  |
|          | *CookMDL2570_0310506*  |
|          | *CookMDL2570_0310528*  |
|          | *CookMDL2570_0074351*  |
| **PR40069** | *CookMDL2570_0075044*  |
|          | *CookMDL2570_0075049*  |
|          | *CookMDL2570_0075071*  |
|          | *CookMDL2570_0075072*  |
|          | *CookMDL2570_0075080*  |
|          | *CookMDL2570_0075082*  |
|          | *CookMDL2570_0075132*  |
|          | *CookMDL2570_0075144*  |
|          | *CookMDL2570_0075146*  |
|          | *CookMDL2570_0075159*  |
|          | *CookMDL2570_0075160*  |
|          | *CookMDL2570_0075162*  |
|          | *CookMDL2570_0075174*  |
|          | *CookMDL2570_0075175*  |
|          | *CookMDL2570_0075177*  |
|          | *CookMDL2570_0075180*  |
|          | *CookMDL2570_0310688*  |
|          | *CookMDL2570_0310696*  |
|          | *CookMDL2570_0310701*  |
|          | *CookMDL2570_0075082*  |
| **PR27082** | *CookMDL2570_0072496*  |

*CookMDL2570_0072498*
*CookMDL2570_0072499*
*CookMDL2570_0072511*
*CookMDL2570_0072538*
*CookMDL2570_0072540*
*CookMDL2570_0072541*
*CookMDL2570_0072542*
*CookMDL2570_0072543*
*CookMDL2570_0072544*
*CookMDL2570_0072546*
*CookMDL2570_0072602*
*CookMDL2570_0072603*
*CookMDL2570_0072606*
*CookMDL2570_0314086*
*CookMDL2570_0072546*

**PR38516**   *CookMDL2570_0074437*
*CookMDL2570_0074442*
*CookMDL2570_0074444*
*CookMDL2570_0074446*
*CookMDL2570_0074458*
*CookMDL2570_0074462*
*CookMDL2570_0074472*
*CookMDL2570_0074511*
*CookMDL2570_0092706*
*CookMDL2570_0092707*
*CookMDL2570_0092716*
*CookMDL2570_0092731*
*CookMDL2570_0092749*
*CookMDL2570_0092759*
*CookMDL2570_0092767*
*CookMDL2570_0092802*
*CookMDL2570_0092815*
*CookMDL2570_0092837*
*CookMDL2570_0092867*
*CookMDL2570_0092896*
*CookMDL2570_0092900*
*CookMDL2570_0092904*
*CookMDL2570_0092906*
*CookMDL2570_0092926*
*CookMDL2570_0092943*
*CookMDL2570_0092954*
*CookMDL2570_0092964*
*CookMDL2570_0092965*
*CookMDL2570_0092972*

*CookMDL2570_0092989*
*CookMDL2570_0092992*
*CookMDL2570_0092999*
*CookMDL2570_0093009*
*CookMDL2570_0093029*
*CookMDL2570_0093031*
*CookMDL2570_0093032*
*CookMDL2570_0093058*
*CookMDL2570_0093100*
*CookMDL2570_0093104*
*CookMDL2570_0093105*
*CookMDL2570_0093106*
*CookMDL2570_0093107*
*CookMDL2570_0093108*
*CookMDL2570_0093115*
*CookMDL2570_0093121*
*CookMDL2570_0093123*
*CookMDL2570_0093124*
*CookMDL2570_0093131*
*CookMDL2570_0093132*
*CookMDL2570_0093133*
*CookMDL2570_0093134*
*CookMDL2570_0093146*
*CookMDL2570_0093148*
*CookMDL2570_0093149*
*CookMDL2570_0093150*
*CookMDL2570_0093151*
*CookMDL2570_0093153*
*CookMDL2570_0093157*
*CookMDL2570_0093158*
*CookMDL2570_0093163*
*CookMDL2570_0093170*
*CookMDL2570_0093179*
*CookMDL2570_0093183*
*CookMDL2570_0118108*
*CookMDL2570_0310548*
*CookMDL2570_0310549*
*CookMDL2570_0310558*
*CookMDL2570_0310578*
*CookMDL2570_0310590*
*CookMDL2570_0592096*
*CookMDL2570_0592112*
*CookMDL2570_0074472*
*CookMDL2570_R1026376*

|          |                        |
|----------|------------------------|
|          | *CookMDL2570_R1026377* |
| **PR39371** | *CookMDL2570_0074895* |
|          | *CookMDL2570_0074896*  |
|          | *CookMDL2570_0074897*  |
|          | *CookMDL2570_0074898*  |
|          | *CookMDL2570_0074899*  |
|          | *CookMDL2570_0074910*  |
|          | *CookMDL2570_0074911*  |
|          | *CookMDL2570_0074916*  |
|          | *CookMDL2570_0074917*  |
|          | *CookMDL2570_0074942*  |
|          | *CookMDL2570_0074943*  |
|          | *CookMDL2570_0074944*  |
|          | *CookMDL2570_0074968*  |
|          | *CookMDL2570_0074970*  |
|          | *CookMDL2570_0074971*  |
|          | *CookMDL2570_0074972*  |
|          | *CookMDL2570_0074973*  |
|          | *CookMDL2570_0074976*  |
|          | *CookMDL2570_0074982*  |
|          | *CookMDL2570_0074985*  |
|          | *CookMDL2570_0310662*  |
|          | *CookMDL2570_0310667*  |
|          | *CookMDL2570_0074899*  |
|          | *CookMDL2570_0074985*  |
| **PR38934** | *CookMDL2570_0074610* |
|          | *CookMDL2570_0074621*  |
|          | *CookMDL2570_0074633*  |
|          | *CookMDL2570_0074652*  |
|          | *CookMDL2570_0074694*  |
|          | *CookMDL2570_0074696*  |
|          | *CookMDL2570_0074697*  |
|          | *CookMDL2570_0074707*  |
|          | *CookMDL2570_0074710*  |
|          | *CookMDL2570_0074717*  |
|          | *CookMDL2570_0074730*  |
|          | *CookMDL2570_0074731*  |
|          | *CookMDL2570_0310596*  |
|          | *CookMDL2570_0310602*  |
|          | *CookMDL2570_0074610*  |
|          | *CookMDL2570_0074633*  |
| **PR40501** | *CookMDL2570_0075133* |
|          | *CookMDL2570_0075134*  |
|          | *CookMDL2570_0075135*  |

*CookMDL2570_0075136*
*CookMDL2570_0075137*
*CookMDL2570_0075138*
*CookMDL2570_0075139*
*CookMDL2570_0075140*
*CookMDL2570_0075141*
*CookMDL2570_0075142*
*CookMDL2570_0075143*
*CookMDL2570_0075147*
*CookMDL2570_0075163*
*CookMDL2570_0075165*
*CookMDL2570_0075166*
*CookMDL2570_0075167*
*CookMDL2570_0075176*
*CookMDL2570_0075183*
*CookMDL2570_0075196*
*CookMDL2570_0075216*
*CookMDL2570_0075220*
*CookMDL2570_0075222*
*CookMDL2570_0075552*
*CookMDL2570_0075580*
*CookMDL2570_0075584*
*CookMDL2570_0075585*
*CookMDL2570_0075586*
*CookMDL2570_0075587*
*CookMDL2570_0075588*
*CookMDL2570_0075608*
*CookMDL2570_0075611*
*CookMDL2570_0075612*
*CookMDL2570_0310703*
*CookMDL2570_0310704*
*CookMDL2570_0075196*

**PR39974** | *CookMDL2570_0075028*
*CookMDL2570_0075029*
*CookMDL2570_0075031*
*CookMDL2570_0075032*
*CookMDL2570_0075033*
*CookMDL2570_0075043*
*CookMDL2570_0075046*
*CookMDL2570_0075073*
*CookMDL2570_0075074*
*CookMDL2570_0075075*
*CookMDL2570_0075102*
*CookMDL2570_0075103*

|  |  |
|---|---|
| | *CookMDL2570_0075104* |
| | *CookMDL2570_0075046* |
| **PR41694** | |
| **PR41545** | *CookMDL2570_0075439* |
| | *CookMDL2570_0075440* |
| | *CookMDL2570_0075442* |
| | *CookMDL2570_0075443* |
| | *CookMDL2570_0075454* |
| | *CookMDL2570_0075455* |
| | *CookMDL2570_0075456* |
| | *CookMDL2570_0075457* |
| | *CookMDL2570_0075470* |
| | *CookMDL2570_0075473* |
| | *CookMDL2570_0075482* |
| | *CookMDL2570_0075487* |
| | *CookMDL2570_0075490* |
| | *CookMDL2570_0075492* |
| | *CookMDL2570_0075494* |
| | *CookMDL2570_0075497* |
| | *CookMDL2570_0075500* |
| | *CookMDL2570_0075503* |
| | *CookMDL2570_0075505* |
| | *CookMDL2570_0075511* |
| | *CookMDL2570_0075514* |
| | *CookMDL2570_0075515* |
| | *CookMDL2570_0075516* |
| | *CookMDL2570_0075517* |
| | *CookMDL2570_0075518* |
| | *CookMDL2570_0096586* |
| | *CookMDL2570_0096587* |
| | *CookMDL2570_0096596* |
| | *CookMDL2570_0096611* |
| | *CookMDL2570_0096629* |
| | *CookMDL2570_0096639* |
| | *CookMDL2570_0096647* |
| | *CookMDL2570_0096682* |
| | *CookMDL2570_0096695* |
| | *CookMDL2570_0096717* |
| | *CookMDL2570_0096747* |
| | *CookMDL2570_0096776* |
| | *CookMDL2570_0096780* |
| | *CookMDL2570_0096784* |
| | *CookMDL2570_0096786* |
| | *CookMDL2570_0096806* |

*CookMDL2570_0096823*
*CookMDL2570_0096834*
*CookMDL2570_0096844*
*CookMDL2570_0096845*
*CookMDL2570_0096852*
*CookMDL2570_0096869*
*CookMDL2570_0096872*
*CookMDL2570_0096879*
*CookMDL2570_0096889*
*CookMDL2570_0096909*
*CookMDL2570_0096911*
*CookMDL2570_0096912*
*CookMDL2570_0096913*
*CookMDL2570_0096914*
*CookMDL2570_0096940*
*CookMDL2570_0096982*
*CookMDL2570_0096986*
*CookMDL2570_0096987*
*CookMDL2570_0096988*
*CookMDL2570_0096991*
*CookMDL2570_0096992*
*CookMDL2570_0096993*
*CookMDL2570_0096994*
*CookMDL2570_0097002*
*CookMDL2570_0097008*
*CookMDL2570_0097010*
*CookMDL2570_0097011*
*CookMDL2570_0097017*
*CookMDL2570_0097018*
*CookMDL2570_0097019*
*CookMDL2570_0097020*
*CookMDL2570_0097032*
*CookMDL2570_0097034*
*CookMDL2570_0097035*
*CookMDL2570_0097036*
*CookMDL2570_0097037*
*CookMDL2570_0097043*
*CookMDL2570_0097044*
*CookMDL2570_0097045*
*CookMDL2570_0097046*
*CookMDL2570_0097048*
*CookMDL2570_0097052*
*CookMDL2570_0097053*
*CookMDL2570_0097062*

*CookMDL2570_0097071*
*CookMDL2570_0097080*
*CookMDL2570_0097083*
*CookMDL2570_0118092*
*CookMDL2570_0592074*
*CookMDL2570_0592087*
*CookMDL2570_0075443*
*CookMDL2570_0075457*
*CookMDL2570_R1026450*
*CookMDL2570_R1026451*

**PR41693**
*CookMDL2570_0075459*
*CookMDL2570_0075476*
*CookMDL2570_0075477*
*CookMDL2570_0075479*
*CookMDL2570_0075481*
*CookMDL2570_0075509*
*CookMDL2570_0075519*
*CookMDL2570_0075524*
*CookMDL2570_0075528*
*CookMDL2570_0075545*
*CookMDL2570_0075724*
*CookMDL2570_0075732*
*CookMDL2570_0075739*
*CookMDL2570_0075752*
*CookMDL2570_0075753*
*CookMDL2570_0075524*

**PR41847**
*CookMDL2570_0075772*
*CookMDL2570_0075773*
*CookMDL2570_0075774*
*CookMDL2570_0075795*
*CookMDL2570_0075838*
*CookMDL2570_0075839*
*CookMDL2570_0075840*
*CookMDL2570_0075851*
*CookMDL2570_0075857*
*CookMDL2570_0075860*
*CookMDL2570_0075862*
*CookMDL2570_0075863*
*CookMDL2570_0075864*
*CookMDL2570_0075868*
*CookMDL2570_0310735*
*CookMDL2570_0310740*
*CookMDL2570_0310747*
*CookMDL2570_0310752*

|          |                          |
|----------|--------------------------|
|          | *CookMDL2570_0310766*    |
|          | *CookMDL2570_0075795*    |
| **PR45464** | *CookMDL2570_0076277* |
|          | *CookMDL2570_0076278*    |
|          | *CookMDL2570_0076282*    |
|          | *CookMDL2570_0076284*    |
|          | *CookMDL2570_0076294*    |
|          | *CookMDL2570_0076296*    |
|          | *CookMDL2570_0076299*    |
|          | *CookMDL2570_0076715*    |
|          | *CookMDL2570_0076728*    |
|          | *CookMDL2570_0076729*    |
|          | *CookMDL2570_0076736*    |
|          | *CookMDL2570_0076740*    |
|          | *CookMDL2570_0076767*    |
| **PR44911** | *CookMDL2570_0076256* |
|          | *CookMDL2570_0076256*    |
|          | *CookMDL2570_0076504*    |
|          | *CookMDL2570_0076517*    |
|          | *CookMDL2570_0076597*    |
|          | *CookMDL2570_0076599*    |
|          | *CookMDL2570_0076600*    |
|          | *CookMDL2570_0076604*    |
|          | *CookMDL2570_0076606*    |
|          | *CookMDL2570_0076266*    |
| **PR45464** | *CookMDL2570_0076277* |
|          | *CookMDL2570_0076278*    |
|          | *CookMDL2570_0076282*    |
|          | *CookMDL2570_0076284*    |
|          | *CookMDL2570_0076294*    |
|          | *CookMDL2570_0076296*    |
|          | *CookMDL2570_0076299*    |
|          | *CookMDL2570_0076715*    |
|          | *CookMDL2570_0076728*    |
|          | *CookMDL2570_0076729*    |
|          | *CookMDL2570_0076736*    |
|          | *CookMDL2570_0076740*    |
|          | *CookMDL2570_0076767*    |
| **PR45480** | *CookMDL2570_0076269* |
|          | *CookMDL2570_0076270*    |
|          | *CookMDL2570_0076271*    |
|          | *CookMDL2570_0076288*    |
|          | *CookMDL2570_0076289*    |
|          | *CookMDL2570_0076302*    |

*CookMDL2570_0076306*
*CookMDL2570_0076311*
*CookMDL2570_0076319*
*CookMDL2570_0076330*
*CookMDL2570_0076332*
*CookMDL2570_0076334*
*CookMDL2570_0076338*
*CookMDL2570_0076342*
*CookMDL2570_0076344*
*CookMDL2570_0076347*
*CookMDL2570_0076348*
*CookMDL2570_0076352*
*CookMDL2570_0076356*
*CookMDL2570_0076357*
*CookMDL2570_0076360*
*CookMDL2570_0076405*
*CookMDL2570_0076410*
*CookMDL2570_0076413*
*CookMDL2570_0076425*
*CookMDL2570_0076438*
*CookMDL2570_0076441*
*CookMDL2570_0076449*
*CookMDL2570_0076450*
*CookMDL2570_0076748*
*CookMDL2570_0076770*
*CookMDL2570_0310842*
*CookMDL2570_0310845*
*CookMDL2570_0310870*
*CookMDL2570_0310876*
*CookMDL2570_0314105*
*CookMDL2570_0773573*
*CookMDL2570_0773578*
*CookMDL2570_0773623*
*CookMDL2570_0773629*
*CookMDL2570_0773634*
*CookMDL2570_0773643*
*CookMDL2570_0773652*
*CookMDL2570_0773680*
*CookMDL2570_0773684*
*CookMDL2570_0773693*
*CookMDL2570_0773697*
*CookMDL2570_0773702*
*CookMDL2570_0773707*
*CookMDL2570_0773716*

*CookMDL2570_0773717*
*CookMDL2570_0773720*
*CookMDL2570_0773725*
*CookMDL2570_0773726*
*CookMDL2570_0773729*
*CookMDL2570_0773730*
*CookMDL2570_0773751*
*CookMDL2570_0773752*
*CookMDL2570_0773757*
*CookMDL2570_0820448*
*CookMDL2570_0820479*
*CookMDL2570_0820515*
*CookMDL2570_0828197*
*CookMDL2570_0828198*
*CookMDL2570_0828203*
*CookMDL2570_0828206*
*CookMDL2570_0828207*
*CookMDL2570_0828208*
*CookMDL2570_0828229*
*CookMDL2570_0828230*
*CookMDL2570_0076344*
*CookMDL2570_0076748*

**PR45006** | *CookMDL2570_0076519*
*CookMDL2570_0076520*
*CookMDL2570_0076521*
*CookMDL2570_0076522*
*CookMDL2570_0076523*
*CookMDL2570_0076525*
*CookMDL2570_0076526*
*CookMDL2570_0076527*
*CookMDL2570_0076538*
*CookMDL2570_0076540*
*CookMDL2570_0076560*
*CookMDL2570_0076647*
*CookMDL2570_0076649*
*CookMDL2570_0076650*
*CookMDL2570_0076651*
*CookMDL2570_0076560*

**PR48541** | *CookMDL2570_0077324*
*CookMDL2570_0077332*
*CookMDL2570_0077336*
*CookMDL2570_0077348*
*CookMDL2570_0077360*
*CookMDL2570_0077361*

|          |                      |
|----------|----------------------|
|          | *CookMDL2570_0077365* |
|          | *CookMDL2570_0077366* |
|          | *CookMDL2570_0077368* |
|          | *CookMDL2570_0077369* |
|          | *CookMDL2570_0077370* |
|          | *CookMDL2570_0077371* |
|          | *CookMDL2570_0077373* |
|          | *CookMDL2570_0077407* |
|          | *CookMDL2570_0077410* |
|          | *CookMDL2570_0077444* |
|          | *CookMDL2570_0077445* |
|          | *CookMDL2570_0077446* |
|          | *CookMDL2570_0077465* |
|          | *CookMDL2570_0077466* |
|          | *CookMDL2570_0077470* |
|          | *CookMDL2570_0077472* |
|          | *CookMDL2570_0077474* |
|          | *CookMDL2570_0077410* |
| **PR46553** | *CookMDL2570_0076491* |
|          | *CookMDL2570_0076771* |
|          | *CookMDL2570_0076772* |
|          | *CookMDL2570_0076777* |
|          | *CookMDL2570_0076779* |
|          | *CookMDL2570_0076785* |
|          | *CookMDL2570_0076877* |
|          | *CookMDL2570_0076881* |
|          | *CookMDL2570_0076883* |
|          | *CookMDL2570_0076889* |
|          | *CookMDL2570_0076785* |
| **PR47314** | *CookMDL2570_0076828* |
|          | *CookMDL2570_0076861* |
|          | *CookMDL2570_0076872* |
|          | *CookMDL2570_0076874* |
|          | *CookMDL2570_0076875* |
|          | *CookMDL2570_0076886* |
|          | *CookMDL2570_0076892* |
|          | *CookMDL2570_0076912* |
|          | *CookMDL2570_0076913* |
|          | *CookMDL2570_0076939* |
|          | *CookMDL2570_0076942* |
|          | *CookMDL2570_0076945* |
|          | *CookMDL2570_0076947* |
|          | *CookMDL2570_0076949* |
|          | *CookMDL2570_0310890* |

|          | |
|----------|--------------------------|
|          | *CookMDL2570_0076892* |
| **PR47979** | *CookMDL2570_0077006* |
|          | *CookMDL2570_0077009* |
|          | *CookMDL2570_0077010* |
|          | *CookMDL2570_0077021* |
|          | *CookMDL2570_0077111* |
|          | *CookMDL2570_0077112* |
|          | *CookMDL2570_0310913* |
|          | *CookMDL2570_0310914* |
|          | *CookMDL2570_0077021* |
| **PR48082** | *CookMDL2570_0077052* |
|          | *CookMDL2570_0077090* |
|          | *CookMDL2570_0077091* |
|          | *CookMDL2570_0077104* |
|          | *CookMDL2570_0077105* |
|          | *CookMDL2570_0077106* |
|          | *CookMDL2570_0077107* |
|          | *CookMDL2570_0077108* |
|          | *CookMDL2570_0077109* |
|          | *CookMDL2570_0077110* |
|          | *CookMDL2570_0077120* |
|          | *CookMDL2570_0077137* |
|          | *CookMDL2570_0077138* |
|          | *CookMDL2570_0077139* |
|          | *CookMDL2570_0077140* |
|          | *CookMDL2570_0077142* |
|          | *CookMDL2570_0077143* |
|          | *CookMDL2570_0077144* |
|          | *CookMDL2570_0077148* |
|          | *CookMDL2570_0077160* |
|          | *CookMDL2570_0077165* |
|          | *CookMDL2570_0077166* |
|          | *CookMDL2570_0077198* |
|          | *CookMDL2570_0077215* |
|          | *CookMDL2570_0077216* |
|          | *CookMDL2570_0077217* |
|          | *CookMDL2570_0077218* |
|          | *CookMDL2570_0077224* |
|          | *CookMDL2570_0077231* |
|          | *CookMDL2570_0077244* |
|          | *CookMDL2570_0077245* |
|          | *CookMDL2570_0077246* |
|          | *CookMDL2570_0077247* |
|          | *CookMDL2570_0077250* |

|          |                       |
|----------|-----------------------|
|          | *CookMDL2570_0077251* |
|          | *CookMDL2570_0077252* |
|          | *CookMDL2570_0077263* |
|          | *CookMDL2570_0310919* |
|          | *CookMDL2570_0077160* |
| **PR48632** | *CookMDL2570_0077449* |
|          | *CookMDL2570_0077450* |
|          | *CookMDL2570_0077453* |
|          | *CookMDL2570_0077478* |
|          | *CookMDL2570_0077492* |
|          | *CookMDL2570_0077493* |
|          | *CookMDL2570_0077509* |
|          | *CookMDL2570_0077512* |
|          | *CookMDL2570_0077514* |
|          | *CookMDL2570_0077516* |
|          | *CookMDL2570_0077519* |
|          | *CookMDL2570_0077520* |
|          | *CookMDL2570_0077533* |
|          | *CookMDL2570_0077536* |
|          | *CookMDL2570_0077539* |
|          | *CookMDL2570_0077544* |
|          | *CookMDL2570_0077546* |
|          | *CookMDL2570_0077548* |
|          | *CookMDL2570_0077558* |
|          | *CookMDL2570_0077573* |
|          | *CookMDL2570_0077592* |
|          | *CookMDL2570_0077595* |
|          | *CookMDL2570_0077608* |
|          | *CookMDL2570_0077618* |
|          | *CookMDL2570_0077634* |
|          | *CookMDL2570_0310958* |
|          | *CookMDL2570_0077452* |
|          | *CookMDL2570_0077516* |
| **PR51581** | *CookMDL2570_0078267* |
|          | *CookMDL2570_0078280* |
|          | *CookMDL2570_0078285* |
|          | *CookMDL2570_0078300* |
|          | *CookMDL2570_0078301* |
|          | *CookMDL2570_0078304* |
|          | *CookMDL2570_0078328* |
|          | *CookMDL2570_0078331* |
|          | *CookMDL2570_0078378* |
|          | *CookMDL2570_0078401* |
|          | *CookMDL2570_0078402* |

|  | CookMDL2570_0078407 |
|--|--|
|  | CookMDL2570_0078408 |
|  | CookMDL2570_0078409 |
|  | CookMDL2570_0078423 |
|  | CookMDL2570_0078425 |
|  | CookMDL2570_0078427 |
|  | CookMDL2570_0078469 |
|  | CookMDL2570_0078472 |
|  | CookMDL2570_0078474 |
|  | CookMDL2570_0078477 |
|  | CookMDL2570_0078482 |
|  | CookMDL2570_0078485 |
|  | CookMDL2570_0080396 |
|  | CookMDL2570_0080397 |
|  | CookMDL2570_0080398 |
|  | CookMDL2570_0080400 |
|  | CookMDL2570_0080402 |
|  | CookMDL2570_0080404 |
|  | CookMDL2570_0311145 |
|  | CookMDL2570_0311146 |
|  | CookMDL2570_0311175 |
|  | CookMDL2570_0314106 |
|  | CookMDL2570_0314145 |
|  | CookMDL2570_0314146 |
|  | CookMDL2570_0314147 |
|  | CookMDL2570_0314148 |
|  | CookMDL2570_0314149 |
|  | CookMDL2570_0314150 |
|  | CookMDL2570_0078285 |
|  | CookMDL2570_0078328 |
| **PR48498** |  |
| **PR48597** | CookMDL2570_0077415 |
|  | CookMDL2570_0077427 |
|  | CookMDL2570_0077428 |
|  | CookMDL2570_0077437 |
|  | CookMDL2570_0077441 |
|  | CookMDL2570_0310950 |
|  | CookMDL2570_0310955 |
|  | CookMDL2570_0310957 |
|  | CookMDL2570_0077441 |
| **PR31368** | CookMDL2570_0073403 |
|  | CookMDL2570_0073407 |
|  | CookMDL2570_0073410 |
|  | CookMDL2570_0073415 |

*CookMDL2570_0073428*
*CookMDL2570_0073441*
*CookMDL2570_0073446*
*CookMDL2570_0073447*
*CookMDL2570_0073453*
*CookMDL2570_0073454*
*CookMDL2570_0073455*
*CookMDL2570_0073456*
*CookMDL2570_0073457*
*CookMDL2570_0073458*
*CookMDL2570_0073459*
*CookMDL2570_0073460*
*CookMDL2570_0073461*
*CookMDL2570_0073462*
*CookMDL2570_0073463*
*CookMDL2570_0073464*
*CookMDL2570_0073465*
*CookMDL2570_0073466*
*CookMDL2570_0073468*
*CookMDL2570_0073469*
*CookMDL2570_0073472*
*CookMDL2570_0073475*
*CookMDL2570_0073476*
*CookMDL2570_0073491*
*CookMDL2570_0073690*
*CookMDL2570_0073692*
*CookMDL2570_0073704*
*CookMDL2570_0073720*
*CookMDL2570_0073722*
*CookMDL2570_0073724*
*CookMDL2570_0073726*
*CookMDL2570_0073728*
*CookMDL2570_0073729*
*CookMDL2570_0073731*
*CookMDL2570_0073734*
*CookMDL2570_0310274*
*CookMDL2570_0310283*
*CookMDL2570_0073734*

**PR30980**   *CookMDL2570_0073385*
*CookMDL2570_0073620*
*CookMDL2570_0885252*
*CookMDL2570_0885253*
*CookMDL2570_0885276*
*CookMDL2570_0885277*

*CookMDL2570_0885278*
*CookMDL2570_0885290*
*CookMDL2570_0885291*
*CookMDL2570_0885311*
*CookMDL2570_0885312*
*CookMDL2570_0885313*
*CookMDL2570_0885314*
*CookMDL2570_0885315*
*CookMDL2570_0885316*
*CookMDL2570_0885321*
*CookMDL2570_0885322*
*CookMDL2570_0885323*
*CookMDL2570_0885324*
*CookMDL2570_0885329*
*CookMDL2570_0885333*
*CookMDL2570_0885339*
*CookMDL2570_0885340*
*CookMDL2570_0885341*
*CookMDL2570_0885342*
*CookMDL2570_0885343*
*CookMDL2570_0885344*
*CookMDL2570_0885346*
*CookMDL2570_0885363*
*CookMDL2570_0885365*
*CookMDL2570_0885383*
*CookMDL2570_0885384*
*CookMDL2570_0885393*
*CookMDL2570_0885460*
*CookMDL2570_0885461*
*CookMDL2570_0885462*
*CookMDL2570_0885463*
*CookMDL2570_0885464*
*CookMDL2570_0885473*
*CookMDL2570_0885474*
*CookMDL2570_0885475*
*CookMDL2570_0885476*
*CookMDL2570_0885478*
*CookMDL2570_0885479*
*CookMDL2570_0885480*
*CookMDL2570_0885495*
*CookMDL2570_0885496*
*CookMDL2570_0885506*
*CookMDL2570_0885507*
*CookMDL2570_0885508*

CookMDL2570_0885509
CookMDL2570_0885510
CookMDL2570_0885511
CookMDL2570_0885512
CookMDL2570_0885513
CookMDL2570_0885521
CookMDL2570_0885522
CookMDL2570_0885523
CookMDL2570_0885524
CookMDL2570_0885539
CookMDL2570_0885540
CookMDL2570_0885541
CookMDL2570_0885542
CookMDL2570_0885543
CookMDL2570_0885558
CookMDL2570_0885559
CookMDL2570_0885564
CookMDL2570_0885565
CookMDL2570_0885566
CookMDL2570_0885567
CookMDL2570_0885568
CookMDL2570_0885569
CookMDL2570_0885570
CookMDL2570_0885571
CookMDL2570_0885587
CookMDL2570_0885588
CookMDL2570_0885589
CookMDL2570_0885616
CookMDL2570_0885617
CookMDL2570_0885618
CookMDL2570_0885619
CookMDL2570_0885620
CookMDL2570_0885621
CookMDL2570_0885622
CookMDL2570_0885623
CookMDL2570_0885637
CookMDL2570_0885648
CookMDL2570_0885649
CookMDL2570_0885650
CookMDL2570_0885651
CookMDL2570_0885652
CookMDL2570_0885653
CookMDL2570_0885696
CookMDL2570_0885697

*CookMDL2570_0885698*
*CookMDL2570_0885699*
*CookMDL2570_0885706*
*CookMDL2570_0885707*
*CookMDL2570_0885708*
*CookMDL2570_0885709*
*CookMDL2570_0885710*
*CookMDL2570_0885711*
*CookMDL2570_0885747*
*CookMDL2570_0885751*
*CookMDL2570_0885752*
*CookMDL2570_0885753*
*CookMDL2570_0885754*
*CookMDL2570_0885759*
*CookMDL2570_0885762*
*CookMDL2570_0885763*
*CookMDL2570_0885764*
*CookMDL2570_0885769*
*CookMDL2570_0885770*
*CookMDL2570_0885771*
*CookMDL2570_0885772*
*CookMDL2570_0885773*
*CookMDL2570_0885774*
*CookMDL2570_0885775*
*CookMDL2570_0885780*
*CookMDL2570_0885781*
*CookMDL2570_0885795*
*CookMDL2570_0885796*
*CookMDL2570_0885797*
*CookMDL2570_0885798*
*CookMDL2570_0885804*
*CookMDL2570_0885805*
*CookMDL2570_0885806*
*CookMDL2570_0885846*
*CookMDL2570_0885847*
*CookMDL2570_0885848*
*CookMDL2570_0885854*
*CookMDL2570_0885859*
*CookMDL2570_0885860*
*CookMDL2570_0885861*
*CookMDL2570_0885889*
*CookMDL2570_0885890*
*CookMDL2570_0885891*
*CookMDL2570_0885914*

*CookMDL2570_0885957*
*CookMDL2570_0885958*
*CookMDL2570_0885964*
*CookMDL2570_0885969*
*CookMDL2570_0885970*
*CookMDL2570_0885971*
*CookMDL2570_0885972*
*CookMDL2570_0885973*
*CookMDL2570_0885974*
*CookMDL2570_0885993*
*CookMDL2570_0885998*
*CookMDL2570_0886033*
*CookMDL2570_0886034*
*CookMDL2570_0886035*
*CookMDL2570_0886036*
*CookMDL2570_0886037*
*CookMDL2570_0886038*
*CookMDL2570_0886039*
*CookMDL2570_0886051*
*CookMDL2570_0886052*
*CookMDL2570_0886082*
*CookMDL2570_0886083*
*CookMDL2570_0886084*
*CookMDL2570_0886085*
*CookMDL2570_0886108*
*CookMDL2570_0886109*
*CookMDL2570_0886110*
*CookMDL2570_0886111*
*CookMDL2570_0886112*
*CookMDL2570_0886113*
*CookMDL2570_0886114*
*CookMDL2570_0886115*
*CookMDL2570_0886142*
*CookMDL2570_0886143*
*CookMDL2570_0886144*
*CookMDL2570_0886145*
*CookMDL2570_0886146*
*CookMDL2570_0886150*
*CookMDL2570_0886151*
*CookMDL2570_0886152*
*CookMDL2570_0886157*
*CookMDL2570_0886158*
*CookMDL2570_0886159*
*CookMDL2570_0886175*

*CookMDL2570_0886176*
*CookMDL2570_0886177*
*CookMDL2570_0886178*
*CookMDL2570_0886180*
*CookMDL2570_0886181*
*CookMDL2570_0886204*
*CookMDL2570_0886205*
*CookMDL2570_0886206*
*CookMDL2570_0886207*
*CookMDL2570_0886209*
*CookMDL2570_0886210*
*CookMDL2570_0886211*
*CookMDL2570_0886215*
*CookMDL2570_0886216*
*CookMDL2570_0886223*
*CookMDL2570_0886224*
*CookMDL2570_0886225*
*CookMDL2570_0886226*
*CookMDL2570_0886238*
*CookMDL2570_0886258*
*CookMDL2570_0886259*
*CookMDL2570_0886260*
*CookMDL2570_0886311*
*CookMDL2570_0886314*
*CookMDL2570_0886315*
*CookMDL2570_0886318*
*CookMDL2570_0886330*
*CookMDL2570_0886331*
*CookMDL2570_0886332*
*CookMDL2570_0886333*
*CookMDL2570_0886369*
*CookMDL2570_0886372*
*CookMDL2570_0886373*
*CookMDL2570_0886374*
*CookMDL2570_0886417*
*CookMDL2570_0886418*
*CookMDL2570_0886421*
*CookMDL2570_0886439*
*CookMDL2570_0886440*
*CookMDL2570_0886483*
*CookMDL2570_0886526*
*CookMDL2570_0886561*
*CookMDL2570_0886566*
*CookMDL2570_0886567*

|          |                       |
|----------|-----------------------|
|          | *CookMDL2570_0886568* |
|          | *CookMDL2570_0886570* |
|          | *CookMDL2570_0886572* |
|          | *CookMDL2570_0886657* |
|          | *CookMDL2570_0886659* |
|          | *CookMDL2570_0886691* |
|          | *CookMDL2570_0886721* |
|          | *CookMDL2570_0886732* |
|          | *CookMDL2570_0073598* |
| **PR51476** | *CookMDL2570_0078258* |
|          | *CookMDL2570_0078268* |
|          | *CookMDL2570_0078279* |
|          | *CookMDL2570_0078281* |
|          | *CookMDL2570_0078282* |
|          | *CookMDL2570_0078298* |
|          | *CookMDL2570_0078324* |
|          | *CookMDL2570_0078333* |
|          | *CookMDL2570_0078334* |
|          | *CookMDL2570_0078335* |
|          | *CookMDL2570_0078336* |
|          | *CookMDL2570_0078337* |
|          | *CookMDL2570_0078298* |
| **PR52000** | *CookMDL2570_0078422* |
|          | *CookMDL2570_0078434* |
|          | *CookMDL2570_0078435* |
|          | *CookMDL2570_0078446* |
|          | *CookMDL2570_0078447* |
|          | *CookMDL2570_0078491* |
|          | *CookMDL2570_0078503* |
|          | *CookMDL2570_0078504* |
|          | *CookMDL2570_0078505* |
|          | *CookMDL2570_0078508* |
|          | *CookMDL2570_0078509* |
|          | *CookMDL2570_0078510* |
|          | *CookMDL2570_0078511* |
|          | *CookMDL2570_0078513* |
|          | *CookMDL2570_0078515* |
|          | *CookMDL2570_0078531* |
|          | *CookMDL2570_0078548* |
|          | *CookMDL2570_0078566* |
|          | *CookMDL2570_0078569* |
|          | *CookMDL2570_0078592* |
|          | *CookMDL2570_0078593* |
|          | *CookMDL2570_0078594* |

*CookMDL2570_0078610*
*CookMDL2570_0078611*
*CookMDL2570_0078612*
*CookMDL2570_0078613*
*CookMDL2570_0078621*
*CookMDL2570_0078622*
*CookMDL2570_0078623*
*CookMDL2570_0080399*
*CookMDL2570_0080401*
*CookMDL2570_0080403*
*CookMDL2570_0080405*
*CookMDL2570_0080406*
*CookMDL2570_0080407*
*CookMDL2570_0080408*
*CookMDL2570_0080409*
*CookMDL2570_0311180*
*CookMDL2570_0311181*
*CookMDL2570_0311182*
*CookMDL2570_0311183*
*CookMDL2570_0311189*
*CookMDL2570_0311224*
*CookMDL2570_0311520*
*CookMDL2570_0311521*
*CookMDL2570_0311522*
*CookMDL2570_0311523*
*CookMDL2570_0311524*
*CookMDL2570_0314140*
*CookMDL2570_0314141*
*CookMDL2570_0314142*
*CookMDL2570_0314143*
*CookMDL2570_0314144*
*CookMDL2570_0314151*
*CookMDL2570_0314152*
*CookMDL2570_0314153*
*CookMDL2570_0314154*
*CookMDL2570_0314155*
*CookMDL2570_0314156*
*CookMDL2570_0314157*
*CookMDL2570_0314158*
*CookMDL2570_0078491*
*CookMDL2570_0078513*

**PR51468** | *CookMDL2570_0078227*
*CookMDL2570_0078229*
*CookMDL2570_0078261*

| | |
|---|---|
| | *CookMDL2570_0078264* |
| | *CookMDL2570_0078316* |
| | *CookMDL2570_0078318* |
| | *CookMDL2570_0078320* |
| | *CookMDL2570_0078321* |
| | *CookMDL2570_0078322* |
| | *CookMDL2570_0078323* |
| | *CookMDL2570_0311112* |
| | *CookMDL2570_0078261* |
| **PR51581** | *CookMDL2570_0078267* |
| | *CookMDL2570_0078280* |
| | *CookMDL2570_0078285* |
| | *CookMDL2570_0078300* |
| | *CookMDL2570_0078304* |
| | *CookMDL2570_0078328* |
| | *CookMDL2570_0078331* |
| | *CookMDL2570_0078378* |
| | *CookMDL2570_0078401* |
| | *CookMDL2570_0078402* |
| | *CookMDL2570_0078407* |
| | *CookMDL2570_0078408* |
| | *CookMDL2570_0078409* |
| | *CookMDL2570_0078423* |
| | *CookMDL2570_0078425* |
| | *CookMDL2570_0078427* |
| | *CookMDL2570_0078469* |
| | *CookMDL2570_0078472* |
| | *CookMDL2570_0078474* |
| | *CookMDL2570_0078477* |
| | *CookMDL2570_0078482* |
| | *CookMDL2570_0078485* |
| | *CookMDL2570_0080396* |
| | *CookMDL2570_0080397* |
| | *CookMDL2570_0080398* |
| | *CookMDL2570_0080400* |
| | *CookMDL2570_0080402* |
| | *CookMDL2570_0080404* |
| | *CookMDL2570_0311145* |
| | *CookMDL2570_0311146* |
| | *CookMDL2570_0311175* |
| | *CookMDL2570_0314106* |
| | *CookMDL2570_0314145* |
| | *CookMDL2570_0314146* |
| | *CookMDL2570_0314147* |

*CookMDL2570_0314148*
*CookMDL2570_0314149*
*CookMDL2570_0314150*
*CookMDL2570_0078285*
*CookMDL2570_0078328*

**PR48541**  *CookMDL2570_0077324*
*CookMDL2570_0077332*
*CookMDL2570_0077336*
*CookMDL2570_0077348*
*CookMDL2570_0077360*
*CookMDL2570_0077361*
*CookMDL2570_0077365*
*CookMDL2570_0077366*
*CookMDL2570_0077368*
*CookMDL2570_0077369*
*CookMDL2570_0077370*
*CookMDL2570_0077371*
*CookMDL2570_0077373*
*CookMDL2570_0077407*
*CookMDL2570_0077410*
*CookMDL2570_0077444*
*CookMDL2570_0077445*
*CookMDL2570_0077446*
*CookMDL2570_0077466*
*CookMDL2570_0077470*
*CookMDL2570_0077472*
*CookMDL2570_0077474*
*CookMDL2570_0077410*

**PR20374**  *CookMDL2570_0071152*
*CookMDL2570_0071153*
*CookMDL2570_0071156*
*CookMDL2570_0071159*
*CookMDL2570_0071160*
*CookMDL2570_0071169*
*CookMDL2570_0071181*
*CookMDL2570_0071182*
*CookMDL2570_0071183*
*CookMDL2570_0071184*
*CookMDL2570_0071186*
*CookMDL2570_0071187*
*CookMDL2570_0071188*
*CookMDL2570_0071189*
*CookMDL2570_0071190*
*CookMDL2570_0071191*

*CookMDL2570_0071192*
*CookMDL2570_0071193*
*CookMDL2570_0071194*
*CookMDL2570_0071195*
*CookMDL2570_0071196*
*CookMDL2570_0071197*
*CookMDL2570_0071198*
*CookMDL2570_0071199*
*CookMDL2570_0071200*
*CookMDL2570_0071201*
*CookMDL2570_0071202*
*CookMDL2570_0071203*
*CookMDL2570_0071204*
*CookMDL2570_0071205*
*CookMDL2570_0071206*
*CookMDL2570_0071211*
*CookMDL2570_0309807*
*CookMDL2570_0309815*
*CookMDL2570_0071206*

**PR53289** | *CookMDL2570_0078743*
*CookMDL2570_0078744*
*CookMDL2570_0078745*
*CookMDL2570_0078746*
*CookMDL2570_0078747*
*CookMDL2570_0078748*
*CookMDL2570_0078749*
*CookMDL2570_0078760*
*CookMDL2570_0078761*
*CookMDL2570_0079053*
*CookMDL2570_0079065*
*CookMDL2570_0079066*
*CookMDL2570_0079075*
*CookMDL2570_0079076*
*CookMDL2570_0079077*
*CookMDL2570_0079078*
*CookMDL2570_0079079*
*CookMDL2570_0079080*
*CookMDL2570_0079083*
*CookMDL2570_0079084*
*CookMDL2570_0079087*
*CookMDL2570_0079117*
*CookMDL2570_0079118*
*CookMDL2570_0079120*
*CookMDL2570_0079123*

| | |
|---|---|
| | *CookMDL2570_0079125* |
| | *CookMDL2570_0079129* |
| | *CookMDL2570_0079133* |
| | *CookMDL2570_0079134* |
| | *CookMDL2570_0079142* |
| | *CookMDL2570_0311332* |
| | *CookMDL2570_0314107* |
| | *CookMDL2570_0079053* |
| | *CookMDL2570_0079084* |
| **PR33675** | *CookMDL2570_0073779* |
| | *CookMDL2570_0073790* |
| | *CookMDL2570_0073828* |
| | *CookMDL2570_0073830* |
| | *CookMDL2570_0073831* |
| | *CookMDL2570_0073833* |
| | *CookMDL2570_0073835* |
| | *CookMDL2570_0073840* |
| | *CookMDL2570_0073858* |
| | *CookMDL2570_0073861* |
| | *CookMDL2570_0073863* |
| | *CookMDL2570_0073868* |
| | *CookMDL2570_0073869* |
| | *CookMDL2570_0073883* |
| | *CookMDL2570_0073890* |
| | *CookMDL2570_0108876* |
| | *CookMDL2570_0108877* |
| | *CookMDL2570_0108878* |
| | *CookMDL2570_0108879* |
| | *CookMDL2570_0108889* |
| | *CookMDL2570_0108890* |
| | *CookMDL2570_0108891* |
| | *CookMDL2570_0108892* |
| | *CookMDL2570_0108893* |
| | *CookMDL2570_0108894* |
| | *CookMDL2570_0108896* |
| | *CookMDL2570_0108897* |
| | *CookMDL2570_0108898* |
| | *CookMDL2570_0108899* |
| | *CookMDL2570_0108900* |
| | *CookMDL2570_0108901* |
| | *CookMDL2570_0108902* |
| | *CookMDL2570_0108903* |
| | *CookMDL2570_0108904* |
| | *CookMDL2570_0108918* |

*CookMDL2570_0108919*
*CookMDL2570_0108920*
*CookMDL2570_0108921*
*CookMDL2570_0108922*
*CookMDL2570_0108923*
*CookMDL2570_0108925*
*CookMDL2570_0108926*
*CookMDL2570_0108927*
*CookMDL2570_0108932*
*CookMDL2570_0108933*
*CookMDL2570_0108934*
*CookMDL2570_0108935*
*CookMDL2570_0108936*
*CookMDL2570_0108943*
*CookMDL2570_0108944*
*CookMDL2570_0108945*
*CookMDL2570_0108946*
*CookMDL2570_0108947*
*CookMDL2570_0108952*
*CookMDL2570_0108953*
*CookMDL2570_0108979*
*CookMDL2570_0108980*
*CookMDL2570_0108981*
*CookMDL2570_0108982*
*CookMDL2570_0108983*
*CookMDL2570_0108989*
*CookMDL2570_0108990*
*CookMDL2570_0108991*
*CookMDL2570_0108992*
*CookMDL2570_0108993*
*CookMDL2570_0108994*
*CookMDL2570_0109001*
*CookMDL2570_0109002*
*CookMDL2570_0109003*
*CookMDL2570_0109004*
*CookMDL2570_0109005*
*CookMDL2570_0109025*
*CookMDL2570_0109026*
*CookMDL2570_0109027*
*CookMDL2570_0109028*
*CookMDL2570_0109029*
*CookMDL2570_0109030*
*CookMDL2570_0109033*
*CookMDL2570_0109047*

CookMDL2570_0109048
CookMDL2570_0109049
CookMDL2570_0109050
CookMDL2570_0109051
CookMDL2570_0109052
CookMDL2570_0109053
CookMDL2570_0109054
CookMDL2570_0109055
CookMDL2570_0109056
CookMDL2570_0109057
CookMDL2570_0109058
CookMDL2570_0109059
CookMDL2570_0109060
CookMDL2570_0109061
CookMDL2570_0109064
CookMDL2570_0109065
CookMDL2570_0109066
CookMDL2570_0109067
CookMDL2570_0109068
CookMDL2570_0109069
CookMDL2570_0109072
CookMDL2570_0109073
CookMDL2570_0109074
CookMDL2570_0109075
CookMDL2570_0109076
CookMDL2570_0109077
CookMDL2570_0109078
CookMDL2570_0109079
CookMDL2570_0109097
CookMDL2570_0109098
CookMDL2570_0109099
CookMDL2570_0109125
CookMDL2570_0109142
CookMDL2570_0109183
CookMDL2570_0109186
CookMDL2570_0109212
CookMDL2570_0109213
CookMDL2570_0109214
CookMDL2570_0109215
CookMDL2570_0109216
CookMDL2570_0109217
CookMDL2570_0109218
CookMDL2570_0109219
CookMDL2570_0109220

*CookMDL2570_0109221*
*CookMDL2570_0109222*
*CookMDL2570_0109223*
*CookMDL2570_0109224*
*CookMDL2570_0109225*
*CookMDL2570_0109226*
*CookMDL2570_0109227*
*CookMDL2570_0109228*
*CookMDL2570_0109229*
*CookMDL2570_0109230*
*CookMDL2570_0109231*
*CookMDL2570_0109232*
*CookMDL2570_0109233*
*CookMDL2570_0109234*
*CookMDL2570_0109235*
*CookMDL2570_0109236*
*CookMDL2570_0109237*
*CookMDL2570_0109240*
*CookMDL2570_0109259*
*CookMDL2570_0109260*
*CookMDL2570_0109279*
*CookMDL2570_0109280*
*CookMDL2570_0109281*
*CookMDL2570_0109282*
*CookMDL2570_0109283*
*CookMDL2570_0109284*
*CookMDL2570_0109285*
*CookMDL2570_0109286*
*CookMDL2570_0109287*
*CookMDL2570_0109289*
*CookMDL2570_0109290*
*CookMDL2570_0109291*
*CookMDL2570_0109292*
*CookMDL2570_0109293*
*CookMDL2570_0109294*
*CookMDL2570_0109295*
*CookMDL2570_0109302*
*CookMDL2570_0109303*
*CookMDL2570_0109345*
*CookMDL2570_0109346*
*CookMDL2570_0109350*
*CookMDL2570_0109352*
*CookMDL2570_0109394*
*CookMDL2570_0109395*

*CookMDL2570_0109397*
*CookMDL2570_0109398*
*CookMDL2570_0109399*
*CookMDL2570_0109400*
*CookMDL2570_0109401*
*CookMDL2570_0109402*
*CookMDL2570_0109403*
*CookMDL2570_0109413*
*CookMDL2570_0109439*
*CookMDL2570_0109440*
*CookMDL2570_0109441*
*CookMDL2570_0109442*
*CookMDL2570_0109445*
*CookMDL2570_0109446*
*CookMDL2570_0109447*
*CookMDL2570_0109448*
*CookMDL2570_0109449*
*CookMDL2570_0109450*
*CookMDL2570_0109460*
*CookMDL2570_0109461*
*CookMDL2570_0109462*
*CookMDL2570_0109463*
*CookMDL2570_0109464*
*CookMDL2570_0109465*
*CookMDL2570_0109466*
*CookMDL2570_0109467*
*CookMDL2570_0109468*
*CookMDL2570_0109469*
*CookMDL2570_0109470*
*CookMDL2570_0109471*
*CookMDL2570_0109479*
*CookMDL2570_0109488*
*CookMDL2570_0109489*
*CookMDL2570_0109490*
*CookMDL2570_0109491*
*CookMDL2570_0109492*
*CookMDL2570_0109500*
*CookMDL2570_0109501*
*CookMDL2570_0109502*
*CookMDL2570_0109503*
*CookMDL2570_0109523*
*CookMDL2570_0109524*
*CookMDL2570_0109525*
*CookMDL2570_0109526*

*CookMDL2570_0109527*
*CookMDL2570_0109528*
*CookMDL2570_0109529*
*CookMDL2570_0109530*
*CookMDL2570_0109531*
*CookMDL2570_0109532*
*CookMDL2570_0109533*
*CookMDL2570_0109568*
*CookMDL2570_0109582*
*CookMDL2570_0109583*
*CookMDL2570_0109605*
*CookMDL2570_0109607*
*CookMDL2570_0109608*
*CookMDL2570_0109609*
*CookMDL2570_0109610*
*CookMDL2570_0109611*
*CookMDL2570_0109612*
*CookMDL2570_0109613*
*CookMDL2570_0109614*
*CookMDL2570_0109615*
*CookMDL2570_0109616*
*CookMDL2570_0109617*
*CookMDL2570_0109618*
*CookMDL2570_0109619*
*CookMDL2570_0109620*
*CookMDL2570_0109621*
*CookMDL2570_0109622*
*CookMDL2570_0109623*
*CookMDL2570_0109624*
*CookMDL2570_0109625*
*CookMDL2570_0109626*
*CookMDL2570_0109627*
*CookMDL2570_0109628*
*CookMDL2570_0109629*
*CookMDL2570_0109630*
*CookMDL2570_0109631*
*CookMDL2570_0109644*
*CookMDL2570_0109645*
*CookMDL2570_0109646*
*CookMDL2570_0109647*
*CookMDL2570_0109652*
*CookMDL2570_0109653*
*CookMDL2570_0109654*
*CookMDL2570_0109655*

*CookMDL2570_0109656*
*CookMDL2570_0109657*
*CookMDL2570_0109658*
*CookMDL2570_0109660*
*CookMDL2570_0109661*
*CookMDL2570_0109662*
*CookMDL2570_0109663*
*CookMDL2570_0109664*
*CookMDL2570_0109665*
*CookMDL2570_0109666*
*CookMDL2570_0109667*
*CookMDL2570_0109669*
*CookMDL2570_0109680*
*CookMDL2570_0109681*
*CookMDL2570_0109703*
*CookMDL2570_0109741*
*CookMDL2570_0109742*
*CookMDL2570_0109743*
*CookMDL2570_0109744*
*CookMDL2570_0109745*
*CookMDL2570_0109746*
*CookMDL2570_0109747*
*CookMDL2570_0109748*
*CookMDL2570_0109749*
*CookMDL2570_0109764*
*CookMDL2570_0109776*
*CookMDL2570_0109777*
*CookMDL2570_0109779*
*CookMDL2570_0109809*
*CookMDL2570_0109810*
*CookMDL2570_0109811*
*CookMDL2570_0109812*
*CookMDL2570_0109813*
*CookMDL2570_0109814*
*CookMDL2570_0109815*
*CookMDL2570_0109816*
*CookMDL2570_0109817*
*CookMDL2570_0109818*
*CookMDL2570_0109819*
*CookMDL2570_0109820*
*CookMDL2570_0109821*
*CookMDL2570_0109822*
*CookMDL2570_0109823*
*CookMDL2570_0109826*

*CookMDL2570_0109827*
*CookMDL2570_0109842*
*CookMDL2570_0109871*
*CookMDL2570_0109872*
*CookMDL2570_0109873*
*CookMDL2570_0109912*
*CookMDL2570_0109913*
*CookMDL2570_0109915*
*CookMDL2570_0109916*
*CookMDL2570_0109942*
*CookMDL2570_0109943*
*CookMDL2570_0109944*
*CookMDL2570_0109945*
*CookMDL2570_0109946*
*CookMDL2570_0109947*
*CookMDL2570_0109951*
*CookMDL2570_0109952*
*CookMDL2570_0109972*
*CookMDL2570_0109978*
*CookMDL2570_0109979*
*CookMDL2570_0109980*
*CookMDL2570_0109981*
*CookMDL2570_0109982*
*CookMDL2570_0109986*
*CookMDL2570_0110028*
*CookMDL2570_0110029*
*CookMDL2570_0110030*
*CookMDL2570_0110034*
*CookMDL2570_0110035*
*CookMDL2570_0110044*
*CookMDL2570_0110045*
*CookMDL2570_0110046*
*CookMDL2570_0110048*
*CookMDL2570_0110065*
*CookMDL2570_0110066*
*CookMDL2570_0110067*
*CookMDL2570_0110068*
*CookMDL2570_0110110*
*CookMDL2570_0110111*
*CookMDL2570_0110136*
*CookMDL2570_0110137*
*CookMDL2570_0110138*
*CookMDL2570_0110139*
*CookMDL2570_0110140*

*CookMDL2570_0110141*
*CookMDL2570_0110152*
*CookMDL2570_0110153*
*CookMDL2570_0110154*
*CookMDL2570_0110179*
*CookMDL2570_0110180*
*CookMDL2570_0110181*
*CookMDL2570_0110183*
*CookMDL2570_0110184*
*CookMDL2570_0110185*
*CookMDL2570_0110219*
*CookMDL2570_0110220*
*CookMDL2570_0110221*
*CookMDL2570_0110227*
*CookMDL2570_0110269*
*CookMDL2570_0110270*
*CookMDL2570_0110271*
*CookMDL2570_0110313*
*CookMDL2570_0110318*
*CookMDL2570_0110319*
*CookMDL2570_0110320*
*CookMDL2570_0110321*
*CookMDL2570_0110333*
*CookMDL2570_0110358*
*CookMDL2570_0110360*
*CookMDL2570_0110361*
*CookMDL2570_0110362*
*CookMDL2570_0110363*
*CookMDL2570_0110364*
*CookMDL2570_0110365*
*CookMDL2570_0110371*
*CookMDL2570_0110372*
*CookMDL2570_0110375*
*CookMDL2570_0110376*
*CookMDL2570_0110377*
*CookMDL2570_0110378*
*CookMDL2570_0110390*
*CookMDL2570_0110395*
*CookMDL2570_0110405*
*CookMDL2570_0110410*
*CookMDL2570_0110425*
*CookMDL2570_0110435*
*CookMDL2570_0110436*
*CookMDL2570_0110437*

*CookMDL2570_0110438*
*CookMDL2570_0110439*
*CookMDL2570_0110440*
*CookMDL2570_0110441*
*CookMDL2570_0110442*
*CookMDL2570_0110443*
*CookMDL2570_0110444*
*CookMDL2570_0110445*
*CookMDL2570_0110446*
*CookMDL2570_0110447*
*CookMDL2570_0110449*
*CookMDL2570_0110463*
*CookMDL2570_0110464*
*CookMDL2570_0110490*
*CookMDL2570_0110491*
*CookMDL2570_0110492*
*CookMDL2570_0110493*
*CookMDL2570_0110494*
*CookMDL2570_0110501*
*CookMDL2570_0110502*
*CookMDL2570_0110503*
*CookMDL2570_0110504*
*CookMDL2570_0110506*
*CookMDL2570_0110511*
*CookMDL2570_0110512*
*CookMDL2570_0110513*
*CookMDL2570_0110518*
*CookMDL2570_0110519*
*CookMDL2570_0110520*
*CookMDL2570_0110521*
*CookMDL2570_0110522*
*CookMDL2570_0110523*
*CookMDL2570_0110524*
*CookMDL2570_0110525*
*CookMDL2570_0110526*
*CookMDL2570_0110527*
*CookMDL2570_0110528*
*CookMDL2570_0110529*
*CookMDL2570_0110530*
*CookMDL2570_0110536*
*CookMDL2570_0110537*
*CookMDL2570_0110538*
*CookMDL2570_0110558*
*CookMDL2570_0110565*

*CookMDL2570_0110591*
*CookMDL2570_0110605*
*CookMDL2570_0110606*
*CookMDL2570_0110607*
*CookMDL2570_0110608*
*CookMDL2570_0110609*
*CookMDL2570_0110610*
*CookMDL2570_0110611*
*CookMDL2570_0110612*
*CookMDL2570_0110615*
*CookMDL2570_0110616*
*CookMDL2570_0110617*
*CookMDL2570_0110618*
*CookMDL2570_0110619*
*CookMDL2570_0110620*
*CookMDL2570_0110621*
*CookMDL2570_0110622*
*CookMDL2570_0110639*
*CookMDL2570_0110640*
*CookMDL2570_0110641*
*CookMDL2570_0110642*
*CookMDL2570_0110660*
*CookMDL2570_0110661*
*CookMDL2570_0110664*
*CookMDL2570_0110665*
*CookMDL2570_0110666*
*CookMDL2570_0110667*
*CookMDL2570_0110668*
*CookMDL2570_0110669*
*CookMDL2570_0110670*
*CookMDL2570_0110671*
*CookMDL2570_0110672*
*CookMDL2570_0110675*
*CookMDL2570_0110676*
*CookMDL2570_0110677*
*CookMDL2570_0110678*
*CookMDL2570_0110685*
*CookMDL2570_0110686*
*CookMDL2570_0110687*
*CookMDL2570_0110728*
*CookMDL2570_0110729*
*CookMDL2570_0110730*
*CookMDL2570_0110772*
*CookMDL2570_0110773*

|  |  |
|---|---|
|  | *CookMDL2570_0110774* |
|  | *CookMDL2570_0110784* |
|  | *CookMDL2570_0110785* |
|  | *CookMDL2570_0110786* |
| **PR56708** | *CookMDL2570_0078959* |
| **PR5721** | *CookMDL2570_0079510* |
| **PR13496** | *CookMDL2570_0069814* |
|  | *CookMDL2570_0069815* |
|  | *CookMDL2570_0069826* |
|  | *CookMDL2570_0069827* |
|  | *CookMDL2570_0069829* |
|  | *CookMDL2570_0069831* |
|  | *CookMDL2570_0069832* |
|  | *CookMDL2570_0069833* |
|  | *CookMDL2570_0069835* |
|  | *CookMDL2570_0069837* |
|  | *CookMDL2570_0309477* |
|  | *CookMDL2570_0309478* |
|  | *CookMDL2570_0309479* |
|  | *CookMDL2570_0309480* |
|  | *CookMDL2570_0309481* |
|  | *CookMDL2570_0309482* |
|  | *CookMDL2570_0309500* |
|  | *CookMDL2570_0309501* |
|  | *CookMDL2570_0309502* |
|  | *CookMDL2570_0309503* |
|  | *CookMDL2570_0309504* |
|  | *CookMDL2570_0309505* |
|  | *CookMDL2570_0309506* |
|  | *CookMDL2570_0309507* |
|  | *CookMDL2570_0309508* |
|  | *CookMDL2570_0309509* |
|  | *CookMDL2570_0309510* |
|  | *CookMDL2570_0309511* |
|  | *CookMDL2570_0309512* |
|  | *CookMDL2570_0309513* |
|  | *CookMDL2570_0309514* |
|  | *CookMDL2570_0309515* |
|  | *CookMDL2570_0314058* |
|  | *CookMDL2570_0314059* |
|  | *CookMDL2570_0314060* |
|  | *CookMDL2570_0314061* |
|  | *CookMDL2570_0314062* |
|  | *CookMDL2570_0314063* |

| | |
|---|---|
| | *CookMDL2570_0314064* |
| | *CookMDL2570_0314065* |
| | *CookMDL2570_0314066* |
| | *CookMDL2570_0314067* |
| **PR15396** | *CookMDL2570_0070171* |
| | *CookMDL2570_0070172* |
| | *CookMDL2570_0070190* |
| | *CookMDL2570_0070193* |
| | *CookMDL2570_0070200* |
| | *CookMDL2570_0070202* |
| | *CookMDL2570_0070215* |
| | *CookMDL2570_0070224* |
| | *CookMDL2570_0070301* |
| | *CookMDL2570_0070302* |
| **PR13845** | *CookMDL2570_0069883* |
| | *CookMDL2570_0069884* |
| | *CookMDL2570_0069896* |
| | *CookMDL2570_0069898* |
| | *CookMDL2570_0069901* |
| | *CookMDL2570_0069903* |
| | *CookMDL2570_0069916* |
| | *CookMDL2570_0069921* |
| | *CookMDL2570_0069922* |
| | *CookMDL2570_0069923* |
| | *CookMDL2570_0069934* |
| | *CookMDL2570_0069935* |
| | *CookMDL2570_0069936* |
| | *CookMDL2570_0069937* |
| | *CookMDL2570_0069939* |
| | *CookMDL2570_0069949* |
| | *CookMDL2570_0069954* |
| | *CookMDL2570_0069958* |
| | *CookMDL2570_0773474* |
| | *CookMDL2570_0773477* |
| | *CookMDL2570_0773481* |
| | *CookMDL2570_0773503* |
| | *CookMDL2570_0773510* |
| | *CookMDL2570_0773605* |
| | *CookMDL2570_0820320* |
| | *CookMDL2570_0820327* |
| | *CookMDL2570_0828175* |
| **PR14543** | *CookMDL2570_0069957* |
| | *CookMDL2570_0069982* |
| | *CookMDL2570_0069983* |

|  | CookMDL2570_0069994 |
|  | CookMDL2570_0069995 |
|  | CookMDL2570_0069996 |
|  | CookMDL2570_0069997 |
|  | CookMDL2570_0070002 |
|  | CookMDL2570_0070005 |
|  | CookMDL2570_0070006 |
|  | CookMDL2570_0070007 |
|  | CookMDL2570_0070008 |
|  | CookMDL2570_0070009 |
|  | CookMDL2570_0070010 |
|  | CookMDL2570_0070018 |
|  | CookMDL2570_0070024 |
|  | CookMDL2570_0070028 |
|  | CookMDL2570_0070030 |
|  | CookMDL2570_0070034 |
|  | CookMDL2570_0070038 |
|  | CookMDL2570_0070041 |
|  | CookMDL2570_0070045 |
|  | CookMDL2570_0070049 |
|  | CookMDL2570_0070057 |
|  | CookMDL2570_0070062 |
|  | CookMDL2570_0309526 |
|  | CookMDL2570_0773490 |
| **PR59892** | CookMDL2570_0079864 |
|  | CookMDL2570_0079865 |
|  | CookMDL2570_0079883 |
|  | CookMDL2570_0079889 |
|  | CookMDL2570_0079902 |
|  | CookMDL2570_0079912 |
|  | CookMDL2570_0079929 |
|  | CookMDL2570_0079958 |
|  | CookMDL2570_0311436 |
|  | CookMDL2570_0311437 |
|  | CookMDL2570_0311438 |
|  | CookMDL2570_0311440 |
|  | CookMDL2570_0311442 |
|  | CookMDL2570_0311443 |
|  | CookMDL2570_0311477 |
|  | CookMDL2570_0311478 |
|  | CookMDL2570_0815874 |
| **PR59888** | CookMDL2570_0079877 |
|  | CookMDL2570_0079871 |
|  | CookMDL2570_R1026445 |

*CookMDL2570_R1026444*
*CookMDL2570_R1026443*
*CookMDL2570_R1026442*
*CookMDL2570_R1026441*
*CookMDL2570_R1026440*
*CookMDL2570_R1026439*
*CookMDL2570_R1026438*
*CookMDL2570_R1026437*
*CookMDL2570_R1026436*
*CookMDL2570_R1026435*
*CookMDL2570_R1026434*
*CookMDL2570_R1026432*
*CookMDL2570_R1026431*
*CookMDL2570_R1026430*
*CookMDL2570_R1026428*
*CookMDL2570_R1026427*
*CookMDL2570_R1026426*
*CookMDL2570_R1026425*
*CookMDL2570_R1026424*
*CookMDL2570_R1026423*
*CookMDL2570_R1026422*
*CookMDL2570_R1026421*
*CookMDL2570_R1026420*
*CookMDL2570_R1026419*
*CookMDL2570_R1026418*
*CookMDL2570_R1026417*
*CookMDL2570_R1026416*
*CookMDL2570_R1026415*
*CookMDL2570_R1026414*
*CookMDL2570_R1026413*
*CookMDL2570_0815871*
*CookMDL2570_0592109*
*CookMDL2570_0311475*
*CookMDL2570_0311474*
*CookMDL2570_0311473*
*CookMDL2570_0311451*
*CookMDL2570_0311449*
*CookMDL2570_0311433*
*CookMDL2570_0096070*
*CookMDL2570_0096070*
*CookMDL2570_0096063*
*CookMDL2570_0096058*
*CookMDL2570_0096054*
*CookMDL2570_0096053*

*CookMDL2570_0096052*
*CookMDL2570_0096048*
*CookMDL2570_0096046*
*CookMDL2570_0096045*
*CookMDL2570_0096044*
*CookMDL2570_0096043*
*CookMDL2570_0096041*
*CookMDL2570_0096029*
*CookMDL2570_0096028*
*CookMDL2570_0096027*
*CookMDL2570_0096026*
*CookMDL2570_0096021*
*CookMDL2570_0096019*
*CookMDL2570_0096017*
*CookMDL2570_0096011*
*CookMDL2570_0096005*
*CookMDL2570_0096004*
*CookMDL2570_0096003*
*CookMDL2570_0096002*
*CookMDL2570_0096001*
*CookMDL2570_0095997*
*CookMDL2570_0095955*
*CookMDL2570_0095929*
*CookMDL2570_0095928*
*CookMDL2570_0095927*
*CookMDL2570_0095926*
*CookMDL2570_0095925*
*CookMDL2570_0095924*
*CookMDL2570_0095923*
*CookMDL2570_0095922*
*CookMDL2570_0095921*
*CookMDL2570_0095879*
*CookMDL2570_0095878*
*CookMDL2570_0095877*
*CookMDL2570_0095876*
*CookMDL2570_0095842*
*CookMDL2570_0095841*
*CookMDL2570_0095840*
*CookMDL2570_0095839*
*CookMDL2570_0095838*
*CookMDL2570_0095837*
*CookMDL2570_0095836*
*CookMDL2570_0095835*
*CookMDL2570_0095834*

*CookMDL2570_0095833*
*CookMDL2570_0095832*
*CookMDL2570_0095831*
*CookMDL2570_0095830*
*CookMDL2570_0095829*
*CookMDL2570_0095804*
*CookMDL2570_0095803*
*CookMDL2570_0095777*
*CookMDL2570_0095776*
*CookMDL2570_0095738*
*CookMDL2570_0095737*
*CookMDL2570_0095736*
*CookMDL2570_0095735*
*CookMDL2570_0095734*
*CookMDL2570_0095733*
*CookMDL2570_0095732*
*CookMDL2570_0095731*
*CookMDL2570_0095690*
*CookMDL2570_0095689*
*CookMDL2570_0095688*
*CookMDL2570_0095687*
*CookMDL2570_0095686*
*CookMDL2570_0095685*
*CookMDL2570_0095684*
*CookMDL2570_0095683*
*CookMDL2570_0095641*
*CookMDL2570_0095600*
*CookMDL2570_0095601*
*CookMDL2570_0095602*
*CookMDL2570_0095596*
*CookMDL2570_0095597*
*CookMDL2570_0095598*
*CookMDL2570_0095599*
*CookMDL2570_0095570*
*CookMDL2570_0095566*
*CookMDL2570_0095565*
*CookMDL2570_0095564*
*CookMDL2570_0095530*
*CookMDL2570_0095537*
*CookMDL2570_0095538*
*CookMDL2570_0095524*
*CookMDL2570_0095525*
*CookMDL2570_0095526*
*CookMDL2570_0095528*

*CookMDL2570_0095529*
*CookMDL2570_0095480*
*CookMDL2570_0095481*
*CookMDL2570_0095482*
*CookMDL2570_0095475*
*CookMDL2570_0095476*
*CookMDL2570_0095477*
*CookMDL2570_0095478*
*CookMDL2570_0095479*
*CookMDL2570_0095457*
*CookMDL2570_0095440*
*CookMDL2570_0095441*
*CookMDL2570_0095442*
*CookMDL2570_0095443*
*CookMDL2570_0095425*
*CookMDL2570_0095400*
*CookMDL2570_0095401*
*CookMDL2570_0095402*
*CookMDL2570_0095403*
*CookMDL2570_0095404*
*CookMDL2570_0095405*
*CookMDL2570_0095406*
*CookMDL2570_0095407*
*CookMDL2570_0095408*
*CookMDL2570_0095409*
*CookMDL2570_0095410*
*CookMDL2570_0095390*
*CookMDL2570_0095391*
*CookMDL2570_0095392*
*CookMDL2570_0095393*
*CookMDL2570_0095394*
*CookMDL2570_0095395*
*CookMDL2570_0095396*
*CookMDL2570_0095397*
*CookMDL2570_0095398*
*CookMDL2570_0095399*
*CookMDL2570_0095380*
*CookMDL2570_0095381*
*CookMDL2570_0095382*
*CookMDL2570_0095383*
*CookMDL2570_0095384*
*CookMDL2570_0095385*
*CookMDL2570_0095386*
*CookMDL2570_0095387*

*CookMDL2570_0095388*
*CookMDL2570_0095389*
*CookMDL2570_0095370*
*CookMDL2570_0095371*
*CookMDL2570_0095372*
*CookMDL2570_0095373*
*CookMDL2570_0095374*
*CookMDL2570_0095375*
*CookMDL2570_0095376*
*CookMDL2570_0095377*
*CookMDL2570_0095378*
*CookMDL2570_0095379*
*CookMDL2570_0095361*
*CookMDL2570_0095362*
*CookMDL2570_0095363*
*CookMDL2570_0095364*
*CookMDL2570_0095365*
*CookMDL2570_0095366*
*CookMDL2570_0095367*
*CookMDL2570_0095368*
*CookMDL2570_0095369*
*CookMDL2570_0095341*
*CookMDL2570_0095330*
*CookMDL2570_0095331*
*CookMDL2570_0095333*
*CookMDL2570_0095334*
*CookMDL2570_0095337*
*CookMDL2570_0095339*
*CookMDL2570_0095305*
*CookMDL2570_0095307*
*CookMDL2570_0095308*
*CookMDL2570_0095316*
*CookMDL2570_0095280*
*CookMDL2570_0095281*
*CookMDL2570_0095282*
*CookMDL2570_0095285*
*CookMDL2570_0095286*
*CookMDL2570_0095270*
*CookMDL2570_0095271*
*CookMDL2570_0095272*
*CookMDL2570_0095273*
*CookMDL2570_0095274*
*CookMDL2570_0095275*
*CookMDL2570_0095276*

*CookMDL2570_0095277*
*CookMDL2570_0095278*
*CookMDL2570_0095279*
*CookMDL2570_0095268*
*CookMDL2570_0095269*
*CookMDL2570_0095253*
*CookMDL2570_0095256*
*CookMDL2570_0095259*
*CookMDL2570_0095209*
*CookMDL2570_0095211*
*CookMDL2570_0095182*
*CookMDL2570_0095185*
*CookMDL2570_0095188*
*CookMDL2570_0095189*
*CookMDL2570_0095190*
*CookMDL2570_0095171*
*CookMDL2570_0095176*
*CookMDL2570_0095156*
*CookMDL2570_0095157*
*CookMDL2570_0095144*
*CookMDL2570_0095132*
*CookMDL2570_0095127*
*CookMDL2570_0095126*
*CookMDL2570_0095100*
*CookMDL2570_0095101*
*CookMDL2570_0095102*
*CookMDL2570_0095103*
*CookMDL2570_0095104*
*CookMDL2570_0095090*
*CookMDL2570_0095091*
*CookMDL2570_0095092*
*CookMDL2570_0095093*
*CookMDL2570_0095094*
*CookMDL2570_0095095*
*CookMDL2570_0095096*
*CookMDL2570_0095097*
*CookMDL2570_0095098*
*CookMDL2570_0095099*
*CookMDL2570_0095081*
*CookMDL2570_0095081*
*CookMDL2570_0095082*
*CookMDL2570_0095083*
*CookMDL2570_0095084*
*CookMDL2570_0095085*

*CookMDL2570_0095086*
*CookMDL2570_0095087*
*CookMDL2570_0095088*
*CookMDL2570_0095089*
*CookMDL2570_0095070*
*CookMDL2570_0095071*
*CookMDL2570_0095072*
*CookMDL2570_0095073*
*CookMDL2570_0095074*
*CookMDL2570_0095075*
*CookMDL2570_0095076*
*CookMDL2570_0095077*
*CookMDL2570_0095078*
*CookMDL2570_0095079*
*CookMDL2570_0095060*
*CookMDL2570_0095061*
*CookMDL2570_0095062*
*CookMDL2570_0095063*
*CookMDL2570_0095064*
*CookMDL2570_0095065*
*CookMDL2570_0095066*
*CookMDL2570_0095067*
*CookMDL2570_0095068*
*CookMDL2570_0095069*
*CookMDL2570_0095050*
*CookMDL2570_0095051*
*CookMDL2570_0095052*
*CookMDL2570_0095053*
*CookMDL2570_0095054*
*CookMDL2570_0095055*
*CookMDL2570_0095056*
*CookMDL2570_0095057*
*CookMDL2570_0095058*
*CookMDL2570_0095059*
*CookMDL2570_0095040*
*CookMDL2570_0095041*
*CookMDL2570_0095042*
*CookMDL2570_0095043*
*CookMDL2570_0095044*
*CookMDL2570_0095045*
*CookMDL2570_0095046*
*CookMDL2570_0095047*
*CookMDL2570_0095048*
*CookMDL2570_0095049*

*CookMDL2570_0095030*
*CookMDL2570_0095031*
*CookMDL2570_0095032*
*CookMDL2570_0095033*
*CookMDL2570_0095034*
*CookMDL2570_0095035*
*CookMDL2570_0095036*
*CookMDL2570_0095037*
*CookMDL2570_0095038*
*CookMDL2570_0095039*
*CookMDL2570_0095020*
*CookMDL2570_0095021*
*CookMDL2570_0095022*
*CookMDL2570_0095023*
*CookMDL2570_0095024*
*CookMDL2570_0095025*
*CookMDL2570_0095026*
*CookMDL2570_0095027*
*CookMDL2570_0095028*
*CookMDL2570_0095029*
*CookMDL2570_0095010*
*CookMDL2570_0095011*
*CookMDL2570_0095012*
*CookMDL2570_0095013*
*CookMDL2570_0095014*
*CookMDL2570_0095019*
*CookMDL2570_0095000*
*CookMDL2570_0095001*
*CookMDL2570_0095002*
*CookMDL2570_0095003*
*CookMDL2570_0095004*
*CookMDL2570_0095005*
*CookMDL2570_0095006*
*CookMDL2570_0095007*
*CookMDL2570_0095008*
*CookMDL2570_0095009*
*CookMDL2570_0094990*
*CookMDL2570_0094991*
*CookMDL2570_0094992*
*CookMDL2570_0094993*
*CookMDL2570_0094994*
*CookMDL2570_0094995*
*CookMDL2570_0094996*
*CookMDL2570_0094997*

*CookMDL2570_0094998*
*CookMDL2570_0094999*
*CookMDL2570_0094980*
*CookMDL2570_0094983*
*CookMDL2570_0094984*
*CookMDL2570_0094985*
*CookMDL2570_0094986*
*CookMDL2570_0094987*
*CookMDL2570_0094988*
*CookMDL2570_0094989*
*CookMDL2570_0094970*
*CookMDL2570_0094971*
*CookMDL2570_0094972*
*CookMDL2570_0094973*
*CookMDL2570_0094974*
*CookMDL2570_0094975*
*CookMDL2570_0094976*
*CookMDL2570_0094977*
*CookMDL2570_0094978*
*CookMDL2570_0094979*
*CookMDL2570_0094934*
*CookMDL2570_0094936*
*CookMDL2570_0094937*
*CookMDL2570_0094938*
*CookMDL2570_0094939*
*CookMDL2570_0094924*
*CookMDL2570_0094927*
*CookMDL2570_0094900*
*CookMDL2570_0094907*
*CookMDL2570_0094878*
*CookMDL2570_0094889*
*CookMDL2570_0094899*
*CookMDL2570_0094841*
*CookMDL2570_0094861*
*CookMDL2570_0094831*
*CookMDL2570_0094835*
*CookMDL2570_0094839*
*CookMDL2570_0094802*
*CookMDL2570_0094772*
*CookMDL2570_0094750*
*CookMDL2570_0094702*
*CookMDL2570_0094737*
*CookMDL2570_0094684*
*CookMDL2570_0094694*

CookMDL2570_0094651
CookMDL2570_0094666
CookMDL2570_0094641
CookMDL2570_0094642
CookMDL2570_0079941
CookMDL2570_0079943
CookMDL2570_0079938
CookMDL2570_0079880
CookMDL2570_0079886
CookMDL2570_0079874
CookMDL2570_0079877
CookMDL2570_0079862
CookMDL2570_0079853
CookMDL2570_0079849
CookMDL2570_0079808
CookMDL2570_0079771
CookMDL2570_0079790
CookMDL2570_0079793
CookMDL2570_0079794
CookMDL2570_0079795
CookMDL2570_0079796
CookMDL2570_0079797

**PR61628**   CookMDL2570_0081384
CookMDL2570_0312736
CookMDL2570_0312735
CookMDL2570_0311701
CookMDL2570_0086574
CookMDL2570_0086573
CookMDL2570_0086570
CookMDL2570_0086567
CookMDL2570_0086564
CookMDL2570_0086560
CookMDL2570_0086557
CookMDL2570_0086555
CookMDL2570_0086552
CookMDL2570_0086551
CookMDL2570_0086549
CookMDL2570_0086547
CookMDL2570_0086545
CookMDL2570_0086543
CookMDL2570_0081384
CookMDL2570_0081382
CookMDL2570_0081381
CookMDL2570_0081380

**PR61645**

CookMDL2570_0081379
CookMDL2570_0081378
CookMDL2570_0081366
CookMDL2570_0081419
CookMDL2570_0312750
CookMDL2570_0312748
CookMDL2570_0312746
CookMDL2570_0311716
CookMDL2570_0311714
CookMDL2570_0311708
CookMDL2570_0311703
CookMDL2570_0086610
CookMDL2570_0086604
CookMDL2570_0086600
CookMDL2570_0086598
CookMDL2570_0086596
CookMDL2570_0086593
CookMDL2570_0086591
CookMDL2570_0086580
CookMDL2570_0086579
CookMDL2570_0086577
CookMDL2570_0081419
CookMDL2570_0081417
CookMDL2570_0081416
CookMDL2570_0081415
CookMDL2570_0081414
CookMDL2570_0081401

**PR63057**

CookMDL2570_0081529
CookMDL2570_0081512
CookMDL2570_0311757
CookMDL2570_0086708
CookMDL2570_0086706
CookMDL2570_0086703
CookMDL2570_0086702
CookMDL2570_0086698
CookMDL2570_0086695
CookMDL2570_0086692
CookMDL2570_0086690
CookMDL2570_0086688
CookMDL2570_0086685
CookMDL2570_0081531
CookMDL2570_0081529
CookMDL2570_0081528
CookMDL2570_0081527

| | |
|---|---|
| | *CookMDL2570_0081526* |
| | *CookMDL2570_0081525* |
| | *CookMDL2570_0081524* |
| | *CookMDL2570_0081512* |
| **PR63917** | *CookMDL2570_0081652* |
| | *CookMDL2570_0311783* |
| | *CookMDL2570_0311777* |
| | *CookMDL2570_0311772* |
| | *CookMDL2570_0086776* |
| | *CookMDL2570_0086775* |
| | *CookMDL2570_0086774* |
| | *CookMDL2570_0086772* |
| | *CookMDL2570_0086771* |
| | *CookMDL2570_0086770* |
| | *CookMDL2570_0086763* |
| | *CookMDL2570_0086761* |
| | *CookMDL2570_0081652* |
| | *CookMDL2570_0081651* |
| | *CookMDL2570_0081649* |
| | *CookMDL2570_0081635* |
| **PR64423** | *CookMDL2570_0081687* |
| | *CookMDL2570_0081655* |
| | *CookMDL2570_0311785* |
| | *CookMDL2570_0087082* |
| | *CookMDL2570_0087062* |
| | *CookMDL2570_0087060* |
| | *CookMDL2570_0087058* |
| | *CookMDL2570_0087055* |
| | *CookMDL2570_0087049* |
| | *CookMDL2570_0087037* |
| | *CookMDL2570_0087025* |
| | *CookMDL2570_0087011* |
| | *CookMDL2570_0086995* |
| | *CookMDL2570_0086986* |
| | *CookMDL2570_0086975* |
| | *CookMDL2570_0086961* |
| | *CookMDL2570_0086945* |
| | *CookMDL2570_0086940* |
| | *CookMDL2570_0086922* |
| | *CookMDL2570_0086921* |
| | *CookMDL2570_0086913* |
| | *CookMDL2570_0086908* |
| | *CookMDL2570_0086907* |
| | *CookMDL2570_0086892* |

*CookMDL2570_0086873*
*CookMDL2570_0086857*
*CookMDL2570_0086842*
*CookMDL2570_0086825*
*CookMDL2570_0086820*
*CookMDL2570_0086806*
*CookMDL2570_0086793*
*CookMDL2570_0086784*
*CookMDL2570_0086781*
*CookMDL2570_0086779*
*CookMDL2570_0086777*
*CookMDL2570_0081689*
*CookMDL2570_0081687*
*CookMDL2570_0081686*
*CookMDL2570_0081685*
*CookMDL2570_0081681*
*CookMDL2570_0081680*
*CookMDL2570_0081676*
*CookMDL2570_0081674*
*CookMDL2570_0081670*
*CookMDL2570_0081655*

**PR64930** *CookMDL2570_0081745*
*CookMDL2570_0081758*
*CookMDL2570_0081759*
*CookMDL2570_0081760*
*CookMDL2570_0081761*
*CookMDL2570_0081764*
*CookMDL2570_0081765*
*CookMDL2570_0081767*
*CookMDL2570_0087211*
*CookMDL2570_0087213*
*CookMDL2570_0087218*
*CookMDL2570_0087220*
*CookMDL2570_0087222*
*CookMDL2570_0087225*
*CookMDL2570_0087226*
*CookMDL2570_0087229*
*CookMDL2570_0087230*
*CookMDL2570_0087231*
*CookMDL2570_0087234*
*CookMDL2570_0087235*
*CookMDL2570_0087237*
*CookMDL2570_0087238*
*CookMDL2570_0087239*

PR61669

CookMDL2570_0087243
CookMDL2570_0087246
CookMDL2570_0087250
CookMDL2570_0087251
CookMDL2570_0311824
CookMDL2570_0311857
CookMDL2570_0081745
CookMDL2570_0081765
CookMDL2570_0081422
CookMDL2570_0081436
CookMDL2570_0081437
CookMDL2570_0081438
CookMDL2570_0081441
CookMDL2570_0081442
CookMDL2570_0081444
CookMDL2570_0081448
CookMDL2570_0081449
CookMDL2570_0086606
CookMDL2570_0086607
CookMDL2570_0086612
CookMDL2570_0086617
CookMDL2570_0086620
CookMDL2570_0086621
CookMDL2570_0086635
CookMDL2570_0086639
CookMDL2570_0086640
CookMDL2570_0086641
CookMDL2570_0086642
CookMDL2570_0086643
CookMDL2570_0086644
CookMDL2570_0086645
CookMDL2570_0086646
CookMDL2570_0086647
CookMDL2570_0086648
CookMDL2570_0086649
CookMDL2570_0086650
CookMDL2570_0086651
CookMDL2570_0086652
CookMDL2570_0086653
CookMDL2570_0086654
CookMDL2570_0086655
CookMDL2570_0086656
CookMDL2570_0086657
CookMDL2570_0086660

**PR66370**

*CookMDL2570_0086665*
*CookMDL2570_0086667*
*CookMDL2570_0086668*
*CookMDL2570_0086669*
*CookMDL2570_0086670*
*CookMDL2570_0086671*
*CookMDL2570_0311718*
*CookMDL2570_0311721*
*CookMDL2570_0311727*
*CookMDL2570_0805897*
*CookMDL2570_0081449*
*CookMDL2570_0081871*
*CookMDL2570_0081885*
*CookMDL2570_0081886*
*CookMDL2570_0081903*
*CookMDL2570_0081904*
*CookMDL2570_0081907*
*CookMDL2570_0087314*
*CookMDL2570_0087316*
*CookMDL2570_0087323*
*CookMDL2570_0087326*
*CookMDL2570_0087327*
*CookMDL2570_0097097*
*CookMDL2570_0097098*
*CookMDL2570_0097107*
*CookMDL2570_0097122*
*CookMDL2570_0097140*
*CookMDL2570_0097150*
*CookMDL2570_0097158*
*CookMDL2570_0097193*
*CookMDL2570_0097206*
*CookMDL2570_0097228*
*CookMDL2570_0097258*
*CookMDL2570_0097287*
*CookMDL2570_0097291*
*CookMDL2570_0097295*
*CookMDL2570_0097297*
*CookMDL2570_0097317*
*CookMDL2570_0097334*
*CookMDL2570_0097345*
*CookMDL2570_0097355*
*CookMDL2570_0097356*
*CookMDL2570_0097363*
*CookMDL2570_0097380*

*CookMDL2570_0097383*
*CookMDL2570_0097390*
*CookMDL2570_0097400*
*CookMDL2570_0097420*
*CookMDL2570_0097422*
*CookMDL2570_0097423*
*CookMDL2570_0097449*
*CookMDL2570_0097491*
*CookMDL2570_0097495*
*CookMDL2570_0097496*
*CookMDL2570_0097497*
*CookMDL2570_0097500*
*CookMDL2570_0097501*
*CookMDL2570_0097502*
*CookMDL2570_0097503*
*CookMDL2570_0097511*
*CookMDL2570_0097517*
*CookMDL2570_0097519*
*CookMDL2570_0097520*
*CookMDL2570_0097526*
*CookMDL2570_0097527*
*CookMDL2570_0097528*
*CookMDL2570_0097529*
*CookMDL2570_0097541*
*CookMDL2570_0097543*
*CookMDL2570_0097544*
*CookMDL2570_0097545*
*CookMDL2570_0097546*
*CookMDL2570_0097552*
*CookMDL2570_0097553*
*CookMDL2570_0097554*
*CookMDL2570_0097555*
*CookMDL2570_0097557*
*CookMDL2570_0097561*
*CookMDL2570_0097562*
*CookMDL2570_0097568*
*CookMDL2570_0097575*
*CookMDL2570_0097582*
*CookMDL2570_0097585*
*CookMDL2570_0097593*
*CookMDL2570_0118017*
*CookMDL2570_0311895*
*CookMDL2570_0311900*
*CookMDL2570_0311906*

*CookMDL2570_0311907*
*CookMDL2570_0311908*
*CookMDL2570_0312815*
*CookMDL2570_0312816*
*CookMDL2570_0312817*
*CookMDL2570_0312818*
*CookMDL2570_0312829*
*CookMDL2570_0312830*
*CookMDL2570_0314110*
*CookMDL2570_0592103*
*CookMDL2570_0592123*
*CookMDL2570_0743668*
*CookMDL2570_0743713*
*CookMDL2570_0743714*
*CookMDL2570_0743797*
*CookMDL2570_0743804*
*CookMDL2570_0743812*
*CookMDL2570_0743920*
*CookMDL2570_0743931*
*CookMDL2570_0743966*
*CookMDL2570_0743985*
*CookMDL2570_0744005*
*CookMDL2570_0744200*
*CookMDL2570_0744265*
*CookMDL2570_0744275*
*CookMDL2570_0744374*
*CookMDL2570_0744530*
*CookMDL2570_0744531*
*CookMDL2570_0744542*
*CookMDL2570_0744543*
*CookMDL2570_0744546*
*CookMDL2570_0744555*
*CookMDL2570_0744556*
*CookMDL2570_0744567*
*CookMDL2570_0744606*
*CookMDL2570_0744612*
*CookMDL2570_0744614*
*CookMDL2570_R1026452*
*CookMDL2570_R1026453*
*CookMDL2570_0081871*
*CookMDL2570_0081904*

**PR67726** *CookMDL2570_0082047*
*CookMDL2570_0082059*
*CookMDL2570_0082060*

*CookMDL2570_0082062*
*CookMDL2570_0087455*
*CookMDL2570_0087457*
*CookMDL2570_0087458*
*CookMDL2570_0087470*
*CookMDL2570_0087472*
*CookMDL2570_0087475*
*CookMDL2570_0087477*
*CookMDL2570_0311992*
*CookMDL2570_0311997*
*CookMDL2570_0312003*
*CookMDL2570_0312005*
*CookMDL2570_0806081*
*CookMDL2570_0082047*
*CookMDL2570_0082062*
**PR73126**   *CookMDL2570_0082495*
*CookMDL2570_0082510*
*CookMDL2570_0082511*
*CookMDL2570_0082512*
*CookMDL2570_0082513*
*CookMDL2570_0082514*
*CookMDL2570_0082515*
*CookMDL2570_0082516*
*CookMDL2570_0082520*
*CookMDL2570_0082522*
*CookMDL2570_0082525*
*CookMDL2570_0087735*
*CookMDL2570_0087737*
*CookMDL2570_0087739*
*CookMDL2570_0312069*
*CookMDL2570_0312071*
*CookMDL2570_0312914*
*CookMDL2570_0312915*
*CookMDL2570_0312930*
*CookMDL2570_0312937*
*CookMDL2570_0312939*
*CookMDL2570_0312940*
*CookMDL2570_0312941*
*CookMDL2570_0312943*
*CookMDL2570_0312946*
*CookMDL2570_0312949*
*CookMDL2570_0312952*
*CookMDL2570_0312955*
*CookMDL2570_0312958*

**PR66882**

*CookMDL2570_0082495*
*CookMDL2570_0082520*
*CookMDL2570_0081910*
*CookMDL2570_0081927*
*CookMDL2570_0081928*
*CookMDL2570_0081929*
*CookMDL2570_0081930*
*CookMDL2570_0081931*
*CookMDL2570_0081932*
*CookMDL2570_0081933*
*CookMDL2570_0081934*
*CookMDL2570_0081935*
*CookMDL2570_0081936*
*CookMDL2570_0081937*
*CookMDL2570_0081939*
*CookMDL2570_0081940*
*CookMDL2570_0081941*
*CookMDL2570_0081942*
*CookMDL2570_0081943*
*CookMDL2570_0081945*
*CookMDL2570_0081946*
*CookMDL2570_0081947*
*CookMDL2570_0081948*
*CookMDL2570_0081949*
*CookMDL2570_0081950*
*CookMDL2570_0081951*
*CookMDL2570_0081952*
*CookMDL2570_0081953*
*CookMDL2570_0081954*
*CookMDL2570_0081955*
*CookMDL2570_0081956*
*CookMDL2570_0087330*
*CookMDL2570_0087332*
*CookMDL2570_0087339*
*CookMDL2570_0087340*
*CookMDL2570_0087341*
*CookMDL2570_0087342*
*CookMDL2570_0087343*
*CookMDL2570_0087346*
*CookMDL2570_0087349*
*CookMDL2570_0311910*
*CookMDL2570_0312834*
*CookMDL2570_0312838*
*CookMDL2570_0312840*

**PR74006**

*CookMDL2570_0312845*
*CookMDL2570_0312848*
*CookMDL2570_0081910*
*CookMDL2570_0081956*
*CookMDL2570_0082632*
*CookMDL2570_0082646*
*CookMDL2570_0082647*
*CookMDL2570_0082648*
*CookMDL2570_0082649*
*CookMDL2570_0082650*
*CookMDL2570_0082651*
*CookMDL2570_0082652*
*CookMDL2570_0082653*
*CookMDL2570_0082654*
*CookMDL2570_0082655*
*CookMDL2570_0082656*
*CookMDL2570_0082658*
*CookMDL2570_0087788*
*CookMDL2570_0087796*
*CookMDL2570_0087797*
*CookMDL2570_0087798*
*CookMDL2570_0087807*
*CookMDL2570_0087808*
*CookMDL2570_0087809*
*CookMDL2570_0087813*
*CookMDL2570_0087815*
*CookMDL2570_0087817*
*CookMDL2570_0087821*
*CookMDL2570_0087825*
*CookMDL2570_0087830*
*CookMDL2570_0087833*
*CookMDL2570_0087834*
*CookMDL2570_0087835*
*CookMDL2570_0087836*
*CookMDL2570_0087837*
*CookMDL2570_0087838*
*CookMDL2570_0087839*
*CookMDL2570_0087842*
*CookMDL2570_0087843*
*CookMDL2570_0087847*
*CookMDL2570_0087849*
*CookMDL2570_0172241*
*CookMDL2570_0172255*
*CookMDL2570_0172267*

**PR74177**

*CookMDL2570_0172278*
*CookMDL2570_0172308*
*CookMDL2570_0172345*
*CookMDL2570_0312109*
*CookMDL2570_0312110*
*CookMDL2570_0312994*
*CookMDL2570_0312996*
*CookMDL2570_0312999*
*CookMDL2570_0313002*
*CookMDL2570_0313005*
*CookMDL2570_0313008*
*CookMDL2570_0313011*
*CookMDL2570_0592115*
*CookMDL2570_0592119*
*CookMDL2570_0082632*
*CookMDL2570_0082656*
*CookMDL2570_0082681*
*CookMDL2570_0082696*
*CookMDL2570_0082698*
*CookMDL2570_0082700*
*CookMDL2570_0082701*
*CookMDL2570_0082702*
*CookMDL2570_0082703*
*CookMDL2570_0082705*
*CookMDL2570_0082706*
*CookMDL2570_0082709*
*CookMDL2570_0082711*
*CookMDL2570_0082714*
*CookMDL2570_0087862*
*CookMDL2570_0087864*
*CookMDL2570_0087866*
*CookMDL2570_0093193*
*CookMDL2570_0093194*
*CookMDL2570_0093203*
*CookMDL2570_0093218*
*CookMDL2570_0093236*
*CookMDL2570_0093246*
*CookMDL2570_0093254*
*CookMDL2570_0093289*
*CookMDL2570_0093302*
*CookMDL2570_0093324*
*CookMDL2570_0093354*
*CookMDL2570_0093383*
*CookMDL2570_0093387*

*CookMDL2570_0093391*
*CookMDL2570_0093393*
*CookMDL2570_0093413*
*CookMDL2570_0093441*
*CookMDL2570_0093430*
*CookMDL2570_0093451*
*CookMDL2570_0093452*
*CookMDL2570_0093459*
*CookMDL2570_0093476*
*CookMDL2570_0093479*
*CookMDL2570_0093486*
*CookMDL2570_0093496*
*CookMDL2570_0093516*
*CookMDL2570_0093518*
*CookMDL2570_0093519*
*CookMDL2570_0093520*
*CookMDL2570_0093521*
*CookMDL2570_0093522*
*CookMDL2570_0093523*
*CookMDL2570_0093524*
*CookMDL2570_0093525*
*CookMDL2570_0093526*
*CookMDL2570_0093527*
*CookMDL2570_0093528*
*CookMDL2570_0093529*
*CookMDL2570_0093530*
*CookMDL2570_0093531*
*CookMDL2570_0093532*
*CookMDL2570_0093535*
*CookMDL2570_0093536*
*CookMDL2570_0093537*
*CookMDL2570_0093538*
*CookMDL2570_0093539*
*CookMDL2570_0093540*
*CookMDL2570_0093541*
*CookMDL2570_0093542*
*CookMDL2570_0093543*
*CookMDL2570_0093544*
*CookMDL2570_0093545*
*CookMDL2570_0093546*
*CookMDL2570_0093547*
*CookMDL2570_0093548*
*CookMDL2570_0093549*
*CookMDL2570_0093550*

*CookMDL2570_0093551*
*CookMDL2570_0093552*
*CookMDL2570_0093553*
*CookMDL2570_0093554*
*CookMDL2570_0093555*
*CookMDL2570_0093556*
*CookMDL2570_0093557*
*CookMDL2570_0093558*
*CookMDL2570_0093559*
*CookMDL2570_0093560*
*CookMDL2570_0093561*
*CookMDL2570_0093562*
*CookMDL2570_0093563*
*CookMDL2570_0093564*
*CookMDL2570_0093565*
*CookMDL2570_0093566*
*CookMDL2570_0093571*
*CookMDL2570_0093572*
*CookMDL2570_0093573*
*CookMDL2570_0093574*
*CookMDL2570_0093575*
*CookMDL2570_0093576*
*CookMDL2570_0093577*
*CookMDL2570_0093578*
*CookMDL2570_0093579*
*CookMDL2570_0093580*
*CookMDL2570_0093581*
*CookMDL2570_0093582*
*CookMDL2570_0093583*
*CookMDL2570_0093584*
*CookMDL2570_0093585*
*CookMDL2570_0093586*
*CookMDL2570_0093587*
*CookMDL2570_0093588*
*CookMDL2570_0093589*
*CookMDL2570_0093590*
*CookMDL2570_0093591*
*CookMDL2570_0093592*
*CookMDL2570_0093593*
*CookMDL2570_0093594*
*CookMDL2570_0093595*
*CookMDL2570_0093596*
*CookMDL2570_0093597*
*CookMDL2570_0093598*

*CookMDL2570_0093599*
*CookMDL2570_0093600*
*CookMDL2570_0093601*
*CookMDL2570_0093602*
*CookMDL2570_0093603*
*CookMDL2570_0093604*
*CookMDL2570_0093605*
*CookMDL2570_0093606*
*CookMDL2570_0093607*
*CookMDL2570_0093608*
*CookMDL2570_0093609*
*CookMDL2570_0093610*
*CookMDL2570_0093611*
*CookMDL2570_0093612*
*CookMDL2570_0093613*
*CookMDL2570_0093614*
*CookMDL2570_0093615*
*CookMDL2570_0093616*
*CookMDL2570_0093617*
*CookMDL2570_0093618*
*CookMDL2570_0093619*
*CookMDL2570_0093620*
*CookMDL2570_0093621*
*CookMDL2570_0093622*
*CookMDL2570_0093623*
*CookMDL2570_0093624*
*CookMDL2570_0093625*
*CookMDL2570_0093626*
*CookMDL2570_0093627*
*CookMDL2570_0093628*
*CookMDL2570_0093629*
*CookMDL2570_0093630*
*CookMDL2570_0093631*
*CookMDL2570_0093632*
*CookMDL2570_0093633*
*CookMDL2570_0093634*
*CookMDL2570_0093635*
*CookMDL2570_0093636*
*CookMDL2570_0093637*
*CookMDL2570_0093638*
*CookMDL2570_0093639*
*CookMDL2570_0093641*
*CookMDL2570_0093642*
*CookMDL2570_0093643*

*CookMDL2570_0093644*
*CookMDL2570_0093645*
*CookMDL2570_0093646*
*CookMDL2570_0093647*
*CookMDL2570_0093648*
*CookMDL2570_0093649*
*CookMDL2570_0093650*
*CookMDL2570_0093652*
*CookMDL2570_0093654*
*CookMDL2570_0093655*
*CookMDL2570_0093656*
*CookMDL2570_0093678*
*CookMDL2570_0093679*
*CookMDL2570_0093684*
*CookMDL2570_0093696*
*CookMDL2570_0093708*
*CookMDL2570_0093709*
*CookMDL2570_0093723*
*CookMDL2570_0093728*
*CookMDL2570_0093734*
*CookMDL2570_0093737*
*CookMDL2570_0093740*
*CookMDL2570_0093741*
*CookMDL2570_0093742*
*CookMDL2570_0093761*
*CookMDL2570_0093763*
*CookMDL2570_0093805*
*CookMDL2570_0093808*
*CookMDL2570_0093811*
*CookMDL2570_0093820*
*CookMDL2570_0093821*
*CookMDL2570_0093822*
*CookMDL2570_0093823*
*CookMDL2570_0093824*
*CookMDL2570_0093825*
*CookMDL2570_0093826*
*CookMDL2570_0093827*
*CookMDL2570_0093828*
*CookMDL2570_0093829*
*CookMDL2570_0093830*
*CookMDL2570_0093831*
*CookMDL2570_0093832*
*CookMDL2570_0093833*
*CookMDL2570_0093834*

*CookMDL2570_0093837*
*CookMDL2570_0093838*
*CookMDL2570_0093857*
*CookMDL2570_0093859*
*CookMDL2570_0093860*
*CookMDL2570_0093868*
*CookMDL2570_0093882*
*CookMDL2570_0093883*
*CookMDL2570_0093885*
*CookMDL2570_0093886*
*CookMDL2570_0093889*
*CookMDL2570_0093891*
*CookMDL2570_0093893*
*CookMDL2570_0093913*
*CookMDL2570_0093914*
*CookMDL2570_0093915*
*CookMDL2570_0093916*
*CookMDL2570_0093917*
*CookMDL2570_0093918*
*CookMDL2570_0093919*
*CookMDL2570_0093920*
*CookMDL2570_0093921*
*CookMDL2570_0093922*
*CookMDL2570_0093923*
*CookMDL2570_0093924*
*CookMDL2570_0093925*
*CookMDL2570_0093926*
*CookMDL2570_0093927*
*CookMDL2570_0093928*
*CookMDL2570_0093929*
*CookMDL2570_0093930*
*CookMDL2570_0093931*
*CookMDL2570_0093932*
*CookMDL2570_0093933*
*CookMDL2570_0093934*
*CookMDL2570_0093935*
*CookMDL2570_0093936*
*CookMDL2570_0093937*
*CookMDL2570_0093938*
*CookMDL2570_0093939*
*CookMDL2570_0093940*
*CookMDL2570_0093941*
*CookMDL2570_0093942*
*CookMDL2570_0093943*

*CookMDL2570_0093944*
*CookMDL2570_0093945*
*CookMDL2570_0093946*
*CookMDL2570_0093947*
*CookMDL2570_0093948*
*CookMDL2570_0093949*
*CookMDL2570_0093950*
*CookMDL2570_0093951*
*CookMDL2570_0093952*
*CookMDL2570_0093953*
*CookMDL2570_0093954*
*CookMDL2570_0093955*
*CookMDL2570_0093956*
*CookMDL2570_0093957*
*CookMDL2570_0093958*
*CookMDL2570_0093959*
*CookMDL2570_0093960*
*CookMDL2570_0093961*
*CookMDL2570_0093962*
*CookMDL2570_0093977*
*CookMDL2570_0093992*
*CookMDL2570_0093993*
*CookMDL2570_0093994*
*CookMDL2570_0093995*
*CookMDL2570_0094009*
*CookMDL2570_0094027*
*CookMDL2570_0094028*
*CookMDL2570_0094029*
*CookMDL2570_0094030*
*CookMDL2570_0094031*
*CookMDL2570_0094032*
*CookMDL2570_0094033*
*CookMDL2570_0094034*
*CookMDL2570_0094076*
*CookMDL2570_0094077*
*CookMDL2570_0094078*
*CookMDL2570_0094079*
*CookMDL2570_0094080*
*CookMDL2570_0094081*
*CookMDL2570_0094082*
*CookMDL2570_0094089*
*CookMDL2570_0094090*
*CookMDL2570_0094116*
*CookMDL2570_0094117*

*CookMDL2570_0094118*
*CookMDL2570_0094122*
*CookMDL2570_0094148*
*CookMDL2570_0094149*
*CookMDL2570_0094150*
*CookMDL2570_0094151*
*CookMDL2570_0094152*
*CookMDL2570_0094153*
*CookMDL2570_0094154*
*CookMDL2570_0094193*
*CookMDL2570_0094235*
*CookMDL2570_0094236*
*CookMDL2570_0094237*
*CookMDL2570_0094238*
*CookMDL2570_0094239*
*CookMDL2570_0094240*
*CookMDL2570_0094241*
*CookMDL2570_0094242*
*CookMDL2570_0094283*
*CookMDL2570_0094284*
*CookMDL2570_0094285*
*CookMDL2570_0094286*
*CookMDL2570_0094287*
*CookMDL2570_0094288*
*CookMDL2570_0094289*
*CookMDL2570_0094290*
*CookMDL2570_0094328*
*CookMDL2570_0094329*
*CookMDL2570_0094355*
*CookMDL2570_0094356*
*CookMDL2570_0094381*
*CookMDL2570_0094382*
*CookMDL2570_0094383*
*CookMDL2570_0094384*
*CookMDL2570_0094385*
*CookMDL2570_0094386*
*CookMDL2570_0094387*
*CookMDL2570_0094388*
*CookMDL2570_0094389*
*CookMDL2570_0094390*
*CookMDL2570_0094391*
*CookMDL2570_0094392*
*CookMDL2570_0094393*
*CookMDL2570_0094394*

*CookMDL2570_0094428*
*CookMDL2570_0094429*
*CookMDL2570_0094430*
*CookMDL2570_0094431*
*CookMDL2570_0094473*
*CookMDL2570_0094474*
*CookMDL2570_0094475*
*CookMDL2570_0094476*
*CookMDL2570_0094477*
*CookMDL2570_0094478*
*CookMDL2570_0094479*
*CookMDL2570_0094480*
*CookMDL2570_0094481*
*CookMDL2570_0094507*
*CookMDL2570_0094549*
*CookMDL2570_0094553*
*CookMDL2570_0094554*
*CookMDL2570_0094555*
*CookMDL2570_0094556*
*CookMDL2570_0094557*
*CookMDL2570_0094563*
*CookMDL2570_0094569*
*CookMDL2570_0094571*
*CookMDL2570_0094572*
*CookMDL2570_0094578*
*CookMDL2570_0094579*
*CookMDL2570_0094580*
*CookMDL2570_0094581*
*CookMDL2570_0094593*
*CookMDL2570_0094595*
*CookMDL2570_0094596*
*CookMDL2570_0094597*
*CookMDL2570_0094598*
*CookMDL2570_0094600*
*CookMDL2570_0094604*
*CookMDL2570_0094605*
*CookMDL2570_0094606*
*CookMDL2570_0094611*
*CookMDL2570_0094620*
*CookMDL2570_0094627*
*CookMDL2570_0094631*
*CookMDL2570_0118081*
*CookMDL2570_0172093*
*CookMDL2570_0172135*

*CookMDL2570_0172181*
*CookMDL2570_0312114*
*CookMDL2570_0312115*
*CookMDL2570_0313014*
*CookMDL2570_0313021*
*CookMDL2570_0313029*
*CookMDL2570_0313030*
*CookMDL2570_0313031*
*CookMDL2570_0313033*
*CookMDL2570_0313036*
*CookMDL2570_0313039*
*CookMDL2570_0313042*
*CookMDL2570_0313045*
*CookMDL2570_0313048*
*CookMDL2570_0592065*
*CookMDL2570_0592081*
*CookMDL2570_0743622*
*CookMDL2570_0743708*
*CookMDL2570_0743954*
*CookMDL2570_0743973*
*CookMDL2570_0743983*
*CookMDL2570_0744015*
*CookMDL2570_0744046*
*CookMDL2570_0744152*
*CookMDL2570_0744155*
*CookMDL2570_0744162*
*CookMDL2570_0744165*
*CookMDL2570_0744183*
*CookMDL2570_0744196*
*CookMDL2570_0744207*
*CookMDL2570_0744212*
*CookMDL2570_0744220*
*CookMDL2570_0744224*
*CookMDL2570_0744232*
*CookMDL2570_0744253*
*CookMDL2570_0744433*
*CookMDL2570_0744445*
*CookMDL2570_0744446*
*CookMDL2570_0744451*
*CookMDL2570_0744456*
*CookMDL2570_0744457*
*CookMDL2570_0744511*
*CookMDL2570_0744512*
*CookMDL2570_0744515*

*CookMDL2570_0744518*
*CookMDL2570_0744521*
*CookMDL2570_0744524*
*CookMDL2570_0744527*
*CookMDL2570_0828805*
*CookMDL2570_R1026378*
*CookMDL2570_R1026379*
*CookMDL2570_R1026380*
*CookMDL2570_R1026381*
*CookMDL2570_R1026382*
*CookMDL2570_R1026383*
*CookMDL2570_R1026384*
*CookMDL2570_R1026385*
*CookMDL2570_R1026386*
*CookMDL2570_R1026387*
*CookMDL2570_R1026388*
*CookMDL2570_R1026389*
*CookMDL2570_R1026390*
*CookMDL2570_R1026391*
*CookMDL2570_R1026392*
*CookMDL2570_R1026393*
*CookMDL2570_R1026394*
*CookMDL2570_R1026395*
*CookMDL2570_R1026396*
*CookMDL2570_R1026397*
*CookMDL2570_R1026399*
*CookMDL2570_R1026400*
*CookMDL2570_R1026401*
*CookMDL2570_R1026402*
*CookMDL2570_R1026403*
*CookMDL2570_R1026404*
*CookMDL2570_R1026405*
*CookMDL2570_R1026406*
*CookMDL2570_R1026407*
*CookMDL2570_R1026408*
*CookMDL2570_R1026409*
*CookMDL2570_R1026410*
*CookMDL2570_R1026412*
*CookMDL2570_R1026907*
*CookMDL2570_0082711*
*CookMDL2570_0744052*
**PR74506** *CookMDL2570_0082745*
*CookMDL2570_0082762*
*CookMDL2570_0082763*

*CookMDL2570_0082764*
*CookMDL2570_0082765*
*CookMDL2570_0082766*
*CookMDL2570_0082767*
*CookMDL2570_0082768*
*CookMDL2570_0082769*
*CookMDL2570_0082770*
*CookMDL2570_0082771*
*CookMDL2570_0082772*
*CookMDL2570_0082773*
*CookMDL2570_0082774*
*CookMDL2570_0082776*
*CookMDL2570_0082779*
*CookMDL2570_0087938*
*CookMDL2570_0087940*
*CookMDL2570_0087943*
*CookMDL2570_0087946*
*CookMDL2570_0087948*
*CookMDL2570_0087955*
*CookMDL2570_0087961*
*CookMDL2570_0087963*
*CookMDL2570_0087968*
*CookMDL2570_0087975*
*CookMDL2570_0087977*
*CookMDL2570_0087983*
*CookMDL2570_0087985*
*CookMDL2570_0087989*
*CookMDL2570_0087992*
*CookMDL2570_0087994*
*CookMDL2570_0087996*
*CookMDL2570_0087997*
*CookMDL2570_0312118*
*CookMDL2570_0312122*
*CookMDL2570_0312123*
*CookMDL2570_0313051*
*CookMDL2570_0313053*
*CookMDL2570_0313061*
*CookMDL2570_0313070*
*CookMDL2570_0313072*
*CookMDL2570_0313075*
*CookMDL2570_0313078*
*CookMDL2570_0313081*
*CookMDL2570_0313084*
*CookMDL2570_0313087*

| | |
|---|---|
| **PR75430** | *CookMDL2570_0082745* |
| | *CookMDL2570_0082774* |
| | *CookMDL2570_0082863* |
| | *CookMDL2570_0082876* |
| | *CookMDL2570_0082877* |
| | *CookMDL2570_0082878* |
| | *CookMDL2570_0082880* |
| | *CookMDL2570_0088038* |
| | *CookMDL2570_0088040* |
| | *CookMDL2570_0088042* |
| | *CookMDL2570_0088046* |
| | *CookMDL2570_0088047* |
| | *CookMDL2570_0088049* |
| | *CookMDL2570_0088050* |
| | *CookMDL2570_0088051* |
| | *CookMDL2570_0312133* |
| | *CookMDL2570_0312134* |
| | *CookMDL2570_0312135* |
| | *CookMDL2570_0313129* |
| | *CookMDL2570_0313139* |
| | *CookMDL2570_0313148* |
| | *CookMDL2570_0313150* |
| | *CookMDL2570_0313153* |
| | *CookMDL2570_0313156* |
| | *CookMDL2570_0313159* |
| | *CookMDL2570_0313162* |
| | *CookMDL2570_0313165* |
| **PR75520** | *CookMDL2570_0082863* |
| | *CookMDL2570_0082878* |
| | *CookMDL2570_0082912* |
| | *CookMDL2570_0082926* |
| | *CookMDL2570_0082927* |
| | *CookMDL2570_0082928* |
| | *CookMDL2570_0082929* |
| | *CookMDL2570_0082930* |
| | *CookMDL2570_0082932* |
| | *CookMDL2570_0082934* |
| | *CookMDL2570_0082937* |
| | *CookMDL2570_0088103* |
| | *CookMDL2570_0088106* |
| | *CookMDL2570_0088108* |
| | *CookMDL2570_0088109* |
| | *CookMDL2570_0088110* |
| | *CookMDL2570_0088124* |

CookMDL2570_0088126
CookMDL2570_0088128
CookMDL2570_0088131
CookMDL2570_0088132
CookMDL2570_0312143
CookMDL2570_0313185
CookMDL2570_0313187
CookMDL2570_0313190
CookMDL2570_0313192
CookMDL2570_0313195
CookMDL2570_0313198
CookMDL2570_0313201
CookMDL2570_0313204
CookMDL2570_0313207
CookMDL2570_0314250
CookMDL2570_0082912
CookMDL2570_0082932

**PR74601**  CookMDL2570_0082782
CookMDL2570_0082794
CookMDL2570_0082795
CookMDL2570_0082796
CookMDL2570_0082797
CookMDL2570_0082800
CookMDL2570_0082802
CookMDL2570_0082803
CookMDL2570_0088015
CookMDL2570_0088016
CookMDL2570_0088017
CookMDL2570_0088018
CookMDL2570_0088019
CookMDL2570_0088031
CookMDL2570_0088033
CookMDL2570_0312126
CookMDL2570_0313090
CookMDL2570_0313091
CookMDL2570_0313094
CookMDL2570_0806529
CookMDL2570_0082782
CookMDL2570_0082797

**PR80693**  CookMDL2570_0083608
CookMDL2570_0083622
CookMDL2570_0083623
CookMDL2570_0083624
CookMDL2570_0083625

CookMDL2570_0083629
CookMDL2570_0083630
CookMDL2570_0083632
CookMDL2570_0089092
CookMDL2570_0089095
CookMDL2570_0089106
CookMDL2570_0089108
CookMDL2570_0089115
CookMDL2570_0089117
CookMDL2570_0089119
CookMDL2570_0089121
CookMDL2570_0089124
CookMDL2570_0089125
CookMDL2570_0089129
CookMDL2570_0089131
CookMDL2570_0089133
CookMDL2570_0089139
CookMDL2570_0089140
CookMDL2570_0089144
CookMDL2570_0089145
CookMDL2570_0089146
CookMDL2570_0312224
CookMDL2570_0312225
CookMDL2570_0313563
CookMDL2570_0313565
CookMDL2570_0313568
CookMDL2570_0313571
CookMDL2570_0313574
CookMDL2570_0313580
CookMDL2570_0313582
CookMDL2570_0083608
CookMDL2570_0083630

**PR81353**   CookMDL2570_0083730
CookMDL2570_0083744
CookMDL2570_0083745
CookMDL2570_0083746
CookMDL2570_0083747
CookMDL2570_0083748
CookMDL2570_0083749
CookMDL2570_0083750
CookMDL2570_0083751
CookMDL2570_0083752
CookMDL2570_0083753
CookMDL2570_0083754

*CookMDL2570_0083755*
*CookMDL2570_0083756*
*CookMDL2570_0083757*
*CookMDL2570_0083758*
*CookMDL2570_0083759*
*CookMDL2570_0083760*
*CookMDL2570_0083761*
*CookMDL2570_0083762*
*CookMDL2570_0083766*
*CookMDL2570_0083767*
*CookMDL2570_0083768*
*CookMDL2570_0083769*
*CookMDL2570_0083770*
*CookMDL2570_0083771*
*CookMDL2570_0083772*
*CookMDL2570_0083773*
*CookMDL2570_0083774*
*CookMDL2570_0083775*
*CookMDL2570_0083776*
*CookMDL2570_0083777*
*CookMDL2570_0083778*
*CookMDL2570_0083779*
*CookMDL2570_0083780*
*CookMDL2570_0083781*
*CookMDL2570_0083782*
*CookMDL2570_0083783*
*CookMDL2570_0083784*
*CookMDL2570_0083785*
*CookMDL2570_0083786*
*CookMDL2570_0083787*
*CookMDL2570_0083788*
*CookMDL2570_0083789*
*CookMDL2570_0083790*
*CookMDL2570_0083791*
*CookMDL2570_0083792*
*CookMDL2570_0083795*
*CookMDL2570_0089103*
*CookMDL2570_0089105*
*CookMDL2570_0089208*
*CookMDL2570_0089210*
*CookMDL2570_0089211*
*CookMDL2570_0312242*
*CookMDL2570_0312243*
*CookMDL2570_0312244*

*CookMDL2570_0312245*
*CookMDL2570_0313467*
*CookMDL2570_0313469*
*CookMDL2570_0313481*
*CookMDL2570_0313492*
*CookMDL2570_0313504*
*CookMDL2570_0313506*
*CookMDL2570_0313518*
*CookMDL2570_0313530*
*CookMDL2570_0313541*
*CookMDL2570_0313543*
*CookMDL2570_0313550*
*CookMDL2570_0313553*
*CookMDL2570_0313555*
*CookMDL2570_0313558*
*CookMDL2570_0313561*
*CookMDL2570_0797135*
*CookMDL2570_0805536*
*CookMDL2570_0083792*
*CookMDL2570_0083795*

**PR77988**  *CookMDL2570_0083232*
*CookMDL2570_0083246*
*CookMDL2570_0083247*
*CookMDL2570_0083248*
*CookMDL2570_0083249*
*CookMDL2570_0083250*
*CookMDL2570_0083251*
*CookMDL2570_0083252*
*CookMDL2570_0083253*
*CookMDL2570_0083254*
*CookMDL2570_0083255*
*CookMDL2570_0083256*
*CookMDL2570_0083257*
*CookMDL2570_0083258*
*CookMDL2570_0083259*
*CookMDL2570_0083260*
*CookMDL2570_0083261*
*CookMDL2570_0083262*
*CookMDL2570_0083263*
*CookMDL2570_0083266*
*CookMDL2570_0088564*
*CookMDL2570_0088565*
*CookMDL2570_0088566*
*CookMDL2570_0088567*

|  | |
|---|---|
|  | *CookMDL2570_0088571* |
|  | *CookMDL2570_0088575* |
|  | *CookMDL2570_0088577* |
|  | *CookMDL2570_0088578* |
|  | *CookMDL2570_0088581* |
|  | *CookMDL2570_0088586* |
|  | *CookMDL2570_0088588* |
|  | *CookMDL2570_0088591* |
|  | *CookMDL2570_0088594* |
|  | *CookMDL2570_0088598* |
|  | *CookMDL2570_0088599* |
|  | *CookMDL2570_0088601* |
|  | *CookMDL2570_0312169* |
|  | *CookMDL2570_0083232* |
|  | *CookMDL2570_0083266* |
| **PR81324** | *CookMDL2570_0083714* |
|  | *CookMDL2570_0083726* |
|  | *CookMDL2570_0083727* |
|  | *CookMDL2570_0089096* |
|  | *CookMDL2570_0089100* |
|  | *CookMDL2570_0089101* |
|  | *CookMDL2570_0089102* |
|  | *CookMDL2570_0312238* |
|  | *CookMDL2570_0312239* |
|  | *CookMDL2570_0313374* |
|  | *CookMDL2570_0313376* |
|  | *CookMDL2570_0313378* |
|  | *CookMDL2570_0313390* |
|  | *CookMDL2570_0313401* |
|  | *CookMDL2570_0313413* |
|  | *CookMDL2570_0313415* |
|  | *CookMDL2570_0313427* |
|  | *CookMDL2570_0313439* |
|  | *CookMDL2570_0313450* |
|  | *CookMDL2570_0313452* |
|  | *CookMDL2570_0313455* |
|  | *CookMDL2570_0313458* |
|  | *CookMDL2570_0313461* |
|  | *CookMDL2570_0083727* |
| **PR80693** | *CookMDL2570_0083608* |
|  | *CookMDL2570_0083622* |
|  | *CookMDL2570_0083623* |
|  | *CookMDL2570_0083624* |
|  | *CookMDL2570_0083625* |

*CookMDL2570_0083629*
*CookMDL2570_0083630*
*CookMDL2570_0083632*
*CookMDL2570_0089092*
*CookMDL2570_0089095*
*CookMDL2570_0089106*
*CookMDL2570_0089108*
*CookMDL2570_0089115*
*CookMDL2570_0089117*
*CookMDL2570_0089119*
*CookMDL2570_0089121*
*CookMDL2570_0089124*
*CookMDL2570_0089125*
*CookMDL2570_0089129*
*CookMDL2570_0089131*
*CookMDL2570_0089133*
*CookMDL2570_0089139*
*CookMDL2570_0089140*
*CookMDL2570_0089144*
*CookMDL2570_0089145*
*CookMDL2570_0089146*
*CookMDL2570_0312224*
*CookMDL2570_0312225*
*CookMDL2570_0313563*
*CookMDL2570_0313565*
*CookMDL2570_0313568*
*CookMDL2570_0313571*
*CookMDL2570_0313574*
*CookMDL2570_0313580*
*CookMDL2570_0313582*
*CookMDL2570_0083608*
*CookMDL2570_0083630*

**PR81353**   *CookMDL2570_0083730*
*CookMDL2570_0083744*
*CookMDL2570_0083745*
*CookMDL2570_0083746*
*CookMDL2570_0083747*
*CookMDL2570_0083748*
*CookMDL2570_0083749*
*CookMDL2570_0083750*
*CookMDL2570_0083751*
*CookMDL2570_0083752*
*CookMDL2570_0083753*
*CookMDL2570_0083754*

*CookMDL2570_0083755*
*CookMDL2570_0083756*
*CookMDL2570_0083757*
*CookMDL2570_0083758*
*CookMDL2570_0083759*
*CookMDL2570_0083760*
*CookMDL2570_0083761*
*CookMDL2570_0083762*
*CookMDL2570_0083766*
*CookMDL2570_0083767*
*CookMDL2570_0083768*
*CookMDL2570_0083769*
*CookMDL2570_0083770*
*CookMDL2570_0083771*
*CookMDL2570_0083772*
*CookMDL2570_0083773*
*CookMDL2570_0083774*
*CookMDL2570_0083775*
*CookMDL2570_0083776*
*CookMDL2570_0083777*
*CookMDL2570_0083778*
*CookMDL2570_0083779*
*CookMDL2570_0083780*
*CookMDL2570_0083781*
*CookMDL2570_0083782*
*CookMDL2570_0083783*
*CookMDL2570_0083784*
*CookMDL2570_0083785*
*CookMDL2570_0083786*
*CookMDL2570_0083787*
*CookMDL2570_0083788*
*CookMDL2570_0083789*
*CookMDL2570_0083790*
*CookMDL2570_0083791*
*CookMDL2570_0083792*
*CookMDL2570_0083795*
*CookMDL2570_0089103*
*CookMDL2570_0089105*
*CookMDL2570_0089208*
*CookMDL2570_0089210*
*CookMDL2570_0089211*
*CookMDL2570_0312242*
*CookMDL2570_0312243*
*CookMDL2570_0312244*

| | |
|---|---|
| | *CookMDL2570_0312245* |
| | *CookMDL2570_0313467* |
| | *CookMDL2570_0313469* |
| | *CookMDL2570_0313481* |
| | *CookMDL2570_0313492* |
| | *CookMDL2570_0313504* |
| | *CookMDL2570_0313506* |
| | *CookMDL2570_0313518* |
| | *CookMDL2570_0313530* |
| | *CookMDL2570_0313541* |
| | *CookMDL2570_0313543* |
| | *CookMDL2570_0313550* |
| | *CookMDL2570_0313553* |
| | *CookMDL2570_0313555* |
| | *CookMDL2570_0313558* |
| | *CookMDL2570_0313561* |
| | *CookMDL2570_0797135* |
| | *CookMDL2570_0805536* |
| | *CookMDL2570_0083792* |
| | *CookMDL2570_0083795* |
| **PR83762** | *CookMDL2570_0083931* |
| | *CookMDL2570_0083943* |
| | *CookMDL2570_0083944* |
| | *CookMDL2570_0083945* |
| | *CookMDL2570_0083946* |
| | *CookMDL2570_0083947* |
| | *CookMDL2570_0083949* |
| | *CookMDL2570_0089295* |
| | *CookMDL2570_0089296* |
| | *CookMDL2570_0089298* |
| | *CookMDL2570_0089300* |
| | *CookMDL2570_0089302* |
| | *CookMDL2570_0089305* |
| | *CookMDL2570_0089306* |
| | *CookMDL2570_0089308* |
| | *CookMDL2570_0089314* |
| | *CookMDL2570_0089319* |
| | *CookMDL2570_0089320* |
| | *CookMDL2570_0089327* |
| | *CookMDL2570_0089329* |
| | *CookMDL2570_0089331* |
| | *CookMDL2570_0089332* |
| | *CookMDL2570_0089338* |
| | *CookMDL2570_0089345* |

*CookMDL2570_0089346*
*CookMDL2570_0089416*
*CookMDL2570_0089419*
*CookMDL2570_0089423*
*CookMDL2570_0089424*
*CookMDL2570_0089427*
*CookMDL2570_0089428*
*CookMDL2570_0089431*
*CookMDL2570_0312270*
*CookMDL2570_0816944*
*CookMDL2570_0089298*

**Non-Reported Gunther Tulip and Celect IVC Complaints**

Appendix A

| PR Number | Associated Bates Number |
|---|---|
| 4011 | CookMDL2570_0888425 |
| | CookMDL2570_0797253 |
| | CookMDL2570_014385 |
| | DSC_EXT000005607 |
| 4113 | CookMDL2570_0075706 |
| | CookMDL2570_0075683 |
| | CookMDL2570_0075678 |
| | CookMDL2570_0075679 |
| | CookMDL2570_0075716 |
| | CookMDL2570_0075708 |
| 4114 | CookMDL2570_0075240 |
| | CookMDL2570_0075263 |
| | CookMDL2570_0878632 |
| | CookMDL2570_0075235 |
| | CookMDL2570_0075238 |
| | CookMDL2570_0075239 |
| | CookMDL2570_0075251 |
| | CookMDL2570_0075253 |
| | CookMDL2570_0075262 |
| | CookMDL2570_0075264 |
| | CookMDL2570_0075268 |
| 4796 | CookMDL2570_0076953 |
| | CookMDL2570_0076954 |
| | CookMDL2570_0076955 |
| | CookMDL2570_0076966 |
| | CookMDL2570_0076967 |
| | CookMDL2570_0076968 |
| | CookMDL2570_0076990 |
| | CookMDL2570_0077000 |
| | CookMDL2570_0077003 |
| | CookMDL2570_0829049 |
| | CookMDL2570_0077001 |
| | CookMDL2570_0077002 |
| | CookMDL2570_0083405 |
| | CookMDL2570_0435376 |

|  | |
|---|---|
|  | *CookMDL2570_0597623* |
|  | *CookMDL2570_0779417* |
|  | *CookMDL2570_0779625* |
|  | *CookMDL2570_0779666* |
|  | *CookMDL2570_0781454* |
|  | *CookMDL2570_0846215* |
| *4798* | *CookMDL2570_0143854* |
|  | *CookMDL2570_0143853* |
|  | *CookMDL2570_0645639* |
|  | *CookMDL2570_0779682* |
|  | *CookMDL2570_0779684* |
|  | *CookMDL2570_0779686* |
|  | *CookMDL2570_0779689* |
|  | *CookMDL2570_0783258* |
|  | *CookMDL2570_0798737* |
|  | *CookMDL2570_0798738* |
|  | *DSC_EXT000005938* |
|  | *DSC_EXT000006048* |
| *5100* | *CookMDL2570_0078119* |
|  | *CookMDL2570_0078122* |
|  | *CookMDL2570_0078125* |
|  | *CookMDL2570_0078145* |
|  | *CookMDL2570_0078163* |
|  | *CookMDL2570_0779699* |
|  | *CookMDL2570_0798748* |
|  | *CookMDL2570_0078354* |
|  | *CookMDL2570_0078355* |
|  | *CookMDL2570_0078365* |
|  | *CookMDL2570_0781440* |
| *5181* | *CookMDL2570_0078351* |
| *5446* | *CookMDL2570_0779691* |
|  | *CookMDL2570_0079320* |
|  | *CookMDL2570_0079316* |
|  | *CookMDL2570_0079317* |
|  | *CookMDL2570_0078789* |
|  | *CookMDL2570_0078790* |
|  | *CookMDL2570_0078787* |
|  | *CookMDL2570_0078776* |
|  | *CookMDL2570_0078775* |
|  | *CookMDL2570_0078769* |
|  | *CookMDL2570_0078777* |
|  | *CookMDL2570_0078763* |
|  | *CookMDL2570_0079466* |
| *5711* | *CookMDL2570_0079486* |

|       |                       |
|-------|-----------------------|
|       | *CookMDL2570_0079498* |
|       | *CookMDL2570_0079501* |
|       | *CookMDL2570_0083405* |
|       | *CookMDL2570_0451991* |
|       | *CookMDL2570_0079497* |
| *6047* | *CookMDL2570_0079961* |
|       | *CookMDL2570_0079960* |
|       | *CookMDL2570_0079957* |
|       | *CookMDL2570_0079988* |
|       | *CookMDL2570_0079962* |
|       | *CookMDL2570_0079987* |
|       | *CookMDL2570_0079976* |
|       | *CookMDL2570_0079977* |
|       | *CookMDL2570_0079963* |
| *6626* | *CookMDL2570_0080121* |
|       | *CookMDL2570_0080122* |
|       | *CookMDL2570_0080137* |
|       | *CookMDL2570_0080158* |
| *6788* | *CookMDL2570_0080151* |
|       | *CookMDL2570_0080152* |
|       | *CookMDL2570_0080153* |
|       | *CookMDL2570_0080155* |
|       | *CookMDL2570_0080190* |
|       | *CookMDL2570_0878625* |
|       | *CookMDL2570_0069116* |
|       | *CookMDL2570_0069120* |
| *11131* | *CookMDL2570_0069130* |
| *11518* | *CookMDL2570_0779278* |
| *11635* | *CookMDL2570_0069313* |
|       | *CookMDL2570_0069325* |
|       | *CookMDL2570_0069326* |
|       | *CookMDL2570_0069331* |
|       | *CookMDL2570_0069332* |
|       | *CookMDL2570_0069348* |
|       | *CookMDL2570_0069354* |
|       | *CookMDL2570_0440139* |
| *12447* | *CookMDL2570_0069505* |
|       | *CookMDL2570_0069506* |
|       | *CookMDL2570_0069507* |
|       | *CookMDL2570_0069509* |
|       | *CookMDL2570_0069511* |
|       | *CookMDL2570_0069513* |
|       | *CookMDL2570_0069514* |
|       | *CookMDL2570_0069515* |

|       |                      |
|-------|----------------------|
|       | CookMDL2570_0069525  |
|       | CookMDL2570_0069529  |
|       | CookMDL2570_0069536  |
|       | CookMDL2570_0069540  |
|       | CookMDL2570_0069552  |
| 12559 | CookMDL2570_0069550  |
|       | CookMDL2570_0069551  |
|       | CookMDL2570_0069558  |
|       | CookMDL2570_0069559  |
|       | CookMDL2570_0069574  |
|       | CookMDL2570_0069575  |
|       | CookMDL2570_0069576  |
|       | CookMDL2570_0069577  |
|       | CookMDL2570_0069584  |
|       | CookMDL2570_0779282  |
|       | CookMDL2570_0809520  |
| 12731 | CookMDL2570_0069594  |
|       | CookMDL2570_0069606  |
|       | CookMDL2570_0069607  |
|       | CookMDL2570_0069579  |
|       | CookMDL2570_0069580  |
| 13450 | CookMDL2570_0069787  |
|       | CookMDL2570_0069788  |
|       | CookMDL2570_0069790  |
|       | CookMDL2570_0069791  |
|       | CookMDL2570_0069795  |
|       | CookMDL2570_0069794  |
|       | CookMDL2570_0069804  |
|       | CookMDL2570_0069880  |
|       | CookMDL2570_0069855  |
|       | CookMDL2570_0309483  |
|       | CookMDL2570_0309488  |
|       | CookMDL2570_0309491  |
| 13612 | CookMDL2570_0069834  |
|       | CookMDL2570_0069853  |
|       | CookMDL2570_0069854  |
|       | CookMDL2570_0069858  |
|       | CookMDL2570_0069859  |
|       | CookMDL2570_0069843  |
|       | CookMDL2570_0069860  |
|       | CookMDL2570_0069861  |
|       | CookMDL2570_0069863  |
|       | CookMDL2570_0069864  |
|       | CookMDL2570_0069867  |

|       |                        |
|-------|------------------------|
|       | *CookMDL2570_0069871*  |
|       | *CookMDL2570_0069882*  |
| *14527* | *CookMDL2570_0809542* |
|       | *CookMDL2570_0169242*  |
| *14758* | *CookMDL2570_0070037* |
|       | *CookMDL2570_0070044*  |
|       | *CookMDL2570_0070048*  |
|       | *CookMDL2570_0070054*  |
|       | *CookMDL2570_0070066*  |
|       | *CookMDL2570_0070137*  |
|       | *CookMDL2570_0070139*  |
|       | *CookMDL2570_0070155*  |
|       | *CookMDL2570_0070158*  |
|       | *CookMDL2570_0070165*  |
|       | *CookMDL2570_0070167*  |
| *15134* | *CookMDL2570_0070097* |
|       | *CookMDL2570_0070098*  |
|       | *CookMDL2570_0070099*  |
|       | *CookMDL2570_0070100*  |
|       | *CookMDL2570_0070219*  |
|       | *CookMDL2570_0070223*  |
|       | *CookMDL2570_0070227*  |
|       | *CookMDL2570_0070228*  |
|       | *CookMDL2570_0070229*  |
| *15136* | *CookMDL2570_0070114* |
|       | *CookMDL2570_0070127*  |
|       | *CookMDL2570_0070254*  |
|       | *CookMDL2570_0070255*  |
|       | *CookMDL2570_0070256*  |
|       | *CookMDL2570_0070257*  |
|       | *CookMDL2570_0070258*  |
|       | *CookMDL2570_0070259*  |
|       | *CookMDL2570_0070260*  |
|       | *CookMDL2570_0070281*  |
|       | *CookMDL2570_0070282*  |
|       | *CookMDL2570_0070283*  |
|       | *CookMDL2570_0779122*  |
|       | *CookMDL2570_0779123*  |
|       | *CookMDL2570_0070126*  |
|       | *CookMDL2570_0070145*  |
|       | *CookMDL2570_0843843*  |
| *15217* | *CookMDL2570_0879679* |
| *15725* | *CookMDL2570_0070126* |
|       | *CookMDL2570_0070145*  |

|       |                        |
|-------|------------------------|
|       | *CookMDL2570_0843843*  |
|       | *CookMDL2570_0879679*  |
|       | *CookMDL2570_0070317*  |
|       | *CookMDL2570_0070340*  |
|       | *CookMDL2570_0773406*  |
|       | *CookMDL2570_0784195*  |
|       | *CookMDL2570_0843688*  |
|       | *CookMDL2570_0070317*  |
| *16264* | *CookMDL2570_0784195*  |
| *16336* | *CookMDL2570_0070332*  |
|       | *CookMDL2570_0779050*  |
|       | *CookMDL2570_0070333*  |
|       | *CookMDL2570_0779052*  |
|       | *CookMDL2570_0070351*  |
|       | *CookMDL2570_0779054*  |
|       | *CookMDL2570_0070364*  |
|       | *CookMDL2570_0070443*  |
|       | *CookMDL2570_0070447*  |
|       | *CookMDL2570_0070451*  |
|       | *CookMDL2570_0309622*  |
|       | *CookMDL2570_0309626*  |
| *16620* | *CookMDL2570_0070474*  |
|       | *CookMDL2570_0070488*  |
|       | *CookMDL2570_0070489*  |
|       | *CookMDL2570_0070490*  |
|       | *CookMDL2570_0070491*  |
|       | *CookMDL2570_0070492*  |
|       | *CookMDL2570_0070493*  |
|       | *CookMDL2570_0070494*  |
|       | *CookMDL2570_0070495*  |
|       | *CookMDL2570_0070496*  |
|       | *CookMDL2570_0070497*  |
|       | *CookMDL2570_0070473*  |
|       | *CookMDL2570_0070477*  |
| *16771* | *CookMDL2570_0070531*  |
|       | *CookMDL2570_0070538*  |
|       | *CookMDL2570_0070549*  |
|       | *CookMDL2570_0070550*  |
|       | *CookMDL2570_0070551*  |
|       | *CookMDL2570_0070552*  |
|       | *CookMDL2570_0070553*  |
|       | *CookMDL2570_0070554*  |
|       | *CookMDL2570_0070556*  |
|       | *CookMDL2570_0070557*  |



*CookMDL2570_0070558*
*CookMDL2570_0070559*
*CookMDL2570_0070560*
*CookMDL2570_0070568*
*CookMDL2570_0070570*
*CookMDL2570_0070573*
*CookMDL2570_0070598*
*18362* | *CookMDL2570_0777564*
*DSC_EXT000008016*
*DSC_EXT000008017*
*18503* | *CookMDL2570_0070676*
*CookMDL2570_0070677*
*CookMDL2570_0070678*
*CookMDL2570_0070679*
*CookMDL2570_0070681*
*CookMDL2570_0070712*
*CookMDL2570_0070722*
*CookMDL2570_0070726*
*CookMDL2570_0070729*
*CookMDL2570_0070732*
*CookMDL2570_0070832*
*CookMDL2570_0309725*
*19381* | *CookMDL2570_0309751*
*CookMDL2570_0309746*
*CookMDL2570_0309741*
*CookMDL2570_0309737*
*CookMDL2570_0070794*
*CookMDL2570_0070812*
*CookMDL2570_0070810*
*CookMDL2570_0070792*
*CookMDL2570_0070793*
*CookMDL2570_0070952*
*CookMDL2570_0070940*
*CookMDL2570_0070818*
*CookMDL2570_0070930*
*CookMDL2570_0070923*
*CookMDL2570_0070926*
*CookMDL2570_0070918*
*CookMDL2570_0070913*
*CookMDL2570_0070905*
*CookMDL2570_0070909*
*CookMDL2570_0070817*
*CookMDL2570_0070815*
*CookMDL2570_0070812*

|       |                        |
|-------|------------------------|
|       | *CookMDL2570_0070800*  |
|       | *CookMDL2570_0070810*  |
|       | *CookMDL2570_0070952*  |
|       | *CookMDL2570_0070940*  |
|       | *CookMDL2570_0070930*  |
|       | *CookMDL2570_0070799*  |
|       | *CookMDL2570_0070796*  |
|       | *CookMDL2570_0070795*  |
|       | *CookMDL2570_0070817*  |
|       | *CookMDL2570_0070815*  |
|       | *CookMDL2570_0070818*  |
|       | *CookMDL2570_0085452*  |
|       | *CookMDL2570_0144794*  |
|       | *CookMDL2570_0486948*  |
| *19707* | *DSC_EXT000005958*   |
| *19727* | *CookMDL2570_0070857*  |
|       | *CookMDL2570_0197088*  |
|       | *CookMDL2570_0070858*  |
|       | *CookMDL2570_0070869*  |
|       | *CookMDL2570_0451903*  |
|       | *CookMDL2570_0070870*  |
|       | *CookMDL2570_0451909*  |
|       | *CookMDL2570_0070876*  |
|       | *CookMDL2570_0070867*  |
|       | *CookMDL2570_0070868*  |
|       | *CookMDL2570_0070890*  |
|       | *CookMDL2570_0464009*  |
|       | *CookMDL2570_0070893*  |
|       | *CookMDL2570_0742004*  |
|       | *CookMDL2570_0070894*  |
|       | *CookMDL2570_0070899*  |
|       | *CookMDL2570_0070900*  |
|       | *CookMDL2570_0070903*  |
|       | *CookMDL2570_0070910*  |
|       | *CookMDL2570_0070912*  |
|       | *CookMDL2570_0070919*  |
|       | *CookMDL2570_0751950*  |
|       | *CookMDL2570_0070920*  |
|       | *CookMDL2570_0070921*  |
|       | *CookMDL2570_0756693*  |
|       | *CookMDL2570_0070922*  |
|       | *CookMDL2570_0070927*  |
|       | *CookMDL2570_0756698*  |
|       | *CookMDL2570_0779027*  |

| | |
|---|---|
| | CookMDL2570_0070937 |
| | CookMDL2570_0779032 |
| | CookMDL2570_0070938 |
| | CookMDL2570_0779034 |
| | CookMDL2570_0070939 |
| | CookMDL2570_0779038 |
| | CookMDL2570_0070949 |
| | CookMDL2570_0781042 |
| | CookMDL2570_0070959 |
| | CookMDL2570_0781071 |
| | CookMDL2570_0070966 |
| | CookMDL2570_0781075 |
| | CookMDL2570_0071010 |
| | CookMDL2570_0781085 |
| | CookMDL2570_0309759 |
| | CookMDL2570_0781235 |
| | CookMDL2570_0309763 |
| | CookMDL2570_0309768 |
| | CookMDL2570_0809065 |
| | CookMDL2570_0309773 |
| | CookMDL2570_0809066 |
| 20178 | CookMDL2570_0808983 |
| | CookMDL2570_0779016 |
| | CookMDL2570_0071074 |
| | CookMDL2570_0071066 |
| | CookMDL2570_0071061 |
| | CookMDL2570_0071146 |
| | CookMDL2570_0071143 |
| | CookMDL2570_0309785 |
| | CookMDL2570_0071133 |
| | CookMDL2570_0071136 |
| | CookMDL2570_0071130 |
| | CookMDL2570_0071129 |
| | CookMDL2570_0071094 |
| | CookMDL2570_0071092 |
| | CookMDL2570_0071088 |
| | CookMDL2570_0071089 |
| | CookMDL2570_0071087 |
| | CookMDL2570_0071086 |
| | CookMDL2570_0071085 |
| | CookMDL2570_0808982 |
| | CookMDL2570_0071084 |
| | CookMDL2570_0071068 |
| | CookMDL2570_0779015 |

*CookMDL2570_0778993*
*CookMDL2570_0778991*
*CookMDL2570_0071067*
*CookMDL2570_0778908*
20235 | *Celect Reportable Complaints*
20246 | *CookMDL2570_0071098*
*CookMDL2570_0309799*
*CookMDL2570_0309794*
*CookMDL2570_0309788*
*CookMDL2570_0071111*
*CookMDL2570_0071093*
*CookMDL2570_0309792*
*CookMDL2570_0071166*
*CookMDL2570_0071164*
*CookMDL2570_0071157*
*CookMDL2570_0071151*
*CookMDL2570_0071154*
*CookMDL2570_0071150*
*CookMDL2570_0071149*
*CookMDL2570_0071148*
*CookMDL2570_0071147*
*CookMDL2570_0071142*
*CookMDL2570_0071141*
*CookMDL2570_0071140*
*CookMDL2570_0071139*
*CookMDL2570_0071138*
*CookMDL2570_0071137*
*CookMDL2570_0071132*
*CookMDL2570_0071131*
*CookMDL2570_0071128*
*CookMDL2570_0071127*
*CookMDL2570_0071126*
*CookMDL2570_0071125*
*CookMDL2570_0071124*
*CookMDL2570_0071122*
*CookMDL2570_0071123*
*CookMDL2570_0071121*
*CookMDL2570_0071119*
*CookMDL2570_0071120*
*CookMDL2570_0808999*
*CookMDL2570_0071118*
*CookMDL2570_0779025*
*CookMDL2570_0071117*
*CookMDL2570_0071110*

| 20428 | *CookMDL2570_0071209* |
| | *CookMDL2570_0071210* |
| | *CookMDL2570_0071217* |
| | *CookMDL2570_0071218* |
| | *CookMDL2570_0071278* |
| | *CookMDL2570_0071281* |
| | *CookMDL2570_0071283* |
| | *CookMDL2570_0071284* |
| | *CookMDL2570_0071286* |
| | *CookMDL2570_0071289* |
| | *CookMDL2570_0071290* |
| | *CookMDL2570_0071291* |
| | *CookMDL2570_0071292* |
| | *CookMDL2570_0309818* |
| | *CookMDL2570_0309819* |
| | *CookMDL2570_0309820* |
| | *CookMDL2570_0309825* |
| | *CookMDL2570_0309829* |
| | *CookMDL2570_0079940* |
| | *CookMDL2570_0143891* |
| | *CookMDL2570_0779036* |
| 20497 | *DSC_EXT000005621* |
| | *CookMDL2570_0778997* |
| | *CookMDL2570_0779000* |
| | *CookMDL2570_0779022* |
| | *CookMDL2570_0780878* |
| | *CookMDL2570_0780917* |
| | *CookMDL2570_0780923* |
| 20558 | *CookMDL2570_0781650* |
| | *CookMDL2570_0781321* |
| 22168 | *DSC_EXT000005621* |
| | *CookMDL2570_0779017* |
| 22621 | *CookMDL2570_0781334* |
| 23004 | *CookMDL2570_0071783* |
| | *CookMDL2570_0071800* |
| | *CookMDL2570_0071801* |
| | *CookMDL2570_0071802* |
| | *CookMDL2570_0071803* |
| | *CookMDL2570_0071804* |
| | *CookMDL2570_0071805* |
| | *CookMDL2570_0071807* |
| | *CookMDL2570_0071808* |
| | *CookMDL2570_0071825* |
| | *CookMDL2570_0071830* |

|  |  |
|---|---|
|  | *CookMDL2570_0071845* |
|  | *CookMDL2570_0071846* |
|  | *CookMDL2570_0071847* |
|  | *CookMDL2570_0071852* |
|  | *CookMDL2570_0071854* |
|  | *CookMDL2570_0071857* |
|  | *CookMDL2570_0309877* |
| *23030* | *CookMDL2570_0915622* |
| *23066* | *CookMDL2570_0071932* |
|  | *CookMDL2570_0071957* |
|  | *CookMDL2570_0071960* |
|  | *CookMDL2570_0071961* |
|  | *CookMDL2570_0071962* |
|  | *CookMDL2570_0071969* |
|  | *CookMDL2570_0071970* |
|  | *CookMDL2570_0071971* |
|  | *CookMDL2570_0071972* |
|  | *CookMDL2570_0778978* |
|  | *CookMDL2570_0071973* |
|  | *CookMDL2570_0071976* |
|  | *CookMDL2570_0071977* |
|  | *CookMDL2570_0071978* |
|  | *CookMDL2570_0071983* |
|  | *CookMDL2570_0071991* |
|  | *CookMDL2570_0071993* |
|  | *CookMDL2570_0071994* |
|  | *CookMDL2570_0072001* |
|  | *CookMDL2570_0072014* |
|  | *CookMDL2570_0778988* |
|  | *CookMDL2570_0072022* |
|  | *CookMDL2570_0072046* |
|  | *CookMDL2570_0072061* |
|  | *CookMDL2570_0072069* |
|  | *CookMDL2570_0072070* |
|  | *CookMDL2570_0072071* |
|  | *CookMDL2570_0309892* |
|  | *CookMDL2570_0309894* |
|  | *CookMDL2570_0309896* |
|  | *CookMDL2570_0071975* |
| *25395* | *CookMDL2570_0550728* |
|  | *CookMDL2570_0551635* |
|  | *CookMDL2570_0843933* |
|  | *CookMDL2570_0844290* |
|  | *CookMDL2570_0878843* |

| | |
|---|---|
| 26219 | *CookMDL2570_0119575* |
| | *CookMDL2570_0439800* |
| | *CookMDL2570_0773407* |
| | *CookMDL2570_0777567* |
| 26820 | *CookMDL2570_0808560* |
| 26963 | *CookMDL2570_0550725* |
| | *CookMDL2570_0777567* |
| 27079 | *CookMDL2570_0550725* |
| | *CookMDL2570_0778838* |
| | *CookMDL2570_0778840* |
| | *CookMDL2570_0808645* |
| | *CookMDL2570_0808647* |
| | *CookMDL2570_0778834* |
| | *CookMDL2570_0808652* |
| 27281 | *CookMDL2570_0072574* |
| | *CookMDL2570_0309963* |
| | *CookMDL2570_0309958* |
| | *CookMDL2570_0309954* |
| | *CookMDL2570_0072550* |
| | *CookMDL2570_0072568* |
| | *CookMDL2570_0072549* |
| | *CookMDL2570_0309952* |
| | *CookMDL2570_0072654* |
| | *CookMDL2570_0072653* |
| | *CookMDL2570_0072650* |
| | *CookMDL2570_0072631* |
| | *CookMDL2570_0072630* |
| | *CookMDL2570_0072629* |
| | *CookMDL2570_0072628* |
| | *CookMDL2570_0072627* |
| | *CookMDL2570_0072626* |
| | *CookMDL2570_0072622* |
| | *CookMDL2570_0072587* |
| | *CookMDL2570_0072586* |
| 27981 | *CookMDL2570_0072736* |
| | *CookMDL2570_0072740* |
| | *CookMDL2570_0072849* |
| | *CookMDL2570_0072856* |
| | *CookMDL2570_0072861* |
| | *CookMDL2570_0309989* |
| | *CookMDL2570_0309993* |
| 28228 | *CookMDL2570_0072752* |
| | *CookMDL2570_0072753* |
| | *CookMDL2570_0072754* |

|       |                              |
|-------|------------------------------|
|       | *CookMDL2570_0072758*        |
|       | *CookMDL2570_0072779*        |
|       | *CookMDL2570_0072780*        |
|       | *CookMDL2570_0072781*        |
|       | *CookMDL2570_0072786*        |
|       | *CookMDL2570_0072811*        |
|       | *CookMDL2570_0309991*        |
| *28277* | *20160706_068-000000003*   |
|       | *CookMDL2570_0084787*        |
|       | *CookMDL2570_0486948*        |
|       | *DSC_EXT000005607*           |
|       | *DSC_EXT000005945*           |
|       | *DSC_EXT000005986*           |
| *28281* | *CookMDL2570_0072812*      |
|       | *CookMDL2570_0309994*        |
|       | *CookMDL2570_0309996*        |
|       | *CookMDL2570_0310001*        |
|       | *CookMDL2570_0310009*        |
| *28573* | *CookMDL2570_0073017*      |
|       | *CookMDL2570_0073021*        |
|       | *CookMDL2570_0073033*        |
|       | *CookMDL2570_0073034*        |
|       | *CookMDL2570_0073035*        |
|       | *CookMDL2570_0073036*        |
|       | *CookMDL2570_0073161*        |
|       | *CookMDL2570_0073162*        |
|       | *CookMDL2570_0310134*        |
|       | *CookMDL2570_0310136*        |
|       | *CookMDL2570_0310141*        |
|       | *CookMDL2570_0310145*        |
|       | *CookMDL2570_0072415*        |
|       | *CookMDL2570_0072489*        |
|       | *CookMDL2570_0072490*        |
|       | *CookMDL2570_0072493*        |
| *28981* | *Tulip Report Complaints*  |
| *30217* | *CookMDL2570_0073293*      |
|       | *CookMDL2570_0073313*        |
|       | *CookMDL2570_0073324*        |
|       | *CookMDL2570_0073364*        |
|       | *CookMDL2570_0073613*        |
|       | *CookMDL2570_0073614*        |
|       | *CookMDL2570_0073621*        |
|       | *CookMDL2570_0073622*        |
|       | *CookMDL2570_0073623*        |

| | |
|---|---|
| | CookMDL2570_0073625 |
| | CookMDL2570_0073632 |
| | CookMDL2570_0073633 |
| | CookMDL2570_0314089 |
| | CookMDL2570_0073335 |
| | CookMDL2570_0084787 |
| | CookMDL2570_0119575 |
| | CookMDL2570_0843979 |
| | DSC_EXT000005606 |
| | DSC_EXT000005966 |
| | DSC_EXT000007995 |
| | CookMDL2570_0073329 |
| | CookMDL2570_0073359 |
| | CookMDL2570_0073635 |
| | CookMDL2570_0073645 |
| | CookMDL2570_0073649 |
| | CookMDL2570_0073655 |
| | CookMDL2570_0143891 |
| | CookMDL2570_0310173 |
| | CookMDL2570_0310193 |
| | CookMDL2570_0310217 |
| | CookMDL2570_0310268 |
| | CookMDL2570_0310269 |
| | CookMDL2570_0310270 |
| | CookMDL2570_0310271 |
| | CookMDL2570_0310272 |
| 30343 | CookMDL2570_0310273 |
| | CookMDL2570_0914976 |
| | CookMDL2570_0628317 |
| | CookMDL2570_0769572 |
| | CookMDL2570_0773406 |
| 30743 | CookMDL2570_0777493 |
| | CookMDL2570_0073479 |
| | CookMDL2570_0084787 |
| | CookMDL2570_0119575 |
| | CookMDL2570_0773406 |
| | CookMDL2570_0843979 |
| | DSC_EXT000005606 |
| | DSC_EXT000005966 |
| | DSC_EXT000007995 |
| | CookMDL2570_0073635 |
| | CookMDL2570_0310173 |
| | CookMDL2570_0310217 |
| 32625 | CookMDL2570_0310268 |

*CookMDL2570_0310269*
*CookMDL2570_0310270*
*CookMDL2570_0310271*
*CookMDL2570_0310272*
*CookMDL2570_0310273*
*CookMDL2570_0073518*
*CookMDL2570_0084787*
*CookMDL2570_0119575*
*CookMDL2570_0773406*
*CookMDL2570_0843979*
*DSC_EXT000005606*
*DSC_EXT000005966*
*DSC_EXT000007995*
*CookMDL2570_0073635*
*CookMDL2570_0310173*
*CookMDL2570_0310217*
*CookMDL2570_0310268*
*CookMDL2570_0310269*
*CookMDL2570_0310270*
*CookMDL2570_0310271*
*CookMDL2570_0310272*
*32626*  *CookMDL2570_0310273*
*33930*  *CookMDL2570_0773407*
*34211*  *CookMDL2570_0310234*
*CookMDL2570_0778604*
*CookMDL2570_0310318*
*CookMDL2570_0778612*
*CookMDL2570_0777509*
*CookMDL2570_0778624*
*CookMDL2570_0778581*
*CookMDL2570_0778632*
*CookMDL2570_0778637*
*CookMDL2570_0807496*
*CookMDL2570_0808150*
*CookMDL2570_0808153*
*CookMDL2570_0780945*
*CookMDL2570_0073845*
*CookMDL2570_0073911*
*CookMDL2570_0073919*
*CookMDL2570_0119575*
*CookMDL2570_0073908*
*CookMDL2570_0073912*
*34705*  *CookMDL2570_0073913*

|  | |
|---|---|
| | *CookMDL2570_0073920* |
| | *CookMDL2570_0073921* |
| | *CookMDL2570_0073922* |
| | *CookMDL2570_0073923* |
| | *CookMDL2570_0143891* |
| | *CookMDL2570_0595398* |
| | *CookMDL2570_0773406* |
| | *CookMDL2570_0595398* |
| *35549* | *CookMDL2570_0435673* |
| *36199* | *CookMDL2570_0074044* |
| | *CookMDL2570_0074052* |
| | *CookMDL2570_0074099* |
| | *CookMDL2570_0074103* |
| | *CookMDL2570_0074106* |
| | *CookMDL2570_0074109* |
| | *CookMDL2570_0310373* |
| | *CookMDL2570_0310378* |
| | *CookMDL2570_0310381* |
| | *CookMDL2570_0878588* |
| *36569* | *CookMDL2570_0845894* |
| | *CookMDL2570_0778584* |
| | *CookMDL2570_0144794* |
| | *CookMDL2570_0074220* |
| | *CookMDL2570_0074232* |
| | *CookMDL2570_0074233* |
| | *CookMDL2570_0074239* |
| | *CookMDL2570_0074308* |
| | *CookMDL2570_0074310* |
| | *CookMDL2570_0074311* |
| | *CookMDL2570_0074312* |
| | *CookMDL2570_0074313* |
| | *CookMDL2570_0074314* |
| | *CookMDL2570_0074315* |
| | *CookMDL2570_0074316* |
| | *CookMDL2570_0310494* |
| *37068* | *CookMDL2570_0878588* |
| | *CookMDL2570_0074260* |
| | *CookMDL2570_0074261* |
| | *CookMDL2570_0074276* |
| | *CookMDL2570_0074277* |
| | *CookMDL2570_0310438* |
| | *CookMDL2570_0310463* |
| | *CookMDL2570_0310521* |
| *37070* | *CookMDL2570_0737103* |

| | |
|---|---|
| | *CookMDL2570_0878588* |
| | *CookMDL2570_0764585* |
| *37197* | *CookMDL2570_0764588* |
| | *CookMDL2570_0737103* |
| *37407* | *CookMDL2570_0845520* |
| *39268* | *CookMDL2570_0074853* |
| | *CookMDL2570_0074872* |
| | *CookMDL2570_0074886* |
| | *CookMDL2570_0074913* |
| | *CookMDL2570_0074918* |
| | *CookMDL2570_0074922* |
| | *CookMDL2570_0074930* |
| | *CookMDL2570_0074935* |
| | *CookMDL2570_0074937* |
| | *CookMDL2570_0074945* |
| | *CookMDL2570_0074947* |
| | *CookMDL2570_0074948* |
| | *CookMDL2570_0074953* |
| | *CookMDL2570_0074955* |
| | *CookMDL2570_0074963* |
| | *CookMDL2570_0310642* |
| | *CookMDL2570_0310647* |
| | *CookMDL2570_0310652* |
| | *CookMDL2570_0310660* |
| *39943* | *Tulip Report Complaints* |
| *40313* | *CookMDL2570_0075099* |
| | *CookMDL2570_0075101* |
| | *CookMDL2570_0075105* |
| | *CookMDL2570_0075107* |
| | *CookMDL2570_0075108* |
| | *CookMDL2570_0075121* |
| | *CookMDL2570_0075120* |
| | *CookMDL2570_0075184* |
| | *CookMDL2570_0075190* |
| | *CookMDL2570_0143891* |
| | *CookMDL2570_0773406* |
| *40974* | *Tulip Report Complaints* |
| | *CookMDL2570_0625910* |
| | *CookMDL2570_0623253* |
| | *CookMDL2570_0434524* |
| *41546* | *CookMDL2570_0075482* |
| *42092* | *CookMDL2570_0169303* |
| | *CookMDL2570_0169253* |
| *42341* | *CookMDL2570_0845627* |

|       |                        |
|-------|------------------------|
|       | *CookMDL2570_0084787*  |
|       | *CookMDL2570_0434524*  |
|       | *CookMDL2570_0435207*  |
|       | *CookMDL2570_0436241*  |
|       | *CookMDL2570_0508032*  |
|       | *CookMDL2570_0508037*  |
|       | *CookMDL2570_0625607*  |
|       | *CookMDL2570_0692613*  |
|       | *CookMDL2570_0738264*  |
| *42946* | *CookMDL2570_0434524*  |
|       | *CookMDL2570_0436241*  |
|       | *CookMDL2570_0508032*  |
|       | *CookMDL2570_0508037*  |
|       | *CookMDL2570_0626362*  |
|       | *CookMDL2570_0626364*  |
| *42948* | *CookMDL2570_0076450*  |
| *42954* | *DSC_EXT000007997*     |
| *42955* | *CookMDL2570_0076450*  |
| *43878* | *DSC_EXT000007987*     |
|       | *CookMDL2570_0076100*  |
|       | *CookMDL2570_0076102*  |
|       | *CookMDL2570_0076104*  |
|       | *CookMDL2570_0076105*  |
|       | *CookMDL2570_0076096*  |
|       | *CookMDL2570_0076097*  |
|       | *CookMDL2570_0803360*  |
|       | *CookMDL2570_0803344*  |
|       | *CookMDL2570_0076081*  |
|       | *CookMDL2570_0076080*  |
|       | *CookMDL2570_0076077*  |
|       | *CookMDL2570_0076073*  |
|       | *CookMDL2570_0775336*  |
|       | *CookMDL2570_0775334*  |
|       | *CookMDL2570_0075977*  |
|       | *CookMDL2570_0075976*  |
|       | *CookMDL2570_0775317*  |
| *44065* | *CookMDL2570_0075998*  |
|       | *CookMDL2570_0075999*  |
|       | *CookMDL2570_0076003*  |
|       | *CookMDL2570_0076119*  |
|       | *CookMDL2570_0076126*  |
|       | *CookMDL2570_0076127*  |
|       | *CookMDL2570_0076146*  |
|       | *CookMDL2570_0076148*  |

|         |                         |
|---------|-------------------------|
|         | *CookMDL2570_0076149*   |
|         | *CookMDL2570_0310787*   |
|         | *CookMDL2570_0310791*   |
| *44709* | *Celect Reportable Complaints* |
| *45248* | *CookMDL2570_0076539*   |
|         | *CookMDL2570_0076541*   |
|         | *CookMDL2570_0076573*   |
|         | *CookMDL2570_0076586*   |
|         | *CookMDL2570_0076602*   |
|         | *CookMDL2570_0076660*   |
|         | *CookMDL2570_0076674*   |
|         | *CookMDL2570_0076690*   |
|         | *CookMDL2570_0076701*   |
| *45335* | *CookMDL2570_0076607*   |
|         | *CookMDL2570_0076623*   |
|         | *CookMDL2570_0076626*   |
|         | *CookMDL2570_0076630*   |
|         | *CookMDL2570_0076635*   |
| *45453* | *CookMDL2570_0076617*   |
|         | *CookMDL2570_0076672*   |
|         | *CookMDL2570_0076620*   |
|         | *CookMDL2570_0076622*   |
|         | *CookMDL2570_0076635*   |
|         | *CookMDL2570_0076646*   |
|         | *CookMDL2570_0076670*   |
|         | *CookMDL2570_0076642*   |
|         | *CookMDL2570_0076643*   |
|         | *CookMDL2570_0076645*   |
|         | *CookMDL2570_0076659*   |
|         | *CookMDL2570_0076662*   |
| *46945* | *DSC_EXT000005621*      |
| *47599* | *CookMDL2570_0076956*   |
|         | *CookMDL2570_0077047*   |
| *47604* | *CookMDL2570_0845276*   |
|         | *CookMDL2570_0625926*   |
| *47947* | *DSC_EXT000006008*      |
|         | *DSC_000006295*         |
| *48235* | *CookMDL2570_0077300*   |
|         | *CookMDL2570_0077375*   |
|         | *CookMDL2570_0310931*   |
|         | *CookMDL2570_0310938*   |
| *49127* | *CookMDL2570_0625874*   |
|         | *CookMDL2570_0625875*   |
|         | *CookMDL2570_0627797*   |

| | |
|---|---|
| | CookMDL2570_0627798 |
| | CookMDL2570_0628622 |
| | CookMDL2570_0628623 |
| | CookMDL2570_0845341 |
| | CookMDL2570_0848399 |
| | CookMDL2570_0849403 |
| | CookMDL2570_0849583 |
| | CookMDL2570_0849793 |
| | CookMDL2570_0507767 |
| 49276 | CookMDL2570_0077665 |
| | CookMDL2570_0077681 |
| | CookMDL2570_0077740 |
| | CookMDL2570_0077743 |
| | CookMDL2570_0077752 |
| | CookMDL2570_0077753 |
| | CookMDL2570_0077770 |
| | CookMDL2570_0077781 |
| | CookMDL2570_0077782 |
| | CookMDL2570_0077784 |
| | CookMDL2570_0077785 |
| | CookMDL2570_0311049 |
| 49797 | CookMDL2570_0077788 |
| | CookMDL2570_0077808 |
| | CookMDL2570_0077820 |
| | CookMDL2570_0077881 |
| | CookMDL2570_0077896 |
| | CookMDL2570_0077917 |
| | CookMDL2570_0077924 |
| | CookMDL2570_0077931 |
| | CookMDL2570_0077932 |
| | CookMDL2570_0077933 |
| | CookMDL2570_0077937 |
| | CookMDL2570_0311051 |
| | CookMDL2570_0311057 |
| | CookMDL2570_0439766 |
| 50006 | CookMDL2570_0077819 |
| | CookMDL2570_0077821 |
| | CookMDL2570_0077822 |
| | CookMDL2570_0077823 |
| | CookMDL2570_0077824 |
| | CookMDL2570_0077835 |
| | CookMDL2570_0077841 |
| | CookMDL2570_0077842 |
| | CookMDL2570_0077843 |

|       |                      |
|-------|----------------------|
|       | CookMDL2570_0077844  |
|       | CookMDL2570_0077845  |
|       | CookMDL2570_0077846  |
|       | CookMDL2570_0311056  |
|       | CookMDL2570_0311059  |
| 50713 | CookMDL2570_0077944  |
|       | CookMDL2570_0077949  |
|       | CookMDL2570_0077963  |
|       | CookMDL2570_0077980  |
|       | CookMDL2570_0077984  |
|       | CookMDL2570_0077988  |
|       | CookMDL2570_0078014  |
|       | CookMDL2570_0078020  |
|       | CookMDL2570_0078027  |
|       | CookMDL2570_0078030  |
|       | CookMDL2570_0078031  |
|       | CookMDL2570_0078039  |
|       | CookMDL2570_0078041  |
|       | CookMDL2570_0078044  |
|       | CookMDL2570_0078046  |
|       | CookMDL2570_0078047  |
|       | CookMDL2570_0078048  |
|       | CookMDL2570_0078049  |
|       | CookMDL2570_0078050  |
|       | CookMDL2570_0078061  |
|       | CookMDL2570_0311081  |
| 50728 | CookMDL2570_0077972  |
|       | CookMDL2570_0077978  |
|       | CookMDL2570_0078004  |
|       | CookMDL2570_0078019  |
|       | CookMDL2570_0078042  |
|       | CookMDL2570_0078123  |
|       | CookMDL2570_0311080  |
| 50925 | CookMDL2570_0084787  |
|       | CookMDL2570_0486868  |
|       | CookMDL2570_0486935  |
|       | CookMDL2570_0781289  |
|       | CookMDL2570_0781293  |
|       | CookMDL2570_0803380  |
|       | CookMDL2570_0803383  |
|       | CookMDL2570_0803408  |
|       | CookMDL2570_0803427  |
|       | CookMDL2570_0878520  |
| 51035 | CookMDL2570_0625860  |

|       | |
|-------|--|
|       | *CookMDL2570_0627855* |
| 51734 | *Celect Reportable Complaints* |
| 51783 | *DSC_EXT000005621* |
| 52437 | *CookMDL2570_0199645* |
|       | *CookMDL2570_0199647* |
|       | *CookMDL2570_0439765* |
|       | *CookMDL2570_0439830* |
|       | *CookMDL2570_0449213* |
|       | *CookMDL2570_0828810* |
|       | *CookMDL2570_0846044* |
|       | *CookMDL2570_0449214* |
|       | *CookMDL2570_0828810* |
| 53608 | *CookMDL2570_0078764* |
|       | *CookMDL2570_0079199* |
|       | *CookMDL2570_0079222* |
|       | *CookMDL2570_0079309* |
|       | *CookMDL2570_0079312* |
|       | *CookMDL2570_0311336* |
|       | *CookMDL2570_0311341* |
|       | *CookMDL2570_0311347* |
| 57474 | *CookMDL2570_0778481* |
|       | *CookMDL2570_0801656* |
|       | *CookMDL2570_0810140* |
| 57524 | *CookMDL2570_0079579* |
|       | *CookMDL2570_0079589* |
|       | *CookMDL2570_0778481* |
|       | *CookMDL2570_0079621* |
|       | *CookMDL2570_0079623* |
|       | *CookMDL2570_0079625* |
|       | *CookMDL2570_0801656* |
|       | *CookMDL2570_0079627* |
|       | *CookMDL2570_0810140* |
|       | *CookMDL2570_0079628* |
|       | *CookMDL2570_0079634* |
|       | *CookMDL2570_0079638* |
|       | *CookMDL2570_0079651* |
|       | *CookMDL2570_0079657* |
|       | *ookMDL2570_0079661* |
|       | *ookMDL2570_0079666* |
| 58015 | *CookMDL2570_0079604* |
|       | *CookMDL2570_0079615* |
|       | *CookMDL2570_0079620* |
|       | *CookMDL2570_0079700* |
|       | *CookMDL2570_0079706* |

|  | |
|---|---|
| | *CookMDL2570_0079723* |
| | *CookMDL2570_0079725* |
| | *CookMDL2570_0311394* |
| | *CookMDL2570_0311399* |
| | *CookMDL2570_0311405* |
| | *CookMDL2570_0878773* |
| | *CookMDL2570_0878777* |
| | *CookMDL2570_0079729* |
| | *CookMDL2570_0079730* |
| | *CookMDL2570_0079735* |
| | *CookMDL2570_0079736* |
| | *CookMDL2570_0079737* |
| | *CookMDL2570_0079738* |
| | *CookMDL2570_0079739* |
| | *CookMDL2570_0079740* |
| | *CookMDL2570_0079741* |
| | *CookMDL2570_0079743* |
| | *CookMDL2570_0079709* |
| *58844* | *CookMDL2570_0079850* |
| *59096* | *Celect Complaint listing* |
| *60242* | *CookMDL2570_0081310* |
| | *CookMDL2570_0086521* |
| | *CookMDL2570_0311692* |
| *61644* | *DSC_EXT000006049* |
| *62614* | *CookMDL2570_0081499* |
| | *CookMDL2570_0081511* |
| | *CookMDL2570_0086675* |
| | *CookMDL2570_0086677* |
| | *CookMDL2570_0086680* |
| | *CookMDL2570_0086683* |
| | *CookMDL2570_0311739* |
| | *CookMDL2570_0311744* |
| | *CookMDL2570_0311750* |
| | *CookMDL2570_03117535* |
| *64028* | *DSC_EXT000005621* |
| | *CookMDL2570_0324475* |
| *66116* | *CookMDL2570_0322456* |
| | *CookMDL2570_0878608* |
| | *CookMDL2570_0081858* |
| | *CookMDL2570_0087300* |
| | *CookMDL2570_0087301* |
| | *CookMDL2570_0087302* |
| | *CookMDL2570_0087306* |
| *66274* | *CookMDL2570_0087295* |

| | |
|---|---|
| | *CookMDL2570_0087299* |
| | *CookMDL2570_0087313* |
| | *CookMDL2570_0312810* |
| | *CookMDL2570_0087303* |
| | *CookMDL2570_0087307* |
| 66620 | *Celect Complaint listing 2008-2016* |
| 66965 | *CookMDL2570_0081959* |
| | *CookMDL2570_0081971* |
| | *CookMDL2570_0081974* |
| | *CookMDL2570_0081975* |
| | *CookMDL2570_0087354* |
| | *CookMDL2570_0087356* |
| | *CookMDL2570_0087358* |
| 67244 | *CookMDL2570_031263* |
| | *CookMDL2570_0144794* |
| 67285 | *Celect 01Oct2008-08Nov2016* |
| 67486 | *CookMDL2570_0082003* |
| | *CookMDL2570_0082016* |
| | *CookMDL2570_0082017* |
| | *CookMDL2570_0082018* |
| | *CookMDL2570_0082019* |
| | *CookMDL2570_0082022* |
| | *CookMDL2570_0082023* |
| | *CookMDL2570_0082024* |
| | *CookMDL2570_0082025* |
| | *CookMDL2570_0082026* |
| | *CookMDL2570_0082027* |
| | *CookMDL2570_0082029* |
| | *CookMDL2570_0082030* |
| | *CookMDL2570_0087375* |
| | *CookMDL2570_0087380* |
| | *CookMDL2570_0087381* |
| | *CookMDL2570_0087398* |
| | *CookMDL2570_0087400* |
| | *CookMDL2570_0087401* |
| | *CookMDL2570_0087403* |
| | *CookMDL2570_0087405* |
| | *CookMDL2570_0087432* |
| | *CookMDL2570_0087435* |
| | *CookMDL2570_0087437* |
| | *CookMDL2570_0087448* |
| | *CookMDL2570_0087452* |
| | *CookMDL2570_0311931* |
| | *CookMDL2570_0311964* |

|       | |
|-------|--------------------------------|
|       | *CookMDL2570_0311967*          |
| *67565* | *Celect Complaint listing*   |
| *67622* | *CookMDL2570_0323326*        |
|       | *CookMDL2570_0323328*          |
| *68014* | *Celect Complaint listing*   |
| *68755* | *DSC_EXT000005621*           |
|       | *CookMDL2570_0087598*          |
|       | *CookMDL2570_0087596*          |
|       | *CookMDL2570_0087589*          |
|       | *CookMDL2570_0082270*          |
|       | *CookMDL2570_0082269*          |
|       | *CookMDL2570_0082268*          |
|       | *CookMDL2570_0082267*          |
| *69831* | *CookMDL2570_0082255*        |
| *69938* | *DSC_EXT000005621*           |
|       | *DSC_EXT000005622*             |
|       | *CookMDL2570_0082294*          |
|       | *CookMDL2570_0087613*          |
|       | *CookMDL2570_0087617*          |
| *70817* | *CookMDL2570_0087622*        |
| *71100* | *CookMDL2570_1060478*        |
|       | *CookMDL2570_1064765*          |
|       | *CookMDL2570_1064771*          |
|       | *CookMDL2570_1064799*          |
|       | *CookMDL2570_1064800*          |
|       | *CookMDL2570_1064804*          |
|       | *CookMDL2570_1064885*          |
|       | *CookMDL2570_1064903*          |
|       | *CookMDL2570_1075705*          |
|       | *CookMDL2570_0082421*          |
|       | *CookMDL2570_0082432*          |
|       | *CookMDL2570_0082433*          |
|       | *CookMDL2570_0087711*          |
|       | *CookMDL2570_0087719*          |
|       | *CookMDL2570_0087721*          |
|       | *CookMDL2570_0087724*          |
|       | *CookMDL2570_0312052*          |
| *71953* | *CookMDL2570_0312054*        |
| *73260* | *CookMDL2570_0199293*        |
|       | *CookMDL2570_0199295*          |
|       | *CookMDL2570_0319836*          |
| *74677* | *CookMDL2570_0082803*        |
|       | *CookMDL2570_0082814*          |
|       | *CookMDL2570_0088036*          |

|       |                          |
|-------|--------------------------|
|       | *CookMDL2570_0312129*    |
|       | *CookMDL2570_0313098*    |
|       | *CookMDL2570_0313100*    |
|       | *CookMDL2570_0313102*    |
|       | *CookMDL2570_0313107*    |
|       | *CookMDL2570_0313113*    |
|       | *CookMDL2570_0313117*    |
|       | *CookMDL2570_0313120*    |
| 75262 | *Celect Complaint Listing* |
| 75355 | *Celect Complaint Listing* |
| 75684 | *DSC_EXT000005621*       |
|       | *DSC_EXT000005622*       |
|       | *CookMDL2570_0083013*    |
|       | *CookMDL2570_0083024*    |
|       | *CookMDL2570_0083025*    |
|       | *CookMDL2570_0083026*    |
|       | *CookMDL2570_0088352*    |
|       | *CookMDL2570_0088356*    |
|       | *CookMDL2570_0088359*    |
|       | *CookMDL2570_0088360*    |
|       | *CookMDL2570_0088362*    |
|       | *CookMDL2570_0312150*    |
| 76276 | *CookMDL2570_0319136*    |
| 76298 | *CookMDL2570_0083029*    |
|       | *CookMDL2570_0088371*    |
|       | *CookMDL2570_0088372*    |
|       | *DSC_EXT000005959*       |
| 76452 | *DSC_EXT000005958*       |
| 76567 | *CookMDL2570_0083107*    |
|       | *CookMDL2570_0083108*    |
|       | *CookMDL2570_0088400*    |
|       | *CookMDL2570_0088409*    |
|       | *CookMDL2570_0088416*    |
|       | *CookMDL2570_0088417*    |
|       | *CookMDL2570_0088423*    |
|       | *CookMDL2570_0088443*    |
|       | *CookMDL2570_0312153*    |
|       | *CookMDL2570_0083091*    |
|       | *CookMDL2570_0088443*    |
| 77058 | *Celect Complaint Listing* |
|       | *CookMDL2570_0083109*    |
|       | *CookMDL2570_0083121*    |
|       | *CookMDL2570_0088428*    |
| 77141 | *CookMDL2570_0088444*    |

|       |                          |
|-------|--------------------------|
|       | *CookMDL2570_0088450*    |
|       | *CookMDL2570_0088453*    |
|       | *CookMDL2570_0088455*    |
|       | *CookMDL2570_0088456*    |
|       | *CookMDL2570_0088457*    |
|       | *CookMDL2570_0088458*    |
|       | *CookMDL2570_0088459*    |
|       | *CookMDL2570_0312156*    |
|       | *DSC_EXT000005621*       |
| *77647* | *DSC_EXT000005622*     |
| *77702* | *Celect Complaint Listing* |
| *77774* | *Celect Complaint Listing* |
|       | *CookMDL2570_0083216*    |
|       | *CookMDL2570_0083228*    |
|       | *CookMDL2570_0083229*    |
|       | *CookMDL2570_0083230*    |
|       | *CookMDL2570_0083231*    |
|       | *CookMDL2570_0088545*    |
|       | *CookMDL2570_0088546*    |
|       | *CookMDL2570_0088550*    |
|       | *CookMDL2570_0088557*    |
|       | *CookMDL2570_0088562*    |
|       | *CookMDL2570_0088563*    |
|       | *CookMDL2570_0312166*    |
|       | *CookMDL2570_0312167*    |
|       | *CookMDL2570_0623879*    |
|       | *CookMDL2570_0772079*    |
| *77936* | *CookMDL2570_0811333*  |
| *78428* | *CookMDL2570_0088699*  |
|       | *CookMDL2570_0088685*    |
|       | *CookMDL2570_0083363*    |
|       | *CookMDL2570_0852589*    |
|       | *CookMDL2570_0852588*    |
|       | *CookMDL2570_0852587*    |
|       | *CookMDL2570_0852592*    |
|       | *CookMDL2570_0852591*    |
|       | *CookMDL2570_0852573*    |
|       | *CookMDL2570_0852578*    |
|       | *CookMDL2570_0852577*    |
|       | *CookMDL2570_0852576*    |
|       | *CookMDL2570_0852575*    |
|       | *CookMDL2570_0088684*    |
|       | *CookMDL2570_0083380*    |
|       | *CookMDL2570_0312175*    |

*CookMDL2570_0312175*
*CookMDL2570_0088717*
*CookMDL2570_0088714*
*CookMDL2570_0623846*
*CookMDL2570_0772112*
*CookMDL2570_0623847*
*CookMDL2570_0772113*
*CookMDL2570_0624528*
*CookMDL2570_0823392*
*CookMDL2570_0625429*
*CookMDL2570_0625431*
*CookMDL2570_0698042*
*CookMDL2570_0772072*
*CookMDL2570_0772075*
*CookMDL2570_0772086*
*CookMDL2570_0772089*
*CookMDL2570_0772092*
*CookMDL2570_0772112*
*CookMDL2570_0772113*
*CookMDL2570_0772124*
*CookMDL2570_0772947*
*CookMDL2570_0772969*
*CookMDL2570_0805500*
*CookMDL2570_0805529*
*CookMDL2570_0805553*
*CookMDL2570_0811468*
*CookMDL2570_0811471*
*CookMDL2570_0811562*
*CookMDL2570_0811565*
*CookMDL2570_0811576*
*78942*  *CookMDL2570_0823392*
*CookMDL2570_0083430*
*CookMDL2570_0083432*
*CookMDL2570_0088771*
*CookMDL2570_0088772*
*CookMDL2570_0088773*
*CookMDL2570_0088774*
*CookMDL2570_0088775*
*CookMDL2570_0088780*
*CookMDL2570_0088785*
*CookMDL2570_0088786*
*CookMDL2570_0088787*
*CookMDL2570_0088788*
*79260*  *CookMDL2570_0850205*

| | |
|---|---|
| | *CookMDL2570_0083432* |
| | *CookMDL2570_0083445* |
| | *CookMDL2570_0083445* |
| | *CookMDL2570_0083446* |
| | *CookMDL2570_0088789* |
| | *CookMDL2570_0088808* |
| | *CookMDL2570_0088809* |
| | *CookMDL2570_0088810* |
| | *CookMDL2570_0088811* |
| | *CookMDL2570_0088812* |
| | *CookMDL2570_0088815* |
| | *CookMDL2570_0088816* |
| *79432* | *CookMDL2570_0805570* |
| | *CookMDL2570_0083510* |
| | *CookMDL2570_0083526* |
| | *CookMDL2570_0083531* |
| | *CookMDL2570_0088943* |
| | *CookMDL2570_0088966* |
| | *CookMDL2570_0088981* |
| *79759* | *CookMDL2570_0313315* |
| | *CookMDL2570_0083576* |
| | *CookMDL2570_0083588* |
| | *CookMDL2570_0083589* |
| | *CookMDL2570_0083590* |
| | *CookMDL2570_0089034* |
| | *CookMDL2570_0089037* |
| | *CookMDL2570_0089040* |
| | *CookMDL2570_0089045* |
| | *CookMDL2570_0089060* |
| | *CookMDL2570_0089061* |
| | *CookMDL2570_0089062* |
| | *CookMDL2570_0089067* |
| | *CookMDL2570_0089068* |
| | *CookMDL2570_0089069* |
| | *CookMDL2570_0089072* |
| | *CookMDL2570_0089074* |
| | *CookMDL2570_0089078* |
| | *CookMDL2570_0313344* |
| | *CookMDL2570_0810837* |
| *80279* | *CookMDL2570_0810839* |
| | *20160328_048-000000004* |
| | *CookMDL2570_0083661* |
| | *CookMDL2570_0083662* |
| *81273* | *CookMDL2570_0083663* |



|       |                        |
|-------|------------------------|
|       | CookMDL2570_0089161    |
|       | CookMDL2570_0089179    |
|       | CookMDL2570_0089034    |
|       | CookMDL2570_0089037    |
|       | CookMDL2570_0089040    |
|       | CookMDL2570_0089045    |
|       | CookMDL2570_0089060    |
|       | CookMDL2570_0089061    |
|       | CookMDL2570_0089062    |
|       | CookMDL2570_0089067    |
|       | CookMDL2570_0089068    |
|       | CookMDL2570_0089069    |
|       | CookMDL2570_0089072    |
|       | CookMDL2570_0089074    |
|       | CookMDL2570_0089078    |
|       | CookMDL2570_0313344    |
|       | CookMDL2570_0810837    |
|       | CookMDL2570_0810839    |
|       | CookMDL2570_0827659    |
|       | CookMDL2570_082886     |
|       | CookMDL2570_0083711    |
|       | CookMDL2570_0083708    |
| 81323 | CookMDL2570_0083675    |
| 83074 | CookMDL2570_0083866    |
|       | CookMDL2570_0083878    |
|       | CookMDL2570_0083879    |
|       | CookMDL2570_0083880    |
|       | CookMDL2570_0083881    |
|       | CookMDL2570_0089263    |
|       | CookMDL2570_0089265    |
|       | CookMDL2570_0089266    |
|       | CookMDL2570_0089267    |
|       | CookMDL2570_0312260    |
|       | CookMDL2570_0312263    |
|       | CookMDL2570_0764133    |
|       | CookMDL2570_0806926    |
|       | CookMDL2570_0083952    |
|       | CookMDL2570_0083966    |
|       | CookMDL2570_0089433    |
|       | CookMDL2570_0089451    |
|       | CookMDL2570_0089453    |
|       | CookMDL2570_0089459    |
|       | CookMDL2570_0312272    |
| 83791 | CookMDL2570_0689150    |

*CookMDL2570_0332646*
*CookMDL2570_0412287*
*CookMDL2570_0623598*
*CookMDL2570_0186420*
*CookMDL2570_0197140*
*CookMDL2570_0625132*
*CookMDL2570_0408203*

1.      Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients

Mark R. Hemmila, MD, Nicholas H. Osborne, MD, Peter K. Henke, MD, John P. Kepros, MD, Sujal G. Patel, MD, Anne H. Cain-Nielsen, MS, and Nancy J. Birkmeyer, PhD.

Conclusion: High rates of prophylactic IVC filter placement have no effect on reducing trauma patient mortality and are associated with an increase in DVT events.


2.      Preoperative Placement of Inferior Vena Cava Filters and Outcomes After Gastric Bypass Surgery

Nancy J. O. Birkmeyer, PhD, David Share, MD, PhD, Onur Baser, PhD, Arthur M. Carlin, MD, Jonathan F. Finks, MD, Carl M. Pesta, DO, Jeffrey A Genaw, MD, and John D. Birkmeyer, MD

Michigan Bariatric Surgery Collaborative

Conclusion: Prophylactic IVC filters for gastric bypass surgery do not reduce the risk of pulmonary embolism and may lead to additional complications.


3.      Strut PenetrationL Local Complications, Breakthrough Pulmonary Embolism, and Retrieval Failure in Patients with Celect Vena Cava Filters

Aaron Bos, MD, Thuong Van Ha, MD, Darren van Beek, MD, Michael Ginsburg, MD, Steven Zangan, MD, Rakesh Navuluri, MD, Jonathan Lorenz, MD, Brian Funaki, MD

Conclusion: Although strut penetration is a common complication with Celect filters, there is no association with breakthrough PE or retrieval failure. CT evidence of local complications associated with strut penetration is rare.


4.      Analysis of Tilt of the Gunther Tulip Filter

Alan A. Sag, BS, Joseph M. Stavas, MD, Charles T. Burke, MD, Robert G. Dixon, MD, Joel S. Marquess, BS, and Matthew A. Mauro, MD

Conclusion: Frequent GTF tilt detected at the first retrieval attempt can reach at least 14 degrees and is associated with minimal sequelae. Insertion approach and caval diameter are significant factors in GTF tilt.

5.      Perforation of the IVC: Rule Rather Than Exception After Longer Indwelling Times for the Gunther Tulip and Celect Retrievable Filters

Jeremy C. Durack, Antonio C. Westphalen, Stephanie Kekulawela, Shive B. Bhanu, David E. Avrin, Roy L. Gordon, Robert K. Kerlan

Conclusion: Longer indwelling times usually result in vena caval perforation by retrievable Funther Tulip and Celect IVC filters. Although infrequently reported in the literature, clinical sequelae from IVC filter components breaching the vena cava can be significant. We advocate fitler retrieval as early as clinically indicated and increased attention to the appearance of IVC filters on all follow-up imaging studies.

6.      Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients.

Dayong Zhou, Eunice Moon, Jennifer Bullen, Mark Sands ,Abraham Levitin, Weiping Wang

CONCLUSION. This study confirms a high penetration rate for Celect IVC filters and shows that CT can characterize the extent of leg penetration. Most cases of penetration were asymptomatic, but the likelihood of penetration increased over time.

7.      Late erosion of a prophylactic Celect IVC filter into the aorta, right renal artery, and duodenal wall

Robert D. Becher, MD, Matthew A. Corriere, MD, MS, Matthew S. Edwards, MD, MS, and Christopher J. Godshall, MD.

Conclusion: This case report demonstrates that prophylactic R-IVCFs may be associated with significant risks, although their use after multisystem trauma is increasing, and most are not removed. Prophylactic R-IVCF-supporters site decreased PE and a theoretic mortality benefit, while detractors highlight the lack of evidence, poor retrieval rates, and rare but significant complications such as those documented here. We urge caution on the prophylactic use of R-IVCFs in the trauma population until there are data demonstrating benefit of such a management strategy.

8.      Inferior Vena Cava Filter Erosion Causing Symptomatic Obstructive Hydronephrosis

Nathan Locke, MD, David Duchene, MD and Priya Padmanabhan, MD, MPH

Conclusion: Endovascular removal of the IVC filter was performed safely in this case and can be considered when the urinary tract is involved in filter erosion.


9.      Open surgical removal of retained and dislodged inferior vena cava filters

Muhammad A. Rana, MBBS, Peter Gloviczki, MD, Manju Kalra, MBBS, Haraldur Bjarnason, MD, Yong Huang, MDm PhD, and Mark D. Fleming, MD Rochester, Minn

Conclusion: Open surgical removal with minimal IVC manipulation is feasible for extraction of complicated temporary and permanent IVC filters that cannot be removed with an endovenous approach. Open removal is associated with minimal morbidity and excellent outcomes.


10.      Retrospective Review of 120 Celect Inferior Vena Cava Filter Retrievals: Experience at a Single Institution

Dayong Zhou, MD, PhD, James Spain, Md, PhD , Eunice Moon, MD, Gordon Mclennan, MD, Mark J. Sands, MD, and Weiping Wang, MD.

Conclusion: This study showed a high penetration rate for Celect IVC filters, including penetrations that were symptomatic or involved adjacent structures. Penetration appears to correlate with indwelling time, suggesting that the filter should be removed as soon as PE protection is no longer indicated. Although most of the filters were removed, 5.8% of retrievals were unsuccessful because of technical failure.


11.      Providing Context: Medical device litigation and inferior vena cava filters

Eric J. Keller, Robert L. Vogelzang

Conclusion: As a specialty with close ties to medical devices such as a IVC filters, interventional radiologists should have some familiarity with recent IVC filter litigation as well as the larger legal environment of medical device liability. Furthermore, reflecting upon conversations with patients or serving as an expert witness in light of these developments is likely worthwhile. Laws and policies often set an ethical minimum for clinicians and, as with medical device regulation, compliance does not necessarily equal appropriate behavior. Finally, it is worth emphasizing that whether one is interpreting legislation or counseling patients, context is important.

12.     Eight-Year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism.

The PREPIC Study Group

Conclusion: At 8 years, vena cava filters reduced the risk of pulmonary embolism but increased that of deep-vein thrombosis and had no effect on survival. Although their use may be beneficial in patients at high risk of pulmonary embolism, systematic use in the general population with venous thromboembolism is not recommended.

13.     A comparison of retrievability: Celect versus option filter

Robert K. Ryu, MD, Kush Desai MD, Jennifer Karp RN, Ramona Gupta MD, Alan Emerson Evans MD MBA, Shankar Rajeswaran MD, Riad Salem MD MBA, and Robert J. Lewandowski MD

Conclusion: Retrieval rates for the Celect and Option filters were not significantly different. However, retrieval of the Option filter required a significantly increased amount of fluoroscopy time compared with the Celect filter, and there was a significantly greater usage of adjunctive retrieval techniques for the Option filter. The Celect filter had a significantly higher rate of strut perforation.

14.     IVC filter perforation through the duodenum found after years of abdominal pain

Asad Jehangir, Andrew REttew, Bilal Shaikh, Kyle Bennett, Qasim Jehangir, Anam Qureshi, Sharjeel Arshad, Adam Spiegel

Conclusion: In patients with history of IVC filter placement with non-specific abdominal pain, a high clinical suspicion of IVC filter perforation of the duodenum should be raised, as diagnosis may be challenging. CT scan and EGD are valuable in the diagnosis. Excellent outcomes have been reported with open surgical filter removal. Low retrieval rates of IVC filters have led to increased complications; hence, early removal should be undertaken as clinically indicated.

15.     CT of the inferior vena cava filters: normal presentations and potential complications

Nicholas A. Georgious, Douglas S. Katz, George Ganson, Kaitlin Eng, Man Hon

Conclusion: IVC filters are an invaluable tool against venous thromboembolism and have been in widespread clinical use for years now. However, they are not without potential complications. With the increasing use, ready availability, high special and temporal resolution, and with the multi-planar reconstructed views also readily available, evaluation of IVC filters and their complications can be readily performed. Knowledge of these findings on CT examinations is critical for today's and tomorrow's emergency and other radiologists.

16.     Caval penetration by inferior vena cava filters: A systematic literature review of clinical significance and management

Zhongzhi, Jia MD, Alex Wu MD, Mathew Tam, MD, James Spain MD, PhD, J. Mark McKinney MD, Weiping Wang MD

Conclusion: Caval penetration is a frequent but clinically underrecognized complication of IVC filter placement. Symptomatic patients accounted for nearly 1/10th of all penetrations; most of these cases had organ/structure involvement. Interventions with endovascular retrieval and surgery were required in most of these symptomatic patients.

17.     Celect Filter Penetration of Aorta and Lumbar Artery

John D. Pham, BS, Steven Y. Huang MD, Sharjeel H. Sabir MD, Tam Huynh MD, Michael J. Wallace MD

The University of Texas Medical School at Houston,Department of Interventional Radiology, University of Texas MD Anderson Cancer Center

Conclusion: The present case illustrated one of the many reported complications with permanent and retrievable IVC filters and highlights the need for vigilant observation of all patients receiving IVC filters

18.     Bard Recovery Filter Evaluation and Management of Vena Cava Limb Perforation, Fracture and Migration

Jeffrey E. Hull MD and Scott W. Robertson PhD

Vascular Center, Chippenham and Johnston Willis Medical Center

Conclusion: Recovery filter limb perforation of the vena cava increases over time and is associated with a 21% incidence of filter arm fracture and migration. Follow-up imaging is recommended. Filter retrieval has a high success rate and is the author's preferred management strategy.

19.     Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism: A Randomized Clinical Trial

Patrick Mismetti, MD, PhD; Silvy Laporte, MS, PhD; Olivier Pellerin, MD, MSc; Pierre-Vladimir Ennezat, MD, PhD; Francis Couturaud, MD, PhD

CONCLUSIONS: Among hospitalized patients with severe acute pulmonary embolism, the use of a retrievable inferior vena cava filter plus anticoagulation compared with anticoagulation alone did not reduce the risk of symptomatic recurrent pulmonary embolism at 3 months. These findings do not support the use of this type of filter in patients who can be treated with anticoagulation.


20.     Current status of inferior vena cava filters

M Gibson

Royal Berkshire Hospital

Conclusion: IVC filters have been in use for more than 45 years and yet for such a widely used device, we have little data on their efficacy or indications for use. However, most practitioners advocate their use in acute PE or proximal DVT with an absolute contra-indication to anticoagulation. We have better data on their complications and although the risk of serious complications is relatively low, these cannot be ignored and there have been recent warnings from the FDA and MHRH. One large area of concern is the widespread non-retrieval of retrievable filters for a variety of reasons and measures to address this have been advised. Patients with IVC filters should be anticoagulated when safe to do so and temporary filters should be removed as soon as possible (usually when anticoagulation is effective).


21.     New Optional IVC Filter for Percutaneous Retrieval -In Vitro Evaluation of Embolus Capturing Efficiency


R.W. Gunther, J. Neuerburg, A. Mossdorf, J. Pfeffer, A.R. Hoj, A. Molgaard-Nielsen, A. Bucker, T. Schmitz-Rode


Conclusion: The new Celct filter showed similar in-vitro capture properties as the Gunther Tulip filter and deserves further in-vivo testing


22.     Long-term Optional Retrievability of a New Inferior Vena Cava Filter in an Ovine Model 52057

Ayumi Hamada, MD, Ahmet Yigit Goktay, MD, Dusan Pavcnik, MD, PhD, John A. Kaufman, MD,

Barry T. Uchida, BS, Hans A. Timmermans, Luiz Otavio Correa, BFA, MD, Frederick S. Keller, MD,

and Josef Ro¨ sch, MD Aachen, Germany


Department of Radiology (A.H.), Mie University, School of Medicine, Japan; and Dotter Interventional Institute (A.H., A.G., D.P., J.K., B.U., H.T.,L.C., F.K., J.R.), Oregon Health & Science University, L342, 3181 Southwest Sam Jackson Park Road, Portland, Oregon 97201.

Conclusion: The square stent GTF was easily placed, stayed stable in the IVC, and was safely retrieved in eight of 11 cases after periods of implantation as long as 5 months. No significant damage to the IVC wall was detected after retrieval. The square stent left in the IVC did not create any abnormality. Further experimental studies are warranted, including evaluation of the square stent GTF for its efficacy in trapping blood clot, preferably with a manufactured device.


23.　　Guide Wire Entrapment by Inferior Vena Cava Filters: An Experimental Study

Michael J Rosen, MD, Justin M Burns, MD, William S Cobb, MD, David G Jacobs, MD, FACS,

B Todd Heniford, MD, FACS, Ronald F Sing, DO, FACS


The Department of Surgery, Carolinas Laparoscopic and Advanced Surgery

Conclusion: The smaller-diameter guide wire resulted in a decreased incidence of adverse events for all filters,

but there is still risk for complications. Knowledge of potential complications associated with

vena cava filters and the postinsertion use of guide wires are essential to avoid potential mishaps.


24.　　Embedded Inferior Vena Cava Filter Removal: Use of Endobronchial Forceps

S. William Stavropoulos, MD, Robert G. Dixon, MD, Charles T. Burke, MD, Joseph M. Stavas, MD,

Anand Shah, MD, Richard D. Shlansky-Goldberg, MD, and Scott O. Trerotola, MD

Department of Radiology (S.W.S., A.S.,R.D.S.G., S.O.T.), Division of Interventional Radiology, Hospital of the University of Pennsylvania, 1 Silverstein, 3400 Spruce Street, Philadelphia, PA 19104; and Department of Radiology (R.G.D., C.T.B., J.M.S.), Division of Interventional Radiology, University of North Carolina, Chapel Hill, North Carolina.

Conclusion: Rigid endobronchial forceps may be used as a reliable option for removal of embedded IVC filters.

25.    Use of Retrievable Compared to Permanent Inferior Vena Cava

Filters: A Single-Institution Experience

Thuong G. Van Ha Æ Andy S. Chien Æ Brian S. Funaki Æ Jonathan Lorenz Æ

Giancarlo Piano Æ Maxine Shen Æ Jeffrey Leef

Department of Radiology, Section of Vascular and

Interventional Radiology, The University of Chicago

Conclusion: we found the use of the Gunther tulip and Recovery nitinol filters to be safe and effective, compared to the permanent filters used in the same period at our institution. The increased use of retrievable filters over the years was associated with an increased use of filters overall. This could mean that more patients were eligible for filter implantation. Our retrieval rate was 29%. We expect an increase in the retrieval rate with increased implantation time, with more experience with the use of these filters, with more judicious patient selection, and with more refined indications. The implantation time which allows for safe removal appeared to be longer then the initial recommended 15 days or less for the Gunther tulip filter

26.    High-risk Retrieval of Adherent and Chronically Implanted IVC Filters: Techniques for Removal and Management of Thrombotic Complications

William T. Kuo, MD, Ricky T. Tong, MD, PhD, Gloria L. Hwang, MD, John D. Louie, MD,

Edward A. Lebowitz, MD, Daniel Y. Sze, MD, PhD, and Lawrence V. Hofmann, MD

Division of Vascular and Interventional Radiology, Department of Radiology, Stanford University Medical Center

Conclusion: Alternative techniques can be used to retrieve adherent IVC filters implanted for up to 3–5 years. Although caval thrombosis was an observed complication, protocol modifications appeared to reduce this risk.

27.     Thrombo-occlusion of inferior vena cava filter in a patient with polycythemia vera

Hiromi Muranishi (MD)∗, Dainari Nakashima (MD), Hiroki Nagata (MD), Koji Hasegawa (MD), Atsushi Nakagawa (MD), Shigeyuki Kojima (MD), Hidefumi Hamada (MD)

First Department of Internal Medicine, Nissay Hospital, 6-3-8 Itachibori Nishi-ku,

Osaka City, Osaka, Japan

Conclusion: This is a case of a thrombo-occlusion occurring below an inferior vena cava (IVC) filter inserted in a patient with polycythemia vera and deep vein thrombosis. The patient was a 48-year-old man with polycythemia vera and a chief complaint of swelling, redness, and bursting pain in his right leg. After admission, contrast-enhanced computed tomography scanning demonstrated a pulmonary artery thrombus and deep vein thrombosis. We inserted a Gunther tulip vena cava filter on day 1 for the prevention of pulmonary embolism (PE), and started anticoagulation therapy based on the guideline of the Japanese Circulation Society for DVT. In addition to intravenous anticoagulants, we started therapeutic phlebotomy to improve the hypercoagulability state. On day 4, our patient complained of back pain caused by thrombo-occlusion below the IVC filter, despite the anticoagulation therapy and two therapeutic phlebotomies. From this case, we concluded it is important to lower hemoglobin level and hematocrit as early as possible for IVC-filter-insertion in patients with polycythemia vera.

28.     Deployment Performance and Retrievability of the Cook Celect Vena Cava Filter

H. Bob Smouse, MD, William G. Van Alstine, DVM, PhD, Susan Mack, BS, and Jennifer A. McCann-Brown, PhD

OSF St. Francis Medical Center, Peoria, Illinois (H.B.S.); Purdue University, West Lafayette,Indiana (W.G.V.A.); and MED Institute, Inc, 1 Geddes Way, West Lafayette, IN 47906 (S.M., J.A.M.B.).

CONCLUSIONS: The Celect vena cava filter was safely used as a retrievable filter for up to 393 days in an ovine model.

## 29.    Complications Related to Inferior Vena Cava Filters: A Single-Center Experience

Munier Nazzal, Edwin Chan, Mustafa Nazzal, Jihad Abbas, Grant Erikson, Soud Sediqe, and Sabry Gohara, Toledo, Ohio

Division of Vascular and Endovascular Surgery, Department of Surgery, University of Toledo, Toledo, OH.

CONCLUSION: In a series of 400 IVC filters inserted for different indications, we found that filters are used more in patients based on relative indications compared to the conventional indication. Generally, complications such as ipsilateral vein thrombosis, recurrent PE, and IVC thrombosis are acceptably low after filter insertion. There is a reciprocal relationship between PE and IVC thrombosis based on the filter design. We noted a higher incidence of IVC thrombosis with TrapEase filters in patients with hypercoagulable/malignant conditions compared to other filters. We recommend avoiding TrapEase filters in such patients.

## 30.    Excimer Laser–assisted Retrieval of Gunther Tulip Vena Cava Filters: A Pilot Study in a Canine Model

Naritatsu Saito, MD, Takeshi Shimamoto, MD, Takahide Takeda, MD, Akira Marui, MD, Takeshi Kimura, MD,

Tadashi Ikeda, MD, and Ryuzo Sakata, MD

Department of Cardiology (N.S.), Nagai Hospital, Tsu; and Departments of Cardiovascular Surgery (T.S., T.T., A.M., T.I., R.S.) and Cardiovascular Medicine (T.K.), Graduate School of Medicine, Kyoto University, 54 Shogoin Kawahara-cho, Sakkyo-ku, Kyoto 606-8507, Japan.

CONCLUSIONS: Laser-assisted retrieval of a GTF incorporated into the IVC wall is feasible in dogs.

31.     Modeling Blood Flow in a Tilted Inferior Vena Cava Filter: Does Tilt Adversely Affect Hemodynamics?

Michael A. Singer, PhD, and Stephen L. Wang, MD

Center for Applied Scientific Computing (M.A.S), Lawrence Livermore

National Laboratory, Livermore, California; and Division of Vascular and Interventional

Radiology (S.L.W.), Kaiser Permanente Santa Clara, 700 Lawrence

Expressway, Santa Clara, CA 95051.

Conclusions: Flow conditions caused by the tilted Celect filter may elevate the risk of intra/perifilter thrombosis and facilitate vascular remodeling. This latter condition may increase the potential for incorporation of the hook of the filter into the vena cava wall, thereby complicating filter retrieval. These findings also suggest that further long-term clinical follow-up with conical filters should be pursued with a specific evaluation of tilt as a factor of intrafilter thrombus and thrombosis.

32.     Introducer curving technique to reduce tilting of transfemoral Gunther Tulip IVC filter: in vitro study

Liang Xiao1, Man Wang2, De-sheng Huang3, Jing Shen1 and Jia-jie Tong1

Department of Mathematics, College of Basic Medical Science, China Medical University, Liaoning, China

Conclusion: The oblique course of GTF delivery system relative to the axis of the cava causes filter tilt, and

thus, curving the introducer prior to its introduction helps to reduce the filter tilt. We recommend a clinical

study to determine whether the introducer curving technique improves filter centering and its retrievability.

33.     British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry

Raman Uberoi • Charles Ross Tapping • Nicholas Chalmers • Victoria Allgar

Department of Radiology, Oxford University Hospitals, John Radcliffe Hospital, Headington, Oxford OX3 9DU, UK

Conclusion: IVC filter use in the UK in the vast majority of patients follows accepted guidelines (CIRSE). IVC filter placement is normally a low-risk procedure, with a low major complication rate of \0.5 %. This report provides interventional radiologists with an improved understanding of the technical and clinical aspects of IVC filter placement and will help to improve practice and reduce the potential negative consequences of IVC filter placement so that we are better able to advise patients and referrers.

34.     Failed inferior vena cava filter retrieval by conventional method: Analysis of its causes and retrieval of it by modified double-loop technique

Eun Cho1, Kyung Jae Lim1, Jeong Hyun Jo1, Gyoo-Sik Jung2 and

Byeong Ho Park1

Department of Radiology, Dong-A University Hospital, South Korea, Department of Radiology, Kosin University Gospel Hospital, South Korea

Conclusions: The double-loop technique is a safe and feasible method for complicated IVC filter retrieval.

35.   Correlation of intravascular ultrasound and computed tomography scan measurements for placement of intravascular ultrasound-guided inferior vena cava filters

Sean Hislop, MD,a Dustin Fanciullo, MD,a Adam Doyle, MD,a Jennifer Ellis, MD,a Ankur Chandra, MD,a

and David L. Gillespie, MD,b

Rochester, NY; and Fall River/New Bedford, Mass

Conclusions: These data suggest that IVUS pullback measurements from the right atrium used in combination with

Pre-procedure CT derived measurements of the distance from the right atrium to the lowest renal vein and iliac vein

confluence provide an accurate roadmap for the placement of bedside IVC filters under IVUS guidance. We provide

a method for organizing this information in a preplanning document to aid this procedure. We suggest this easily

employed technique be more fully utilized to help decrease the incidence of malpositioned filters using single puncture IVUS guidance. (J Vasc Surg 2014;59:1066-72.)

36.   A single center experience with retrievable IVC filters

Anas Renno, Faisal Khateeb, Viviane Kazan, Weikai Qu, Anurekha Gollapudi, Brett Aplin, Jihad Abbas, Gerald Zelenock and Munier Nazzal

Conclusion: Our study showed that a variety of IVC filters can be retrieved successfully with minimal complication

rates. In more than half of our patients, IVC filters were used as permanent. Failure of retrieval was most frequently due to filter tilting.

37.    A 16-F Sheath with Endobronchial Forceps Improves Reported Retrieval Success of Long-Dwelling "Closed Cell" Inferior Vena Cava Filter Designs

Jeffrey Forris Beecham Chick, MD, MPH,S.William Stavropoulos,MD, Benjamin J.Shin,MD ,Richard D.Shlansky-Goldberg,MD, Jeffrey I.Mondschein,MD ,Deepak Sudheendra ,MD, Gregory J.Nadolski, MD,Micah M.Watts,MD,and ScottO. Trerotola,MD

Division of Interventional Radiology, Department of Radiology, Hospital of the University of Pennsylvania, Perelman School of Medicine,

Conclusions: A high rate of retrieval for closed cell long-dwelling strut and wall-embedded filters may be achieved using a16-F sheath/endobronchial forceps combination.

38.    Inferior Vena Cava Thrombosis

Mohamad Alkhouli, MD,a Mohammad Morad, MD,b Craig R. Narins, MD,a,c Farhan Raza, MD,d Riyaz Bashir, MBBSd

American College of Cardiology Foundation

Conclusion: IVC thrombosis is an under-recognized entity that is associated with significant short- and long-term morbidity. The diagnosis of IVC thrombosis is challenging, and a high index of suspicion is required. Knowledge of the pitfalls of noninvasive IVC imaging is essential to select the appropriate and the highest yield modality. Once the diagnosis is confirmed, immediate treatment is warranted to avoid the acute and chronic complications of this disease. The limited effectiveness of anticoagulation alone, and the unfavorable risk/benefit ratio of systemic thrombolysis and surgical thrombectomy, led to the development and the widespread utilization of CDT _ PMCT in the treatment of IVC thrombosis. In the absence of randomized trials or societal guidelines, careful case selection and technical expertise in CDT _ PMCT are essential for successful endovascular management of IVC thrombosis.


39.     Outcomes of Inferior Vena Cava Filter Placement in a Large Population of Cancer Patients Diagnosed with Pulmonary Embolism: Risk for Recurrent Venous Thromboembolism, Survival, and Filter-Related Complications

Catherine C. Coombs, MD1, Deborah Kuk, ScM2*, Sean Devlin, PhD2*, Robert Siegelbaum, MD3*, Rekha Parameswaran, MD4, Simon Mantha, MD, MPH4 and Gerald A Soff, MD4

1Leukemia Service, Department of Medicine, Memorial Sloan Kettering Cancer Center, New York, NY

2Department of Biostatistics and Epidemiology, Memorial Sloan Kettering Cancer Center, New York, NY

3Interventional Radiology, Memorial Sloan Kettering Cancer Center, New York, NY

4Hematology Service, Department of Medicine, Memorial Sloan Kettering Cancer Center, New York, NY

Conclusion: In this population of cancer patients with newly diagnosed PE, IVCF use was common and was associated with poorer OS, higher rates of recurrent DVT and similar rates of recurrent PE, even when adjusting for AC at initial PE diagnosis. Limitations include the retrospective, non-randomized nature of this study. Further, we were unable to account for AC interruptions following initial PE diagnosis, which likely influenced the recurrent VTE rates. The poorer survival with IVCF may reflect poorer performance status and generally sicker nature associated with patients undergoing IVCF placement.  Still, the absence of significant reduction in PE rates with the IVCF is noteworthy.  A putative partial protective effect of IVCF on PE rates may have been counterbalanced by a higher VTE risk associated with poorer performance status in those receiving the IVCF.  However, this large cohort study should give pause before placement of IVCF in many cancer patients, especially with advanced stage disease.

40.     The Efficacy and Safety of Oral Rivaroxaban in Patients with Permanent Inferior Vena Cava Filter: A Pilot Case-Control Study

Kirill Lobastov, PhD1,2*, Iliya Schastlivtsev, PhD1,2*, Victor Barinov, PhD, MD1,2* and Valeriy Boyarintsev1*


1Clinical Hospital no.1 of the President's Administration of Russian Federation, Moscow, Russia

2Pirogovs Russian National Research Medical University, Moscow, Russia


Conclusion: Using of oral Rivaroxaban in patients with permanent IVC filter seems to be not less effective and safe as standard therapy with AVK and does not lead to filter obstruction. These findings need to be confirmed in a randomized controlled trial.


Analysis of Tilt of the Gunther Tulip Filter

Alan A. Sag, BS, Joseph M. Stavas MD, Charles T. Burke MD, Robert G. Dixon MD, Joel S. Marquess BS, Matthew A. Mauro MD

Conclusions: Frequent GTF tilt detected at the first retrieval attempt can reach at least 14 degrees and is associated with minimal sequelae. Insertion approach and caval diameter are significant factors in GTF tilt.


41.     Removal of Retrievable Inferior Vena Cava Filters with Computed Tomography Findings Indicating Tenting or Penetration of the Inferior Vena Cava Wall

John C. Oh MD, Scott O. Trerotola MD, Mandeep Dagli MD, Richard D. Shalansky-Goldberg MD, Michael Soulen MD, Maxim Itkin MD, Jeffrey Mondschein MD, Jeffrey Solomon MD, and S. William Stavropoulos MD

Conclusion: The appearance of Iter struts tenting or penetrating the IVC wall is a common nding on CT performed before Iter retrieval with these ndings can be removed safely and should not be contraindication for IVC Iter retrival.


42.     Techniques Used for Difficlt Retrievals of the Gunther Tulip Inferior Vena Cava Filter: Experience in 32 Patients

Thuong G. Van Ha MD, Olga Vinokur MD, Jonathan Lorenz MD, Sidney Regalado MD, Steven Zangan MD, Giancarlo Piano MD, Brian Funaki MD

The Department of Radiology and Surgery, University of Chicago Medical Center

Conclusion: Additional maneuvers were useful in these difficult retrievals of GTFs that might not otherwise be retrievable with the conventional method.


43.     Complex Retrieval of Fractured, Embedded, and Penetrating Inferior Vena Cava Filters: A Prospective Study with Histologic and Electron Microscopic Analysis

William T. Kuo MD, Scott W. Robertson, PhD, Justin I. Odegaard MD, and Lawrence V. Hofmann MD

The Division of Vascular and Interventional Radiology/Department of Radiology and Department of Pathology, Stanford University Medical Center.

Conclusion: The risk of filter fracture increases after 408 days of implantation and is associated with symptomatic extravascular penetration and/or intravascular embolization . Complex methods can be used to safely remove these devices, alleviate filter-related morbidity, and allow cessation of anticoagulation.


44.     Complications of Celect, Gunther Tulip, and Green eld Inferior Vena Cava Filters on CT Follow-up: A single-Institution Experience

Eric D. McLoney MD, Venkatesh P. Krishnasamy MD, Jordan C. Castle MD, Xiangyu Yang PhD and Gregory Guy MD.

The Department of Radiology, The Ohio State University Medical Center

Conclusion: No significant difference was observed in IVC perforation rate between Celect and Tulip filters. Green eld filters had a significantly lower rate of IVC perforation than Celect and Tulip filters. Higher IVC perforation rates were observed in women and patients with a history of malignancy.


45.     Complicated Inferior Vena Cava Filter Retrievals: Associated Factors Identified at Preretrieval CT

Ly Anne V. Dinglasan MD, MHS, John C. Oh MD, J. Eric Schmitt MD, PhD, Scott O. Trerotola MD, Richard D. Shalandsky-Goldberg MD, S. William Stavropoulos MD

Department of Radiology, Division of Interventional Radiology, Perelman School of Medicine at the University of Pennsylvania

Conclusion: CT appearance of tip embedding, increased tilt angle, higher-grade perforation, and longer dwell times are associated with complicated IVC filter retrieval. Therefore, preretrieval CT may be warranted in select patients for identification of these characteristics to tailor retrieval approach or to arrange a referral to a tertiary center if necessary.

46. Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation

Joshua D. Dowell MD PHD, Jordan C. Castle MD, Maureen Schickel PhD, Urbina K. Andersson MD, Rachel Zielinski BS, Eric McLoney MD, Gregory Guy MD, Xiangyu Yang PhD and Samir Ghadiali, PhD

J Vasc Interv. Radiol 2015

Conclusions: Celect IVCF primary strut perforation is progressive over time and is more common in female patients and those with a history of malignancy. In addition, this progressive perforation may be predicted by three-dimensional finite element modeling. These patients populations may require closer follow-up after IVCF placement to prevent or reduce the risk for filter complication or worsening perforation.

47. Complications of indwelling retrievable versus permanent inferior vena cava filters

Tina R. Desai MD, Omar C. Morcos MD, Benjamin B. Lind MD, Nancy Schindler MD, Joseph A. Caprini MD, David Hahn MD, David Warner MD, NavYash Gupta MD

Journal of Vascular Surgery: Venous and Lymphatic Disorders

Conclusion: Indwelling retrievable IVC filters were associated with significantly higher complication rate than permanent filters. Both thrombotic and device related complications were more common with retrievable filters. Long-term use of retrievable filters should be avoided, especially considering the younger population in whom they are placed.

48.    Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place

Michael R. Go MD, Lucus Keller-Biehl BS and Jean E. Starr MD

Journal of Vascular Surgery: Venous and Lymphatic Disorders

Conclusion: A majority of filters were placed for prophylaxis or relative indications and were retrievable type. Retrieval rate was low. Penetration of the IVC and adjacent organs was common and associated with retrievable type and length of time in place. It is unclear if most penetrations cause problems. Monitoring of penetrations with CT may be important to understand the natural history of this condition.

49.    Caval Penetration by Retrievable Inferior Vena Cava Filters: A Retrospective Comparison of Option and Gunther Tulip Filters

Olufoladare G. Olorunsola MD, Maureen P. Kohi MD, Nicholas Fidelman MD, Antonio C. Westphalen MD, Pallav K. Kolli MD, Andrew G. Taylor MD PhD, Roy L. Gordon MD, Jeanne M. LaBerge MD, Robert K. Kerlan

J. Vasc Interv Radiol 2013

Conclusion: Although the Gunther Tulip and Option filters exhibit caval penetration at CT imaging, only the GTF exhibits progressive penetration over time.

50.    Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success

Roan J. Glocker MD, Zdenek Novak MD, Thomas C. Matthews MD, Mark A. Patterson MD, William D. Jordan MD, Benjamin J. Pearce MD, Marc A. Passman MD

Journal of Vascular Surgery: Venous and Lymphatic Disorders

Conclusion: Cook Gunther Tulip and Celect IVCF retrieval is most likely to be successful within 3-4 months of placement. Unsuccessful retrieval attempts are more likely to occur when IVCF position is angulated.

51.    A Clinical Trial of Vena Cava Filters in the Prevention of Pulmonary Embolism in Patients with Proximal Deep-vein Thrombosis

Herve Decousus MD, Alain Leizorovicz MD, Florence Parent MD, Yves Page MD, Bernard Tardy MD, Philippe Girard MD, Silvy Laporte BS

The New England Journal of Medicine

Conclusion: In high-risk patients with proximal deep-vein thrombosis, the initial beneficial effect of vena caval filters for the prevention of pulmonary embolism was counterbalanced by an excess of recurrent deep-vein thrombosis, without any difference in mortality. Our data also confirmed that low-molecular-weight heparin was as effective and safe as unfractionated heparin for the prevention of pulmonary embolism.

52.    Assessment of Apparent Vena Caval Penetration by the Greenfield Filter

Mary C. Proctor MS, Lazar J. Greenfield MD, Kyung J. Cho MD, Mohammed M. Moursi MD, Eric A. James BS

Department of Surgery, University of Michigan, Ann Arbor, Michigan

Conclusions: Based upon these data, we hypothesize that the vena cava gradually adapts by medial and adventitial thinning and myointimal remodeling to the radial force exerted by a filter base diameter while maintaining the integrity of the cava and protecting adjacent structures.

53.    A New Optional Vena Filter: Retrieval 12 Weeks in an Animal Model

Elias N. Brountzos MD, John A. Kaufman MD, Anthony C. Venbrux MD, P. Rand Brown DVM, Jason Harry PhD, Thomas F. Kinst, Stephen Kleshinski, Adrian C. Ravenscroft

J. Vasc Interv Radio 2003; 14:763-772

Conclusion: The recovery filter can be reliably and safely retrieved acutely and 12 weeks after implantation in sheep.

54. Animal Experience in the Gunther Tulip Retrievable Inferior Vena Cava Filter

M.A. de Gregorio, M. J. Gimeno, R. Tobio, F. Lostale, A. Mainar, J.M. Beltran, B. Madariaga, E.R. Alfonso, J. Medrano, A. Viloria

CardioVascular and Interventional Radiology

Conclusion: Although some filters have been retrieved either experimentally or in clinical practice after being in place for more than 16 days, it is advisable not to exceed this time limit in view of the fibrotic changes reported, with trapping of the filter metal filaments into the caval wall. Individual susceptibility and tissue response mechanisms may influence perifilament fibrosis intensity and grade. Our study was performed with paired groups of experimental animals, which might bias extrapolation of the results. It may be necessary to perform a larger study with more animals and with retrieval times between 14 and 20 days.

55. Percutaneous Retrieval of the Tulip Vena Cava Filter: Feasibility, Short- and Long-term Changes-An Experimental Study in Dogs

J.M. Neuerburg, S. Handt, K. Beckert, K. Tonn, E. Rasmussen, D. Hunter, R.W. Gunther

CardioVascular and Interventional Radiology

Conclusion: the TF can easily be retrieved percutaneously during a time interval of up to 2 weeks post-implantation. Neither short-term nor long-term complications were seen after filter retrieval. The results of the first clinical studies in patients have been equally promising.

56. Vessel Wall Reaction After Vena Cava Filter Placement

Arend Hoekstra, Jan M. Elstrodt, Peter G.J. Nikkels, Anton T.M.G. Tiebosch

CardioVascular and Interventional Radiology

Conclusion: The Cordis Keeper filter was well tolerated, but seems to be prone to caval wall penetration in the long term.

57. Laparoscopic Demonstration of Vena Cava Wall Penetration by Inferior Vena Cava Filters in an Ovine Model

Alicia Laborda, DVM PhD, Fernando Lostale MD PhD, Jose B. Rodriguez, DVM PhD, Miguel Angel Bielsa MD, Miguel Angel Martinez, Mech E PhD, Carolina Serrano DVM, Rocio Fernandez DMV, Miguel Angel De. Gregorio MD PhD

J Vasc Interv Radiol 2011; 22:851-856

Conclusion: GTFs and Celect Filters can produce a real penetration 1 month after implantation. This penetration did not lead to any complications in the IVC or surrounding tissues and did not compromise the subject's health in any of the studied cases.

58. A systematic review of symptomatic duodenal perforation by inferior vena cava filters

Rafael D. Malgor MD, Nicos Labropoulos PhD, DIC, RVT

The Division of Vascular Surgery, Stony Brook Medical Center

Conclusions: Duodenal perforation caused by IVC filters is a rare complication that frequently requires extensive workup. Excellent outcomes with low complication rate have been reported in cases where an open procedure was performed with either extraction of the filter or removal of the offending struts.

Tulip Oct 1 2008 to Nov 8 2016.pdf-1905 pages
Complaint List Detail-

Celect Oct 1 2008 to Nov 8 2016.pdf-2616 pages
Complaint Listing Detail