# EXHIBIT P

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF INDIANA
 3                  INDIANAPOLIS DIVISION
 4      - - - - - - - - - - - - -  X
 5     IN RE: COOK MEDICAL,        :
 6     INC., IVC FILTERS           :  Case No.
 7     MARKETING, SALES            :  1:14-ml-2570-FLY-TAB
 8     PRACTICES AND PRODUCT       :  MDL No. 2570
 9     LIABILITY LITIGATION        :
10      - - - - - - - - - - - - -  X
11         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12                       Wednesday, July 12, 2017
13            Deposition of JON FRYZEK, Ph.D., a
14    witness herein, called for examination by counsel for
15    Plaintiffs in the above-entitled matter, pursuant to
16    notice, the witness being duly sworn by ANGELA K.
17    MCCULLOUGH, RPR, a Notary Public in and for the
18    District of Columbia, taken at the offices of Faegre
19    Baker Daniels, 1050 K Street, Northwest, Suite 400,
20    Washington, DC, at 10:55 a.m., Wednesday, July 12,
21    2017, and the proceedings being taken down by
22    Stenotype by ANGELA K. MCCULLOUGH, RPR, and
23    transcribed under her direction.
24
25
```

Confidential - Subject to Protective Order

```
 1   divide it up between those three.  And if there are
 2   any others, feel free to -- to add them.
 3        A.   Yeah.  So I would say -- and mind you, it
 4   varies, you know, month to month, year to year,
 5   day-to-day, in terms of how much I spend on each
 6   different thing.  So maybe, on average, over the last
 7   three years --
 8        Q.   Sure.
 9        A.   -- I would say approximately 30 percent of
10   my time is administrative work.  Less than 5, 10
11   percent of my time is -- is legal work.  The rest
12   is -- is work from other groups, epidemiological
13   studies.
14        Q.   So when you said -- you said less than 5,
15   10 percent.  Was that less than 10 percent?
16        A.   Yeah.  Probably less than 10 percent.
17        Q.   But somewhere --
18        A.   It -- yeah, it varies from year to year.
19        Q.   Somewhere between 5 and 10 percent?
20        A.   Yeah.
21        Q.   Does it ever occur, or has it occurred
22   that work you do for an epidemiological study turns
23   into -- turns out to be work that ends up related to
24   litigation in some way?
25        A.   Sometimes it does.
```

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | Q. | Do you have any examples of that from the |
| 2 | last five years? | |
| 3 | A. | Yeah.  Actually, typically, when that |
| 4 | happens, it results in a publication.  So I have a | |
| 5 | few publications on my CV where that's happened, | |
| 6 | so -- | |
| 7 | Q. | Can we take a look? |
| 8 | A. | Sure. |
| 9 | Q. | Maybe I should mark the CV.  In fact, what |
| 10 | I'm going to do is go ahead and mark a copy of your | |
| 11 | report as the first exhibit.  My secretary put tabs | |
| 12 | on it that correspond to your exhibits.  The -- I | |
| 13 | will tell you -- and, for the record, some of the big | |
| 14 | spreadsheets, she just did a screenshot to indicate | |
| 15 | what it is.  And, of course, we're going to look at | |
| 16 | them on a computer because they're unwieldy -- | |
| 17 | A. | They're huge.  Yes, yes. |
| 18 | Q. | -- in paper form. |
| 19 | | All right.  So I'll hand you that and ask |
| 20 | you to, please, thumb through it, and let me know if | |
| 21 | that appears to be an accurate reproduction of your | |
| 22 | report. | |
| 23 | | (Exhibit No. 1 was marked for |
| 24 | | identification.) |
| 25 | | MS. EATON:  Do you have a copy of the |