# EXHIBIT R

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF INDIANA
2              INDIANAPOLIS DIVISION
3

   IN RE: COOK MEDICAL, INC.,     ) Case No.
4  IVC FILTERS MARKETING,         ) 1:14-ml-2570-RLY-TAB
   SALES PRACTICES AND PRODUCT    )
5  LIABILITY LITIGATION           ) MDL No. 2570
6

7     VIDEOTAPED DEPOSITION OF FRANK C. LYNCH, M.D.

8          Taken in the offices of McQuaide
   Blasko, 1249 Cocoa Avenue, Suite 210, Hershey,
   Pennsylvania, on Friday, May 26, 2017, commencing
9  at 12:06 p.m. before Tiffany L. Mast, Court
   Reporter, and Kevin Frank, Videographer.
10

11 APPEARANCES:
12              FAEGRE BAKER DANIELS
                BY: ANDREA ROBERTS PIERSON, ESQUIRE
13              300 North Meridian Street
                Suite 2700
14              Indianapolis, Indiana 46204
                (317) 237-1424
15              andrea.pierson@FaegreBD.com
16              -- For Cook Medical, Inc.
17
                FAEGRE BAKER DANIELS
18              BY: ANNA RUTIGLIANO, ESQUIRE
19              300 North Meridian Street
20              Suite 2700
21              Indianapolis, Indiana 46204
22              (317) 237-1191
23              anna.rutigliano@FaegreBD.com
24
25              -- For Cook Medical, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 39

1   Q.        Do you agree, Dr. Lynch, that perforation, or

2   penetration, as you have used the term, that most

3   perforations or penetrations are not clinically

4   significant?

5   A.        I believe that to be true, yeah.

6   Q.        And in your experience treating patients with

7   vena cava filters that have perforated either the

8   cava wall or an adjacent organ, does that typically

9   have any clinical consequence to the patient?

10  A.        Generally not.

11  Q.        Is perforation a barrier to being able to

12  retrieve a filter?

13  A.        In most cases, no.

14  Q.        Dr. Lynch, do you agree that, based on

15  imaging alone, it can be difficult to tell if a

16  filter is really outside the cava wall or not?

17  A.        In some cases, that's true.  Yeah.

18  Q.        Do you agree that just because a filter

19  element is outside a column of contrast on a

20  venogram, it doesn't necessarily indicate a

21  perforation?

22  A.        Yes.

23  Q.        I want to ask you about your treatment of

24  Mrs. Hill.

25            First, do you know how Mrs. Hill

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1   A.        At the explant site, where the narrowings

2   are, generally, the narrowing will resolve over time.

3   The opportunity to make that assessment in humans is

4   anecdotal.  I have had a number of patients who have

5   had filters have them removed and come back and had

6   new filters placed.  So I've had the opportunity to

7   observe IVCs that have had filters in before,

8   removed, and then, you know, are coming back.

9             We know in animal models, that there

10  is a local fibrotic reaction that occurs where the

11  device is placed, and that over time, that resolves,

12  so --

13  Q.        Is that true regardless of when you retrieve

14  the filter?

15  A.        I'm not sure I understand when you say when.

16  Q.        If a -- in your experience, if a patient has

17  had a filter retrieved at three months, six months,

18  one year, is there always some reaction of the cava

19  to having the filter retrieved?

20  A.        Observable reaction?

21            In addition to the local scaring

22  fibrosis that I mentioned, there can be also

23  narrowing related to the muscular nature of the blood

24  vessels.  So there can be sort of a spasm.  So that

25  is also transient and results much more quickly.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 67

1              There are patients where I take
2      filters out and the cava looks normal afterwards.
3      There may be a slight contour abnormality where the
4      filter was, but really without any narrowing.  So the
5      amount of observable narrowing is, you know, maybe
6      zero in some patients, but --
7   Q.        Tell me what you mean when you say that
8      there's a spasm of the cava upon retrieval.
9   A.        So the inferior vena cava, like all blood
10     vessels, has a large, you know, has a muscular
11     component to it.  When it is manipulated, it causes
12     irritation of the muscle, which can cause the muscle
13     fibers to contract, which can cause a temporary
14     narrowing of the blood vessel, so --
15  Q.        Okay.  Is that what you were observing in the
16     case of Mrs. Hill on her venogram?
17  A.        I don't know how much of which component was
18     there.  It could have been a combination of fibrosis
19     or a spasm, so -- both; I'm not sure.  From a
20     fluoroscopic imaging, there's no way to tell the
21     difference, so --
22  Q.        Okay.  Did you notice or note in your
23     operative report any significant fibrosis in
24     Mrs. Hill's case, where her filter had been
25     retrieved?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 80

1    A.        No.

2    Q.        In your other patients with similar

3    complications, in your experience, have they

4    subsequently developed stenosis of their vena cava

5    or had complications from the retrieval?

6    A.        No.

7    Q.        Did you have any reason to believe, at the

8    time that you were treating Mrs. Hill, that she

9    would experience any sort of stenosis of her cava or

10   any thrombotic symptom of any sort?

11   A.        No.

12   Q.        To your knowledge, has she experienced those

13   things?

14   A.        Not to my knowledge, but my contact has been

15   limited.

16   Q.        Dr. Lynch, just one last question.  I'm --

17                   Dr. Lynch, just one last question.

18   I want to ask you about some complications.  And I'm

19   interested to know if, to your knowledge, Mrs. Hill

20   experienced these complications or if she -- if you

21   expected that she would experience these

22   complications when you were treating her.

23                   Specifically, did you believe, at the

24   time that Mrs. Hill left your care and treatment, that

25   she would, in the future, be required to take lifetime