# EXHIBIT S

Confidential - Subject to the Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION

 3
        ------------------------------ )
 4      IN RE:  COOK MEDICAL, INC.     )
        IVC FILTERS MARKETING, SALES   )    Case No.
 5      PRACTICES AND PRODUCTS         )    1:14-ml-2570-
        LIABILITY LITIGATION           )    RLY-TAB
 6      ------------------------------ )
        This Document Relates to:      )    MDL No. 2570
 7      All Actions                    )
        ------------------------------ )
 8

 9

10        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

11

12                VIDEOTAPED DEPOSITION OF

13
                        BRUCE FLECK
14

15
                       July 20, 2016
16

17

18

19

20

21

22

23

24
```

Golkow Technologies, Inc.                                    Page 1

Confidential - Subject to the Protective Order

```
 1   more than 10 degrees have been shown to be less
 2   likely to be able to be retrieved.  All right?
 3            Now, she was asking you about your
 4   opinion regarding this and whether or not the IFU
 5   would address the concerns.  True?
 6        A.   Yes.
 7        Q.   Somebody was concerned about tilt,
 8   weren't they, somebody thought it was a problem,
 9   didn't they?
10        A.   You said "problem."  They were concerned
11   about tilt, yes, in regards to retrieval.
12        Q.   And is that a problem or is that not a
13   problem, the inability to retrieve a filter that's
14   tilted?
15        A.   Sir, the filter is both a permanent and
16   retrievable device and can be left in place.
17        MR. MARTIN:  Objection; non-responsive.
18   BY MR. MARTIN:
19        Q.   My question is:  Is the inability to
20   retrieve a filter that is tilted a problem?
21        A.   That is not necessarily a problem
22   because the filter is also designed to be left in
23   place permanently.
24        Q.   Well, we'll get to that.
```