# EXHIBIT U

HILL^ELIZABETH J
F
DOB: ▮▮▮ 1953
Age: N/A

DOCUMENTS
MCH
25849545
3/16/2017-3:56 PM
Se:999999
Im:1
Laterality: N/A

**BayCare** Health System
IMAGING SERVICES

Sticker

## ULTRASOUND DEPARTMENT
## GENERAL ULTRASOUND
## WORKSHEET

PATIENT: Hill Elizabeth         AGE: 63     TECH: JJ

CLINICAL HISTORY: _____

### SONOGRAPHIC IMPRESSION

IVC w/ Filter

? thrombis

SONOGRAPHER'S NOTES: _____

IVC — WNL

Rev 04/10/12

**DEFENDANT'S EXHIBIT 14**

Z: 0.9 X
L: 128 W: 256