# EXHIBIT X

Page 111

1              IN THE UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF INDIANA

3                      INDIANAPOLIS DIVISION

4

     IN RE:  COOK MEDICAL,          )

5    INC., IVC FILTERS              )

     MARKETING, SALES               )

6    PRACTICES, AND PRODUCTS        )

     LIABILITY LITIGATION           )  1:14-ML-2570-RLY-TAB

7                                   )

     -------------------------      )

8    This document relates to:      )

                                    )

9    1:13-cv-01876-RLYTAB           )

10

11            The continued deposition of ARTHUR GAGE

12   called for examination pursuant to notice and

13   pursuant to the Federal Rules of Civil Procedure for

14   the United States District Courts pertaining to the

15   taking of depositions taken before JO ANN LOSOYA,

16   Certified Shorthand Reporter within and for the

17   County of Cook and State of Illinois at 2111

18   Butterfield Road, Downers Grove, Illinois, on

19   January 9, 2017 at the hour of 11:00 o'clock a.m.

20

21

22

23

24

Page 192

1    Q.    That's fine.  Mr. Gage, in your last

2    deposition, you spoke to Mr. Lee about some car

3    accidents you had been involved with.  Do you

4    remember that?

5    A.    Hm hmm.

6    Q.    And you had a little trouble remembering

7    the dates and the details.  I'm going to hand you

8    what has been marked as Exhibit 5.

9                    (Document marked as Deposition

10                   Exhibit No. 5..)

11   BY MS. COX:

12   Q.    I'll represent to you that these are

13   medical records that you sent us or that we

14   collected after you gave us permission to collect

15   your records from doctors and hospitals.  And I

16   thought having these records might help you remember

17   the different car accidents and maybe some of the

18   different falls you have had over the years.

19                   So this Exhibit 5, we're going to

20   talk about some car accidents and falls that you had

21   before your filter was put in.  So car accidents and

22   falls you had before 2011.  Okay.

23                   If you look at the first page here,

24   this is a note with a Dr. Charuk from 6/21/07.  Do

Page 193

1   you see the first page right here?

2        A.    Hm-hmm.

3              MR. MCCARLEY:   Answer verbally if you

4   can.

5              THE WITNESS:   Yes.

6   BY MS. COX:

7        Q.    And this in the history section says that

8   you told Dr. Charuk you were in a motor vehicle

9   accident at approximately 60 miles an hour in 2000

10  and you were seat belted.  Do you see where I'm

11  reading that?

12       A.    Yes.

13       Q.    So do you recall being in a motor vehicle

14  accident around 2000 when you were going roughly

15  60 miles an hour?

16       A.    I don't know.  I don't know how fast I

17  was going.  I don't remember.  I don't recall saying

18  that.

19       Q.    Do you recall being in a car accident in

20  2000?

21       A.    Yes.

22       Q.    Is that what this note is talking about?

23       A.    Yes.

24       Q.    Do you remember being injured in that

Page 194

```
 1   accident?
 2        A.    Yes.
 3        Q.    What happened?
 4        A.    In detail?
 5        Q.    Just give me a summary, yeah.
 6        A.    In detail, I was on my way home, my
 7   nephew and I, and this guy ran the red light, and it
 8   was a head-on collision.
 9        Q.    Did you have any injuries?
10        A.    Yes, I did.
11        Q.    What was injured?
12        A.    I got my neck and back -- my neck hurt.
13   I was knocked unconscious.  I bruised my face up
14   from the airbag.
15        Q.    Did you receive treatment from those
16   injuries?
17        A.    Yes.
18        Q.    Do you remember who treated you?
19        A.    No, I don't.
20        Q.    Okay.  Let's turn to the next page.  If
21   you will see, it's harder to see on this page, but
22   this is from Hinsdale's Emergency Room, and you can
23   see the date, 8/27/2000.  Do you see that?
24              I'm sorry.  It says, slipped and fall
```

Page 195

1   8/27.  Do you see that?  And the admission date is

2   9/16/01.

3        A.    No, I don't.

4        Q.    Look at your screen and see where I've

5   highlighted 9/16/01 and it says, "yes, slipped, fell

6   8/27."  Do you see that?

7                  Look on your screen and I have

8   highlighted it for you.

9        A.    Okay.  Yes.

10       Q.    If you turn the page, it says that you

11  were reporting left-sided pain and that patient

12  reports he fell a couple of weeks ago.  Do you see

13  that?

14       A.    Hm-hmm, yes.

15       Q.    So, you went to the ER on September 16 of

16  2001 after reporting to them that you had fallen

17  down?

18       A.    Hm-hmm, yes.

19       Q.    So do you recall this fall?

20       A.    No, I don't.

21       Q.    Well, you wouldn't have gone to the ER

22  and told them that you had fallen if you hadn't,

23  right?

24       A.    Yes.

Page 196

1     Q.    Do you believe that you had a fall in

2   sometime August of 2000?

3     A.    I can't recall.  I probably did.

4     Q.    You probably did.  If we turn to the next

5   page, this is also from Hinsdale.  If you can see,

6   the date is 10/06/01.  Do you see that?  You can see

7   where I highlighted.

8     A.    Okay.

9     Q.    It says that you were there for a head-on

10  MVA.  Do you see that?

11    A.    No, I don't.  I don't see it here.

12    Q.    I'll flip it back.  You see where at the

13  top it says 10/06/01 here at the top.  You can look

14  at the screen, too.  If it helps, I can blow it up.

15  See that 10/06/01, it says you're there for a

16  head-on MVA?

17    A.    Hm-hmm, yes.

18          Am I looking at the right page?

19    Q.    Now, we're going to flip the page.  Here

20  it says, "patient states motor vehicle collision

21  yesterday, treated at Edward, complaining of pain

22  and soreness to chest, not in neck, and a chipped

23  tooth.  He had plus seat belt, plus airbag

24  deployment."  Do you see that?

Page 197

1    A.    Yes.

2    Q.    This is talking about a motor vehicle

3    accident you had in October of 2001; is that

4    correct?

5    A.    Yes.

6    Q.    Do you recall that motor vehicle accident

7    in 2001?

8    A.    I recall the accident.    I don't recall

9    the time.

10    Q.    Okay.    If the record suggests it was in

11    October of 2001, would that be accurate?

12    A.    Yes.

13    Q.    If you flip the page to the next one,

14    this is a record from Adventist Midwest Emergency

15    Room.  Do you see that?

16    A.    Yes.

17    Q.    If you look at the bottom, it says the

18    date is 5/28/06.  Do you see that?  At the very

19    bottom, do you see that?

20    A.    No, I don't.

21    Q.    Do you see where I have highlighted?

22    A.    I see.  I see what you got highlighted,

23    yes.

24    Q.    Okay.  This is from the emergency room at

Page 198

1    Adventist on 5/28/06, correct?

2         A.    Yes.

3         Q.    And now if we look on the top, it says --

4    this is chicken scratch -- MVC, motor vehicle

5    collision, body aches, yesterday, no pain, today

6    worse, hit in passenger side -- do you see this?  Do

7    you see on the screen on the second page where it

8    says this?  "Motor vehicle collision yesterday,

9    yesterday no pain, today worse, hit in passenger

10   side."  Do you see that?

11        A.    Yes, I see that.  Hm-hmm, yes.

12        Q.    So do you recall this motor vehicle

13   accident in May of 2006?

14        A.    Yes.

15        Q.    Let's go to the next page.  This is also

16   a record from the same emergency room, Adventist

17   Midwest, and the date on this is 2/25/08.  Do you

18   see that on my screen?

19        A.    Yes.

20        Q.    This says you slipped and fell and hit

21   head and back, and that's why you were in the

22   emergency room.  Do you see that?

23        A.    Yes.

24        Q.    Do you recall this slip and fall in

Page 199

1   February of 2008?

2        A.    No.

3        Q.    Would you have gone to the emergency room

4   and told them you had slipped and fallen and hit

5   your head and back if you hadn't?

6        A.    No, I wouldn't have.

7        Q.    So is it fair to say that you had a fall

8   in February of 2008?

9        A.    That would, yes.

10       Q.    Let's see.  The next page, this is Edward

11  Hospital, Department of Radiology, and it says exam

12  date 3/3/2010.  Do you see that?

13       A.    Yes.

14       Q.    And now for the indications for the

15  procedure, it says, "dizziness, near syncope, hit

16  head on car door two weeks ago."  Do you see that?

17       A.    Yes.

18       Q.    Do you recall hitting your head on a car

19  door sometime in February of 2010?

20       A.    I hit my head on the door a lot, but I

21  don't recall this.

22       Q.    Would you have gone to the hospital and

23  told them that you hit your head on a car door if

24  you hadn't?

Page 200

1      A.    No.

2      Q.    So, is it fair to assume that you hit

3   your head on a car door and had to have a CT scan of

4   your brain on March 3rd, 2010?

5      A.    Yes.

6      Q.    Yes.

7            Let's look at the next page.  This is

8   Loyola, and the encounter date is 6/21/2010.  Do you

9   see that up at the top?

10     A.    Yes.

11     Q.    And it says, "he relates that he fell

12   last Saturday and hit his head."  Do you see that?

13     A.    Yes.

14     Q.    Do you recall this fall in June of 2010?

15     A.    No, I don't.

16     Q.    Would you have gone to Loyola and told

17   the doctor you fell and hit your head if you hadn't?

18     A.    No.

19     Q.    So is it fair to assume that you fell

20   sometime in June of 2010 and hit your head?

21     A.    Yes.

22     Q.    So, if we look at all of these records

23   that you have before you in Exhibit 5, between 2000

24   and 2010, these records indicate you sought medical

Page 201

1   treatment after being involved in at least three car

2   accidents and having at least four falls; is that

3   correct?

4        A.    Yes.

5        Q.    And these car accidents and falls all

6   happen prior to your filter being placed, correct?

7        A.    You mean before?

8        Q.    Before.

9        A.    Yes.

10       Q.    Before we look at the next exhibit, you

11   said you just mentioned to me that you fall and hit

12   your head a lot.   Is that what you said?

13       A.    No, that's not what I said.

14       Q.    Okay.   I thought you said something

15   earlier about you --

16       A.    Oh, no, I said I open my door and I bump

17   my head on my car door because I'm so tall and I

18   bump my head getting in the car.

19       Q.    That happens often?

20       A.    It happened a lot.

21       Q.    Do you have to go get CT scans of your

22   head a lot?

23       A.    No.

24       Q.    So that instance where we were talking

Page 202

1  about, that was something where you hit it harder

2  than normal?

3       A.    Yes.

4       Q.    Usually when you bump your head, it

5  doesn't require any medical treatment?

6       A.    Right, yes.

7       Q.    Would you have gone to the hospital if it

8  hadn't been a more severe fall?

9       A.    Would I have not gone?

10      Q.    Tell me, what would have made you go to

11  the hospital?

12      A.    If I hurt myself bad enough that I

13  thought I needed to go.

14      Q.    Okay.

15                    (Document marked as Deposition

16                    Exhibit No. 6.)

17 BY MS. COX:

18      Q.    We're going to hand you what has been

19  marked as Exhibit 6.  These are records that we

20  collected that talk about your car accidents and

21  falls that you had after 2011.  I want to show you

22  the first one.  This is Advocate Heart Institute.

23  Do you see that?

24      A.    Hm-hmm.

Page 203

1      Q.    It says today's date, 5/17/2011.  Do you

2  see that?

3      A.    I can't see that.  It is too little.

4      Q.    Okay.  Do you want to look on your screen

5  and I'll try to blow it up.

6      A.    Where you have it highlighted?

7      Q.    Where I have it highlighted, yeah.

8  Today's date, 5/17/2011.

9      A.    Yes.

10     Q.    This was just right after your filter was

11  put in, right?

12     A.    Yeah, right.

13     Q.    Less than a month after your filter,

14  correct?

15     A.    Yes.

16     Q.    Now, if you look at the page, it says,

17  "patient was involved in a motor vehicle accident,

18  he was a pedestrian, was hit by a car.  He states he

19  had a hard fall on his head, had significant amount

20  of bruising both to his head and his leg.  This

21  happened about a week ago.  He states he did not

22  tell anyone.  He was just mentioning it today.  He's

23  been having headaches pretty consistent for a week

24  now."

Page 204

1        Did I read that correctly?

2     A.    Yes.

3     Q.    Tell me what do you recall about this

4  motor vehicle accident that happened sometime in May

5  of 2011?

6     A.    I can't recall that accident.

7     Q.    Would you have gone to Advocate Heart

8  Institute and told them that you had been hit by a

9  car if you hadn't been?

10     A.    No.

11     Q.    So, is it fair to assume that you were

12  hit by a car sometime before this visit in May

13  of 2011?

14     A.    Yes.

15     Q.    This states, "that he had a hard fall on

16  his head and a significant amount of bruising to his

17  head and his leg."

18             Do you recall anything else about --

19  does this record help you remember anything else

20  about this car accident?

21     A.    No.

22     Q.    No.

23             But we assume it happened since you

24  were talking to your doctor, correct?

Page 205

1  A. Yes.

2  Q. Let's look at the next page. This is

3 from Loyola, and the encounter date, if you look on

4 your screen, it says 9/28/2011. Do you see that

5 date up in the right-hand corner?

6  A. Yes.

7  Q. It states, "he fell about two weeks ago.

8 He stopped down -- he stooped down to fix a chair.

9 On getting up, he got lightheaded and felt like the

10 room was spinning. He went to Bolingbrook and had

11 some X-rays done. The dizziness has now gone away.

12 He hurt his right shoulder and ribs on his right

13 side. It is slowly improving."

14    Did I read that correctly?

15  A. Yes.

16  Q. Do you recall this fall in September

17 of 2011?

18  A. Yes.

19  Q. Tell me what happened.

20  A. I was at my Goddaughter's salon, she owns

21 a salon, and I thought I was sitting in a chair. I

22 missed the chair, and there were boxes, and I fell.

23  Q. And the fall was significant enough that

24 you had to eventually go to the hospital, correct?

Page 206

1     A.     Well, I -- yes.

2     Q.     It says you hurt your right shoulder and

3 your right ribs on your right side, correct?

4     A.     Yes.

5     Q.     Let's turn to the next one.   This says

6 DuPage Medical Group, and I believe that's where you

7 saw a heart doctor named Dr. Giannapolis.

8     A.     Yes.

9     Q.     Does that ring a bell?

10     A.     Yes.

11     Q.     Is Dr. Giannapolis a heart doctor?

12     A.     Yes.

13     Q.     If you turn to the second page under

14 progress note, it says 1/19/2012.   Do you see that

15 where I highlighted it on the screen?

16     A.     Yes.

17     Q.     It says, "Arthur called this a.m. stating

18 he was at Rush Copley Hospital SP motor vehicle

19 collision.   He was driving on Route 126 in

20 Plainfield when he was sideswiped by another car and

21 the other driver pulled a gun on him.   He was very

22 scared and the paramedics took him to the ER.   He

23 states he was fine and did not do any cardiac

24 testing as he had a recent workup.   He's complaining

Page 207

1    of chest pressure, no worse than before."

2                    Did I read that correctly?

3         A.    Yes.

4         Q.    Do you recall this motor vehicle

5    accident?

6         A.    Yes.

7         Q.    And this happened in January of 2012?

8         A.    Yes.

9         Q.    Tell me about it.  What do you remember?

10        A.    I remember the guy was behind me flashing

11   his lights and then he gone on the side of me and

12   pointed a gun and he rammed my car and knocked me in

13   a ditch.

14        Q.    That must have been very scary.

15        A.    It was.

16        Q.    I'm going to turn to the next page, this

17   is from Adventist Bolingbrook Hospital.  Do you see

18   that?  I highlighted it.

19        A.    Yes.

20        Q.    Under additional information, the date is

21   2/15/2012.  Do you see that?

22        A.    Yes.

23        Q.    Under history of present illness, it

24   says, "the patient presents following fall and

Page 208

1    patient complaining of slipping on oil and falling

2    onto right side yesterday.  Patient is complaining

3    of right-sided abdominal and flank pain.  Patient

4    with Greenfield and on Coumadin.  Patient thinks he

5    bumped his head on the ground," and it says "the

6    location was a single episode.  The location where

7    the incident occurred was in the street."

8                 Do you see all that?

9         A.    I see it.

10        Q.    Did I read that correctly?

11        A.    Yes.

12        Q.    Do you recall this fall on oil in

13   February of 2012?

14        A.    No.

15        Q.    Would you have gone to the emergency room

16   and told them that you had fallen if you hadn't?

17        A.    No.

18        Q.    So is it fair to assume that you fell in

19   February of 2012 after slipping on oil?

20        A.    Yes.

21        Q.    Next page is from Edward Emergency Room,

22   and do you see the date of service says 3/21/2012.

23   Do you see that?

24        A.    Yes.

Page 209

1      Q.     Okay.  Now, this says that you presented

2   to the emergency department after you were a

3   restrained driver with an airbag deployment involved

4   in a motor vehicle accident at around 3:00 p.m.

5   today where he had just gone through a flashing red

6   light stop sign when another vehicle hit the front

7   end of his car on the passenger side.  He did not

8   lose consciousness.  He did not have any pain

9   immediately, but over the past few hours, he has

10  gradually had onset of left hand pain, left ankle

11  pain, left knee pain, and left and right low back

12  pain.

13                 Do you see that?

14      A.     Yes.

15      Q.     Do you recall that motor vehicle accident

16  in March of 2012?

17      A.     Yes.

18      Q.     Tell me about that.

19      A.     It was a flashing red light.  I stopped

20  behind a car, and I pulled off after the car left.

21  Going through the intersection, a truck -- a

22  semi-truck ran the red light and hit me.

23      Q.     Do you remember going to get any test

24  after this visit on 3/22/2012?

Page 210

1    A.    I do.

2    Q.    What test did you get?

3    A.    X-ray.

4    Q.    Do you remember what it saw?

5    A.    They didn't tell me.

6    Q.    Did they tell you anything about your

7    filter?

8    A.    No.  I can't recall that.

9    Q.    They might have told you something?

10   A.    They might have, yeah, hm-hmm.

11   Q.    If the medical records say they told you

12   something about your filter, should we rely on what

13   the medical records say?

14   A.    Yes.

15   Q.    Let's look at the next one, so from

16   Adventist Hinsdale Hospital, and this says

17   4/14/2012.  Do you see that?

18         It says, "chief complaint, left knee

19   pain after a motor vehicle accident this morning.

20   Patient states restrained driver of vehicle at

21   40 miles per hour rear-ended another vehicle."

22         Do you see that?

23   A.    Yes.

24   Q.    Did I read that correctly?

Page 211

1       A.      Yes.

2       Q.      Do you recall being in this car accident

3  in April of 2014?

4       A.      Yes.

5       Q.      Tell me about what you remember.

6       A.      I remember approaching a red light -- no,

7  it was a green light.  I'm sorry.  It was a green

8  light.  An ambulance started around the corner, the

9  guy got in front of me.  I couldn't stop.  I hit

10 him.

11      Q.      And then you went to the emergency room

12 for pain?

13      A.      Yes.

14      Q.      Go to the next page.  This is Loyola

15 Hospital, and the encounter date says 9/10/2013.  Do

16 you see that?

17      A.      Yes.

18      Q.      Now, this is a progress note with Dr.

19 Pangan.  Who is Dr. Pangan?

20      A.      Dr. Pangan.

21      Q.      How do you say that?

22      A.      Pangan.

23      Q.      Who is Dr. Pangan?

24      A.      My primary care doctor.

Page 212

1    Q.    This states, "Saturday, he got up and

2    started walking a few steps and fell.  Didn't have

3    any symptoms, didn't trip on anything, hurt his" --

4    I'm going to skip the abbreviation -- "hurt his

5    right hand, left wrist, left knee, and right foot.

6    Back was a little sore but fell more on his side.

7    He felt fine otherwise earlier in the day."

8              Do you see that?

9    A.    Yes.

10   Q.    Do you recall this fall in September

11   of 2013?

12   A.    Yes.

13   Q.    Tell me about what you remember.

14   A.    I was cleaning my house.  I tripped over

15   the vacuum cleaner cord -- oh, my nurse is calling

16   me.

17             THE VIDEOGRAPHER:  Off the record.  This

18   marks the end of Media No. 1.  The time is

19   12:52 p.m.  We're off the record.

20                       (Whereupon, a short break in the

21                        proceedings was taken.)

22             THE VIDEOGRAPHER:  This marks the

23   beginning of Media No. 2.  The time is 12:52.

24

Page 213

1  BY MS. COX:

2      Q.    Mr. Gage, you were telling us about a

3  fall that you had September of 2013.  You said you

4  tripped over your vacuuming cleaning cord?

5      A.    Hm-hmm.

6      Q.    That's a good reason not to clean the

7  house, right.  I might use that reason next time.

8      A.    Let me ignore this call.

9      Q.    Let's look at the next -- the next one is

10  Edward Hospital, on 10/5/2013.  Do you see that?

11      A.    Yes, I do.

12      Q.    Now, this says that you were in the

13  emergency room complaining of an abdominal pain post

14  fall.  Do you see that?

15              "Stated complaint:  Abdominal pain

16  post fall."

17      A.    I can't see that.

18      Q.    I'll blow it up.  "Abdominal pain post

19  fall."  Do you see that?

20      A.    Yes.

21      Q.    Okay.  And now, it says, "patient

22  presents after fall and abdominal trauma.  The

23  patiently tripped over a threshold on a doorway and

24  fell onto his abdomen.  He states this is his third

Page 214

1    abdominal trauma in the last month."

2                    Do you see that?

3        A.    Yes.

4        Q.    Do you remember this fall?

5        A.    No, I don't.

6        Q.    Would you have gone to the emergency room

7    at Edward and told them that you had fallen if you

8    hadn't?

9        A.    No.

10       Q.    So is it fair to assume that you had

11   fallen and went to the emergency room on October

12   of 2013?

13       A.    Yes.

14       Q.    This also talks about, if you see, it

15   says, you had several traumas the last month, "the

16   initial episode was when he was hit by a car in the

17   parking lot."  Do you see that?

18       A.    Yes.

19       Q.    Do you recall being hit by a car in the

20   parking lot?

21       A.    Yes.

22       Q.    Tell me about that.

23       A.    I was walking from my car, going to get

24   my tests done, the lady was backing up and she

Page 215

1    bumped me.

2          Q.    When did that happen?

3          A.    I can't recall the date.

4          Q.    Was it sometime before October 5th, 2013?

5          A.    The nurse is calling me now.  I'm sorry.

6          MS. COX:  Let's go off the record.

7          THE VIDEOGRAPHER:  We're off the record

8    at 12:55 p.m.

9                     (Whereupon, a short break in the

10                    proceedings was taken.)

11         THE VIDEOGRAPHER:  We're back on the

12   record at 12:56 p.m.

13   BY MS. COX:

14         Q.    Before we got off the record, we were

15   talking about when you got hit in the parking lot

16   and the record says that -- in the record, you

17   state, "this is his third abdominal trauma in this

18   month -- in the last month.  The initial episode was

19   when he was hit by a car in the parking lot."

20                    So is it fair to assume that you were

21   hit by a car in the parking lot sometime in

22   September or October of 2013?

23         A.    I can't recall.

24         Q.    If the record says that it was within the

Page 216

1   last month, would it be fair to assume that would be

2   September of 2013?

3       A.   Yes.

4       Q.   So, this emergency room record talks

5   about three different falls that you had in

6   September and October of 2013, correct?

7       A.   Yes, it do.  Yes.

8       Q.   Let's turn to the next page.  This is

9   also from Edward, and you see that the date admitted

10  is 10/5/2013.  Do you see that at the top corner?  I

11  highlighted it for you on the screen.

12      A.   Give me the date again.

13      Q.   10/5/2013.

14      A.   Yes.

15      Q.   And it says, "stated complaint, abdominal

16  pain post fall."  Do you see that?

17      A.   Yes.

18      Q.   Oh, this is the same record that we just

19  looked at.  So we'll put that one back down the

20  pile.  We just gave you two of the same thing just

21  to see if we were paying attention.  And I wasn't.

22              Let's look at the next page from

23  Edward Hospital.  It says, the date you were

24  admitted was 1/25/2015.  Do you see that?  I

Page 217

1   highlighted it for you on the screen, but I can blow

2   it up a little bigger if you need me to.

3       A.    Yes.

4       Q.    This says you were in the emergency room

5   complaining of a head injury; is that correct?

6       A.    Yes.

7       Q.    And it says that you were -- it says you

8   are "a 65-year-old male who presents to the

9   emergency room with a history of slipping while

10  getting into his car tonight while leaving a funeral

11  and hitting his head and injuring his head, right

12  shoulder, low back, and both knees."

13              Do you see that?

14      A.    I see it.

15      Q.    Did I read that correctly?

16      A.    Yes, you did.

17      Q.    Do you recall this fall?

18      A.    No, I don't.

19      Q.    Do you know who might have been -- what

20  funeral you might have been to in January of 2015?

21      A.    No.

22      Q.    No.  Would you have gone to the emergency

23  room at Edward telling them that you had fallen if

24  you hadn't?

Page 218

1      A.    No.

2      Q.    So, is it fair to assume that you had a

3   fall sometime in January of 2015?

4      A.    I'm trying to recall that time.  I can't

5   recall.

6      Q.    If the record said that you went to the

7   hospital and told them that you fell in January

8   of 2015, is it fair to assume you did fall in

9   January of 2015?

10     A.    Yes.

11     Q.    Okay.  Let's go to the next one.

12            This is also from Edward, and this

13   date says 2/9/2015 as your admission date.  Do you

14   see that?  I blew it up on the screen for you.

15     A.    Yes.

16     Q.    Okay.  Now, this says that you were there

17   complaining of a motor vehicle collision.  Do you

18   see that?

19     A.    Yes.

20     Q.    And it says, "patient states he was a

21   restrained driver at a stop when he was hit from

22   behind.  He complains of generalized pain to his

23   upper back and shoulder.  He also complains of some

24   right upper quadrant pain."

Page 219

1              Do you see that?

2    A.    Yes.

3    Q.    Did I read that correctly?

4    A.    Yes.

5    Q.    Do you recall this motor vehicle

6  collision?

7    A.    I do.

8    Q.    Tell me about this.

9    A.    I was sitting at the red light and this

10 guy came up ran into the back of my car.

11   Q.    And you went to the emergency room?

12   A.    I went to the emergency room.

13   Q.    Okay.  So, if we go through Exhibit 6,

14 Mr. Gage, it looks like you were involved -- between

15 May of 2011 to the present, you have been injured in

16 at least five separate motor vehicle accidents,

17 correct?

18   A.    Yes.

19   Q.    And between May of 2011 to the present,

20 you have sought medical treatment after having at

21 least five separate falls; is that correct?

22   A.    Yes.

23   Q.    Okay.  I'm going to talk a little bit

24 about your medical history right before you had your