# EXHIBIT Y

Confidential - Subject to the Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION
 3

     ------------------------------ )
 4   In Re:  COOK MEDICAL, INC.,    )   Case No.
     IVC FILTERS MARKETING,         )   1:14-ml-2570-
 5   SALES PRACTICES AND            )   RLY-TAB
     PRODUCTS LIABILITY LITIGATION  )
 6   ------------------------------ )   MDL No. 2570
     This Document Relates To:      )
 7                                  )
         1:14-cv-01875-RLY-TAB      )
 8       Arthur Gage                )
     ------------------------------ )
 9
10
           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
         CONTINUATION OF THE VIDEOTAPED DEPOSITION OF
12                    ANTONIO PANGAN, M.D.
13                        Volume II
14
15
16
                         May 23, 2017
17
18
19      Loyola Center for Health at Burr Ridge
                    Willowbrook, Illinois
20
21
22
23               GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Golkow Litigation Services                          Page 76

Confidential - Subject to the Protective Order

1  render all opinions about his actual filter?
2      A.    So, when you look at opinion, I would
3  look at his -- the facts of his case and when he
4  started having the pain.
5      So, the one thing I might state is that
6  I do think that the pain was coincident with when
7  the filter was placed. Whether it was
8  malpositioned or, you know, tilted improperly, I
9  wouldn't comment on that.
10     But the statement that if I was asked a
11 question of do you think that this is causing some
12 pain, I would -- I would point to the fact that he
13 complained about it from the very beginning when he
14 had it placed that he started having this pain
15 right at, you know, the filter placement. I guess
16 that's what I would say to that response -- to that
17 question.
18     Q.    So, if I'm understanding that answer,
19 you would be comfortable opining that during the
20 course of your treatment with Mr. Gage, he did
21 complain of pain after having an IVC filter placed,
22 correct?
23     A.    Correct.
24     Q.    But what actually is the cause of those

Confidential - Subject to the Protective Order

```
 1   complaints of pain, you're not prepared to offer an
 2   expert opinion on?
 3        A.    Yeah, I can't say without a doubt it's
 4   related to the filter being there.
 5        Q.    Would you offer any opinion about --
 6   he's also alleged that he has pain in his back,
 7   legs, buttocks and groin that is related to the IVC
 8   filter.
 9              Would you be prepared to testify at
10   trial that his pain in his back, legs, buttocks or
11   groin were in any way related to his filter?
12        A.    No.
13        Q.    No, you wouldn't -- you wouldn't testify
14   that they were?
15        A.    I would not testify that they were.
16        Q.    So, you are not prepared to offer any
17   opinion that a tilted filter could cause pain, for
18   example?
19        A.    No.  I mean, I would -- I would simply
20   allude to the fact that he's been complaining of
21   the pain specifically in that area since the filter
22   was placed.
23        Q.    And I guess it's fair to say that you
24   would defer to a vascular surgeon to actually offer
```

Confidential - Subject to the Protective Order

```
 1   opinions about the clinical significance of a
 2   tilted filter, correct?
 3        A.    Correct.
 4        Q.    And you would defer to a vascular
 5   surgeon to actually offer opinions about the
 6   clinical significance of a perforated filter,
 7   correct?
 8        A.    Correct.
 9        Q.    We've discussed some of your records.
10              Let's see.  Sorry.  Left that out there.
11              Before we leave this letter, this says
12   that you've been his primary care physician from
13   approximately May of 2011 to the present.
14              You actually began treating him in 2006,
15   correct?
16        A.    Correct.
17        Q.    So, you could offer opinions about his
18   medical issues from 2006 to 2011, correct?
19        A.    Yes.
20        Q.    We have discussed some of the records
21   where Mr. Gage was reporting various pain to you
22   before his filter was placed, correct?
23        A.    Correct.
24        Q.    And he also reported pain to you after
```