**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570
_____

This Document Relates to the Following Actions only:

      Elizabeth Jane Hill
      No. 1:14-cv-06016-RLY-TAB

      Arthur Gage
      No. 1:13-cv-01875-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO
EXCLUDE EXPERT OPINIONS OF DR. DAVID GARCIA**

      The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion to Exclude Expert Opinions of Dr. David Garcia:

| Exhibit | Description |
|---------|-------------|
| A | Expert Report of Dr. David Garcia (March 15, 2017) |
| B | Deposition Excerpts of Dr. David Garcia (June 22, 2017) |
| C | Expert Report of Dr. Alexander Marmureanu  (March 17, 2017) |
| D | Dr. Alexander Marmureanu Case Specific Opinions Regarding Elizabeth Hill (March 17, 2017) |
| E | Dr. Alexander Marmureanu Case Specific Opinions Regarding Arthur Gage (March 17, 2017) |
| F | Deposition Excerpts of Dr. Alexander Marmureanu and Deposition Exhibits 14 and 15 (June 20-21, 2017) |
| G | Deposition of Dr. Timothy Larkin (April 19, 2017) |

Respectfully submitted,

Dated: August 9, 2017

/s/ *J. Stephen Bennett*
J. Joseph Tanner (# 11856-49)
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:   joe.tanner@faegrebd.com
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.113583009.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID GARCIA** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ J. Stephen Bennett*

US.113583009.01