EXPERT REPORT

David Garcia, MD

March 15, 2017

I am qualified to serve as an expert in this litigation because I have completed the doctor of medicine degree, internal medicine residency and hematology fellowship. Hematology is the study of blood and the blood forming organs. Blood (and its components) have several functions; I have been most interested in why the blood clots when it shouldn't. For approximately 15 years, my clinical practice, research and teaching have been focused on hematologic diseases – mainly the treatment and prevention of venous thromboembolism (VTE). VTE refers to variety of conditions, including deep vein thrombosis (DVT) and pulmonary embolism (PE), which involve the pathologic formation of clot in blood vessels that are part of the venous circulation. A key focus of my non-clinical duties has been the design, conduct and appraisal of clinical research. Over the past 20 years of practicing medicine, teaching students or trainees, and writing guidelines, I have had the occasion to review between 50 and 100 papers relevant to the safety and/or efficacy of IVC filters. Since my engagement as an expert in these matters, I have reviewed many more studies, including those on my List of Documents Reviewed, a true and correct copy of which is attached hereto.

**Clinical (Patient Care) Experience**

In addition to personally treating many patients with VTE (whom I routinely counsel about the risks and benefits of anticoagulation), I have cared for many patients for whom inferior vena cava (IVC) filter placement was either considered or performed. Furthermore, I have treated patients who suffered from IVC filter complications, including duodenal penetration, device migration to the right atrium and acute IVC occlusion due to thrombus. I have, on many occasions, been part of the decision-making process in which the risks and benefits of implantation or removal of IVC filter were weighed.

**Research and Scholarship Experience**

I have written book chapters and review articles on the diagnosis, treatment, and prevention of VTE. I have led or collaborated on numerous research studies related to VTE or the

anticoagulant medications used to treat and prevent VTE. As referenced in the attached *curriculum vitae*, a true and correct copy of which is attached hereto, I have published peer reviewed manuscripts in numerous journals, including the New England Journal of Medicine, Blood, and was Internal Medicine, Archives of Internal Medicine, Thrombosis and Hemostasis, Journal Thrombosis and Hemostasis, Thrombosis Research, Thrombosis and Thrombolysis and numerous others. I have both formally studied as well as taught the principles of evidence-based medicine and have applied these principles to the appraisal of evidence considered in the preparation of several practice guidelines that I have co-authored. I have served as a peer-reviewer of submitted manuscripts detailing studies related to thrombosis and anticoagulation for many high-impact journals, including the Lancet, the New England Journal of Medicine, Circulation, and the Annals of Internal Medicine. I am a member of the editorial board of the journal *Thrombosis Research* and I am a Special Section Editor for the journal *Blood*.

**Risk-benefit Assessment of IVC Filters in the TREATMENT of Venous Thromboembolism**

Placing an IVC filter has risks which are described: death, pulmonary embolism, vena caval thrombosis (or stenosis), lower extremity deep vein thrombosis, filter mal-positioning, access site bleeding, migration, perforation, and strut fracture. While virtually any medication or medical procedure carries risk, IVC filter placement stands out as an invasive procedure for which hazards exist but no high-quality evidence of benefit exists to justify the known risks. Only 2 randomized, controlled trials that compared IVC filter placement to no IVC filter placement have been conducted; both were conducted in patients who had already experienced a VTE event.

**Prospective Randomized Controlled Trials have not established the benefits of IVC filters**

*PREPIC*

In the first relevant randomized controlled trial, Prevention du Risque d'Embolie Pulmonaire par Interruption Cave (PREPIC) [Circulation. 2005;112:416-422], patients with DVT involving a

proximal leg vein either received or did not receive an IVC filter (all study participants received anticoagulation for at least three months).

The lower rate of PE in the group assigned to receive a filter has been cited as evidence of the benefit of IVC filters. However, as the authors acknowledge: "the diagnosis of pulmonary embolism may have been underestimated in patients in the filter group, because local clinicians tend to suspect pulmonary embolism less frequently in patients with a filter than in patients without a filter" (this is a key flaw of un-blinded clinical trials known as ascertainment bias). Because of this limitation, the hypothesis that IVC filter insertion lowers the risk of PE has not been definitively proven by this non-blinded study. Any conclusion from PREPIC about the effect of IVC filters on the risk of PE is further limited by the fact that, at any given time beyond 3 months from enrollment, 30 – 50% of patients in both study groups were receiving anticoagulation, an intervention known to dramatically reduce the risk of pulmonary embolism. The fact that this key variable was not controlled for (and may have impacted PE rates differently in the 2 groups) makes it impossible to conclude with certainty that any observed difference in PE rates is attributable to the IVC filter placement.

However, even if one accepts that IVC filters reduce the risk of PE, the PREPIC study did not demonstrate that IVC filters save lives: after 8 years of follow-up of 400 study participants (all of whom had "high-risk" DVT), the authors state that "pulmonary embolism was directly involved in the death of 7 patients (1.8%)". More importantly, there was no statistically significant difference in the rate of either fatal PE (2 vs. 5) or all-cause death (98 vs. 103) between the patients with vs. without a filter.

### PREPIC II

The second (and only other) randomized controlled trial of IVC filters compared a strategy of anticoagulation alone to a strategy of anticoagulation plus IVC filter in patients with high-risk pulmonary embolism. This well-designed trial not only failed to prove that adding an IVC filter to anticoagulant therapy reduces the risk of death and other adverse outcomes, it revealed numeric differences that suggest IVC filters cause harm in this population: among the 200

participants randomly assigned to have a filter placed, 6 experienced fatal PE (compared with 2 fatal PEs among the 199 patients who were treated with anticoagulation alone). Similarly, all-cause mortality was not statistically different between the groups with vs. without a filter (7.5% vs 6%). These findings provide high-quality evidence to support a statement I had written (along with co-authors) more than 1 year prior to the publication of the PREPIC II results: "Based on available evidence, IVC filters should not be used in adjunct to anticoagulation with the primary aim to reduce mortality". [Imberti D, *et al*. Thromb Haemost. 2014 Apr 1;111(4):618-240]

Neither PREPIC study establishes that the benefits of IVC filters outweigh their risks in patients already diagnosed with VTE. Indeed, the authors of the PREPIC study concluded: "Further studies are needed to better define patients in whom the use of vena cava filters may be favorable." As of the time of this writing, I am not aware that any such study has been published or any such population identified.

In summary, a very small proportion of patients with VTE have an absolute contraindication to anticoagulant therapy. For the clear majority of patients with VTE, anticoagulation alone has acceptable risks and is a highly effective strategy both to prevent short-term and long-term VTE recurrence as well as to reduce the risk of embolization.

**Risk-benefit of IVC Filters in the PREVENTION of (prophylaxis against) Venous Thromboembolism**

No adequately powered, prospective, randomized trial of IVC filters as prophylaxis (i.e. among patients who are at high risk for, but have not experienced, VTE) exists. The relevant published data on prophylactic IVC filter placement have been recently reviewed by Davies et al. The authors found no high-quality evidence to support prophylactic IVC filter placement in any patient group and I agree with their conclusion that "widespread use of prophylactic IVC [filters] is not supported by evidence and should be discouraged" [Davies, *et al*. J Vasc Surg Venous Lymphat Disord. 2016 Jan;4(1):127-130].

The feasibility and ethical nature of a prospective randomized trial comparing IVC filter placement to no IVC filter placement as a primary prevention of PE in patients with major trauma has been demonstrated by Rajasekhar and colleagues [2011. J of Trauma, Infection and Critical Care vol 71]. Although this feasibility study was funded by Cook and Cook was certainly aware that the study showed that a larger randomized trial of IVC filter vs. no filter (as primary PE prophylaxis in trauma patients) could be done, no such trial has been performed (and the benefit of filters as a primary prevention strategy remains unproven).

**IVC Filters Are Thrombogenic**

The finding that IVC filter placement increases thrombosis is biologically plausible because any foreign surface that is exposed to the flowing blood will promote coagulation (blood clot formation) and possibly cause stasis or turbulence. Other well recognized examples of this phenomenon include prosthetic heart valves, central venous catheters, and intravascular stents.

A key finding of PREPIC confirms that IVC filter placement increases the risk of thrombosis. The rate of deep vein thrombosis (one of the study's primary endpoints) after 8 years of follow-up in PREPIC was 35.7% vs. 27.5% (p = 0.042) in patients with vs. without IVC filters. This difference likely underestimates the pro-thrombotic nature of IVC filters since the authors used an "intention to treat" analysis. This means that a patient who was assigned to the "no filter" group but later had an IVCF filter placed would still be counted as part of the "no filter" group, potentially masking the pro-thrombotic effect of IVC filter placement. The tendency of IVC filters to cause clotting might have also been masked by the fact that almost one-half of patients in both groups of the PREPIC study received anticoagulation treatment during most or all of the trial. As discussed above, anticoagulation use was not "controlled" in the trial (treating physicians were free to prescribe anticoagulation according their clinical judgment). While it is impossible to be certain about how this non-controlled use of anticoagulation (a key variable that impacts the rate of VTE) may have affected the results, the most likely scenario is that the actual impact of IVC filter placement on DVT risk was attenuated. Of the DVTs in the

filter group of PREPIC, about half were associated with the IVC and/or filter itself. Other published reports indicate that the devastating complication of IVC thrombosis (which is exceedingly rare in the absence of IVC filter placement) may occur in 2 - 6% of patients who receive an IVC filter [Janjua, *et al.* J Invasive Cardiol. 2010 May;22(5):235-9; Millward *et al.* J Vasc Interv Radiol. 2001 Sep;12(9):1053-8; DeGregorio, *et al.* J Vasc Int Radiology 2006. 17: 1781-89]. In PREPIC II, 3 patients (1.6%) in the IVCF group experienced thrombosis at the site of the filter, despite the fact that all patients enrolled in this study were anticoagulated from the outset (and throughout the trial). None of the patients randomized to be managed with anticoagulation alone experienced IVC thrombosis.

Indeed, it is the thrombogenic properties of IVC filters that lead many clinicians (including me) to recommend that any patient who has a filter in the IVC be anticoagulated as long as the filter is in place (and there is no contraindication to anticoagulant therapy).[1]


The thrombogenic nature of the Gunther-Tulip filter is illustrated by these case series:

A study by Morris et al described 130 filters (58 were G-T filters) that were placed at a single institution. Of the patients who had a G-T filter removed, the average time between placement and removal was 19 days. In their discussion, the authors state that the "explanted filter usually contains fibrous material adherent to the struts and wires of the filter, which should not be mistaken for trapped thromboemboli." Later in the same section of the paper, they state: "...because it mainly adheres to the struts and not within the apex of the cone, this fibrous material probably does not represent embolization, but rather *in situ* thrombus formation on the struts of the filter." [Morris *et al* J Trauma. 2004 Jul;57(1):32-6]


The authors provide these photos as examples of "the fibrin material adherent to struts and wires of the filter":

---

[1] The need for ongoing anticoagulation is highlighted at Cook's own website in a video entitled: "Gunther Tulip Vena Cava Filter: Retrieval." www.cookmedical.com/products/di_gtrs_webds/





Millward 2001:

Among the 52 G-T filters removed in a Canadian registry published by Millward *et al*, all "had a small amount of fibrinous material on the legs and at the apex. This material was submitted for pathologic evaluation early in the study period and was shown to be organizing thrombus." [Millward *et al*. J Vasc Interv Radiol. 2001 Sep;12(9):1053-8]


Poirier 2003:

In a detailed examination of 15 explanted G-T filters with a mean indwell time of 12 days, Poirier and colleagues found that all but one had evidence of thrombus material on their struts; based on their analysis, Poirier et al conclude that:

"The fact that the great majority of retrieved filters contained blood clots in apex and at junctions of struts (where there is more material in contact with blood and more hemodynamic perturbations) suggests that hemodynamic perturbations and/or hemocompatibility of the material might be the main factors involved in IVC thrombosis". [Poirier A. et al. Thrombosis of Inferior Vena Cava Filters: an Analysis of Explanted Devices. Presented at: Society For Biomaterials 29th Annual Meeting.]

Indeed it is the thrombogenic nature of IVC filters that led my co-authors and me to make recommendations like these, published in 2014:

1. "In the absence of RCTs supporting the optimal duration of anticoagulation after the insertion of an IVC filter, treatment should be prolonged as long as the filter remains in place and the therapy is safe." [Imberti D, *et al*. Thromb Haemost. 2014 Apr 1;111(4):618-240]

2. "Filters should be removed as soon as possible after the contraindication to anticoagulation treatment no longer exists: optimal timing for attempting filter retrieval is ideally within a few weeks." [Imberti D, *et al*. Thromb Haemost. 2014 Apr 1;111(4):618-240]

**Observational Comparative Studies do not establish the benefit of IVC filters in any setting**

Observational studies *can* provide valid and useful estimates of risk and/or complication rates related to an intervention or an exposure. However, no conclusions about the relative safety or efficacy of any treatment or prevention strategy can or should be drawn from observational comparative studies; the validity of observational comparisons is limited by the potential for *selection bias* (the possibility that treating clinicians may consciously or unconsciously select different types of patients for a particular treatment) and by the possibility of *confounding variables* (differences in the comparison groups that may impact safety or efficacy outcomes, but are separate from the intervention being studied). I have reviewed many observational studies relevant to IVC filters and I have the expertise to discuss and appraise the methodology of such studies.

The landscape for IVC filters is well summarized by a series of statements recently published by authors based at the Center for Outcomes Research and Evaluation at Yale-New Haven Hospital:

"The inferior vena caval (IVC) filter is a widely available medical device that has been used for decades to prevent pulmonary embolism (PE), but studies testing the device have not demonstrated adequate proof of efficacy." [Bikdeli B, *et al*. JAMA Cardiol. 2017 Jan 1;2(1):3-4.]

The same authors go on to say that the lack of high-quality data for benefit "...becomes more striking when we consider that IVC filter placement is both costly and associated with risks such as malpositioning, hematoma, recurrent DVT (in up to 20% of patients) and IVC thrombosis (in 2% - 10% of patients)." [Bikdeli B, *et al*. JAMA Cardiol. 2017 Jan 1;2(1):3-4.]

---

The manufacturer of a device with well-established risks must warn physicians about these risks in the device's IFU, including their frequency, severity and permanency. In the IFUs for the Gunther-Tulip (G-T) and Celect IVC filters, Cook fails to provide adequate information about the frequency, severity and permanency of possible IVC filter complications, including the possible

need for long-term anticoagulation in many patients whose filter cannot be removed. These omissions are especially important in light of the absence of definitive evidence that the G-T, Celect, or *any* IVC filters have benefits.

**Failure to Adequately Assess the Risks and Benefits of G-T and Celect IVC filters**

I have performed several Pubmed searches for and reviewed an extensive body of medical literature, including (but not limited to) Cook-sponsored studies, investigator-initiated studies (funded by Cook), third-party studies that involved Cook devices, single case (or small case-series) reports involving Cook devices, and other studies involving IVC filters, and I conclude that Cook failed to adequately establish the safety and efficacy of the Tulip and Celect IVCF prior to marketing. The studies of safety and efficacy lack validity because they have methodologic flaws, including (but not limited to) incomplete follow-up, mid-study protocol modification, insufficient sample size, faulty sample size calculation, selection bias, lack of event adjudication, lack of comparator group, and failure to comprehensively detect and/or report the rate of key outcomes such as lower extremity DVT, IVC thrombosis, pulmonary embolism, and death that might be attributed to PE. All of the Cook-sponsored studies use "retrieveability" as the primary endpoint. Filter "tilt" is also reported in detail by some studies. While these endpoints are of some interest, neither the rate of filter retrieveability nor the amount of filter tilt provide any information about whether a filter does what it is designed to do: reduce the risk of pulmonary embolism.

I reserve the right to review and evaluate any clinical study presented by the defendant.

Clot trapping studies

Any theoretical benefit of IVC filters for patients cannot be established using the results of *ex vivo* experiments that show what percent of clots of a certain size are trapped by the device. There is no high-quality evidence to establish the minimum clinically relevant clot size in any particular patient.

When the OUS study was conducted and its results reported by Lyon and colleagues, other key flaws that preclude any conclusion regarding safety and efficacy from its results:

1. Complete clinical outcome information is available for only 80 of the 95 patients because 7 patients withdrew from the study and 8 patients were lost to follow-up. This is a very high rate of withdrawal + loss to follow-up and is very significant in such a small study because even if only 2 or 3 of these 15 patients ultimately experienced a primary outcome event, the topline study results (and conclusions about safety) would be dramatically changed.

2. Of the patients for whom complete follow-up is available, 18 died. Two of these deaths (2.5% of the total study population) were adjudicated as device-related by an independent clinical events committee. However, since neither the paper nor the study protocol (OUS Final Report Appendix C) provides the specific criteria used by the adjudicators to determine whether the adverse events were device–related, I am unable to appraise the validity of the results. Indeed, the comments by the peer reviewers of the manuscript (CookMDL2570_0390657) highlight the fact that the decision about whether events were device-related seems to have been a rather subjective determination and that, in at least one case of death, "more discussion is warranted as

to how it was decided that this was not a failure of the filter". In my opinion, the response from the authors that this particular death was not filter-related is unconvincing.

3. Two of the key elements of the composite endpoint – perforation and IVC occlusion – would not necessarily be expected to be detected by the imaging techniques required per the protocol. Therefore, the low reported rates of these outcomes are misleading.
4. The protocol defined IVC perforation as "protrusion of filter struts through the wall of the IVC causing hemorrhage or hematoma". In contrast, the published manuscript defines perforation as a "strut protruding outside of the IVC wall" and states that no such events occurred. This is misleading; the reader of the study would conclude that there were no protrusions of filter struts outside the IVC wall. In fact, a treating investigator would have recorded a perforation as having occurred only if such a protrusion caused a hemorrhage or hematoma (per the protocol). In fact, subsequent review of the primary data indicate that numerous cases of a "strut protruding outside the IVC wall" *did, in fact, occur* [see OUS Raw Data].


(G-T retrieveability) [Smouse, *et al*. J Vasc Interv Radiol. 2009 Jul;20(7):871-7]

A 2009 study by Smouse and colleagues was conducted to "evaluate the likelihood of successful retrieval of the G-T filter after various implant durations". Although the authors state that their data "…continue to establish the Gunther tulip filter as a safe, reliable, and versatile device that may be implanted temporarily, or permanently, for the prevention of PE…", the study does none of these. There is no comparator group, the clinical events are not adjudicated, and 223 (out of 554) patients withdrew from the study (filter retrieval was not attempted in 50.4% of the participants). Therefore, although the study by Smouse *et al* suggests that filters are more easily retrieved soon after implantation, the published observations do *not* permit any valid conclusions about either the likelihood that the G-T filter will ultimately be retrieved or whether the filter reduces the risk of pulmonary embolism or mortality. The paper is similarly uninformative with respect to safety, not only because 223 patients withdrew from the study but also because the manuscript provides almost no detail about the 385 pre-retrieval adverse

events that are mentioned on page 875 of the paper. The paper states that "none of [the 385 adverse events] were reported to be related to the filter"; however, this assertion is highly uncertain because (1) the reader is told very little about the events themselves, (2) three pulmonary emboli occurred pre-retrieval and (3) events were not reviewed by a central adjudication committee.

I am compensated at the rate of $700 per hour.

A list of the cases in which I have testified in the past four years, live or by deposition, is attached hereto.

A list of my publications for the past ten years is included in my curriculum vitae.

I reserve the right to supplement my opinions as additional documents or information becomes available. I understand that I may be called upon to offer rebuttal opinions to the opinions of experts designated by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of March, 2017 in Seattle, Washington.

*[signature]*

David Garcia, M.D.