## DR. ALEXANDER MARMUREANU'S
## CASE SPECIFIC OPINIONS REGARDING ARTHUR GAGE

In connection with this case, I was asked to review the available medical records and imaging for Mr. Gage and to provide my medical opinions[1] regarding the all necessary and appropriate medical care to ensure optimal health both physically and psychosocially to Mr. Gage's life expectancy for those injuries caused by the Gunther Tulip filter. Included in this report will be my opinion relating to medical complications that are likely to occur during his life-time substantially contributed to by the device.  Finally, I will provide my analysis of causation (substantial contributing factors) as to Mr. Gage's injuries, and to all injuries more likely than not that will occur during his life caused (substantially contributed to) by the Gunther Tulip filter.

In arriving at my opinions, as expressed in this report, in addition to my education, training, and experience,

I have also reviewed and relied the expert reports of Dr. Robert Ritchie, Dr. Alan Litsky, Dr. M. Reza Rajebi, Dr. Fishbein, Dr. Garcia, and Leigh Ann Levy.[3] My opinions expressed herein are in addition to those in my main report.

## I.    Focused Medical History.

---

[1] All of the opinions expressed in this case specific report regarding Arthur Gage are within reasonable medical probability.

[3] Some of the language in this report may be similar to that in other experts' reports, I arrived at my opinions independently, unless specifically expressed otherwise, and the opinions expressed herein are my own.

I have reviewed all the available medical records and images detailed in my List of Documents Reviewed/Considered.  Based on that review, the following is a brief focused history.

Brief <u>DVT/VTE History</u>:

II.     **Conditions Substantially Contributed to by the Gunther Tulip Filter.**

        **A.**

As discussed in my main report, the defective Gunther Tulip filter has a 'tendency to perforate' and its 'tendency to progressively perforate'[5] is due to stiffness of the filter struts resulting in excessive radial force which exacerbates his pain as the filter struts expanded progressively beyond the caval wall into or abutting adjacent organs, vascular structures, and nerves.

Perforation of the IVC by Cook IVC filters causes abdominal pain.

Abdominal pain occurs during the retrieval procedure

Additionally, pain from perforation of IVC filters is recognized in the medical literature to cause pain.[6]

---

[5] Perforation begets perforation.  Dowell, J., Celect Inferior Vena Caval Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Interv Radiol. 2015 Oct;26(10):1510-1518.e3. doi: 10.1016/j.jvir.2015.06.020. Epub 2015 Jul 29.

[6] Jia Z., et al., Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management, Circulation 2015;132:944-52. The most frequently reported clinical symptom of filter penetration was pain.  Durack JC, et al., Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters, Cardiovasc Intervent Radiol. 2012 Apr;35(2):299-308. doi: 10.1007/s00270-011-0151-9. Epub 2011 Mar 30. Malgor RD, Labropoulos N. A systematic review of symptomatic duodenal perforation by inferior vena cava filters. J Vasc Surg 2012;55:856-61.

Further, pain from penetrates into an organ is recognized in the medical literature.[8]

**B.**

---

[8] E.g., Jia Z., et al., Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management, Circulation 2015;132:944-52; Durack JC, et al., Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters, Cardiovasc Intervent Radiol. 2012 Apr;35(2):299-308. doi: 10.1007/s00270-011-0151-9. Epub 2011 Mar 30.

The benefits of life-time anticoagulation in a patient with recurrent provoked VTE events is not certain based on medical literature to date and will depend on patient specific risk. The risk related to anticoagulation is bleeding.[10] According to the Bleeding Risk Model, a patient with two or more risk factors have a 6.5 percent risk of a major bleeding event per year understanding that per bleeding event the fatality rate is 9.1 percent.

**C.      Phycological Distress:**

Anxiety and depression are known outcomes of chronic disease and pain.

**III.    Future Medical Needs:**

I hold the following opinions to a reasonable degree of medical certainty:

1. all necessary and appropriate medical care for Mr. Gage to his life expectancy for injuries that are a result of (substantially contributed to by) his embedded Gunther Tulip filter is as follows;

---

[10] Shoeb, M & Fan, M.C., Assessing bleeding risk in patients taking anticoagulants, J Thromb Thrombolysis (213) 35:312.

I have provided the medical foundation of the Life Care Plan to provide all necessary and appropriate care for Mr. Gage.  I have reviewed it and agree with it as to its contents and the cost related to such medical care as calculated by the Life Care Planner.

Routine care for those on chronic anticoagulation includes physician follow-up, medication cost, laboratory testing, and medical monitoring.

Reliable life expectancy tables from the U.S. Department of Health and Human Services

provide U.S. Life Table Values through the National Center for Health Statistic National Vital

Statistics System.  I concur with the life expectancy expressed in U.S. Life Table as relied upon by Life Care Planner Leigh Ann Levy.

**IV.      It is not unreasonable for Mr. Gage to proceed on with conservative management of his injuries related to the defective Gunther Tulip filter.**

It is well understood that many 'off label' techniques have been developed to manage the embedded perforated filter.  These procedures are not without risks.

**V.      Mr. Gage's injuries were not caused by a violation of the standard of care by any of his treating physicians:**

A physician when he treats a patient must use minimally sound medical judgment and render minimally competent care.  In practice physicians are expected to possess or have reasonable access to medical knowledge as minimally competent physicians in the same specialty throughout the United States.  The Standard of Care within the United States at the time of Mr. Gage's implantation is that a majority of 'Retrievable Filters' were left as permanent filters ("safe as permanent" per the IFU).  This is supported by Cook's own sponsored study which is cited in the Gunther Tulip filter Instructions for Use and was published in the Journal of Vascular Interventional Radiology in 2009.[12]  Results indicate that less than half of all recruited patients who were implanted by a Gunther Tulip filter had an attempted retrieval despite the fact that majority of recruited patients had no history of DVT/VTE and were being experimented on 'off label'.

---

[12] Smouse H, et al., Long-term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter, J Vas Interv Radiol 2009; 20:871-877.