# EXHIBIT 1

# Mechanical analysis of Cook inferior vena cava filters

Cook MDL

Robert M. McMeeking

March 2017

Summary This report provides an assessment of the forces and distortions, tilting instability and the stress levels of Cook inferior vena cava filters in connection with the Cook Multi-District Litigation (Cook MDL) case. The report is provided by Dr. Robert M. McMeeking, Tony Evans Professor of Structural Materials and Distinguished Professor of Mechanical Engineering at the University of California, Santa Barbara. The analysis shows that the Cook Celect filter is unstable when implanted in the inferior vena cava, and that it is highly probable that it will tilt and/or perforate the vena cava. The loads sustained by the primary legs of the filter, when implanted in the inferior vena cava, have been estimated and this provides information that can be used to assess the likelihood of penetration of the legs through the vena cava wall. The assessment of the loads sustained by the primary legs of the filter is carried out in conjunction with analysis of the stress experienced by these legs, and this information is used to judge whether fatigue failure of the filter will occur, including the fracture and loss of a primary leg of the filter such that the leg can migrate elsewhere in the patient. It is noted that there can be endothelialization of the primary leg to the vena cava wall, which elevates the level of stress in the leg and makes it more likely that a fatigue fracture will occur. In addition, it is likely that the stress in the primary leg will be elevated by a stress concentration at the junction of the primary leg and the cap that holds all of the legs together. This stress concentration can be very severe and can increase the stress levels very greatly. It is also noted that the design of the primary legs is deficient in that a fracture will directly lead to its loss as only one break in it allows pieces to free themselves from the filter. Overall, the designs of the Cook inferior vena cava filters are deficient as they lead to the faults described in this report.

1. Credentials

This report has been prepared by Dr. Robert M. McMeeking, Tony Evans Professor of Structural Materials and Distinguished Professor of Mechanical Engineering at the University of California, Santa Barbara (UCSB). Over a period exceeding 45 years I have performed extensive research into problems of mechanical failure in a wide range of structural components, including biomedical implants. Among a broad set of skills, my particular expertise in this case focuses on the analysis of mechanical, structural and materials behavior and their implications for fracture, fatigue, tissue penetration and implant stability.

I am a member of the US National Academy of Engineering (NAE) and a Fellow of both the UK Royal Academy of Engineering (FREng) and the Royal Society of Edinburgh (FRSE). These 3 bodies elect their members to recognize their high engineering, scientific and academic accomplishments and the excellence of their contributions, and each body is extremely selective, allowing membership to only a small fraction of those participating in engineering, science and academic pursuits. I am a Life Fellow of the American Society of Mechanical Engineers (LFASME), a status accorded to only senior members with high achievements in mechanical

engineering.  I served a full ten-year term as Editor of the American Society of Mechanical Engineers Journal of Applied Mechanics, finishing in 2012.  The American Society of Mechanical Engineers (ASME) is the leading US professional society concerned with mechanical analysis and the Journal of Applied Mechanics is its leading professional publication addressing the mechanical behavior of solids.  I have testified both formally and informally on several occasions to the US Food and Drug Administration (FDA) on issues pertaining to the *in vivo* loading, stress/strain analysis, fatigue, fracture, stability and durability of medical implants. I have served as a consultant for numerous leading companies, providing analyses and expert opinion on the design and reliability of a broad range of devices including heart valves, stents and other biomedical implants.  My consulting activities include advising companies on the functionality, design and manufacturing of components including life-critical biomedical implants such as prosthetic heart valves.

I teach mechanical engineering and materials science and engineering to both undergraduate and graduate students at a leading US research university, and I have a part-time professorial appointment teaching and mentoring engineering students at a prominent research university in the UK.  My teaching and mentoring activities include providing classes in mechanical engineering design and analysis to equip students with the knowledge and understanding required to carry out the processes necessary to conceptualize, design, analyze and manufacture engineering products.  This educational activity encompasses the teaching of ethical and professional responsibilities incumbent on an engineer working to develop components that must be safe, reliable and effective.  I have been engaged in teaching in engineering for over 40 years.

A true and correct copy of my current curriculum vitae is attached as an appendix.

My billing rate is $400 per hour for consulting work and $800 per hour for deposition and court testimony.  My prior testimony in the past 4 years is listed in an appendix.

My opinions in this report are to a reasonable degree of scientific certainty.

2.  Introduction

The Cook Celect and Tulip inferior vena cava (IVC) filters have a conical design and are made from Elgiloy or an equivalent substitute alloy.  Engineering drawings of the Celect filter are provided in Figure 1 [1] and an image of it is shown in Figure 2 [2].  An engineering drawing of the Cook Tulip IVC filter is shown in Figure 3 [3].  Straight wire is bent into shape to form the primary and secondary legs that are then assembled together to create the filter [4].  It appears that the legs of the filter are not stress relieved or annealed so that residual stresses remain in the legs from the bending process that shapes the legs [4].  The filter is then squeezed elastically and put into a delivery tube of small diameter, and, upon implantation, the filter is pushed out of this tube to expand elastically into the inferior vena cava [4].  The vena cava and surrounding organs and tissue will limit the extent of expansion of the legs of the filter so that they cannot return to their design shapes.  As a consequence, the vena cava wall will apply loads to the filter legs where the legs are in contact with the wall.  This load maintains the legs in positions that enable them to fit within the vena cava, but also causes stress within the legs.  This stress is associated with strain energy, and the tendency for any system to reduce its energy means that the filter will have a tendency to move to relieve the strain energy associated with the loads applied to the legs.

2

The movement that relieves the strain energy is tilting of the filter within the vena cava, because that allows a pair of the primary legs to spread apart. It is not necessary to undertake analysis to know that this process is a driving force for tilting of the filter; nevertheless the relevant analysis is carried out for this report.

A feature of the design of the Celect filter is that the secondary legs have a shape that is unlikely to inhibit tilting of the filter as their curved configuration allows them to rotate easily relative to the vena cava wall with which they are in contact [1,2]. Thus, it is not necessary to carry out any calculations, analysis or bench testing of the Celect filter to suspect that it will have a tilting problem. One simply has to inspect Figure 1 & 2 to come to this understanding. Therefore, Cook engineers should have come to the conclusion that tilting of the Celect filter was a concern, that it would very likely occur, and they should have investigated it thoroughly as a possible deficiency of the design.

In addition, theoretical analysis described in this report confirms that the Celect filter is highly likely to tilt when it is implanted in the inferior vena cava.

The design of the Tulip filter is also deficient in regard to the question of the likelihood of tilting. Since the secondary limbs are looped around the primary ones (Figure 3 [3]), the strain energy in the secondary limbs contributes to that which tends to make the filter tilt, and it is very likely that the secondary legs do nothing to inhibit the tendency to tilt, other than possibly limiting the ability of the legs to slide along the wall of the vena cava. As with the Celect filter, it is not necessary to carry out mechanical analysis to be able to conclude that this feature of the Tulip design will be problematic in regard to the tendency of the filter to tilt. One has simply to study the engineering drawings of the Tulip filter in Figure 3 to come to this understanding. Therefore, Cook engineers should have come to the conclusion that tilting of the Tulip filter was a concern, that it would likely occur, and they should have investigated it thoroughly as a possible deficiency of the design.

In addition, theoretical analysis described in this report confirms that the Tulip filter is likely to tilt when it is implanted in the inferior vena cava.

The fact that the vena cava wall applies a load to a primary leg of the filter means that, by balance of forces, the primary leg applies a load to the vena cava wall. The wires composing the legs are of small diameter and as a result the force applied by the primary leg to the wall of the vena cava is exerted over a very small area. The intensity of this force, i.e. the pressure, will tend to make the tip of the primary leg penetrate into and through the wall of the vena cava. Therefore, it is very likely that the Celect and Tulip filters will be prone to perforating the wall of the vena cava and to extending beyond it, possibly interfering with and entering organs that neighbor the inferior vena cava. The analysis provided in this report gives an estimate of the loads that the Celect and Tulip filter primary legs apply to the wall of the vena cava filter and this information can be used to assess the likelihood of the filter perforating the wall of the vena cava. This possibility of perforation of the vena cava wall was predictable and had been observed in the behavior of the Tulip filter. Therefore, when the Celect filter was introduced Cook engineers should have investigated the possibility of it causing perforations of the vena

3

cava wall. Instead, a design that was deficient in regard to perforation was developed, marketed and continued when the Celect model was introduced as a modification of the Tulip filter.

It is known that the inferior vena cava experiences changes in its span during respiration and due to various actions of the patient, such as coughing, valsalva and evacuation of the bowels [5,6]. Such changes in span of the inferior vena cava, which will henceforth be referred to as changes in its diameter, will cause repeated changes to the stresses within the primary and secondary legs of the filter. In any material, repeated changes of the level of stress within it causes fatigue damage; if there are a large number of such repeated changes, the fatigue damage will lead to fracture of the component [7]. Furthermore, the larger the changes to the level of stress, the fewer is the number of changes that will cause fracture to occur [7]. Since the legs of the Cook IVC filters are subject to a large number of cycles of stress changes, they are likely to be prone to fatigue fracture, with the primary legs being the ones most likely to fail. The analysis described in this report provides estimates of these stress changes caused by respiration and by coughing, valsalva, etc. [5,6]. These stresses can be used to assess the likelihood of fracture of a primary leg if the filter remains in a patient for a given length of time. In addition, the process of endothelialization, which causes tissue to adhere to the filter, will lead to an increase in the magnitude of the stress changes that the primary legs experience, and will therefore accelerate the process of fatigue damage, and cause the leg to fracture sooner than in the absence of endothelialization. This feature is made even worse if the leg has perforated the wall of the vena cava, as the short span of the leg that is then being loaded due to endothelialization will increase the magnitude of the stress changes that the primary leg experiences. In addition, there is very likely to be a stress concentration where the primary leg enters the cap that holds the filter legs together. This stress concentration will arise because the leg is likely to interfere with the cap when the leg moves due to the expansion and contraction of the vena cava diameter. This stress concentration will elevate the fatigue damage, cause it to occur faster, and lead to an early fracture of the leg. I find that there is very little difference in the magnitudes of cyclic stresses experienced by the Celect and Tulip filters. Therefore, they will tend to accumulate fatigue damage at approximately the same rate after implantation, and therefore fail by fatigue fracture to similar degrees and extents and at similar rates *in vivo* after implantation. I find also that in almost all circumstances experienced by the Cook IVC filters after implantation that the combination of mean and cyclic stress they experience will eventually cause them to fail by fatigue fracture. In the case of fatigue driven by the respiratory cycle, it is likely that after tilting and/or perforation plus endothelialization, the primary leg will fracture. The length of time may be longer or shorter, and depends on the conditions that develop *in vivo* after a successful implantation, but the likelihood of fatigue fracture in a relatively short time is entirely predictable and should have been foreseen by Cook designers and engineers. Instead a design that was deficient in regard to fatigue durability was developed, marketed and continued when the Celect model was introduced as a modification of the Tulip filter.

It is also noted that there is no redundancy in the designs of the primary legs of the filter and the secondary legs of the Celect, in that they have only one location where they are held in the filter cap. Therefore, if a fracture of a leg occurs, a piece of the leg is broken off and is free to migrate within the patient. In contrast, a leg that is formed as a loop held at both ends by a cap, or some other connection to the body of the filter, is a better design, because no loose piece of wire is

created if the leg breaks due to fatigue.  This aspect of the Cook filters in regard to the primary legs and the secondary legs of the Celect is therefore a deficient feature of its design.

3. Methodology

I have used my engineering and scientific knowledge of design and analysis of engineering components to both analyze and assess the various models of Cook Inferior Vena Cava (IVC) filters.  The quantitative methods I have utilized range from those carried out analytically by geometric, algebraic and calculus methodologies with numerical computation to computer techniques that involve extensive calculations.  All of the techniques that I have used are those that I teach in the various classes that I conduct, and I also use all of these techniques in my consulting work for various companies including medical implant manufacturers.  All of these methods are informed by engineering drawings of Cook IVC filters and by information regarding the properties of the materials of which they are composed.  I also utilize data on *in vivo* conditions that the filters experience after implantation.  Those data are found in medical documents, either books or scientific papers.  I also draw on my knowledge and experience derived from consulting, doing research and writing papers on biomedical, bioengineering and biomechanics subjects as a basis for carrying out my assessments of the various Cook IVC filters.  In addition, in making my assessments I utilize knowledge, insights and understanding that I have gained during my interactions with the FDA on behalf of medical implant companies.

All of the methods, knowledge and experience that I exercise in making my assessments of the various Cook IVC filters are resources that should be present in a team working in a company to develop biomedical implant devices.  Some of the methods and knowledge is quite elementary and will have been mastered by a 3rd year university student in a mechanical engineering program in any institution with an accredited curriculum in that subject.  Other methods and knowledge of a more advanced nature that I utilize in making my assessments are such that a student with a masters or doctoral degree specializing in mechanical engineering design and/or analysis, or an engineer with a bachelor's degree who has undergone some experience in mechanical engineering design and analysis or in biomedical implant design and analysis, will have gained them.

The design, analysis and reliability assessments conducted by me for this report is typical of those routinely conducted during the design validation and verification of engineering devices and components.

4. Objective Industry and Engineering Standards for Design, Design Control and Analysis

I first summarize standards that apply to all engineering companies, industries and engineers, including those engaged in the business of conceptualizing, designing, manufacturing and marketing medical implant devices.  Thereafter, I discuss those standards that, in addition to those applying to all engineering activities, have been developed and have emerged specifically for the medical implants sector of engineering.

4.1 *Engineering standards*

An engineer, and the company or entity that employs the engineer, engaged in the conceptualization, design, analysis and manufacture of a device having implications for the safety and well-being of the person who ultimately uses it are required to act in conformity with objective standards governing engineering activities, where those standards are the ones

5

prevailing in the engineering profession, the engineering industry and the business sector in which the engineer is engaged. The relevant activities are any associated with the performance of engineering duties, and include those contributing to the conceptualization, design, design control, analysis and manufacture of the device. Such standards are identified by authoritative textbooks such as Dieter and Schmidt [8], the professional engineering societies such as the American Society of Mechanical Engineers (ASME) [9], organizations setting technical standards by consensus such as ASME [10], the International Organization for Standardization (ISO) [11], and the International Medical Device Regulators Forum (IMDRF) [12] (formerly known as the Global Harmonization Task Force (GHTF)), and government regulations such as those promulgated by the FDA under the Federal Food, Drug and Cosmetic Act (FDCA). Some of these standards are ethical [8,9], some are rules accepted by the engineering profession and industry as those required for a minimally satisfactory design [10,11], and some are regulatory, mandated by government agencies such as the FDA. While ethical standards [8,9] differ in nature and standing from the other types of standards, they serve to inform engineers, their supervisors and their employers that there are general and specific responsibilities that must be respected when engineering is carried out, such as those listed by Dieter and Schmidt [8], including valuing the virtues of honesty, knowledge, diligence, the protection of public safety, and the promotion of the welfare of the population. Ethical standards also require an engineer to take responsibility for and carry out a step in an engineering process only if that engineer has the knowledge and experience to undertake the task involved [8,9].

Furthermore, all who are educated in an accredited university bachelor's degree engineering program in the US are given an introduction to ethics and the related responsibilities of engineers and their employers. In that regard, Dieter and Schmidt [8] give a summary of their assessment of how an engineer and the engineer's employer should exercise proper care to avoid transgressing ethical, professional and legal boundaries in carrying out design work. Their list includes the following (numbered according to Dieter's and Schmidt's scheme but paraphrasing, truncating and/or omitting some):

1. Take every precaution to assure that there is strict adherence to industry and government standards.
2. All products should be thoroughly tested before release for sale. An attempt should be made to identify the possible ways a product can become unsafe and tests should be devised to evaluate those aspects of the design that are related to how the product can become unsafe. When failure modes are discovered, the design should be modified to remove the potential cause of failure.
3. The finest quality-control techniques available are of no relevance if the product being marketed is in fact defective. However, quality-engineering methods have an important role in helping to ensure that products are safe and effective.
4. Make a careful study of the relationship between your product and upstream and downstream components. You are required to know how malfunctions upstream or downstream of your product may cause failure to your component. You should warn users of your product of any hazards of foreseeable misuses based on these system relationships.
5. Documentation of the design, testing and quality activities is very important. If there is a need to recall a product, it is necessary to be able to pinpoint products by serial or lot

number.  The compilation of good, complete records will help establish habits of competent behavior.

6.   There should be a formal design review before the component, device or product is released for production.

## 4.2 *Standards specifically applicable to medical implant companies*

In a more specific setting relevant to companies producing medical implant devices, companies are expected and required to act in accordance with applicable industry standards, and to adhere to them when choosing how to react to product complaints, adverse events data, and information in the scientific and medical literature.  As noted above, such standards include, but are not limited to, those laid down by consensus organizations such as ISO, items promulgated by IMDRF/GHTF, and regulations and guidance put in place by the FDA.  In addition, there is an expectation that companies will operate on some standards that may not be formally specified, such as adhering to the use of technology, design and production methods that are at the state of the art, to take actions that will enable the company to become familiar with the state of the art in their areas of engineering activity, and to modify designs and production methods when the company realizes that it has fallen behind the state of the art relevant to its products.  A similar standard that is not formally specified is that companies should seek to identify and learn of best practices in all of its engineering activities, and to implement them.

In terms of how the FDA regulates the process by which medical implant devices are brought to market, and authorizes such products, the framework involved includes requirements for quality system management to ensure safety of components and devices.  This feature of the responsibility of companies can be understood by reference to FDA regulations set out in the Code of Federal Regulations (CFR) and to standards and guidance provided by organizations such as ISO and IMDRF/GHTF that are considered to be authoritative by the FDA.  The wider context is FDA regulation of medical implant companies and the applications such companies make to the FDA to gain authorization, clearance or approval for them to market their products, all handled by the Center for Devices and Radiological Health (CDRH) within the FDA.  However, I will focus only on those aspects of that wider context that relate to quality systems requirements in design, design control, analysis and production, but with the understanding that the ensuring of device safety and effectiveness requires the cooperation of the companies, and that FDA requirements are the minimum ones and are but one piece of broader industry standards.  Thus a company must strive to achieve industry standards if they go beyond those laid down by the FDA, and the company cannot accept the status quo if it invokes standards that merely meet those of the FDA but fall short of achieving equivalence with higher standards that currently prevail in its industry.  It should also be stated that manufacturers should always err on the side of caution, in terms of ensuring regulatory compliance, compliance with industry standards and safety of its devices.

I note that one of the principal aims of IMDRF/GHTF is to increase access worldwide to safe medical technologies [12], and that the original GHTF study groups had membership having an appropriate balance between industry and regulatory experts [13].  Its documents and guidance were generated by consensus and peer review [14], following a rigorous and stringent set of standardized procedures [15].  As a result the guidance documents that were developed are highly reliable and have the status of industry standards.  The principles that I list below were

7

finalized in 2012 [16], but they codify principles that, when applied to the conceptualization, design and analysis of products other than medical implant devices, are identical to those applicable more broadly to the engineering profession and industry. Thus, independent of their history, the date upon which they were first published and their current status within IMDRF, they represent standards that have applied for decades to the medical implant device industry and they are still relevant today.

### 4.2.1 *GHTF Essential Principles of Safety and Performance*

GHTF generated principles that are aimed at ensuring the safety and performance of medical implant devices, and that are therefore industry standards, with some of them being relevant to the processes of design, design control and design analysis. The essential principles applicable to all medical devices are as follows [16]:

1. Medical devices should be designed and manufactured in such a way that, when used under the conditions and for the purposes intended and, where applicable, by virtue of the technical knowledge, experience, education or training, and the medical and physical conditions of intended users, they will perform as intended by the manufacturer and not compromise the clinical condition or the safety of patients, or the safety and health of users or, where applicable, other persons, provided that any risks which may be associated with their use constitute acceptable risks when weighed against the benefits to the patient and are compatible with a high level of protection of health and safety.

2. The solutions adopted by the manufacturer for the design and manufacture of the devices should conform to safety principles, taking account of the generally acknowledged state of the art. When risk reduction is required, the manufacturer should control the risks so that the residual risk associated with each hazard is judged acceptable. The manufacturer should apply the following principles in the priority order listed: identify known or foreseeable hazards and estimate the associated risks arising from the intended use and foreseeable misuse; eliminate risks as far as reasonably practicable through inherently safe design and manufacture; reduce as far as reasonably practicable the remaining risks by taking adequate protection measures, including alarms; and inform users of any residual risks.

3. Medical devices should achieve the performance intended by the manufacturer and be designed and manufactured in such a way that, during normal conditions of use, they are suitable for their intended purpose.

4. The characteristics and performances referred to in Clauses 1, 2 and 3 should not be adversely affected to such a degree that the health or safety of the patient or the user and, where applicable, of other persons are compromised during the lifetime of the device, as indicated by the manufacturer, when the device is subjected to the stresses which can occur during normal conditions of use and has been properly maintained in accordance with the manufacturer's instructions.

5. Medical devices should be designed, manufactured and packaged in such a way that their characteristics and performances during their intended use will not be adversely affected

by transport and storage conditions (for example, fluctuations of temperature and humidity) taking account of the instructions and information provided by the manufacturer.

6.  All known and foreseeable risks, and any undesirable effects, should be minimized and be acceptable when weighed against the benefits of the intended performance of medical devices during normal conditions of use.

Relevant essential principles specified by GHTF relate to devices such as IVC filters possibly posing mechanical risk.  I cite the only one relevant to IVC filters [16]:

- Devices should be designed and manufactured in such a way as to protect the patient and user against mechanical risks connected with, for example, resistance to movement, instability and moving parts.

### 4.2.2 FDA Mandated Quality System Regulation and Design Controls

The 1976 Medical Device Amendment to the FDCA led to the FDA specifying Good Manufacturing Practice (GMP) requirements to achieve consistent manufacturing of medical devices relative to their safety and effectiveness.  GMP was further revised in 1996 to include Quality System Regulation (QSR) requiring medical device manufacturers to implement, *inter alia*, quality system requirements and design controls [17].  Under these regulations/standards [18] "Each manufacturer shall establish and maintain a quality system that is appropriate for the specific medical device(s) designed or manufactured, and that meets the requirements of this part," and the code specifies management responsibilities and audit requirements to maintain the system [19,20].  Notably, the code specifies a requirement to employ "sufficient personnel with the necessary education, background, training, and experience" to assure implantation of the quality system, and that such human resource infrastructure be maintained [21].

### 4.2.2.1 Design Controls

QSR design control regulations apply to all Class II and Class III devices to ensure that the design and analysis of a medical device is implemented in such a manner that all specified design requirements are achieved [22].  I quote the design control regulations *verbatim* [22]:

(a) *General.* Each manufacturer of any class III or class II device, [and the class I devices listed in paragraph (a)(2) of this section – omitted], shall establish and maintain procedures to control the design of the device in order to ensure that specified design requirements are met.

(b) *Design and development planning.* Each manufacturer shall establish and maintain plans that describe or reference the design and development activities and define responsibility for implementation. The plans shall identify and describe the interfaces with different groups or activities that provide, or result in, input to the design and development process. The plans shall be reviewed, updated, and approved as design and development evolves.

(c) *Design input.* Each manufacturer shall establish and maintain procedures to ensure that the design requirements relating to a device are appropriate and address the intended use of the device, including the needs of the user and patient. The procedures shall include a mechanism for addressing incomplete, ambiguous, or conflicting requirements. The design input requirements shall be documented and shall be reviewed and approved by a designated individual(s). The

9

approval, including the date and signature of the individual(s) approving the requirements, shall be documented.

(d) *Design output.* Each manufacturer shall establish and maintain procedures for defining and documenting design output in terms that allow an adequate evaluation of conformance to design input requirements. Design output procedures shall contain or make reference to acceptance criteria and shall ensure that those design outputs that are essential for the proper functioning of the device are identified. Design output shall be documented, reviewed, and approved before release. The approval, including the date and signature of the individual(s) approving the output, shall be documented.

(e) *Design review.* Each manufacturer shall establish and maintain procedures to ensure that formal documented reviews of the design results are planned and conducted at appropriate stages of the device's design development. The procedures shall ensure that participants at each design review include representatives of all functions concerned with the design stage being reviewed and an individual(s) who does not have direct responsibility for the design stage being reviewed, as well as any specialists needed. The results of a design review, including identification of the design, the date, and the individual(s) performing the review, shall be documented in the design history file (the DHF).

(f) *Design verification.* Each manufacturer shall establish and maintain procedures for verifying the device design. Design verification shall confirm that the design output meets the design input requirements. The results of the design verification, including identification of the design, method(s), the date, and the individual(s) performing the verification, shall be documented in the DHF.

(g) *Design validation.* Each manufacturer shall establish and maintain procedures for validating the device design. Design validation shall be performed under defined operating conditions on initial production units, lots, or batches, or their equivalents. Design validation shall ensure that devices conform to defined user needs and intended uses and shall include testing of production units under actual or simulated use conditions. Design validation shall include software validation and risk analysis, where appropriate. The results of the design validation, including identification of the design, method(s), the date, and the individual(s) performing the validation, shall be documented in the DHF.

(h) *Design transfer.* Each manufacturer shall establish and maintain procedures to ensure that the device design is correctly translated into production specifications.

(i) *Design changes.* Each manufacturer shall establish and maintain procedures for the identification, documentation, validation or where appropriate verification, review, and approval of design changes before their implementation.

(j) *Design history file.* Each manufacturer shall establish and maintain a DHF for each type of device. The DHF shall contain or reference the records necessary to demonstrate that the design was developed in accordance with the approved design plan and the requirements of this part.

5.   Method of Analysis

Cook IVC filters consist of legs in the form of slender wires held together by a bulky cap.  In deformations that the filters experience, the wire legs deform and bend while the cap experiences negligible distortions.  It is therefore accurate to analyze the deformations and motions of the wire legs while neglecting any changes of shape and size experienced by the cap.  Such an approach is therefore undertaken in this report, and, since the legs of the filter are long and slender, I take advantage of this feature in the analysis of the deformation of the legs by using

10

Euler-Bernoulli beam theory to calculate their responses [23]. Euler-Bernoulli beam theory is an elementary but accurate method of analysis for slender components that is taught to undergraduate students of mechanical and civil engineering. In some of the analysis I carry out I make use of the linear elastic response of the metal of which the Cook IVC filters are composed. I recognize that the filter legs have previously experienced inelastic response during the process that was used to bend them into their desired shape. However, the tilting instability of the filter is independent of the prior inelastic deformation that the legs have experienced, and therefore during the analysis of the tilting instability it is unnecessary to take this prior inelastic deformation into account. Similarly, the forces that the vena cava wall exerts on the implanted filter are not influenced by the prior inelastic deformation, and therefore these forces can be computed by linear elastic analysis. The conditions that influence the fatigue behavior of the material are affected by the stress present in the material at any time [7] and, in the absence of stress relief or annealing, the stresses present in the wires of the legs of the filter are dependent on the prior inelastic deformation the wires experienced during bending into shape. Therefore the stresses residual to the process of bending the primary legs into shape are calculated by inelastic analysis for the purpose of obtaining the stresses in these legs for fatigue analysis. The cycling of the stress levels caused by changes to the diameter of the vena cava are computed by elastic analysis, but they are compared with the conditions that cause inelastic analysis in case the assumption of elastic behavior is violated.

6.   Shape of the Primary Leg

The primary leg shape consists of the segment gripped by the cap, 2 curved sections, one straight section and the foot that secures the filter to the wall of the vena cava, as can be seen in Figures 1-3 [1-3]. One curved section is adjacent to the cap, while the straight section is at the foot end of the leg. The curved section adjacent to the cap will be referred to as the first curve AB, the

11

other curve will be referred to as the second curve BC and the straight segment will be designated CG.  That is, A is where the leg enters the cap, B is where the 2 curved segments meet, C is where the second curve meets the straight segment and G is at the foot.  The segment of the leg inside the cap will not be analyzed as that segment is rigidly held by the cap.  The details of the foot are not addressed.

7.  Tilting instability analysis

The filter is considered to be implanted in a vena cava of diameter $w$ and to be tilted at an angle $\phi$ relative to the axis of the vein.  That is, in the untilted state $\phi = 0$ and $\phi$, when nonzero, is the angle between the axis of the vena cava and the symmetry axis of the filter.  The tilt can occur by rotation around one foot of the filter which remains fixed in the vena cava wall while the other 3 feet slide caudally along the vena cava wall.  This tilting leaves one pair of legs opposite each other undisturbed to 1st order so that their feet are a distance $w$ from each other.  As a consequence, the other pair of legs opposite each other, that include the one with the foot that has not moved relative to the vena cava wall, have feet that are at a distance $w / \cos\phi$ from each other.  The span between the feet when the filter is in its design shape prior to being inserted in the delivery tube is $s$ and this is taken by me to be 40 mm for the Celect filter, as given in the engineering drawings as the maximum filter diameter permitted.

In the implanted tilted state the feet of the filter are subject to forces $P$ that push the feet toward each other compared to the design shape, and these forces are aligned with the line joining the feet to each other.  These forces are exerted by the wall of the vena cava and for this analysis no other load is applied to the feet of the filter.  The filter is therefore not endothelialized to the vena cava wall as it has freedom to move as it tilts.  Therefore, tilting is likely to occur soon after implantation before endothelialization takes place, or it can occur at any time in a patient who does not endothelialize the filter.

I analyze tilting by considering the distortions that occur when the feet of the filter spread apart during the process of tilting.  I consider the cap of the filter to be stationary and not rotating while the vena cava is rotating.  This setup is simply a conversion of the frame of reference from that of a stationary vena cava with a mobile filter to that of a stationary filter cap with a mobile vena cava.  The results of the analysis as far as the change of strain energy of the filter is concerned are correct whichever frame of reference is used, and the analysis is simpler to follow in the choice of frame of reference that I have made.

13

in the 1st curve between A and B.  Note that to obtain Eq. (6) I use the boundary condition $\psi = 0$ at A, a condition associated with the symmetry of the motion of the 2 legs squeezed towards each other, the rigidity of the cap and the fact that in my chosen frame of reference the cap is both stationary and does not rotate.  The rotation at B is thus given by

where I have used the fact that the rotation is continuous at B.  From Eq. (9) I deduce that the rotation at C is given by

14

In the straight segment of the leg $d\chi = d\xi$ so that Eq. (4) & (3) provide

which integrates to give

where the rotation is continuous at C.

Next I note that

where $w$ is the displacement of the wire towards the axis of symmetry of the filter in a direction orthogonal to the axis of the wire. In the 1st curve from A to B this provides from Eq. (6)

which integrates to give

where I use the boundary condition $w = 0$ at A since, in my chosen frame of reference, the cap remains stationary. The displacement at B is thus

In the 2nd curve from B to C Eq. (9) & (13) lead to

15

which integrates to give

where I use continuity of the displacement at B.  The displacement at C is thus given by

In the straight segment of the leg Eq. (12) & (13) lead to

which integrates to

where I have used continuity of the displacement at C. Therefore the displacement at the foot, G, is

The displacement at G in the direction of the applied force is $w_G \cos\left(\theta_1 - \theta_2\right)$. I define the compliance $c$ to be

and thus

I note that the compliance $c$ is valid for the process of moving the feet on opposite legs towards each other as well as for moving them away from each other.

The strain energy, $U$, in a pair of legs is

$$U = P w_G \cos\left(\theta_1 - \theta_2\right) = \frac{w_G^2 \cos^2\left(\theta_1 - \theta_2\right)}{c} \tag{25}$$

In a tilted state the displacement of the feet is such that

$$w_G \cos(\theta_1 - \theta_2) = \frac{w}{2\cos\phi} - \frac{s}{2} \tag{26}$$

Therefore the leg strain energy is

$$U = \frac{1}{c}\left(\frac{s}{2} - \frac{w}{2\cos\phi}\right)^2 \tag{27}$$

I note that this is largest when the tilt angle $\phi = 0$ and diminishes as the tilt angle increases. This feature is the driving force for tilting after the filter has been implanted in the vena cava. The feature just presented can be confirmed by differentiating the leg strain energy with respect to the tilt angle, which provides

$$\frac{dU}{d\phi} = -\left(s - \frac{w}{\cos\phi}\right)\frac{w\tan\phi}{2c\cos\phi} \tag{28}$$

The term in parenthesis is positive since the filter span is compressed when it is implanted in the vena cava. Thus the derivative in Eq. (28) is zero in the absence of tilt and is negative otherwise, confirming the fact that the leg strain energy diminishes upon tilt. In perfect alignment the legs are neutrally stable; however, any motion, such as expansion and contraction of the vena cava and asymmetry of the blood flow is likely to cause a slight tilt and send the filter into an unstable configuration that will lead to further tilting. In such a situation it will be both almost impossible to implant the filter in perfect alignment and to retain it in that position. Therefore, a perfectly aligned filter will be almost impossible to achieve and it is likely to tilt very soon after implantation.

In the analysis above, I have assumed that the contact point between the filter leg and the vena cava wall is at the foot of the leg. In narrow vena cavas, such as those as small as 15 mm in diameter, the contact point between the filter leg and the vena cava wall, due to bending of the leg, may be some distance away from the foot. The analysis of tilting outlined above is relevant to such a situation, though the details of the calculations will be different. In the situation of a narrow vena cava, such as those as small as 15 mm in diameter, there will be strain energy stored in the filter and tilting will enable a reduction of that strain energy. Thus there is a driving force for tilting in that situation. In that case, it is possible that the feet disengage from the vena cava wall, and the curved shape of the primary legs where they rest against the vena cava wall will offer negligible resistance to the process of tilting.

In a well designed filter there would be an aspect of the design that would tend to inhibit tilting by opposing the driving force of strain energy reduction represented by Eq. (27) & (28). For example, in some designs there are arms that geometrically or mechanically stabilize the filter and make it less likely that tilting will occur. However, it is a feature of the Celect design that the secondary legs do not provide any resistance to tilt, or, if they do, it is negligible or minimal. This is straightforward to deduce by taking engineering drawings of the Celect filter and considering it to be implanted in a 30 mm diameter vena cava.

18

It is then a simple matter to consider the filter to tilt and to infer that no distortion of the secondary legs is needed when such a tilt occurs.  In smaller vena cavas a similar situation prevails though the secondary leg spans will have been reduced to squeeze them into the vena cava when the filter is untilted.  However, there is no need for any substantial change of shape of the secondary legs to occur when tilting occurs, and indeed is it very probable that no change of shape occurs.  Therefore, in all cases the change in strain energy of the secondary legs upon tilting is either zero or very small, so that there is no increase in strain energy of the secondary legs that can compensate for the reduction in strain energy experienced by the legs during tilting.  Therefore, to either an exact result or to a good approximation, Eq. (27) & (28) represent the strain energy changes of the entire filter upon tilting and therefore, due to strain energy reduction, indicate that the filter is unstable and is very likely to tilt when it is implanted in the vena cava.

I note that my results are obtained by relatively simple analysis and tell us that the Celect design is prone to tilting.  It is thus not necessary to carry out finite element analysis to identify that the Celect design will be prone to tilting.  Indeed a very simple analysis, capable of being carried out by an undergraduate student in mechanical engineering, tells me the same thing, as follows.  I approximate the legs of the filter as 2 straight beams of length $l$ and consider them to be squeezed into a vena cava of diameter $w$.  I take $H$ to be the height of the filter as before.  With $\xi$ measuring the distance along one of the straight legs, and $P$ & $M$ having the same meaning as before, I deduce that

From Eq. (4) I then obtain

which integrates to give

Eq. (13) then leads to

I integrate this to get

19

and thus

An estimate for the compliance is then obtained as

This result can then be used in Eq. (27) & (28) with the conclusions thereafter remaining unchanged; i.e. this quick analysis shows that the filter is prone to tilting due to the tendency for strain energy to be reduced when tilting occurs.

I note that this last analysis took only a few minutes and should have been performed by Cook engineers, designers and analysts to assess the likelihood of a tilt problem in the Celect filter. Their conclusion should have been that the design makes the filter prone to tilting and would have shown that a different design was necessary to avoid the tilting problem.

8.   Force transmitted to the vena cava wall at the foot of the filter leg

This force is $P$ as identified above, except that now and henceforth I designate a positive value of $P$ to move the feet on opposite legs towards each other, and I define a positive displacement of the foot to also do so. This is fully permitted because of the linearity of the behavior of the filter in the circumstances considered. For the Celect filter, combination of Eq. (23) & (26) provides

and I use this result at zero tilt so that $\phi = 0$.

In experiments carried out by Cook [28], the legs of Tulip and Celect filters were squeezed together between platens and the forces and displacements that resulted were measured. From those results I can deduce the stiffness of a pair of legs by using the results in Figure 7 of [28] where data from what is called Method 1 are plotted. From the slope of the lines in that Figure 7 I estimate the stiffness for a pair of legs to be

20

The error in my result is therefore approximately 10% and I underestimate the stiffness by this small amount.  The 10% discrepancy is very reasonable given the setup of my analysis.

9.   Residual stress in legs due to bending into shape
The legs are bent into shape by pressing using plastic deformation [29].  This will leave residual stress in the wire unless it is stress relieved.  To estimate the residual stress I assume elastic-perfectly plastic behavior [29], which is a reasonably accurate model for the stress-strain curve of Elgiloy [4].                                    As before I use the Euler-Bernoulli theory of bending [23], but now including plastic deformation [29].  After bending and release from the die shaping it, the axial residual stress, $\sigma$, in the wire is given by

10. Stress due to implantation into the vena cava

The distortion of the leg when the filter is implanted in the vena cava, as described above, leads to elastic bending stresses within it.  To estimate these stresses I first use Eq. (36) to compute the force $P$ transmitted from the vena cava wall to foot of the leg.  Though the filter will tilt, I assume no tilt for the purpose of this estimate as that is the worst case in regard to this particular aspect of the filter behavior; i.e. $\phi = 0$.  Therefore, Eq. (36) provides me with

From Eq. (1) I observe that the largest bending moment sustained by the leg is at A where the leg enters the cap and is where $\theta = 0$.  From this I deduce that the largest bending moment occurs there when the filter is implanted, and the magnitude of this bending moment at A is

The maximum elastic stress in the wire cross-section is then given by

This stress is tensile on the concave side of the leg and compressive on the convex side.  Since the residual stresses are tensile on the concave side and compressive on the convex side, the elastic stress in Eq. (40) is additive to the residual stress.

10.1 *Celect filter*

From information given above I compute

11. <u>Cyclic fatigue</u>

When the vena cava diameter expands and contracts with a filter implanted within it, the filter legs at their feet are forced to move with the vena cava wall and so the legs are bent back and forth.  This will cause increases and decreases in stress in the wire legs, with such stresses known as cyclic stresses.  Such cyclic stresses, when repeated continually, may eventually cause the wire of the legs to break due to fatigue.  Such a situation can arise due to the repeated expansion and contraction of the diameter of the vena cava.

A further consideration is that the conditions experienced in the Cook IVC filters *in vivo* is that the mean stress during load cycling is not zero, due to the implantation stress and the residual stress from plastic bending of the legs into shape.  For this purpose, I will utilize the concept of a Goodman plot [7], as used by the analysts who prepared [4].  Using an endurance limit at zero mean stress designated $\Delta\sigma_o$, in my case taken to be 330 MPa, a mean stress $\sigma_m$, and an ultimate tensile strength $\sigma_o$, taken to be 2210 MPa, the concept of a Goodman plot [7] predicts the endurance limit for a given mean strength to be

I now estimate the cyclic stresses when the filter is not endothelialized to the vena cava wall and is not tilted. For this purpose I difference Eq. (36) with $\phi = 0$ to recognize the effect of expansion and contraction of the span (diameter) $w$ of the vena cava. This gives

$$\Delta P = \frac{\Delta w}{2c} \tag{45}$$

where $\Delta w$ is the magnitude by which the vena cava diameter expands and contracts and $\Delta P$ is the resulting magnitude of the change in the force transmitted between the wall of the vena cava and the foot of the leg of the filter. From Eq. (1) I observe that the largest bending moment sustained by the leg is at A where the leg enters the cap and is where $\theta = 0$. From this I deduce that the largest change to the bending moment occurs there when the vena cava diameter expands and contracts. The magnitude of this change in the bending moment at A is

$$\Delta M_A = \frac{H \Delta w}{2c} \tag{46}$$

The maximum amplitude in the wire cross-section of the change in the stress is then given by

$$2\Delta\sigma = \frac{32 \Delta M_A}{\pi D^3} = \frac{16 H \Delta w}{\pi c D^3} \tag{47}$$

and is located at the outer surface of the wire.

In aggressive circumstances, such as valsalva, the diameter change is substantial [5,6]. Cook should have taken such circumstances into account in its design as part of its analysis of worst case scenarios. Based on data of Laborda et al. [6] I assume that the diameter change can be as much as 80%. I note that this result is based on the concept that can be deduced from the data, observations and figures in Laborda et al. [6] that the minor axis of the elliptical cross-section of the vena cava can reduce by 80% during valsalva and similar maneuvers. LaDisa [30,31] has observed that the data in Laborda et al. [6] can be used to deduce a reduction of 63% in the effective diameter of the vena cava, where the effective diameter is that which, for circular shapes, gives the same area as the elliptical vena cava before and during valsalva. In view of this, I will use an 80% diameter reduction as a severe worst case during valsalva, and 63% reduction as an alternative possibility.

25

For an 80% reduction in diameter I obtain $\Delta w = 12$ mm in a 15 mm diameter vena cava and $\Delta w = 24$ mm in a 30 mm diameter one. These results give rise to a stress range of 2006 MPa $\pm$ 146 MPa for the 15 mm diameter vena cava. From this, one suspects that the number of valsalva maneuvers that will break the filter by fatigue is relatively low.

However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle, and can hasten the failure that would otherwise take longer to occur.

Ref. [4] I estimate that a filter subject to this condition is likely to _____, However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle, and can hasten the failure that would otherwise take longer to occur.

:. However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle, and can hasten the failure that would otherwise take longer to occur.

I note that any stress concentration where the leg enters the cap will make the situation worse and higher in terms of all stress magnitudes except the residual stress, and will have a correspondingly negative effect on the fatigue life of the leg.

12. Cyclic fatigue in a tilted filter

Now consider a filter that has tilted but has not endothelialized to the vena cava wall.  The tilting will reduce the magnitude of the elastic implantation stress, will have no effect on the residual stress and will increased the magnitude of the cyclic stresses.  I address the case of a 15 mm diameter vena cava with a 30° filter tilt.  For a tilted filter I use Eq. (36) as given and the result for the bending moment at A that is given above, namely $M_A = PH$.  The maximum elastic stress in the wire cross-section upon implantation followed by tilt is then given by

As before this is located at the outer surface of the wire.

However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at $30^o$ to the axis of the vena cava.

If I assume that the diameter reduction during valsalva and similar events can be 63% of the vena cava diameter [5,6], I obtain $\Delta w = 9.5$ mm in a 15 mm diameter vena cava and $\Delta w = 19$ mm in a 30 mm diameter one.

One suspects then that the number of valsalva maneuvers that will break the filter by fatigue is relatively low in both cases.  From considerations of the Goodman plot leading to inequality (44) I find that these cases fail the test and are unlikely to survive loading.  The effective alternating stress,

The tilted filter is likely to fail by fatigue fracture before the untilted one as its effective alternating stress is higher.

However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at $30^o$ to the axis of the vena cava.

This suggests that the fatigue life of the filter in a 30 mm diameter vena cava in terms of number of valsalva maneuvers will be relatively short in both cases, but is likely to be shorter in the tilted filter due to the sensitivity of the fatigue life to the greater cyclic stresses.  From considerations of the Goodman plot leading to inequality (44) I find that these cases fail the test and are unlikely to survive    The effective alternating stress,

However, I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at $30^o$ to the axis of the vena cava.

## 13. Effect of endothelialization

I now consider a filter, tilted or untilted, that has its feet endothelialized to the vena cava wall. Therefore, any motion imposed on the vena cava wall is transmitted to the foot of the leg of the filter.  As a worst case assumption I take the vena cava to remain parallel sided when it expands or contracts due to respiration, valsalva or other events.  As a consequence a constraint is imposed on the foot of the filter that it is unable to rotate when the vena cava expands and contracts; i.e. $\psi_G = 0$ where $\psi_G$ is the value of $\psi$ at the foot.

wall when the foot is endothelialized, and that transmitted without endothelialization to be $P_u$. At a given displacement of the vena cava wall the ratio of these forces is

$$\tag{53}$$

Thus, due to endothelialization the forces transmitted can rise by a factor of 4, making penetration of the vena cava wall more likely. The bending moment at A without endothelialization is $M_A^u = P_u H$ while that with endothelialization is $M_A^e = P_e H_e$. As a consequence, the ratio of these bending moments is

$$\tag{54}$$

The bending stresses increase by the same amount.

The residual stress and the stress due to implantation will not be affected by endothelialization as that has not occurred yet when the filter is implanted. However, after a short time of days or weeks endothelialization can have glued the filter foot to the vena cava wall. Therefore, the cyclic stress leading to fatigue is influenced by endothelialization. With $\Delta\sigma_{end}$ the cyclic stress in an endothelialized filter and $\Delta\sigma_u$ that in a filter without endothelialization, their ratio is

$$\tag{55}$$

This shows that in equivalent circumstances such as tilt or its absence, and for a given increase and reduction of the diameter change of the vena cava the cyclic stresses in the endothelialized filter are up to twice as high as those where the filter is not endothelialized. Therefore, endothelialization of the filter will accelerate the process of fatigue and will cause it to fracture by fatigue sooner after a smaller number of cycles of respiration, valsalva or any other process causing increase and decrease of the diameter of the vena cava. I now proceed by assuming that, given Eq. (55), endothelialization of a tilted filter doubles the cyclic stress, with the implantation and residual stress unchanged.

However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at $30^\circ$ to the axis of the vena cava, and the time for endothelialization to occur.

I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at 30° to the axis of the vena cava, and the time for endothelialization to occur.

· I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at 30° to the axis of the vena cava, and the time for endothelialization to occur.

If I assume that the diameter reduction during valsalva and similar events can be 63% of the vena cava diameter [5,6],

I estimate that a tilted filter subject to this condition is likely to fail at approximately 200,000 cycles.  I note that the fatigue damage caused by valsalva, coughing, etc. is additive [7] to that associated with the respiratory cycle and can hasten the failure that would otherwise take longer to occur.  However, the time until the filter fails by fatigue and fractures will include the time taken for the filter to work itself into a tilted state where it is aligned at 30° to the axis of the vena cava, and the time for endothelialization to occur.

32

14. The effect of perforation

I now assume that the filter legs have perforated the wall of the vena cava. The process of perforation can continue until the implantation elastic stress is completely relaxed and therefore the leg has reached its design shape with much of it extending beyond the vena cava. As this provides the worst case for fatigue, I consider such a situation. For simplicity I assume that no tilt has taken place. I note that tilt is likely to worsen the conditions imposed on a perforated filter. In addition, I consider the situation where the leg has been endothelialized at the location where it passes through the vena cava wall. I also consider a 15 mm diameter vena cava as that is also the worst case as far as respiration expansion and contraction of the vena cava is concerned.

In the situation assumed, 16.275 mm of the leg extending from the cap will be inside the vena cava and the remainder of the leg will be sticking outside the vena cava. The segment of the leg inside the vena cava lies entirely within the first bend of the leg from A to B. As above, I consider a force $P$ applied to the filter leg by the vena cava wall, but now the force is applied to the leg where it passes through the vena cava wall. Ultimately this force will be considered to be cyclic, but I proceed in the analysis to analyze monotonic loads.

14.1 *Celect filter*

In such a situation the bending moment in the wire is given by

Since I consider the leg to be endothelialized to the wall of the vena cava, $\psi = 0$ at $\theta = \theta_p$, which provides me with

$$\tag{59}$$

I also use Eq. (13) and combine it with Eq. (58) followed by integration to obtain

$$\tag{60}$$

The deflection at the vena cava wall where the leg passes through it is therefore given by

$$\tag{61}$$

with its component in the direction of the applied force $P$ being $w_p \cos\theta_p$. The compliance, $c_p^e$, of a fully perforated endothelialized filter leg is thus given by

$$\tag{62}$$

Switching to cyclic loading, I find that the changes in applied force are given by

$$\tag{63}$$

the changes in bending moment at A by

$$\tag{64}$$

and the amplitude of the changes in the stress at the outer surface of the wire by

$$\tag{65}$$

I evaluate

Comparison with Eq. (48) shows that a fully perforated and endothelialized filter in a 15 mm vena cava generates cyclic stresses that are almost

Thus it is very likely that respiration will break the filter leg shortly after perforation has set in to a significant extent. That is, the time to failure for the life of the filter leg will depend on how fast it perforates and is endothelialized by the vena cava wall. If failure does not happen prior to full perforation and endothelialization, it is likely that fatigue will break the perforated, endothelialized filter fairly quickly thereafter.

If valsalva and similar events occur, and they cause a 80% reduction of the vena cava diameter so that $\Delta w = 12$ mm in a 15 mm diameter vessel, the stress range will be

These stresses are so large that there is almost no chance of the filter leg surviving and it will almost certainly deform permanently or break; in either case it is likely that the filter will no longer be functional.

If valsalva and similar events occur, and they cause a 63% reduction of the vena cava diameter so that $\Delta w = 9.5$ mm,                                               These stresses are so large that there is almost no chance of the filter leg surviving and it will almost certainly deform permanently or break; in either case it is likely that the filter will no longer be functional.

I note that the case of a fully perforated and endothelialized filter in a 15 mm diameter vena cava is the worst case as far as cyclic stress is concerned. Almost any condition between that and the results given just after Eq. (48) is possible. However, the design should be robust in regard to the plausible worst case, which is a tilted, fully perforated, endothelialized filter in a 15 mm diameter vena cava. As noted above, even the untilted case in such circumstances is so bad that the filter has little chance of surviving intact and functional for very long after full perforation and endothelialization.

Although not the plausible worst case, I consider a fully perforated filter in a 15 mm diameter vena cava without endothelialization. Without giving details,
                                        Therefore, if I assume that respiration causes $\Delta w = 1$ mm, the stress range is thus                        From considerations of the Goodman plot leading to inequality (44) I find that this case fails the test and is unlikely to survive cycles of loading.

                                        The time taken until fatigue failure will depend on how long it takes for the filter to fully perforate the vena cava wall, with this situation first developing and then failure by fatigue fracture occurring some time after that.

If I take respiration to cause an 18% reduction in the diameter of the vena cava $\Delta w = 2.7$ mm, then the stress range in a 15 mm diameter vessel for a fully perforated filter without endothelialization is
                                        This indicates that fatigue will very likely break the perforated filter very quickly, with the time to failure determined mainly by how long it takes for the filter to fully perforate. From considerations of the Goodman plot leading to inequality (44) I find that this case fails the test and is unlikely to survive                        : The

36

effective alternating stress,

. The time taken until fatigue failure will depend on how long it takes for the filter to fully perforate the vena cava wall, with this situation first developing and then failure by fatigue fracture occurring some time after that.

If I take respiration to cause a reduction in the diameter of the vena cava of $\Delta w = 1.8$ mm, then the stress range in a 15 mm diameter vessel for a fully perforated filter without endothelialization This indicates that fatigue will very likely break the perforated filter very quickly, with the time to failure determined mainly by how long it takes for the filter to fully perforate.

The time taken until fatigue failure will depend on how long it takes for the filter to fully perforate the vena cava wall, with this situation first developing and then failure by fatigue fracture occurring some time after that.

If valsalva and similar events occur, and they cause an 80% reduction of the vena cava diameter in a 15 mm diameter vessel so that $\Delta w = 12$ mm, the stress range for a fully perforated filter without endothelialization will be : These stresses are so large that there is almost no chance of the filter leg surviving and it will almost certainly deform permanently or break; in either case it is unlikely that the filter will remain functional. The time taken until this failure will depend on how long it takes for the filter to fully perforate the vena cava wall.

If valsalva and similar events occur, and they cause a 63% reduction of the vena cava diameter in a 15 mm diameter vessel so that $\Delta w = 9.5$ mm, the stress range for a fully perforated filter without endothelialization will be . These stresses are so large that there is almost no chance of the filter leg surviving and it will almost certainly deform permanently or break; in either case it is unlikely that the filter will remain functional. The time taken until this failure will depend on how long it takes for the filter to fully perforate the vena cava wall.

15. Effect of stress concentration

The stress concentration will raise the elastic implantation stress and the cyclic stress by the factor $f$ and this will increase the rate at which fatigue damage accumulates. Therefore, fatigue failure can occur even more rapidly than suggested by the results that have been obtained above without taking a stress concentration factor into account.

16. Analysis of Tulip filter

37

39



18. Comparative analysis of the Greenfield Titanium IVC Filter

I obtained an unused exemplar Greenfield Titanium filter, depicted in Figure 6, an image downloaded from bostonscientific.com [36]. As can be seen in Figure 6, this filter has 6 legs that are almost straight, gathered into a cap that holds them. Given its name, it can be deduced that it is made from a titanium alloy. As Ti-6Al-7Nb is the composition of choice for biomedical implants made of titanium alloy, I assume that the Greenfield Titanium filter is made from that material. Another possibility is that it is Ti-6Al-4V, but that has elastic properties and yield strength almost identical to Ti-6Al-7Nb, and thus my elastic analysis is valid for both possibilities. The elastic modulus, $E_G$, of Ti-6Al-7Nb is approximately 110 GPa [37]. I measured the dimensions of my exemplar Greenfield Titanium IVC filter and found that the overall length of each leg is $l_G = 48\ mm$, their diameters are $D_G = 0.018\ in. = 0.4572\ mm$, and

41

$$(81)$$

For the purpose of the mechanical analysis I assumed that the Greenfield Titanium filter legs are straight and ignored the z-bends that can be seen in Figure 6.  The approximation associated with this assumption will not introduce significant errors and will give us a fairly accurate analysis of the mechanical behavior of the Greenfield Titanium IVC filter.  Due to my approximation in which I take the legs to be straight I can use the result in Eq. (35) to obtain the compliance, $c_G$, of each leg of the Greenfield Titanium IVC filter.  For this purpose I rewrite Eq. (35) as

$$\frac{\pi E_G D_G^4}{64} c_G = \frac{1}{3} H_G^2 L_G \qquad\qquad (82)$$

Evaluation of this gives me $c_G = 129.09 \; mm/N$.  As the stiffness of the leg is the inverse of its compliance, I find the stiffness of the Greenfield Titanium filter leg to be $k_G = 0.0077463 \; N/mm$.

The significance of the stiffness of the legs of the filter is that the force applied by the filter leg foot to the wall of the vena cava is proportional to the stiffness of its legs in addition to being dependent on how much the feet of the filter have been moved towards each other to fit the filter into the vena cava.  For this purpose I take the results for the Celect and Tulip filter where it is assumed that the span between opposing feet is 40 mm, identical to the value for the Greenfield Titanium filter as measured by me.  Therefore, in a vena cava of a given size, all of these 3 filters, the Greenfield Titanium, the Celect and the Tulip, will have their feet displaced by the same distance upon implantation in that vena cava.

42

As a consequence, I conclude that the Celect and Tulip filters are much more likely to perforate the wall of the vena cava, and to do so at higher rates and more quickly, than the Greenfield Titanium filter.

The magnitude of the elastic strain energy stored in a pair of legs in a filter in a vena cava of a given diameter is also proportional to the stiffness of the legs. As discussed above, the stored elastic strain energy in the filter primary legs is the driving force for tilting of the filter, and the bigger it is, the greater the driving force for tilting. Therefore, I conclude that, in a vena cava of a given diameter, and given that the spans of all filters between opposing legs is the same, the strain energy stored in a pair of legs in the Celect and Tulip filters is much greater than in the Greenfield Titanium, and thus there is much more likelihood for the Celect and Tulip filters to tilt than is the case for the Greenfield Titanium filter.

It is also possible that the z-bends in the legs of the Greenfield Titanium filter that can be seen in Figure 6 inhibit the tendency to tilt, whereas such features are lacking in the Celect filter. (The joint between the primary and secondary legs of the Tulip may play the same inhibitory role.) If there is enough bending of the legs of the Greenfield Titanium filter after implantation in a vena cava, it is possible that the z-bends in the legs come into contact with the wall of the vena cava. If they do so almost immediately after implantation, as seems likely, the shape of the z-bends may stabilize the Greenfield Titanium filter against tilting as it may be difficult for those features to slide along the wall of the vena cava when tilting is incipient, and so it is possible that they shut off the tendency for tilting to occur.

Since tilt contributes to the tendency for perforation and perforation contributes to tendency for tilting, it is my opinion that the reduced likelihood of both in the Greenfield Titanium filter, compared to the Tulip and Celect filters, make the Greenfield filter significantly better as a filter as tilting is likely to reduce clot-trapping effectiveness, and probably makes it safer as perforation may have adverse consequences, and tilting and perforation increase the likelihood of fatigue fracture where a piece of the leg of the filter can escape and reach other organs such as the heart and lungs.

We now consider the alternating stress that can be caused by repeated expansion and contraction of the diameter of the vena cava. For an untilted filter I can use Eq. (47) for this purpose, rewritten for the Greenfield Titanium filter as

$$\Delta\sigma_G = \frac{8H_G k_G \Delta w}{\pi D_G^3} \tag{83}$$

where $\Delta\sigma_G$ is the alternating stress for the Greenfield Titanium filter. The equivalent result for the Celect filter is rearranged from Eq. (47) as

43

It is thus my opinion that the low stiffness of the legs of the Greenfield Titanium filter is very likely an advantage in terms of fatigue durability, resistance to tilt, avoidance of perforation and the interaction among all of these possible phenomena. In a vena cava of a given diameter that experiences repeated increases and decreases of the diameter of a given magnitude, the driving forces for all of these events is increased by high stiffness of the filter legs. For these reasons and the ones given above, it is my opinion that the Greenfield Titanium filter is superior to the Cook Tulip and Celect IVC filters.

I note that my analysis is consistent with experimental observations of the relative stiffness under radial compression of the Celect and Greenfield filters as reported in a poster by Robins et al. [40]. Although it is not clear which Greenfield model was tested for their experimental results, the outcomes of their tests show clearly that the Celect filter is stiffer than the Greenfield.

19. Comparative analysis of the Braun Vena Tech IVC Filter

I obtained an unused exemplar Vena-Tech filter, depicted in Figure 7, an image downloaded from bisusa.com [41]. As can be seen in Figure 7, this filter has 4 legs, each in the form of a loop with 4 almost straight segments, gathered into a cap that holds them. The Vena Tech filter is made from an alloy known as Phynox [34], which is a trade name for a version of Elgiloy. The elastic modulus, $E_V$, of Phynox is approximately 200 GPa [42].

The Vena Tech filter seemingly is designed so that the end segments of the looped legs rest against the wall of the vena cava; I will assume that this is the case, and that the segment in question moves to stay in contact with the vena cava wall after implantation. As a consequence,

44

those segments are not distorted or stressed. When the filter is deformed to squeeze it into the delivery tube and/or the vena cava, and when the vena cava expands and contracts due to respiration or valsalva or similar actions, the segments of the legs that stretch from the cap to the location of the sharp bend and loop are those that are distort. Therefore, when I analyze the mechanical performance of the Vena Tech filter I will confine my attention to those segments of the legs that connect the sharp bend and loop in them to the cap. I will call the location of the sharp bend and loop the foot of the leg even though it is not actually at the end of the leg.

I measured the dimensions of my exemplar Vena Tech IVC filter and found that the overall length of the segment of the longer leg that connects the cap to the foot (i.e. the sharp bend and loop) is $L_V = 45\ mm$, its diameter is $D_V = 0.0105\ in. = 0.2667\ mm$, and its cross-section is circular. Three of the segments are of this length, where the three segments on the remaining legs are shorter, and are 41 mm. I also find that the span between the sharp bends and loops on opposing legs is 40 mm. It follows that the included angle, $2\theta_V$, between legs opposite each other is approximately $51°$, where I have allowed 0.5 mm for the width of the cap. The angle $\theta_V$ is therefore that between the axis of the filter shape and each leg where they emanate from the cap. From this I compute the vertical height of the filter from the bottom of the cap to the plane containing the feet (i.e. the sharp bends and loops) on the longer leg segments as

$$H_V = L_V \cos\theta_V = 40.56\ mm \tag{86}$$

For the purpose of the mechanical analysis I assume that the segments of the Vena Tech filter legs between the feet (i.e. the sharp bends and loops) and the cap are straight and ignore the slight curvature that can be seen in them in Figure 7. The approximation associated with this assumption will not introduce significant errors and will give us a fairly accurate analysis of the mechanical behavior of the Vena Tech IVC filter.

I measure the distance along the leg from the cap to be $\xi$ and deduce that when a pair of forces $P$ tending to move the feet (i.e. sharp bends and loops) on opposite legs away from each other, the bending moment in the leg is

$$M = \frac{1}{2}P\big(H_V - 2\xi\cos\theta_V\big) \tag{87}$$

as a consequence, the bending of the leg segment is determined by

$$\frac{\pi}{64}E_V D_V^4 \frac{d^2 w}{d\xi^2} = \frac{1}{2}P\big(H_V - 2\xi\cos\theta_V\big) \tag{88}$$

I integrate this once and deduce that

$$\frac{\pi}{64}E_V D_V^4 \frac{dw}{d\xi} = \frac{1}{2}P\big(H_V\xi - \xi^2\cos\theta_V\big) \tag{89}$$

45

Note that there is zero rotation both at $\xi = 0$ and at $\xi = L_v$, reflecting the boundary conditions imposed by the cap and by the contact of the leg segment resting against the vena cava wall that both constrain rotation. I integrate Eq. (89) and deduce that

$$\frac{\pi}{64} E_v D_v^4 w = \frac{1}{2} P \left( \frac{1}{2} H_v \xi^2 - \frac{1}{3} \xi^3 \cos\theta_v \right) \tag{90}$$

where I have used the boundary condition that the cap does not move. I then evaluate the result at $\xi = L_v$ to obtain the displacement of the foot (i.e. the sharp bend and loop) on the leg in the form

$$\frac{\pi}{64} E_v D_v^4 w(L_v) = \frac{1}{12} P H_v L_v^2 \tag{91}$$

I then note that the motion of the foot (i.e. sharp bend and loop) on the leg in the direction of the applied force is

$$\delta = w(L_v) \cos\theta_v \tag{92}$$

and thus deduce that

$$\frac{\pi}{64} E_v D_v^4 \delta = \frac{1}{12} P H_v^2 L_v \tag{93}$$

Since the stiffness, $k_v$, of the leg of the filter is such that

$$P = k_v \delta \tag{94}$$

I deduce that the leg stiffness is $k_v = 0.0080513 \ N/mm$, so that its compliance, $c_v = 124.20 \ mm/N$. The stiffness given is for the longer leg segments. The shorter leg segments give rise to a stiffness that is approximately 32% greater, and thus for these the stiffness is $\tilde{k}_v = 0.010645 \ N/mm$.

I thus conclude that the primary leg of the Celect filter is stiffer than the leg of the Vena Tech model, ·     ·by the above calculation in one case where the leg segment is the longer one and      ᵻ in the other where the leg segment is the shorter. I note that this estimate of the ratio of stiffnesses may be an underestimate.

46

The significance of the stiffness of the legs of the filter is that the force applied by the filter leg to the wall of the vena cava is proportional to the stiffness of its legs in addition to being dependent on how much the feet of the filter have been moved towards each other to fit the filter into the vena cava. For this purpose I take the results for the Celect and Tulip filter where it is assumed that the span between opposing feet is 40 mm, identical to the value for the Vena Tech filter as measured by me. Therefore, in a vena cava of a given size, all of these 3 filters, the Vena Tech, the Celect and the Tulip, will have their feet displaced by the same distance upon implantation in that vena cava. Thus the force applied by the foot of the Celect filter to the vena cava wall (and by the Tulip foot as it applies almost the same force) is
.than the force applied by the foot on the longer leg of the Vena Tech model in vena cavas of the same diameter.


The diameter of the wire used for the Vena Tech filter legs is smaller than that used for the primary legs of the Tulip and Celect filters. However, the design of the Vena Tech filter has advantages, in my opinion, that are very likely to limit the tendency for the Vena Tech filter to perforate the wall of the vena cava. The straight segments of the legs that rest against the wall of the vena cava will tend to increase the area through which the force is applied by the foot of the leg to the vena cava wall. For example, if I assume that the load is transmitted through an area that spreads 10 mm along the straight segment of the leg resting against the vena cava wall, and that the width of the area of contact is the diameter of the wire, I calculate an area of contact equal to 2.667 mm$^2$,            greater then the area through which I estimate the Celect and Tulip filters to transmit their leg loads to the vena cava wall. Therefore, in addition to the Vena Tech filter applying lower loads to the wall of a given vena cava, the pressure it applies through the contact area will be very much lower than in the cases of the Tulip and Celect filters. It is very likely that the higher the pressure applied by the feet through contacts with the vena cava wall the greater and faster the tendency for the filter to perforate the vena cava wall. For this and other reasons I regard the design of the Vena Tech filter to be advantageous and the designs of the Tulip and Celect filters to be deficient. The other aspect of the design of the Vena Tech filter that is advantageous in limiting perforation of the vena cava wall is that any tendency for perforation to occur is likely to be self-limiting. If one assumes that a leg of the Vena Tech filter penetrates the vena cava wall at the foot on that leg (i.e. at the sharp bend and loop), it will be very unlikely that the straight segment of the leg resting against the wall of the vena cava will follow on by penetrating the vena cava wall as well. The reason for this is that the area of contact between the leg and the vena cava wall will increase as perforation tends to take place, which will reduce the pressure that the leg is applying to the vena cava wall, and therefore reduce the tendency for perforation to occur and the rate at which it proceeds. For this reason my opinion is that the tendency for perforation is self-limiting in the Vena Tech filter and that feature of its design is advantageous.

As a consequence, I conclude that the Celect and Tulip filters are much more likely to perforate the wall of the vena cava, and to do so at higher rates and more quickly, than the Vena Tech filter.

The magnitude of the elastic strain energy stored in a pair of legs in a filter in a vena cava of a given diameter is also proportional to the stiffness of the legs. As discussed above, the stored elastic strain energy in the filter primary legs is the driving force for tilting of the filter, and the bigger it is, the greater the driving force for tilting. Therefore, I conclude that, in a vena cava of a given diameter, and given that the spans of all filters between opposing legs is the same, the strain energy stored in a pair of legs in the Celect and Tulip filters is significantly greater than in the Vena Tech, and thus there is much more likelihood for the Celect and Tulip filters to tilt than is the case for the Vena Tech filter. In addition, the overall configuration of the Vena Tech filter makes it likely that it is very resistant to tilting. Its overall shape, taking the straight segments of legs that rest against the wall of the vena cava, make it tube-like or stent-like in shape. A tubular stent is very difficult to rotate in the vena cava because it requires very significant distortions of the vena cava to allow it to occur. Therefore, the overall shape of the Vena Tech filter is advantageous in that it tends to limit the likelihood of tilting.

Another advantage of the Vena Tech filter is that its legs are in the form of loops having both ends connected to the cap. Therefore, if a leg breaks, no piece of it will escape from the filter to possibly lodge elsewhere such as in the heart or the lungs.

20. Assessment

It is my opinion that both the Tulip and Celect filter have deficient designs that make them very likely to suffer tilting, perforation of the vena cava wall, and fracture caused by fatigue due to expansion and contraction of the vena cava diameter. It is therefore my opinion that the procedures used by Cook for the conceptualization, design, stress analysis and bench testing of the Tulip and Celect filters were inadequate and did not meet the requisite standards of engineering, quality and governmental standards for ensuring their safety as medical implants, as described above in Section 4.

I also have the following opinion. The fact that the Tulip and then the Celect filter remained on the market even after Cook and its employees were in possession of substantial information indicating that they were experiencing failures, such as tilting, perforation of the vena cava wall and fatigue fracture, is contrary to engineering professional, industry and government standards, which require that when failure modes are discovered, the design should be modified to remove the potential cause of failure. In addition, it is clear that Cook did not use design and analysis methods that conformed to the state of the art in its industry at the time the Tulip and Celect filters were designed, as they would have identified the potential failure modes if proper design and analysis procedures had been carried out. Indeed, as I have pointed out, Cook did not

Furthermore, Cook's actions in designing the Tulip and Celect filters were contrary to GHTF Essential Principles of Safety and Performance 1 through 4 & 6 as listed above. The company also failed to adhere to the additional bulleted GHTF essential principle stated above relevant to protection of the patient from mechanical risks. As all of these GHTF essential principles are accepted to be authoritative industry standards, this shows that Cook was failing to adhere to the relevant industry standards when it designed the Tulip and Celect filters. I note that the conceptualization, design, analysis and bench testing of the Tulip and the Celect filters predated

the publication of the GHTF essential principles; however, these essential principles enunciated by GHTF codify the industry and professional standards that had prevailed for some time prior to the time when those filters were developed.  Therefore, these essential principles represent standards that Cook should have adhered to when it conceptualized, designed, analyzed and bench tested the Tulip and Celect filters.  In addition, it is my opinion that Cook was not frank and honest with the FDA in that the company did not fully inform the FDA of the deficiencies that the Tulip and Cook filters were exhibiting after implant, and thus Cook was not adhering to professional, industry and government standards.

I also have the opinion that Cook should have taken steps to redesign the Tulip and Celect filters very early in their development by

                                                This modification would have reduced the tendency for the legs to perforate the wall of the vena cava as the tendency for this to happen rises with the magnitude of the pressure that is applied to the tissue.  Since perforation leads to and enhances tilt, reducing the tendency for perforation would reduce the tendency for the filter to tilt after implantation.

It is further my opinion that Cook should have contemplated a complete redesign of the Tulip and Celect filter, as my analysis of the Greenfield Titanium filter and the Braun Vena Tech filter shows that better designs of IVC filters exist, and are available for implantation.

21. Concluding statement

I note that LaDisa [31] has prepared a report on evaluation of physiological considerations, testing and conclusion pertaining to the Cook Tulip and Celect IVC filters.  I have read that report and agree with it.  The assessments in that report also support my findings, assessments and conclusions.

22. Appendix A: Response of Segment AJ of the Primary Leg of the Tulip to Moment $M_J$

49









**References**

[5] E.H. Murphy, E.D. Johnson and F.R. Arko, "Evaluation of Wall Motion and Dynamic Geometry of the Inferior Vena Cava Using Intravascular Ultrasound: Implications for Future Device Design," *Journal of Endovascular Therapy* Vol. 15, pp. 349-355 (2008).

[6] A. Laborda, S. Sierre, M. Malvè, I. De Blas, I. Ioakeim and W.T. Kuo, "Influence of Breathing Movements and Valsalva Maneuver on Vena Caval Dynamics," *World Journal of Radiology* Vol. 6, Issue 10, pp. 833-839 (2014).

[7] S. Suresh, *Fatigue of Materials* 2nd Edition, Cambridge University Press (1991).

[8] G.E. Dieter and L.C. Schmidt, *Engineering Design* 5th Edition, McGraw-Hill, New York, 2013.  See Chapter 18: Legal and Ethical Issues in Engineering Design.

[9] American Society of Mechanical Engineers Code of Ethics for Engineers, https://www.**asme**.org/about-**asme**/advocacy-government-relations/**ethics**-in-engineering

[10] American Society of Mechanical Engineers Codes and Standards, https://www.asme.org/about-asme/standards

[11] International Organization for Standardization (ISO) (home page), http://www.iso.org/iso/home.html

[12] International Medical Device Regulators Forum (IMDRF), (home page) http://www.imdrf.org

[13] GHTF Final Document: GHTF Roles and Responsibilities, GHTF/SC/N2R12:2010, 21st April 2010.

[14] GHTF Final Document: GHTF Guiding Principles, GHTF/SC/N1R8:2005, 20th May 2005.

[15] GHTF Final Document: GHTF Operating Procedures, GHTF/SC/N3R11:2010, 4th November 2010.

[16] GHTF Final Document: GHTF Essential Principles of Safety and Performance of Medical

Devices, GHTF/SG1/N68:2012, 2nd November 2012.

[17] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820 Quality System Regulation

[18] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820, Section 820.5 Quality System

[19] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820, Section 820.20 Management Responsibility

[20] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820, Section 820.22 Quality Audit

[21] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820, Section 820.25 Personnel

[22] Code of Federal Regulations (CFR) Title 21, Volume 8, Part 820, Section 820.30 Design Controls

[23] A.P. Boresi and O.M. Sidebottom, *Advanced Mechanics of Materials* 4th Edition, John Wiley & Sons (1985).

[29] R. Hill, *Mathematical Theory of Plasticity*, Oxford University Press (1950).

[30] J.L. LaDisa Jr., "Computational Analysis of Inferior Vena Cava Filters," Report, March 21, 2017.

[31] J.L. LaDisa Jr., "Evaluation of physiologic considerations, testing and conclusions pertaining to the Cook Medical Günther Tulip and Celect inferior vena cava filters," Report, March 2017.

[36] bostonscientific.com

[37] azom.com

[38] elgiloy.com

[39] E. Kobayashi, H. Mochizuki, H. Doi, T. Yoneyama and T. Hanawa, "Fatigue Life Prediction of Biomedical Titanium Alloys under Tensile/Torsional Stress," *Materials Transactions*, Vol. 47, Issue 7, pp. 1826-1831 (2006).

[40] J.E. Robins, I. Ragai, F. Parker, C.S. Powell and D. Yamaguchi, "Differences in Radial Expansion Force Amongst IVC Filter Models Support Documented Perforation Rates,"

[41] bisusa.com

[42] alloywire.com

Figure captions

Figure 1.  Engineering drawing of the Cook Celect IVC filter.

Figure 2.  Image of the Cook Celect IVC filter.

Figure 3.  Engineering drawing of the Cook Guenther Tulip IVC filter.

Figure 4.  Engineering drawing of the primary leg of the Tulip IVC filter.

Figure 5.  Depiction of the primary and secondary legs of the Cook Tulip IVC filter.

Figure 6.  Image of the Boston Scientific Greenfield Titanium IVC Filter

Figure 7.  Image of the Braun Vena-Tech IVC filter.





Figure 6.  Image of the Boston Scientific Greenfield Titanium IVC Filter



Figure 7.  Image of the Braun Vena-Tech IVC filter.

Submitted March 21st, 2017

Robert M. McMeeking

*CURRICULUM VITAE*

**NAME**            ROBERT MAXWELL McMEEKING

**BIRTHDATE**       22nd May, 1950

**BIRTHPLACE**      Glasgow, Scotland

**CITIZENSHIP**     United States of America, (Naturalized, April 21, 1995); United Kingdom

**DEGREES**

1972        B.Sc., Mechanical Engineering, 1st Class Honours, University of Glasgow

1974        M.Sc. (Engineering), Brown University, Providence, R.I.

1977        Ph.D. (Engineering), Brown University, Providence, R.I.

**EXPERIENCE**

2016-                    Distinguished Professor of Mechanical Engineering & Distinguished Professor of Materials, UCSB

2013-                    Tony Evans Professor of Structural Materials, University of California, Santa Barbara

1985-2016                Professor of Mechanical Engineering and Professor of Materials, UCSB

2007-                    Sixth Century Professor of Engineering Materials (Part time), Aberdeen University, Scotland

2014-                    Associate Dean for Academic Personnel, College of Engineering, UCSB

2008-                    External Member, INM – Leibniz Institute for New Materials, Saarbrücken, Germany

2008-2011                Visiting Professor of Materials, University of the Saarland, Saarbrücken, Germany

1992-95, 1999-2003       Chair, Department of Mechanical and Environmental Engineering, UCSB

1987-1988                Acting Chair, Department of Mechanical and Environmental Engineering, UCSB

1982-1985                Associate Professor, Department of Theoretical and Applied Mechanics
                         University of Illinois at Urbana-Champaign

1978-1982                Assistant Professor, Department of Theoretical and Applied Mechanics, UIUC

1976-1978                Acting Assistant Professor, Division of Applied Mechanics
                         Department of Mechanical Engineering, Stanford University

**HONORS AND AWARDS**

R. M. McMeeking                                                                                              2

| | |
|---|---|
| 2016 | Distinguished Professor, University of California, Santa Barbara |
| 2016 | Argyris Visiting Professor, University of Stuttgart, Germany |
| 2014 | Timoshenko Medal, American Society of Mechanical Engineers |
| 2014 | William Prager Medal, Society of Engineering Science |
| 2014 | Fellow, Royal Society of Edinburgh |
| 2014 | Den Hartog Lecturer, Massachusetts Institute of Technology, April 25th 2014. |
| 2013 | Tony Evans Professor of Structural Materials, University of California, Santa Barbara |
| 2013 | Alexander von Humboldt Research Award for Senior Scientists (Renewal) |
| 2013 | Visiting Scholar, Pembroke College, Cambridge |
| 2012 | Fellow of the Royal Academy of Engineering |
| 2012 | Plenary Lecturer, European Solid Mechanics Conference, Graz, Austria, July 9 – 13, 2012. |
| 2011 | J.F. Bell Distinguished Lecturer, Johns Hopkins University, November 10th, 2011. |
| 2011 | Plenary Lecturer, American Society of Mechanical Engineers Applied Mechanics and Materials Conference (McMat 2011), Chicago, May 30th to June 1st, 2011. |
| 2011 | Mechanical Engineering Distinguished Lecturer, University of Maryland, College Park April 29th, 2011 |
| 2011 | Jerzy L. Nowinski Distinguished Lecturer, University of Delaware, March 4th, 2011 |
| 2011 | Warren Series Lecturer, University of Minnesota, February 18th, 2011. |
| 2010 | Symposium for the 60th Birthday of Robert M. McMeeking, University Park, Pennsylvania, June 29th to July 1st, 2010. |
| 2009 | Southwest Mechanics Series Lecturer (2nd time) |
| 2008 | Plenary Lecturer, Applied Mechanics Division, American Society of Mechanical Engineers International Congress, Boston, November, 2008. |
| 2008 | "The Energy Release rate for a Griffith Crack in a Piezoelectric Material," recognized as one of the top 10 cited papers in *Engineering Fracture Mechanics* in 2002-2005. |
| 2007 | Brown Engineering Alumni Medal, Brown University |
| 2007 | Arthur Newell Talbot Lecturer, University of Illinois at Urbana-Champaign |
| 2005 | Member of the National Academy of Engineering |
| 2004 | Alexander von Humboldt Research Award for Senior Scientists |
| 2002 | Fellow, American Academy of Mechanics |
| 2002 | Highly Cited Researcher in Materials Science, Institute for Scientific Information |

| 1998 | Fellow, American Society of Mechanical Engineers |
|------|--------------------------------------------------|
| 1997 | "The Weight Function Method for Determining Stress Intensity Factors" (1976) republished in the SPIE Milestones Series Volume *Crack Tip Stress Fields*. |
| 1995-1996 | Visiting Scholar, Pembroke College; Visiting Professor, Cambridge University |
| 1992-1993 | Midwest Mechanics Series Lecturer |
| 1988 | Southwest Mechanics Series Lecturer |
| 1983 | Science and Engineering Research Council Visiting Fellow, Cambridge University, England |
| 1972-1973 | University Fellowship, Brown University |
| 1972-1973 | University of Glasgow, Gray, Law and Watt Scholarship |
| 1972 | University of Glasgow, Goudie, George Harvey and George Russel Prizes |

## ACTIVITIES

Editor, ASME *Journal of Applied Mechanics*, 2002-2012; Associate Editor, ASME *Journal of Applied Mechanics*, 1987-1994.

Member, Experts Committee for the Research Assessment Exercise of the Royal Institute of Technology, Stockholm, Sweden, 2012.

Member, External Advisory Committee, I$^2$CNER - International Institute for Carbon-Neutral Energy Research, Kyushu University, Japan, 2011-present.

Member, Research Review Committee for the National Physical Laboratory, U.K., 2010.

Member, Committee to Review Opportunities in Protection Materials Science and Technology for Future Army Applications, convened jointly by the National Materials Advisory Board and the Board on Army Science and Technology of the National Academies, 2010-2011.

Member, Advisory Board, Department of Mechanical Engineering, Carnegie Mellon University, 2009-present.

Elected Member of the International Union of Theoretical and Applied Mechanics (IUTAM) Congress Committee, 2008-2020.  Elected Secretary of the IUTAM Congress Committee, 2012-2020.

External Member, INM – Leibniz Institute for New Materials, Saarbruecken, Germany, 2008-present.

Interim Head of Modeling and Simulation, INM – Leibniz Institute for New Materials, Saarbruecken, Germany, 2008-2011.

Member, Appointment Committee for the Professor of Mechanical Engineering, National University of Ireland, Galway, 2007-2008.

Member-at-Large, Member *ex officio*, U.S. National Committee on Theoretical and Applied Mechanics, 2007-present.

Member, Mechanical Engineering Review Panel, Science Foundation Ireland, 2007-2009

Member, Board of Directors, Society of Engineering Science, 2007-2009.

R. M. McMeeking                                                                                                              4

Member, External Advisory Committee, Department of Engineering, Cambridge University, 2006-2012.

Chair, International Union for Theoretical and Applied Mechanics Working Party 4 on Materials Processing 2005-2015, Vice-Chair 2002-2005.

Member, U.K. Engineering and Physical Sciences Research Council Peer Review College, 2005-present.

Director, International Congress on Fracture, 2005-2009.

Secretary, Academy of Mechanics, 2005-2010.

Member, DARPA Defense Sciences Research Council, 1986-1991, 2003-2006.

Member of American Society of Mechanical Engineers, Sigma Xi, American Academy of Mechanics, Society for Engineering Science, American Association for the Advancement of Science, National Academy of Engineering, Royal Academy of Engineering.

Editorial Advisory Board (Current and Former) *Computational Mechanics, Journal of Computer-Aided Materials Design, Mechanics of Composite Materials and Structures, International Journal of Fatigue, International Journal of Solids and Structures, Journal of the Mechanical Behavior of Biomedical Materials, International Journal of Mechanical Sciences, Extreme Mechanics, Acta Mechanica Sinica, Biomechanics and Modelling in Mechanobiology.*

Reviewer: National Science Foundation, Army Research Office, Department of Energy, United Kingdom Engineering and Physical Sciences Research Council, European Research Council, Science Foundation Ireland, National Science Foundation of Austria, National Science Foundation of Sweden, Danish Research Council, International Science Foundation, Territorial Science Foundation of Hong Kong, Research Grants Council of Hong Kong, City University of Hong Kong, Science and Technology Center in Ukraine, Israel Science Foundation, U.S. Israel Binational Science Foundation, University of California Discovery Program, University of California Micro Program, International Union of Theoretical and Applied Mechanics Symposia, *Journal of Applied Mechanics, Journal of the Mechanics and Physics of Solids, Proceedings of the Royal Society of London, Acta Materialia, Journal of Applied Physics, Science, Proceedings of the National Academy of Sciences, Philosophical Magazine, International Journal of Solids and Structures, International Journal of Engineering Science, Mechanics of Materials, International Journal of Mechanical Sciences, ASME Journal of Engineering Materials and Technology, ASME Journal of Production Engineering, International Journal of Plasticity, International Journal of Fracture, Engineering Fracture Mechanics, International Journal of Fatigue, Computational Mechanics, Journal of Computer-Aided Materials Design, Mechanics of Composite Materials and Structures, Metallurgical Transactions, Journal of Materials Science, Materials Science and Engineering, ASCE Journal of Engineering Mechanics, Journal of the American Ceramic Society, Scripta Materialia, ASTM, Ferroelectrics, European Journal of Mechanics, Journal of Composite Materials, Composites Science and Technology, Composites A, Journal of Colloid and Interface Science, Computer Methods in Applied Mechanics and Engineering, International Journal for Numerical Methods in Engineering, ZAMP, Modelling and Simulation in Materials Science and Engineering, Zeitschrift fuer Metallkunde, International Journal for Materials Research, Sensors and Acuators, Journal of Intelligent Material Systems and Structures, Applied Physics Letters, Nature Materials, Computational Materials Science, Journal of Materials Research, Thin Solid Films, Journal of the Royal Society Interface, Langmuir, International Journal of Non-Linear Mechanics, Journal of Adhesion, Biophysical Journal, ASME Journal of Biomechanical Engineering, Journal of Biomechanics, Journal of Theoretical Biology, Journal of Engineering Mathematics, Journal of the Electrochemical Society PLOS One, Nature Communications* and others.

Professional Society Activities: Member of the Fracture Mechanics Committee and Member and Chair (1987-1992) of the Processing and Manufacturing Committee of the Applied Mechanics Division, ASME; Member, Ad Hoc Committee on Research Trends and Opportunities in Mechanics, AAM, 1984

Co-organizer, NSF Workshop on Cell and Molecular Biomechanics: Advancing Mechanics in Biology and Medicine, Georgia Tech., Atlanta, May 11-13, 2008.

Co-Organizer, Linking Theory and Computations to Experiments: Selected Topics in Bio and Nano, Symposium at the Society for Experimental Mechanics 11th International Congress, Orlando, FL, June 2008.

Co-Organizer, Symposium on Applied Mechanics in Energy Storage, National Congress of Theoretical and Applied Mechanics, University Park PA, June 28th to July 1, 2010.

Co-Organizer, Pre-Nominated Session on Smart Materials, International Congress of Theoretical and Applied Mechanics, Beijing, August 2012.

Co-Organizer, Building on the Legacy of Tony Evans, Memorial Symposium, Santa Barbara, September 7-9, 2010, and Guest Co-Editor of a Special Issue of the *Journal of the American Ceramic Society* in Memory of Tony Evans, 2011.


## INVITED PARTICIPANT

Invited Speaker, Workshop on Advances in the Mathematical Analysis of Material Defects in Elastic Solids, Trieste, Italy, June 6-10, 2016.

Invited Speaker, Symposium on the Occasion of the 60th Birthday of Professor Eduard Arzt, Saarbrücken, Germany, June 6-8, 2016.

Invited Speaker, IUTAM Symposium on Dynamic Instabilities in Solids, Madrid, Spain, May 17-20, 2016.

Invited Speaker, IUTAM Symposium on Filling Gaps in Material Property Space, Cambridge, UK, March 13-16, 2016.

Invited Speaker, Conference on Hierarchical Multiscale Materials Systems, Hamburg, Germany, November 4-6, 2015.

Invited Speaker, 22nd Italian Congress on Theoretical and Applied Mechanics (AIMETA), Genoa, September 14-17, 2015.

Invited Speaker, Gordon Conference on Adhesion, South Hadley Mass., July 26-30, 2015.

Plenary Lecturer, CERMODEL2015, Symposium on Computational Modeling of Ceramics, Trento, Italy, July 1-3, 2015.

Plenary Lecturer, CANCAM, Canadian Conference on Applied Mechanics, London, Ont., June 1-4, 2015.

Invited Speaker, Royal Society of London Workshop on Cell Mechanics, Chicheley Hall, Newport Pagnell, UK, April 1st-2nd, 2015.

Invited Speaker, The First International Symposium on Structural Materials, Tokyo, Japan, February 26th – 27th, 2015.

Invited Lecture, Symposium on Adhesion and Friction, American Society of Mechanical Engineers International Congress, Montreal, November 17-19, 2014.

Timoshenko Medal Acceptance Speech, American Society of Mechanical Engineers International Congress, Montreal, November 17-19, 2014.

Invited Tutorial Lecturer, 6th International Workshop of Young Researchers on the Mechanics of Materials and Structures, SISSA, Trieste, Italy, October 22 – 24, 2014.

Keynote Lecture, Symposium on Energy Storage, Society of Engineering Science 51st Annual Technical Meeting, Purdue University, West Lafayette, Indiana, October 1-3, 2014.

William Prager Medal Lecture, Society of Engineering Science 51st Annual Technical Meeting, Purdue University, West Lafayette, Indiana, October 1-3, 2014.

Invited Lecturer, Graz Summer School on Biomechanics, Technical University of Graz, Graz, Austria, September 8-12, 2014.

Invited Speaker, The Future of Solid Mechanics, Symposium in Honor of Alan Needleman's 70th Birthday, Ecole de Mines, Paris, August 6-8, 2014.

Invited Speaker, First International Symposium on Energy Challenges in Mechanics, Aberdeen, Scotland, July 8-10, 2014.

Invited Speaker, Symposium Honoring the 65th Birthday of Lallit Anand, National Congress of Theoretical and Applied Mechanics, East Lansing, Michigan, June 16-20, 2014.

Invited Speaker, Symposium Honoring the 50th Anniversary of the Founding of the *International Journal of Solids and Structures*, National Congress of Theoretical and Applied Mechanics, East Lansing, Michigan, June 16-20, 2014.

Invited Speaker, Symposium on Cell Mechanics, National Congress of Theoretical and Applied Mechanics, East Lansing, Michigan, June 16-20, 2014.

Invited Speaker, International Union of Theoretical and Applied Mechanics Symposium on Defects in Materials, Seville, Spain, June 9-13, 2014.

Invited Speaker, International Union of Theoretical and Applied Mechanics Symposium on Smart Active Materials, Haifa, Israel, May 12-15, 2014.

Invited Speaker, 2nd Seminar on the Mechanics of Multifunctional Materials, Bad Honnef, Germany, May 5-9, 2014.

Invited Speaker, Symposium on Materials in Energy Storage, Materials Research Society Meeting, San Francisco, April 21-25, 2014.

Invited Lecturer, RANM14, Harbin, China, January 6-9, 2014.

Plenary Lecturer, CERMODEL, Symposium on Computational Modeling of Ceramics, Trento, Italy, July 10-12, 2013.

Invited Speaker, Progress in Solid Mechanics, Symposium in Honor of Viggo Tvergaard, Lyngby, Denmark, June 5-7, 2013.

Keynote Speaker, Symposium on Cell and Tissue Mechanics, ASME Congress, Houston, November 11 – 15, 2012.

Semi-Plenary Speaker, IWCMM22 – 22nd International Workshop on Computational Mechanics of Materials, Baltimore, September 24 – 26, 2012.

Invited Speaker, Symposium on Dynamics and Materials in Honor of Professor S.R. Reid, Aberdeen, Scotland, September 17 – 19, 2012.

Invited Speaker, Inaugural Symposium for the Xi'an Jiaotong University Center for Mechanics of Materials, Xi'an, China, August 25 & 26, 2012.

Invited Speaker, International Congress on Theoretical and Applied Mechanics Pre-Nominated Session on Mechanics and Smart Materials, Beijing, August 19 – 24, 2012.

R. M. McMeeking                                                                                                            7

Introductory Lecturer, International Congress on Theoretical and Applied Mechanics Symposium on Mechanics in Energy, Beijing, August 19 – 24, 2012.

Invited Speaker, Symposium on Cell Biomechanics, Materials Research Society Spring Meeting, San Francisco, April 9 – 13, 2012.

Invited Speaker, Symposium on Adhesion and Friction on Structured Interfaces, Materials Research Society Fall Meeting, Boston, November 28-December 2, 2011.

Invited Speaker, Symposium on Energy Storage, Society for Engineering Science Technical Meeting, Evanston, Illinois, October 12 - 14, 2011.

Invited Speaker, IUTAM Symposium on Computational Methods in Biomechanics, Palo Alto, California, August 29 - September 1, 2011.

Keynote Lecturer, IWCMM21 – 21st International Workshop on Computational Mechanics of Materials, Limerick, Ireland, August 22 - 24, 2011.

Invited Speaker, Symposium in Honor of Ben Freund, Providence, June 1 - 3, 2011.

Keynote Speaker, 4th World Materials Research Institute Forum Symposium on Materials Challenges for Safety and Reliability, Shenyang, China, May 22-24, 2011.

Invited Speaker, Minisymposium on Electroactive Polymers, GAMM 2011, Graz, Austria, April 18-21, 2011.

Invited Speaker, Symposium on Mechanics in Geophysics and Materials Science in Honor of the 70th Birthday of James R. Rice, Pasadena, January 20-22, 2011.

Keynote Speaker, Multiscale Modeling Symposium, ASME Congress, Vancouver, November 13-18, 2010.

Invited Speaker, Prager Medalist Symposium (Ray Ogden), Society for Engineering Science, Ames, Iowa, October, 2010.

Invited Speaker, Gordon Research Conference on Thin Films, New Hampshire, July 25-30, 2010.

Invited Speaker, International Conference on Metallurgical Coatings and Thin Films, San Diego, April 26-30, 2010.

Invited Speaker, Composites at Lake Louise, Lake Louise, Alberta, Canada, October 25-30, 2009.

Invited Speaker, Italian Congress on Theoretical and Applied Mechanics, Ancona, Italy, September 14-18, 2009.

Invited Speaker, Materials Research Society Fall Meeting, Symposium BB, Boston, December 1-5, 2008.

Plenary Lecturer, ASME Congress, Boston, November 2-7, 2008.

Invited Speaker, ASME SMASIS Conference, Ellicott City, Maryland, October 28-30, 2008.

Invited Speaker, Engineering Science across Disciplinary Boundaries, Symposium in Honor of Subra Suresh, Eringen Medalist, Society for Engineering Science Conference, Champaign IL, October 12-15, 2008.

Invited Speaker, CIMTEC Conference, Acireale, Italy, June 8-13, 2008.

Invited Speaker, Materials Research Society Spring Meeting, San Francisco, March 23-27, 2008.

Invited Speaker, Advances in Materials, Symposium in Honor of Professor David Hayhurst's 65th Birthday, Oxford, April 2-4, 2008.

R. M. McMeeking                                                                                                          8

Invited Contributor, Workshop on Electroactive Polymers, Mathematisches Forschungsinstitut, Oberwolfach, Germany, February 24-29, 2008

Invited Speaker, Eighth International Conference on the Fundamentals of Fracture, Hong Kong and Guangzhou, China, January 3-7, 2008.

Invited Speaker, The Profound Influence of Tony Evans on Engineering Use of Structural Materials; Symposium Honoring A.G. Evans, Materials Science and Technology Conference, Detroit, September 16-20, 2007.

Invited Speaker, Engineering Foundation Conference on Thermal Barrier Coatings, Irsee, Germany, August 12-17, 2007.

Invited Speaker, Thirteenth International Conference on Experimental Mechanics, Alexandroupolis, Greece, July 1-6, 2007.

Invited Speaker, Symposium on Mechanics of Biomolecular and Cellular Adhesion, 2007 Adhesion Society Meeting, Tampa, Florida, February 18-21, 2007.

Invited Speaker, Russian-U.S. Workshop on the Mechanics of Advanced Materials (MAM 2006), St. Petersburg, Russia, August 2-4, 2006.

Keynote Speaker, Minisymposium on Impact Effects on Solids, 7th World Congress on Computational Mechanics, Los Angeles, July, 2006.

Invited Speaker, Howard Birnbaum Memorial Symposium, Urbana, Illinois, June 1-2, 2006.

Invited Speaker, Symposium on Bio-inspired Devices and Systems, ASME Congress, Orlando, November, 2005.

Keynote Lecturer, 3rd Biot Conference on Poromechanics, Norman, Oklahoma, May 24-27, 2005.

Invited Speaker, 107th Annual Meeting of the American Ceramic Society, Symposium on Ceramic Armor, Baltimore, April 10-13, 2005.

Invited Speaker, 3rd International Conference on Computational Modeling and Simulation of Materials, Acireale (Catania), Italy, May 30-June 4, 2004.

Invited Speaker, 106th Annual Meeting of the American Ceramic Society, Symposium to Honor Steve Fishman, Indianapolis, April 18-21, 2004.

Invited Speaker, GAMM Annual Meeting, Dresden, Germany, March 21-26, 2004.

Keynote Speaker, SPIE 11th Annual Symposium on Smart Structures and Materials, Conference on Active Material: Behavior and Mechanics, San Diego, March 14-18, 2004.

Invited Speaker, Gordon Research Conference on Solid State Studies in Ceramics, New London, New Hampshire, August 11-15, 2003.

Invited Speaker, A.G. Evans Symposium, Max-Planck-Institut, Stuttgart, Germany, March 17-20, 2003.

Invited Speaker, Greek Association for Computational Mechanics Congress, 2002, Patras, Greece, June 27-29, 2002.

Invited Participant, Symposium on the Mechanics of Thin Films and Other Small Structures, 14th U.S. Congress on Theoretical and Applied Mechanics, Blacksburg, Virginia, June 23-28, 2002.

Invited Lecturer, International Workshop on Fundamentals and Applications of Cohesive Models, Hamburg, Germany, June 10-11, 2002.

Keynote Speaker, Symposium on Multiscale Modeling of Materials Behavior, Materials Research Society Meeting, San Francisco, April 1-5, 2002.

Keynote Lecturer, 11th International Workshop on Computational Mechanics of Materials, Freiberg, Germany, September 24-25, 2001.

Plenary Lecturer, Russian Conference on Technical Mechanics, St. Petersburg, June 25-29, 2001.

AeroSmart Workshop, College Station, Texas, September 20-22, 2000.

Keynote Lecturer, 10th International Workshop on Computational Mechanics of Materials, Galway, Ireland, August 31-September 1, 2000.

Materials, A Forward Look, Symposium in Honour of Michael F. Ashby's 65th Birthday, Cambridge, England, June 22-26, 2000.

Mechanics 2000, Symposium in Honor of the 60th Birthdays of James R. Rice and John W. Hutchinson, Providence RI, June 15-16, 2000 (Organizing Committee).

NATO Advanced Research Workshop on Recent Developments in Computer Modelling of Powder Metallurgy Processes, Kiev, Ukraine, May 12-18, 2000.

Prager Medalist Symposium, Society for Engineering Science, Austin, Texas, October, 1999

National Science Foundation Workshop on Nano and Micromechanics of Solids for Emerging Science and Technology, Palo Alto, California, October 7-8, 1999.

Keynote Lecturer, Third Greek National Congress on Computational Mechanics, Volos, Greece, June, 1999

Invited Speaker, ASME Symposium on Phase Transformations and Active Composites, Anaheim, November, 1998

Invited Lecturer, Conference on Advanced Technologies for Particle Processing at the AIChE Annual Meeting, Miami, November, 1998

Invited Speaker, Army Research Office Workshop on the Mechanics of Heterogeneous Materials, Research Triangle Park, North Carolina, March, 1998

Invited Speaker, ASME Symposium on Smart Materials and Structures, Dallas, November, 1997.

Invited Lecturer, Ninth International Congress on Fracture, Sydney, Australia, April, 1997

IUTAM Symposium on Granular Materials, Cambridge, England, July, 1996

Plenary Lecturer, 3rd Iberian Conference on Fracture, Luso, Portugal, March, 1996

Invited Lecturer, Annual Meeting of the Solid Mechanics Program, University of Darmstadt, Germany, March 1996

IUTAM Symposium on Nonlinear Fracture, Cambridge, England, September, 1995

IUTAM Symposium on the Micromechanics of Plasticity and Damage of Multiphase Materials, Sevres, France, August, 1995

Invited Speaker, Princeton University Materials Institute Conference on Computational Modelling of Materials, May, 1995

Army Research Office Mechanics Strategy Planning Group, Myrtle Beach, SC, March, 1995

R. M. McMeeking                                                                                                          10

Keynote Speaker, TMS Symposium on Fatigue of Metal Matrix Composites, Chicago, October 1994

IUTAM Symposium on Microstructure-Property Relationships, Aalborg, Denmark, August, 1994

Invited Speaker, International Symposium on Fracture and Strength of Solids, Xián, China, July 1994

Keynote Speaker, Second Asia-Pacific Symposium on Advances in Engineering Plasticity, Beijing, China, June 1994

Invited Speaker, Materials Research Society Symposium on Theory and Simulation of Time-Dependent Processes in Materials, San Francisco, April 1994

ASME Symposium on Advanced Computational Methods in Material Modeling, New Orleans, December 1993

Invited Lecturer, 4th International Conference on Plasticity, Baltimore, July 1993

Scientific Committee, IUTAM Symposium on Computational Mechanics of Materials, Brown University, Providence, June 1993

Invited Lecturer, Hot Isostatic Pressing '93, Antwerp, Belgium, April 1993

Invited Lecturer and Member, International Advisory Board, 2nd International Conference on Computer Applications to Materials and Molecular Science and Engineering, Yokohama, Japan, September 1992

Invited Lecturer, APS Symposium on the Physics of Fracture, Indianapolis, March, 1992

Invited Lecturer, Max-Planck-Institut Conference on Composite Materials, Tegernsee, Germany, May 1992

ASME Symposium on Finite Deformation Problems in Materials Processing and Structures, Atlanta, December, 1991

Prager Medalist Symposium, Society for Engineering Science, Gainesville, Florida, November, 1991

Invited Lecturer, TMS Symposium on Quasi-Brittle Fracture, Cincinnati, October, 1991

DOE Workshop on Computational Issues in the Mechanical Behavior of Metals and Intermetallics, Williamsburg, Virginia, October, 1991

The Frank A. McClintock Symposium, MIT, Cambridge, Mass., May 1991

Symposium on Advances in Applied Mechanics (in Honor of J. K. Knowles) Caltech, Pasadena, March, 1991

Invited Lecturer, TMS Symposium on Creep of Metal Matrix Composites, New Orleans, February, 1991

Invited Lecturer, TMS Symposium on Intelligent Processing of Materials, New Orleans, February, 1991

Invited Lecturer, ABAQUS Users' Conference, Newport, RI, May, 1990

ONR Meeting on the Mechanics of Thin Films, Sterling, Virginia, March 1990

DARPA Conference on Numerical Simulation, Pasadena, June 1989

Gordon Conference on Physical Metallurgy, New Hampshire, August 1989

Plenary Lecturer, Seventh International Congress on Fracture, Houston, Texas, March 1989

TMS Symposium on Creep of Composites, Las Vegas, February 1989

R. M. McMeeking

11

ASME Symposium on 3D Fracture Processes, Berkeley, June 1988

Invited Lecturer, Materials Research Society International Conference on Advanced Materials, Tokyo, Japan, May-June 1988

IUTAM Symposium on Advances in Fracture Mechanics, Pasadena, March 1988

ASME Symposium on Nontraditional Materials, Boston, November 1987

ASM Seminar on Fracture Mechanics, Cincinnati, October 1987

Plenary Lecturer, Fourth International Conference on Numerical Methods in Fracture Mechanics, San Antonio, Texas, March 1987

TMS/AIME Symposium on Toughening Via Stress Induced Transformations, Orlando, Florida, October 1986

DARPA Materials Research Council, La Jolla, California, July, 1986 to 1991

NATO Advanced Research Workshop on Chemistry and Physics of Fracture, Bad Reichenhall, West Germany, June 1986

Gordon Conference on Solid State Studies in Ceramics, New Hampshire, August 1984

The Metals Society Conference on Fracture at Stress Concentrators, Cambridge, England, September 1984

Euromech Conference on the Mechanics of Glaciers, Interlaken, Switzerland, September 1983

NSF-Max Planck Institute Workshop on Transformation Toughening in Ceramics, Tegernsee, W. Germany, June 1981

DARPA Materials Research Council Conference on Fracture, La Jolla, California, July 1980

The Metals Society Conference on Micromechanisms of Crack Extension, Cambridge, England, March 1980


**CONSULTING**

Leibniz Institute for New Materials, Saarbruecken, Germany (2008-2011)

Mentor Corporation (2004-2009)

Robert Bosch GmbH, Stuttgart, Germany (2000 to present)

Teledyne Continental Motors (1999 to 2001)

CardioMend (1999 to 2006)

Boeing, Rocketdyne (through Ceramic & Metal Composites Corp.) (1998 to 2001)

Boeing, Seattle (through Ceramic & Metal Composites Corp.) (1998)

Rockwell Science Center (personal & through Ceramic & Metal Composites Corp.) (1997 to 2002)

McGhan Medical Corporation (1997 to 1998)

Advanced Cardiovascular Systems (1997)

CardioVascular Concepts, Medtronic Aneurx (1995 to 1997)

Ceramic & Metal Composites Corp. (Director and Treasurer) (1993 to present)

R. M. McMeeking                                                                                                    12

ATS Medical (1993 to 1999)

Medtronic (1992 to 1993)

Sorin Biomedica, Saluggia, Italy (1992 to 1994, 1998 to 2000, 2010 to present)

Exxon Production Research (1991 to 1992)

PDA Engineering (1990 to 1992)

Carbon Implants (1990 to 1991)

Baxter Healthcare, Edwards Duromedics, Edwards Lifesciences (1990 to 1997, 1998 to 2000, 2006 to present)

CarboMedics (1990 to 1993), (1994 to 1996)

USCI Division/Bard Inc. (1989 to 1990)

Medical Incorporated (1988 to 1997)

General Electric (1988 to 1990)

Exxon Chemicals (1987 to 1992)

St. Jude Medical (1985 to 2010)

Shiley Inc. (1985-1986), (1991 to 1995)

Joint Engineering Research Program, INEL/MIT (1985 to 1995)

IBM, E. Fishkill, N.Y. (1984-1985)

Xenotech, Irvine, CA (1986)

Naval Ordnance Station, Indian Head, MD (1977-1979)


**GRANTS and CONTRACTS**

"Development of Calibration Functions for Various Configurations by Finite Element Methods," Electric Power Research Institute, 9/1/78-8/31/79, $28,535 (Principal Investigator).

"High Temperature Mechanics," National Science Foundation, 6/1/79-5/31/82, $280,000 (Co-Principal Investigator).

"Micromechanisms of Ductile Rupture," National Science Foundation, 1/1/80-6/30/82, $52,226 (Principal Investigator).

"The Mechanics of Toughening Mechanisms," Office of Naval Research, 9/1/81-2/29/84, $140,000 (Principal Investigator).

"The Mechanics of Ductile Rupture and Plasticity," National Science Foundation, 10/15/82-3/31/85, $130,827 (Principal Investigator).

"A Computer for Solid Mechanics," National Science Foundation, 12/15/83-5/31/85, $83,750 (Co-Principal Investigator).

"Fracture Project," Department of Energy, University of Illinois Materials Research Lab, 10/1/84-9/30/85, $75,377, (Principal Investigator).

"A Center for Scientific and Engineering Supercomputing at Urbana, Illinois," National Science Foundation, 1/1/85-12/31/89, $42,751,000 (Co-Principal Investigator).

R. M. McMeeking                                                                                                          13

"Structure and Mechanical Properties of Metal/Ceramic Interfaces," Office of Naval Research, 9/1/85-12/31/89, $1,047,673 (Co-Principal Investigator).

"The Mechanics of Ductile Rupture and Plasticity," National Science Foundation, 12/1/85-11/30/86, $57,204 (Principal Investigator).

"High Performance Brittle Matrices and Brittle Matrix Composites," Defense Advanced Research Projects Agency, 3/15/86-3/14/89, $1,916,944 (Co-Principal Investigator).

"The Processing and Mechanical Properties of High Temperature/Performance Composites," Defense Advanced Research Projects Agency-URI, 9/15/86-9/14/91, $16,505,000 (Co-Principal Investigator).

"Microcracking in Brittle Solids, IBM Corporation, 4/1/88-3/31/91, $376,526 (Co-Principal Investigator).

"The Mechanics of Powder Consolidation for Composite Materials," National Science Foundation, 5/1/88-4/30/91, $1,200,000 (Co-Principal Investigator).

"A Supercomputer for Numerical Simulation in Materials," Defense Advanced Research Projects Agency-DURIP, 9/30/88-9/29/89, $300,000 (Co-Principal Investigator).

"High Performance Laminated Composites," Air Force Office of Scientific Research, 1/1/90-12/31/92, $600,000 (Co-Principal Investigator).

"The Mechanics of Powder Consolidation for Composite Materials," National Science Foundation, 8/1/91-12/31/94, $450,000 (Co-Principal Investigator).

"Application of Asymptotic Methods to Metal Forming," Alcoa, 2/1/91-1/31/93, $12,000 (Principal Investigator).

"Analysis of Composite Materials," Rockwell, 4/1/91-3/31/92, $10,000 (Principal Investigator).

"Mechanism-Based Design for High-Temperature High Performance Composites," Defense Advanced Research Projects Agency-URI, 4/1/92-9/30/97, $12,000,000 (Co-Principal Investigator).

"Constitutive Law Measurement and Modelling for Ferroelectric Ceramics," Office of Naval Research, 11/15/92-9/30/96, $450,000 (Principal Investigator).

"Computational Methods for Brittle Matrix Composite Materials," Rockwell, 10/1/92-9/30/94, $117,500 (Principal Investigator).

"Design Methodology for MicroLaminate Composites," Martin Marietta, 4/26/93-10/26/93, $29,990; 7/12/93-10/26/94, $30,000 (Principal Investigator).

"Analysis of Stress in Integrated Circuit Dies," Cypress Semiconductor, 10/1/97-3/31/98, $30,000 (Principal Investigator)

"Microelectromechanics for the Nonlinear Response and Fracture of Ferroelectric Ceramics," National Science Foundation, 9/1/98-8/31/02, $228,038 (Principal Investigator)

"Ceramic Matrix Composite Analysis Methodology," (to Ceramic & Metal Composites Corporation), Boeing Corporation, 9/14/98-3/31/01, $240,819 (Principal Investigator)

"Binary Model" (to Ceramic & Metal Composites Corporation), Boeing Corporation, 11/1/98-12/31/98, $15,099 (Principal Investigator)

"Models of Failure Mechanisms for Laminates Reinforced Through the Thickness," NATO Travel Grant, 7/1/98-6/30/02, 216,000 Belgian Francs (Co-principal Investigator).

"Fracture Model for Polycrystalline PZT," Sandia National Laboratories, Albuquerque, 2/1/99-12/31/99, $60,000 (Principal Investigator)

"Matrix Enabled Damage Tolerance in Oxide CFCCs," Air Force Office of Scientific Research, 5/1/99-9/30/01, $525,000 (Co-Principal Investigator).

"Constitutive Laws and Modeling Strategies for the Mechanical Performance of Carbon-Fiber/SiC-Matrix Composites," (To Ceramic & Metal Composites Corporation), Rockwell Corporation, 4/1/00-12/31/00, $38,420 (Principal Investigator).

"Free Form Fabrication of Novel High-Threshold-Strength, Damage-Tolerant Laminated Fibrous Monolith Composites," Advanced Ceramics Research Corp., 9/2/00-3/28/01, $40,000 (Co-Principal Investigator).

"Research on Problems in Polymer Matrix Textile Composites," (to Ceramic & Metal Composites Corporation) Rockwell Scientific Company, 5/1/01-12/31/01, $69,952 (Principal Investigator).

"Mechanical Integration for Networked Telecommunication (MINT)," Defense Advanced Research Projects Agency, 7/1/01-6/30/05, $4,000,000, (Co-Principal Investigator).

"Through-Thickness Reinforced Laminates: Modeling, Testing and Design," NATO Travel Grant, 7/1/01-6/30/05, 350,000 Belgian Francs (Co-Principal Investigator).

"Matrix Enabled Damage Tolerance in Oxide CFCCs," Air Force Office of Scientific Research, 10/1/01-9/30/04, $300,000 (Co-Principal Investigator).

"Blast and Fragment Protective Sandwich Panel Concepts for Stainless Steel Monohull Designs," Office of Naval Research, (Subcontract through the University of Virginia), 11/1/02-10/31/04, $300,000, (Co-Principal Investigator).

"New Ferroelectric Actuators: Simulation, Design, Reliability and Manufacturing," Robert Bosch Corporation and the University of California Discovery Program, 8/2/03-9/2/05, $173,970 (Principal Investigator).

"Bio-Mechanical Interfaces for Cell-Based Microsystems," MURI (Subcontract through the University of Chicago), 5/1/04-4/30/09, $650,000 (Co-Principal Investigator).

"A Virtual Dynamic Heart," Cottage Hospital, Santa Barbara, 8/9/04-8/8/05, $14,912 (Principal Investigator).

"Blast and Fragment Protective Sandwich Panel Concepts for Stainless Steel Monohull Designs," Office of Naval Research, (Subcontract through the University of Virginia), 1/1/05-12/31/06, $200,000, (Co-Principal Investigator).

"Matrix Enabled Damage Tolerance in Oxide CFCCs," Air Force Office of Scientific Research, 4/1/05-3/31/08, $360,000 (Co-Principal Investigator).

"Revolutionary Materials for Hypersonic Flight," Office of Naval Research – MURI, 5/1/05-4/30/10, $2,500,000, (Co-Principal Investigator).

"Models for the Performance of Layered Thermal Barrier Systems," National Science Foundation, 5/1/05-4/30/10, $290,005, (Principal Investigator).

"New Ferroelectric Actuators: Simulation, Design, Reliability and Manufacturing," Robert Bosch Corporation and the University of California Discovery Program, 4/25/06-4/24/08, $140,001 (Principal Investigator).

"Implementation of Embedded Actuators and Sensors to Probe Temporal Changes in the Nonlinear Elastic Properties of Elastomer Foams," Los Alamos National Laboratory Institute for Multiscale Materials Studies, 3/1/06-2/28/11, $900,000 (Co-Principal Investigator).

R. M. McMeeking                                                                                                      15

"An Integrated Cellular Materials Approach to Force Protection," MURI (Subcontract through the University of Virginia), 5/1/07-4/30/12, $3,000,000 (Co-Principal Investigator).

"Enabling the Manufacture of Long Life Lithium Ion Batteries," Robert Bosch Corporation and the University of California Discovery Program, 5/1/08-12/31/12, $329,848 (Principal Investigator).

"National Hypersonic Science Center: Hypersonic Materials and Structures," Air Force Office of Scientific Research/NASA (Subcontract through Teledyne Scientific LLC), 9/1/09-8/31/14, $2,500,000 (Co-Principal Investigator).

"Energy Frontiers Research Center: Science Based Nanostructure Design and Synthesis of Heterogeneous Functional Materials for Energy Systems," U.S. Department of Energy (Subcontract through the University of South Carolina), 10/1/09-9/30/14, $564,000 (Principal Investigator).

"GOALI: Collaborative Research: Engineered Surface Microstructures by Machining," National Science Foundation, 9/1/09-2/29/12, $180,000 (Principal Investigator).

"Pratt & Whitney Center of Excellence for Ceramic Matrix Composite Materials," Pratt & Whitney, 9/1/09 – 10/31/14, $2,500,000 (Co-Principal Investigator).

"Surviving Contact: A Revolutionary Approach to Controlling Energy Pathways in Armor Ceramics," DARPA (Subcontract through Johns Hopkins University), 5/1/11-04/30/13, $150,000 (Principal Investigator).

"Broadband Vibrational Energy Harvesting," National Science Foundation, 10/1/11-9/30/14, $322,468 (Co-Principal Investigator).

"Deformable Truss Structures," DARPA (Subcontract through SRI International), 7/10/12 – 5/11/16, $82,412 (Principal Investigator).

"Sustainable Manufacturing via Multi-scale Physics-based Process Modeling and Manufacturing-informed Design," U.S. Department of Energy (Subcontract through Third Wave Systems), 9/1/12 – 12/31/15, $499,420 (Principal Investigator).

"A Collaborative Program for the Multiscale Modeling and Design of Materials for Extreme Dynamic Environments," U.S. Army Research Laboratory (Subcontract through Johns Hopkins University), 04/16/12 – 12/31/15, $300,000 (Principal Investigator).

"Micromechanics Investigation of Impact Loading on Ceramic/Composite Materials Supported by Non-Rigid Reinforcement," U.S. Office of Naval Research, 6/1/15 – 12/31/17 $460,000 (Principal Investigator).

"Strain Distributions and Structural Changes in Motor-Driven Gels," U.S. Department of Energy, 8/1/15 – 5/31/18, $914,000 (Co-Principal Investigator).


## UNIVERSITY COMMITTEES

University of California, Santa Barbara Senate Committee on Educational Policy and Academic Planning (1989-92, 1997-99); Vice Chair (1990-91); Chair (1991-92)

University of California Senate Committee on Educational Policy (1990-92)

University of California, Santa Barbara Academic Planning Council (1990-92)

University of California, Santa Barbara Campus Planning Committee (1991-92)

R. M. McMeeking

16

UCSB Foundation Board of Trustees (1991-92)

University of California, Santa Barbara Senate Committee on Capital Planning (1992-1995, 1997-99)

UCSB College of Engineering Executive Committee (1992-94)

UCSB College of Engineering Administrative Committee (1999-2003)

University of California, Santa Barbara Academic Senate Faculty Legislature Dept. Representative (2003-2005)

University of California, Santa Barbara Senate Committee on Academic Personnel (2007-10)


**DOCTORAL STUDENTS SUPERVISED**

P.S. Lam (Ph.D. Awarded 1983)

N. Aravas (1985)

P.G. Charalambides (1987)

P. Sofronis (1988)

C.L. Hom (1990)

L.T. Kuhn (1992)

C.S. Lo (1992)

C.S. Lynch (1993)

J. Xu (1993)

D.B. Zahl (1993)

N.T. Zhang (1994)

F. Parhami (1995)

M.R. Begley (1995)

K.N. Newell (1996)

S.C. Hwang (1997)

M.A. McGlockton (1997)

C.M. Landis (1998)

K. Hbaieb (2002)

A. Haug (2003)

M. Selten (2004, Co-supervised, Ph.D. awarded by the Technische Universität Hamburg-Harburg)

A. Kaplan (A. Ruimi) (2005)

A. Konstandin (Co-supervised, 2008, Ph.D. awarded by the Technische Universität Hamburg-Harburg)

A. Pathak (2008)

M. Crowell (Co-supervised, 2009)

E. Ferri (Co-supervised, 2009)

S. Jimenez (2014)

R. M. McMeeking                                                                                          17

C. Hammetter (2013)

J. Berger (2014)

C. Holland (2013)

E. Bohn (2011, Co-supervised, Ph.D. awarded by Universität Karlsruhe)

R. Purkayastha (2013)

W. Xu (2014)

M. Klinsmann (Co-supervised, 2015, Ph.D. awarded by Universität Karlsruhe)

R. Balijepalli (Co-supervised, 2016, Ph.D. awarded by Universität des Saarlandes)

C. Peterson (expected 2017)

M. Mykhaylov (Co-supervised, expected 2018, Ph.D. to be awarded by University of Aberdeen)

## PUBLICATIONS

### BOOKS

1. *Opportunities in Protection Materials Science and Technology for Future Army Applications*, E.L. Thomas, M.F. McGrath, R.C. Buchanan, B. Chelluri, R.A. Haber, J.W. Hutchinson, G.R. Johnson, S. Kumar, R.M. McMeeking, N.A. Orlovskaya, M. Ortiz, R.A. Radovitzky, K.T. Ramesh, D.A. Shockey, S.R. Skaggs and S.G. Wax, The National Academies Press, Washington DC, 2011.

### BOOKS EDITED

1. *Intermetallic Matrix Composites* (Edited by D.L. Anton, P.L. Martin, D.B. Miracle and R.M. McMeeking) Materials Research Society Symposium Proceedings, Vol. **194**, 1990.

2. *Net Shape Processing of Powder Materials* (Edited by S. Krishnaswami, R.M. McMeeking and J.R.L. Trasorras) AMD Series, Vol. **216**, American Society of Mechanical Engineers, New York, 1995.

### PATENTS

1. U.S. # 5,136,497 (8/4/92) & 5,202,837 (4/13/93), "Material Consolidation Modeling and Control System," with C. Coe and 9 others.

2. U.S. # 61/084,085 (7/28/08), "Method and System for an Active Concept for Limiting Injuries Caused by Air Blasts," H. Wadley, K. Dharmasena, R. McMeeking and A. Evans.

3. German Patent # 10 2009 058 651.2 (12/16/09) "Vorrichtung mit stuerbarer Adhäsion," International Patent # WO 2011082779 A2 (7/14/11), and US Patent 9290678 (3/22/16) "Device having controllable adhesion," E. Arzt and R.M. McMeeking.

### PAPERS

1. "Finite Element Formulations for Problems of Large Elastic-Plastic Deformation," R.M. McMeeking and J.R. Rice, *International Journal of Solids and Structures,* **11**, pp. 601-616 (1975).

2. "The Weight Function Method for Determining Stress Intensity Factors," with P.C. Paris and H. Tada, American Society for Testing and Materials, Special Technical Publication, **601**, pp. 471-489 (1976).

3. "Finite Deformation Analysis of Crack Tip Opening in Elastic-Plastic Materials and Implications for Fracture Initiation," *Journal of the Mechanics and Physics of Solids,* **25**, pp. 357-381 (1977).

4. "Path Dependence of the J-Integral and the Role of J as a Parameter Characterizing the Near Tip Field," Flaw Growth and Fracture, American Society for Testing and Materials, Special Technical Publication, **631**, pp. 28-41 (1977).

5. "Blunting of a Plane Strain Crack Tip into a Shape with Vertices," Transactions of the American Society of Mechanical Engineers (Series H, Journal of Engineering Materials and Technology), **99**, pp. 290-297 (1977).

6. "Stress and Deformation Analysis of Metal Forming Processes," with E.H. Lee and R.L. Mallett, in Numerical Modeling of Manufacturing - Processes, American Society of Mechanical Engineers, PVP-PB-025, pp.19-33 (1977).

7.   "A Finite Element Analysis of a Circumferentially Notched Tensile Specimen," with D.K. Brown, Fracture 1977 (ed., D.M.R. Taplin), University of Waterloo Press, Vol. **3**, pp. 507-513 (1977).

8.   "Finite Element Metal Forming Analysis with Spatially Fixed Mesh," with K.A. Derbalian, E.H. Lee and R.L. Mallett, in Applications of Numerical Methods to Forming Processes, American Society of Mechanical Engineers, Vol. **28**, pp. 39-48 (1978).

9.   "On a Theory of Central Burst or Chevroning Defects in Drawing and Extrusion," with E.H. Lee, Transactions of the American Society of Mechanical Engineers, *Journal of Engineering for Industry,* **100**, pp. 386-387 (1978).

10.  "On Single Test Methods for Determining J. During Crack Growth," with S.J. Burns, *International Journal of Fracture,* **14**, pp. R37-R76 (1978).

11.  "On Criteria for J-Dominance of Crack Tip Fields in Large Scale Yielding," with D.M. Parks, American Society for Testing and Materials, Special Technical Publication, **668**, pp. 175-194 (1979).

12.  "Recent Finite Element Studies in Plasticity and Fracture Mechanics," with J.R. Rice, D.M. Parks and E.P. Sorensen, *Computer Methods in Applied Mechanics and Engineering,* **17/18**, pp. 411-442 (1979).

13.  "Stress and Deformation Analysis of Metal-Forming Processes," with E.H. Lee and R.L. Mallett, Metal Forming Plasticity, Proceedings of International Union for Theoretical and Applied Mechanics Symposium (ed. H. Lippman), Tutzing, W. Germany, 1978, Springer-Verlag, pp. 177-189 (1979).

14.  "Resolution of Unresolved Safety Issue-Reactor Vessel Toughness," with M.P. Gomez and D.M. Parks, Washington University Technical Associates Report, 7972-04 to Sandia Laboratories, September (1979).

15.  "Concerning Elastic and Plastic Components of Deformation," with E.H. Lee, *International Journal of Solids and Structures,* **17**, pp. 715-722 (1980).

16.  "Stress and Plane Strain Fields at the Tip of a Stationary Tensile Crack in a Creeping Material," with F.A. Leckie, *International Journal of Fracture,* **17**, pp. 467-476 (1981).

17.  "Some Effects of Inelastic Constitutive Models on Crack Tip Fields in Steady Quasistatic Growth," with D.M. Parks and P.S. Lam, Advances in Fracture Mechanics, Proceedings of the 5th International Congress on Fracture, Cannes, France, Vol. **5**, pp. 2607-2614, March (1981).

18.  "An Incremental Crack Growth Model for High Temperature Rupture in Metals," with F.A. Leckie, Advances in Fracture Mechanics, Proceedings of the 5th International Congress on Fracture, Cannes, France, Vol. **2**, pp. 699-704, March (1981).

19.  "The Generation of Residual Stresses in Metal-Forming Processes," with E.H. Lee, Residual Stress and Stress Relaxation, Proceedings of 28th Sagamore Army Materials Research Conference, Lake Placid, 1981 (ed. E. Kula and V. Weiss), Plenum, New York, pp. 315-330 (1982).

20.  "The Finite Strain Tension Torsion Test of a Thin walled Tube of Elastic-Plastic Material," *International Journal of Solids and Structures,* **18**, pp. 199-204 (1982).

21.  "The Mechanics of Transformation Toughening in Brittle Materials," with A.G. Evans, *Journal of the American Ceramic Society,* **65**, pp. 242-246 (1982).

22.  "Near-Surface Flow in Glaciers Obeying Glen's Law," with R.E. Johnson, *Quarterly Journal of Mechanics and Applied Mathematics,* **37**, pp. 273-321 (1984).

23. "Estimates of the J-integral for Elastic-Plastic Specimens in Large Scale Yielding," Transactions of the American Society of Mechanical Engineers (Series H, Journal of Engineering Material and Technology), **106**, pp. 273-321 (1984).

24. "Estimates for the Constitutive Moduli of Ductile Materials Containing a Small Volume Fraction of Voids or Inclusions," Mechanics of Materials (D.C. Drucker Anniversary Volume), (eds. G.A. Dvorak and R.T. Shield) Elsevier, Amsterdam, pp. 275-288 (1984).

25. "Analyses of Steady Quasistatic Crack Growth in Plane Strain Tension in Elastic-Plastic Materials with Non-isotropic Hardening," with P.S. Lam, *Journal of the Mechanics and Physics of Solids*, **32**, pp. 395-414 (1984).

26. "Finite Element Analysis of a Void Growth Near Blunting Crack Tip," with N. Aravas, *Journal of the Mechanics and Physics of Solids*, **33**, pp. 25-50 (1985).

27. "Microvoid Growth and Failure in the Ligament Between a Hole and a Blunt Crack Tip," with N. Aravas, *International Journal of Fracture*, **29**, pp. 21-38 (1985).

28. "On the Analysis of Longitudinal Stress in Glaciers," with R.E. Johnson, *Journal of Glaciology*, **31**, No. 109, pp. 293-302 (1985).

29. "Processing and Manufacturing," with F.A. Leckie, Solid Mechanics: Research Trends and Opportunities, (ed. J.R. Rice), Applied Mechanics Reviews and American Society of Mechanical Engineers-AMD, Vol. **70** pp. 1297-1300 (1985).

30. "On the Mechanics of Surging Glaciers," with R.E. Johnson, *Journal of Glaciology*, **32**, No. 110, pp.120-132 (1986).

31. "Influence of Multiple Heterogeneities on Sintering Rate," with C.H. Hsueh and A.G. Evans, *Journal of the American Ceramic Society*, **69**, pp. C64-66 (1986).

32. "Stress Intensity Factors for Slightly Kinked Partially Closed Cracks in Compression," with N. Aravas, *International Journal of Solids and Structures*, **22**, pp. 1279-1292 (1986).

33. "Morphogenesis of Epithelia: The Shaping of a Fluid Elastic Shell," with J.E. Mittenthal, University of Illinois Report (1985).

34. "On Crack Tip Blunting and Ductile Void Growth," with N. Aravas, Proceedings of 3rd Irish Durability and Fracture Conference, (D.M.R. Taplin, ed.), Parsons Press, Dublin (1985).

35. "On the Toughening of Ceramics by Strong Reinforcements," with A.G. Evans, *Acta Metallurgica*, **34**, pp. 2435-2441 (1986).

36. "The Effective Transformation Strain in Binary Elastic Composites," *Journal of the American Ceramic Society*, **69**, pp. C-301-302 (1986).

37. "Models of Ductile Rupture," with N. Aravas, Proceedings of the 10th U.S. National Congress on Applied Mechanics (1986).

38. "Near Tip Mechanics of Stress Induced Microcracking in Brittle Materials," with P.G. Charalambides, *Journal of the American Ceramic Society*, **71**, No. 6, pp. 465-472 (1988).

39. "Finite Element Method Simulation of Crack Propagation in a Brittle Microcracking Solid," with P.G. Charalambides, *Mechanics of Materials*, **6**, pp.71-87 (1987).

40. "Plastic Flow Instabilities at Crack Tips," Chemistry and Physics of Fracture (R.M. Latinision and R.H. Jones, eds.), Martinus Nijhoff, Dordrecht, The Netherlands, pp. 91-1628 (1987).

41. "On Mechanical Stresses at Cracks in Dielectrics with Application to Dielectric Breakdown," *Journal of Applied Physics,* **62**, (8) pp. 3116-3122 (1987).

42. "Microcrack Toughening in Alumina/Zirconia," with M. Rühle, A.G. Evans, P.G. Charalambides and J.W. Hutchinson, *Acta Metallurgica,* **35**, (11), pp. 2701-2710 (1987).

43. "Computational Modeling of Large Deformation Plasticity and Failure Mechanisms at Crack Tips," Proceedings of the 4th International Conference on Numerical Methods in Fracture Mechanics. (D.R.J. Owen and A.R. Luxmoore, eds.) Pineridge Press, Swansea, pp. 205-228 (1987).

44. "On the Toughness of Brittle Materials Reinforced with a Ductile Phase," with L.S. Sigl, P. Mataga, B.J. Dalgleish, and A.G. Evans, *Acta Metallurgica,* **36**, (6), pp. 945-953 (1988).

45. "A Test Specimen for Determining the Fracture Resistance of Bimaterial Interfaces," P.G. Charalambides, J. Lund, A.G. Evans and R.M. McMeeking, *Journal of Applied Mechanics,* **56**, pp. 77-82 (1989).

46. "Transformations, Microcracking and Toughening in Ceramics," with P.G. Charalambides, Constitutive Modeling for Nontraditional Materials, (V.K. Stokes and D. Krajcinovic, eds.) American Society of Mechanical Engineers-AMD **85**, pp. 189-216 (1987).

47. "A Method for Calculating Stress Intensities in Bimaterial Fracture," with P.P.L. Matos, P.G. Charalambides and M.D. Drory, *International Journal of Fracture,* **40**, pp. 235-254 (1989).

48. "Void Growth in Elastic-Plastic Materials," with C.L. Hom, *Journal of Applied Mechanics,* **56**, pp. 309-317 (1989).

49. "Large Crack Tip Opening in Thin Elastic-Plastic Sheets," with C.L. Hom, in *International Journal of Fracture,* **45**, pp. 103-122 (1990).

50. "Numerical Analysis of Hydrogen Transport Near a Blunting Crack Tip," P. Sofronis and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids,* **37**, pp. 317-350 (1989).

51. "Three-Dimensional Void Growth Before a Blunting Crack Tip," with C.L. Hom, *Journal of the Mechanics and Physics of Solids,* **37**, pp. 395-415 (1989).

52. "Crack Tip Blunting in Thin Ductile Sheets," with C.L. Hom, Analytical, Numerical and Experimental Aspects of 3D Fracture Processes (A.J. Rosakis, ed.), American Society of Mechanical Engineers-AMD, pp. 215-226 (1988).

53. "Recent Advances in Fracture Mechanics," Proceedings of the ASM 1987 Materials Science Seminar–Fracture Mechanics: Microstructure and Micromechanisms (S.V. Nair et al., ed.) American Society for Metals, Metals Park, Ohio, pp. 1-30 (1989).

54. "An Asymptotic Analysis of Three-Dimensional Extrusion," with N. Aravas, *Journal of Applied Mechanics,* **56**, pp. 519-526 (1989).

55. "A J-Integral for the Analysis of Electrically Induced Mechanical Stress of Cracks in Elastic Dielectrics," *International Journal of Engineering Science,* **28**, pp. 605-613 (1990).

56. "Toughening Mechanisms in Brittle Matrix Composites," Proceedings of the Materials Research Society International Meeting on Advanced Materials, Tokyo, Japan, May-June 1988, pp. 277-293 (1989).

57. "Finite Element Analysis of Void Growth in Elastic-Plastic Materials," with C.L. Hom, *International Journal of Fracture,* **42**, pp. 1-19 (1990).

58. "Numerical Calculations for Problems of Ductile Fracture," Advances in Fracture Research, Proceedings of the Seventh International Congress of Fracture, Houston, March 1989 (Eds. K. Salama, K. Ravi-Chandar, D.M.R. Taplin and P. Rama Rao) Pergamon Press, pp. 1971-1998 (1989).

59. "Electrostrictive Stresses Near Crack-like Flaws," *Zeitschrift fuer angewandte Mathematik und Physik,* (*Journal of Applied Mathematics and Physics,* ZAMP) **40**, pp. 615-627 (1989).

60. "Modeling Powder Consolidation," with L.T. Kuhn and F.F. Lange, Powders and Grains, Proceedings of Conference on the Micromechanics of Granular Materials, Clermont-Ferrand, France, September 4-8, 1989 (Eds. J. Biarez and R. Gourvès) Balkema, Rotterdam, pp. 331-338 (1989).

61. "Some Recent Developments in Numerical Modelling of Fracture Toughness in Brittle Matrix Composites," with C.L. Hom and P.A. Mataga, *International Journal of Numerical Methods in Engineering,* **27**, pp. 233-255 (1989).

62. "Numerical Results for Transformation Toughening in Ceramics," with C.L. Hom, *International Journal of Solids and Structures,* **26**, No. 11, pp. 1211-1223 (1990).

63. "Plastic Flow in Ductile Materials Containing a Cubic Array of Rigid Spheres," with C.L. Hom, *International Journal of Plasticity,* **7**, pp. 255-274 (1991).

64. "The Processing and Mechanical Behavior of an Aluminum Matrix Composite Reinforced with Short Fibers," with Y.L. Klipfel, M.Y. He, A.G. Evans and R. Mehrabian, *Acta Metallurgica et Materialia,* **38**, pp. 1063-1074 (1990).

65. "Matrix Fatigue Cracking in Fiber Composites," with A.G. Evans, *Mechanics of Materials,* **9**, pp. 217-227 (1990).

66. "Steady-state Mechanics of a Growing Crack Paralleling an Elastically Constrained Thin Ductile Layer," with P.G. Charalambides, P.A. Mataga and A.G. Evans, *Applied Mechanics Reviews,* **43**, No. 5, Part 2, pp. S267-S270 (1990).

67. "Models for the Mechanical Properties of Composite Materials: ABAQUS Results," ABAQUS User's Conference Proceedings, May 30-June 1, 1990, Newport, RI, Hibbitt, Karlsson and Sorensen Inc., pp. 1-16 (1990).

68. "A Model for Powder Consolidation," with L. Kuhn and F.F. Lange, *Journal of the American Ceramic Society,* **74**, No. 3, pp. 682-685 (1991).

69. "Models for the Strength of Ductile Matrix Composites," with G. Bao, F. Genna and J.W. Hutchinson, in Intermetallic Matrix Composites (Edited by D.L. Anton, P.L. Martin, D.B. Miracle and R.M. McMeeking) Materials Research Society Symposium Proceedings, Vol. **194**, pp. 3-14 (1990).

70. "Particle Reinforcement of Ductile Matrices against Plastic Flow and Creep," with G. Bao and J.W. Hutchinson, *Acta Metallurgica et Materialia,* **39**, No. 8, pp. 1871-1882 (1991).

71. "Creep of a Power Law Material Containing Spherical Voids," with P. Sofronis, *Journal of Applied Mechanics,* **59**, pp. 588-595 (1992).

72. "The Influence of Residual Stress on the Yielding of Metal Matrix Composites," with D.B. Zahl, *Acta Metallurgica et Materialia,* **39**, No. 6, pp. 1117-1122 (1991).

R. M. McMeeking                                                                                                    23

73. "The Flow Stress of Dual-Phase, Non-Hardening Solids," with G. Bao and J.W. Hutchinson, *Mechanics of Materials,* **12,** pp. 85-94 (1991).

74. "Stress-Strain Behavior of Metal Matrix Composites with Discontinuous Reinforcements," with A.G. Evans and J.W. Hutchinson, *Scripta Metallurgica et Materialia,* **25,** pp. 3-8 (1991).

75. "Yielding of Metal Powder Bonded by Isolated Contacts," with N.A. Fleck and L.T. Kuhn, *Journal of the Mechanics and Physics of Solids,* **40,** pp. 1139-1162 (1992).

76. "Plastic Flow of Composite Materials," with G. Bao, J.W. Hutchinson and D.B. Zahl, Topics in Plasticity, Anniversary Volume in Honor of E.H. Lee, (Ed. W. H. Yang) AM Press, Ann Arbor, pp. 123-136 (1991).

77. "A Diffusional Creep Law for Powder Compacts," with L.T. Kuhn, *Acta Metallurgica et Materialia,* **40,** No. 5, pp. 961-969 (1992).

78. "Densification by Plastic Deformation Around Spherical Inclusions," with G. Jefferson, J.L. Bassani and J. Xu, *International Journal of Solids and Structures,* **31,** p. 3059 (1994).

79. "An Analysis of the Can Effect in an Isostatic Pressing of Copper Powder," with J. Xu, *International Journal of Mechanical Sciences,* **34,** No. 2, pp. 167-174 (1992).

80. "Consolidation of Powder to Form a Matrix around Fibers in Composite Materials," *Mechanics of Materials,* **12,** pp. 185-190 (1991).

81. "The Analysis of Shape Change During Isostatic Pressing," *International Journal of Mechanical Sciences,* **34,** No. 1, pp. 53-62 (1992).

82. "Fatigue Crack Growth in Fiber-Reinforced Metal-Matrix Composites," with G. Bao, *Acta Metallurgica et Materialia,* **42,** pp. 2415-2425 (1994).

83. "Canonical Functions for Bridging Effects in Fibrous Composites," with C.S. Lo and B.N. Cox, Proceedings of the 4th Conference of the Asian-Pacific Congress on Strength Evaluation, Beijing, China, October 8-10 (1991).

84. "Approximate Finite Element Solution Methods for 3-D Extrusion Problems," with M. A. McGlockton, in Advances in Finite Deformation Problems in Materials Processing and Structures, American Society of Mechanical Engineers-Vol. **125,** (Ed. by N. Chandra and J.N. Reddy) ASME, pp. 89-96 (1991).

85. "Power Law Creep of Powder Bonded by Isolated Contacts, with L.T. Kuhn, *International Journal of Mechanical Sciences,* Vol. **34,** pp. 563-573, (1992).

86. "Crack Blunting and Void Growth Models for Ductile Fracture," in Topics in the Fracture and Fatigue, (Ed. by A.S. Argon), Springer-Verlag, pp. 179-196 (1992).

87. "Power Law Creep of a Composite Material Containing Discontinuous Rigid Aligned Fibers," *International Journal of Solids and Structures,* **30,** pp. 1807-1823 (1993).

88. "The Effect of Interface Diffusion and Slip on the Creep Resistance of Particulate Composite Materials," with P. Sofronis, *Mechanics of Materials,* **18,** pp. 55-68 (1994).

89. "Residual Stresses at Interfaces in Fiber Reinforced Composites," with S. Schmauder and W. Müller, Proceedings of the Third International Conference on Residual Stresses - III, Science and Technplogy, (Eds. H. Fujiwara, T. Abe and K. Tanaka) Vol. **1,** pp. 589-594 (1992).

90. "Constitutive Laws for Sintering and Pressing of Powders," in Mechanics of Granular Materials and Powder Systems, American Society of Mechanical Engineers-AMD, Vol. 37 (Ed. by M. M. Mehrabadi) pp. 51-62 (1992).

91. "Small Scale Yielding at a Crack Normal to the Interface Between an Elastic and a Yielding Material," with M.Y. He and N.T. Zhang, Materials Research Society Symposium Proceedings Series, (Eds. W.D. Nix, J.C. Bravman, E. Arzt and L.B. Freund) Vol. 239, pp. 585-590 (1992).

92. "Models for the Creep of Ceramic Matrix Composite Materials," in Elevated Temperature Mechanical Behavior of Ceramic Matrix Composite (S.V. Nair and K. Jakus, eds.) Butterworth-Heinemann, Boston, pp. 409-436 (1995).

93. "Elastic Behavior of Discontinuously Reinforced Composites," with D.B. Zahl and S. Schmauder, Zeitschrift für Metallkunde, 84, pp. 802-805 (1993).

94. "Continuum Models for Deformation: Discontinuous Reinforcements," with J.W. Hutchinson in Fundamentals of Metal-Matrix Composites (S. Suresh, A. Mortensen and A. Needleman, eds.), Butterworth-Heinemann, Stoneham, Mass., pp. 158-173 (1995).

95. "The Mechanics of Some Degradation Mechanisms in Ferroelectric Ceramic Actuators" with M.-Y. He, Z. Suo, A.G. Evans and C.S. Lynch, Proceedings SPIE North American Conference on Smart Materials and Structures, February, 1994.

96. "The Deformation of Interparticle Necks by Diffusion Controlled Creep," with D. Bouvard, Journal of the American Ceramic Society, 79, pp. 666-672 (1996).

97. "Constitutive Models for the Deformation of Powder Compacts," with L.T. Kuhn and J. Xu, in Computational and Numerical Techniques in Powder Metallurgy (Proc. A.S.M. Symp. 1992), 123-138 (1993).

98. "Modelling Powder Consolidation and Formation of Composite Materials," with J. Xu, in Advances in Powder Metallurgy and Particulate Materials - 1993, Metal Powder Industries Federation, Princeton, NJ (1993).

99. "Mechanical Behavior of Residually Stressed Composites with Ductile and Brittle Constituents," with D.B. Zahl and S. Schmauder, Modelling and Simulation in Materials Science and Engineering, 2, pp. 267-276 (1994).

100. "Simulation of Powder Consolidation," with J. Xu, in Hot Isostatic Pressing '93 (Proceedings of Conference, Antwerp, Belgium, 21-23 April, 1993) Elsevier (1993).

101. "Crack Growth in Ferroelectric Ceramics Driven by Cyclic Polarization Switching," with C.S. Lynch, L. Chen, W. Yang and Z. Suo, Journal of Intelligent Material Systems and Structures, 6, pp. 191-198 (1995).

102. "Power Law Creep with Interface Slip and Diffusion in a Composite Material," with K.T. Kim, Mechanics of Materials, 20, 153-164 (1995).

103. "Finite Element Simulation of Powder Consolidation in the Formation of Fiber Reinforced Composite Materials," with J. Xu, International Journal of Mechanical Sciences, 37, pp. 883-897 (1995).

104. "The Effect of Interfacial Properties on the Flow Strength of Discontinuous Reinforced Metal Matrix Composites," with D.B. Zahl, Mechanics of Composite Materials and Structures, 1, 31-52 (1994).

105. "Finite Strain Ferroelectric Constitutive Laws," with C.S. Lynch, Ferroelectrics, 160, pp. 177-184 (1994).

106. "Transverse Strength of Metal Matrix Composites Reinforced with Strongly Bonded Continuous Fibers in Regular Arrangements," with D.B. Zahl and S. Schmauder, *Acta Metallurgica et Materialia,* **42**, pp. 2983-2997 (1994).

107. "Transformation Toughening in PLZT Ferroelectric Ceramics," with C.S. Lynch and Z. Suo, in <u>Proceedings of the Second International Conference on Intelligent Materials,</u> Williamsburg, Virginia, June 5-8, (1994).

108. "A Model for the Plastic Deformation of Asperities During Consolidation of Plasma Sprayed Composite Foils," with F. Parhami, Report (1994).

109. "Thermomechanical Fatigue Cracking in Fiber Reinforced Metal Matrix Composites," with G. Bao, *Journal of the Mechanics and Physics of Solids,* **43**, No. 9, pp. 1433-1460 (1995).

110. "Control of Strength Anisotropy of Metal Matrix Fiber Composites," with Z.-Z. Du, *Journal of Computer-Aided Materials Design,* **1**, 243-264 (1993).

111. "Ferroelastic Toughening in PLZT," with C.S. Lynch, Report (1995).

112. "Pressure Consolidation of Fiber-Reinforced Oxide Matrix Composites: Experiments and Simulations," with A. Casagranda, J. Xu and A.G. Evans, *Journal of the American Ceramic Society,* **79**, pp. 1265-1272 (1996).

113. "Transverse Yielding and Matrix Flow Past the Fibers in Metal Matrix Composites," with Z.-Z. Du and S. Schmauder, *Mechanics of Materials,* **21**, pp. 159-167 (1995).

114. "Creep Models for Metal Matrix Composites with Long Brittle Fibers," with Z.-Z. Du, *Journal of the Mechanics and Physics of Solids,* **43**, No. 5, pp. 701-726 (1995).

115. "Electric Field Induced Cracking in Ferroelectric Ceramics," with C.S. Lynch, W. Yang, L. Collier and Z. Suo, *Ferroelectrics,* **166**, pp. 11-30 (1995).

116. "Creep Rupture in Ceramic Matrix Composites with Creeping Fibers," with M.R. Begley and A.G. Evans, *Journal of the Mechanics and Physics of Solids,* **43**, No. 5, pp. 727-740 (1995).

117. "Fatigue Crack Growth with Fiber Failure in Metal Matrix Composites," with M.R. Begley, *Composites Science and Technology,* **53**, 365-382 (1995).

118. "Ferroelectric/Ferroelastic Interactions and a Polarization Switching Model," with S.C. Hwang and C.S. Lynch, *Acta Metallurgica et Materialia,* **43**, No. 5, pp. 2073-2084 (1995).

119. "Computer Simulation of Solid State Sintering of Powders through Discrete Element Method," with F. Parhami and K.J. Newell, in <u>The Mechanics of Materials Processing & Manufacturing,</u> American Society of Mechanical Engineers, (1994).

120. "Plasticity Model for Ferroelectric Ceramics," with S.C. Hwang and C.S. Lynch, <u>Advances in Engineering Plasticity and its Applications,</u> Proc. 2nd AEPA Conference, Beijing, June 29-July 2, 1994 (B. Xu and W. Yang, eds.), International Academic Publishers, pp. 675-682 (1995).

121. "Numerical Analysis of Fiber Bridging and Fatigue Crack Growth in Metal Matrix Composite Materials," with M.R. Begley, *Materials Science and Engineering A,* **200**, p. 12 (1995).

122. "On Thermomechanical Fatigue of Fiber Reinforced Metal Matrix Composites," with G. Bao, in <u>Durability of Composite Materials,</u> (ed. R.C. Wetherhold), ASME-MD, **51**, pp. 1-12 (1994).

123. "Time Dependent Crack Growth in Ceramic Matrix Composites with Creeping Fibers," with M.R. Begley and B.N. Cox, *Acta Metallurgica et Materialia,* **43**, pp. 3927-3936 (1995).

124. "Fatigue of Ceramic Matrix Composites," with A.G. Evans and F.W. Zok, *Acta Metallurgica et Materialia,* **43**, No. 8, pp. 859-875 (1995).

125. "Fatigue Cracking in Fiber-Reinforced Metal Matrix Composites under Mechanical and Thermal Loads," with G. Bao, *Journal of Engineering for Gas Turbines and Power,* **118**, p. 416 (1996).

126. "Crack Progression and Interface Debonding in Brittle/Ductile Nanoscale Multilayers," with D.K. Leung, N.T. Zhang and A.G. Evans, *Journal of Materials Research,* **10**, pp. 1958-1968 (1995).

127. "Micromechanical Theory of the Non-Linear Behavior of Ferroelectric Ceramics," with C.S. Lynch and S.C. Hwang, in Active Materials and Smart Structures, Proceedings SPIE, **2427**, pp. 300-309 (1995).

128. "Recent Advances in Consolidation Process Modeling of Titanium Matrix Composites from Powder-Fiber Monotapes," with K.J. Newell, C.C. Bampton, W.L. Morris and B.P. Sanders, in Recent Advances in Titanium Metal Matrix Composites, (Ed. F.H. Froes and J. Storer), *The Minerals, Metals & Materials Society,* pp. 87-98 (1995).

129. "Models of High-Temperature, Environmentally-Assisted Embrittlement in Ceramic Matrix Composites," with A.G. Evans, F.W. Zok and Z.-Z. Du, *Journal of the American Ceramic Society,* **79**, p. 2345-2352 (1996).

130. "Power-Law Matrix Creep in Fiber Composites due to Transverse Stress Gradients," with Z.-Z. Du and A.C.F. Cocks, *European Journal of Mechanics A,* **16**, pp. 445-465 (1997).

131. "Structural Analysis of the Björk-Shiley Delrin® Heart Valve Occluder," with M.-Y. He and R. Chia, *Journal of Heart Valve Disease,* **5**, Supplement II, pp. S229-237 (1996).

132. "A Model for Creep Rupture in Ceramic Matrix Composites," with M.R. Begley and B.N. Cox, in Anales de Mecânica da la Fractura - 3ª*s* Jornadas Ibéricas de Fractura, (M. Elices, M. Fuentes and J. Llorca, eds.) Grupo Español de Fractura, Madrid, pp. 30-38 (1996).

133. "Estimation of the Densification Kinetics of Particle Aggregates through the Simulation of the Deformation of an Average Interparticle Neck," with D. Bouvard, in Proceedings of Sintering '95, Paris, May 1995.

134. "Creep Crack Growth with Small Scale Bridging in Ceramic Matrix Composites," with M.R. Begley and B.N. Cox, *Acta Materialia* **45** pp. 2897-2910 (1997).

135. "Cracking in Ferroelectric and Antiferroelectric Ceramic Multilayer Actuators," with X. Gong, H. Yu and Z. Suo, in Proceedings of Symposium on Adaptive Structures and Materials Systems, ASME, Atlanta, November 1996.

136. "On the Potential Energy of a Piezoelectric Inclusion and the Criterion for Ferroelectric Switching," with S.C. Hwang, *Ferroelectrics* **200**, p. 151 (1997).

137. "Matrix Cracking in Ceramic Matrix Composites with Creeping Fibers," with B.N. Cox, D.B. Marshall and M.R. Begley, in Proceedings of the IUTAM Symposium on Nonlinear Analysis of Fracture, (J. R. Willis Ed.) Cambridge, England, August, 1995, Kluwer, Dordrecht, (1997).

138. "A Network Model for Initial Stage Sintering," with F. Parhami, *Mechanics of Materials,* **27**, p. 111 (1998).

139. "Time Dependent Crack Initiation and Growth in Ceramic Matrix Composites," with M.R. Begley and B.N. Cox, *Journal of Engineering for Gas Turbines and Power,* **120**, p. 808 (1998).

140. "The Viscoplastic Compaction of Powders," with N.A. Fleck and B. Storåkers, in Proceedings of the IUTAM Symposium on The Mechanics of Granular and Porous Materials, (N.A. Fleck and A.C.F. Cocks, Eds.) Cambridge, England, July, 1996, Kluwer, Dordrecht, (1997) pp. 1-10.

141.  "A Numerical Model of Grain Growth," Z.-Z. Du, R.M. McMeeking and A.C.F. Cocks, *Zeitschrift für Metallkunde*, **94**, pp. 368-376, (2003).

142.  "The Simulation of Switching in Polycrystalline Ferroelectric Ceramics," with S.C. Hwang, J.E. Huber and N.A. Fleck, *Journal of Applied Physics* **84** pp. 1530-40 (1998).

143.  "Rupture Simulations for Unidirectional Ceramic Matrix Fiber Composites," with M.A. McGlockton and B.N. Cox, in Advances in Fracture Research, Proceedings of ICF9, Sydney, Australia, 1997 (B.L. Karihaloo, Y.-W. Mai, M.I. Ripley and R.O. Ritchie, eds.) Pergamon, Vol. 2, pp. 751-757 (1997).

144.  "Adhesion, Slip, Cohesive Zones and Energy Fluxes for Elastic Spheres in Contact," with K.-S. Kim, R.M. McMeeking and K.L. Johnson, *Journal of the Mechanics and Physics of Solids* **46** pp. 243-266 (1998).

145.  "The Prediction of Switching in Polycrystalline Ferroelectric Ceramics," with S.C. Hwang, *Ferroelectrics*, **207** pp. 465-495 (1998).

146.  "Failure of a Porous Solid from a Deep Notch," with P. Redanz and N.A. Fleck, *International Journal of Fracture*, **88** p. 187 (1997).

147.  "A Maxwell Stress for Material Interactions," *Journal of Colloid and Interface Science*, **199** p. 187 (1998).

148.  "A Finite Element Model of Ferroelectric Polycrystals" with S.C. Hwang, *Ferroelectrics*, **211**, 177-194, 1998.

149.  "A Finite Element Model of Ferroelastic Polycrystals," with S.C. Hwang, *International Journal of Solids and Structures*, **36**, pp. 1541-1556 (1999).

150.  "A Shear Lag Model for a Broken Fiber Embedded in a Composite with a Ductile Matrix," with C.M. Landis, *Composites Science and Technology*, **59**, pp. 447-457 (1999).

151.  "An Improved Shear Lag Model for Broken Fibers in Composites Materials," with C.M. Landis and M.A. McGlockton, *Journal of Composite Materials*, **33**, pp. 667-680 (1999).

152.  "A Model for the Sintering and Coarsening of Rows of Spherical Particles," with F. Parhami, A.C.F. Cocks and Z. Suo, *Mechanics of Materials*, **31**, pp. 43-61 (1999).

153.  "Towards a Fracture Mechanics for Brittle Piezoelectric and Dielectric Materials," *International Journal of Fracture*, **108**, pp. 25-41 (2001).

154.  "Stress Concentrations in Composites with Interface Sliding, Matrix Stiffness, and Uneven Fiber Spacing Using Shear Lag Theory," with C.M. Landis, *International Journal of Solids and Structures*, **36**, pp. 4333-4361 (1999).

155.  "The Viscoplastic Compaction of Composite Powders," with B. Storåkers and N.A. Fleck, *Journal of the Mechanics and Physics of Solids*, **47**, pp. 785-815 (1999).

156.  "Micromechanical Simulation of the Failure of Fiber Reinforced Composites," with C.M. Landis and I.J. Beyerlein, *Journal of the Mechanics and Physics of Solids*, **48**, pp. 621-648 (2000).

157.  "A Crystal Plasticity Model for Ferroelectrics," with J.E. Huber and N.A. Fleck, *Ferroelectrics*, **228**, pp. 39-52 (1999).

158.  "A Network Model for the Plastic Compaction of Monodispersed Spherical Powder," with G. Deutschmann and C.M. Landis, Proceedings of the AIChE PTF Topical Conference on Advanced Technologies for Particle Processing, Miami Beach, Florida, November 15-20, 1998.

159 "A Constitutive Model for Ferroelectric Polycrystals," J.E. Huber, N.A. Fleck, C.M. Landis and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids,* **47**, pp. 1663-1697 (1999).

160 "Crack Tip Energy Release Rate for a Piezoelectric Compact Tension Specimen," *Engineering Fracture Mechanics,* **64**, pp. 217-244 (1999).

161 "The Binary Model-A Computational Approach to Textile Composites," R.M. McMeeking, B.N. Cox and M.A. McGlockton, Proceedings of ICCM 12, Paris, July, 1999, Paris, 1999, ed. T. Massard, Woodhead Publishing Limited, Melbourne, 1999.

162 "Numerical Models for the Deformation and Failure of 3-Dimensionally Reinforced Textile Composites," R.M. McMeeking, B.N. Cox and M.A. McGlockton, Proceedings of the 3rd National Congress on Computational Mechanics, Volos, Greece, June 1999, Greek Association of Computational Mechanics, pp. 57-64 (1999).

163 "A Self Consistent Model for Switching in Polycrystalline Ferroelectrics: Electrical Polarization Only," C.M. Landis and R.M. McMeeking, Smart Structures and Materials 1999: Mathematics and Control in Smart Structures, Proceedings of SPIE, **3667**, pp. 172-180 (1999).

164 "Laminar Ceramics that Exhibit a Threshold Strength," M.P. Rao, A.J. Sanchez-Herencia, G.E. Beltz, R.M. McMeeking and F.F. Lange, *Science*, **286**, pp. 102-105 (1999).

165 "A Phenomenological Constitutive Law for Ferroelastic Switching and a Resulting Asymptotic Crack Tip Solution," C.M. Landis and R.M. McMeeking, *Journal of Intelligent Materials Systems and Structures,* **10**, pp. 155-163 (1999).

166 "Optimal Threshold Strength of Laminar Ceramics," K. Hbaieb and R.M. McMeeking, *Zeitschrift für Metallkunde,* **90**, pp. 1031-1036 (1999).

167 "Geometric Optimization of a Tissue Pattern for a Semilunar Valve Reconstruction," J.G. Hanlon, R.W. Suggit, R.M. McMeeking and J.W. Love, *Journal of Heart Valve Disease* **8** pp. 609-613 (1999).

168 "A Phenomenological Constitutive Law for the Behavior of Ferroelectric Ceramics," A.C.F. Cocks and R.M. McMeeking, *Ferroelectrics,* **228**, p. 219 (1999).

169 "Energy Release Rate for a Crack with Extrinsic Surface Charge in a Piezoelectric Compact Tension Specimen," A. Haug and R.M. McMeeking, in Multiscale Deformation and Fracture in Materials and Structures, The James R. Rice 60th Anniversary Volume (T.-J. Chuang and J.W. Rudnicki, eds.) Kluwer, Dordrecht, pp. 349-360 (2001).

170 "A Finite Element Model of Ferroelectric/Ferroelastic Polycrystals," S.C. Hwang and R.M. McMeeking, Smart Materials and Structures: Active Materials: Behavior and Mechanics, Proceedings of SPIE, **3992**, (C.S. Lynch, ed.) pp. 404-417 (2000).

171 "A Self-Consistent Constitutive Model for Switching in Polycrystalline Barium Titanate," C.M. Landis and R.M. McMeeking, *Ferroelectrics,* **255**, pp. 13-34 (2001).

172 "Modeling of Fracture in Ferroelectric Ceramics," C.M. Landis and R.M. McMeeking, Smart Materials and Structures: Active Materials: Behavior and Mechanics, Proceedings of SPIE, **3992**, (C.S. Lynch, ed.) pp. 176-184 (2000).

173 "Elastic and Visco-elastic Response of Finite Particle Junctions in Granular Materials," R.M. McMeeking, G. Jefferson and G.K. Haritos, in Recent Developments in Computational Modeling of Powder Metallurgy Processes (Proceedings of the NATO Advanced Research Workshop on, Kiev, Ukraine, May 15-18, 2000), (A. Zavaliangos and A. Laptev, eds.) IOS Press, Amsterdam, pp. 50-62 (2001).

174 "Cold Plastic Compaction of Powders by a Network Model," P.R. Heyliger and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids,* **49** pp. 2031-2054 (2001).

175 "The Workability of Plastic, Saturated Alumina Powder Compacts," with K. Hbaieb, G.V. Franks, and F.F. Lange, Proceedings of the 7th International Conference on Ceramic Processing Science, Inuyama City, Japan, May 15-18, 2000 (S. Hirano, G. Messing and N. Claussen, eds.)

176 "Sintering and Coarsening of Spherical Particles," P. Redanz and R.M. McMeeking, Proceedings of the ESAFORM Conference, Liege, Belgium, April 2001.

177 "The Elastic Response of a Cohesive Aggregate − A Discrete Element Model with Coupled Particle Interactions," G. Jefferson, G. Haritos and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids,* **50,** pp. 2539-2575 (2002).

178 "Ceramics that Exhibit a Threshold Strength," F.F. Lange, M.P. Rao, K. Hbaieb and R.M. McMeeking, in Ceramic Armor Materials by Design, Ceramic Trans. 134, (JW. McCauley, A. Crowsen, W.A. Gooch, Jr., A.M. Rajendran, S.J. Bless, Kathryn V. Logan, M. Normandia and S. Wax, Eds.), American Ceramic Society, Westerville, Ohio, pp 499-510 (2002).

179 "A Phenomenological Multiaxial Constitutive Law for Switching in Polycrystalline Ferroelectric Ceramics," R.M. McMeeking and C.M. Landis, *International Journal of Engineering Science,* **40,** pp. 1553-1577 (2002).

180 "Threshold Strength Predictions for Laminar Ceramics with Cracks that Grow Straight," K. Hbaieb and R.M. McMeeking, *Mechanics of Materials,* **34,** pp. 755-772 (2002).

181 "Combined Isotropic and Kinematic Hardening in Phenomenological Switching Models for Ferroelectric Ceramics," A. Haug, V. Knoblauch and R.M. McMeeking, *International Journal of Engineering Science,* **41,** pp. 887-901 (2003).

182 "A Binary Model of Textile Composites: III High Failure Strain and Work of Fracture in 3D Weaves," B.N. Cox, M.A. McGlockton and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids* **51,** pp. 1573-1600 (2003).

183 "The Electrical Potential Difference across Cracks in PZT Measured by Kelvin Probe Microscopy and the Implications for Fracture," G.A. Schneider, F. Felten and R.M. McMeeking, *Acta Materialia*, **51,** pp. 2235-2241 (2003).

184 "A Computational Model for the Mechanics of Porous Matrices in Ceramic Composites," R.M. McMeeking, G. Jefferson and G.K. Haritos, Proceedings of GRACM2002, The 2002 Conference of the Greek Association for Computational Mechanics, Patras, Greece, June 2002.

185 "The Weight Function for Cracks in Piezoelectrics," R.M. McMeeking and A. Ricoeur, *International Journal of Solids and Structures*, **40,** pp. 6143-6162 (2003).

186 "The Energy Release Rate for a Griffith Crack in a Piezoelectric Material," R.M. McMeeking, *Engineering Fracture Mechanics*, **71,** pp. 1149-1163 (2004).

187 "Sintering of a Body-Centered Cubic Structure of Spherical Particles of Equal and Different Size," P. Redanz and R.M. McMeeking, *Philosophical Magazine*, **83,** pp. 2693-2714 (2003).

188 "Finite Element Simulations of the Poling of a Ferroelectric Actuator," Anja Haug and Robert M. McMeeking, *Proceedings of the International Conference on Materials*, Lausanne, Switzerland, June 2003.

189 "Mullite/Alumina Mixtures for Use as Porous Matrices in Oxide Fiber Composites," H. Fujita, G. Jefferson, R.M. McMeeking and F.W. Zok, *Journal of the American Ceramic Society,* **87,** pp. 261-267 (2004)

190 "Design and Demonstration of a High Authority Shape Morphing Structure," S.L. dos Santos e Lucato, J. Wang, P. Maxwell, R.M. McMeeking and A.G. Evans, *International Journal of Solids and Structures*, **41**, pp. 3521-3543 (2004).

191 "A Protocol for Characterizing the Structural Performance of Metallic Sandwich Panels: Application to Pyramidal Truss Cores," F.W. Zok, S.A. Waltner, Z. Wei, H.J. Rathbun, R.M. McMeeking and A.G. Evans, *International Journal of Solids and Structures*, **41**, pp. 6249-6271 (2004).

192 "Finite Element Simulation of a Polycrystalline Ferroelectric Based on a Multidomain Single Crystal Switching Model," M. Kamlah, A.C. Liskowsky, R.M. McMeeking and H. Balke, *International Journal of Solids and Structures*, **42**, pp. 2949-2964 (2005).

193 "Electrostatic Forces and Stored Energy for Deformable Dielectric Materials," R.M. McMeeking and C.M. Landis, *Journal of Applied Mechanics*, **72**, pp. 581-590 (2005).

194 "Modeling of Threshold Strength in Cylindrical Ceramic Structures," Fjola Jonsdottir, G.E. Beltz, and R. M. McMeeking, *Journal of Applied Mechanics*, **72**, pp. 381-388 (2005).

195 "Kagome-Based High Authority Shape Morphing Structure," S.L. dos Santos e Lucato, R.M. McMeeking and A.G. Evans, Proceedings of IMECE'04, ASME International Mechanical Engineering Congress, Anaheim, CA, November 13-19, 2004.

196 "On the Evolution of the Linear Material Properties of PZT during Loading History – An Experimental Study," M. Selten, G.A. Schneider, V. Knoblauch and R.M. McMeeking, *International Journal of Solids and Structures*, **42**, pp. 3953-3966 (2005).

197 "Structural Performance of Metallic Sandwich Panels with Square Honeycomb Cores," F.W. Zok, H. Rathbun, M. He, E. Ferri, C. Mercer, R.M. McMeeking and A.G. Evans, *Philosophical Magazine* **85**, pp. 3207-3234, (2005).

198 "Cracks with Surface Charge in Poled Ferroelectrics," A. Haug and R.M. McMeeking, *European Journal of Mechanics – A/Solids* **25**, pp. 24-41 (2006).

199 "The Response of Metallic Sandwich Panels to Water Blast," Y. Liang, A.V. Spuskanyuk, S.E. Flores, D.R. Hayhurst, J.W. Hutchinson, R.M. McMeeking and A.G. Evans, *Journal of Applied Mechanics,* **74**, pp. 81-99 (2007).

200 "Ceramic Composites with Three-Dimensional Architectures Designed to Produce a Threshold Strength – II. Mechanical Observations," G.E. Fair, M.Y. He, R.M. McMeeking and F.F. Lange, *Journal of the American Ceramic Society*, **88**, pp. 1879-1885 (2005).

201 "A Finite Element Simulation Scheme for Biological Muscular Hydrostats," Y. Liang, R.M. McMeeking and A.G. Evans, *Journal of Theoretical Biology*, **242**, pp. 142-150 (2006).

202 "Finite Element Modeling of the Ferroelectroelastic Material Behavior in Consideration of Domain Wall Motion," A.C. Liskowsky, A.S. Semenov, H. Balke and R.M. McMeeking, Materials Research Society Proceedings, Symposium CC, March, 2005.

203 "Actuator Placement Optimization in a Kagome Based High Authority Shape Morphing Structure," S.L. dos Santos e. Lucato, R.M. McMeeking and A.G. Evans, *Smart Materials and Structures*, **14**, pp. 869-875 (2005).

204 "Crack Bifurcation in Laminar Ceramics Having Large Compressive Stress," K. Hbaieb, R.M. McMeeking and F.F. Lange, *International Journal of Solids and Structures*, **44**, pp. 3328-3343 (2007).

205 "Simulation of the Performance of UHF Aluminum Nitride Trampoline Resonator Arrays with Through Thickness Vibrations," A. Ruimi, Y. Liang, K. Turner and R.M. McMeeking, Report (2006).

206 "Computational Examination of the effect of Material Inhomogeneity on the Necking of Stent Struts under Tensile Loading," J.P. McGarry, B.P. O'Donnell, P.E. McHugh, E. O'Cearbhaill and R.M. McMeeking, *Journal of Applied Mechanics*, **74**, pp. 978-989 (2007).

207 "A Bio-Chemo-Mechanical Model for Cell Contractility," V.S Deshpande, R.M. McMeeking and A.G. Evans, *Proceedings of the National Academy of Sciences* **103** (38) pp. 14015-14020 (2006) doi:10.1073/pnas.0605837103.

208 "A Model for the Contractility of the Cytoskeleton Including the Effects of Stress Fiber Formation and Disassociation," V.S Deshpande, R.M. McMeeking and A.G. Evans, *Proceedings of the Royal Society of London* **A463** pp. 787-815 (2007) doi:10.1098/rspa.2006.1793.

209 "Design of Multifunctional Fragment Resistant Sandwich Panels," Y. Liang, R.M. McMeeking and A.G. Evans, Report, (2007).

210 "Adhesive Contact between Flat Punches with Finite Edge Radius and an Elastic Half-Space," L. Ma, R.M. McMeeking and E. Arzt, *International Journal of Materials Research (Zeitschrift fuer Metallkunde)*, **98**, pp. 1156-1162 (2007).

211 "On the Crack Face Boundary Conditions in Electromechanical Fracture and an Experimental Protocol for Determining Energy Release Rates," W. Li, R.M. McMeeking and C.M. Landis, *European Journal of Mechanics* **27** pp. 285-301 (2008) doi:10.1016/j.eurmechsol.2007.08.007.

212 "A Principle of Virtual Work for Combined Electrostatic and Mechanical Loading of Materials," R.M. McMeeking, C.M. Landis and S.M.A. Jimenez, *International Journal of Non-Linear Mechanics*, **42**, pp. 831-838 (2007).

213 "Analysis and Interpretation of Stress Fiber Organization in Cells Subject to Cyclic Stretch," Z. Wei, V.S. Deshpande, R.M. McMeeking and A.G. Evans, *ASME Journal of Biomechanical Engineering*, **130**, pp. 031009-1 to 031009-9, DOI: 10.1115/1.2907745 (2008).

214 "Mechanism Maps for Frictional Attachment between Fibrillar Surfaces," R.M. McMeeking, L. Ma and E. Arzt, *Journal of Applied Mechanics*, **76**, pp. 037001-01 to 037001-8, DOI: 10.1115/1.3002760 (2009).

215 "Three Dimensional Finite Element Simulations of Ferroelectric Polycrystals under Electrical and Mechanical Loading," A. Pathak and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids*, **56** pp. 663-683 DOI 10.1016/j.jmps.2007.05.003 (2008).

216 "The Simulation of Stress Fiber and Focal Adhesion Development in Cells on Patterned Substrates," A. Pathak, V.S. Deshpande, R.M. McMeeking and A.G. Evans, *Journal of the Royal Society Interface*, **5**, pp. 507-524 doi:10.1098/rsif.2007.1182 (2008) (and cover graphic).

217 "An Analytic Model for the Response to Water Blast of Unsupported Metallic Sandwich Panels," R.M. McMeeking, A.V. Spuskanyuk, M.Y. He, V.S. Deshpande, N.A. Fleck and A.G. Evans, *International Journal of Solids and Structures*, **45**, pp. 478-496 (2008).

218 "A Bio-mechanical Model for Coupling Cell Contractility with Focal Adhesion Formation," V.S. Deshpande, M. Mrksich, R.M. McMeeking and A.G. Evans, *Journal of the Mechanics and Physics of Solids* **56** pp. 1484-1510 (2008) doi:10.1016/j.jmps.2007.08.006.

219 "Sandwich Panels for Blast Protection in Water: Simulations," A.V. Spuskanyuk and R.M. McMeeking, *International Journal of Materials Research (Zeitschrift fuer Metallkunde)*, **98**, pp. 1250-1255 (2007).

220 "Defect Dependent Adhesion of Fibrillar Surfaces," R.M. McMeeking, E. Arzt and A.G. Evans, *Journal of Adhesion* **84** pp. 675-681 (2008).

221 "The Effect of Shape on the Adhesion of Fibrillar Surfaces," A.V. Spuskanyuk, R.M. McMeeking, V.S. Deshpande and E. Arzt, *Acta Biomaterialia* 4 pp. 1669-1676 (2008).

222 "Efficient Finite-Element Methods for Stress Intensity Factors Using Weight Functions," P.C. Paris and R.M. McMeeking, *International Journal of Fracture*, 11, pp. 354-358 (1975).

223 "Dynamics of Kink Band Formation in Columnar Thermal Barrier Oxides," M. Crowell, J. Wang, R.M. McMeeking and A.G. Evans, *Acta Materialia* 56 pp. 4150-4159 (2008).

224 "An Active Concept for Limiting Injuries Caused by Air Blasts," H.N.G. Wadley, K.P. Dharmasena, M.-Y. He, R.M. McMeeking, A.G. Evans, T. Bui-Tanh and R. Radovitzky, *International Journal of Impact Engineering* 37 pp. 317-323 (2010).

225 "UHF Aluminum Nitride FBAR Trampoline-Shape Resonators with Gold-Aluminum Electrodes and Silicon Substrate with Through Thickness Vibrations: Computational Performance," A. Ruimi, Y. Liang and R.M. McMeeking, Proceedings of the International Conference on Smart Materials and Adaptive Structures: Mathematical Modeling and Computation, Tangier, Morocco, April 14-16, 2008; also *International Journal of Mathematics and Computation* 1, pp. 1-12 (2008).

226 "Constitutive Model for Predicting Dynamic Interactions between Soil Ejecta and Structural Panels," V.S. Deshpande, R.M. McMeeking, H.N.G. Wadley and A.G. Evans," *Journal of the Mechanics and Physics of Solids* 57 pp. 1139-1164 (2009).

227 "Simulation of Contractile Response of Cells on an Array of Micro-Posts," J.P. McGarry, J. Fu, M.T. Yang, C.S. Chen, R.M. McMeeking, A.G. Evans and V.S. Deshpande, *Philosophical Transactions of the Royal Society of London* 367 pp. 3477-3497 (2009) doi:10.1098/rsta.2009.0097.

228 "Effect of Geometry on the Performance of MEMS Aluminum Nitride Trampoline Resonators in Longitudinal Resonance," A. Ruimi, Y. Liang and R.M. McMeeking, *Journal of the Franklin Institute – Engineering and Applied Mathematics* 349 pp. 2294-2312 (2012) doi: 10.1016/j.jfranklin.2011.09.005.

229 "Microfabricated Tissue to Measure and Manipulate Cellular Forces in 3D Tissues," W.R. Legant, A. Pathak, M.T. Yang, V.S. Deshpande, R.M. McMeeking, C.S. Chen, *Proceedings of the National Academy of Sciences* 106 pp. 10097-10102 (2009).

230 "Improved Prediction of Electrodes' Mass Loading Effect on MEMS FBAR Structure in Longitudinal Resonance," A. Ruimi, Y. Liang and R.M. McMeeking, Proceedings of the ASME Conference on Smart Materials, Adaptive Structures and Intelligent Systems (SMASIS 2008), Ellicott City, MD, October 28-30, 2008.

231 "Air Damping, Acoustic Radiation and Electrodes Mass-Loading Effect on MEMS Resonators in Through Thickness Mode," A. Ruimi, Y. Liang and R.M. McMeeking, Report (2009).

232 "Fundamental Formulation for Transformation Toughening in Anisotropic Solids," L. Ma, A.M. Korsunsky and R.M. McMeeking, *Journal of Applied Mechanics* 80 051001-1 to 051001- (2013).

233 "Hard Particle Impact of Modulated TBC," B.T. Hazel, M. Fu, T.A. Schaedler, R. Darolia, M. Crowell, R.M. McMeeking and A.G. Evans, Report (2009).

234 "A Constitutive Description of the Inelastic Response of Ceramics," V.S. Deshpande, E.A. Gamble, B.G. Compton, R.M. McMeeking, A.G. Evans and F.W. Zok, *Journal of the American Ceramic Society* (Tony Evans Memorial Issue) 94 [S1] pp. S204-S214 (2011) DOI: 10.1111/j.1551-2916.2011.04516.x.

235 "An Analysis of the Co-operative Mechano-Sensitive Feedback between Intercellular Signaling, Focal Adhesion Development and Stress Fiber Contractility," A.Pathak, R.M. McMeeking, A.G. Evans and V.S. Deshpande, *Journal of Applied Mechanics* 78 041001-1 to 041001-12 (2011) doi: 10.1115/1.4003705.

236 "Functional Adhesive Surfaces with "Gecko" Effect: The Concept of Contact Splitting," M. Kamperman, E. Kroner, A. del Campo, R.M. McMeeking, and E. Arzt, *Advanced Engineering Materials* **12** pp. 335-348 (2010) DOI: 10.1002/adem.201000104.

237 "Bi-Stable Adhesion of a Surface with a Dimple," R.M. McMeeking, L. Ma and E. Arzt, *Advanced Engineering Materials* **12** pp. 389-397 (2010) DOI: 10.1002/adem.201000091.

238 "Discrete Contact Mechanics of a Fibrillar Surface with Backing Layer Interactions," G. Guidoni, D. Schillo, U. Hangen, G. Castellanos, E. Arzt, R.M. McMeeking and R. Bennewitz, *Journal of the Mechanics and Physics of Solids* **58** pp. 1571-1581 (2010).

239 "Adhesion of Flat and Structured PDMS Samples to Spherical and Flat Probes: A Comparative Study," E. Kroner, D.R. Paretkar, R.M. McMeeking and E. Arzt, *Journal of Adhesion* **87** pp. 447-465 (2011).

240 "Implications of Shakedown for Design of Actively-Cooled Thermostructural Panels," N. Vermaak, L. Valdevit, A.G. Evans, F.W. Zok and R.M. McMeeking, *Journal of Mechanics of Materials and Structures* **6** pp. 1313-1327 (2011) doi: 10.2140/jomms.2011.6.1313.

241 "Experiments and Numerical Simulations of Single Particle Foreign Object Damage-like Impacts of Thermal Barrier Coatings," M.W. Crowell, T.A. Schaedler, B.H. Hazel, D.G. Konitzer, R.M. McMeeking and A.G. Evans, *International Journal of Impact Engineering* **48** pp. 116-124 (2012) doi: 10.1016/j.ijimpeng.2011.10.006.

242 "A Note on the Path-Dependence of the J-integral Near a Stationary Crack in an Elastic-Plastic Material with Finite Deformation," D. Carka, R.M. McMeeking and C.M. Landis, *Journal of Applied Mechanics* **79** pp. 044502-1 to 044502-6 (2012) doi: 10.1115/1.4006255.

243 "The Design of Bonded Bimaterial Lattices that Combine Low Thermal Expansion with High Stiffness," J. Berger, C. Mercer, R.M. McMeeking and A.G. Evans, *Journal of the American Ceramic Society* (Tony Evans Memorial Issue), **94** [S1] pp. S42-S54 (2011) DOI: 10.1111/j.1551-2916.2011.04503.x.

244 "A Model for Lithium Diffusion and Stress Generation in a Storage Particle of an Intercalation Electrode," E. Bohn, T. Eckl, M. Kamlah and R.M. McMeeking, *Journal of the Electrochemical Society* **160** pp. A1638-A1652 (2013) doi: 10.1149/2.011310jes.

245 "Structural Mechanics based Model for the Stress Fibers within the Cytoskeleton of a Cell Adhered to a Bed of Posts," A. Pathak, C.S. Chen, A.G. Evans and R.M. McMeeking, *Journal of Applied Mechanics* **79** pp. 061020-01 to 061020-08 (2012) doi: 10.1115/1.4006452.

246 "*Cataglyphis* Desert Ants Improve their Mobility by Raising the Gaster," R.M. McMeeking, A. Arzt and R. Wehner, *Journal of Theoretical Biology* **297** pp. 17-25 (2012) doi: 10.1016/j.jtbi.2011.12.003.

247 "Effect of Nano- and Micro-Roughness on Adhesion of Bioinspired Micropatterned Surfaces," N. Cañas, M. Kamperman, E. Kroner, B. Voelker, R.M. McMeeking and E. Arzt, *Acta Biomaterialia* **8** pp. 282-288 (2012) doi: 10.1016/j.actbio.2011.08.028.

248 "A Linearized Model for Lithium Ion Batteries and Maps for their Performance and Failure," R.T. Purkayastha and R.M. McMeeking, *Journal of Applied Mechanics* (James R. Rice Special Issue) **79** pp. 031021-1 to 031021-16 (2012) doi: 10.1115/1.4005962.

249 "A Parameter Study of Intercalation of Lithium into Storage Particles in a Lithium-Ion Battery," R.T. Purkayastha and R.M. McMeeking, *Computational Materials Science* **80** pp. 2-14 (2013) dx.doi.org/10.1016/j.commatsci.2012.11.050

250 "Deformation Dependent Dielectric Permittivity of Silicone and Acrylic Elastomers and its Effect on Actuator Performance and Stability," S.M.A. Jimenez and R.M. McMeeking, *International Journal of Non-Linear Mechanics* **57** pp. 183-191 (2013).

251 "The Buckling and Post-Buckling of Fibrils Adhering to a Rigid Surface," S. Stark, M.R. Begley and R.M. McMeeking, *Journal of Applied Mechanics* **80** pp. 041022-1 to 041022-11 (2013) doi: 10.1115/1.4023107.

252 "Peeling of a Tape with Large Deformations and Frictional Sliding," M.R. Begley, R.R. Collino, J.N. Israelachvili and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids* **61** pp. 1265-1279 (2013) doi: 10.1016/j.jmps.2012.09.014.

253 "Numerical Investigation of the Active Role of the Actin Cytoskeleton in the Compression Resistance of Cells," W. Ronan, V.S. Deshpande, R.M. McMeeking and J.P. McGarry, *Journal of the Mechanical Behavior of Biomedical Materials* **14** pp. 143-157 (2012) doi: 10.1016/j.jmbbm.2012.05.016.

254 "Impact of Particle Size Ratio and Volume Fraction on Effective Material Parameters and Performance in Solid Oxide Fuel Cell Electrodes," B. Völker and R.M. McMeeking, *Journal of Power Sources* **215** pp. 199-215 (2012) doi:10.1016/j.jpowersour.2012.05.014.

255 "Simulations of Cell Behavior on Substrates of Variegated Stiffness and Architecture," A. Pathak, V.S. Deshpande, A.G. Evans and R.M. McMeeking, in Computer Models in Biomechanics: From Nano to Macro, Proceedings of an IUTAM Symposium, Palo Alto, California, August 29th to September 2nd, 2011, Edited by G.A. Holzapfel and E. Kuhl, pp. 25-44 (2013) doi 10.1007/978-94-007-5464-5.

256 "An Integrated Two-Dimensional Model of a Lithium-Ion Battery: The Effect of Material Parameters and Morphology on Storage Particle Stress," R.T. Purkayastha and R.M. McMeeking, *Computational Mechanics* **50** pp. 209-227 (2012) doi: 10.1007/s00466-012-0724-8.

257 "Buckling of An Adhesive Polymeric Micropillar," D. Paretkar, M.D. Bartlett, R.M. McMeeking, A.J. Crosby and E. Arzt, *Journal of Adhesion* **89** pp. 140-158 (2013) doi: 10.1080/00218464.2013.731941.

258 "The Effect of Remodelling and Contractility of the Actin Cytoskeleton on the Shear Resistance of Single Cells: A Computational and Experimental Investigation," E.P Dowling, W. Ronan, G. Ofek, V.S. Deshpande, R.M. McMeeking, K.A. Athanasiou and J.P. McGarry, *Journal of the Royal Society Interface* **9** pp. 3469-3479 (2012) doi:10.1098/rsif.2012.0428.

259 "The Use of Non-Dimensional Parameters to Study Stress in Lithium-Ion Battery Electrode Storage Particles," R.T. Purkayastha and R.M. McMeeking, *Proceedings of the ASME 2012 International Mechanical Engineering Congress and Exposition,* November 9-15, 2012 Houston, IMECE2012-85267, 5 pages (2012).

260 "Ferroelectric Polarizability of BaTiO$_3$ Nanoparticles with Varied Size and Tetragonality," J. Adam, T. Lehnert, G. Klein and R.M. McMeeking, *Nanotechnology* **25** 065704 (10pp) (2013) doi:10.1088/0957-4484/25/6/065704.

261 "Cellular Contractility and Substrate Elasticity: A Numerical Investigation of the Actin Cytoskeleton and Cell Adhesion." W. Ronan, V.S. Deshpande, R.M. McMeeking, and J.P. McGarry, *Biomechanics and Modeling in Mechanobiology* **13** pp. 417-435 (2014) DOI 10.1007/s10237-013-0506-z.

262 "Simulation of the Mechanical Response of Cells on Micropost Substrates," W. Ronan, A. Pathak, V.S. Deshpande, R.M. McMeeking and J.P. McGarry, *ASME Journal of Bioengineering* **135** 101012-1 to 101012-10 (2013).

263 "Preload Responsive Adhesion: Effects of Aspect Ratio, Tip Shape, and Alignment," D. Paretkar, M. Kamperman, D. Martina, C. Creton, R. McMeeking, A. Lindner, A. Jagota, J. Zhao and E. Arzt, *Journal of the Royal Society Interface* **10** 20130171 (2013) doi: 10.1098/rsif.2013.0171.

264 "The Role of Solid Mechanics in Electrochemical Energy Systems such as Lithium-Ion Batteries," R.M. McMeeking and R. Purkayastha, *Procedia IUTAM* **10** pp. 294-306 (2014).

265 "Connecting Microstructural Coarsening Processes to Electrochemical Performance in Solid Oxide Fuel Cells: An Integrated Modeling Approach," F. Abdeljawad, B. Völker, R. Davis, R.M. McMeeking and M. Haataja, *Journal of Power Sources* **250** pp. 319-331 (2014).

266 "Peeling of a Tape Adhered to a Substrate by a Uniform Cohesive Traction," P. Gialamas, B. Völker, M.R. Begley and R.M. McMeeking, *International Journal of Solids and Structures* **51**(18) pp. 3003-3011 (2014).

267 "A Micromechanical Model for Effective Conductivity in Granular Electrode Structures," J. Ott, B. Völker, Y. Gan, R.M. McMeeking and M. Kamlah, *Acta Mechanica Sinica* **29** pp. 682-698 (2013). DOI 10.1007/s10409-013-0070-x

268 "The Effect of Pore Former Particles on Microstructural Features and Electrochemical Performance in Solid Oxide Fuel Cell Electrodes," B. Völker and R.M. McMeeking, Report (2013).

269 "On the Role of the Actin Cytoskeleton and Nucleus in the Biomechanical Response of Spread Cells," N.H. Reynolds, W. Ronan, E.P. Dowling, P. Owens, R.M. McMeeking and J.P. McGarry, *Biomaterials* **35** pp. 4015-4025 (2014).

270 "Detachment of Compliant Films Adhered to Stiff Substrates via Van der Waals Interactions: Role of Frictional Sliding during Peeling," R.R. Collino, N.R. Philips, M.N. Rossol, R.M. McMeeking and M.R. Begley, *Journal of the Royal Society Interface* **11** (97) pp. 20140453 (2014).

271 "The Elastostatic Plane Strain Mode I Crack Tip Stress and Displacement Fields in a Generalized Linear Neo-Hookean Elastomer," M.R. Begley, C. Creton and R.M. McMeeking, *The Journal of the Mechanics and Physics of Solids* **84** pp. 21-38 (2015).

272 "The Influence of Mechanical and Microstructural Properties on the Rate-Dependent Fracture Strength of Ceramics in Uniaxial Compression," C.C. Holland and R.M. McMeeking, *International Journal of Impact Engineering* **81** pp. 34-49 (2015).

273 "Parametric Study of the Tensile Behaviour of Unidirectional Hybrid Carbon/Glass Composites," Y. Swolfs, R.M. McMeeking, L. Gorbatikh and I. Verpoest, Proceedings of ECCM16 – 16th European Conference on Composite Materials, Seville, Spain, 22-26 June, 2014.

274 "Model of Oxidation-Induced Fiber Fracture in SiC/SiC Composites," W. Xu, F.W. Zok and R.M. McMeeking, *Journal of the American Ceramic Society* **97**(11) pp. 3676-3683 (2014).

275 "The Effect of Fibre Dispersion on Initial Failure Strain and Cluster Development in Unidirectional Carbon/Glass Hybrid Composites," Y. Swolfs, R.M. McMeeking, I. Verpoest and L. Gorbatikh, *Composites A: Applied Science and Manufacturing* **69** pp. 279-287 (2014).

276 "Detachment of an Adhered Micropillar from a Dissimilar Substrate," S.N. Khaderi, N.A. Fleck, E. Arzt and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids* **75** pp. 159-183 (2015).

277 "A Model for Internal Oxidation of SiC/SiC Composites," W. Xu, F.W. Zok and R.M. McMeeking, Report (2014).

278 "Global Load Sharing Model for Unidirectional Hybrid Fibre-Reinforced Composites," Y. Swolfs, R.M. McMeeking, V.P. Rajan, F.W. Zok, I. Verpoest and L. Gorbatikh, *Journal of the Mechanics and Physics of Solids* **84** pp. 380-394 (2015).

279 "Matrix Cracks around, R.M. Fibre Breaks and their Effect on Stress Redistribution and Failure Development in Unidirectional Composites," Y. Swolfs, R.M. McMeeking, I. Verpoest and L. Gorbatikh, *Composites Science and Technology* **108** pp. 16-22 (2015).

280 "Cooperative Contractility: The Role of Stress Fibres in the Regulation of Cell-Cell Junctions," W. Ronan, R.M. McMeeking, C.S. Chen, J.P. McGarry and V.S. Deshpande, *Journal of Biomechanics* **48** pp. 520-528 (2015).

281 "Effect of Design on the Performance of Steel-Alumina Bilayers and Trilayers Subject to Ballistic Impact," C.C. Holland, E.A. Gamble, F.W. Zok, V.S. Deshpande and R.M. McMeeking, *Mechanics of Materials* **91** pp. 241-251 (2015).

282 "Simulation of the Cytoskeletal Response of Cells on Grooved Substrates," A. Vigliotti, R.M. McMeeking and V.S. Deshpande, *Journal of the Royal Society Interface* **12**, Issue 105, Article Number 20141320 (2015).

283 "Low Dimensional Modeling of a Non-uniform, Buckled Piezoelectric Beam for Vibrational Energy Harvesting," L. Van Blarigan, J. Moehlis and R.M. McMeeking, *Smart Materials and Structures* **24**, Issue 6, Article Number 065012 (2015).

284 "Continuous Dynamic Recrystallization During Severe Plastic Deformation," M. Bacca, D.R. Hayhurst and R.M. McMeeking, *Mechanics of Materials* **90**, Special Issue S1, pp. 148-156 (2015).

285 "An Assessment of the Phase Field Formulation for Crack Growth," M. Klinsmann, D. Rosato, M. Kamlah and R. McMeeking, *Computer Methods in Applied Mechanics and Engineering* **294** pp. 313-330 (2015).

286 "A Constitutive Law for Dielectric Elastomers Subject to High Levels of Stretch during Combined Electrostatic and Mechanical Loading: Elastomer Stiffening and Deformation Dependent Dielectric Permittivity," S.M.A. Jimenez and R.M. McMeeking, *International Journal of Non-Linear Mechanics* **87** pp. 125-136 (2016).

287 "Modelling Crack Growth during Li Insertion in Storage Particles using a Fracture Phase Field Approach," M. Klinsmann, D. Rosato, M. Kamlah and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids* **92**, pp. 313-344 (2016).

288 "Modelling Crack Growth during Li Extraction in Storage Particles using a Fracture Phase Field Approach," M. Klinsmann, D. Rosato, M. Kamlah and R.M. McMeeking, *Journal of the Electrochemical Society* **163**, pp. A102-A118 (2016).

289 "Enhanced Differentiation of Human Embryonic Stem Cells Towards Definite Endoderm on Ultra-High Aspect Ratio Nanopillars," C.H. Rasmussen, P.M. Reynolds, D.R. Petersen, M. Hansson, R.M. McMeeking, M. Dufva and N. Gadegaard, *Advanced Functional Materials* **26**, pp. 815-823 (2016).

290 "Convective Assembly of a Particle Monolayer," N.A. Fleck, R.M. McMeeking and T. Kraus, *Langmuir* **31**, pp. 13655-13663 (2015).

291 "On the Thermodynamics of Smooth Muscle Contraction," J. Stålhand, R.M. McMeeking and G.A. Holzapfel, *The Journal of the Mechanics and Physics of Solids* **94** pp. 490-503 (2016).

292 "Numerical Simulation of the Edge Stress Singularity, the Edge Detachment Stress Intensity Factor and the Adhesion Strength for Compliant Mushroom Fibrils Adhered to Rigid Substrates," R.G. Balijepalli, M.R. Begley, N.A. Fleck, R.M. McMeeking and E. Arzt, *International Journal of Solids and Structures* **85-86** pp. 160-171 (2016).

293 "Latent Heat Saturation in Microstructural Evolution during Severe Plastic Deformation," M. Bacca and R.M. McMeeking, *International Journal of Plasticity* **83** pp. 74-89 (2016).

294 "A Bio-Chemo-Mechanical Model for Cell Contractility, Adhesion, Signaling and Stress-Fiber Remodeling," R.M. McMeeking and V.S. Deshpande, to appear in *Biomechanics: Trends in Modeling and Simulation*, (Edited by G.A. Holzapfel and R.W. Ogden), Springer (2015).

295 "Fibrillar Elastomeric Patterns Create Tunable Adhesion Even to Rough Surfaces," V. Barreau, R. Hensel, N.K. Guimard, A. Ghatak, R.M. McMeeking and E. Arzt, *Advanced Functional Materials* **26** pp. 4687-4694 (2016).

296 "The Stiffness and Strength of Metamaterials based on the Inverse Opal Architecture," J.J. do Rosario, J.B. Berger, E.T. Lilleodden, R.M. McMeeking and G.A. Schneider, *Extreme Mechanics Letters* **12** pp. 86-96 (2017).

297 "Load Sharing in Bioinspired Fibrillar Adhesives with Backing Layer Interactions and Interfacial Misalignment," M. Bacca, J.A. Booth, K.L. Turner and R.M. McMeeking, *Journal of the Mechanics and Physics of Solids* **96** pp. 428-444 (2016).

298 "Adhesion and Stress Singularities for Composite Fibrils with Soft Tip Layers," R. Balijepalli, S.C.L. Fischer, R. Hensel, R.M. McMeeking and E. Arzt, to appear in *Journal of the Mechanics and Physics of Solids* (2016).

299 "Poroelastic Toughening in Polymer Gels: A Theoretical and Numerical Study," G. Noselli, A. Lucantonio, R.M. McMeeking and A. DeSimone, *Journal of the Mechanics and Physics of Solids* **94** pp. 33-46 (2016).

300 "Interfacial Diffusion in High-Temperature Deformation of Composites: A Discrete Dislocation Plasticity Investigation," S.S. Shishvan, T.M. Pollock, R.M. McMeeking and V.S. Deshpande, *Journal of the Mechanics and Physics of Solids* **98** pp. 330-349 (2017).

301 "Mechanical Metamaterials at the Theoretical Limit of Isotropic Elastic Stiffness," J.B. Berger, H.N.G. Wadley and R.M. McMeeking, *Nature* (2017) doi:10.1038/nature21075 published online February 20th, 2017.

302 "Modeling Crack Growth during Li Extraction and Insertion within the Second Half Cycle," M. Klinsmann, D. Rosato, M. Kamlah and R.M. McMeeking, *Journal of Power Sources* **331** pp. 32-42 (2016).

303 "Some Graphical Interpretations of Melan's Theorem for Shakedown Design," N. Vermaak, M. Boissier, L. Valdevit and R.M. McMeeking, to appear in *Direct Methods of Structural Analysis* (Edited by A.C.F. Cocks, O. Barrera and A.R.S. Ponter) Springer (2017).

304 "Cohesive Detachment of an Elastic Pillar from a Dissimilar Substrate," N.A. Fleck, S.N. Khaderi, R.M. McMeeking and E. Arzt, submitted to *Journal of the Mechanics and Physics of Solids* (2016).

305 "A Swell Toughening Strategy for Elastomers having Surface Cracks," M. Bacca, N.A. Fleck and R.M. McMeeking, *Extreme Mechanics Letters* **10** pp. 32-40 (2017).

306 "Stress due to the Intercalation of Lithium in Cubic-Shaped Particles: A Parameter Study," R. Purkayastha and R.M. McMeeking, *Meccanica* **51** pp. 3081-3096 (2016).

307 "A Viscoelastic Constitutive Law for Hydrogels," M. Bacca and R.M. McMeeking, to appear in *Meccanica* (2017).

308 "Discrete Dislocation Plasticity Analysis of the Effect of Interfacial Diffusion on the Creep Response of Ni Single-Crystal Superalloys," S.S. Shishvan, R.M. McMeeking, T.M. Pollock, and V.S. Deshpande, submitted to *Acta Materialia* (2017).

Supplementary Report: Mechanical analysis of Cook inferior vena cava filters

Robert M. McMeeking

April 20th, 2017

This supplementary report replaces Section 18 of the original report, which is otherwise unchanged.

## 18. Comparative analysis of the Greenfield Titanium IVC Filter

I obtained an unused exemplar Greenfield Titanium filter, depicted in Figure 6, an image downloaded from bostonscientific.com [36]. As can be seen in Figure 6, this filter has 6 legs that are almost straight, gathered into a cap that holds them. Given its name, it can be deduced that it is made from a titanium alloy. As Ti-6Al-7Nb is the composition of choice for biomedical implants made of titanium alloy, I assume that the Greenfield Titanium filter is made from that material. Another possibility is that it is Ti-6Al-4V, but that has elastic properties and yield strength almost identical to Ti-6Al-7Nb, and thus my elastic analysis is valid for both possibilities. The elastic modulus, $E_G$, of Ti-6Al-7Nb is approximately 110 GPa [37]. I measured the dimensions of my exemplar Greenfield Titanium IVC filter and found that the overall length of each leg is $L_G = 48\ mm$, their width is $D_G = 0.018\ in. = 0.4572\ mm$, and the cross-sections of the legs are square. I note that the width of the Greenfield legs is the same as the diameter of the primary leg of the Celect filter. I also find that the span between feet on opposing legs is 40 mm. It follows that the included angle, $2\Box_G$, between legs opposite each other is 49.25°. The angle $\Box_G$ is therefore that between the axis of the conical filter shape and each leg. From this I compute the vertical height of the filter from the bottom of the cap to the plane containing the feet as

$$H_G = L_G \cos\Box_G = 43.63\ mm \tag{81}$$

For the purpose of the mechanical analysis I assumed that the Greenfield Titanium filter legs are straight and ignored the z-bends that can be seen in Figure 6. The approximation associated with this assumption will not introduce significant errors and will give us a fairly accurate analysis of the mechanical behavior of the Greenfield Titanium IVC filter. Due to my approximation in which I take the legs to be straight I can use the result in Eq. (35) to obtain the compliance, $c_G$, of each leg of the Greenfield Titanium IVC filter. For this purpose I modify Eq. (35) as

$$\frac{E_G D_G^4}{12} c_G = \frac{1}{3} H_G^2 L_G \tag{82}$$

where the 12 in the dominator is present due to the square shape of the cross-section of the leg [23], and replaces the shape factor in eq. (35) associated with a circular cross-section (i.e. $1/12$ replaces $\Box/64$). Evaluation of the result in Eq. (82) gives me the compliance of a leg of a Greenfield Titanium filter as $c_G = 76.042\ mm/N$. As the stiffness of the leg is the inverse of its compliance, I find the stiffness of the Greenfield Titanium filter leg to be $k_G = 0.013151\ N/mm$.

In contrast, the compliance of the primary leg of the Cook Celect filter is                          From these results I thus conclude that the primary leg of the Celect filter is less stiff than the leg of the Greenfield Titanium model,          less stiff by the above calculation.  I note that this estimate of the ratio of stiffnesses may be misleading.

I note that my analysis using a modulus of                          for the Celect filter that gives a higher stiffness for the Celect primary leg is consistent with experimental observations of the relative stiffnesses under radial compression of the Celect and Greenfield filters as reported in a poster by Robins et al. [40].  Although it is not clear which Greenfield model was tested for their experimental results, the outcomes of their tests show clearly that the Celect filter is stiffer than the Greenfield                          This suggests to me that it is very likely that the primary leg of the Celect filter is stiffer than a leg of the Greenfield Titanium filter, and that it is very likely that this behavior is occurring because the modulus of the          in the Celect filter

The significance of the stiffness of the legs of the filter is that the force applied by the filter leg foot to the wall of the vena cava is proportional to the stiffness of its legs in addition to being dependent on how much the feet of the filter have been moved towards each other to fit the filter into the vena cava.                                              , identical to the value for the Greenfield Titanium filter as measured by me.  Therefore, in a vena cava of a given size, all of these 3 filters, the Greenfield Titanium, the Celect and the Tulip, will have their feet displaced by the same distance upon implantation in that vena cava.  Thus, according to my calculations, the force applied by the foot of the Celect filter to the vena cava wall (and by the Tulip foot as it applies almost the same force) is                          than the force applied by the foot of the Greenfield Titanium model in vena cavas of the same diameter.

In addition the design of the feet of the Greenfield Titanium, Celect and Tulip filters are quite similar.  Therefore in a vena cava of a given diameter the pressure applied to the vena cava wall by the Celect and Tulip filter feet will be higher,          than that applied by the feet of the Greenfield Titanium filter.  As a consequence, I conclude that the Celect and Tulip filters are much more likely to perforate the wall of the vena cava, and to do so at higher rates and more quickly, than the Greenfield Titanium filter.

The magnitude of the elastic strain energy stored in a pair of legs in a filter in a vena cava of a given diameter is also proportional to the stiffness of the legs.  As discussed above, the stored elastic strain energy in the filter primary legs is the driving force for tilting of the filter, and the bigger it is, the greater the driving force for tilting.  Therefore, I conclude that, in a vena cava of

2

a given diameter, and given that the spans of all filters under consideration between opposing legs is the same, the strain energy stored in a pair of legs in the Celect and Tulip filters is greater than in the Greenfield Titanium, and thus there is more likelihood for the Celect and Tulip filters to tilt than is the case for the Greenfield Titanium filter.

It is also possible that the z-bends in the legs of the Greenfield Titanium filter that can be seen in Figure 6 inhibit the tendency to tilt, whereas such features are lacking in the Celect filter.  (The joint between the primary and secondary legs of the Tulip may play the same inhibitory role.)  If there is enough bending of the legs of the Greenfield Titanium filter after implantation in a vena cava, it is possible that the z-bends in the legs come into contact with the wall of the vena cava. If they do so almost immediately after implantation, as seems likely, the shape of the z-bends may stabilize the Greenfield Titanium filter against tilting as it may be difficult for those features to slide along the wall of the vena cava when tilting is incipient, and so it is possible that they shut off the tendency for tilting to occur.

Since tilt contributes to the tendency for perforation and perforation contributes to tendency for tilting, it is my opinion that the reduced likelihood of both in the Greenfield Titanium filter, compared to the Tulip and Celect filters, make the Greenfield filter significantly better as a filter as tilting is likely to reduce clot-trapping effectiveness.  The reduced tendency for tilting and perforation probably makes the Greenfield Titanium filter safer as perforation may have adverse consequences, and tilting and perforation increase the likelihood of fatigue fracture where a piece of the leg of the filter can escape and reach other organs such as the heart and lungs.

We now consider the alternating stress that can be caused by repeated expansion and contraction of the diameter of the vena cava.  For an untilted filter I can use Eq. (47) for this purpose, rewritten for the Greenfield Titanium filter as

$$\Delta\sigma_G = \frac{3H_G k_G \Delta w}{2D_G^3} \qquad (83)$$

where $\Delta\sigma_G$ is the alternating stress for the Greenfield Titanium filter, and the factor 3/2 arises from the square cross-section of the leg of the Greenfield Titanium filter.

The ratio of the alternating stress for a given expansion and contraction of the vena cava is thus

$$\frac{\Delta\sigma}{\Delta\sigma_G} = \frac{16Hk}{3\Delta H_G k_G} \qquad (85)$$

3

where I have recognized that the widths of the legs of the Greenfield Titanium and the primary ones of the Celect are ⌐          Evaluation of Eq. (85) for the Celect filter gives me ⌐ when I use          ⌐        , so that the alternating stress in the Celect filter is⌐   greater than that in the Greenfield Titanium model in the same vena cava.  I note that if the modulus of the Cook result just given, then the alternating stress in the Celect filter is       higher than that in the Greenfield Titanium model in the same vena cava.  As noted above the fatigue behavior of the Tulip and Celect filters are very likely to be very similar.  Furthermore, I note that Ti-6Al-7Nb titanium alloy has fatigue properties that are similar to those of Elgiloy, if not superior [39].  Therefore, I conclude that the Greenfield Titanium IVC filter is likely to have much greater fatigue durability than the Celect and Tulip filters, and thus, in the same vena cava, the Greenfield Titanium IVC filter is very likely to last much longer before failing by fatigue fracture than will be the case for the Cook Tulip and Celect IVC filters.

It is thus my opinion that the low stiffness of the legs of the Greenfield Titanium filter is very likely an advantage in terms of fatigue durability, resistance to tilt, avoidance of perforation and the interaction among all of these possible phenomena.  In a vena cava of a given diameter that experiences repeated increases and decreases of the diameter of a given magnitude, the driving forces for all of these events is increased by high stiffness of the filter legs.  For these reasons and the ones given above, it is my opinion that the Greenfield Titanium filter is superior to the Cook Tulip and Celect IVC filters.

**References**

References are the same as in the original report.  Ones used in this section are repeated for convenience.

[23] A.P. Boresi and O.M. Sidebottom, *Advanced Mechanics of Materials* 4th Edition, John Wiley & Sons (1985).

[36] http://www.bostonscientific.com/en-US/products/embolic-protection/greenfield-vena-cava-filter.html

[37] http://www.azom.com/properties.aspx?ArticleID=2064

[38] http://www.elgiloy.com/wire-division/wire-elgiloy-alloy/

[39] E. Kobayashi, H. Mochizuki, H. Doi, T. Yoneyama and T. Hanawa, "Fatigue Life Prediction of Biomedical Titanium Alloys under Tensile/Torsional Stress," *Materials Transactions*, Vol. 47, Issue 7, pp. 1826-1831 (2006).

4

[40] J.E. Robins, I. Ragai, F. Parker, C.S. Powell and D. Yamaguchi, "Differences in Radial Expansion Force Amongst IVC Filter Models Support Documented Perforation Rates"

Submitted April 20th, 2017

Robert M. McMeeking

5