## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to the Following Actions only:

     Elizabeth Jane Hill
     No. 1:14-cv-06016-RLY-TAB

     Arthur Gage
     No. 1:13-cv-01875-RLY-TAB

_____

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
## MEMORANDUM IN SUPPORT OF MOTION TO
## EXCLUDE EXPERT OPINIONS OF DR. MOHAMMAD RAJEBI

     The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion to Exclude Expert Opinions of Dr. Mohammad Rajebi:

| Exhibit | Description |
|---------|-------------|
| A | Deposition of Dr. Mohammad Rajebi (May 18, 2017) |
| B | *Clinical Investigation Plan (Protocol), Prospective Study of the Cook Celect Filter, Including Permanent and Retrievable Use* (Dec. 13, 2005) |
| C | *Final Report, September 2009, Prospective Study of the Cook Celect Filter, Including Permanent and Retrievable Use* |
| D | Email from Mark Schultz to Andrea Pierson Robertson (May 16, 2017) |
| E | Lyon, et al., *Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multi-institutional Registry*, JVIR, 1441 (Nov. 2009)) |
| F | Expert Report of Mohammad Reza Rajebi, M.D. Regarding Elizabeth Jane Hill and Arthur Gage (Mar. 17, 2017) |
| G | Certification of Public Record (Aug. 7, 2017) |

| H | FDA, *Guidance for Cardiovascular Intravascular Filter 510(k) Submissions* (Nov. 26, 1999) |
|---|---|
| I | IFU for Cook® Celect® Filter Set |
| J | Deposition of Dr. Mark Zuzga (Apr. 19, 2017) |

Respectfully submitted,

Dated: August 9, 2017

*/s/ John T. Schlafer*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  joe.tanner@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.113583009.01

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*

US.113583009.01