# EXHIBIT F

# EXPERT REPORT OF MOHAMMAD REZA RAJEBI, M.D. REGARDING ELIZABETH JANE HILL AND ARTHUR GAGE

## I. BACKGROUND AND QUALIFICATIONS.

My name is Dr. Mohammad Reza Rajebi. I am an interventional radiologist, Board Certified in Radiology and Board Eligible for Certification by the American Board of Nuclear Medicine. I am an Assistant Professor of Interventional Radiology at the University of Colorado Denver, Department of Radiology. Previously, I was Senior Associate Consultant in the Department of Radiology at the Mayo Clinic in Rochester, Minnesota. I have held faculty positions at both the Mayo Clinic and the University of Colorado. I am licensed to practice medicine in the states of Colorado, California, Arizona, Florida, and New York.

### A. Education and Training.

My curriculum vitae, a true and correct copy of which is attached hereto as **Exhibit A**, more fully reflects my training, background, and publications, including those for the past ten years. In summary, I graduated from Shahid Beheshti University of Medical Sciences and immigrated to the United States in December 2005. I did my internship in internal medicine for one year followed by four years of diagnostic radiology residency at State University of New York (SUNY) Upstate Medical University in Syracuse New York. I served as Co-Chief Resident from July 2011 to 2012. Throughout my career, I have been actively involved with the Society of Interventional Radiology – serving as an original member of its resident/fellow section, invited faculty for its annual meetings, and as chair- of the Society's early career section.

---

[100] Lyon, et al., "Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multi institutional Registry," JVIR 2009, 20:1441-1448 at 1442,

incorporated by reference as if set forth in full.

## V. COMPENSATION, PRIOR TESTIMONY, AND PUBLICATIONS.

A. I am compensated at the rate of $700 per hour for review and report and $900 per hour for testimony.

B. In the past four years, I have not testified, live or by deposition.

C. A list of my publications for the past ten years may be found in my curriculum vitae, attached hereto.

I reserve the right to supplement my opinions as Mr. Gage and Ms. Hill's prognosis continue to develop, as additional documents or information becomes available, and as deposition transcripts become available and are reviewed. I understand that I may be called upon to offer rebuttal opinions to the opinions of experts designated by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of March, 2017 in Denver, Colorado.

_____
Mohammad Reza Rajebi, M.D.


RAJEBI EXHIBIT A

Revised: December 28, 2016

# Mohammad Reza Rajebi
3333 E Bayaud Ave., Apt. # 703B
Denver, CO 80209

**NICKNAME:** Reza
**BIRTHPLACE:** Tabriz, Iran
**CITIZENSHIP:** American
**PHONE:** (315) 396-4485
**E-MAIL:** reza.rajebi@ucdenver.edu, mrajebi@gmail.com

**PRESENT POSITION:**

**Assistant Professor** – Interventional Radiology, Department of Radiology, University of Colorado, Denver, CO

**PRIOR POSITION:**

**Senior Associate Consultant** – Department of Radiology, Mayo Clinic, Rochester, MN

**LICENSE:**

- Colorado, License Number: 55602, Expiration Date: 04/30/2017
- California, License Number: 134982, Expiration Date: 09/30/2018
- Arizona, License Number: 50118, Expiration Date: 09/21/2018
- Florida, License Number: ME115200, Expiration Date: 01/31/2017
- New York, License Number: 265687, Expiration Date: 08/31/2017

**BOARD CERTIFICATION:**

- Board Certified, American Board of Radiology
- Board Eligible, American Board of Nuclear Medicine

**LICENSURE EXAMINATIONS:**

- ABR Oral Exam: **Pass**, June 2013
- ABR Clinical Exam: **Pass**, September 2011
- ABR Physics Exam: **Pass**, September 2010
- Step 3: **98/229**, December 2008
- Step 2 (CK): **99/265**, October 2006
- Step 2 (CS): **Pass**, June 2006
- Step 1: **99/256**, April 2006

Revised: December 28, 2016

# Mohammad Reza Rajebi
3333 E Bayaud Ave., Apt. # 703B
Denver, CO 80209

**NICKNAME:** Reza
**BIRTHPLACE:** Tabriz, Iran
**CITIZENSHIP:** American
**PHONE:** (315) 396-4485
**E-MAIL:** reza.rajebi@ucdenver.edu, mrajebi@gmail.com

**PRESENT POSITION:**

**Assistant Professor** – Interventional Radiology, Department of Radiology, University of Colorado, Denver, CO

**PRIOR POSITION:**

**Senior Associate Consultant** – Department of Radiology, Mayo Clinic, Rochester, MN

**LICENSE:**

- Colorado, License Number: 55602, Expiration Date: 04/30/2017
- California, License Number: 134982, Expiration Date: 09/30/2018
- Arizona, License Number: 50118, Expiration Date: 09/21/2018
- Florida, License Number: ME115200, Expiration Date: 01/31/2017
- New York, License Number: 265687, Expiration Date: 08/31/2017

**BOARD CERTIFICATION:**

- Board Certified, American Board of Radiology
- Board Eligible, American Board of Nuclear Medicine

**LICENSURE EXAMINATIONS:**

- ABR Oral Exam: **Pass**, June 2013
- ABR Clinical Exam: **Pass**, September 2011
- ABR Physics Exam: **Pass**, September 2010
- Step 3: **98/229**, December 2008
- Step 2 (CK): **99/265**, October 2006
- Step 2 (CS): **Pass**, June 2006
- Step 1: **99/256**, April 2006

**EDUCATION:**

Miami Cardiac and Vascular Institute                                            2013-2014
- Vascular and Interventional Radiology Fellowship

Upstate Medical University, Syracuse, NY                                        2009-2013
- Diagnostic Radiology residency
- Resident Selection Committee (2013)
- Co-Chief Resident (2011-12)
- Member of the GME Resident Advisory Committee (2010-11)
- Member of the GMEC (2010-2011)

University of Tennessee Medical Center, Knoxville, TN                           2008-2009
- PGY-II Nuclear Medicine Residency
- Member of the Residents' Council

Griffin Hospital, Derby, CT                                                     2007-2008
- PGY-I Internal Medicine Internship

Shahid Beheshti University of Medical Science, Tehran, Iran                     1996-2003
- MD, graduated in top 10% of class
- Grade A in 90% of subjects in clinical clerkships
- Honors in surgery and neurology

Shahid Madani School, Tabriz, Iran                                              1989-1996
- Admitted to school for talented and gifted children that accepts fewer than 500 students per year through out the country
- Ranked 511th out of more than 500,000 candidates in competitive entrance exam for medical school
- Graduated with equivalent of a 4.0 GPA
- Ranked in top 5% of graduating students

**TEACHING EXPERIENCE:**

VIR Core Lecturer                                                               2015
- University of Colorado
- Liver Malignancies
- Interventional Radiology Board Review

VIR Core Lecturer                                                               2014
- Mayo Clinic
- Catheter Directed Thrombolysis and IVC Filters for Management of Venous Thromboembolism - Radiology Noon Conference

2

Course Developer, Instructor and Lecturer				2011-2013
- SUNY Upstate Medical University
- Imaging Vascular Diseases for first-year Radiology Residents
- Developed and taught four lectures with four corresponding lab sessions using PowerPoint and prosections to reintroduce first year radiology residents to vascular anatomy

Course Developer, Instructor and Lecturer				2012-2013
- SUNY Upstate Medical University
- MS1 Radiology Elective (Fall 2012)
- Broad curriculum design, lecture development, and course evaluation
- 45, 1st year medical students, 1 contact hour/week

Guest Lecturer								2012-2013
- SUNY College of Health Professions, Physician Assistant Program
- Medical Imaging
- 40, 1st year PA students, 2 contact hour/year

Lecturer and Teaching Assistant					2010-2013
- SUNY Upstate Medical University
- Diagnostic Radiology elective
- 3rd and 4th year medical students, 2 contact hours/month

Lecturer and Teaching Assistant					2010
- SUNY Upstate Medical University
- Human Anatomy course
- Head and neck Imaging Anatomy
- 160, 1st year medical students, 2 contact hours/year

**MENTORING EXPERIENCE:**

Nicole Keefe, MD
- Introduced to basic puncture techniques in the simulation lab
- Collaborated with development of an IR-interest group at Upstate Medical University
- Collaborated on multiple research projects
- Introduced to data collection techniques and manuscript preparation
- Assisted with a successful radiology residency application and matching process (University of Virginia)

Arbab Iqbal, MD
- Collaborated on an award-winning project entitled "Emergent CTA in Assessment of Acute Stroke: Utilization Pattern and Compliance with Guidelines in a Primary Stroke Center"
- Introduced to data collection techniques and manuscript preparation
- Assisted with a successful radiology residency application and matching process (University of Rochester)

3

**PROFESSIONAL EXPERIENCE:**

Associate Program Director                                                          2016
- Interventional Radiology/Diagnostic Radiology residency program
- University of Colorado

Chair Elect                                                                                       2015
- SIR Early Career Section

Program Coordinator                                                                       2013
- IR-in-Training Program, Society of Interventional Radiology Annual Meeting, New Orleans, April 2013

Program Designer and Lead Coordinator                                      2012
- IR-in-Training Program, Society of Interventional Radiology Annual Meeting, San Francisco, March 2012

Manuscript Reviewer
- American Journal of Radiology                                              2016-Present
- Journal of Vascular and Interventional Radiology              2015-Present
- Journal of Open Access Emergency Medicine                            2012

General Physician, Kosar Clinic, Tabriz, Iran                            2003-2005
- Served as general physician for a 24-hour public health clinic and ER
- Completed obligatory service
- Supervised night shift staff, including one dentist, two nurses, and five assistants
- Initiated an educational program equivalent to ACLS for emergency room personnel

**VOLUNTEER EXPERIENCE:**

The First Advanced Endovascular Meeting, Tehran                    2016
- Invited Speaker

AHA/ACC Guideline on the Management of Patients with PAD   2016
- Peer Reviewer

SIR Annual Meeting, Vancouver                                                      2016
- Invited Faculty

Korean Congress of Radiology                                                         2015
- Invited Faculty

Complex Cardiovascular Catheter Therapeutics (C3), Orlando   2015
- Invited Faculty

4

| | |
|---|---|
| SIR Fellows Spring Practicum<br>• Invited Faculty | 2015 |
| International Symposium on Endovascular Therapy (ISET), Hollywood<br>• Invited Faculty | 2015 |
| SIR Annual Meeting, Atlanta<br>• Invited Faculty | 2015 |
| Early Career Section, Society of Interventional Radiology<br>• Chair-Elect | 2015 |
| SIR Annual Meeting, San Diego<br>• Invited faculty | 2014 |
| Lower Extremity Arterial RevascularizatioN (LEARN), Scottsdale<br>• Invited Faculty | 2014 |
| Complex Cardiovascular Catheter Therapeutics (C3), Orlando<br>• Invited Faculty | 2014 |
| SIR Membership Development Committee<br>• Member | 2013-Present |
| SIR Annual Meeting Committee<br>• SIR-RFS Liaison | 2012-2013 |
| SIR Annual Meeting, New Orleans<br>• Invited faculty | 2013 |
| Governing Council Member, SIR-RFS<br>• Membership Council Officer | 2011-2013 |
| SIR Annual Meeting, San Francisco<br>• Invited faculty | 2012 |
| Vascular Disease Service Line Leader, SIR-RFS<br>• Conducted educational activities such as Angio clubs and journal clubs | 2010-2012 |
| Volunteer, Mofid Hospital, Tehran, Iran<br>• Digitized radiology image bank | 2003 |
| Research Assistant, Jam-E-Jam Imaging Center, Tehran, Iran<br>• Conducted research that contributed to the first Radiofrequency Ablation (RFA) performed by Dr. Ali Akbar Ameri and Dr. Jalal Jalal Shokouhi<br>• Studied up-to-date peer-reviewed journals and developed guidelines for successful application of RFA | 2002-2003 |

5

**PROFESSIONAL AFFILIATIONS:**

- 2009-Present   Member, Society of Interventional Radiology
- 2010-Present   Member, Association of University Radiologists
- 2008-Present   Member, American Roentgen Ray Society
- 2008-Present   Member, Radiological Society of North America
- 2008-Present   Member, Society of Nuclear Medicine
- 2008-Present   Member, American Medical Association

**HONORS AND AWARDS:**

- **2013   Alpha Omega Alpha (AOA) Medical Honor Society**

- 2013   Fellows Scholarship, Cordis National Fellows Program

- 2013   Fellows Scholarship, Complex Cardiovascular Catheter Therapeutics, Advanced Endovascular and Coronary Intervention Global Summit

- 2012   Excellence in Teaching Award for a resident/fellow, Upstate Medical University

- 2012   Selected Judge for Oral Platform Presentations, Beyond the Doctorate Research Day, Upstate Medical University

- 2011   Individual Development Award, United University Professions, Upstate Medical Chapter

- 2011   Roentgen Resident/Fellow Research Award

- 2011   Education Exhibit Trainee Prize, Association of University Radiologists (AUR) Annual Meeting

- 2010   Resident-in-Training Scholarship, Society of Interventional Radiology (SIR) Annual Scientific Meeting

**LANGUAGES:**

- English
- Farsi
- Azerbaijani
- Turkish

6

**PUBLICATIONS:**

**Book Chapters:**

1. Rajebi MR, Zimmerman NA, Sharif R, Scalzetti EM, Groskin SA, Grage RA. Imaging in Sarcoidosis. In: Motamedi MH, 1st Edition. Sarcoidosis Diagnosis and Management. (Open Access) Rijeka: Intech, 2011. ISBN: 978-953-307-414-6.

**Peer-reviewed journal articles:**

1. Heideman PP, Rajebi MR, McKusick MA, Bjarnason H, Oderich GS, Friese JL, Fleming MD, Stockland AH, Harmsen WS, Mandrekar J, Misra S. Impact of Chronic Kidney Disease on Clinical Outcomes of Endovascular Treatment for Femoropopliteal Arterial Disease. J Vasc Interv Radiol. 2016 Jun; S1051-0443(16).

2. Rajebi H, Rajebi MR. Optimizing Common Femoral Artery Access. Tech Vasc Interv Radiol. 2015 Jun;18(2):76-81.

3. Rajebi MR, Benenati M, Schernthaner MB, Walker G, Gandhi RT, Pena CS, Katzen BT. Reliability and Accuracy of Simple Visual Estimation in Assessment of Peripheral Arterial Stenosis. JVIR J Vasc Interv Radiol. 2015;26(6):890-6.

4. Baerlocher MO, Kennedy SA, Rajebi MR, Baerlocher FJ, Misra S, Liu D, Nikolic B. Meta-Analysis of Drug-Eluting Balloon Angioplasty and Drug-Eluting Stent Placement for Infrainguinal Peripheral Arterial Disease. JVIR J Vasc Interv Radiol. 2015;26(4):459-473.

5. Rajebi MR, Pena C. Critical limb ischemia and the diseased popliteal artery. Tech Vasc Interv Radiol. 2014; 17(3):170-6.

6. Robinson K, Rajebi MR, Zimmerman NA, Zeinati C. Post-Pancreaticoduodenectomy Hemorrhage of Unusual Origin: Treatment with Endovascular Embolization and the value of preoperative CT Angiography. JRCR J Radiol Case Rep. 2013;7(4):29-36.

7. Rajebi MR, Chaudry G, Padua HM, Dillon B, Yilmaz S, Arnold R, Alomari AI. Intranodal Lymphangiography in Children: Feasibility and Preliminary Experience. JVIR J Vasc Interv Radiol. 2011;22(9):1300-5.

8. Rajebi MR, Alomari AI. The misguided research on Klippel-Trenaunay syndrome. Plast Reconstr Surg. 2011;128(5):565e-6e.

9. Rajebi MR, Harari A, Groskin SA. Intermittent chronic abdominal pain, fever and fatigue in a middle-aged woman. AJR Am J Roentgenol. 2011;197(1):W62-5.

10. Shahrokni A, Rajebi MR, Saif MW. Toxicity and Efficacy of 5-Fluorouracil in a patient with TYMS gene Polymorphism: A Challenge or a Dilemma? Clin Colorectal Cancer. 2009;8(4):231-4.

11. Rajebi MR, Shahrokni A, Chaisson MK. Uncommon Osseous Involvement in Multisystemic Sarcoidosis. Ann Saudi Med. 2009; 29(6):485-6.

12. Shahrokni A, Rajebi MR, Saif, MW. Breast Metastasis of Small Bowel Carcinoid Tumor Misdiagnosed as Primary Breast Cancer. Ann Saudi Med. 2009;29(4):320-1.

13. Shahrokni A, Rajebi MR, Harold L, Saif MW. Cardiotoxicity of 5-Fluorouracil and Capecitabine in a Pancreatic Cancer Patient with a Novel Mutation in the Dihydropyrimidine Dehydrogenase Gene. JOP. J Pancreas. 2009;10(2):215-220.

14. Shahrokni A, Matuszczak J, Rajebi MR, Saif MW. Erlotinib-induced Episcleritis in a Patient with Pancreatic Cancer. JOP. J Pancreas. 2008;9(2):216-219.

**Web-based articles:**

1. Rajebi MR, Costanza MJ. Phlegmasia Cerulea Dolens. Featured Case. Society of Interventional Radiology. Available at: http://www.sirweb.org/rfs/feature-case.shtml. Accessed November 20, 2012.

2. Rajebi MR, Weiss SL. Multiple bilateral dermoid cysts (mature cystic teratomas). Case in Point, American College of Radiology. Available at: http://3s.acr.org/CIP/CaseView.aspx?CaseId=YfDswJeTRGw%3d. Accessed July 27, 2011.

3. Rajebi MR, Botash RJ. Pyosalpinx. Case in Point, American College of Radiology. Available at: http://3s.acr.org/CIP/SearchCaseView.aspx?CaseId=LrtQSMYUAko%3d. Accessed July 27, 2011.

**MAJOR INVITED SPEECHES**

1. Rajebi MR. An overview of medical and compression therapy for chronic venous disease. The First Advanced Endovascular Meeting, Tehran, 2016.

2. Rajebi MR. Indications and IVC filter types. The First Advanced Endovascular Meeting, Tehran, 2016.

3. Rajebi MR. Difficult IVC filter retrieval. The First Advanced Endovascular Meeting, Tehran, 2016.

8

4. Rajebi MR. Stenting of chronically obstructed inferior vena cava filters. The First Advanced Endovascular Meeting, Tehran, 2016.

5. Rajebi MR. Update on hemodialysis access intervention: drug eluting balloon. Korean Congress of Radiology, Seoul, 2015.

6. Rajebi MR. Update on HD intervention: stent-graft. Korean Congress of Radiology, Seoul, 2015.

7. Rajebi MR. PAD Primer, Office Evaluation of Leg Pain. SIR Fellows Spring Practicum, Chicago, 2015.

8. Rajebi MR. PAD Primer, Vascular Lab. SIR Fellows Spring Practicum, Chicago, 2015.

9. Rajebi MR. PAD Interventions, Infra-popliteal Disease. SIR Fellows Spring Practicum, Chicago, 2015.

10. Rajebi MR. Current venous stent data: A review of the literature. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

11. Rajebi MR. Case 1: PAD III: Advanced SFA Interventions. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

12. Rajebi MR. Post-Fellowship: 1st Year Attending. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

13. Rajebi MR. Case 1: PAD IX: Renovascular and Mesenteric Artery Interventions. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

14. Rajebi MR. Renal Artery Aneurysms. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

15. Rajebi MR. IVC filters workshop for trainees. Society of Interventional Radiology Annual Meeting, Atlanta, 2015.

16. Rajebi MR. AAA and Aortic Interventions. Upstate IR Symposium, Syracuse, 2015.

17. Rajebi MR. Case 2: Superficial Femoral Artery - Chronic Total Occlusion. Lower Extremity Arterial RevascularizatioN (LEARN) Meeting, Scottsdale, 2014.

18. Rajebi MR. Challenging Case 1: Acute Limb Ischemia. Lower Extremity Arterial RevascularizatioN (LEARN) Meeting, Scottsdale, 2014.

9

19. <u>Rajebi MR</u>. Non-invasive Vascular Testing: Non-thrombotic Iliac Vein Lesion – Diagnosis and Management in Patient with Undiagnosed Edema. <u>Complex Cardiovascular Catheter Therapeutics Annual Meeting</u>, Orlando, 2014.

20. <u>Rajebi MR</u>. Choosing the Appropriate Endograft for AAA Repair. <u>Complex Cardiovascular Catheter Therapeutics Annual Meeting</u>, Orlando, 2014.

21. <u>Rajebi MR</u>. SIR-RFS RIT Program. IR Fellowship: Fellows Panel. <u>Society of Interventional Radiology Annual Meeting</u>, San Diego, 2014.

22. <u>Rajebi MR</u>. SIR-RFS RIT Program. IR Fellowship: Fellows Panel. <u>Society of Interventional Radiology Annual Meeting</u>, New Orleans, 2013.

23. <u>Rajebi MR</u>. SIR-RFS Vascular Disease Service Line. IR-in-Training Program. <u>Society of Interventional Radiology Annual Meeting</u>, San Francisco, 2012.

24. <u>Rajebi MR</u>. SIR-RFS Vascular Disease Service Line. RIT Dinner Symposium. <u>Society of Interventional Radiology Annual Meeting</u>, Chicago, IL, 2011.

**ORAL PRESENTATIONS:**

1. Rochon PJ, Kondo K, Smith M, Gipson M, Ghatan C, Johnson TJ, <u>Rajebi MR</u>, Ryu R. Survival benefit of Budd-Chiari patients who undergo TIPS as a bridge to transplant – a single center experience. <u>Society of Interventional Radiology Annual Meeting</u>, Vancouver, 2016.

2. Zimmerman N, Nayyar R, <u>Rajebi MR</u>, Bigelow M, Zeinati C. Interventional Radiology Education Early in Medical School: Is It Valuable? <u>Society of Interventional Radiology Annual Meeting</u>, San Diego, 2014.

3. Benenati M, <u>Rajebi MR</u>, Walker G, Pena C, Schernthaner M. Accuracy of Simple Visual Estimation in Grading Peripheral Arterial Stenosis: Is Eyeballing Enough? <u>International Symposium on Endovascular Therapy (ISET)</u>, Miami, FL, 2014.

4. Zimmerman NA, <u>Rajebi MR</u>, Jawed M, Hemingway S, Body D, Zeinati C, Karmel M. Infection Rates for Image-guided Port Catheter Placement in a Freestanding IR Center Compared to a University Hospital: Does the Patient Location Matter? <u>Society of Interventional Radiology Annual Meeting</u>, San Francisco, 2012.

5. <u>Rajebi MR</u>. "Sibling Rivalry" presented in the "Stump the Course Directors" session. <u>International Symposium on Endovascular Therapy (ISET)</u>, Miami, FL, 2012.

10

6. Rajebi MR, Aden AM, Zeinati C, Karmel M, Jawed M. Transcatheter Arterial Embolization in Patients with Pelvic Trauma: Experience in a Level I Trauma Center. Society of Interventional Radiology Annual Meeting, Chicago, IL, 2011.

7. Rajebi MR, Liu ET, Scalzetti EM, Grage RA. CT-guided Percutaneous Biopsy of Mediastinal Lesions. Society of Thoracic Imaging Annual Meeting, Bonita Springs, FL, 2011.

8. Rajebi MR, Taylor JN, Lisi M, Cohen H. The radiology elective: creating an educational framework in the digital era. Association of University Radiologists 59th Annual Meeting, Boston, MA, 2011.

9. Rajebi MR, Yilmaz S, Alomari AI. Intranodal Lymphangiography. New England Society of Interventional Radiology, Boston, MA, 2011.

10. Rajebi MR. ACR Appropriateness Criteria®. Intern on call lecture series, SUNY Upstate Alpha Omega Alpha chapter, Syracuse, NY, 2010.

## POSTER PRESENTATIONS:

1. Benenati M, Rajebi MR, Walker G, Pena CS, Schernthaner MB. Accuracy of simple visual estimation in grading peripheral arterial stenosis- is eyeballing enough? Society of Interventional Radiology Annual Meeting, San Diego, CA, 2014.

2. Zimmerman NA, Sharif R, Robin B, Rajebi MR. Needs Assessment Survey of Vascular Interventional Education in the Diagnostic Radiology Residency. Society of Interventional Radiology Annual Meeting, New Orleans, LA, 2013.

3. Thakur D, Zimmerman NA, Rajebi H, Rajebi MR. Renal Sympathetic Denervation and Resistant Hypertension: A Review of Articles. The 25th Annual International Symposium on Endovascular Therapy. Miami, FL, 2013.

4. Zimmerman NA, Zeinati C, Robinson K, Rajebi H, Rajebi MR. The Various Presentations of Neurosarcoidosis. RSNA Annual Meeting, Chicago, IL, 2012.

5. Zimmerman NA, Rajebi MR, Zhang D, Jawed M. Zeinati C, Karmel M. Potpourri of Popliteal Pathology. Society of Interventional Radiology Annual Meeting, San Francisco, CA, 2012.

6. Rajebi MR, Zimmerman NA, Prabhu S. The Rare Phakomatoses: A Pictorial Review. RSNA Annual Meeting, Chicago, IL, 2011.

11

7. Zimmerman NA, <u>Rajebi MR</u>, Vatakencherry G. Pharmacotherapy of Peripheral Arterial Disease. <u>SIR LEARN Meeting</u>, Orlando, FL, 2011.

8. <u>Rajebi MR</u>, Sullivan AM, Grage RA. Sonography and Computed Tomography Features of Acute Appendicitis in Children. <u>ARRS Annual Meeting</u>, Chicago, IL, 2011.

9. Khorasani MR, <u>Rajebi MR</u>, Assaad P, Scalzetti EM, Grage RA. Radiographic and Computed Tomography Findings in Patients with H1N1 Influenza A Infection. <u>ACR Poster Competition</u>, Washington, DC, 2011.

10. <u>Rajebi MR</u>, Iqbal A, Chang J. Emergent CTA in Assessment of Acute Stroke: Utilization Pattern and Compliance with Guidelines in a Primary Stroke Center. <u>Association of University Radiologists 59th Annual Meeting</u>, Boston, MA, 2011.

11. <u>Rajebi MR</u>, Golewale N, Jawed M. Peripheral and Pelvic Vascular Trauma on CT Angiogram: A Practical Tutorial for On-Call and ER Radiologists. <u>RSNA Annual Meeting</u>, Chicago, IL, 2010.

12. <u>Rajebi MR</u>, Taylor JN, Lisi M, Cohen H. The radiology elective: creating an educational framework in the digital era. <u>AAMC Annual Meeting</u>, Washington, D.C., 2010.

13. Aden AM, <u>Rajebi MR</u>, Chang J. The Craniocervical Junction: A Complex Region with Complex Pathology. <u>RSNA Annual Meeting</u>, Chicago, IL, 2010.

14. <u>Rajebi MR</u>, Wells KJ, FU Y. FDG-PET/CT in the assessment of unknown primary tumor presenting with lymphadenopathy. <u>ARRS Annual Meeting</u>, San Diego, CA, 2010.

15. <u>Rajebi MR</u>, Sullivan AM, Weiss SL. Imaging Findings of Recurrent Intussusception Secondary to a Giant Juvenile (Retention) Polyp: a Case Report. <u>ACR Poster Competition</u>, Washington, DC, 2010.

16. <u>Rajebi MR</u>, Graves L, Page N, Grage R. Sonography in the Diagnosis of Acute Appendicitis in Children: Experience in a Tertiary Hospital with a Developing Pediatric Hospital. <u>Association of University Radiologists 58th Annual Meeting</u>, San Diego, CA, 2010.

17. <u>Rajebi MR</u>, Gimber LH, Wojtowycz A, Lisi M. Usefulness of multimodality imaging in diagnosis of asymptomatic bilateral pheochromocytoma. <u>American Medical Association Research Poster Symposium</u>, Houston, TX, 2009.

18. Jalal Shokouhi J, Rajebi MR, Bagheri M, Ameri AA. Radio Frequency Ablation of Osteoid Osteoma in a Thirteen-Year Old Girl. <u>19th Iranian Congress of Radiology</u>, Tehran, Iran, 2003.

13