# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

Arthur Gage
No. 1:13-cv-01875-RLY-TAB

## CERTIFICATION OF PUBLIC RECORD

I verify under penalty of perjury that the following is true and correct.

1. My name is Steve Zweck-Bronner. I am an employee of the University of Colorado and serve as a lawyer to the University.

2. The University provided documents regarding Dr. Mohammad Rajebi to Rhyddid Watkins of Faegre Baker Daniels LLP pursuant to a records request made under the Colorado Open Records Act.

3. Attached is (a) a true and accurate copy of a cover letter from the University, and (b) a true and accurate copy of an email that the University provided to Mr. Watkins pursuant to his public records request.

4. The email is kept on the University's email system as part of the University's regularly conducted activities and is a public record.

5. I am authorized as part of my official duties for the University to provide this certification.

_____  Aug 7, 2017
Signature                        Date

2



June 23, 2017

**VIA EMAIL**

Rhyddid Watkins
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
rhyddid.watkins@FaegreBD.com

Re: Dr. Mohammad Rajebi

Dear Rhyddid:

On June 19, 2017, the campus received the following request for records:

> **Any performance ratings for Dr. Rajebi's; (ii) any communications regarding the termination of his employment with CU; or (iii) his initial application materials to CU**

On June 23, 2017, the campus received the following request for records pursuant to the Colorado Open Records Act ("CORA"):

> **All contracts related to Dr. Rajebi's employment, including but not limited to documents or communications related to any renewal or extension of his employment terms or contracts or the decision not to renew or extend his employment terms or contracts.**
>
> **All documents related to the termination or conclusion of Dr. Rajbei's employment, including any documents or communications reflecting his termination, his resignation, or the University's decision not to offer or renew additional employment contracts.**

We have 45 pages responsive to your request. Pursuant to §24-72-205(5) (a), C.R.S., the University is permitted to bill its time in preparation and production of the records at $30.00/hour and $0.25 per standard page. The University will issue a one-time exception and waive the production fee.

Sincerely,

Chris Puckett
Associate University Counsel

CP/cm

## Quashnick, Kevin

**From:** Lakhani, Mehul
**Sent:** Friday, March 03, 2017 1:30 PM
**To:** Quashnick, Kevin; Mansfield, Cindy
**Subject:** FW: Resignation - Mohammad Reza Rajebi

Mehul Lakhani
Director, Finance and Administration
Department of Radiology
University of Colorado
Ph 720-848-6609

**From:** Rajebi, Reza
**Sent:** Friday, March 03, 2017 9:10 AM
**To:** Dodd, Gerald <Gerald.Dodd@ucdenver.edu>
**Cc:** Ryu, Robert K <ROBERT.RYU@UCDENVER.EDU>; Lakhani, Mehul <Mehul.Lakhani@ucdenver.edu>
**Subject:** Resignation - Mohammad Reza Rajebi

Dear Dr. Dodd,

Please accept this as my formal notice of resignation from the University of Colorado. My last day will be March 23, 2017, twenty days from today.

I take with me the valuable experiences I have gained over the last two years. Please let me know how I can help during this transition.

Best regards,

Mohammad Reza Rajebi