# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

   Elizabeth Jane Hill
   No. 1:14-cv-06016-RLY-TAB

   Arthur Gage
   No. 1:13-cv-01875-RLY-TAB

## COOK DEFENDANTS' MOTION TO EXCLUDE NO. 8: EXPERT OPINIONS OF LEIGH ANN LEVY

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to exclude the proffered expert testimony of Ms. Leigh Ann Levy – plaintiffs' life care planner. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered expert testimony of Ms. Levy, and for all other just and proper relief.

                                                Respectfully submitted,

Dated: August 9, 2017            /s/ *J. Joseph Tanner*
                                                Andrea Roberts Pierson (# 18435-49)
                                                J. Joseph Tanner (# 11856-49)
                                                John T. Schlafer (# 28771-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                Email: andrea.pierson@faegrebd.com
                                                Email:   joe.tanner@faegrebd.com
                                                Email: john.schlafer@faegrebd.com

                                                James Stephen Bennett (# 22869-02)
                                                FAEGRE BAKER DANIELS LLP
                                                110 W. Berry Street, Suite 2400
                                                Fort Wayne, Indiana 46802
                                                Telephone: (260) 424-8000
                                                Facsimile: (260) 460-1700
                                                stephen.bennett@faegrebd.com

                                                *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION TO EXCLUDE NO. 8: EXPERT OPINIONS OF LEIGH ANN LEVY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *J. Joseph Tanner*

US.113565216.01