# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF LEIGH ANN LEVY, R.N., CLCP

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Leigh Ann Levy:

| Exhibit | Description |
|---|---|
| A | Deposition Excerpts of Leigh Anne Levy, R.N., CLCP  (May 4, 2017) |
| B | Chart Comparing Levy's Medical Records Reviewed With All Records Available |
| C | March 11, 2017 Life Care Plan and Cost Analysis of Elizabeth Jan Hill |
| D | March 11, 2017 Life Care Plan and Cost Analysis of Arthur Gage |
| E | Deposition Excerpts of Leigh Anne Levy, R.N., CLCP (May 5, 2017) |
| F | Dr. Alexander Marmureanu Hill Report |
| G | Dr. Alexander Marmureanu Gage-Specific Report |
| H | Deposition Excerpts  of Dr. Alexander Marmureanu |
| I | Deposition of  Leigh Anne Levy, R.N., CLCP  (Ex. 12) |

| | |
|---|---|
| J | Deposition of Leigh Anne Levy, R.N., CLCP (Ex. 13) |
| K | June 9, 2017 Letter to Dave Matthews |
| L | June 17, 2017 email from Julie Rhoades |
| M | Cost Analysis |
| N | Deposition Excerpts of Dr. Antonio Pangan |
| O | Deposition Excerpts of Dr. Timothy Larkin |
| P | Gage Osco Pharmaceutical Records |

Respectfully submitted,

Dated: August 9, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegrebd.com
Email: joe.tanner@faegrebd.com
Email: john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.113583009.01