# EXHIBIT B

# ARTHUR GAGE

## MEDICAL RECORDS REVIEWED
## vs.
## MEDICAL RECORDS THAT ARE AVAILABLE FOR REVIEW

| MEDICAL RECORDS REVIEWED BY LEVY | MEDICAL RECORDS AVAILABLE FOR REVIEW |
|---|---|
| • Edward Hospital, 04/10/09 – 01/09/14  [141 pages]<br>• Loyola Medicine, 10/26/12 – 07/08/15  [115 pages]<br>• Osco Pharmacy, 10/10/01 – 10/21/16  [104 pages]<br>• DuPage Medical, 01/12/12 – 03/06/12  [60 pages] | • Edward Hospital, 10/06/01 – 08/13/16  [3,527 pages]<br>• Loyola Medicine, 02/26/06 – 08/15/16  [8,981 pages]<br>• Osco Pharmacy, 10/10/01 – 10/21/16  [104 pages]<br>• DuPage Medical Group, 01/12/12 – 03/06/12  [60 pages]<br>• Adventist Bolingbrook Hospital, 02/25/08 – 11/05/15  [1,211 pages]<br>• Bolingbrook Family Medicine, 10/02/03 – 11/29/05  [47 pages]<br>• Suburban Gastro. / Dr. Gundlapalli, 04/30/11 – 09/04/12 [34 pages]<br>• Gastroenterology Services / Dr. Gerard, 10/19/00 – 07/18/16  [67 pages]<br>• Good Samaritan Hospital, 12/03/05 – 10/23/12  [878 pages]<br>• Hinsdale Hospital, 08/14/97 – 11/25/12  [2,082 pages]<br>• Midwest Heart / Drs. Larkin, Goodwin, 04/10/09 – 03/26/15  [123 pages]<br>• Rush-Copley Hospital, 01/17/12 – 01/18/12  [102 pages]<br>• St. Mary of Nazareth Hospital, 10/23/07 – 10/27/07  [57 pages] |

Yellow highlights = Differences in medical records reviewed by Levy vs. records that were available for her review

Total pages of Gage's medical records **reviewed by Levy**:     420 pages
Total pages of Gage's medical records **available for review**:   17,273 pages

US.110973731.02

# ARTHUR GAGE

### DEPOSITIONS REVIEWED
### vs.
### DEPOSITIONS THAT ARE AVAILABLE FOR REVIEW

| DEPOSITIONS REVIEWED BY LEVY | DEPOSITIONS AVAILABLE FOR REVIEW |
|---|---|
| • Arthur Gage, 08/13/15 and 01/09/17 | • Arthur Gage, 08/13/15 and 01/09/17<br>• Dr. Paul Crisostomo, 01/13/17<br>• Dr. Mark Goodwin, 01/11/17 and 05/08/17<br>• Dr. Timothy Larkin, 04/19/17<br>• Dr. Antonio Pangan, 04/25/17 |

Yellow highlights = Differences in depositions reviewed by Levy vs. depositions that were available for her review

US.110973731.02

# ELIZABETH HILL

**MEDICAL RECORDS REVIEWED**
**vs.**
**MEDICAL RECORDS THAT ARE AVAILABLE FOR REVIEW**

| MEDICAL RECORDS REVIEWED BY LEVY | MEDICAL RECORDS AVAILABLE FOR REVIEW |
|---|---|
| • Bayfront Medical Center, 03/28/89 – 04/02/89 | • Bayfront Medical Center, 04/24/06 – 05/15/08 |
| • Dr. Catherine Cozad (OB/GYN), 03/28/89 – 01/09/01 | • Dr. Catherine Cozad (OB/GYN), 03/28/89 – 01/28/10 |
| • Women's Medical Center (mammogram), 06/01/90 | • Women's Medical Center (mammogram), 06/01/90 |
| • Dr. Mandel Sher (Allergist), 10/15/91 – 12/21/93 | • Dr. Mandel Sher (Allergist), 10/15/91 – 12/21/93 |
| • Dr. Arthur Witthohn (Radiology), 10/22/91 | • Dr. Arthur Witthohn (Radiology), 10/22/91 |
| • Dr. William Hearn (Radiology), 11/22/94 – 07/24/95 | • Dr. William Hearn (Radiology), 11/22/94 – 07/24/95 |
| • Florida Sports & Industry Care (PT), 07/31/95 – 09/25/95 | • Florida Sports & Industry Care (PT), 07/31/95 – 10/30/95 |
| • CVS Pharmacy, 06/21/01 – 12/27/10 | • CVS Pharmacy, 06/21/01 – 06/08/14 |
| • Diagnostic Clinic (Nerve Conduction Study), 11/19/02 | • Diagnostic Clinic (Nerve Conduction Study), 11/19/02 |
| • Dr. James Neiman (Cardiology), 12/05/02 – 03/17/04 | • Dr. James Neiman (Cardiology), 12/05/02 – 03/17/04 |
| • Dr. A.J. Bidani (Gastro), 12/02/03 – 07/02/14 | • Dr. A.J. Bidani (Gastro), 11/12/03 – 07/02/14 |
| • Bardmoor Outpatient Center, 12/02/03 – 06/15/10 | • Bardmoor Outpatient Center, 12/02/03 – 06/15/10 |
| • Two Palms Massage Therapy, 02/26/04 – 05/17/04 | • Two Palms Massage Therapy, 02/26/04 – 11/01/04 |
| • Pain Relief Centers, 08/03/04 – 01/16/06 | • Pain Relief Centers, 08/03/04 – 01/16/06 |
| • All Florida Orthopaedic Associates, 11/09/05 | • All Florida Orthopaedic Associates, 11/09/05 – 12/19/05 |
| • Bardmoor Imaging Center, 03/09/06 | • Bardmoor Imaging Center, numerous dates |
| • Dr. Kirk Jobe, Neurosurgeon, 04/24/06 – 02/02/10 | • Dr. Kirk Jobe, Neurosurgeon, 04/24/06 – 02/02/10 |
| • BayCare Health / Morton Plant Hosp., 11/21/06 – 08/13/13 | • BayCare Health / Morton Plant Hosp. 11/21/06 – 08/13/13 |

| MEDICAL RECORDS REVIEWED BY LEVY | MEDICAL RECORDS AVAILABLE FOR REVIEW |
|---|---|
| <ul><li>Tampa Bay Imaging, 03/30/07</li><li>Rose Radiology, 04/06/09 – 04/15/10</li><li>Advanced Orthopaedic Associates, 11/17/09</li><li>University Diagnostic Institute, 03/11/10</li><li>Moreno Spine & Scoliosis, 04/14/10 – 08/02/13</li><li>Mease Countryside Hospital, 11/17/10 – 03/23/11</li><li>Dr. Mark Zuzga / Surgical Assoc., 10/04/10 – 03/23/11</li><li>Bellair Surgery Center, 09/22/11</li><li>Dr. Bridget Bellingar (PCP), 02/29/12 – 06/07/16</li><li>Suncoast Internal Medicine Consultants, 08/08/13</li><li>West Central Gastroenterology, 08/14/13 – 08/15/13</li><li>Penn State Hershey, 08/21/13</li><li>Dr. Gina Raptoulis, 08/26/13</li><li>Radiology Associates of Ocala, 12/11/13 – 12/10/15</li><li>Suncoast Endoscopy Center, 01/07/14</li><li>Citrus Memorial Health, 02/21/14</li><li>Safety Harbor Surgery Center, 07/02/14</li><li>TimberRidge Imaging Center, 11/03/15</li><li>Quest Diagnostics, 11/25/15</li><li>LabCorp, 05/06/16</li><li>Citrus Diagnostic Center, 05/20/16</li></ul> | <ul><li>Tampa Bay Imaging, 03/30/07</li><li>Rose Radiology, 04/06/09 – 04/15/10</li><li>Advanced Orthopaedic Associates, 11/17/09</li><li>University Diagnostic Institute, 03/11/10</li><li>Moreno Spine & Scoliosis, 03/30/07 – 08/28/13</li><li>Mease Countryside Hospital, 01/19/09 – 07/10/2013</li><li>Dr. Mark Zuzga / Surgical Assoc., 10/04/10 – 03/23/11</li><li>Bellair Surgery Center, 09/22/11</li><li>Dr. Bridget Bellingar (PCP), 10/15/1991 – 06/07/16</li><li>Suncoast Internal Medicine Consultants, 08/08/13 – 05/27/15</li><li>West Central Gastroenterology, 08/12/13 – 06/08/16</li><li>Penn State Hershey, 08/21/13</li><li>Dr. Gina Raptoulis, 08/08/13 – 12/14/15</li><li>Radiology Associates of Ocala, 10/28/13 – 01/25/17</li><li>Suncoast Endoscopy Center, 01/07/14</li><li>Citrus Memorial Health, 02/21/14</li><li>Safety Harbor Surgery Center, 07/02/14</li><li>TimberRidge Imaging Center, 11/03/15</li><li>Quest Diagnostics, numerous dates</li><li>LabCorp, numerous dates</li><li>Citrus Diagnostic Center, 05/20/16</li><li>Dr. Alfredo Jacome / Neurology Institute, 10/22/13 – 05/05/15</li><li>Dr. Antonio DiSclafani / Ocala Neurosurgery, 08/11/14 – 08/26/14</li><li>Dr. Daniel Hoh / University of FL Physicians, 08/29/14 – 09/01/14</li><li>Dr. Frank Ramharrack, 07/22/16 – 09/16/16</li><li>Dr. John Small / Florida Orthopedic Institute, 02/24/10 – 08/05/16</li><li>Dr. Kurt Erickson / Clearwater Surgical, 11/17/11 – 12/07/11</li><li>Dr. Sreeka Chandrupatla / Gastro. Assoc., 12/11/13 – 05/08/14</li><li>Dr. Ulhas Deven / West FL Medical Assoc., 09/26/13 – 08/09/16</li></ul> |

| MEDICAL RECORDS REVIEWED BY LEVY | MEDICAL RECORDS AVAILABLE FOR REVIEW |
|---|---|
| | - Florida Women's Health, 03/03/16 – 03/15/16
- Santoro Mental Health, 03/23/12 – 10/12/13
- St. Joseph's Hospital – Tampa – 06/24/13 – 06/25/13
- St. Luke's Cataract & Surgery, 11/10/09 – 01/14/10
- TLC Rehab, 09/27/13 – 10/21/13
- Updegraff Vision, 06/30/11 – 02/27/13
- Dr. Yves Gabriel / Vascular Surg. Assoc., 08/16/13
- Women's Health Associates, 03/03/16 – 03/15/16 |

Yellow highlights = Differences in medical records reviewed by Levy vs. records that are available for her review

NOTE:  It appears as though Ms. Levy was <u>only</u> provided copies of PCP Dr. Bellingar's records to review.

US.110973731.02

# LEIGH ANN LEVY, RN

### Re: ELIZABETH HILL

### DEPOSITIONS REVIEWED
### vs.
### DEPOSITIONS THAT ARE AVAILABLE FOR REVIEW

| DEPOSITION REVIEWED BY LEVY | DEPOSITIONS AVAILABLE FOR REVIEW |
|---|---|
| • Elizabeth Hill, 11/10/16 | • Elizabeth Hill, 11/10/16<br>• Dr. Bridget Bellingar, 01/19/17<br>• Dr. Mark Zuzga, 02/08/17<br>• Dr. Anthony Moreno, 03/14/17 |

US.110973731.02