# EXHIBIT C



**MediSys**
REHABILITATION, INC.

5524 Bee Cave Road, Suite A-1, Austin, Texas 78746 ▪ P.O. Box 160026, Austin, Texas 78716
p 512.459.4315 ▪ f 512.371.3894 ▪ wh@mri-tx.com ▪ www.mri-tx.com

# LIFE CARE PLAN
# AND
# COST ANALYSIS



# Elizabeth Jane Hill

March 11, 2017
REPORT PREPARED BY

*Leigh Anne Levy*

_____
**Leigh Anne Levy, R.N., CLCP**

## TABLE OF CONTENTS

I. INTRODUCTION ............................................................................................................... 1

II. MEDICAL HISTORY ...................................................................................................... 2

III. PROJECTED MEDICAL SERVICE NEEDS......................................................... 19

IV. DISCUSSION ................................................................................................................ 21

V. COST ANALYSIS.......................................................................................................... 22

VI. DATA SOURCES ........................................................................................................ 25

VII. REFERENCES............................................................................................................. 26

VIII. CURRICULUM VITAES......................................................................................... 27

IX. PHOTOS FROM IME ................................................................................................. 31

# I. INTRODUCTION

A life care plan details medical and medically related goods and services that are needed for individuals who have sustained a catastrophic injury or disabling disease, or who have a handicapping condition that has life time needs associated with it. The life care planning process traces the needs stemming from the disability to the end of life. This process requires the coordination and management of information from many sources. All past medical, social, psychological, vocational, educational, and rehabilitation data are taken into consideration to the extent that it is available and applicable. Medical literature germane to critical issues in the plan is surveyed to reflect current concepts of care for patients and disease state management.

Various experts within the field of rehabilitation and case management develop life care plans. Medical and therapeutic specialists may be consulted according to their clinical specialty. The goals and desires of the patient and family are expressed in the plan if they are known. The impact of aging with disability and the progression of disease are reflected in the plan. The life care plan provides for services that are needed to prevent or significantly reduce known complications over time. Potential complications frequently associated with the principle diagnoses are discussed, and the care needs for these complications are projected. The costs projected in a life care plan are typically derived from publically available data and resources. The plan serves as a guide for family members, case managers and health care providers. It is not a prescription for care but rather an analysis of a disability. It is a blueprint for anticipated health care and other related needs based upon reasonable medical and rehabilitation probability and current concepts of patient care and management. The plan is predominantly used for the purpose of determining an appropriate financial reserve to pay for future care. The information serves those charged with the fiduciary responsibility to provide for future care. The life care plan is often used by financial administrators tasked with selecting appropriate investment strategies to preserve funding over the life of the patient. Life care plans are typically requested by insurance carriers, the federal government, litigants in personal injury or medical malpractice claims, worker's compensation boards, trust officers, annuity planners, economists, and rehabilitation specialists.

This life care plan was prepared on behalf of Elizabeth Jane Hill.

The life care plan was developed by Leigh Anne Levy, RN, MSN, CLCP, CEN in consultation with Dr. Alexander R. Marmureanu, MD. As a life care plan is considered a dynamic document, it is subject to change as clinical conditions warrant and should be routinely reviewed and modified to reflect current clinical presentation. All opinions expressed herein are made to a reasonable degree of certainty within our respective professional disciplines, and are subject to change in response to new information that may become available.

## II. MEDICAL HISTORY

**Medical Record Sources Received in PDF form:**

**Billing Record Sources Received in PDF form:**

**Legal Record Sources Received in PDF form:**
- ❖ Complaint, 10/30/14
- ❖ Related Case Order and Track Two Notice, 11/04/14
- ❖ Interested Persons Order for Civil Cases, 11/04/14
- ❖ Conditional Transfer Order, 11/24/14
- ❖ Answer of Cook Medical Incorporated, Cook Incorporated, and Cook Group, Inc. to Plaintiff's Complaint, 01/23/15
- ❖ Short Form Complaint, 09/30/15
- ❖ Cook Defendants' Notice of Designation of Discovery Pool Cases, 05/06/16
- ❖ Order Granting, In Part, and Denying, In Part, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Compel Discovery Responses, 05/06/16
- ❖ Order on Bellwether Trial Selections, 07/19/16

**Depositions Received in PDF form:**
- ❖ Elizabeth Jane Hill, 11/10/16

**Other:**
- ❖ Celect vena cava filter card, 11/17/10


- ❖ Social Media records – 04/16/15
- ❖ Interview of Elizabeth Jane Hill, 10/21/16, 12/09/16, 02/24/17, 03/09/17
- ❖ Consultation with Dr. Alex Marmareanu, 03/07/17, 03/09/17


**Summary of Medical Procedures:**

**Summary of Diagnostic Procedures by Region:**
**(Studies in *italics* occurred prior to the IVC filter placement)**

Hill, Elizabeth

*5*

Hill, Elizabeth

*7*

Hill, Elizabeth

*8*

**A.      Current Medical History**



underwent placement of a temporary Celect inferior vena cava (IVC) filter by Dr. Mark Zuzga (Vascular Surgery) on 11/17/10.

**<u>Interview of Elizabeth Jane Hill, 10/21/16, 12/09/16, 02/24/17, 03/09/17:</u>**
Ms. Hill was interviewed on multiple occasions, both over the phone and in person

**B.**     **Current Medications**

**C.**     **Current Complaints**

Hill, Elizabeth

*14*


**D.**     **Past Medical History**

Hill, Elizabeth

*15*



**E.      Psychosocial History**

**F.      Educational History/Occupational History**

Ms. Hill graduated from South Sumter High School in 1971 where she was predominantly an A & B student. She denied having ever been held back a grade or of having ever received special education services. Ms. Hill subsequently attended the University of Southern Mississippi and obtained her Bachelor of Science in Nursing as well as her Master of Science in Nursing. Regarding employment, Ms. Hill has held positions as a nursing clinical instructor at the University of Mississippi school of Nursing from December 1982 – June 1984. She has worked as a staff nurse at Forrest General Hospital from February 1977 – December 1982 and as a staff nurse in the acute psychiatry unit. Ms. Hill also served as the assistant nurse manager in the acute

psychiatric unit. She was               retired at the time of her IVC filter surgery. However, she had obtained a part time job working 15 – 20 hours a week teaching staff how to communicate with schizophrenic patients and she maintains her nursing license.

## III. PROJECTED MEDICAL SERVICE NEEDS

Dr. Alex Marmareanu (Thoracic and Cardiovascular Surgery) was consulted via telephone on 03/07/17 and 03/09/17. He was kind enough to talk through his expectations for Ms. Hill. Among his recommendations was the following:

Based upon the review of available records, interview of Ms. Hill, IME and consultation with Dr. Marmureanu and our background and experience with these matters, it can be stated to a reasonable degree of certainty that needs include the following:

**Outpatient Physician and Therapeutic Care from the following specialties:**
- ❖ Primary Care Physician
- ❖ Gastroenterologist
- ❖ Hematologist/Oncologist
- ❖ Interventional Radiologist
- ❖ Physical Medicine and Rehabilitation/Pain Management
- ❖ Health and Behavioral Psychological Services
- ❖ Nutritionist
- ❖ Rehabilitation maintenance services (community based therapeutic activities)

**Diagnostics Services needed to evaluate and oversee medical management**
- ❖ Routine diagnostic studies to monitor effects of medication on liver and kidneys
- ❖ Coagulation studies
- ❖ Upper endoscopy for history of duodenal injury every 3 years
- ❖ CT scan of the abdomen with contrast every 5 years
- ❖ MR venogram every 5 years
- ❖ Ultrasound of the extremities and IVC annually

**Long-Term Care/Aide Assistance/ Household services**

Hill, Elizabeth

*19*

**Medications**
- ❖ Anticoagulant
- ❖ Anti-ulcer/GERD (recommended while on anticoagulant therapy)
- ❖ Analgesia (potential)

**Durable Medical Equipment and Supplies**
- ❖ Miscellaneous adaptive equipment
- ❖ Coagucheck monitor, lancets, and INR strips for monitoring coagulation
- ❖ Bathroom safety
- ❖ TED hose
- ❖ Compression pump

**Inpatient Care/Outpatient Procedures/Alternative Strategies/Complications**
- ❖ Caval thrombosis
- ❖ Post-thrombotic syndrome
- ❖ DVT (nonoperative/operative)
- ❖ Venous reflux
- ❖ GI bleed
- ❖ Intracranial hemorrhage

Hill, Elizabeth

*20*

## IV. DISCUSSION

**Life Expectancy: Maintaining Funding for Lifelong Care**

Life expectancy is projected based upon information provided by the National Center for Health Statistics, National Vital Statistics 2008. The U.S. Life Table Values represent the population as a whole, with gender and race differentiation. There is no authoritative medical literature available for discounting life expectancy. It is imperative that an adequate funding stream is maintained to ensure high quality care, irrespective of the length of life remaining. It is typical in these matters for an annuity be purchased and the proceeds to be paid into a medical special needs trust so that this goal can be accomplished. In this manner, the risk is taken entirely by those who have the financial incentive and fiduciary responsibility to pay for future care. It is clearly impossible to be precise when estimating life expectancy. Many have argued that this should not even be a consideration in the life care plan, but rather be deferred to the economist, annuitant, or other professional who will perform a present value calculation of the life care plan. There is nothing about the use of an end point that should be construed as an independent determination of this patient's specific life expectancy. Rather, this endpoint is used for calculating an average estimated annual expenditure; a figure that can be utilized for the purpose of financial reserve allocation and cash flow needs to pay for future care associated with a disability. If a consensus opinion develops as to how long a specific patient will likely live, then this document can be modified accordingly.

**Cost Projections**

The cost analysis includes those recommendations for health care goods and services that can reasonably be expected to improve functional capacity, maintain health, minimize complications, and provide for an improved quality of life. Every attempt was made to model care that is readily accessible in the marketplace. While there may be less expensive options for care, projecting a rate lower than what is utilized for this analysis would not reflect the central tendency of costs and may not allow for consistent and reliable accessibility. Where appropriate, services are CPT and/or ICD-CM code specific, based upon publications of *Physician's Current Procedural Terminology* and the *International Classification of Diseases, Clinical Modification.* National cost data is utilized, except in those categories where only survey data is available. The cost data come from several sources that are detailed in Data Sources section of this report. No consideration is made within this plan for future price changes associated with inflation or industry growth factors. Likewise, no attempt has been made herein to discount to present value. This is deferred to an economic expert experienced with this industry. Similarly, no consideration is made for physical pain, mental anguish, physical impairment, disfigurement, or loss of earning capacity. While these may be elements of the damages and are associated with a legal claim, they are not the purview of this type of analysis and are not projected in this document.

## V. COST ANALYSIS

**Outpatient Physician and Therapeutic Care**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Health and Behavior Psych | | | | | | |
| MD consultation | | | | | | |
| Nutritional Therapist | | | | | | |
| Outpatient Physician Care | | | | | | |
| Podiatry | | | | | | |
| Rehabilitation Maintenance | | | | | | |

**Medications**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Anticoagulant | | | | | | |
| Antiulcer/GERD | | | | | | |

**Diagnostics**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Coagulation Studies | | | | | | |
| Endoscopy Upper GI | | | | | | |
| MRI/CT Abdomen | | | | | | |
| Routine Diagnostic Studies | | | | | | |
| Ultrasound abdomen/renal | | | | | | |
| Ultrasound extremities | | | | | | |
| Venogram | | | | | | |

**DME & Supplies**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|
| Bathroom Safety | | | | | | |
| Coaguchek Monitor | | | | | | |
| INR Test Strips | | | | | | |
| Lancets | | | | | | |

Hill, Elizabeth

Misc. Adaptive Equip.
TED hose

**Inpatient Care/Outpatient Procedures/Alternative Strategies/Complications**

| Service/Item | Start Age | Target Age | Units/ Year | Average Unit Cost | Annual Cost | Life Time Cost |
|---|---|---|---|---|---|---|

Allied Health
Analgesic
Attendant Care
Caval Thrombosis
Compression Unit (circ.)
DVT (Non Operative)
DVT (Operative)
GI Bleed
Intracranial hemorrhage

Hill, Elizabeth
*23*

## COST ANALYSIS SUMMARY

|  | Average Annual Cost | Lifetime Cost |
|---|---|---|
| **Outpatient Physician and Therapeutic Care** | | |
| **Medications** | | |
| **Diagnostics** | | |
| **Equipment and Supplies** | | |
| **IP Care/OP Procedures/Alt. Strategies/Complications** | | |
| **GRAND TOTAL** | | |

Hill, Elizabeth

*24*

## VI. DATA SOURCES

Survey data for cost of services, supplies, durable medical goods and equipment, etc. has been collected by MediSys, Inc., annually since its inception. Among the companies surveyed are the following:

- ❖ MetLife
- ❖ Genworth
- ❖ Northwestern
- ❖ John Hancock
- ❖ Salary.com
- ❖ Bls.gov
- ❖ Apria Medical
- ❖ APC Home Care
- ❖ Girling Health Care
- ❖ Hospital Without Walls
- ❖ Legacy Private Care
- ❖ Home Instead
- ❖ Txpricepoint.org
- ❖ GoodRx.com
- ❖ Environmental Rehabilitation Consultants
- ❖ Independence Builders, Inc.
- ❖ Independent Mobility Systems, Inc.
- ❖ Interim Health Care
- ❖ Novacare, Rehabilitation
- ❖ Olsten Kimberly Quality Care
- ❖ Allegro Medical.com
- ❖ The Institute for Rehabilitation and Research
- ❖ Wasserman Y. Physicians' Fee Reference, Pricing Program. Medical Publishers Limited
- ❖ National Center for Health Statistics. National Vital Statistics Report, Life Tables
- ❖ National Inpatient Profile, HCIA
- ❖ DRX.com
- ❖ Physicians Current Procedural Terminology, American Medical Association
- ❖ National Hospital Directory
- ❖ Epocrates
- ❖ Walgreen's
- ❖ CVS

Hill, Elizabeth

25

## VII. REFERENCES

**General references for Life Care Planning include the following:**

Bagwell D, Willingham A, Harrell T. Life care planning: the interdisciplinary team approach, *Disability Analysis In Practice*, 1st (ed.). Nov., 1998.

Deutsch, P.M. (1999). Learning to question research: A Methodology for analysis. P. Deutsch and H. Sawyer, Eds., *A Guide to Rehabilitation*. New York: Matthew Bender.

Deutsch, P.M., & Sawyer, H.W. (2002). *A Guide to Rehabilitation, Volumes I, II, and III*. White Plains: Ahab Press.

Harrell, T.W., *Planning for a Lifetime; Long Term Planning for Individuals with Brain Injuries and other chronic disabilities*; Seaton Foundation 2005

Harrell, T. W., Bagwell, D. M., and Coupland, M., "Building a Future: Teaming Up for a Life Care Plan" *Continuing Care*, July 1997.

Harrell, T. W., Krause, J. S., "Personal Assistance Services in patients with SCI: Modeling an appropriate level of care in a Life Care Plan", *Topics in Spinal Cord Injury Rehabilitation*, Spring 2002, Vol. 7, 4

International Academy of Life Care Planners. (2005). Website, www.internationalacademyoflifecareplanners.com.

Kaplan College. (2005). *LP330-02; Introduction to Life Care Planning*, *LP332-02: Standards and Ethics for Life Care Planning*, and *LP337-01: Using Research Literature and Practice Guidelines*. Internet Courses, www.kaplancollege.com.

McCollom, P. (2000). Proposed practice guidelines for excellence in life care planning. *The Case Manager*, *11*, 67-71.

McCollom, P., & Crane, R. (2001). Life care plans: Accuracy over time. *The Case Manager*, *12*, 85-87.

National Center for the Dissemination of Disability Research. (2005). Website, www.ncddr.org.

Thomas, R. (1999). Life care planning: Defining procedures and process. *NARPPS Forensic News*, *2*(1).

Weed, R.O., Ed. (2004). *Life Care Planning and Case Management Handbook, Second Edition*. Boca Raton: CRC Press.

Zasler, C. (1996). Primer for the rehabilitation professional on the life care planning process. *Neurorehabilitation*, *7*, 79-93.

# VIII. CURRICULUM VITAES

## Leigh Anne Levy, RN, MSN, CLCP, CEN
Round Rock, Texas • (512) 450-3452 • lal@mri-tx.com

**Current Appointments**

Director of Life Care Planning Services, MediSys Rehabilitation, Inc., Austin, TX

Adjunct Associate Professor, Austin Community College, Round Rock, TX

Reviewer for the Journal of Emergency Nursing

**Education and Training**

*Undergraduate*
Bachelor of Science in Nursing, University of Texas at Austin, Austin, TX; 8/91-5/95

*Graduate*
Master of Science in Nursing, University of Texas at Austin, Austin, TX; 6/08-12/09

*Doctoral Student*
Doctorate of Philosophy in Nursing, University of Texas at Austin, Austin, TX; 9/09-12/09

*Post-Graduate*
Nurses in Washington Internship, Emergency Nurses Association, Washington, D.C.; 3/08
Sexual Assault Response Team Internship, Williamson County SART, Round Rock, TX; 2/09

**Professional Experience**

Process Improvement Committee; with focus on improving stroke and myocardial infarction care, patient through put; Seton Medical Center Emergency Department; 5/05-8/13

Center of Resuscitative Excellence Committee; SMCA Network Services/Emergency Department; 4/08-7/08

Team Leader Committee; Seton Medical Center Emergency Department; 5/03-8/13

Peer Review Committee; Seton Medical Center; 3/08-10/12

National Patient Safety Goals Auditor; Seton Medical Center Emergency Department; 1/08-5/10

SMCA Nursing Research Committee; Sponsored by Dr. Ken Kirksey; 11/07-5/10

Hill, Elizabeth

27

Clinical Research Committee; SMCA Network Services / Emergency Department; 09/07-05/10

Patient Satisfaction Committee; Seton Medical Center Emergency Department; 5/05-08/13

Difficult Airway Management (Chair); Seton Medical Center Emergency Dept.; 5/05-10/12

Code Down Response Team (Chair); Seton Medical Center Emergency Department; 5/05-10/12

Cerner Transition to Computerized Charting Committee; SMCA Network Services/Emergency Department; 5/05-11/05

**Clinical Activities and Certification**

- Texas State Nursing License        5/95 – present
- Certified Emergency Nurse        8/07 – present
- Certified Life Care Planner        11/14 – present
- Legal Nurse Consultant        9/07 – 9/09
- Advanced Cardiac Life Support        3/06 – present
- Pediatric Advanced Life Support        10/07 – present
- Basic Life Support        5/07 – present
- Emergency Medical Technician–Basic        8/01 – 12/01

**Professional Societies**

- International Association of Rehabilitation Professionals
- Case Management Society of America
- Emergency Nurses Association
- International Association of Forensic Nurses
- Sigma Theta Tau Nursing Honor Society
- Phi Kappa Phi Honor Society

**Honors and Awards**

- Sigma Theta Tau Honor Society, 4/09
- Phi Kappa Phi Honor Society, 4/09
- Emergency Nurses Association Scholarship, 4/09
- Seton Fund Nursing Endowment Scholarship, 8/08
- Sister Barbara Osseck Scholarship, 5/08
- SMCA Volunteer Scholarship, 6/08, 6/09
- Laura M. Burns Scholarship, 5/08, 6/09
- Lee Hage and Joseph D. Jamail Scholarship, 5/08
- Excellence in Action Award, Seton Medical Center ER, 6/04, 6/08, 7/03
- Outstanding Nurse of the Quarter, Emergency Service Partners, 10/08
- Team Excellence in Action Award, Process Improvement Committee, 5/05

Hill, Elizabeth

*28*

**Employment History**

Director of Life Care Planning Services, MediSys Rehabilitation, Inc.; Austin, TX, 3/09-present

Adjunct Associate Professor, Austin Community College; Austin, TX, 12/09-present

Emergency Room Staff Nurse, Baylor/Scott and White Cedar Park (Emerus);
Austin, TX, 9/14-1/16

Staff RN IV/Team Leader, Seton Medical Center Emergency Department, Primary Stroke Center, Chest Pain Center, Center of Excellence, Level Four Trauma Center;
Austin, TX, 5/98-8/13

Independent Contractor, Scott and White Memorial Hospital Emergency Department, Primary Stroke Center, Chest Pain Center, Level One Trauma Center; Temple, TX, 6/07-9/07

Independent Contractor, Johns Hopkins Hospital Emergency Department, Primary Stroke Center, Chest Pain Center, Level One Trauma Center; Baltimore, MD, 2/07-5/07

Independent Contractor, Upper Chesapeake Medical Center Emergency Department;
Bel Air, MD, 2/07-6/07

Staff RN/PACU Nurse, HEALTHSOUTH Surgical Hospital of Austin; Austin, TX, 8/97-5/99

Staff RN/Hyperbaric Nurse, HEALTHSOUTH Rehabilitation Hospital of Austin;
Austin, TX, 2/98-5/98

Staff RN/Charge Nurse, HEALTHSOUTH Rehabilitation Hospital of Austin, Skilled Nursing Unit; Austin, TX, 5/95-2/98

Staff RN/Charge Nurse, Healthcare Rehabilitation Center, Neuropsychiatric and Neurobehavioral Units; Austin, TX, 5/95-2/98

**Specialized Education, Training and Projects**

*Nurse in Washington Internship*
In March of 2008, I traveled to Washington D.C. on behalf of Seton Medical Center and the Emergency Nurses Association to attend the Nurse in Washington Internship. This internship was designed and implemented as part of a national alliance of over 50 different nursing organizations. These various nursing organizations collaborated to promote a cohesive voice with policymakers to address issues of concern to the community of nursing. I met with our Senators Kay Bailey-Hutchison and John Cornyn's Healthcare Legislative Assistants to discuss the importance of the Nurse Reinvestment Act and the crisis in nursing with respect to shortages, lack of funds for educators and health insurance for retired nurses.

Hill, Elizabeth
29

*Sexual Assault Response Team Internship*
In February 2009, I began an internship with the Williamson County Sexual Assault Response team under the direct supervision of Avangelina Barefoot, RN, CA-CP SANE. This internship spanned three months and focused on assisting survivors of sexual assault through a multidisciplinary team approach.

## Invited Lectures

American Heart Association, *The Role of Cardiovascular Disease in Stroke and Myocardial Infarction*, 10/02/08

Austin Community College, *Shock and Trauma*, 4/15/08, 11/17/08, 4/13/09, 11/16/09

Austin Community College, Webinar – Shock and Trauma Power Point; Trauma Assessment Video, 11/2008, 8/06/09

Austin Emergency Nurses Association Hot Topics Conference; *Medico-Legal Issues in Emergency Nursing – Avoiding Your Day in Court*, 5/22/09

Austin Community College, Graduation Ceremony ADN Program; Keynote Speaker, 12/2008

Capitol Anesthesiology Association, Plaque Dedication Ceremony; Invited Speaker, 5/25/09

Versant Legislative Class, *The Power of Nurses in the Legislative Process*, 9/24/09, 5/20/09, 8/12/09, 12/16/09

The School of Nursing – University of Texas at Austin, *The Role of Motivation and Diversity in Education*, 9/22/08

Austin Emergency Nurses Association, *Washington/Governmental Affairs Update*, 4/05/08

The School of Nursing – University of Texas at Austin, *Triaging Pain – A Systematic Approach to Socio-Cultural Disparity*, 11/08/09

The School of Nursing – University of Texas at Austin, *Suffering and Compassion Through Greatness of Mind*, 11/17/09

## Publications
- *Inquiring Minds* (7/21/08). Advance for Nurses. www.advanceweb.com/nurses
- *Advocate in the ED* (9/01/08). Advance for Nurses. www.advanceweb.com/nurses
- *The Power of Nurses in the Legislative Process* (3/2009). Journal of Emergency Nursing. Elsevier Publishing.
- *Shock: Recognition and Management*. Journal of Emergency Nursing (3/2010). Elsevier Publishing.