# EXHIBIT K

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Andrea Roberts Pierson**
*Partner*
andrea.pierson@FaegreBD.com
Direct **+1 317 237 1424**

**Faegre Baker Daniels LLP**
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Main **+1 317 237 0300**
Fax **+1 317 237 1000**

June 9, 2017

<u>**VIA E-MAIL ONLY TO**</u>:
**dmatthews@thematthewslawfirm.com**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098

Re: *Cook Medical, Inc. IVC Filters Product Liability Litigation, MDL No. 2570*
<u>Database, Spreadsheet, and Time Record Documents and Information Responsive to Schedule A to Notice of Video Deposition of Leigh Anne Levy and Identified at Ms. Levy's 05/04/2017 Deposition</u>

Dear David:

I write to request the database, spreadsheet, and time record documents and information responsive to Schedule A to the Notice of Video Deposition of Leigh Anne Levy, RN, MSN, CLCP, CEN and identified by Ms. Levy at her May 4, 2017 deposition.

Ms. Levy testified that she used various databases and spreadsheets to prepare her lifecare plans and expert reports for Plaintiffs Elizabeth Hill and Arthur Gage. (*See* Levy Dep. 38:18-24, 255:9-256:14, 287:6-12, 289:2-11). Ms. Levy reviewed, considered, or relied on such databases and spreadsheets in preparing her reports. (*See id.*). Such information and documents are discoverable and responsive to Schedule A to the Notice of Deposition. (*See* Schedule A, Request Nos. 1, 2, 6, 7, 17, 20, 21, 24). Pursuant to the Notice, such information and documents should have been produced to us *prior* to Ms. Levy's deposition. It was not. Please produce the database and spreadsheet documents and information.

Ms. Levy also testified that she kept records of the time she devoted to preparing her reports for Mrs. Hill and Mr. Gage. (*See* Levy Dep. 327:19-329:8). Like the database and spreadsheet documents and information, Ms. Levy's time records are responsive to Schedule A to the Notice of Deposition and should have been produced to us *prior* to Ms. Levy's deposition. (*See* Schedule A, Request Nos. 3, 12). They were not. Please produce the time records.

US.112835181.02

David P. Matthews, Esq.            -2-            June 9, 2017

We would appreciate receiving this overdue and requested information from you ***by no later than Friday, June 16, 2017.***

Thank you for your prompt attention to these discovery issues. If you have any questions or would like to further discuss this matter, please contact me.

Very truly yours,

*Andrea Pierson / ARP*

Andrea Roberts Pierson

ARP:tck

C:     Joseph N. Williams, Esq. (via email to: jwilliamsrtprwp-law.com)
       Michael Heaviside, Esq. (via email to: mheaviside@hrzlaw.com)
       Ben C. Martin, Esq. (via email to: bmartin@bencmartin.com)

US.112835181.02