# EXHIBIT L

**From:** Julie Rhoades <jrhoades@thematthewslawfirm.com>
**Date:** June 17, 2017 at 11:35:27 AM CDT
**To:** "Rutigliano, Anna C." <Anna.Rutigliano@FaegreBD.com>, "Pierson, Andrea Roberts" <Andrea.Pierson@FaegreBD.com>
**Cc:** David Matthews <dmatthews@thematthewslawfirm.com>, Michael Heaviside <mheaviside@hrzlaw.com>, Ben Martin <bmartin@bencmartin.com>, "Joseph N. Williams" <jwilliams@rwp-law.com>, Pam Mclemore <pamm@gld-law.com>, "Mike Gallagher" <mike@gld-law.com>
**Subject: RE: Cook Filter -- Leigh Anne Levy Documents**

Andrea:

In response to your letter of June 9, 2017 regarding documents that you believe should have been produced in response to the subpoena duces tecum attached to your notice of deposition for Leigh Ann Levy, I have reviewed the testimony referenced in your letter and discussed the issue with Ms. Levy. At this time, she is unable to identify responsive materials, aside from what was produced prior to her deposition or what was identified and in the public domain.

In her deposition, Ms. Levy testified that she relies on literature from publicly available databases, such as Medline Plus. As you and I discussed prior to her deposition in connection with the subpoena duces tecum response, her firm inputs information from publicly available sources into a software program. The database maintained by that program covers a multitude of costs that are not related to Gage or Hill or IVCF cases, in general. With regard to the portion of the database related to Hill and Gage, the information that was input into the software program was provided to you in advance of the deposition and is attached to the deposition as exhibits 10 and 11.

With regard to time records, as Ms. Levy tried to explain in her deposition, she does not keep formal time records until her hours on a particular file reach or begin to exceed the twenty hours covered by her flat rate. At the time of the deposition, because that had not occurred, there were no time records to produce.

Please give me a call next week if you would like to discuss this further. Have a great weekend.

Julie