IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

Arthur Gage
No. 1:13-cv-01875-RLY-TAB

### EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID KESSLER

The following exhibits are hereby submitted with the Cook Defendants Memorandum in Support of Motion to Exclude Expert Opinions of Dr. David Kessler:

| Exhibit | Description |
|---|---|
| 1 | Memo from Price re Reclassification of Cardiovascular Intravascular Filters - CookMDL2570_1281413 |
| 2 | Expert Report of Dr. Elisa Harvey (June 12, 2017) |
| 3 | Initial 510(k) Submission for Tulip filter (excerpts) (Oct. 28, 1998) CookMDL2570_0061818 at 1860 |
| 4 | Kessler Dep. Exhibit 22 - FDA Safety Communication (Aug. 9, 2010) CookMDL2570_1276705-CookMDL2570_1276706 |
| 5 | Kessler Dep. Exhibit 21 - FDA Safety Communication (May 6, 2014) CookMDL2570_1276707-CookMDL2570_1276708 |
| 6 | Expert Report of David A. Kessler, M.D. |

US.113586074.01

| | |
|---|---|
| 7 | Deposition of David A. Kessler, M.D., Vol. II (July 1, 2017) |
| 8 | Kessler Dep. Exhibit 10 - FDA Guidance for Industry: Guidance for Cardiovascular Intravascular Filter 510k Submissions (1999) |
| 9 | Excerpts of Deposition of Jennifer Brown, Ph.D., Vol. II (May 8, 2017) |
| 10 | *Predicting the Safety and Effectiveness of Inferior Vena Cava Filters (PRESERVE)*, CLINICALTRIALS.GOV, https://clinicaltrials.gov/ct2/show/NCT02381509 (last updated March 23, 2017) |
| 11 | Deposition of David A. Kessler, M.D., Vol. I (June 30, 2017) |
| 12 | Expert Report of Anthony Venbrux (June 29, 2017) |
| 13 | Excerpts of Deposition of Jennifer Brown, Ph.D., Vol. I (April 21, 2017) |
| 14 | Excerpts Deposition of Mohammed Rajebi, M.D. (May 18, 2017) |
| 15 | Celect Modification - CookMDL2570_0484885 |
| 16 | Email from Clausen to Hendriksen re filter study (translated) - CookMDL2570_0491367 |
| 17 | Expert Report of Harold "Wally" Pellerite (June 9, 2017) |
| 18 | Excerpts of Deposition of Harold "Wally" Pellerite (rough) (June 17, 2017) |
| 19 | Supplement to K061815 Cook Celect Vena Cava Filter 510(k) (excerpts) (Feb. 26, 2007) Cook_IVCF_003878 |
| 20 | Email from Ted Heise to Dr. Buckles re animal study - CookMDL2570_0064850 |
| 21 | Draft response to TGA questions - CookMDL2570_0465948 |
| 22 | FDA Guidance, Premarket Notification 510(k), *available at* https://www.fda.gov/medicaldevices/deviceregulationandguidance/howtomarketyourdevice/premarketsubmissions/premarketnotification510k/default.htm |
| 23 | Excerpts of Deposition of Arne Molgaard-Nielsen, Vol. II (Oct. 5, 2016) |
| 24 | Morris Simon, MD, *Vena Cava Filters: Prevalent Misconceptions*, 10(8) JVIR 1021-1024 (1999) |
| 25 | Email from FDA to Voorhees re labeling - CookMDL2570_0746074 |
| 26 | Kessler Dep. Exhibit 20 - Journal article by Lyon, et al.: Short- and Long-Term Retrievability of the Celect Vena Cava Filter - Results from a Multi-Institutional |

|    | |
|----|---|
|    | Registry (JVIR Vol. 20, No. 11 November 2009, pp. 1441-1448) |
| 27 | Kessler Dep. Exhibit 26 - IFU - Cook Celect Filter Set for Femoral and Jugular Vein Approach (I-CELECT-PERM-UNI-0805-351-01EN (2008) |
| 28 | FDA Guidance, Labeling: Regulatory Requirements for Medical Devices, at 2 (1989), *available at* https://www.fda.gov/downloads/medicaldevices/deviceregulationandguidance/guidancedocuments/ucm095308.pdf |
| 29 | Cook Design Input Requirements for Celect - Cook_IVCF_042414 at 2421 |
| 30 | Design Verification Summary - CookMDL2570_0090798 at 0805 |
| 31 | Email from Bosley to FDA re K042067 – Cook Animal Study Histopathology Report - CookMDL2570_0060866 |
| 32 | Record of Telephone Contact (Aug. 18, 2004) - CookMDL2570_0060858 |
| 33 | Letter from FDA (Sept. 23, 2004) - CookMDL2570_0060703 |
| 34 | Response to FDA Request for Additional Information (Sept. 23, 2004) - CookMDL2570_0060868 |
| 35 | Minutes from Meeting with FDA (Apr. 29, 2005) - CookMDL2570_0064841 |
| 36 | Letter from FDA (Sept. 1, 2006) - CookMDL2570_0469211 |
| 37 | Letter to FDA (Apr. 10, 2007) - Cook_IVCF_003836 |
| 38 | CI-VCA1 Study 30 Days (excerpts) - Cook_IVCF_013891 at 13936 |
| 39 | CI-VCA1 Study 60/90 Days (excerpts) - Cook_IVCF_014279 at 14323-24 |
| 40 | CI-VCA1 Study 180 Days (excerpts) - Cook_IVCF_014636 at 14680 |
| 41 | CI-VCA1 Study 360 Days (excerpts)- Cook_IVCF_014064 at 14108-09 |
| 42 | Pre-IDE Presentation - CookMDL2570_0761922 |
| 43 | Excerpts of Deposition of Rebecca Betensky (Apr. 21, 2017) |
| 44 | Expert Report of Jon P. Fryzek, MPH, Ph.D. |
| 45 | Performance Test – Clot Trapping Ability - CookMDL2570_0091076 |

                              Respectfully submitted,

Dated: August 9, 2017          /s/ Victoria R. Calhoon
                              Andrea Roberts Pierson (# 18435-49)
                              Christin Jaye Eaton (MN Bar # 228795)
                              Victoria R. Calhoon (# 28492-49)
                              John T. Schlafer (# 28771-49)
                              FAEGRE BAKER DANIELS LLP
                              300 North Meridian Street, Suite 2700
                              Indianapolis, Indiana  46204
                              Telephone:  (317) 237-0300
                              Facsimile:  (317) 237-1000
                              E-Mail:  andrea.pierson@faegrebd.com
                              E-mail:   christin.eaton@faegrebd.com
                              E-mail:  victoria.calhoon@faegrebd.com
                              E-Mail:  john.schlafer@faegrebd.com

                              James Stephen Bennett (# 22869-02)
                              FAEGRE BAKER DANIELS LLP
                              110 W. Berry Street, Suite 2400
                              Fort Wayne, Indiana  46802
                              Telephone: (260) 424-8000
                              Facsimile: (260) 460-1700
                              stephen.bennett@faegrebd.com

                              *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing **EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID KESSLER** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Victoria R. Calhoon