# EXHIBIT 10

This site became the new ClinicalTrials.gov on June 19th.    Learn more.

We will be updating this site in phases. This allows us to move faster and to deliver better services.    Show less

⚠ **IMPORTANT**: Listing of a study on this site does not reflect endorsement by the National Institutes of Health. Talk with a trusted healthcare professional before volunteering for a study. Read more...

# ClinicalTrials.gov

A service of the U.S. National Institutes of Health

Saved Studies (0)

Give us feedback

## Predicting the Safety and Effectiveness of Inferior Vena Cava Filters (PRESERVE)

**This study is currently recruiting participants.**

See ▶ Contacts and Locations

*Verified October 2015* by New England Research Institutes

**Sponsor:**
New England Research Institutes

**Collaborators:**
IVC Filter Study Group Foundation (IDE Sponsor)
ALN Implants Chirurgicaux
B. Braun Interventional Systems, Inc
Bard Peripheral Vascular, Inc.
Cook Group Incorporated
Cordis Corporation
Rex Medical

**Information provided by (Responsible Party):**
New England Research Institutes

**ClinicalTrials.gov Identifier:**
NCT02381509

First received: March 2, 2015
Last updated: March 23, 2017
Last verified: October 2015

History of Changes

| Full Text View | Tabular View | No Study Results Posted | Disclaimer |
| --- | --- | --- | --- |
| | | | How to Read a Study Record |

### ▶ Purpose

PRESERVE is a multi-center, prospective, open-label, non-randomized investigation of commercially available IVC filters from 6 manufacturers placed in subjects for the prevention of pulmonary embolism (PE). This study will enroll approximately 1,800 IVC filter subjects at up to 60 sites in the US. All treated subjects will be evaluated at procedure, 3-months, 6-months (phone), 12-months, 18-months (phone), and 24-months post-procedure. The primary objective of this investigational device exemption (IDE) clinical investigation is to evaluate the safety and effectiveness of the commercially available IVC filters (retrievable and permanent) in subjects with clinical need for mechanical prophylaxis of PE with an IVC filter.

| Condition | Intervention |
| --- | --- |
| Pulmonary Embolism | Device: IVC Filter |

Study Type:       Observational
Study Design:     Observational Model: Cohort
                  Time Perspective: Prospective

Official Title:   Predicting the Safety and Effectiveness of Inferior Vena Cava Filters

**Resource links provided by NLM:**

MedlinePlus related topics:   Pulmonary Embolism

U.S. FDA Resources

**Further study details as provided by New England Research Institutes:**

Primary Outcome Measures:

- Composite safety endpoint of freedom from clinically significant perforation after successful filter placement, filter embolization, caval thrombotic occlusion, deep vein thrombosis, and perioperative serious adverse event
  [ Time Frame: within first 365 days (± 30 days) ]

  Clinically significant perforation is defined as protrusion of filter legs through the wall of the IVC causing hemorrhage or hematoma or touching, impressing, or perforating another organ or that triggers the decision to remove the filter; resulting in an attempt to remove the IVC filter or requiring other intervention. Filter embolization is defined as movement of the filter or its components to a distant anatomic site completely out of the target zone after successful filter placement, confirmed by imaging. Caval thrombotic occlusion is defined as presence of an occluding thrombus in the IVC after filter insertion and documented by ultrasound (US), computed tomography (CT), magnetic resonance (MR) imaging, venography, or autopsy; this may be symptomatic or asymptomatic after successful filter placement. Deep vein thrombosis (DVT) is defined as new symptomatic DVT post-deployment, as determined by standard of care imaging. Serious adverse event is defined by ISO 14155.

- Composite effectiveness endpoint of procedural and technical success without occurrence of clinically significant pulmonary embolism [ Time Frame: at 12-months in-situ or 1-month post-retrieval (whichever comes first) ]

Estimated Enrollment:              1800
Study Start Date:                  October 2015
Estimated Study Completion Date:   May 2019
Estimated Primary Completion Date: May 2018 (Final data collection date for primary outcome measure)

| Groups/Cohorts | Assigned Interventions |
|---|---|
| IVC Filter<br>IVC filter for the prevention of PE | Device: IVC Filter |

▶ **Eligibility**

Ages Eligible for Study:     18 Years and older   (Adult, Senior)
Sexes Eligible for Study:    All
Accepts Healthy Volunteers:  No
Sampling Method:             Non-Probability Sample

## Study Population

Subjects requiring the placement of one of 6 IVC filters for the prevention of PE.

### Criteria

Inclusion Criteria:

- Male or Female, age 18 years or older;
- Requires IVC filter for prevention of pulmonary embolism (PE);
- Provide written informed consent and written HIPAA authorization prior to initiation of study procedures;
- Willing to comply with the specified follow-up

Exclusion Criteria:

- Subject is unable to participate in study evaluations pre- and post-treatment
- Known sensitivity to contrast or serious contrast reaction such as anaphylaxis for which premedication is known to be unsuccessful in alleviating symptoms

## ▶ Contacts and Locations

Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the Contacts provided below. For general information, see Learn About Clinical Studies.

Please refer to this study by its ClinicalTrials.gov identifier: NCT02381509

### Contacts

Contact: Jessica Lamp, BA   617-972-3140   jlamp@neriscience.com
Contact: Sandi Siami, MPH                  ssiami@neriscience.com

➕ Show 47 Study Locations

### Sponsors and Collaborators

New England Research Institutes

IVC Filter Study Group Foundation (IDE Sponsor)

ALN Implants Chirurgicaux

B. Braun Interventional Systems, Inc

Bard Peripheral Vascular, Inc.

Cook Group Incorporated

Cordis Corporation

Rex Medical

### Investigators

Study Chair:   David L. Gillespie, MD, RVT, FACS   Southcoast Health System
Study Chair:   Matt Johnson, MD                   Indiana University School of Medicine

## ▶ More Information

| | |
|---|---|
| Responsible Party: | New England Research Institutes |
| ClinicalTrials.gov Identifier: | NCT02381509   History of Changes |
| Other Study ID Numbers: | M01482 |
| Study First Received: | March 2, 2015 |
| Last Updated: | March 23, 2017 |

Keywords provided by New England Research Institutes:
inferior vena cava filters

Additional relevant MeSH terms:

| | |
|---|---|
| Embolism | Cardiovascular Diseases |
| Pulmonary Embolism | Lung Diseases |
| Embolism and Thrombosis | Respiratory Tract Diseases |
| Vascular Diseases | |

ClinicalTrials.gov processed this record on August 08, 2017