# EXHIBIT 24

# Vena Cava Filters: Prevalent Misconceptions[1]

Morris Simon, MD[2]

Index terms: Embolism, pulmonary • Venae cavae, filters

JVIR 1999; 10:1021–1024

A Vena Caval Filter Consensus Conference of invited experts was held in Chicago, Illinois, April 13–14, 1998, to formulate standards for reporting clinical studies of vena cava filters (1). This provided an opportunity to discuss two important and widely held clinical misconceptions concerning vena caval occlusion and perforation of the vena cava wall.

There is a fundamental misconception that filters cause vena cava occlusion because they are inherently thrombogenic (2–4). Because thrombus in the filter can be readily imaged, clinicians have naturally tended to blame the device for the "clinical complication" of vena cava thrombosis or occlusion. In fact, there are at least four theoretical causes of occlusion: (i) the device is inherently thrombogenic, (ii) the device is too efficient and occludes by trapping many small harmless clots, (iii) iliac thrombi have propagated upward into the vena cava and occluded it, and (iv) the filter has fulfilled its intended purpose by trapping large, life-threatening emboli. In any single patient it may be impossible to differentiate these hypothetical causes of caval occlusion.

Why, then, has vena caval occlusion come to be widely regarded as a thrombotic event caused by the filter, and thus a device failure, a true complication? This is probably a legacy of our bad experiences with early inferior vena cava (IVC) interruption devices (5–7). These early devices were, in fact, designed to be highly obstructive or even occlusive. We were still unaware of the lung's tolerance of multiple small emboli because of its large reserve capacity and highly efficient intrinsic thrombolytic mechanisms. These devices included a variety of surgical clips, which substantially collapsed the vena cava, as well as intraluminal occluding balloon devices and expanding springs that deformed the vena cava into a narrow slit. Even the original Mobin-Uddin umbrella device, regarded as the first vena cava "filter," was obstructive by design (8,9). A latex sheet with six radial metal struts virtually occluded the vena cava at the time of placement, even without added thrombus. An improved design provided small holes in the latex sheets between the struts to allow some blood flow, but even a small embolus could completely occlude the device. This "too efficient" design led to a high rate of clinical occlusion.

Modern IVC filter designs in current clinical use have virtually eliminated the first two explanations for caval occlusion (ie, inherent thrombogenicity and easy occludability) (10,11). Most recent filter designs do, in fact, remain patent indefinitely if no emboli, or only small emboli, are captured. If these filters were inherently thrombogenic or easily occluded by small emboli, this would be discovered relatively early in clinical studies, which required vena cava imaging routinely, or for symptomatic subjects only. In sample populations at risk for pulmonary embolism, filter thrombosis or occlusion would be more prevalent than has been encountered in these studies. Indeed, current IVC filters are designed and manufactured to resist thrombosis, are fabricated from materials with known hemocompatibility, and are handled and packaged under strict aseptic conditions. They are tested

[1] From the Harvard Medical School, Beth Israel Deaconess Medical Center, 330 Brookline Ave., Boston, MA 02215. Received March 29, 1999; accepted April 20. **Address correspondence to the author;** e-mail: morrissimon@bidmc.harvard.edu.
[2] The author is Scientific Director and board member of NMT Medical, Inc., manufacturer of the Simon Nitinol Vena Cava Filter.

© SCVIR, 1999

extensively in vitro as well as in animal and human trials. Their wire frames have little mass and do not reduce the available vena cava lumen cross-section to any significant degree. Without captured thrombi, they cause little turbulence and no pressure drop. Most modern filters remain free of thrombus. All future designs of IVC filters would need to meet these same high standards of safety and mechanical efficiency to be clinically acceptable.

The third cause of vena cava occlusion, upward propagation of thrombi from the iliac veins, can occur with or without a filter. It simply reflects a natural progression of severe venous thrombosis. Fortunately, this is an uncommon event (12).

This leaves the fourth possible cause of vena cava occlusion: large trapped emboli. We should not forget that the only purpose of inserting filters into patients at high risk for recurrent pulmonary thromboembolism is to trap potentially lethal thromboemboli in the vena cava. Trapped emboli will always cause some degree of obstruction of the vena cava, ranging from minor filling defects to complete occlusion. The obstructions are asymptomatic and hemodynamically insignificant if they are small. Even if they are large or occlusive, they may remain asymptomatic if patent paravertebral collateral venous pathways exist (6,13). However, in some cases, the clinician will be alerted, usually days or weeks after filter placement, by a sudden new or increased swelling of the lower extremities, particularly if the collateral veins are also compromised. Such symptoms are usually transient because the trapped clots will undergo natural thrombolysis or respond to appropriate thrombolytic therapy. Substantial or complete recovery usually occurs in a few weeks or months (14). On rare occasions, extensive venous occlusion may cause severe and prolonged symptoms, called phlegmasia cerulea dolens. However, had these large captured emboli reached the lungs, the results could have been instantly catastrophic. The symptoms of occlusion thus represent an expected, although unpleasant, clinical event in a small minority of patients who receive filters and should not be considered a complication of the device. The purpose of filters is to save lives by choosing to trap large emboli in the vena cava rather than the lung. In the vena cava, the trapped clots may be symptomatic but the patient has the time needed to resolve them naturally or with the aid of thrombolytic therapy (14). The trap is thus reset and ready to capture further emboli. Clots in a filter indicate that the device is doing what it is designed to do. Caval occlusion is better than the life-threatening alternative of massive pulmonary embolism.

Whenever a vena cava filter is offered to a patient, there is thus an implied contract that should be emphasized when obtaining informed consent. We can greatly reduce the risk of potentially lethal pulmonary embolism, but only in exchange for an increased possibility of captured clots causing temporary discomfort and swelling of the lower extremities in a small subset of patients who receive a filter and even the very rare but possible phlegmasia dolens (15,16).

It is likely that the wide differences in caval occlusion rates reported in clinical studies of modern filters reflect variations in study methodology, as well as significant differences in patient populations. The great majority of patients with IVC filters do not develop clinically significant venous obstruction. The actual incidence of this adverse event varies widely in reported clinical studies of any specific filter type, as well as comparative studies of different filter types. It is typically in the 5%–20% range, but occasional reports have been as low as 0% or as high as 50% (2,4–6). This reflects wide variation in the definition of occlusion, the method of diagnosis, the type and frequency of vena cava imaging, patient selection, and treatment (5,6). Some reported differences are clearly methodological, but the primary causes appear to be differences between patient populations and the use of anticoagulants after filter placement. The Chicago standards conference was an attempt to address these variables. The variations are largely independent of the filter type. Some study populations have a large proportion of older patients, advanced malignancy, chronic heart and lung diseases, and chronic deep vein thrombosis, with a high probability of recurrent embolism (4,17,18). Others have many patients with only transient risk of pulmonary embolism, including younger patients with acute deep vein thrombosis, trauma cases, and postoperative patients (19). Some studies use additional anticoagulant therapy freely, others rarely (20). Obviously, patients with chronic deep vein thrombosis and debilitating diseases are more liable to develop significant IVC obstruction, particularly if anticoagulants are contraindicated (18,21). The conference discussed the need for patient stratification according to a severity of illness index.

Filters of different design may, of course, vary in their mechanical efficiency of clot capture, best demonstrated by standardized in vitro studies (22–25). The less efficient designs may have a higher "patency" rate because fewer emboli are captured. By this argument, the highest IVC patency rate would be achieved with no filter at all. The most logical and useful determination of clinical effectiveness of different types of vena cava filters must, therefore, combine measures of significant recurrent pulmonary thromboembolism and IVC occlusion rate. Comparative studies should require a randomized, standardized, prospective protocol involving two or more filter types, but must be carried out in the same, or in a very comparable, patient population. Thus far, this has not been done (4,5,26,27).

A second common conceptual misconception is "vena cava perforation" by the filter when filter parts are seen to extend more than a few millimeters beyond the vena cava lumen (6,28). This is partly a semantic problem and partly a patho-

physiologic misunderstanding. The word "perforation" implies a hole in the vein wall resulting in hemorrhage or hematoma. A needle "penetrates" rather than perforates a vessel wall because it acts as its own plug while in place. In the same way, filter hooks or legs may penetrate the vein wall at the time of filter placement without bleeding. However, it is also common for filter legs or other parts that are in contact with the vein wall to move slowly through the vein wall, over a period of weeks or months, due to a normal biologic process of transmural incorporation (29). By design, filters must exert a small outward force on the vein wall so as to resist dislodgment and migration of the device from its deployed site, particularly when the proximal venous pressure rises after a large embolus is trapped. This outward force may cause initial tenting of the vein wall at the contact points. After some weeks, the wall slowly grows over the contact points, which thus become incorporated into the wall and may eventually extend as much as 5–10 mm outside of the imaged vein lumen. This incorporation tends to restore the original lumen diameter of the IVC, while allowing the filter to more fully recover its manufactured shape. This is analogous to a tree growing over a wire tied round a branch. At autopsy, the extended parts can be shown to be covered by a thin fold or sheath of adventitial tissue projecting from the outer layer of the vein wall. This sheath may even allow movement of the metal part, for example during respiration. One such patient demonstrated a filter leg that extended outward from the vena cava and into the aortic lumen during each inspiration, but moved out of the aorta during each expiration. There was no bleeding and the patient remained totally asymptomatic because the tissue sheath that covered the leg also extended from the vena cava wall into the aortic lumen. The sheath allowed the wire to move in and out of the aorta safely and freely, without bleeding (30).

It is obviously important to distinguish this normal and very slow process of transmural incorporation from the intended but limited acute penetration of the vein wall by hooks at the time of the procedure. These must be further distinguished from the accidental, acute penetration by a filter leg at the time of delivery, comparable to a needle stick. This is a true complication, although uncommon and usually asymptomatic. The extremely rare "perforation" of the vein wall associated with significant bleeding occurs only when an acute penetration is followed by withdrawal of the penetrating part, leaving an open hole. It is unfortunate that the pejorative concept of perforation has become improperly applied to this whole range of normal and very common benign extensions of filter parts outside the vein lumen. We have not fully appreciated the existence of transmural incorporation of filters, despite its well-recognized association with vascular stents, cardiac implants, and other prosthetic devices.

Vena cava filters have been shown to be safe and effective at reducing the morbidity and mortality of pulmonary embolism, with acceptably low incidence of vena cava occlusion or complication rates. The presence of clot in a filter, even to the extent of occluding the IVC, should be accepted as the inevitable result of effective trapping of emboli. Its incidence reflects the patterns of patient referral and anticoagulant usage. Slow transmural incorporation of filter legs or other parts is observed frequently on delayed follow-up studies and should be understood as a normal biologic phenomenon generally without clinical significance. These misconceptions should no longer be allowed to dissuade physicians from the appropriate use of filters for patients who are at serious risk of lethal pulmonary embolism.

References
1. Greenfield LJ, Rutherford RB, Cho KJ, McCowan TC, McFarland D, Proctor MC. Recommended reporting standards for vena caval filter placement and patient follow-up. JVIR 1999; (accepted for publication); J Vasc Surg 1999; (accepted for publication).
2. Mohan CR, Hoballah JJ, Sharp WJ, Kresowik TF, Lu CT, Corson JD. Comparative efficacy and complications of vena caval filter. J Vasc Surg 1995; 21:235–245; discussion 245–246.
3. Tardy B, Mismetti P, Page Y, et al. Symptomatic inferior vena caval filter thrombosis: clinical study of 30 consecutive cases. Eur Respir J 1996; 9:2012–2016.
4. Aswad MA, Sandager GP, Pais SO, et al. Early duplex scan evaluation of four vena caval interruption devices. J Vasc Surg 1996; 24:809–818.
5. Dorfman GS. Percutaneous inferior vena caval filters. Radiology 1990; 174:987–992.
6. Ferris EJ, McCowan TC, Carver DK, McFarland DR. Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients (see comments). Radiology 1993; 188:851–856.
7. Glenny RW. Pulmonary embolism: complications of therapy. Southern Med J 1987; 80:1266–1276.
8. Mobin-Uddin K, Trinkle JK, Bryant LR. Present status of the inferior vena cava umbrella filter. Surgery 1971; 70:914–919.
9. Roehm Jr JO, Johnsrude IS, Barth MH, Gianturco C. The Bird's nest inferior vena cava filter: progress report. Radiology 1988; 168:745–749.
10. Grassi CJ. Inferior vena caval filters: analysis of five currently available devices. AJR 1991; 156:813–821.
11. Greenfield LJ, Proctor MC. Endovascular methods for caval interruption. Semin Vasc Surg 1997; 10:310–314.
12. Belcaro G, Nicolaides AN, Veller M. Venous disorders. London: WB Saunders, 1995.
13. Simon M, Athanasoulis CA, Kim D, et al. Simon nitinol inferior vena cava filter: initial clinical experience. Work in progress. Radiology 1989; 172:99–103.
14. Greenfield LJ, Proctor MC, Cho KJ, et al. Extended evaluation of the titanium Greenfield vena caval filter (published erratum appears in J Vasc Surg 1995; 21:162). J Vasc Surg 1994; 20:458–464; discussion 464–465.
15. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with

proximal deep-vein thrombosis. Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group (see comments). N Engl J Med 1998; 338:409–415.
16. Chuu WM, et al. Vena Caval filters for the prevention of pulmonary embolism [letters]. N Engl J Med 1998; 339:46–48.
17. Gosselin MV, Rubin GD, Leung AN, Huang J, Rizk NW. Unsuspected pulmonary embolism: prospective detection on routine helical CT scans. Radiology 1998; 208:209–215.
18. Grassi CJ, Matsumoto AH, Teitelbaum GP. Vena caval occlusion after Simon nitinol filter placement: identification with MR imaging in patients with malignancy. JVIR 1992; 3:535–539.
19. Gosin JS, Graham AM, Ciocca RG, Hammond JS. Efficacy of prophylactic vena cava filters in high-risk trauma patients. Ann Vasc Surg 1997; 11:100–105.
20. Harris EJ Jr, Kinney EV, Harris EJ Sr, Olcott CT, Zarins CK. Phlegmasia complicating prophylactic percutaneous inferior vena caval interruption: a word of caution. J Vasc Surg 1995; 22:606–611.
21. Naschitz JE, Yeshurun D, Lev LM. Thromboembolism in cancer: changing trends. Cancer 1993; 71:1384–1390.
22. Palestrant AM, Prince M, Simon M. Comparative in vitro evaluation of the nitinol inferior vena cava filter. Radiology 1982; 145:351–355.
23. Katsamouris AA, Waltman AC, Delichatsios MA, Athanasoulis CA. Inferior vena cava filters: in vitro comparison of clot trapping and flow dynamics. Radiology 1988; 166:361–366.
24. Simon M, Rabkin DJ, Kleshinski S, Kim D, Ransil BJ. Comparative evaluation of clinically available inferior vena cava filters with an in vitro physiologic simulation of the vena cava. Radiology 1993; 189:769–774.
25. Hammer FD, Rousseau HP, Joffre FG, Sentenac BP, Tran-Van T, Barthelemy RP. In vitro evaluation of vena cava filters. JVIR 1994; 5:869–876.
26. Whitehill TA. Caval interruption methods: comparison of options. Semin Vasc Surg 1996; 9:59–69.
27. Becker DM, Philbrick JT, Selby JB. Inferior vena cava filters. Indications, safety, effectiveness. Arch Intern Med 1992; 152:1985–1994.
28. Phillips MR, Widrich WC, Johnson WC. Perforation of the inferior vena cava by the Kim-Ray Greenfield filter. Surgery 1980; 87:233–235.
29. Proctor MC, Greenfield LJ, Kyung JC, Moursi MM, James EA. Assessment of apparent vena caval penetration by the Greenfield filter. J Endovasc Surg 1998; 5:251–258.
30. Kim D, Porter DH, Siegel JB, Simon M. Perforation of the inferior vena cava with aortic and vertebral penetration by a suprarenal Greenfield filter (see comments). Radiology 1989; 172:721–723.