# EXHIBIT 26

# Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multi-institutional Registry

Stuart M. Lyon, MD, Guillermo Elizondo Riojas, MD, Raman Uberoi, MRCP, FRCR, Jai Patel, MRCP, FRCR, Mario Enrique Baltazares Lipp, MD, Graham R. Plant, MBBS, FRCR, Miguel A. De Gregorio, MD, Rolf W. Günther, MD, William D. Voorhees, PhD, and Jennifer A. McCann-Brown, PhD

PURPOSE: To evaluate retrievability of the Celect vena cava filter over time and to assess the safety of the retrieval procedure in a prospective multicenter registry.

MATERIALS AND METHODS: Between October 2005 and March 2008, Celect filters were placed in 95 patients (61 men; mean age, 51 years ± 18.5) with a temporary need for an inferior vena cava (IVC) filter. All patients satisfied requirements for filter placement; the primary indications for placement were pulmonary embolism (PE) with a contraindication to or failure of anticoagulation ($n = 40$), high risk for further PE ($n = 29$), trauma ($n = 23$), or massive PE with residual deep vein thrombosis and risk for further PE ($n = 3$). Filter orientation, vena cava injury, and other device-related incidents were evaluated at implantation and retrieval. The degree of difficulty associated with retrieval was also assessed.

RESULTS: Filter retrieval was attempted in 58 patients (mean indwell time of 179 days; median, 168.5 d; range, 5–466 d). Fifty-six filters (96.6%) were successfully retrieved. Unsuccessful retrieval attempts were attributed to filter tilt ($n = 1$) or excessive tissue growth with the hook embedded in the endothelium ($n = 1$). No adverse events were associated with the inability to retrieve these filters. A Kaplan-Meier product-limit survival estimate revealed that the probability of successful filter retrieval remained at 100% at 50 weeks and at more than 74% at 55 weeks after implantation. No adverse events were related to the retrieval procedures.

CONCLUSIONS: Retrieval of the Celect filter was performed safely as long as 466 days after implantation.

J Vasc Interv Radiol 2009; 20:1441–1448

Abbreviations: CEC = clinical events committee, IVC = inferior vena cava, PE = pulmonary embolism

THE ideal attributes of inferior vena cava (IVC) filters are well documented (1–3). Although IVC filters were orig-inally developed to be permanently implanted, retrievable IVC filters have been used clinically for more than 15 years. Currently, four filters are cleared for marketing by the United States Food and Drug Administration with retrieval indications: the Recov-ery G2 (Bard Peripheral Vascular, Tempe, Arizona), OptEase (Cordis, Miami Lakes, Florida), Günther Tulip (William Cook Europe, Bjaeverskov, Denmark), and Celect (William Cook Europe) filters.

The Günther Tulip filter was the first retrievable filter; it was first evaluated in 1993 (4). Since then, clinical data have continued to support the retrievability of the Günther Tulip filter (5–8). The largest and most recent study of the fil-ter indicates retrieval success rates of 99% at 4 weeks after implantation, 94% at 12 weeks after implantation, and 37%

From the Department of Radiology (S.M.L.), Monash University, Alfred Hospital, Melbourne, Australia; Department of Radiology (G.E.R.), Hospital Universitario Universidad Autonoma de Nuevo Leon, Monterrey; Instituto Nacional de Enfermedades Respiratorias (M.E.B.L.), Mexico City, Mexico; Department of Radiology (R.U.), John Radcliffe Hospital, Oxford; Radiology Department (J.P.), The Leeds Teaching Hospitals National Health Service Trust, Leeds; Department of Interventional Radiology (G.R.P.), North Hampshire Hospital, Basingstoke, United Kingdom; Interventional Radiology Department (M.A.D.G.), Hospital Clinico Universitario Zaragoza, Zaragoza, Spain; Department of Diagnostic Radiology (R.W.G.), Universitaetsklinikum der RWTH-Aachen, Aachen, Germany; and MED Institute (W.D.V., J.A.M.B.), 1 Geddes Way, West Lafayette, IN 47906. Received November 24, 2008; final revision received July 21, 2009; accepted July 27, 2009. Address correspondence to J.A.M.B.; E-mail: brown@medinst.com

This study was sponsored by Cook (Bloomington, Indiana). W.D.V. and J.A.M.B. are employees of Cook MED Institute. R.W.G. has a royalty agreement with Cook. None of the other authors have identified a conflict of interest.

© SIR, 2009

DOI: 10.1016/j.jvir.2009.07.038



EXHIBIT
20
Kessler
PENGAD 800-631-6989

**Table 1**
**Patient Demographics ($N = 95$)**

| Characteristic | Value |
|---|---|
| Age (y) | |
|   Mean ± SD | 51 ± 18.5 |
|   Range | 18–85 |
| Sex | |
|   Male | 61 (64) |
|   Female | 34 (36) |
| Comorbidity | |
|   Current DVT | 45 (47.4) |
|   Trauma | 37 (38.9) |
|   Current PE | 22 (23.2) |
|   Cancer | 20 (21.1) |
|   Gastrointestinal disease | 8 (8.4) |
|   Pulmonary disease | 8 (8.4) |
|   Stroke | 7 (7.4) |
|   Diabetes type II | 7 (7.4) |
|   Coagulation disorder | 4 (4.2) |
|   Peripheral vascular disease | 4 (4.2) |
|   Renal disease | 4 (4.2) |
|   Hepatic disease | 3 (3.2) |
|   Diabetes type I | 2 (2.1) |
|   Coronary heart disease | 1 (1.1) |
|   Congestive heart failure | 0 |
|   Hypertension | 0 |

Note.—Values in parentheses are percentages.
DVT = deep vein thrombosis.

at 52 weeks after implantation [8]. Even with these successes, design improvements have been sought to further extend the time period and success rate for safe retrieval. The Celect filter, which is equivalent to its predecessor (the Günther Tulip filter) in regard to intended use, materials of construction (cobalt chromium alloy), and placement and retrieval procedures, is intended to have an extended safe retrieval period as a result of design changes in the secondary legs. Available data on the Celect filter have demonstrated an in vitro embolus capturing efficiency equivalent to that of the Günther Tulip filter [9] and safety and long-term retrievability in an ovine model [10]. However, until the present study, we are aware of no prospective multicenter registry studies to evaluate the retrievability of the Celect IVC filter in a clinical setting.

## MATERIALS AND METHODS

### Patient Population

Between October 2005 and March 2008, 95 patients at six institutions underwent placement of a Celect IVC filter with the intent to subsequently retrieve the filter. The study group included 61 men (64%) and 34 women (36%) with a mean age of 51 years ± 18.5 (range, 18–85 y; **Table 1**). Patients were prospectively enrolled in the study after satisfying all of the study inclusion criteria and none of the study exclusion criteria (**Table 2**); each patient satisfied one or more of the indications for filter placement (**Tables 3, 4**). Before study enrollment, each patient received information regarding the possibility of retrieval failure and the potential adverse events associated with the retrieval procedure and signed a consent form allowing for an eventual device retrieval attempt. Each patient's involvement in the study ended at 3 months after retrieval or when a decision was made that the device would remain as a permanent implant. The study was sponsored by Cook Incorporated (Bloomington, Indiana) and conducted with approval of the institutional review board at each participating institution.

### Device Description

The Celect IVC filter [9,10] is a second-generation evolution of the Günther Tulip filter (**Fig 1**). The secondary legs of the Celect filter are shaped to better assist in centering the filter and are free at the ends (ie, the distal ends of the secondary legs do not connect to the primary legs).

### Filter Placement

Celect filters were successfully placed in all patients ($N = 95$) according to the manufacturer's instructions for use. Patients were prepared for the procedure according to the standard of care at each institution and all implantation procedures were conducted by experienced interventional radiologists. Briefly, with a femoral or internal jugular approach, an angiographic catheter was placed at the confluence of the common iliac veins and cavograms were obtained in anteroposterior and lateral views. Filters were placed with 8.5-F or 7.0-F coaxial introducer sheath systems depending on the route of introduction. In 44 patients (46.3%), filters were introduced by the internal jugular approach; all these filters were introduced from the right side. In 51 patients (53.7%), filters were introduced by the femoral approach; 46 of these filters (90.2%) were introduced from the right side and the other five (9.8%) from the left side. Most filters (98.9%) were implanted in the IVC in an infrarenal location; one filter (1.1%) was implanted in the IVC in a suprarenal location. After deployment, cavograms were obtained to verify proper placement and to assess for caval injury and filter tilt (relative to the longitudinal axis of the IVC). The delivery sheath was removed and hemostasis was achieved according to the standard of care at each institution. After verification of proper placement, the filter was left undisturbed for the duration of the implantation time.

### Filter Retrieval

Patients were followed up at 30 days, 3 months, 6 months, 12 months, and per the standard of care at each institution thereafter until a decision to retrieve the filter was made. The follow-up visits included a detailed clinical examination, plain abdominal radiography, and duplex ultrasound imaging of the vena cava. Patients underwent a filter retrieval attempt when deemed clinically appropriate by their physician. Cavograms were obtained before retrieval in at least two orthogonal views to assess for possible filter migration, tilt, thrombus, injury to the vena cava, or other events related to the filter. Filter retrieval was not recommended in patients with trapped thrombi occupying greater than 25% of the filter's cone volume. Filter retrieval occurred via the jugular approach and was performed with the Günther Tulip filter retrieval set (William Cook Europe) or another appropriate snare device. For each retrieval attempt, the technical difficulty associated with retrieval was indicated by the physician as none, minimal, moderate, major, not possible, or not assessed. A cavogram was obtained after retrieval to assess for procedural trauma or other complications related to retrieval. After retrieval, filters were examined for trapped thrombus, endothelium formation, and mechanical damage. Postprocedural care was provided according to the standard of care at each institution. In the event that a filter could not be retrieved, a reason for retrieval failure was provided and the filter was left as a permanent implant.

### Patient Follow-up

Patients were seen for follow-up at 30 days and 3 months after retrieval.

---

**Table 2**
**Participation Criteria**

Inclusion Criteria

1. Any patient considered at high risk for PE and is under consideration for placement of a permanent or short-term IVC filter was required to have at least one of the following seven indications.
   a. Evidence of PE or IVC, iliac, or femoropopliteal DVT and a contraindication to, or complication or failure of, anticoagulation.
   b. Massive PE with residual DVT in a patient at risk for further PE
   c. Free-floating iliofemoral or IVC thrombus
   d. Severe cardiopulmonary disease and deep venous thrombus (eg, cor pulmonale with pulmonary hypertension)
   e. Poor compliance with anticoagulant medications
   f. Severe trauma without documented PE or DVT in patient with a closed head injury, spinal cord injury, or multiple long bone or pelvic fractures
   g. High risk (eg, immobilized, intensive care, prophylactic preoperative placement in patients with multiple risk factors for VTE)
2. Patient must have patent internal jugular vein
3. Patient or legal guardian must have signed the informed consent document
4. Patient or legal guardian agrees that the patient will have a clinical and imaging examination performed before filter retrieval
5. Patient or legal guardian agrees that the patient will return for clinical and imaging follow-up at 30 days and 3 months after filter retrieval. If the filter is not retrieved, the clinical and imaging follow-up would be at 30 days, 3 months, 6 months, and 12 months

Exclusion Criteria

1. Age <18 y
2. Pregnancy
3. Uncontrollable coagulopathy
4. Life expectancy <6 months
5. Vena cava diameter >30 mm or <15 mm on at least an AP view measured by vena cava sizing catheters
6. Contrast agent allergy that cannot be adequately premedicated
7. Simultaneous participation in another investigative drug or device trial or previous placement of an IVC filter

Note.—AP = anteroposterior; DVT = deep vein thrombosis; VTE = venous thromboembolism.

---

**Table 3**
**Compliance with Requirements for IVC Filter Placement**

| Indication | No. of Pts. |
|---|---|
| High risk (eg, immobilized, intensive care, prophylactic preoperative placement in patients with multiple risk factors for VTE) | 51 |
| Evidence of PE or IVC, iliac, or femoropopliteal DVT and a contraindication to, or complication or failure of, anticoagulation | 49 |
| Severe trauma without documented PE or DVT in patient with a closed head injury, spinal cord injury, or multiple long bone or pelvic fractures | 30 |
| Massive PE with residual DVT in a patient at risk for further PE | 7 |
| Free-floating iliofemoral or IVC thrombus | 5 |
| Severe cardiopulmonary disease and DVT (eg, cor pulmonale with pulmonary hypertension) | 0 |
| Poor compliance with anticoagulant medications | 0 |

Note.—DVT = deep vein thrombosis; VTE = venous thromboembolism.

---

At the 30-day follow-up, patients underwent a detailed clinical examination and a duplex US examination of the vena cava to assess for thrombus formation. At the 3-month follow-up, patients underwent a detailed clinical examination.

The study was monitored by an independent data safety monitoring board, and an independent clinical events committee (CEC) under the auspices of the Harvard Clinical Research Institute (Boston, Massachusetts) was established to adjudicate serious adverse events reported during the study. Adverse events were defined as any undesirable event occurring during the clinical investigation regardless of whether the event was thought to be device-related. A serious adverse event was defined as an event that (i) resulted in the death of a patient; (ii) resulted in a patient's admission to the hospital for any length of time; (iii) occurred while the study patient was hospitalized and prolonged the patient's hospital stay (eg, as a result of potential disability, danger to life, or terminal nature of the event); or (iv) necessitated an additional, unplanned drug or procedure because a preexisting condition deteriorated unexpectedly during the trial, in which case the deterioration of the condition for which the elective surgery/procedure was performed was considered an adverse event. All reported events that occurred while the filter was in place or during the 3-month postretrieval period were documented, assessed for their relationship to the device or procedure by the investigative site, and reviewed by a clinical specialist (ie, a qualified physician or registered nurse) at the data coordinating center. Events were sent to the CEC for adjudication if they were part of a predetermined adverse event list de-

**Table 4**
Primary Indications for Filter Placement ($N = 95$)

| Indication for Placement | Incidence | Retrieval Attempts | Successful Retrieval | Mean Time to Retrieval (d) |
|---|---|---|---|---|
| PE or IVC/iliac/femoropopliteal DVT and anticoagulation contraindication/complication/failure | 40 (42.1) | 19 (47.5) | 18 (94.7) | 181.4 |
| High risk* | 29 (30.5) | 19 (65.5) | 18 (94.7) | 144.6 |
| Trauma† | 23 (24.2) | 18 (78.3) | 18 (100) | 238.8 |
| Massive PE with residual DVT and risk of further PE | 3 (3.2) | 2 (66.7) | 2 (100) | 136.5 |

Note.—Values in parentheses are percentages. VTE = venous thromboembolism.
* Includes immobilized and intensive care patients and cases of prophylactic preoperative placement in patients with multiple risk factors for VTE.
† All trauma patients were without documented PE or DVT, but with multiple long bone or pelvic fractures.



Günther Tulip™              Celect™

**Figure 1.**   The Celect filter (right) and Günther Tulip filter (left).

**Table 5**
Filter Implantation Details ($N = 95$)

| Implantation Detail | Incidence |
|---|---|
| Route of filter introduction | |
| Right internal jugular | 44 (46.3) |
| Right common femoral | 46 (48.4) |
| Left common femoral | 5 (5.3) |
| Left internal jugular | 0 |
| Filter placement site | |
| Infrarenal IVC | 94 (98.9) |
| Suprarenal IVC | 1 (1.1) |
| Caval injury | 0 |
| Hematoma at vascular access site | 0 |
| Extravasation | 0 |
| Filter not deployed accurately | 2 (2.1) |

fined in the protocol; additional events were sent to the CEC at the discretion of study personnel or the data safety monitoring board. Event adjudication was performed according to standard procedures to assess whether the adverse events were procedure-related, technique-related, device-related, or caused by a preexisting condition.

### Study Endpoints and Data Analysis

The primary objective of the study was to verify the safety and performance of the Celect filter by assessing the incidence and severity of adverse events associated with retrieval of the device. The composite major complication rate (ie, hemorrhage, PE, vena cava perforation, procedure-related death, occlusion, significant migration [>20 mm], and

filter fracture) was evaluated in relation to the retrieval procedure (ie, before vs after retrieval). Detailed demographic, clinical, and procedural data were collected in all patients. Additional measures included technical success of the implantation and retrieval procedures, incidence and degree of filter tilting relative to the longitudinal axis of the IVC (as measured by each physician), trauma to the IVC during the implantation and retrieval procedures, acute trauma to the internal jugular vein (ie, vascular access site for retrieval), thrombosis or stenosis at the implantation site or IVC, and complications at the vascular access site (eg, thrombosis, infection, and bleeding).

The incidence and degree of filter tilting at implantation was compared with that at retrieval, and filters were categorized based on their change in

tilt angle (ie, increased, decreased, or unchanged). Analysis of successful retrieval by time was performed with use of the Kaplan-Meier product-limit method.

## RESULTS

### Filter Placement

Ninety-five filters were placed in 95 patients; the technical details regarding filter placement are summarized in **Table 5**. No vena cava injuries, hematomas, or other complications were recorded during filter placement. At the time of implantation, 59 patients (62.1%) were being treated with anticoagulation medication. Two placement procedures were associated with deployment difficulties: one was attributed to malfunction of the introducer ($n = 1$) and the other to sheath movement resulting in a suboptimal deployment position ($n = 1$). In each instance, the filter was repo-

**Table 6**
Incidences of Filter Tilt at Implantation and Retrieval

| Tilt (°) | All Patients ($N = 95$) | Attempted Retrieval Cohort ($n = 58$) | |
|---|---|---|---|
| | | At Implantation | At Retrieval |
| 0 | 36 (37.9) | 18 (31.0) | 22 (37.9) |
| ≤5 | 18 (18.9) | 13 (22.4) | 17 (29.3) |
| 6–10 | 27 (28.4) | 16 (27.6) | 15 (25.9) |
| 11–15 | 8 (8.4) | 6 (10.3) | 2 (3.4) |
| ≥16 | 6 (6.3) | 5 (8.6) | 2 (3.4) |

**Table 7**
Details of Filter Retrieval ($n = 58$)

| Retrieval Detail | Incidence |
|---|---|
| Route of retrieval | |
| Right internal jugular | 57 (98.3) |
| Left internal jugular | 1 (1.7) |
| Technical difficulty with retrieval | |
| None | 36 (62.1) |
| Minimal | 12 (20.7) |
| Moderate | 4 (6.9) |
| Major | 4 (6.9) |
| Not assessed* | 2 (3.4) |

\* Technical difficulty associated with retrieval was not reported for unsuccessful retrieval attempts.

sitioned and deployed in the correct location within the IVC with use of the introducer system, without removing the filter and without complication.

Thirty-six filters (37.9%) showed no tilt (ie, 0°) at placement, whereas the remaining 59 filters (62.1%) were associated with some degree of tilt. In the subset of patients whose filters were retrieved ($n = 58$), 18 filters (31.0%) were free of tilt at implantation and 40 filters (69%) had some degree of tilt. Data on the frequency and extent of filter tilt at implantation and retrieval are presented in **Table 6**.

### Filter Retrieval

Filter retrieval was attempted in 58 patients (61%). At retrieval, 22 patients (38%) were taking anticoagulation medication. Trapped thrombus was observed in four (7.0%) filters, albeit not to a degree that prevented filter retrieval. Strut penetration (ie, transmural incorporation or filter incorporation into the IVC wall) was noted in 21 patients based on preretrieval imaging. Importantly, there was no evidence of IVC perforation (ie, strut protruding out of the IVC wall) or extravasation or hemorrhage in any patient, and there were no patient-reported complications typically associated with perforation (eg, pain). Of these patients with penetration, 20 (95%) had successful filter retrievals. One patient had an unsuccessful filter retrieval procedure, which was associated with excessive tissue growth (described later).

Details of the retrieval procedures are summarized in **Table 7**. Details on retrieval attempts by placement indication are summarized in **Table 4**. Retrieval attempts occurred as long as 466 days after placement (range, 5–466 days). Fifty-six retrieval attempts were successful (96.6%); the mean filter in-

dwell time was 179 days (ie, approximately 25.6 weeks) and the median filter indwell time was 168.5 days (ie, approximately 24 weeks). The Günther Tulip retrieval set was used in 56 retrieval attempts (96.6%). There was no relationship between snare type used and retrieval success. Two unsuccessful retrieval attempts were documented at 360 days and 385 days after implantation. Excessive filter tilt and an inability to capture the filter hook contributed to both failed retrievals, one of which was attributed to excessive tissue growth with the hook embedded in the endothelium. One of these patients underwent two failed retrieval attempts without complication. Each of these patients retained the filter as a permanent device.

Analysis of filter tilt at implantation and retrieval (**Table 6**) indicated that, before retrieval, 18 of 58 filters (31.0%) had shifted into categories of lesser tilt, whereas only 10 filters (17.2%) had shifted into a category of greater tilt. Thirty filters (51.7%) stayed at the same degree of tilt from implantation to retrieval.

A Kaplan–Meier product-limit estimate for the success of filter retrieval over time is presented in **Figure 2**. This plot predicts the probability of successful retrieval based on indwell time. From this analysis, the estimated probability of successful retrieval for the Celect IVC filter in the target patient population remains at 100% at as long as 50 weeks after implantation and remains at more than 74% at 55 weeks after implantation.

### Patient Follow-up

Seven patients withdrew from the study and eight patients were lost to follow-up. Two withdrawals occurred before a retrieval decision

was made. In one instance, a physician recommended that a patient keep the filter as a permanent device because of the patient's age. One patient chose to withdraw before a retrieval decision was reached because the patient did not wish to follow the study protocol. Five withdrawals occurred after successful retrievals; these withdrawals were primarily because the patients did not want to continue with the postretrieval follow-up protocol. Three patients were lost to follow-up before a retrieval attempt and five patients were lost to follow-up after successful retrievals. Finally, study participation for 14 patients ended when the patients satisfied study requirements by reaching the required 12-month follow-up visit (before a decision to retrieve the filter was made) (**Fig 3**).

### Adverse Events

The major complication rate associated with the retrieval procedure ($n = 58$) was 0%; the retrieval procedure did not contribute to vena cava damage, vena cava perforation, hemorrhage, or death.

Events reported before a decision was made to retrieve a filter (ie, for all 95 patients) were also assessed. The major complication rate associated with the time period before retrieval was 2.1% (two of 95 patients); the two events are detailed later. There were no reports of vena cava damage or perforation, IVC occlusion, filter embolization, filter fracture, or significant filter migration in this study. One vascular injury was



| Weeks | Kaplan Meier Estimate | Standard Error | Cumulative Events | Cumulative Censored | Patients remaining |
|---|---|---|---|---|---|
| 0 | 1.000 | 0.000 | 0 | 0 | 58 |
| 4 | 1.000 | 0.000 | 0 | 0 | 53 |
| 12 | 1.000 | 0.000 | 0 | 0 | 45 |
| 26 | 1.000 | 0.000 | 0 | 0 | 27 |
| 52 | 0.900 | 0.0949 | 1 | 0 | 9 |
| 60 | 0.750 | 0.1581 | 2 | 0 | 2 |

**Figure 2.** Kaplan-Meier analysis for retrieval success. The overall filter retrieval success rate was 96.6%. The probability of successful retrieval remained at 100% at as long as 50 weeks after implantation, and greater than 74% at 55 weeks after implantation.

reported: a nonocclusive thrombus of the left external iliac vein that was distant from and not associated with the device. The left external iliac vein was not accessed during the procedure, so the vascular injury was adjudicated as not related to the device. One incident of filter migration was reported by an investigative site; however, adjudication by the CEC confirmed that the migration was not significant (ie, not >20 mm).

Eighteen patients died before a decision to retrieve the filter was made; therefore, none of these deaths were associated with the filter removal procedure. Two deaths were adjudicated as potentially device-related by the CEC. One death occurred within 24 hours of filter placement, and may have been associated with the filter placement procedure. However, this death was most likely a result of the patient's poor overall health: the patient had previously been diagnosed with met-

abolic encephalopathy, liver failure, acute kidney failure, and metastatic pancreatic cancer. The second death was attributed to a recurrent pulmonary thromboembolism (185 days after filter implantation) and may potentially be associated with failure of filter capture; however, the location of the origin of the clot was unknown and could have been above the filter.

## DISCUSSION

To our knowledge, the present prospective study provides the first clinical data on the short- and long-term retrieval success rate for the Celect IVC filter. Of the 95 patients enrolled in the study, 58 patients underwent retrieval attempts as long as 466 days after implantation, and 56 attempts (96.6%) were successful. The Kaplan-Meier plot (**Fig 2**) based on this clinical experience provides a valuable tool to estimate the

likelihood of successful filter retrieval at various time points. These data may be useful when choosing treatment strategies on a patient-by-patient basis.

Secondary leg design changes were expected to extend the safe retrieval period of the Celect filter to longer than that of the Günther Tulip filter; the results of this study support that expectation (**Fig 4**). The overall success rate (96.6%) for retrieval of the Celect filter was comparable to those of the Günther Tulip filter (the predecessor to the Celect filter) and other retrievable filters. In the largest study to date on retrievability of the Günther Tulip filter, Smouse et al (8) reported an overall retrieval rate of 90.2% in 275 patients, with a mean indwell time of 58.9 days (range, 3–494 d); however, the likelihood of a successful retrieval diminished markedly after 12 weeks. Other recent clinical studies with shorter mean indwell periods (5–7,11)



**Figure 3.** Study overview.



**Figure 4.** Kaplan-Meier analysis comparing the successful retrieval rate profile of the Celect filter to that of the Günther Tulip filter. The probability of successful filter retrievals at time points beyond 12 weeks is greater when the Celect filter is placed (black) versus when the Günther Tulip filter is placed (gray).

have reported similar retrieval rates for the Günther Tulip filter (100% for 11.1 days, 98% for 30 days, 80% for 33.6 days, and 84.2% for 43.6 days).

The retrieval rates reported for the Günther Tulip filter are similar to those reported for other retrievable filters. Oliva et al (12) reported that 100% of OptEase filters (Cordis) were able to be retrieved from 21 patients after a mean indwell period of 11.1 days. Similarly, the retrieval rates in two recent studies (13,14) of the Recovery G2 filter (Bard Peripheral Vascular) were 95% in a 61-patient study with a mean filter indwell time of 140 days (13) and 100% in a

51-patient study with a mean filter indwell time of 53.4 days (14). Because Kaplan-Meier analyses were not provided for the OptEase and Recovery studies, it is not possible to determine the retrieval success rate over time for these filters.

Filter tilt often contributes to failed IVC filter retrieval attempts. Therefore, filter tilt was assessed at implantation and retrieval in the present study (**Table 6**), and the change in filter tilt from implantation to retrieval was reported, providing an indirect assessment of the self-centering ability of the Celect filter. Consistent with previous reports on failed retrieval attempts (5,6), both failed retrieval attempts in the present study were attributed at least in part to filter tilt. The two unsuccessful retrieval attempts occurred at nearly 1 year after implantation and were attributed to excessive filter tilt and an inability to capture the filter hook or excessive tissue growth with the hook embedded in the endothelium. Data on the change in filter tilt from the time of implantation to the time of retrieval (**Table 6**) indicate that the Celect filter self-centered to some extent in 31.0% of patients and remained at the same degree of tilt in 51.7% of patients.

Complications that occurred before and after retrieval procedures were assessed. There were no reports of significant filter migration, filter fracture, IVC occlusion, or IVC perforation in the present study. Minor events were reported (eg, fever for 1 day, elective surgical procedure, pneumonia); however, none of these events were related to the device or the retrieval procedure. Eighteen deaths were reported before a decision to retrieve the filter could be made; only two deaths were adjudicated as potentially device- or implantation procedure–related. In the 90 days after retrieval, there were no procedure-related events, providing evidence of retrieval safety. Patients who commonly receive filters are those with advanced malignancies, thrombotic tendencies, trauma, and critically illnesses; therefore, adverse events are not uncommon. Moreover, the events reported in this study are consistent with the patient population, and the number of events reported in this study is not considered to be high.

The low incidence of complications in the present study of the Celect filter may be compared with those from

studies describing outcomes with the structurally similar Recovery G2 filter (Bard Peripheral Vascular) (13). Along with a high retrieval success rate (95%; 58 of 61 attempts) at a mean indwell time of 140 days (range, 5–300 d), this study also included one case of symptomatic filter penetration (relieved by filter removal), 17 cases of asymptomatic filter penetration, one case of filter fracture (related to a penetration), one incident of asymptomatic caval occlusion, three incidents of new PE after filter placement, 15 incidents of tilt of more than 15°, and a caudal filter migration rate of 12% (13). A separate report on the retrievability of the Recovery G2 filter (14) also included a high retrieval success rate (100%; $n = 51$) at a mean indwell time of 53.4 days (range, 7–242 d). However, caval penetration was observed in nine patients (18%), caudal filter migration in two patients (3.9%), and tilt greater than 15° in six patients (12%). The short mean indwell time in that study (14) did not allow for an assessment of device strength (ie, fracture rates). Based on these data, the incidence of device-related complications (eg, penetration, migration, extreme tilt) for the Recovery G2 filter appears to be higher than that for the Celect filter. Moreover, these events occurred within a mean indwell period that was shorter than that of the present study.

The results of the present study are encouraging in regard to safety and retrievability of the Celect filter, but there are some limitations to the study. This study was intended to evaluate the retrievability of the Celect filter; the data cannot be used to assess the safety and performance associated with use of the device as a permanent filter. The retrieval data presented here suggest that, even after extended indwell times, filter retrieval is successful and safe (**Fig 2**). These data establish the Celect filter as a safe retrievable filter and are clinically valuable in weighing the probability of successful filter retrieval (estimated

from implantation duration) versus the overall medical condition of each patient. For instance, comparing the retrievability of the Celect filter versus the retrievability of the predicate Günther Tulip filter, which has a long history of clinical use with few complications, suggests that the Celect filter is associated with higher successful retrieval rates at longer indwell times. As new filters come to market and the trend continues toward increased filter placement with the intention of retrieval, studies must continue to provide information regarding retrieval success rate by indwell time and the complication rates before and after retrieval so physicians have sufficient information to select the best filter for each patient.

**Acknowledgments:** The manuscript was written on behalf of all Celect filter registry investigators, which also included Bernardo Gutierrez (Hospital Universitario Universidad Autonoma de Nuevo Leon, Monterrey, Mexico); Suzie Anthony and J.P. Hughes (John Radcliffe Hospital, Oxford, United Kingdom); Ken Thomson, Mark Given, Peter Foley, Helen Kavnoudias, Maryann Street, and Jo Proctor (Alfred Hospital, Melbourne, Australia); and Sapna Puppala, Simon McPherson, David Kessel, and Anthony Nicholson (Leeds Teaching Hospital National Health Service Trust, Leeds, United Kingdom). The authors thank Scott Snyder, PhD, and Shraddha Mehta for their assistance with statistical analyses; Leslie Rooze for assistance in data collection and monitoring; and Elizabeth Basquin Krause, MD, and Maggie McClure for their assistance in preparing the manuscript.

**References**

1. Yune HY. Inferior vena cava filter: search for an ideal device. Radiology 1989; 172:15–16.
2. Kinney TB. Update on inferior vena cava filters. J Vasc Interv Radiol 2003; 14:425–440.
3. Millward SF. Vena cava filters: continuing the search for an ideal device. J Vasc Interv Radiol 2005; 16:1423–1425.
4. Neuerburg J, Günther RW, Rassmussen E, et al. New retrievable percutaneous vena cava filter: experimental in vitro and in vivo evaluation. Cardiovasc Intervent Radiol 1993; 16:224–229.
5. Terhaar OA, Lyon SM, Given MF, Foster AE, McGrath F, Lee MJ. Extended interval for retrieval of Günther Tulip filters. J Vasc Interv Radiol 2004; 15:1257–1262.
6. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Günther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and complications. Cardiovasc Intervent Radiol 2007; 30:59–65.
7. De Gregorio MA, Gamboa P, Bonilla DL, et al. Retrieval of Günther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study. J Vasc Interv Radiol 2006; 17: 1781–1789.
8. Smouse HB, Rosenthal D, Van Ha T, et al. Long-term retrieval success rate profile for the Günther Tulip vena cava filter. J Vasc Interv Radiol 2009; 20:871–877.
9. Günther RW, Neuerburg J, Mossdorf A, et al. New optional IVC filter for percutaneous retrieval – in vitro evaluation of embolus capturing efficiency. Fortschr Roentgenstr 2005; 177:632–636.
10. Smouse HB, Van Alstine WG, Mack S, McCann-Brown JA. Deployment performance and retrievability of the Cook Celect vena cava filter. J Vasc Interv Radiol 2009; 20:375–383.
11. Hoppe H, Nutting CW, Smouse HR, et al. Günther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.
12. Oliva VL, Szatmari F, Giroux MF, Flemming BK, Cohen SA, Soulez G. The Jonas study: evaluation of the retrievability of the Cordis OptEase inferior vena cava filter. J Vasc Interv Radiol 2005; 16:1439–1445.
13. Kaufman JA, Binkert CA, Drooz AT, et al. Multicenter retrievability trial of the Recovery G2 filter. Presented at the SIR Annual Scientific Meeting; March 15–20, 2008; Washington, DC. Abstract 69.
14. Oliva VL, Perreault P, Giroux MF, Bouchard L, Therasse E, Soulez G. Recovery G2 inferior vena cava filter: technical success and safety of retrieval. J Vasc Interv Radiol 2008; 19: 884–889.