# EXHIBIT 28

This guidance was written prior to the February 27, 1997 implementation of FDA's Good Guidance Practices, GGP's. It does not create or confer rights for or on any person and does not operate to bind FDA or the public. An alternative approach may be used if such approach satisfies the requirements of the applicable statute, regulations, or both. This guidance will be updated in the next revision to include the standard elements of GGP's.

medical devices

# Labeling

## Regulatory Requirements for Medical Devices



CENTER FOR
DEVICES AND
RADIOLOGICAL HEALTH

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Food and Drug Administration

## CDRH PUBLICATIONS - MEDICAL DEVICES

Publications of the Center for Devices and Radiological Health (CDRH) are available as paper copies from either the U.S. Government Printing Office (GPO) or the National Technical Information Service (NTIS) as indicated by the GPO or PB prefix, respectively, on the ordering number. Publications are also available in microfiche from NTIS at $5.95 per copy. To receive all CDRH reports in microfiche, at $1.35 each, you may establish a deposit account with NTIS and request automatic distribution of "FDA/HFZ" reports under the "Selected Research in Microfiche" program. Publications without GPO or PB numbers are available only from the Center for Devices and Radiological Health.

Addresses for ordering are: Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402; National Technical Information Service, Springfield, VA 22161 (**outside North America, prices are double those listed**); and Center for Devices and Radiological Health, Food and Drug Administration (HFZ-265), 5600 Fishers Lane, Rockville, MD 20857. All prices are subject to change.

| | |
|---|---|
| FDA 84-4190 | An Investigation of Cerebrospinal Fluid Shunt Valves - Test Results for Twenty-Five Valves: Final Report - Phase III (PB 84-207042, $22.95). |
| FDA 84-4191 | Medical Device GMP Guidance for FDA Investigators. |
| FDA 84-4192 | Problem Definition Study on Liquid Crystal Forehead Temperature Strips (PB 84-187483, $16.95). |
| FDA 85-4169 | Toxic Shock and Tampons (pamphlet). |
| FDA 85-4192 | Toxic Shock Syndrome (poster). |
| FDA 85-4193 | BMD Standards Survey 1982 - International Edition (PB 85-171155/AS, $34.95). |
| FDA 85-4194 | An Overview of the Medical Device Reporting Regulation (PB 86-109709/AS, $9.95). |
| FDA 85-4195 | Surface Cracking of Polyurethane Tubing Resulting from Subcutaneous Implantation in Dogs (PB 85-171619/AS, $11.95). |
| FDA 85-4196 | Medical Device Problem Reporting and the Health Care Professional (pamphlet). |
| FDA 85-4199 | Medical Device Establishment Registration: Information and Instructions (PB 86-123726/AS, $9.95, 8 pp). |
| FDA 86-4159 | Investigational Device Exemptions - Regulatory Requirements for Medical Devices. (supersedes FDA 83-4159) (PB 86-184942/AS, $16.95). |
| FDA 86-4163 | Registration and Listing - Regulatory Requirements for Medical Devices (April 1986) (supersedes FDA 83-4163) (PB 86-191939/AS, $11.95). |
| FDA 86-4201 | Problem Definition Study: Rubella Antibody Testing (PB 86-131935/AS, $9.95, 40 pp). |
| FDA 86-4202 | To Cement or Not to Cement? or Has the FDA Approved the Use of This Device? (flyer). |
| FDA 86-4203 | Labeling - Regulatory Requirements for Medical Devices (GPO 017-012-00327-3, $2.75) (PB 86-184348/AS, $11.95). |
| FDA 86-4204 | An Interlaboratory Comparison of Analytical Methods for Ethylene Oxide (PB 86-181856/AS, $9.95). |
| FDA 86-4205 | Accidental Breathing Systems Disconnections (January 1986/Final Report) (PB 86-185204/AS, $22.95). |

*(Continued on inside back cover)*

# Labeling

Regulatory Requirements for Medical Devices

Prepared by the
Division of Small Manufacturers Assistance
Office of Training and Assistance

Project Officer
Thomas Cardamone



August 1989

(This publication supersedes FDA 86-4203)

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Food and Drug Administration
Center for Devices and Radiological Health
Rockville, Maryland 20857

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402

# FOREWORD

In October 1982, the Food and Drug Administration established the Center for Devices and Radiological Health (CDRH) by merging the Bureau of Medical Devices and the Bureau of Radiological Health.

The Center develops and implements national programs to protect the public health in the fields of medical devices and radiological health. These programs are intended to assure the safety, effectiveness and proper labeling of medical devices, to control unnecessary human exposure to potentially hazardous ionizing and nonionizing radiation, and to ensure the safe, efficacious use of such radiation.

The Center publishes the results of its work in scientific journals and in its own technical reports. These reports provide a mechanism for disseminating results of CDRH and contractor projects. They are sold by the Government Printing Office and/or the National Technical Information Service.

We welcome your comments and requests for further information.

John C. Villforth
Director
Center for Devices and
   Radiological Health

## PREFACE

This publication explains label and labeling regulations and requirements for medical devices. The Food and Drug Administration has many labeling-related requirements to help assure that devices are used safely and effectively, including, but not limited to, provisions on misbranding in Section 502 of the Food, Drug, and Cosmetic (FD&C) Act. This publication explains such topics as advertising matter as labeling, what is false and misleading labeling, how prominent labeling information must be, what information must appear on containers as well as outside labels, adequate directions for use, prescription device requirements, and special labeling for particular devices or types of devices and uses.

The Medical Device Amendments to the FD&C Act mandated the establishment of "...an identifiable office to provide technical and other non-financial assistance to small manufacturers of medical devices to assist them in complying with the requirements of the Food, Drug, and Cosmetic Act." The Division of Small Manufacturers Assistance (DSMA) was established to meet these requirements. In addition to providing individual guidance and workshops, DSMA distributes a wide variety of printed materials such as regulations, policy statements, question-and-answer booklets, and other FDA documents that help manufacturers understand the substance and impact of FDA requirements, as well as the simplest or most effective ways to meet them. This publication contains explanations and examples of ways that companies can readily comply with labeling requirements. We hope the information contained in this publication will alert manufacturers to FDA labeling requirements, and prompt them to ask any questions they may have. Feel free to visit, write, or call DSMA toll free at 800-638-2041. The local phone number is (301) 443-6597.

Joseph S. Arcarese
Director
Office of Training and Assistance

Case 1:14-ml-02570-RLY-TAB   Document 5697-11   Filed 08/10/17   Page 8 of 11 PageID #: 17114

## ABSTRACT

Division of Small Manufacturers Assistance, Office of Training and Assistance, Center for Devices and Radiological Health. Labeling: Regulatory Requirements for Medical Devices. HHS Publication FDA 89-4203 (August 1989) (pp. 43).

    This publication is Chapter 6 of the "Regulatory Requirements for Medical Devices - A Workshop Manual." It covers labeling requirements that device manufacturers, reconditioners, repackers, and relabelers must consider when a product requires labeling. Such labeling may include adequate instructions for use, servicing instructions, adequate warnings against uses that may be dangerous to health, or information that may be necessary for the protection of users.

# CONTENTS

|   | Page |
|---|---|
| Foreword | ii |
| Preface | iii |
| Abstract | iv |
| **INTRODUCTION** | 1 |
| Labels and Labeling | 2 |
| Misbranding | 3 |
| False or Misleading Labeling | 4 |
| **GENERAL DEVICE LABELING** | 5 |
| Introduction | 5 |
| General Labeling Provisions | 5 |
| Labeling Requirements for Over-the-Counter (Non-Prescription) Devices | 7 |
| Exemptions from Adequate Directions for Use | 8 |
| Other Exemptions | 9 |
| Labeling Requirements for Specific Devices | 10 |
| **IN VITRO DIAGNOSTIC PRODUCT LABELING** | 11 |
| Introduction | 11 |
| Label Requirements for the Immediate Container | 11 |
| Labeling Requirements for Inserts and Outer Packaging | 12 |
| Exemptions from Labeling Requirements | 14 |
| Labeling of General Purpose Laboratory Reagents and Equipment | 15 |
| **LABELING FOR INVESTIGATIONAL AND 510(K) DEVICES** | 15 |
| Introduction | 15 |
| Premarket Notification [510(k)] Labeling | 16 |
| IDE Device Labeling Requirements | 17 |
| **GOOD MANUFACTURING PRACTICE LABELING REQUIREMENTS** | 17 |
| Introduction | 17 |
| General Device Labeling Requirements | 20 |
| Additional Labeling Requirements for Critical Devices | 22 |
| Sterile Device Labeling | 23 |
| Contract Sterilization | 24 |
| **RADIATION-EMITTING DEVICE LABELING** | 25 |
| Introduction | 25 |
| General Labeling Requirements for Electronic Products | 26 |
| Ionizing Radiation-Emitting Products | 27 |
| Light-Emitting Products | 28 |
| Ultrasonic Radiation-Emitting Products | 34 |
| **GOVERNMENT CONTRACT DEVICE LABELING REQUIREMENTS** | 35 |
| Introduction | 35 |
| Labeling Specifications | 36 |
| **DEVELOPMENT OF DEVICE LABELING** | 37 |
| Introduction | 37 |
| Labeling Problems | 37 |
| Reducing Labeling Problems | 39 |
| Sample of Approval Form for Labeling, Advertising Literature, Etc. | 43 |

# INTRODUCTION

The United States Food and Drug Administration develops and administers regulations under authority granted by laws passed by Congress that apply to food, drugs, cosmetics, biologics, radiation-emitting electronic products, and medical devices. Of the fourteen laws currently administered by FDA, three directly address the labeling of medical devices:

- **The Food, Drug, and Cosmetic (FD&C) Act** - The FD&C Act applies to food, drugs, cosmetics, biologics, and medical devices. Section 201 defines the terms "label" and "labeling" as they apply to medical devices and draws a distinction between these terms. Section 502(f)(1) and (2) requires that device labeling bear adequate directions for use, operating and servicing instructions, and either adequate warnings against dangerous uses to health, or information necessary for the protection of users.

- **The Fair Packaging and Labeling Act (FPLA)** - Because medical devices had previously been defined and regulated by the FD&C Act, Section 5 of the subsequently implemented FPLA Act refers to and makes use of the terms "label" and "labeling." Requirements of the FPLA apply to over-the-counter medical devices distributed by retail outlets.

- **The Radiation Control for Health and Safety Act (RCHSA)** - Section 358(h) of the RCHSA requires manufacturers or distributors of radiation-emitting electronic products, including medical devices, to place certification labeling on their devices.

The specific requirements of the above laws are implemented by the Secretary of the Department of Health and Human Services (DHHS) in the form of regulations. Initially, FDA which is a part of DHHS, drafts proposed regulations. These proposed regulations are then submitted by the Commissioner of the FDA to the Office of Management and Budget. After the required time frames for public comment have elapsed, these regulations are redrafted or resubmitted, and may eventually result in finalized labeling regulations. Final regulations are published in the FEDERAL REGISTER (FR) and have the force of law.

Labeling regulations promulgated under the above Acts which pertain to medical devices are currently found in the following Parts of Title 21 of the Code of Federal Regulations (CFR).

- General Device Labeling - 21 CFR PART 801
- In Vitro Diagnostic Products - 21 CFR PART 809
- Investigational Device Exemptions - 21 CFR PART 812
- Good Manufacturing Practices - 21 CFR PART 820
- General Electronic Products - 21 CFR PART 1010

Each of these parts or categories will be covered in detail in following sections of this chapter; however, before continuing, a few brief concepts and definitions from each Act applicable to labeling are discussed.

The FD&C Act is the primary law under which the FDA takes action against regulated products. Specifically:

- Sections 201(k) through 201(m) of the FD&C Act address labeling "definitions."

1

- o Sections within Chapter III of the FD&C Act address prohibited acts with respect to food, drugs, cosmetics, and medical devices. These prohibitions deal with two major areas: "**adulteration**" and "**misbranding.**"

- o Sections within Chapter V of the FD&C Act set forth specific instances whereby drugs or devices will be considered to be adulterated or misbranded by the FDA. The Radiation Control for Health and Safety Act applies both to medical and other radiation-emitting electronic devices. Labeling regulations based on this law pertain to FDA certification of electronic products and are found under 21 CFR Part 1010.

The medical aspects of the FPLA apply only to medical devices intended for sale to consumers from retail outlets. This Act refers to many sections of the FD&C Act. Labeling regulations based on the FPLA are found under 21 CFR Part 801.

The RCHSA applies both to medical and other radiation-emitting electronic devices. Labeling regulations based on this law pertain to FDA certification of electronic products and are found under 21 CFR Part 1010.

## LABELS AND LABELING

Section 201 of the FD&C Act distinguishes between label and labeling. Certain provisions in Chapter V of the FD&C Act apply specifically to the "label" of the device, others are related to its "labeling." These terms are related, but not interchangeable. Of the two, the term "label" is more restricted. Generally, it consists of that part of the display confined to the device itself. On the other hand, "labeling" deals with the label on the device, and descriptive and informational literature that accompanies the device.

Section 201(k) defines "label" as a:

- o "display of written, printed, or graphic matter upon the immediate container of any article..."

The term "immediate container" does not include package liners. Any word, statement, or other information appearing on the immediate container must also appear "on the outside container or wrapper, if any there be, of the retail package of such article, or is easily legible through the outside container or wrapper."

Section 201(m) defines "labeling" as:

- o "all labels and other written, printed, or graphic matter
    - (1) upon any article or any of its containers or wrappers, or
    - (2) accompanying such article" at any time while a device is held for sale after shipment or delivery for shipment in interstate commerce.

The term "accompanying" is interpreted liberally to mean more than **physical** association with the product. It extends to posters, tags, pamphlets, circulars, booklets, brochures, instruction books, direction sheets, fillers, etc. "Accompanying" also includes labeling that is brought together with the device after shipment or delivery for shipment in interstate commerce.

2