IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Dana Turcic and Ashley Shamrock, on behalf of Connie Bennett

Civil Case #1:17-cv-00042

**ORDER**

IT IS ORDERED that the Motion to Substitute Party and Amended Short Form Complaint filed by Dana Turcic and Ashley Shamrock be GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record on this matter as of the date of this order.

Signed: 8/10/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.