IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

**ORDER GRANTING PLAINTIFF ELIZABETH HILL'S MOTION FOR LEAVE TO DESIGNATE PAUL TIMPERMAN, MD AS AN EXPERT WITNESS <u>AFTER THE DEADLINE FOR NAMING EXPERTS</u>**

    IT IS ORDERED that Plaintiff Elizabeth Hill's Motion for Leave to Designate Paul Timperman, MD as an Expert Witness, is hereby GRANTED.

    SO ORDERED this ____ day of _____, 2017.

                                                                                              _____
                                                                                       Judge for the
                                                                                       United States District Court
                                                                                       Southern District of Indiana