**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN EXHIBIT A UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiffs respectfully move the Court to maintain under seal the excerpts of the videotaped deposition of Paul Timperman, MD, which is attached to Plaintiff's Motion for Leave to Designate Expert Witness Paul Timperman, MD, as Exhibit A.

Defendants have designated Exhibit A as "Confidential – Pursuant to a Protective Order."

Dated: August 10, 2017.

                                                             Respectfully Submitted,

                                                              */s/ Joseph N. Williams*_____
                                                              Joseph N. Williams, Atty. No. 25874-49
                                                              Riley Williams & Piatt, LLC
                                                              301 Massachusetts Avenue
                                                              Indianapolis, IN 46204
                                                              Telephone: (317) 633-5270
                                                              Facsimile: (317) 426-3348
                                                              Email: jwilliams@rwp-law.com
                                                              *Liaison Counsel to Plaintiffs' Steering Committee*
                                                              *and on behalf of Plaintiffs' Steering Committee*

                                                             */s/ Michael W. Heaviside*_____
                                                              Michael W. Heaviside, Esq.

Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Anthony James Urban
Law Offices of Anthony Urban, PC
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices of Anthony Urban, PC
474 N. Centre Street, 3r Floor
Pottsville, PA 17901

Carrie R. Capouellez
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb Hoff Didricksen, III
Didricksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A. Woods, III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

John Cornew
409 E. Maple ave
Lindenwold, NJ 08021

James R. Olson
Olson, Cannon, Gormley, Angulo
& Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Max E. Corrick
Olson, Cannon, Gormley,
Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

3

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Philip Sholtz
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Peter C. Wetherall
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

Wilnar Jeanne Julmiste
Anderson Glenn LLP–Boca Raton, FL
2201 NW Corporate Blvd, Suite 100
Boca Raton, FL 33431

*/s/ Ben C. Martin*_____
Ben C. Martin