# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

>Elizabeth Jane Hill,
>>No. 1:14-cv-06016-RLY-TAB
>
>Arthur Gage
>>No. 1:13-cv-01875-RLY-TAB

## ORDER

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadlines for filing their motions for summary judgment by two days. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is in all respects granted, and

2. That the deadline schedule for the submission of materials concerning summary judgment motions is modified to the following::

| | |
|---|---|
| Motions due | August 11, 2017 |
| Responses due | September 8, 2017 |
| Replies due | September 22, 2017 |

DATED: August 11, 2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana