IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    DECARLO C. MURCHISON

Civil Case #    1:17-cv-01987-RLY-TAB

_____

## ORDER

    Considering the parties' Stipulation of Dismissal Without Prejudice of DeCarlo C. Murchison,

    IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECLARED that all claims between Plaintiff DeCarlo C. Murchison against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:17-cv-01987) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this  11th day of August, 2017.

                                                        RICHARD L. YOUNG, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distributed Electronically to Registered Counsel of Record