UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                    MDL No. 2570

This Document Relates Only to the Following Cases:
All cases involving Plaintiffs who received the Celect
or Tulip filters, specifically including:
Elizabeth Jane Hill – 1:14-cv-06016-RLY-TAB
Arthur Gage – 1:14-cv-01875-RLY-TAB

## COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION

The Cook Defendants[1] respectfully ask this Court to grant their motion for summary judgment based on federal preemption of all claims asserted by all Plaintiffs who received the Celect or Tulip filters, specifically including Plaintiffs Elizabeth Jane Hill and Arthur Gage (collectively "Plaintiffs").  The Cook Defendants are entitled to summary judgment on Plaintiffs' claims on several grounds:

(1) Plaintiff's state law claims are expressly preempted under 21 U.S.C. 360k(a) because they impose requirements that are different from, or in addition to, the device-specific federal requirements embodied in the current 510(k) process as applied to the Tulip and Celect.

(2) Plaintiffs' claims are impliedly preempted because Cook could not comply with both the state law requirements embodied in Plaintiffs' claims and the federal requirements for medical device regulation.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

For these reasons, the Cook Defendants urge the Court to grant their motion and to enter summary judgment in favor of the Cook Defendants and provide all other just and appropriate relief.

Dated: August 11, 2017                     Respectfully submitted,

*/s/ Andrew L. Campbell*
Andrea Roberts Pierson (# 18435-49)
Andrew L. Campbell (25516-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:   andrew.campbell@FaegreBD.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrew L. Campbell*