UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates Only to the Following Cases:
All cases involving Plaintiffs who received the Celect
or Tulip filters, specifically including:
Elizabeth Jane Hill – 1:14-cv-06016-RLY-TAB
Arthur Gage – 1:14-cv-01875-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
DECLARATION OF APRIL LAVENDER TO MEMORANDUM OF LAW IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION**

The following exhibits are hereby submitted with the Declaration of April Lavender to the Cook Defendants' Memorandum of Law in Support of Motion for Summary Judgment based on Federal Preemption:

| Exhibit | Description |
|---|---|
| A | Index of Exhibit A Documents |
| A1.1 | *K983823 510(k) Submission (10/28/1998) – Part 1 |
| A1.2 | *K983823 510(k) Submission (10/28/1998) – Part 2 |
| A2 | NSE Letter (1/26/1999) |
| A3 | *K000855 510(k) Submission (3/15/2000) |
| A4 | FDA Request for Additional Information (6/14/2000) |
| A5 | Cook's Response (7/13/2000) |
| A6 | FDA Request for Additional Information (9/1/2000) |
| A7 | Cook's  Response (9/29/2000) |
| A8 | FDA Clearance of K000855 (10/18/2000) |
| A9 | *K032426 510(k) Submission (8/5/2003) |
| A10 | Cook/FDA Phone Call (9/24/2003) |
| A11 | Cook Responds to FDA Questions (9/24/2003) |
| A12 | FDA Request for Additional Information (10/17/2003) |
| A13 | Cook's Response (10/22/2003) |
| A14 | Cook/FDA Phone Call (10/22/2003) |
| A15 | Cook/FDA Email, IFU Edits/Cook's Response (10/22/2003 and 10/23/2003) |

US.113596255.01

| | |
|---|---|
| A16 | Angela Smith Call to Cook (10/31/2003) |
| A17 | Cook Provides Revised IFU to FDA (10/31/2003) |
| A18 | FDA Clearance of K032426 (10/31/2003) |
| A19 | *K072240 510(k) Submission (8/9/2007) |
| A20 | FDA Request for Additional Information (9/4/2007) |
| A21.1 | Cook's Response (10/4/2007) Part 1 |
| A21.2 | Cook's Response (10/4/2007) Part 2 |
| A22 | FDA Clearance of K072240 (11/8/2007) |
| A23 | *K042607 510(k) Submission (7/30/2004) |
| A24 | FDA Request for Additional Information (8/18/2004) |
| A25 | Cook's Response (8/19/2004) |
| A26 | Cook/FDA Phone Call (9/9/2004) |
| A27 | FDA Request for Additional Information (9/23/2004) |
| A28 | Cook's Response (12/29/2004) |
| A29 | Angela Smith Call to Cook (1/25/2005) |
| A30 | Cook/FDA Phone Call (1/31/2005) |
| A31 | NSE Letter (2/1/2005) |
| A32 | Cook/FDA Phone Call (2/3/2005) |
| A33 | Cook/FDA Email (9/20/2006) and attached Meeting Minutes (4/29/2005) |
| A34.1 | Powerpoint Presentation Part 1 |
| A34.2 | Powerpoint Presentation Part 2 |
| A34.3 | Powerpoint Presentation Part 3 |
| A35 | *K061815 510(k) Submission (6/26/2006) |
| A36 | FDA Request for Additional Information (9/1/2006) |
| A37 | Cook/FDA Phone Call (9/22/2006) |
| A38 | Cook Email to FDA (10/19/2006) |
| A39 | Cook/FDA Teleconference (11/14/2006) |
| A40.1 | Cook Submission of Additional Information (2/26/2007) Part 1 |
| A40.2 | Cook Submission of Additional Information (2/26/2007) Part 2 |
| A40.3 | Cook Submission of Additional Information (2/26/2007) Part 3 |
| A41 | FDA Request for Additional Information (3/14/2007) |
| A42 | FDA Request for Additional Information (3/16/2007) |
| A43 | Cook/FDA Phone Call (3/23/2007) |
| A44 | Cook's Response to FDA Request re Celect IFU (4/4/2007) |
| A45 | Cook Response to FDA 3/14/2007 and 3/16/2007 Requests for Additional Information (4/10/2007) |
| A46 | FDA Request for Information re Clinical Study (4/13/2007) |
| A47 | Cook's Response (4/16/2007) |
| A48 | FDA Request for Information re Radial Force Testing/Cook's Response (4/16/2007 and 4/17/2007) |
| A49 | FDA/Cook Email re IFU (4/18/2007) |
| A50 | Cook's Response re IFU (4/19/2007) |
| A51 | Email from M. Kreuger, Completed Review (4/19/2007) |
| A52 | FDA Clearance of K061815 (4/20/2007) |
| A53 | *K073374 510(k) Submission (11/30/2007) |

2

| | |
|---|---|
| A54 | FDA Request for Additional Information/Cook's Response (1/31/2008 and 2/11/2008) |
| A55 | FDA Clearance of K073374 (3/7/2008) |
| B | FOIA Documents |
| C | FDA Guidance - Guidance for Cardiovascular Intravascular Filter 510(k) Submissions (November 26, 1999) |

Respectfully submitted,

Dated: August 11, 2017

*/s/ Andrew L. Campbell*
Andrea Roberts Pierson (# 18435-49)
Andrew L. Campbell (25516-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:   andrew.campbell@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.113596255.01

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrew L. Campbell*

US.113596255.01