UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                     MDL No. 2570
_____

This Document Relates to Plaintiff
    Arthur Gage
    Civil Case No. 1:14-cv-01875- TWP-MJD
_____

## COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Cook Defendants[1] respectfully move the Court to enter summary judgment on all of Plaintiff Arthur Gage's claims against them.  The Cook Defendants are entitled to summary judgment on Plaintiff's claims on the grounds that there is no genuine issue of material fact and the Cook Defendants are entitled judgment as a matter of law.  Specifically:

    1.    All of Plaintiff's claims fail because he failed to commence this action with the two-year statute of limitations set by 735 Ill. Comp. Stat. Ann. 5/13-202 and 735 Ill. Comp. Stat. Ann. 5/13-213(d) (2017);

    2.    Plaintiff's negligent design claim fails as a matter of law because:

        a.    Plaintiff cannot offer the expert testimony required to create genuine issues of material fact concerning whether Cook was negligent in designing the Tulip filter or that that filter is defective in its design; and

        b.    Plaintiff cannot offer the expert testimony required to create genuine issues of material fact concerning whether any alleged negligence in design caused

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

1

Plaintiff's injuries;

3. Plaintiff's claim based on negligent manufacturing fails for lack of any expert testimony;

4. Plaintiff's failure-to-warn claims fail as a matter of law because:

   a. The undisputed facts establish that any alleged omission of information from the instructions for use of the Tulip filter at issue here did not cause Plaintiff any injury; and

   b. Plaintiff cannot offer the expert testimony required to create a genuine issue of material fact concerning whether the instructions for use of the Tulip filter at issue here should have provided additional or different warnings, or that a different or additional warning would have changed Plaintiff's treatment;

5. Plaintiff's breach of express warranty claim fails because he has failed to identify any specific warranty by the Cook Defendants;

6. Plaintiff's breach of implied warranty claim fails because Plaintiff cannot offer the expert testimony required to create a genuine issue of material fact concerning whether the Tulip's design or the instructions for use of the Tulip filter were deficient or caused Plaintiff's injuries; and

7. Plaintiff's claim for punitive damages fails as a matter of law because;

   a. Plaintiff's claims for compensatory damages fail, as set forth above, and

   b. Plaintiff cannot raise a genuine issue of material fact that any Cook defendant engaged in culpable conduct that meets the high standard for an award of such damages.

This motion is supported by the Cook Defendants' Memorandum In Support Of Motion For Summary Judgment and exhibits filed herewith. For the foregoing reasons, the Cook Defendants urge the Court to grant their motion and to enter summary judgment in favor of the Cook Defendants and provide all other just and appropriate relief.

Dated: August 11, 2017               Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                /s/ John T. Schlafer

US.110808101.05

US.113617331.02