**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to the Following Actions only:

      Arthur Gage
      1:14-cv-01875-RLY-TAB
_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion for Summary Judgment:

| Exhibit | Description |
|---------|-------------|
| A | Operative Report (April 25, 2011) |
| B | Deposition of Arthur Gage (January 09, 2017) |
| C | Deposition of Orajean Daugherity (May 22, 2017) |
| D | Deposition of Arthur Gage (August 13, 2015) |
| E | Deposition of Antonio Pangan, MD (April 25, 2017) |
| F | Consultation Report (April 30, 2011) |
| G | Deposition of Alexander R. Marmureanu, M.D. (June 21, 2017) |
| H | Gage Pharmacy Records |
| I | Deposition of Timothy James Larkin, MD (April 19, 2017) |
| J | Deposition of Mark J. Goodwin, MD (January 11, 2017) |
| K | Deposition of Antonio Pangan, MD (April 23, 2017) |

| L | Deposition of Dr. Mohammed Rajebi (May 18, 2017) |
|---|---|
| M | Email from Matt Schultz re Plaintiff's assertion that she does not intend to rely on Dr. Rajebi for a specific causation opinion (May 16, 2017) |
| N | Deposition of Michael C. Fishbein, M.D. (July 21, 2017) |
| O | Expert Report of Alexander R. Marmureanu, M.D. (General) (June 29, 2017) |
| P | Expert Report of Alexander R. Marmureanu, M.D. (Hill) (June 29, 2017) |
| Q | Expert Report of Alexander R. Marmureanu, M.D. (Gage) (June 29, 2017) |
| R | Deposition of Alexander R. Marmureanu, M.D. (June 20, 2017) |
| S | Expert Report of Robert M. McMeeking (March, 2017) |
| T | Deposition of Robert M. McMeeking (June 7, 2017) |
| U | IFU for Günther Tulip™ Vena Cava Filter Set for Femoral Vein Approach |
| V | Expert Report of David Garcia, M.D (March 15, 2017) |
| W | Günther Tulip™ Vena Cava Filter Brochure |

US.113596251.01

Respectfully submitted,

Dated: August 11, 2017                    */s/ John T. Schlafer*
                                          Andrea Roberts Pierson (# 18435-49)
                                          J. Joseph Tanner (#11856-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          Email:  andrea.pierson@faegrebd.com
                                          Email:  joe.tanner@faegrebd.com
                                          Email:  john.schlafer@faegrebd.com

                                          James Stephen Bennett (# 22869-02)
                                          FAEGRE BAKER DANIELS LLP
                                          110 W. Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone: (260) 424-8000
                                          Facsimile: (260) 460-1700
                                          Email:  stephen.bennett@faegrebd.com

                                          *Counsel for the defendants, Cook Incorporated,
                                          Cook Medical LLC (f/k/a Cook Medical
                                          Incorporated), and William Cook Europe ApS*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*

US.113596251.01