EDWARD HOSPITAL

PATIENT'S NAME: Gage, Arthur L, Sr
ATTENDING PHYSICIAN: Manju Joseph, MD
OPERATING PHYSICIAN: Mark J Goodwin, M.D.
PATIENT ACCOUNT #: ███████5        LOCATION: 8NE-A8620A
MEDICAL RECORD #: ███████5         DATE OF BIRTH: ██/1949
ADMISSION DATE: 04/25/2011          OPERATION DATE:

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:
POSTOPERATIVE DIAGNOSIS:
PROCEDURE PERFORMED:

HISTORY: A 61-year-old male with recent transurethral procedure at Loyola who had presented with syncope, PE and DVT. Patient developed gross hematuria. Now to place an IVC filter to be able to hold his anticoagulation until hematuria resolves.

The patient has creatinine of 2.4.

The right groin was anesthetized and a 6-French in the right femoral vein. Pigtail catheter was placed in the vena cava. Angio was performed with hand injection for a total of 18 mL of dye. There was no thrombus in the vena cava.

A Tulip filter was placed at the level of the renal veins without complication.

IMPRESSION:
1. Oral vena cavogram.
2. Successful placement of IVC filter.
3. Will hold heparin for now and resume pending when urology feels it is safe to proceed.
4. Consider removal of filter in the next 6 to 8 weeks depending on overall clinical course.

Dictated By Mark J Goodwin, M.D.
d 04/27/2011  6:18 P
t 04/28/2011 11:57 A
Job 001814864  Doc 1651175
MG/kl
cc:   Mark J Goodwin, M.D.
      Manju Joseph, MD

                                    Mark J Goodwin
                                    *Electronically Signed*
                                    04/29/11   1516