Page 111

```
 1          IN THE UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF INDIANA
 3                INDIANAPOLIS DIVISION
 4
      IN RE:  COOK MEDICAL,        )
 5    INC., IVC FILTERS            )
      MARKETING, SALES             )
 6    PRACTICES, AND PRODUCTS      )
      LIABILITY LITIGATION         ) 1:14-ML-2570-RLY-TAB
 7                                 )
      -------------------------    )
 8    This document relates to:    )
                                   )
 9    1:13-cv-01876-RLYTAB         )
10
11            The continued deposition of ARTHUR GAGE
12    called for examination pursuant to notice and
13    pursuant to the Federal Rules of Civil Procedure for
14    the United States District Courts pertaining to the
15    taking of depositions taken before JO ANN LOSOYA,
16    Certified Shorthand Reporter within and for the
17    County of Cook and State of Illinois at 2111
18    Butterfield Road, Downers Grove, Illinois, on
19    January 9, 2017 at the hour of 11:00 o'clock a.m.
20
21
22
23
24
```

Page 112

1 APPEARANCES:
2   FEARS NACHAWATI LAW FIRM
    MR. MATTHEW MCCARLEY
3   4925 Greenville Avenue
    Suite 715
4   Dallas,Texas 75206
    (866) 705-7584
5   mccarley@fnlawfirm.com
        Appeared on behalf of the Plaintiff;
6
7   FAEGRE BAKER DANIELS
    MS. JESSICA BENSON COX
8   MS. ANNA RUTIGLIANO
    300 North Meridian Street
9   Suite 2700
    Indianapolis,Indiana  46204-1750
10  (317) 237-0300
    jessica.cox@faegreBD.com
11  anna.rutigliano@faegreBD.com
        Appeared on behalf of the Defendants.
12
13
    ALSO PRESENT:
14
    BEN DIXON, VIDEOGRAPHER
15
16 REPORTED BY:  JO ANN LOSOYA
    CSR LICENSE:  084-002437
17
18
19
20
21
22
23
24

Page 113

1          EXAMINATION
   Witness                 Page    Line
2  Arthur Gage
3  By Ms. Cox              115    19
4  By Mr. McCarley         306     8
5
6          ***************
7          E X H I B I T S
8  Deposition Exhibit       Page   Line
9     Exhibit No. 2................  268    13
10    Exhibit No. 3................  286    11
11    Exhibit No. 4................  122    19
12    Exhibit No. 5................  192    10
13    Exhibit No. 6................  202    16
14    Exhibit No. 7................  231    24
15    Exhibit No. 8................  246     4
16    Exhibit No. 9................  247    19
17    Exhibit No. 10..............  261    11
18    Exhibit No. 11..............  290     5
19    Exhibit No. 12..............  292    11
20
21     *Exhibit 1 marked in previous deposition*
22
23
24

Page 114

1          THE VIDEOGRAPHER:  Good morning.  We are
2  now on the record.
3          Please note that the microphones are
4  sensitive and may pick up whispering and private
5  conversations.  Please turn off all cell phones or
6  place them away from the microphones as they can
7  interfere with the deposition audio.  Recording will
8  continue until all parties agree to go off the
9  record.
10         My name is Ben Dixon, CLVS,
11 representing Veritext.  The date today is January 9,
12 2017, and the time is approximately 10:59 a.m.
13         This deposition is being held at
14 Double Tree Suites located at 2111 Butterfield Road,
15 Downers Grove, Illinois, and it's being taken by
16 counsel for the defense.
17         The caption of this case is in re
18 Cook Medical, Inc., IVC Filters Marketing, Sales
19 Practices, and Products Liability Litigation.
20         This case is being held in the United
21 States District Court, Southern District of Indiana,
22 Indianapolis, division case No. 1:14-CV-01875-RLYTAB..
23         The name of the witness is Arthur
24 Gage.

Page 115

1          At this time, the attorneys present
2  in the room will identify themselves and the parties
3  they represent.
4          MS. COX:  This is Jessica Cox here for
5  the defendants.
6          MS. RUTIGLIANO:  Anna Rutigliano here for
7  the defendants.
8          MR. MCCARLEY:  Matthew McCarley for the
9  plaintiff.
10         THE VIDEOGRAPHER:  Our court reporter,
11 JoAnn Losoya, representing Veritext, will swear in
12 the witness and we can proceed.
13         (Witness sworn at 11:01 a.m.)
14 WHEREUPON:
15         ARTHUR GAGE,
16 called as a witness herein, having been first duly
17 sworn, was examined and testified as follows:
18         E X A M I N A T I O N
19 BY MS. COX:
20    Q.   Hi, Mr. Gage.  As I mentioned before we
21 started, my name is Jessica Cox, and I'm here
22 representing Cook in the lawsuit that you have
23 brought against them today.
24         This is a continuation of your

2 (Pages 112 - 115)

Page 236

1 has ever told you specifically about things to do or
2 not to do because you have a filter?
3     A.   No.
4     Q.   No.  Before you were discharged, did
5 anyone tell you to follow up with anyone about the
6 filter?
7     A.   I can't recall.
8     Q.   Before you were discharged, did anyone
9 talk to you about removing the filter?
10    A.   No.
11    Q.   Do you remember any discussions about
12 whether or not the filter would ever be taken out or
13 if it would be staying in forever?  Do you remember
14 any discussions like that?
15    A.   No.
16    Q.   Do you believe that the doctor that put
17 in your filter made any mistakes?
18    A.   I don't know.
19    Q.   Why not?
20    A.   Because he's a doctor, and I assume he
21 knew what he was doing.
22    Q.   Do you think he could have made a
23 mistake?
24    A.   Yes.

Page 237

1     Q.   Do you think that's what happened in this
2 case?
3     A.   Evidently, yes.
4     Q.   What mistake do you think he made?
5     A.   I don't know exactly what mistake he
6 made.  So I can't say.
7     Q.   What kind of mistake do you think he
8 might have made?
9     A.   Putting it in.
10    Q.   Putting it in?
11    A.   Yeah.
12    Q.   And why do you say that?
13    A.   Because it's bothering me.
14    Q.   Tell me everything -- let me backup.
15         You told me that they put you to
16 sleep for this procedure, correct?
17    A.   Yes.
18    Q.   When you woke up, were you in the
19 operating room or were you in your room?
20    A.   I was in my room.
21    Q.   Tell me everything you remember after
22 waking up.
23    A.   I was in discomfort.
24    Q.   Describe this discomfort.

Page 238

1     A.   It was just an excruciating pain.
2     Q.   Where was this pain?
3     A.   In my side.
4     Q.   Can you point to me where it was on your
5 body?
6     A.   It was right here.  Right in here, right
7 in here.
8     Q.   Did you have pain anywhere else when you
9 woke up?
10    A.   No.
11    Q.   So, you said it was excruciating pain in
12 your side?
13    A.   Yes.
14    Q.   And you had it right when you woke up?
15    A.   As soon as I woke up.
16    Q.   We talked a little bit about abdominal
17 pain you had before your filter was put in?
18    A.   Hm-hmm.
19    Q.   Was this the same kind of pain or
20 something different?
21    A.   Different.
22    Q.   Did you have it right when you woke up or
23 did it gradually start?
24    A.   It is immediately when I woke up, it

Page 239

1 was -- I was in pain.
2     Q.   So you woke up and it was suddenly
3 excruciating pain?
4     A.   Yes.
5     Q.   And this was a new pain you never had
6 before?
7     A.   Yes.
8     Q.   Did anyone tell you before the procedure
9 that you should expect to have pain after?
10    A.   No.
11    Q.   So did you think something was wrong?
12    A.   Yes.
13    Q.   I think earlier you told me that you
14 called a nurse for a pain shot?
15    A.   Yes.
16    Q.   Did it help?
17    A.   No.
18    Q.   Tell me then what happened.
19    A.   They took me back to the emergency
20 room -- I mean, operating room.  And they did a
21 procedure on me, and they said I had an aneurysm
22 that caused or an aneurysm or something.  I was
23 bleeding I guess inside because I had swole up and
24 it was red.

33 (Pages 236 - 239)

Page 240

1   Q.   So, was this the same day?
2   A.   Same day.
3   Q.   So you asked for the pain shot, and then
4 you were taken back to the -- after the pain shot,
5 how long after the pain shot were you taken back?
6   A.   I can't recall the time.  But I kept
7 complaining and then they came and looked at me and
8 they took me back.
9   Q.   And then did you come right back to your
10 room?
11   A.   Yes.
12   Q.   So, then what happened.
13   A.   What do you mean?
14   Q.   What happened after you came back to your
15 room?
16   A.   I told -- the nurse asked me how I was
17 feeling.  And I told her I felt I guess better and I
18 said I thought I was going to die I was in so much
19 pain, and she said, yeah, I did, too.  That's what
20 she said.
21   Q.   So after you went for the second
22 procedure, your pain went away?
23   A.   No, it didn't go away.  It was better.
24   Q.   It was better, but you still had it?

Page 241

1   A.   I still had it.
2   Q.   And then tell me what happened.
3   A.   I was treated for my -- I guess, my stay.
4   Q.   And then you were discharged a couple of
5 days later?
6   A.   Yes.
7   Q.   How was your pain before you were
8 discharged?
9   A.   It was -- I can't exactly remember, but I
10 can recall it was not as severe as it was.
11   Q.   So your pain got better?
12   A.   Yes.
13   Q.   In your plaintiff fact sheet, you said --
14 we asked when was the first time you experienced
15 pain from your filter, and you said, "in April
16 of 2011, you started feeling discomfort the day of
17 the procedure and you have experienced constant pain
18 since the procedure."
19   A.   Yes.
20   Q.   Do you recall writing that?
21   A.   Yes.
22   Q.   So is that true or did you just have pain
23 for an hour or so and then it went away?
24   A.   I'm in pain now.

Page 242

1   Q.   So you had a sudden onset of pain right
2 after the procedure, and you have had that pain from
3 that day one until now?
4   A.   Yes.
5   Q.   You said it got a little better before
6 you were discharged?
7   A.   Hm-hmm, yes.
8   Q.   You asked someone for a pain shot; is
9 that correct?
10   A.   Yes.
11   Q.   Did you -- if you had all this pain, did
12 you do anything else about it?
13   A.   I didn't know what to do about it.
14   Q.   Did you talk to any other doctors about
15 it?
16   A.   Yes.
17   Q.   What did you tell them?
18   A.   I went to the emergency room, and I told
19 them how I was feeling and he gave me a shot.
20   Q.   Before you were discharged, did you talk
21 to any doctors about your pain?
22   A.   Yes.
23   Q.   After the pain shot, did you still tell
24 them you were in pain?

Page 243

1   A.   Yes.
2   Q.   What did they do about it?
3   A.   Nothing.
4   Q.   Did you tell them that this pain was
5 different than the pain you had before?
6   A.   Yes.
7   Q.   Did you think this pain was because of
8 your filter?
9   A.   I believe so, yes.
10   Q.   Did you tell your doctor you thought the
11 pain was because of your filter?
12   A.   Yes.
13   Q.   So, you told the doctor before you were
14 discharged that you were having pain from your
15 filter?
16   A.   I told him I was having pain.  I didn't
17 know what it was from.
18   Q.   Did you do anything else about your pain
19 before you left?
20   A.   No.
21   Q.   You said you still have this pain today?
22   A.   Yes.
23   Q.   After you were discharged, you were still
24 in pain.  What's the next thing you did about it?

34 (Pages 240 - 243)

Page 244

```
 1    A.   What did I do after that?
 2    Q.   Yeah.
 3    A.   I dealt with it.
 4    Q.   You dealt with it?
 5    A.   Yes.
 6    Q.   Did you talk to anyone else about it?
 7    A.   I would go to the hospital when I felt I
 8 couldn't take it.
 9    Q.   And besides going to the hospital, did
10 you talk to anyone else about it?
11    A.   I don't understand what you mean.
12    Q.   Did you try to figure out how to make it
13 better?
14    A.   No.  I mean, I did what I thought I could
15 going to the medical center.
16    Q.   Did you think something wasn't right?
17    A.   Yes.
18    Q.   Did you talk to your girlfriend about it?
19    A.   Yes.
20    Q.   And did you talk to maybe Dr. Pangan
21 about it?
22    A.   I did, yes.
23    Q.   What did you tell Dr. Pangan?
24    A.   I told him about the pain I was in.
```

Page 245

```
 1    Q.   Did you tell him you think it was because
 2 of your filter?
 3    A.   I didn't know what it was from.
 4    Q.   Did you ask different doctors to try to
 5 help you?
 6    A.   Yes, I did.
 7    Q.   When do you think you thought it was
 8 because of your filter?
 9    A.   I can't remember, but I was told that is
10 what it probably was.  That's when my girlfriend and
11 I, you know, checked into it.
12    Q.   You say your girlfriend and you checked
13 into it.
14    A.   Hm-hmm.
15    Q.   What does that mean?  Tell me about that.
16    A.   It came across the TV about the IVC
17 filter, advertised on TV.
18    Q.   When was that?
19    A.   I can't recall.
20    Q.   Was it after you were discharged?
21    A.   Yes.
22    Q.   Was it before you had a car accident
23 after your filter we talked about in May of 2011,
24 was it before that?
```

Page 246

```
 1    A.   I guess.  I don't know.  I can't recall.
 2    Q.   That's fair.
 3              (Document marked as Deposition
 4              Exhibit No. 8.)
 5 BY MS. COX:
 6    Q.   I'm going to show you -- this is a record
 7 from Edward Hospital, marked as Exhibit 8, and this
 8 is while you were still admitted that when you went
 9 to the hospital on 4/25, this was a record while you
10 were still in Edward Hospital, and this is a consult
11 you had with a Dr. Gundlapalli for abdominal pain.
12 Do you see that?
13    A.   Okay, yes.
14    Q.   Is this someone -- you told me that you
15 were telling them that you were having pain.  Do you
16 think that's why you were sent to see this doctor?
17    A.   Yes.
18    Q.   Do you recall Dr. Gundlapalli?
19    A.   Yes.
20    Q.   What do you recall about Dr. Gundlapalli?
21    A.   I recall seeing him for my discomfort.
22    Q.   Okay.  So you were telling him that you
23 felt like you were in pain and you weren't expecting
24 to have this kind of pain?
```

Page 247

```
 1    A.   Right.
 2    Q.   And it was pretty debilitating, correct?
 3    A.   Yes.
 4    Q.   Did you tell Dr. Gundlapalli that you
 5 thought the filter was causing your pain?
 6    A.   Yes.
 7    Q.   And what did he say?
 8    A.   I can't remember what he said.
 9    Q.   But before you left the hospital, you
10 were telling people that you thought your filter was
11 causing you some sort of pain?
12    A.   Yes.
13    Q.   Do you remember doing anything else about
14 your trying to help with your pain besides talking
15 to Dr. Gundlapalli?
16    A.   No.
17    Q.   I'm going to show you another record.
18              (Document marked as Deposition
19              Exhibit No. 9.)
20 BY MS. COX:
21    Q.   This is record is from -- this exhibit is
22 from March 7, 2012.  Do you see that?  And then it
23 says Dr. Pangan.
24    A.   Yes.
```

35 (Pages 244 - 247)

Page 248

1    Q.   Now, at this point, you had your filter
2  almost a year, correct?
3    A.   Yes.
4    Q.   Is it your testimony that you had pain
5  ever since it was put in until today, correct?
6    A.   From day one, yes.
7    Q.   At this point, you had pain for about a
8  year, right?
9    A.   Yes.
10   Q.   Pain that you had told lots of doctors
11 that you thought was not right and probably because
12 of your filter, correct?
13   A.   Yes.
14       MR. MCCARLEY:  Objection, form, that's
15 not what he said.
16 BY MS. COX:
17   Q.   Tell me, was there anything about that
18 that I misstated.
19   A.   I don't know.
20   Q.   So, by this point, you had pain for about
21 a year, correct?
22   A.   Yes.
23   Q.   And here you're visiting with Dr. Pangan,
24 you say you would like to get evaluated by IR, which

Page 249

1  is interventional radiology, to see if removal is an
2  option.  It says, "he had a filter placed which he
3  was told he may have removed as it was a temporary
4  filter.  You would like to get evaluated by an
5  interventional radiologist to see if removal is an
6  option."  Do you see that?
7    A.   Yes.
8    Q.   Did I read that correctly?
9    A.   Yes.
10   Q.   Tell me what was going on in this visit
11 in March of 2012?
12   A.   I can't recall.
13   Q.   Were you talking to Dr. Pangan about
14 trying to get your filter out?
15   A.   Yes.
16   Q.   Why were you asking him to get your
17 filter out?
18   A.   I was in pain.
19   Q.   And so you thought that might help make
20 it better?
21   A.   Yes.
22   Q.   We see that you talked to Dr. Pangan and
23 you talked to Dr. Gundlapalli.  Did you talk to any
24 other doctors about trying to fix your pain or get

Page 250

1  your filter out?
2    A.   I talked to who I thought could help.
3    Q.   Do you recall anyone else besides Pangan
4  and Dr. Gundlapalli?
5    A.   I can't recall.
6    Q.   Now, you have been in pain for a year at
7  this point.  Did you do anything else to try to
8  figure out how to get it out or how to fix the pain
9  or what might be causing it?
10   A.   I did what I thought I could do and that
11 is going to the hospital.
12   Q.   Did you ever do any research?
13   A.   No.
14   Q.   You thought your filter might have been
15 causing you pain in March of 2012.  Did you get on
16 your phone and look up problems with filters?
17   A.   No.
18   Q.   Have you ever looked up problems with
19 filters?
20   A.   No.
21   Q.   We have already talked about how you had
22 pain since day one and how you still have pain.  Can
23 you tell me every doctor that you remember seeing
24 for pain from your filter?

Page 251

1    A.   Can I tell you every doctor that I have
2  seen?
3    Q.   Just for pain that you believe was caused
4  by your filter?
5    A.   No, I can't.
6    Q.   Is Dr. Crisostomo the pain doctor you
7  have seen for pain from your filter?
8    A.   Dr. Crisostomo, yes.
9    Q.   Is there another pain doctor that you
10 have seen for pain?
11   A.   Dr. Pangan.
12   Q.   Any other doctor?
13   A.   No.
14   Q.   You said that you and your girlfriend saw
15 an ad on TV.  Do you remember telling me that?
16   A.   Yes.
17   Q.   You couldn't recall when that was?
18   A.   No.
19   Q.   The records show that the first time you
20 went to see Dr. Crisostomo was in November of 2013.
21 Does that sound right?
22   A.   I can't recall.
23   Q.   If the records say that's the first time
24 you saw him, November of 2013, should we assume

36 (Pages 248 - 251)