## Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,    )
IVC FILTERS MARKETING,        )
SALES PRACTICES AND           ) Case No.
PRODUCTS LIABILITY            ) 1:14-ml-2570-RLY-TAB
LITIGATION                    )
------------------------      )
This Document Relates To:     )
  1:13-cv-01875-RLYTAB        )

The video deposition of ARTHUR L. GAGE SR., called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Patricia L. Wangler, Certified Shorthand Reporter in the State of Illinois, at 1500 Opus Place, Downers Grove, Illinois, on August 13, 2015, commenced at the hour of 1:15 p.m., and terminated at the hour of 3:27 p.m.

Reported By: Patricia L. Wangler, CSR
License No.: 084-002417

## Page 2

1    APPEARANCES:
2       FEARS & NACHAWATI LAW FIRM, by
3       MR. MATTHEW McCARLEY
4       4925 Greenville Avenue, Suite 715
5       Dallas, Texas  75206
6       (866) 705-7584
7       mccarley@fnlawfirm.com
8          Representing the Plaintiff
9          Arthur Gage,
10
11      WOODEN & McLAUGHLIN, LLP, by
12      MR. CHRISTOPHER D. LEE
13      21 SE Third Street, Suite 900
14      Evansville, Indiana  47708
15      (812) 401-6151
16      clee@woodmclaw.com
17         Representing the Defendants
18         Cook Incorporated, Cook Medical LLC
19         f/k/a Cook Medical Incorporated and
20         William Cook Europe ApS.
21
22   ALSO PRESENT:
23      MR. THOMAS SCHECKEL, Videographer.
24
25

## Page 3

1               I N D E X
2   WITNESS                        EXAMINATION
3   ARTHUR L. GAGE SR.
4      By Mr. Lee                       5
5
6
7
8
9
10              E X H I B I T S
11  NUMBER                      MARKED FOR ID
12  Gage Deposition
13     Exhibit No. 1                   17
14     Exhibit No. 2                   73
15     Exhibit No. 3                   73

## Page 4

1       THE VIDEOGRAPHER:  We are going on the record at 1:15 p.m.  Today's date is August 13th, 2015.  This deposition is being held at 1500 Opus Place in Downers Grove, Illinois.  Here begins the videotape deposition of Arthur Gage taken by the defendant.
6       This case is filed in the U.S. District Court, Southern District of Indiana in the matter of Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation.
10      My name is Thomas Scheckel in association with Stewart Richardson located in Indianapolis, Indiana.  I am the video specialist.  The court reporter is Patti Wangler, also in association with Stewart Richardson.
15      Counsel may now state their appearances for the record, and then the reporter will swear in the witness.
18      MR. MCCARLEY:  Matthew McCarley for Arthur Gage.
20      MR. LEE:  Christopher Lee for the defendants.
21      THE COURT REPORTER:  Raise your right hand, please.
23         (Witness sworn.)

Page 57

1    Q.  All right.  Now, prior to the IVC filter
2    being placed, did you ever have any type of right
3    side back pain?
4    A.  No.
5    Q.  Did you ever have any type of right hip
6    pain?  Right hip pain?
7    A.  No.
8    Q.  Had you ever been to see a physician for
9    right side -- really what you kind of pointed to is
10   your right stomach --
11   A.  Right.
12   Q.  -- to your back pain.  Have you ever
13   had -- prior to the IVC filter being placed, have
14   you ever seen a physician for that type of pain?
15   A.  No.
16   Q.  Okay.  Now, other than your right side
17   stomach and back pain, have you had any other type
18   of pain from the IVC filter that you believe is
19   associated with the IVC filter?
20   A.  Can you repeat that.
21   Q.  Sure.  Other than the stomach and back
22   pain that we have talked about --
23   A.  Uh-huh.
24   Q.  -- do you associate any other pain with
25   the IVC filter?

Page 58

1    A.  No.
2    Q.  Okay.  How much do you have this pain?
3    A.  Constant.  It is there all the time.
4    Q.  Okay.  Have you told your healthcare
5    providers about the pain?
6    A.  I did.
7    Q.  Okay.  Who in particular?
8    A.  Dr. Pangan, Dr. Larkin --
9    Q.  Okay.
10   A.  -- and a vascular doctor.
11   Q.  Okay.  Anyone else?
12   A.  No.
13   Q.  Okay.  Where is this vascular doctor
14   located?
15   A.  Loyola Hospital.
16   Q.  How long -- how many times have you seen
17   the vascular doctor?
18   A.  Many times.  I can't recall.
19   Q.  How did Dr. Pangan respond when you told
20   him about your pain?
21   A.  He referred me to a vascular doctor.
22   Q.  Okay.  That's the last you have had
23   conversations with him about your pain, Dr. Pangan?
24   Have you had any other conversations with
25   Dr. Pangan about your stomach pain, back pain?

Page 59

1    A.  Oh, all the time.
2    Q.  Okay.  Does he prescribe any type of pain
3    medication for you?
4    A.  He did not, no.
5    Q.  The vascular doctor did?
6    A.  Yes.
7    Q.  Did he prescribe any medications for you,
8    Dr. Pangan?
9    A.  Yes.
10   Q.  Okay.  What medications?
11   A.  Blood pressure.
12   Q.  Okay.  Other than the blood pressure, any
13   other types of medications Dr. Pangan would have
14   prescribed?
15   A.  No.
16   Q.  Okay.  Did the vascular doctor, when you
17   went to see the vascular doctor, what did she do
18   for you?
19   A.  He.
20   Q.  Okay, I am sorry.  I thought you said she
21   earlier.
22   A.  No.
23   Q.  What did he do for you?
24   A.  He gave me a pill, a nerve pill.
25   Q.  And that's the nerve pill we talked about

Page 60

1    earlier in this deposition that you had taken this
2    morning?
3    A.  Yes.
4    Q.  Did the vascular doctor prescribe any
5    other medications for you?
6    A.  No.
7    Q.  When are you scheduled to see the vascular
8    doctor next?
9    A.  I can't recall.
10   Q.  Are you scheduled to see the vascular
11   doctor again?
12   A.  Yes.
13   Q.  Okay.  And you would go to Loyola Hospital
14   to see that doctor?
15   A.  Yes.
16   Q.  Okay.  What has Dr. Larkin said about the
17   pain that you are having that you believe is
18   associated with the IVC filter?
19   A.  He said that he can't do anything about
20   it.  It is just there.
21   Q.  Has any physician recommended that the IVC
22   filter be removed?
23   A.  No.
24   Q.  Have they told you why they think that the
25   IVC filter should remain?