Confidential - Subject to the Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION
 3
       ------------------------------ )
 4     In Re:  COOK MEDICAL, INC.,    )  Case No.
       IVC FILTERS MARKETING,         )  1:14-ml-2570-
 5     SALES PRACTICES AND            )  RLY-TAB
       PRODUCTS LIABILITY LITIGATION  )
 6     ------------------------------ )  MDL No. 2570
       This Document Relates To:      )
 7                                    )
            1:14-cv-01875-RLY-TAB     )
 8          Arthur Gage               )
       ------------------------------ )
 9
10
            CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
12               VIDEOTAPED DEPOSITION OF
13                  ANTONIO PANGAN, M.D.
14
15                     April 25, 2017
16
17
          Loyola Center for Health at Burr Ridge
18                 Willowbrook, Illinois
19
20
21
22
23              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

Confidential - Subject to the Protective Order

Page 2

5  The videotaped deposition of
6  ANTONIO PANGAN, M.D., called for examination, taken
7  pursuant to the Federal Rules of Civil Procedure of
8  the United States District Courts pertaining to the
9  taking of depositions, taken before CORINNE T.
10 MARUT, C.S.R. No. 84-1968, Registered Professional
11 Reporter and a Certified Shorthand Reporter of the
12 State of Illinois, at the offices of Loyola Center
13 for Health - Burr Ridge, 6800 North Frontage Road,
14 Willowbrook, Illinois, on April 25, 2017,
15 commencing at 10:13 a.m.

Page 3

1  APPEARANCES:
2
   ON BEHALF OF THE PLAINTIFFS:
3    THE GALLAGHER LAW FIRM, PLLC
     2905 Sackett Street
4    Houston, Texas 77098
     713-222-8080
5    BY: MICHAEL T. GALLAGHER, ESQ.
       mike@gld-law.com
6        PAMELA McLEMORE, ESQ.
       pamm@gld-law.com
7
8    FEARS NACHAWATI
     4925 Greenville Avenue, Suite 715
9    Dallas, Texas 75206
     866-705-7584
10   BY: CHARLOTTE GULEWICZ, ESQ.
       charlotte@fnlawfirm.com
11
12
   ON BEHALF OF THE COOK MEDICAL, INC. DEFENDANTS:
13   FAEGRE BAKER DANIELS LLP
     300 North Meridian Street, Suite 2700
14   Indianapolis, Indiana 46204
     317-237-0300
15   BY: JESSICA BENSON COX, ESQ.
       jessica.cox@FaegreBD.com
16       NICHOLAS B. ALFORD, ESQ.
       nicholas.alford@faegreBD.com
17
18 ON BEHALF OF THE DEPONENT:
19   LOYOLA UNIVERSITY HEALTH SYSTEM
     2160 South First Avenue
20   Maywood, Illinois 60153
     708-216-2150
21   BY: PATRICIA CARI NOWAK, ESQ.
       patricia.nowak@luhs.org

Page 4

1  ALSO PRESENT:
2    SHAWNA FUGATE, Paralegal,
       The Gallagher Law Firm.
3
4
5  VIDEOTAPED BY:
6    BEN STANSON
7
8  REPORTED BY:
9    CORINNE T. MARUT, CSR No. 84-1968

Page 5

1           I N D E X
2  ANTONIO PANGAN, M.D.            EXAMINATION
3    BY MR. GALLAGHER..............  7
4
5
6         E X H I B I T S
7  PANGAN DEPOSITION EXHIBIT        MARKED FOR ID
8  No. 1   Medical records, first page      10
           with handwritten notes of
9          dates; no Bates numbers indicated
10 No. 2   4/15/11 Operative Note from      12
           Edwards Hospital; no Bates
11         number indicated
12 No. 3   x-ray images                     23
13 No. 4   4/27/11 record of Peripheral     32
           Procedure; Bates Nos.
14         Gage00011 - 00017
15 No. 5   5/2/11 medical record; Bates     35
           Nos. GLF-Loyola-000019 - 000020
16
   No. 6   12/11/13 radiology report;       38
17         Bates Nos. Gage00069
18 No. 7   12/3/13 radiology report; no     42
           Bates numbers indicated
19
   No. 8   5/12/15 Loyola radiology         55
20         report; no Bates numbers
           indicated
21
   No. 9   5/23/15 Loyola radiology         63
22         report; no Bates numbers
           indicated

Confidential - Subject to the Protective Order

Page 34

1 deployed."
2     Rough calculations. Then the doctor
3 arrived at 18:07 and the surgery was completed by
4 18 -- by 6:19. He got there at 6:07 and was
5 through about 6:19, correct?
6     A.  Yes.
7     Q.  Do you have any idea of whether that's
8 an extraordinarily short period of time for surgery
9 such as this to occur or is that normal or do you
10 have an idea one way or the other?
11    A.  I don't have any idea.
12    Q.  All right, sir.
13        I'm going to hand you some CT studies.
14    MR. GALLAGHER:  There are five there. It
15 starts with 12/3/13. I'm sorry.  12/11/13,
16 12/3/13, 5/12/15 and 5/23/15.
17        Let's mark that as No. 5. Then let's
18 mark them 5.  12/11 would be 6.  12/13 is 7.
19    MS. FUGATE:  I have a 12/3.
20    MR. GALLAGHER:  12/3. I'm sorry.
21    MS. FUGATE:  What is 7?
22    MR. GALLAGHER:  CT exam without contrast.
23 That's 7.  8 is 5/12/15.
24    MS. FUGATE:  That should be all of them,

Page 35

1 right?
2     MR. GALLAGHER:  No.  There is a 5/23/15 I
3 think.
4     MS. FUGATE:  I apologize. Some of these I
5 only have two. So, if the doctor and you could
6 share.
7         Here's 5.
8     MR. GALLAGHER:  Just get ready to be giving
9 them to him as I go through.
10        (WHEREUPON, a certain document was
11         marked Pangan Deposition Exhibit
12         No. 5, 5/2/11 medical record; Bates
13         Nos. GLF-Loyola-000019 - 000020.)
14 BY MR. GALLAGHER:
15    Q.  I want you to look very briefly at
16 Exhibit No. 5, which is a record of Loyola Medical
17 School or Loyola Medicine and you're the author.
18 It's progress notes dated 5/2/11?
19    A.  Yes.
20    Q.  All right, sir. That is some -- let's
21 see.  4/27, 4/30, about five days after the
22 surgery?
23    A.  Yes.
24    Q.  You state, "He states he has been having

Page 36

1 some pain in the right upper abdomen since placing
2 the filter. Is now on Coumadin 5 milligrams daily
3 (though he did have an episode of hematuria in the
4 hospital at which point they stopped his
5 anticoagulants for a day or so). No more blood in
6 his urine."
7        So, as of the time you saw him on the
8 2nd, he was back on his Coumadin?
9    A.  Yeah. The record states that.
10   Q.  Yes, sir. And you have no reason to
11 doubt that?
12   A.  Right.
13   Q.  Okay. Was he a pretty good guy? Did
14 you trust him as a patient when he talked with you?
15   A.  I don't know if he understood all of the
16 medical information that was presented to him. So,
17 I would say his medical knowledge wasn't great.
18 He's a good guy.
19   Q.  But he's a good guy?
20   A.  Yeah.
21   Q.  And I know there is nowhere in your
22 records that you ever see any place where you felt
23 like he had misrepresented anything to you?
24   A.  Correct.

Page 37

1    Q.  Even though you were his -- he was going
2 to both Loyola and Edwards and other places in
3 between, but was there any communication between
4 you and the doctors at Edwards relative to what was
5 being done at either place?
6    A.  Not to my recollection.
7    Q.  All right, sir.
8    A.  I'm pretty sure that didn't happen.
9    Q.  All right, sir. Were you prescribing
10 any medication for him?
11   A.  Yeah, I'm sure I was prescribing blood
12 pressure medicines and other medicines that are
13 most likely in the record.
14   Q.  Okay. But evidently his Coumadin was
15 begun back when he was in Edwards Hospital?
16   MS. COX:  Object to foundation.
17 BY MR. GALLAGHER:
18   Q.  He states -- he says, "Is now on
19 Coumadin 5 milligrams daily though he did have an
20 episode of hematuria in the hospital at which point
21 they stopped his anticoagulants for a day or so."
22       So, his anticoagulants were stopped
23 sometime before he -- in the five days before he
24 got back -- I mean his anticoagulants were resumed