RECORDS PERTAINING TO: Arthur L. Gage, Sr.
ALIASES (please check all):
DATE OF BIRTH: ███ 1949
SOCIAL SECURITY NUMBER: ███

## CERTIFICATION OF MEDICAL RECORDS

My name is _Gina L. Hess_, and I am personally acquainted with the facts herein stated:

I am the custodian of the records at _Albertsons_. I am attaching _99_ pages of records for the patient listed above.

These records are kept by our facility in the regular course of business, and it was the regular course of business for an employee or representative of our facility with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the records or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the originals or exact duplicates of the originals.

I declare under penalty of perjury that the foregoing is true and correct.

_Gina L Hess_  
Custodian of Records  
_11/11/2016_  
Date

_[signature]_  
Witness Signature  
_11/11/2016_  
Date

## CERTIFICATION OF NO RECORDS

My name is _____, and I am personally acquainted with the facts herein stated:

I am the custodian of records at _____.

A thorough search of both our active and archived files, carried out under my direction, revealed no documents, records or other materials called for in the authorization for the patient listed above, or any aliases for the listed patient above, for the following reason:

_____ All records for the time period in question have been destroyed in accordance with our document retention policy. We normally destroy records after _____ years.
_____ A thorough search of both our active and archived files have been performed and no such records were found.
_____ Other _____

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Custodian of Records

_____  
Witness Signature

_____  
Date

_____  
Date

**Record: 5853   LineCount: 9   Search Result: Excellent   Go To Next Record   Go To Previous Record**   Show Only 5853

| GAGE | ARTHUR | | | | 1949 |
|---|---|---|---|---|---|
| NEW  00 | 10/04/04 | 60  HNT  JW | 12.33 ILRX | | |

```
0460007  12/23/04  12/22/05    60    30  0 AGGRENOX CAPSULE SA      AGGRENOX CAPSULE SA         BOEHR 0   I
TAKE 1 CAPSULE TWICE         DAILY                                                      0
                                                  1/22/06  000597-0001-60
GEOFFREY S  KUHLMAN         406A W. BOUGHTON     BOLINGBROOK    IL 60440-0000        BK5490026-
NEW  00     12/23/04         60  HNT  JW         3.00 PERX
            NPC
```

**END OF RECORDS STORE -  3013**





| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0471326 | 3/04/05 | 3/03/06 | 60 | 30 99 AGGRENOX CAPSULE SA | AGGRENOX CAPSULE SA 99,999 | BOEHR | 0 | V |
| TAKE 1 CAPSULE TWICE | | | DAILY | | | | | |
| | | | RTS NPU 3-18-05MRU | | 4/03/06 000597-0001-60 | | | |
| GEOFFREY S KUHLMAN | | | 406A W. BOUGHTON | BOLINGBROOK   IL 60440-0000 | | BK5490026- | | |
| NEW   00   V   3/04/05 | | | 60   KAJ   SC | 3.00 PERX | | | | |
| PRN REFILLS | | | | | | | | |
| 0476218 | 3/18/05 | 3/17/06 | 60 | 30 99 AGGRENOX CAPSULE SA | AGGRENOX CAPSULE SA 99,999 | BOEHR | 0 | A |
| TAKE 1 CAPSULE TWICE | | | DAILY | | | | | |

Case 1:14-ml-02570-RLY-TAB   Document 5749-7   Filed 08/11/17   Page 4 of 8 PageID #: 20486

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Store: 3013 Osco Drug  
    1200 W. BOUGHTON  
    BOLINGBROOK, IL 60440  
Phone: (630)759-1362  
DEA: FO3743552  
Patient: ARTHUR L GAGE SR

**PATIENT INSURANCE / TAX**  
02/28/2007 TO 11/07/2016

DOB: ▮/1949

Date: 11/8/2016  
Time: 10:54 am  
Sex: M

| Store# | Rx# | Ref # | Disp Date | Qty Disp | Drug /NDC | Prescriber | Patient Paid/CPN T.P. Plan | Primary Insurance Paid |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 03013 | 584789 | 0 | 04/21/2007 | 30 | WARFARIN SODIUM 5MG TABLET<br>51672-4032-01 | MARK OBERMYER, MD | | |



Page 1 of 63

Albertsons 0042  
37

**PATIENT INSURANCE / TAX**
02/28/2007 TO 11/07/2016

| Store: | 3013 Osco Drug | | | | | | | Date: | 11/8/2016 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1200 W. BOUGHTON | | | | | | | Time: | 10:57 am |
| | BOLINGBROOK, IL 60440 | | | | | | | | |
| Phone: | (630)759-1362 | | | | | | | | |
| DEA: | FO3743552 | | | | | | | | |
| Patient: | ARTHUR L GAGE SR | | | | DOB: ▓/1949 | | | Sex: | M |

| Store# | Rx# | Ref # | Disp Date | Qty Disp | Drug /NDC | Prescriber | Patient Paid/CPN T.P. Plan | Primary Insurance Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03013 | 587136 | 0 | 05/08/2007 | 40 | WARFARIN SODIUM 5MG TABLET 51672-4032-01 | BRIAN ING | | |
| 03013 | 587136 | 1 | 06/04/2007 | 40 | WARFARIN SODIUM 5MG TABLET 51672-4032-01 | BRIAN ING | | |
| 03013 | 594413 | 0 | 07/06/2007 | 60 | WARFARIN SODIUM 5MG TABLET 51672-4032-01 | BRIAN ING | | |

Page 2 of 63

Albertsons 0043 38

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Store: | 3013 Osco Drug | | | | PATIENT INSURANCE / TAX | | Date: | 11/8/2016 |
| | 1200 W. BOUGHTON | | | | 02/28/2007 TO 11/07/2016 | | Time: | 10:57 am |
| | BOLINGBROOK, IL 60440 | | | | | | | |
| Phone: | (630)759-1362 | | | | | | | |
| DEA: | FO3743552 | | | | | | | |
| Patient: | ARTHUR L GAGE SR | | | | DOB: ███949 | | Sex: | M |

| Store# | Rx# | Ref # | Disp Date | Qty Disp | Drug /NDC | Prescriber | Patient Paid/CPN T.P. Plan | Primary Insurance Paid |
|---|---|---|---|---|---|---|---|---|
| 03013 | 596583 | 0 | 07/27/2007 | 75 | WARFARIN SODIUM 5MG TABLET<br>51672-4032-01 | BRIAN ING | | |
| 03013 | 599277 | 0 | 08/21/2007 | 40 | WARFARIN SODIUM 5MG TABLET<br>51672-4032-01 | BRIAN ING | | |

Albertsons 0044

| Store: | 3013 Osco Drug<br>1200 W. BOUGHTON<br>BOLINGBROOK, IL 60440 | **PATIENT INSURANCE / TAX**<br>02/28/2007  TO  11/07/2016 | Date: 11/8/2016<br>Time: 10:57 am |
|---|---|---|---|
| Phone: | (630)759-1362 | | |
| DEA: | FO3743552 | | |
| Patient: | ARTHUR L GAGE SR | DOB: ███949 | Sex: M |

| Store# | Rx# | Ref # | Disp Date | Qty Disp | Drug /NDC | Prescriber | Patient Paid/CPN T.P. Plan | Primary Insurance Paid |
|---|---|---|---|---|---|---|---|---|
| 03013 | 1576062 | 0 | 03/07/2011 | 30 | WARFARIN SODIUM 10MG TABLET<br>00555-0835-02 | TIMOTHY LARKIN | | |
| 03013 | 1576067 | 0 | 03/07/2011 | 40 | WARFARIN SODIUM 2.5MG TAB<br>00555-0832-02 | TIMOTHY LARKIN | | |

53

Albertsons 0058

| Store: | 3013 Osco Drug | | | PATIENT INSURANCE / TAX | | | | Date: | 11/8/2016 |
| | 1200 W. BOUGHTON | | | 02/28/2007 TO 11/07/2016 | | | | Time: | 10:57 am |
| | BOLINGBROOK, IL 60440 | | | | | | | | |
| Phone: | (630)759-1362 | | | | | | | | |
| DEA: | FO3743552 | | | | | | | | |
| Patient: | ARTHUR L GAGE SR | | | DOB: ████ /1949 | | | | Sex: | M |

| Store# | Rx# | Ref # | Disp Date | Qty Disp | Drug /NDC | Prescriber | Patient Paid/CPN T.P. Plan | Primary Insurance Paid |
|---|---|---|---|---|---|---|---|---|
| 03013 | 1578056 | 0 | 03/22/2011 | 3.6 | LOVENOX 60MG PREFILLED SYRN<br>00075-0621-60 | JULIE KOZLOWSKI | | |
| 03111 | 1993675 | 0 | 04/01/2011 | 3.6 | LOVENOX 60MG PREFILLED SYRN<br>00075-0621-60 | JULIE L APN KOZLOWSK | | |
| 03013 | 1580350 | 0 | 05/02/2011 | 60 | WARFARIN SODIUM 2.5MG TAB<br>00555-0832-02 | TIMOTHY LARKIN | | |

Page 18 of 63

54

Albertsons 0059