Page 76

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------- )
In Re: COOK MEDICAL, INC.,   ) Case No.
IVC FILTERS MARKETING,       ) 1:14-ml-2570-
SALES PRACTICES AND          ) RLY-TAB
PRODUCTS LIABILITY LITIGATION )
---------------------------- ) MDL No. 2570
This Document Relates To:    )
                             )
  1:14-cv-01875-RLY-TAB      )
  Arthur Gage                )
---------------------------- )

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONTINUATION OF THE VIDEOTAPED DEPOSITION OF
ANTONIO PANGAN, M.D.
Volume II

May 23, 2017

Loyola Center for Health at Burr Ridge
Willowbrook, Illinois

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 77

    The continuation of the videotaped deposition of ANTONIO PANGAN, M.D., called for examination, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, Registered Professional Reporter and a Certified Shorthand Reporter of the State of Illinois, at the offices of Loyola Center for Health - Burr Ridge, 6800 North Frontage Road, Willowbrook, Illinois, on May 23, 2017, commencing at 9:57 a.m.

Page 78

APPEARANCES:
 ON BEHALF OF THE PLAINTIFFS:
   THE GALLAGHER LAW FIRM, PLLC
   2905 Sackett Street
   Houston, Texas 77098
   713-222-8080
   BY: MICHAEL T. GALLAGHER, ESQ.
       mike@gld-law.com
       PAMELA McLEMORE, ESQ.
       pamm@gld-law.com

ON BEHALF OF THE COOK MEDICAL, INC. DEFENDANTS:
   FAEGRE BAKER DANIELS LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana 46204
   317-237-0300
   BY: JESSICA BENSON COX, ESQ.
       jessica.cox@FaegreBD.com
       KIP S.M. McDONALD, ESQ.
       kip.mcdonald@FaegreBD.com

ON BEHALF OF THE DEPONENT:
   LOYOLA UNIVERSITY HEALTH SYSTEM
   2160 South First Avenue
   Maywood, Illinois 60153
   708-216-2150
   BY: PATRICIA CARI NOWAK, ESQ.
       patricia.nowak@luhs.org

ALSO PRESENT:
   SHAWNA FUGATE, Paralegal,
     The Gallagher Law Firm.

VIDEOTAPED BY: ANTHONY MICHELETTO
REPORTED BY: CORINNE T. MARUT, CSR No. 84-1968

Page 79

         I N D E X
ANTONIO PANGAN, M.D.          EXAMINATION
   BY MS. COX.................   81

         E X H I B I T S
PANGAN DEPOSITION EXHIBIT        MARKED FOR ID
No. 10   Notice of Continuation of         83
         Video Deposition of
         Dr. Antonio Pangan
No. 11   Curriculum Vitae                  83
No. 12   folder of all Loyola              98
         University Medical Center
         medical records relating to
         Arthur Gage

No. 13   4/25/11 Edward Hospital Lung     118
         VQ Vent/Perf Scan Report;
         Bates Nos. Edward000861

No. 14   3/17/17 letter from Matthews &   138
         Associates to Andrea Pearson
         re designation of experts and
         opinion testimony
No. 15   5/17/11 Advocate Heart           144
         Institute medical record;
         Bates Nos. Midwest Heart
         000043 - 000044

No. 16   2/15/12 Adventist Bolingbrook    147
         Hospital emergency room
         record;
         Bates Nos. Adventist000157

1 (Pages 76 to 79)

Page 80

```
 1              E X H I B I T S
 2   PANGAN DEPOSITION EXHIBIT         MARKED FOR ID
 3   No. 17   2/9/15 Edward Hospital medical    149
 4        record;
 5        Bates No. Edward0002497
 6   No. 18   Medical records brought to        156
 7        deposition by Dr. Crisostomo
 8
 9   No. 19   11/30/15 LUMC medical record;     159
10        no Bates numbers indicated
```

Page 81

```
 1        THE VIDEOGRAPHER:  We are back on the record.
 2        Today's date is May 23, 2017.  The time
 3   is 9:57 a.m., as indicated on the video screen.
 4        Doctor, you are still under oath.
 5        Counsel, you may proceed.
 6            ANTONIO PANGAN, M.D.,
 7   called as a witness herein, having been previously
 8   duly sworn and having testified, was examined and
 9   testified further as follows:
10              EXAMINATION
11   BY MS. COX:
12      Q.   Thank you, Doctor.  I introduced myself
13   last time, but for the record my name is Jessica
14   Cox and I represent Cook in the lawsuit that
15   Mr. Gage has filed.
16        Everything from your last deposition
17   still applies.  So, if we ask you a question, you
18   just wait -- wait for me to finish my question
19   before you start to answer so she can keep an
20   accurate record.
21        If I ask you a question and you answer
22   it, I'm going to assume you understood.  Is that
23   fair?
24      A.   Yes.
```

Page 82

```
 1      Q.   If you don't understand my question,
 2   please let me know.
 3        If you need a break, please let me know.
 4   I just ask if I have a question pending, we go
 5   ahead and get your answer before we go on a break.
 6   Okay?
 7      A.   Okay.
 8      Q.   Any reason that you couldn't give your
 9   best testimony today?
10      A.   No.
11      Q.   Okay.  And you understand you're still
12   under oath as if you were in the court of law?
13      A.   I understand.
14      Q.   Okay.  As I just said, I'm a lawyer for
15   Cook.  But we haven't spoken about -- before the
16   deposition today or before the deposition we had
17   last time, correct?
18      A.   Correct.
19      Q.   And my first question is:  Mr. Gage's
20   lawyers are present here, and I wonder, before our
21   last deposition did you ever speak with them?
22      A.   No.
23      Q.   Since the last deposition did you speak
24   with them at all?
```

Page 83

```
 1      A.   No.
 2      Q.   And, so, would it be fair to assume that
 3   they haven't asked you to serve as an expert in
 4   this litigation?
 5      A.   No, they have not.
 6      Q.   I'm going to go ahead and hand you
 7   what's been marked as Exhibit 10, which is the
 8   Notice of your deposition.
 9        And I'll hand you Exhibit 11, which your
10   attorney provided to us as a copy of your CV.
11            (WHEREUPON, certain documents were
12             marked Pangan Deposition Exhibit
13             No. 10, Notice of Continuation of
14             Video Deposition of Dr. Antonio
15             Pangan, and No. 11, Curriculum
16             Vitae.)
17   BY MS. COX:
18      Q.   Now, I understand that the CV is the
19   only document you have that was responsive to our
20   Notice of Deposition from your attorney, but if you
21   could take a minute to look through Exhibit 11.
22   Can you confirm for me that this is an accurate and
23   current copy of your CV?
24      A.   Yes.  This is accurate and current.
```

Page 120

1  practice with PE?
2      A.  Yes.
3      Q.  Is PE life-threatening?
4      A.  Yes.
5      Q.  Have you seen or treated patients who
6  have died from PE?
7      A.  Yes.
8      Q.  How does that happen?
9      A.  So, if it's a massive -- if it's a large
10 number of clots, then it's almost like you're
11 blocking the blood flow that returns to the main
12 pump that sends blood to the rest of your body.
13     So, if you have three tubes that supply
14 blood to the heart and three of them -- five tubes
15 and three of them are blocked, then not enough
16 blood goes through the other two and your blood
17 pressure drops, you start having problems with
18 perfusing your brain and the rest of your body and
19 your heart.
20     Q.  And you told me that Mr. Gage had issues
21 pumping blood with his heart anyway, correct?
22     A.  He's had problems with his heart, yes.
23     Q.  So, it's probably a good idea you sent
24 him to the emergency room, correct?

Page 121

1      A.  Yeah.  At that point, yes.
2      Q.  During this visit on May 2, 2011,
3  Mr. Gage also told you that he was having pain in
4  his right upper abdomen since the filter was
5  placed.
6      Do you see that?
7      A.  I see that.
8      Q.  Do you recall this discussion with
9  Mr. Gage at all during this visit?
10     A.  I've had multiple discussions about his
11 pain issues.  So, I don't specifically remember
12 that one.
13     Q.  From your notes, it would appear that
14 during this visit Mr. Gage was telling you he
15 thought his filter was causing him pain.  Is that a
16 fair interpretation of that record?
17     A.  Yes.
18     Q.  So, he was reporting to you he thought
19 the filter was the cause?
20     A.  Yeah, I can only say what I wrote in my
21 note.  But, yeah, if you had to make an assumption,
22 I would say yes.
23     Q.  Would you have told him that this pain
24 after a filter was normal or expected?

Page 122

1      A.  No.
2      Q.  Do you recall anything else from this
3  visit?
4      A.  No.
5      Q.  I'm going to show you a note from
6  February 13, 2012.  Oh, sorry.  That is Bates 4207.
7      And during your progress notes it says
8  that Mr. Gage is "still having pain in the right
9  abdominal area which radiates to his back.  The
10 pain is 4 out of 10 out of 10, lasts for days on
11 and on."  (As read.)
12     And if you look down on your -- your
13 listing here, "Abdominal pain, unspecified site,"
14 it says, "Exam with right-sided pain, no rebounding
15 or guarding.  Patient states it started with
16 placement of filter.  Will d/w" -- is that discuss
17 with?
18     A.  Yes.
19     Q.  -- "IR to see if they commonly have
20 patients complain of pain after placement."
21     A.  Yes.
22     Q.  Did I read that correctly?
23     A.  Um-hmm.
24     Q.  And IR is an interventional radiologist

Page 123

1  who specializes in placing and removing filters,
2  correct?
3      A.  Correct.
4      Q.  And here you're noting that you wanted
5  to check with an IR because they have more
6  experience dealing with patients with IVC filters
7  than you do?
8      A.  Correct.
9      Q.  And that's because they actually place
10 them and remove them and see more patients with
11 them, correct?
12     A.  Sure.
13     Q.  Did you ever end up talking to an
14 interventional radiologist?
15     A.  I don't remember specifically.  I think
16 in summary my -- my recollection of his case is
17 that most of the people I talk to said they don't
18 usually cause much pain.
19     Q.  If you had talked to an interventional
20 radiologist, would you have documented that in your
21 chart?
22     A.  Maybe.  I -- maybe not.  Depends on when
23 I did it and if I was near a computer.
24     Q.  But most people you said that you spoke