**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to the Following Actions only:

      Elizabeth Jane Hill
      No. 1:14-cv-06016-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion for Summary Judgment:

| Exhibit | Description |
|---------|-------------|
| A | Operative Report  (November 17, 2010) |
| B | Hill Consent Form, Ex. 36 to Zuzga Dep. (4/19/17) |
| C | Operative Report  (March 23, 2011) |
| D | Radiology Report (August 12, 2013) |
| E | Operative Report (August 15, 2013) |
| F | Operative Report (August 21, 2013) |
| G | Deposition of Dr. Frank C. Lynch (May 26, 2017) |
| H | Deposition of Dr. Anthony Moreno, Volume 2 (April 26, 2017) |
| I | Deposition of Mark Zuzga, Volume 2 (April 19, 2017) |
| J | Deposition of Dr. Anthony Moreno, Volume 1 (March 14, 2017) |
| K | Expert Report of Alexander R. Marmureanu, M.D. (General) (June 29, 2017) |

| L | Deposition of Dr. Mohammed Rajebi (May 18, 2017) |
|---|---|
| M | Email from Matt Schultz re Plaintiff's assertion that she does not intend to rely on Dr. Rajebi for a specific causation opinion (May 16, 2017) |
| N | Deposition of Michael C. Fishbein, M.D. (July 21, 2017) |
| O | Deposition of Elizabeth J. Hill (November 10, 2016) |
| P | Deposition of Mark Zuzga, M.D., Vol. 1, (February 8, 2017) |
| Q | Expert Report of David Garcia, M.D (March 15, 2017) |
| R | Expert Report of Alexander R. Marmureanu, M.D. (Hill) (June 29, 2017) |
| S | Deposition of Alexander R. Marmureanu, M.D. (June 21, 2017) |
| T | Expert Report of Robert M. McMeeking, Ph.D (March, 2017) |
| U | Deposition of Robert M. McMeeking, Ph.D. (June 1, 2017) |
| V | History and Physical (Morton Plant 117-119) (August 13, 2013) |
| W | IFU for Cook® Celect® Filter Set |

US.113589148.01

Respectfully submitted,

Dated: August 11, 2017

*/s/ John T. Schlafer*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.113589148.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*

US.113589148.01