# EXHIBIT A

## MEASE COUNTRYSIDE HOSPITAL

*3231 MCMULLEN BOOTH ROAD SAFETY HARBOR, FL. 34695   (727)725-6105*

# FINAL REPORT

| | |
|---|---|
| **Patient:** HILL, ELIZABETH J | **CPI:** 100297604 |
| **DOB:** █████953  **Sex:** F     **Requesting:** Zuzga, Mark A | **MRN:** 960254931 |
| **Attending:** Zuzga, Mark A | |
| **Interpreted By:** Mark A Zuzga | **Patient Status:** Outpatient |
| | **Patient Location:** AMBC211 |
| Zuzga, Mark A | **Admit Date:** 11/17/2010 |
| 1840 MEASE DRIVE STE 301 | **Order #:** |
| SAFETY HARBOR, FL 34695 | **Occurrence #:** |

**ACC:** 15331258     IR IVC FILTER PLACEMENT                **Completed:** 11/17/10 10:22 am

INTERVENTIONAL OPERATIVE REPORT 11/17/10:

VASCULAR INTERVENTIONALIST: Mark Zuzga, D.O., RVT

FIRST ASSIST: None.

PREOP DIAGNOSIS:
Upcoming spinal surgery with increased risk for DVT and pulmonary embolism and contraindication to anticoagulation treatment.

POSTOP DIAGNOSIS:
Upcoming spinal surgery with increased risk for DVT and pulmonary embolism and contraindication to anticoagulation treatment.

OPERATIVE PROCEDURE:
1. RIGHT PERCUTANEOUS ACCESS TO THE RIGHT COMMON FEMORAL VEIN.
2. IVC GRAM.
3. PLACEMENT OF TEMPORARY IVC FILTER.

TOTAL FLUORO TIME: 1.5.

CONTRAST: 50 mL Optiray.

TOTAL SEDATION TIME: 10 minutes using trained independent personnel monitoring blood pressure, hemodynamics and pulse oximetry under versed and fentanyl.

IV SEDATION: 2 mg versed and 100 mcg fentanyl.

DESCRIPTION OF OPERATION AND FINDINGS: After proper consent was obtained and placed in chart, the patient's right groin was sterilized and prepped in usual fashion. Percutaneous access was obtained of the right common femoral vein with a micropuncture system at which time a 10 French sheath was inserted into the right groin. IVC gram was obtained showing no presence of thrombus within the inferior vena cava. The inferior vena cava was also deemed to be an appropriate size to accommodate the IVC filter which was deployed below the lowermost renal vein. Completion venogram showed proper placement without evidence of migration. The patient tolerated the procedure well and was taken to recovery in stable condition.

IMPRESSION:

SUCCESSFUL PLACEMENT OF A TEMPORARY IVC FILTER WITHOUT COMPLICATION.

J#2777931/dbs

Thank you for this referral,

| | | |
|---|---|---|
| **Name:** HILL, ELIZABETH J | **Location:** | **Patient Status:** O |
| **Exam:** IR IVC FILTER PLACEMENT | | **MRN:** 960254931 |
| *Printed: 11/22/2010 12:20PM* | *Page 1 of 1* | Dr. Zuzga 4  11/17/2 |

## MEASE COUNTRYSIDE HOSPITAL

3231 MCMULLEN BOOTH ROAD SAFETY HARBOR, FL. 34695   (727)725-6105

### FINAL REPORT

**Interpreted By:** Mark A Zuzga
**Transcribed By:**          MZ
**Electronically Signed By:**     Mark A Zuzga,

11/22/10 11:59 am
11/22/10 11:59 am