# EXHIBIT B

\* Auth (Verified) \*

# INFORMED CONSENT

I __Elizabeth Hill__ voluntarily consent to allow Dr./Drs. __Zuzga__ or his/her associates to perform the following procedure(s) referred to as:

__INFERIOR VENA CAVA FILTER PLACEMENT__          **IVC FILTER**

The risks have been fully explained to me. I understand that these risks may include but are not limited to:

- Contrast reaction
- Pain, infection, bleeding
- Injury to vessel or nerve (including perforation)
- Hematoma (large bruise)
- Stroke
- Pulmonary embolus (clot in lung)
- Filter Migration
- Heart Arrhythmia
- IVC thrombosis resulting in leg swelling
- Other _____

The risks of sedation/anesthesia have been fully explained to me and include but are not limited to respiratory problems, paralysis, brain damage, drug reaction or possibly death.

The alternatives to this procedure have been explained and include surgery, medical management and observation. My doctor has discussed with me the possible problems with recovery and outcomes I may or may not expect as a result of the procedure.

The benefits of this procedure have been fully explained. I understand that no results can be guaranteed or assured. The goal of this procedure is to significantly reduce your risk of pulmonary embolus.

If something unexpected happens to me during the procedure calling for additional procedures or treatments, I consent to allow my doctor to do what he/she believes necessary.

I acknowledge that I have read and fully understand this consent form and that all my questions have been answered to my satisfaction.

_Elizabeth Jane Hill_ / Signature of Patient   _K. Giddens, RN_ / Signature of Witness   0924  11-17-10 / Date / Time

_____ / Signature of Parent / Guardian / Surrogate   _[signature]_ / Signature of Physician   _____ / Date / Time

HILL, ELIZABETH J          ██/1953

ZUZGA, MARK A    11/17/10  CPI# 100297604
Pc#    61800094   F    57   MR# 960254931

INFORMED CONSENT
IVC FILTER

MPMHC 052808-17 Consents          Page 42 of 43


EXHIBIT 3e
WIT: Zuzga
DATE: 4-19-17
DAWN HILLIER, RMR, CRR

countryside 55