# EXHIBIT C

BayCare Health Sys 3/24/2011 12:03:10 PM PAGE 2/003 Fax Server

# MEASE COUNTRYSIDE HOSPITAL
3231 MCMULLEN BOOTH ROAD SAFETY HARBOR, FL 34695 (727)725-6105

## FINAL REPORT

Patient: HILL, ELIZABETH J
DOB: /1953  Sex: F
Requesting: Zuzga, Mark A
Attending: Zuzga, Mark A
Interpreted By: Mark A Zuzga

CPI: 100297604
MRN: 960254931
Patient Status: Outpatient
Patient Location: AMBC2114P
Admit Date: 03/23/2011
Order #:
Occurrence #:

Zuzga, Mark A
1840 MEASE DRIVE STE 301
SAFETY HARBOR, FL 34695

ACC: 16017460    IR VENOGRAM INFERIOR VENA CAVA WITH INJECTION
Completed: 3/23/11 10:37 am

DATE OF PROCEDURE: 03/23/11

VASCULAR INTERVENTIONALIST: Mark A. Zuzga, D.O., RVT

FIRST ASSIST: None.

PREOPERATIVE DIAGNOSIS: Need for temporary IVC filter removal.

POSTOPERATIVE DIAGNOSIS: Need for temporary IVC filter removal.

OPERATIVE PROCEDURE:
1. Ultrasound-guided access of the right internal jugular vein.
2. IVC gram.
3. Attempt at IVC removal, however, aborted secondary to inability to snare the IVC filter.

TOTAL FLUOROSCOPIC TIME: 23.4

CONTRAST: 20 mL Optiray.

TOTAL SEDATION TIME: 40 minutes using trained independent personnel monitoring blood pressure, hemodynamics and pulse oximetry, under intravenous Versed and fentanyl.

IV SEDATION: 2 of Versed and 100 mcg of fentanyl.

DESCRIPTION OF OPERATION AND FINDINGS: After proper consent was obtained and placed in the chart, the transported to the interventional suite. At this time, the right neck was sterilized and prepped in the usual fashion. Percutaneous access was obtained of the right internal jugular vein using realtime ultrasonography with the internal jugular vein being visual and free of thrombus. These images were stored in the hard drive. 10-French sheath was inserted. IVC gram was obtained identifying the previously placed IVC filter which was free of thrombus. Multiple snares were used to try to snare the previously placed filter, however, was unsuccessful probably due to fibrin present around the tip of the IVC filter. After multiple attempts the procedure was aborted, however, the patient tolerated the procedure well. The sheath was removed and local pressure was applied.

IMPRESSION:

SUCCESSFUL IVC GRAM IDENTIFYING A PREVIOUSLY PLACED IVC CAVA FILTER WITHOUT EVIDENCE OF CLOT, HOWEVER, AND UNSUCCESSFUL RETRIEVAL SECONDARY TO FIBRIN AROUND THE IVC FILTER TIP.

J#3002062/jlb

Thank you for this referral,

Name: HILL, ELIZABETH J
Exam: IR VENOGRAM INFERIOR VENA CAVA WITH INJECTION
Printed: 03/24/2011 12:01PM
Location:
Patient Status: O
MRN: 960254931
Dr. Zuzga 03/23/2011
Page 1 of 1

BayCare Health Sys   3/24/2011 12:03:10 PM   PAGE   3/003   Fax Server

## MEASE COUNTRYSIDE HOSPITAL
3231 MCMULLEN BOOTH ROAD SAFETY HARBOR, FL. 34695   (727)725-6105
## FINAL REPORT

Interpreted By: Mark A. Zuzga
Transcribed By: JB   3/23/11 7:19 pm
Electronically Signed By: Mark A. Zuzga,   3/24/11 11:50 am



Name: HILL, ELIZABETH J   Location:   Patient Status: O
Exam: IR VENOGRAM INFERIOR VENA CAVA WITH INJECTION   MRN: 960254931
Printed: 03/24/2011 12:01PM   Page 1 of 1   Dr. Zuzga 03/23/2011