# EXHIBIT F


# PENN STATE HERSHEY
## Milton S. Hershey Medical Center

Patient Name: HILL, ELIZABETH JANE                MRN 2197277

### Interventional Radiology Procedure

**RESULT STATUS:**                                 Final
**DOCUMENT SUBJECT:**                              VI VENOGRAM IVC FILTER REMOVAL
**ELECTRONICALLY SIGNED BY:**

**VI VENOGRAM IVC FILTER REMOVAL**
PATIENT NAME: HILL, ELIZABETH JANE
PATIENT MRN: 02197277
PATIENT DOB: ▮▮/1953
EXAM DATE OF SERVICE: 08/21/2013
EXAM NUMBER: 8330917
ORDERING PHYSICIAN: LYNCH, FRANK

**PROCEDURE(S):** Caval Venogram, SVC
Moderate Sedation, >=5 years old, 30 min
Ultrasound Guidance for Venipuncture
Vena Cava Filter Removal, Celect
Venogram Through Existing Catheter for Follow-up of Transcatheter Therapy

**HISTORY:** 59 year old female with a history of IVC filter placed at OSH Nov 2010 prophylactically before back surgery. The patient underwent an unsuccessful removal attempt four months later. The patient now presents to her local hospital in Clearwater Florida with abdominal pain. EGD showed a perforated filter leg in the small bowel.

**INDICATION:** IVC Filter No Longer Needed
**PHYSICIANS:** Frank Lynch, M.D.
**MEDICATIONS:** Fentanyl 200mcg
Midazolam 5mg
**CONTRAST:** Omnipaque 350 50 ml
**DOSIMETRY:** Fluoroscopy Time: 7.20 min.
Cumulative Dose: 528.00 mGy.
**COMPLICATIONS:** None.
**TIME OUT:** Initiated by Jennifer Strouse, R.N. at 08/21/2013 10:58:37
Patient Correctly Identified: Yes
Consents Signed: Yes
Procedure Verified: Yes
Patient Positioned Correctly: Yes
Patient Records Available: Yes
Procedure Equipment Available: Yes
Site / Side Marking Completed or N/A: Yes


# PENNSTATE HERSHEY
## Milton S. Hershey Medical Center

Patient Name: HILL, ELIZABETH JANE                                      MRN 2197277

---
### Interventional Radiology Procedure
---

**TECHNIQUE:** Following informed consent and verification of the correct patient identity and planned procedure, the right neck was sterilely prepped and draped. Fluoroscopic examination of the filter was performed in multiple obliquities. Puncture of the right internal jugular vein was performed using ultrasound guidance and a 4FR Micropuncture set. A static ultrasound image of the needle tip in the patent vein was captured and archived to PACS. Over the wire, a 7Fr 55cm sheath was introduced into the inferior vena cava below the filter over a Bentson wire. The sheath was injected and DSA imaging of the abdomen was performed as an inferior vena cavagram. Through the sheath, a 15mm snare was used in failed attempts to removed the filter. A 10Fr sheath was placed. Using the Contra catheter and a 10mm snare, a loop snare was formed in the filter apex. The wire ends were pulled back and the filter apex was shaved off of the caval wall. Through the sheath, the snare was used to captured the filter apex and removed the filter intact. Contrast was injected through the sheath and DSA imaging of the abdomen was performed as a follow-up cavagram to filter removal. The sheath was removed and direct pressure was applied to the puncture site until hemostasis was achieved.

**FINDINGS:**
Spot film imaging of the filter showed the filter to be tilted, placing the filter apex in contact with the caval wall. A fibrous cap was present over the filter hook. Therefore, a simple snare technique failed. As described, the filter was removed using a loop snare technique to free the filter apex. All arms and legs were intact. There was no evidence of thrombus in the IVC, IVC filter, or visualized proximal iliac veins on the initial IVC gram. As described above, the filter was removed intact without incident. The post filter removal cavagram demonstrated a normal IVC except for moderate narrowing at the filter expant site.

The effort and time require to removed the filter was far greater than normally required.

**INTERPRETATION:**
1. Successful technically difficult removal of a tilted apex embedded Celect IVC filter.

DICTATED: LYNCH, FRANK
REVIEWED AND SIGNED: LYNCH, FRANK
DATE DRAFTED: 08/21/2013 04:06 PM
DATE OF FINAL SIGNATURE: 08/21/2013 04:06 PM



**PENN STATE HERSHEY**
**Milton S. Hershey Medical Center**

Health Information Services
P.O. Box 850; Mail Code HU 24
Hershey, PA 17033-0850

Tel: (717) 531-3798
Fax: (717) 531-5068
jbifano@hmc.psu.edu

RE: Elizabeth Hill    2192272    ███    1953    Total Pages: 77
(Patient Name)    (Patient MRN)    (mm/dd/yyyy)

### A. Certification of Medical Records

(X) Milton S. Hershey Medical Center (MSHMC)
The MSHMC medical records for which this certification is made were created in the regular course of business at the Hershey Campus hospital, its contiguous clinics, or MSHMC facilities relying on either or both an electronic medical record at or near the time of the matter recorded.

_____
Custodian of the Records, or designee
Milton S. Hershey Medical Center

Sworn to and subscribed before me
This 3 day of Sept, 20 15

( ) MSHMC Outpatient Services Community Practice Sites
The MSHMC Outpatient Services Community Practice Site paper medical records for which this certification is made were created in the regular course of business at the MSHMC community practice site at _____ at or near the time of the matter recorded.

_____
Practice Site Manager or designee
MSHMC Outpatient Services

### B. Certification of Photocopies of Medical Records

The copies of the enclosed records are true and complete reproductions of all the original paper, electronic or microfilmed medical records (Choose one):

(X) Presented by the Milton S. Hershey Medical Center to HealthPort, Inc. for photocopying, OR

( ) Photocopied by Milton S. Hershey Medical Center Health Information Services

Cindy Jice
HealthPort, Inc. authorized representative

_____
Custodian of the Records, or designee
Milton S. Hershey Medical Center

Sworn to and subscribed before me
This 3 day of Sept, 20 15

Sworn to and subscribed before me
This ___ day of _____, 20___

This certification is given pursuant to 42 Pa. C, S, Ch. 61/Subch E (relating to medical records) by the custodian of the records, in lieu of his appearance.

Penn State 2

