# EXHIBIT H

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF INDIANA
2             INDIANAPOLIS DIVISION
3        CASE NO.  1:14-ml-2570-RLY-TAB
         MLD NO.   2570
4
5   IN RE: COOK MEDICAL, INC., IVC
    FILTERS MARKETING, SALES PRACTICES
6   AND PRODUCTION LIABILITY LITIGATION
7   _____/
8
         2808 West Dr. MLK Jr. Boulevard
9                 Tampa, Florida
            8:35 a.m. to 10:00 a.m.
10                April 26, 2017
11
12   VIDEOTAPED DEPOSITION OF ANTHONY MORENO, M.D.
13
14        Taken on behalf of COOK MEDICAL, INC. before
15   Kim Auslander, RPR, CRR, Notary Public in and for the
16   State of Florida at Large, pursuant to Notice of Taking
17   Deposition in the above cause.
18
19
20
21
22
23
24
25

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 10

1  have complications, and the surgeons are going to go
2  over it, and they are not perfect, and some of them we
3  can't take out.
4       But I leave the -- again, since I don't put
5  them in -- you know, if you do a procedure on a patient,
6  such as when I do the surgery on Ms. Hill, you go
7  through all the potential complications.
8       The surgeon who puts the filter in or the
9  radiologist who puts the filter in goes through all the
10 potential complications, so --
11      (Phone ringing.)
12      MR. ARBON: I apologize.
13  Q  Perforation of Ms. Hill's bowel is certainly
14 not a result that medically would have been desired
15 medically, correct?
16      MR. WEBBER: Objection to form and leading.
17      You can answer.
18  A  Again, you know, I am not an expert at
19 filters, but obviously she had a complication with the
20 filter. The filter was removed.
21  Q  Doctor, have you had any communications or
22 discussions about Ms. Hill's case with Mr. Webber
23 outside of the deposition, the last deposition?
24  A  We may have had a phone call or a conversation
25 a long time ago; six months ago, eight months ago, but I

Page 11

1  don't recall the context of the conversation. Maybe
2  just he introduced himself and said he was working
3  for --
4       THE WITNESS: Is it Cook?
5       MR. WEBBER: Yes.
6   A  -- the manufacturer, and this was going on,
7  and then I explained to him, you know, how I use filters
8  and why I use them.
9   Q  Okay. Have you had a conversation with
10 anybody else with his firm that you know of outside of
11 the course of this deposition?
12  A  Not that I recall.
13  Q  Have you had any conversations with Mr. Webber
14 or anyone from his firm since your last -- when we
15 started the deposition?
16  A  No.
17      MR. ARBON: I'm going to go ahead and pass the
18      witness, and I will reserve any time I have left
19      for additional questions.
20              EXAMINATION
21 BY MR. WEBBER:
22  Q  Good morning, Doctor. My name is Chuck
23 Webber. We met a couple times.
24  A  Yes.
25  Q  I am going to show you what we marked as

Page 12

1  Exhibit 10.
2       My understanding is that Exhibit 10 is your
3  medical chart, your medical records relating to
4  Ms. Hill. We received these from your office.
5       I just wanted to have you verify that quickly,
6  if you can, this is what we received, and you can read
7  as much of it as you want, but --
8   A  Yes. It looks like part of my records, yes.
9   Q  I will represent to you this is what we got
10 from your office.
11  A  Yes.
12  Q  And are these records that we're looking at in
13 Exhibit 10, are these notes and statements that relate
14 to your medical treatment or diagnosis of Ms. Hill?
15  A  Yes.
16  Q  And do they describe her medical history, her
17 symptoms, her sensations, their cause, things like that?
18  A  Yes.
19  Q  And you wanted these to be accurate, I assume?
20  A  Yes.
21  Q  And wanted them to be complete?
22  A  Yes.
23  Q  And were these notes that we see here made at
24 or around the time that you observed the events that are
25 recorded here?

Page 13

1   A  Yes.
2   Q  Okay. And these notes are kept in the
3  ordinary course of your practice?
4   A  Yes.
5   Q  And it's your regular practice to keep and
6  make records such as these?
7   A  Yes.
8   Q  Okay. Great.
9       Doctor, I want to talk to you -- I may jump
10 around a little bit just because I'm trying to structure
11 this for the time we have -- I want to start with the
12 surgery itself, if I might.
13      You did your surgery on Ms. Hill on
14 December 6th of 2010, I believe; does that sound
15 correct?
16  A  Yes.
17  Q  Okay. And do you recall -- I want to start
18 first with whether you used an anterior or posterior
19 approach with her.
20  A  Posterior approach.
21  Q  Okay. And so does that mean that she was on
22 her stomach the whole time?
23  A  Yes. From the back of the spine.
24  Q  Okay. Was that true throughout the surgery,
25 was she on her stomach, or were there periods of time

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 14

1 where she may have been on her side or somewhere else?
2   A   She was on her stomach the whole time.
3   Q   Was her stomach right on the operating table,
4 or was there some sort of frame that kind of allowed her
5 stomach to hang down or something like that?
6   A   Usually the abdomen is free.
7   Q   And did she have some sort of frame that
8 allows her abdomen not to press against the table
9 basically?
10   A   It's the standard spinal surgery frame; it's
11 called the Jackson frame, and basically it bolsters the
12 chest and iliac crest area and the stomach is free, to
13 reduce bleeding.
14       MR. WEBBER: All right. I'm going to show you
15   what we're going to mark as Exhibit 11.
16       (Defendant's Exhibit 11 marked for
17       identification.)
18   Q   Feel free to refer to the chart; we may keep
19 that handy. Feel free to keep that handy.
20       Exhibit 11 is the operative report from your
21 surgery on December 6, 2010; is that correct?
22   A   Yes.
23   Q   All right. And, again, I may have some
24 questions about it; you can just refer to this as you
25 wish, but did this surgery that you did on Ms. Hill

Page 15

1 involve spinal reconstruction?
2   A   Well, I don't know that -- that term is not
3 necessarily a medical term, but in my mind, it did.
4   Q   Okay. Did it involve -- and I may be
5 pronouncing this wrong -- thoracolumbar spinal fusion?
6   A   Thoracolumbar. Yes.
7   Q   Thoracolumbar spinal fusion --
8   A   Yes.
9   Q   -- it involved that?
10   A   Yes.
11   Q   Did the surgery you did involve lumbar spinal
12 fusion?
13   A   Yes.
14   Q   Did it involve a laminectomy?
15   A   Yes.
16   Q   Did it involve arthrodesis?
17   A   Yes.
18   Q   What is arthrodesis?
19   A   When you link the bones together.
20   Q   And how about laminectomy?
21   A   Laminectomy is when you remove bone to free up
22 the nerves.
23   Q   Okay. And the spinal fusion -- you said a
24 lumbar spinal fusion and a thoracolumbar spinal
25 fusion -- I probably got it wrong again -- in general,

Page 16

1 what are those?
2   A   Just the thoracic is the part of the spine
3 where the ribs are, and the lumbar is the low back, so
4 it's part of upper back and the lower back. That's all
5 it is.
6   Q   When we talk about a fusion, what is that, in
7 layman's terms?
8   A   When you link the bones together with rods and
9 screws and you put bone graft there so the bone heals
10 and takes the stress off the rods and screws.
11   Q   Did her surgery involve instrumentation?
12   A   Yes.
13   Q   What is instrumentation?
14   A   It is the rods and the screws and the spacer.
15   Q   And did her surgery involve iliocaval
16 manipulation?
17   A   Iliocaval, no.
18   Q   All right. Now, you say in your operative
19 report, Exhibit 11, on page two, I believe -- and it's
20 towards the -- I'm sorry; it's on the third page.
21       In the third paragraph, you say, We did
22 decorticate then aggressively.
23       What is that a reference to? What is
24 decorticating aggressively?
25   A   Decorticate means you rough the bone up for

Page 17

1 fusion, so all the bony areas, you score them --
2   Q   Okay.
3   A   -- so they'll heal.
4   Q   All right.
5       Doctor, how would you characterize this
6 surgery that you did on Ms. Hill on kind of a rough
7 scale, from minor to major?
8   A   Major.
9   Q   All right. What is large deformity surgery?
10   A   Well, I mean, it's not necessarily a medical
11 term, but basically when a spinal fusion is more than
12 five levels, I would say, it's a different category of
13 surgery; there's more blood loss, more risk, more time,
14 more complication, high complication rates.
15   Q   When you talk about a level of surgery, what
16 does that mean? What is a level?
17   A   Well, level means like, you know, one level
18 would be L4/5, you know, so each spine bone is numbered
19 and the disc in between, so one level is basically the
20 two bones and the one disc.
21   Q   I see. Okay.
22   A   So Ms. Hill's was from T9 to the pelvis, so
23 from T9, it went T9/10, 10/11, 11/12, 1/2, 2/3, 3/4,
24 4/5, 5/1, down to the pelvis.
25   Q   Okay. How many levels is that?

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 18

1  A   That should be six and three -- should be nine
2  levels.
3  Q   Okay. Would you regard Ms. Hill's surgery as
4  a large deformity surgery?
5  A   Yes.
6  Q   All right. And would you regard her surgery
7  as complex spinal surgery?
8  A   Yes.
9  Q   Would you regard her surgery as a multisegment
10 surgery?
11 A   Yes.
12 Q   And when you talked about levels, is that kind
13 of synonomous with segments, or is a segment different
14 from a level?
15 A   It's a level. Same.
16 Q   Same thing?
17 A   Uh-huh.
18 Q   So there were nine segments or nine levels
19 involved in her surgery?
20 A   Yes.
21 Q   All right. Now, you said earlier in the
22 deposition when we last met that -- and I wrote down the
23 quote -- these are massive surgeries, and the patient is
24 open from their neck to their butt.
25     Does that describe Ms. Hill's surgery as well?

Page 19

1     MR. ARBON: Objection to form.
2  A   Ms. Hill's actually wasn't -- those surgeries
3  are more -- a little higher up, so hers was her midback
4  to her buttocks.
5  Q   Okay. So that her incision --
6  A   It's a very big surgery. The whole thing is
7  wide open. You're putting in -- in Ms. Hill's, she had,
8  you know -- I can't tell you how many exact screws, but,
9  you know, over 20 screws.
10 Q   All right. This is not polite surgery, is it?
11 I mean --
12 A   Well, it's eloquent surgery, because you have
13 to do it safely, and you have to do it -- you know, but
14 it's real surgery. It's a big surgery.
15 Q   Exactly.
16     And by polite, I don't mean it's not exacting,
17 but it takes a lot of force, right? It --
18 A   Not necessarily --
19     MR. ARBON: Objection.
20 A   -- I wouldn't say force, no.
21 Q   Does it involve a lot of drilling and screws?
22 A   Well, you have to make a pilot hole for the
23 screw in the bone.
24 Q   All right.
25 A   In bone.

Page 20

1  Q   I've heard it compared to carpentry. Is that
2  kind of an --
3  A   Well, there's different parts to it. Some of
4  it is carpentry, and some of it's -- it's nerve work, so
5  it's both. It's neurologic and it's mechanical.
6     MR. ARBON: I know we're in a hurry, but you
7  guys are really talking over each other badly.
8     MR. WEBBER: We will try to do better with
9  that.
10    MR. ARBON: And I have to sneak in an
11 objection once in a while.
12    MR. WEBBER: That's all right. I want to let
13 you do that.
14 Q   Doctor, do you recall how long Ms. Hill's
15 surgery lasted?
16 A   I can't recall.
17    (Defendant's's Exhibit 12 was
18    marked for identification.)
19 Q   I'm going to show you what we've marked as
20 Exhibit 12 --
21 A   I could guess, but --
22 Q   Yeah, we probably don't need you to.
23    I'm going to show you something called -- I
24 believe this is an intraoperative record.
25    If you look about halfway down under MC case

Page 21

1  times -- do you see that?
2  A   Yes.
3  Q   And there is an indication, procedure surgery
4  start time is listed as 9:19 a.m.?
5  A   Okay.
6  Q   And then if you go across to the right, it
7  says surgery stop time, 18:05. Is that 6:05 p.m.?
8  A   Okay.
9  Q   Does that look right to you?
10 A   Well, usually we start before 9:00, but in
11 general -- what is that -- 9 to -- what time did it
12 stop? I don't see a stop time. I would think it would
13 be eight to nine hours, would be reasonable.
14 Q   If you look to the right, it looks like it
15 stopped at 6:05 p.m.
16    So from 19:19 a.m. to 6:05 p.m., it would be
17 pretty close to a nine-hour surgery, correct?
18 A   It's possible by the time they got her out of
19 the room, closure.
20 Q   That sounds about right, though?
21    MR. ARBON: Objection to form.
22 A   Yup. That's why I use the filters.
23    MR. ARBON: Objection. Responsiveness.
24 Q   Her surgery was to correct primarily
25 scoliosis; is that correct?

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 26

1  yes.
2  Q   All right. And she came to you on this
3  particular day to talk about the possibility of having
4  further surgery to deal with some issues she was having,
5  correct?
6  A   Yes.
7  Q   You notice in her past medical history -- or
8  you note in her past medical history that she had
9  diverticulosis, she also had hypertension; that's high
10 blood pressure, right?
11 A   Yes.
12 Q   If you look at the next page under Family
13 History, it lists CVA in father. What is CVA?
14 A   Cerebrovascular accident.
15 Q   He had a stroke or something like that?
16 A   Yes.
17 Q   Okay. Why don't we look on the page MM 52, I
18 guess the last page of your note. Are you there with
19 me?
20 A   Yes.
21 Q   Under the Plan that you've got here, it says,
22 She would like to consider the possibility of surgical
23 intervention.
24     Do you see where that is about four lines
25 down, five lines down?

Page 27

1  A   Yes.
2  Q   It says, This would likely include -- and can
3  you pronounce that for me again? I apologize.
4  A   Thoracolumbar.
5  Q   -- thoracolumbar fusion T9 to the pelvis,
6  additional levels as indicated; correct?
7  A   Yes.
8  Q   That's in fact the surgery you ended up doing,
9  correct?
10 A   Yes.
11 Q   Then if you go down a few lines, it says, We
12 reviewed with the patient risks versus benefits as well
13 as alternatives of surgery with her, and it says, They
14 include but are not limited to paralysis, death,
15 infection, failure to relieve pain, increase in back or
16 leg pain, herniation of disc material, need for future
17 surgery, scarring, CSF leak -- what is CSF?
18     MR. ARBON: Objection to form.
19 A   Spinal fluid leakage.
20 Q   Okay.
21     -- worsening of pain, bowel or bladder
22 problems, or paralysis, bleeding with the need for blood
23 transfusion, disease transmission, chronic graft site
24 pain, instrumentation failure, pseudo-arthrosis, and
25 need for revision surgery.

Page 28

1  Are those all risks you explained to Ms. Hill?
2     MR. ARBON: Objection to form.
3  A   Yes.
4  Q   Are those the normal -- I mean, is that sort
5  of your standard risks that you talk with patients about
6  before they have this sort of surgery?
7  A   Yes.
8  Q   All right. And it says, She voiced
9  understanding and wished to undergo surgical
10 intervention; correct?
11 A   Yes.
12 Q   It also says then, the next line, The patient
13 will need to have IVC filter placement prior to surgery,
14 that's to be done with Doctor -- then it says Tsoukas, I
15 think it means Zuzga?
16 A   Yeah, Zuzga.
17 Q   Doctor, why did Ms. Hill need an IVC filter,
18 in your view?
19 A   Due to the magnitude of the surgery and the
20 fact that I cannot give her anticoagulants after surgery
21 unless I want to accept the risk of hematoma formation
22 in the spine --
23 Q   All right.
24 A   -- with paralysis.
25 Q   That would be the risk of giving her

Page 29

1  anticoagulants?
2  A   Right.
3  Q   What is a hematoma in the spine?
4  A   Well, if you give anticoagulants like you do
5  for hip or knee surgery, sometimes it can bleed to the
6  surgical site, and it's more risky if you do a
7  laminectomy, like I did on Ms. Hill, because it bleeds
8  from the bony edges that you create in surgery, so it
9  bleeds in the area where you operate, and it can cause a
10 neurologic deficit, bowel or bladder, which usually does
11 not come back, or weakness in the legs.
12 Q   When you say neurological deficit, bowel or
13 bladder, what is the effect of that on the patient?
14 What happens to the patient?
15 A   The patient loses leg function, loses
16 bowel/bladder function.
17 Q   Okay. So those are all risks of giving
18 anticoagulants?
19 A   Yes.
20 Q   And an anticoagulant, just so the record is
21 clear, is a blood thinner basically?
22 A   Right. Like Heparin.
23 Q   Okay. So what are the other risks? Are there
24 other risks of giving anticoagulants other than the ones
25 you mentioned?

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 30

1  A  Well, I worry about the spine of course, but
2  yes, of course there's other risks. You can bleed from
3  anywhere.
4  Q  All right. So what then -- why did she need
5  to have either anticoagulants or a filter put in?
6  A  Because she's at higher risk for a
7  thromboembolic disease, which is clots in the veins
8  after surgery. High risk.
9  Q  Let me back up. You said a thromboembolic
10 event?
11 A  Thromboembolic is clots in the venous system
12 of the body.
13 Q  What can happen if those develop?
14 A  Those clots can go to the lungs and cause
15 pulmonary embolism and death.
16 Q  You were going to explain, why is she at a
17 higher risk of having blood clots that might get to her
18 lungs and cause death?
19 A  Due to the magnitude of the surgery, the
20 length of the surgery, the blood loss, the time on the
21 table. The rates are higher with complex spinal
22 surgery.
23 Q  All right. So those factors would put her at
24 increased risk to develop a pulmonary embolism?
25 A  Yes. And death.

Page 31

1  Q  And was hypertension, her high blood pressure,
2  another risk factor that might put her at greater risk?
3  A  I'm not sure about that.
4  Q  All right. How about increased BMI? Her BMI
5  was a little bit elevated. Is that something --
6  A  I don't think Ms. Hill's BMI was an issue.
7  You know, I think for really any patient undergoing the
8  magnitude of the surgery, I do filters. I still do
9  them. I did one yesterday.
10 Q  You basically typically do them as a matter of
11 course for surgeries of the type that --
12 A  If they have risk factors. If they are
13 morbidly obese, I will, if it's a longer surgery, if
14 they've had a blood clot in the past, if they have a
15 family history, if they have a genetic disorder that
16 causes clots, or if they're having a large, complex
17 spinal surgery, which is what my specialty is.
18 Q  All right. I think you said in the last
19 deposition that -- or the last time we met that if you
20 were to give her an anticoagulant instead of a filter,
21 you said there was about a 5 to 10 percent chance of her
22 developing one of those hematomas in the spine; is that
23 about right?
24     MR. ARBON: Objection to form.
25 A  I would have to look at that, but I think

Page 32

1  those are the numbers of the surgeons that have done
2  that, and then take them back to surgery and drain the
3  hematoma and try to deal with neurologic loss. There's
4  a couple centers that do that.
5  Q  That's something you were trying to avoid with
6  this?
7  A  Yes.
8  Q  You used the filter to avoid that?
9  A  I always have. Over 15 years I have done the
10 filters, and it's worked.
11     MR. ARBON: Objection to the responsiveness.
12 Q  There are risks with an IVC filter too,
13 correct?
14 A  Yes.
15     These surgeries, by the way, when you talk
16 about risks, all those risks I mentioned have the
17 highest complication rate of any surgery. It's probably
18 about 70 percent of patients have some complication, and
19 this is at Johns Hopkins.
20     So if you do a complex spinal surgery, you put
21 in all these screws and rods and free the nerves and
22 straighten the spine some and help their pain, I tell
23 them, this is the biggest surgery there is, and you are
24 most likely going to have some complication.
25     MR. ARBON: Objection. Nonresponsive.

Page 33

1  Q  Does the IVC filter itself have some risks?
2  Is there a risk to using an IVC filter?
3  A  Yes.
4  Q  Did you know about those risks when you
5  prescribed the filters?
6  A  I know the general risks, yes.
7  Q  What are some of the risks that you're aware
8  of?
9  A  Migration.
10 Q  Other risks that you're aware of?
11 A  Irretrievable filters.
12 Q  Have you heard of filters perforating before?
13 A  I haven't really heard of them perforating --
14 yeah, I would say a couple times I have.
15 Q  Okay. So were all of those risks risks you
16 knew of when you prescribed the filter for her?
17 A  Yes.
18 Q  And are those risks kind of obvious and
19 expected, given what you know?
20 A  Well, you have to look at the magnitude of
21 what you're doing. You have to look at the risks and
22 the benefits of what you're doing for the patient. For
23 me, one risk I don't want to take is that Ms. Hill could
24 have died.
25     So what happens is you do these surgeries, you

9 (Pages 30 - 33)

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

Page 58

1  Q  Would you be okay if we can mark those as an
2  exhibit --
3  A  Sure.
4      MR. WEBBER: I just need some more stickers
5  from you, ma'am.
6      THE WITNESS: This is only a couple. There's
7  dozens, but this is a couple.
8      MR. WEBBER: So you've actually printed out --
9      MR. ARBON: Objection. Responsiveness.
10     MR. WEBBER: You've printed out a couple of
11 the studies?
12     THE WITNESS: Yes.
13     MR. WEBBER: So I'm just going to mark all of
14 these as Exhibit 20.
15     (Defendant's Exhibit 20 marked for
16 identification.)
17  Q  I'm marking as Exhibit 20 the studies that you
18 just referred to; is that correct?
19  A  Yes.
20  Q  And there's approximately three studies that
21 are all together --
22  A  Four or five, yeah. Four or five, but there's
23 plenty more.
24  Q  And these are studies that you personally went
25 out and found that talk about the use of IVC filters in

Page 59

1  patients who are undergoing high risk spinal surgery?
2  A  Yes. Both neurosurgery and orthopaedics, more
3  commonly used in spinal deformity surgery, which is
4  scoliosis and kyphosis, which is what Ms. Hill had;
5  scoliosis.
6  Q  Okay. Doctor, do you continue to prescribe
7  IVC filters today?
8  A  Yes. As I said, I operated on a gentleman
9  yesterday who had an IVC filter in before surgery. Yes.
10 Q  Do you believe that IVC filters can save
11 lives?
12 A  Yes, I do.
13 Q  Do you want to have the option of prescribing
14 these filters for your patients in the future?
15     MR. ARBON: Objection to form.
16 A  I don't think I'll perform those surgeries
17 without some means of preventing them from getting
18 embolism, so in my mind, if I can't do the filters, you
19 know, I probably won't do those complex surgeries.
20 Q  If one of your loved ones was going to have
21 the type of surgery that you performed on Ms. Hill,
22 would you want them to have an IVC filter before the
23 surgery?
24     MR. ARBON: Objection to form.
25 A  Yes. My father, by the way, has a filter in

Page 60

1  for blood clots.
2     MR. ARBON: Objection. Responsiveness.
3     THE WITNESS: It's the truth, is what it is.
4     MR. ARBON: Like you, Doctor, I have a job to
5  do too.
6  Q  Let me ask it this way. Do you have a
7  relative who actually has an IVC filter?
8  A  Yes.
9  Q  Who is that?
10 A  My father.
11 Q  What does he have that for?
12 A  For blood clots in his legs that went to his
13 lungs. He doesn't do well with blood thinners.
14 Q  Is there anything you've seen in this
15 deposition that the Plaintiffs have shown you that has
16 changed your mind about the use of IVC filters in the
17 types of surgery you did on Ms. Hill?
18 A  Well, in my mind, in this deposition, there
19 never was a question about whether it was appropriate to
20 use an IVC filter. This deposition is about, well, are
21 there complications with IVC filters and its devices,
22 and those are complications that any procedure you do on
23 a patient you will have.
24     So there is no question whether an IVC filter
25 is appropriate for adult complex spinal reconstructive

Page 61

1  surgery, because the answer is yes. It saves lives.
2  The question is, well, are some of those going to have
3  complications, and the answer is yes, some of them are,
4  and that's part of doing large complex surgery, that you
5  will have complications.
6     MR. ARBON: I object to the responsiveness.
7     MR. WEBBER: Thank you. That's all the
8  questions I have right now.
9     MR. ARBON: I am going to do this quickly. I
10 have not seen these articles, Doctor. Can I very
11 quickly look at them; and I don't mean to waste
12 time with that.
13    THE WITNESS: We are off or we are on?
14    MR. WEBBER: Still on, but if you need to --
15    MR. ARBON: We can go off. I can certainly go
16 off. I will agree to that.
17    VIDEOGRAPHER: We are going off the record.
18 The time is 9:33 a.m.
19    (A short recess was taken.)
20    VIDEOGRAPHER: We are back on the video
21 record. The time is 9:35 a.m.
22    Counsel, you may proceed.
23       CONTINUED EXAMINATION
24 BY MR. ARBON:
25 Q  Doctor, Exhibit 20 are articles that you

16 (Pages 58 - 61)