# EXHIBIT J

Confidential - Subject to the Protective Order

```
 1           IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
                 IN AND FOR PINELLAS COUNTY, FLORIDA
 2                              - - -
 3      ELIZABETH JANE HILL,              :
                                          :
 4              Plaintiff,                :
                                          : CASE NO.
 5              vs.                       : 1:14-cv-06016
                                          :
 6      COOK MEDICAL INCORPORATED         :
        a/k/a COOK MEDICAL, INC.;         :
 7      COOK INCORPORATED and COOK        :
        GROUP, INC.,                      :
 8                                        :
                Defendants.               :
 9                              - - -
               CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10
                      Tuesday, March 14, 2017
11                              - - -
12              Videotaped Deposition of ANTHONY P. MORENO,
13      M.D., held at Moreno Spine & Scoliosis, 1800 Mease
14      Drive, Safety Harbor, Florida, on the above date,
15      beginning at 8:01 a.m., before Kimberly A. Overwise, a
16      Florida Professional Reporter, Certified Realtime
17      Reporter, and Notary Public.
18                              - - -
19
20
21                   GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph | 917.591.5672 fax
22                       deps@golkow.com
23
24
25
```

Page 10

1  Q  And you don't have any idea whether those
2  filters are or are not FDA-approved?
3  A  No. I mean, I -- no. It's not my specialty.
4  Q  Can you tell me, who is Dr. Tsoukas,
5  T-S-O-U-K-A-S?
6  A  No.
7  Q  Don't know him?
8  A  No.
9      MR. HEAVISIDE: I'll mark this as Exhibit 3.
10     MR. WEBBER: Do you have one for me?
11     MR. HEAVISIDE: I'm sorry?
12     MR. WEBBER: Do you have copies for me? I can
13  look at my records if you don't.
14     MR. HEAVISIDE: Yeah, I have a copy for you.
15     MR. WEBBER: Oh, you do.
16     MR. HEAVISIDE: Exhibit 3.
17     (Moreno Exhibit No. 3 was marked for
18  identification.)
19     MR. WEBBER: Thank you.
20  BY MR. HEAVISIDE:
21  Q  This is your office note of 4/14/10 regarding
22  Elizabeth Hill; correct?
23  A  Yes, 2010.
24  Q  Will you turn to the last page, please. The
25  third-from-the-bottom line says: She will have IVC

Page 11

1  placement prior to surgery, that to be done with
2  Dr. T-S-O-U-K-A-S for a removable filter.
3  A  That's probably -- I think that's supposed to
4  be Zuzga. He's a vascular surgeon. It's a misspelling.
5  It's Z-U --
6  Q  Yeah, I know Zuzga.
7  A  Zuzga, Z-U-Z-S-G-A (sic).
8  Q  So T-S-O-U-K-A-S is a misspelling for
9  Z-U-Z-G-A?
10 A  Yes.
11 Q  And at that point in time you were making that
12 referral for a removable filter; is that right?
13 A  Usually it is removable, yes. Yeah, it says
14 removable.
15 Q  And why did you want it to be a removable
16 rather than a permanent filter?
17 A  Well, that's -- you know, that's what's
18 recommended if the patient's not too old. Sometimes I
19 do leave them in forever, but the medical doctors, if
20 the patient's younger, usually like to take them out. I
21 usually leave it up to the medical doctors.
22 Q  And do they take them out because of the risks
23 associated with extended indwell time?
24     MR. WEBBER: Objection to form, foundation.
25     You can answer, Doctor.

Page 12

1      THE WITNESS: I guess there's risk with any
2  foreign body in the, you know, human body. And I
3  guess the longer you leave them in, they could
4  cause problems. I know the older filters caused
5  more problems than the more recent ones, but I just
6  think it's good to take them out if it's possible
7  to take it out. The problem is that these
8  surgeries, these large deformity surgeries,
9  sometimes need more surgery, so that's where I get
10 into putting them back in, taking them out.
11 BY MR. HEAVISIDE:
12 Q  Okay. Are you familiar at all with the IFU
13 for the Cook Celect filter?
14 A  No. You understand that I don't put in IVC
15 filters, correct, that I'm an orthopedic spine surgeon?
16 Q  Yeah, I understand that.
17 A  Okay. Well, you're asking me questions about
18 filters like I put in filters. I don't put in filters,
19 just so you understand.
20 Q  I understand that perfectly.
21 A  And the jury understands. That's not what I
22 do.
23 Q  But you referred her to have a filter placed?
24 A  To have a filter, exactly.
25     (Moreno Exhibit No. 4 was marked for

Page 13

1  identification.)
2  BY MR. HEAVISIDE:
3  Q  So you have before you marked Exhibit 4 the
4  IFU for the Cook Celect filter.
5  A  What is IFU?
6  Q  Instructions for use.
7  A  Okay.
8  Q  Similar to a label in a medication. Have you
9  put in rods and screws and knees and hips in your
10 orthopedic practice?
11 A  No, just spine surgery, only spine surgery.
12 Q  Right.
13 A  Right.
14 Q  Which includes rods; right?
15 A  Rods and screws, yeah, but we don't call it
16 IFU, though. Never heard that, IFU.
17 Q  Okay. Well, will you look at the third page
18 of that exhibit, please?
19 A  Sure. Yes.
20 Q  Do you see where it says "INTENDED USE"?
21 A  Yes.
22 Q  The cleared intended use for a filter was for
23 somebody with a history of pulmonary embolism or deep
24 vein thrombosis and some problem with anticoagulation.
25 And Elizabeth Hill didn't have any of those issues;

Confidential - Subject to the Protective Order

Page 14

1 correct?
2  A  No. I disagree with you. Ms. Hill had a
3 very -- had a very strong need for a filter. And
4 Ms. Hill had a complex spinal deformity surgery.
5 Complex spinal deformity surgeries that I do and that
6 are done around the country involve putting as many as
7 20 or 30 screws in a patient. These surgeries last for
8 10 to 12 hours. The rate of deep venous thrombosis and
9 pulmonary embolism is very high. It's probably 1 to
10 4 percent.
11      So you got two options: You either give them
12 anticoagulant or you put a filter in. Putting filters
13 in before complex spinal surgery is the standard of care
14 in the United States and there's many studies to back
15 that. And if you want to look them up, you can look
16 them up from Washington University in St. Louis, which
17 is the premier spinal deformity center in the United
18 States of America. I've been putting filters in before
19 spinal deformity surgeries for over 15 years. I've been
20 doing this 20 years. Okay?
21      So if you look at the last indication, it says
22 where anticoagulant therapy is contraindicated. And
23 that is exactly why Ms. Hill had a filter, because if
24 you give Ms. Hill anticoagulant, she will bleed in her
25 spine and paralyze herself and you can't fix that.

Page 15

1      So you take the chance, the risk of putting in
2 an IVC filter or you take the risk of giving her a
3 hematoma after spinal surgery, a complex spinal surgery.
4 Now, I don't use these for regular spinal surgeries.
5 Okay? These are complex surgeries. So you either take
6 the risk of anticoagulating them and having them bleed
7 and you take them back to surgery and you try to drain
8 the blood, which a lot of times you can't get back their
9 bowel and bladder so there they are the rest of their
10 life peeing all over themselves with a diaper because
11 you did a complex spinal surgery and you gave them
12 anticoagulant. And I know cases like that I've seen
13 from Johns Hopkins and other places that have come to me
14 now what do I do. So putting in an IVC filter for
15 Ms. Hill's problem, if that's what you're implying, is
16 very indicated and is standard of care for complex
17 spinal deformity surgery in adults, not in children, in
18 adults.
19      MR. HEAVISIDE: All right. I'm going to move
20  to strike that answer as nonresponsive.
21  BY MR. HEAVISIDE:
22  Q  But let me ask you this way --
23      MR. WEBBER: We'll object to that.
24  BY MR. HEAVISIDE:
25  Q  -- did she have a history of pulmonary

Page 16

1 embolism or deep vein thrombosis?
2  A  The filters are put in not in patients with
3 history of pulmonary embolism. They're put in all the
4 patients who have adult deformity surgery, all of them.
5 It doesn't matter. It's irrelevant. These surgeries
6 produce DVTs and pulmonary embolisms on a regular basis
7 and I know from firsthand experience. Even with a
8 filter I've had DVTs. I've even had some small
9 pulmonary embolisms go through filters that didn't kill
10 a patient. So -- and pulmonary embolisms kill patients
11 after surgery. So this is one way you can control
12 something that can kill a patient. And that's -- and
13 that's why I put them in.
14  Q  All right. My question was: Does she have a
15 history of pulmonary embolism or deep vein thrombosis?
16  A  I don't -- I don't think so, but that's not
17 why they're put in.
18  Q  It's put in for prophylactic purposes?
19  A  Prophylactic, so you're preventing -- you're
20 preventing the clots that form. The other thing about
21 putting in 20 to 30 screws in a patient is each screw is
22 tapped and reamed, so that track is reamed and you stir
23 up a lot of the blood and the fat from the marrow.
24 That's also in the bloodstream whipping around. So
25 there's a lot of reasons why these patients are more

Page 17

1 prone to have venous events.
2  Q  Are you familiar at all with the failure modes
3 associated with the filters themselves like embedding,
4 fracture, perforation, migration?
5  A  I know -- I've heard they can migrate. In my
6 experience having them put in for me, the only
7 complication I've ever seen is Ms. Hill's. I had two
8 other filters that couldn't be taken out, but she's the
9 only one that I know that's had a problem.
10  Q  But there may be others who you don't know
11 whether --
12  A  No. I would know.
13  Q  You would know?
14  A  Yeah, I would know. These are my patients I
15 do complex surgeries on. I would know.
16  Q  Do you have any idea regarding the frequency
17 of those failure modes I just asked you about other than
18 in your particular patient population?
19  A  I can't give you exact numbers, but I know
20 they're not that common. Less than a few percent. I
21 could tell you the rate of a hematoma in the spine if I
22 do a complex surgery and I anticoagulate. It's probably
23 5 to 10 percent. And I think the rate of a filter
24 causing a problem versus that, being it's such a grave
25 problem, I think warrants the risk, you know. There's

Confidential - Subject to the Protective Order

Page 18

1 risk either way you go. And obviously if you're doing
2 complex spinal surgery, you're going to have risk. You
3 have risk of paralyzing the patient, killing the
4 patient, giving a pneumothorax, you know. So there's
5 all risks and you have to put together what you think is
6 safest and what you would do for your family or
7 yourself. And that's what I've done for a long time and
8 I haven't lost a patient yet, thank God.
9    Q    Have you ever seen any Cook documents
10 regarding the lack of efficacy with their filters?
11        MR. WEBBER: Objection to form and foundation.
12        You can answer, Doctor.
13        THE WITNESS: I don't -- I've never heard of
14    the Cook company until this. I don't -- again, I
15    don't put in IVC filters. I don't -- I couldn't
16    give you the companies that put them in. I -- you
17    know, a vascular surgeon, that's what he does is
18    vascular surgery. So in my mind I'm an orthopedic
19    spinal surgeon. I'm not going to become an expert
20    at filters when that's what he does every day or
21    she does. So I trust my colleagues to pick the
22    appropriate device and to put it in and take care
23    of the patient.
24 BY MR. HEAVISIDE:
25    Q    Well, my question was: Have you ever seen any

Page 19

1 Cook documents where --
2    A    And I gave you my answer. That's my answer.
3 Obviously if I don't put in filters, that's not what I
4 do, then I trust my colleague who's an expert at putting
5 in filters to review which filter to put in.
6    Q    Okay. My question is: Have you seen Cook
7 documents? I guess the simple answer is no; is that
8 correct?
9    A    Again, I haven't seen any documents on Cook.
10 I just told you that's the first time I ever saw the
11 company.
12    Q    Okay. So maybe next time around after you've
13 actually looked at the confidentiality agreement I'll
14 have the opportunity to actually show you those
15 documents.
16    A    I'll be glad to look at the documents on IVC
17 filters, sure. No problem.
18    Q    Does that mean you're willing to sign that
19 now? I'll show them to you now.
20    A    I'm not signing any document I can't read. I
21 mean, that's like, you know -- asking me to do that I
22 think is inappropriate on your part for sure.
23    Q    Well --
24    A    Because, first of all, I didn't even know
25 there was a document to sign. Very inappropriate. I'm

Page 20

1 just telling you. I mean, I'm no kid. I'm 50 years
2 old. I've been doing this 20 years. And it's
3 disrespectful. So if you have a document for me to
4 sign, you bring it to me ahead of time. I'll be glad to
5 look at it. I'll have my counsel look at it just like
6 you would. I have those same rights.
7    Q    Of course, you do.
8    A    Okay. So that's all I'm saying is don't --
9 you know, I don't mind signing it, but I'm going to read
10 it first and take my time.
11    Q    Of course. Okay. But there's certainly no
12 disrespect in that we sent it to your office six weeks
13 ago.
14    A    Again, just because you sent it to my office,
15 you're talking to somebody who's gone 60 percent of the
16 week. I'm gone. I'm in the operating room. You can't
17 find me. I'm home at 8 o'clock at night. So why they
18 didn't give it to me I don't know.
19    Q    Well, it's certainly no disrespect on my part.
20    A    I'm just saying --
21        MR. WEBBER: Can we go off the record just a
22    second. There was a knock at the door. I just
23    want to make sure --
24        THE WITNESS: Sure.
25        THE VIDEOGRAPHER: Off the record at 8:20.

Page 21

1        (Discussion off the record.)
2        THE VIDEOGRAPHER: Back on the record at 8:20.
3 BY MR. HEAVISIDE:
4    Q    Doctor, have you ever attended an awareness
5 dinner for IVC filters with local orthopedic groups in
6 the Tampa area?
7    A    No. Never heard of one.
8    Q    Have you heard of a Dr. Beasley or a Dr. Pena?
9    A    No.
10    Q    Are you aware of occasions when an in vein
11 thrombosis was caused by the presence of a filter?
12    A    Not in any of my patients.
13    Q    Do you review the New England Journal of
14 Medicine?
15    A    No, not frequently. Just spinal journals.
16    Q    Well, in the New England Journal of Medicine
17 in February 12th of 1998, there was an article called
18 Clinical trials vena cava filters, prevention of
19 pulmonary embolism.
20    A    What year was that?
21    Q    1998?
22    A    1998?
23    Q    Yes.
24    A    Twenty years ago. Okay. Go ahead.
25    Q    Well, you've been doing it for more than 20

Confidential - Subject to the Protective Order

Page 42

1  Q  Okay. The note's 8/28/13.
2  A  Do you have it? Let me just have it. It's
3  faster.
4     Yeah, I remember now. She went to Hershey,
5  Pennsylvania, to have it out. I remember that. Yes.
6  Q  So you say here: "She did have a complication
7  with her IVC filter" -- I'm reading from the first line.
8  A  Yeah.
9  Q  -- "where it migrated into her duodenum."
10    Did it break off from -- did a leg break off
11 from the body or -- or not to your knowledge?
12 A  I don't know, no.
13 Q  But you do know that it penetrated her
14 inferior vena cava into her duodenum, or duodenum, I
15 don't know which it is; right?
16 A  Yes.
17 Q  And you said: I spent over 45 minutes talking
18 to her and explained to her that the IVC filters are
19 used to prevent pulmonary embolism.
20    So was that entire conversation a discussion
21 of filters and why you had used a filter?
22 A  It sounds like it. It sounds like she was
23 asking why did I even put it in, you know. And
24 obviously I tell these patients ahead of time, so she
25 knew that.

Page 43

1  Q  She knew what?
2  A  Why it went in in the first place, which she
3  consented to have it put in originally before the big
4  complex surgery that she knew could paralyze her or take
5  her life with any complication.
6  Q  Well, she consented with Zuzga to have the IVC
7  filter --
8  A  Right, right, but I saw them in the office,
9  why -- you know, why do you need a filter. I give her
10 the consult to go to Zuzga. We're going to put a filter
11 in. Here's why. I think you're at high risk for
12 pulmonary embolism and I think it could save your life.
13 You're having a massive surgery with high risks, with a
14 high complication rate, the highest of almost any
15 surgery.
16 Q  And so you spent 45 minutes with her on
17 8/28/13 explaining why you had suggested she have a
18 filter implanted?
19 A  I don't know what the time was to be honest
20 with you. I don't know why it says that. But whatever
21 it was, she had questions so I answered them, sat down
22 and explained it to her and talked to her.
23 Q  Well, I don't know what the time was either.
24 I'm just reading from your records. It says 45 minutes.
25 A  Oh, I don't know then. Whatever it says is

Page 44

1  what it is. It's four years ago.
2  Q  And you mentioned here the spinal deformity
3  community. Is that -- is there some official organized
4  body of -- which comprises the spinal deformity
5  community or is it just people that do similar surgery
6  that you do?
7  A  It's surgeons that do similar surgery. There
8  are societies for scoliosis, of course, but it's just
9  meetings that you go to with surgeons who do complex
10 spine, in particular deformity, things like osteotomies
11 where you remove spine and change the direction of the
12 spine, kids and adults. So there is -- it's a subset of
13 neuro and orthopedic surgery that does complex deformity
14 surgery, and that's what I was referring to.
15 Q  And how -- I'm sorry. I didn't mean to cut
16 you off. Are you finished?
17 A  Go ahead.
18 Q  How often are those meetings?
19 A  Well, there's a yearly meeting, but there's
20 also like other meetings you can go to in St. Louis, for
21 example, at Wash U where they do a lot of complex spinal
22 deformity surgery. So you can go up there twice a year,
23 three times a year, watch live surgeries, talk to
24 similar people that do what you do, professors all over
25 the country, all over the world.

Page 45

1  Q  When is the last one of those that you've
2  attended?
3  A  Probably three or four years ago.
4  Q  I neglected to ask you previously, are you a
5  Board-certified orthopedic surgeon?
6  A  Yes.
7  Q  Is there any subspeciality in spinal
8  deformity?
9  A  No. You just get your certification in spine
10 and orthopedics now. Like when you take your
11 recertification, it's in spine. Mine is always done in
12 spine. It's because I only do spine.
13 Q  So is that a subspeciality Board
14 certification, spine surgery?
15 A  No.
16 Q  No?
17 A  No, no. It's orthopedic surgery, but I'm just
18 telling you mine is always -- I'm tested in spine.
19 Q  And where did you do your undergraduate work?
20 A  University of Florida, undergrad and med
21 school.
22 Q  And med school?
23 A  Uh-huh.
24 Q  And your residency?
25 A  Orthopedic -- University of Miami.