# EXHIBIT K

# CALIFORNIA HEART & LUNG SURGERY CENTER
## ALEXANDER R. MARMUREANU, MD
### Diplomate, American Boards of Surgery and Thoracic Surgery
### Thoracic & Cardiovascular Surgery

---

### EXPERT REPORT

I, Alexander R. Marmureanu, M.D., do hereby declare:

If called as a witness, I could competently testify to the following:

I am a medical doctor Board Certified in General Surgery and Thoracic Surgery, and I am licensed to practice in the states of California and New York.

I am currently the CEO and President of California Heart and Lung Surgery Center.

I am also the Director of Cardiothoracic Surgery at St. Vincent Medical Center, Southern California Hospital at Culver City, and Centinela Medical Center in Los Angeles. I am also the Chairman of Quality Comittee at Hollywood Presbyterian Medical Center.
My office is located at 100 UCLA Medical Plaza Los Angeles, CA.

I completed my General Surgery residency at New York University Medical Center and Mt. Sinai Medical Center from 1994 – 2000.

Next, I completed my Cardiothoracic Surgery Fellowship at  CLA Medical Center from 2000 – 2002.

I also served as a Clinical Instructor in Surgery at UCLA Medical Center, and have published and lectured on various topics in my field of practice.

I have been a practicing physician for over 22 years and I am very familiar with cases such as that of Mr. Gage and Ms. Hill.

I have read and reviewed the relevant medical records concerning both of the above patients.

My opinions are based on this review, as well as my education and training, and I may amend various opinions based upon the receipt of additional information.

My education and background are accurately listed on the curriculum vitae, which sets forth my education, training, experience, and qualifications as a physician and as an expert.

1

This report applies to all Cook Gunther Tulip and Celect filters as well as the Gunther Tulip Retrieval Set.

[In this report, I am discussing the instructions for use for the filters and instructions applicable to the Gage and Hill bellwether cases.

This report also applies to Tulip and/or Celect filters and the Gunther Tulip Retrieval Set other than those placed in the Gage and Hill cases. The instructions for use sections would also apply where the language is the same or similar for the section of the instructions discussed for the complication at issue.

At certain points in time the instructions for use for the Gunther Tulip, the Cook Celect, and the Gunther Tulip Filter Retrieval Set may have changed in some respects. While they may have changed, this report may reference portions of the instructions for use either before or after their change for the particular case at issue.

For the portions that have so changed, it may be necessary to append or supplement this report to take into consideration those changes.

It is to be understood that this report as regards to the instructions for use (IFU) is not intended to cover language present in a particular section of an IFU.

I intend to use an animation during my testimony, in order to demonstrate the multiple issues present, including radial force, tilting and perforation as they relate to the inferior vena cava (IVC) filters.

I also intend to use excerpts from Mr. Gage's imaging as demonstrative examples in discussing my opinions.

I intend to show and describe the tools and devices that are referenced in some literature and used in very complicated retrieval techniques.

# I. GUNTHER TULIP FILTER

## A. PERFORATION

Though perforation of the vena cava by the Gunther Tulip (Tulip) IVC filter is a common occurrence that can lead to serious injury and death, the Gunther Tulip Vena Cava Filter Set ("Gunther Tulip" or "Tulip") instructions for use (IFU) do not warn of this complication.[1] [?] Perforations can be identified through the use of highly sensitive radiographic imaging, and are often undiagnosed unless the patient undergoes certain diagnostic studies or procedures.

[As an example, a perforation may be discovered incidentally on an imaging study, or can become apparent due to complications.

Clinical evidence of large numbers of Tulip perforations of the IVC have existed for many years, as shown in the medical literature.

In 2006 DeGregorio et al found that 49% of patients exhibited apparent perforation of the vena cava wall during expiration and valsalva.[2]

---

[2] DeGregorio, MA, et al. Retrieval of Gunther Tulip Optional Vena Cava Filters 30 Days after Implantation: A Prospective Clinical Study. J Vasc Interv Radiol. 2006 Nov; 17(11 Pt 1):1781-9.

In a study published in 2011, a 78% perforation rate for Tulip filters was discovered.[3] That same study found that the Tulip filter perforated the vena cava 100% of the time after indwelling for a period of at least 71 days.

Perforation has long been recognized as a complication by Cook

## B. PROGRESSIVE PENETRATION/PERFORATION

The Gunther Tulip Vena Cava Filter Set IFU does not warn about progressive penetration or perforation either in the potential adverse events, warnings, or any other section of those instructions. Progressive penetration has long been known by Cook to result in one or more struts perforating the walls of vessels (such as the aorta) as well as the intestines, pancreas, and vertebral bodies as well as other organs and vessels.

Despite the absence of any warning in the IFU, the existence and sequelae of progressive penetration and perforation has been shown in the clinical evidence,

---

[3] Durack JC, et al. Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol. 2012 Apr; 35(2):299-308.

Peer-reviewed studies have confirmed that IVC filters, including the Tulip, progressively penetrate and perforate through the IVC wall and into other organs, vessels and vertebral bodies. In a study comparing the Tulip filter and the Option filter it was shown that only the Tulip filter exhibited progressive penetration over time.[8]

Durack also studied progressive penetration and found that IVC filter penetration is progressive over time, leading to perforation[9]. Dowell et al used serial CT scans which demonstrated progressive penetration of IVC filters.[10]

---

[8] Olorunsola OG, et al. Caval Penetration by Retrievable Inferior Vena Caval filters: a retrospective comparison of Option and Gunther Tulip Filters J Vasc Interv Radiol. 2013 Apr; 24(4):566-71.
[9] Durack JC, et al. Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol. 2012 Apr; 35(2):299-308.
[10] Dowell, J.D., Wang, W., Spain, J. Symptomatic perforation of a Gunther Tulip inferior vena cava filter with subsequent strut fracture and pulmonary embolization. Cardiovasc Intervent Radiol. 2013; 37:1643–1646 (2014).

## C. ORGAN AND VESSEL STRUT PERFORATION

The Tulip IFU does not warn about perforation of organs, vessels, vertebral bodies, and/or other structures which could happen once a strut perforates the vena cava. This is discussed in the previous section of my report, however more specifically perforation of the struts into those areas of the body is one aspect of the progressive penetration/perforation of the filter.

As Dinglasan describes, perforation can be an inhibitor of the IVC filter retrieval[11].  Perforation into these organs and vessels, in addition to making retrieval more difficult, can also lead to other serious problems.

For instance, if there is a perforation into the digestive tract peritonitis can result, leading to sepsis and death.

Perforation of the aorta can cause bleeding resulting in death.

Other organs and vessels can be perforated as shown in various literature studies including Durack and Dowell.

In 2009, Parker described a case involving a Gunther Tulip filter that required operative removal and IV antibiotic therapy for treatment of vertebral osteomyelitis due to a strut perforation into the lumbar spine. [12]

---

[11] Dinglasan LA, et al. Complicated inferior vena cava filter retrievals: associated factors identified at preretrieval CT. Radiology 2013; 266(1):347–354.
[12] Journal of Vascular Interventional Radiology (August 2009Volume 50, Issue 2, Pages 417–419).

## D. FRACTURE

Fracture is another known complication of the Tulip filters not specified within the IFU, neither under potential adverse events, nor any other sections. The word "fracture" is contained nowhere in the warnings section of the IFU, despite the fact it is an extremely dangerous complication.

Despite the danger associated with these complications, and literature that supports its occurrence, none of them are outlined in any warnings in the Gunther Tulip IFU.[19]

### E. TILT

Tilt is another complication of the Tulip filter that is not mentioned in any part of the IFU, including the warnings or potential adverse events.[20] Tilt is another major problem with the Tulip filter, given the fact that it can lead to endothelialization, perforation, difficulty or impossibility of retrieval, associated with the necessity of complicated percutaneous retrieval techniques or open procedures to retrieve the embedded filter. Furthermore a filter can become permanent if it cannot be retrieved.[21]

An indwelling filter is the leading cause of IVC thrombosis, and an embedded filter can also lead to thrombotic events.

---

[19] Dowell, J.D., Wang, W., Spain, J. Symptomatic perforation of a Gunther Tulip inferior vena cava filter with subsequent strut fracture and pulmonary embolization. Cardiovasc Intervent Radiol. 2013; 37:1643–1646 (2014).
[20] CookMDL2570_0008489 (Tulip IFU-2008)
[21] Dinglasan LA, et al. Complicated inferior vena cava filter retrievals: associated factors identified at preretrieval CT. Radiology 2013; 266(1):347–354.

The medical literature on the Gunther Tulip filter shows a much greater incidence of tilt than Fleck previously reported. Sag et al. showed a 91% tilt rate for Gunther Tulip filters.[24] As indicated, tilt carries with it the consequences described, and if tilt results in an embedded filter, it can lead to deep vein thrombosis, pulmonary embolus, and IVC thrombosis.[25][26] An indwelling filter is the leading cause of IVC thrombosis.[27]

Dinglasan et al confirmed some ten years later                    that tilt was a complication leading to the necessity for off-label retrieval procedures. Dinglasan projected that

---

[24] Sag A, et al. Analysis of tilt of the Gunther Tulip filter. J Vasc Interv Radiol. 2008 May; 19(5):669-76.
[25] Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med. 1998; 338, 409-416.
[26] PREPIC Study Group. Eight-year follow-up of patients with permanent vena faca filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. Circulation. 2005; 112:416-144.
[27] Alkhouli M, Bashir R. Inferior vena cava filters in the United States: less is more. Int J Cariol. 2014; 177:742-743.

the odds of complicated retrieval techniques being necessary to try and retrieve a filter increased 129 fold with a filter tip that was embedded in the vena cava wall.[31]

Despite the FDA identifying tilt as a serious adverse event in its 522 Orders of February 28, 2013 , Cook has never placed a warning in its Tulip IFU that would warn that the filter tilts[32]. The consequences of tilt include endothelialization, embedded filter, complicated retrievals, inability to retrieve resulting in permanent indwelling filter, thrombotic events as deep vein thrombosis, inferior vena cava thrombosis, or pulmonary embolus.

---

[31] Dinglasan LA, et al. Complicated inferior vena cava filter retrievals: associated factors identified at preretrieval CT. Radiology 2013; 266(1):347–354.

However, it was not until July 2009, when Cook published its Long-Term Retrieval of the Gunther Tulip Filter in the Journal of Interventional Radiology, that Cook provided data to the marketplace with statistics of the incidence of tilt resulting in an embedded apex. Essentially 10% of retrieval attempts failed in this study with nearly one third of which was related to an embedded hook.[39]

---

[39] Smouse, B., et al. Long-term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter, J Vasc. Interv. Radiol 2009; 20:871-877.

## F.  MIGRATION

The Gunther Tulip IFU does not warn about the complication of migration. There is nothing in neither the potential adverse events section, nor the warnings section of the Gunther Tulip instructions for use that warns of this complication.  Also, there is no warning of filter migration in the Gunther Tulip Vena Cava Filter Set.

Clinical evidence of migration has existed for many years;

Migrations can occur immediately, or after deployment,

### G. __THROMBOSIS__

"Thrombosis or stenosis at implant site" is contained within a section of the Tulip IFU, labeled as "potential adverse events." There is no warning of any thrombotic complication specifically mentioned in the potential adverse events section of the IFU other than "thrombosis at the site of the implant" which would refer to the site where the device is implanted (by either the jugular or femoral route). No other interpretation could reasonably be made regarding that listed "potential adverse event." [48]

Thrombotic events may include deep vein thrombosis, IVC thrombosis and pulmonary embolus. One of the causes of these thrombotic events are the Tulip filters. Only one of these three types of thrombotic events is shown in the potential adverse events section of the Tulip IFU, and that is the listing of "acute pulmonary embolus". There is no warning of any kind for deep vein thrombosis or caval thrombosis in the Tulip IFU.[49]

---

[48] CookMDL2570_0187499.
[49] CookMDL2570_0187499.

13

Medical literature shows that IVC filters can cause blood clots. In 1998, Decousous et al. published that there was a higher incidence of recurrent DVT at one year for patients with IVC filters compared to those without IVC filters.[57]

In 2016, Brunson et al. published that there was no clinical benefit to prophylactic use of IVC filters in patients who could be treated with anticoagulation and that IVC filter use was associated with an increase in DVT. [58]

_____

[57] Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med. 1998; 338, 409-416.
[58] Brunson A, Ho G, White R, Wun T. Inferior vena cava filters in patients with cancer and venous thromboembolism (VTE): patterns of use and outcomes. Thromb Res. 2016; 40 Suppl 1: S132-41.

In 2015, Hemmila et al. published that the rate of DVT events after prophylactic IVC was associated with a 500% increased risk of DVT after filter placement compared to patients who did not receive an IVC filter.[59]

Further, Birkmeyer, et al. published that prophylactic IVC filters for gastric bypass surgery do not reduce the risk of pulmonary embolism and may lead to additional complications.[60]

## H. **EMBEDDED FILTER**

The Tulip IFU does not warn about the possible complication of embedded filter. There is nothing in either the potential adverse events section or the "warnings" section of the Gunther Tulip IFU that warns of this complication.  Gunther Tulip filters embed themselves in the walls of vena cava in many patients, and they embed quickly.[61] In fact, essentially 10% of retrieval attempts failed in Cook's long-term retrieval study of the Gunther Tulip filter, compounding the fact that over half of the patients recruited for the study did not even have a retrieval attempt, essentially becoming an embedded filter.[62]

---

[59] Hemmila MR, Osborne NH, Henke PK et al. Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients. Ann Surg. 2015 Oct.; 262(4): 577-85.
[60] Birkmeyer NJ, Share D, Baser O, et al. Preoperative placement of inferior vena cava filters and outcomes after gastric bypass surgery. Ann Surg. 2010 Aug; 252(2):313-8.
[61] Hoppe H, Nutting CW, Smouse HR, et al. Gunther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.
[62] Smouse, H.B., Rosenthal, D., Thuong, V.H. et al. Long-term retrieval success rate profile for the Gunther Tulip vena cava filter. J Vasc Interv Radiol. 2009; 20:871–877.



### I.  ENDOTHELIZATION

The Tulip IFU does not warn about endothelization leading to embedded filter.  There is nothing in neither the potential adverse events section nor the warnings section of the Tulip IFU regarding endothelization.[69]

Cook sponsored a study of the Gunther Tulip filters that confirmed numerous failed retrievals attributed to endothelization of the filter.[71] This study, written by Hoppe, showed the

---

[69] CookMDL2570 0187499.

presence of embedded filters after a few days.  The study showed numerous filters becoming endothelialized after short time periods.

The apex of the Tulip filter is not the only portion of the filter that can, and often does, become embedded (or endothelialized).  The "petals" of the Tulip filter are a major culprit of the endothelialization process.

## J.   ALTERNATIVE AND COMPLICATED METHODS OF RETRIEVAL

The Gunther Tulip Vena Cava Filter Set IFU does not warn that it may become necessary to use retrieval methods other than the one referenced in,Cook's own Gunther Tulip Filter Retrieval Set.[75] There is nothing in neither the potential adverse events section, the warnings

---

[71] Hoppe H, Nutting CW, Smouse HR, et al. Gunther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.

[75] Tulip IFU

section, nor any other portion of the Gunther Tulip Vena Cava Filter Set or Gunther Tulip Filter

Retrieval Set IFU that advise or warn of this potential complication.[76]

The Gunther Tulip IFU states:

> The Gunther Tulip Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled 'Optional Retrieval Procedure.", and, "The filter has been designed to be retrieved with a Gunther Tulip Vena Cava Filter Retrieval Set (not included). Cook has not performed testing to evaluate the safety or effectiveness of a filter retrieval using other retrieval systems.[77]

Physicians

were not warned in either the Tulip IFU or the Tulip Retrieval Set IFU that retrieval of the Tulip

filter may be impossible using on-label techniques.[80]

---

[76] Tulip retrieval set IFU
[77] Tulip IFU

[80] Tulip and Tulip Retrieval set IFUs

Cook does not warn of the fact that its Tulip filters may embed themselves in the vena cava such that it takes techniques of this nature (the IVC filter placed for only thirty days) to try and retrieve its Tulip filters.

This determination of "permanency" of the filter was not made at the time of or before the implantation of the device but only after the filter had become embedded or was otherwise unable to be retrieved.

The Gunther Tulip filter instructions for use specifically stated, "The Gunther Tulip Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled "Optional Retrieval Procedure."[85]

Nowhere in the IFU's for either the filter or its retrieval set is any alternate procedure mentioned. There is no suggestion in the IFU for the filter or its retrieval set that physicians retrieving the Gunther Tulip filter may require additional or specialized training in the retrieval of the filter, or that the Tulip Retrieval Set may not be adequate for successful retrieval. On the contrary, the Tulip IFU directs physicians that **"Cook has not performed testing to evaluate the safety or effectiveness of filter retrieval using other retrieval systems."** [86]

The IFU, in effect, instructs physicians not to use other methods of retrieval, as they have not been tested and found to be effective or safe. It is only after a failed retrieval that Cook provides information regarding off-label advanced (and untested) retrieval techniques.

---

[85] Tulip IFU
[86] CookMDL2570_0187499.

The foregoing problems described above with the Gunther Tulip vena cava filter, substantially contributed to Mr. Gage's injuries.

## II. CELECT FILTER

### A. CELECT PERFORATION

Though perforation of the vena cava by the Cook Celect ("Celect") IVC filter is a common occurrence that can lead to serious injury and death, the Cook Celect Vena Cava Filter Set instructions for use (IFU) do not warn of the complication.[87]

Perforations can be identified through the use of highly sensitive radiographic imaging, and are often undiagnosed unless the patient undergoes certain diagnostic studies or procedures.

[As an example, a perforation may be discovered incidentally on an imaging study, or can become apparent due to complications.

Perforation is a complication of the Celect filter,

---

[87] CookMDL2570 0098039 (2008 Celect IFU)

Peer reviewed literature confirms that Celect filters perforate the vena cava in large numbers. Durack, et al confirmed that the Celect filter perforates the vena cava 100% of the time if left in the body as long as 71 days. Durack studied both Cook retrievable filters (Gunther Tulip and Celect) and found that:

"All filters imaged after 71 days showed some degree of vena caval perforation, often as a progressive process."[92]

Zhou et al confirmed a high penetration rate for Celect filters and showed that CT scans can characterize the extent of leg penetration. 80% of patients with Celect filters that underwent

---

[92] Durack JC, et al. Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol. 2012 Apr; 35(2):299-308. doi: 10.1007/s00270-011-0151-9. Epub 2011 Mar 30.

CT scans were found to have primary leg penetration within 90 days of implantation of a Celect filter.[93]

## B. PROGRESSIVE PERFORATION

The Celect instructions for use do not warn about the complication of progressive penetration or perforation.  There is nothing in the instructions for use that warn of this potential complication.  Progressive perforation is, however, a complication of the Cook Celect filter,

Vena cava filter perforation by the Celect filters is progressive over time.

Dowell et al analyzed serial CT scans for evidence of perforation and found that they progressively penetrated through the wall of the vena cava toward and into other organs, vessels and vertebral bodies.

---

[93] Zhou D, Moon E, et al. Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients. AJR 2014; 202:643-647

Durack also discussed progressive penetration as to Celect (and Gunther Tulip) filters and also confirms that the Celect perforation is progressive over time.

Zhou et al confirmed a high penetration rate for the Celect filter but also showed its penetration progresses into other organs, vessels, and vertebral bodies at a rate exceeding 13%.[97]

Dowell, Durack and Zhou,                                        confirm progressive perforation into other vessels, organs, and vertebral bodies.

---

[97] *supra*

## C. **PERFORATION OF ORGANS, VESSELS, AND OTHER STRUCTURES**

The Celect IFU does not warn about perforation of organs, vessels, vertebral bodies, and/or other structures. Perforation of the filter struts into these other structures is one aspect of the progressive penetration and perforation of the filter.  As Dinglasan describes, perforation can lead to a complicated retrieval.[102]  Perforation into these organs and vessels can lead to other serious problems.  For instance, if there is a perforation into the digestive tract peritonitis can occur, leading to sepsis and death.  Perforation of the aorta can cause bleeding resulting in death. Other organs and vessels can be perforated as shown in various literature studies including Durack and Dowell.

## D. **FRACTURE**

---

[102] Dinglasan LA, et al. Complicated inferior vena cava filter retrievals: associated factors identified at preretrieval CT. Radiology 2013; 266(1):347–354.

Fracture is another complication of the Celect filter. Fracture is not mentioned within the instructions for use in any section of the Celect IFU.

## E. **MIGRATION**

The Cook Celect Filter Set instructions for use do not warn about the complication of migration.

## F.  **EMBEDDED FILTER**

The Cook Celect Filter Set instructions for use do not warn about the complication of embedded filter.

A retained or embedded filter can lead to thrombotic events including deep vein thrombosis, caval thrombosis, and pulmonary emboli as well as post thrombotic syndrome. In a patient suffering from a caval thrombosis, the IVC filter (including a Celect filter), if present, is the most likely source of the IVC thrombosis.[107] The longer a filter remains in the body, the more prone the filter is to create complications.

---

[107] Alkhouli M, Bashir R. Inferior vena cava filters in the United States: less is more. Int J Cariol. 2014; 177:742-743.

### G. **ENDOTHELIAZATION**

The Celect instructions for use do not warn about endothelization leading to embedded filter. No part of the IFU warns of endotheliazaton.  Endothelization leading to embedded filter is a complication of the Celect filter as indicated in the section above regarding embedded filter.

### H. **TILT**

Tilt is another complication of the Celect filter that is not warned about. Tilt is another major problem, given the fact that it can lead to endothelialization, perforation, difficulty or

impossibility of retrieval, associated with the necessity of complicated percutaneous retrieval techniques or open procedures to retrieve the embedded filter. Furthermore, a filter can become permanent if it cannot be retrieved.[109]

---

[109] Dinglasan LA, et al. Complicated inferior vena cava filter retrievals: associated factors identified at preretrieval CT. Radiology 2013; 266(1):347–354.

## I.  <u>ALTERNATIVE AND COMPLICATED METHODS OF RETRIEVAL</u>

The Cook Celect Vena Cava Filter Set instructions for use do not warn physicians that it may become necessary to use methods other than use of the Gunther Tulip Vena Cava Retrieval Set in order to retrieve the Celect filter. The Cook Celect IFU states:

"The Cook Celect Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled 'Optional Retrieval Procedure.'"

"The filter has been designed to be retrieved with a Gunther Tulip Vena Cava Filter Retrieval Set (not included). Cook has not performed testing to evaluate the safety or effectiveness of a filter retrieval using other retrieval systems."

The difficulty or impossibility of retrieval of the Cook Celect vena cava filter through the

use of the Gunther Tulip Vena Cava Filter Retrieval Set

The Cook Celect filter instructions for use specifically stated,

"The Cook Celect Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled "Optional Retrieval Procedure."

Nowhere in the instructions for use for either the Celect filter or its retrieval set (the Gunther Tulip Vena Cava Retrieval Set) is any alternate procedure mentioned for retrieval of the Celect filter. There is no suggestion in the IFU for the filter or its retrieval set that physicians retrieving the Celect filter may require additional or specialized training in the retrieval of the Celect filter, or that the Gunther Tulip Vena Cava Filter Retrieval Set may not be adequate for retrieval of embedded or otherwise unretrievable Celect filters.

Indeed the Gunther Tulip Vena Cava Filter Set instructions direct physicians that "Cook has not performed testing to evaluate the safety or effectiveness of filter retrieval using other retrieval systems."

In effect, physicians are being told not to use other methods of retrieval, as other methods of retrieval have not been tested. It is after the physicians have placed the Cook filter, and have failed in their attempt to retrieve the filter, that a physician (the ones that complain) might be told by Cook how to go about using an alternative method of retrieval of the Celect filter but not before.

The foregoing problems described above with the Celect vena cava filter, substantially contributed to Ms. Hill's injuries.

### III. SPECIFIC OPINIONS REGARDING ELIZABETH HILL AND ARTHUR GAGE

Discussion of my opinions that are specific to Elizabeth Hill is attached to this report as Addendum A and discussion of my opinions that are specific to Arthur Gage is attached as Addendum B.  Addenda A and B (and exhibits to each) are hereby incorporated by reference as if set forth in full. With this report, I am providing my curriculum vitae, as well as a list of

medical literature and documents reviewed. I also reviewed and relied upon the reports of Dr. Michael Fishbein, Dr. David Garcia, Dr. Ragebi, Dr. Robert Ritchie, Dr. Alan Litsky, as well as Leigh Ann Levy, Life Care Planner. I have also attached my analysis of complaints, and tables consistent with that analysis.

List of medical literature/articles reviewed is attached as Exhibit A.

I hold my opinion to a reasonable degree of medical certainty, and reserve the right to change or amend it should further information be brought to my attention

I also reserve the right to supplement my opinions as Mr. Gage and Ms. Hill's prognosis continue to develop, as additional documents or information becomes available, and as deposition transcripts become available and are reviewed. I understand that I may be called upon to offer rebuttal opinions to the opinions of experts designated by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.


Signed this 17th day of March, 2017 in Los Angeles, CA



Alexander Marmureanu, M.D.

**EXHIBIT A**

**List of Reviewed IVC Literature**

**Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients**
Mark R. Hemmila, MD, Nicholas H. Osborne, MD, Peter K. Henke, MD, John P. Kepros, MD, Sujal G. Patel, MD, Anne H. Cain-Nielsen, MS, and Nancy J. Birkmeyer, PhD.

**Preoperative Placement of Inferior Vena Cava Filters and Outcomes After Gastric Bypass Surgery**
Nancy J. O. Birkmeyer, PhD, David Share, MD, PhD, Onur Baser, PhD, Arthur M. Carlin, MD, Jonathan F. Finks, MD, Carl M. Pesta, DO, Jeffrey A Genaw, MD, and John D. Birkmeyer, MD

**Strut PenetrationL Local Complications, Breakthrough Pulmonary Embolism, and Retrieval Failure in Patients with Celect Vena Cava Filters**
Aaron Bos, MD, Thuong Van Ha, MD, Darren van Beek, MD, Michael Ginsburg, MD, Steven Zangan, MD, Rakesh Navuluri, MD, Jonathan Lorenz, MD, Brian Funaki, MD

**Analysis of Tilt of the Gunther Tulip Filter**
Alan A. Sag, BS, Joseph M. Stavas, MD, Charles T. Burke, MD, Robert G. Dixon, MD, Joel S. Marquess, BS, and Matthew A. Mauro, MD

**Perforation of the IVC: Rule Rather Than Exception After Longer Indwelling Times for the Gunther Tulip and Celect Retrievable Filters**
Jeremy C. Durack, Antonio C. Westphalen, Stephanie Kekulawela, Shive B. Bhanu, David E. Avrin, Roy L. Gordon, Robert K. Kerlan

**Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients.**
Dayong Zhou, Eunice Moon, Jennifer Bullen, Mark Sands ,Abraham Levitin, Weiping Wang

**Late erosion of a prophylactic Celect IVC filter into the aorta, right renal artery, and duodenal wall**
Robert D. Becher, MD, Matthew A. Corriere, MD, MS, Matthew S. Edwards, MD, MS, and Christopher J. Godshall, MD.

**Inferior Vena Cava Filter Erosion Causing Symptomatic Obstructive Hydronephrosis**
Nathan Locke, MD, David Duchene, MD and Priya Padmanabhan, MD, MPH

**Open surgical removal of retained and dislodged inferior vena cava filters**
Muhammad A. Rana, MBBS, Peter Gloviczki, MD, Manju Kalra, MBBS, Haraldur Bjarnason, MD, Yong Huang, MDm PhD, and Mark D. Fleming, MD *Rochester, Minn*

**Retrospective Review of 120 Celect Inferior Vena Cava Filter Retrievals: Experience at a Single Institution**
Dayong Zhou, MD, PhD, James Spain, Md, PhD , Eunice Moon, MD, Gordon Mclennan, MD, Mark J. Sands, MD, and Weiping Wang, MD.

**Right Atrial Migration and Percutaneous Retrieval of a Gunther Tulip Inferior Vena Cava Filter**
Krzysztof M. Bochenek, MD, John E. Aruny, MD, Michael G. Tal, MD

**Providing Context: Medical device litigation and inferior vena cava filters**
Eric J. Keller, Robert L. Vogelzang

**Eight-Year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism.**
The PREPIC Study Group

**A comparison of retrievability: Celect versus option filter**
Robert K. Ryu, MD, Kush Desai MD, Jennifer Karp RN, Ramona Gupta MD, Alan Emerson Evans MD MBA, Shankar Rajeswaran MD, Riad Salem MD MBA, and Robert J. Lewandowski MD

**IVC filter perforation through the duodenum found after years of abdominal pain**
Asad Jehangir, Andrew REttew, Bilal Shaikh, Kyle Bennett, Qasim Jehangir, Anam Qureshi, Sharjeel Arshad, Adam Spiegel

**CT of the inferior vena cava filters: normal presentations and potential complications**
Nicholas A. Georgious, Douglas S. Katz, George Ganson, Kaitlin Eng, Man Hon

**Temporary Inferior Vena Cava Filters: How do we move forward?**
Edward J. Arous MD, Louis M. Messina MD

**Delayed lumbar artery laceration and symptomatic retroperitoneal hemorrhage following IVC filter placement**
Jennifer P. Montgomery, Kenneth J. Kolbeck

**Clinical review: Inferior vena cava filters in the age of patient-centered outcomes**
Stephen L. Wang and Allen J. Lloyd

**Medical literature, vena cava filters and evidence of efficacy: A descriptive review**
Philippe Girard, Guy Meyer, Florence Parent, Patrick Mismetti

**Duodenal Perforation by an IVC Filter: A case and discussion expanding on the 2010 guidelines for filter retrieval**
Ashish Vyas, Ahmad Malas, Giselle Marshall, Ali Harb, Laurence Stawick, David Svinarich

**Gross haematuria associated with penetration of an interior vena cava filter into the right renal collecting system**
Antonio Cusano, David Rosenberg, Peter Haddock, Anoop Meraney

**Caval penetration by inferior vena cava filters: A systematic literature review of clinical significance and management**
Zhongzhi, Jia MD, Alex Wu MD, Mathew Tam, MD, James Spain MD, PhD, J. Mark McKinney MD, Weiping Wang MD

**Celect Filter Penetration of Aorta and Lumbar Artery**
John D. Pham, BS, Steven Y. Huang MD, Sharjeel H. Sabir MD, Tam Huynh MD, Michael J. Wallace MD

**Loop-snare technique for difficult inferior vena cava filter retrievals**
Rubenstein, A. K. Chun, M. Chew, and C. A. Binkert

**Techniques Used for Difficult Retrievals of the Gü nther Tulip Inferior VenaCava Filter**
Thuong G. Van Ha, MD, Olga Vinokur, MD, Jonathan Lorenz, MD, Sidney Regalado, MD, Steven Zangan, MD, Giancarlo Piano, MD, and Brian Funaki, MD

**Embedded inferior vena cava filter removal: use of endobronchial forceps**
S. W. Stavropoulos, R. G. Dixon, C. T. Burke, J. M. Stavas, A. Shah, R. D. Shlansky-Goldberg, and S. O. Trerotola, ,

**Images in vascular medicine: Persistent abdominal pain from a perforated inferior vena cava filter**
Timothy D. Townsend, Suman Rathbun, Archana Gautam and Thomas Whitsett

**Bard Recovery Filter Evaluation and Management of Vena Cava Limb Perforation, Fracture and Migration**
Jeffrey E. Hull MD and Scott W. Robertson PhD

**Retrieval of the recovery filter after arm perforation, fracture, and migration to the right ventricle**
Hull, J. E., J. Han, and G. M. Giessel.

**Fracture and Embolization of an Inferior Vena Cava Filter Strut Leading to Cardiac Tamponade**
Nicholas A. Rogers MD, Lynn Nguyen MD, Nicole E. Minniefield MD, Michael E. Jessen MD, James A de Lemos MD

**Perforation of the IVC: Rule Rather Than Exception After Longer Indwelling Times for the Gu ̈nther Tulip and Celect Retrievable Filters**
Jeremy C. Durack • Antonio C. Westphalen • Stephanie Kekulawela • Shiv B. Bhanu •David E. Avrin • Roy L. Gordon • Robert K. Kerlan

**Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism: A Randomized Clinical Trial**
Patrick Mismetti, MD, PhD; Silvy Laporte, MS, PhD; Olivier Pellerin, MD, MSc; Pierre-Vladimir Ennezat, MD, PhD; Francis Couturaud, MD, PhD

**Outcomes of patients requiring insertion of an inferior vena cava filter: a retrospective observational study**
Duffett, Lisa D. a ; Gándara, Esteban a,b ; Cheung, Andrew a ; Bose, Gauruv a ; Forster, Alan J. b ; Wells, Philip

**Current status of inferior vena cava filters**
M Gibson

**Do the Benefits Outweigh the Risks for Most Patients Under Consideration for Inferior Vena Cava Filters? No**
Mark L. Lessne, MD, Ronald F. Sing, DO, FCCP

**Results of a Multicenter Study of the Retrievable Tulip Vena Cava Filter: Early Clinical Experience**
Jiirg M. Neuerburg: Rolf W. Giinther, ~ Dierk Vorwerk, 1 Robert F. Dondelinger, 2 Horst Jiiger, 3Klaus J. Lackner, 4 Hans H. Schild, 5 Graham R. Plant, 6 Francis G. Joffre, 7 Pierre A. Schneider, 8 Johan H.A. Janssen 9

**New Optional IVC Filter for Percutaneous Retrieval -In Vitro Evaluation of Embolus Capturing Efficiency**
R.W. Gunther, J. Neuerburg, A. Mossdorf, J. Pfeffer, A.R. Hoj, A. Molgaard-Nielsen, A. Bucker, T. Schmitz-Rode

**Long-term Optional Retrievability of a New Inferior Vena Cava Filter in an Ovine Model**
Ayumi Hamada, MD, Ahmet Yigit Goktay, MD, Dusan Pavcnik, MD, PhD, John A. Kaufman, MD, Barry T. Uchida, BS, Hans A. Timmermans, Luiz Otavio Correa, BFA, MD, Frederick S. Keller, MD,and Josef Ro" sch, MD

**Guide Wire Entrapment by Inferior Vena Cava Filters: An Experimental Study**
Michael J Rosen, MD, Justin M Burns, MD, William S Cobb, MD, David G Jacobs, MD, FACS, B Todd Heniford, MD, FACS, Ronald F Sing, DO, FACS

**Removal of Günther Tulip Vena Cava Filter through Femoral Vein Approach**
Thuong G. Van Ha, MD, Darius Keblinskas, MD, Brian Funaki, MD, and Jonathan Lorenz, MD

**Gunther Tulip Retrievable Inferior Vena Caval Filters: Indications, Efficacy, Retrieval, and Complications**
S. Looby, M.F. Given, T. Geoghegan, A. McErlean, M.J. Lee

**Removal of a Günther Tulip retrievable inferior vena cava filter after 147 days in a pediatric patient**
Rekha N. Mody . LeAnn S. Stokes .Peter R. Bream Jr. . Stephanie E. Spottswood

**A modified Technique to Minimize Filter Tilting During Deployment of the Gunther Tulip Fitler: In Vitro Study**
H. Bob Smouse MD

**Technique for Snaring an Inaccessible Gunther Tulip Filter**
Joseph M. Ullman, MD

**Long-Term Retrieval of Modified Gu¨nther Tulip Vena Cava Filters: *An Animal Study***
Arno Buecker, MD,*† Florian F. Behrendt, MD,‡ Ruth Knu¨chel, MD,§ Sylvia Kinzel,¶
Arne Mølgaard-Nielsen, BScEng,_ Joerg Neuerburg, MD,** and Rolf W. Gu¨nther, MD‡

**Migration of the Gu¨ nther Tulip Inferior Vena Cava Filter to the Chest**
Sanjay Galhotra, MD, Nikhil B. Amesur, MD, Albert B. Zajko, MD, and Richard L. Simmons, MD

**Technical Error During Deployment Leads to Vena Cava Filter Migration and Massive Pulmonary Embolism**
Nikolas I. Fotiadis Æ Tarun Sabharwal Æ Renato Dourado Æ Shabbo Fikrat Æ Andreas Adam

**Embedded Inferior Vena Cava Filter Removal: Use of Endobronchial Forceps**
S. William Stavropoulos, MD, Robert G. Dixon, MD, Charles T. Burke, MD, Joseph M. Stavas, MD,Anand Shah, MD, Richard D. Shlansky-Goldberg, MD, and Scott O. Trerotola, MD

**Use of Retrievable Compared to Permanent Inferior Vena Cava Filters: A Single-Institution Experience**
Thuong G. Van Ha Æ Andy S. Chien Æ Brian S. Funaki Æ Jonathan Lorenz Æ Giancarlo Piano Æ Maxine Shen Æ Jeffrey Leef

**Assessment of Snared-Loop Technique When Standard Retrievalof Inferior Vena Cava Filters Fails**
Orla Doody Æ Geertje Noe¨ Æ Mark F. Given Æ Peter T. Foley Æ Stuart M. Lyon

**High-risk Retrieval of Adherent and Chronically Implanted IVC Filters: Techniques for Removal and Management of Thrombotic Complications**
William T. Kuo, MD, Ricky T. Tong, MD, PhD, Gloria L. Hwang, MD, John D. Louie, MD, Edward A. Lebowitz, MD, Daniel Y. Sze, MD, PhD, and Lawrence V. Hofmann, MD

**Thrombo-occlusion of inferior vena cava filter in a patient with polycythemia vera**
Hiromi Muranishi (MD)*, Dainari Nakashima (MD), Hiroki Nagata (MD), Koji Hasegawa (MD), Atsushi Nakagawa (MD), Shigeyuki Kojima (MD), Hidefumi Hamada (MD)

**Deployment Performance and Retrievability of the Cook Celect Vena Cava Filter**

H. Bob Smouse, MD, William G. Van Alstine, DVM, PhD, Susan Mack, BS, and Jennifer A. McCann-Brown, PhD

**Complications Related to Inferior Vena Cava Filters: A Single-Center Experience**
Munier Nazzal, Edwin Chan, Mustafa Nazzal, Jihad Abbas, Grant Erikson, Soud Sediqe, and Sabry Gohara, Toledo, Ohio

**Excimer Laser–assisted Retrieval of Gunther Tulip Vena Cava Filters: A Pilot Study in a Canine Model**
Naritatsu Saito, MD, Takeshi Shimamoto, MD, Takahide Takeda, MD, Akira Marui, MD, Takeshi Kimura, MD, Tadashi Ikeda, MD, and Ryuzo Sakata, M

**Modeling Blood Flow in a Tilted Inferior Vena Cava Filter: Does Tilt Adversely Affect Hemodynamics?**
Michael A. Singer, PhD, and Stephen L. Wang, MD

**Introducer curving technique to reduce tilting of transfemoral Gunther Tulip IVC filter: in vitro study**
Liang Xiao1, Man Wang2, De-sheng Huang3, Jing Shen1 and Jia-jie Tong1

**Symptomatic Perforation of a Gu¨nther Tulip Inferior Vena Cava Filter With Subsequent Strut Fracture and Pulmonary Embolization**
Joshua D. Dowell • Weiping Wang • James W. Spain

**British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry**
Raman Uberoi • Charles Ross Tapping • Nicholas Chalmers • Victoria Allgar

**Failed inferior vena cava filter retrieval by conventional method: Analysis of its causes and retrieval of it by modified double-loop technique**
Eun Cho1, Kyung Jae Lim1, Jeong Hyun Jo1, Gyoo-Sik Jung2 and Byeong Ho Park1

**Correlation of intravascular ultrasound and computed tomography scan measurements for placement of intravascular ultrasound-guided inferior vena cava filters**
Sean Hislop, MD,a Dustin Fanciullo, MD,a Adam Doyle, MD,a Jennifer Ellis, MD,a Ankur Chandra, MD,a and David L. Gillespie, MD,b

**Respiratory-Induced Haemodynamic Changes: A Contributing Factor to IVC Filter Penetration**
Alicia Laborda • William T. Kuo • Ignatios Ioakeim •Ignacio De Blas • Mauro Malve` • Celia Lahuerta • Miguel A. De Gregorio

**In vitro comparison of Günther Tulip and Celect filters. Testing filtering efficiency and pressure drop**
M. Nicolas a,d, M.Malvé a,c,d, E.Peña a,d,n, M.A.Martínez a,d, R.Leask b a

**A single center experience with retrievable IVC filters**
Anas Renno, Faisal Khateeb, Viviane Kazan, Weikai Qu, Anurekha Gollapudi, Brett Aplin, Jihad Abbas, Gerald Zelenock and Munier Nazzal

**A 16-F Sheath with Endobronchial Forceps Improves Reported Retrieval Success of Long-Dwelling "Closed Cell" Inferior Vena Cava Filter Designs**
Jeffrey Forris Beecham Chick, MD, MPH,S.William Stavropoulos,MD, Benjamin J.Shin,MD ,Richard D.Shlansky-Goldberg,MD, Jeffrey I.Mondschein,MD ,Deepak Sudheendra ,MD, Gregory J.Nadolski, MD,Micah M.Watts,MD,and ScottO. Trerotola,MD

**Inferior Vena Cava Thrombosis**
Mohamad Alkhouli, MD,a Mohammad Morad, MD,b Craig R. Narins, MD,a,c Farhan Raza, MD,d Riyaz Bashir, MBBSd

**A Comprehensive Review of IVC Fitlers in a Community Teritary Center**
Benjamin Parsons, DO[1], Peter Polewski, MD[2*], Angela Smith, MA[3*], Kurt Ziegelbein, MD[4*], Andrew Horstman, PA-C[2*], Ezana Azene, MD, Ph.D[4*], Shannon Brozak, PA-C[5*], Mason Fisher, MD[5*] and Paul Escher[3*]

**Outcomes of Inferior Vena Cava Filter Placement in a Large Population of Cancer Patients Diagnosed with Pulmonary Embolism: Risk for Recurrent Venous Thromboembolism, Survival, and Filter-Related Complications**
Catherine C. Coombs, MD[1], Deborah Kuk, ScM[2*], Sean Devlin, PhD[2*], Robert Siegelbaum, MD[3*], Rekha Parameswaran, MD[4], Simon Mantha, MD, MPH[4] and Gerald A Soff, MD[4]

**The Efficacy and Safety of Oral Rivaroxaban in Patients with Permanent Inferior Vena Cava Filter: A Pilot Case-Control Study**
Kirill Lobastov, PhD[1,2*], Iliya Schastlivtsev, PhD[1,2*], Victor Barinov, PhD, MD[1,2*] and Valeriy Boyarintsev[1]

**Wait—The Inferior Vena Cava Is Thrombosed? Now What?**
Michael R. Jaff, DO

**Analysis of Tilt of the Gunther Tulip Filter**
Alan A. Sag, BS, Joseph M. Stavas MD, Charles T. Burke MD, Robert G. Dixon MD, Joel S. Marquess BS, Matthew A. Mauro MD

**Removal of Retrievable Inferior Vena Cava Filters with Computed Tomography Findings Indicating Tenting or Penetration of the Inferior Vena Cava Wall**
John C. Oh MD, Scott O. Trerotola MD, Mandeep Dagli MD, Richard D. Shalansky-Goldberg MD, Michael Soulen MD, Maxim Itkin MD, Jeffrey Mondschein MD, Jeffrey Solomon MD, and S. William Stavropoulos MD

**Techniques Used for Difficult Retrievals of the Gunther Tulip Inferior Vena Cava Filter: Experience in 32 Patients**

Thuong G. Van Ha MD, Olga Vinokur MD, Jonathan Lorenz MD, Sidney Regalado MD, Steven Zangan MD, Giancarlo Piano MD, Brian Funaki MD

**Complex Retrieval of Fractured, Embedded, and Penetrating Inferior Vena Cava Filters: A Prospective Study with Histologic and Electron Microscopic Analysis**
William T. Kuo MD, Scott W. Robertson, PhD, Justin I. Odegaard MD, and Lawrence V. Hofmann MD

**Complications of Celect, Gunther Tulip, and Green eld Inferior Vena Cava Filters on CT Follow-up: A single-Institution Experience**
Eric D. McLoney MD, Venkatesh P. Krishnasamy MD, Jordan C. Castle MD, Xiangyu Yang PhD and Gregory Guy MD.

**Complicated Inferior Vena Cava Filter Retrievals: Associated Factors Identified at Preretrieval CT**
Ly Anne V. Dinglasan MD, MHS, John C. Oh MD, J. Eric Schmitt MD, PhD, Scott O. Trerotola MD, Richard D. Shalandsky-Goldberg MD, S. William Stavropoulos MD

**Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation**
Joshua D. Dowell MD PHD, Jordan C. Castle MD, Maureen Schickel PhD, Urbina K. Andersson MD, Rachel Zielinski BS, Eric McLoney MD, Gregory Guy MD, Xiangyu Yang PhD and Samir Ghadiali, PhD

**Complications of indwelling retrievable versus permanent inferior vena cava filters**
Tina R. Desai MD, Omar C. Morcos MD, Benjamin B. Lind MD, Nancy Schindler MD, Joseph A. Caprini MD, David Hahn MD, David Warner MD, NavYash Gupta MD

**Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place**
Michael R. Go MD, Lucus Keller-Biehl BS and Jean E. Starr MD

**Caval Penetration by Retrievable Inferior Vena Cava Filters: A Retrospective Comparison of Option and Gunther Tulip Filters**
Olufoladare G. Olorunsola MD, Maureen P. Kohi MD, Nicholas Fidelman MD, Antonio C. Westphalen MD, Pallav K. Kolli MD, Andrew G. Taylor MD PhD, Roy L. Gordon MD, Jeanne M. LaBerge MD, Robert K. Kerlan

**Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success**
Roan J. Glocker MD, Zdenek Novak MD, Thomas C. Matthews MD, Mark A. Patterson MD, William D. Jordan MD, Benjamin J. Pearce MD, Marc A. Passman MD

**A Clinical Trial of Vena Cava Filters in the Prevention of Pulmonary Embolism in Patients with Proximal Deep-vein Thrombosis**
Herve Decousus MD, Alain Leizorovicz MD, Florence Parent MD, Yves Page MD, Bernard Tardy MD, Philippe Girard MD, Silvy Laporte BS

**Vena Cava Filters: Prevalent Misconceptions**
Morris Simon MD

**Assessment of Apparent Vena Caval Penetration by the Greenfield Filter**
Mary C. Proctor MS, Lazar J. Greenfield MD, Kyung J. Cho MD, Mohammed M. Moursi MD, Eric A. James BS

**A New Optional Vena Filter: Retrieval 12 Weeks in an Animal Model**
Elias N. Brountzos MD, John A. Kaufman MD, Anthony C. Venbrux MD, P. Rand Brown DVM, Jason Harry PhD, Thomas F. Kinst, Stephen Kleshinski, Adrian C. Ravenscroft

**Retrieving the Amplatz Retrievable Vena Cava Filter**
David W. Hunter, Gunner Lund, Joseph A. Rysavy, Wilfrido Castaneda-Zuniga, John F. Cardella, Antony T. Young, Zeev Vladover III, Kurt Amplatz

**Animal Experience in the Gunther Tulip Retrievable Inferior Vena Cava Filter**
M.A. de Gregorio, M. J. Gimeno, R. Tobio, F. Lostale, A. Mainar, J.M. Beltran, B. Madariaga, E.R. Alfonso, J. Medrano, A. Viloria

**Percutaneous Retrieval of the Tulip Vena Cava Filter: Feasibility, Short- and Long-term Changes-An Experimental Study in Dogs**
J.M. Neuerburg, S. Handt, K. Beckert, K. Tonn, E. Rasmussen, D. Hunter, R.W. Gunther

**Vessel Wall Reaction After Vena Cava Filter Placement**
Arend Hoekstra, Jan M. Elstrodt, Peter G.J. Nikkels, Anton T.M.G. Tiebosch

**Laparoscopic Demonstration of Vena Cava Wall Penetration by Inferior Vena Cava Filters in an Ovine Model**
Alicia Laborda, DVM PhD, Fernando Lostale MD PhD, Jose B. Rodriguez, DVM PhD, Miguel Angel Bielsa MD, Miguel Angel Martinez, Mech E PhD, Carolina Serrano DVM, Rocio Fernandez DMV, Miguel Angel De. Gregorio MD PhD

**Inferior Vena Cava Filter Removal after 317-days Implantation**
Christoph A. Binkert MD, Anu Bansal MD, Jonathan D. Gates MD

**A systematic review of symptomatic duodenal perforation by inferior vena cava filters**
Rafael D. Malgor MD, Nicos Labropoulos PhD, DIC, RVT