# EXHIBIT N

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF INDIANA
 3                  INDIANAPOLIS DIVISION
 4
 5    ---------------------------------
      IN RE: COOK MEDICAL, INC., IVC    )
 6    FILTERS MARKETING, SALES          )
      PRACTICES AND PRODUCT LIABILITY   ) Case No.
 7    LITIGATION,                       )
                                        ) 1:14-ml-2570-RLY-TAB
 8    ---------------------------------
                                        ) MDL No. 2570
 9    This Document Relates in          )
      ALL ACTIONS                       )
10                                      )
      ---------------------------------
11
12
13
14
15
16         DEPOSITION OF MICHAEL C. FISHBEIN, M.D.
17                 LOS ANGELES, CALIFORNIA
18                   FRIDAY, JULY 21, 2017
19
20
21
22    Job No. 2630175
23    Reported by:
      RICKI Q. MELTON, RPR
24    CSR No. 9400
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 242

```
 1    significance."
 2         It's not a normal biologic phenomenon.
 3  BY MR. WEBBER:
 4    Q    A perforation or --
 5    A    Yes, perforation.
 6    Q    Okay. Okay.
 7    A    Maybe generally it's without clinical
 8  significance, but it's not a normal biologic
 9  phenomenon.
10    Q    You didn't evaluate or examine Mr. Gage or
11  Ms. Hill personally; correct?
12    A    That's correct.
13    Q    Okay. And do you recall what you looked
14  at or which records you looked at for -- well,
15  strike that.
16         Did -- any records that you looked at for
17  Mr. Gage and Ms. Hill, did you list them in the
18  list of documents that you reviewed that we saw
19  back at Exhibit something or other?
20    A    I -- I have a --
21    Q    It would be -- it would be Exhibit 5
22  maybe? I'm going to bet on Exhibit 5. Yes. Let
23  me rephrase that question.
24         Any medical records that you looked at
25  pertaining to Mr. Gage or Ms. Hill, would you have
```

Page 243

```
 1  listed those in your list of documents reviewed in
 2  Exhibit 5?
 3    A    Yes.
 4    Q    Okay.
 5    A    Yes, page 21 and 22.
 6    Q    All right. You have not looked to see
 7  whether there's any evidence that Ms. Hill had any
 8  narrowing of her duodenum as a result of the filter
 9  strut in the duodenum; correct?
10    A    Correct.
11    Q    And you're not offering any causal
12  opinions in Ms. Hill's case; right?
13    A    Ms. -- what do you mean?
14    Q    That the -- that the IVC filter from Cook
15  caused any particular injury to her; correct?
16    A    That's correct.
17    Q    And the same with Mr. Gage. You're not
18  offering any causal opinions, that is, that the IVC
19  filter caused any particular injury to Mr. Gage?
20    A    Correct.
21    Q    Okay. Can the strut of a vena cava tent,
22  on your definition, into adjoining structures or
23  organs?
24    A    Yes.
25    Q    Okay. What is extravasation?
```

Page 244

```
 1    A    Leakage.
 2    Q    Did I -- did I say that right?
 3    A    Yes.
 4    Q    All right. Every so often I guess right.
 5         Would you agree that perforation defined
 6  by extravasation of contrast or hemorrhage or
 7  hematoma is a reasonable definition of perforation?
 8         MR. SCHULTZ: Object to the form.
 9         THE WITNESS: Could you repeat?
10  BY MR. WEBBER:
11    Q    Sure.
12         Would you agree that defining perforation
13  as extravasation of contrast or hemorrhage or
14  hematoma is a reasonable definition?
15         MR. SCHULTZ: Same objection.
16         THE WITNESS: It's incomplete definition.
17  BY MR. WEBBER:
18    Q    Okay. And it's incomplete how?
19    A    Because you don't always see extravasation
20  of blood or contrast. You only -- it depends how
21  you study it. It depends whether it's a contained
22  perforation or not. So it doesn't include all
23  perforations.
24    Q    All right.
25    A    We can go back to our example of the vena
```

Page 245

```
 1  puncture. You could puncture the vein. You could
 2  put your finger on it. There's no extravasation of
 3  blood. If you did a venogram, there would be no
 4  dye extravasation. There's still a perforation
 5  there.
 6    Q    Okay. When you said for the vena
 7  puncture, meaning for like an IV?
 8    A    Yes. Let's say -- let's say it's --
 9  someone draws your blood --
10    Q    Uh-huh.
11    A    -- and it's going to get blood out, and
12  then they put their finger there --
13    Q    Uh-huh.
14    A    -- there's not going to be leakage of
15  blood outside the vessel. There's not going to be
16  extravasation of dye if you did a venogram, but
17  there's a hole in that vessel regardless.
18    Q    Okay. And I think you'd said earlier
19  that, on your view, any -- anything that goes
20  through the vessel, even if it doesn't leave a hole
21  that you can see through, because whatever it is
22  that went through the vessel wall stays there and
23  essentially seals it up so that there's no gap,
24  nothing can escape, it's still a perforation, on
25  your view?
```

Veritext Legal Solutions
www.veritext.com                                                888-391-3376