# EXHIBIT O

Page 1

UNITED STATES COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CASE NO.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

This Document Relates to
Case No. 1:14-cv-06016-RLY-TAB

VIDEO DEPOSITION OF ELIZABETH JANE HILL

Taken on Behalf of the Defendants, Cook Incorporated,
Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
William Cook Europe ApS

DATE TAKEN:     THURSDAY, NOVEMBER 10TH, 2016
TIME:           8:54 A.M. - 4:28 P.M.
PLACE:          VERITEXT
                37 NORTH ORANGE AVENUE
                SUITE 500
                ORLANDO, FLORIDA   32801

STENOGRAPHICALLY REPORTED BY:

ANTHONY TRUJILLO, RMR, CRR
Registered Merit Reporter
Certified Realtime Reporter

Page 106

1 Exhibit 7. Take a second to look at that.
2     Is that your signature at the bottom of
3 Exhibit 7?
4   A. Yes, that is my signature.
5   Q. And this says consent for procedure of IVC
6 filter -- inferior vena cava filter placement; is that
7 correct?
8   A. Yes.
9   Q. No. 3 says that the risks of this procedure
10 might include infection, bleeding, blood vessel and/or
11 nerve injury, and injury to other tissue and/or organs.
12     Do you see that?
13   A. Yes, I do.
14   Q. So you were aware that those were potential
15 risks before you had your IVC filter placed?
16     MR. JOHNSON: Form objection.
17   Q. You can answer.
18   A. It was not stressed to me. Again, it was
19 stressed to me there could be some procedural
20 complications.
21     (Exhibit 8 was marked for identification.)
22 BY MS. COX:
23   Q. I'm going to hand you what's been marked as
24 Exhibit 8. This is the informed consent from Dr. Zuzga.
25     Do you recognize this?

Page 107

1     MR. JOHNSON: Form objection.
2   A. No, I do not.
3   Q. Is this your signature on the bottom of this
4 page?
5   A. That is my signature.
6   Q. And it's dated 11/17/10.
7   A. Yes.
8   Q. Is that the same day that you had your filter
9 placed?
10   A. Yes.
11   Q. So do you recall signing this form?
12   A. I re- -- recall signing a form. I will add
13 that I was on a gurney without my cheaters, and I had
14 already had a medication.
15     MR. HEAVISIDE: Ma'am, just for the record,
16 what are cheaters?
17     THE WITNESS: I'm sorry. My -- my glasses. My
18 reading glasses. Thank you. My...
19 BY MS. COX:
20   Q. I was following you. I knew -- I knew where
21 you were going.
22   A. Thank you.
23     (Pause.)
24 BY MS. COX:
25   Q. Do you recall -- the signature of the witness,

Page 108

1 Gr- -- do you recall that nurse?
2   A. No.
3   Q. Okay. This states that the risks of IVC filter
4 placement include injury to vessel or nerve and filter
5 migration, among other risks.
6     Do you see that?
7   A. I do.
8   Q. It also states that the benefits of the
9 procedure have been fully explained and that you
10 understand no results can be guaranteed or assured.
11     Do you see that?
12   A. Yes.
13   Q. Okay. So this was a form that you signed prior
14 to the IVC filter placement, correct?
15   A. Yes.
16     MR. JOHNSON: Form.
17   Q. Have you told me everything you recall about
18 your conversations with Dr. Zuzga and his male nurse and
19 anyone else prior to the placement of your IVC filter?
20   A. Just that it would be an easy procedure. No
21 problems. Easy insert; easy removal.
22   Q. Okay. So your actual IVC filter was implanted
23 on November 17th of 2010, correct?
24   A. Correct.
25   Q. Do you recall how long that took?

Page 109

1   A. No, because I was under conscious sedation.
2   Q. How long --
3   A. I think it was quick.
4   Q. Okay. How long were you in the hospital after?
5   A. A couple of hours.
6   Q. Did you see Dr. Zuzga after it was over?
7   A. No.
8   Q. Did you see anyone after it was over?
9   A. I was in the recovery room with the nurses.
10   Q. Okay.
11   A. And they discharged me to my husband.
12   Q. Do you remember being given any special
13 instructions?
14   A. Take it easy.
15     (Exhibit 9 was marked for identification.)
16 BY MS. COX:
17   Q. I'm going to hand you what's been marked as
18 Exhibit 9.
19     Is that your signature on the bottom of the
20 page?
21   A. Yes, it is.
22   Q. This lists discharge instructions after your
23 IVC filter placement.
24     It says that you can shower after two days.
25 Talks about how you take a shower. Talks about how you

28 (Pages 106 - 109)