**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                             MDL No. 2570

_____

This Document Relates to:

Cause No.   1:14-cv-06018-RLY-TAB (Tonya Brand)
Cause No.   1:14-cv-01875-RLY-TAB (Arthur Gage)
Cause No.   1:14-cv-06016-RLY-TAB (Elizabeth Jane Hill)

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| California | December 10,1985 (active as of 1/1/16) | I.D. No. 121572 |
| Minnesota | November 14, 1986 | I.D. No. 179553 |
| North Dakota | May 4, 1995 | I.D. No. 05287 |
| South Dakota | April 19, 1995 | I.D. No. 2391 |

| UNITED STATES DISTRICT COURT ADMISSIONS | | |
|---|---|---|
| Northern District of California | December 10,1985 | None |
| Northern District of Illinois | January 9, 2017 | I.D. No. 179553 |
| District of Minnesota | December 2, 1986 | None |
| District of North Dakota | May 16, 1995 | None |
| District of South Dakota | September 8, 1995 | None |

| UNITED STATES SUPREME COURT AND COURTS OF APPEAL | | |
|---|---|---|
| United States Supreme Court | October 7, 1996 | None |
| 1st Circuit | June 14, 2010 | I.D. No. 1142268 |
| 2nd Circuit | August 16, 2000 and February 8, 2014 | I.D. No. 2000-497 |
| 3rd Circuit | September 23, 1996 | None |
| 4th Circuit | September 23, 1996 | None |
| 5th Circuit | September 23, 1996 | None |
| 6th Circuit | September 20, 1996 | None |
| 7th Circuit | July 21, 1995 | None |
| 8th Circuit | November 6, 1992 | None |

| 9th Circuit | July 16, 1986 | None |
| 10th Circuit | September 11, 1996 | None |
| 11th Circuit | September 23, 1996 | None |
| DC Circuit | September 30, 1996 | I.D. No. 44444 |
| Federal Circuit | September 23, 1996 | None |

I make this appearance as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 15, 2017

/s/ Bruce Jones
Bruce Jones (#179553 MN)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
E-Mail:  bruce.jones@FaegreBD.com

Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bruce Jones