# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

## **DOCUMENTS FILED UNDER SEAL**

Plaintiff files under seal Exhibits "A" and "B" to Plaintiff's Motion to Exclude or Limit the Expert Testimony of Renu Virmani, MD.

- Exhibit A: Expert report of Renu Virmani dated June 9, 2017

- Exhibit B: Excerpts from the Deposition of Renu Virmani, MD, taken on August 8, 2017.

Dated: August 15, 2017.

                                        Respectfully Submitted,

                                        */s/ Ben C. Martin*
                                        Ben C. Martin, Esq.
                                        The Law Office of Ben C. Martin
                                        3219 McKinney Avenue, Suite 100
                                        Dallas, TX 75204
                                        Telephone: (214) 761-6614
                                        Facsimile: (214) 744-7590
                                        Email: bmartin@bencmartin.com
                                        *Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee*
*and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Anthony James Urban<br>Law Offices of Anthony Urban, PC<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 | Brian J. Urban<br>Law Offices of Anthony Urban, PC<br>474 N. Centre Street, 3r Floor<br>Pottsville, PA 17901 |
| Carrie R. Capouellez<br>Lopez McHugh, LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057 | Caleb Hoff Didricksen, III<br>Didricksen Law Firm, PLC<br>3114 Canal Street<br>New Orleans, LA 70119 |
| Carl A. Woods, III<br>Didriksen Law Firm<br>3114 Canal Street<br>New Orleans, LA 70119 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV 89101 |
| Curtis Hoke<br>The Miller Firm LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960 | David Carl Anderson<br>Anderson Law<br>711 Van Ness Avenue<br>Suite 220<br>San Francisco, CA 94102 |
| John Cornew<br>409 E. Maple ave<br>Lindenwold, NJ 08021 | James R. Olson<br>Olson, Cannon, Gormley, Angulo<br>& Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Jay Harris<br>Harris, Reny & Torzewski<br>3rd Floor<br>Two Maritime Plaza<br>Toledo, OH 43604 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 |
| Joseph G. Sauder<br>Chimicles & Tikellis, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Max E. Corrick<br>Olson, Cannon, Gormley,<br>Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |

| | |
|---|---|
| Neal Lewis Moskow<br>Ury & Moskow<br>883 Black Rock Turnpike<br>Fairfield, CT 06825 | Peter C. Wetherall<br>Wetherall Group, LTD<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| Philip Sholtz<br>The Driscoll Firm, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | Richard A. Freese<br>Langston Sweet & Freese PA<br>The Morgan Keegan Center<br>2900 Highway 280, Suite 240<br>Birmingham, AL 35223 |
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 | Wilnar Jeanne Julmiste<br>Anderson Glenn LLP–Boca Raton, FL<br>2201 NW Corporate Blvd, Suite 100<br>Boca Raton, FL 33431 |

*/s/ Ben C. Martin*_____
Ben C. Martin

4