**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-02412-RLY-TAB | Cause No. | 1:17-cv-02427 RLY-TAB |
| Cause No. | 1:17-cv-02411-RLY-TAB | Cause No. | 1:17-cv-02430 RLY-TAB |
| Cause No. | 1:17-cv-02291 RLY-TAB | Cause No. | 1:17-cv-02431 RLY-TAB |
| Cause No. | 1:17-cv-02413 RLY-TAB | Cause No. | 1:17-cv-02444 RLY-TAB |
| Cause No. | 1:17-cv-02415 RLY-TAB | Cause No. | 1:17-cv-02447 RLY-TAB |
| Cause No. | 1:17-cv-02416 RLY-TAB | | |
| Cause No. | 1:17-cv-02417 RLY-TAB | | |
| Cause No. | 1:17-cv-02420 RLY-TAB | | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          August 15, 2017                    /s/ John T. Schlafer_____
                                                   Andrea Roberts Pierson (# 18435-49)
                                                   John T. Schlafer (# 28771-49)
                                                   FAEGRE BAKER DANIELS LLP
                                                   300 North Meridian Street, Suite 2700
                                                   Indianapolis, Indiana  46204
                                                   Telephone:  (317) 237-0300
                                                   Facsimile:  (317) 237-1000
                                                   E-Mail:  andrea.pierson@faegrebd.com
                                                   E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ John T. Schlafer</u>