# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-02412-RLY-TAB | Cause No. | 1:17-cv-02427 RLY-TAB |
| Cause No. | 1:17-cv-02411-RLY-TAB | Cause No. | 1:17-cv-02430 RLY-TAB |
| Cause No. | 1:17-cv-02291 RLY-TAB | Cause No. | 1:17-cv-02431 RLY-TAB |
| Cause No. | 1:17-cv-02413 RLY-TAB | Cause No. | 1:17-cv-02444 RLY-TAB |
| Cause No. | 1:17-cv-02415 RLY-TAB | Cause No. | 1:17-cv-02447 RLY-TAB |
| Cause No. | 1:17-cv-02416 RLY-TAB | | |
| Cause No. | 1:17-cv-02417 RLY-TAB | | |
| Cause No. | 1:17-cv-02420 RLY-TAB | | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    August 15, 2017         /s/ Andrea Roberts Pierson
                                  Andrea Roberts Pierson (# 18435-49)
                                  John T. Schlafer (# 28771-49)
                                  FAEGRE BAKER DANIELS LLP
                                  300 North Meridian Street, Suite 2700
                                  Indianapolis, Indiana  46204
                                  Telephone:  (317) 237-0300
                                  Facsimile:  (317) 237-1000
                                  E-Mail:  andrea.pierson@faegrebd.com
                                  E-Mail:  john.schlafer@faegrebd.com

US.113668438.01

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson