IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-02321 | Cause No. | 1:17-cv-02454 |
| Cause No. | 1:17-cv-02323 | Cause No. | 1:17-cv-02456 |
| Cause No. | 1:17-cv-02324 | Cause No. | 1:17-cv-02458 |
| Cause No. | 1:17-cv-02325 | Cause No. | 1:17-cv-02462 |
| Cause No. | 1:17-cv-02326 | Cause No. | 1:17-cv-02463 |
| Cause No. | 1:17-cv-02435 | Cause No. | 1:17-cv-02476 |
| Cause No. | 1:17-cv-02449 | Cause No. | 1:17-cv-02477 |
| Cause No. | 1:17-cv-02450 | Cause No. | 1:17-cv-02481 |
| Cause No. | 1:17-cv-02451 | Cause No. | 1:17-cv-02482 |
| Cause No. | 1:17-cv-02452 | Cause No. | 1:17-cv-02483 |

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       August 16, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

US.113683316.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.113683316.01