# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

## ORDER GRANTING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

    This matter has come before the Court on the Cook Defendants' Motion to Maintain Documents Under Seal.  The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that Exhibits G, H, and J to the Cook Defendants' Reply in Support of Motion to Compel Compliance with Subpoena of Ann Santoro and Response to Ann Santoro's Motion for Protective Order are ordered to be maintained under seal.

    SO ORDERED this ____ day of August, 2017.

                                                _____
                                              Tim A. Baker
                                              United States Magistrate Judge
                                              Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.