**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

   Elizabeth Jane Hill
   No. 1:14-cv-06016-RLY-TAB

   Arthur Gage
   No. 1:13-cv-01875-RLY-TAB

### COOK DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby respectfully request leave to file a corrected memorandum in support of their motion to exclude the proffered expert testimony of Dr. David Kessler. The original memorandum is filed as Dkt. 5698. Attached hereto as Exhibit A is a copy of the corrected memorandum, which shows the proposed correction at pp. 34-35, adding the second paragraph in Section XII that includes information about Dr. Kessler's background. The corrected memorandum does not alter the Cook Defendants' requested relief.

WHEREFORE, the Cook Defendants respectfully ask the Court to grant them leave to file the attached corrected memorandum in support of their motion to exclude the proffered expert testimony of Dr. David Kessler.

                                          Respectfully submitted,

Dated: August 16, 2017                /s/ *Victoria R. Calhoon*
Andrea Roberts Pierson (# 18435-49)
Christin Jaye Eaton (MN Bar # 228795)
Victoria R. Calhoon (# 28492-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:   andrea.pierson@faegrebd.com
E-Mail:   christin.eaton@faegrebd.com
E-Mail:   victoria.calhoon@faegrebd.com
E-Mail:   john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Co-Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Victoria R. Calhoon*