# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-01179 | Cause No. | 1:17-cv-02297 |
| Cause No. | 1:17-cv-01524 | Cause No. | 1:17-cv-02484 |
| Cause No. | 1:17-cv-01525 | Cause No. | 1:17-cv-02495 |
| Cause No. | 1:17-cv-01526 | Cause No. | 1:17-cv-02496 |
| Cause No. | 1:17-cv-01527 | Cause No. | 1:17-cv-02497 |
| Cause No. | 1:17-cv-01575 | Cause No. | 1:17-cv-02503 |
| Cause No. | 1:17-cv-01996 | Cause No. | 1:17-cv-02507 |
| Cause No. | 1:17-cv-02179 | Cause No. | 1:17-cv-02508 |
| Cause No. | 1:17-cv-02245 | Cause No. | 1:17-cv-02518 |
| Cause No. | 1:17-cv-02255 | | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        August 17, 2017                    /s/ John T. Schlafer
                                                 Andrea Roberts Pierson (# 18435-49)
                                                 John T. Schlafer (# 28771-49)
                                                 FAEGRE BAKER DANIELS LLP
                                                 300 North Meridian Street, Suite 2700
                                                 Indianapolis, Indiana  46204
                                                 Telephone:  (317) 237-0300
                                                 Facsimile:  (317) 237-1000
                                                 E-Mail:  andrea.pierson@faegrebd.com
                                                 E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer