UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

| | |
|---|---|
| This Document Relates to All Actions | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**MOTION TO WITHDRAW APPEARANCE**

Mary Nold Larimore of the law firm Ice Miller LLP respectfully moves to withdraw her appearance on behalf of Trustees of Indiana University in the above-entitled matter. In support of this Motion, undersigned counsel states as follows:

1. The undersigned counsel represents non-party Trustees of Indiana University relating to a non-party subpoena issued to Dr. Matthew Johnson.

2. On July 27, 2017, Trustees of Indiana University served their Response to the non-party subpoena to Dr. Johnson.

3. There are no pending issues or motions relating to non-party Trustees of Indiana University and the subpoena issued to Dr. Johnson. Given the burdensome nature of monitoring filings in an MDL, there is no basis for this continuing expense to be borne by a non-party to the litigation.

4. Undersigned counsel requests that the order of withdrawal specifically provide that should any party to the MDL file a Motion or other pleading that relates to non-party Trustees of Indiana University and/or Dr. Johnson, that undersigned outside counsel, Mary Nold

I\12254206.1

Larimore, and in-house counsel for Indiana University, Joseph M. Scodro, be served via certified mail as well as by email.

        Respectfully submitted,

        ICE MILLER LLP

        *s/ Mary Nold Larimore*
        Mary Nold Larimore
        Ice Miller LLP
        One American Square, Suite 2900
        Indianapolis, IN  46282-0200
        Email:  Larimore@icemiller.com
        Phone:  317-236-2407
        Fax:  317-592-4688

        *Counsel for Trustees of Indiana University*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record registered for electronic service this 17th day of August, 2017, by the Court's electronic filing system.

        *s/ Mary Nold Larimore*
        Mary Nold Larimore