# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:

Cause No.   1:14-cv-06064-RLY-TAB (Barbara Gettman)

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| Court | Date | Number |
|---|---|---|
| Minnesota Supreme Court | October 28, 1988 | 0194438 |
| U.S. District Court Minnesota | December 5, 1988 | |
| Superior Court of District of Columbia | February 22, 1991 | 427339 |
| U.S. District Court Eastern District of Wisconsin | August 21, 1996 | |
| U.S. District Court Western District of Wisconsin | April 24, 1997 | |
| 8th Circuit Court of Appeals | October 14, 1997 | |
| U.S. District Court for Eastern and Western Arkansas | November 22, 2000 | |
| 3rd Circuit Court of Appeals | February 12, 2001 | |
| U.S. District Court Illinois – Central District | July 23, 2004 | |
| U.S. District Court Michigan – Western District | October 6, 2004 | |
| U.S. District Court Illinois – Southern District | November 8, 2005 | |
| U.S. District Court Florida – Northern District | January 29, 2013 | |
| 7th Circuit Court of Appeals | May 31, 2013 | |
| U.S. District Court Illinois – Northern District | December 6, 2013 | |
| 4th Circuit Court of Appeals | July 31, 2015 | |

US.113694643.01

I make this appearance as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   August 21, 2017 | /s/ John P. Mandler<br>John P. Mandler (#194438 MN)<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 766-7000<br>Facsimile:  (612) 766-1600<br>E-Mail:  john.mandler@FaegreBD.com<br><br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John P. Mandler