UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to Plaintiff
    *Barbara Gettman*, et al.
    Civil Case No. 1:17-cv-06064- RLY-TAB

_____

### COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S COMPLAINT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Cook Defendants[1] hereby move the Court to extend the deadline to file an answer to the complaint in this matter  by two weeks, through and including September 6, 2017. The Court entered an order denying the Cook Defendants' Motion to Dismiss or Strike Class Allegations (Dkt. 4954) on August 8, 2017, making the current response deadline August 22, 2017 pursuant to Fed. R. Civ. P. 12(a)(4)(A).

Plaintiffs filed their first amended complaint, including class allegations, on May 5, 2017 (Dkt. 4561). The Cook Defendants request this additional time to investigate the allegations in the complaint so that they may more fully respond to those allegations and identify their defenses. This is the first extension of time requested by the Cook Defendants. It is not made for purposes of undue delay and will not affect any other current case deadline.

For the foregoing reasons, the Cook Defendants request that they be granted an extension

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants" or "Cook").

1

of time until September 6, 2017, to answer the complaint. A proposed Order granting this motion, reflecting the extensions for the Cook Defendants answer, is attached hereto.

Dated: August 21, 2017	Respectfully submitted,

/s/  John P. Mandler
John P. Mandler
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 south Seventh Street  55402
Telephone:	(612) 766-7221
Facsimile:	(612) 766-1600
john.mandler@faegrebd.com

Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has on the 21st day of August, 2017 served a true and correct copy of the above and forgoing on counsel of record via CM/ECF filing.

                                                               /s/ John P. Mandler

US.113729878.01