**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to Plaintiff
    *Barbara Gettman*, et al.
    Civil Case No. 1:17-cv-06064- RLY-TAB

_____

## PROPOSED ORDER

    Having considered the Cook Defendants' Unopposed Motion for Extension of Time to Answer the complaint in this matter, the motion is **GRANTED.**

    **IT IS SO ORDERED** that the Cook Defendants' Answer shall be due on or before September 6, 2017.

    This _____ day of August ,2017

                                          _____

                                          Richard L. Young, Chief Judge
                                          United States District Court
                                          Southern District of Indiana

4