UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to Plaintiff

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## AGREED TO MOTION FOR ENLARGEMENT OF TIME

    The Cook Defendants, with the agreement of the Plaintiffs, respectfully move the Court to enlarge the time for the parties in the *Gage* action to (1) file motions for bifurcation of issues and claims at trial, and (2) provide affirmative deposition designations. This motion is made for the following reasons:

    1.    Presently, the parties in the *Gage* case are to file any motions for bifurcation of issues and claims by August 21, 2017, and provide affirmative deposition designations by August 23, 2017. Those dates have not expired.

    2.    The deadlines recited above were established based on a contemplated trial date for the *Gage* case of October 23, 2017, the date that the *Hill* case also is set to be tried. Subsequently, the Court ordered that the *Hill* case will be tried first, and the Gage case will be tried second.

    3.    As the Court is aware, Magistrate Baker has held meetings with the parties over the last few weeks to discuss settlement of the cases in this MDL. Although the process was beneficial, the parties did not reach a resolution and no further sessions presently are scheduled.

US.113728769.01

Accordingly, the parties respectfully submit that the *Hill* case will move forward for trial in October 2017, as originally planned.  The Court previously indicated that after the mediation process concluded, if the *Hill* case had not settled, the Court would thereafter set the *Gage* trial date for April 30, 2018, and reschedule the pre-trial deadlines in *Gage* accordingly.

4. The parties, having met and conferred, submitted to the Court on August 18, 2017, a request that the *Gage* trial date be definitively be set for April 30, 2018, and submitted an agreed Second Amended CMO-19 setting forth new deadlines for the *Gage* case, including a new deadline of February 12, 2018 for filing motions for bifurcation of issues and claims, and a new deadline of February 14, 2018 for affirmative deposition designations.

5. Out an abundance of caution until the Court enters the Second Amended CMO-19 containing the new deadlines for the *Gage* case, the parties respectfully request that the Court enlarge their deadlines this week for filing any motion for bifurcation and affirmative deposition designations to the dates contemplated by the parties' agreement in the proposed Second Amended CMO-19.

WHEREFORE, the parties respectfully request that the deadline in the *Gage* case for filing motions for bifurcation be extended to and include February 12, 2018, and deadline in the

US.113728769.01

*Gage* case for affirmative deposition designations be extended to February 14, 2018.

Dated: August 21, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ J. Joseph Tanner
　　　　　　　　　　　　　　　　　　J. Joseph Tanner
　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson
　　　　　　　　　　　　　　　　　　John T. Schlafer
　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　Indianapolis, Indiana  46204
　　　　　　　　　　　　　　　　　　Telephone:  (317) 237-0300
　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　joe.tanner@faegrebd.com
　　　　　　　　　　　　　　　　　　andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　john.schlafer@faegrebd.com

　　　　　　　　　　　　　　　　　　James Stephen Bennett, Co-Lead Counsel
　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　110 W. Berry Street, Suite 2400
　　　　　　　　　　　　　　　　　　Fort Wayne, Indiana  46802
　　　　　　　　　　　　　　　　　　Telephone:　　　(260) 424-8000
　　　　　　　　　　　　　　　　　　Facsimile:　　　(260) 460-1700
　　　　　　　　　　　　　　　　　　stephen.bennett@faegrebd.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017 2017, a copy of the foregoing AGREED TO MOTION FOR ENLARGEMENT OF TIME was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Cour7t's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ J. Joseph Tanner

US.113728769.01