UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570
_____

This Document Relates to the Following Actions only:

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME

This matter has come before the Court on the Agreed Motion for Enlargement of Time. The Court, having reviewed the Motion and being otherwise duly advised, finds that good cause exists and the enlargement of time should be GRANTED.

IT IS THEREFORE ORDERED that motions for bifurcation of issues and claims in the *Gage* case shall be filed by February 12, 2018, and the parties shall make affirmative deposition designations in the *Gage* case by February 14, 2018.

SO ORDERED this ____ day of August, 2017.

_____
Richard L. Young, Judge
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.113729564.01