UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to Plaintiff
       Elizabeth Jane Hill
       Civil Case No. 1:14-cv-06016-RLY-TAB

_____

### COOK DEFENDANTS' MOTION TO BIFURCATE

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move to bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury.  The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury, and for all other just and proper relief.

Dated: August 21, 2017                    Respectfully submitted,

                                          /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          J. Joseph Tanner (#11856-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          andrea.pierson@faegrebd.com
                                          Joe.tanner@faegrebd.com
                                          john.schlafer@faegrebd.com

                                          James Stephen Bennett (# 22869-02)
                                          FAEGRE BAKER DANIELS LLP
                                          110 W. Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone:  (260) 424-8000
                                          Facsimile:  (260) 460-1700
                                          stephen.bennett@faegrebd.com

                                          *Attorneys for Defendants Cook Incorporated, Cook
                                          Medical LLC f/k/a Cook Medical Incorporated,
                                          William Cook Europe ApS*

US.113340591.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.113340591.01