UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

_____

### ORDER ON COOK DEFENDANTS' MOTION TO BIFURCATE

This matter came before the Court a Motion To Bifurcate filed by Cook Defendants' Counsel, requesting the court to bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendant's Motion To Bifurcate is granted, and the Court will bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury.

Entered this ____ day of_____, 2017.

 

_____
Hon. Richard L. Young
United States District Judge
Southern District of Indiana

Distribution to:

All counsel of record via the Court's CM/ECF system

All non-registered counsel of record will be served by Plaintiffs' Lead Counsel