**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DENNIS STAPLES | ) MDL No. 1:14-ml-2570-RLY-TAB |
| | ) MDL No. 2570 |
| v. | ) |
| | ) |
| COOK INCORPORATED; | ) Civil Case No. 1:17-cv-0160-RLY-TAB |
| COOK MEDICAL LLC; | ) |
| WILLIAM COOK EUROPE APS | ) |

## ORDER OF DISMISSAL

Considering the parties' Stipulation of Dismissal Without Prejudice of All Claims of Plaintiff, Dennis Staples.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in MDL No. 1:14-ml-2570-RLY-TAB (Member Case 1:17-cv-0160-RLY-TAB) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: 8/22/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana