IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § |
| This Document Relates to All Actions | |

Case No.1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER ON PLAINTIFFS' MOTION TO SEAL DOCUMENT NO. 4229 IN ITS ENTIRETY TO PLAINTIFFS' OBJECTIONS AND APPEAL FROM MAGISTRATE TIM A. BAKER'S ORDER SUSTAINING DEFENDANTS' OBJECTIONS TO PRODUCTION OF NET WORTH DOCUMENT**

On this day came on to be heard Plaintiffs' Motion to Seal Document No. 4229, Plaintiffs' Objections and Appeal from Magistrate Tim A. Baker's Order Sustaining Defendants' Objections to Production of Net Worth Documents. Motion is granted.

It is ordered that Document 4229 is sealed in in entirety.

Dated: 8/22/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.