IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Amanda K. Rauch

Civil Case No. 1:15-cv-00175-RLY-TAB

### MOTION TO WITHDRAW APPEARANCE OF STEPHANIE C. KUCERA

Pursuant to Local Rule 83-7, Plaintiff moves the Court to allow the withdrawal of attorney Stephanie C. Kucera, and in support of said motion states the following:

1. Plaintiff is currently represented by Joseph N. Williams of Riley Williams & Piatt, LLC.

2. Plaintiff was represented by E. Craig Daue and Stephanie C. Kucera of Buxbaum Daue PLLC.

3. That attorney E. Craig Daue's appearance was withdrawn on April 7, 2017.

4. That attorney Stephanie C. Kucera is no longer with the firm of Buxbaum Daue PLLC and her appearance should be withdrawn.

5. That because Plaintiff will continue to be represented by the undersigned, no evidence of written notice to Plaintiff is necessary pursuant to Local Rule 83.7(c).

WHEREFORE, Plaintiff, by counsel, respectfully moves the Court for an Order allowing Stephanie C. Kucera appearance to be withdrawn, and for all other just and proper relief.

        Respectfully submitted

        RILEY WILLIAMS & PIATT, LLC

        */s/ Joseph N. Williams*
        Joseph N. Williams (Atty. No. 25874-49)
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone:  (317) 633-5270
        Facsimile:  (317) 426-3348
        Email:  jwilliams@rwp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

        */s/ Joseph N. Williams*
        Joseph N. Williams