IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:
Plaintiff, MAX D. BERRY
Case No.  1:17-CV-1724-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff, Max D. Berry.

Dated:  May 24, 2017                        Respectfully submitted,

                                                                     /s/Nicole K.H. Maldonado
                                                                  Nicole K.H. Maldonado (CA Bar No. 207715)
                                                                  *Admitted to USDC Southern Indiana*
                                                                  Michael L. Baum, Esq.  (CA Bar No. 119511)
                                                                  BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
                                                                  12100 Wilshire Blvd., Suite 950
                                                                  Los Angeles, CA 90025
                                                                  (310) 207-3233 Tel
                                                                  (310) 820-7444 Fax
                                                                  nmaldonado@baumhedlundlaw.com
                                                                  mbaum@baumhedlundlaw.com

                                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Nicole K.H. Maldonado