UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                             1:14-ML-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to:

   JOSEPH J. DODDS, III

Civil Case #    1:16-cv-02807-RLY-TAB

_____

### ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of JOSEPH J. DODDS, III,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Joseph J. Dodds, III, against Defendants Cook Medical, LLC, Cook Incorporated and William Cook Europe APS., in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-02807) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this 23rd day of  August, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana