IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:   COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                        1:14-ML-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

This Document Relates to:

   REBECCA BROWN

Civil Case #   1:16-cv-01460

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Rebecca Brown,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Rebecca Brown against Defendants Cook Medical LLC, Cook Incorporated and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01460) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this 23rd day of August, 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana