IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,            1:14-ML-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

This Document Relates to:

   STEVEN P. JACKSON

Civil Case #   1:16-cv-01376-RLY-TAB

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Steven P. Jackson,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Steven P. Jackson against Defendants Cook Medical, LLC, Cook Incorporated and William Cook Europe APS., in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01376) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this 22nd day of August, 2017.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana