UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:17-cv-06069-RLY-TAB | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## MOTION TO DISMISS WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(2), the following Plaintiffs ONLY move to dismiss their claims without prejudice from this action:

Deatrice Digman

Michelle Draper, Individually and as Anticipated Representative of the Estate of Stacy Draper

Vince Galli as Anticipated Representative of the Estate of Rose Galli

Sharlener Johnson-Richardson

Donald Millsberg

The claims of all other Plaintiffs are unaffected by this motion.

WHEREFORE, the foregoing Plaintiffs ONLY respectfully request the Order of the Court dismissing their claims without prejudice, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

BY:   /s/ Gregory J. Pals
John J. Driscoll
Gregory J. Pals
THE DRISCOLL FIRM
40th Floor
211 North Broadway
St. Louis, MO 63102
314/932-3232
Fax: 314/932-3233
Email: john@thedriscollfirm.com

### CERTFICATE OF SERVICE

I hereby certify that on August 23, 2017, I electronically filed the foregoing Notice of Voluntary Dismissal, with the clerk of the court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

SO CERTIFIED this the 23rd day of August, 2017.

/s/Gregory J. Pals
Gregory J. Pals