UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

### SECOND AMENDED CASE MANAGEMENT ORDER # 19
### (THIRD AMENDED BELLWETHER TRIAL PLAN)

This order supersedes all prior Case Management Order No. 19 (and any amendments to CMO 19) and Case Management Order No. 17.

1.  Motions for Leave to Amend: All motions for leave to amend the pleadings or to join additional parties in bellwether trial cases shall be filed on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| October 28, 2016 (*past*) | March 14, 2017 (*past*) |

2.  Bellwether Depositions: Case-Specific Fact Depositions in Bellwether Cases shall be limited to (1) Plaintiff(s), (2) Plaintiff's treating physicians, (3) sales representatives directly associated with the sale of the specific product implanted in the plaintiff, and (4) two additional fact witnesses. The parties agree that the sales representative depositions will generally occur prior to implanting/retrieval physician depositions. If the parties disagree regarding the proper sequencing of depositions and the sequence of questions in depositions in a specific Bellwether case, they will meet and confer prior to contacting the court for assistance in resolving the issue. Additional Case-Specific depositions may be taken by agreement or by leave of court upon good cause shown.

3.  Expert Disclosures: Plaintiffs and Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before the dates listed in Exhibits A and C. The parties agree to provide dates each of their experts are available for deposition with their expert disclosures.[1]

---

[1] For any expert who is deposed prior to August 3, 2017, the deadlines for filing *Daubert* motions contained in Exhibits A and B shall apply. For any expert who is deposed in *Hill* and *Gage* on or after August 3, 2017 (specifically including Dr. Kaufmann), any *Daubert* motion particular to such an expert shall be filed within 10

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Plaintiffs | March 17, 2017 *(past)* | *See* Exhibit C |
| Defendants | June 12(non-medical) and 29 (medical)*(past)* | *See* Exhibit C |
| Rebuttal | Not permitted | *See* Exhibit C |

4. <u>Independent Medical Examinations</u>: Any independent medical examinations of the plaintiff shall be requested by Defendants on or before the dates listed below. The parties shall work together to establish a protocol for IMEs.

| *Hill* and *Gage* | *Brand* |
|---|---|
| March 20, 2017 (past and requested) | *See* Exhibit C |

5. <u>Close of Discovery</u>: Discovery must be complete by the dates listed below.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Non-Expert | June 22, 2017 (*past*) | *See* Exhibit C |
| Expert | July 22, 2017 (*past*) | *See* Exhibit C |

6. <u>Preliminary Witness & Exhibit Lists</u>: Preliminary witness and exhibit lists are due on or before the dates listed below. The lists should reflect the specific potential witnesses and exhibits at each bellwether trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements.

| *Hill* and *Gage* | *Brand* |
|---|---|
| August 1, 2017 (*past*) | *See* Exhibit C |

7. <u>Motions for Summary Judgment and Daubert Motions</u>: Motions for summary judgment and Daubert motions regarding the limitation or exclusion of expert testimony are due on or before the dates listed below. The briefing schedule for motions for summary judgment and Daubert motions is controlled by Local Rule 56-1, which requires the parties to submit their responses and replies on or before the dates listed below. A hearing on Daubert and Motions for Summary Judgment will be set by separate order.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|

days after the depositions is completed; any response brief will be due 30 days after the filing of the *Daubert* motion; and, any reply shall be filed 7 days after the response is filed.

|  |  |  |
|---|---|---|
| Motions | August 9, 2017 (*past*) | *See* Exhibit C |
| Responses | *See* Exhibit A & B | *See* Exhibit C |
| Replies | *See* Exhibit A & B | *See* Exhibit C |

      8.    <u>Summary Judgment Requirements</u>: Absent prior leave of the court, and for good cause shown, all issues raised in a motion for summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.

      9.    <u>Bifurcation</u>: Any party who believes that bifurcation of trial is appropriate with respect to any issue or claim shall notify the court as soon as practicable and no later than the dates listed below.

| *Hill* and *Gage* | *Brand* |
|---|---|
| *See* Exhibit A & B | *See* Exhibit C |

      10.    <u>Motions in Limine:</u>  Motions in limine, responses, and replies shall be filed as follows. By separate Order, the Court will establish any hearing date for these motions.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Motions | *See* Exhibit A & B | *See* Exhibit C |
| Responses | *See* Exhibit A & B | *See* Exhibit C |
| Replies | No replies. | No replies. |

      11.    <u>Deposition Designation</u>s: The parties shall exchange deposition designations in a form that lists the portions of the deposition(s), including the specific page and line numbers, that the party intends to offer as evidence at trial.  Deposition designations, counter designation, and redirect designations and related objections shall be filed in accordance with the following schedule:

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Affirmative Deposition Designations | *See* Exhibit A & B | *See* Exhibit C |
| Counter Designations and Objections | *See* Exhibit A & B | *See* Exhibit C |
| Re-direct Deposition Designations, Responses to Objections and Objections to Counter Designations | *See* Exhibit A & B | *See* Exhibit C |

3

| Objections to Re-Direct and Responses to Objections to Counter Designations | *See* Exhibit A & B | *See* Exhibit C |
| Responses to Objections to Re-direct Designations & Submit to Court for Rulings | *See* Exhibit A & B | *See* Exhibit C |

12.     Witness Lists: All parties shall file and serve their final witness list, which identifies and notifies the other party of the identity of all witnesses who will attend the trial, on or before the dates listed below. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

| *Hill* and *Gage* | *Brand* |
| *See* Exhibit A & B | *See* Exhibit C |

13.     Final Exhibit List: All parties shall file and serve their final exhibit list for each of the bellwether trial cases on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
| *See* Exhibit A & B | *See* Exhibit C |

14.     Jury Instructions and Verdict Form: All parties shall file and serve their proposed jury instructions and verdict forms on or below the dates listed below:

| *Hill* and *Gage* | *Brand* |
| *See* Exhibit A & B | *See* Exhibit C |

15.     Stipulations of Fact, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment:  The parties shall file their stipulations of fact, file and serve their trial briefs, and submit their Notice to Court of Use of Evidence Presentation Equipment, on or before the dates listed below.

| *Hill* and *Gage* | *Brand* |
| *See* Exhibit A & B | *See* Exhibit C |

16.     Final Pretrial Conference: A final pretrial conference will be held October 12, 2017 at 10:00 a.m.

17.     Jury Selection and Voir Dire: Jury selection will begin in accordance with the dates below.  All parties may file with the clerk requests for the Court to cover particular subjects or to ask particular questions during voir dire. Such requests shall be filed in accordance with the

4

dates below. After the Court completes its initial voir dire, the parties will have an opportunity to ask additional questions at the Court's discretion.

|  | *Hill* and *Gage* | *Brand* |
|---|---|---|
| Requests to the Court to cover particular subjects or ask particular questions during voir dire | *See* Exhibit A & B | *See* Exhibit C |
| Jury Selection | *See* Exhibit A & B | *See* Exhibit C |

18. **Trial Date**: Trial in *Hill* will begin October 23, 2017. Trial in *Gage* will begin April 30, 2018. Trial in *Brand* will begin September 10, 2018.

19. **Additional deadlines**: Any deadlines not specifically referenced above are set forth in Exhibits A-C.

SO ORDERED this 23rd day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

5