IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:   COOK MEDICAL, INC., IVC FILTERS       Case No:  1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff(s):

TERESA LOOSE

Civil Case #  1:16-CV-3399-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached amended short form complaint to correct Paragraph 7 to add "for the Eastern District of Michigan" to "District Court," Paragraph 11 to change "04/10/2007" to "04/09/2007," and Paragraph 14 to change the blank box on "Count VIII:  Loss of Consortium" to "X  Count VIII:  Loss of Consortium." (see Short Form Complaint).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Teresa Loose requests that this Court grant this request to correct Paragraph 7 to read "District Court for the Eastern District of Michigan," Paragraph 11 to read "04/09/2007," and Paragraph 14 to read "X  Count VIII:  Loss of Consortium, and for leave

to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: August 24, 2017                         /s/ Joseph R. Johnson_____
                                               Joseph R. Johnson, Bar No: 372250
                                               Babbitt & Johnson, P.A.
                                               1641 Worthington Road
                                               Suite 100
                                               West Palm Beach, FL  33402-4426
                                               Telephone:  (561) 684-2500
                                               Facsimile:  (561) 684-6308
                                               jjohnson@babbitt-johnson.com

                                               **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        /s/ Joseph R. Johnson_____