IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No:  1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)

TERESA LOOSE and ARNOLD LOOSE

Civil Case #  1:16-CV-03399-RLY-TAB

_____

## **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Teresa Loose and Arnold Loose be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of August, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge