IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:   COOK MEDICAL, INC., IVC FILTERS     Case No:  1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff(s):

DEANO WILLIAMS

Civil Case #  1:17-CV-1879-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 1 to read "Deano" instead of "Delano"  (see Short Form Complaint).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Deano Williams requests that this Court grant this request to correct Paragraph 1 to read "Deano," and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached  Amended  Short Form Complaint.


Dated: August 24, 2017                    /s/ Joseph R. Johnson_____
                                          Joseph R. Johnson, Bar No:  372250
                                          Babbitt & Johnson, P.A.
                                          1641 Worthington Road
                                          Suite 100

West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson