IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC. IVC FILTERS        Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

DEANO WILLIAMS

Civil Case #  1:17-CV-01879-RLY-TAB

_____

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Deano Williams be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of August, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge