IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC. IVC FILTERS        Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

KEITH LEVESQUE

Civil Case #  1:15-CV-1706-RLY-TAB

_____

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Keith Levesque be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of August, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge