IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No:  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

TERESA ELLISON

Civil Case #  1:16-CV-01672-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1.  Plaintiffs seek leave to file the attached short form complaint to correct Paragraph 2 to read "James Ellison" instead of "N/A" (see Amended Short Form Complaint).

2.  Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Teresa Ellison requests that this Court grant this request to correct Paragraph 2 to read "James Ellison," and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: August 24, 2017                       /s/ Joseph R. Johnson_____
                                                                        Joseph R. Johnson, Bar No:  372250
                                                                        Babbitt & Johnson, P.A.
                                                                        1641 Worthington Road
                                                                        Suite 100

        West Palm Beach, FL  33402-4426
        Telephone:  (561) 684-2500
        Facsimile:  (561) 684-6308
        jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                /s/ Joseph R. Johnson