INSD Change of Attorney Information *(Rev. 2/16)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]

)
) In Re: Cook Medical, Inc.
) 14-ml-2570-RLY-TAB/MDL No. 2570
) Hawes, 1:16-cv-809; Neal, 1:17-cv-00275; Rollyson,
) 1:17-cv-00276; Keister, 1:17-cv-00277; Babin,
) 1:17-cv-02718; Satterlee, 1:17-cv-02719; Yedman,
) 1:17-cv-02720
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Steven Rotman | Steven Rotman |
| **Law Firm, Company, and/or Agency:** | Hausfeld | Hausfeld |
| **Address:** | 1700 K Street NW<br>Suite 650<br>Washington, DC 20006 | One Marina Park Drive<br>Suite 1410<br>Boston, MA 02210 |
| **Primary E-mail:** | srotman@hausfeld.com | srotman@hausfeld.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 202-540-7200 | 617-540-0600 |
| **Facsimile:** | 202-540-7201 | 617-830-8312 |

Date: 8/24/2017

s/ Steven Rotman

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.