UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Action only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

---

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS' RESPONSE TO PLAINTIFF ELIZABETH HILL'S MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS PAUL TIMPERMAN, M.D., AFTER EXPERT DISCLOSURE DEADLINE**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff Elizabeth Hill's Motion for Leave to Designate Expert Witness Paul Timperman, M.D., After Expert Disclosure Deadline:

| Exhibit | Description |
|---|---|
| A | Excerpts of Deposition of Paul Timperman, M.D. (May 3, 2017) |
| B | Excerpts of Deposition of Tom Roberts (May 20, 2016) |
| C | Excerpts of Deposition of Arne Molgaard-Nielsen (October 5, 2016) |
| D | Notice of Intent to Serve Subpoena on Dr. Timperman |
| E | January 31, 2017 Letter from John C. Babione to Karen M. Scheehle |
| F | Excerpts of Transcript of Status Conference (February 9, 2017) |
| G | Affidavit of Jessica Benson Cox |

2

Dated:  August 24, 2017 		Respectfully submitted,

*/s/ Andrea Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  joe.tanner@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Pierson*

US.113817708.01