# EXHIBIT E



**John C. Babione**
*John.Babione@WoodenMcLaughlin.com*
*Direct Dial 317.860.5301*

January 31, 2017

**Via Overnight Delivery**

Karin M. Scheehle
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016-9225

      Re:    Cook MDL 2570 – Cook Production of Documents

Dear Ms. Scheehle:

      Per Plaintiffs' Lead Counsel, we have enclosed an encrypted drive which includes two productions by Cook, CookMDL2570_20170201 (bates range: CookMDL2570_1154288 – CookMDL2570_1272080) and CookMDL2570_20170203 (bates range: CookMDL2570_1272081 – CookMDL2570_1273947).

      The first production folder (CookMDL2570_20170201) includes files from CDs containing imaging studies and related files from the Celect OUS Study, also referred to internally as the GTMX study. The second production folder includes documents produced by Cook Research Inc. responsive to the subpoena directed to Paul Timperman, M.D. and additional custodial documents from Brian Bates.

      Should you have any questions regarding this production, please do not hesitate to contact us.

                                     Very truly yours,

                                     /s/ *John C. Babione*

                                     John C. Babione

JCB/rjb
Enclosure



Ms. Scheehle
January 31, 2017
Page 2

cc:   Ben C. Martin (via email only)
      David P. Matthews (via email only)
      Michael W. Heaviside (via email only)
      Laura E. Smith (via email only)
      Andrea Roberts Pierson (via email only)
      Cook WM Team (via email only)