# EXHIBIT G

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Action only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

### AFFIDAVIT OF JESSICA BENSON COX IN SUPPORT OF THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF ELIZABETH HILL'S MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS PAUL TIMPERMAN, M.D. AFTER EXPERT DISCLOSURE DEADLINE

I, Jessica Benson Cox, state as follows:

1. I am over 18 years of age and have personal knowledge of the facts and representations set forth in this affidavit.

2. I am one of the attorneys at the law firm of Faegre Baker Daniels, LLP, representing Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, f/k/a, Cook Medical Incorporated, and William Cook Europe, ApS (collectively, "Cook") in this matter.

3. On March 8, 2017, Plaintiff's counsel Jonathan Hogins emailed Andrea Roberts Pierson, lead counsel for Cook, to discuss dates "possibly in May" for the deposition of Dr. Paul Timperman. A true and accurate copy of the March 8, 2017 email is attached as Exhibit 1.

4. Ms. Pierson responded to Mr. Hogins' email, asking that he communicate with either me or Joe Tanner regarding scheduling Dr. Timperman's deposition. *See* Ex. 1.

5. Dr. Timperman was deposed on May 3, 2017.

US.113791277.01

6.	The parties received the final transcript from Dr. Timperman's deposition on May 5, 2017.  A true and accurate copy of the court reporter's May 5, 2017 email forwarding Dr. Timperman's final transcript is attached as Exhibit 2.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  8/24/17	_____
	Jessica Benson Cox

US.113791277.01

# EXHIBIT 1

**From:** Jonathan A. Hogins [mailto:jhogins@moodyrrlaw.com]
**Sent:** Wednesday, March 08, 2017 2:48 PM
**To:** Pierson, Andrea Roberts
**Cc:** Will Moody Jr.; Cox, Jessica Benson; Tanner, John Joseph
**Subject:** RE: In re Cook: Dr. Timperman Deposition Dates and Document Production

Thank you, Andrea.

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Wednesday, March 08, 2017 2:44 PM
**To:** Jonathan A. Hogins
**Cc:** Will Moody Jr.
**Subject:** RE: In re Cook: Dr. Timperman Deposition Dates and Document Production

Please communicate with Jessica Cox and Joe Tanner, cc'd above.

**From:** Jonathan A. Hogins [mailto:jhogins@moodyrrlaw.com]
**Sent:** Wednesday, March 08, 2017 2:41 PM
**To:** Pierson, Andrea Roberts
**Cc:** Will Moody Jr.
**Subject:** In re Cook: Dr. Timperman Deposition Dates and Document Production

Andrea,

We just saw Doug King's Notice of Withdrawal come through ECF. Doug was handling the deposition and document production for Dr. Timperman. Are you the point person now for this, or can you point me in the right direction? If so, we would like to discuss dates for Dr. Timperman's deposition, possibly in May. Let me know if you are available for a phone call at some point to discuss. Thank you.

Sincerely,

Jonathan A. Hogins
Attorney at Law
The Moody Law Firm

Office: 757-393-4093
Fax: 757-397-7257
Email: jhogins@moodyrrlaw.com

**THE MOODY LAW FIRM**
500 Crawford Street, Suite 200
Portsmouth, VA 23705
1-800-368-1033



**STATEMENT OF CONFIDENTIALITY**

The information and attachments contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the CFO & Firm Administrator at (757) 393-4093 or by return e-mail to michael@moodyrrlaw.com and purge the communication immediately without making any copy or distribution.

# EXHIBIT 2

**From:** Production [mailto:Production@golkow.com]
**Sent:** Friday, May 05, 2017 8:13 AM
**To:** Tanner, John Joseph; Cox, Jessica Benson; Anwar, Haroon; Gulbrandson, Molly C.; Symons, Rochelle R.
**Cc:** Finals
**Subject:** Paul Timperman, M.D.- 5.3.17- Cook Medical, IVC Filters (Final Transcripts)

Please find attached the FINAL Ascii and e-transcript of Paul Timperman, M.D.

This attachment is in e-transcript PTX format, which requires a downloadable viewer in order to open it. You can obtain the PTX viewer free of charge at the following link: http://store.westlaw.com/software/ebundle/viewer/default.aspx.
You need only download the viewer once. If you've previously installed the viewer, simply double-click the attached PTX file. For your convenience, a plain text ASCII is also attached for importation into LiveNote, Summation and/or most word-processing programs.

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Thank you,

**Colleen Butler**
*Case Manager*
One Liberty Place
1650 Market Street, Suite 5150
Philadelphia, Pennsylvania 19103
www.Golkow.com | 215.586.4222 | 877.370.DEPS | CButler@golkow.com



GOLKOW Litigation SERVICES
Discovery | Depositions | Trial

Legal Disclaimer: The information contained in this message may be privileged and confidential and protected from disclosures by federal privacy laws. Any medically related patient information contained herein is protected under federal privacy laws, including but not limited to the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This information is not to be relayed to unauthorized third parties. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and delete this email from your system.