# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| Cause No. | 1:17-cv-02432 | Cause No. | 1:17-cv-02567 |
| Cause No. | 1:17-cv-02434 | Cause No. | 1:17-cv-02570 |
| Cause No. | 1:17-cv-02545 | Cause No. | 1:17-cv-02571 |
| Cause No. | 1:17-cv-02546 | Cause No. | 1:17-cv-02581 |
| Cause No. | 1:17-cv-02556 | | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS


Dated:         August 24, 2017          /s/ John T. Schlafer
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.113668512.01