IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Plaintiffs Represented by:
The Law Offices of Ben C. Martin

## ORDER

On this day came on for consideration Plaintiffs' Motion to Withdraw Russell T. Button and Jacob A. Boyd, formerly with the Law Offices of Ben C. Martin, as Plaintiffs' attorneys from the above-referenced matter. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and that Russell T. Button and Jacob A. Boyd are hereby removed as attorneys of record in the above-referenced matter.

Date: 8/25/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.