IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

| | |
|---|---|
| Kevin Banks | Civil Case No.: 1:17-cv-01380 |
| Bessie Bell | Civil Case No.: 1:17-cv-00212 |
| Joann Boze | Civil Case No.: 1:17-cv-01268 |
| Nathan Haddad | Civil Case No.: 1:17-cv-00690 |
| Lorna Hartzog | Civil Case No.: 1:17-cv-00018 |

> Motion granted. The appearance of Patricia L. Campbell is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> August 25, 2017

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Patricia L. Campbell hereby moves to be withdrawn as counsel in MDL 2570 and all member cases related to MDL 2570 in which she appears. Attorneys at The Potts Law Firm, LLP, entered on these cases, including Nathaniel Scearcy, will continue to represent Plaintiffs in this MDL.

Date: August 4, 2017

Respectfully submitted,

/s/ Patricia L. Campbell
Patricia L. Campbell
The Potts Law Firm, LLP
1901 W. 47th Place, Suite 210
Westwood, Kansas 66205
Phone: (816) 931-2230
Fax: (816) 931-7030

1