# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions only:<br><br>    Elizabeth Jane Hill,<br>    No. 1:14-cv-06016-RLY-TAB<br><br>    Arthur Gage<br>    No. 1:14-cv-01875-RLY-TAB | Motion granted. Memorandum in Support has been filed at Docket No. 5664.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>August 25, 2017 |

## MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (the "Cook Defendants") respectfully move this Court for an order granting it leave to file a memorandum in excess of 35 pages, specifically Defendants' Memorandum In Support Of Motion To Exclude Expert Opinions Of Dr. Alexander Marmureanu. This memorandum will be electronically filed today on August 8, 2017. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that memoranda of law in support of any motion shall not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a memorandum of law in excess of 35 pages in support of its *Daubert* motion addressing the admissibility of the testimony of Plaintiffs' expert Dr. Alexander Marmureanu. Dr. Marmureanu is the only expert Plaintiffs have designated to testify on the issue of specific causation, and he is designated to offer such