UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

Arthur Gage
No. 1:14-cv-01875-RLY-TAB

## ORDER GRANTING MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM

This matter has come before the Court on the Cook Defendants' Motion for Leave to File Corrected Memorandum. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' Corrected Memorandum in Support of Motion to Exclude Expert Opinions of Dr. David A. Kessler [Filing No. 5807] is deemed properly filed. Defendants' original memorandum in support [Filing No. 5698] is withdrawn. The exhibits at Filing Nos. 5697 and 5698 shall be considered in support of Defendants' corrected memorandum at Filing No. 5807.

Date: 8/25/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.113686969.01