UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> DISMISSAL GRANTED AS TO SPECIFIED PLAINTIFFS.
> 8/25/17
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>1:17-cv-06069-RLY-TAB | |

## MOTION TO DISMISS WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(2), the following Plaintiffs ONLY move to dismiss their claims without prejudice from this action:

Deatrice Digman

Michelle Draper, Individually and as Anticipated Representative of the Estate of Stacy Draper

Vince Galli as Anticipated Representative of the Estate of Rose Galli

Sharlener Johnson-Richardson

Donald Millsberg

The claims of all other Plaintiffs are unaffected by this motion.

WHEREFORE, the foregoing Plaintiffs ONLY respectfully request the Order of the Court dismissing their claims without prejudice, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,