IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Amanda K. Rauch

Civil Case No. 1:15-cv-00175-RLY-TAB

## ORDER

This matter has come before the Court upon Plaintiff's Motion to Withdraw Appearance of Stephanie C. Kucera. The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearance of Stephanie C. Kucera shall be withdrawn. The Plaintiff is no longer represented by Stephanie C. Kucera and she need not be included in any service list in this matter.

**So Ordered:** 8/25/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel by CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.