# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Arthur Gage
    No. 1:14-cv-01875-RLY-TAB

## ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME

This matter has come before the Court on the Agreed Motion for Enlargement of Time. The Court, having reviewed the Motion and being otherwise duly advised, finds that good cause exists and the enlargement of time should be GRANTED.

IT IS THEREFORE ORDERED that motions for bifurcation of issues and claims in the *Gage* case shall be filed by February 12, 2018, and the parties shall make affirmative deposition designations in the *Gage* case by February 14, 2018.

SO ORDERED: 8/25/2017

    Tim A. Baker
    United States Magistrate Judge
    Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
Copies to all non-registered counsel of record to be made by Plaintifffs' Lead Counsel.

US.113729564.01