UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff
   *Barbara Gettman*, et al.
   Civil Case No. 1:17-cv-06064- RLY-TAB

### ORDER

Having considered the Cook Defendants' Unopposed Motion for Extension of Time to Answer the complaint in this matter, the motion is **GRANTED.**

**IT IS SO ORDERED** that the Cook Defendants' Answer shall be due on or before September 6, 2017.

Date:  8/25/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

4