# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>*Collins, et al. v. Cook Group Inc., et al.*<br>No. 1:17-cv-06065-RLY-TAB<br><br>*Halinski, et al.* v. *Cook Group Inc., et al.*<br>No. 1:17-cv-06066-RLY-TAB | Motion denied for the reasons set forth in the Cook Defendants' response brief. [Filing No. 4752.]<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>August 28, 2017 |

**PLAINTIFFS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PLAINTIFFS' MOTIONS TO REMAND**

COME NOW all Plaintiffs in the actions of *Collins, et al. v. Cook Group Inc., et al.*, No. 1:17-cv-06065-RLY-TAB, and *Halinski, et al.* v. *Cook Group Inc., et al.*, No. 1:17-cv-06066-RLY-TAB, and move for a Court Order staying any obligation to complete and serve Plaintiff Profile Sheets in accordance with Third Amended Case Management Order No. 4, and any other mandatory disclosures, until the resolution of their pending Motions to Remand. In support of this Motion, Plaintiffs state the following:

1. These are multi-Plaintiff actions that were originally filed in the Circuit Court of the City of St. Louis, State of Missouri.

2. Defendants subsequently removed these actions to the United States District Court for the Eastern District of Missouri. Plaintiffs thereafter

filed Motions to Remand (*Collins,* Doc.33; *Halinski,* Doc. 33), but they were not ruled upon prior to transfer to the multi-district proceedings in this Court. These actions were officially transferred to this Court on April 6, 2017.

3. For the reasons set forth in their Motions to Remand, there is a lack of diversity of the parties and the Court lacks subject matter jurisdiction over this action.

4. If the actions are remanded to the Circuit Court of the City of St. Louis, State of Missouri, there will be different written discovery obligations. It would, therefore, create great hardship on the Plaintiffs to cause them to complete and serve these documents considering they would then have to complete a whole different set of discovery upon remand. Should the Court deny the Plaintiffs' Motions to Remand, Defendants would not be prejudiced by this delay.

5. A proposed Order is attached hereto in accordance with Local Rule 7-1(d).

WHEREFORE, Plaintiffs pray for an Order staying their obligations to produce completed Plaintiff Profile Sheets and any other mandatory disclosures pending resolution of their Motions to Remand.

Respectfully submitted,

NIEMEYER, GREBEL & KRUSE, LLC

By:   /s/ Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF filing system this 4th day of May, 2017.

/s/ Michael S. Kruse