# EXHIBIT G

**CLINICAL STUDY**

# Complex Retrieval of Fractured, Embedded, and Penetrating Inferior Vena Cava Filters: A Prospective Study with Histologic and Electron Microscopic Analysis

William T. Kuo, MD, Scott W. Robertson, PhD, Justin I. Odegaard, MD, and Lawrence V. Hofmann, MD

### ABSTRACT

**Purpose:** To evaluate clinical outcomes, characterize adherent tissue, and analyze inferior vena cava (IVC) filter fractures in patients undergoing complex retrieval for management of filter-related complications. To elucidate mechanisms of filter fracture by radiographic and electron microscopic (EM) evaluation.

**Materials and Methods:** Over 2.5 years, 50 consecutive patients with fractured and/or penetrating filter components were prospectively enrolled into a single-center study. There were 19 men and 31 women (mean age, 42 y; range, 15–73 y). All patients underwent complex filter retrieval after failure of standard methods, and retrieval indications along with resultant clinical outcomes were evaluated. Specimens with adherent tissue underwent histologic analysis, and all fractured components were studied with EM.

**Results:** Retrieval was successful in all 50 cases (mean implantation, 815 d; range, 20–2,599 d) among the following filters: G2X (n = 23), G2 (n = 9), Eclipse (n = 3), Recovery (n = 4), ALN (n = 1), Celect (n = 7), OptEase (n = 2), and Simon Nitinol (n = 1). Mean indwell time in fractured filters (n = 31) was 1,082 days, versus 408 days in nonfractured filters (n = 19; $P = .00169$). Neointimal hyperplasia/fibrosis was seen in 46 of 48 specimens with adherent tissue (96%). Among 61 fractured components from conical filters, 35 had extravascular penetration whereas 26 remained intravascular (11 free-floating in IVC, 15 embolized centrally), and EM revealed fracture modes of high-cycle fatigue (n = 53), overload (n = 6), and indeterminate (n = 2). Following retrieval, previously prescribed lifelong anticoagulation was discontinued in 30 of 31 patients (97%). Filter-related symptoms from IVC occlusion, component embolization, and penetration-induced abdominal pain, duodenal injury, and/or small-bowel volvulus were alleviated in all 26 cases (100%). There were no long-term complications at a mean follow-up of 371 days (range, 67–878 d).

**Conclusions:** The risk of filter fracture increases after 408 days (ie, > 1 y) of implantation and is associated with symptomatic extravascular penetration and/or intravascular embolization. Complex methods can be used to safely remove these devices, alleviate filter-related morbidity, and allow cessation of anticoagulation.

### ABBREVIATIONS

EM = electron microscopy, FDA = Food and Drug Administration, IVC = inferior vena cava, PE = pulmonary embolism

Complications from indwelling inferior vena cava (IVC) filters have increased during the past decade in proportion to the growing number of implanted devices (1–3). As a result, the United States Food and Drug Administration

From the Division of Vascular and Interventional Radiology/Department of Radiology, (W.T.K., L.V.H.) and Department of Pathology (J.I.O.), Stanford University Medical Center, Stanford, California; and Nitinol Devices and Components (S.W.R.), Fremont, California. Received October 15, 2012; final revision received January 3, 2013; accepted January 8, 2013. Address correspondence to W.T.K., Division of Vascular and Interventional Radiology, Department of Radiology, Stanford University Medical Center, 300 Pasteur Dr., H-3651, Stanford, CA 94305-5642; E-mail: wkuo@stanford.edu

From the SIR 2012 Annual Meeting.

W.T.K is a consultant for Veniti Medical (St. Louis, Missouri) and Bard Peripheral Vascular (Tempe, Arizona). S.W.R. receives a salary from Nitinol Devices and Components (Fremont, California). L.V.H. has shares in Nitinol Devices and Components and is a consultant for Abbott (Abbott Park, Illinois), W. L. Gore and Associates (Flagstaff, Arizona), Cook (Bloomington, Indiana), and Covidien (Mansfield, Massachusetts). The other author has not identified a conflict of interest.

Figure E1 is available online at www.jvir.org.

© SIR, 2013

J Vasc Interv Radiol 2013; XX:■■■–■■■

http://dx.doi.org/10.1016/j.jvir.2013.01.008



(FDA) issued a safety communication in 2010 alerting all physicians caring for patients with IVC filters to consider removing the filter as soon as protection from pulmonary embolism (PE) is no longer needed (4). However, despite heightened awareness for closer follow-up and removal of implanted devices, many filters cannot be removed by using standard methods (3,5). Among these filters that are refractory to routine retrieval methods, alternative and complex retrieval techniques have not been adequately assessed in prospective studies. In addition, the mechanism of complications associated with fractured, embedded, and penetrating filters are poorly understood (6). The purpose of this study was to prospectively evaluate the safety and effectiveness of complex retrieval methods for the management of filter complications, to analyze the resultant clinical outcomes in patients suffering from filter-related morbidity, to characterize adherent tissue on embedded filters by using histologic analysis, and to elucidate mechanisms of filter fracture by performing electron microscopy (EM) on fractured filter components.

## MATERIALS AND METHODS

This prospective study was performed with institutional review board approval. Over a period of 2.5 years, 50 consecutive patients presenting to our department with fractured, embedded, and/or penetrating IVC filters refractory to standard retrieval methods were included, and no such patients were excluded from the study. All subjects were enrolled into a single-center trial registry (clinicaltrials.gov identifier NCT01158482), and data were recorded on case report forms. Enrollment was capped at 50 patients for this analysis, and study endpoints were defined as retrieval success versus failure with the use of complex retrieval methods, immediate procedure-related complications, and complications at 1–3-month follow-up. In addition, overall clinical outcomes were assessed at routine long-term follow-up to evaluate for resolution of symptoms in 22 patients with filter-related morbidity and the need for ongoing anticoagulation in 31 patients who had been prescribed therapeutic anticoagulation to reduce filter-related thrombotic risk. Forty-eight of 50 patients (96%) were referred or self-referred from outside of our institution. There were 19 men and 31 women (mean age, 42 y; range, 15–73 y). All patients were evaluated in the interventional radiology clinic, where each subject underwent informed consent to undergo complex filter retrieval defined as any method or combination of methods (eg, wire loop, forceps, laser) required to remove an IVC filter that was refractory to standard retrieval methods. The indications for filter removal were divided into three categories: (i) symptomatic patients with filter-related morbidity, (ii) asymptomatic patients wishing to avoid filter-related complications and risks associated with prolonged implantation, and (iii) patients in groups 1 and 2 receiving anticoagulation, with no underlying thrombophilia, to potentially eliminate the need for lifelong anticoagulation as previously prescribed by a

hematologist to reduce thrombotic risk associated with long-term filter implantation based on level 1 data (7).

Before all retrieval attempts, acute or recurrent deep vein thrombosis was assessed in each patient by using lower-extremity Doppler ultrasound of the deep veins and/or conventional or computed tomographic (CT) venography of the caval and iliofemoral segments. Embolized filter components were identified by using preprocedure chest CT and/or fluoroscopic imaging of the chest before filter retrieval. The presence of penetrating and/or fractured filter components was confirmed radiographically via preprocedure CT, intraprocedural fluoroscopic imaging, and postprocedure gross examination of retrieved specimens. Penetrating filter components were documented only if there was clear perforation through the full thickness of the IVC with extension into the extravascular space or adjacent organ as confirmed on CT and as previously defined in the literature (8). A filter was considered embedded if the device was refractory to standard retrieval techniques (9) and required complex alternative methods for removal, as reported in previous retrospective studies and case reports (10–14) describing the use of rigid forceps (Bryan, Woburn, Massachusetts), flexible forceps (Olympus America, Melville, New York), wire-loop techniques, tissue ablation with a laser sheath (Spectranetics, Colorado Springs, Colorado), and combinations of these methods. Subsequent IVC recanalization, angioplasty, and/or stent placement was performed if necessary to restore venous outflow in patients with symptomatic caval occlusion (ie, lower extremity edema, exercise intolerance). All patients continued to undergo therapeutic anticoagulation during the procedure or received periprocedural anticoagulation per complex retrieval protocol (9) to minimize intraprocedural thrombotic risk. This was accomplished with enoxaparin (1 mg/kg subcutaneously twice daily), warfarin (target International Normalized Ratio of prothrombin time of 2–3), or periprocedural unfractionated heparin at a dose of 50 U/kg. Following filter retrieval, therapeutic anticoagulation was continued in patients with an underlying thrombophilia, and an attempt was made by a hematologist to discontinue anticoagulation in 31 patients who had been prescribed lifelong anticoagulation to reduce the long-term risk of filter-related thrombosis. Clinical follow-up was performed at 1–3-month clinic visits, and ongoing routine follow-up was performed as needed. If a postprocedure venous pseudoaneurysm was identified at the site of prior filter implantation, follow-up cross-sectional imaging with CT or magnetic resonance imaging was obtained within 3 months to confirm resolution.

All retrieved filter specimens were submitted in formalin to the pathology department for histologic evaluation of the adherent tissues including, elastic Van Gieson staining for vessel wall elements. Following histologic examination, the fractured filters were sterilized with activated dialdehyde solution and then subdivided into conical versus nonconical shapes (eg, OptEase struts, Simon Nitinol wire loops). All fractured components underwent analysis with a scanning electron microscope (Quanta 200; FEI, Hillsboro,

Oregon). EM was performed and interpreted by a materials science engineer with a PhD in fracture mechanics. On each component, EM fractography was used to classify the fracture mode into two categories: (i) high-cycle metal fatigue secondary to accumulated damage from chronic, repetitive in vivo motions; or (ii) metal overload sustained from more acute stresses. In addition, among conical-shaped filters, the direction of crack growth was carefully studied under EM to determine the underlying biomechanical motion of the IVC resulting in filter fracture (**Fig 1**). Specifically, fracture origin and crack growth direction were used to determine two underlying motions transmitted in vivo from the IVC to the fractured filters: (i) IVC foreshortening (ie, crack growth from IVC axis to wall) or (ii) IVC flattening (crack growth from IVC wall to axis; **Fig 2**). All statistics were calculated by using R software (version 2.10.1; R Foundation for Statistical Computing, Vienna, Austria). The Wilcoxon rank-sum test was used to compare mean dwell times between fractured and non-fractured filter groups. A Fisher exact test was used to compare proportions among fractured intravascular versus extravascular components and their relationship to underlying fracture modes. A $P$ value lower than .05 was considered to represent statistical significance.



**Figure 1.** A 58-year-old man had undergone previous IVC filter placement after a provoked deep vein thrombosis following a fibula fracture and cast immobilization. Although he recovered from the injury and no longer required IVC filtration, a local filter removal attempt was unsuccessful 6 months after implantation. Over time, the patient developed back pain of unknown etiology. More than 2 years later, he presented with acute chest pain and hypotension. **(a)** An axial slice from a chest CT shows hemopericardium from an embolized IVC filter fragment (arrow), and **(b)** a sagittal oblique slice shows the fragment (arrow) impaling through the RV wall. He underwent open cardiothoracic surgery to repair the injury and to remove the fragment. Following surgery, **(c)** an axial slice from an abdominal CT shows a tip-embedded G2X IVC filter (upper arrow) with a fractured component in the extravascular retroperitoneum (lower arrow). A lower axial slice **(d)** shows extravascular penetration of two components through the left caval wall. Because a previous retrieval attempt at a tertiary care center had failed in this patient, and the filter had now been embedded for more than 2 years, the patient was referred to our center to undergo complex filter retrieval. **(e)** A fluoroscopic image shows the G2X filter with a known fractured component in the retroperitoneum. **(f, g)** Under fluoroscopy, the embedded filter tip was carefully dissected free and engaged with forceps to allow successful filter removal. There were no procedure-related complications. **(h)** Elastic Van Gieson stain (original magnification, × 100) of adherent tissue, harvested along a probable area of filter leg penetration, shows an incidental finding of microscopic caval wall tissue with scant retroperitoneal fat (arrowheads). Postprocedure imaging (not shown) revealed no gross caval injury. The patient's back pain immediately resolved, and there were no complications at 1-year clinical follow-up. **(i–k)** EM images of the retrieved filter shows two fractured arm sites. The arm fractures are characterized by high-cycle metal fatigue with fracture initiation at the outer surface (arrows). In both fractures, the direction of crack growth extends from the vessel wall toward the axis, indicating fractures secondary to an IVC flattening mechanism (**Fig 2**).



**Figure 2.** Schematic drawing shows the correlation of biomechanical IVC motion to the direction of crack growth observed in fractured filter components. Among conical-shaped filters, the fractured surfaces were carefully analyzed under EM to determine the direction of crack growth as extending from the IVC axis to the vessel wall or from the IVC wall to the axis. This allowed determination of the repetitive biomechanical motion of the IVC—vessel foreshortening versus vessel flattening—that resulted in component fracture.

## RESULTS

The indications for filter retrieval were as follows among the three groups: (i) symptomatic patients (n = 22; 44%) with filter-related morbidity, (ii) asymptomatic patients (n = 28; 56%) wishing to avoid filter-related complications, and (iii) patients in groups 1 and 2 receiving anticoagulation (n = 31; 62%) with no underlying thrombophilia who underwent filter removal to potentially eliminate the need for previously prescribed filter-related lifelong anticoagulation. Among group 1, the following filter-induced complications were observed before retrieval: symptomatic IVC occlusion (n = 8), symptomatic recurrent acute venous thromboembolism (n = 3), pain from penetration into retroperitoneum (n = 7), pain from bowel penetration (n = 6), bowel penetration with obstructing volvulus (n = 1) requiring prior surgical resection, and cardiac tamponade from filter component fracture with embolization to the right ventricle (n = 1) requiring prior open heart surgery.

Filter retrieval was successful in all 50 patients (100%) after a mean implantation of 815 days (range, 20–2,599 d) among the following filter types: G2X (Bard Peripheral Vascular, Tempe, Arizona; n = 23), G2 (Bard Peripheral Vascular; n = 9), Recovery (Bard Peripheral Vascular; n = 4), Eclipse (Bard Peripheral Vascular; n = 3), ALN (ALN Implants Chirurgicaux, Ghisonaccia, France; n = 1), Celect (Cook, Bloomington, Indiana; n = 7), OptEase (Cordis, Miami Lakes, Florida; n = 2), and Simon Nitinol (Bard Peripheral Vascular; n = 1). The Simon Nitinol filter was the only permanent device in the study, and it was removed because of the complication of severe pain from bowel penetration. The two chronically implanted OptEase filters were removed to treat severe symptomatic caval stenosis in one patient and to prevent the risk of such complications in the second patient. The single ALN filter was complicated by an embedded tip, severe pain from multiple-leg penetration, and intraprocedural central embolization of previously fractured free-floating fragments. Filter types and dwell times are summarized in **Table 1**. The following complex retrieval techniques were used: rigid or flexible forceps (n = 40), wire-loop techniques (n = 5), laser tissue ablation (n = 5), and combinations of these methods (n = 7). The permanent Simon Nitinol filter was removed by using a combination of the wire-loop technique and laser tissue ablation. Subsequent IVC recanalization, angioplasty, and/or stent placement was performed in four cases. Among conical filters (n = 47), preprocedure caval wall penetration was radiographically identified among 44 patients (94%) in the following locations: retroperitoneal

| Table 1. Filter Types and Dwell Times in 50 Consecutive Patients | | |
|---|---|---|
| **Filter Type (Metal Composition)** | **Total** | **Mean Dwell Time (range)** |
| G2X (nitinol) | 23 | 411 (49–2,597) |
| G2 (nitinol) | 9 | 1,276 (351–2,263) |
| Eclipse (nitinol) | 3 | 280 (224–336) |
| Recovery (nitinol) | 4 | 2,433 (2,092–2,599) |
| Celect (Conichrome) | 7 | 736 (20–1,415) |
| ALN (316L stainless steel) | 1 | 813 |
| OptEase (nitinol) | 2 | 1,388 (221–2,555) |
| Simon Nitinol (nitinol) | 1 | 535 |

Dwell times are reported in days.



**Figure 3.** A 56-year-old woman who had undergone Celect IVC filter placement 3 years earlier presented with severe abdominal pain and back pain. Upper gastrointestinal endoscopy (not shown) had revealed a penetrating filter leg within the duodenum. **(a, b)** Axial CT slices show a penetrating right anterior filter leg impaling the posterior and anterior walls of the transverse duodenum (arrows). There is also a left posterior filter leg penetrating into the adjacent vertebral body. When the patient arrived to our center to undergo attempted filter retrieval, **(c)** the penetrating left filter leg (arrow) seen on earlier abdominal radiography had already fractured and was not seen on the scout fluoroscopic image taken just before attempted filter removal **(d)**. **(e–g)** The filter hook was found to be severely embedded, requiring alternative methods for engagement, and tissue ablation was also required with the use of a laser-tipped sheath (arrows) to capture the filter. **(h)** Spot fluoroscopic image over the right lower quadrant shows the single fractured leg that had moved via peristalsis into the terminal ileum. The fragment was followed with serial radiographs (not shown) until excretion. **(i)** An elastic Van Gieson stain (original magnification, × 100) of adherent tissue harvested from the filter apex shows intimal hyperplasia and fibrosis with evidence of photothermal ablation (arrows) through the scar tissue. **(j, k)** EM of the retrieved filter shows a single leg fracture site, and magnified views reveal the site of crack initiation (arrow), with a fracture pattern consistent with high-cycle metal fatigue. A flat zone of crack propagation originated from the fracture origin (arrow), propagated via fatigue through the transverse wire diameter to above the midline, and then fractured the remaining portion (rough surface along the upper 40%) during the final stress cycle.

fat alone (n = 19 patients), vertebral body (n = 12), psoas muscle (n = 3), small bowel (n = 6; **Fig 3**), aorta (n = 3), and iliac artery (n = 1). Among all conical filters (n = 47), the mean indwell time in fractured filters was 1,082 days, versus 408 days in nonfractured filters ($P = .00169$; **Table 2**). Among fractured conical filters with radiographic

evidence of extravascular penetration, the mean indwell time in fractured filters was 1,207 days, versus 315 days in nonfractured filters ($P = .0000037$).

Following removal, sufficient filter-adherent tissue was identified and harvested from 48 of 50 retrieved specimens, and the two remaining specimens had no tissue available

| Table 2. Conical Filter Integrity and Correlation with Dwell Times | | |
|---|---|---|
| **Filter Integrity** | **Number** | **Mean Dwell Time (range)** |
| Fractured | 31 | 1,082 (49†–2,599) |
| Not fractured | 16 | 408 (20–905) |

† One fracture at 49 days was deemed iatrogenic from a previous retrieval attempt at an outside hospital. The next shortest dwell time among fractured filters was 137 days (4.5 mo). Among all conical filters (n = 47), the mean dwell time in fractured filters was 1,082 days versus 408 days in nonfractured filters (P = .00169), indicating that fractures occurred at higher rates after 408 days or > 1 year of implantation on average. Fractured filters were also implanted an average of approximately 3 years longer versus nonfractured filters.
Dwell times are reported in days.

for harvest. Among the 48 examined tissue specimens, a predominance of neointimal hyperplasia or fibrosis was identified in 46 of 48 (96%), and 13 (27%) contained traces of caval tissue identified on elastic Van Gieson stain as follows: intima (n = 2), internal elastic lamina (n = 3), internal elastic lamina and media (n = 7), and full-thickness caval wall (n = 1). The remaining two specimens (4%) contained predominantly media and internal elastic lamina, respectively. Among the 15 patients in whom caval elements were identified, there was corresponding radiographic evidence of previous filter penetration through the caval wall (**Fig 1**). In five of these 15 patients, a small focal

pseudoaneurysm (< 2 cm) was also identified after the procedure, and all of these lesions resolved with no further pseudoaneurysm and no caval abnormalities seen on follow-up cross-sectional imaging performed within 1–3 months.

The classification and analysis of all fractured filter elements is summarized in **Figure 4**. Specifically, a high-cycle fatigue fracture is characterized by a flat zone of crack propagation emanating from the fracture origin, followed by a relatively rougher topographic morphology near the terminus (**Fig 3**). As the cyclic stresses that result in a fatigue crack are much lower than the yield and ultimate strength of the metal, the crack advances only nanometers or micrometers at a time with each stress cycle. This allows the crack to develop along atomic planes of least resistance, resulting in a relatively flat fracture surface near the crack origin (**Fig 3k**). The anatomic distribution, fracture mode, and statistical analysis among high-cycle conical fatigue fractures are summarized in **Table 3**. A comparison of proportions between intravascular versus extravascular fractured components (from high-cycle fatigue) and their relationship to fracture mechanism revealed no increased probability of fracture from IVC foreshortening among penetrating extravascular components (P = .77). Among intravascular fractured components, a Fisher exact test revealed a greater than 50% probability of fracture secondary to the IVC flattening mechanism (P = .016). Among 40 nonconical fractured components (eg, OptEase struts, Simon Nitinol wire loops), there were no penetrations or embolizations, and EM



**Figure 4.** Flowchart summarizing classification and EM analysis of 101 fractured filter components identified from 31 filter specimens: 28 conical and three nonconical. Pie charts depict the proportion of each fracture mechanism. High-cycle fatigue was found in 87% of conical filter components, whereas an overload fracture was found in 80% of nonconical filter components. Most of the nonconical fractures (33 of 40) were derived from a single OptEase filter specimen (**Fig 5**).

Case 1:14-ml-02570-RLY-TAB   Document 5941-3   Filed 08/28/17   Page 8 of 11 PageID #: 22572

**Table 3.** Fracture Modes among High-cycle Fatigue Fractures in Conical Filters

| Component | Number | Mode Observed | |
|---|---|---|---|
| | | Flattening | Foreshortening |
| Intravascular | 23 | 18 (78) | 5 (22) |
| Extravascular | 27* | 14 (52) | 13 (48) |

* Three components were not included here due to an indeterminate fracture mode.

Values in parentheses are percentages. The fractured components were classified as intravascular versus extravascular based on preprocedure cross-sectional imaging. Following retrieval, the direction of crack growth was analyzed on each component (**Fig 2**), and the number of fractures attributed to IVC flattening versus foreshortening was tallied. A Fisher exact test was used to compare the proportion of IVC flattening versus IVC foreshortening effects on intravascular versus extravascular filter components. Among penetrating extravascular filter components, there was no increased probability of fracture from IVC flattening ($P = .77$). Among intravascular components, a Fisher test was also used to test that the proportion of fractures from IVC flattening is greater than 50%, and this was statistically significant ($P = .0106$), indicating that IVC flattening in vivo is the major cause of fracture among components that remain intravascular. IVC = inferior vena cava.

revealed fracture modes of overload ($n = 32$) and high-cycle fatigue ($n = 8$). Thirty-three of these fractures were identified within a single OptEase filter (**Table 4** and **Fig E1**, available online at *www.jvir.org*). Converse to high-cycle fatigue, the overload fracture occurs in a single traumatic event along microstructural boundaries, characterized by a rough topographic appearance throughout (**Fig E1h**, available online at *www.jvir.org*), as the applied force has exceeded the yield and ultimate strength of the metal.

Among 26 symptomatic patients with filter-related morbidity, successful retrieval alleviated the following filter-related symptoms: pain from penetration ($n = 15$), chronic caval thrombosis ($n = 8$), and recurrent venous thromboembolism ($n = 3$). Among patients with chronic

**Table 4.** Classification of Multiple Fractures within a Single Nonconical IVC Filter Specimen

| Component | Fracture | | |
|---|---|---|---|
| | Fatigue | Overload | Total |
| Primary strut | 1 | 1 | 2 |
| Secondary strut | 2 | 16 | 18 |
| Bridge | 1 | 11 | 12 |
| Hook | 0 | 1 | 1 |
| Totals | 4 | 29 | 33 |

The components from a single multi-fractured OptEase IVC filter (**Fig E1**, available online at *www.jvir.org*) were divided into four locations and subsequently analyzed under electron microscopy to determine the fracture mechanisms. Among 33 components, the most common fracture mechanism in this nonconical filter was overload in 29 of 33 cases (88%). IVC = inferior vena cava.

caval occlusion, filter removal allowed successful venous recanalization with angioplasty and/or stent placement to resolve caval obstructive symptoms in four patients. The two patients treated with angioplasty alone had no recurrent obstructive symptoms at clinical follow-up of 528 and 745 days, respectively. The two patients treated with IVC stent placement had no recurrent venous symptoms, and stent patency was confirmed on follow-up CT scans performed at 270 and 342 days, respectively. Among patients with penetration or embolization, two had previously required open surgery to resolve immediate life-threatening conditions: one acute small bowel volvulus from filter leg penetration into the mesentery and one cardiac tamponade from an embolized filter fragment into the right ventricle complicated by ventricular wall penetration, hemopericardium, and life-threatening shock. In both cases, the main filter bodies were not removed during open surgery, and these patients also experienced ongoing pain (from persistent penetration of retained components), which was alleviated after complex filter retrieval. Among 31 patients with no previous underlying thrombophilia, successful filter retrieval ultimately allowed discontinuation of prescribed lifelong anticoagulation in 30 (97%). The one remaining patient developed recurrent PE requiring reinitiation of lifelong anticoagulation, and was suspected to have a previously unrecognized thrombophilic condition. Among all 50 patients, there were no long-term complications at a mean follow-up of 371 days (range, 67–878 d).

## DISCUSSION

In the United States, the number of implanted IVC filters has more than doubled within the past 10 years (3,4), and the FDA has estimated that more than 250,000 IVC filters were implanted in the United States alone in 2012 (4). An increase in filter use combined with historically low retrieval rates (3,15) and limited clinical follow-up have resulted in the current epidemic of filter-related complications (16). In response to this increase in filter-related adverse events, the FDA released a Safety Alert on IVC filters in 2010 urging all physicians responsible for the ongoing care of patients with retrievable IVC filters to consider removing the filter as soon as protection from PE is no longer needed (4). However, despite heightened awareness, long-term follow-up of filter recipients is a challenging task, and only a few dedicated centers with sufficient resources have so far been successful in optimizing filter retrieval rates (17,18). Another major barrier to filter removal is the technical challenge associated with embedded filter retrieval. It is estimated that as many as 20%–40% of filters cannot be removed by using standard methods (3,5) because they have become firmly embedded along the vessel wall. In addition, the mechanism of complications associated with embedded, fractured, and penetrating filters remains poorly understood, and the alternative retrieval methods used to manage these

complications, along with resultant clinical outcomes, have not been adequately assessed in prospective studies.

Filter complications are frequently discovered incidentally on radiographic examinations (19,20), but their significance remains largely unknown and underappreciated among interpreting radiologists, referring clinicians, and patients themselves unless the findings are severe (21). In the present study, 24 filter patients (48%) were asymptomatic but demonstrated worrisome fractures, penetrations, and/or embolizations identified radiographically, prompting a desire for retrieval. In addition, 26 patients (52%) were actively suffering from filter-related morbidity and two had already experienced life-threatening events secondary to volvulus and cardiac tamponade from penetrating and/or embolized filter components. All of these cases were refractory to standard retrieval methods, including failed attempts at tertiary care centers, and 96% were specifically referred to our center, which specializes in complex filter retrieval. After thorough evaluation and careful application of complex retrieval methods, we achieved successful filter removal in 100% of patients.

The present prospective study was able to help quantify the risk of fracture among chronically implanted filters. Among all conical filters ($n = 47$), the mean indwell time was significantly lower at 408 days in nonfractured filters, versus 1,082 days in fractured filters, indicating that the risk of fracture increases over time and especially after more than 408 days or greater than 1 year of implantation. In addition, among fractured conical filters with evidence of extravascular penetration, the mean indwell time in nonfractured filters was 315 days, versus 1,207 days in fractured filters, suggesting that filter penetration is also a contributing risk factor for device fracture. These data are alarming because the conical devices we studied are currently FDA-approved for use as retrievable and permanent filters, but our data indicate they may be unsafe for long-term or permanent use.

Embedded filter removal is a technically demanding procedure that must be performed meticulously to minimize damage to the underlying vein. To that effect, we analyzed the adherent tissues harvested from our filter specimens to evaluate for collateral damage. Interestingly, we found a predominance of attached neointimal hyperplasia or fibrosis in 96% of the analyzed specimens, indicating that we were able to spare the underlying vein in the vast majority of patients. These results are consistent with early histologic data from small retrospective studies (9,11). In the present study, 13 filters (27%) contained scant traces of caval tissue and only two specimens (4%) contained predominantly media and internal elastic lamina from the vena cava. Among these 15 specimens with identified caval elements, there was corresponding radiographic evidence of penetrating filter components through the caval wall. However, only five patients (10%) developed a small focal pseudoaneurysm after the procedure, and all five lesions completely resolved on follow-up cross-sectional imaging.

Among the fractured devices we studied, most fractured components (90%) were derived from a conical-shaped filter. Among the 61 fractured conical components, high-cycle metal fatigue was the most common failure mode ($> 80\%$), and this is consistent with earlier findings from small retrospective series (22,23). Our prospective use of EM in a larger cohort allowed us to analyze the direction of crack growth in 50 conical high-cycle fatigue fractures, and we correlated these EM findings to the component locations on cross-sectional imaging to determine the causative in vivo stress from IVC motion specifically within conical filters (**Fig 2, Table 3**). Among penetrating extravascular components, we identified no significantly increased probability of filter fracture from IVC foreshortening. Among intravascular components, there was a significantly higher probability of fracture secondary to IVC flattening, and 50% of these fractures were associated with previous central embolization, including one patient with life-threatening cardiac tamponade. In one patient, we also observed the embolization of two fractured intravascular components during our retrieval procedure, and these elements required careful attempts at endovascular removal by using a snare and flexible forceps in the central circulation, which was successful. Therefore, in view of the risk of intraprocedural embolization, the presence of fractured free-floating intravascular components should be carefully identified radiographically during preprocedural planning; and the operator should have the appropriate expertise to retrieve these fragments from the central cardiopulmonary circulation.

Among all 50 patients in the present study, complex filter retrieval was successful in 100%, and there were no complications at 1 year mean follow-up. In addition, we prospectively identified the positive clinical impact resulting from successful filter removal. Among 31 patients with no underlying thrombophilia, successful filter retrieval allowed discontinuation of prescribed lifelong anticoagulation in 30 of 31 patients (97%), sparing them further inconvenience and bleeding risks associated with anticoagulation. Among 26 symptomatic patients, successful retrieval also alleviated filter-related morbidity in all patients (100%).

The present study has important limitations. Although complex retrieval methods were successfully used to remove a variety of fractured, embedded, and penetrating IVC filters, our expertise may be unique to our department and may not translate to similar results if attempted by others with less experience. Second, although we assumed there would be a benefit from removing filters in asymptomatic patients, it is possible that some could have remained clinically asymptomatic without filter removal. Finally, most of the study data were obtained by analyzing the currently used Bard IVC filters, and these conclusions may be less relevant for other filter types. Nevertheless, it is estimated that at least several thousand patients have already received these types of filters, and we believe all these patients should be evaluated for prompt filter removal

if clinically indicated, as described in the Materials and Methods, or they should at least be closely monitored for complications that could then be treated at centers with appropriate expertise.

In summary, this prospective study evaluated the clinical outcomes following complex filter retrieval in patients with a variety of symptomatic and asymptomatic filter complications. Underlying fracture modes and in vivo mechanisms were revealed by EM analysis with radiographic correlation, and risk factors associated with filter fracture were identified. In a cohort refractory to standard retrieval methods, complex filter retrieval was overall safe and successful in alleviating filter-related morbidity, reducing risks associated with prolonged filter implantation, and eliminating the need for filter-related anticoagulation.

## ACKNOWLEDGMENTS

The authors thank Lu Tian for statistical analysis.

## REFERENCES

1. Nicholson W, Nicholson WJ, Tolerico P, et al. Prevalence of fracture and fragment embolization of Bard retrievable vena cava filters and clinical implications including cardiac perforation and tamponade. Arch Intern Med 2010; 170:1827–1831.

2. Hajduk B, Tomkowski WZ, Malek G, Davidson BL. Vena cava filter occlusion and venous thromboembolism risk in persistently anticoagulated patients: a prospective, observational cohort study. Chest 2010; 137:877–882.

3. Ray CE. Outcomes with retrievable inferior vena cava filters: a multi-center study. J Vasc Interv Radiol 2006; 17:1595–1604.

4. U.S. Food and Drug Administration. Removing retrievable inferior vena cava filters: initial communication. August 9, 2010. Available at http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm221676.htm. Accessed October 2012.

5. Iliescu B, Haskal ZJ. Advanced techniques for removal of retrievable inferior vena cava filters. Cardiovasc Intervent Radiol 2012; 35:741–750.

6. Vijay K, Hughes JA, Burdette AS, et al. Fractured Bard Recovery, G2, and G2 Express inferior vena cava filters: incidence, clinical consequences, and outcomes of removal attempts. J Vasc Interv Radiol 2012; 23: 188–194.

7. The PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism. the

8. Durack JC, Westphalen AC, Kekulawela S, et al. Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol 2011; 35: 299–308.

9. Kuo WT, Tong RT, Hwang GL, et al. High-risk retrieval of adherent and chronically implanted IVC filters: techniques for removal and management of procedural thrombotic complications. J Vasc Interv Radiol 2009; 20:1548–1556.

10. Stavropoulos SW, Dixon RG, Burke CT, et al. Embedded inferior vena cava filter removal: use of endobronchial forceps. J Vasc Interv Radiol 2008; 19:1297–1301.

11. Kuo WT, Cupp JS, Louie JD, et al. Complex retrieval of embedded IVC filters: alternative techniques and histologic tissue analysis. Cardiovasc Intervent Radiol 2012; 35:588–597.

12. Kuo WT, Cupp JS. The Excimer laser sheath technique for embedded IVC filter removal. J Vasc Interv Radiol 2010; 21:1896–1899.

13. Lynch FC. Balloon-assisted removal of tilted inferior vena cava filters with embedded tips. J Vasc Interv Radiol 2009; 20:1210–1214.

14. Kuo WT, Kee ST. Wire loop methods for retrieval of trapped inferior vena cava filters: 10-Fr versus 16-Fr sheath technique. J Vasc Interv Radiol 2008; 19:956–957.

15. Gaspard SF, Gaspard DJ. Retrievable inferior vena cava filters are rarely removed. Am Surg 2009; 75:426–428.

16. Angel LF, Tapson V, Galgon RE, Restrepo MI, Kaufman J. Systematic review of the use of retrievable inferior vena cava filters. J Vasc Interv Radiol 2011; 22:1522–1530.

17. Minocha J, Ibrahim I, Riaz A, et al. Improving inferior vena cava filter retrieval rates: impact of a dedicated inferior vena cava filter clinic. J Vasc Interv Radiol 2010; 21:1847–1851.

18. Lynch FC. A method for following patients with retrievable inferior vena cava filters: results and lessons learned from the first 1,100 patients. J Vasc Interv Radiol 2011; 22:1507–1512.

19. Zhou D, Spain J, Moon E, McLennan G, Sands MJ, Wang W. Retrospective review of 120 Celect inferior vena cava filter retrievals: experience at a single institution. J Vasc Interv Radiol 2012; 23:1557–1563.

20. Zhu X, Tam MD, Bartholomew J, Newman JS, Sands MJ, Wang W. Retrievability and device-related complications of the G2 filter: a retrospective study of 139 filter retrievals. J Vasc Interv Radiol 2011; 22: 806–812.

21. Tam MD, Spain J, Lieber M, Geisinger M, Sands MJ, Wang W. Fracture and distant migration of the Bard Recovery filter: a retrospective review of 363 implantations for potentially life-threatening complications. J Vasc Interv Radiol 2012; 23:199–205.

22. Hull JE, Han J, Giessel GM. Retrieval of the Recovery filter after arm perforation, fracture, and migration to the right ventricle. J Vasc Interv Radiol 2008; 19:1107–1111.

23. Hull JE, Robertson SW. Bard Recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration. J Vasc Interv Radiol 2009; 20:52–60.



**Figure E1.** A 30-year-old man underwent placement of an OptEase inferior vena cava (IVC) filter and IVC stent placement at an outside hospital 7 years before presenting with severe exercise intolerance. **(a)** An oblique image from a three-dimensional computed tomographic (CT) reconstruction shows that the bottom filter region has been wedged against the vein wall by IVC stent placement, creating additional stress on the filter and contributing to multiple fractures. **(b)** A scout fluoroscopic image shows the multi-fractured OptEase filter. **(c, d)** Fluoroscopic images from a venogram and inflation of an angioplasty balloon show two areas of IVC stenosis (arrows) associated with the chronically embedded filter. **(e, f)** Because the bottom of the filter was inaccessible as a result of previous stent placement, complex filter retrieval was performed from a superior approach by using forceps and laser tissue ablation to remove most of the embedded and fractured filter fragments. This allowed subsequent angioplasty and stent placement. **(g)** Fluoroscopic image from the final venogram shows restoration of robust flow through the IVC. The patient's exercise intolerance resolved, and he was able to resume an active lifestyle. A total of 33 fracture sites were identified from this single filter specimen, and each site was examined with electron microscopy. **(h)** Electron microscopic image from a representative fragment shows a fracture secondary to overload stress. The morphology is uniformly rough from the fracture origin at the lower right edge to the terminus at the upper left margin. Twenty-nine of 33 fractures (88%) from this nonconical filter specimen were characterized as overload fractures.