

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**
4:25 pm, Aug 28, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Givney v. Cook Incorporated, et al.,         )
   N.D. Texas, C.A. No. 3:17-01432           )         MDL No. 2570
   SD/IN Cause No. 1:17-cv-06078-RLY-TAB

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE SEPTEMBER 28, 2017, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Givney*) on June 6, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Givney* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-43" filed on June 6, 2017, is LIFTED. The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 9, 2017, are VACATED insofar as they relate to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel