UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

───────────────────────────────────────

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                          MDL No. 2570

───────────────────────────────────────

This Document Relates to Plaintiffs

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

───────────────────────────────────────

## COOK DEFENDANTS' EMERGENCY MOTION TO STRIKE
## PLAINTIFFS' PRELIMINARY EXHIBIT LISTS

The Cook Defendants[1] respectfully move this Court on an emergency basis for an Order striking the preliminary exhibit lists submitted by Plaintiffs Hill and Gage for failure to comply with the agreed terms of the Second Amended Case Management Order No. 19 ("CMO 19") entered on July 11, 2017, and ordering Plaintiffs to produce compliant exhibit lists by September 1, 2017.

**PLEASE NOTE:** Because of the urgent nature of this motion and the short time remaining before trial, the Cook Defendants ask the Court to hear this motion telephonically on an emergency basis not later than August 31, 2017, and to issue an order either at the conclusion of that hearing or immediately thereafter. This motion is based on all the files, records, and

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS. All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

pleadings herein, and on the supporting memorandum and exhibits filed at the same time as this emergency motion.

Dated:  August 29, 2017    Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:  andrea.pierson@faegrebd.com
E-mail:  Joe.tanner@faegrebd.com
E-mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-mail:  stephen.bennett@faegrebd.com

*Attorneys for defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' PRELIMINARY EXHIBIT LISTS was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Cour7t's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer