# EXHIBIT A

**From:** Joseph N. Williams [mailto:jwilliams@rwp-law.com]
**Sent:** Sunday, August 27, 2017 3:27 PM
**To:** Tanner, John Joseph
**Cc:** Ben Martin; mschultz@levinlaw.com; Michael Heaviside; Joe Johnson; David Matthews; ddegreeff@wcllp.com
**Subject:** Mrs. Hill's preliminary witness list

Dear Joe:

I apologize for the brief delay in getting back to you. Among many other things, the deposition designation kept us all busy last week, so thank you for the follow up e-mail.

In less than a month, you will have our final witness and exhibit list. I have never seen or prepared a preliminary witness list in the way in which you suggest it should have been prepared. I did some quick research and did not find anything that would hold that our preliminary list must be amended. If you have any authority on that issue, I would be happy to review it.

Between now and when the final exhibit list is due, we all have much to work on (summary judgment and Daubert responses, depositions, etc.). Rather than exert time and effort on an expansion of Mrs. Hill's preliminary exhibit list--particularly when you will have our final list in less than a month--I think there are much better uses of everyone's time. In short, we will stand on our preliminary witness and exhibit list.

Sincerely,

joe

Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270

---

**From:** Tanner, John Joseph <Joe.Tanner@faegrebd.com>
**Sent:** Friday, August 25, 2017 5:06:52 PM
**To:** Joseph N. Williams
**Subject:** RE: voice mail

Joe, I have not heard from you since we spoke last Friday. I need an update on whether you will update your exhibit list or we need to bring this to the Court asap. Thanks. Joe

**John Joseph Tanner**
*Partner*
joe.tanner@FaegreBD.com   Download vCard
D: +1 317 237 1251 | M: +1 317 332 5526

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Joseph N. Williams [mailto:jwilliams@rwp-law.com]
**Sent:** Friday, August 18, 2017 3:02 PM
**To:** Tanner, John Joseph
**Subject:** voice mail

Joe – I just left you a voice mail. I did not see until a couple of second ago, your "exhibits" to the exhibit list. I had only seen the general list. Give me a call when you have a moment so that I can get a better grasp of what you are asking so that I can discuss on our side.

Sincerely,

joe

Joseph N. Williams



Riley Williams & Piatt, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204
**(T)** 317.633.5270
**(F)** 317.426.3348
www.rwp-law.com

The information contained in this electronic message is confidential information intended for the use of the named recipient and may be the subject of attorney-client privilege. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify us by telephone at 317.633.5270 or by replying to this electronic message. Thank you.