UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570
_____

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB
_____

**ORDER GRANTING MOTION TO STRIKE PLAINTIFFS' PRELIMINARY EXHIBIT LISTS AND REQUIRE SERVICE OF LISTS COMPLYING WITH CMO 19**

This matter has come before the Court on the Cook Defendants' Emergency Motion to Strike Plaintiffs' Preliminary Exhibit Lists. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED:

1.    That Plaintiffs' Preliminary Exhibit Lists, Dkts. 5568 and 5569, are stricken; and

2.    That by September ___, 2017, Plaintiffs shall file Preliminary Exhibit Lists that comply in full with the requirements of CMO 19.

SO ORDERED this _____ day of _____ 2017.

Dated:_____

                                              The Honorable Richard L. Young, Judge
                                              United States District Court for the
                                              Southern District of Indiana

Distribution:

Copies to all registered counsel of record will be made via CM/ECF.

Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.113909942.01