UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff
   Elizabeth Jane Hill
   No. 1:14-cv-06016-RLY-TAB

   Arthur Gage
   No. 1:13-cv-01875-RLY-TAB

_____

**COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT ON THE COOK DEFENDANTS' EMERGENCY MOTION TO STRIKE PLAINTIFFS' PRELIMINARY EXHIBIT LISTS**

The Defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), pursuant to Local Rule 7-5, respectfully request oral argument by telephonic hearing not later than 5:00 p.m. EDT on August 31, 2017, on Cook Defendants' Emergency Motion to Strike Plaintiffs' Preliminary Exhibit Lists.  The Cook Defendants respectfully suggest that oral argument will assist the Court in resolving the issues raised in the Motion and will speed the resolution of this urgent issue.

Dated: August 29, 2017	Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail:  andrea.pierson@faegrebd.com
E-mail:  Joe.tanner@faegrebd.com
E-mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-mail:  stephen.bennett@faegrebd.com

*Attorneys for defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

2

US.113909425.02

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer

US.113909425.02