# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## ORDER ON THE COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT

The Court, having considered the Defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS's (collectively, the "Cook Defendants"), request for immediate oral argument on Cook Defendants' Emergency Motion to Strike Plaintiffs' Preliminary Exhibit Lists, and being otherwise duly advised, finds that the Cook Defendants' Motion is made for good cause. Accordingly, the Cook Defendants' Motion for Oral Argument is GRANTED.

IT IS THEREFORE ORDERED that a hearing on the Motion will be held by telephone on August ___ , 2017 at _____ __.m. Counsel for Cook will make arrangements for the call

Dated:_____

                                                    The Honorable Richard L. Young, Judge
                                                  United States District Court for the
                                                  Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.113909640.01