UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

>Elizabeth Jane Hill
>No. 1:14-cv-06016-RLY-TAB

**COOK DEFENDANTS' MOTION PRECLUDING SUBSTANTIVE USE OF TRANSCRIPTS OF DEPOSITIONS OF <u>WITNESSES WHO ARE AVAILABLE TO TESTIFY AT TRIAL</u>**

The Defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook Defendants"), hereby move to preclude substantive use of transcripts of depositions of Cook employee witnesses who are available to testify at trial.  The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.  The Cook Defendants ask that the Court direct that any response to this motion must be filed no later than seven days in advance of the September 14 conference, and any reply must be filed no later than three days in advance of the conference.

WHEREFORE, the Cook Defendants respectfully request the Court to preclude substantive use of transcripts of depositions of Cook employee witnesses who are available to testify at trial, and for all other just and proper relief.

Dated: August 29, 2017        Respectfully submitted,

/s/ Charles F. Webber
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:   (260) 460-1700
E-Mail:    stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Charles F. Webber