# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

## ORDER GRANTING MOTION PRECLUDING SUBSTANTIVE USE OF TRANSCRIPTS OF DEPOSITIONS OF WITNESSES WHO ARE AVAILABLE TO TESTIFY AT TRIAL

This matter has come before the Court on the Cook Defendants' Motion Precluding Substantive Use of Transcripts of Depositions of Witnesses Who Are Available to Testify at Trial. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the parties are precluded from the substantive use of deposition testimony of a witness who is available to testify live at trial.

SO ORDERED this _____ day of _____ 2017.

Dated:_____

    The Honorable Richard L. Young, Judge
    United States District Court for the
    Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.113864851.01