UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

**COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT ON THE COOK DEFENDANTS' MOTION PRECLUDING SUBSTANTIVE USE OF TRANSCRIPTS OF <u>DEPOSITIONS OF WITNESSES WHO ARE AVAILABLE TO TESTIFY AT TRIAL</u>**

    The Defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), pursuant to Local Rule 7-5, respectfully request oral argument at the September 14, 2017 status conference on the Cook Defendants' Motion Precluding Substantive Use of Transcripts of Depositions of Witnesses Who Are Available to Testify at Trial (the "Motion").  The Cook Defendants respectfully suggest that oral argument will assist the Court in resolving the issues raised in the Motion.

Dated: August 29, 2017                               Respectfully submitted,

                                                    /s/ Charles F. Webber
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

                                                    Charles F. Webber (# 215247)
                                                    FAEGRE BAKER DANIELS LLP
                                                    2200 Wells Fargo Center
                                                    90 South Seventh Street
                                                    Minneapolis, Minnesota  55402
                                                    Telephone:  (612) 766-7000
                                                    Facsimile:  (612) 766-1600
                                                    E-Mail:  chuck.webber@faegrebd.com

                                                    James Stephen Bennett  (# 22869-02)
                                                    FAEGRE BAKER DANIELS LLP
                                                    110 W. Berry Street, Suite 2400
                                                    Fort Wayne, Indiana  46802
                                                    Telephone:  (260) 424-8000
                                                    Facsimile:  (260) 460-1700
                                                    E-Mail:  stephen.bennett@faegrebd.com

                                                    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Charles F. Webber

US.113862249.02