# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

## ORDER ON THE COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT

    The Court, having considered the Defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS's (collectively, the "Cook Defendants"), request for oral argument at the upcoming status conference on the Cook Defendants' Motion Precluding Substantive Use of Transcripts of Depositions of Witnesses Who Are Available to Testify at Trial, and being otherwise duly advised, finds that the Cook Defendants' Motion is made for good cause. Accordingly, the Cook Defendants' Motion for Oral Argument is GRANTED.

    IT IS THEREFORE ORDERED that a hearing on the Motion will be held on September 14, 2017 at _____ \_\_.m.

Dated:_____

                                                The Honorable Richard L. Young, Judge
                                                United States District Court for the
                                                Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.