

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**
3:54 pm, Aug 29, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Strickland v. Proffitt, et al.,
   N.D. Texas, C.A. No. 3:17-02059                 )   MDL No. 2570

SD/IN assigned Cause No. 1:17-cv-06079-RLY-TAB

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Strickland*) on August 9, 2017. Prior to expiration of that order's 7-day stay of transmittal, both plaintiff and defendant in *Strickland* filed notices of opposition to the proposed transfer. The Panel has now been advised that both parties have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-49" filed on August 9, 2017, is LIFTED. The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel