# EXHIBIT 2



**Report on COOK IVC Filters**

**Hill and Gage Matters**

**Renu Virmani, M.D.**

**June 9, 2017**

I.    **Experience And Qualifications:**

Currently, I serve as the President of CVPath Institute, a non-profit organization, which I founded in 2005. CVPath Institute is a leading medical research and educational organization dedicated to improving patient health management for those suffering from cardiac and vascular diseases.

The institute provides consultation, histology, and diagnostic services to promote discoveries that advance the diagnosis, treatment, and management of cardiovascular diseases. The institute possesses one of the largest and most comprehensive repositories of diseased human tissue that is available for investigative studies and teaching.

I regularly lecture at national and international scientific meetings, and I have delivered more than 800 presentations globally. I have received research grants in the field of cardiovascular pathology and have authored or co-authored over 700 publications in peer-reviewed journals in the field of atherosclerosis, vulnerable plaque, stents, valves, and other cardiovascular diseases. I have edited seven books and written over one hundred book chapters. I serve on the editorial board of many scientific journals. I have devoted my last forty years to preclinical animal studies to determine the safety of devices, while continuing to work on furthering our understanding of human diseases.

I have personally assessed many different types of cardiovascular devices pre-clinically in animals that, following approval by FDA, have come to the market and been placed in humans. This assessment has given me the opportunity to understand the healing of metallic (with or without drug coating) and bioabsorbable materials in animals and the mechanisms involved in healing and the rapidity with which healing occurs in animals versus humans.

I have also performed preclinical studies specifically on Inferior Vena Cava ("IVC") filters[1] in the past (the Greenfield[TM] Vena Cava Filter, Novate Medical's Sentry IVC Filter, and Cordis

---

[1] IVC filters are devices that are placed in the IVC; they are designed to help prevent pulmonary embolism. The Centers for Disease Control and Prevention estimates that 60,000-100,000 Americans die of DVT/PE each year. [https://www.cdc.gov/ncbddd/dvt/data.html.] While I am familiar with IVC filters, their intended uses and benefits, and while I believe that they are life-saving, I understand that more specifics about IVC filters intended benefits and efficacy will be addressed by other experts so I have not included this information herein.

OPTEASE® Filter), and therefore I am very familiar with these devices, their intended uses, and the issues relevant to their study in animals and the relevance of this work for patients. I have also observed and evaluated tissues from patients who had IVC filters in place.

Please see my complete Curriculum Vitae, attached as **Exhibit A,** for more complete information about my relevant experience and background.

In the last four years, I have provided expert testimony in deposition or trial in the following cases:

- *Hennelly v. Unterman*, November 17, 2016 (Trial)
- *Hennelly v. Unterman*, July 17, 2015 (Deposition)
- *Wilson v. St. Charles County et al.*, February 18, 2014 (Deposition)
- *Slotterback v. Soroko et al.*, October 8, 2013 (Deposition)
- *Crossland v. Monster Beverage Corporation*, July 26, 2013 (Trial)

My employer is compensated for my time in connection with these two matters at the rate of $450.00 per hour for review and report and $650.00 per hour for deposition and testifying.

## II.    Materials Reviewed

I am rendering these opinions based on my extensive research experience in cardiovascular pathology, and specific experience with pre-clinical testing of cardiovascular implantable devices. While I continually review the published literature in the cardiovascular space, I have performed extensive searches on PubMed as part of my work in this litigation to identify and re-review literature relevant to my opinions.

I have also reviewed extensive materials ███████████████████████████████, as well as the reports of plaintiffs' expert witnesses. Please see **Exhibit B** for a full listing of all of the materials I have reviewed in this matter. I rely on these materials and the materials cited herein, and I have specifically identified below literature, documents, and slides relevant to certain opinions contained in this report.

I also intend to use animations, prepared at my instruction and with my oversight, to help me explain to the jury how the IVC works, its morphology, the concept of tenting, how removal of filters is done safely, and to illustrate the healing properties of the IVC and why tenting/penetration/perforation of IVC filters is not usually associated with clinical sequelae.

## III.    Morphology Of The Inferior Vena Cava

The inferior vena cava (IVC) is the largest vein in the body. It collects blood from veins serving the tissues inferior to the heart and returns this blood to the right atrium of the heart. A normal vena cava wall is composed of intima, media, and adventitia. The intima consists of the endothelium with basement membrane and supporting subendothelial connective tissue. The



media (M) has circularly arranged smooth muscle fibers, that are admixed with collagen and elastic fibers, whereas the adventitia (A), is the outermost and the thickest layer consisting of three layers: an inner zone composed of collagen fibers and elastic fibers (IZ); the middle zone composed of smooth muscle cells in bundles of longitudinally arranged fibers and separated by collagen and elastic fibers (MZ); and the outer zone (OZ) that has coarse collagen and elastic fibers. (**Figure 1**) (*Cardiovascular Pathology*. Ed. Jagdish Butany and L. Maximilian Buja. 4th ed. London: Elsevier Academic, 2016. 31. Print.) The vena cava is a pliable structure that can distend and stretch depending upon the mechanical characteristics of the device placed within its lumen or due to changes in pressure or volume. The normal diameter of the IVC in an adult is 1.5 - 2.5 cm. This varies depending on inspiration and expiration and also with the patient's volume status. A diameter of <1 cm indicates hypovolemia, whereas >2.5 cm suggests fluid overload. The central venous pressure is normally very low (5-10mmHg). The vena cava wall in adults varies in thickness from 1 mm to 1.5 mm. (Kundu, Pijush K., Ira M. Cohen, David R. Dowling, and Greltar Tryggvason. *Fluid Mechanics*. Amsterdam: Elsevier/AP, 2016. E16.)



**Figure 1. The normal vena cava wall, composed of intima, media (M), and adventitia (A). (IZ= inner zone, MZ = middle zone, and OZ = outer zone).**

The IVC is formed from the union of the right and left common iliac veins and is a retroperitoneal structure. The IVC is not a rigid tube, but is highly pliable and can expand much more than other vessels like the aorta. The IVC begins at the lumber 5 vertebral body (L5) and extends to the thoracic 8 vertebral body (T8), where it enters the pericardial sac and drains directly into the right atrium of the heart. Running parallel to the IVC on its left-hand side is the aorta, and running on its right-hand side are the right sympathetic trunk and right ureter. Organs sitting directly in front of the IVC include the liver, duodenum, and pancreas, and on its right side superiorly is located the right adrenal gland. Important structures passing behind the IVC include the right renal artery and the azygos vein.

CVPath
*CVPath Institute, Inc.*

As mentioned above, the IVC is a vein, which transports blood to the heart. This is different from an artery, which transports blood away from the heart. The cellular structure of a vein is different than an artery. (Lorbeer R. et al. J Vasc Interv Radiol. 2015;26(5):635-41.) Larger veins serve as the primary capacitance vessels of the body, *i.e.*, the site where most of the blood volume is found and where regional blood volume is regulated. The arterial system has two major functions. Firstly, it acts as a conduit to deliver oxygenated blood and nutrients to the organs. Secondly, it provides a cushion to soften the pulsations generated by the heart, and this is accomplished by its structure. Specifically, the media is composed of highly elastic tissue (elastic lamellae) that help maintain blood flow during diastole. In general, veins are low pressure and arteries are higher pressure, as a result of their differing functions.

Please see **Exhibit C** for diagrams illustrating the aforementioned concepts.

### IV.     Sheep Are A Well-Established Model For Study Of Cardiovascular Devices

Although not identical to human, the IVCs of the sheep serve as a well-established, valid model for the study of cardiovascular devices, including IVC filters. (De Gregorio M.A. et al. Arch Bronconeumol. 2008;44(11):591-6.) The anatomic relationship of the IVC of the sheep is slightly different from man; however, the size is large enough to be used for the evaluation of devices like filters. Juvenile sheep weighing between 65 to 90 kg are a preferred model for preclinical studies because they do not continue to grow once mature (approximately 1 to 2 years in age), which allows for more long-term evaluation. Sheep have been used in most long-term studies on cardiovascular devices, including heart valves, IVC filters, and aortic and peripheral devices. For short term studies, the farm pig is also an established, validated model for pre-clinical study of cardiovascular devices.

## Abdominal anatomy of the sheep



1= psoas major
2=abdominal wall
3=aorta
4=caudal vena cava
6=left kidney
7=right kidney
8=left renal artery and vein
9=right renal artery and vein
10=left suprarenal gland
11=duodenum
12=pancreas
13=portal vein
14=spleen
15=right lobe of liver
16=left lobe of liver
17=hepatic artery and duct
18=esophagus
19=lateral crux of diaphragm
20=phrenicosplenic ligament
21=right triangular ligament of liver
22=costal part of diaphragm
23=central tendon of diaphragm
24=peritoneal margin
25=medial crux of diaphragm
26=round ligament of liver
17=gall bladder

It is common in sheep to see the IVC directly adhered to the liver and the right adrenal gland, and this adherence is not seen in man. I have studied many cardiovascular devices, including stents, bioabsorbable scaffolds, stent grafts, valves, and filters in the sheep as well as in pigs, and I have gained invaluable information from these studies and how these devices work in order to established the safety of these models. I am aware of the benefit of animal studies for the evaluation of cardiovascular devices.[2]

### V.      Healing In Animals Versus Humans

While animal models (like the sheep model) are often the best way we have to study how a device might work in humans, there are differences between the healing in humans and animals that must be taken into account when interpreting data from animal studies. For example, healing in animals and humans cannot be equated for time, as healing is slower in humans than in animals, although the *steps* of healing are similar.

In 2003, I published my research showing that the rate of healing following implantation of BMS (bare metal stents) and DES (drug-eluting stents) in animal and human coronary arteries is different, but the stages of healing are similar. First there is platelet-fibrin deposition, along with acute inflammation, followed by endothelialization as well as macrophage infiltration and smooth muscle cell response with proteoglycan-collagen deposition, with healing completed by 28 days in animals (**Figure 2**). The healing is said to be complete if the luminal surface is fully covered by endothelium and there is no fibrin deposition observed in the peristrut regions. Although full endothelialization may occur earlier than 28 days, resolution of fibrin and replacement by smooth muscle cells and proteoglycan-collagen deposition and a few inflammatory cells may still be observed in the peristrut regions. On the other hand, the above stages of healing take longer in human arteries, and complete healing following BMS implantation usually takes 3 to 6 months. (Virmani R. et al. Heart. 2003;89(2):133-8.)[3] (**Figure 2**)

---

[2] *See* Guidance for Industry and FDA Staff: General Considerations of Animal Studies for Cardiovascular Devices (Issued July 29, 2010), U.S. Food and Drug Administration.

[3] Although this work was in artieries, not veins, the steps of healing and the mechanisms are similar in both vessels.



**Figure 2. Line plot showing the temporal relation of peak neointimal growth in animals and humans following the placement of either "bare" stainless steel (A) or a drug-eluting sirolimus or paclitaxel stent (B). The plots are predominantly derived from morphometric analysis of pig and human coronary stents. The drug-eluting stent data in humans are projected from angiographic results. In animals, peak neointimal growth in stainless steel stents is observed at 28 days, compared with 4–6 months in humans. Animal studies of drug-eluting stents, however, show favorable results at 28 days, with a lack of sustained efficacy at 3 and 9 months. The generalized delayed healing with drug-eluting stents is thought to occur secondarily from an inhibition of smooth muscle cell proliferation and migration, and/or from the suppression of inflammation. (Virmani R. et al. Heart 2003;89(2):133-8.)**

Furthermore, one must take into account that in animal studies, young animals are used. Just as in man (where we know that healing in younger individuals is faster as compared to older individuals), healing in younger animals is also faster than would be expected in their more mature counterparts .

But the fact that healing might not be identical in humans and animals does not mean that one does not learn from animal studies. They still provide very vaulable information. For example, we often glean from animal studies *how* histologic changes might occur in man, and can use animal studies to investigate whether there would be untowards effects of a device when placed in similar locations as intended in man (like the IVC). The results from animal studies, however, must be interpreted with the differences between animals and humans in mind. From the studies Cook performed on IVC filters in sheep ████████████████████████████████████████ ██████████, one would likely expect that the safe retrieval time demonstrated in the animals would correspond to even longer safe retrieval times in humans (*i.e.*, healing in the sheep at one month may be equivalent to three to four months in man).

![CVPath Institute, Inc. logo]

## VI.    Review Of Cook Animal Studies



**a.**



---

[4] ████████████████████████████████ I also believe that Cook followed recommended guidelines for animal care and housing, followed Good Laboratory Practices (GLP) guidelines, ensured that study planning personnel and study performing personnel were in frequent communication, and prepared its records and reports as required. Guidance for Industry and FDA Staff: General Considerations of Animal Studies for Cardiovascular Devices (Issued July 29, 2010), U.S. Food and Drug Administration.

[5] ████████████████████████████████

[6] I have also reviewed the peer-reviewed publication of this study's results. (Smouse H.B. et al. J. Vasc Interv Radiol. 2009;20(3):375-83.) I believe this paper properly describes the study protocol and raw data collected, and I agree with the published conclusions.

[7] 

---







c.

**d.**



## VII.    Review Of Published Animal Studies

As outlined in **Exhibit B**, I have reviewed an extensive amount of published literature in connection with my work in this litigation, and my cumulative review of these materials supports my opinions in this matter. The following studies, however, were especially instructive and I therefore highlight them below:

### a.   Proctor et al. (1998)

In Proctor M.C. et al. J. Endovasc Surg. 1998;5(3):251-8, venacavograms and CT images taken 3 and 12 months post-filter insertion indicated that all filters placed had penetrated the vena cava at more than one site in lambs. When the authors actually examined the filters laparoscopically in the animals, however, they did not see evidence of the filters actually coming through the vessel walls. The hooks had gradually moved through the vessel wall, causing intimal remodeling, and a capsule had formed around the filter hooks, protecting adjacent tissues (*i.e.*, "tenting").



Therefore, based on their data, the authors concluded that the number of penetrations reported by clinicians based only on venographic or CT findings may be exaggerated.

### b.  Neuerburg et al. (2001)

In Neuerburg J.M. et al. Cardiovasc Intervent Radiol. 2001;24(6):418-23, Gunther Tulip filters were placed in dogs for two (21 filters) or three weeks (2 filters).  Retrieval was attempted in all dogs at two or three weeks. All filters could be retrieved at two weeks, except one, but not at three weeks. Both the immediately sacrificed (n=7) and late sacrificed (n=5, six months after retrieval) animals showed no complications of filter retrieval. Visual and histological examination of the filter legs reveals the legs remain surrounded by tissue.

### c.  Buecker et al. (2007)

This Aaimal study outlined that long-term retrieval of Celect filters (n=14 filters) was feasible in all domestic adult sheep (n=7) at three months. All vena cavas showed mild narrowing on venograms at the level where the primary filter legs were removed (n=10, two filters left *in-situ*). These areas were covered by neointimal tissue. However, "neither cavogram after removal of the filter nor the macroscopic examination of the perivascular vena cava tissue showed any significant bleeding or damage." (Buecker A. et al. Invest Radiol. 2007;42(10):692-6.) This includes fliters that showed tenting or perforation (as defined by radiography).

### d.  De Gregorio et al. (2008)

Another article that was reviewed described 30 sheep with GTFs implanted and retrieval attempted at 90 days with retrieval success in 96.6% (1 case retrieval was not successful), using little force and no complications were observed on vencavography or at autopsy. (De Gregorio M.A. et al. Arch Bronconeumol. 2008;44(11):591-6.)

### e.  Smouse et al. (2009)

Smouse H.B. et al. J Vasc Interv Radiol. 2009;20(3):375-83 published the ▉▉▉ data involving twenty sheep with two Celect filters implanted per animal with sacrifice at 30, 60, 90, 180, and 360 days after implantation. At each time point two sheep underwent retrieval attempts at both the cranial and caudal filters. The animals were recovered for 30 days, at which point healing was assessed. In an additional two animals at each time point, retrieval was only attempted in the cranial filter and the caudal filter was left intact, and animals were euthanized soon after retrieval. The segment of the vena cava encompassing the site of the retrieved filter and the filter left *in-situ* was examined histologically. Retrieval attempts occurred at 34, 62, 90, 188, and 393 days after implant. All retrievals were successful. Tilt was detected in eight filters at implantation, and six had self-centered before retrieval. No filter showed any deformation or migration, however one animal had an abscess, and the cranial filter was left *in-situ* and the caudal filter retrieved. All filter retrievals had acceptable force, and the IVC showed evidence of mild intimal hyperplasia at the filter anchoring sites without any evidence of vena cava injury.

CVPath
*CVPath Institute, Inc.*

### f.   Laborda et al. (2011)

In Laborda A. et al. J Vasc Interv Radiol. 2011;22(6):851-6, the authors describe four sheep receiveing two filters each (one GTF and one Celect). These sheep were studied by laproscopy and cavography at 30 days to determine the incidence of filter strut penetration. Radiographic penetration was defined as >3 mm outside the contrast column in cavography. At 30 days, penetration of legs was observed in 19 of 32 legs; however, by laproscopy, only 14 legs could be observed, and only 7 of these (5 Celect and 2 GTFs) showed piercing of the legs (*i.e.*, tenting). Following recovery of the filters, laproscopy did not show retroperitoneal bleeding or hematoma or tear of the vena cava wall. Histologically, intimal hyperplasia and varying degrees of fibrosis was observed of the media and adventitia, with minimal inflammation along with focal hemorrhage in Sheep #2666-2 (though the pathologist thought this likley occurred during the necropsy).

### VIII.   General Discussion

#### a.   Perforation/Penetration/Tenting

**There is no universally accepted way to define / characterize penetration or perforation of the IVC by filters in the scientific community.** The following terms have been used loosely by clinicians and in preclinical studies to describe a situation where a filter leg may appear outside of the IVC on imaging or histological examination: tenting, penetration, perforation / puncture and rupture / tears.

Laborda A. et al. Cardiovasc Intervent Radiol. 2015;38(5):1192-7, described the variations in understanding and reporting of these concepts in the literature as follows:

> [D]ifferent authors use different definitions of penetration. There is a mixture of concepts as penetration, pseudopenetration, perforation, drilling penetration, and tenting, observed under different diagnostic imaging media. In our opinion, the classic definition of penetration (>3 mm protruding outside the wall) [Grassi C.J. et al. J Vasc Interv Radiol. 2001;12(2):137-41] is just a theoretical concept. That 3 mm can be totally covered with adventitia with no perforation or drilling of the complete wall. Other authors have attempted to grade penetration (or better, interaction filter-IVC wall), but there is no way to relate th[ese] grades to real perforation outside the vena cava wall, meaning a bare metal hook outside the vein, or to predict symptomatic perforation. Absolute evidence of symptomatic or asymptomatic perforation can only be achieved by open surgery, laparoscopy, endoscopy, or necropsy observing hooks or legs inside an organ (even then, in some cases could be difficult to discern between previous perforation or surgery-induced perforation).

The terms penetration and perforation are often used interchangably in the literature and by clinicians. Filter penetration has been defined as the presence of a filter strut extending >3 mm outside the wall of the IVC by CT, venography or at autopsy. (Caplin D.M. et al. J Vasc Interv

---

Radiol 2011;22(11):1499-506. See also the ACR, SIR, and CIRSE Guidelines.) Others have used >10 mm outside the lumen from IVC to define penetration (Turba U.C. et al. Cardiovasc Intervent Radiol. 2010;33(4):732-8). In the ongoing PRESERVE study, >5 mm is being used.[18] There is no consensus as to the correct defintion of penetration, and there is no scientific basis or rationale provided for even the >3 mm definitions that many societies like SIR employ.

Many different definitions are also used to describe "perforations." Some, for example, have used a "grading scale" to define "perforations" into 4 grades: 0 = No Perforation, Grade I = <3 mm from IVC; Grade II = >3 mm from IVC; Grade III = Contact with Adjacent Structure; and Grade IV = Perforation of Adjacent Structures. (Durack J.C. et al. Cardiovasc Intervent Radiol. 2012;35(2):299–308) **Table 1**,

---

[18] FDA guidance also outlines that "**[d]etermination of caval penetration is complicated. Examination via cavography may show filter hooks or legs outside the flow of contrast. This is not necessarily due to penetration. It may be due to endothelialization or tenting of the vena cava or locations in tributary veins. Computed tomography (CT) scans can be used to help rule out some false positives. [. . .] If an increase in filter base diameter of >5 mm is recorded, a CT scan should be performed to confirm or exclude the position of filter legs outside of the inferior vena cava.**" The FDA also explicitly permits sponsors to "prospectively define and identify the methods of analysis for each potential complication," recognizing that "**[a]lthough the risks themselves are well described in the literature, the definitions and methods used to determine the rates are inconsistent and highly variable**." *See* Guidance for the Submission of 510(k) Premarket Notifications for Cardiovascular Intravascular Filters, published February 1997, superseded by Guidance for Industry and FDA Staff: Guidance for Cardiovascular Intravascular Filters 510(k) Submission, published November 1999.

(https://www.fda.gov/downloads/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm073777.pdf)



**b. True Perforation**

It is essential to understand what should be defined as *perforation*. The word perforation has been used loosely in the literature. The term perforation, however, should be reserved for situations where the leg (or strut) of the filter is no longer covered by fibrous tissue and is lying

uncovered adjacent or at a distance from the vena cava wall, a situation that may have some associated collection of blood, either as a small hematoma or hemorrhage, but without hemodynamic compromise. (Laborda A. et al. J Vasc Interv Radiol. 2011;22(6):851-6.) This can be acute or chronic. True perforation is also different than a true rupture of the vena cava, a phrase that should be reserved for situations describing a large tear of the vena cava wall resulting in massive hemorrhage or hematoma with hemodynamic compromise.



The diagram (**Figure 4**) below shows the cross-sections of the IVC filter and the location of the sections in the top left insert. Note the section labelled C has been cut at an angle and therefore no connection is seen between two of the primary struts with the vena cava wall. Pathologists with knowledge of the stretching of the IVC  (and with experience making these types of cuts) would not call it a perforation unless there was evidence of a direct communication between the lumen of the vena cava and the subcutaneous tissue (*i.e.*, through and through communication).[19]

---

[19] An analogous example is a cardiac rupture of the heart that requires the lumen of the left ventricle (chamber) to be in direct communication with the pericardium. If there is a scar on the outside of the heart, *i.e.*, the pericardium was thickened although there is contact of the lumen with the pericardium, it is not considered a perforation because the thickened pericardium on the outside of the heart does not allow blood to spill into the pericardial cavity. Although there remains a communication between the left ventricular cavity and pericardium there is no perforation because of the thickening that was present on the outside.

As such, if a filter leg is covered by fibrous tissues, it should not be considered a perforation as there is no direct communication between the lumen and the outside of vena cava wall. In my opinion, to call it a perforation, one needs to show direct communication between the outside of the vena cava and the lumen of the vena cava.



**Figure 4. Shows the effect of location of the sectioning (diagram of the filter, top left) as well as the corresponding histologic section, represented here diagramatically is A, B, and section C, the latter is taken at an angle (C).**

### c.   What Is Tenting?  What Is Penetration?

Tenting has been used to describe the outward protrusion of the vena cava wall that is supported by the strut (**Figure 5**). Though tenting is a very common phenomenon, frequently it is not distinguishable on imaging, and it does not equate with perforation, which involves communication of the IVC lumen with the outer surface of the vena cava without any intervening fibrous tissue.

Tenting is sometimes used synonymously with the term penetration. However, there is no uniform definition of penetration in the literature, and different authors define it differently (or fail to define it at all). Penetration, literally interpreted, means to pass into something (*i.e.*, a nail penetrates a wall when hanging a picture), but when making a pathologic assessment of the vena cava, the term penetration alone does not clarify whether there is direct communication between the lumen and the outside of vena cava wall, or intimal growth around a filter strut (which is a normal reaction to the presence of the strut). The terms "tenting" and "penetration" can be used more interchangeably, but not "penetration" and "perforation." This is because neither involves a

---

strut of the filter lying uncovered, adjacent to or at a distance beyond the caval wall, without an associated fibrous tissue covering and with accompanied hemorrhage or hematoma (as would need to be seen to define the occurrence as a true perforation).

Pathologically speaking, the term penetration is best reserved for the situation where there is an unintentional, puncture of the IVC by a filter leg that most often occurs at the time of placement or retrieval of the filter, similar to a needle stick. Penetration is also uncommon, typically asymptomatic, and different from a true perforation, which requires direct communication between the lumen and the outside of the vena cava wall, but which is most often associated with some clinically insignificant bleeding. Penetration typically occurs as a result of a placement complication.

Patient characteristics like cardiorespiratory motion and postural changes can exert stress on the filter and may precipitate penetration. In addition, abdominal trauma or physical pressure on the IVC may contribute to penetration, as well as motor vehicle accidents, abdominal surgery, strenuous abdominal exercise.  If forceful enough, the aforementioned can also precipitate perforation.

In contrast, tenting refers to the situation where the vena cava wall is stretched, which results in a neointimal response which thickens the wall of the vena cava, such that when viewed in cross section, the struts (primary) are completely covered by neointima. A venogram (2-dimensional view) will show the struts lying free around the lumen because the venogram cannot see the IVC wall which is thickened due to stretching and neointimal growth. At this phase, the primary struts are completely covered on all sides by tissue (see **Figure 5**, below).









### d.  What Causes Tenting?

It is clear from pathology studies (Proctor M.C. et al. J Endovasc Surg. 1998;5(3):251-8) that the primary wires of IVC filters stretch the vena cava wall, and that there is simultaneous insult to the endothelium from the placement procedure as well as compression of the primary and secondary wires into the vena cava wall. This results initially in clot formation around the primary struts with mild inflammation and infiltration by smooth muscle cells (SMC) / myofibroblasts that secrete proteoglycan-collagenous matrix which eventually covers the strut, and a new endothelial layer forms over the neointima or the clot. The primary struts get embedded in neointimal tissue, and the IVC wall shows varying degrees of compression with complete endothelial coverage.

The stretching of the IVC by the filter may give rise to the loss of SMC from compression necrosis of the medial wall. Smooth muscle cell death is an expected finding and is not harmful. The degree of compression varies and can result in tenting / penetration of the vena cava wall with appearance of false punctures of the vena cava with the primary wire lying outside the vena cava wall which is almost always be surrounded by fibrous tissue. (**Figure 8**)



As such, tenting of IVC filter struts is a common and expected finding by pathologists, as filters have to anchor to the wall in some manor to prevent migration. Findings of tenting **do not** in and of themselves signal a clinically significant event for a patient.

The causes of tenting are dependent on both the filter expansion over time and the individual patient (*i.e.*, the size of the IVC, location, postural changes, respiratory, and cardiac motion). Again, it is well known that the filter struts gradually expand from the time of placement to 3 and 12 months following placement in lambs, *e.g.*, in the manuscript by Proctor et al., in Lamb #3, the filter diameter was 12.4 mm at implant, and it increased to 19.5 mm at 3 months and 20.3 mm at 12-months; and, in Lamb #2, the measurements were 15.8 mm, 20.6 mm, and 24.3 mm, respectively. In the first animal (Lamb #3) only one penetration was observed at 3 and 12 months while in Lamb #2, only one penetration was observed at 3 months and two penetrations at 12-months. No penetrations were observed at the time of implant in animals recieving Greenfield filters. Lamb #1 had the most penetrations, *i.e.*, two at 3 months and three at 12 months. (Proctor M.C. et al. J Endovasc Surg. 1998;5(3):251-8).

Interestingly, patient-specific factors also may affect the progression and/or degree of tenting of an IVC filter. It has been reported that patients with cancer have higher rate of "penetration" than those without cancer. In a paper by Dowell et al., the authors showed that 33 of 91 patients who had three CT scan studies to evaluate Celect IVCF placment had filter penetration (which was defined as filter leg extending >3 mm beyond the IVC wall) on the first CT scan. However, 60 patients showed progressive penetration over time, with 72 patients showing penetrations at final CT scan (average 554 days). Female patients and those patients with history of malignancy had significantly higher penetration rates at a given time. (Dowell J.D. et al. J Vasc Interv Radiol. 2015; 26(10):1510–18). As the caval tissues of persons with cancer are likely to be more giving due to the effects of chemotherapy, malnutrition, etc., it would make sense that tenting on imaging would be seen sooner, in a progressive manner, in higher proportions in these individuals. Similarly, because of hormone differences, female caval tissue may also be more prone to tenting. It could also be postulated that persons who take steroids (or other drugs that

**CVPath**
CVPath Institute, Inc.

make caval tissues more giving), might experience tenting sooner and/or to a more significant degree than individuals whose caval tissues are more inflexible. (Varas-Lorenzo C. et al. Atherosclerosis. 2007 192(2):376-83.)

It is also important to note that tenting is not always progressive to perforation. We know that from our studies in animals. True perforation is rare and often associated with a traumatic cause. Small punctures with mild tearing may occur but are likely to get sealed and result in no clinical consequence, because the IVC is a low pressure system unlike the aorta or muscular arteries which are high pressure and therefore do not tolerate small tears.

Penetrations / perforations of the IVC by filters are most often asymptomatic. We actually cause perforations of the veins all the time intentionally, *e.g.*, when we draw blood for testing, a needle is introduced into the lumen of the vein, and blood is taken from the vein. Patients often keep IVs in their veins for days at time without injury, symptom, or persistent pain.

Once the blood is drawn, we remove the needle and put pressure on the vein for a short time followed by a bandage. The vein puncture closes by forming a clot and heals without any significant leakage into the tissues. Similarly, if a filter were to perforate the wall of the IVC, because of low pressure in the veins, the leakage is very little (if at all) and the small puncture closes. Ports are also designed to puncture the vein and remain within the vein for long periods of time, and the placement of ports is rarely associated with any clinical symptoms (except for rare complications of infection).

> **e. It Is Difficult To Distinguish Between Tenting And Penetration And Perforation Via Imaging, No Matter The Modality.**

As outlined above, there is no universally accepted definition for penetration or perforation or tenting. Even assuming *arguendo* that there was widespread agreement on how to define and characterize these concepts, distinguishing between tenting and penetration and perforation on imaging, no matter the modality, is very difficult. Absolute evidence of perforation can really only be achieved by open surgery, laparoscopy, endoscopy, or necropsy.

In animal studies, findings of extravasations of contrast on venography signals a much more physiologic process and is likely a better marker of perforation than reliance on CT scan absent later necropsy, where one can only measure the distance a filter appears outside the lumen and cannot be sure whether the leg of the filter is perforated or simply tented (as it depends upon the elasticity of the vena cava and the coverage by tissue which because of lack of resolution one cannot determine if there is fibrous tissue coverage).[20] Even if there appears to be filter involvement with an adjacent organ on CT (like the duodenum, aorta, etc.), the filter strut could

---

[20] The extravasaction of contrast on venography does not mean there are actually tears of the vena cava wall or hemodynamic compromise or any caval injury that is necessarily clinically significant, but it is an acceptable way of trying to distniguish between tenting and perforation on venography.

still be covered by scar tissue and therefore not truly "perforating" but rather "tenting" into this adjacent organ.

The aforementioned concepts would be equally true in humans, given the similarities of the vasculature between humans and animals, although we do not have autopsies studies available for direct corroboration (as it would be very difficult to find an adequate human sample of deceased patients with IVC filters for this study). I believe the clinical literature available (discussed below) supports that most perforations / penetrations reported by clinicians with IVC filters solely from review of venography or CT most likely represents tenting, not true penetration or perforation, because this "penetration and perforation" reported to occur in patients is largely asymptomatic, progressive, common, more prevalent / significant in those with compromised caval tissues, and often not reported to be accompanied by extravasation of contrast or hemorrhage or hematoma.

To make a determination of perforation in humans based solely on imaging, I believe it would be appropriate to use "*protrusion of filter struts through the wall of the IVC causing hemorrhage or hematoma*" as a means to distinguish perforation from tenting on venography.[21] I also believe dwell time should be considered when reviewing imaging to help distinguish between tenting and penetration. If there is evidence of a filter strut outside of the column of contrast on venogram at the time of placement, for example, as opposed to weeks or months following placement, this might signal a penetration (if no extravasation of contrast is visible and no hemorrhage / hematoma) or perforation occurred (if accompanied by extravasation of contrast or hemorrhage / hematoma) rather than the normal and expected process of tenting.

Finally, one must note that the IVC wall itself is 1 to1.5 mm thick, and one cannot appreciate the outside wall of the IVC on venogram. As such, if one were to employ a definition of penetration or perforation that measures the distance of a strut outside the wall of the IVC (*i.e.*, the ">3 mm outside the wall of the IVC" definition), one must take into account the approximate thickness of the IVC wall itself when making this determination on venogram (although for the reasons outlined above, I do not believe this is the optimal way to discern perforation on venogram).

---

[21] *See*, *e.g.*, Oliva V.L. et al. J Vasc Interv Radiol 2008;19(6)884-9.

CVPath
*CVPath Institute, Inc.*

### f.   Prevalence Of Penetration / Perforation With IVC Filters[22]

The published clinical literature supports that penetration has been reported in patients with filters that remain *in-situ* over longer periods of time, that the penetration is progressive over time, and not usually clinically significant. In literature reviewed (January 1, 1970 to December 31, 2014) by Jia et al., there were 88 studies and 112 case reports enrolling a total of 9002 patients. Of these, 1699 cases had filter penetration of the IVC (19%) and with many different filters. The cases were identified on CT (922 cases), cavography (719 cases), both CT and endoscopy (9 cases), laparoscopy (4 cases), surgery (8 cases), autopsy (10 cases) and unspecified (27 cases). Among the 18 clinical studies using definition of >3 mm, the incidence of penetration was 34%. Organ / structural involvement on CT imaging or surgery occurred in 322 cases (19%), with the duodenum most commonly involved. Among the 1699 patients with filter penetration, only 140 patients (8%) were symptomatic, and pain was the most common symptom. (Jia Z. et al. Circulation. 2015;132(10):944-52) However, filter penetration did not mean necessarily untoward effects, *i.e.*, complications. Durack et al. also outlined that 86% of their patients with Celect and Tulip filters had radiographic evidence of perforation, that was most prevalent in filters with long indwell times. They also reported that none of their patients had symptomatic perforations, further demonstrating that this "perforation" is not commonly associated with clinical symptoms. (Durack J.C. et al. Cardiovasc Intervent Radiol. 2012;35(2):299–308.)

In Zhou et al., 86.1% filters had penetration (defined as >3 mm) of the IVC and had been implanted for a mean of 158±105 days. Of these penetration incidences, >10 mm penetration was observed in 37.4%. Of the 120 filters planned for retrieval, 106 filters were successfully retrieved, and no complications were reported. The retrieval rate was as high as 88%. Filter related pain was reported in only 1.7% of patients. No other adverse events were reported. The primary leg penetration distance increased with time. CT scan were available in 38 patients, and, of these, nine had penetration of adjacent organs (six involved the duodenum, two involved the aortic wall, and one invovled the kidney). All were related to primary legs, and none had any symptoms. Of these, seven were successfully removed. Regarding the two filters that were not successfully removed: one involved embedment of filter tip in the duodenum, and the other penetrated the aortic wall and had a significant clot trapped in the filter. (Zhou D. et al. J Vasc Interv Radiol. 2012;23(12):1557-63).

---

[22] As I outlined above, I believe the published literature on IVC filter use in patients supports that tenting is common and not progressive to lead to a clinical issue. The literature itself, however, uses the terms tenting, penetration, and perforation interchangeably. While I believe that the majority of the clinical papers may be describing "tenting" versus true penetration or perforation, I have adopted the language from these clinical studies in my discussions of the literature below, literature that outlines – no matter the phraseology – that tenting / penetration / perforation is not clinically concerning for patients in the vast majority of cases.

Although the literature confirms it is not uncommon to see radiographic evidence of tenting/penetration/perofration in patients with filters, it also supports that this is expected and rarely a clinical problem. In fact, some authors go so far as to report penetration of the filters is an integral part of deployment. (Dowell J.D. et al. J Vasc Interv Radiol. 2015; 26(10):1510–18.)

g.  **It Is Difficult To Distinguish Between Tenting, Penetration, And Perforation In Preclinical Studies**

As diagramatically illustrated in longitudinal sections E and F in **Figure 9**, it is clear that, from a cross-section taken at the level of the dashed lines, it is often hard to distinguish between perforation and tenting in preclinical studies. The same is illustrated for cross-section of the IVC with filter implanted (**Figure 9**).

**Figure 9. Photograph of the Celect Cook IVC filter (left). The diagram on the right shows tenting of the IVC following placement of the Celect Filter for >30 days. This is a diagrammatic representation of histologic cross-sections showing the impact of where the sections are taken.**



# Longitudinal Section Over Time



# Cross Section Over Time



Distinguishing between penetration and perforation in preclinical studies, however, is not impossible. ████████████████████████████████████ the science of cutting is not precise. The tissue is embedded in a plastic block and then ████ has to be sawed to the exact site were one wants to see the section (the slice is approximately 2 to 3 mm) and, since this is done by hand, one cannot always get the section exactly where we want. There is also a loss of tissue when cuts are made (250 to 300 microns) with a saw. The section is then attached to a plastic slide and again sawed to get a 300 microns section (thick) and further ground to 50-70 microns on a grinder, followed by polishing and staining. Given these issues, the pathologist reading the slides must carefully review what is seen grossly *in-situ* when making interpretations of the data.

**h. Retrieval Of IVC Filters (Cook Celect and Gunther Tulip) Can Be Done Safely Without Clinically Significant Harm to Caval Tissues -- Even When Filter Has Penetrated / Perforated**

Filters can be removed (even filters that have extreme tenting or even perforation) in most cases without causing harm to caval tissues. This has been demonstrated in animals, and confirmed by the clinical literature.







The studies by Laborda et al. (2011) and de Gregorio et al. (2008) and Buecker et al. (2007), outlined in detail above, also show that the Tulip and Celect filters did not cause retroperitoneal bleeding, hematoma, tear of the vena caval wall, or other complications upon removal and examination in animals.

### ii. Clinical Data Supporting Safe Retreival of Filters

Studies in the published literature also confirm that there are a low rates of clinically signficiant complications associated with the retreival of Tulip and Celect IVC filters, even those filters adjudged to have penetrated the IVC on imaging. For example, Millward et al. J Vasc Interv Radiol. 2001;12(9):1053-8, reported on data collected by Canadian Registry on Tulip filters. 91 Tulips placed, 98% attempted retrievals successful, and no major complications noted in patients with retrieved filters; Sangwaiya M.J. et al. J Vasc Interv Radiol 2009;20(9):1188-92, reported no deaths related to PE, no patient with symptoms of vena caval occlusion / thrombus, no filter migration, no difficulty in retrieval, and no symptomatic filter leg penetration in their patients with Celect filters.

In one large study of 620 patients who underwent Celect filter placement, 120 presented for removal. Indwelling time was 158±103 days and 106 (88.3%) filters were removed; (Zhou D. et al. J Vasc Interv Radiol. 2012;23(12):1557-63). This study had a lower retrieval rate than previously reported studies (93.3 to 96.6% retrieval rate) (Sangwaiya M.J. et al. J Vasc Interv Radiol 2009;20(9):1188-92. Lyon S.M. et al. J Vasc Interv Radiol 2009;20(11):1441-8). Filter penetration into adjacent organs was infrequent and was best appreciated on CT. Of the 38 patients with filters in whom CT was available, nine filters had penetrated into adjacent organs, six into the duodenum, two into the aortic wall, and one into the right kidney. All were incidental findings without symptoms. Of these nine, seven were successfully removed (one in the duodenal wall and one in the aortic wall could not be removed). There was no report of excessive bleeding or other complications. (Zhou D. et al. J Vasc Interv Radiol. 2012;23(12):1557-63).

CVPath
CVPath Institute, Inc.

This and other studies do not report continued injury after the filters are removed (even filters that have penetrated into nearby organs).

Filters have been retrieved in thousands of cases and most patients do not have massive bleeding, nor do they have extravasation of dye. Bleeding is a rare complication following IVC filter removal.

### iii.   Illustration of How Filters are Safely Retreived

Diagrammatically one can understand the pathology of the filter placement in the vena cava and the response with minimal (*i.e.*, non-significant) bleeding during long-term placement of the filters, tenting with or without penetration, and removal of the filter. (**Figure 12**)

**Figure 12. Diagramatic illustration of the impact of removing the filters and showing the corresponding histologic sections with mild hemorrhage in the neointima and in the surrounding tissues that occurred during removal.**



# Cross Section after Removing the Filter



**Figure 13** below illustrates how angled penetrations with overlap of the venous wall seals the region the struts traverse, as well as from shrinkage of the vena cava wall and sealing by normal clot formation. This also illustrates how minor tears are sealed off and why retrieval of filters— even filters with significant penetration—do not result in clinically significant bleeding.

### Filter removal and the Sealing of Vena Cava wall



**Figure 13. The angle at which the primary strut enters the vena cava wall makes it possible for the sealing to occur from tissue overlap along with some shrinkage of the vena cava, which prevents the leakage of blood from the lumen of the vena cava. The primary filter wire enters the vena cava wall as is also recommended for all venous and arterial punture, *i.e.*, at a $45^0$ angle and not perpendicular. "A" shows the primary strut removed and "B" shows filling in of the space occupied by the primary strut by platelets / fibrin and red cells.**

*CVPath Institute, Inc.*

Given the animal data showing tissue healing after retrieval of filters, our understanding of normal human wound healing, and the clinical literature that confirms the risk of significant bleeding after retrieval is very low, once a filter is removed without complication, the risk of injury to caval tissues following that removal would be remote.

### i.   Thrombus Around Filter Is Expected Phenomenon

Thrombus forms on the surfaces of devices that are placed in the blood stream. This is true of stents, filters, stent grafts, valves, etc. The foreign body elicits a normal and expected thrombotic response. However, this is mitigated by myofibroblast proliferation and coverage by endothelial cells. The amount of thrombus that occurs *in-situ* is minimal (*i.e.*, clinically insignificant). The filter functions to trap clots, but it is not always easy to separate where the clot arises, *i.e.*, around the filter or from another location and was then trapped in the filter. As soon as filters are placed in the IVC, a normal insignificant thrombus forms (platelet and fibrin) around the primary struts and is quickly surrounded by inflammatory cells that liberate growth factors and replace the thrombus by myofibroblasts and endothelium towards the lumen. Secondary struts can also have a similar reaction but this is not a common finding because the filter legs are not in close contact. A close contact with the vein wall is required for the legs to be covered by tissue. This has been clearly shown in animal studies. (O'Brien C.C. et al. Ann Biomed Eng. 2016;44(7):2251-60.) This finding in and of itself is not clinially concerning for patients. Small clots are not concerning as are the large clots which rarely form *in-situ* but more likely are being caught in the filter and are coming from the pelvic and leg veins. We know this from long term animal studies, that thrombi on filters are not observed, if they are observed they are small. Also, a recent study by Wang et al., showed filters in place for 4 years in patients, and filter thrombosis was observed in only 13% (7.3% total and 5.2% partial) of patients. (Wang S. et al. J Vasc Surg: Ven Lymph Disord. 2017;5(1):33-41.) If clinically significant thrombi formed *in-situ*, these numbers would be much higher. From my personal experience, I also have not observed clinically significant thrombi attached to filter legs. This further supports that IVC filters, specifically the Celect and Tulip, are not inherently thrombogenic.[23]

---

[23] I have reviewed the report of Dr. Garcia, and more specifically his discussion entitled "IVC Filters Are Thrombogenic." I have also reviewed the articles he references therein (Morris C.S. et al. J Trauma 2004;57(1)32-36, Millward S.F. JACR 2001;52(3)188-192, and Poirier A. et al. Society for Biomaterials 29th Annual Meeting Transactions 2003;169), and I disagree with his conclusions about these articles, for the reasons outlined herein.

---

j.   **Perforations / Penetrations Are Not Likely To Lead To Narrowing Of The IVC**

Narrowing of the vena cava is a rare event, and tenting, penerations, and perforations are not likely to lead to luminal compromise. As shown in human studies as well as in animal studies (with IVC filters), mild narrowing of the vena cava is common but of no clinical significance, and is often transient as shown by Brountzos E.N. et al. J Vasc Interv Radiol 2003;14(6):763-72. This study showed greater narrowing at 12 weeks as compared to 20 weeks after implanting Recovery Filter (CR Bard; Tempe, AZ). A case reported by Brinkert et al., involved a 22-year-old man who had a Tulip filter. Attempts to retrieve that filter at 21 and 25 days were aborted because the young man had clots trapped in the filter. Despite the possible risk of an IVC laceration, a third attempt was made at 317 days afer placment. Additional force resulted in successful removal of the device. Only mild stenosis was noted after the retrieval, and this disappeared within three months. (Brinkert C.A. et al., J Vasc Interv Radiol 2005;16(3):395-8)

If clinically significant narrowing of the cava was a common result of a perforation or penetration, we would see many reports of IVC occlusion in the literature. However, IVC occlusion following placment of an IVC filter is a rare event. Its incidence is reported to vary from 2 to 30% (Milovanovic L. et al. Semin Intervent Radiol 2015;32(1):34-41). In the MAUDE data base, vena cava thrombosis or stenosis was rare (2.8%) and, specifically, the lowest rate was reported with Celect Cook filter at 0.6%; the highest was for the Option filter (8%). (Angel L.F. et al. J Vasc Interv Radiol 2011;22(11):1522-30.)

Futhermore, nothing in the published literature suggests that IVC narrowing could occur at some point in time following the retrieval of a filter—even if that filter had penetrated or perforated the IVC. Specifically, there are no case reports in the literature of "spontanous narrowing" of an IVC following the retrieval of a perforated or penetrated filter. Overall, it is also well known that the amount of neointimal tissue growth and narrowing of the lumen from injury is greater in arteries than in veins. This may have to do with the greater distensibility of veins.

k.   **Pain Is Not Likely from Penetration / Perforation**

Considering the number of filters implanted in the world, the complaints of pain vary from 0.25% (2 in 810, Tao M.J. et al. J Vasc Surg. 2016;64(2):430-7.) to 9% (81 in 897, Jia Z. et al. Circulation. 2015;132(10):944-52.). If one reviews the MAUDE data base, the list of complications reported does not even include pain. Pain by itself from IVC filters is not a common event. (Andreoli J.M. et al. J Vasc Interv Radiol. 2014;25(8):1181-5.) In cases where pain is reported, it is usually associated with organ penetration, although pain is not always present even in organ penetration. (Jia Z. et al. Circulation. 2015;132(10):944-52.)

Penetration of the vena cava wall is not a cause of pain. In those rare cases with organ penetration and pain, pain usually disappears once the filter is removed as reported by Manzur M. et al. Annals Vasc Surg. 2017;7:1-7. Also, it is well known that once healing (scar formation) is complete the pain disappears and that neointimal growth does not continue. For example, a wound that occurs on the skin will heal, and the scar does not continue to increase. In fact, the scar begins to decrease because of collagen retraction (cross-linking). Pain does not come from the wall of the vein, but from the nerves that are located in the adventitia and in the soft tissue around. One can actually burn the nerves and the pain that occurs is only transitory and then once scar has formed it disappears (as occures in renal radiofrequency ablation of the renal arteries).

### l.   *Hill* And *Gage* Cases

Although I understand my report is being offered in two cases—the Hill and Gage matters—I understand that, in Mr. Gage's case, ███████████████, and, in Mrs. Hill's case, ███ ███████████. As an anatomic pathologist, my job is to report on the examination of tissue that is removed from the living patients, or the performance of an autopsy or tissue removed at autopsy, and render an opinion on the tissue. I do not treat patients, make clinical diagnoses, or prescribe medications; I render diagnosis based on the examination of tissues. Because there are no tissue specimens to review in *Hill* or *Gage*, I defer the judgement to the clinicians to reach specific opinions in those two cases. If there are no tissues removed, I believe pathologists should refrain from giving an opinion because it is not our job to do so, as we are not trained to make these judgements.

**In conclusion**, the response to implantation of GTF and Celect filters in the vena cava induces a mild deposition of clot followed by neointimal response consisting of smooth muscle cells and proteoglycan-collagen depostion and minimal inflammation from stretching of the vena cava wall with or without loss of medial smooth muscle cells and replacment by fibrous tissue. The animal studies perfored by Cook support that the GTF and Celect can be safely implanted and retreived in animals after dwell times up to one year.

Tenting of a IVC filter is a common phenomenon after filter placement and is the result of neointimal growth surrounding the primary legs or struts the result in appearance of filter legs located outsive the lumen of the venogram (or IVC wall). The tenting / penetration definition of > 3mm outsive the venogram is defined arbitrarily and is based on the SIR but many definitions have been used but none necessarly mean that there has been a penetration or perforation of the IVC wall. Tenting of struts through the caval wall (as reported in the literature) is not uncommon and is typically reported to be asymptomatic. Filter retrieval has been shown to be effectively performed after IVC filter placement. Animal studies have shown that retrieval can be performed safely up to one year even in the presence of tenting/penetration of IVC. Filter tears of the IVC are rare events. I believe once the filter is removed the process of intimal thickening does not continue to occur.

███████████████████████████████████████████

These opinions are offered to a reasonable degree of medical certainty. I reserve the right to supplement or amend these opinions if additional information becomes available.

Signed this 9th day of June, 2017 in Gaithersburg, MD.

Report prepared by :

Renu Virmani, M.D.
President CVPath Institute Inc.
Gaithersburg, MD.

# CURRICULUM VITAE:
# RENU VIRMANI, M.D.
(Updated February 3, 2017)

Sign: _____   Date: 2/3/2017

# Contents

Curriculum Vitae: ................................................................................................ 3

Education: ............................................................................................................ 3

Medical Licensure: ............................................................................................ 3

Board Certification: ......................................................................................... 3

Society Memberships: ...................................................................................... 3

Military Service: .............................................................................................. 3

Professional Background: ............................................................................... 3

Current Professional Activities: ................................................................... 4

Research Grants Expired: ............................................................................... 5

Recently Completed Support: ....................................................................... 7

Active Support: .................................................................................................. 7

Recently Completed Support: ....................................................................... 8

Honors and Awards: ......................................................................................... 9

Editorial Review Board Member: ............................................................... 10

Manuscripts Reviewed For: .......................................................................... 10

Major Presentations: ..................................................................................... 11

Publications, peer reviewed: ....................................................................... 73

Chapters and articles in non-peer reviewed journals: ............................ 134

Edited Books: .................................................................................................. 145

Letters to editor and editorials: ................................................................. 146

Abstracts: .......................................................................................................... 147

## Curriculum Vitae:

Renu Virmani, M.D.
CVPath Institute Inc.
19 Firstfield Rd
Gaithersburg, MD 20878                    DOB: 12-01-42 Lyallpur, India
Office: (301)208-3570                     Citizenship: USA
Marital Status: Married to Chester E. Finn, Jr.
Health: Excellent

## Education:

1958-1961: Delhi Public School, New Delhi, India

1961-1962: Pre-Med, Hindu College, Delhi University, New Delhi, India

1962-1967: M.B.B.S. Maulana Azad Medical College, Delhi University, New Delhi, India

1971-1973: M.D.; Lady Hardinge Medical College, Delhi University, New Delhi, India. Research Thesis for M.D.: Cell Mediated Immunity in Breast Neoplasms

## Medical Licensure:

1974: Educational Foundation for Foreign Medical Graduates (ECFMG)

1975: Federal Licensure Examination (FLEX)

Licensed to Practice Medicine in:
1975      West Virginia
1976      Maryland (current)
1977      District of Columbia
1981      Tennessee (current)

## Board Certification:

1978      American Board of Anatomic Pathology

## Society Memberships:

1986      Fellow, American College of Cardiology
1986      Member, American Heart Association
1978      Member, US and Canadian Academy of Pathology

## Military Service:

July, 1979-August, 1981: MAJ, MC, US Army
September, 1984-December 1986: MAJ, MC, US Army
January, 1987-September 1989: LTC, MC, US Army

## Professional Background:

July, 1967-December, 1968: Resident, Departments of Gynecology-Obstetrics and Internal Medicine, Maulana Azad Medical College and affiliated hospitals, New Delhi, India

February, 1969-July, 1971: Resident, Department of Pathology, Lala Lajpat Rai Memorial College and Hospitals, Meerut, India

October, 1971-June, 1974: Instructor, Department of Pathology, Lady Hardinge Medical College and Hospital, New Delhi, India

October, 1974-June, 1975: Visiting Scientist, Pathology Branch, National Heart, Lung and Blood Institute, National Institutes of Health, Bethesda, Maryland

July, 1975-June, 1977: Resident, Department of Pathology (clinical and anatomic), George Washington University Medical Center, Washington, D.C.

July, 1977-June, 1979: Staff Fellow, Pathology Branch, National Heart, Lung and Blood Institute, National Institutes of Health, Bethesda, Maryland

July, 1979-August, 1981: Staff Pathologist, Chief, Division of Cardiovascular Research, Department of Cardiovascular Pathology, Armed Forces Institute of Pathology, Washington, D.C.

August, 1981-September, 1984: Associate Professor, Director, Autopsy Service, Department of Pathology, Vanderbilt University Medical Center, Nashville, Tennessee

August, 1981-September, 1984: Staff Pathologist and Director, Autopsy Services, Veterans Administration Medical Center, Nashville, Tennessee

September, 1984-May, 1990: Associate Professor, Department of Pathology, Vanderbilt University, Nashville, Tennessee

## Current Professional Activities:

January, 2016-Present: President, CVPath Institute, Inc., Gaithersburg, Maryland.

August, 2006 - December, 2016: President and Medical Director, CVPath Institute, Inc., Gaithersburg, Maryland.

January, 2005-July, 2006: Medical Director, CVPath, International Registry of Pathology, Gaithersburg, Maryland.

September, 1984-December, 2004: Chairperson, Department of Cardiovascular Pathology, Armed Forces Institute of Pathology, Washington, DC.

July, 1985-Present: Clinical Professor, Department of Pathology, Georgetown University, Washington, DC.

October, 1985-Present: Clinical Professor, Department of Pathology, University of Maryland-Baltimore, Baltimore, Maryland.

July, 1985-Present: Clinical Professor, Department of Pathology, Uniform University of Health Sciences, Bethesda, Maryland.

July, 1985-Present: Clinical Professor, Department of Pathology, George Washington University, Washington, DC.

June, 1990-Present: Clinical Research Professor, Department of Pathology, Vanderbilt University, Nashville, TN.

## **Research Grants Expired:**

1.   NIH HL31796: The Effect of Atherosclerosis on Coronary Reactivity, R. Robertson, P.I., 10%, 9/30/83-9/29/86; $364,749.

2.   NIH HL31306: Effect of Fluosol-DA on Infarct Morphology and Arrhythmias. R. Virmani, P.I., 30%, 10/1/84-9/30/87; $151,304.

3.   NIH HL3370; Pathobiologic Determinants of Atherosclerosis in Youth. R. Virmani, P.I., 15%, 6/1/85-12/31/90; $298,168.

4.   AFIP and Alpha Therapeutics Corp. (Los Angeles, CA): Effect of Fluosol-DA on Infarct Size and Healing (U917). R. Virmani, P.I., 10%, 10/1/84-9/30/89; $156,000.

5.   American Registry of Pathology and AFIP(Washington D.C.): Effect of Fluosol-DA on the Inflammatory Process during Experimental Myocardial Infarction (UBSH). R. Virmani, P.I., 10%, 3/1/86-9/30/88; $16,500.

6.   NIH AG06942: Mechanisms Responsible for Age-related Hypertension. R. Virmani, P.I., 20%, 1/1/87-12/30/92; $708,193.

7.   Alpha Therapeutics Corporation (Los Angeles, CA): The Role of Perfluorocarbon (Fluosol-DA) in Reversal of Myocardial Ischemia. R. Virmani, P.I., 10%, 9/1/87-9/30/95; $369,240.

8.   Advanced Cardiovascular Systems (Mountain View, CA) Three Dimensional Coronary Artery Reconstruction. R. Virmani, P.I., 5%, 9/1/88-8/31/90; $36,249.

9.   Advanced Cardiovascular Systems (Mountain View, CA):  1. Correlation of Human Coronary Angioscopy with Histology. 2. Histologic Assessment of Intra Coronary Stents. 3. Histologic assessment of vascular thermal injury in the dog and rabbit. R. Virmani, P.I., 5%, 10/1/87-12/31/99; $825,665.

10.   NIH HL4089201: Role of Adenosine in Myocardial Reperfusion. MB Forman, P.I., 10%, 7/88-6/92; $943,150.

11.   NIH HL45718-01: Risk Factors in Early Human Atherogenesis. R. Virmani, P.I., 20%, 5/1/91-4/30/95; $227,798.

12.   NIH 1R03 DA07551: Mechanism of Cocaine Induced Atherogenesis. R. Virmani, P.I., 20%, 12/13/91-11/30/95; $100,000.

13.   Alliance Pharmaceutical Corp. (San Diego, CA): Evaluation of the Efficacy of Oxygen on MI in Rabbits. R. Virmani, P.I., 5%, 2/11/92-2/10/93; $65,410.

14.   Shiley Heart Valve Research Center, Shiley Corporation, Irvine, CA. Surgical and autopsy evaluation of Bjork-Shiley Convex-Concave valves. R. Virmani, P.I., 5%,11/1/93-10/30/94; $17,500.

15.   Cordis Corporation, Miami Lakes, FL. Morphologic evaluation of peripheral stents. R. Virmani, P.I., 5%, 7/1/94-6/30/95; $72,960.

16.   Prizm Pharmaceuticals, San Diego, CA. Does FGF-saporin reduce restenosis in the rat carotid artery model. R. Virmani, P.I., 5%, 8/1/93-12/30/96; $175,500.

17.   American Cyanamid Company, Pearl River, NY. Anti-atherosclerotic activities of CL 283,546 ACAT 2/RS 133 and CL 283,796 1/RS 138. R. Virmani, P.I. 5%, 5/4/93-12/1/94; $94,420.

18.   Boston Scientific Corporation, Watertown, MA. Evaluation of aortic and coronary stents in animal models. P.I. 5%, 4/1/94-12/30/99;$1,150,000.

19.   Applied Vascular Engineering, Inc, Santa Rosa, CA. Evaluation of the AVE Micro Stent in animals. R. Virmani, P.I. 5%, 15/5/95-12/30/1996; $75,500.

20.   Isostent, Inc., San Carlos, CA. Evaluation of the radioactive J&J and Bx stent in pig coronary arteries. 1/9/95-12/30/98; P.I. 5%, $725,500.

21.   Prograft, Inc., Palo Alto, CA. Evaluation of endoluminal covered peripheral grafts in the canine model. 6/1/95- 12/30/98; P.I. 5%, $85,000.

22.   NIH HL61799-01: Cholesterol and plaque rupture, women and plaque erosion. R. Virmani, P.I., 20%, 9/30/98-9/30/2002; $720,000.

23.   NIH HL62784-01: In vitro vascular perfusion system. R. Virmani, Collaborator, 5%, 3/1/99-9/30/99, $10,000.

24.   NIH Grant: *In Vitro* Sinusoid Vascular Bed. R. Virmani, Collaborator, 5%, 4/1/2000-3/31/2003, $189,668.

25.   NSF Grant: Development of an Ex Vivo Artificial Liver. R. Virmani, Collaborator, $10,000, 10/1/99-9/30/00.

26.   Earle A. Chiles Research Institute, Oregon Medical Laser Center, Portland, Oregon. Battlefield Surgical Tissue Replacement and Repair Using an Elastin Biomaterial Deployed Via Dye-Targeted Laser Fusion. March 1997-February 2001.PI, Gregory KW. 5%. $100,000/year.

27.   NST ETP (70NANBIH3032) PI, Kronengold, Collaborator. An Acute in vivo evaluation of one efficacy of a synthetic small diameter bypass graft. Total Direct Cost: $25,000.

28.   ARP 270-1001-4001 (Virmani) Guidant Corporation. The histologic evaluation of various stents including  drug-eluting stents placed in various animal models for safety studies and efficacy. 12/1/99 - 11/30/2005. PI, R. Virmani, 5%.  Total Direct Cost: $2,138,170.

29.   ARP 270-1001-4002 (Virmani) Boston Scientific Corporation. Evaluation of different stent designs for intracerebral applications. 1999-9/30/2004. PI, R. Virmani, 5%. Total Direct Cost: $315,733.

30.   ARP 270-1001-4003 (Virmani) Medtronic AVE. The histologic evaluation of various stents placed in various animal models for safety studies and efficacy.  1998-9/30/2005. PI, R. Virmani, 5%. Total Direct Cost: 1,506,754.

31.   ARP 270-1001-4026 (Farb) Novartis. Evaluation of three different drugs on reduction of neointima in the rabbit iliac artery stented model at 28 days. 7/1/2000-11/14/2004. PI, R. Virmani, 5%. Total Direct Cost:  $225,577.

32.    ARP 270-1001-2 (Kolodgie) PercuSurge, Cordis, MicroVena. Evaluation of particulate material captured during stent placement in patients undergoing interventions in saphenous vein graft, coronary and carotid arteries. 7/2000-9/30/2004. PI R. Virmani, <5%.  Total Direct Cost: $210,300.

33.    ARP 270-4028 (Virmani) Abbott Labs, BioPure, Coalescent, Endobionics, 3F Therapeutics, InfraReDx. Histology evaluation of stents and grafts.  PI, R. Virmani, Total Direct Cost: $1,867,174.

34.    NIH/NHLBI [1R01HL71148-01]:  Plaque progression, apoptosis and inflammation. PI, R. Virmani, 4/2002-3/2007. Total Direct Cost: $1,338,163.

## Recently Completed Support:

35.    01May2012- 31Dec2012, Boston Scientific PI Aloke V. Finn, MD Emory University, Differential Healing and Drug Eluting Stents (DES) in the Setting of Metformin Treatment: Implications for DES Use in Diabetic Patients., Funding: $174,720.00, (Study title sufficiently describes goals)

36.    GlaxoSmithKline:  Effects of Community-Based Stain Therapy on Advanced Stage Carotid Artery Plaque (CBS-CAP) STUDY, Histopathologic examination of carotid plaques ex-vivo; Study of carotid plaque morphology and molecular mechanisms of statins and lesion stabilization) Co-PIs William Insull, Jr., MD, R. Virmani. 1/2010-12/2012. Cost: $216,816.20.

37.    2011 Coulter Translational Research Award, Phase I, NanoLipoBlockers: Designing A New Class of Atherosclerotic Plaque-Passivating Coronary Devices, PI Prabhas Moghe, MD Rutgers University; R. Virmani, 9/2011 – 8/2013.  Cost: $100,000.00, Milestone 3

38.    Terumo Corporation PI:  Ex-Vivo OFDI and IB-IVUS Imaging of Human Coronary Lesions from Sudden Deaths Study Budget. R. Virmani. 10/2011 – 10/2012. Cost: $60,125.00

39.    NIH/NHLBI [5R01HL105170-03]:  Prolonged Ventricular Depolarization and Sudden Death in the Community. PI Sumeet Chugh, MD, R. Virmani (Co-Investigator), 5/2012 – 4/2014.  Cost: $27,111.00

40.    Boston Scientific:  Multimodal Assessment of Synergy DES in Comparison to BVS. Renu Virmani, MD, PI.  12/2013 – 12/2014.  Cost: $198,000.00

41.    6/2014 – 6/30/15 (Calendar Months 0.45), National Science Foundation, Phase I [1417002], Symic Biomedical, PI Kate Stuart, PhD, Director of Preclinical Development, A resorbable luminal barrier to treat peripheral artery disease, Funding: $112,535.00, PI:  Renu Virmani, MD (Sub-Contractor), (Study title sufficiently describes goals)

## Active Support:

42.    NHLBI/NIH  (Calendar Months .60), 08/15/2012 - 06/30/2017, R01 DK094434-01A1 PI: Michael E. Rosenfeld, PhD, RANK-RANKL and Vascular Complications in Chronic Kidney Disease, Budget: $105,000.00, PI:  Renu Virmani, MD (Sub-Contractor), (Study title sufficiently describes goals)

43.    NHLBI/NIH (Calendar Months 0.60), 1-R01HL115150-01, 7/20/12 – 6/30/2017, Coronary Plaque Characteristics and Risk of Myocardial Infarction,

$46,761.00, PI: James K. Min, MD, PI:  Renu Virmani, MD  (Sub-Contractor), (Study title sufficiently describes goals)

44.   Vascular Cures Network (Calendar Months 0.45), 12/2012 - 12/2015, Vascular Repository Operations, Genomic and Proteomic Determinants of Vascular Healing: Lower Extremity Vein Bypass Grafting, Ongoing BioBank of saphenous vein biopsies – a multicenter trial, Budget $ 30,000.00, Vascular Cures Chief Medical Officer: Michael S. Conte, MD, Dept. of Surgery UCSF Medical Center

45.   R01 HL111089-01 (Calendar Months 0.60), 09/01/2012 - 08/31/2017, CICS/NIH, Genomics of Sudden Cardiac Arrest among African Americans, $167,617.75, PI: Nona Sotoodehnia, MD MPH, PI: Renu Virmani, MD (Sub-Contractor), Role CI (Study title sufficiently describes goals)

46.   11/14/14 – 08/31/17 (Calendar Months .60), NHLBI/NIH, 1R01HL122492-01A, $27,111.00, Sudden Cardiac Death in Middle Age, Funding: $34,094.00, PI: Sumeet Chugh, MD, Role: Co-Investigator

## Recently Completed Support:

47.   01May2012- 31Dec2012 - Boston Scientific PI Aloke V. Finn, MD Emory University, Differential Healing and Drug Eluting Stents (DES) in the Setting of Metformin, Treatment: Implications for DES Use in Diabetic Patients. Funding: $174,720.00, (Study title sufficiently describes goals)

48.   1/01/2010 – 12/31/2012 - GlaxoSmithKline- Effects of Community-Based Statin Therapy on Advanced Stage Carotid Artery Plaque (CBS-CAP) STUDY, BUDGET $216,816.20, Histopathologic examination of carotid plaques ex-vivo, Co-PIs William Insull, Jr., MD, Renu Virmani, (Study of carotid plaque morphology and molecular mechanisms of statins and lesion stabilization)

49.   09/01/2011 – 08/31/2013 - 2011 Coulter Translational Research Award, Phase I, NanoLipoBlockers: Designing A New Class of Atherosclerotic Plaque-Passivating Coronary Devices, Study Budget: $100,000.00, Milestone 3, PI Prabhas Moghe, MD Rutgers University, (Study title sufficiently describes goals)

50.   10/18/2011 – 10/31/2012 - 6/01/2012- 12/30/2013 - Terumo Corporation PI Renu Virmani, Ex-Vivo OFDI and IB-IVUS Imaging of Human Coronary Lesions from Sudden Deaths, Study Budget: $60,125.00, (Study title sufficiently describes goals)

51.   05/1/2012-4/30/2014 - NHLBI/NIH - 5R01HL105170-03, $27,111.00, Prolonged Ventricular Depolarization and Sudden Death in the Community, PI Sumeet Chugh, MD, Role: Co-Investigator

52.   12/2013 – 12/2014 - Boston Scientific, Multimodal Assessment of Synergy DES in Comparison to BVS, $198,000.00, PI: Renu Virmani, MD, (Study title sufficiently describes goals)

**<u>Honors and Awards:</u>**

Joint Service Commendation Medal for Outstanding Meritorious Service as Chief, Division of Cardiovascular Research, Armed Forces Institute of Pathology, Washington, D.C. for period of 5 July 1979 through 4 August 1981

Gold Medal for Best Scientific Exhibit at the American Society of Clinical Pathologists, Las Vegas, Nevada, October, 1981

Silver Medal for Second Best Scientific Exhibit at the American Society of Clinical Pathologists, Las Vegas, Nevada, October, 1985

Edward Rhodes Stitt Lecture Award, Association of Military Surgeons of the United States, San Antonio, Texas, November, 1988

Member Cardiology Advisory Committee, National Heart, Lung, and Blood Institute, National Institute of Health, Bethesda, Maryland, October 1988 to March 1992

Member AIDS Advisory Committee, National Heart, Lung, and Blood Institute, National Institutes of Health, October 1989 to Sept 1993.

Member judging panel for the 1996 Young Investigators Awards Competition in the Physiology, Pharmacology & Pathology Category. 45th Annual Scientific Session of the College of Cardiology, Orlando, Florida.

2006 - Ethica Award, EuroPCR, Paris, France, May 2006.

2007 - Society for Cardiovascular Pathology Distinguished Achievement Award, March 25, 2007.

2008 - Doctor Honoris Causa, Universiteit Antwerpen, Hoogleraar Cardiovaculaire Pathologie aan de George Washington Universiteit, Washington, DC, Antwerpen, Belgium, May 6, 2008.

2010 - Laennec Clinician/Educator Lecture Award from the American Heart Association, November 15, 2010.

2011 - BAS Hugh Sinclair Lecture, British Atherosclerosis Society Manchester, England, June 13, 2011.

2012 - Simon Dack Award from JACC Journals.  March 25, 2012

2012 - RT Hall Lecture Award from International Faculty for CSANZ 2012 Brisbane. August 17, 2012.

2012 - TCT Career Achievement Award from the Cardiovascular Research Foundation. October 25, 2012.

2013 - ICI 2013 Award (Innovations in Cardiovascular Interventions Award), Tel Aviv, Israel, December, 2013.

2014 - Houston Methodist Leading Medicine Award from Houston Methodist Research Institute, October 9-10, 2014.

2014 - Beacon of Interventional Cardiology Award from India Live 2015, Chennai, India, February 26-27, 2015

2015 - TCT Career Achievement Award, CADECI 2015, Guadalajara, Jalisco (Mexico), February 11-12, 2015.

**Editorial Review Board Member:**

Circulation
Journal of the American College of Cardiology
Human Pathology
Modern Pathology
Cardiovascular Pathology
Pathology Case Review
Cardiovascular Radiation Medicine
American Journal of Cardiology
Journal of Invasive Cardiology
Atherosclerosis, Thrombosis and Vascular Biology
Catheterization and Cardiovascular Interventions
Cardiovascular Revascularization Medicine
Journal of the American College of Cardiology: Cardiovascular Interventions
Journal of the American College of Cardiology: Cardiovascular Imaging
Nature Clinical Practice Medicine
Japanese Association of Cardiovascular Intervention and Therapeutics

**Manuscripts Reviewed For:**

American Heart Journal
Journal of Molecular and Cellular Cardiology
Chest
Atherosclerosis
Journal of the American College of Cardiology
American Journal of Clinical Pathology
Laboratory Investigation
Human Pathology
Modern Pathology
Circulation
Cardiovascular Pathology
Pathology Case Review
Cardiovascular Radiation Medicine
Archives of Pathology and Laboratory Medicine
Mayo Clinic Proceedings
American Journal of Pathology
Cardiovascular and Interventional Radiology
American Journal of Cardiology
Journal of Respiratory Distress
New England Journal of Medicine
Lancet
Atherosclerosis, Arteriosclerosis, Thrombosis, and Vascular Biology
Journal of Invasive Cardiology
Catheterization and Cardiovascular Interventions
JACC: Cardiovascular Interventions
JACC: Cardiovascular Imaging
Nature Clinical Practice Medicine
Cardiovascular Intervention and Therapeutics
RTI International
Elsevier BV (EMSS)
Hindawi Publishing
French National Research Agency
EuroHeart Journal
Cardiovascular Research

EuroIntervention
PLOS One

## **Major Presentations:**

1.  December 29, 1973, Madras, India. Annual Meeting of the Indian Association of Pathology: "*Cell-mediated Immunity in Breast Neoplasm*".

2.  March 7-10, 1977, Las Vegas, Nevada. Twenty-Sixth Annual Scientific Session of the American College of Cardiology: "*Aschoff Bodies in Operatively Excised Atrial Appendages and in Papillary Muscles: Frequency and Significance*".

3.  November 28, 1977, Miami, Florida. Fiftieth Scientific Session of the American Heart Association: "*Hemorrhage and Iron in Coronary Atherosclerotic Plaques in Coronary Heart Disease*".

4.  March 6-10, 1978, Atlanta, Georgia. Sixty-Seventh Annual Meeting of the International Academy of Pathology: "*Aschoff Bodies in Valvular Heart Disease: Frequency and Clinical Significance*".

5.  October 29-November 2, 1978, Washington, D.C. Forty-Fourth Annual Scientific Assembly of the American College of Chest Physicians: "*Morphologic Changes in Pulmonary Arteries in Congenital Heart Disease in Patients Over 15 Years of Age*".

6.  December 3, 1978, Williamsburg, Virginia. Four-day course in cardiology entitled: "*Coronary, Hypertensive, Valvular and Myocardial Heart Diseases: The Multidisciplinary Approach.*" Talk entitled: "*The Coronary Arteries in Coronary Heart Disease: Quantitation of Amounts of Luminal Narrowing in Fatal Acute Myocardial Infarction, Sudden-death, Clinically Isolated Angina Pectoris and Healed Myocardial Infarction*".

7.  March 3-9, 1979, San Francisco, California. International Academy of Pathology Scientific Sessions: "*Quantitation of Coronary Artery Narrowing in Healed Myocardial Infarction*".

8.  March 11-15, 1979, Miami, Florida. Annual Scientific Session of the American College of Cardiology: "*Quantitation of Coronary Narrowing in Clinically Isolated Angina Pectoris*".

9.  February 25-29, 1980, New Orleans, Louisiana. International Academy of Pathology Scientific Sessions: "*Morphologic Changes in Pulmonary Arteries in Congenital Heart Disease in Patients Over 15 Years of Age: Evidence that the Changes are Directly Related only to the Level of Pulmonary Artery Pressure*".

10. February 25-29, 1980, New Orleans, Louisiana. International Academy of Pathology Scientific Sessions: "*Primary Pulmonary Hypertension: Quantitation of the Size of the Plexiform Lesions with Uniformity in Size Irrespective of Age*".

11. March 9-13, 1980, Houston, Texas. American College of Cardiology Scientific Sessions: "*Coronary Heart Disease in 48 Autopsy Patients 30 Years of Age and Younger*".

12. April 1980, Washington, D.C. AFIP Staff Conference: "*Quantitation of Coronary Atherosclerosis in Coronary Heart Disease*".

13. May 1980, Washington, D.C. AFIP Annual Lectures: *"Eosinophils and the Heart"*.

14. October 26-30, 1980, Boston, Massachusetts. American College of Chest Physicians: *"Morphologic Changes in Pulmonary Arteries in Congenital Heart Disease with Shunts -Evidence that the Changes are Directly Related Only to the Level of the Pulmonary Arterial Pressure"*.

15. November 17-20, 1980, Miami, Florida. American Heart Association Scientific Sessions: *"Cause of Death in Conditioned Joggers: A series of 26 Autopsy Patients"*.

16. November 17-20, 1980, Miami, Florida. American Heart Association Scientific Sessions: *"Idiopathic Arterial Calcification in Infancy with Calcific Deposits in the Myocardium: A Study of 12 Autopsy Patients"*.

17. November 1980, Washington, D.C. Postgraduate Course in Pediatric Pathology, AFIP: *"Cardiovascular Seminar and Lab Session"*.

18. February, 1981, Bad Kozingen, West Germany. International Symposium of the European Society of Cardiology: *"Myocardial Infarction in Patients Under Age 40"*.

19. March 2-6, 1981, Chicago, Illinois. International Academy of Pathology Meeting: *"Coronary Atherosclerosis: A Common cause of Death in Conditioned Joggers in a Study of 28 Autopsy Patients"*.

20. March 2-6, 1981, Chicago, Illinois. International Academy of Pathology Meeting: *"Coronary Ostial Stenosis: Its Association with Mild to Moderate Coronary Atherosclerosis and Sudden Death"*.

21. May 4-6, 1981, Washington, D.C. "Comparative Pathology", Armed Forces Institute of Pathology. Talk entitled: *"Human Atherosclerosis Lesions as a Basis for Comparison to Experimental Lesions"*.

22. May 1981, Washington, D.C. AFIP Annual Lectures: *"Coronary Atherosclerosis in Patients Under Age 40"*.

23. October 17-23, 1981, Las Vegas, Nevada. American Society of Clinical Pathology, Scientific Exhibit: *"Eosinophils and the Heart"*.

24. October 17-23, 1981, Las Vegas, Nevada. American Society of Clinical Pathology: *"Aortitis: A Clinical and Pathologic Study of 77 Patients"*.

25. October 1981, Washington, D.C. "Pediatric Pathology and Neonatal Genetics for General Pathologists", Armed Forces Institute of Pathology. Talk entitled: *"Acquired Cardiovascular Diseases in Children"*.

26. November 16-19, 1981, Dallas, Texas. American Heart Association Scientific Sessions: *"Marfan Syndrome: A Consistent High Incidence of Cardiovascular Changes with and without Characteristic Eye Changes"*.

27. March, 1982, Cedars-Sinai Hospital, Los Angeles, California. *"Jogging, Marathon Running and Sudden Death"*.

28. March 1-5, 1982, Boston, Massachusetts. International Academy of Pathology Scientific Session: *"Length of the Left Main Coronary is Not a Determinant of Coronary Artery Dominance: An Autopsy Study of 52 Patients"*.

29.   April 25-29, 1982, Atlanta, Georgia. American College of Cardiology, Scientific Exhibit: *"Eosinophils and the Heart"*.

30.   September 29-October 1, 1982, San Francisco, California. International Symposium on Blood Substitutes: *"Perfluorocarbon Reduces Phagocytic Function of Leukocytes"*.

31.   September 29-October 1, 1982, San Francisco, California. International Symposium on Blood Substitutes: *"Fluorocarbon Oxypherol Lowers ST Segment During Epicardial Mapping While Reducing Infarct Size in Baboon"*.

32.   November 6-11, 1982, Anaheim, California. Thirty-Fifth Annual Meeting of American Association of Blood Banks: *"Perfluorocarbon Reduces Phagocytic Function of Leukocytes"*.

33.   November 14-18, 1982, Dallas, Texas. American Heart Association Meeting: *"Acute Take-offs of the Coronary Arteries Along the Aortic Wall and Congenital Coronary Ostial Valve-Like Ridges: A Cause of Sudden Death"*.

34.   December, 10-12, 1982, New York, New York. Rational Therapy in Cardiovascular Disease, American College of Cardiology: *"Jogging, Marathon Running and Death"* and *"Coronary Heart Disease in Patients Less Than 40 Years of Age"*.

35.   April 10-13, 1983, Chicago, Illinois. Federation of American Societies for Experimental Biology: *"Effect of Perfluorocarbons (PFC) on Human Neutrophil Function"*.

36.   August 1983, Denver, Colorado, University of Colorado Health Sciences Center. *"Jogging, Marathon Running and Sudden Death"*.

37.   August 1983, Los Angeles, California. VIIIth Fluosol-DA Clinical Symposium: *"Effect of Fluosol-DA on Ventricular Arrhythmias"*.

38.   November 14-17, 1983, Anaheim, California. American Heart Association: *"Morphologic Changes in Long Term Saphenous Vein Bypass Graft Implants"*.

39.   November 14-17, 1983, Anaheim, California. American Heart Association: *"Acquired Coronary Artery Aneurysms: An Autopsy Study of 52 Patients"*.

40.   March 26-29, 1984, Dallas, Texas. American College of Cardiology: *"Poor Correlation of Saphenous Vein Bypass Graft Angiograms with Histologic Changes at Autopsy"*.

41.   May 15, 1985, Washington, D.C. Armed Forces Institute of Pathology, Annual Lectures: *"An update in Cardiovascular Pathology: Differential Diagnosis of Cystic Medical Necrosis; Bacterial vs. Fungal Endocarditis; Endomyocardial Biopsy"*.

42.   September 16, 1984, Washington, D.C. Armed Forces Institute of Pathology, Staff Conference: *"Perfluorochemicals and their Various Uses"*.

43.   November 18, 1984, Bethesda, Maryland. Basic Forensic Pathology Course AFIP: *"Sudden Death"*.

44.   December 4, 1984, Fort Meade, Maryland. Mid-Atlantic Forensic Pathology: *"Sudden Death"*.

45.  March 11-15, 1985, Toronto, Canada. International Academy of Pathology: *"Right Ventricular Hypertrophy Predisposes to Right Ventricular Myocardial Infarction in Patients with Inferior Myocardial Infarction"*.

46.  March 11-15, 1985, Toronto, Canada. International Academy of Pathology: *"An Unusual Cardiomyopathy with Coronary Artery Disease but without Healed Myocardial Infarction"*.

47.  March 10-14, 1985, Anaheim, California. American College of Cardiology: *"Intracoronary Fluosol Reduces Infarct Size in the Dog Model"*.

48.  March 30-April 4, 1985, Chicago, Illinois. American Society of Clinical Pathologists: *"A Morphological and Biochemical Study of Heterozygous Watanabe Hereditable Hyperlipidemic Rabbits"*.

49.  March 30-April 4, 1985, Chicago, Illinois. American Society of Clinical Pathologists: *"Cardiac Infections in the Compromised Host: An Autopsy Study of 65 Patients"*.

50.  October 2, 1985, Washington, D.C. Armed Forces Institute of Pathology, Staff Conference: *"Healing of Myocardial Infarction after Fluosol-DA Therapy in Rabbit Model"*.

51.  November 2-8, 1985, Las Vegas, Nevada. American Society of Clinical Pathologists: *"Right Ventricular Hypertrophy Predisposes to Right Ventricular Myocardial Infarction in Patients with Inferior Myocardial Infarction"*.

52.  November 2-8, 1985, Las Vegas, Nevada. American Society of Clinical Pathologists - Scientific Exhibit: *"Examination of the Heart"*.

53.  October 28, 1985, Washington, D.C. George Washington University: *"The Role of Perfluorochemical in Experimental Myocardial Ischemia"*.

54.  November 13, 1985, Bethesda, Maryland. Basic Forensic Pathology Course, Armed Forces Institute of Pathology, *"Sudden Death."*

55.  March 10-14, 1986, New Orleans, Louisiana. International Academy of Pathology Scientific Session. *"Can Perfluorocarbons Reduce Infarct Size with Permanent and Temporary Coronary Occlusion?"*

56.  March 10-14, 1986, New Orleans, Louisiana. International Academy of Pathology Scientific Session. *"Healing of Infarction After Fluosol-DA Therapy in the Rabbit."*

57.  April 16, 1986, Bethesda, Maryland. Pediatric Pathology Course, Armed Forces Institute of Pathology. *"Congenital Heart Disease."*

58.  April 24, 1986, Bethesda, Maryland. National Naval Medical Center. *"Valvular Heart Disease."*

59.  June 4-6, 1986, Bethesda, Maryland. Course Director for *"Conference on Cardiovascular Diseases."*

60.  June 4-6, 1986, Bethesda, Maryland. Conference on Cardiovascular Diseases. Talks entitled *"Hypertrophic and Dilated Cardiomyopathies: Morphologic Aspects"*; *"Myocarditis: Diagnostic Criteria as Applied in Autopsy Cases"*; *"Floppy Mitral Valve: A Re-evaluation of the Morphologic Changes"*; *"Atherosclerosis: Mechanisms and Pathologic Manifestations with Special*

14

*Reference to Ventricular Aneurysms, Cardiac Rupture and Right Ventricular Infarcts"* and *"Coronary Artery Spasm at the Autopsy Table."*

61.  October 17, 1986, Washington, D.C., Georgetown University. *"Pathologic Aspects of Aortitis".*

62.  October 21, 1986, Washington Hospital Center, Washington, D.C. *"The Interpretation of Endomyocardial Biopsies".*

63.  November 4, 1986, Bethesda, Maryland. Basic Forensic Pathology Course, Armed Forces Institute of Pathology. *"Sudden Death".*

64.  November 6, 1986, Bethesda, Maryland, NHLBI, NIH. Progress report on: *"Pathobiologic Determinants of Atherosclerosis in Youth".*

65.  December 18-21, 1986, New Delhi, India. International Conference in Cardiology: *"Determinants of Ventricular Aneurysm Formation"* and *"RV Hypertrophy Predisposes to Right Ventricular Infarction".*

66.  January 5, Washington, D.C., Walter Reed Army Medical Center, 1987. *"Valvular Heart Disease".*

67.  March 5, 1987, Mountain View, California, Advanced Cardiovascular Systems, 1987. *"Pathology of Atherosclerosis", "Pathology of Coronary Interventions"* and *"Pathology of Laser Injury".*

68.  March 9-13, 1987, Chicago, Illinois, United States and Canadian Division, International Academy of Pathology. *"Cocaine-Associated Deaths: Absence of Coronary Thrombosis and a High Incidence of Myocarditis".*

69.  April 7, 1987, Bethesda, Maryland. Pediatric Pathology Course, Armed Forces Institute of Pathology: *"Congenital Cardiovascular Diseases".*

70.  April 22, 1987, Bethesda, Maryland, National Cancer Institute, NIH. *"Pathology of Newer Interventions in Coronary Heart Disease".*

71.  May 21, 1987, Rockville, Maryland. Annual Seminars, Armed Forces Institute of Pathology*: "New Issues in the Pathology of Coronary Artery Disease", "An Update on Myocarditis"* and *"Pathology of Sudden Cardiac Death".*

72.  June 3-5, 1987, Bethesda, Maryland. Course Director: *"Atherosclerosis and Heart Disease: A Multidisciplinary Approach".*

73.  June 4, 1987, Bethesda, Maryland. Atherosclerosis and Heart  Disease" Course. Talks entitled: *"Role of Biogenic Amines in the Formation and Progression of Atherosclerotic Plaque", "Pathology of Coronary Bypass Grafts"* and *"Pathology of Interventional Therapy".*

74.  June 17, 1987, Bethesda, Maryland. National Institutes of Health. Conference on "The Biomedical Consequences of Drug Abuse on the Heart and Vascular System and on the Lung". Talk entitled: *"Cocaine and the Heart: An Autopsy study".*

75.  August 7, 1987, Durango, Colorado. Scientific Conference on "Myocardial Ischemia and Reperfusion" Poster Presentation on *"Preservation of Endothelial Cell Structure and Function by Intracoronary Perfluorochemical after Reperfusion", "Effect of Perfluorochemical on Morphologic and Topographic changes in the Myocardium after Experimental Infarction"* and

"*Myocardial Protection during Balloon Angioplasty by Perfluorochemical Infusion*".

76. September 30, 1987, Grand Rounds. Greater Southeast Hospital Washington, D.C.: "*Eisenmenger's Syndrome*".

77. October 6, 1987, University of Maryland, College Park, Maryland. Mid-Atlantic Forensic Pathology: "*Sudden Cardiac Death, Case presentation*".

78. October 7, 1987, Washington, D.C. Armed Forces Institute of Pathology, Staff Conference: "*Myocardial Protection by Perfluorochemical during brief periods of Balloon Occlusion*".

79. November 4, 1987, Bethesda, Maryland. Basic Forensic Pathology Course, AFIP: "*Sudden Cardiac Death*".

80. November 7, 1987, L'Enfant Plaza Hotel, Washington, D.C. Alpha Therapeutic Corporation Cardiology Advisory Board Meeting: "*Histologic Changes in Myocardial Infarction after Fluosol-DA Infusion*".

81. November 14, 1987, Newport Beach, California. Clinical Advisory Board Meeting, Advanced Cardiovascular Systems: "*Coronary Arterial Changes after Balloon angioplasty*".

82. December 16, 1987, Washington, D.C., George Washington University Grand Rounds. "*Cardiovascular effects of Cocaine*".

83. Jan 25-26, 1988, Rockville, Maryland, FDA Center for Devices and Radiological Health (CDRH). "*Complications of central venous catheters.*"

84. February 19, 1988, Washington, D.C., Cardiovascular Research Conference, Georgetown University. "*Quantitation of infarct size.*"

85. February 28-March 2, 1988, Washington, D.C., U.S. and Canadian Academy of Pathology. "*Reperfused acute myocardial infarcts show accelerated healing.*"

86. February 28-March 2, 1988, Washington, D.C., U.S. and Canadian Academy of Pathology. "*Coronary angioscopy: A useful tool for the determination of in vivo plaque morphology.*"

87. March 10, 1988, Bethesda, Maryland, Naval Hospital. "*Sudden cardiac death.*"

88. March 26, 1988, Atlanta, Georgia, Alpha Therapeutics Corporation Scientific Advisory Board Meeting. "*Effect of varying doses of Fluosol-DA on infarct size in the rabbit model.*"

89. April 27, 1988, Washington, D.C., Armed Forces Institute of Pathology, Comparative Pathology Course. "*Comparative pathology of atherosclerosis.*"

90. May 13, 1988, Mountain View, California, Advanced Cardiovascular Systems. "*Atherosclerosis,*" "*Percutaneous coronary balloon angioplasty*" and "*Angioscopy of coronary atherosclerosis.*"

91. June 7, 1988, La Costa, California, Controversies in Interventional Cardiology, Scientific Advisory Board Meeting. "*Coronary angioscopy.*"

92. August 25, 1988, Los Angeles, California, Alpha Therapeutics Corporation. "*Effects of Fluosol-DA on liver morphology.*"

16

93.   September 20, 1988, Washington, D.C., Washington Hospital Center. *"Pathology of cardiac transplant rejection."*

94.   October 8-9, 1988, Naples, Florida, New Frontiers in Interventional Cardiology. *"Myocardial reperfusion injury II: Pathological changes."*

95.   October 9-13, 1988, Rome, Italy. Eighth International Symposium on Atherosclerosis. *"Progression of atherosclerotic plaque: A predictor of impaired endothelium-dependent relaxation in Watanabe rabbits."*

96.   October 9-13, 1988, Rome, Italy. Eighth International Symposium on Atherosclerosis. *"Persistent monocyte/endothelial cell interactions in the progression of atherosclerotic plaque in Watanabe heritable hyperlipidemic rabbits."*

97.   October 12, 1988, Rome, Italy. Eighth International Symposium on Atherosclerosis. *"Age and sex-related changes in the elastin content of different regions of the aorta."*

98.   October 27, 1988, Las Vegas, Nevada, American Society of Clinical Pathology. Short course on *"The endomyocardial biopsy."*

99.   November 1, 1988, San Antonio, Texas, Association of Military Surgeons of the United States. The Edward Rhodes Stitt Award Lecture: *"Sudden cardiac death in middle-aged males: The role of cardiovascular screening in predicting outcomes."*

100.  November 21, 1988, Orlando, Florida, University of Florida, Critical Care Update. *"Complications of central venous catheters"* and *"Exercise-related deaths."*

101.  December 6, 1988, New York, New York, New Frontiers in Interventional Cardiology. *"Myocardial reperfusion injury II: Pathologic aspects."*

102.  January 12, 1989, New York, New York, Grand Rounds, Mt. Sinai Medical Center. *"Myocardial Reperfusion Injury."*

103.  January 21, 1989, Newport Beach, California, New Frontiers in Interventional Cardiology. *"Myocardial reperfusion injury II: Pathologic aspects."*

104.  February 5-9, 1989, San Francisco, California, International Association of Pathologists Annual Meeting. *"Cardiac Effects of Cocaine."*

105.  February 22-25, 1989, Keystone, Colorado, Scientific Conference on Coronary Atherosclerosis and Thrombosis. *"Morphologic evidence of platelet involvement in restenosis following coronary angioplasty (PTCA)."*

106.  February 22-25, 1989, Keystone, Colorado, Scientific Conference on Coronary Atherosclerosis and Thrombosis. *"Underlying atherosclerotic plaque may predispose patients to cocaine-induced thrombosis."*

107.  March 5-10, 1989, San Francisco, California. United States and Canadian Academy of Pathology. Concluding Remarks on *"Animal Models of Myocarditis"* and Panelist on Specialty Conference on *"Cardiovascular Pathology"*.

108.  March 7, 1989, Santa Clara, California. Advanced Cardiovascular Systems. *"Pathologic Aspects of Reperfusion Injury"*.

109. March 15, 1989, Washington, D.C. Washington Hospital Center. *"Use of Endomyocardial Biopsy in the Diagnosis of Cardiac Disease"*.

110. April 7, 1989, Bethesda, Maryland. Conference on Pathobiologic Determinant of Atherosclerosis in Youth. *"Role of Biogenic Amines in the Progression of Atherosclerosis Plaque"*.

111. April 6-7, 1989, Bethesda, Maryland. PDAY Science Day II, Conference Director.

112. April 25, 1989, Bethesda, Maryland. Course on comparative pathology. *"Animal Models of Atherosclerosis"*.

113. April 9, 1989, University of Michigan, Ann Arbor, Michigan. International Society for Heart Research. *"Effect of cocaine on the Cardiovascular System"*.

114. August 9 and 10, 1989. National Institute on Drug Abuse. Bethesda, Maryland. Seminar on cocaine abuse. *"Cardiac Pathology Associated with Cocaine Abuse"*.

115. September 4-6, 1989, Hannover Medical School, Hannover, Federal Republic of Germany. Histopathology Seminar, International Life Sciences Institute. *"Examination of the Heart"* and *"Naturally occurring lesions"*.

116. September 27, 1989, Washington, D.C. Staff Conference. *"Effects of cocaine on the cardiovascular system"*.

117. October 2-4, 1989, Bethesda, Maryland. Course director. Conference on *"Cardiovascular Pathology"*.

118. October 2-4, 1989, Bethesda, Maryland. Conference on Cardiovascular Pathology. *"Myocarditis - Diagnostic Pitfalls"*, *"Mitral valve"*, *"Arteritis, including Aortitis"*, *"Pathology of Saphenous Vein Grafts/Role of PTCA"*, and *"Cocaine Induced Ischemic Heart Disease"*.

119. October 28, 1989. Washington, D.C. Short course on *"The Endomyocardial Biopsy"*. American Society of Clinical Pathologists. Course director, James B. Atkinson and Renu Virmani.

120. November 1-3, 1989, Washington, D.C. *"Tutorial on the Use of Angioscopy"* for Advanced Cardiovascular Systems.

121. November 9 and 10, 1989, University of South Alabama, Mobile, Alabama. Visiting Professor, *"The Myocardial Biopsy"*, *"Pathology of Reperfusion Injury"* and *"Valvular Heart Disease"*.

122. November 13-16, 1989, New Orleans, Louisiana, American Heart Association. *"Cocaine Associated Coronary Thrombosis Coexist with Atherosclerosis and Increased Adventitial Mast Cells"*.

123. November 17, 1989, Bethesda, Maryland. Basic Forensic Pathology Course, AFIP: *"Sudden Cardiac Death"*.

124. March 5, 1989, Boston, Massachusetts. United States and Canadian Academy of Pathology. Chaired session on *"Cardiovascular Pathology"*.

125. March 18-24, 1990. New Orleans, Louisiana, American College of Cardiology Scientific Sessions, *"Intravenous cocaine accelerates atherosclerosis in the rabbit"*.

126. March 27, 1990. San Francisco, California. Course on *"Cocaine and the Heart"*. Clinical Association of Pathologists.

127. March 28, 1990, Santa Clara, California. *"Percutaneous Coronary Balloon Angioplasty"* and *"Coronary Angioscopy"*. Advanced Cardiovascular Systems.

128. April 16, 1990, George Washington University, Washington, D.C. *"The Endomyocardial Biopsy"*.

129. May 14, 1990, Walter Reed Army Medical Center, Washington, D.C. *"Sudden Cardiac Death"*.

130. May 23-26, 1990. San Antonio, Texas, 23rd Annual Lofland Conference, *"Cocaine: An independent risk factor for atherosclerosis"*.

131. May 31, 1990, Academic Nationale de Medecine, Paris, France. Physiopathologic Des Stupefiants. *"Cocaine, coeur et. myocarde"*.

132. September 14-15, 1990. The Oregon Cardiovascular Seminar, Eugene, Oregon. *"The Arteries, Plaques, and Disease"*, *"The Myocardium after reperfusion"*, and *"Complications of MI in the reperfusion Era"*.

133. September 3, 1990. White Plains Hospital, National Visiting Professor. New Jersey, *"Cocaine and the Heart"*.

134. October 23-24, 1990. The 56th Annual Scientific Meeting of the American College of Chest Physicians. Toronto, Canada, *"Cardiopulmonary effects of cocaine abuse"* and *"Effects of cocaine on the cardiovascular system"*.

135. November 13, 1990. The 63rd Scientific Session of the American Heart Association. Dallas, Texas. *"Cocaine: An Independent Risk Factor of Atherosclerosis"*.

136. February 22, 1991. The Western Michigan Heart Club, National Visiting Professor Program. Grand Rapids, Michigan. *"Cardiovascular Consequences of Cocaine"*.

137. April 9, 1991. Baptist Hospital, Memphis, Tennessee. *"Myocardial Reperfusion Injury"*.

138. May 3, 1991. Madigan Army Hospital, Visiting Professor Program, Takoma, Washington. *"Cocaine and Heart Disease"*.

139. June 25, 1991. Morton Plant Hospital, National Visiting Professor Program, Clearwater, Florida. *"Cardiovascular Effects of Cocaine"*.

140. June 25, 1991. Sun Side Hospital, National Professor Visiting Program, Clearwater, Florida. *"Cardiovascular Effects of Cocaine"*.

141. August 5-9, 1991. Problems, Controversies, and Recent Advances in Pediatric Pathology Course, Aspen, Colorado. *"Current Controversies of Myocarditis,"* *"Pathology of Post-Operative Complications of Patients with Congenital Heart Disease,"* and *"Atherosclerosis in the Pediatric Patient"*.

142. September 4, 1991. The South African Institute for Medical Research, School of Pathology, Johannesburg, South Africa. *"Sudden Cardiac Death"*.

19

143.  September 6, 1991. University of Natal, Faculty of Medicine, Department of Anatomic Pathology, Durban, South Africa. *"Endomyocardial Biopsy in the Diagnosis of Heart Disease"* and *"Pathology of New Interventions in the Treatment of Coronary Artery Disease"*.

144.  September 12, 1991. University of Cape Town Medical School, Department of Anatomic Pathology, Capetown, South Africa. *"Pathology of New Interventions in the Treatment of Coronary Artery Disease"*.

145.  October 3-4, 1991. First National Conference on Elimination of CAD (Cleveland Clinic), Tucson, Arizona. *"The Risk Factors - One or Many? I and II"*.

146.  October 8-9, 1991. University of South Alabama, College of Medicine, Mobile, Alabama. Visiting Professor, Slide Seminar, Gross Cardiac Pathology Conference and Valvular Heart Disease Lecture.

147.  December 2, 1991. The National Heart, Lung, and Blood Institute. Ramada Hotel, Bethesda, MD. Conference on Sudden Death and Acute Ischemia in Black Americans. *"Sudden Death: Autopsy Review."*

148.  February 13, 1992. University of British Columbia, Vancouver, Canada. *"Pathology of New Interventions in the Treatment of Coronary Heart Disease."*

149.  March 4, 1992. Food and Drug Administration, Bethesda, Maryland. *"Role of Fluosol-DA in Myocardial Infarct Size Reduction."*

150.  March 25, 1992. Beijing Hospital, Beijing, China. *"Pathology of Coronary Balloon Angioplasty."*

151.  April 16, 1992. Dallas, Texas, American College of Cardiology. Chairperson session on *"Reperfusion Injury: Pathophysiology and Prevention."*

152.  May 1, 1992. Montana Heart Association, Great Falls, Montana. *"Pathology of Atherosclerosis."*

153.  May 7, 1992. Centennial Celebration. "Symposium on Atherosclerosis" in honor of Dr. Robert W. Wissler. The University of Chicago, Chicago, IL. *"Vasoactive Agents, Mast Cells, and their Progression in Young People."*

154.  May 21, 1992. A.N. Richards Symposium on Reperfusion Injury. Philadelphia, PA. *"Adenosine and Endothelial Cells."*

155.  June 19, 1992. Advanced Cardiovascular Systems, Santa Clara, CA, *"Histopathology of stent implantation and thermal balloon injury in animal models."*

156.  June 29, 1992. Argon National Laboratories, Argon, IL, Medical Imaging Research Center, *"Review of information needed from biomedical imaging devices to understand disease processes and to provide patient care with a focus on atherosclerosis."*

157.  August 17-21, 1992. Washington, D.C. "Pathology of Congenital Heart Disease" course director and lectures on *"Hypertrophic cardiomyopathy," "Coronary artery anomalies," "Miscellaneous anomalies (mitral valve, sinus of Valsalva aneurysm)," and "The pathology of pulmonary hypertension in congenital heart disease."*

158. September 16, 1992. Weekly Cardiovascular Seminar. Myocardial reperfusion injury and the role of fluosol. St. Elizabeth's Hospital. Boston, MA.

159. September 28, 1992. Research Seminar *"Pathology of Coronary Interventions."* The University of South Alabama, Mobile, AL.

160. October 1, 1992. Advances in Experimental Pathology Seminar *"Role of Fluosol-DA intervention on myocardial reperfusion injury."* University of Alabama at Birmingham, Birmingham, AL.

161. December 9, 1992. *"Animal Models of Atherosclerosis."* American Cyanamid Company, Wayne, New Jersey.

162. December 29, 1992. Dr. N. D. Patel Oration lecture on *"Pathologic Predictors of Restenosis."* Seth G. S. Medical College and King Edward III Memorial Hospital, Parel, Bombay, India.

163. January 14-17, 1993. Transcatheter Cardiovascular Therapeutics - V. *"Directional Coronary Atherectomy: A Glimpse into Tissue Biology (from Light Microscopy to Molecular Genetics)."* Washington Cardiology Center and Washington Hospital Center, Washington, D.C.

164. February 8, 1993. Weekly Grand Rounds. Pathology of Coronary Balloon Angioplasty. Indiana University, Krannert Institute of Cardiology. Indianapolis, IN.

165. February 9, 1993. Pathologic Predictors of Restenosis. Eli Lilly and Company, Indianapolis, IN.

166. March 18, 1993. United States and Canadian Academy of Pathology, New Orleans, Louisiana. Cardiovascular Specialty Conference, Case Presentation.

167. March 29, 1993. Federation of American Society for Experimental Biology, Chaired session on Cardiac Pathology and presentation on *"Pathologic Conformation of Ischemic Reperfusion Injury."* New Orleans, Louisiana.

168. April 26, 1993. Pathology Grand Rounds. Medical College of Georgia, Augusta, GA. *"Atherosclerosis and Cocaine Abuse."*

169. May 3, 1993. Pathology Grand Rounds. Howard University Medical Center, Washington, D.C. *"Pathology of Coronary Artery Balloon Angioplasty."*

170. June 3 18, 1993. Boston Scientific Corporation, Watertown, MA. *"Pathology of Coronary Heart Disease"* and *"Pathology of Balloon Angioplasty".*

171. June 28, 1993. Prizm Pharmaceuticals, San Diego, CA. *"Animal Models of Atherosclerosis".*

172. July 16, 1993. Advanced Cardiovascular Systems, Santa Clara, CA. *"Pathology of Thermal Balloon Angioplasty."*

173. August 2, 1993. University of British Columbia, Vancouver, Canada. *"Animal Models of Atherosclerosis and Restenosis."*

174. September 22 and 23, 1993. Visiting Professor, *"Cardiovascular Problems"* and *"Sudden Cardiac Death."* The University of South Alabama, Mobile, AL.

175. October 6, 1993. Grand Rounds. George Washington University, Washington, D.C. *"Gross Heart Conference."*

176. October 24, 1993. Annual Fall Meeting of the Biomedical Engineering Society, Memphis State University, Memphis, TN. *"Arterial Tissue Mechanics and Atherosclerosis."*

177. November 18, 1993. Advanced Cardiovascular Systems, Santa Clara, CA. *"Comparative Pathology of Stent Implantation in Peripheral Arteries."*

178. December 9, 1993. Prizm Pharmaceuticals, San Diego, CA. *"Pathology of Percutaneous Coronary Balloon Angioplasty."*

179. January 28, 1994. Eli Lilly and Company, Indianapolis, Indiana. *"Role of LY1 in Reducing Restenosis."*

180. March 12-18, 1994. United States and Canadian Academy of Pathology and Society for Cardiovascular Pathology. *"Aortitis", "Case Presentation Cardiovascular Pathology Specialty Conference",* and *"Problems in Forensic Cardiovascular Pathology."*

181. March 14, 1994. UC Davis Medical Center, Department of Radiology, Sacramento, CA. *"Pathology of Coronary Interventions."*

182. May 6, 1994. Devices & Technology, NHLBI, NIH, Rockville, MD. Member of the discussion *"Working Group on Plaque."*

183. May 20, 1994. Cleveland Clinic Research Institute, Department of Biomedical Engineering, Cleveland, Ohio. *"Pathology of Coronary Interventions."*

184. July 22, 1994. Advanced Cardiovascular Systems, Santa Clara, CA. *"Large animal models of restenosis."*

185. August 18, 1994. Boston Scientific Corporation, Watertown, MA. *"Pathology of Aortic Stent Placement in the Abdominal Aorta in the Dog Model".*

186. August 24, 1994. Vanderbilt University, Nashville, TN. *"Surgical Pathology Slide Seminar."*

187. September 9, 1994. Cardiology Grand Rounds, Northwestern University Medical Center, Chicago, Illinois. *"The Pathology of Atherosclerosis and Ischemic Heart Disease."*

188. September 28, 1994. Current Concept in Surgical Pathology with One Day Mini-Course on Cardiac Pathology, Honoring the Contributions of Margaret Billingham on the Occasion of Her Retirement. Stanford University School of Medicine, Stanford, CA. "Surgical Pathology of Ischemic Heart Disease", *"Malignant Cardiac Tumors and Tumors of The Great Vessels"*, and *"Endomyocardial Biopsy in the Non-transplant Setting."*

189. October 14-15, 1994. Vanderbilt University Medical Center, Department of Pathology, Nashville, TN and The Armed Forces Institute of Pathology presentation of *"Recent Advances in Cardiovascular Disease."* Course Director and Presentation of, *"Reperfusion Injury: Fact or Fiction?"*

190. February 13, 1995. Advanced Cardiovascular Systems, Santa Clara, CA. *"Swine Atherosclerosis Model: ACS MULTI-LINK Stent Pathology"* and *"Pathology of Drug Delivery Stent in the Pig Model".*

191.  February 20-21, 1995. Cambridge Healthtech Institute's, "Prevention of Reperfusion Injury", New Orleans, LA. *"Overview of Reperfusion Injury and Consequences" and "Chair session on Overview of Reperfusion Injury and Panel Discussion"*.

192.  February 21-22, 1995. Cambridge Healthtech Institute's, "Prevention of Restenosis", New Orleans, LA. *"Pathology of Human Restenosis with Comparison to Animal Models of Restenosis"*.

193.  February 24, 1995. The Lazarus Group, Ritz-Carlton, Pentagon City, VA. *"Pathophysiology of Cardiac Ischemia and Reperfusion"*.

194.  March 11-17, 1995. United States and Canadian Academy of Pathology *"Case Presentation Cardiovascular Pathology Specialty Conference. Surgical Pathology of Cardiac Masses"*.

195.  March. 19, 1995. Advanced Cardiovascular Systems, New Orleans. LA. *"Biodegradable Stent Pathology"*.

196.  April 8, 1995. Student Symposium, American Registry of Pathology, Washington DC, *"Better Medicine through Pathology"*

197.  May 3, 1995. Cardiology Grand Rounds. Ottawa Civic Hospital, Ottawa, Canada. *"Pathology of Acute Coronary Syndromes"* and *"Pathology Slide Seminar"*.

198.  June 6, 1995. Green Lane Hospital, Auckland, New Zealand. *"Pathology of Coronary Interventions"*.

199.  June 7, 1995. Wellington School of Medicine, Newton, Wellington, New Zealand. *"Pathology of Coronary Interventions"*.

200.  June 9, 1995. Christchurch School Of Medicine, Christchurch, New Zealand. *"Coronary Thrombosis and the Underlying"*.

201.  August 3-4, 1995. National Institute on Drug Abuse, NIH, Bethesda, MD. *"Pathobiologic Determinants of Cocaine Associated Cardiovascular Disease in Humans"*.

202.  August 15, 1995. Johnson & Johnson, Interventional Systems Co. Warren, New Jersey. *"Pathology of $\beta$-particle Irradiated Stents Implanted in Swine Coronary Arteries"*.

203.  September 4, 1995. XV European Congress of Pathology, Copenhagen, Denmark. *"Sudden Death among Young Athletes with Emphasis on Atherosclerotic Heart Disease"*.

204.  September 25-28, 1995. Congenital Heart Disease Review, Armed Forces Institute of Pathology, Washington DC. *"Introduction to Congenital Heart Disease"*, *"Congenital Lesions of the Mitral and Tricuspid Valves"*, and "Pulmonary Hypertension and Congenital Heart Disease".

205.  September 28-29, 1995. The First Annual International Symposium on Local Cardiovascular Drug Delivery. Cambridge MA. *"Human Applications: Pathology of Lesions"*.

206.  October 2, 1995. University of South Alabama, Mobile, AL. *"Pathology Slide Seminar"*.

207. November 11, 1995. Arrow International, Dana Point, CA. *"Pathology of Pullback Atherectomy Specimens"*.

208. November 12, 1995. Advanced Cardiovascular Systems, Anaheim, CA. *"Biodegradable Stent Pathology"*.

209. November 13, 1995. Isostents, Anaheim, CA. *"Pathology of β-particle Irradiated Stents Implanted in Swine Coronary Arteries"*.

210. December 3-7, 1995. All India Institute of Medical Sciences, New Delhi, India, Course Director, *"Current Concepts in Cardiovascular Diseases"*, and lectures on *"Pathology of Atherosclerotic Ischemic Coronary Disease"*, and *"Pathology of Aortic Aneurysms"*.

211. January 29, 1996. Advanced Cardiovascular Systems, Santa Clara, CA. *"Pathology of MULTI-LINK ACS stent in Swine Coronary Arteries"*.

212. January 30, 1996. Prizm Pharmaceuticals, San Diego, CA. *"Pathology of Stents in Various Coronary Animal Models"*.

213. January 31, 1996. Grand Rounds. Department of Pathology George Washington University, Washington, D.C. *"Sudden Cardiac Death"*.

214. February 5, 1996. Cardiology Grand Rounds, Northwestern University Medical Center, Chicago, Illinois. *"Implications of Thrombi in Ischemic Heart Disease"*.

215. February 20, 1996. American Academy of Forensic Sciences. Nashville, TN. *"Infective Endocarditis in Heroin Abusers"*.

216. February 20,1996. Vanderbilt University, Nashville, TN. *"Thrombosis in Coronary Ischemic Syndrome"*.

217. February 28- March 3, 1996. Transcatheter Cardiovascular Therapeutics - VIII. *"New Intracoronary Stent Designs, The Pathology of Endovascular Implants: Acute and Long Term Vascular Responses."* Washington Cardiology Center and Washington Hospital Center, Washington Convention Center, Washington, D.C.

218. March 15, 1996. Boston Scientific Corp. Natick, MA. *"Pathology of the Various Boston Scientific and SciMed Products"*.

219. March 24-29, 1996. United States and Canadian Academy of Pathology *"Case Presentation Cardiovascular Pathology Specialty Conference. Surgical Pathology of Colored Lesions"* and Short Course Presentation with Dr. Allen P. Burke on *"Sudden Cardiac Death"*.

220. April 15, 1996. Schneider (USA) Inc. Minneapolis, MN. *"Pathology of Coronary Stenting"*.

221. April 24-25, 1996. University of New Mexico. Albuquerque, NM. *"Atherosclerosis"* and *"Pathology of Sudden Cardiac Death"*.

222. May 1, 1996. Grand Rounds. Department of Cardiology, George Washington University, Washington, D.C. *"Coronary Artery Disease"*.

223. May 2, 1996. Boston Scientific Corp. Natick, MA. *"Overview of Previous Work and Overview of Work with BSC"*.

224.   May 30-31, 1996. The Stent Summit. Year 10 of Stenting. London, UK. *"Experimental Observations in Dog and Pig Coronary Arteries"*.

225.   June 4, 1996. Department of Cardiology, The University of Texas Health Science Center at San Antonio, TX. *"The Vulnerable Plaque"*.

226.   June 16-18, 1996. First Conference on "Arrhythmogenic Right Ventricle" Paris, France. *"Arrhythmogenic Right Ventricle: The USA Experience"*.

227.   June 19-20, 1996. Pfizer Corporate Headquarters. New York, NY. "Schneider Coronary Stent Program" *"PTCA, Restenosis and Stents, The Pathology of Atherosclerosis and Restenosis"*.

228.   July 1, 1996. Prograft, Palo Alto, CA. *"Analysis of Endovascular "Hemobahn" Ilio-femoral Grafts and the Healing Response"*.

229.   July 18, 1996. Washington Cardiology Center, Washington DC., *"Comparison of the Palmaz-Schatz, Wall and the Strecker stent in canine peripheral arteries"*.

230.   July 24, 1996. Isostent, Inc., San Carlos, CA. *"Stent Pathology: Acute and Long Term Responses"*.

231.   August 19, 1996. Wilford Hall, San Antonio, TX. *"Examination of the Heart"*.

232.   September 5, 1996. Carnes Medical Society, Carnes, Australia. *"Atherosclerotic Heart Disease and Risk Factors"* and *"Causes of Death in Joggers"*.

233.   September 9-12, 1996. The 13th Australian and New Zealand Forensic International Symposium on the Forensic Sciences, Sydney, Australia. *"Examination of the Heart"*, *"Role of Risk Factors in Atherosclerotic Sudden Cardiac Death"*, *"Exercise related Sudden Cardiac Death"*.

234.   September 25, 1996. Vanderbilt University, Nashville, TN. *"Cardiomyopathies and Hypertensive Heart Disease"* and *"Sudden Cardiac Death and Atherosclerosis"*.

235.   September 30, 1996. Visiting Professor University of South Alabama, Mobil, AL. *"Myocarditis and Cardiomyopathies"* and *"Coronary Atherosclerosis and Ischemic Syndromes"*.

236.   October 7 & 8, 1996. Conference on "Plaque Destabilization", Haifa, Israel. *"Role of Risk Factors in Plaque Rupture and Erosion in Sudden Cardiac Death"*.

237.   October 13-14, 1996. Second Drug Delivery Conference, Boston, MA. *"The Atherosclerotic Plaque and Ischemic Heart Disease"*.

238.   October 21-24, 1996. International Academy of Pathology, Budapest, Hungry. Symposium on "Current Concepts in Cardiovascular Pathology" and Short Course on *"Sudden Death"*.

239.   October 30, 1996. University of Minnesota, Minneapolis. *"Pathology of Stents in Different Animal Models"*.

240.   November 10-13, 1996. American Heart Association, New Orleans, LA. *"The inflammatory infiltrate of giant cell myocarditis is distinct from sarcoidosis"*.

241. December 13-14, 1996. Twentieth Anniversary of the Northwestern University Medical School's Vascular Symposium, Chicago IL. *"Understanding the Atherosclerotic Plaque"*.

242. January 9, 1997. Vascular Biology Seminar, Brigham and Women's Hospital, Boston, MA. *"Sudden Coronary Death: Plaque Morphology and Thrombosis"*.

243. January 11, 1997. Stanford University Medical Center, Palo Alto, CA. *"The Stent Decade"*. Panel Discussant.

244. February 11, 1997. St. John's Hospital, Detroit, MI. *"Plaque Morphology in Ischemic Heart Disease"* and *"Surgical Pathology Slide Conference"*.

245. February 20-21, 1997. Advances in Cardiovascular Radiation Therapy, Washington, DC. *"Histopathologic Responses After Radioactive Stent Placement in Animals"* and Chairman, *"How should we assess long-term follow-up following Radiation Intravascular Therapy"*.

246. March 6, 1997. United States and Canadian Academy of Pathology, Orlando, Florida. Short Course Presentation with Dr. Allen P. Burke on *"Surgical Pathology of Cardiovascular Diseases"*.

247. March 16-19, 1997. American College of Cardiology Meeting, Anaheim, CA. *"Plaque rupture is an infrequent cause of death in women"* and *"Diabetes mellitus is associated with coronary calcification in sudden death"*.

248. April 7, 1997. Experimental Biology '97, New Orleans, LA. Cardiac Pathology, Co-chair, and presentation on *"Role of Risk Factors in Unstable Plaques"*.

249. April 14, 1997. National Heart, Lung and Blood Institute, NIH, Bethesda, MD. Speaker at Workshop on *"Peripartum Cardiomyopathy"*.

250. April 21, 1997. Second University of Rome, Rome, Italy. *"Role of Risk Factors in Sudden Coronary Death"*.

251. April 22, 1997. University Hospital of Pavia, Italy. *"Tumors of the Heart and Great Vessels"*.

252. April 24-26, 1997. II Florence Meeting on Advances in Cardiomyopathies, Florence, Italy. *"Are fibrofatty and fatty right ventricular cardiomyopathies the same"*?

253. April 28-29, 1997. Marburg University, Marburg, Germany. Committee member *"Histology and Immunohistology Expert Committee on Cardiomyopathies on the Definition and Classification of Acute and Chronic Myocarditis"*.

254. May 7, 1997. National Heart, Lung and Blood Institute, NIH, Bethesda, MD. Seminar on *"Plaque rupture and plaque erosion in men and women"*.

255. May 9, 1997. North American Society of Pacing and Electrophysiology, New Orleans, LU. *"Catheter ablation of accessory Pathways and AV node- Anatomy of the AV node"*.

256. June 30 - July 3, 1997. 2nd International Meeting on Interventional Cardiology, Jerusalem, Israel. Chair Special Symposium: Histopathology and Imaging and presented "Pathology of Atherosclerosis and Coronary Interventions" and Plenary Session V: Molecular & Vascular Biology, *"Role of Adventitia and Neointima After Balloon Angioplasty"*.

26

257.  July 4-5, 1997. Satellite Symposium on Stenting, Elat, Israel. *"Different Stent Designs - Pathologist's Point of View"*.

258.  July 31, 1997. Photomedicine Lecture Series, Oregon Medical Laser Center, Providence St. Vincent's Hospital, Portland, Oregon. *"Stent Implantation Biology"*.

259.  August 25, 1997. XIX Congress of The European Society of Cardiology, Stockholm, Sweden. *"Symposium: Sudden death in the young: which are the villains?" "Coronary Atherosclerosis"*.

260.  September 20, 1997. Symposium on "Targeting the Cardiovascular System: Biologics, Genes and Pharmaceutics in Diagnosis and Therapy" Boston, MA. *"Targeting the Acute Coronary Syndrome"*.

261.  September 21-24, 1997. 1st International Congress on Coronary Artery Disease - From Prevention to Intervention, Prague, Czech Republic 21-24,1997. *"Coronary Risk Factors and Plaque Morphology in Men with Coronary Disease Who Died Suddenly"*.

262.  September 24-28, 1997. Transcatheter Cardiovascular Therapeutics IX, Washington, DC. *"The New Self-Expanding RADIUS Stent: Favorable Late Healing Responses in Animal Studies", "Can Stent Related Pathobiologic Responses in Animals be Extrapolated to Humans?", and "Radiation Biology: Pathophysiologic Concerns & "AntiRestenosis" Mechanistic Insights"*.

263.  October 5, 1997. Towards 2000. New Pathways in the Management of Acute Coronary Syndromes III, Winnipeg, Manitoba, Canada. *"Recent Pathophysiologic Insights"*.

264.  November 17, 1997. Cardiac Remodeling Workshop III, SmithKline Beecham Pharmaceuticals, King of Prussia, PA. *"Pathologist's view of LVH"*.

265.  December 18, 1997. University of Pennsylvania, Philadelphia, PA. Grand Rounds. *"The Atherosclerotic Plaque" and "Role of Risk Factors in Sudden Coronary Death"*.

266.  January 14, 1998, Rockville, MD. American Red Cross, *"Role of Risk Factors in Sudden Coronary Death"*.

267.  January 23, 1998, Washington, DC. Women's Health Issues in Interventional Cardiology, *"Cardiovascular Pathology in Women"*.

268.  February 2, 1998, Orlando, FL. The American Association of Neurological Surgeons & Congress of Neurological Surgeons, *"Endothelial Response to Implantable Devices"*.

269.  February 9, 1998, San Francisco, CA. American Academy of Forensic Sciences, *"Sudden Death in Sports: A Pathologist's Perspective"*.

270.  February 10, 1998, Miami, FL. Consensus Development Conference on the Diagnosis of Coronary Heart Disease in People With Diabetes. *"Pathology of Coronary Heart Disease"*.

271.  February 24, 1998, Summit, NJ. Workshop - Etiology of Plaque Rupture & Potential Therapeutic Targets, *"Role of Risk Factors in Sudden Cardiac Death: Correlation to Changes in Composition of the Atherosclerotic Plaque"*.

272. February 25, 1998, Rochester, MN. Mayo Cardiovascular Society, *"The Role of Risk Factors and Plaque Morphology in Sudden Coronary Death"*.

273. February 27, 1998, Naples, Italy. Bristol-Myers Squibb Italy Symposium - *"Pravastatin: Beyond Cholesterol Lowering"*, *"Risk Factors and Atherothrombosis"*.

274. March 28, 1998, Atlanta, GA. Myocardial Reperfusion XI: Concepts & Controversies - XI International Symposium, *"Plaque Erosion"*.

275. April 15, 1998, Barcelona, Spain. Hospital de la Santa Creu I Sant Pau, *"What is the Ideal Stent"* and *"The Influence of Risk Factors on the Atherosclerotic Plaque Rupture and Sudden Cardiac Death"*.

276. April 16, 1998, Barcelona, Spain. Hospital de la Santa Creu I Sant Pau - Student Lecture, *"The Structure and Function of the Heart"*.

277. April 23, 1998, San Antonio, TX. Cardiology Fiesta in San Antonio: Update on Cardiac Diagnostic and Therapeutic Techniques, *"Acute MI: Insights from the Histopathology"*.

278. May 6, 1998, San Diego, CA. NASPE 19th Annual Scientific Meeting, *"Lessons Learned from the Pathologist"*.

279. May 8, 1998, San Francisco, CA. Complex Coronary and Vascular Interventions, *"Pathology of In-Stent Restenosis"*.

280. May 13, 1998, Montreal, Canada. Society of Cardiac Angiography and Intervention and the Cardiology Research Foundation, *"Do Atherosclerotic Risk Factors Predict Coronary Plaque Morphology in Women with Sudden Cardiac Death?"*.

281. May 23, 1998, Nara, Japan. 7th International & Interdisciplinary Symposium on Endoluminal Stents & Grafts, *"Does Locally Delivered Beta-Radiation Reduce Neointimal Growth?"* and *"Design Characteristics of an Ideal Stent with Pathologic Correlation"*.

282. June 12, 1998, Hilton Head, NC. 7th Annual Advanced Cardiovascular Interventions Symposium, *"The Biology of Stents and Restenosis: Can Stent Design, Coatings or Biology be the Magic Bullets that Save the Day?"*.

283. June 13, 1998, Hilton Head, NC. 7th Annual Advanced Cardiovascular Interventions Symposium, *"The Biology of Therapeutic Vascular Radiation"*.

284. June 26, 1998, Providence, RI. Symposium on Endovascular Radiation Therapy for Coronary Artery Disease, *"Cardiovascular Pathology of Restenosis and Radiation"*.

285. October 6, 1998. Taormina, Sicily. IX Annual Scientific Meeting of the Italian Study Group of Cardiovascular Pathology. *"Influence of Risk Factors on Coronary Plaque Morphology in SCD."*

286. October 9, 1998. Washington, DC. 10th Annual Transcatheter Cardiovascular Therapeutics Symposium. *"The pathology of acute ischemic syndromes in women: From plaque formation to acute myocardial infarction"* and *"Radiation-Induced pathologic changes in experimental models-The Good, the bad and the ugly!"*

287. October 10, 1998. Berlin, Germany. Update in Thrombolysis. Atherosclerosis, Thrombosis, and Cardiovascular Disease. *"Plaque rupture an plaque erosion."*

288. October 16, 1998. Philadelphia, PA. Philadelphia Board Review Course. *"Cardiac Pathology."*

289. October 19-23, 1998. Nice, France. XXII International Congress of the International Academy of Pathology. *"Patterns of drug induced cardiovascular injury in humans"* and *"Tumors of the heart."*

290. October 26-28, 1998. Barcelona, Spain. International Symposium: Recent Advances in Heart Failure and Transplantation. *"Pathologic Substrates that Determine Clinical Phenotype in Heart Failure"* and *"Inflammatory Disorders of the Myocardium."*

291. November 5, 1998. Seattle, WA. University of Washington School of Medicine, *"Plaque Morphology and Risk Factors."*

292. November 8-11, 1998. Dallas, TX. American Heart Association 71st Scientific Session. *"Is Calcification a Marker of Stable or Unstable Plaque?"*

293. December 3, 1998. New Delhi, India. Apollo Hospital. *"Which Stents and Why."*

294. December 9, 1998. Cochin, Kerala, India. Indo US Symposium. Amrita Institute of Medical Sciences. Cardiology Update at the Dawn of the New Millennium. *"The Ideal Stent."*

295. December 10, 1998. Bombay, Maharastra, India. Golden Jubilee Conference of the Cardiology Society of India. *"The Ideal Stent-From Pathology to Clinical Practice"* and *"Risk Factors and Coronary Thrombosis in Men and Women."*

296. January 31, 1999. Geneva, Switzerland. 5th LDD&R International Local Drug Delivery & Cardiovascular Course on Radiation & Molecular Strategies. *"The Best Models to Study Post-PTCA and In-Stent Restenosis in Dog and Rabbit"* and *"Experimental Results"* and *"Toxic Effects of Radiation Therapy: Vascular, Perivascular, Myocardial, and Peripheral"*.

297. February 17-19, 1999. Cardiovascular Radiation Therapy III, Washington, DC. *"Lessons Learned from External Radiation on Human Heart"* and *"Crossfire: Vascular Radiation – A Friend or Foe – The Pathologist's View: A Foe"* and *"Lessons Learned from Animal Studies with Radioactive Stents"*

298. February 25-27, 1999. Cardiovascular Interventions '99, Tampa, FL. *"Intervening on the "angry" plaque:  Are we adding fuel to the fire?"*, and *"Mechanisms of Restenosis"*.

299. March 7-10, 1999. American College of Cardiology Meeting, New Orleans, LA. *"Pathobiology of Radiation Effects",* and *"Pathology of Angiogenesis"*

300. March 16, 1999. Berlex Biosciences, Richmond, CA. *"Types of Atherosclerotic Plaques and Their Relation to Risk Factors"*.

301. March 20, 1999. Johns Hopkins University SOM, Baltimore, MD. Course: Plaque Stability: An Update. *"Atherosclerotic Plaque Morphology and Risk Factors"*.

302. March 20-26, 1999. United States and Canadian Academy of Pathology Meeting, San Francisco, CA. *"The Pathobiological Response to Stenting", and "Surgical Pathology of the Heart"*.

303. April 10-15, 1999. Meeting Among Experts: *"The Search for the Causes of Myocardial Infarction"*, Rome, Italy.

304.  April 18, 1999. Vascular Biology '99, Washington, DC. *"Luminal Thrombi and Underlying Plaque Morphology"*.

305.  April 20, 1999. Cedar Sinai Medical Center Cardiology Grand Rounds, Los Angeles, CA. *"Plaque Erosion and Plaque Rupture and Their Relationship to Risk Factors"*.

306.  May 16-19, 1999. ISIR & JSAIR '99, Osaka, Japan. *"Brachytherapy and Gene Therapy for Restenosis"*.

307.  June 4, 1999. Thomas Jefferson University, Philadelphia, PA. Cardiovascular Lecture Series: *"The Pathobiology of Coronary Brachytherapy"*.

308.  June 4-7, 1999. WFITN'99 World Scientific Conference, Algarve, Portugal. *"Pathophysiologic Mechanisms of Arterial Restenosis After PTCA and Stenting"*.

309.  June 9, 1999. Angiogenesis & DMR, Washington, DC. *"Understanding the Mechanisms of Laser DMR: Facts and Myths"*.

310.  June 29-July 1, 1999. 3rd International Meeting on Interventional Cardiology, Jerusalem, Israel. *"Does Pathology Help in Decision-Making for Stent Deployment"* and *"Pathology of Radiation Induced Coronary Disease in Animals & Humans"*.

311.  July 18-23, 1999. FASEB Summer Research Conference: Pulmonary Pathophysiologic and Immune Consequences of Smoked Substance Abuse, Copper Mountain, CO. *"Lung Pathology in Cocaine Aubsers"*.

312.  August 10, 1999. Seminar and round table discussion, DuPont Pharmaceutical Company, Wilmington, DE. *"Role of Risk Factors in Atherosclerosis"*.

313.  August 23, 1999. Cerivastatin Investigators Meeting, Bayer Corporation, New York, NY. *"Carotid Tissue Analysis at the AFIP"*.

314.  September 13, 1999. Pharmasonics, Guidant and MV Medical Devices, San Jose, CA. *"Human Vascular Pathology Related to Different Stent Designs"*.

315.  September 16, 1999. Cardiovascular Board Review: Certification and Recertification, American College of Cardiology, Chicago Illinois. *"Cardiovascular Pathology"*.

316.  September 22, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Expanding the Toxic vs. Therapeutic Window,"* panel discussion.

317.  September 22, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Why Radiation Vascular Therapy Shouldn't Work"*.

318.  September 23, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Identifying the Challenge: Tissue Interactions with PTFE and Other Stent-Graft Materials"*.

319.  September 23, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Hot Topics in Vascular Intervention, (panel discussion)"*.

320.  September 24, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"The Contrarian View: I Don't Care How Good the Data Look, I Still Don't Want my Arteries Radiated"*.

321. September 24, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Vascular Brachytherapy"*.

322. September 25, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"Pathology of Lesions of Laser DMR Systems"*.

323. September 25, 1999. Transcatheter Cardiovascular Therapeutics, Washington, D.C. *"The Pathology of New Blood Vessel Growth"*.

324. September 27, 1999. University of South Alabama, Mobile. *"Myocarditis and Cardiomyopathy"*.

325. September 27, 1999. University of South Alabama, Mobile. *"Sudden Coronary Death"*.

326. September 29-30, 1999. Workshop on Genetic Elements of Sudden Cardiac Death and Lethal Arrhythmias, National Institutes of Health, National Heart, Lung, and Blood Institute, Bethesda, MD.

327. October 1, 1999. Atherosclerosis Drug Discovery and Development in the New Millenium. DuPont Pharmaceuticals, Philadelphia, PA. *"A Pathologist's Perspective"*.

328. October 17-21, 1999. Universita Degli Studi Di Roma "Tor Vergata," Rome, Italy. *"Carotid Atherosclerosis"*.

329. October 21-23, 1999. XX National GISE Meeting, Congress of the Italian Hemodynamic Society, Naples, Italy. *"Coronary Interventions in the Next Millennium"*.

330. October 30, 1999. Contemporary Topics in Surgical Pathology XIII, St. Thomas Hospital, Nashville, TN. *"Endomyocardial Biopsy,"* *"Cardiac Tumors and Diseases of the Pericardium,"* *"Surgical Pathology of Cardiovascular Interventions"*.

331. November 21, 1999. Medtronic AVE, Santa Rosa, CA. *"New Technology in Stents and Drug Delivery,"* *"Saphenous Vein Graft Pathology"*.

332. December 2, 1999. Cardiology Society of India, 51st Annual Meeting, Delhi, India. *"Are Conventional Risk Factors Predictors of Plaque Morphology and Thrombosis?"*

333. December 3, 1999. Cardiology Society of India, 51st Annual Meeting, Delhi, India. *"Pathology of Acute Ischaemic Syndromes in Women – Is It Different?"*

334. December 2, 1999. Cardiology Society of India, 51st Annual Meeting, Delhi, India. *"Can We Deploy Stents Better to Prevent Restenosis?"*

335. December 17, 1999. Radiation Meeting, Ospedali Riuniti di Bergamo, Italy. *"Radiation Biology and Pathology"*.

336. January 28, 2000. 6th International Local Drug Delivery Meeting, Geneva, Switzerland. *"Toxic effects of radiation therapy: site specific and systemic"* and chaired, *"Results from animal and clinical work: therapeutic and toxic effects"*.

337. January 30 – February 3, 2000. The First European Cardiovascular Summit (EURO-CVS), The Netherlands. *"Interpretation by the anatomical pathologist"*.

338.    February 9 – February 11, 2000. Pfizer Visiting Lectureship, Baylor College of Medicine, Houston, TX. *"Atherosclerosis Lesion Classification: Lessons from Sudden Coronary Death", "Risk factors and Sudden Coronary Death", "Are there similarities between Carotid and Coronary Atherosclerotic Plaques?", Pathogenesis of Atherosclerosis", "Computational methods for quantifying plaque volume in vivo and ex vivo", "Evaluating pleiotropic effects of statins on regression of carotid atherosclerosis",* and *"Vascular biology and cardiology".*

339.    February 17. 2000 Research Initiatives in Vascular Disease Conference, Bethesda, MD. *"Experimental and Clinical Date – Premature Excitement".*

340.    February 25, 2000. National Meeting – The Next Millennium, Nashville, TN. *"Use of Beta and Gamma Radiation".*

341.    February 16 – 18, 2000. Advances in Cardiovascular Radiation Therapy IV, Washington, DC. *"Task force group on vascular brachytherapy", "Panel Discussion: Why long-term results are not favorable in animal studies", "Does radiation of coronary arteries lead to long-term lumen patency",* and *"The therapeutic window between benefit and disaster: lessons from animal studies".*

342.    February 18, 2000. Experts Forum in Bio-Interventional Cardiology, San Francisco, CA. *"Angiogenesis, Restenosis, and Passivation".*

343.    February 28 – March 1, 2000. Interventional Cardiology 2000: An International Symposium, Aspen, CO. *"Pathology in restenosis in vein grafts"* and *"Morphology of chronic total occlusions".*

344.    March 6, 2000. Novartis Seminar, Summit, NJ. *"Restenosis post stenting: focus on inflammation and proliferation".*

345.    March 11, 2000. International Society for Applied Cardiovascular Biology, Tucson, AZ. *"Antiproliferative strategies and the inhibition of restenosis".*

346.    March 12 – 15, 2000. American College of Cardiology, Anaheim, CA. *"Sonotherapy vs. Brachytherapy", "Pathobiology of radiation effects", "Pathology data from cryo dosing study",* and *"Pathology of Angiogenesis".*

347.    March 26-27, 2000. Society of Cardiovascular Intervention Radiology, San Diego, CA. *"Brachytherapy for Restenosis: A Cautionary View".*

348.    March 29, 2000. Cardiology Grand Rounds, MCP Hahnemann University, Philadelphia, PA. *"Restenosis and Brachytherapy Pathogenesis of Acute Coronary Syndrome".*

349.    March 29-30, 2000. ACS-Guidant Visit, Santa Clara, CA. *"Stent Designs and Self-Expanding Stents".*

350.    March 30-31, 2000. W.L.Gore Scientific Advisory Board, Sunnyvale, CA.

351.    April 4-5, 2000. Cardiology Grand Rounds, Boston, Mass. *"Vulnerable to Rupture to Plaque Progression and Relation to Risk Factors".*

352.    April 9-13, 2000. VBT 2000, Ravello, Italy. Ring Master/Debate Director *"Indications for VBT"* and *"Dosimetry Part I".*

353.    May 8, 2000. Combined Pathology Grand Rounds, Boston, MA. *"Sudden Coronary Death, Plaque Morphology, and Risk Factors".*

354. May 9-10, 2000. Walter G.J. Putschar Lecture, Boston, MA. *"Right Ventricular Dysplasia Hamartoma and Intra Myocardial Coronary Thickening"* and *"Pathology of Coronary and Myocardial Percutaneous Interventions"*.

355. May 13, 2000. Plaque Stability: An Update Conference. Baltimore, MD. *"Role of Risk Factors and Calcification for Identification of Unstable Plaques"*.

356. May 16, 2000. Seminar on Vulnerable Plaque. Boston, MA. *"Pathology of Vulnerable Plaque"*.

357. May 20-22, 2000 (Dr. Kolodgie). First Conference on Arteriosclerosis, Thrombosis, and Vascular Biology. Denver, Colorado. *"Eruptive Calcified Nodules: A Unique Mechanism of Thrombosis and Sudden Coronary Death"* and *"Absence of Tissue Factor at Sites of Plaque Erosion"*.

358. June 8 – 9, 2000. Guidant Visit. Santa Clara, CA.

359. June 14 – 15, 2000. 9th Interventional Cardiology Live Course. Montreal, Canada. *"A pathologist's view of balloons, shavers, springs, and rays in the coronary vasculature"*.

360. June 29, 2000. Controversies in Cardiology. Bern, Switzerland. Workshop, *"Brachytherapy for prevention of restenosis after angioplasty. Here to stay or not even ready to go?"*

361. August 26, 2000. Arterial Remodeling Symposium/XXIIth Congress of European Society of Cardiology. *"Arterial remodeling: mechanisms and interventions"*.

362. August 28, 2000. XXIIth Congress of European Society of Cardiology. *"The edge effect is caused by human error"*.

363. September 7, 2000. American College of Cardiology Cardiovascular Board Review Course, Chicago, Illinois. *"Coronary Artery Disease and Myocardial Infarction – II"*.

364. September 10 - 14, 2000. Annual Meeting and Postgraduate Course of the Cardiovascular & Interventional Radiological Society of Europe. Maastricht, The Netherlands. *"Endothelial and Myointimal Reaction"*.

365. September 16 - 17, 2000. Scientific Conference, New York City, NY. *"Extracellular Matrix"*.

366. September 24 - 25, 2000. University of South Alabama. Lecture. *"Classification of Atherosclerotic Plaques"*.

367. October 3 - 6, 2000. 6th Complex Coronary Intervention Conference, Toyohashi, Japan. *"Chronic Total Occlusion Pathology", and "Stent Pathology"* Workshop.

368. October 18 - 22, 2000. TCT Conference, Washington, DC. *"Local Drug Delivery with Cell Cycle Inhibitors and Anti-Metabolites: In Vitro Evidence of Efficacy – Comparison with Vascular Brachytherapy". "A Pathologist's View of Atherosclerosis (in Native Arteries and Saphenous Vien Grafts) and the Effects of Intervention of the end Organ". "A Sobering Note of Caution: Anticipating Late Adverse Effects of Vascular Brachytherapy"*.

369. October 26 - 28, 2000. ETP "Intravascular radiation therapy for restenosis prevention", Nice, France. *Timing and mechanism of restenosis: implications for radiation therapy"*, "*Pathologic changes after experimental and clinical radiation therapy"*.

370. November 12 - 15, 2000. American Heart Association 73rd Scientific Sessions, New Orleans, LA.

371. January 17 - 19, 2001. Cardiology Grand Rounds, University of Arkansas, Little Rock, AK.

372. January 25 - 27, 2001. 7th International Local Drug Delivery Meeting & Cardiovascular Course on Radiation & Molecular Strategies, Geneva, Switzerland.  Brachytherapy *"Lessons from animal work"; Experimental Data: critical perspective on drug eluting stents.*

373. February 7 - 9, 2001. Cardiovascular Radiation Therapy & Cardiovascular Restenosis Therapy I., Washington, DC.

374. March 1, 2001. Jim Symposium, Rome, Italy. "*Covered and Coated Stents"*.

375. March 3 - 9, 2001. Academy of Pathology Meeting, Atlanta, GA. "*Structural Causes of Sudden Cardiac Death.*

376. March 5 - 9, 2001. Interventional Cardiology, Aspen, Colorado. "*What we have learned - Brachytherapy vs Sonotherapy?"*

377. March 18 - 21, 2001. American College of Cardiology Meeting. "*Pathobiology of Radiation Effects"*.

378. April 27, 2001. Cardiology Grand Rounds, Temple University, Philadelphia, PA. "*Comparison of Brachytherapy and Drug-Eluting Stents for Prevention of Coronary Restenosis"*.

379. May 2, 2001. Grand Rounds, Johns Hopkins School of Medicine, Baltimore, MD. "*Pathobiology of Coronary Brachytherapy"*.

380. May 5, 2001. Johns Hopkins University School and Medicine, Baltimore, MD. "*The Morphologic Determinants of Plaque Instability and Stability"*.

381. May 22-25, 2001. PCR Euro, The Paris Course on Revascularization, Paris, France. "*Pathology After Radiation: short and long-term"*. "*Guidant Pharma-link Stent Programme"*. "*Retrieval and Analysis of Particulate Debris After SVG Intervention"*. "*Histopathology of Restenosis"*.

382. June 8, 2001. SCOR Seminar Series, Mount Sinai, NY. "*Comparison of the Coronary and Carotid Atherosclerosis*".

383. June 17-21, 2001. Global Endovascular Therapy, GET 2001, Monte Carlo. "*Morphology of Carotid Plaque"* and "*Pathophysiological Aspects of Drug-Coated Stents".*

384. June 24-27, 2001. 4th Interventional Meeting on Interventional Cardiology, London, England. "*Actinomycin Stent"*. "*Brachytherapy, How does Radiation Alter the Healing of Coronary Vessels"*. "*Stenting in Man"*. "*Basic Principles of Response to Various Modes of Injury in PCI (Percutaneous Coronary Intervention)"*. "*Inflammation in the Inflammatory Response to Stent within the Vessel Wall"*. "*Comparison of Coronary vs Carotid Atherosclerotic Symptomatic Diseases*".

385. July 6-11, 2001. Frontiers in Cardiovascular Health, Winnipeg, Canada. *"Pathophysiology of Coronary Plaque Rupture: What Have We Learned and What Else Do We Need to Know"*.

386. August 5-8, 2001. 2001 Cardiac Society of Australia and New Zealand Annual Scientific Meeting, Auckland, New Zealand. *"Complications after Brachytherapy..Insights from Animals" "Drug Eluting Stents: The Need for Long Term Studies" "Pathology of Chronic Total Occlusions" "Do We Need Embolic Protection?"*.

387. September 22-26, 2001. Cardiovascular and Interventional Radiological Society of Europe 2001 (CIRSE) Gothenburg, Sweden. *"Histologic Targets and Techniques"*.

388. September 27 - October 3, 2001. XXVII Argentina Congress of Cardiology, Buenos Aires, Argentina. *"Present and Future of Coronary Restenosis: An Anatomy - Pathological Point of View"*, *"Pathology Sustrate in Acute Coronary Syndromes"*.

389. October 5-6, 2001. Center for Innovative Minimally Invasive Therapy 2001 (CIMIT) Vulnerable Plaque Conference: Pathophysiology, Detection and Treatment, Cambridge, MA. *"Pathologic Features of Vulnerable Plaque - Definitions"*.

390. October 10-13, 2001. Complex Catheter Therapeutics Japan. *"Pathohistological Rationale in new treatment modalities"*, *"Drug-Eluting Stent"*, and *"In-Stent Restenosis"*.

391. October 30, 2001. Cardiology Grand Rounds, Albert Einstein College of Medicine of Yeshiva University, Montefiore Medical Center, Bronx, NY.

392. October 31, 2001. Novartis Seminar, Newark, NJ. *"Stent-Induced Restenosis: Local vs. Oral Therapy? Also: Analysis of Data with Certican and Diovan"*.

393. November 16, 2001. Georgetown University School of Medicine Department of Pathology-Systemic Pathology, *"Atherosclerosis"* and *"Ischemic Heart Disease"*.

394. December 6, 2001. Cardiological Society of India, Hyderabad, India. *"New Classification of Atherosclerosis"*, *"Histological comparisons of brachytherapy, Drug-eluting stent and sonotheraphy"* and *"Who died? Restenosis. Is it true?"*.

395. January 21, 2002. International Symposium on Endovascular Therapy (ISET), Miami Beach, FL. *"Histopathology of restenosis"*, *"Pathology of intravascular radiation therapy"*, *"Carotid Artery Atherosclerosis"*, and *"Analysis of particulates from protection devices."*

396. January 28, 2002. 11th Singapore Live Interventions in Vascular Endotherapy (LIVE) Course. Singapore, Malaysia. *"Brachytherapy and drug-eluting stents: Pathophysiology and long-term consequences"*, and *"Chronic Total Occlusion (CTO): Mistakes to avoid"*.

397. February 1, 2002. 8th International Local Drug Delivery Meeting and Cardiovascular Course. Geneva, Switzerland. *"Vasculo-pathological lesson from brachytherapy: Lessons from animal work"* and *"Experimental data: Critical perspective on drug-eluting stents"*.

35

398. February 6-7, 2002. Cardiovascular Revascularization Therapy (CRT) 2002 Scientific Sessions, Washington, DC. *"Plastic embedding/processing: A primer"*, *"Vascular Brachytherapy vs. Drug Coated Stents: Watch for late effects"*, *"The ideal animal model for restenosis"*, *"Does radiation of coronary arteries lead to long-term lumen patency?"*, *"Drug coated stents: Similarities and differences with vascular brachytherapy"*, *"Pathology: Diabetic restenosis and vascular disease"*, and *"The therapeutic window between benefit and disaster"*.

399. February 21, 2002. 11th Kurashiki PTCA Live Demonstration Course, Kansai (Kurashiki), JAPAN. Presentation on DES w/ main focus on Guidant's DES systems, ongoing/future clinical trials, their outcomes and evaluations to-date.

400. March 16-19, 2002. American College of Cardiology, 51st Annual Scientific Session, Atlanta, GA. *"The Definition of Vulnerable Plaque – The 1st AEHA Guideline (AEHA = Association for the Eradication of Heart Attack"*, *"Mechanisms of restenosis: Use of radiation and drug-eluting stent"*, and *"Histopathology of the Vulnerable Plaque."*

401. April 11, 2002. Endocoronary Biomechanics & Restenosis Symposium, Marseille, France. *"Definition and Mechanisms of Vulnerable Plaque."*

402. April 25-26, 2002. 7th Angioplasty Summit Course, Seoul, KOREA. *"How Does Radiation Alter the Healing of Coronary Arteries?"*, *"Pathology in Drug-Eluting Stent Studies"*, and *"Basic Principles of Response to Various Modes of Injury"*.

403. May 7, 2002. Fifth Congress of the International Society for the Study of Fatty Acids and Lipids, Montreal, CANADA. *"Effect of Total Cholesterol and HDL on the Atherosclerotic Plaque in Patients Dying from Sudden Coronary Death – The Role of Apoptosis"*.

404. May 16, 2002. Society for Cardiac Angioplasty and Interventions Meeting, Seattle, WA. *"Biology of Intravascular Healing"* and *"Lessons from Vascular Biology"*.

405. May 21-24, 2002. Paris Course on Revascularization (EURO PCR), Paris, France. *"Mother nature will not let you get away with the eluting stent . . . without aftermath"*, *"Early pre-clinical results with Everolimus-eluting stent"*, *"Faces of the vulnerable plaque"*, "Pre-clinical perspectives on Medtronic AVE Drug-Eluting Stents", and *"FAQ's to Experts Session – Restenosis"*.

406. May 31, 2002. Current and Emerging Endovascular Therapies, Washington, DC. *"Carotid Plaque Morphology and its Relation to Embolization: Correlation to Filter Recovered Particles"*.

407. June 1, 2002. Current and Emerging Endovascular Therapies, Washington, DC. *"The Histopathology of In-Stent Radiation"*.

408. June 25, 2002. Cardiac Grand Rounds @ Sentara Norfolk General Hospital, Norfolk, VA. *"Pathology of Restenosis and Drug-Eluting Stents"*.

409. July 25-27, 2002. NeuroConferences - Global Endovascular Complications Seminar, Jackson Hole, WY.

36

410.  July 29, 2002. Challenges in Designing Trials of Drug-Eluting Stents, McLean, VA. "*The Good, the Bad, and the Ugly: The pathology view of drug-eluting stents*".

411.  September 20, 2002. International Symposium on Insulin Action, Insulin Resistance, Inflammation and Atherosclerosis, Niagara Falls, NY. "*Evolution of Atherosclerosis*".

412.  September 22, 2002. American College of Cardiovascular Board Review, Chicago, IL. "*Pathology*".

413.  September 24-28, 2002. Transcatheter Cardiovascular Therapeutics Symposium, Washington, DC. "*The Pathology of Pulmonary Veins: Role of Atrial Fibrillation*", Plenary Sessions, Live Case Transmissions, FDA Town Hall Meeting: Drug-eluting Stents, "*Drug-eluting stent euphoria: A Revolutionary Step or misguided enthusiasm? Drug-eluting Stents are Another Premature, Exaggerated Therapy with Significant Potential for Grave Pathobiological Consequences!*", "*Coated Stents – Promise & Limitations: A View from Inside the Vessel*", Vulnerable Plaque: Emerging Diagnostic and Therapeutic Modalities. "*What is vulnerable plaque? Pathologic Correlations*", The Drug-Eluting Stent Summit – Part I. "*Animal Models and Insights: Are Animal Models Relevant: Relationship Between Pre-clinical and Clinical Data*", The Drug-Eluting Stent Summit – Part I [Roundtable Discussion & Audience Q&A]. "*Basic Science and Desirable Components of Drug-Eluting Stents*", "*Everolimus I: Structure, Mechanism, and Pre-clinical Data (1 and 3 mo. Animals)*", The Drug-Eluting Stent Summit – Part II. "*Critical Analysis of Actinomycin-D Pre-clinical Data – Was ACTION Foreseeable?*"

414.  October 2, 2002. NHLBI Workshop on Women and Ischemia Syndrome Evaluation (WISE): Diagnosis and Pathophysiology of Ischemic Heart Disease, Baltimore, MD. "*Pathology of Acute Ischemic Syndrome.*"

415.  October 9, 2002. XXIVth International Congress of the International Academy of Pathology, Amsterdam, The Netherlands. "*Coronary and aortic vasculitis.*"

416.  October 10, 2002. XXIVth International Congress of the International Academy of Pathology, Amsterdam, The Netherlands. "*Characteristics of the unstable plaque*".

417.  October 25, 2002. XXIII National Congress of the Italian Society of Invasive Cardiology (GISE), Verona, Italy. Setting Priorities for Drug-Eluting Stents – "*Making Sure They Are Not Harmful.*"

418.  October 31 – November 1, 2002. Complex Catheter Therapeutics (CCT) 2002, Kobe, Japan.  "*Factors influencing in-stent restenosis in animals and man*", "*Drug eluting stents – A pathohistological perspective*", "*Drug-eluting stents: Are the clinical & animal studies compatible?*".

419.  November 16, 2002. American Heart Association Scientific Session, Chicago, IL. "*Different Types of Vulnerable Plaques*", "*Pre-clinical Results & Next Steps*", and "*Biochemical Markers of Plaque Vulnerability.*"

420.  November 21, 2002. 29th Global Vascular and Endovascular Issues, Techniques and Horizons (VEITH) Symposium, New York, NY. "*Different Types of Vulnerable Plaques*".

421.  December 6, 2002. XIII International Course on Interventional Cardiology, Frankfurt, Germany. "*How to define an 'unstable coronary lesion'.*"

37

422.   January 11, 2003. TopSpin Meeting, Eilat, Israel. *"Vulnerable plaque and fibroatheroma: "How different are these lesions?"*

423.   January 17-18, 2003.  French Society of Cardiology Meeting, Paris, France. *"Lessons on pathological aspect of the drug-eluting stent", and "Drug-Eluting Stents: Everolimus animal studies."*

424.   January 20, 2003. International Symposium on Endovascular Therapy (ISET), Miami Beach, FL. Controversies in Endovascular Medicine, *"Radiation Therapy Debate – Oversold Hype"*.

425.   January 20, 2003. International Symposium on Endovascular Therapy (ISET), Miami Beach, FL. *"What is the real natural risk of carotid artery disease?"*

426.   January 20, 2003. International Symposium on Endovascular Therapy (ISET), Miami Beach, FL. *"Analysis of particulates from protection devices."*

427.   January 23-24, 2003. 9th Local Drug Delivery Meeting and Cardiovascular Course on Radiation & Molecular Strategies, Geneva, Switzerland. *"Stable versus non-stable plaques: View of pathologist", "Vasculo-pathological lessons: Comparison brachytherapy and drug-eluting stents—focus on the endothelium", and "Stent based delivery: Cytostatic or cytotoxic compounds", "Experimental data: Critical perspective on drug-eluting stents".*

428.   January 26-27, 2003. Cardiovascular Revascularization Therapy Course (CRT 2003), Washington, DC. *"Pathology of the vulnerable plaque", "Delayed endothelialization and other late effects in animal models",* and *"Similarities and differences between brachytherapy and drug-eluting stents".*

429.   January 29, 2003. The Society of Thoracic Surgeons and The American Association for Thoracic Surgery's TECH-Con 2003 (STS/AATS Tech-Con 2003), San Diego, CA. *"Surgeons don't be dismayed – Drug-eluting stents are not what they're cracked up to be by the interventionalists".*

430.   January 31, 2003. High Tech 2003, Marseilles, France. Percutaneous Valve, *"The pathologist's point-of-view"* and Drug-Eluting Stents, *"From pigs to humans: What can the cardiologist learn from animal studies".*

431.   February 6, 2003. FDA Staff College "Meet the Experts," Rockville, MD. *"Lessons learned: Animal studies for drug-eluting stents."*

432.   February 13, 2003. VIII International CME & Update in Surgical Pathology Conference. New Delhi, India. *"Lessons learned from sudden coronary deaths: A new classification of atherosclerotic lesions"* and Cardiovascular Pathology, slide seminar.

433.   March 23, 2003. Society for Cardiovascular Pathology/USCAP Companion Session. Washington, DC. *"Diagnosis of unstable atherosclerotic plaque and ischemic heart disease."*

434.   March 28, 2003. Endocoronary Biomechanics and Restenosis Symposium. Paris, France. *"Plaque erosion: Is it an atherosclerotic disease?"*

435.   March 29, 2003. ACC Companion Session, 5th Annual Vulnerable Plaque Symposium, Debates over hot topics-disagree position. Chicago, IL. *"More than 50% or coronary events are caused by non-stenotic lesions; therefore, in the era of drug-eluting stents, we should stent all non-stenotic lesions detected by thermography or other techniques"* and *"Lessons learned from*

*animal studies into predicting the safety and efficacy of drug-eluting stents".*

436. March 30 – April 1, 2003. American College of Cardiology 52nd Annual Scientific Session. Chicago, IL. *"Vascular biology: Insights still come from classical histopathology",* *"Restenosis: Basic Mechanisms"* Co-Chair, *"Pathophysiology of heart failure:  What does a clinical cardiologist need to know",* and *"The downside of drug-eluting stents".*

437. April 22, 2003. Roundtable--Biomedical Engineering Materials and Applications. Washington, DC. "Science-Based Assessment: Accelerating Product Development of Combination Medical Devices—'*Setting the Context: Clinician.*'"

438. April 27, 2003. American Society of Neuroradiology 41st Annual Meeting and Symposium 2003. Vascular Disease: Diagnosis, Therapy and Controversies. Washington, DC. *"Morphology of atherosclerosis in acute coronary syndromes."*

439. May 9, 2003. European Symposium. Berlin, Germany. Debate, Contra Position, *"Drug coated concepts in stenting."*

440. May 14, 2003. George Washington University Grand Rounds. Washington, DC. *"Surgeons don't be dismayed, drug-eluting stents are not what they're cracked up to be by the interventionalist."*

441. May 14, 2003. J. P. Morgan's 4th Annual "Day with the docs," sponsored by the Washington Hospital Center. Washington, DC. *"Drug-eluting stents: Insights from a leading vascular pathologist."*

442. May 21-23, 2003. Euro PCR 2003. Paris, France. Prevention and treatment of in-stent restenosis during live demonstrations from Rotterdam, Detection to Therapy – Symposium, *"What do we know about vulnerable plaque?  The pathologist's view",* Glimpse into the Future I – The Vulnerable Plaque, *"Histological types of 'vulnerable plaques'"* From Vulnerable Plaque to ACS, *"Pathology of the unstable plaques",* Case Review Session, *"Acute MI without critical lesions: Reality of vulnerable plaque",* Renal, Supraortic, Misc. Session, *"Is inflammation playing a role in the development of restenosis in PVD?",* and PFO, TASH, SVG, Non-Invasive Imaging During Live Demonstrations from London.

443. May 30, 2003. Intervention 2003. Atlanta, GA. *"A pathologist's view of the evolution of drug-eluting stents."*

444. June 5, 2003. Keynote Speaker, Robarts Research Institute. London, ON, CANADA. *"Drug-eluting stents: A balanced view."*

445. June 7, 2003. High Risk Plaques – New Understanding and Approaches Conference. New York, NY. *"Coronary artery disease."*

446. June 17-18, 2003. 1st International Vulnerable Plaque Meeting. Santorini, Greece. Session I: Pathology I – *"Pathology of the vulnerable plaque",* *"The pathologist's view",* Session III: *"Treatment of vulnerable plaque (systemic)",* and Session VI: *"Road ahead—Dreams & visions".*

447. June 20, 2003. American Society for Artificial Internal Organs Symposium, "Host Response to Artificial Organs and Materials." Washington, DC. *The host response to stents and the influence of device design and patient factors on outcome.*

448. July 25, 2003. 5th Annual Global Endovascular Complications Seminar, Teton Village/Jackson Hole, Wyoming. Chairman/Presenter, *"Complication Case Session 3—13 cases of various causes of late thrombosis in human coronary artery stenting"*.

449. August 11, 2003. Duke Cardiology Grand Rounds, Raleigh Durham, NC. *"Atherosclerosis & Diabetes."*

450. August 28, 2003. Medtronic – Ireland Lecture, Galway, Ireland. *"Restenosis",* and *"Drug-Eluting Stents."*

451. September 1, 2003. European Society of Cardiology (ESC) Congress 2003, Vienna, Austria. *"Do taxol and sirolimus-eluting stents solve the problem?"*

452. September 13, 2003. The ACCF Cardiovascular Board Review, Chicago, IL. *"Pathology."*

453. September 15-18, 2003. Transcatheter Cardiovascular Therapeutics 2003, Washington, DC. Discussant, "Plenary Session – Live Case Transmission", The Molecular Cardiology Symposium II: Angiogenesis –Debate, *"Will angiogenesis become a clinically useful tool for patients w/ refractory coronary ischemia? No—I see a long frustrating journey!",* Angiogenesis –Moderated Audience Q&A—"The Future of Angiogenesis Therapies", Vulnerable Plaque: Diagnostic Modalities & Therapeutics Intervention, *"Ulceration, erosion and thin-capped fibroatheromas: location & frequency in patients w/ AMI & sudden cardiac death",* The Drug-Eluting Stent Summit – Part I, *"The valve of animal models in evaluating pathobiologic effects of drug-eluting stents: Insights from past successes and failures",* Vulnerable Plaque: Diagnostic Modalities & Therapeutics Intervention – Moderated Audience Q&A, "Understanding Vulnerable Plaque", The Drug-Eluting Stent Summit – Part I – Moderator & Lecturer, *"Should we expect a "late catch-up" (late restenosis) after DES treatment . . . Is the Genie already out of the bottle?  You have simply postponed the inevitable!".*

454. September 26, 2003. Mayo Clinic, Rochester, MN. Cardiovascular Grand Rounds, *"Stent Graft & Drug-Eluting Stents."*

455. October 2, 2003. Advisory Board Meeting, "Vulnerable Atherosclerotic Plaque: Diagnostic and Therapeutic Challenges in the 21st Century," Boston, MA. *"Pathology of stable plaques and plaques vulnerable to rupture or erosion."*

456. October 4, 2003. CECI 2003 Interventional Cardiology Meeting, Buenos Aires, Argentina. *"Do oral drugs work for reducing restenosis?", "Drug-eluting stents—Lessons from experimental and human data".*

457. October 15-17, 2003. 24th National Congress of the Italian Society of Invasive Cardiology (GISE), Genoa, Italy. *"Stent design: Material matters",* Chairman: "Drug-Eluting Stent Euphoria", and *"Restenosis in Diabetic Patients".*

458. October 23, 2003. Moscow Symposium, Institute of Experimental Cardiology of RCRIC, Moscow, Russia. *"Classification of Atherosclerosis and Risk Factors."*

459. October 25, 2003. Athens Interventional Cardiovascular Therapeutics IV (AICT), Athens, Greece. "Drug-Eluting Stents Part II." *"Brachytherapy and Drug-Eluting Stents; The Dark Side of Moon."*

460.   November 2, 2003. 7th Congress of World Federation of Interventional and Therapeutic Neuroradiology (WFITN 2003), Recife, Brazil. Moderator: Session II, "Stroke", *"Pathophysiology of restenosis. Drug Eluting Stents".*

461.   November 20, 2003. Vascular and Endovascular Issues, Techniques and Horizons-30[th] Global Symposium, New York, NY. Session III: Preventing Intimal Hyperplasia and Other Adjuncts for Interventional Therapy. *"Is all the hype about drug-eluting stents and brachytherapy justified?"*

462.   December 4-5, 2003. Cardiological Society of India's 55th Annual Conference (CSI-2003), Kolkata, India. Symposium, "Heart Failure – What I Should Know?" *"Pathophysiology of Heart Failure – Modern Insights"*, *"Mechanisms of vascular injury, healing, & restenosis"* and Plenary Session on "Atherosclerosis – Vascular Pathology to Therapeutic Options," *"Pathogenesis of atherosclerosis – Fatty Streak to vulnerable plaque."*

463.   December 8, 2003. 5th International Meeting on Interventional Cardiology: Frontiers in Interventional Cardiology, Tel Aviv, Israel. *"Drug-eluting stents versus systemic therapy for restenosis"*, *"Pathology of the vulnerable plaque",* CO-CHAIR, "Mini" Vulnerable Plaque Summit.

464.   January 22, 2004. 6th St-Gerlach Vascular Biology Workshop, Maastricht, The Netherlands. *"The pathology of the unstable plaque."*

465.   January 23, 2004. 6th St-Gerlach Vascular Biology Workshop, Maastricht, The Netherlands. SESSION CHAIR: "Restenosis following coronary intervention."

466.   January 26, 2004. International Symposium on Endovascular Therapy (ISET) 2004, Miami Beach, FL. *"Drug-eluting stents are not a panacea"*, *"Pathology of vulnerable plaque: What is it, and is it relevant to carotid artery disease?"*

467.   January 29-31, 2004. 10th LDDR – International Local Drug Delivery and Cardiovascular Course on Radiation and Molecular Strategies, Geneva, Switzerland. *"Stable versus non stable plaques: view of the pathologist"*, *"Vasculo-pathological lesions in drug-eluting stents: focus on the endothelium"*, *"DES lessons from experimental data and future perspectives"*, and *"Vascular pathology: micro and macro angiopathy in diabetes. Similarities and differences to the non-diabetic."*

468.   February 23, 2004. Institute of Cardio-Vascular Diseases, Hospital Research Training, Chennai, India. *"Atherosclerosis"*, *"New frontiers in cardiology and cardiac surgery with pathologist's overview"*, and *"Role of the Pathologist".*

469.   March 8-9, 2004. American College of Cardiology Scientific Session, New Orleans, LA. Symposium 602: Vulnerable Plaque, *"Anatomic Insights"*, Session 304, Can We Identify the Vulnerable Plaque in Vivo, *"Phenotypic features and determinants of plaques vulnerable to rupture: A pathologist's perspective"*, Joint Symposium 648: Association of Black Cardiologists/ACC, *"Pathogenesis of atherosclerosis in diabetes"*, and Co-Chair, symposium 660, Salvaging Ischemic Myocardial Damage."

470.   March 24, 2004. AFIP Weekly Professional Staff Conference, Washington, DC. *"The role of plaque hemorrhage in acute coronary syndromes."*

471.   April 9, 2004. Heart Center Grand Rounds, Depart of Cardiovascular Medicine, The Cleveland Clinic Foundation, Cleveland, OH.  *"Drug-eluting stents: Pathologic Aspects."*

472.   April 16, 2004. 13th Annual Peripheral Angioplasty and all that Jazz, New Orleans, LA. *"Rationale for radiation: Biology of restenosis."*

473.   April 22, 2004. Cardiology Fiesta in San Antonio: Update on Cardiac Diagnostic and Therapeutic Techniques, San Antonio, TX. *"Pathology of ischemic heart disease. What they didn't tell you!"*

474.   April 29, 2004. 9th International Live Demonstration Course – Angioplasty Summit 2004, Seoul, Korea. *"The value of animal models in evaluating pathobiologic effects of drug-eluting stents: Insights from past successes and failures"*, and *"Should we expect 'Late Catch-up' (late restenosis) after DES treatment . . . Is the genie already out of the bottle? You have simply postponed the inevitable!"*.

475.   May 5-6, 2004. CRT 2004 – Complex Coronary & Peripheral Interventions, Washington, DC. *"The dark side of DES"*, Regulatory Pathways for Medical Device Approvals: A Workshop with the FDA, Washington, DC. *"Pathology observations"*, and Moderator: Vulnerable Plaque Summit, Washington, DC. Speaker: *"Pathology components of the vulnerable plaque."*

476.   May 26, 2004. EURO PCR 2004 – Glimpse into the Future: Vulnerable Plaque, Paris, France. *"Erosion intraplaque hemorrhage. The other face of vulnerability."*

477.   May 27, 2004. EURO PCR 2004 – TCT at EuroPCR, Paris, France. *"A cross-section of US perspectives on drug-eluting stents – pathology considerations"* and Symposium: A non-polymeric paclitaxel coated stent: from bench to bedside *"Polymer versus non-polymer controversy."*

478.   June 3, 2004. Intervention 2004, San Jose, CA. *"Plaque Rupture."*

479.   June 3, 2004. Heart Disease in Women: Red Dress & Rainbow Dreams, Orange County, CA. *"Once upon a time, there was a king and queen…"* Blocked coronary arteries and heart attacks in women, especially pre-menopausal women may have different pathologic substrate: lessons from post-mortem studies. June 7, 2004. 2nd Vulnerable Plaque Meeting, Taormina, Italy. VP Detection, Non-Invasive, *"Pathological basis for imaging."*

480.   June 10, 2004. Brazilian Society of Interventional Cardiology XXVI, Joao Pessoa, Brazil. *"Pathology of stable vs. unstable plaque"* and *"Pathology of drug-eluting stents."*

481.   June 15, 2004. 13th Annual Advanced Cardiovascular Interventions (ACI) Symposium, Hilton Head Island, SC. *"Pathobiology of drug-eluting stents: Is the vessel wall happy?"*

482.   June 16, 2004. The First International Conference on Cell Therapy for Cardiovascular Disease, New York, NY. *"Myocardial and Coronary Disease."*

483.   July 8, 2004. Grand Rounds, Division of Cardiology at Johns Hopkins Hospital, Baltimore, MD. *"Unstable atherosclerotic plaque in sudden coronary death."*

484.   July 18, 2004. 7th Nuclear Cardiology Invitational Conference, Park City, Utah. *"Pathology of unstable coronary plaques."*

485.  September 17, 2004. Cardiovascular Center Research Conference, University of Iowa College of Medicine, Iowa City, Iowa. *"Role of hemorrhage and thrombosis in the progression of coronary artery disease."*

486.  November 7, 2004. American Heart Association Scientific Session 2004, New Orleans, LA. *"Identifying targets for therapy: Insights from histopathology"*, and *"Pathophysiology of Lesions Promoting Acute Thrombosis – Mechanisms of erosion."*

487.  November 16, 2004. American College of Veterinary Pathologist's Annual Meeting '04, Lake Buena Vista, FL. *"Pathology of Cardiomyopathies in Man."*

488.  November 18-19, 2004. Vascular and Endovascular Issues, Techniques, Horizons (VEITH) Symposium, New York, NY. *"Will drug-eluting stents be all they are cracked up to be: note of caution"*, and *"Drug-eluting stents: What role might they have in treating lower limb ischemia and what are some of the concerns?"*.

489.  November 22, 2004. Columbia University, Atherosclerotic SCOR Seminar, New York, NY. *"Role of hemorrhage and thrombosis in the progression of coronary artery disease."*

490.  November 26, 2004. Cardiac Innovations Day, Toronto, Canada. *"Drug-eluting stents: should we be worried?"*, and *"Plaque vulnerability: What is it and can we/should we identify it?"*.

491.  November 29, 2004. Columbia University, Cardiology Grand Rounds, New York, NY. *"Drug-eluting stents: Pathologic aspects."*

492.  December 4, 2004. International Congress "Pending Matters," Pisa, Italy. *"Stents and their role as carrier for anti-restenosis drugs."*

493.  December 10, 2004. Trends in Vascular Surgery 2004, Chicago, IL. *"Pathological study of endovascular devices including endografts and stents."*

494.  December 14, 2004. First European Vascular Genomics Network Conference, Cambridge, UK. *"Mechanism of plaque progression and thrombosis in stable and unstable lesions."*

495.  January 15, 2005. Integrated Biomarker and Imaging Study (IBIS), Amsterdam, Netherlands. *"Virtual versus real histology, the pathologist's view."*

496.  February 3, 2005. Atherothrombosis Conference, Madrid, Spain. *"The Pathologist's view"* and *"Effects of risk factors on the biology of the atherosclerotic plaque"*.

497.  February 4, 2005. 11th International Local Drug Delivery Meeting and Cardiovascular Course on Radiation and Molecular Strategies, Geneva, Switzerland. *"Synthetic biostable polymers: experimental data"*, *"No polymer: experimental work"*, *"Future perspectives"*, and *"Systemic versus site specific delivery of steroids"*.

498.  February 16, 2005. Cardiology Update 2005, Davos, Switzerland. *"Pathophysiology of ACS and high risk plaque; High risk plaque or high risk patient?"*

499.  February 28, 2005. United States and Canadian Academy of Pathology (USCAP), San Antonio, TX. *"Cardiac neoplasms."*

43

500. March 4-7, 2005. American College of Cardiology (ACC), Orlando, Florida. *"Enter the drug-eluting stent revolution IV: clinical impact and evolving perspectives"*, *"Are DES destined to fail: New insights from the pathology laboratory"*, *"How do atherosclerotic plaques grow and rupture?"*, *"Lipid core expansion and its relation to plaque vulnerability"*, *"Cell Therapy: Fixing the Broken Heart"*, *"Challenges to the cell therapist"*, *"Role of anatomy in electrophysiology"*.

501. April 26-30, 2005. Angioplasty Summit 2005 TCT Asia Pacific, Seoul, Korea. *"DES pathobiology considerations: What we know and what we don't know can hurt us!"*, *"Erosion, interplaque hemorrhage: The other face of vulnerability"*.

502. May 6, 2005. 28th Annual Scientific Sessions & Melvin P. Judkins Cardiac Imaging Symposium, Pointe Vedra, FL. *"The pathologist's perspective: What we know, what we think we know and what we do not know"*.

503. May 10-14, 2005. 3rd International Summit on Acute Coronary Care, Lido Di Venezia, Italy. *"Cellular pathology and mechanisms leading to death"*.

504. May 23-28, 2005. Euro PCR, Paris, France. *"How to approach patients with multivessel disease"*, *"Update on multicenter trials"*, *"Polymeric carriers: new experimental data"*, *"Plaque rupture and correlation with IVUS pathology"*, *"The polymer pre-clinical experience as a predictor of the clinical results"*, Debate: *"Drug-eluting stents thrombose and eventually will restenose"*, *"Instant restenosis/thrombus in the DES era"*, *"Polymer coated DES platforms here today or here to stay?"*

505. June 3-4, 2005. Intervention 2005, New York, NY. *"Update on arterial vulnerability: current concepts"*.

506. June 7-8, 2005. International Vulnerable Plaque Meeting, Capri, Italy. *"Which markers are the right ones?"*

507. June 18-23, 2005. Society of Toxicologic Pathology, Washington, DC. *"Sudden cardiac death not related to vascular disease"*.

508. July 20-24, 2005. 6th Annual Global Endovascular Complications Seminar, Jacksonhole, WY. *"Drug-eluting stents and late thrombosis: Fact or fiction"*.

509. September 3-8, 2005. European Society of Cardiology, Stockholm, Sweden. *"Hypersensitivity reaction – reality of utopia"*? *"The histopathology of Vulnerable Plaque: Morphologic and compositional characteristics"*. *"Vasa vasorum: prevalence in human atherosclerotic plaque."* *"Latest pathological findings from the shortcomings of drug-eluting stents with polymers"*. *"The Achilles' heel of drug-eluting stent"*?-Chair

510. September 17-23, 2005. 53rd Annual Scientific Session of the Japanese College of Cardiology, Osaka, Japan. *"PD-4, Unstable and stable plaques: New pathophysiology insights"*.

511. September 24, 2005. New Horizons in Modern Cardiology, Munich, Germany. *"Beyond angiography: vascular insights after drug-eluting stent placement"*.

512.  September 28-30, 2005. 26th National Congress of the Italian Society of Invasive Cardiology (GISE), Genoa, Italy. "*What we need to know, Pathophysiology of interventionalists*", "*Safety with DES: The role of healing*".

513.  October 6-8, 2005. Controversies in the treatment of cardiovascular disease, Santa Monica, CA. "*Pathophysiology (PPD) of atherosclerosis misunderstood*"; Debate, Con "*DES mania, is it justified?*"

514.  October 16-21, 2005. Transcatheter Cardiovascular Therapeutics (TCT) 2005, Washington, DC.  "*The relevance of interventional pathobiology: a dynamic interplay between experimental animal models, human pathology, and patient outcomes*", "*Pathologic insights into why drug-eluting stents fail: thrombosis, hypersensitivity and delayed healing*", "*A histologic journey of atherosclerosis development and progression*", "*What are the differences in human pathobiologic responses to bare metal and drug-eluting stents?*", "*Plaque identification and risk assessment*", "*A new view of the architecture of vulnerable plaque (size, composition and distribution), and pathophysiologic insights into triggering mechanisms*", "*Not so fast – animals don't lie - your clinical follow-up isn't enough!*", "*The Atrium bioabsorbable oil-based delivery of a sirolimus analogue from a stent and balloon: design concept and experimental results*", "*What have we learned from Conor pre-clinical work?*".

515.  November 8-9, 2005. Department of Energy (DOE) Conference, Boston, MA. "*Evolution of lesions in coronary artery disease*".

516.  November 11-16, 2005. American Heart Association (AHA), Dallas, TX. "*DES:*

517.  *My prior predictions, was I right? The pathologist's confession, Lp-PLA2: Expression in Advanced Atherosclerotic Lesions*".

518.  November 16-18, 2005. Vascular and Endovascular Issues, Techniques and Horizons (VEITH) Symposium, New York, NY. "*Does pathology data support the value of cryoplasty and absorbable stents*".

519.  January 12-13, 2006. Interventional Cardiology Meeting, Tel Aviv, Israel. "*Coronary Atherosclerosis and the Unstable Plaque, Stent Thrombosis in DES Stent: Fact or Fiction*".

520.  January 19-21, 2006. Second Annual International Conference on Cell Therapy of Cardiovascular Disease, New York, NY. "*Histopathology: Quantitative Techniques*".

521.  January 26-29, 2006. Leipzig Interventional Course (LINC), Leipzig, Germany. "Fighting restenosis in peripheral arteries – How to win the battle?"

522.  February 1-5, 2006. International Local Drug Delivery and Cardiovascular Course on Revascular and Molecular Strategies (LDDR), Geneva, Switzerland. "*Prevention of restenosis: DES with synthetic biostable polymers and DES with semisynthetic or novel polymers*", "*Inhuman pathological data following late thrombosis in first generation DES*", "*Prevention of restenosis and without LST: surface structuring of DES and abluminal polymer: experimental data*", "*A novel biological polymer*", "*A biodegradable stent*".

523.  February 27-March 1, 2006. Singapore Live 2006, Singapore. "*Late DES stent thrombosis: Sitting on another time bomb?*".

524.   March 10 – 14, 2006.  American College of Cardiology, Atlanta, GA.  *"A critical appraisal of DES safety and efficacy DES safety is suspect: animals and autopsies don't lie"*, *"DES safety and efficacy:  An absolute and relative roundtable discussion – panelist"*, *"Pathology of the vulnerable plaque"*.

525.   April 1, 2006. Medtronic Heart Failure Summit, Miami, FL. *"Pathology of heart failure: What does it tell us and how does it help?"*

526.   April 3, 2006. Cardiovascular Revascularization Therapies (CRT), *"Pathophysiology, detection, and therapeutic intervention Moderator"*, *"New insights into the pathology of the vulnerable plaque"*.

527.   April 5-6, 2006. Kokura Live, Kokura, Japan. *"Differential histological response between DES & BMS"*.

528.   April 7-9, 2006. China Interventional Therapeutics (CIT), Beijing, China. *"Drug-eluting stents: pathophysiology"*, *"Xience V compared with other DES stents"*.

529.   April 19, 2006. Cardiology Grand Rounds, Johns Hopkins, Baltimore, MD. *"Sudden death & coronary artery disease"*.

530.   April 25, 2006. Angioplasty Summit 2006, Seoul, Korea. Live via videoconference *"A new view of the architecture of vulnerable plaque (size, composition, and distribution), and pathophysiologic insights into triggering mechanisms"*.

531.   April 26-May 2, 2006. National Congress of Cardiology, Rosario, Argentina. *"The vulnerable plaque, what happens before the acute event?"*, *"Atherosclerosis: A world with it?"*, *"Histopathology of vulnerable plaque"*, *"Unifying theory between atherosclerosis, acute coronary syndrome and restenosis"*, *"Atherosclerosis, thrombosis and vascular biology molecular and cellular mechanisms of atherosclerosis"*, *"Pathobiology of drug-eluting stent. Is the vascular wall happy?"*

532.   May 14-19, 2006. EuroPCR, Paris, France. *"Histopathological and anatomical considerations"*, *"Polymer in DES designs"*, *"Past predictions, current perspectives, future forecasts of DES: the view of the pathologist"*, *"How to select commercially available DES: my prior drug-eluting stent predictions, was I right?"*, *"Zotarolimus and Phosphorylchopline: basic scientific rationale and pre-clinical results"*

533.   May 20-21, 2006. Advances in Interventional Cardiology, Munich, Germany. *"Vascular biology of restenosis"*.

534.   May 27-31, 2006. 4th Vulnerable Plaque Meeting, Capri, Italy. *"Vulnerable Plaque: Late breaking news on pathology"*, Co-Chair *"Basics 2: Pathogenesis of vulnerable plaques Part II"*.

535.   June 2-4, 2006. Spanish Society of Cardiology, Granada, Spain. *"Pathology of acute coronary syndrome, is late restenosis of concern in DES era?"*

536.   July 5, 2006. Grand Rounds, University of Washington, Seattle. *"Vulnerable Plaque"*.

537.   July 19-21, 2006. Brazilian Society of Interventional Cardiology, Porto
       Alegre, Brazil. "*Potential mechanisms of DES thrombosis and the role of
       local hypersensitivity*", "*What is the impact of vulnerable plaque in
       cardiovascular events?*"

538.   August 15, 2006. Ground Rounds, Krannert Institute of Cardiology,
       University of Indiana, Indianapolis, Indiana. "*Drug-eluting stents and
       why we worry*".

539.   August 24-29, 2006. Global Endovascular Complications Seminar, Jackson
       Hole, Wyoming. Complicated case presentation.

540.   September 2-6, 2006. World Congress of Cardiology 2006 Satellite
       Symposium, Barcelona, Spain. Chair, Stabilizing or reversing
       Atherosclerosis, "*The view of the pathologist*", "*An update on the
       histopathologic characteristics of vulnerable plaques*", *The vulnerable
       plaque: the local versus the systemic concept*", "*An update on the
       histopathologic characteristics of vulnerable plaques*", "*Pathophysiology
       and the vulnerable patient*".

541.   September 16-18, 2006. Great Minds Symposium, Nice, France. "*What Pre-
       clinical data does and does not teach us*".

542.   September 20-21, 2006. Medtronic Safety Summit, Critical Issues in
       Interventional Cardiology, Brussels, Belgium. "*DES endothelialization: a
       pathologist's perspective*".

543.   September 29, 2006. A Glimpse in the Future of Cardiology, Rome, Italy.
       "*The vulnerable plaque*".

544.   September 30, 2006. Second Meeting of the European Bifurcation Club,
       Rome, Italy. "*In DES era the problem remains the side branch: why so high
       a restenosis rate? An anatomic pathologist's insights*".

545.   October 22-27, 2006. TCT, Washington, DC. "*Elucidating the rupture prone
       coronary plaque and the at risk patient: pathophysiologic constructs and
       clinical correlations*", "*Drawbacks of DES: delayed healing*", "*Safety of
       polymer coating on drug-eluting stents: what you don't know could kill
       you*", "*What are the unique features of diabetic atherosclerosis that
       affect plaque vulnerability and progression*", "*Novel experimental
       approaches to assessing endothelial function post stent implantation*", "*A
       pathologist's viewpoint: impact of delayed healing and inflammation on
       DES Safety*", "*Abbott pre-clinical comparison of 1st & 2nd generation DES*",
       "*Pathophysiology of vulnerable plaque*", "*defining the vulnerable plaque:
       new pathologic insights into the VP architecture, size and shape, number
       and distribution and pathogenesis*", "*The problem is real: look at
       pathology*".

546.   November 10-15, 2006. AHA, Chicago, IL. "*Drug-eluting stents: long-term
       effects on Arterial Healing with DES*", "*A critical evaluation of the
       current understanding of the natural history of human atherosclerosis*",
       "*Lack of neointimal growth is a predicator of late stent thrombosis*",
       "*Pathological observations*".

547.   December 1-10, 2006. 58th Annual Conference of Cardiological Society of
       India, Delhi, India. "*DES & Xience*", "*Beware, all have serious issues –
       use bare metal stents*", "*Long term safety issues with Polymers in DES*",
       "*Pathophysiology of vulnerable plaque: Therapeutic implications*".

548.   December 14-15, 2006. Advanced Interventional Approaches Meeting, New York, NY. "*Lessons learned – can we make a safer DES?*"

549.   December 15-16, 2006. Annual Scientific Joint-Meeting of the Dutch and Belgium Working Groups of Interventional Cardiology, Amsterdam, Netherlands. "*Late stent thrombosis: pathology, etiology and consequences for next generation DES*".

550.   December 18-19, 2006. DES: Science and Education for Better Practice, Brussels, Belgium. "*Potential causes of late stent thrombosis: Post-mortem analysis*", "*Evaluation of Pre-clinical data on DES safety: models, methods and outcomes*".

551.   January 16-17, 2007. Cell Therapy for Cardiovascular Diseases, New York, NY. "*Mechanisms of chronic cellular loss and dysfunction*".

552.   January 26-27, 2007.  Cautionary Tales for the Cardiologist, Orange, CA. "*Cautionary Tale 1 – Stent Thrombosis in the DES era – How, Why and When*".

553.   January 31-February 2, 2007. International Local Drug Delivery and Cardiovascular Course on Revascular and Molecular Strategies, LDDR, Geneva, Switzerland. "*Pathology of the native aortic valve and of biological prosthesis*", "*Re-endothelialization of 1gen-DES using EPC capture technology*", "*Rabbit vs porcine, simple vs overlapping stent and role of endothelial functional tests: lesion from BMS and 1gen stent*", "*Biodegradable polymer & -imus analogues and other compounds: experimental work*", "*Histo-pathology of in-human atherosclerotic healing response to BMS and 1gen DES*".

554.   March 1-2, 2007. Drug Eluting Stent Safety Symposium, Rome, Italy and Brussels, Belgium. "*Potential causes of late ST*", "*Evaluation of pre-clinical data on DES*".

555.   March 6, 2007. Cardiology Grand Rounds, Jack D. Weiler Hospital of the Albert Einstein College of Medicine, Bronx, NY. "*Drug-eluting stents & late thrombosis (Clinical and Preclinical)*".

556.   March 7-9, 2007. Cardiovascular Revascularization Therapies (CRT), Washington, DC. "*The role of atherosclerotic plaque stability and inflammation in the pathogenesis of acute coronary syndrome*", "*A pathologist's perspective*", Mechanisms of stent thrombosis: Pathology reports from autopsies", "*Autopsy reports: Insights into hypersensitivity, thrombosis and late restenosis*", "*Novel approaches to assess endothelialization and endothelial function with DES*", "*Why I do not want to have a DES in my coronary arteries*".

557.   March 23-27, 2007. American College of Cardiology (ACC), New Orleans, LA. "*Pathologic mechanisms of early and late thrombosis: The drug, the polymer or both?*", "*Do we understand the root cause of stent thrombosis and restenosis?*", "*What do we know from histology?*", "*Update on primary tumors of the pediatric heart*".

558.   March 25, 2007. Society for Cardiovascular Pathology (SCVP), San Diego, CA. "*Update on primary tumors of the pediatric heart*".

559.   April 13, 2007. Innovations 2007, Cardiac & Vascular Symposium, Adelphi, MD. "*A pathologist's perspective on current and future DES platforms*".

560.   April 25-27, 2007 (via video conference). Transcatheter Cardiovascular Therapeutics (TCT) Asia Pacific, Seoul, Korea. *"New pathologic insights into vulnerable plaques", "The causes of late DES thrombosis: a pathologist's viewpoint.*

561.   April 18-20, 2007. Biomechanics in Vascular Disease: Shear Stress in Vascular Biology, Rotterdam, The Netherlands. *Keynote Speaker: "Vulnerable plaque: Role of biomarkers".*

562.   April 26, 2007. European Symposium of Vascular Biomaterials, Strasbourg, France. *"Differences and similarities in pathology and reaction on stents between cardiac and peripheral arteries – A pathologist's point of view".*

563.   April 26-27, 2007. 4th International Symposium on Stem Cell Therapy, Madrid, Spain. *"Myocardial regeneration in animal models. Reality or fantasy".*

564.   May 3, 2007. Drug-eluting Stent Thrombosis Thinktank Meeting: The "High Road" Going Forward, A topical thinktank program in conjunction with the FDA-DCRI Cardiac Safety Critical Path Initiatives Program, Rockville, MD. *"Vascular biology and DES: Are we creating vulnerable stents?".*

565.   June 12, 2007. Division of Cardiovascular Diseases Seminar, NIH/NHLBI, Bethesda, MD. *"Pathology of late stent thrombosis in DES in man",* and *"Can pre-clinical studies help?"*

566.   June 13-14, 2007. Live Symposium of Complex Coronary and Cardiovascular Cases.  New York, NY. *"DES are Bad".*

567.   July 4-6, 2007. SOLACI 2007, Buenos Aires, Argentina. *"Is DES Safe?".*

568.   July 14, 2007. Lp-PLA2 Strategic Advisory Board Meeting. Philadelphia, PA. *"Pathologist's View: Vulnerable plaque and other high risk lesions"* (via teleconference).

569.   August 7-10, 2007.  Cardiac Society of Australia & New Zealand. Christchurch, New Zealand.  *"Lessons from laboratory studies in the DES Era", "Safety issues of Drug-eluting stents".*

570.   September1-6, 2007.  European Society of Cardiology Congress (ESC) 2007, Vienna, Austria.  *"The pathologist's viewpoint:  an update", "State of the art:  novel insights into the old problem of restenosis".*

571.   September 10-12, 2007.  Coronary Artery Disease, Prevention, Detection & Treatment.  Las Vegas, Nevada.  *"Pathology and healing of DES".*

572.   September 17-20, 2007.  4th European Meeting on Vascular Biology and Medicine.  Bristol, UK.  *"Pathological determinants of vulnerable plaque".*

573.   September 27-28, 2007. Academy Colloquium, Plaque Instability: From Molecular Regulation to Diagnosis. Amsterdam, The Netherlands. *"The importance of intraplaque hemorrhage as a contributor of free cholesterol in plaques and lesion destabilization".*

574.   September 28-29, 2007. Quo vadis CAD – Intervention, 10 Years Interventional Cardiology ukb. Berlin, Germany. *"Pathoanatomy and pathophysiology of stent thrombosis".*

575. October 4-5, 2007. Controversies and Advances in the Treatment of Cardiovascular Disease, Beverly Hills, CA. Debate *"Drug-eluting stents: Risks outweigh the benefits"*.

576. October 10-11, 2007. 9th Congress Francophone de Cardiology Intervention, Paris, France. *"What we have learned with anotomo-pathologist and pre-clinical data?"*

577. October 12, 2007. Finnish Society of Cardiology, Helsinki, Finland. *"Latest findings on sub-acute and late thrombosis in drug-eluting stents"*.

578. October 13, 2007. X International Symposium, Lisbon, Portugal. *"The Pathologist's viewpoint on DES safety: an update"*.

579. October 20-24, 2007. Transcatheter Cardiovascular Therapeutics, Washington, DC. *"Pathology of Atherosclerosis and Restenosis"*, *"Characterizing the Vulnerable Plaque: Structural Observations and Natural History Insights from the Core Pathology Laboratory"*, *"No, Not Yet, Not Ever – I Implore You!"*, *"DES Controversies III: Adverse Drug-Eluting Stent Responses"*, *"The Pathologist's Perspective"*, *"No: The Justification is Weak and the Pathology Promises Disaster!"*, *"Near-to-Complete Short-Term Re-Endothelialization in Sirolimus-Eluting DES Using Electro-Grafting Technology"*, *"Lessons from Autopsy Findings and Experimental Models: Can Basic Science be Utilized to More Accurately Develop Cardiovascular Devices and Predict Clinical Outcomes?"*, *"Animal Models and Drug-Eluting Stents"*, *"In Vitro Assessment of Endothelialization: From Structure to Function"*, *"Vascular Responses to Drug-Eluting Stents II: Which of the New Devices Look Safer?"*, and *"An Evidence-Based Approach to Safety: What We Have Learned from Pre-clinical Studies of Drug-Eluting Stents."*

580. October 31, 2007. Biomarkers of Cardiovascular Risk Conference, Rochester, MN. *"Atherosclerotic Plaque Biology."*

581. November 4-7, 2007. American Heart Association, Orlando, FL. *"Mechanisms of Late Stent Thrombosis"*, *"Novel Approaches to Plaque Rupture and Regression (moderator)"*, *"Bench to Bedside: Thrombosis (moderator)"*, *"Detection of Eosinophils in Thrombectomy Aspirates from Patients with Late Stent Thrombosis: Predictor of Hypersensitivity?"*, *"Drug-Eluting Stents Implantation in Acute Myocardial Infarction Significantly Delays Healing and Increases Stent Thrombosis"*, *"Incidence and Predictors of Drug-Eluting Stent Fracture in Human Coronary Artery – Pathologic Analysis"*, and *"Differences in Vascular Response Following Sirolimus and Paclitaxel Eluting Stents."*

582. November 9, 2007. University of Kentucky, Lexington, KY. *"Atherosclerosis: How Does it Progress?"*

583. November 11, 2007. Volcano Summit, Miami, FL. *"Pathologist's View of Lesion Progression and Prediction of Fatal Event.*

584. November 15, 2007. Veith Symposium, New York, NY. *"The Truth about the Drawbacks of Drug-Eluting Stents: It's Worse Than We Have Been Led to Believe."*

585. December 3, 2007. Innovations in Cardiovascular Interventions, Tel-Aviv, Israel. *"Pre-clinical Studies for the Test of DES"*, *"DES Substances – Is There Room for Improvements?"*, *"Pathology of Late Stent Thrombosis in DES"*, *"Vulnerable Plaque: What Have We Learnt"*.

586. December 6, 2007. Cleveland Clinic, Cleveland, OH. *"Applying the Lessons from Vascular Biology to Stenting".*

587. December 7, 2007. Summa Hospital, Cleveland, OH. Grand Rounds. *"Applying the Lessons from Vascular Biology to Stenting."*

588. December 12, 2007. Asian Pacific Congress of Cardiology, Taipei, Taiwan. *"The Science of DES Safety – Latest Findings from Pre-Clinical Data."*

589. December 13, 2007. Asian Pacific Congress of Cardiology, Taipei, Taiwan. *"Pathology of Vulnerable Plaque."*

590. December 15, 2007. Asian Pacific Congress of Cardiology, Taipei, Taiwan. *"Drug-Eluting Stent Pathology: Clinical and Pre-Clinical Studies."*

591. January 9, 2008. Abbott dinner meeting, Shreveport, LA. *"Vessel Wall Healing Following DES: Animals vs. Humans."*

592. January 15, 2008. Cardiology Grand Rounds, Medical College of Wisconsin. Milwaukee, WI. *"Pathology of Vulnerable Plaque."*

593. January 31 – February 1, 2008. Complex Catheter Therapeutics (CCT) 2008, Kobe, Japan. *"Pathology of late-stent thrombosis in DES"*, *"Role of endothelial for long term safety"*, *"LMT and bifurcation lesions".*

594. *February 7-9, 2008.  15th International Local Drug Delivery (LDDR), Geneva, Switzerland.  "Histopathogy of stable vs. unstable plaque in perspective of treatment and healing", "Assessing vascular healing and its inflammatory response in the rabbit and porcine models", "Morphology or function for assessing healing in the animal healthy artery experimental model (discussant), "Biodegradable polymer & -imus analogues and other compounds: experimental work", and "Histo-pathology response in human atherosclerotic lesions following BMS and DES".*

595. February 11-13, 2008. Cardiovascular Revascularization Therapies (CRT), Washington, DC. *"Observations in the pathogenesis of atherothrombosis"*, Moderator *"New insights into the pathophysiology of vulnerable plaque and the vulnerable patient"*, *"Membrane red blood cell: extravasation leading to progression of atherothrombosis"*, Panelist *"What is the target for diagnosis and therapy"*, *"Are there pathology differences between different drug-eluting      stents?, Panelist "Challenges in pre-clinical testing of percutaneous valve technology: Academic view, "Identifying the ideal DES: impact of pre-clinical assessment", Moderator "Drug-eluting stents in-depth", "Pathological mechanisms for very late stent thrombosis", Moderator "Industry update", and Panelist "The future of the biodegradable stent".*

596. March 1-2, 2008. The United States and Canadian Academy of Pathology Annual Meeting (USCAP), Denver, CO. *"The dilemma of bare or drug-eluting stents".*

597. April 3-4, 2008.  British Atherosclerosis Society Spring Meeting 2008, Oxford, UK.  *"Angiogenesis as a source of intraplaque hemorrhage".*

598. April 7, 2008.  Medtronic Headquarters, Santa Rosa, CA.  *"Drug-eluting stents: Comparison of animal and human studies."*

599. April 9, 2008.  Pennsylvania University Cardiovascular Seminar Series, Philadelphia, PA.  *"Progression of atherosclerotic disease and vulnerable plaque."*

51

600.   April 14, 2008.  Emory University, Atlanta, GA.  Vascular Biology Seminar: *"Drug-eluting stent pathology: clinical and pre-clinical studies"*, Linton Bishop Lecture Series: *"Histo-pathologic response of human atherosclerotic lesions following BMS and DES."*

601.   April 22, 2008.  Left Main and Bifurcation Summit 2008, Seoul, Korea. *"Coronary Pathology at the Left Main Stenosis."*

602.   April 23-25, 2008.  Angioplasty Summit TCT Asia Pacific 2008, Seoul, Korea. *"Why current DES should not be used routinely during primary PMI angioplasty,"* *"Characterizing the vulnerable plaque: structural observations and natural history insights from the core pathology laboratory,"* *"Pre-clinical assessment of Xience V,"* *"Role of endothelial for long term safety,"* *"Next generation DES: results from pre-clinical data,"* *"DES pathology update – what we know, what we do not know."*

603.   April 25-26, 2008.  77th European Atherosclerosis Society Congress, Istanbul, Turkey.  *"From initiation of atherosclerosis to progression and clinical catastrophy."*

604.   May 2, 2008.  InfraReDx offices, Boston, MA.  *"Pathobiology of Drug-Eluting Stents."*

605.   May 3, 2008.  High Risk Plaques: Detection and Management Conference, Boston, MA. *"Defining the Vulnerable Plaque: New Pathologic Insights."*

606.   May 6, 2008.  Honorary Doctorate Reception, University of Antwerp, Belgium. *"The Long-Term Safety of Drug-Eluting Stents."*

607.   May 13-15, 2008.  EuroPCR 2008, Barcelona, Spain.  *"Are there differences in healing between biodegradable and durable polymers?"*, *"Thin-capped fibroatheromas on longitudinal coronary sections: a new way to look at them"*, *"Biolimus A9 and biodegradable PLA pre-clinical results"*, *"Endothelium after stenting: quantity versus quality."*

608.   May 29, 2008.  Austrian Society of Cardiology Satellite Symposium, Salzburg, Austria. *"Restenosis and Stent Thrombosis – New Knowledge".*

609.   May 30-31, 2008.  Abbott Vascular XIENCE V USA Investigator Meeting, Miami Florida. *"XIENCE V Pre-Clinical Perspectives."*

610.   June 4, 2008.  Canadian CTO Summit, Toronto, Canada. *"Pathology of Human CTO's."*

611.   June 5, 2008.  Slovenian Medical Association International Congress of Cardiology, Portoroz, Slovenia. *"The Pathophysiology of DES: Pre-clinical and Clinical."*

612.   June 7, 2008.  Spring Conference of the Polish Cardiac Society, Zabrze, Poland. *"DES: Facts and Myths."*

613.   June 12, 2008.  Mount Sinai Hospital 2008 Live Symposium of Complex Coronary and Cardiovascular Cases, New York, NY. *"Are there pathological differences between different DES?"*

614.   June 19, 2008.  Abbott Vascular Symposium Montreal Live Course, Montreal, Canada. *"Pathology of Drug-Eluting Stents at Autopsy."*

615.   June 23, 2008.  Vulnerable Plaque Meeting (VPM) 2008, Athens, Greece.
       *"Carotid & Coronary Plaques: All the Same?"*

616.   July 1, 2008.  Emory/Georgia Tech Program of Excellence in Nanotechnology
       (NHLBI PEN), Atlanta, GA. *"Biomarker Identification".*

617.   July 6, 2008.  Medtronic Symposium: HTAi Conference, Montreal, Canada. *"The
       Scientific Community Perspective: From Balloon Angioplasty to the Advent of
       Coronary Stenting and the Controversies Around Drug-Eluting Stents."*

618.   July 14-15, 2008.  Grand Rounds at St. John's Health System and Harper
       University Hospital, Detroit, MI. *"Connecting Pre-Clinical Observations to
       Long Term DES Safety."*

619.   August 6-7, 2008. Second Annual Australia & New Zealand Endovascular
       Therapies Meeting (ANZET) 2008, Adelaide, Australia. *"Interventional
       Cardiology – A 'Micro' View. Lessons from the Bench 'Assessing Vascular
       Healing and its Inflammatory Responses in the Rabbit & Porcine Models'",*
       *"Potential Impact of Biocompatibility on Outcomes with DES."*

620.   August 30-September 3, 2008. European Society of Cardiology Congress (ESC)
       2008, Munich, Germany.  Abbott Vascular Symposium – *"The Vascular Response
       to Everolimus Eluting Stents"*, ESC Andreas Gruentzig Lecture – *"How Pre-
       clinical Biocompatibility Studies in Various Animal Models Help Predict
       Human Responses to Intravascular Devices"*, Basic Science Symposium – Bench
       to Bedside – *"The Pathologist's View"*, GSK Satellite Symposium, *"Pathologic
       Features of Rupture-Prone Lesions"*, Guidelines Symposium, *"Processing and
       Interpretation of Biopsy Specimens."*

621.   September 10, 2008. 19th Annual UAB Vascular Biology and Hypertension
       Symposium, Birmingham, Alabama. Stenting Session – *"Pathological Correlates
       of Late Drug-Eluting Stent Thrombosis."*

622.   September 19-20, 2008. Xience V USA Investigator Meeting, Chicago, IL.
       *"Xience V Pre-clinical Perspectives."*

623.   September 23-26, 2008. GISE 2008, Bologna, Italy.  Aortic Valve Therapy
       Session – "Pathological Background: Implications for Percutaneous
       Prosthesis", Risk and Benefit of Novel Devices:  How to Improve Early Safety
       Assessment – *"Animal and Human Pathology – From Prophecy to a Quicker and
       Safer Learning Process."*

624.   October 1-3, 2008. Paris Cardiovascular Interventions Course, Paris, France.
       Biosensors Symposium – *"Are There Differences in the Healing Process Between
       Biodegradable and Permanent Polymers."*

625.   October 12-17, 2008. Transcatheter Cardiovascular Therapeutics (TCT),
       Washington, DC. Vulnerable Plaque: Emerging Direction for Diagnosis and
       Treatment – *"Mechanisms of Plaque Progression to Vulnerabiltiy: The
       Pathologist's Perspective"*, The DES Summit – DES Thrombosis –
       *"Histopathologic Insights on DES Thrombosis from Large Necropsy and
       Experimental Animal Experiences: Can We design a Safe DES?"*, Interventional
       Strategies and Adjunct Pharmacology in ACS and AMI, Part II: Acute
       Myocardial Infarction AMI Session IV. Drug-eluting Stents in AMI:
       Anticipating Horizons – *"Why Even Favorable One Year Data from Horizons
       Shouldn't Compel DES Usage in AMI"*, The TCT 2008 DES Summit: Special DES
       Summit Concurrent Session II – Innovative DES Technologies: New Drug Carrier
       Systems and The "Parade" of DES First-In-Man Studies – *"The Biofreedom
       Surface Etching Polymer-Free DES System: Design Concept and Experimental*

*Studies"*, Molecular Cardiology Breakthroughs: Cell Therapy and Angiogenesis
– Session VII, Two Versus Two Moderated Discussion – *"It is increasingly
clear, Bone Marrow Can Give Rise To Cardiomyocytes! Con Position"*,
Biosensors Symposium: Improving patient outcomes with BA9/Biodegradable
Polymer Technology – *"Improved healing by utilizing biodegradable vs durable
polymers"*, Interventional Pathobiology: Insights and Clinical Implications –
Pre-clinical Evaluation of DES – *"Assessment of Endothelial Integrity and
Function? The Holy Grail? But is it Possible?", "New insights into
atherosclerotic plaque development, progression and rupture"*, 30 Years of
Interventional AMI Therapies – *"Evolving Pathologic Perspectives on the
Etiology of AMI"*, ES- A New Standard in DES – *"Xience V Pre-clinical data"*,
20 Years of Intracoronary Stent Therapies – *"Experimental Insights… Stents
as a Case Study of Experimental Interventional Medicine"*.

626.  October 21-22, 2008. St. Luke's Hospital, New York, NY. *"Plaque Rupture and
Its Pre-clinical Diagnosis"*.

627.  October 23, 2008. 17th Annual Lipid Disorders Training Center Program:
Basic Course, Johns Hopkins School of Medicine, Baltimore, MD.
*"Pathophysiology of Atherclerosis and Unstable Plaque"*.

628.  October 29-30, 2008. Cardiovascular Grand Rounds, Brigham and Women's
Hospital, Boston, MA.  *"Atherosclerosis and Plaque Progression"*.

629.  October 30, 2008. Arsenal Medical, Inc. presentation, Watertown, MA.
*"Improved Healing by Utilizing Biodegradable vs. Durable Polymers"*,
*"Assessment of Endothelial Integrity and Function: The Holy Grail – But Is
It Possible?"*.

630.  November 8-12, 2008. American Heart Association (AHA) Scientific Sessions
2008, New Orleans, LA.  Interventional Cardiology 2008: Bench to Bedside and
Beyond – *"From the Bench: The New Polymers and Drugs – What Can We Expect?"*,
GSK Symposium – *"Pathologic Features of Rupture-Prone Lesions"*, Great Debate
II: DES Use in 2008: Too Much or Too Little? – *"Emerging DES Technology
Designs to Enhance Safety"*, Future Horizons in DES Development,
Cardiovascular Seminar – "DES: Lessons from Pathology".

631.  November 18, 2008. Louisiana State University, New Orleans, LA. Emma Moss
Lecture. *"Evolving Pathologic Prospectives on the Etiology of Coronary
Thrombosis"*.

632.  November 21, 2008. Great Minds, Rome, Italy. If DES is the best option, what
can influence outcome of DES Option?  Lecture: "Lessons Learned from Pre-
clinical Studies."

633.  December 1-9, 2008. ACC DEP/CSI-ACC Conference/Abbott Speaking Tour,
Chennai/New Delhi, India. *"Which lesions should or should not receive a
DES"*, *"Science of Xience V's safety"*, *"Why DES should not be used in AM ? –
A patholgist's concerns"*.

634.  January 7-8, 2009. OHSU Cardiology Grand Rounds, Portland, OR. *"Emerging DES
designs to enhance safety"*, *"Novel pathophysiologic processes in
atherosclerosis"*.

635.  January 14-15, 2009. Novartis Grand Rounds, East Hanover, NJ. *"Vulnerable
plaque: mechanistic lesions and links with CV events"*.

636.  January 16-17, 2009. Biomarkers of Cardiovascular Risk: 2009, Scottsdale, AZ. *"Evolving Pathologic Perspectives on the Etiology of Coronary Thrombosis"*.

637.  January 31, 2009. II Symposium "Head to Head" in Interventional Cardiology, Rome, Italy. *"DES Dilemma: Do the Potential Risks Outweigh the Clear Benefits: The Pathology"*.

638.  February 5-7, 2009. 16th International LDDR, Geneva, Switzerland. *"In Human: Histopathology of Stable vs. Unstable Plaque"*, *"BMS vs Stable Polymer DES: Assessing Normal and Pathological Vascular Healing and its Inflammatory Response in the rabbit-single stent and overlapping stent femoral-model"*; and *"Lessons from conventional BMS vs ultra-thin BMS with passive coating (Ibs) and how to evaluate neointimal quality"*.

639.  February 8-10, 2009. Biosensors Europe BioMatrix, Moscow, Russia. *"Importance of Healing and Endothelial Function on DES safety"*.

640.  February 12, 2009. Cardiovascular Conference: Critical Evaluation of the Natural History of Human Atherosclerosis and the Utilization of Drug-eluting Stents, Miami, FL. *"Critical Evaluation of the Current Understanding of the Natural History of Human Atherosclerosis"*.

641.  February 26-28, 2009. LUMEN 2009, Miami, FL. *"Pathology of the STEMI Lesion and the Role of Thrombus"*, and *"STEMI Interventions – The Great Debate, Which Stent to Use in Primary PCI?"*.

642.  March 4-6, 2009. Cardiovascular Research Technologies (CRT) 2009, Washington, DC. *"Lipid Pool, Necrotic Core and Fibrous Cap Thickness"*, *"Membrane Red Blood Cell: Extravasation Leading to Progression of Atherothrombosis"*, Panel Discussion: *"What is the Target for Diagnosis and Therapy"*, Debate II: *"Patients with Acute MI Should be Treated Only with BMS"*, Panel Discussion: *"Challenges in Pre-clinical Testing of Percutaneous Valve Technology"*, *"Safety Pre-clinical Requirements for Second Generation DES"*, DES Pre-clinical Bioabsorable Polymers, Bioabsorbable Stents and Drug Coated Balloons "Scientific Perspective", Panel Discussion *"What Should be Modified in the Pre-clinical Studies to Develop the Third Generation of DES and Drug-Eluting Balloons?"*

643.  March 18-21, 2009. China Interventional Therapeutics (CIT) 2009, Beijing, China. "Should *We Expect that Next Generation DES Will Be Safer? Insights from the Experimental Laboratory"*, *"Near-to-complete short term re-endothelialization of a sirolimus eluting stent using electro-grafting (eG) coating technology"*, and *"Xience V: A True 2nd Generation DES? – Animal Model Findings"*.

644.  March 21-22, 2009. 73rd Annual Scientific Meeting of the Japanese Circulation Society, Osaka, Japan. *"Vulnerable Patient/Vulnerable Plaque in Acute Coronary Syndrome"*, *"DES IntraCoronary Reality: from a Pathologist's Point of View"*.

645.  March 27-31, 2009. American College of Cardiology (ACC), Orlando, FL. *"The Pathology of Vulnerable Plaque: Update on New Concepts"*, *"Vulnerable Plaque: Newer Targets and Approaches"*, *"Pathoanatomy"*, *"Pathogenesis of Atherosclerosis"*.

646.  April 2-3, 2009. Cardiology Grand Rounds, Beth Israel Deaconess Medical Center, Boston, MA. *"Drug-eluting stents and coronary thrombosis: biological mechanisms and clinical implication"*.

647.   April 8, 2009. Abiotic/Biotic Interfaces Workshop, Bethesda, MD. *"Valves and Stents"*.

648.   April 14-16, 2009. XIX Workshop on Interventional Cardiology, Brno, Czech Republic. *"Insights into DES Thrombosis from Necropsy and Experimental Animals: Can we design a safe DES?"*, and Panel Discussion DES vs BMS.

649.   May 3-4, 2009. Vanderbilt Seminar in Pathology, Nashville, TN. *"Critical Evaluation of the Natural History of Human Atherosclerosis and Utilization of Drug-eluting Stents"*.

650.   May 12-15, 2009. European Symposium of Vascular Biomaterials (ESVB), Strasbourg, France. *" Overview of arterial pathology after implantation of a biomaterial"*.

651.   May 16-22, 2009. Euro PCR, Barcelona, Spain. *"An ultrathin Martyn stent allows early endothelialization"*, *"What is the patho-biology of the lesion and potential treatment implications?"*, *"Understanding the link between endotheliazation/endothelial function"*, and *"Non-polymeric drug-eluting stents – Biofreedom"*.

652.   May 27, 2009. Grand Rounds California Pacific Medical Center, San Francisco, CA. *"The Mechanism of Early and Late Stent Thrombosis in DES"*.

653.   June 7-8, 2009. Mount Sinai, Visiting Professor Program, New York, NY. *"Plaque rupture vs. erosion: how are they different?"*, Controversies in Cardiology: *"Atherosclerosis Progression in Coronary and Carotid Arteries"*.

654.   June 10-12, 2009. Grand Rounds, Laval Hospital, Quebec Heart Lung Institute, Montreal, Canada. *"Critical Evaluation of the Current Understanding of The Natural History of Human Atherosclerosis"*.

655.   June 14-15, 2009. XV International Symposium on Atherosclerosis, Boston, MA. *"Critical Pathologic Evaluation of What Constitutes a Vulnerable Plaque"*.

656.   June 18-24, 2009. 7th Vulnerable Plaque Meeting, Athens, Greece. *"What to look for in the animal model? What (surrogate) endpoints are sufficient to evaluate a new device/technology?"*, *"Pathologic Features of Vulnerable Plaque"*.

657.   August 28-September 3, 2009. European Society of Cardiology Congress (ESC) 2009, Barcelona, Spain. *"Pathophysiology; early versus late stent thrombosis"*, *"Yentl Syndrome is dead: women are no longer a special case: Differences between men and women from a pathologist's perspective"*, *"Targeting plaque neovasculature"*.

658.   September 8, 2009. Cardiology Grand Rounds at Washington Hospital Center, Washington, DC. *"What Have We Learned from Autopsy Studies of Drug-Eluting Stents"*.

659.   September 21-25, 2009. Transcatheter Cardiovascular Therapeutics (TCT), San Francisco, CA. *"New Insights Into Atherosclerosis Progression and Transition to Acute Coronary Syndromes"*, *"DES Thrombosis…Pathologic Predictors of DES Thrombosis: Results from a Large Necropsy Experience"*, *"Are DES (vs. BMS) Associated with Late 'Catch-up' and Durability Concerns?*, *"Without a Doubt, Look at the Pathology!"*, *"Does Non Healing of DES in a TCFA Result in a Thrombotic Pro-Atherogenic Milieu?"*, *"Why Next Generation DES are Needed – Experimental Horrors"*, *"Are Polymer-free DES Systems Safer? Observations*

*from Experimental Studies in Animal Models"*, *"The Bioabsorption Process: Tissue Responses in Pre-Clinical Models"*, *"Designing the Bare Metal or Polymer Coated Stent of the Future From the Lessons of the Past"*, *"Experimental Findings, An Academic Comparison of Pre-Clinical results from "Current Era" Balloon-Expandable and Nitinol Self-Expanding Coronary Stents"*.

660.  September 30-October 2, 2009. Controversies 2009 Symposium, Beverly Hills, CA. *"Let us not forget valuable lessons"*, *"Cardiac Pathology and Transcatheter Values: Questions and Concerns"*.

661.  October 6-9, 2009. 5th International Summit on Advanced Cardiac Care (ISACC), Verona, Italy. *"Why the diabetic atherosclerosis is different?"*, *"The pathologist's opinion. A nice dream or a possible future?"*

662.  November 1-4, 2009. Tokyo Crossroads Institute, CRI Event, Tokyo, Japan. *"Findings from Pre-clinical Studies"*, and *"Findings from Clinical Trials"*.

663.  November 14-18, 2009. American Heart Association (AHA), Orlanda, FL. Moderator; Daytime Seminar, Drug-Eluting Stents: 2009.

664.  December 4, 2009. How to Become a Cardiovascular Investigator, Washington, DC. *"Choosing a Research Project/Mentor"*.

665.  January 25, 2010. Grand Rounds, University of PA School of Medicine, Philadelphia, PA. *"Morphology of Human Atherosclerosis"*.

666.  January 26-February 1, 2010. Complex Cardiovascular Therapeutics (CCT) 2010, Kobe, Japan. *"Stent Fracture in DES"*, *"What Can We Expect from OFDI in the Future"*, *"The Bioresorption Process: Tissue Responses in Pre-Clinical Models"*.

667.  February 21-23, 2010. Cardiovascular Revascularization Therapies, Washington, DC. *"Pathology of the Mital Valve"*, *"Pathology of the Percutaneous Aortic Valve"*, *"Development of the Necrotic Core"*, *"Role of Intraplaque Hemorrhage in the Development of VP"*, *"MRI Imaging of High-Risk Plaques"*, *"Pathological Predictors of DES Thrombosis: Will Second Generation DES Reduce Stent Thrombosis?"*, *"Are Polymer-Free DES Systems Safer?"*, *"PLLA Based Biodegradable Stent"*, *"The Animal Model: Which One, Why and When?"*, *"What Constitutes the Next Generation Drug Eluting Stent?"*, *"How to Select Your DES: The Pathologist's View"*.

668.  March 2-3, 2010. Vanderbilt Distinguished Cardiovascular Lecturer Series, Nashville, TN. *"Aortic valve disease and percutaneous valve treatment"*.

669.  March 13-16, 2010. ACC 2010, Atlanta, GA. *"Inflammation and the Pathophysiology of Rupture Prone Plaque"*.

670.  March 29 – April 3, 2010. China Interventional Therapeutics (CIT) 2010, Beijing, China. *"Analyzing the Data: Can the Information Be Extrapolated to Humans?"*, *"DES Thrombosis: What We Learn from Animal and Human Studies?"*, *"Comparisons of DES: The Pathology Report"*, *"Near-to-Complete Short-Term Re-Endothelialization of a  Sirolimus-Eluting Stent Using Electro-Grafting Coating Technology"*.

671.  April 14-17, 2010. Live IVUS 2010, Rome, Italy. *"Evolving concepts on the etiology and nature of the vulnerable plaque: the pathologist's view"*.

672.    May 24- 30, 2010. EuroPCR 2010, Paris, France. *"Pre-clinical results – insights from a pathologist"*, *"Do we need a 4th revolution? A pathologist's perspective"*, *"Early maturation of endothelialisation on hyaluronan-coated stents in a rabbit model of iliofemoral artery stenting"*, *"Reduction of inflammation and atherosclerotic burden by Everolimus-eluting stents in an atherosclerotic rabbit double injury model"*, *"Lessons from Pathology"*.

673.    June 2-3, 2010. Nationwide Children's Hospital Speaker Series, Columbus, OH. *"The Pathology of Drug Eluting Stents (DES) and the Role of Arterial Healing"*.

674.    June 10, 2010. 5th Annual CVRR Mini Retreat, Pittsburgh, PA. *"Understanding Stent Designs for Drug Delivery and Vascular Biology"*.

675.    June 11, 2010. GSK Lp-PLA2 Advisory Board, Philadelphia, PA. *"The role of Lp-PLA2 in stable and unstable atherosclerotic lesions and necrotic core progression"*.

676.    June 14- 17, 2010. Chinese Atherosclerosis Risk Evaluation Symposium, Beijing, China. *"A Vulnerable Plaques in Different Vascultures, and Their Relationships"*.

677.    June 14- 17, 2010. Chinese Atherosclerosis Risk Evaluation Symposium, Beijing, China. *"A Vulnerable Plaques in Different Vascultures, and Their Relationships"*.

678.    June 14- 17, 2010. Chinese Atherosclerosis Risk Evaluation Symposium, Beijing, China. *"A Vulnerable Plaques in Different Vascultures, and Their Relationships"*.

679.    June 19-22, 2010. Vulnerable Plaque Meeting, Cascais, Portugal. *"Vulnerable Plaque Hypothesis: pathological point of view"*, and *"New Pathologic Features of Vulnerable Plaque"*.

680.    June 26- 27, 2010. ADA 70th Scientific, Orlando, FL. *"Coronary Atheroma in Diabetes – Are they Different?"*.

681.    July 31- August 9, 2010. ANZET & CSANZ AMS 2010, Adelaide, Australia. *"Human Atherosclerosis – Can we predict which TFCA with rupture?"*, *"Aortic Valve Pathology Is chronic inflammation and stent thrombosis still an issue?"*.

682.    August 11- 14, 2010. XVI SOLACI – XX CACI 2010, Buenos Aires, Argentina. *"Vulnerable Plaque Histopathology"*, *"Stent Selection in Vulnerable Plaque"*.

683.    August 27- 31, 2010. European Society of Cardiology Congress (ESC) 2010, Stockholm, Sweden. *"Apoptosis, erosion, rupture"*, *"Inhibition of tumor angiogenesis and cardiovascular side effects"*, *"The atherosclerotic plaque, a meeting place for inflammatory cells"*.

684.    September 11- 14, 2010. Sorin Symposium at EACTS, Geneva, Switzerland. *"Which Valve for which patient? Silent and Apparent Ischemic Events: A Consideration in New Surgical Techniques"*.

685.    September 30- October 3, 2010. Cuore Maremma, Pescaia, Italy. *"The Vulnerable Plaque Degeneration and regeneration of the myocardium"*, *"Degeneration and regeneration of the myocardium"*.

686.    October 3- 6, 2010. Meeting with MD students, Verona, Italy. *"Stent Pathology"*.

687.  October 10-13, 2010. PCR Valves Course, London, England. *"Lessons from explanted percutaneous Heart Valves"*.

688.  October 14- 15, 2010. 8th Annual Miami International Revascularization Summit (MIRS), Miami, FL. *"Pathologic Understandings of the Different Technologies"*, *"A Pathologist's Understanding of the New Devices"*.

689.  October 18- 19, Grand Rounds, Medtronic, Toronto, Canada. *"Does Stent Type Selection Affect the Frequency of Early or Late Stent Thrombosis: Insights from Pathology"*, *"The ABCs of Stent Healing with a discussion on IVUS correlation with LST and the Future of Stenting"*.

690.  October 19-20, 2010. Grand Rounds, St. John's Providence Health System, Detroit, MI. *"Stent Selection in and the Frequency of Early and Late Stent Thrombosis: Insight form Pathology"*.

691.  October 24-25, 2010. Canadian Cardiovascular Congress, Montreal, Canada. *"Basic Physiology-culprit and vulnerable lesions, arteries, patients – new challenges, investigational needs"*, *"The Overall Success of Women in Cardiac Medicine"*.

692.  October 27-31, 2010. 4th Imaging & Physiology Summit 2010, Seoul, Korea. *"Evolving Neointima: Regression, Progression of Neo-Atherosclerosis?"*, *"Management of Vulnerable Plaque and Assessment of Plaque Regression"*.

693.  November 2, 2010. Atrium Medical Visit, Hudson, NH. *"Drug Eluting Stents, Drug Eluting Balloons, Biodegradable Stents"*.

694.  November 13-17, 2010. AHA 2010, Chicago, IL. *"The Best DES: Pathology Results"*, *"Alternative Macrophage Activation: The Significance of the Atherosclerotic Plaque"*, *"Microenvironment and Lesion progression, Laennec Clinician/Educator Lecture"*, *"Pathophysiology of Saphenous Vein Graft Failure"*.

695.  November 19, 2010. Abbott Polymer Science Summit, New York, NY. *"Polymer impact assessed in preclinical studies: Is there a relationship with XIENCE performance in clinical studies?"*.

696.  November 29, 2010. Pharmacotherapy Post Infrainguinal Endovascular Interventions in Symptomatic Patients with Peripheral Arterial Disease Expert Consultation, Washington, DC. *"Composition of the post-intervention lesion; Thrombosis versus neointimal proliferation – Influence of vascular location – Influence of risk factors"*, *"Remaining gaps – Approaches to filling identified gaps – Design of observational studies – Role for histopathology – Role for imaging"*, *"Leveraging existing resources to fill gaps"*.

697.  December 3, 2010. How to Become a Cardiovascular Investigator, Washington, DC. *"Choosing a Research Project/Mentor"*.

698.  December 8-12, 2010. JCA Luncheon, Tokyo, Japan. *"Bioabsorbable Scaffold: Why it should work"*, *"Xience V:  Why are the results so good"*, *"Why bioabsorable polymers and scaffolds make more sense than non-erodible polymers"*.

699.  December 13-16, 2010. Biosensors India Tour, Delhi and Mumbai, India. *"Histopathological Insights into DES Thrombosis from Large Necropsy And Experimental Animal Experiences: Can We Design a "Safe" DES?"*, *"Insights into DES Safety:  From Animal Lab to Cath Lab"*.

700.   January 21, 2011. LINC, 2011, Leipzig, Germany. *"What Do We Have to Watch Out For?"*.

701.   February 6- 8, 2011. LDDR 2011, Geneva, Switzerland. *"In human histo-pathological results of TAVI"*, *"Histo-pathological findings from technologies correcting mitral incompetence"*, *"State of the art:  coronary vs peripheral vessels:  similarities and differences from the translational lessons derived from different models and human histopathology"*, *"Biodegradable stent:  a comparison in different animal models (rabbit, sheep and pig) at different time points"*, *"Long term histo-pathological results in human:  from non-healing to instent accelerated atherosclerosis"*, *"Biological response:  Histopathology Results of GLP Animal Studies with Lutonix Coated Formulations"*, *"Biodegradable stent for peripheral use (below the knee):  biological response lesson from coronaries applicable?"*.

702.   February 10, 2011. Atherothrombosis Thrombosis and Vascular Permeability, Madrid, Spain. *"Pathology of coronary atherosclerosis"*, *"Vascular response to stenting"*.

703.   February 14- 15, 2011. 8th Annual Chronic total Occlusion Summit and Left Main Coronary Interventions Course, New York, NY. *"Morphology and Distribution of Left Main Atherosclerosis I:  Insights from Pathology"*, *"CTO Pathology and Pathogenesis"*.

704.   February 18, 2011. India Live, Mumbai, India. *"Are Bioabsorable stents replacing DES?"*, *"Latest on Xience V"*, *"Element Experience in animal mode"*, *"Insights into DES Safety:  From Animal Lab to Cath Lab"*.

705.   February 22, 2011. Grand Rounds, University of Pennsylvania, Philadelphia, PA. *"Atherosclerosis:  Peripheral vs. Coronary vs. Aortic"*.

706.   February 26, 2011. Lumen, Miami, FL. *"Applying Valuable Lessons from Pathology to STEMI Interventions"*.

707.   February 27- March 1, 2011. CRT, Washington, DC. *"Pathology of the Mitral Valve"*, *"Lessons from Explanted Percutaneous Heart Valves"*, *"New Insights into the Development of Vulnerable Plaque Revisiting the Pathological Definitions"*, *"Biodegradable Coating vs. Second Generation Durable Coating for DES:  What Do the Animal Models Tell Us?"*, *"Challenges for the Development of Biodegradable Scaffolds:  Insights from the Preclinical Trials"*, *"How to Select Your DES:  The Pathologist's View"*.

708.   March 4, 2011. Cardiology Grand Rounds, Lehigh Valley Health Network Allentown, PA. *"Pathology of Drug Eluting Stents (DES)  What We Have Learned from Autopsy Results"*.

709.   March 11, 2011. Cardiology Grand Rounds, East Carolina University, Greensville, NC. *"Progression of Atherosclerotic Disease and Limitation of Current Stents – Lessons Learned from Pathology At Autopsy"*.

710.   March 16, 2011. Interventional Cardiology, Snowmass Village, CO. *"Causes of In-stent Thrombosis Unrelated to Platelet Inhibition"*.

711.   March 30, 2011. Grand Rounds, Albert Einstein Medical Center, Philadelphia, PA. *"Pathology of Vulnerable Plaque and Its Relationship to Plaque Rupture"*.

712.   April 1 - 5, 2011.  ACC, New Orleans, LA.  *"Permanent vs Bioabsorable Scaffolding:  Preclinical Evidence"*.

713.   April 20, 2011.  Grand Rounds, George Washington University Hospital Center, Washington, D.C. "*DES:  Comparison of 1st Generation vs. 2nd Generation and Future Direction*".

714.   April 26 – 30, 2011.  TCT Asia Pacific, Seoul, Korea.  "*A Believer: Pathologist's Navigation Doesn't Lie*", "*DES Technologies:  Evolution of BioMime*", "*Stented Lesion Assessment:  Insights from Pathology to OCT*".

715.   May 5, 2011.  SCAI 2011, Baltimore, MD.  "*Pathology Review of Second Generation of DES*".

716.   May 14 – 15, 2011.  ESVB, Strasbourg, France.  "*Debulking techniques vs intraluminal and subintimal angioplasty and stenting:  Is there an impact on the healing characteristics?*", "*Difference in vessel wall reaction after DEB, balloon expandable and self-expanding DES application*".

717.   May 17 – 19, 2011.  EuroPRC, Paris, France.  "*How does stent design impact clinical outcomes: "Lessons From Pre-Clinical Work", "The Rule Of Opical Coherence Tomography In Assessing Stent Strut Coverage:  Lessons For Dual Anti-Platelet Therapy", "Anti-CD34 Stent Surface Modification Reduce Thromogenicity And Increase Endothelialisation", "Endothelialisation Of Polymer-Free Drug Coated Stents", "The Bioresorption Process Of Polyactide Devices:  Tissue And Cellular Mechanisms", "The Vision Of The Pathologist*".

718.   May 21, 2011.  Abbott ABSORB VRT Forum, Paris, France.  "*ABSORB Preclinical Program Update*", "*Dark Side of Metal – What Are The Long Term Effects*".

719.   June 13, 2011.  British Atherosclerosis Society Late Spring Meeting, Manchester, England, BAS Hugh Sinclair Lecture.  "*Coronary Atherosclerosis: Progression and Development of Thrombois*".

720.   June 19, 2011.  VPM, Cascais, Portugal.  "*Vulnerable Plaque is a Clearly Identified Entity in Pathological Studies*".

721.   June 28, 2011.  Scientific Expert Advisory Board Meeting – GE Healthcare, London, England.  "*The Role Of Chronic Inflammation In Cardiovascular Disease (E.G. Atherosclerosis), Including The Overview Of:  The Different Cells Involved In Inflammation, The Different Inflammatory Processes Involved In Cardiovascular Disease, Chronic Vs. Acute Inflammation*".

722.   July 8, 2011.  1st Annual Integrative Imaging Conference, San Diego, CA.  "*Pathology of Atherosclerosis and Its Progresson*", *Drug Eluting Stents: What have we learned?*", *New Tools and Way They May Work to Assess Risk Stratification of Asymptomatic or Symptomatic Patients*".

723.   July 22, 2011.  CVIT 2011, Osaka, Japan.  "*Stents vs. Scaffold:  Are We Sure Totally Bioerodable Scaffolds Will Be Better than Metalic DES?*"

724.   July 23, 2011.  Abbott Vascular Luncheon Symposium.  Osaka, Japan.  "*Bioresborable Scaffolds:  From Bechwork to Clincial Application*".

725.   July 30, 2011.  Great Minds Asia Pacific, Hong Kong.  "*Components That Matter To the Clinical Outcomes in DES*".

726.   August 17, 2011.  W. L. Gore SAB, Flagstaff, AZ.  "*Valve Failure Modes for the Aortic Valve*".

727.   August 29, 2011.  ESC, Paris, France.  *"The Role of LP-PLA2 in Vascular Inflammationand Rupture Prone Plaque".*

728.   September 22, 2011.  Functional Neurovascular Imaging.  *"Intracranial Vasa Vasorum".*

729.   September 24 - 25, 2011.  59th JCC, Kobe, Japan.  *"Understanding Stent Designs for Drug Delivery and Vascular Biology", "The Pathology of Drug-Eluting Stents (DES) and the Role of Arterial Healing".*

730.   October 3, 2011.  M3 International Cardiovascular Conference, Miami, FL.  *"A Pathologist's Understanding of Structural Device Implants".*

731.   October 7, 2011.  Top 10 In Cardiology, Lausanne, Switzerland.  *"The Unstable Coronary Artery Plaque:  Have We Deciphered the Rosetta Stone?"*

732.   October 10, 2011.  Abbott Drug-Eluting Stents Update Program, Cagliari, Italy.  *"Difference Between BMS and DES in the Short and Long Term Period Post-implant:  Pathologic Feature and Their Relationship With Clinical Events", "New Indications for the Use of DES:  Their Safety and Their Future".*

733.   October 12 - 13, 2011.  32nd GISE National Congress, Genoa, Italy.  *"Plaque Progression and Instability:  Critical Insights from Pathology", "Anatomical Findings of TAVI", "Thrombus Analysis:  Preliminary Comments".*

734.   October 15, 2011.  Alvimedica Coracto Launch Meeting, Istanbul, Turkey.  *"Comparing Vascular Remodeling and Healing of the Coracto DES to 1st and 2nd Generation DES in a Rabbit Preclincal Model".*

735.   November 6 - 11, 2011.  TCT, San Francisco, CA.  *"How Are Left Main and the Non Left Main Bifurcations Unique, and How Should These Observations Affect the Interventional Approach I:  Insights from Pathology", "Analysis of Human Necropsy Transcatheter Heart Valve Specimens:  Valve Design Differences, Durability Predictions, and Comparison With Surgical Valves", "How to Select DES:  The Pathologist's View", "A Temporal Assessment of Drug Distribution Following Local Balloon Delivery of Nanoparticle Sirolimus", "What Structural Features Predict Plaque Vulnerability and Future Events?  New 2011 Insights", Experimental Considerations and the Challenges in the Validation Process of Percutaneous Valve Technologies II:  Animal Models", The Promise and the Challenge of Bioabsorbable Scaffolds (AS I See It)", "Tissue Safety Studies:  Similarities and Critical Differences Between DCB and DES Technologies", "DCB Insights from the Preclinical Model", "A Pathologist's Perspective", "Contrarian Position:  Drug-Eluting Bioabsorbable Stents Will Introduce More Problems Than They Solve".*

736.   November 15, 2011.  AHA, Orlando, FL.  *"Biology of Restenosis"  The Role of Patient, Platform and Potential For the Future", "Epidemiology, Pathology, and Pathophysiology of Intraplaque Hemorrhage".*

737.   December 1- 2, 2011.  Optics In Cardiology, Rotterdam, Netherlands.  *"Atherosclerosis:  What Imagers Need to Know", "Matching Intravascular Imaging with Histology".*

738.   December 9, 2011.  Morphology and Myocardial Ischemia:  What We Have Learnt So Far, Belgrade, Serbia.  Skype Presentation *"Drug-Eluting Stents and Coronary Thrombosis – Biological Mechanisms and Clinical Implications".*

739. December 9, 2011.  ACC's 44th Annual New York Cardiovascular Symposium, New York, NY.  *"Adventitia Vasa Vasorum and Inflammation:  A War In Progress of Defense vs. Betrayal".*

740. December 12, 2011.  NIDDK/JDRF.  Bethesda, MD.  *"Atherosclerotic Plaques".*

741. January 6, 2012.  Imaging & Physiology Summit/Chronic Total Occlusion Live 2012 (IPS/CTO Live).  Seoul, Korea.  *"Histopathologic Validation of In-stent Neoatherosclerosis",  "Neoatherosclerosis:  Correlates OCT/IVUS with Histology".*

742. January 26, 2012.  Leipzig Interventional Course (LINC) 2012.  Leipzig, Germany.  *"Pros and cons of different technologies in peripheral arteries: insights from a pathologist",  "Is in-stent restenosis a treatable pathology".*

743. Janury 29, 2012.  ACCF 2012 Cardiovascular Symposium.  Delhi, India.  *"Inflammation in Atherosclerosis:  A War of Defense vs. Betrayal, from Endothelium to Adventia",  "The Thrombotic Process in Atherosthrombosis:  A Subclinical and Clincal Chaos".*

744. February 2, 2012.  International Stroke Conference.  New Orleans, LA.  *"Pathobiologic Links Among Clinical Arteriopathies, Histopathology and Morphologic Markers Underlying Stroke".*

745. February 3-4, 2012.  Local Drug Delivery Meeting (LDDR).  Geneva, Switzerland. *"Biodegradable stents versus BMS:  histopathology in perspective", "Short and long-term experimental results used combined-limus-biodegradable polymer coating technology", "Long term histo-pathological results in humans using BMS and stable polymers:  Can we speculate for biodegradable polymers", "Coronary arteries versus peripheral arteries: what makes them different".*

746. February 5-6, 2012.  Cardiovascular Research Technologies 2012 (CRT).  Washington, DC.  *"Pathology of the Mitral Valve",  "The Pathological Insight from Explanted Percutaneous Heart Valves",  "New and Established Triggers and Morphological Insights for Plaque Vulnerability",  "The Pathology of Neoatherosclerosis in Human Coronary Implants, Bare-Metal and Drug Eluting Stents", "Biodegradable Polymer Coatings:  Are They Safer?", "Challenges for the Development of Biodegradable Scaffolds:  Insight from the Preclinical Trials".*

747. *February 16, 2012.  Milan Cardiology Congress.  Milan, Italy.  ""Post-hoc" analysis".*

748. February 25, 2012.  India Live 2012.  Delhi, India.  *"Vulnerable Plaque: The Challenges Ahead".*

749. March 8, 2012.  EuroPCR Focus Course Group on BVS.  Rotterdam, The Netherlands. *"Anatomo-pathologist's perspectives:  The Problems of Metallic DES Have Not Been Resolved", "Lessons Learnt from Preclinical Studies of ABSORB – Testing A Device In A Healthy Porcine and Rabbit".*

750. March 15-17, 2012.  China Interventional Therapeutics 2012 (CIT).  Beijing, China.  *"How Are Left Main and Non-Left Main Bifurcations Unique And How Should These Observations Affect The Interventional Approach 1:  Insights From Pathology", "Comparison Of Endotheial Response Following Different DES Implants", "The Promise and Challenge of Bioabsorable Scaffolds", "Similarities and Critical Differences Between DCB and DES Technologies".*

63

751. March 19, 2012.  United States and Canadian Academy of Pathology 2012 (USCAP).  Vancouver, British Columbia.  *"Pathology of Contemporary Interventions:  angioplasty, naked stents and dressed (coated) stents"*.

752. March 24-26, 2012.  American College of Cardiology 2012 (ACC 2012).  Chicago, IL.  *"Pathogenesis of Atherosclerosis"*, *"Limitations of Current DES – a pathologist's view"*.

753. April 4, 2012.  California Medical Center, San Francisco, CA Grand Rounds.  *"The Pathological Insight into Coronary Stent Technology from Autopsy Examination"*.

754. April 12, 2012.  GI2 Global Summit on Innovations in Interventions.  Sao Paolo, Brazil.  *"When to Give the Green Light for Human Studies:  The Value of Translational Research"* and *"The Pathology of DES with biodegradable polymer:  Are they really better?"*.

755. April 18, 2012.  Johns Hopkins.  Baltimore, Maryland.  Grand Rounds.  *"What We Have Learned About Atherosclerosis from Plaques in Different Vascular Beds"*.

756. April 24-26, 2012.  TCTAP 2012, Seoul, Korea.  *"Vulnerable Plaque:  Anatomic Features Linked to Future Events"*, *"Plaque Progression and Instability:  Critical Insights from Pathology"*, and *"Thrombosis and Inflammatin in Plaque Vulnerability:  What is the Next Target for New Drugs?"*.

757. April 27, 2012.  EPIC 2012, Emory University, Atlanta, Georgia.  *"Lessons from Pathology"*.

758. May 1, 2012.  Duke University, Durham, North Carolina.  Grand Rounds.  *"2012 How To Become a Cardiovascular Investigator"* and *"What Structural Features Predict Plaque Vulnerability and Future Events"*.

759. May 8, 2012.  Washington Hospital Center, Washington, D.C.  *"Comparison of Native Atherosclerosis to Vein Graft Atherosclerosis to In-stent Atherosclerosis"*.

760. May 16-17, 2012.  EuroPCR.  Paris, France.  *"What Do In-Stent Restenosis, Neo-Atherosclerosis, and Stent Thrombosis Have In Common?"*, *"DES – Technology Evolution:  Where Are We Today?"*, *"Anatomy And Pathology of Aortic Valve"*, *"Anatomy and Pathology of the Mitral Valve in Heart Failure"*, *"Mechanism of Action"*, *"Understanding the Complex Pathology of ACS Patients and the Best Possible Stent Treaments Available (Pathology Approach)"*, and *"An Ex-Vivo Autopsy Study of Early Stent Thrombosis in Human Coronary Arteries"*.

761. May 19, 2012.  ACCF BSC Cardiovascular Symposium.  Sao Paolo, Brazil.  *"Inflammation in Atherothrombosis:  A War of Defense vs. Betrayal, from Endothelium to Adventitia"* and *"The Thrombotic Process in Atherothrombosis A Subclinical and Clinical Chaos"*.

762. June 24, 2012.  VPM 2012.  Athens, Greece.  *"Vulnerable Plaque Is a Clearly Identified Entity in Pathological Studies"* and *"Macrophage Differentiaion and Prevents Foam Cell Formation in Atherosclerotic Plaques"*.

763.   August 14-19, 2012.  ANZET/CSANZ 2012.  Brisbane, Australia.  *"Mitral Valve Pathology"*, RT Hall Lecture *"Coronary Atherosclerosis and Progression"*, and *"Clincal Trials in New Stent Platforms – A Perspective on What We Are to Expect from the Next Generation of Coronary Stents"*.

764.   August 26-28, 2012.  ESC 2012.  Munich, Germany.  *"Microscopes"*, *"Pathology of the Vulnerable Plaque"*, and *"State of the Art – Identifying Vulnerability in Plaque"*.

765.   September 18, 2012.  CIRSE 2012.  Lisbon, Portugal.  *"IN.PACT DEB Preclincal Evidence."*

766.   September 20, 2012.  ENCORE 2012.  Seoul, Korea.  *"Neoatherosclerosis Following Stent Implantation"*, *"Drug Coated Balloon and What Is Required for Approval"*, *"How to Select a DES – The Pathologist's View"*, *"OCT and Plaque Progression and Changes Following DES Implantation in Autopsy Studies"*.

767.   September 22, 2012.  OrbusNeich Combo Launch Dinner.  Hong Kong.  *"Dual Therapy Stent, Why Do We Need It?"*

768.   September 24, 2012.  SCAI Women In Innovations and the ACC Gender Data Form.  Washington, D. C.  *"Results from Patho-biological Studies"*.

769.   September 27, 2012.  Grand Rounds Tufts University.  Boston, Massachusetts.  *"Relationship of Plaque Morphometry to Thrombosis"*.

770.   October 4 2012.  29th Annual Hartford Hospital Cardiovascular Symposium.  Hartford, CT.  *"Drug Eluting Stetns:  Cause of Early , Late and Very Late Thrombosis"*.

771.   October 22 – 26, 2012. Transcatheter Cardiovascular Therapeutics.  Miami, Florida. *"Neoatherosclerosis After BMS and DES:  Pathologic Insights"*, *"Localized Treatment of Vulnerable Plaque by TIN-117m Conversion Electrons: First Human Results"*, *"Vascular Healing and the Evolution of DES Technologies:  Pathology Insights from Human Specimens"*, *"Pathogenesis of Vulnerable Plaque 2012:  What's New?"*, *"Pre-Clinical Review:  Perirenal Nerve Distribution, Density, and Quantification:  Implications for the Evaulation of Device Safety and Efficacy"*, *"Translational Medicine and Renal Denervation:  Pre-Clinical Animal Models and Histoanatomy"*, *"Paclitaxel Delivery and Tissue Effects:  Similarities and Critical Differences with DES"*, *"Pathological Features of Peripheral Atherosclerotic Disease: Implications for Device Selection"*, *"Experimental Evaluation of Device Success:  Local Tissue Effects, Distal Embolization and Beyond"*, *"Seminal Pathobiologic Insights Which Have Shaped and Guided Interventional Cardiovascular Medicine"*.

772.   November 2-3 2012.  CCT 2012.  Kobe, Japan.  *"Renal Denervation: Histopathology and Mechanism of Action"*, *"What We Are to Expect from Newer-generation DES – a Pathological Perspective"*.

773.   November 4-5, 2012.  AHA 2012.  Los Angeles, CA.  *"Aortic Stenosis:  Anatomy and Pathophysiology"*, *"Mitral Valve Anatomy and Pathophysiology"*.

774.   November 28, 2012.  ASTM-FDA Workshop on Absorbable Medical Devices.  Silver Spring, Maryland.  *"Histopathologic Results of Bioabsorbable Stent (BVS) in the Porice Model"*.

775.    November 30, 2012.  Munich Vascular Conference.  Munich, Germany. *"Similarity and Differences Between Carotid, Aortic, and Coronary Atherosclerosis"*.

776.    November 30, 2012.  PCI Live.  Munich, Germany.  *"Innovative Methods in Interventional Cardiology:  Can the Pathologist Predict Clinical Outcome?"*.

777.    December 3-4, 2012.  ICI Meeting 2012.  Tel Aviv, Israel.  *"Can Neoatherosclerosis Be Eliminated By Improving Stent Technology?"*, *"Should Vulnerable Plaque Remain a Target for Treatment for the Interventionalist?"*

778.    December 7, 2012.  New York Cardiovascular Symposium 2012.  New York, New York.  *"The View of a Pathologist"*.

779.    December 9, 2012.  64th Annual CSI Conference and SAARC Cardiac Conference. New Delhi, India.  *"A Decade of Evolution of Drug Eluting Stents:  From Histopath Lab to Cath Lab"*, *"Pathology of Renal Denervation"*.

780.    January 8, 2013.  Grand Rounds Yale University.  New Haven, Connecticut. *"Safety and Effectiveness of DES and Bioresorbable Scaffolds:  The Pathologist's View"*.

781.    January 24-25, 2013.  LINC 2013.  Leipzig, Germany.  *"In-stent Restenosis – Insightes Into the Pathomechanism and What It Takes to be Successful"*, *"Preclincal Evidence, Technology, and Mechanism of Action of Lutonix Drug Coatd Balloon"*, *"What Is Worse:  Metallic Implants for Toxic Drugs?"*, *"Understanding the Target:  Peri-renal Nerve Distribution, Density and Quantification"*.

782.    February 7 – 9, 2013.  LDDR 2013.  Geneva Switzerland.  *"Structural Deterioration in TAVI and Potential Implications on Durability."* *"Ultrasound:  Experimental Results After Internal and External US Application for Renal Denervation,"* *"State of the Art:  Biodegradable Stent Versus Biodegradable Top-coating Versus BMS:  Where are the Factual Indicator of a Real Progress:  View of the Pathologist,"* *"State of the Art: Coronary Arteries versus Peripheral Arteries:  What Makes Them Different."*

783.    February 13 -14, 2013.  Cardiology Update 2013.  Davos, Switzerland.  *"The Vulnerable Plaque;  The Pathologist's View,"* *"Anatomy and Pathology of the Mitral Valve."*

784.    February 24 – 25, 2013.  CRT 2013.  Washington, DC.  *"New Mechanisms and Pathogenesis of Acute Coronary Syndrome,"* *"Pathology of the Mitral Valve: What You Need to Know,"* *"The Pathological Insight from Explanted Percutaneous Heart Valves:  What Is It That You Need to Know Before TAVR,"* *"Neoatherosclerosis Post BMS and DES,"* *"New Pathologic Insights into Atherosclerosis Progression and Thrombosis,"* *"Do Biodegradable Polymers Have an Advantage?,"* *"Challenges for the Development of Biodegradable Scaffolds: Insight from the Preclinical Trials."*

785.    February 27 – March 1, 2013.  India Live 2013.  Delhi, India.  *"History of DES Evolution:  What Have We Learnt?,"* *"Aortic Stenosis, TAVI:  What Have We Learnt From the First 50 Autopsy Cases?,"* *"Vascular Pathologis's View – Stents, TAVI,and Other Technologies."*

786.    March 6, 2013.  Vascular Reparative Therapy Forum.  Amsterdam, Netherlands. *"Late Tissue Response, DES Vs. BVS."*

787.   March 7, 2013.  PCR Focus Group.  Rotterdam, Netherlands.
       *"Anatomopathologist's View of the Past and Future of PCI,"* *"What Are the
       Biological Consequences of Polymer or Metal Resorption in Coronary
       Arteries?"*

788.   March 9 – 11, 2013.  ACC 2013.  San Francisco, CA.  *"Pathology of
       Neoatherosclerosis and Very Late Stent Thrombosis:  Evidence, Time Course,
       and Validation of Imaging,"* *"Pathology of the Renal Sympathetic System:
       Implications for the Evaluation of Device Safety and Efficacy,"* *"Evolution
       of Stent-based Drug Delivery and Vascular Healing:  How Much Progress has
       been Made?,"* *"Essential Valvle Pathology for the Clinician,"* *"Pathoanatomic
       Concerns with TAVR Therapy in Patients with Bicuspid Aortic Valve Disease."*

789.   March 15 – 17, 2013.  The 77th Annual Scientific Meeting of the Japanese
       Circulation Society.  Yokohama, Japan.  *"What Can We Expect From OFDI in the
       Future?,"* *"Pathology of Ruptured Plaques,"* *"Difference Between Native
       Coronary Vein-Graft Atherosclerosis and In-Stent Atherosclerosis,"*
       *"Pathology Perspective:  First, Second Generation DES,"* *"Pathology of Acute
       Coronary Syndromes."*

790.   March 21 – 22, 2013.  CIT 2013.  Beijing, China.  *"The Promise and Challenge
       of Bioresorbable Vascular Scaffolds:  Insight From Pathology,"* *"The
       Pathoanatomy of Mitral Valve Disease:  Insights from Human Autopsies,"* *"New
       Insights into Mechanisms of ST-Segment Elevation Myocardial Infarction,"*
       *"Paclitaxel Delivery and Tissue Effects:  Similarities and Critical
       Differences with DES,"* *"Latest Experimental Results of Endothelializaton
       with BuMA Stent."*

791.   March 27, 2013.  Interventional Cardiology 2013.  Snowmass Village, CO.
       *"Neo-Atherosclerosis,"* *"Vulnerable Plaque and Acute MI and Sudden Death."*

792.   April 11, 2013.  Merck Seminar.  Rahway, NJ.  *"Atherosclerosis:  Are All
       Beds Effected Equally."*

793.   April 23, 2013.  Cardiology Grand Rounds Cedars Sinai.  Los Angeles, CA.
       *"Valvular Heart Disease and TAVR,"* *"Sudden Death:  How Valid are the Data
       with and without Postmortem Exams?"*

794.   April 25 – 26, 2013.  TCT Asia Pacific.  Seoul, Korea.  *"Dual Stent Therapy
       – Is There a Need?,"* *"Pathogenesis of Vulnerable Plaque 2013:  What's New?,"*
       *"Late Complication:  Stent Fractures and Restenosis,"* *"Pathology of
       Transcather Aortic Valve Implantation."*

795.   April 27, 2013.  Inova Heart and Vascular Institute 2013 Cardiovascular
       Symposium.  Tysons Corner, VA.  *"Update on Acute Coronary Syndrome:  A
       Pathologist's View."*

796.   May 10, 2013.  The 4th Revolution in Interventional Cardiology:  The
       Vascular Restoration Therapy.  Milan, Italy.  *"Will It Be Possible to
       Restore Natural Vessesl Structure and Function."*

797.   May 11, 2013.  ESVB 2013.  Strabourg, France.  *"Anastomotic and Interluminal
       Restenosis of Femoral Vein Grafts and Impact of Stenting."*

798.   May 21 – 24, 2013.  EuroPCR 2013.  Paris, France.  *"Histopathological
       Assessment of Sympathetic Renal Denervation with Irrigated Catheter,"* *"Where
       Are We With Monotherapy DES?,"* *"COBRA PzF Stent Pre-clinical Investigation,"*
       *"Differences Among Devices:  The Pathophysiologist's Point of View,"*
       *"Preclinical Evaluation of the Bioresorbable Scaffolds:  What to be Assessed*

67

*and Which Model to be Used?," "Preclincial Results with Bioresorbable Polymer Coatings."*

799. June 11, 2013.  Cardiology Grand Rounds UNC Chapel Hill.  Chapel Hill, NC. *"Drug Eluting Stents and the Future," "Coronary Atherosclerosis and Its Progression."*

800. June 12, 2013.  Cardiology Grand Rounds Christiana Care Health System. Newark, DE.  *"Similarity and Differences Between Carotid, Aortic, and Coronary Atherosclerosis."*

801. June 23, 2013.  VPM 2013.  Rohefort en Yvelines, France.  *"Macrophage Differentiation Prevents Foam Cell Formation In Atherosclerotic Plaques."*

802. June 24, 2013.  Europace 2013.  Athens, Greece.  *"Differences Among Devices: The Pathophysiologist's Point of View."*

803. August 29 – 30, 2013.  Encore 2013.  Seoul, South Korea.  *"Are Biodegradable Polymer and No Polymer Better Than Durable Polymer?  A Perspective from Pathologist," "Insights and Perspectives Gained From Studies of Human Arteries," "Pathogenesis of Vulnerable Plaque," "Uncovered stent strut, pathologic view," "The Pathophysiology of ISR."*

804. September 1 – 2, 2013.  ESC 2013.  Amsterdam, The Netherlands.  *"Lessons From Beyond the Grave," "The Overall Success of Women in Cardiac Medicine: Tips and Tricks for Navigating Your Career."*

805. September 17, 2013.  PCR London Valves Course.  London, England. *"Histopathological insights from embolic debris captured during TAVI."*

806. September 27, 2013.  Grand Rounds University of Chicago.  Chicago, Illinois. *"Coronary Atherosclerosis, Plaque Progression, and Calcification."*

807. October 4, 2013.  Top 10 In Cardiology.  Lausanne, Switzerland.  *"Stenting or Vascular Scaffolding:  Progress in Percutaneous Revascularization as Seen by the Pathologist."*

808. October 9, 2013.  VIVA 2013.  Las Vegas, Nevada.  *"Proven Safety through Preclinical Data and Technology."*

809. October 11, 2013.  Grand Rounds University of Colorado Aurora.  *"Coronary Atherosclerosis and Progression."*

810. October 18, 2013.  CCT 2013.  Kobe, Japan.  *"Pathological Perspective of DES:  From First Generation DES to Second Generation DES." "Pathologic Insights into Renal Denervation," "Pathologist Point of View," "Late Tissue Response, Metallic DES vs. BVS," "What Are We Looking At On OCT?  Insights From Pathological Studies."*

811. October 27 – 31, 2013.  TCT 2013.  San Francisco, California.  *"Vascular Responses of Contemporary Durable Polymer DES, Bioabsorbable Polymer DES, Polymer-Free DES and fully Bioresorbable Scaffolds:  Can Meaningful Differences in Vascular Response Be Ascertained?," "There is No Bull's Eye: Nerve Distribution and Location Patterns Are Not Specific in Humans," "Mitral and Tricuspid Disease: Pathologist's Perspective," "Safety Considerations in Renal Denervation:  The Impact of Open-Irrigated Ablation. Histopathological Assessment," "Proven Safety through Preclinical Data and Technology," "2013 Concepts of Plaque Progression, Expansion, Rupture, and*

Thrombosis," "*Improving Current DES Limitations*."

812. November 1, 2013.  CSI Calcium Summit.  San Francisco, California.  "*Explanation of calcium production and deposition in the arteries*."

813. November 14 – 15, 2013.  AICT 2013.  Bangkok, Thailand.  "*Late Complication: Stent Fractures and Restenosis*," "*Neoatherosclerosis in DES From Pathology to Clinical Scenario*," "*An Ideal Vascular Reparative Device*."

814. November 20, 2013.  VEITH Symposium 2013.  New York, NY.  "*Insights into the Pathogenesis of ISR*," "*Proven Safety through Preclinical Data and Technology*," "*Which is Worse for Diseased Arteries:  Metal (Stents) or Toxic Drugs (On DEBs and DESs):  What Will the Long Term Effects Be*," "*What is the Target in Renal Denervation:  Why Is the Artery Not Damaged or Is It?*"

815. December 2 – 3, 2013.  ICI 2013.  Tel Aviv, Israel.  "*TAVR:  Lessons Learnt from Autopsy Specimens*," "*Should Mitral Valve Be Tackled Percutaneously?*," "*Etio-histopathology of captured embolic material during structural heart interventions*."

816. December 4, 2013.  BVS Forum.  Catania, Italy.  "*The Anatomopathology of Metallic DES:  What We Have Learned*," "*The Anatopathologist's View:  The Biological Consequences of Polymer or Metal Resorption in Coronary Artery*."

817. December 13, 2013.  New York Cardiovascular Symposium.  New York, NY.  "*View of the Pathologist*."

818. January 15, 2014.  Grand Rounds California Pacific Medical Center.  San Francisco, California.  "*Bioabsorbable Coatings and Scaffolds*."

819. January 28 – 30, 2014.  LINC 2014.  Leipzig, Germany.  "*Less is more? Are more focal scaffolds the better solution?*," "*Pre-clinical safety data and technology review*," "*What have we learned about our target?  Sympathetic nerve distribution and implications for therapy strategies*," "*The Pathophysiological View: The Effects Of Ultrasound Energy In The Renal Arteries*," "*The only solution for peripheral arteries is to avoid permanent implants – bioabsorbable scaffolds will be the future!*"

820. February 13, 2014.  Milan Cardiology Congress.  Milan, Italy.  "*Anatomy and Pathology of ATS Plaque*."

821. February 23 – 25, 2014.  CRT 2014.  Washington, DC.  "*Pathology of the Mitral Valve:  What You Need to Know*," "*New Pathologic Concepts 2014: Neoatherosclerosis Progression and Thrombosis*," "*The Pathological Insight from Explanted Percutaneous Heart Valves: What Do You Need to Know Before TAVR?*," "*Pre-Clinical Evaluation with the Lutonix Balloon*," "*Do Biodegradable Polymers Have an Advantage?*," "*Biodegradable Scaffolds: Insight from the Preclinical Trials*," "*Will Drug-Coated Balloons Make A Difference?*"

822. February 28 – March 1, 2014.  India Live 2014.  Delhi, India.  "*Twenty Years' Experience With Coronary Stenting – My Recommendations*," "*The Promise and Challenges of Bioresorbable Vascular Scaffold – A Pathologist View Point*," "*Science behind MeRes - Sirolimus Eluting Bioresorbable Vascular Scaffold*," "*Pathoanatomy of Mitral Valve Disease*," "*Bioresorbable Scaffolds under my Microscope*."

823. March 20 – 22, 2014.  China Interventional Therapeutics 2014.  Shanghai, China.  "*Science Behind Bioresorbable Vascular Scaffolds*," "*A Novel*

*Technology of the Target Eluting Stent:  Insights from FIREHAWK Preclinical
Study," "Stent Neoatherosclerosis and Its Contribution to Late Restenosis,"
"Latest Experimental Data of Endothelial Response Following BuMA
Implantations," "Vessel Healing Following Paclitaxel Delivery via Balloon
Coating: Biological Implications for Device Development."*

824.   March 23, 2014.  Japanese Circulation Society 2014.  Tokyo, Japan.
       *"Pathophysiology of Atherosclerosis Plaque Progression."*

825.   March 30, 2014.  ACC 2014.  Washington, DC.  *"Preclinical Safety Data and
       Technology Overview."*

826.   April 3, 2014.  ISSSTE 2014.  Mexico City, Mexico.  *"The Histopathology of
       Bioabsorbable Scaffolds," "The Vascular Biology of Atherosclerosis.  From
       the pathology to OCT."*

827.   April 15, 2014.  Grand Rounds University of Virginia, Charlottesville, VA.
       *"Comparison of Native & Vein Graft Atherosclerosis."*

828.   April 23 – 24, 2014.  TCTAP 2014.  Seoul, South Korea.  *"Vulnerable Plaque:
       A Growing Concept from Autopsy Studies," "Pathologic Insights from Explanted
       Percutaneous Heart Valves," "Vascular Responses of Contemporary DES," "The
       Pathologic Evidences: Neointima Becomes Neoatherosclerosis!," "Are
       Biodegradable Polymer & No Polymer Better Than Durable Polymer?  A
       Perspective from the Pathologist."*

829.   April 26, 2014.  National Interventional Council.  Kochi, India.  *"DES or
       BVS – looking through the crystal ball or doing a reality check: the final
       verdict."*

830.   May 1, 2014.  Grand Rounds Mount Sinai Medical Center.  Miami, Florida.
       *"The Latest in Drug Eluting Stents."*

831.   May 8, 2014.  Yale CVRC-NAVBO Cardiovascular Inflammation and Remodeling
       Symposium.  New Haven, Connecticut.  *"Coronary Atherosclerotic Remodeling
       and Progression."*

832.   May 13, 2014.  UCLA Vascular Biology Seminar Series.  Los Angeles,
       California.  *"Progression of Atherosclerosis."*

833.   May 21-22, 2014.  Euro PCR 2014.  Paris, France.  *"A novel technology of an
       albuminal groove-filled biodegradable polymer sirolimus-eluting stent:
       insights from the pre-clinical study of Firehawk," "Pathology of mitral and
       tricuspid diseases," "Critical appraisal: clinical perspective and audience
       Interaction," "Vascular biology and the role of scaffold dismantling in
       healing."*

834.   June 22, 2014.  VPM 2014.  Windsor, Great Britain.  *"Hierarchical importance
       of pathological characteristics to differentiate vulnerable plaques –
       lessons learn from sudden cardiac autopsy hearts."*

835.   July 22-25, 2014.  CVIT 2014. Nagoya, Japan.  *"Pathology of in-stent
       neoatherosclerosis compared with native coronary atherosclerosis:  Can
       improvement in stent technology overcome the issue?," "Bioresorbable
       Scaffolds:  New Insights from Preclinical Trials," "In Stent
       Neoatherosclerosis:  DES vs. BMS."*

836.   September 14-17, 2014.  TCT 2014.  Washington DC.  *"Comparison of Current
       Generation Metallic DES with BMS and First Generation DES: Pathologic*

70

*Progress and Remaining Challenges," "Understanding mechanisms for explation.", "Understanding mechanisms for self-expansion, with histology and in-viro models, in STEMI".*

837.   September 25-27, 2014.  ENCORE 2014. Seoul Korea.  *"DES Failure: mechanisms and treatment," "Autopsy Studies of TAVR:  What Have We Learnt?", "Bioabsorbable Scaffolds:  Are They Ready for Prime Time?," "Unique Demands of the Femoral Anatomy and Pathology and the need for Unique Demands Inventions".*

838.   October 9-10, 2014.  Cardiovascular Nanomedicine – Houston Methodist. Houston, TX.  *"Insights Into Coronary Artery Pathobiology and Translation Toward Improved Cardiovascular Care: The CVPath Institute".*

839.   October 16-17, 2014.  SAWC Fall 2014.  *"Summarize of the Histopathology and Mechanism of Action for Drug Coated Balloons Treating Peripheral Vascular Disease".*

840.   *November 22, 2014.*  IVM Course.  *Boston, MA.  "IVM of the cardiovascular system, lecture with real-time audience response system".*

841.   November 16-17, 2014.  AHA 2014.  Chicago, IL.  *"Pathologic Contributions of Calcification to the Unstable Plaque," "Pathology, Molecular and Cellular Drivers of Vascular Calcification".*

842.   November 19-20, 2014.  VEITH Symposium 2014.  New York, NY.  *With Respect to Renal Denervation, Where Do The Renal Sympathetic Nerves Lie With Respect To The Renal Artery:  Can Radiofrequency (RF) and Ultrasound InActivate Them And What Effect Do These Modalities Have On The Renal Artery; The Only Good Solution For Treatment Of Peripheral Artery Occlusive Lesions Must Avoid Permanent Implants:  Bioabsorbable Scaffold Will Be The Future.*

843.   December 6, 2014.  CSI Calcium Summit.  San Antonio, TX.  *"Explanation of Calcium Production and Deposition In the Arteries".*

844.   December 13-14, 2014.  Lutonics National Sales Meeting*.  Scottsdale, AZ. "Maximized Safety Profile.  Not ALL DCBS Are Created Equal".*

845.   December 14-16, 2014.  ICI 2014.  Tel Aviv, Israel.  *"Is Mitral Valve Repair or Replacement the Next Frontier; Will Bioabsorbable Scaffold Replace Metal Stents".*

846.   January 28-30, 2015.  LINC 2015.  Leipzig, Germany.  *"Renal Denervation: What has anatomy taught us?", "Safety of Paclitaxel balloon coatings: Insights from a pathologist," "Not all DCBs are created equal: Side by side pre-clinical safety evaluation of leading DCBs," "The Relevance of Paclitaxel dose and coating for efficacy and safety."*

847.   January 31, 2015.  ISET 2015. Hollywood, FL. *Pre-Clinical Safety Studies and Insights from Levant 2:  Randomized Data and Post Hoc Analysis and Interim Results from Global SAF Registry.*

848.   February 19, 2015.  CADECI 2015.  Guadalajara, Jalisco Mexico.  *The Future of Drug-Eluting Stents.*

849.   February 21-24, 2015.  CRT 2015.  Washington, DC.  *"Pre-clinical Evaluation with the Moxy Balloon," "The Spectrum of Mitral Valve Pathologies: Relevance for Surgical and Structural Interventions," "Histopathologic Insights into Chronically Occluded Coronary Arteries - The post CABG vs Unbypassed," "New*

*Pathology Insights for the Vulnerable Plaque: Neoatherosclerois Progression and Thrombosis,"* "Calcium in the Peripheral and Coronary Arteries: The Pathology View," "What are the Pathological Concerns with DCB Technology?"

850. February 26-27, 2015.  IndiaLIVE 2015.  Chennai, India.  "*Vulnerable Plaque Imaging - Insights from Pathology," "Noeintimal Hyperplasia - From Pathology to Practice," "Mozec DEB & other interventional technologies*".

851. March 6, 2015.  CSI Peripheral Calcium Summit.  *Las Vegas, NV.  "Explanation of Calcium Production and Deposition In the Arteries."*

852. March 20-21, 2015.  CIT 2015.  Beijing, China. "*Pathologic Insights into DES Safety: Lessons from the Past Decade," "Healing Response Characterization of the Parachute," "Structural Heart Device for Left Ventricular Restoration in Ischemic Heart Failure Patients:  A Parachute Symposia," "Bioresorbable Scaffolds and Their Place in PCI: Pathologist's Perspective," "Transcatheter Mitral Valve Replacement Therapies: Challenges and Realistic Concerns," "Latest Experimental Data of BuMA Supreme".*

853. April 23-25, 2015.  JCS 2015.  Osaka, Japan.  "*Pathological Findings of EES and BVS Safety," "The Pathology of Bioresorbable Scaffolds: Comparing to Metallic DES," "The Evolving Science of DES and BRS:  The View of the Pathologist."*

854. April 28-30, 2015.  TCTAP 2015.  Seoul, Korea.  "*Not all DCBs Are Created Equal:  Side by Side Pre-clinical Safety Evaluation of Leading DCBs," "Unique Demands of the Femoral Anatomy and Pathology and the need for unique interventions," "Natural History of Vulnerable Plaque: Targets for Risk Stratification," "Autopsy Studies of TAVR - What Have We Learnt?," "Mini-Forum of Bio absorbable Vascular Scaffolds:  No, It is Not Yet Ready," "DES Failure: Pathologic Findings and Treatment".*

855. May 19-21, 2015.  Euro PCR 2015.  Paris, France.  "*A novel biodegradable PLLA-based sirolimus-eluting scaffold (Microport, China)," "Pre-clinical bioresorbable scaffolds data".*

856. May 27-28, 2015.  NCVH 16th Annual Conference.  New Orleans, LA.  "The Wait is Over: Insight and Comparison of Drug-Eluting Balloons," *LIVE CASE: Safety Studies and Insights from Levant 2 with Live Lutonix DCB Case Transmission from Metro Health Hospital".*

857. June 1, 2015.  University of Ottawa Heart Institute (UOHI).  Ottawa, ON, Canada.  "*DES: should we stick with metal or are we better off with Bioresorbable scaffolds."*

858. June 9, 2015.  Hong Kong Forum.  Hong Kong.  "*Pathologic Advancement and the Importance of Regaining Vessel Functionality," "Progressive Coronary Disease in Modern DES Era: Cause and Possible Prevention."*

859. June 10-11, 2015.  Malaysia LIVE 2015.  "*Pathologic Advancement and the Importance of Regaining Vessel Functionality," "Progressive Coronary Disease in Modern DES Era:* Cause and Possible Prevention," "*True Vessel Healing - Why Does It Matter?," "Lecture 5: Understanding lesions," "What we don't know," "New insights in ACS; Acute Stent thrombosis In DES."*

860. July 8, 2015.  CVC 2015.  Chicago, IL.  "*Restenosis and DCB (Drug-Eluting Balloons)," "Assessment of Calcium Burden and Calcium Effect on Drug Elution," "IVM of the Cardiovascular System."*

72

861.  July 11, 2015.  IVM 2015.  Houston, TX.  *"IVM of the Cardiovascular System."*

862.  *September 16, 2015. ENCORE 2015. Seoul, Korea.*

863.  *September 28, 2015. CIRSE 2015. Lisbon, Portugal.*

864.  *October 11, 2015. TCT 2015. San Francisco, California.*

865.  *October 27, 2015. CCT 2015. Kobe, Japan.*

866.  *November 1, 2015. VIVA Symposium 2015. Las Vegas, Nevada.*

867.  *November 19, 2015. VEITH Syposium 2015. New York, New York.*

868.  *November 12, 2015.  ICI 2015. Tel-Aviv, Isreal*

869.  *January 2, 2016. TTT 2016. Singapore*

870.  *February 10, 2016.  Muenster Heart Center Foundation 2016. Germany.*

871.  *February 20, 2016.  CRT 2016.  Washington D.C.*

872.  *April 2, 2016. ACC 2016. Chicago, Illinois.*

873.  *April 21, 2016. CAA Symposium 2016. Houston, Texas.*

874.  *May 6, 2016. SCAI 2016. Orlando, Florida.*

875.  *May 15, 2016. Euro PCR 2016.  Paris, France.*

876.  *June 21, 2016. CSI Innovation Conference 2016. Frankfurt, Germany.*

877.  *July 5, 2016. CVIT 2016. Tokyo, Japan.*

878.  *October 6, 2016. Encore 2016. Seoul, Korea.*

879.  *October 29, 2016. TCT 2016. Wachington, D.C.*

880.  *November 18, 2016.  VEITH 2016. New York, New York.*

881.  *December 5, 2016. ICI 2016. Tel-Aviv, Isreal.*

## Publications, peer reviewed:

1.  Virmani R, Roberts WC. Aschoff bodies in operatively excised atrial appendages and in papillary muscles. Frequency and clinical significance. *Circulation.* 1977; 55:559-63.

2.  Roberts WC, Virmani R. Aschoff bodies at necropsy in valvular heart disease. Evidence from an analysis of 543 patients over 14 years of age that rheumatic heart disease, at least anatomically, is a disease of the mitral valve. *Circulation.* 1978; 57:803-7.

3.  Roberts WC, Lachman AS, Virmani R. Twisting of an aorta-coronary bypass conduit: a complication of coronary surgery. *J Thorac Cardiovasc Surg.* 1978; 75:772-6.

73

4.    Isner JM, Falcone MW, Virmani R, Roberts WC. Cardiac sarcoma causing "ASH" and simulating coronary heart disease. *Am J Med*. 1979; 66:1025-30.

5.    Virmani R, Popovsky MA, Roberts WC. Thrombocytosis, coronary thrombosis and acute myocardial infarction. *Am J Med*. 1979; 67:498-506.

6.    Roberts WC, Virmani R. Quantification of coronary arterial narrowing in clinically-isolated unstable angina pectoris. An analysis of 22 necropsy patients. *Am J Med*. 1979; 67:792-9.

6b.   Virmani R, Roberts WC. Quantification of coronary arterial narrowing and of left ventricular myocardial scarring in healed myocardial infarction with chronic, eventually fatal, congestive cardiac failure. *Am J Med*. 1980; 68:831-8.

7.    Virmani R, Roberts WC. Disappearance of symptomatic coronary heart disease and death from a noncardiac condition. *Chest*. 77:91-93, 1980.

8.    Virmani R, Bures JC, Roberts WC. Cardiac sarcoidosis; a major cause of sudden death in young individuals. *Chest*. 1980; 77:423-8.

9.    Virmani R, Roberts WC. Non-fatal healed transmural myocardial infarction and fatal non-cardiac disease. Qualification and quantification of coronary arterial narrowing and of left ventricular scarring in 18 necropsy patients. *Br Heart J*. 1981; 45:434-41.

10.   Isner JM, Virmani R, Itscoitz SB, Roberts WC. Clinical pathologic conference. Left and right ventricular myocardial infarction in idiopathic dilated cardiomyopathy. *Am Heart J*. 1980; 99:235-42.

11.   Isner JM, Cohen SR, Virmani R, Lawrinson W, Roberts WC. Complications of the intraaortic balloon counterpulsation device: clinical and morphologic observations in 45 necropsy patients. *Am J Cardiol*. 1980; 45:260-8.

12.   Waller BF, Gottdiener JS, Virmani R, Roberts WC. The "charcoal heart;" melanoma to the cor. *Chest*. 1980; 77:671-6.

13.   Isner JM, Wu M, Virmani R, Jones AA, Roberts WC. Comparison of degrees of coronary arterial luminal narrowing determined by visual inspection of histologic sections under magnification among three independent observers and comparison to that obtained by video planimetry: an analysis of 559 five-millimeter segments of 61 coronary arteries from eleven patients. *Lab Invest*. 1980; 42:566-70.

14.   Chun PK, Rocchini AP, Gibbs HR, Robinowitz M, Green D, Virmani R. Pannus formation in a Hancock-valved conduit resulting in proximal intraconduit obstruction: late complication of Rastelli procedure for complete transposition of the great vessels with ventricular septal defect and pulmonic stenosis. *Am Heart J*. 1981; 101:855-7.

15.   Cabin HS, Schwartz DE, Virmani R, Brewer HB, Jr., Roberts WC. Type III hyperlipoproteinemia: Quantification, distribution, and nature of atherosclerotic coronary arterial narrowing in five necropsy patients. *Am Heart J*. 1981; 102:830-5.

16.   Virmani R, Robinowitz M, Clark MA, McAllister HA, Jr. Sudden death and partial absence of the right ventricular myocardium: a report of three cases and a review of the literature. *Arch Pathol Lab Med*. 1982; 106:163-7.

17.  Virmani R, Robinowitz M, McAllister HA, Jr. Nontraumatic death in joggers. A series of 30 patients at autopsy. *Am J Med*. 1982; 72:874-82.

18.  Robinowitz M, Virmani R, McAllister HAJ. Spontaneous coronary artery dissection and eosinophilic inflammation: a cause and effect relationship? *Am J Med*. 1982; 72:923-8.

19.  Virmani R, Bewtra C, McAllister HA, Schulte RD. Intrapericardial giant lymph node hyperplasia. *Am J Surg Pathol*. 1982; 6:475-81.

20.  Virmani R, Connor DH, McAllister HA. Cardiac mucormycosis. A report of five patients and review of 14 previously reported cases. *Am J Clin Pathol*. 1982; 78:42-7.

21.  Virmani R. Jogging, marathon running, and death. *Primary Cardiology*. 8:96-107, 1982.

22.  Olson TA, Virmani R, Ansinelli RA, Lee DH, Mosijczuk AD, Marsella RC, Ruymann FB. Cardiomyopathy in a child with hypereosinophilic syndrome. *Pediatr Cardiol.* 1982; 3:161-9.

23.  Virmani R, Clark MA, Posey DM, McAllister HA, Jr. Right atrial myxoma causing pulmonary emboli and pulmonary hypertension. *Am J Forensic Med Pathol.* 1982; 3:249-52.

24.  Virmani R, Chun PK, Parker J, McAllister HA, Jr. Suture obliteration of the circumflex coronary artery in three patients undergoing mitral valve operation. Role of left dominant or codominant coronary artery. *J Thorac Cardiovasc Surg*. 1982; 84:773-8.

25.  Roberts WC, Isner JM, Virmani R. Left ventricular incision midway between the mitral annulus and the stumps of the papillary muscles during mitral valve excision with or without rupture or aneurysmal formation: analysis of 10 necropsy patients. *Am Heart J*. 1982; 104:1278-87.

26.  Virmani R, Khedekar RR, Robinowitz M, McAllister HA, Jr. Tumor embolization in coronary artery causing myocardial infarction. *Arch Pathol Lab Med.* 1983; 107:243-5.

27.  Isner JM, Ferrans VJ, Cohen SR, Witkind BG, Virmani R, Gottdiener JS, Beck JR, Roberts WC. Clinical and morphologic cardiac findings after anthracycline chemotherapy. Analysis of 64 patients studied at necropsy. *Am J Cardiol.* 1983; 51:1167-74.

28.  Virmani R, Roberts WC. Extravasated erythrocytes, iron, and fibrin in atherosclerotic plaques of coronary arteries in fatal coronary heart disease and their relation to luminal thrombus: frequency and significance in 57 necropsy patients and in 2958 five mm segments of 224 major epicardial coronary arteries. *Am Heart J*. 1983; 105:788-97.

29.  Virmani R, Chun PK, Dunn BE, Hartmen D, McAllister HA. Eosinophilic constrictive pericarditis. *Am Heart J*. 1984; 107:803-7.

30.  Josselson A, Bagnall JW, Virmani R. Acute rheumatic carditis causing sudden death. *Am J Forensic Path.* 5(2):151-154, 1984.

31.  Virmani R, Robinowitz M, McAllister HA, Jr. Coronary heart disease in 48 autopsy patients 30 years old and younger. *Arch Pathol Lab Med*. 1983; 107:535-40.

32.  Virmani R, Warren D, Rees R, Fink LM, English D. Effects of perfluorochemical on phagocytic function of leukocytes. *Transfusion.* 1983; 23:512-5.

33.  Forman MB, Virmani R, Robertson RM, Stone WJ. Mitral anular calcification in chronic renal failure. *Chest.* 1984; 85:367-71.

34.  Nanney L, Fink LM, Virmani R. Perfluorochemicals. Morphologic changes in infused liver, spleen, lung, and kidney of rabbits. *Arch Pathol Lab Med.* 1984; 108:631-7.

35.  Virmani R, Fink LM, Gunter K, English D. Effect of perfluorochemical blood substitutes on human neutrophil function. Transfusion 1984; 24:343-7.

36.  Atkinson JB, Connor DH, Robinowitz M, McAllister HA, Virmani R. Cardiac fungal infections: review of autopsy findings in 60 patients. *Hum Pathol.* 1984; 15:935-42.

37.  Virmani R, Chun PK, Goldstein RE, Robinowitz M, McAllister HA. Acute takeoffs of the coronary arteries along the aortic wall and congenital coronary ostial valve-like ridges: association with sudden death. *J Am Coll Cardiol.* 1984; 3:766-71.

38.  Virmani R, Chun PK, Robinowitz M, Goldstein RE, McAllister HA, Jr. Length of left main coronary artery. Lack of correlation to coronary artery dominance and bicuspid aortic valve: an autopsy study of 54 cases. *Arch Pathol Lab Med.* 1984; 108:638-41.

39.  *Virmani R, McAllister HA. Coronary heart disease at young age: A report of 187 autopsy patients who died of severe coronary atherosclerosis. *Cardiovascular Reviews and Reports.* 5:799-810, 1984.

40.  *Fogo A, Virmani R. Cardiac amyloidosis. *Primary Cardiology.* 10:54-67, 1984.

41.  Forman MB, Goodin J, Phelan B, Kopelman H, Virmani R. Electrocardiographic changes associated with isolated right ventricular infarction. *J Am Coll Cardiol.* 1984; 4:640-3.

42.  Forman MB, Phelan BK, Robertson RM, Virmani R. Correlation of two-dimensional echocardiography and pathologic findings in porcine valve dysfunction. *J Am Coll Cardiol.* 1985; 5:224-30.

43.  Voss EG, Reddy CV, Detrano R, Virmani R, Zabriskie JB, Fotino M. Familial dilated cardiomyopathy. *Am J Cardiol.* 1984; 54:456-7.

44.  Roberts WC, Virmani R. Formation of new coronary arteries within a previously obstructed epicardial coronary artery (intraarterial arteries): a mechanism for occurrence of angiographically normal coronary arteries after healing of acute myocardial infarction. *Am J Cardiol.* 1984; 54:1361-2.

45.  Atkinson JB, Robinowitz M, McAllister HA, Jr., Forman MB, Virmani R. Cardiac infections in the immunocompromised host. *Cardiol Clin.* 1984; 2:671-86.

46.  Kopelman HA, Forman MB, Wilson BH, Kolodgie FD, Smith RF, Friesinger GC, Virmani R. Right ventricular myocardial infarction in patients with chronic lung disease: possible role of right ventricular hypertrophy. *J Am Coll Cardiol.* 1985; 5:1302-7.

47. Barnhill JE, Wikswo JP, Jr., Dawson AK, Gundersen S, Robertson RM, Robertson D, Virmani R, Smith RF. The QRS complex during transient myocardial ischemia: studies in patients with variant angina pectoris and in a canine preparation. *Circulation*. 1985; 71:901-11.

48. Forman MB, Bingham S, Kopelman HA, Wehr C, Sandler MP, Kolodgie F, Vaughn WK, Friesinger GC, Virmani R. Reduction of infarct size with intracoronary perfluorochemical in a canine preparation of reperfusion. *Circulation*. 1985; 71:1060-8.

49. Atkinson JB, Forman MB, Perry JM, Virmani R. Correlation of saphenous vein bypass graft angiograms with histologic changes at necropsy. *Am J Cardiol*. 1985; 55:952-5.

50. Atkinson JB, Robinowitz M, McAllister HA, Virmani R. Association of eosinophils with cardiac rupture. *Hum Pathol*. 1985; 16:562-8.

51. Atkinson JB, Forman MB, Vaughn WK, Robinowitz M, McAllister HA, Virmani R. Morphologic changes in long-term saphenous vein bypass grafts. *Chest*. 1985; 88:341-8.

52. Herhusky MJ, Gregg SB, Virmani R, Chun PK, Bender H, Gray GF, Jr. Cardiac sarcomas presenting as metastatic disease. *Arch Pathol Lab Med*. 1985; 109:943-5.

53. Janco RL, Virmani R, Morris PJ, Gunter K. Perfluorochemical blood substitutes differentially alter human monocyte procoagulant generation and oxidative metabolism. *Transfusion*. 1985; 25:578-82.

54. Forman MB, Oates JA, Robertson D, Robertson RM, Roberts LJ, Virmani R. Increased adventitial mast cells in a patient with coronary spasm. *N Engl J Med*. 1985; 313:1138-41.

55. Wright EP, Glick AD, Virmani R, Page DL. Aortic intimal sarcoma with embolic metastases. *Am J Surg Pathol*. 1985; 9:890-7.

56. Clagett GP, Robinowitz M, Youkey JR, Fisher DF, Jr., Fry RE, Myers SI, Lee EL, Collins GJ, Jr., Virmani R. Morphogenesis and clinicopathologic characteristics of recurrent carotid disease. *J Vasc Surg*. 1986; 3:10-23.

57. Virmani R, Robinowitz M, Atkinson JB, Forman MB, Silver MD, McAllister HA. Acquired coronary arterial aneurysms: an autopsy study of 52 patients. *Hum Pathol*. 1986; 17:575-83.

58. Kolodgie FD, Dawson AK, Forman MB, Virmani R. Effect of perfluorochemical (Fluosol-DA) on infarct morphology in dogs. *Virchows Arch B Cell Pathol Incl Mol Pathol*. 1985; 50:119-34.

59. Cates CU, Virmani R, Vaughn WK, Robertson RM. Electrocardiographic markers of cardiac metastasis. *Am Heart J*. 1986; 112:1297-303.

60. Kolodgie FD, Dawson AK, Roden DM, Forman MB, Virmani R. Effect of Fluosol-DA on infarct morphology and vulnerability to ventricular arrhythmia. *Am Heart J*. 1986; 112:1192-201.

61. Shelton ME, Hoxworth B, Shelton JA, Virmani R, Friesinger GC. A new model to study quantitative effects of laser angioplasty on human atherosclerotic plaque. *J Am Coll Cardiol*. 1986; 7:909-15.

62.  Atkinson JB, Virmani R. Complication of bioprosthetic heart valves. *Primary Cardiology*. 12:46-58, 1986.

63.  Mittal V, Karl EM, Atkinson JB, Virmani R. Early and late morphologic changes after transluminal balloon angioplasty of the iliac arteries. *Am J Cardiol*. 1986; 58:182-4.

64.  Heifetz SA, Robinowitz M, Mueller KH, Virmani R. Total anomalous origin of the coronary arteries from the pulmonary artery. *Pediatr Cardiol*. 1986; 7:11-8.

65.  Phillips M, Robinowitz M, Higgins JR, Boran KJ, Reed T, Virmani R. Sudden cardiac death in Air Force recruits. A 20-year review. *JAMA*. 1986; 256:2696-9.

66.  Forman MB, Puett DW, Wilson BH, Vaughn WK, Friesinger GC, Virmani R. Beneficial long-term effect of intracoronary perfluorochemical on infarct size and ventricular function in a canine reperfusion model. *J Am Coll Cardiol*. 1987; 9:1082-90.

67.  Virmani R, Atkinson JB, Byrd BF, Robinowitz M, Forman MB. Abnormal chordal insertion: a cause of mitral valve prolapse. *Am Heart J*. 1987; 113:851-8.

68.  Vallyathan V, Virmani R, Rochlani S, Green FH, Lewis T. Effect of diesel emissions and coal dust inhalation on heart and pulmonary arteries of rats. *J Toxicol Environ Health*. 1986; 19:33-41.

69.  Virmani R, Robinowitz M, Geer JC, Breslin PP, Beyer JC, McAllister HA. Coronary artery atherosclerosis revisited in Korean war combat casualties. *Arch Pathol Lab Med*. 1987; 111:972-6.

70.  Forman MB, Collins HW, Kopelman HA, Vaughn WK, Perry JM, Virmani R, Friesinger GC. Determinants of left ventricular aneurysm formation after anterior myocardial infarction: a clinical and angiographic study. *J Am Coll Cardiol*. 1986; 8:1256-62.

71.  Rumisek JD, Robinowitz M, Virmani R, Barry MJ, Steudel WT. Bioprosthetic heart valve rupture associated with trauma. *J Trauma*. 1986; 26:276-9.

72.  Atkinson JB, Barnhill J, Virmani R. Isolated right ventricular infarction: a rare complication of coronary artery dissection. *South Med J*. 1986; 79:619-22.

73.  Cohen IS, Anderson DW, Virmani R, Reen BM, Macher AM, Sennesh J, DiLorenzo P, Redfield RR. Congestive cardiomyopathy in association with the acquired immunodeficiency syndrome. *N Engl J Med*. 1986; 315:628-30.

74.  Dao AH, Virmani R. Visceral larva migrans involving the myocardium: report of two cases and review of literature. *Pediatr Pathol*. 1986; 6:449-56.

75.  Forman MB, Wilson BH, Sheller JR, Kopelman HA, Vaughn WK, Virmani R, Friesinger GC. Right ventricular hypertrophy is an important determinant of right ventricular infarction complicating acute inferior left ventricular infarction. *J Am Coll Cardiol*. 1987; 10:1180-7.

76.  Forman MB, Puett DW, Bingham SE, Virmani R, Tantengco MV, Light RT, Bajaj A, Price R, Friesinger G. Preservation of endothelial cell structure and function by intracoronary perfluorochemical in a canine preparation of reperfusion. *Circulation*. 1987; 76:469-79.

77. Puett DW, Forman MB, Cates CU, Wilson BH, Hande KR, Friesinger GC, Virmani R. Oxypurinol limits myocardial stunning but does not reduce infarct size after reperfusion. *Circulation*. 1987; 76:678-86.

78. Olafsson B, Forman MB, Puett DW, Pou A, Cates CU, Friesinger GC, Virmani R. Reduction of reperfusion injury in the canine preparation by intracoronary adenosine:  importance of the endothelium and the no- reflow phenomenon. *Circulation*. 1987; 76:1135-45.

79. *Joshi VV, Pawel B, Connor E, Sharer L, Oleske JM, Morrison S, Virmani R, Marin-Garcia J. Arteriopathy in children with Acquired Immune Deficiency syndrome. *Pediatric Pathology*. 7:261-275, 1987.

80. Shelton ME, Forman MB, Virmani R, Bajaj A, Stoney WS, Atkinson JB. A comparison of morphologic and angiographic findings in long-term internal mammary artery and saphenous vein bypass grafts. *J Am Coll Cardiol*. 1988; 11:297-307.

81. Virmani R, Robinowitz M, Smialek JE, Smyth DF. Cardiovascular effects of cocaine: an autopsy study of 40 patients. *Am Heart J*. 1988; 115:1068-76.

82. Anderson DW, Virmani R, Reilly JM, O'Leary T, Cunnion RE, Robinowitz M, Macher AM, Punja U, Villaflor ST, Parrillo JE, et al. Prevalent myocarditis at necropsy in the acquired immunodeficiency syndrome. *J Am Coll Cardiol*. 1988; 11:792-9.

83. Reilly JM, Cunnion RE, Anderson DW, O'Leary TJ, Simmons JT, Lane HC, Fauci AS, Roberts WC, Virmani R, Parrillo JE. Frequency of myocarditis, left ventricular dysfunction and ventricular tachycardia in the acquired immune deficiency syndrome. *Am J Cardiol*. 1988; 62:789-93

84. Forman MB, Puett DW, Cates CU, McCroskey DE, Beckman JK, Greene HL, Virmani R.  Glutathione redox pathway and reperfusion injury. Effect of N-acetylcysteine on infarct size and ventricular function. *Circulation*. 1988; 78:202-13.

85. Virmani R, Kolodgie FD, Osmialowski A, Zimmerman P, Mergner W, Forman MB. Myocardial protection by perfluorochemical infusion during transient ischemia produced by balloon coronary occlusion. *Am Heart J*. 1988; 116:421-31.

86. Prevosti LG, Leon MB, Smith PD, Dodd JT, Bonner RF, Robinowitz M, Clark RE, Virmani R. Early and late healing responses of normal canine artery to excimer laser irradiation. *J Thorac Cardiovasc Surg*. 1988; 96:150-6.

87. Atkinson JB, Rybicka K, Huddleston CB, Starnes VA, Prager RL, Virmani R. The effect of verapamil cardioplegia on myocardial ultrastructure. *Am J Cardiovasc Pathol*. 1988; 2:69-77.

88. Levy WS, Varghese PJ, Anderson DW, Leiboff RH, Orenstein JM, Virmani R, Bloom S.  Myocarditis diagnosed by endomyocardial biopsy in human immunodeficiency virus infection with cardiac dysfunction. *Am J Cardiol*. 1988; 62:658-9.

89. Steigman CK, Anderson DW, Macher AM, Sennesh JD, Virmani R. Fatal cardiac tamponade in acquired immunodeficiency syndrome with epicardial Kaposi's sarcoma. *Am Heart J*. 1988; 116:1105-7.

90.  Latham RD, Rubal BJ, Sipkema P, Westerhof N, Virmani R, Robinowitz M, Walsh RA.  Ventricular/vascular coupling and regional arterial dynamics in the chronically hypertensive baboon: correlation with cardiovascular structural adaptation. *Circ Res*. 1988; 63:798-811.

91.  *White CJ, Ramee SR, Card HG, Abrahams LA, Svinarich JT, Wade CE, Rodkey WG, Virmani R. Laser angioplasty: An atherosclerotic swine model. *Lasers in Surgery and Medicine*. 1989; 8:318-321.

92.  Chun PK, Virmani R, Mason TE, Johnson F. Bone wax granuloma causing saphenous vein graft thrombosis. *Am Heart J*. 1988; 115:1310-3.

93.  Forman MB, Puett DW, Virmani R. Endothelial and myocardial injury during ischemia and reperfusion: pathogenesis and therapeutic implications. *J Am Coll Cardiol*. 1989; 13:450-9.

94.  Sasano H, Virmani R, Patterson RH, Robinowitz M, Guccion JG. Eosinophilic products lead to myocardial damage. *Hum Pathol*. 1989; 20:850-7.

95.  Atkinson JB, Virmani R. Congestive heart failure due to coronary artery disease without myocardial infarction: clinicopathologic description of an unusual cardiomyopathy. *Hum Pathol*. 1989; 20:1155-62.

96.  Virmani R. The tricuspid valve. *Mayo Clin Proc*. 1988; 63:943-6.

97.  Wilensky RL, Yudelman P, Cohen AI, Fletcher RD, Atkinson J, Virmani R, Roberts WC.  Serial electrocardiographic changes in idiopathic dilated cardiomyopathy confirmed at necropsy. *Am J Cardiol*. 1988; 62:276-83.

98.  *Virmani R, Kolodgie FD, Osmialowski AF, Forman MB. Effect of perfluorochemical Fluosol-DA on myocardial infarct healing in the rabbit. *Am J Cardiovasc Path*. 3:69-80, 1990.

99.  Latham RD, Mulrow JP, Virmani R, Robinowitz M, Moody JM. Recently diagnosed idiopathic dilated cardiomyopathy: incidence of myocarditis and efficacy of prednisone therapy. *Am Heart J*. 1989; 117:876-82.

99a. Latham R, Virmani R. The histologic diagnosis of myocarditis. *Ann Intern Med*. 1989; 110(4):321-2.

100. Loyd JE, Atkinson JB, Pietra GG, Virmani R, Newman JH. Heterogeneity of pathologic lesions in familial primary pulmonary hypertension. *Am Rev Respir Dis*. 1988; 138:952-7.

101. Virmani R, Chun PK, Rogan K, Riddick L. Anomalous origin of four coronary ostia from the right sinus of Valsalva. *Am J Cardiol*. 1989; 63:760-1.

102. Kolodgie FD, Virmani R, Rice HE, Mergner WJ. Vascular reactivity during the progression of atherosclerotic plaque. A study in Watanabe heritable hyperlipidemic rabbits. *Circ Res*. 1990; 66:1112-26.

103. Rogan KM, Sears-Rogan P, Virmani R, Pyeritz RE. Familial myxomatous valvular disease.  *Am J Cardiol*. 1989; 63:1149-51.

104. DiCarlo FJ, Anderson DW, Virmani R, Burns W, Macher AM, Rotiguez J, Petitto S.  Rheumatic heart disease in a patient with acquired immunodeficiency syndrome. *Hum Pathol*. 1989; 20:917-20.

105. Babbitt DG, Virmani R, Forman MB. Intracoronary adenosine administered after reperfusion limits vascular injury after prolonged ischemia in the canine model. *Circulation*. 1989; 80:1388-99.

106. Schaer GL, Karas SP, Santoian EC, Gold C, Visner MS, Virmani R. Reduction in reperfusion injury by blood-free reperfusion after experimental myocardial infarction. *J Am Coll Cardiol*. 1990; 15:1385-93.

107. Babbitt DG, Virmani R, Vildibill HD, Jr., Norton ED, Forman MB. Intracoronary adenosine administration during reperfusion following 3 hours of ischemia: effects on infarct size, ventricular function, and regional myocardial blood flow. *Am Heart J*. 1990; 120:808-18.

108. Luthringer DJ, Virmani R, Weiss SW, Rosai J. A distinctive cardiovascular lesion resembling histiocytoid (epithelioid) hemangioma. Evidence suggesting mesothelial participation. *Am J Surg Pathol*. 1990; 14:993-1000.

109. Kolodgie FD, Virmani R, Farb A. Limitation of no reflow injury by blood-free reperfusion with oxygenated perfluorochemical (Fluosol-DA 20%). *J Am Coll Cardiol*. 1991; 18:215- 23.

110. Rice HE, Virmani R, Hart CL, Kolodgie FD, Farb A. Dose-dependent reduction of myocardial infarct size with the perfluorochemical Fluosol-DA. *Am Heart J*. 1990; 120:1039-46.

111. Luke JL, Farb A, Virmani R, Sample RH. Sudden cardiac death during exercise in a weight lifter using anabolic androgenic steroids: pathological and toxicological findings. *J Forensic Sci*. 1990; 35:1441-7.

112. Pitarys CJ, Virmani R, Vildibill HD, Jr., Jackson EK, Forman MB. Reduction of myocardial reperfusion injury by intravenous adenosine administered during the early reperfusion period. *Circulation*. 1991; 83:237-47.

113. Bajaj AK, Cobb MA, Virmani R, Gay JC, Light RT, Forman MB. Limitation of myocardial reperfusion injury by intravenous perfluorochemicals. Role of neutrophil activation. *Circulation*. 1989; 79:645-56.

114. Walley VM, Virmani R, Silver MD. Pulmonary arterial dissections and ruptures: to be considered in patients with pulmonary arterial hypertension presenting with cardiogenic shock or sudden death. *Pathology*. 1990; 22:1-4.

115. Barth KH, Virmani R, Strecker EP, Savin MA, Lindisch D, Matsumoto AH, Teitelbaum GP. Flexible tantalum stents implanted in aortas and iliac arteries: effects in normal canines. *Radiology*. 1990; 175:91-6.

116. Farb A, Virmani R, Atkinson JB, Kolodgie FD. Plaque morphology and pathologic changes in arteries from patients dying after coronary balloon angioplasty. *J Am Coll Cardiol*. 1990; 16:1421-9.

117. Farb A, Banks AK, Robinowitz M, Fistel S, Virmani R. Percutaneous transluminal coronary angioplasty guidewire-induced coronary artery dissection without balloon inflation. *Hum Pathol*. 1991; 22:97-8.

118. Burke AP, Virmani R. Osteosarcomas of the heart. *Am J Surg Pathol*. 1991; 15:289-95.

119. Burke AP, Virmani R. Cardiac rhabdomyoma: a clinicopathologic study. *Mod Pathol*. 1991; 4:70-4.

120. Burke AP, Farb A, Virmani R, Goodin J, Smialek JE. Sports-related and non-sports-related sudden cardiac death in young adults. *Am Heart J*. 1991; 121:568-75.

121. Burke AP, Farb A, Virmani R. The pathology of primary pulmonary hypertension. *Mod Pathol*. 1991; 4:269-82.

122. Burke AP, Anderson PG, Virmani R, James TN, Herrera GA, Ceballos R. Tumor of the atrioventricular nodal region. A clinical and immuno-histochemical study. *Arch Pathol Lab Med*. 1990; 114:1057-62.

123. A preliminary report from the Pathobiological Determinants of atherosclerosis in Youth (PDAY) Research Group. Relationship of atherosclerosis in young men to serum lipoprotein cholesterol concentrations and smoking. *JAMA*. 264 (23):3018-24, 1990.

124. Kolodgie FD, Virmani R, Cornhill JF, Herderick EE, Smialek J. Increase in atherosclerosis and adventitial mast cells in cocaine abusers: an alternative mechanism of cocaine-associated coronary vasospasm and thrombosis. *J Am Coll Cardiol*. 1991; 17:1553-60.

125. *Burke A, Johns JP, Virmani R. Hemangiomas of the heart. A clinicopathologic study of ten cases. *Am J Cardiovasc Path*. 3(4):283-290, 1990.

126. Farb A, Kolodgie FD, Jones RM, Jenkins M, Virmani R. Early detection and measurement of experimental myocardial infarcts with horseradish peroxidase. *J Mol Cell Cardiol*. 1993; 25:343-53.

127. Andriko JA, Robinowitz M, Moore J, Virmani R. Necrotizing arteritis in uncorrected tetralogy of Fallot with pulmonary artery. *Pediatr Cardiol*. 1992; 13:233-6.

128. Velasco CE, Turner M, Cobb MA, Virmani R, Forman MB. Myocardial reperfusion injury in the canine model after 40 minutes of ischemia: effect of intracoronary adenosine. *Am Heart J*. 1991; 122:1561-70.

129. Goodin JC, Farb A, Smialek JE, Field F, Virmani R. Right ventricular dysplasia associated with sudden death in young adults. *Mod Pathol*. 1991; 4:702-6.

130. Forman MB, Pitarys CJ, Vildibill HD, Lambert TL, Ingram DA, Virmani R, Murray JJ. Pharmacologic perturbation of neutrophils by Fluosol results in a sustained reduction in infarct size in the canine model of reperfusion. *J Am Coll Cardiol*. 1992; 19:205-16.

131. Edwards FH, Hale D, Cohen A, Thompson L, Pezzella AT, Virmani R. Primary cardiac valve tumors. *Ann Thorac Surg*. 1991; 52:1127-31.

132. Kuhn FE, Gillis RA, Virmani R, Visner MS, Schaer GL. Cocaine produces coronary artery vasoconstriction independent of an intact endothelium. *Chest*. 1992; 102:581-5.

133. Atkinson JB, Swift LL, Virmani R. Watanabe heritable hyperlipidemic rabbits. Familial hypercholesterolemia. *Am J Pathol*. 1992; 140:749-53.

134. Norton ED, Jackson EK, Virmani R, Forman MB. Effect of intravenous adenosine on myocardial reperfusion injury in a model with low myocardial collateral blood flow. *Am Heart J*. 1991; 122:1283-91.

135. Farb A, Galloway JR, Davis RC, Burke AP, Virmani R. Mitral valve laceration and papillary muscle rupture secondary to percutaneous balloon aortic valvuloplasty. *Am J Cardiol.* 1992; 69:829-30.

136. Burke AP, Saenger J, Mullick F, Virmani R. Hypersensitivity myocarditis. *Arch Pathol Lab Med.* 1991; 115:764-9.

137. Virmani R, Avolio AP, Mergner WJ, Robinowitz M, Herderick EE, Cornhill JF, Guo SY, Liu TH, Ou DY, O'Rourke M. Effect of aging on aortic morphology in populations with high and low prevalence of hypertension and atherosclerosis. Comparison between occidental and Chinese communities. *Am J Pathol.* 1991; 139:1119-29.

138. Kolodgie FD, Virmani R, Cornhill JF, Herderick EE, Malcom GT, Mergner WJ. Cocaine: an independent risk factor for aortic sudanophilia. A preliminary report. *Atherosclerosis.* 1992; 97:53-62.

139. Buller CE, Davidson CJ, Virmani R, Kisslo K, Sheikh KH, Stack RS. Real-time assessment of experimental arterial angioplasty with transvenous intravascular ultrasound. *J Am Coll Cardiol.* 1992; 19:217-22.

140. Burke AP, Farb A, Robinowitz M, Virmani R. Serial sectioning and multiple level examination of endomyocardial biopsies for the diagnosis of myocarditis. *Mod Pathol.* 1991; 4:690-3.

141. Clugston R, Oesterle SN, Matthews R, Dawson R, Garrison M, Alker K, Reeves T, Virmani R, Kloner RA. Flow support catheter for prolonged maintenance of coronary blood flow. *Cathet Cardiovasc Diagn.* 1991; 24:308-14.

142. Norton ED, Jackson EK, Turner MB, Virmani R, Forman MB. The effects of intravenous infusions of selective adenosine A1-receptor and A2-receptor agonists on myocardial reperfusion injury. *Am Heart J.* 1992; 123:332-8.

143. Burke AP, Cowan D, Virmani R. Primary sarcomas of the heart. *Cancer.* 1992; 69:387-95.

144. Flugelman MY, Virmani R, Leon MB, Bowman RL, Dichek DA. Genetically engineered endothelial cells remain adherent and viable after stent deployment and exposure to flow in vitro. *Circ Res.* 1992; 70:348-54.

145. Kaplan J, Farb A, Carliner NH, Virmani R. Large aortic valve fenestrations producing chronic aortic regurgitation. *Am Heart J.* 1991; 122:1475-7.

146. Farb A, Tang AL, Atkinson JB, McCarthy WF, Virmani R. Comparison of cardiac findings in patients with mitral valve prolapse who die suddenly to those who have congestive heart failure from mitral regurgitation and to those with fatal noncardiac conditions. *Am J Cardiol.* 1992; 70:234-9.

147. Buller CE, Culp SC, Sketch MH, Jr., Phillips HR, Virmani R, Stack RS. Thermal-perfusion balloon coronary angioplasty: in vivo evaluation. *Am Heart J.* 1993; 125:226-33.

148. Atkinson JB, Harlan CW, Harlan GC, Virmani R. The association of mast cells and atherosclerosis: a morphologic study of early atherosclerotic lesions in young people. *Hum Pathol.* 1994; 25:154-9.

149. Burke AP, Subramanian R, Smialek J, Virmani R. Nonatherosclerotic narrowing of the atrioventricular node artery and sudden death. *J Am Coll Cardiol.* 1993; 21:117-22.

150.  Burke AP, Virmani R. Sarcomas of the great vessels. A clinicopathologic study. *Cancer.* 1993; 71:1761-73.

151.  Taylor AJ, Rogan KM, Virmani R. Sudden cardiac death associated with isolated congenital coronary artery anomalies. *J Am Coll Cardiol.* 1992; 20:640-7.

152.  Flugelman MY, Virmani R, Correa R, Yu ZX, Farb A, Leon MB, Elami A, Fu YM, Casscells W, Epstein SE. Smooth muscle cell abundance and fibroblast growth factors in coronary lesions of patients with nonfatal unstable angina. A clue to the mechanism of transformation from the stable to the unstable clinical state. *Circulation.* 1993; 88:2493-500.

153.  Burke AP, Virmani R. Cardiac myxoma. A clinicopathologic study. *Am J Clin Pathol.* 1993; 100:671-80.

154.  Farb A, Kolodgie FD, Jenkins M, Virmani R. Myocardial infarct extension during reperfusion after coronary artery occlusion: pathologic evidence. *J Am Coll Cardiol.* 1993; 21:1245-53.

155.  Kolodgie FD, Wilson PS, Cornhill JF, Herderick EE, Mergner WJ, Virmani R. Increased prevalence of aortic fatty streaks in cholesterol-fed rabbits administered intravenous cocaine: the role of vascular endothelium. *Toxicol Pathol*. 1993; 21:425-35.

156.  Burke AP, Benson W, Ribas JL, Anderson D, Chu WS, Smialek J, Virmani R. Postmortem localization of HIV-1 RNA by in situ hybridization in lymphoid tissues of intravenous drug addicts who died unexpectedly. *Am J Pathol.* 1993; 142:1701-13.

157.  Virmani R, Farb A, Burke AP. Coronary angioplasty from the perspective of atherosclerotic plaque: morphologic predictors of immediate success and restenosis. *Am Heart J.* 1994; 127:163-79.

158.  Sato S, Burke AP, Benson W, Gaunt C, Mergner W, Virmani R. The pathology of murine coxsackie B3 myocarditis. An in situ hybridization study of euthymic and athymic models. *Cardiovascular Pathology.* 2:107-115; 1993.

159.  Virmani R, Farb A, Burke AP. Ischemia from myocardial coronary bridging: fact or fancy? *Hum Pathol.* 1993; 24:687-8.

160.  Burke AP, Anderson D, Mannan P, Ribas JL, Liang YH, Smialek J, Virmani R. Systemic lymphadenopathic histology in human immunodeficiency virus-1-seropositive drug addicts without apparent acquired immunodeficiency syndrome. *Hum Pathol.* 1994; 25:248-56.

161.  Yang BC, Virmani R, Nichols WW, Mehta JL. Platelets protect against myocardial dysfunction and injury induced by ischemia and reperfusion in isolated rat hearts. *Circ Res.* 1993; 72:1181-90.

162.  Rome JJ, Shayani V, Flugelman MY, Newman KD, Farb A, Virmani R, Dichek DA. Anatomic barriers influence the distribution of in vivo gene transfer into the arterial wall. Modeling with microscopic tracer particles and verification with a recombinant adenoviral vector. *Arterioscler Thromb.* 1994; 14:148-61.

163. Lee SW, Trapnell BC, Rade JJ, Virmani R, Dichek DA. In vivo adenoviral vector-mediated gene transfer into balloon-injured rat carotid arteries. *Circ Res*. 1993; 73:797-807.

164. Rome JJ, Shayani V, Newman KD, Farrell S, Lee SW, Virmani R, Dichek DA. Adenoviral vector-mediated gene transfer into sheep arteries using a double-balloon catheter. *Hum Gene Ther*. 1994; 5:1249-58.

165. Davis CD, Farb A, Thorgeirsson SS, Virmani R, Synderwine EG. Cardiotoxicity of heterocyclic amine food mutagens in cultured myocytes and in rats. *Toxicol Appl Pharmacol*. 1994; 124:201-11.

166. Burke AP, Anderson D, Benson W, Turnicky R, Mannan P, Liang YH, Smialek J, Virmani R. Localization of human immunodeficiency virus 1 RNA in thymic tissues from asymptomatic drug addicts. *Arch Pathol Lab Med*. 1995; 119:36-41.

167. Burke AP, Farb A, Sessums L, Virmani R. Causes of sudden cardiac death in patients with replacement valves: an autopsy study. *J Heart Valve Dis*. 1994; 3:10-6.

168. Velasco CE, Turner M, Inagami T, Atkinson JB, Virmani R, Jackson EK, Murray JJ, Forman MB. Reperfusion enhances the local release of endothelin after regional myocardial ischemia. *Am Heart J*. 1994; 128:441-51.

169. Kolodgie FD, Farb A, Carlson GC, Wilson PS, Virmani R. Hyperoxic reperfusion is required to reduce infarct size after intravenous therapy with perfluoro-chemical (Fluosol-DA 20%) or its detergent component (poloxamer 188) in a poorly collateralized animal model. Absence of a role of polymorphonuclear leukocytes. *J Am Coll Cardiol*. 1994; 24:1098-108.

170. Carter AJ, Laird JR, Farb A, Kufs W, Wortham DC, Virmani R. Morphologic characteristics of lesion formation and time course of smooth muscle cell proliferation in a porcine proliferative restenosis model. *J Am Coll Cardiol*. 1994; 24:1398-405.

171. Farb A, Virmani R, Atkinson JB, Anderson PG. Long-term histologic patency after percutaneous transluminal coronary angioplasty is predicted by the creation of a greater lumen area. *J Am Coll Cardiol*. 1994; 24:1229-35.

172. Thorgeirsson UP, Farb A, Virmani R, Adamson RH. Cardiac damage induced by 2-amino-3-methyl-imidazo[4,5-f]quinoline in nonhuman primates. *Environ Health Perspect*. 1994; 102:194-9.

173. Pathobiological Determinants of Atherosclerosis in Youth (PDAY) Research Group. Natural history of aortic and coronary atherosclerotic lesions in Youth. Findings from the PDAY study. *Arterioscler Thromb*. 13:1291-1298; 1993.

174. Malhotra V, Ferrans VJ, Virmani R. Infantile histiocytoid cardiomyopathy: three cases and literature review. *Am Heart J*. 1994; 128:1009-21.

175. Burke AP, Rosado-de-Christenson M, Templeton PA, Virmani R. Cardiac fibroma: clinicopathologic correlates and surgical treatment. *J Thorac Cardiovasc Surg*. 1994; 108:862-70.

176. Taylor AJ, Farb AA, Angello DA, Burwell LR, Virmani R. Proliferative activity in coronary atherectomy tissue. Clinical, histopathologic, and immunohistochemical correlates. *Chest*. 1995; 108:815-20.

177. Schulman FY, Farb A, Montali J, Virmani R. Fibrosing cardiomyopathy in captive western lowland gorilla (Gorilla gorilla gorilla) in the United States. *J Zoo Wild Med*. 26(1):43-51;1995.

178. Schulick AH, Newman KD, Virmani R, Dichek DA. In vivo gene transfer into injured carotid arteries. Optimization and evaluation of acute toxicity. *Circulation*. 1995; 91:2407-14.

179. Matar FA, Mintz GS, Douek P, Farb A, Virmani R, Javier SP, Popma JJ, Pichard AD, Kent KM, Satler LF, et al. Coronary artery lumen volume measurement using three-dimensional intravascular ultrasound: validation of a new technique. *Cathet Cardiovasc Diagn*. 1994; 33:214-20.

180. Sato S, Tsutsumi T, Burke A, Carlson G, Porro V, Seko Y, Okumura K, Kawana R, Virmani R. Persistence of replicating coxsackievirus B3 in the athymic murine heart is associated with development of myocarditic lesions. *J Gen Virol*. 1994; 75:2911-24.

181. Burke AP, Sobin LH, Virmani R. Localized vasculitis of the gastrointestinal tract. *Am J Surg Pathol*. 1995; 19:338-49.

182. Farb A, Roberts DK, Pichard AD, Kent KM, Virmani R. Coronary artery morphologic features after coronary rotational atherectomy: insights into mechanisms of lumen enlargement and embolization. *Am Heart J*. 1995; 129:1058-67.

183. Alving CR, Swartz GM, Jr., Wassef NM, Ribas JL, Herderick EE, Virmani R, Kolodgie FD, Matyas GR, Cornhill JF. Immunization with cholesterol-rich liposomes induces anti-cholesterol antibodies and reduces diet-induced hypercholesterolemia and plaque formation. *J Lab Clin Med*. 1996; 127:40-9.

184. Kolodgie FD, Jacob A, Wilson PS, Carlson GC, Farb A, Verma A, Virmani R. Estradiol attenuates directed migration of vascular smooth muscle cells in vitro. *Am J Pathol*. 1996; 148:969-76.

185. Farb A, Tang AL, Burke AP, Sessums L, Liang Y, Virmani R. Sudden coronary death. Frequency of active coronary lesions, inactive coronary lesions, and myocardial infarction. *Circulation*. 1995; 92:1701-9.

186. Schachtner SK, Rome JJ, Hoyt RF, Jr., Newman KD, Virmani R, Dichek DA. In vivo adenovirus-mediated gene transfer via the pulmonary artery of rats. *Circ Res*. 1995; 76:701-9.

187. Duflou J, Virmani R, Rabin I, Burke A, Farb A, Smialek J. Sudden death as a result of heart disease in morbid obesity. *Am Heart J*. 1995; 130:306-13.

188. Hong MK, Wong SC, Mintz GS, Farb A, Kent KM, Pichard AD, Satler LF, Popma JJ, Sidaway A, Virmani R, et al. A modified directional atherectomy catheter for resection of calcified atherosclerotic plaques. *Coron Artery Dis*. 1995; 6:335-9.

189. Hong MK, Wong SC, Farb A, Mehlman MD, Virmani R, Barry JJ, Leon MB. Localized drug delivery in atherosclerotic arteries via a new balloon angioplasty catheter with intramural channels for simultaneous local drug delivery. *Cathet Cardiovasc Diagn*. 1995; 34:263-70; discussion 271.

190. Schulick AH, Dong G, Newman KD, Virmani R, Dichek DA. Endothelium-specific in vivo gene transfer. *Circ Res*. 1995; 77:475-85.

191. Strong JP, for the Pathobiologic Determinants of Atherosclerosis in Youth (PDAY) Research Group.  Natural history and risk factors for early human atherogenesis.  *Clin Chem*. 41:134-138;1995.

192. Newman KD, Dunn PF, Owens JW, Schulick AH, Virmani R, Sukhova G, Libby P, Dichek DA. Adenovirus-mediated gene transfer into normal rabbit arteries results in prolonged vascular cell activation, inflammation, and neointimal hyperplasia. *J Clin Invest*. 1995; 96:2955-65.

193. Laird JR, Carter AJ, Kufs WM, Hoopes TG, Farb A, Nott SH, Fischell RE, Fischell DR, Virmani R, Fischell TA. Inhibition of neointimal proliferation with low-dose irradiation from a beta-particle-emitting stent. *Circulation*. 1996; 93:529-36.

194. Kolodgie FD, Farb A, Virmani R. Pathobiological determinants of cocaine-associated cardiovascular syndromes. *Hum Pathol*. 1995; 26:583-6.

194a. Alving CR, Swartz GM, Wassef NM, Herderick EE, Virmani R, Kolodgie FD, Matyas GR, Ribas JL, Kenner JR, Cornhill JF.  Prospects for an anticholesterol vaccine.  *Clin. Immunother.*  1995; 3(6):409-414

195. Link DP, Strandberg JD, Virmani R, Blashka K, Mourtada F, Samphilipo MA. Histopathologic appearance of arterial occlusions with hydrogel and polyvinyl alcohol embolic material in domestic swine. *J Vasc Interv Radiol*. 1996; 7:897-905.

196. Dunn PF, Newman KD, Jones M, Yamada I, Shayani V, Virmani R, Dichek DA. Seeding of vascular grafts with genetically modified endothelial cells. Secretion of recombinant TPA results in decreased seeded cell retention in vitro and in vivo. *Circulation*. 1996; 93:1439-46.

197. Barth KH, Virmani R, Froehlich J, Takeda T, Lossef SV, Newsome J, Jones R, Lindisch D. Paired comparison of vascular wall reactions to Palmaz stents, Strecker tantalum stents, and Wallstents in canine iliac and femoral arteries. *Circulation*. 1996; 93:2161-9.

198. Farb A, Burke AP, Tang AL, Liang TY, Mannan P, Smialek J, Virmani R. Coronary plaque erosion without rupture into a lipid core. A frequent cause of coronary thrombosis in sudden coronary death. *Circulation*. 1996; 93:1354-63.

199. Kolodgie FD, Katocs AS, Jr., Largis EE, Wrenn SM, Cornhill JF, Herderick EE, Lee SJ, Virmani R. Hypercholesterolemia in the rabbit induced by feeding graded amounts of low-level cholesterol. Methodological considerations regarding individual variability in response to dietary cholesterol and development of lesion type. *Arterioscler Thromb Vasc Biol*. 1996; 16:1454-64.

200. Litovsky SH, Farb A, Burke AP, Rabin IY, Herderick EE, Cornhill JF, Smialek J, Virmani R. Effect of age, race, body surface area, heart weight and atherosclerosis on coronary artery dimensions in young males. *Atherosclerosis*. 1996; 123:243-50.

201. Carter AJ, Laird JR, Kufs WM, Bailey L, Hoopes TG, Reeves T, Farb A, Virmani R. Coronary stenting with a novel stainless steel balloon-expandable stent: determinants of neointimal formation and changes in arterial geometry after placement in an atherosclerotic model. *J Am Coll Cardiol*. 1996; 27:1270-7.

202. Rade JJ, Schulick AH, Virmani R, Dichek DA. Local adenoviral-mediated expression of recombinant hirudin reduces neointima formation after arterial injury. *Nat Med*. 1996; 2:293-8.

203. Burke AP, Litovsky S, Virmani R. Lipomatous hypertrophy of the atrial septum presenting as a right atrial mass. *Am J Surg Pathol*. 1996; 20:678-85.

204. Burke AP, Farb A, Liang YH, Smialek J, Virmani R. Effect of hypertension and cardiac hypertrophy on coronary artery morphology in sudden cardiac death. *Circulation*. 1996; 94:3138-45.

205. Marczin N, Antonov A, Papapetropoulos A, Munn DH, Virmani R, Kolodgie FD, Gerrity R, Catravas JD. Monocyte-induced downregulation of nitric oxide synthase in cultured aortic endothelial cells. *Arterioscler Thromb Vasc Biol*. 1996; 16:1095-103.

206. Narula J, Haider N, Virmani R, DiSalvo TG, Kolodgie FD, Hajjar RJ, Schmidt U, Semigran MJ, Dec GW, Khaw BA. Apoptosis in myocytes in end-stage heart failure. *N Engl J Med*. 1996; 335:1182-9.

207. Pomerantsev EV, Kim C, Kernoff RS, Oesterle SN, Yeung A, Fitzgerald PJ, Virmani R, Yock PG, Stertzer SH. Coronary AVE micro stents: serial quantitative angiography and histology in a canine model. *Cathet Cardiovasc Diagn*. 1997; 41:213-24.

208. Cina SJ, Smialek JE, Burke AP, Virmani R, Hutchins GM. Primary cardiac tumors causing sudden death: a review of the literature. *Am J Forensic Med Pathol*. 1996; 17:271-81.

209. Litovsky SH, Burke AP, Virmani R. Giant cell myocarditis: an entity distinct from sarcoidosis characterized by multiphasic myocyte destruction by cytotoxic T cells and histiocytic giant cells. *Mod Pathol*. 1996; 9:1126-34.

210. Carr S, Farb A, Pearce WH, Virmani R, Yao JS. Atherosclerotic plaque rupture in symptomatic carotid artery stenosis. *J Vasc Surg*. 1996; 23:755-65; discussion 765-6.

210a. Burke A, Virmani R. More on cardiac myxomas. *N Eng J Med*. 1996; 335(19):1462-63.

211. Farb A, Lee SJ, Min DH, Parandoosh Z, Cook J, McDonald J, Pierce GF, Virmani R. Vascular smooth muscle cell cytotoxicity and sustained inhibition of neointimal formation by fibroblast growth factor 2-saporin fusion protein. *Circ Res*. 1997; 80:542-50.

212. Carter AJ, Laird JR, Bailey LR, Hoopes TG, Farb A, Fischell DR, Fischell RE, Fischell TA, Virmani R. Effects of endovascular radiation from a beta-particle-emitting stent in a porcine coronary restenosis model. A dose-response study. *Circulation*. 1996; 94:2364-8.

213. Burke AP, Farb A, Tang A, Smialek J, Virmani R. Fibromuscular dysplasia of small coronary arteries and fibrosis in the basilar ventricular septum in mitral valve prolapse. *Am Heart J*. 1997; 134:282-91.

214. Taylor AJ, Byers JP, Cheitlin MD, Virmani R. Anomalous right or left coronary artery from the contralateral coronary sinus: "high-risk" abnormalities in the initial coronary artery course and heterogeneous clinical outcomes. *Am Heart J*. 1997; 133:428-35.

215.  Ryan JW, Papapetropoulos A, Ju H, Denslow ND, Antonov A, Virmani R, Kolodgie
      FD, Gerrity RG, Catravas JD. Aminopeptidase P is disposed on human
      endothelial cells. *Immunopharmacology*. 1996; 32:149-52.

216.  Papapetropoulos A, Ryan JW, Antonov A, Virmani R, Kolodgie FD, Gerrity RG,
      Catravas JD. Human aortic endothelial cell aminopeptidase N.
      *Immunopharmacology*. 1996; 32:153-6.

217.  Papapetropoulos A, Antonov A, Virmani R, Kolodgie FD, Munn DH, Marczin N,
      Ryan JW, Gerrity RG, Catravas JD. Monocyte- and cytokine-induced
      downregulation of angiotensin-converting enzyme in cultured human and
      porcine endothelial cells. *Circ Res*. 1996; 79:512-23.

218.  Creighton WM, Taylor AJ, Dichek DA, Dong G, Roberts AB, Schulick AH, Mannan
      P, Virmani R. Regional variability in the time course of TGF-beta 1
      expression, cellular proliferation and extracellular matrix expansion
      following arterial injury. *Growth Factors*. 1997; 14:297-306.

219.  Burke AP, Farb A, Malcom GT, Liang YH, Smialek J, Virmani R. Coronary risk
      factors and plaque morphology in men with coronary disease who died
      suddenly. *N Engl J Med*. 1997; 336:1276-82.

220.  Kolodgie FD, Farb A, Litovsky SH, Narula J, Jeffers LA, Lee SJ, Virmani R.
      Myocardial protection of contractile function after global ischemia by
      physiologic estrogen replacement in the ovariectomized rat. *J Mol Cell
      Cardiol*. 1997; 29:2403-14.

221.  Centeno JA, Pestaner JP, Mullick FG, Virmani R. An analytical comparison of
      cobalt cardiomyopathy and idiopathic dilated cardiomyopathy. *Biol Trace Elem
      Res*. 1996; 55:21-30.

222.  Carter AJ, Scott D, Laird JR, Bailey L, Kovach JA, Hoopes TG, Pierce K,
      Heath K, Hess K, Farb A, Virmani R. Progressive vascular remodeling and
      reduced neointimal formation after placement of a thermoelastic self-
      expanding nitinol stent in an experimental model. *Cathet Cardiovasc Diagn*.
      1998; 44:193-201.

223.  Antonov AS, Munn DH, Kolodgie FD, Virmani R, Gerrity RG. Aortic endothelial
      cells regulate proliferation of human monocytes in vitro via a mechanism
      synergistic with macrophage colony-stimulating factor. Convergence at the
      cyclin E/p27(Kip1) regulatory checkpoint. *J Clin Invest*. 1997; 99:2867-76.

224.  Burke AP, Farb A, Tashko G, Virmani R. Arrhythmogenic right ventricular
      cardiomyopathy and fatty replacement of the right ventricular myocardium:
      are they different diseases? *Circulation*. 1998; 97:1571-80.

225.  Burke AP, Kalra P, Li L, Smialek J, Virmani R. Infectious endocarditis and
      sudden unexpected death: incidence and morphology of lesions in intravenous
      addicts and non-drug abusers. *J Heart Valve Dis*. 1997; 6:198-203.

226.  Schulick AH, Taylor AJ, Zuo W, Qiu CB, Dong G, Woodward RN, Agah R, Roberts
      AB, Virmani R, Dichek DA. Overexpression of transforming growth factor beta1
      in arterial endothelium causes hyperplasia, apoptosis, and cartilaginous
      metaplasia. *Proc Natl Acad Sci U S A*. 1998; 95:6983-8.

227.  Thomas WJ, Laird JR, Bailey L, Hoopes TG, Hillhouse R, Scott D, Jones R,
      Virmani R, Carter AJ. Experimental results with the MULTI-LINK Stent in
      porcine model. *J Invas Cardiol*. 9; 453-460:1997.

228. Burke AP, Farb A, Malcom GT, Liang Y, Smialek J, Virmani R. Effect of risk factors on the mechanism of acute thrombosis and sudden coronary death in women. *Circulation*. 1998; 97:2110-6.

229. Carr SC, Cheanvechai V, Virmani R, Pearce WH. Histology and clinical significance of the carotid atherosclerotic plaque: implications for endovascular treatment. *J Endovasc Surg*. 1997; 4:321-5.

230. Taylor AJ, Farb A, Ferguson M, Virmani R. Myocardial infarction associated with physical exertion in a young man . *Circulation*. 1997; 96:3201-4.

231. Carr SC, Farb A, Pearce WH, Virmani R, Yao JS. Activated inflammatory cells are associated with plaque rupture in carotid artery stenosis. *Surgery*. 1997; 122:757-63; discussion 763-4.

232. Burke AP, Virmani R, Perry LW, Li L, King TM, Smialek J. Fatal Kawasaki Disease With Coronary Arteritis and No Coronary Aneurysms. *Pediatrics*. 1998; 101:108.

233. Thorpe PE, Zhan XX, Agarwal DK, Hunter WJ, Farb A, Virmani R. Multiple arterial injuries and prolonged cholesterol feeding do not increase percent lumen stenosis: Impact of compensatory enlargement in the microswine model. *Cardiovascular Pathology*. 7; 1-8:1997.

234. Varghese PJ, Arumugam SB, Cherian KM, Walley V, Farb A, Virmani R. Atheromatous plaque reflects serum total cholesterol levels: a comparative morphologic study of endarterectomy coronary atherosclerotic plaques removed from patients from the southern part of India and Caucasians from Ottawa, Canada. *Clin Cardiol*. 1998; 21:335-40.

235. Moroi M, Zhang L, Yasuda T, Virmani R, Gold HK, Fishman MC, Huang PL. Interaction of genetic deficiency of endothelial nitric oxide, gender, and pregnancy in vascular response to injury in mice. *J Clin Invest*. 1998; 101:1225-32.

236. Burke AP, Ribe JK, Bajaj AK, Edwards WD, Farb A, Virmani R. Hamartoma of mature cardiac myocytes. *Hum Pathol*. 1998; 29:904-9.

237. Burke AP, Virmani R. Intramural coronary artery dysplasia of the ventricular septum and sudden death. *Hum Pathol*. 1998; 29:1124-7

238. Burke AP, Afzal MN, Barnett DS, Virmani R. Sudden death after a cold drink: case report. *Am J Forensic Med Pathol*. 1999; 20:37-9.

239. Burke AP, Robinson S, Radentz S, Smialek J, Virmani R. Sudden death in right ventricular dysplasia with minimal gross abnormalities. *J Forensic Sci*. 1999; 44:438-43.

240. Burke AP, Mezzetti T, Farb A, Zech ER, Virmani R. Multiple coronary artery graft occlusion in a fatal case of heparin-induced thrombocytopenia. *Chest*. 1998; 114:1492-5.

241. Virmani R, Burke A, Farb A. Coronary risk factors and plaque morphology in men with coronary disease who died suddenly. *Eur Heart J*. 1998; 19:678-80.

242. Farb A, Sangiorgi G, Carter AJ, Walley VM, Edwards WD, Schwartz RS, Virmani R. Pathology of acute and chronic coronary stenting in humans. *Circulation*. 1999; 99:44-52.

243. Farb A, Lindsay J, Jr., Virmani R. Pathology of bailout coronary stenting in human beings. *Am Heart J*. 1999; 137:621-31.

244. Oesterle SN, Whitbourn R, Fitzgerald PJ, Yeung AC, Stertzer SH, Dake MD, Yock PG, Virmani R. The stent decade: 1987 to 1997. Stanford Stent Summit faculty. *Am Heart J*. 1998; 136:578-99.

245. Farb A, Pichard A, Virmani R. Images in Cardiology. PTCA for in-stent restenosis: poor outcome explained. *International J Cardiovasc Intervent*. 1:131-132;1998.

246. Virmani R, Kolodgie FD, Dake MD, Silver JH, Jones RM, Jenkins M, Gillespie DL. Histopathologic evaluation of an expanded polytetrafluoroethylene-nitinol stent endoprosthesis in canine iliofemoral arteries. *J Vasc Interv Radiol*. 1999; 10:445-56.

247. Burke AP, Farb A, Malcom GT, Liang Y, Smialek JE, Virmani R. Plaque rupture and sudden death related to exertion in men with coronary artery disease. *JAMA*. 1999; 281:921-6.

248. Kornowski R, Hong MK, Virmani R, Jones R, Vodovotz Y, Leon MB. Granulomatous 'foreign body reactions' contribute to exaggerated in-stent restenosis. *Coron Artery Dis*. 1999; 10:9-14.

249. Oesterle SN, Hayase M, Baim DS, Teirstein PS, Ramee SR, Whitlow PL, Webb J, Virmani R. An embolization containment device. *Catheter Cardiovasc Interv*. 1999; 47:243-50.

250. Sangiorgi G, Farb A, Carter AJ, Edwards WD, Holmes DR, Virmani R, Schwartz RS. Histopathology of Post-PTCA Remodeling in Human Coronary Arteries. *Am Heart J*. 1999;138:681-7.

251. Taylor AJ, Burke AP, Farb A, Yousefi P, Malcom GT, Smialek, J, Virmani R. Arterial remodeling in the left coronary system: the role of high density lipoprotein cholesterol. *J Am Coll Cardiol*. 1999;34:760-7.

252. Webb JG, Carere RG, Virmani R, Baim D, Teirstein PS, Whitlow P, Kolodgie FD, McQueen C, Buller E, Dodek A, Mancini GB, Oesterle S. Retrieval and analysis of particulate debris following saphenous vein graft intervention. *J Am Coll Cardiol*. 1999;34:468-75.

253. Carter AJ, Scott D, Bailey L, Hoopes T, Jones R, Virmani R. Dose-response effects of $^{32}$P radioactive stents in an atherosclerotic porcine coronary model. *Circulation*. 1999;100:1548-54.

254. Taylor AJ, Gorman PD, Farb A, Hoopes TG, Virmani R. The long-term coronary vascular response to $^{32}$P β-particle-emitting stents in a canine model. *Circulation*. 1999;100:2366-72.

255. Narula J, Pandey P, Arbustini E, Haider N, Narula N, Kolodgie FD, Dal Bello B, Semigran MJ, Bielsa-Masdeu A, Dec GW, Israels S, Ballester M, Virmani R, Saxena S, Kharbanda S. Apoptosis in heart failure: release of cytochrome c from mitochondria and activation of caspase-3 in human cardiomyopathy. *Proc Natl Acad Sci* 1999; 96:8144-9.

256. Kolodgie FD, Wilson PS, Mergner WJ, Virmani R. Cocaine-induced increase in the permeability function of human vascular endothelial cell monolayers. *Exp Mol Pathol*. 1999; 66:109-22.

256a. Virmani R, Farb A.  Assessing the advantages and disadvantages of novel radiation therapy for vascular restenosis:  injury score, artery size, and short lengths.  *Cardiovasc Radiat Med.* 1999; 1 (3):308-310.

257. Scott DS, Arora UK, Farb A, Virmani R, Weissman NJ. Pathologic validation of a new method to quantify coronary calcific deposits In-Vivo Using Intravascular Ultrasound. *Am J Cardiol.* 2000 Jan 1;85(1):37-40.

258. Taylor AJ, Gorman PD, Hudak C, Tashko G, Sweet W, Farb A, Virmani R. The 90-day coronary vascular response to $^{90}$Y-beta particle-emitting stents in the canine model. *Int. J. Radiat Oncol Biol Phys.* 2000 Mar 1;46(4): 1019-24.

259. Taylor AT, Burke AP, O'Malley PG, Farb A, Malcom GT, Smialek J, Virmani R. A comparison of the Framingham Risk Index, coronary artery calcification, and culprit plaque morphology in Sudden Cardiac Death. *Circulation.* 101:1243-1248.

260. Burke AP, Andriko, J-A, Virmani R. Anaplastic large cell lymphoma (CD 30+) T-Phenotype, in the heart of an HIV-positive man. Cardiovascular Pathology Vol. 9, No. 1, Jan/Feb 2000: 49-52.

261. Burke AP, Taylor A, Farb A, Malcolm GT, Virmani R.  Coronary calcification: insights from sudden coronary death victims.  *Zeitschrift Kardiologie.* Vol 89: Suppl 2, II/49-II/53.

261a. Farb A, Virmani R.  Arterial restenosis:  Focus on inflammatory cell infiltration and adhesion molecules.  *Current Opinion in Anti-Inflammatory & Immunomodulatory Investigational Drugs.* 2000; 2(3):206-218.

262. Schneider DB, Vassalli G, Wen S, Driscoll RM, Sassani AB, DeYoung MB, Linnemann R, Virmani R, Dichek DA. Expression of Fas Ligand in arteries of hypercholesterolemic rabbits accelerated atherosclerotic lesion formation. *Arterioscler Thromb Vasc Biol.* 2000;20:298-308.

263. Virmani R, Kolodgie F, Burke A, Farb A, Schwartz S.  Lessons from sudden coronary death.  A comprehensive morphological classification scheme for atherosclerotic lesions. *Arterioscler Thromb Vasc Biol.* 2000;20:1262-1275.

264. Johnson LL, Schofield LM, Verdesca SA, Sharaf BL, Jones RM, Virmani R, Khaw BA. In vivo uptake of radiolabeled antibody to proliferating smooth muscle cells in a swine model of coronary stent restenosis. *J Nucl Med.* 2000 Sep; 41 (9):1535-40.

265. Carter AJ, Lee DP, Suzuki T, Bailey L, Lansky A, Jones R, Virmani R. Experimental evaluation of a short transitional edge protection balloon for intracoronary stent deployment. *Catheter Cardiovasc Interv.* 2000 Sep; 51 (1):112-9.

266. Narula J, Kolodgie FD, Virmani R. Apoptosis and cardiomyopathy. *Curr Opin Cardiol.* 2000 May;15 (3):183-8.

267. Kolodgie FD, Farb A, Virmani R.  Local delivery of ceramide for restenosis: is there a future for lipid therapy?. *Circ Res.* 2000 Aug 18;87 (4):264-7.

268. Kim WH, Hong MK, Virmani R, Kornowski R, Jones R, Leon MB. Histopathologic analysis of in-stent neointimal regression in a porcine coronary model. *Coronary Artery Dis.* 2000 May;11 (3):273-7.

269. Puig M, Ballester M, Matias-Guiu X, Bordes R, Carrio I, Kolodgie FD, Pons C, Garcia A, Aymat MR, Marrugat J, Brossa V, Camprecios M, Pedro JM, Cararps JM, Virmani R,  Prat J, Narula J. Burden of myocardial damage in cardiac allograft reaction: scintigraphic evidence of myocardial injury and histo-logic evidence of myocyte necrosis and apoptosis. *J Nucl Cardiol.* 2000 Mar-Apr;7 (2):132-9.

270. Carter AJ, Scott D, Rahdert D, Bailey L, De Vries J, Ayer di K, Turnlund T, Jones R, Virmani R, Fischell TA. Stent design favorably influences the vascular response in normal porcine coronary arteries. *J Invasive Cardiol.* 1999 Mar;11 (3):127-134.

271. Virmani R, Farb A. Effects of external beam radiation on the human heart and great vessels. *J Invasive Cardiol.* 1999 Nov;11 (11):703-708.

272. Carter AJ, Farb A, Gould KE, Taylor AJ, Virmani R. The degree of neointimal formation after stent placement in atherosclerotic rabbit iliac arteries is dependent on the underlying plaque. *Cardiovasc Pathol.* 1999 Mar-Apr;8 (2) :73-80.

273. Mauriello A, Snagiorgi G, Palmieri G, Virmani R, Holmes DR Jr., Schwartz RS, Pistolese R, Ippoliti A, Spangnoli LG. Hyperfibrinogenemia is associated with specific histocytological composition and complications of atherosclerotic carotid plaques in patients affected by transient ischemic attacks. *Circ.* 2000;101:744-750.

274. Arbustini E, Dal Bello B, Morbini P, Burke AP, Specchia G, Virmani R. Plaque erosion is a major substrate for coronary thrombosis in acute myocardial infarction. *Heart.* 1999 Sep;82 (3):269-72.

275. Narula J, Virmani R, Iskandrian AE. Strategic targeting of atherosclerotic lesions. *J Nucl Cardiol.* 1999 Jan-Feb:6(1 Pt 1):81-90.

276. Kolodgie FD, Narula J, Burke AP, Haider N, Farb A, Hui-Liang Y, Smialek J, Virmani R. Localization of apoptotic macrophages at the site of plaque rupture in sudden coronary death. *Am J Pathol.* 2000 Oct;157(4):1259-68.

276a. Rosenfeld M, Polinsky P, Virmani R, Kauser K, Rubanyi G, Schwartz S. Advanced Atherosclerotic Lesions in the Innominate Artery of the ApoE Knockout Mouse. *Arterioscler Thromb Vasc Biol.* 2000; 20:2587-2592.

277. Farb A, Tang AL, Shroff S, Sweet W, Virmani R.  Neointimal responses three months after (32)P beta-emitting stent placement. *Int J Radiat Oncol Biol Phys.* 2000 Oct 1;48(3):889-98.

277a. Schwartz SM, Virmani R, Rosenfeld ME. The good smooth muscle cells in atherosclerosis. *Current Atherosclerosis Reports.* 2000; 2:422-429.

278. Burke AP, Farb A, Malcom G, Virmani R. Effect of menopause on plaque morphologic characteristics in coronary atherosclerosis. *Am Heart J.* 2001 Feb;141 (2 Suppl):S58-62.

279. Burke AP, Kolodgie FD, Farb A, Weber DK, Malcom GT, Smialek J, Virmani R. Healed plaque ruptures and sudden coronary death: evidence that subclinical rupture has a role in plaque progression. *Circulation.* 2001 Feb 20;103(7):934-40.

280. Huang H, Virmani R, Younis H, Burke AP, Kamm RD, Lee RT. The impact of calcification on the biomechanical stability of atherosclerotic plaques. *Circulation*. 2001 Feb 27;103(8):1051-6.

281. Sugiyama S, Okada Y, Sukhova GK, Virmani R, Heinecke JW, Libby P. Macrophage myeloperoxidase regulation by granulocyte machrophage colony-stimulating factor in human atherosclerosis and implications in acute coronary syndromes. *Am J Pathol*. 2001 Mar;158(3):879-91.

282. Cejna M, Virmani R, Jones R, Bergmeister H, Losert U, Xu Z, Yang P, Schoder M, Lamme. Biocompatibility and performance of the wallstent and several covered stents in a sheep iliac artery model. *J Vasc Interv Radiol*. 2001 Mar;12(3):351-8.

283. Fitzgerald PJ, Takagi A, Moore MP, Hayase M, Kolodgie FD, Corl D, Nassi M, Virmani R, Yock PG. Intravascular sonotherapy decreases neointimal hyerplasia after stent implantation in swine. *Circulation*. 2001 Apr 10:103(14):1912-9.

284. Farb A, Shroff S, John M, Sweet W, Virmani R. Late arterial responses (6 and 12 months) after (32)P beta-emitting stent placement sustained intimal suppression with incomplete healing. *Circulation*. 2001 Apr 10;103(14):1912-9.

285. Burke AP, Virmani R. Localized vasculitis. *Semin Diagn Pathol*. 2001 Feb;18(1):59-66. Review.

286. Hill AC, Maroney TP, Virmani R. Facilitated coronary anastomosis using a nitinol U-Clip device: bovine model. *J Thorac Cardiovasc Surg*. 2001 May;121(5):859-70.

286a. Fischell TA, Virmani R. Intracoronary brachytherapy in the porcine model: a different animal. *Circ*. 2001; 104(20):2288-90.

287. Kim HS, Waksman R, Kollum M, Bhargava B, Kent KM, Mintz GS, Kolodgie FD, Virmani R. Edge stenosis after intracoronary radiotherapy: angiographic, intravascular findings. *Circulation*. 2001 May 1;103(17):2219-20.

287a. Cotton Y, Kollum M, Kolodgie FD, Chan RC, Kim HS, Vodovotz Y, Virmani R, Waksman R, Yazdi H. Intravascular radiation accelerates atherosclerotic lesion formation of hypercholesteremic rabbits. *Cardiovasc Radiat Med*. 2001; 2(4):231-40.

288. Beach L, Burke A, Radentz S, Virmani R.  Spontaneous fatal rupture of a coronary arterial aneurysm into the right ventricle. *Am J Cardiol*. 2001 Jul 1;88(1):99-100.

289. Taylor AJ, Gorman PD, Kenwood B, Hudak C, Tashko G, Virmani R. A comparison of four stent designs on arterial injury, cellular proliferation, formation, and arterial dimensions in an experimental porcine model. *Catheter Cardiovasc Interv*. 2001 Jul;53(3):420-5.

290. Farb A, Heller PF, Shroff S, Cheng L, Kolodgie FD, Carter AJ, Scott DS, Froehlich J, Virmani R. Pathological analysis of local delivery of paclitaxel via a polymer-coated stent. *Circ*. 2001 Jul 24;104(4):473-9.

290a. Sangiorgi G, Arbustini E, Lanzarini P, del Bello B, Maestri M, Gaspari A, Solcia M, Virmani R, Inglese L. Nonbiodegradable expanded polytetrafluoroethylene-covered stent implantation in porcine peripheral

arteries: histologic evaluation of vascular wall response compared with uncoated stents. *Cardiovasc Intervent Radiol*. 2001; 24(4):260-70

291.  Burke AP, Weber DK, Kolodgie FD, Farb A, Taylor AJ, <u>Virmani R</u>. Pathophysiology of calcium deposition in coronary arteries. *Herz*. 2001 Jun;26(4):239-44.

292.  <u>Virmani R</u>, Kolodgie FD, Farb A, Burke AP. Pathology of Direct Myocardial Revascularization. *Curr Interv Cardiol Rep*. 2001 Aug;3(3):198-204. PMID: 11485689.

293.  Kolodgie FD, Burke AP, Farb A, Gold HK, Yuan J, Narula J, Finn AV, <u>Virmani R</u>.  The thin-cap fibroatheroma: a type of vulnerable plaque: the major precursor lesion to acute coronary syndromes. *Curr Opin Cardiol*. 2001 Sep;16(5):285-92.

294.  Baynes-Genis A, Conover CA, Overgaard MT, Bailey KR, Christiansen M, Holmes DR Jr, <u>Virmani R</u>, Oxvig C, Schwartz RS. Pregnancy-associated plasma protein A as a marker of acute coronary syndromes. *N Engl J Med*. 2001 Oct 4;345(14):1022-9.

295.  <u>Virmani R</u>, Burke AP, Farb A. Sudden cardiac death. *Cardiovasc Pathol*. 2001 Sep-Oct;10(5):211-8.

296.  Beach L, Burke A, Chute D, <u>Virmani R</u>. Anomalous origin of 4 coronary ostia from the right sinus of valsalva in a patient with hypertrophic cardiomyopathy.  *Arch Pathol Lab Med*.  2001; 125(11):1489-1490.

297.  John M, Shroff S, Farb A, <u>Virmani R</u>. Local arterial responses to $^{32}$P β-emitting stents. *Cardiovascular Radiation Medicine*. 2001; 2:143-150.

297a. Schmermund A, Schwartz RS, Adamzik M, Sangiorgi G, Pfeifer EA, Rumberger JA, Burke AP, Farb A, <u>Virmani R</u>. Coronary atherosclerosis in unheralded sudden coronary death under age 50: histo-pathologic comparison with "healthy" subjects dying out of hospital. *Atherosclerosis*. 2001; 155(2):499-508.

298.  Burke AP, Kolodgie FD, Farb A, Weber D, <u>Virmani R</u>. Morphological predictors of arterial remodeling in coronary atherosclerosis. *Circ*. 2002; 105(3):297-303.

299.  <u>Virmani R</u>, Farb A, Kolodgie FD. Histopathologic alterations after endovascular radiation and antiproliferative stents: Similarities and differences. *Herz*. 2002; 27(1):1-6.

300.  Burke AP, Farb A, Pestaner J, Malcom GT, Zieske A, Kutys R, Smialek J, <u>Virmani R</u>. Traditional risk factors and the incidence of sudden coronary death with and without coronary thrombosis in blacks. *Circ*. 2002; 105:419-424.

301.  Burke AP, Farb AF, Kolodgie FD, Narula J, <u>Virmani R</u>. Atherosclerotic plaque morphology and coronary thrombi. *J Nucl Cardiol*. 2002; 9:95-103.

301a. Kurup AN, Tazelaar HD, Edwards WD, Burke AP, <u>Virmani R</u>, Klarich KW, Orszulak TA. Iatrogenic cardiac papillary fibroelastoma: a study of 12 cases (1990 to 2000). *Human Pathology*. 2002; 33(12):1165-9.

302.  Kolodgie FD, Narula J, Haider N, <u>Virmani R</u>. Apoptosis in atherosclerosis. Does it Contribute to Plaque Instability? *Cardiol Clinics*. 2001; 19:127-39.

303. Virmani R, Burke AP, Farb A, Kolodgie FD. Pathology of the Unstable Plaque. *Progress in Cardiovascular Diseases.* 2002; 44(5):349-356.

304. Burke AP, Tracy RP, Kolodgie F, Malcom GT, Zieske A, Kutys R, Pestaner J, Smialek J, Virmani R. Elevated C-Reactive protein values and atherosclerosis in sudden coronary death. Association with different pathologies. *Circ.* 2002; 105:2019-2023.

305. Farb A, Weber DK, Kolodgie FD, Burke AP, Virmani R. Morphological predictors of restenosis after coronary stenting in humans. *Circ.* 2002; 105:2974-2980.

306. Virmani R, Burke AP, Farb A, Kolodgie FD. Vulnerable Plaque: The Pathology of Unstable Coronary Lesions. *J Interven Cardiol* 2002; 15(6): 439-446.

307. Kolodgie FD, Burke AP, Farb A, Weber DK, Kutys R, Wight TN, Virmani R. Differential accumulation of proteoglycans and hyaluronan in culprit lesions. Insights into plaque erosion. *Arterioscler Thromb Vasc Biol.* 2002; 22:1642-1648.

308. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. *Circ.* 2002; 106:2379-2384.

309. Burke AP, Fonseca V, Kolodgie F, Zieske A, Fink L, Virmani R. Increased serum homocysteine and sudden death resulting from coronary atherosclerosis with fibrous plaques. *Arterioscler Thromb Vasc Biol.* 2002; 22:1936-1941.

310. Kolodgie FD, John M, Khurana C, Farb A, Wilson PS, Acampado E, Desai N, Soon-Shiong P, Virmani R. Sustained reduction of in-stent neointimal growth with the use of a novel systemic nanoparticle paclitaxel. *Circ.* 2002; 106:1195-1198.

311. Finn AV, Gold HK, Tang A, Weber DK, Wight TN, Clermont A, Virmani R, Kolodgie FD. A novel rat model of carotid artery stenting for the understanding of restenosis in metabolic diseases. *J Vasc Res.* 2002; 39:414-425.

312. Virmani R, Liistro F, Stankovic G, Di Mario C, Montorfano M, Farb A, Kolodgie FD, Colombo A. Mechanism of late in-stent restenosis after implantation of a Paclitaxel derivate-eluting polymer stent system in humans. *Circ.* 2002; 106:2649-51.

312a. Popma JJ, Cox N, Hauptmann KE, Reifart N, Virmani R, Emira K, Murphy S, Gibson S, Gibson CM, Grube E. Initial clinical experience with distal protection using the FilterWire in patients undergoing coronary artery and saphenous vein graft percutaneous intervention. *Catheter Cardiovascu Interv.* 2002; 57(2):125-34.

313. Wolf DA, Burke AP, Patterson KV, Virmani R. Sudden death following rupture of a right ventricular aneurysm nine months after ablation therapy of the right ventricular outflow tract. *Pacing Clin Electrophysiol.* 2002; 25(7):1135-7.

314. Burke AP, Gatto-Weis C, Griego JE, Ellington KS, Virmani R. Adult cellular rhabdomyoma of the heart: A report of 3 cases. *Human Pathol.* 2002; 33:1092-1097.

315. Kim AY, Walinsky PL, Kolodgie FD, Bian C, Sperry JL, Deming CB, Peck EA, Shake JG, Ang GB, Esmon CT, Virmani R, Stuart S, Rade JJ. Early loss of

thrombomodulin expression impairs vein graft thromboresistance: implications for vein graft failure. *Circ Res*. 2002;90:205-212.

316. Nakai T, Lesh MD, Gerstenfeld EP, Virmani R, Jones R, Lee RJ. Percutaneous left atrial appendage occlusion (PLAATO) for preventing cardioembolism: first experience in canine model. *Circ*. 2002; 105 (18):2217-2222.

317. Pasterkamp G, Virmani R. The erythrocyte: a new player in atheromatous core formation. *Heart.* 2002; 88(2):115-6.

318. Schwartz RS, Edelman ER, Carter A, Chronos N, Rogers C, Robinson KA, Waksman R, Weinberger J, Wilensky RL, Jensen DN, Zuckerman BD, Virmani R; Consensus Committee. Drug-eluting stents in pre-clinical studies: recommended evaluation from a consensus group. *Circ*. 2002; 106(14):1867-73.

319. Burke AP, Tracy RP, Kolodgie F, Malcom GT, Zieske A, Kutys R, Pestaner J, Smialek J, Virmani R. Elevated C-reactive protein values and atherosclerosis in sudden coronary death: association with different pathologies. *Circ.* 2002; 105 (17):2019-23.

320. Sperry JL, Deming CB, Bian C, Walinsky PL, Kass DA, Kolodgie FD, Virmani R, Kim AY, Rade JJ. Wall tension is a potent negative regulator of in vivo thrombomedulin expression. *Circ Res*. 2003;92:41-47.

321. Virmani R, Farb A, Kolodgie FD, Lafont A. Drug-eluting stents: are human and animal studies comparable. *Heart.* 2003;89:133-138.

322. Osterle SN, Reifart N, Hayase M, Hauptmann E, Low R, Erbel, Haude M, Dirsch O, Schuler GC, Virmani R, Yeung AC. Catheter-based coronary bypass: A development update. *CCI*. 2003;58:212-218.

323. Guagliumi G, Farb A, Musumeci G, Valsecchi O, Tespili M, Motta T, Virmani R. Images in cardiovascular medicine. Sirolimus-eluting stent implanted in human coronary artery for 16 months. Pathological findings. *Circ.* 2003;107:1340-1341.

324. Pessanha B, Farb A, Lwin T, Lloyd B, Virmani R. Infectious endocarditis due to *Corynebacterium xerosis*. *Cardiovascular Pathology*. 2003; 12:98-101.

325. Sisken GP, Dowling K, Virmani R, Jones R, Todd D. Pathologic evaluation of a spherical polyvinyl alcohol embolic agent in a porcine renal model. *J Vasc Interv Radiol.* 2003; (14(1):89-98.

326. Cheneau E, John MC, Fournadjiev J, Chan RC, Kim HS, Leborgne L, Pakala R, Yazdi H, Ajani AE, Virmani R, Waksman R. Time course of stent endothelialization after intravascular radiation therapy in rabbit iliac arteries. *Circ*. 2003; 107(16):2153-8.

327. Aklog L, Nifong LW, Hebeler RF, Galbraith TA, Chitwood WR, Realyvasquez F, Virmani R. Sutureless mitral valve repair using nitinol clip technology. *Heart Surg Forum.* 2003; 6 Supp1 S22.

328. Virmani R, Burke AP, Kolodgie, Farb A. Pathology of the thin-cap fibroatheroma: A type of vulnerable plaque. *J Interv Cardiol.* 2003; 16(3):267-72. Review.

329. Burke AP, Virmani R, Galis G, Haudenschild CC, Muller JE. 34th Bethesda Conference: Task force #2—What is the pathologic basis for new atherosclerosis imaging techniques? *JACC*. 2003; 41(11):1874-86.

330. Sharma AK, Farb A, Maniar P, Ajani AE, Castagna M, Virmani R, Suddath W, Lindsay J. Spontaneous coronary artery dissection in a patient with systemic lupus erythematosis. *Hawaii Med J.* 2003; 62(11):248-53.

331. Kolodgie FD, Petrov A, Virmani R, Narula N, Verjans JW, Weber DK, Hartung D, Steinmetz N, Vanderheyden JL, Vannan MA, Gold HK, Reutelingsperger CP, Hofstra L, Narula J. Targeting of apoptotic macrophages and experimental atheroma with radiolabeled annexin V: a technique with potential for noninvasive imaging of vulnerable plaque. *Circulation.* 2003; 108(25):3134-9.

332. Kolodgie FD, Gold HK, Burke AP, Fowler DR, Kruth HS, Weber DK, Farb A, Guerrero LJ, Hayase M, Kutys R, Narula J, Finn AV, Virmani R. Intraplaque hemorrhage and progression of coronary atheroma. N *Engl J Med.* 2003; 349(24):2316-25.

333. Guagliumi G, Virmani R, Musumeci G, Motta T, Valsecchi O, Bonaldi G, Saino A, Tespili M, Greco N, Farb A. Drug-eluting versus bare metal stents: long-term human pathology. Findings from different coronary arteries in the same patient. *Ital Heart J.* 2003; 4(10):713020.

334. Naghavi M, Libby P, Falk E, Casscells SW, Litovsky S, Rumberger J, Badimon JJ, Stefanadis C, Moreno P, Pasterkamp G, Fayad Z, Stone PH, Waxman S, Raggi P, Madjid M, Zarrabi A, Burke A, Yuan C, Fitzgerald PJ, Siscovick DS, de Korte CL, Aikawa M, Juhani Airaksinen KE, Assmann G, Becker CR, Chesebro JH, Farb A, Galis ZS, Jackson C, Jang IK, Koenig W, Lodder RA, March K, Demirovic J, Navab M, Priori SG, Rekhter MD, Bahr R, Grundy SM, Mehran R, Colombo A, Boerwinkle E, Ballantyne C, Insull W Jr, Schwartz RS, Vogel R, Serruys PW, Hansson GK, Faxon DP, Kaul S, Drexler H, Greenland P, Muller JE, Virmani R, Ridker PM, Zipes DP, Shah PK, Willerson JT. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. *Circulation.* 2003; 108(14):1664-72.

335. Naghavi M, Libby P, Falk E, Casscells SW, Litovsky S, Rumberger J, Badimon JJ, Stefanadis C, Moreno P, Pasterkamp G, Fayad Z, Stone PH, Waxman S, Raggi P, Madjid M, Zarrabi A, Burke A, Yuan C, Fitzgerald PJ, Siscovick DS, de Korte CL, Aikawa M, Juhani Airaksinen KE, Assmann G, Becker CR, Chesebro JH, Farb A, Galis ZS, Jackson C, Jang IK, Koenig W, Lodder RA, March K, Demirovic J, Navab M, Priori SG, Rekhter MD, Bahr R, Grundy SM, Mehran R, Colombo A, Boerwinkle E, Ballantyne C, Insull W Jr, Schwartz RS, Vogel R, Serruys PW, Hansson GK, Faxon DP, Kaul S, Drexler H, Greenland P, Muller JE, Virmani R, Ridker PM, Zipes DP, Shah PK, Willerson JT.  From vulnerable plaque to vulnerable patient:  a call for new definitions and risk assessment strategies: Part II. *Circulation.* 2003; 108(15):1772-8.

336. Rodriguez Ae, Alemparte MR, Vigo CF, Pereira CF, Llaurado C, Russo M, Virmani R, Ambrose JA. Pilot study of oral rapamycin to prevent restenosis in patients undergoing coronary stent therapy: Argenita single-center study (ORAR Trial). *J Invasive Cardiol.* 2003; 15(10):581-4.

337. Farb A, Burke AP, Kolodgie FD, Virmani R. Pathological mechanisms of fatal late coronary stent thrombosis in humans. *Circulation.* 2003;108(14):1701-6.

338. Kay IP, Ligthart JM, Virmani R, van Beusekom HM, Kozuma K, Carter AJ, Sianos G, van der Giessen WJ, Wardeh AJ, de Feyter PJ, Serruys PW. The black hole: echolucent tissue observed following intracoronary radiation. *Int J Cardiovasc Intervent.* 2003; 5(3):137-42.

339. Strauss BH, Goldman L, Qiang B, Nili N, Segev A, Butany J, Sparkes JD, Jackson ZS, Eskandarian MR, Virmani R. Collagenase plaque digestion for facilitating guide wire crossing in chronic total occlusions. *Circulation*. 2003; 108(10)1259-62.

340. Lesser JR, Johnson K, Lindberg JL, Reed J Tadavarthy SM, Virmani R, Schwartz RS. Images in cardiovascular medicine. Myocardial rupture, microvascular obstruction, and infarct expansion: elucidation by cardiac magnetic resonance. *Circulation.* 2003; 108(1):116-7.

341. Ruygrok PN, Farb A, Coverdale HA, Gibbs HC, Virmani R. Histology of in-stent restenosis in transplanted heart. *J Heart Lung Transplant.* 2004; 23:143-146.

342. Virmani R, Guagliumi G, Farb A, Musumeci G, Grieco N, Motta T, Mihalcsik L, Tespili M, Valsecchi O, Kolodgie FD. Localized hypersensitivity and late coronary thrombosis secondary to a Sirolimus-eluting stent. Should we be cautious? *Circulation.* 2004; 109:701-705.

343. Schaar JA, Muller JE, Falk E, Virmani R, Fuster V, Serruys PW, Colombo A, Stefanadis C, Casscells SW, Moreno PR, Maseri A, van der Steen A.F.W. Terminology for high-risk and vulnerable coronary artery plaques. *European Heart J.* 2004; 24:1-6.

344. Virmani R, Kolodgie FD, Farb A. Drug-eluting stents: Are they really safe? *Am Heart Hosp J.* 2004; 2:85-88.

345. Burke AP, Jarvelainen H, Kolodgie FD, Goel A, Wight TN, Virmani R. Superficial pseudoaneurysms: clinicopathologic aspects and involvement of extracellular matrix proteoglycans. *Modern Pathology.* 2004; 17:482-488.

346. Burke AP, Kolodgie FD, Zieske A, Fowler DR, Weber DK, Varghese PJ, Farb A, Virmani R. Morphologic findings of coronary atherosclerotic plaques in diabetics. A postmortem study. *Arterioscler Thromb Vasc Biol.* 2004;24:1266-1271.

347. Farb A, Kolodgie FD, Hwang J-Y, Burke AP, Tefera K, Weber DK, Wight TN, Virmani R. Extracellular matrix changes in stented human coronary arteries. *Circulation.* 2004; 110:940-947.

348. Burke AP, Kutys R, Fowler D, Virmani R. Multiple spontaneous coronary artery dissections in association with anomalous origin of right coronary and intramural coronary artery dysplasia. *Cardiovascular Pathology.* 2004;13:173-175.

349. Kolodgie FD, Burke AP, Wight TN, Virmani R. The accumulation of specific types of proteoglycans in eroded plaques: a role in coronary thrombosis in the absence of rupture. *Curr Opin Lipidol.* 2004;15:575-582.

350. Virmani R, Farb A, Guagliumi, Kolodgie FD. Drug-eluting stents: caution and concerns for long-term outcome. *Coron Artery Dis.* 2004;15:313-318.

351. Kolodgie FD, Virmani R, Burke AP, Farb A, Weber DK, Kutys R, Finn AV, Gold HK. Pathologic assessment of the vulnerable human coronary plaque. *Heart.* 2004;90:1385-1391.

352. Waksman R, Fournadjiev J, Baffour R, Pakala R, Hellinga D, Leborgne L, Yazdi H, Cheneau E, Wolfram R, Seabron R, Horton K, Kolodgie F, Virmani R, Rivera E. Transepicardial autologous bone marrow-derived mononuclear cell therapy

in a porcine model of chronically infarcted myocardium. *Cardiovasc Radiat Med.* 2004 Jul-Sep;5(3):125-31.

353. Schwartz RS, Chronos NA, <u>Virmani R</u>. Preclinical restenosis models and drug-eluting stents: still important, still much to learn. *J Am Coll Cardiol.* 2004 Oct6,44(7):1373-85.

353a. Serruys PW, Ormiston JA, Sianos G, Sousa JE, Grube E, den Heijer P, de Feyter P, Buszman P, Schomig A, Marco J, Polonski L, Thuesen L, Zeiher AM, Bett JH, Suttorp MJ, Glogar HD, Pitney M, Wilkins GT, Whitbourn R, Veldhof S, Miquel K, Johnson R, Coleman L, <u>Virmani R;</u> ACTION investigators. Actinomycin-eluting stent for coronary revascularization: a randomized feasibility and safety study: the ACTION trial. *J Am Coll Cardiol.* 2004 Oct 6;44(7):1363-7.

354. Schwartz RS, Edelman ER, Carter A, Chronos NA, Rogers C, Robinson KA, Waksman R, Machan L, Weinberger J, Wilensky RL, Goode JL, Hottenstein OD, Zuckerman BD, <u>Virmani R.</u> Preclinical evaluation of drug-eluting stents for peripheral applications: recommendations from an expert consensus group. *Circulation.* 2004 Oct 19;110(16):2498-505.

355. Eckart RE, Scoville SL, Campbell CL, Shry EA, Stajduhar KC, Potter RN, Pearse LA, <u>Virmani R</u>. Sudden death in young adults: a 25-year review of autopsies in military recruits. *Ann Intern Med.* 2004 Dec 7;141(11):829-34.

355a. Sousa JE, Costa MA, Farb A, Abizaid A, Sousa A, Seixas AC, da Silva LM, Feres F, Pinto I, Mattos LA, <u>Virmani R</u>. Vascular healing 4 years after the implantation of sirolimus-eluting stent in humans: A histopathological examination. *Circulation.* 2004;110:5-6.

356. Kollum M, Farb A, Schreiber R, Terfera K, Arab A, Geist A, Haberstroh J, Wnendt S, <u>Virmani R</u>, Hehrlein C. Particle debris from a nanoporous stent coating obscures potential antiproliferative effects of tacrolimus-eluting stents in a porcine model of restenosis. *Catheter Cardiovasc Interv.* 2005 Jan;64(1):85-90.

357. Tatsutani KN, Joye JD, <u>Virmani R</u>, Taylor MJ. In vitro evaluation of vascular endothelial and smooth muscle cell survival and apoptosis in response to hypothermia and freezing. *Cryo Letters.* 2005 Jan-Feb;26(1):55-64.

358. Estes NA 3rd, Kloner R, Olshansky B, <u>Virmani R</u>. Task Force 9: drugs and performance-enhancing substances. *J Am Coll Cardiol.* 2005 Apr 19;45(8):1368-9.

359. Burke AP, Mont E, Kolodgie F, <u>Virmani R</u>. Thrombotic thrombocytopenic purpura causing rapid unexpected death: value of CD61 immunohistochemical staining in diagnosis. *Cardiovasc Pathol.* 2005 May-Jun;14(3):150-5.

360. van Oostrom O, Velema E, Schoneveld AH, de Vries JP, de Bruin P, Seldenrijk CA, de Kleijn DP, Busser E, Moll FL, Verheijen JH, <u>Virmani R</u>, Pasterkamp G. Age-related changes in plaque composition: a study in patients suffering from carotid artery stenosis. *Cardiovasc Pathol.* 2005 May-Jun;14(3):126-34.

361. Collingwood R, Gibson L, Sedlik S, <u>Virmani R</u>, Carter AJ. Stent-based delivery of AFT-578 via a phosphorylcholine surface coating reduces neointimal formation in the porcine coronary model. *Catheter Cardiovasc Interv.* 2005 Jun;65(2):227-32.

362. Schneiderman J, Wilensky R, Weiss A, Samouha E, Muchnik L, Chen-Zion M,Ilovitch M, Golan E, Blank A, Flugelman M, Rozenman Y, <u>Virmani R.</u>

Diagnosis of thin-cap fibroatheromas by a self-contained intravascular magnetic resonance imaging probe in ex vivo human aortas and in situ coronary arteries. *J Am Coll Cardiol*. 2005 Jun 21;45(12):1961-9.

363. Finn AV, Kolodgie FD, Harnek J, Guerrero LJ, Acampado E, Tefera K, Skorija K, Weber DK, Gold HK, Virmani R. Differential response of delayed healing and persistent inflammation at sites of overlapping sirolimus- or paclitaxel-eluting stents. *Circulation*. 2005 Jul 12;112(2):270-8.

364. Blank A, Alexandrowicz G, Muchnik L, Tidhar G, Schneiderman J, Virmani R, Golan E.  Miniature self-contained intravascular magnetic resonance (IVMI) probe for clinical applications. *Magn Reson Med*. 2005 Jul;54(1):105-12.

365. Burke A, Creighton W, Mont E, Li L, Hogan S, Kutys R, Fowler D, Virmani R. Role of SCN5A Y1102 polymorphism in sudden cardiac death in blacks. *Circulation*. 2005 Aug 9;112(6):798-802.

366. Kipshidze N, Sadzaglishvili K, Panarella M, Rivera EA, Virmani R, Leon MB. Evaluation of a novel endoluminal vascular occlusion device in a porcine model: early and late follow-up. *J Endovasc Ther*. 2005 Aug;12(4):486-94.

367. Virmani R, Kolodgie F, Burke A, Finn A, Gold H, Tulenko T, Wrenn S, Narula J. Atherosclerotic plaque progression and vulnerability to rupture: angiogenesis as a source of intraplaque hemorrhage. *Arterioscler Thromb Vasc Biol*. 2005 Oct;25(10):2054-61.

368. Wasserman BA, Wityk RJ, Trout HH 3rd, Virmani R. Low-grade carotid stenosis: looking beyond the lumen with MRI. *Stroke*. 2005 Nov;36(11):2504-13.

369. Hara H, Virmani R, Ladich E, Mackey-Bojack S, Titus J, Reisman M, Gray W, Nakamura M, Mooney M, Poulose A, Schwartz RS. Patent foramen ovale: current pathology, pathophysiology, and clinical status. *J Nucl Med*. 2005 Dec;46(12):2051-6.

370. Burke A, Mont E, Kutys R, Virmani R. Left ventricular noncompaction: a pathological study of 14 cases. *Human Pathology*. 2005;36:403-411.

371. Kolodgie F, Burke A, Nakazawa G, Virmani R. Is Pathologic intimal thickening the key to understanding early plaque progression in human atherosclerotic disease? *Arterioscler Thomb Vasc Biol*. 2007;27:986-989.

372. Virmani R, Burke AP, Kolodgie F. Morphological characteristics of coronary atherosclerosis in diabetes mellitus. *Can J Cardiol*. 2006;22(Suppl B):81B-84B.

373. Strauss BH, Segev A, Wright GA, Qiang B, Munce N, Anderson KJ, Leung G, Dick AJ, Virmani R, Butany J. Microvessels in chronic total occlusions: pathways for successful guidewire crossing? *J Interv Cardiol*. Microvessels in chronic total occlusions: pathways for successful guidewire crossing? *J Interv Cardiol*. 2005 Dec;18(6):425-36.

374. Hartung D, Sarai M, Petrov A, Kolodgie F, Narula N, Verjans J, Virmani R, Reutelingsperger C, Hofstra L, Narula J. Resolution of apoptosis in atherosclerotic plaque by dietary modification and statin therapy. *J Nucl Med*. 2005 Dec;46(12):2051-6.

375. Cooper LT, Virmani R, Chapman NM, Frustaci A, Rodeheffer RJ, Cunningham MW,

McNamara DM. National Institutes of Health-Sponsored workshop on inflammation and immunity in dilated cardiomyopathy. *Mayo Clin Proc.* 2006;81(2):199-204.

376. Varga R, Eriksson M, Erdos MR, Olive M, Harten I, Kolodgie F, Capell BC, Cheng J, Faddah D, Perkins S, Avallone H, San H, Qu X, Ganesh S, Gordon LB, <u>Virmani R</u>, Wight TN, Nabel EG, Collins FS. Progressive vascular smooth muscle cell defects in a mouse model of Hutchinson-Gilford progeria syndrome. *Proc Natl Acad Sci U S A.* 2006;103(9):3250-3255.

377. Nebeker JR, <u>Virmani R</u>, Bennett CL, Hoffman JM, Samore MH, Alvarez J, Davidson CJ, McKoy MJ, Raisch DW, Whisenant BK, Yarnold PR, Belknap SM, West DP, Gage JE, Morse RE, Gligoric G, Davidson L, Feldman MD. Hypersensitivity cases associated with drug-eluting coronary stents: a review of available cases from the Research on Adverse Drug Events and Report (RADAR) project. *J AM Coll Cardiol.* 2006 Jan 3;47(1):175-81.

378. Stefanadis C, Toutouzas K, Stefanadi E, Kolodgie F, <u>Virmani R,</u> Kipshidze N. First experimental application of bevacizumab-eluting PC coated stent for inhibition of vasa vasorum of atherosclerotic plaque: angiographic results in a rabbit atheromatic model. *Hellenic J Cardiol* 2006 Jan-Feb;47(1):7-10.

379. Bhargava B, Reddy NK, Karthikeyan G, Raju R, Mishra S, Singh S, Waksman R, <u>Virmani R</u>, Somaraju B. A novel paclitaxel-eluting porous carbon nanoparticle coated, nonpolymeric cobalt-chromium stent: Evaluation in a porcine model. *Catheter Cardiovasc Interv* 2006 Mar 30:67(3):355-502.

380. Cheema AN, Hong T, Nili N, Segev A, Moffat JG, Lipson KE, Howlett AR, Holdsworth DW, Cole MJ, Qiang B, Kolodgie F, <u>Virmani R</u>, Stewart DJ, Strauss BH. Adventitial microvessel formation after coronary stenting and the effects of SU11218, a tyrosine kinase inhibitor. *J Am Coll Cardiol.* 2006 Mar 7;47(5):1067-75.

381. Ladich E, <u>Virmani R</u>, Burke A. Sudden cardiac death not related to coronary atherosclerosis. *Toxicol Pathol.* 2006;34(1):52-7.

382. <u>Virmani R</u>, Burke AP, Kolodgie F. Morphological characteristics of coronary atherosclerosis in diabetes mellitus. *Can J Cardiol.* 2006 Feb;22 Suppl B:81B-4B.

383. Creighton W, <u>Virmani R</u>, Kutys R, Burke A. Identification of novel missense mutations of cardiac ryanodine receptor gene in exercise-induced sudden death at autopsy. *J Mol Diagn.* 2006 Feb;8(1):62-7.

384. Hao H, Gabbiani G, Camenzind E, Bacchetta M, <u>Virmani R</u>, Bochaton-Piallat ML. Phenotypic modulation of intima and media smooth muscle cells in fatal cases of coronary artery lesion. *Arterioscler Thromb Vasc Biol.* 2006 Feb;26(2):326-32.

385. <u>Virmani R</u>, Burke A, Farb A, Kolodgie F. Pathology of the vulnerable plaque. *J Am Coll Cardiol.* 2006 Apr 18;47(8 Suppl):C13-C18.

386. Joner M, Finn A, Farb A, Mont E, Kolodgie F, Ladich E, Kutys R, Skorija K, Gold H, <u>Virmani R</u>. Pathology of drug-eluting stents in humans; delayed healing and late thrombotic risk. *J Am Coll Cardiol.* 2006;48:193-202.

386a. Carter AJ, Brodeur A, Collingwood R, Ross S, Gibson L, Wang CA, Haller S, Coleman L, <u>Virmani R.</u> Experimental efficacy of an everolimus eluting cobalt chromium stent. *Catheter Cardiovasc Interv.* 2006 Jul;68(1):97-103.

386b. Manfrini O, Mont E, Leone O, Arbustini E, Eusebi V, Virmani R, Bugiardini R. Sources of error and interpretation of plaque morphology by optical coherence tomography. *Am J Cardiol*. 2006 Jul 15;98(2):156-9.

387. Vengrenyuk Y, Carlier S, Xanthos S, Cardoso L, Ganatos P, Virmani R, Einav S, Gilchrist L, Weinbaum S. A hypothesis for vulnerable plaque rupture due to stress-induced debonding around cellular microcalcifications in thin fibrous caps. *PNAS*. 2006 Oct;103(40):14678-14683.

388. Kolodgie F, Burke A, Skorija K, Ladich E, Kutys R, Makuria AT, Virmani R. Lipoprotein-associated phospholipase A2 Protein Expression in the natural progression of human coronary atherosclerosis. *Arterioscler Thromb Vasc Biol*. 2006;26:2523-2529.

389. Fischell TA, Fischell DR, Fischell RE, Virmani R, DeVries JJ, Krucoff MW. Real-time detection and alerting for acute ST-segment elevation myocardial ischemia using an implantable, high-fidelity, intracardiac electrogram monitoring system with long-range telemetry in an ambulatory porcine model. *J Am Coll Cardiol*. 2006;48:2306-14.

390. Joner M, Farb A, Cheng Q, Finn A, Acampado E, Burke AP, Skorija K, Creighton W, Kolodgie F, Gold HK, Virmani R. Pioglitazone inhibits in-stent restenosis in atherosclerotic rabbits by targeting transforming growth factor-β and MCP-1. *Arterioscler Thromb Vasc Biol*. 2007;27:182-189.

391. Hara H, Virmani R, Ladich E, Mackey-Bojack S, Titus JL, Karnicki K, Stewart M, Pelzel JM, Schwartz RS. Patent Foramen Ovale: Standards for a Pre-clinical Model of Prevalence, Structure, and Histopathologic Comparability to Human Hearts. Catheterization and Cardiovascular Interventions. 2007 Feb;69(2):266-73.

392. Kolodgie F, Narula J, Yuan C, Burke A, Finn A, Virmani R. Elimination of neoangiogenesis for plaque stabilization, Is there a role for local drug therapy? *J Am Coll Cardiol*. 2007;49:2093-101.

393. Ribichini F, Joner M, Ferrero V, Finn A, Crimins J, Nakazawa G, Acampado E, Kolodgie F, Vassanelli C, Virmani R. Effects of oral Prednisone after stenting in a Rabbit model of established atherosclerosis. *J Am Coll Cardiol.* 2007;50:176-85.

394. Luscher T, Steffel J, Eberli F, Joner M, Nakazawa G, Tanner F and Virmani R. Drug-eluting stent and coronary thrombosis: biological mechanism and clinical implications. *Circulation*. 2007;115:1051-1058.

395. Finn A, Nakazawa G, Joner M, Kolodgie F, Mont E, Gold H and Virmani R. Vascular responses to drug-eluting stents, importance of delayed healing. *Arterioscler Thromb Vasc Biol*. 2007;27:1500-1510.

396. Finn A, Joner M, Nakazawa G, Kolodgie F, Newell J, John M, Gold H, and Virmani R. Pathological correlates of late drug-eluting stent thrombosis: Strut coverage as a marker of endothelialization. *Circulation*. 2007;115:2435-2441.

397. Nakazawa G, Finn A, Virmani R. Vascular pathology of drug-eluting stents. *Herz*. 2007;32:274-800.

398. Burke A, Virmani R. Pathophysiology of acute myocardial infarction. *Med Clin North Am.* 2007 Jul;91(4):553-72.

399. Finn, A, Nakazawa G, Kolodgie F, Virmani R. Controversies surrounding the use of drug-eluting stents. *Am Heart Hosp J.* 2007;5:141-145.

400. Jain RK, Finn A, Kolodgie F, Virmani R. Antiangiogenic therapy for normalization of atherosclerotic plaque vasculature: a potential strategy for plaque stabilization. *Nat Clin Pract Cardiovasc Med.* 2007;4(9):491-502.

401. Cheruvu P, Finn A, Gardner C, Caplan J, Goldstein J, Stone G, Virmani R, Muller J. Frequency and distribution of thin-cap fibroatheroma and ruptured plaques in human coronary arteries: a pathologic study. *J Am  Coll Cardiol.* 2007;50(10):940-9.

402. Kolodgie F, Nakazawa G, Sangiorgi G, Ladich E, Burke A, Virmani R. Pathology of atherosclerosis and stenting. *Neuroimaging Clin N Am.* 2007;17(3):285-301.

403. Ribichini F, Pugno F, Ferrero V, Wijns W, Vacca G, Vassanelli C, Virmani R. Long-term histologic and immunohistochemic findings in human venous aorto-coronary bypass grafts. *Clin Sci.* 2007.

404. Kolodgie F, Burke A, Nakazawa G, Cheng Q, Xu X, Virmani R. Free cholesterol in atherosclerotic plaques: where does it come from? *Curr Opin Lipidol.* 2007;18(5):500-7.

405. Diethrich E, Pauliina Margolis M, Reid D, Burke A, Ramaiah V, Rodriguez-Lopez J, Wheatley G, Olsen D, Virmani R. Virtual histology intravascular ultrasound assessment of carotid artery disease: the Carotid Artery Plaque Virtual Histology Evaluation (CAPITAL) study. *J Endovasc Ther.* 2007;14(5): 676-86.

406. Hartung D, Petrov A, Haider N, Fujimoto S, Blankenberg F, Fujimoto A, Virmani R, Kolodgie F, Strauss H, Narula J. Radiolabeled Monocyte Chemotactic Protein 1 for the detection of inflammation in experimental atherosclerosis. *J Nucl Med.* 2007;48(11):1816-21.

407. Cooper L, Baughman K, Feldman A, Frustaci A, Jessup M, Kuhl U, Levine G, Narula J, Starling R, Towbin J, Virmani R, American Heart Association, American College of Cardiology, European Society of Cardiology, Heart Failure Society of America, Heart Failure Association of the European Society of Cardiology. The role of endomyocardial biopsy in the management of cardiovascular disease: A Scientific Statement from the American Heart Association, the American College of Cardiology, and the European Society of Cardiology. Endorsed by the Heart Failure Society of America and the Heart Failure Association of the European Society of Cardiology. *Eur Heart J.* 2007;116(19):2216-33.

408. Nakazawa G, Finn A, John M, Kolodgie F, Virmani R. The significance of pre-clinical evaluation of sirolimus-, paclitaxel-, and zotarolimus-eluting stents. *Am J Cardiol.* 2007;100(8B):36M-44M.

409. Waksman R, Pakala R, Baffour R, Hellinga D, Seabron R, Tio FO, Wittchow E, Tittelbach M, Diener T, Harder C, Virmani R, Jones R. Efficacy and safety of pimecrolimus-eluting stents in porcine coronary arteries. *Cardiovasc Revasc Med.* 2007 Oct-Dec;8(4):259-74.

410. Finn AV, Nakazawa G, Narula J, Virmani R.  Culprit plaque in myocardial infarction going beyond angiography. *J Am Coll Cardiol.* 2007;50(23): 2204-6.

411. Sarai M, Hartung D, Petrov A, Zhou J, Narula N, Hofstra L, Kolodgie F, Isobe S, Fujimoto S, Vanderheyden JL, Virmani R, Reutelingsperger C, Wong ND, Gupta S, Narula J. Broad and specific caspase inhibitor-induced acute repression of apoptosis in atherosclerotic lesions evaluated by radiolabeled annexin A5 imaging. *J Am Coll Cardiol.* 2007 Dec 11;50(24):2305-12.

412. Hashemi SM, Ghods S, Kolodgie FD, Parcham-Azad K, Keane M, Hamamdzic D, Young R, Rippy MK, Virmani R, Litt H, Wilensky RL. A placebo controlled, dose-ranging, safety study of allogenic mesenchymal stem cells injected by endomyocardial delivery after an acute myocardial infarction. *Eur Heart J.* 2008 Jan;29(2):251-9.

413. Burke A, Jeudy J Jr, Virmani R. Cardiac tumors: an update. *Heart.* 2008 Jan;94(1):117-23.

414. Nakazawa G, Finn AV, Virmani R. Drug-eluting stent pathology – should we still be cautious? *Nat Clin Pract Cardiovasc Med.* 2008 Jan;5(1):1.

415. Hara H, Matthews R, Virmani R, Holmes D, Schwartz S. Percutaneous Left Atrial Appendage Obliteration. *J Am Coll Cardiol Img.* 2008;1:92-93.

416. Killingsworth CR, Rippy MK, Virmani R, Rollins DL, McGiffin DC, Ideker RE. Evaluation of a novel ventricular support device with defibrillation capabilities in canine and porcine animal models. *J Cardiovasc Electrophysiol.* 2008 Aug;19(8):851-7.

417. Nasu K, Tsuchikane E, Katoh O, Vince DG, Margolis PM, Virmani R, Surmely JF, Ehara M, Kinoshita Y, Fujita H, Kimura M, Asakura K, Matsubara T, Terashima M, Suzuki T. Impact of intramural thrombus in coronary arteries on the accuracy of tissue characterization by in vivo intravascular ultrasound radiofrequency data analysis. *Am J Cardiol.* 2008 Apr 15;101(8):1079-83.

418. Nakazawa G, Cheng Q, Xu X, Finn AV, Kolodgie FD, Virmani R. Drug-eluting stent implantation may not affect vasomotor function in early phase. *J Am Coll Cardiol.* 2008 Mar 18;51(11):1124-5.

419. Cooper CJ, Haller ST, Colyer W, Steffes M, Burket MW, Thomas WJ, Safian R, Reddy B, Brewster P, Ankenbrandt MA, Virmani R, Dippel E, Rocha-Singh K, Murphy TP, Kennedy DJ, Shapir JE, D'Agostino RD, Pencina MJ, Khuder S. Embolic Protection and Platelet Inhibition During Renal Artery Stenting. *Circulation,* 2008;117:2752-2760.

420. Tavora F, Burke A, Li L, Franks TJ, Virmani R. Postmortem confirmation of Lyme carditis with polymerase chain reaction. *Cardiovasc Pathol.* 2008 Mar-Apr;17(2):103-7.

421. Waksman R, Pakala R, Roy P, Baffour R, Hellinga D, Seabron R, Chan R, Scheinowitz M, Kolodgie F, Virmani R. Effect of clopidogrel on neointimal formation and inflammation in balloon-denuded and radiated hypercholesterolemic rabbit iliac arteries. *J Interv Cardiol.* 2008 Apr; 21(2):122-8.

422. Konig A, Margolis MP, Virmani R, Holmes D, Klauss V: Medscape. Technology insight: in vivo coronary plaque classification by intravascular

ultrasonography radiofrequency analysis. *Nat Clin Pract Cardiovasc Med.* 2008 Apr;5(4):219-29.

423.  Joner M, Nakazawa G, Finn AV, Chin Quee S, Coleman L, Acampado E, Wilson PS, Skorija K, Cheng Q, Xu S, Gold HK, Kolodgie FD, Virmani R. Endothelial Cell Recovery Between Comparator Polymer-Based Drug-Eluting Stents. J Am Coll Cardiol 2008;52:333-42.

424.  Burke AP, Tavora F, Narula N, Tomaszewski JE, Virmani R. Aortitis and ascending aortic aneurysm: description of 52 cases and proposal of a histologic classification. *Hum Pathol.* 2008;39(4):514-26.

425.  Lim WS, Timmins JM, Seimon TA, Sadler A, Kolodgie FD, Virmani R, Tabas I. Signal transducer and activator of transcription-1 is critical for apoptosis in macrophages subjected to endoplasmic reticulum stress in vitro and in advanced atherosclerotic lesions in vivo. *Circulation.* 2008;117(7):940-51.

426.  Tavora F, Burke A, Kutys R, Li L, Virmani R. Total anomalous origin of the coronary circulation from the right pulmonary artery. *Cardiovasc Pathol.* 2008 Jul-Aug;17(4):246-9.

427.  Burke A, Virmani R. Pediatric heart tumors. *Cardiovasc Pathol.* 2008 Jul-Aug;17(4):193-8.

428.  Cooper CJ, Haller ST, Colyer W. Steffes M, Burket MW, Thomas WJ, Safian R, Reddy B, Brewster P, Ankenbrandt MA, Virmani R, Dippel E, Rocha-Singh K, Murphy TP, Kennedy DJ, Shapiro JI, D'Angostino RD, Pencina MJ, Khuder S. Circulation. 2008 May 27;117(21):2752-60.

429.  Ishii Y, Sakamoto S, Kronengold RT, Virmani R, Rivera EA, Goldman SM, Prechtel EJ, Hill JG, Damiano RJ Jr. A novel bioengineered small-caliber vascular graft incorporating heparin and sirolimus: excellent 6-month patency. *J Thorac Cardiovasc Surg. 2008 Jun;135(6):1237-45; discussion 1245-6.*

430.  Sanghi P, Virmani R, Do D, Erikson J, Elliott J. Cilingiroglu M, Matthews H, Kazi M, Ricker R, Bailey SR. A comparative evaluation of arterial blood flow and the healing response after femoral artery closure using angio-seal STS Plus and StarClose in a porcine model. *J Interv Cardiol. 2008 Aug;21(4):329-36.*

431.  John MC, Wessely R, Kastrati A, Schomig, A, Joner M, Uchihashi M, Crimins J, Lajoie S, Kolodgie FD, Gold HK, Virmani R. Differential Healing Responses in Polymer- and Nonpolymer-Based Sirolimus-Eluting Stents. *JACC Cardiovascular Interventions.* 2008;1:535-44.

432.  Xu C, Schmitt JM, Carlier SG, Virmani R. Characterization of atherosclerosis plaques by measuring both backscattering and attenuation coefficients in optical coherence tomography. *J Biomed Opt.* 2008 May-Jun;13(3):034003.

433.  Narula J, Garg P, Achenbach S, Motoyama S, Virmani R, Strauss HW. Arithmetic of vulnerable plaques for noninvasive imaging. *Nat Clin Pract Cardiovasc Med.* 2008 Aug;5 Suppl 2:S2-10.

434.  Joner M, Nakazawa G, Finn AV, Quee SC, Coleman L, Acampado E, Wilson PS, Skorija K, Cheng Q, Xu X, Gold HK, Kolodgie FD, Virmani R. *Endothelial cell recovery between comparator polymer-based drug-eluting stents. J Am Coll Cardiol.* 2008 Jul 29;52(5):333-42.

435.  Killingsworth CR, Rippy MK, Virmani R, Rollins D, McGiffin DC, Ideker RE.
Evaluation of a Novel Ventricular Support Device with Defibrillation
Capabilities in Canine and Porcine Animal Models. *J Cardiovasc
Electophysiol,* 2008 Aug;19:851-857.

436.  Joner M, Morimoto K, Kasukawa H, Steigerwald K, Merl S, Nakazawa G, John MC,
Finn AV, Acampado E, Kolodgie FD, Gold HK, Virmani R. Site-Specific
Targeting of Nanoparticle Prednisolone Reduces In-Stent Restenosis in a
Rabbit Model of Established Atheroma. *Arterioscler Thromb Vasc Biol.* 2008
Nov;28(11):1960-6.

437.  Nakazawa G, Finn A, Joner M, Ladich E, Kutys R, Mont E, Gold H, Burke A,
Kolodgie F, Virmani, R. Delayed Arterial Healing and Increased Late Stent
Thrombosis at Culprit Sites After Drug-Eluding Stent Placement for Acute
Myocardial Infarction Patients. *Interventional Cardiology* 2008

438.  Gardner C, Tan H, Hull E, Lisauskas J, Sum S, Meese T, Jiang C, Madden S,
Caplan J, Burke A, Virmani R, Goldstein J, Muller J. Detection of Lipid Core
Coronary Plaques in Autopsy Specimens With a Novel Catheter-Based Near-
Infrared Spectroscopy System. *J. Am. Coll. Cardiol. Img. 2008; 1;638-648.*

439.  Bypass Angioplasty Revascularization Investigation 2 Diabetes Study Group.
Baseline characteristics of patients with diabetes and coronary artery
disease enrolled in the bypass angioplasty revascularization 2 diabetes
(BARI 2D) trail. *Am Heart J.* 2008 Sep;156(3):528-536,e1-5.

440.  Lanzer P, Sternberg K, Schmitz KP, Kolodgie F, Nakazawa G, Virmani R. Drug-
eluting coronary stent very late thrombosis revisited. *Herz.* 2008
Jul;33(5):334-342.

441.  Waksman R, McEwan PE, Moore TI, Pakala R, Kolodgie FD, Hellinga DG, Seabron
RC, Rychnovsky SJ, Vasek J, Scott RW, Virmani R. PhotoPoint photodynamic
therapy promotes stabilization of atherosclerostic plaques and inhibits
plaque progression. *J Am Coll Cardiol* 2008;52:1024-32.

442.  Capell BC, Olive M, Erdos MR, Cao K, Faddah DA, Tavarez UL, Conneely KN, Qu
X, San H, Ganesh SK, Chen X, Avallone H, Kolodgie FD, Virmani R. A
famesyltransferase inhibitor prevents both the onset and late progression of
cardiovascular disease in a progeria mouse model. *Proc Natl Acad Sci USA.*
2008 Oct 14;105(41):15902-7.

443.  Nakazawa G, Finn AV, Ladich E, Ribichini F, Coleman L, Kolodgie FD, Virmani
R. Drug-eluting stent safety: findings from pre-clinical studies. *Expert Rev
Cardiolvasc Ther.* 2008 Nov;6(10):1379-91.

444.  Nakazawa G, Ladich E, Finn AV, Virmani R. Pathophysiology of vascular
healing and stent mediated arterial injury. *EuroInternention Suppliment
(*2008) Vol. 4 (Suppliment C) C7-C10.

445.  Burke A, Jeudy J Jr, Virmani R. Cardiac Tumours: an Update. *Heart,*
2008;94:117-123.

446.  Kanjwal K, Haller S, Steffes M, Virmani R, Shapiro JI, Burket MW, Cooper CJ,
Colyer WR Jr. Complete Versus Partial Distal Embolic Protection During Renal
Artery Stenting. *Catherterization and Cardiovascular Interventions, 2009;
73:725-730*

447.  Hara H, Virmani R, Holmes D Jr, Buchbinder M, Lesser JR, Van Tassel RA,
Mooney MR, Schwartz RS. Valvular and Structural Heart Disease; Is the Left

Atrial Appendage More Than a Simple Appendage? Catheterization and Cardiovascular Interventions, Published Online: 8Jan 2009

448.  Tahara N, Imaizumi T, Virmani R, Narula J. Clinical Feasibility of Molecular Imaging of Plaque Inflammation in Atherosclerosis. *Journal of Nuclear Medicine* 2009;50:331-334.

449.  Virmani R, Finn AV, Kolodgie FD. Carotid plaque stabilization and progression after stroke or TIA. *Arterioscler. Thromb. Vasc. Biol.* 2009;29;3-6.

450.  Nakazawa G, Finn AV, Kolodgie FD, Virmani R. A review of current devices and a look at new technology: drug-eluting stents. *Expert Review of Medical Devices,* 2009 Jan;6(1):33-42.

451.  Sluimer JC, Kolodgie FD, Bijnens APJJ, Maxfield K, Pacheco E, Kutys B, Duimel H, Frederik PM, van Hinsbergh VWN, Virmani R, Daemen MJAP. Thin-Walled Microvessels in Human Coronary Atheroscerotic Plaques Show Incomplete Endothelial Junctions. Journal of the American College of Cardiology 2009;53:1517-27.

452.  Finn AV, Kramer MCA, Vorpahl M, Kolodgie FD, Virmani R. Pharmacotherapy of coronary atherosclerosis. *Expert Opinion in Pharmacotherapy,* 2009 10(10):1587-1603.

453.  Motoyama S, Sarai M, Harigaya H, Anno H, Inoue K, Hara T, Naruse H, Ishii J, Hishida H, Wong ND, Virmani R. Kondo T, Ozaki Y, Narula J. Computed Tomographic Angiography Characteristics of Atherosclerotic Plaques Subsequently Resulting in Acute Coronary Syndrome. *Journal of the American College of Cardiology,* 2009;54:49-57.

454.  Waksman R, Baffour R, Pakala R, Scheinowitz M, Hellinga D, Seabron R, Chan R, Kolodige FD, Virmani R. Effects of Exogenous Peripheral-blood-derived Endothelial Progenitor Cells or Unfractionated Bone-marrow-derived Cells on Neonintimal Formation and Inflammation in Cholesterol-fed, Balloon-denuded, and Radiated Iliac Arteries of Inbred Rabbits. *Cardiovascular Revascularization Medicine*, 2009;10;110-116.

455.  Zhao HQ, Nikanorov A, Virmani R, Jones R, Pacheco E, Schwartz LB. Late Stent Expansion and Neointimal Proliferation of Oversized Nitinol Stents in Peripheral Arteries. *Cardiovasc Interventional Radiology,* 2009;32:720-726.

456.  Wilson GJ, Nakazawa G, Schwartz RS, Huibregtse B, Poff B, Herbst TJ, Baim DS, Virmani R. Comparison of Inflammatory Response After Implantation of Sirolimus- and Paclitaxel-Eluting Stents in Porcine Coronary Arteries. *Circulation* 2009;120:141-149.

457.  Fu Z, Wang M, Gucek M, Zhang J, Wu J, Jiang L, Monticone RE, Khazan B, Tekkjohann R, Mattison J, Sheng S, Cole RN, Spinetti G, Pintus G, Liu L, Kolodgie FD, Virmani R, Spurgeon H, Ingram DK, Everett AD, Lakatta EG, Van Eyk JE. Milk Fat Globule Protein Epidermal Growth Factor-8: A Pivotal Relay Element Within the Angiotension II and Monocyte Chemoattractant Protein-1 Signaling Cascade Mediating Vascular Smooth Muscle Cells Invasion. *Circulation Research* 2009;104;1337-1346.

458.  Cook S, Ladich E, Nakazawa G, Eshtehardi P, Neidhart M, Vogel R, Togni M, Wenaweser P, Billinger M, Seiler C, Gay S, Meier B, Picler WJ, Juni P, Virmani R, Windecker S. Correlation of Intravascular Ultrasound Findings

With Histopathological Analysis of Thrombus Aspirates in Patients With Very Late Drug-Euting Stent Thrombosis. Circulation. 2009;120:391-399.

459.  The BARI 2D Study Group. A Randomized Trial of Therapies for Type 2 Diabetes and Coronary Artery Disease. *The New England Journal of Medicine,* 2009;360:2503-15.

460.  Pop-Busui, Lu J, Lopes N, Jones TLZ, and the BARI 2D Investigators. Prevalence of Diabetic Peripheral Neuropathy and Relation to Glycemic Cntrol Therapies at Basline in the BARI 2D Cohort. *Journal of the Peripheral Nervous System* 2009;14:1-13.

461.  Finn AV, John M, Nakazawa G, Polavarapu R, Karmali V, Xu X, Cheng Q, Davis T, Raghunathan C, Acampado E, Ezell T, Lajoie S, Eppihimer M, Kolodgie FD, Virmani R, Gold HK.  Differential healing after sirolimus, paclitaxel, and bare metal stent placement in combination with peroxisome proliferator-activator receptor gamma agonists: requirement for mTOR/Akt2 in PPARgamma activation.  *Circ Res.,* 2009;105(10):1003-12.

462.  Schwartz RS, Burke A, Farb A, Kaye D, Lesser JR, Henry TD, Virmani R. Microemboli and microvascular obstruction in acute coronary thrombosis and sudden coronary death: relation to epicardial plaque histopathology.  *J Am Coll Cardiol.,* 2009;54(23):2167-73.

463.  Nakazawa G, Finn AV, Vorpahl M, Ladich E, Kutys R, Balazs I, Kolodgie FD, Virmani R.  Incidence and predictors of drug-eluting stent fracture in human coronary artery a pathologic analysis.  *J Am Coll Cardiol.* 54(21):1924-31.

464.  Vorpahl M, Finn AV, Nakano M, Virmani R.  Vascular remodeling after coronary stent implantation.  *Minerva Cardioangiol.* 2009;57(5):621-8.

465.  Chin-Quee SL, Hsu SH, Nguyen-Ehrenreich KL, Tai JT, Abraham GM, Pacetti SD, Chan YF, Nakazawa G, Kolodgie FD, Virmani R, Ding NN, Coleman LA. Endothelial cell recovery, acute thrombogenicity, and monocyte adhesion and activation on fluorinated copolymer and phosphorylcholine polymer stent coatings. *Biomaterials,* 2010;31:648-657.

466.  Mauriello, A, Sangiorgi, GM, Virmani R, Trimarchi S, Holmes DR Jr, Kolodgie FK, Piepgras G, Liotti D, Narula J, Righini P, Ippoliti A, Spagnoli LG.A Pathobiologic Link Between Risk Factors Profile and Morphological Markers of Carotid Instability. *Atherosclerosis,* 2010;208:572-580.

467.  Kramer MC, Rittersma SZ, de Winter RJ, Ladich ER, Fowler DR, Liang YH, Kutys R, Carter-Monroe N, Kolodgie FD, van der Wal AC, Virmani R. Relationship of thrombus healing to underlying plaque morphology in sudden coronary death. *J Am Coll Cardiol*, 2010;55(2):122-32.

468.  Finn AV, Vorpahl M, Ladich E, Virmani R.  Future directions in stenting. *Expert Rev Cardiovasc Ther*. 2010;8(1):1-6.

469.  van Dijk RA, Virmani R, von der Thüsen JH, Schaapherder AF, Lindeman JH. The natural history of aortic atherosclerosis: a systematic histopathological evaluation of the peri-renal region.  *Atherosclerosis*. 2010;210(1):100-6.

470.  Murata A, Wallace-Bradley D, Tellez A, Alviar C, Aboodi M, Sheehy A, Coleman L, Perkins L, Nakazawa G, Mintz G, Kaluza GL, Virmani R, Granada JF. Accuracy of optical coherence tomography in the evaluation of neointimal coverage after stent implantation. *JACC Cardiovasc Imaging*. 2010;3(1):76-

84.

471. Nakazawa G, Granada JF, Alviar CL, Tellez A, Kaluza GL, Guilhermier MY, Parker S, Rowland SM, Kolodgie FD, Leon MB, Virmani R. Anti-CD34 antibodies immobilized on the surface of sirolimus-eluting stents enhance stent endothelialization. *JACC Cardiovasc Interv.* 2010;3(1):68-75.

472. Maurovich-Horvat P, Hoffmann U, Vorpahl M, Nakano M, Virmani R, Alkadhi H. The napkin-ring sign: CT signature of high-risk coronary plaques? *JACC Cardiovasc Imaging.* 2010;3(4):440-4.

473. Tada N, Virmani R, Grant G, Bartlett L, Black A, Clavijo C, Christians U, Betts R, Savage D, Su SH, Shulze J, Kar S. Polymer-free biolimus a9-coated stent demonstrates more sustained intimal inhibition, improved healing, and reduced inflammation compared with a polymer-coated sirolimus-eluting cypher stent in a porcine model. *Circ Cardiovasc Interv.* 2010;3(2):174-83.

474. Waxman S, Freilich MI, Suter MJ, Shishkov M, Bilazarian S, Virmani R, Bouma BE, Tearney GJ. A case of lipid core plaque progression and rupture at the edge of a coronary stent: elucidating the mechanisms of drug-eluting stent failure. *Circ Cardiovasc Interv.* 2010;3(2):193-6.

475. Granada JF, Inami S, Aboodi MS, Tellez A, Milewski K, Wallace-Bradley D, Parker S, Rowland S, Nakazawa G, Vorpahl M, Kolodgie FD, Kaluza GL, Leon MB, Virmani R. Development of a novel prohealing stent designed to deliver sirolimus from a biodegradable abluminal matrix. *Circ Cardiovasc Interv.* 2010;3(3):257-66.

476. Lombardini ED, Virmani R, Blanchard TW, Lafond JF, Ménard S, Doré M. Epithelioid hemangioendothelioma in the right auricle of an adult, male Rhesus macaque (Macaca mulatta). *J Med Primatol.* 2010;39(5):315-7.

477. Rudd JH, Narula J, Strauss HW, Virmani R, Machac J, Klimas M, Tahara N, Fuster V, Warburton EA, Fayad ZA, Tawakol AA. Imaging atherosclerotic plaque inflammation by fluorodeoxyglucose with positron emission tomography: ready for prime time? *J Am Coll Cardiol.* 2010;55(23):2527-35.

478. Jilaihawi H, Virmani R, Nakagawa H, Ducharme A, Shi YF, Carter-Monroe N, Ladich E, Iyer M, Ikeda A, Asgar A, Bonan R. Mitral annular reduction with subablative therapeutic ultrasound: pre-clinical evaluation of the ReCor device. *EuroIntervention.* 2010;6(1):54-62.

479. Finn AV, Nakano M, Narula J, Kolodgie FD, Virmani R. Concept of vulnerable/unstable plaque. *Arterioscler Thromb Vasc Biol.* 2010;30(7):1282-92.

480. Angeli FS, Smith C, Amabile N, Shapiro M, Bartlett L, Virmani R, Chatterjee K, Boyle A, Grossman W, Yeghiazarians Y. Prolonged therapy with erythropoietin is safe and prevents deterioration of left ventricular systolic function in a porcine model of myocardial infarction. *J Card Fail.* 2010;16(7):579-89.

481. Carter-Monroe N, Ladich E, Virmani R, Kolodgie FD. Histopathologic assessment of myocardial regeneration. Methods Mol Biol. 2010;660:125-48.

482. Finn AV, Kolodgie FD, Nakano M, Virmani R. The differences between neovascularization of chronic total occlusion and intraplaque angiogenesis. *JACC Cardiovasc Imaging.* 2010;3(8):806-10.

483. Donnelly P, Maurovich-Horvat P, Vorpahl M, Nakano M, Kaple RK, Warger W, Tanaka A, Tearney G, Virmani R, Hoffmann U.  Multimodality imaging atlas of coronary atherosclerosis.  *JACC Cardiovasc Imaging*. 2010;3(8):876-80.

484. Schwartz RS, Holmes DR, Van Tassel RA, Hauser R, Henry TD, Mooney M, Matthews R, Doshi S, Jones RM, Virmani R.  Left atrial appendage obliteration: mechanisms of healing and intracardiac integration. *JACC Cardiovasc Interv*. 2010;3(8):870-7.

485. Olive M, Harten I, Mitchell R, Beers JK, Djabali K, Cao K, Erdos MR, Blair C, Funke B, Smoot L, Gerhard-Herman M, Machan JT, Kutys R, Virmani R, Collins FS, Wight TN, Nabel EG, Gordon LB.  Cardiovascular pathology in Hutchinson-Gilford progeria: correlation with the vascular pathology of aging.  *Arterioscler Thromb Vasc Biol*. 2010;30(11):2301-9.

486. Angeli FS, Amabile N, Shapiro M, Mirsky R, Bartlett L, Zhang Y, Virmani R, Chatterjee K, Boyle A, Grossman W, Yeghiazarians Y.  Cytokine combination therapy with erythropoietin and granulocyte colony stimulating factor in a porcine model of acute myocardial infarction.  *Cardiovasc Drugs Ther*. 2010;24(5-6):409-20.

487. Killer M, Kallmes D, Jones R, Ding Y, Vestal M, Hauser T, Virmani R, Cruise G.  Long-term angiographic and histological results of a new hydrogel-containing filling coil in experimental rabbit aneurysms.  *Minim Invasive Neurosurg*. 2010;53(3):97-105.

488. Yazdani SK, Vorpahl M, Ladich E, Virmani R.  Pathology and vulnerability of atherosclerotic plaque: identification, treatment options, and individual patient differences for prevention of stroke.  *Curr Treat Options Cardiovasc Med*. 2010;12(3):297-314.

489. Onuma Y, Serruys PW, Perkins LE, Okamura T, Gonzalo N, García-García HM, Regar E, Kamberi M, Powers JC, Rapoza R, van Beusekom H, van der Giessen W, Virmani R. Intracoronary optical coherence tomography and histology at 1 month and 2, 3, and 4 years after implantation of everolimus-eluting bioresorbable vascular scaffolds in a porcine coronary artery model: an attempt to decipher the human optical coherence tomography images in the ABSORB trial. *Circulation*. 2010;122(22):2288-300.

490. Ferrante G, Nakano M, Prati F, Niccoli G, Mallus MT, Ramazzotti V, Montone RA, Kolodgie FD, Virmani R, Crea F. High levels of systemic myeloperoxidase are associated with coronary plaque erosion in patients with acute coronary syndromes: a clinicopathological study. *Circulation*. 2010;122(24):2505-13.

491. Vorpahl M, Yazdani SK, Nakano M, Ladich E, Kolodgie FD, Finn AV, Virmani R. Pathobiology of stent thrombosis after drug-eluting stent implantation. *Curr Pharm Des*. 2010;16(36):4064-71.

492. Yazdani SK, Nakano M, Otsuka F, Kolodgie FD, Virmani R.  Atheroma and coronary bifurcations: before and after stenting.  *EuroIntervention*. 2010;6 Suppl J:J24-30.

493. Carter-Monroe N, Virmani R. Current trends in the classification of sudden cardiac death based on autopsy derived data: a review of investigations into the etiology of sudden cardiac death.  *Rev Esp Cardiol*. 2011;64(1):10-2.

494. Nakazawa G, Nakano M, Otsuka F, Wilcox JN, Melder R, Pruitt S, Kolodgie FD, Virmani R. Evaluation of polymer-based comparator drug-eluting stents using

a rabbit model of iliac artery atherosclerosis. *Circ Cardiovasc Interv.* 2011;4(1):38-46.

495. Qiao Y, Etesami M, Malhotra S, Astor BC, Virmani R, Kolodgie FD, Trout HH 3rd, Wasserman BA.  Identification of intraplaque hemorrhage on MR angiography images: a comparison of contrast-enhanced mask and time-of-flight techniques. *AJNR Am J Neuroradiol.* 2011 Mar;32(3):454-9.

496. Nakazawa G, Finn AV, Vorpahl M, Ladich ER, Kolodgie FD, Virmani R. Coronary responses and differential mechanisms of late stent thrombosis attributed to first-generation sirolimus- and paclitaxel-eluting stents. *J Am Coll Cardiol.* 2011;57(4):390-8.

497. Alfonso F, Virmani R.  New morphological insights on coronary plaque rupture: bridging the gap from anatomy to clinical presentation? *JACC Cardiovasc Interv.* 2011;4(1):83-6.

498. Egan MJ, Trask AJ, Baker PB, Lawrence J, Ladich E, Virmani R, Hill SL, Cheatham JP, Galantowicz M, Lucchesi PA, Kovalchin JP. Histopathologic evaluation of patent ductus arteriosus stents after hybrid stage I palliation. *Pediatr Cardiol.* 2011;32(4):413-7.

499. Nakazawa G, Otsuka F, Nakano M, Vorpahl M, Yazdani SK, Ladich E, Kolodgie FD, Finn AV, Virmani R. The pathology of neoatherosclerosis in human coronary implants bare-metal and drug-eluting stents. *J Am Coll Cardiol.* 2011;57(11):1314-22.

500. Michel JB, Virmani R, Arbustini E, Pasterkamp G. Intraplaque haemorrhages as the trigger of plaque vulnerability. *Eur Heart J.* 2011;32(16):1977-85, 1985a, 1985b, 1985c.

501. Ladich E, Michaels MB, Jones RM, McDermott E, Coleman L, Komtebedde J, Glower D, Argenziano M, Feldman T, Nakano M, Virmani R; Endovascular Valve Edge-to-Edge Repair Study (EVEREST) Investigators. Pathological healing response of explanted MitraClip devices. *Circulation.* 2011;123(13):1418-27.

502. Kappert U, Ouda A, Virmani R, Mettler D, Matschke K, Demertzis S.  The C-Port xV® vascular anastomosis system: results from an animal trial. *Thorac Cardiovasc Surg.* 2011;59(4):222-6.

503. Akyildiz AC, Speelman L, van Brummelen H, Gutiérrez MA, Virmani R, van der Lugt A, van der Steen AF, Wentzel JJ, Gijsen FJ.  Effects of intima stiffness and plaque morphology on peak cap stress. *Biomed Eng Online.* 2011;10:25.

504. Gogas BD, Radu M, Onuma Y, Perkins L, Powers JC, Gomez-Lara J, Farooq V, Garcia-Garcia HM, Diletti R, Rapoza R, Virmani R, Serruys PW.  Evaluation with in vivo optical coherence tomography and histology of the vascular effects of the everolimus-eluting bioresorbable vascular scaffold at two years following implantation in a healthy porcine coronary artery model: implications of pilot results for future pre-clinical studies. *Int J Cardiovasc Imaging.* 2011 Apr 19. [Epub ahead of print]

505. Cutlip DE, Nakazawa G, Krucoff MW, Vorpahl M, Mehran R, Finn AV, Vranckx P, Kimmelstiel C, Berger C, Petersen JL, Palabrica T, Virmani R.  Autopsy validation study of the academic research consortium stent thrombosis definition. *JACC Cardiovasc Interv.* 2011;4(5):554-9.

506. Virmani R. Are our tools for the identification of TCFA ready and do we know them? *JACC Cardiovasc Imaging*. 2011;4(6):656-8.

507. Ozaki Y, Okumura M, Ismail TF, Motoyama S, Naruse H, Hattori K, Kawai H, Sarai M, Takagi Y, Ishii J, Anno H, Virmani R, Serruys PW, Narula J. Coronary CT angiographic characteristics of culprit lesions in acute coronary syndromes not related to plaque rupture as defined by optical coherence tomography and angioscopy. *Eur Heart J*. 2011;32(22):2814-23.

508. Milewski K, Tellez A, Aboodi MS, Conditt GB, Yi GH, Thim T, Stenoien M, McGregor JC, Gray WA, Virmani R, Granada JF, Kaluza GL. Paclitaxel-ioptomide coated balloon followed by "bail-out" bare metal stent in porcine iliofemoral arteries: first report on biological effects in peripheral circulation. *EuroIntervention*. 2011 Jul;7(3):362-8.

509. Farooq V, Onuma Y, Radu M, Okamura T, Gomez-Lara J, Brugaletta S, Gogas BD, van Geuns RJ, Regar E, Schultz C, Windecker S, Lefèvre T, Brueren BR, Powers J, Perkins LL, Rapoza RJ, Virmani R, García-García HM, Serruys PW. Optical coherence tomography (OCT) of overlapping bioresorbable scaffolds: from benchwork to clinical application. *EuroIntervention*. 2011;7(3):386-99.

510. Larsen K, Cheng C, Tempel D, Parker S, Yazdani S, den Dekker WK, Houtgraaf JH, de Jong R, Swager-Ten Hoor S, Ligtenberg E, Hanson SR, Rowland S, Kolodgie F, Serruys PW, Virmani R, Duckers HJ. Capture of circulatory endothelial progenitor cells and accelerated re-endothelialization of a bio-engineered stent in human ex vivo shunt and rabbit denudation model. *Eur Heart J*. 2011 Jul 6. [Epub ahead of print]

511. Sheehy A, Hsu S, Sinn I, Tai J, Kolodgie FD, Nakazawa G, Yazdani SK, Quee SC, Virmani R, Polyakov I. Vascular response to coronary artery stenting in mature and juvenile swine. *Cardiovasc Revasc Med*. 2011;12(6):375-84.

512. Speelman L, Akyildiz AC, den Adel B, Wentzel JJ, van der Steen AF, Virmani R, van der Weerd L, Jukema JW, Poelmann RE, van Brummelen EH, Gijsen FJ. Initial stress in biomechanical models of atherosclerotic plaques. *J Biomech*. 2011;44(13):2376-82.

513. Vorpahl M, Foerst JR, Kelm M, Kaplan AV, Virmani R, Ball T. The complementary role of microCT and histopathology in characterizing the natural history of stented arteries. *Expert Rev Cardiovasc Ther*. 2011;9(7):939-48.

514. Schipper ME, Stella PR, de Jonge N, Virmani R, de Weger RA, Vink A. Embolization of hydrophilic coating material to small intracardial arteries after multiple percutaneous transluminal angioplasty procedures. *Int J Cardiol*. 2011 Aug 16. [Epub ahead of print]

515. Lee JB, Mintz GS, Lisauskas JB, Biro SG, Pu J, Sum ST, Madden SP, Burke AP, Goldstein J, Stone GW, Virmani R, Muller JE, Maehara A. Histopathologic validation of the intravascular ultrasound diagnosis of calcified coronary artery nodules. *Am J Cardiol*. 2011;108(11):1547-51.

516. Ladich E, Nakano M, Carter-Monroe N, Virmani R. Pathology of calcific aortic stenosis. *Future Cardiol*. 2011;7(5):629-42.

517. Nakano M, Vorpahl M, Otsuka F, Virmani R. Optical frequency domain imaging of stent fracture and coronary dissection associated with intraplaque hemorrhage. *JACC Cardiovasc Interv*. 2011;4(9):1047-8.

518.  Guimaraes M, Uflacker R, Garretson JS, Vestal MC, Jones R, Virmani R, Cruise
      GM. Angiographic and histologic comparison of injectable, expansile hydrogel
      embolic and pushable AZUR embolic devices in porcine arteries. *J Vasc
      Interv Radiol*. 2011;22(11):1619-1624.

519.  Granada JF, Milewski K, Zhao H, Stankus JJ, Tellez A, Aboodi MS, Kaluza GL,
      Krueger CG, Virmani R, Schwartz LB, Nikanorov A. Vascular response to
      zotarolimus-coated balloons in injured superficial femoral arteries of the
      familial hypercholesterolemic Swine. *Circ Cardiovasc Interv*. 2011;4(5):447-
      55.

520.  Yazdani SK, Nakano M, Otsuka F, Kolodgie FD, Virmani R. In vitro and in vivo
      characterisation of biodegradable polymer-based drug-eluting stent.
      *EuroIntervention*. 2011;7(7):835-43.

521.  Fefer P, Tsimikas S, Segev A, Sparkes J, Otsuma F, Kolodgie F, Virmani R,
      Juliano J, Charron T, Strauss BH. The role of oxidized phospholipids,
      lipoprotein (a) and biomarkers of oxidized lipoproteins in chronically
      occluded coronary arteries in sudden cardiac death and following successful
      percutaneous revascularization. *Cardiovasc Revasc Med*. 2011 Nov 11. [Epub
      ahead of print]

522.  Nakano M, Otsuka F, Finn AV, Virmani R. Microvascular obstruction is caused
      by atherothrombosis in patients with acute coronary syndrome undergoing
      percutaneous coronary intervention. *Circ Cardiovasc Imaging*. 2011;4(6):597-
      600.

523.  Saeed O, Otsuka F, Polavarapu R, Karmali V, Weiss D, Davis T, Rostad B,
      Pachura K, Adams L, Elliott J, Taylor WR, Narula J, Kolodgie F, Virmani R,
      Hong CC, Finn AV. Pharmacological Suppression of Hepcidin Increases
      Macrophage Cholesterol Efflux and Reduces Foam Cell Formation and
      Atherosclerosis. *Arterioscler Thromb Vasc Biol*. 2011 Nov 17. [Epub ahead of
      print]

524.  Killer-Oberpfalzer M, Aichholzer M, Weis S, Richling B, Jones R, Virmani R,
      Cruise GM. Histological analysis of clipped human intracranial aneurysms
      and parent arteries with short-term follow-up. *Cardiovasc Pathol*. 2011 Nov
      17. [Epub ahead of print]

525.  Xie H, Lucchesi L, Teach JS, Virmani R. Long-term outcomes of a chitosan
      hemostatic dressing in laparoscopic partial nephrectomy. *J Biomed Mater Res
      B Appl Biomater*. 2011 Nov 21.[Epub ahead of print]

526.  Waksman R, Pakala R, Baffour R, Seabron R, Hellinga D, Chan R, Su SH,
      Kolodgie F, Virmani R. In vivo comparison of a polymer-free Biolimus A9-
      eluting stent with a biodegradable polymer-based Biolimus A9 eluting stent
      and a bare metal stent in balloon denuded and radiated hypercholesterolemic
      rabbit iliac arteries. *Catheter Cardiovasc Interv*. 2011 Nov 22. [Epub ahead
      of print]

527.  Finn AV, Nakano M, Polavarapu R, Karmali V, Saeed O, Zhao X, Yazdani S,
      Otsuka F, Davis T, Habib A, Narula J, Kolodgie FD, Virmani R. Hemoglobin
      Directs Macrophage Differentiation and Prevents Foam Cell Formation in Human
      Atherosclerotic Plaques. *J Am Coll Cardiol*. 2011 Dec 7. [Epub ahead of
      print]

528.  Franceschi F, Bonan R, Khairy P, Dubuc M, Thibault B, Macle L, Talajic M,
      Roy D, Koutbi L, Virmani R, Guerra PG. Histopathological effects and

evolution of transvenous $\beta$-radiation applications in right and left atria: an animal study. *Europace. 2011 Dec 19.* [Epub ahead of print]

529. Nakano M, Otsuka F, Virmani R. Letter by Nakano et Al regarding article, "optical coherence tomographic analysis of in-stent neoatherosclerosis after drug-eluting stent implantation". *Circulation. 2011 Dec 20;124(25):e954*; author reply e955.

530. Mauriello A, Sangiorgi G, Virmani R, Servadei F, Trimarchi S, Holmes DR Jr, Kolodgie F, Biondi Zoccai G, Leuzzi C, Spagnoli LG. Evidence of a topographical link between unstable carotid plaques and luminal stenosis: can we better stratify asymptomatic patients with significant plaque burden? *Int J Cardiol. 2012 Mar 8;155(2):309-11.* Epub 2011 Dec 20.

531. Barbash IM, Saikus CE, Faranesh AZ, Ratnayaka K, Kocaturk O, Chen MY, Bell JA, Virmani R, Schenke WH, Hansen MS, Slack MC, Lederman RJ. Direct percutaneous left ventricular access and port closure: pre-clinical feasibility. *JACC Cardiovasc Interv. 2011 Dec;4(12):1318-25.*

532. Guagliumi G, Sirbu V, Musumeci G, Gerber R, Biondi-Zoccai G, Ikejima H, Ladich E, Lortkipanidze N, Matiashvili A, Valsecchi O, Virmani R, Stone GW. Examination of the in vivo mechanisms of late drug-eluting stent thrombosis: findings from optical coherence tomography and intravascular ultrasound imaging. *JACC Cardiovasc Interv. 2012 Jan;5(1):12-20.*

533. Nakano M, Vorpahl M, Otsuka F, Taniwaki M, Yazdani SK, Finn AV, Ladich ER, Kolodgie FD, Virmani R. Ex vivo assessment of vascular response to coronary stents by optical frequency domain imaging. *JACC Cardiovasc Imaging. 2012 Jan;5(1):71-82.*

534. Joner M, Cheng Q, Schönhofer-Merl S, Lopez M, Neubauer S, Mas-Moruno C, Laufer B, Kolodgie FD, Kessler H, Virmani R. Polymer-free immobilization of a cyclic RGD peptide on a nitinol stent promotes integrin-dependent endothelial coverage of strut surfaces. *J Biomed Mater Res B Appl Biomater. 2012 Apr;100(3):637-45.*

535. Yazdani SK, Kolodgie FD, Virmani R. Ex vivo and preclinical assessment of an endothelial progenitor cell capturing bioengineered stent. *Minerva Cardioangiol. 2012 Feb;60(1):11-22.*

536. Foerst JR, Ball TC, Nakano M, Virmani R, Kaplan AV. Late complication: xience v stent fractures with restenosis. *JACC Cardiovasc Interv. 2012 Feb;5(2):239-42.*

537. Arbab-Zadeh A, Nakano M, Virmani R, Fuster V. Acute coronary events. *Circulation. 2012 Mar 6;125(9):1147-56.*

538. Tearney GJ, Regar E, Akasaka T, Adriaenssens T, Barlis P, Bezerra HG, Bouma B, Bruining N, Cho JM, Chowdhary S, Costa MA, de Silva R, Dijkstra J, Di Mario C, Dudeck D, Falk E, Feldman MD, Fitzgerald P, Garcia H, Gonzalo N, Granada JF, Guagliumi G, Holm MN, Honda Y, Ikeno F, Kawasaki M, Kochman J, Koltowski L, Kubo T, Kume T, Kyono H, Lam CC, Lamouche G, Lee DP, Leon MB, Maehara A, Manfrini O, Mintz GS, Mizuno K, Morel MA, Nadkarni S, Okura H, Otake H, Pietrasik A, Prati F, Räber L, Radu MD, Rieber J, Riga M, Rollins A, Rosenberg M, Sirbu V, Serruys PW, Shimada K, Shinke T, Shite J, Siegel E, Sonada S, Suter M, Takarada S, Tanaka A, Terashima M, Troels T, Uemura S, Ughi GJ, van Beusekom HM, van der Steen AF, van Es GA, van Soest G, Virmani R, Waxman S, Weissman NJ, Weisz G. Consensus standards for acquisition, measurement, and reporting of intravascular optical coherence tomography

studies: a report from the international working group for intravascular
optical coherence tomography standardization and validation. *J Am Coll
Cardiol. 2012 Mar 20;59(12):1058-72.*

539. Maehara A, Cristea E, Mintz GS, Lansky AJ, Dressler O, Biro S, Templin B,
Virmani R, de Bruyne B, Serruys PW, Stone GW.  Definitions and methodology
for the grayscale and radiofrequency intravascular ultrasound and coronary
angiographic analyses. *JACC Cardiovasc Imaging. 2012 Mar;5(3 Suppl):S1-9.*

540. Finn AV, Saeed O, Virmani R.  Macrophage subsets in human atherosclerosis.
*Circulation Research.  2012 Apr 27;110(9)*

541. Yazdani SK, Otsuka F, Nakano M, Finn AV, Virmani R.  Do animal models of
vein graft atherosclerosis predict outcomes in man? *Atherosclerosis. 2012
Jul; 223 (1): 102-5.*  Epub 2012 May 12.

542. Otsuka F, Finn AV, Yazdani SK, Nakano M, Kolodgie FD, Virmani R.  The
importance of the endothelium in atherothrombosis and coronary stenting.
*Nature Reviews Cardiology.  2012 May 22;9(8):439-53.*

543. Park SJ, Kang SJ, Virmani R, Nakano M, Ueda Y.  In-stent neoatherosclerosis:
a final common pathway of late stent failure. *Journal of American
Cardiology.  2012 Jun 5;59(23):2051-7.*

544. Yazdani SK, Farb A, Nakano M, Vorphal M, Ladich E, Finn AV, Kolodgie FD,
Virmani R.  Pathology of Drug-eluting versus bare-metal stents in saphenous
vein bypass graft lesions. *JACC Cardiovascular Interventions 2012
Jun;5(6):666-74*

545. Seifarth H, Schlett CL, Nakano M, Otsuka F, Karolyi M, Liew G, Maurovich-
Horvat P, Alkadhi H, Hoffmann U.  Histopathological correlates of
the napkin-ring sign plaque in coronary CT angiography. *Atherosclerosis.
2012 Sep; 223 (1): 90-6.*  Epub 2012 Jun 21.

546. Kang SJ, Nakano M, Virmani R, Song HG, Ahn JM, Kim WJ, Lee JY, Park DW, Lee
SW, Kim YH, Lee CW, Park SW, Park SJ.  OCT Findings in Patients with
Recanalization of Organized Thrombi in Coronary Arteries. *JACC
Cardiovascular Imaging. 2012 Jul;5(7);725-32*

547. Maldonado N, Kelly-Arnold A, Vengrenyuk Y, Laudier D, Fallon JT, Virmani R,
Cardoso L, Weinbaum S.  A mechanistic analysis of the role of
microcalcifications in atherosclerotic plaque stability - potential
implications for plaque rupture. *American Journal of Physiology Heart and
Circulatory Physiology.  2012 Jul 9.*  Epub ahead of print

548. Zhao HQ, Nikanorov A, Virmani R, Schwartz LB.  Inhibition of experimental
neointimal hyperplasia and neoatherosclerosis by local, stent-mediated
delivery of everolimus. *Journal of Vascular Surgery.  2012 Jul 26.*  Epub
ahead of print

549. Steigerwald K, Ballke S, Quee SC, Byrne RA, Vorpahl M, Vogeser M, Kolodgie
F, Virmani R, Joner M. Vascular healing in drug-eluting stents: differential
drug-associated response of limus-eluting stents in a preclinical model of
stent implantation. *EuroIntervention. 2012 Oct;8(6):752-9. doi:
10.4244/EIJV8I6A115.*

550. Schneiderman J, Schaefer K, Kolodgie FD, Savion N, Kotev-Emeth S, Dardik R,
Simon AJ, Halak M, Pariente C, Engelberg I, Konstantinides S, Virmani R.

Leptin locally synthesized in carotid atherosclerotic plaques could be associated with lesion instability and cerebral emboli. *J Am Heart Assoc. 2012 Oct;1(5):e001727. doi: 10.1161/JAHA.112.001727.* Epub 2012 Oct 25.

551. Briguori C, Virmani R, Kolodgie F, Byrne RA, Steigerwald K, Orlowski M, Joner M. From bench to bedside: initial experience with the Primus drug-coated balloon catheter. *Minerva Cardioangiol. 2012 Oct;60(5):507-15*

552. Cheng Y, Yi G, Conditt GB, Sheehy A, Kolodgie FD, Tellez A, Polyakov I, Gu A, Aboodi MS, Wallace-Bradley D, Schuster M, Martens T, Itescu S, Kaluza GL, Basu S, Virmani R, Granada JF, Sherman W. *Catheter-Based Endomyocardial Delivery of Mesenchymal Precursor Cells Using 3D Echo Guidance Improves Cardiac Function in a Chronic Myocardial Injury Ovine Model. Cell Transplant. 2012 Oct 25.* [Epub ahead of print]

553. Otsuka F, Nakano M, Ladich E, Kolodgie FD, Virmani R. Pathologic Etiologies of Late and Very Late Stent Thrombosis following First-Generation Drug-Eluting Stent Placement. *Thrombosis. 2012;2012:608593. doi: 10.1155/2012/608593.* Epub 2012 Nov 21.

554. Maurovich-Horvat P, Schlett CL, Alkadhi H, Nakano M, Stolzmann P, Vorpahl M, Scheffel H, Tanaka A, Warger WC 2nd, Maehara A, Ma S, Kriegel MF, Kaple RK, Seifarth H, Bamberg F, Mintz GS, Tearney GJ, Virmani R, Hoffmann U. Differentiation of early from advanced coronary atherosclerotic lesions: systematic comparison of CT, intravascular US, and optical frequency domain imaging with histopathologic examination in ex vivo human hearts. *Radiology. 2012 Nov;265(2):393-401. doi: 10.1148/radiol.12111891.* Epub 2012 Sep 25.

555. Otsuka F, Fuster V, Narula J, Virmani R. Omnipresent atherosclerotic disease: time to depart from analysis of individual vascular beds. *Mt Sinai J Med. 2012 Nov-Dec;79(6):641-53. doi: 10.1002/msj.21353.*

556. Maurovich-Horvat P, Schlett CL, Alkadhi H, Nakano M, Otsuka F, Stolzmann P, Scheffel H, Ferencik M, Kriegel MF, Seifarth H, Virmani R, Hoffmann U. The napkin-ring sign indicates advanced atherosclerotic lesions in coronary CT angiography. *JACC Cardiovasc Imaging. 2012 Dec;5(12):1243-52. doi: 10.1016/j.jcmg.2012.03.019*

557. Tao M, Yu P, Nguyen BT, Mizrahi B, Savion N, Kolodgie FD, Virmani R, Hao S, Ozaki CK, Schneiderman J. Locally applied leptin induces regional aortic wall degeneration preceding aneurysm formation in apolipoprotein e-deficient mice. Arterioscler *Thromb Vasc Biol. 2013 Feb;33(2):311-20. doi: 10.1161/ATVBAHA.112.300543. Epub 2012 Dec 6.*

558. Nieuwstadt HA, Akyildiz AC, Speelman L, Virmani R, van der Lugt A, van der Steen AF, Wentzel JJ, Gijsen FJ. The influence of axial image resolution on atherosclerotic plaque stress computations. *J Biomech. 2012 Dec 19. pii: S0021-9290(12)00694-X. doi: 10.1016/j.jbiomech.2012.11.042.* [Epub ahead of print]

559. Rathore S, Ball T, Nakano M, Kaplan A, Virmani R, Foerst J. Circumferential Strut Fracture as a Mechanism of "Crush" Bifurcation Restenosis. *Am J Cardiol. 2013 Jan 2. doi:pii: S0002-9149(12)02463-0. 10.1016/j.amjcard.2012.11.030.* [Epub ahead of print]

560. Otsuka F, Finn AV, Virmani R. Do vulnerable and ruptured plaques hide in heavily calcified arteries? *Atherosclerosis. 2013 Jan 9. doi:pii: S0021-9150(13)00005-1. 10.1016/j.atherosclerosis.2012.12.032.*

561. van Dijk RA, Kolodgie F, Ravandi A, Leibundgut G, Hu PP, Prasad A, Mahmud E, Dennis E, Curtiss LK, Witztum JL, Wasserman BA, Otsuka F, Virmani R, Tsimikas S. Differential expression of oxidation-specific epitopes and apolipoprotein(a) in progressing and ruptured human coronary and carotid atherosclerotic lesions. *J Lipid Res. 2012 Dec;53(12):2773-90. doi: 10.1194/jlr.P030890.* Epub 2012 Sep 11.

562. Najafi AH, Aghili N, Tilan JU, Andrews JA, Peng X, Lassance-Soares RM, Sood S, Alderman LO, Abe K, Li L, Kolodgie FD, Virmani R, Zukowska Z, Epstein SE, Burnett MS.  A new murine model of stress-induced complex atherosclerotic lesions. *Dis Model Mech. 2013 Jan 11.*

563. Falk E, Nakano M, Bentzon JF, Finn AV, Virmani R. Update on acute coronary syndromes: the pathologists' view. *Eur Heart J. 2013 Jan 30.* [Epub ahead of print]

564. Babcock DE, Hergenrother RW, Craig DA, Kolodgie FD, Virmani R. In vivo distribution of particulate matter from coated angioplasty balloon catheters.  *Biomaterials. 2013 Jan 31. pii: S0142-9612(13)00056-2. doi: 10.1016/j.biomaterials.2013.01.040.*

565. Campbell IC, Weiss D, Suever JD, Virmani R, Veneziani A, Vito RP, Oshinski JN, Taylor WR. Biomechanical modeling and morphology analysis indicates plaque rupture due to mechanical failure unlikely in atherosclerosis-prone mice. *Am J Physiol Heart Circ Physiol. 2013 Feb;304(3):H473-86. doi: 10.1152/ajpheart.00620.2012.* Epub 2012 Nov 30

566. Nieuwstadt HA, Akyildiz AC, Speelman L, Virmani R, van der Lugt A, van der Steen AF, Wentzel JJ, Gijsen FJ.  The influence of axial image resolution on atherosclerotic plaque stress computations.  *J Biomech. 2013 Feb 22;46(4):689-95.  Doi 10.1016/j.biomech.2012.11.042.*Epub 2012 Dec. 20

567. Rathore S, Ball T, Nakano M, Kaplan A, Virmani R, Foerst J.  Circumferential strut fracture as a mechanism of "crush" bifurcation restenosis.  *Am J Cardiol. 2013 Mar 1;111(5):770-3.  Doi: 10.1016/j.amjcard.2012.11.030.* Epub 2013 Jan 2.

568. Habib A, Karmali V, Polavarapu R, Akahori H, Nakano M, Yazdani S, Otuska F, Pachura K, Davis T, Narula J, Kolodgie DF, Virmani R, Finn AV. Metformin impairs vascular endothelial recovery after stent placement in the setting of locally eluted mammalian target of rapamycin inhibitors via S6 kinase-dependent inhibition of cell proliferation.  *J Am Coll Cardiol.2013 Mar 5; 61(9):971-80 doi:  10.1016/j.jacc.2011.12.018.*

569. Prati F, Uemura S, Souteyrand G, Virmani R, Motreff P, DiVito L, Biondi-Zocccai, G, Halperin J, Fuster V, Ozaki Y, Narula J,.  OCT-based diagnosis and management of STEMI associated with intact fibrous cap.  *JACC Cardiovasc Imagin.2013 Mar;6(3):283-7. Doi:  10.1016/j.jcmg.2012.12.007.*

570. Narula J, Nakano M, Virmani R, Kolodgie FD, Petersen R, Newcomb R, Malik S, Fuster V, Finn AV.  Histopathologic characteristics of atherosclerotic coronary disease and implications of the findings for the invasive and noninvasive detection of vulnerable plaques.  *J Am Coll Cardiol.2013 Mar 12:61(10):1041-51. Doi: 10.1016/j.jacc.2012.10.054.*

571. Karolyi M, Seifarth H, Liew G, Schlett CL, Maurovich-Horvat P, Stolzmann P, Dai G, Huang S, Goergen CJ, Nakano M, Otsuka F, Virmani R, Hoffmann U Sosnovik DE.  Classification of coronary atherosclerotic plaques ex vivi

with T1, T2, and ultrashort echo time CMR. *JACC Cardiovasc Imaging.2013 Apr;6(4):466-74. Doi: 10.1016/j.jcmg.2012.09.015* Epub 2013 Mar 14.

572. Juni RP, Duckers HJ, Vanhoutte PM, Virmani R, Moens AL. Oxidative stress and pathological changes after coronary artery interventions. *J Am Coll Cardiol. 2013 Apr 9;61(14): 1471-81 doi.: 10.1016/j.jacc.2012.11.068.*

573. Malle C, Tada T, Steigerwald K, Ughi GJ, Schuster T, Nakano M, Massberg S, Jehle J, Guagliumi G,. Kastrati A, Virmani R, Byrne RA, Joner M. Tissue characterization after drug-eluting stent implantation using optical coherence tomography. *Arterioscler Thromb Vasc Bio.2013. Jun;33(6): 1376-83. doiL 10.1161/ATVBAHA.113.301227.* Epub 2013 Mar 28.

574. Sakakura K, Nakano M, Otsuka F, Ladich E, Kolodgie FD, Virmani R. Pathophysiology of atherosclerosis plaque progression. *Heart Lung Circ. 2013 Jun;22(6): 399-4111. Doi: 10.1016/j.hlc..2013.03.001.* Epub 2013 Mar 29.

575. Otsuka F, Nakano M, Sakakura K, Ladich E, Kolodige FD, Virmani R. Unique demands of the femoral anatomy and pathology and the need for unique interventions. *J Cardiovasc Surg (Torino). 2013 Apr;54(2):191-210.*

576. Van Meighem MN, Schipper ME, Ladich E, Faqiri E, van der Boon R, Randjgari A, Schultz C, Moelker A, van Geuns RJ, Otuska F, Serruys PW, Virmani R, de Jaegere PP. Histopathology of embolic debris captured during Transcatheter aortic valve replacement. *Circulation.2013 Jun 4; 127(22):2191-201. Doi: 10.1161/CIRCULATIONAHA.112.001091.* Epub 2013 May 7.

577. Chaabane C, Otsuka F, Virmani R, Bochaton-Piallat ML. Biological responses in stented arteries. *Cardiovasc Res.2013 Jul.15;99(2):353-63. doi: 10.1093/cvr/cvt115.* Epub 2013 May 10.

578. Lemos PA, Farooq V, Takimura CK, Gutierrez PS, Virmani R, Kolodgie FD, Christians U, Kharlamov A, Doshi M, Sojitra P, van Beusekom HM, Serruys PW. Emerging technologies: polymer-free phospholipid encapsulated sirolimus nanocarriers for the controlled release of drug from a stent-plus-balloon or a stand-alone balloon catheter. *EuroIntervention. 2013 May 20;9(1): 148-56. Doi: 10.4244/EIJV9I1A21.*

579. Farooq V, Serruys PW, Heo JH, Gogas BD, Onuma Y, Perkins LE, Diletti R, Radu MD, Raber L, Bourantas CV, Zhang Y, van Remortel E, Pawar R, Rapoza RJ, Powers JC, van Beusekom HM, Garcia-Garcia HM, Virmani R. Intracoronary optical coherence tomography and histology of overlapping everolimus-eluting bioresorbable vascular scaffolds in a porcine coronary artery model: the potential implications for clinical practice. *JACC Cardiovasc Inter. 2013 May;6(5): 523-32. doi: 10.1016/j.jcin.2012.12.131.*

580. Yazdani SK, Pacheco E, Nakano M, Otsuka F, Naisbitt S, Kolodgie FD, Ladich E, Rousselle S, Virmani R. Vascular, downstream, and pharmacokinetic responses to treatment with a low dose drug-coated balloon in a swine femoral artery model *Catheter Cardiovasc Inter. 2013.May 22. doi: 10.1002/ccd.24995.* Epub ahead of print.

581. Ladich E, Otsuka F, Virmani R. A pathologic study of explanted parachute devices from seven heart failure patients following percutaneous ventricular restoration. *Catheter Cardiovasc Inter. 2013 May 22. doi: 10.1022/ccd.25010.* Epub ahead of print.

119

582. Portanova A, Hakakian N, Mikulis DJ, Virmani R, Abdalla WM, Wasserman BA. Intracranial vasa vasorum: insights and implications for imaging. *Radiology. 2013 Jun;267(3):667-79.  doi:  10.1148/radio..13112310.*

583. Otsuka F, Finn AV, Virmani R.  Do vulnerable and ruptured plaques hide in heavily calcified arteries?  *Atherosclerosis*. 2013 Jul;229(1):34-7. doi: 10.1016/j.atherosclerosis.2012.12.032. Epub 2013 Jan 9

584. Otsuka F, Yahagi K, Sakakura K, Virmani R.  Why is the mammary artery so special and what protects it from atherosclerosis?  *Ann Cardiothorac Surg.* 2013 Jul;2(4):519-26. doi: 10.3978/j.issn.2225-319X.2013.07.06

585. Madder RD, Goldstein JA, Madden SP, Puri R, Wolski K, Hendricks M, Sum ST, Kini A, Sharma S, Rizik D, Brilakis ES, Shunk KA, Petersen J, Weisz G, Virmani R, Nicholls SJ, Maehara A, Mintz GS, Stone GW, Muller JE.  Detection by near-infrared spectroscopy of large lipid core plaques at culprit sites in patients with acute ST-stement elevation myocardial infarction.  *JACC Cardiovasc Interv*. 2013 Aug;6(8):838-46. doi: 10.1016/j.jcin.2013.04.012. Epub 2013 Jul 17

586. Yazdani SK, Sheehy A, Nakano M, Nakazawa G, Vorpahl M, Otsuka F, Donn RS, Perkins LE, Simonton CA, Kolodgie FD, Virmani R.  Preclincial evaluation of second-generation everolimus-and zotarolimus-eluting coronary stents.  *J Invasive Cardiol.* 2013 Aug;25(8):383-90

587. Davidson LJ, Luna J, Virmani R, Asscher JA, Davidson CJ.  First human experience of thermal arterial closure. *Catheter Cardiovasc Interv*. 2013 Aug 9. doi: 10.1002/ccd.25152. [Epub ahead of print]

588. Dani S, Costa RA, Joshi H, Shah J, Pandya R, Virmani R, Sheiban I, Bhatt S, Abizaid A. First-in-human evaluation of the novel BioMime sirolimus-eluting coronary stent with Bioabsorbable polymer for the treatment of single de novo lesions located in native coronary vessels – restuls fromt eh merit-1 trial.  *EuroIntervention*. 2013 Aug 22;9(4):493-500. doi: 10.4244/EIJV9I4A79

589. Schlett CL, Maurovich-Horvat P, Ferencik M, Alkadhi H, Stolzmann P, Scheffel H, Seifarth H, Nakano M, Do S, Vorpahl M, Kauczor HU, Bamberg F, Tearney GJ, Virmani R, Hoffmann U.  Histogram analysis of lipid-core plaques in coronary computed tomographic angiography:  ex vivo validation against histology.  *Invest Radiol*. 2013 Sep;48(9):646-53. doi: 10.1097/RLI.0b013e31828fdf9f

590. Sheet D, Karamalis A, Eslami A, Noël P, Virmani R, Nakano M, Chatterjee J, Ray AK, Laine AF, Carlier SG, Navab N, Katouzian A.  Hunting for necrosis in the shadows of intravascular ultrasound.  *Comput Med Imaging Graph*. 2013 Sep 2. pii: S0895-6111(13)00135-3. doi: 10.1016/j.compmedimag.2013.08.002. [Epub ahead of print]

591. Ali ZA, Roleder T, Narula J, Mohanty BD, Baber U, Kovacic JC, Mintz GS, Otsuka F, Pan S, Virmani R, Sharma SK, Moreno P, Kini AS.  Increased thin-ca neoatheroma and periprocedural myocardial infarction in drug-eluting stent restenosis: multimodality intravascular imaging of drug-eluting and bare-metal stents.  *Circ Cardiovasc Interv*. 2013 Oct 1;6(5):507-17. doi: 10.1161/CIRCINTERVENTIONS.112.000248. Epub 2013 Sep 24.

592. Sakakura K, Nakano M, Otsuka F, Yahagi K, Kutys R, Ladich E, Finn AV, Kolodgie FD, Virmani R.  Comparison of pathology of chronic total occlusion with and without coronary artery bypass graft. *Eur Heart J.*  2013 Oct 14. [Epub ahead of print]

593. Tsukamoto K, Mani DR, Shi J, Zhang S, Haagensen DE, Otsuka F, Guan J, Smith JD, Weng W, Liao R, Kolodgie FD, Virmani R, Krieger M.  Identification of apolipoprotein D as a cardioprotective gene using a mouse model of lethal atherosclerotic coronary artery disease. *Proc Natl Acad Sci U S A*. 2013 Oct 15;110(42):17023-8. doi: 10.1073/pnas.1315986110. Epub 2013 Sep 30

594. Waksman R, Barbash IM, Chan R, Randolph P, Makuria AT, Virmani R.  Beta radiation for renal nerve denervation:  initial feasibility and safety. EuroIntervention. 2013 Oct 22;9(6):738-44. doi: 10.4244/EIJV9I6A118

595. Nakano M, Otuska F, Yagahi K, Sakakura K, Kutys R, Ladich ER, Finn AV, Kolodgie FD, Virmani R.  Human autopsy study of drug-eluting stent restenosis:  histomorphological predictors and neointimal characteristics. *Eur Heart J*. 2013 Nov;34(42):3304-13. doi: 10.1093/eurheartj/eht241. Epub 2013 Jul.

596. Jia H, Abtahian F, Aguirre AD, Lee S, Chia S, Lowe H, Kato K, Yonetsu T, Vergallo R, Hu S, Tian J, Lee H, Park SJ, Jang YS, Raffel OC, Mizuno K, Uemura S, Itoh T, Kakuta T, Choi SY, Dauerman HL, Prasad A, Toma C, McNulty I, Zhang S, Yu B, Fuster V, Narula J, Virmani R, Jang IK.  In Vivo Diagnosis of Plaque Erosion and Calcified Nodule in Patients with Acute Coronary Syndrome by Intravascular Optical Coherence Tomography. *J Am Coll Cardiol. 2013 Jun 26. doi:pii:S0735-1097(13)02524-2.  10.1016/j.jacc.2013.05.071* Epub ahead of print.

597. Otsuka F, Sakakura K, Virmani R.  Are mast cells the real culprit in atherosclerosis? *Eur Heart J*. 2013 Dec;34(48):3681-3. doi: 10.1093/eurheartj/eht259. Epub 2013 Jul 5.

598. Campbell IC, Timmins LH, Giddens DP, Virmani R, Veneziani A, Rab ST, Samady H, McDaniel MC, Finn AV, Taylor WR, Oshinski JN. Computational Fluid Dynamics Simulations of Hemodynamics in Plaque Erosion. *Cardiovasc Eng Technol*. 2013 Dec;4(4). doi: 10.1007/s13239-013-0165-3

599. Van Mieghem NM, Schipper ME, Ladich E, Faqiri E, van der Boon R, Randjgari A, Schultz C, Moelker A, van Geuns RJ, Otsuka F, Serruys PW, Virmani R, de Jaegere PP. Response to letter regarding article "histopathology of embolic debris captured during transcatheter aortic valve replacement. *Circulation*. 2013 Dec 24;128(25):e478-9. doi: 10.1161/CIRCULATIONAHA.113.007267

600. Yazdani SK, Pacheco E, Nakano M, Otsuka F, Naisbitt S, Kolodgie FD, Ladich E, Rousselle S, Virmani R.  Vascular, downstream, and pharmacokinetic responses to treatment with a low dose drug-coated balloon in a swine femoral artery model. *Catheter Cardiovasc Interv*. 2014 Jan 1;83(1):132-40. doi: 10.1002/ccd.24995. Epub 2013 Jul 3

601. Tahara N, Mukherjee J, de Haas HJ, Petrov AD, Tawakol A, Haider N, Tahara A, Constantinescu CC, Zhou J, Boersma HH, Imaizumi T, Nakano M, Finn A, Fayad Z, Virmani R, Fuster V, Bosca L, Narula J.  2-deoxy-2[$^{18}$F]fluoro-d-mannose positron emission tomography imaging in atherosclerosis. *Nat Med*. 2014 Jan 12. doi: 10.1038/nm.3437. [Epub ahead of print]

602. Otsuka F, Vorpahl M, Nakano M, Foerst J, Newell JB, Sakakura K, Kutys R, Ladich E, Finn AV, Kolodgie FD, Virmani R. Pathology of Second Generation Everolimus-eluting stents versus first-generation sirolimus-and Paclitaxel-eluting stents in humans. *Circulation. 2014 Jan 14;129(2):211-23.* doi: 10.1161/CIRCULATIONAHA.113.001790. Epub 2013 Oct 25

603.  Joner M, Virmani R.  Glagov's phenomenon:  has our understanding of vascular
      remodeling changed?  *Coron Artery Dis*. 2014 Mar;25(2):91-3. doi:
      10.1097/MCA.0000000000000087

604.  Sheet D, Karamalis A, Eslami A, Noël P, Virmani R, Nakano M, Chatterjee J,
      Ray AK, Laine AF, Carlier SG, Navab N, Katouzian A.  Hunting for necrosis in
      the shadows of intravascular ultrasound.  *Comput Med Imaging Graph*. 2014
      Mar;38(2):104-12. doi: 10.1016/j.compmedimag.2013.08.002. Epub 2013 Sep 2

605.  Steigen SE, Holm NR, Butt N, Maeng M, Otsuka F, Virmani R, Ladich E, Steigen
      TK.  Clinical use of Optical Coherence Tomography to identify angiographic
      silent stent thrombosis. *Scand Cardiovasc J*. 2014 Mar 6.  Epub ahead of
      print.

606.  Cooley BC, Nevado J, Mellad J, Yang D, St Hilaire C, Negro A, Fang F, Chen
      G, San H, Walts AD, Schwartzbeck RL, Taylor B, Lanzer JD, Wragg A, Elagha A,
      Beltran LE, Berry C, Feil R, Virmani R, Ladich E, Kovacic JC, Boehm M.  TGF-
      β signaling mediates endothelial-to-mesenchymal transition (EndMT) during
      vein graft remodeling.  *Sci Transl Med*. 2014 Mar 12;6(227):227ra34. doi:
      10.1126/scitranslmed.3006927.

607.  Pu J, Mintz GS, Biro S, Lee JB, Sum ST, Madden SP, Burke AP, Zhang P, He B,
      Goldstein JA, Stone GW, Muller JE, Virmani R, Maehara A.  Insights into
      Echo-attenuated Plaques, Echolucent Plaques, and Plaques with Spotty
      Calcification: Novel Findings from Comparisons among Intravascular
      Ultrasound, Near-Infrared Spectroscopy, and Pathological Histology in 2294
      Human Coronary Artery Segments.  *J Am Coll Cardiol*. 2014 Mar 14. pii: S0735-
      1097(14)01561-7. doi: 10.1016/j.jacc.2014.02.576. [Epub ahead of print]

608.  Otsuka F, Sakakura K, Yahagi K, Joner M, Virmani R.  Has our understanding
      of calcification in human coronary atherosclerosis progressed?  Arterioscler
      Thromb Vasc Biol. 2014 Apr;34(4):724-36. doi: 10.1161/ATVBAHA.113.302642.
      Epub 2014 Feb 20.

609.  Nakano M, Yahagi K, Otsuka F, Sakakura K, Finn AV, Kutys R, Ladich E, Fowler
      DR, Joner M, Virmani R.  Causes of Early Stent Thrombosis in Patients
      Presenting with Acute Coronary Syndrome: An Ex Vivo Human Autopsy Study.  *J
      Am Coll Cardiol*. 2014 Apr 12. pii: S0735-1097(14)02010-5. doi:
      10.1016/j.jacc.2014.02.607. [Epub ahead of print]

610.  Otsuka F, Joner M, Prati F, Virmani R, Narula J.  Clinical classification of
      plaque morphology in coronary disease. *Nat Rev Cardiol*. 2014 Apr 29. doi:
      10.1038/nrcardio.2014.62. [Epub ahead of print].

611.  Sanchez OD, Sakakura K, Otsuka F, Yahagi K, Virmani R, Joner M.
      Expectations and limitations of contemporary intravascular imaging: lessons
      learned from pathology.  *Expert Rev Cardiovasc Ther*. 2014 May;12(5):601-11.
      doi: 10.1586/14779072.2014.902749. Epub 2014 Apr 17.

612.  Yahagi K, Otsuka F, Sakakura K, Sanchez OD, Kutys R, Ladich E, Kolodgie FD,
      Virmani R, Joner M.  Pathophysiology of superficial femoral artery in-stent
      restenosis.  *J Cardiovasc Surg* (Torino). 2014 Jun;55(3):307-23

613.  Alfieri O, Mayosi BM, Park SJ, Sarrafzadegan N and Virmani R. Exploring
      unknowns in cardiology. Nat Rev Cardiol. 2014;11:664-70.

614.  Bentzon JF, Otsuka F, Virmani R and Falk E. Mechanisms of plaque formation
      and rupture. Circ Res. 2014;114:1852-66.

615. Campbell IC, Suever JD, Timmins LH, Veneziani A, Vito RP, Virmani R, Oshinski JN and Taylor WR. Biomechanics and inflammation in atherosclerotic plaque erosion and plaque rupture: implications for cardiovascular events in women. PLoS One. 2014;9:e111785.

616. Cortese B, Silva Orrego P and Virmani R. Late coronary BVS malapposition and aneurysm: A Time for Appraisal. Catheter Cardiovasc Interv. 2014.

617. Foin N, Lee RD, Torii R, Guitierrez-Chico JL, Mattesini A, Nijjer S, Sen S, Petraco R, Davies JE, Di Mario C, Joner M, Virmani R and Wong P. Impact of stent strut design in metallic stents and biodegradable scaffolds. Int J Cardiol. 2014;177:800-8.

618. Guagliumi G, Capodanno D, Saia F, Musumeci G, Tarantini G, Garbo R, Tumminello G, Sirbu V, Coccato M, Fineschi M, Trani C, De Benedictis M, Limbruno U, De Luca L, Niccoli G, Bezerra H, Ladich E, Costa M, Biondi Zoccai G and Virmani R. Mechanisms of atherothrombosis and vascular response to primary percutaneous coronary intervention in women versus men with acute myocardial infarction: results of the OCTAVIA study. JACC Cardiovasc Interv. 2014;7:958-68.

619. Habib A, Karmali V, John MC, Polavarapu R, Nakazawa G, Pachura K, Davis T, Kolodgie FD, Virmani R and Finn AV. Everolimus-eluting stents improve vascular response in a diabetic animal model. Circ Cardiovasc Interv. 2014;7:526-32.

620. Hsu S, Koren E, Chan Y, Koscec M, Sheehy A, Kolodgie F, Virmani R and Feder D. Effects of everolimus on macrophage-derived foam cell behavior. Cardiovasc Revasc Med. 2014;15:269-77.

621. Kar S, Hou D, Jones R, Werner D, Swanson L, Tischler B, Stein K, Huibregtse B, Ladich E, Kutys R and Virmani R. Impact of Watchman and Amplatzer devices on left atrial appendage adjacent structures and healing response in a canine model. JACC Cardiovasc Interv. 2014;7:801-9.

622. Kwak BR, Back M, Bochaton-Piallat ML, Caligiuri G, Daemen MJ, Davies PF, Hoefer IE, Holvoet P, Jo H, Krams R, Lehoux S, Monaco C, Steffens S, Virmani R, Weber C, Wentzel JJ and Evans PC. Biomechanical factors in atherosclerosis: mechanisms and clinical implications. Eur Heart J. 2014;35:3013-20, 3020a-3020d.

623. Lane JP, Perkins LE, Sheehy AJ, Pacheco EJ, Frie MP, Lambert BJ, Rapoza RJ and Virmani R. Lumen gain and restoration of pulsatility after implantation of a bioresorbable vascular scaffold in porcine coronary arteries. JACC Cardiovasc Interv. 2014;7:688-95.

624. Otsuka F, Pacheco E, Perkins LE, Lane JP, Wang Q, Kamberi M, Frie M, Wang J, Sakakura K, Yahagi K, Ladich E, Rapoza RJ, Kolodgie FD and Virmani R. Long-term safety of an everolimus-eluting bioresorbable vascular scaffold and the cobalt-chromium XIENCE V stent in a porcine coronary artery model. Circ Cardiovasc Interv. 2014;7:330-42.

625. Sakakura K, Ladich E, Cheng Q, Otsuka F, Yahagi K, Fowler DR, Kolodgie FD, Virmani R and Joner M. Anatomic assessment of sympathetic peri-arterial renal nerves in man. J Am Coll Cardiol. 2014;64:635-43.

626. Sakakura K, Ladich E, Edelman ER, Markham P, Stanley JR, Keating J, Kolodgie FD, Virmani R and Joner M. Methodological standardization for the pre-

clinical evaluation of renal sympathetic denervation. JACC Cardiovasc Interv. 2014;7:1184-93.

627. Sen SK, Boelte KC, Barb JJ, Joehanes R, Zhao X, Cheng Q, Adams L, Teer JK, Accame DS, Chowdhury S, Singh LN, Kavousi M, Peyser PA, Quigley L, Priel DL, Lau K, Kuhns DB, Yoshimura T, Johnson AD, Hwang SJ, Chen MY, Arai AE, Green ED, Mullikin JC, Kolodgie FD, O'Donnell CJ, Virmani R, Munson PJ, McVicar DW and Biesecker LG. Integrative DNA, RNA, and protein evidence connects TREML4 to coronary artery calcification. Am J Hum Genet. 2014;95:66-76.

628. Thiele JR, Habersberger J, Braig D, Schmidt Y, Goerendt K, Maurer V, Bannasch H, Scheichl A, Woollard KJ, von Dobschutz E, Kolodgie F, Virmani R, Stark GB, Peter K and Eisenhardt SU. Dissociation of pentameric to monomeric C-reactive protein localizes and aggravates inflammation: in vivo proof of a powerful proinflammatory mechanism and a new anti-inflammatory strategy. Circulation. 2014;130:35-50.

629. Virmani R, Joner M and Sakakura K. Recent highlights of ATVB: calcification. Arterioscler Thromb Vasc Biol. 2014;34:1329-32.

630. Virmani R, Otsuka F, Prati F, Narula J and Joner M. Matching human pathology is essential for validating OCT imaging to detect high-risk plaques. Nat Rev Cardiol. 2014;11:638.

631. Vorpahl M, Nakano M, Perkins LE, Otsuka F, Jones R, Acampado E, Lane JP, Rapoza R, Kolodgie FD and Virmani R. Vascular healing and integration of a fully bioresorbable everolimus-eluting scaffold in a rabbit iliac arterial model. EuroIntervention. 2014;10:833-41.

632. Yahagi K, Zarpak R, Sakakura K, Otsuka F, Kutys R, Ladich E, Fowler DR, Joner M and Virmani R. Multiple simultaneous plaque erosion in 3 coronary arteries. JACC Cardiovasc Imaging. 2014;7:1172-4.

633. Antoniadis AP, Giannopoulos AA, Wentzel JJ, Joner M, Giannoglou GD, Virmani R and Chatzizisis YS. Impact of local flow haemodynamics on atherosclerosis in coronary artery bifurcations. EuroIntervention. 2015;11 Suppl V:V18-v22.

634. De Marchena E, Mesa J, Pomenti S, Marin YKC, Marincic X, Yahagi K, Ladich E, Kutz R, Aga Y, Ragosta M, Chawla A, Ring ME and Virmani R. Thrombus formation following transcatheter aortic valve replacement. JACC Cardiovasc Interv. 2015;8:728-39.

635. Gould KL, Johnson NP, Kaul S, Kirkeeide RL, Mintz GS, Rentrop KP, Sdringola S, Virmani R and Narula J. Patient selection for elective revascularization to reduce myocardial infarction and mortality: new lessons from randomized trials, coronary physiology, and statistics. Circ Cardiovasc Imaging. 2015;8.

636. Gupta R, Kolodgie FD, Virmani R and Eckhouse R. Comaneci neck bridging device for the treatment of cerebral aneurysms. J Neurointerv Surg. 2015.

637. Gutierrez J, Elkind MS, Virmani R, Goldman J, Honig L, Morgello S and Marshall RS. A pathological perspective on the natural history of cerebral atherosclerosis. Int J Stroke. 2015.

638. Habib A, Polavarapu R, Karmali V, Guo L, Van Dam R, Cheng Q, Akahori H, Saeed O, Nakano M, Pachura K, Hong CC, Shin E, Kolodgie F, Virmani R and Finn AV. Hepcidin-ferroportin axis controls toll-like receptor 4 dependent

macrophage inflammatory responses in human atherosclerotic plaques.
Atherosclerosis. 2015;241:692-700.

639. Kang SJ, Mintz GS, Pu J, Sum ST, Madden SP, Burke AP, Xu K, Goldstein JA,
Stone GW, Muller JE, Virmani R and Maehara A. Combined IVUS and NIRS
detection of fibroatheromas: histopathological validation in human coronary
arteries. JACC Cardiovasc Imaging. 2015;8:184-94.

640. Koppara T, Cheng Q, Yahagi K, Mori H, Sanchez OD, Feygin J, Wittchow E,
Kolodgie FD, Virmani R and Joner M. Thrombogenicity and early vascular
healing response in metallic biodegradable polymer-based and fully
bioabsorbable drug-eluting stents. Circ Cardiovasc Interv. 2015;8:e002427.

641. Lee R, Foin N, Otsuka F, Wong P, Mari JM, Joner M, Girard MJ and Virmani R.
Intravascular Assessment of Arterial Disease Using Compensated OCT in
Comparison With Histology. JACC Cardiovasc Imaging. 2015.

642. Mylotte D, Andalib A, Theriault-Lauzier P, Dorfmeister M, Girgis M, Alharbi
W, Chetrit M, Galatas C, Mamane S, Sebag I, Buithieu J, Bilodeau L, de
Varennes B, Lachapelle K, Lange R, Martucci G, Virmani R and Piazza N.
Transcatheter heart valve failure: a systematic review. Eur Heart J.
2015;36:1306-27.

643. Nakano M and Virmani R. Histopathology of vascular response to drug-eluting
stents: an insight from human autopsy into daily practice. Cardiovasc Interv
Ther. 2015;30:1-11.

644. Otsuka F, Byrne RA, Yahagi K, Mori H, Ladich E, Fowler DR, Kutys R, Xhepa E,
Kastrati A, Virmani R and Joner M. Neoatherosclerosis: overview of
histopathologic findings and implications for intravascular imaging
assessment. Eur Heart J. 2015.

645. Otsuka F, Kramer MC, Woudstra P, Yahagi K, Ladich E, Finn AV, de Winter RJ,
Kolodgie FD, Wight TN, Davis HR, Joner M and Virmani R. Natural progression
of atherosclerosis from pathologic intimal thickening to late fibroatheroma
in human coronary arteries: A pathology study. Atherosclerosis. 2015.

646. Otsuka F, Yahagi K, Ladich E, Kutys R, Alexander R, Fowler D, Virmani R and
Joner M. Hypersensitivity reaction in the US Food and Drug Administration-
approved second-generation drug-eluting stents: histopathological assessment
with ex vivo optical coherence tomography. Circulation. 2015;131:322-4.

647. Panikker S, Virmani R, Sakakura K, Kolodgie F, Francis DP, Markides V,
Walcott G, McElderry HT and Wong T. Left atrial appendage electrical
isolation and concomitant device occlusion: A safety and feasibility study
with histologic characterization. Heart Rhythm. 2015;12:202-10.

648. Puchner SB, Ferencik M, Maurovich-Horvat P, Nakano M, Otsuka F, Kauczor HU,
Virmani R, Hoffmann U and Schlett CL. Iterative image reconstruction
algorithms in coronary CT angiography improve the detection of lipid-core
plaque--a comparison with histology. Eur Radiol. 2015;25:15-23.

649. Sahibzada N, Mangel AW, Tatge JE, Dretchen KL, Franz MR, Virmani R and
Gillis RA. Rhythmic Aortic Contractions Induced by Electrical Stimulation In
Vivo in the Rat. PLoS One. 2015;10:e0130255.

650. Saia F, Komukai K, Capodanno D, Sirbu V, Musumeci G, Boccuzzi G, Tarantini
G, Fineschi M, Tumminello G, Bernelli C, Niccoli G, Coccato M, Bordoni B,
Bezerra H, Biondi-Zoccai G, Virmani R and Guagliumi G. Eroded Versus

Ruptured Plaques at the Culprit Site of STEMI: In Vivo Pathophysiological Features and Response to Primary PCI. JACC Cardiovasc Imaging. 2015;8:566-75.

651. Sakakura K, Ladich E, Fuimaono K, Grunewald D, O'Fallon P, Spognardi AM, Markham P, Otsuka F, Yahagi K, Shen K, Kolodgie FD, Joner M and Virmani R. Comparison of renal artery, soft tissue, and nerve damage after irrigated versus nonirrigated radiofrequency ablation. Circ Cardiovasc Interv. 2015;8.

652. Sakakura K, Roth A, Ladich E, Shen K, Coleman L, Joner M and Virmani R. Controlled circumferential renal sympathetic denervation with preservation of the renal arterial wall using intraluminal ultrasound: a next-generation approach for treating sympathetic overactivity. EuroIntervention. 2015;10:1230-8.

653. Sakakura K, Tunev S, Yahagi K, O'Brien AJ, Ladich E, Kolodgie FD, Melder RJ, Joner M and Virmani R. Comparison of histopathologic analysis following renal sympathetic denervation over multiple time points. Circ Cardiovasc Interv. 2015;8:e001813.

654. Sanchez OD, Yahagi K, Byrne RA, Mori H, Zarpak R, Wittchow E, Foin N, Virmani R and Joner M. Pathological aspects of bioresorbable stent implantation. EuroIntervention. 2015;11 Suppl V:V159-v165.

655. Sanchez OD, Yahagi K, Koppara T, Virmani R and Joner M. The everolimus-eluting Xience stent in small vessel disease: bench, clinical, and pathology view. Med Devices (Auckl). 2015;8:37-45.

656. Schneider PA, Giasolli R, Ebner A, Virmani R and Granada JF. Early experimental and clinical experience with a focal implant for lower extremity post-angioplasty dissection. JACC Cardiovasc Interv. 2015;8:347-54.

657. White WB, Galis ZS, Henegar J, Kandzari DE, Victor R, Sica D, Townsend RR, Turner JR, Virmani R and Mauri L. Renal denervation therapy for hypertension: pathways for moving development forward. J Am Soc Hypertens. 2015;9:341-50.

658. Yahagi K, Davis HR, Arbustini E and Virmani R. Sex differences in coronary artery disease: pathological observations. Atherosclerosis. 2015;239:260-7.

659. Sakakura K, Tunev S, Yahagi K, O'Brien AJ, Ladich E, Kolodgie FD, Melder RJ, Joner M, Virmani R. Comparison of histopathologic analysis following renal sympathetic denervation over multiple time points. Circ Cardiovasc Interv. 2015 Feb;8(2):e001813. doi: 10.1161/CIRCINTERVENTIONS.114.001813. PMID: 25652318

660. Schneider PA, Giasolli R, Ebner A, Virmani R, Granada JF. Early experimental and clinical experience with a focal implant for lower extremity post-angioplasty dissection. JACC Cardiovasc Interv. 2015 Feb;8(2):347-54. doi: 10.1016/j.jcin.2014.07.032. PMID: 25700758

661. Alfonso F, Virmani R. The coronary substrate determines prognosis in acute coronary syndromes: the kaleidoscope has been shaken … again! Eur Heart J. 2015 Jun 7;36(22):1357-60. doi: 10.1093/eurheartj/ehv059.PMID: 25761892

662. Lee R, Foin N, Otsuka F, Wong P, Mari JM, Joner M, Girard MJ, Virmani R. Intravascular Assessment of Arterial Disease Using Compensated OCT in

Comparison With Histology. JACC Cardiovasc Imaging. 2016 Mar;9(3):321-2. doi: 10.1016/j.jcmg.2015.01.012. PMID: 25797128

663. Gutierrez J, Elkind MS, Virmani R, Goldman J, Honig L, Morgello S, Marshall RS. A pathological perspective on the natural history of cerebral atherosclerosis. Int J Stroke. 2015 Oct;10(7):1074-80. doi: 10.1111/ijs.12496. PMID: 25854637

664. Saia F, Komukai K, Capodanno D, Sirbu V, Musumeci G, Boccuzzi G, Tarantini G, Fineschi M, Tumminello G, Bernelli C, Niccoli G, Coccato M, Bordoni B, Bezerra H, Biondi-Zoccai G, Virmani R, Guagliumi G; OCTAVIA Investigators. Eroded Versus Ruptured Plaques at the Culprit Site of STEMI: In Vivo Pathophysiological Features and Response to Primary PCI. JACC Cardiovasc Imaging. 2015 May;8(5):566-75. doi: 10.1016/j.jcmg.2015.01.018. PMID: 25890582

665. De Marchena E, Mesa J, Pomenti S, Marin Y Kall C, Marincic X, Yahagi K, Ladich E, Kutz R, Aga Y, Ragosta M, Chawla A, Ring ME, Virmani R. Thrombus formation following transcatheter aortic valve replacement. JACC Cardiovasc Interv. 2015 Apr 27;8(5):728-39. doi: 10.1016/j.jcin.2015.03.005. Review. PMID: 25946447

666. Gould KL, Johnson NP, Kaul S, Kirkeeide RL, Mintz GS, Rentrop KP, Sdringola S, Virmani R, Narula J. Patient selection for elective revascularization to reduce myocardial infarction and mortality: new lessons from randomized trials, coronary physiology, and statistics. Circ Cardiovasc Imaging. 2015 May;8(5). pii: e003099. doi: 10.1161/CIRCIMAGING.114.003099. PMID: 25977304

667. White WB, Galis ZS, Henegar J, Kandzari DE, Victor R, Sica D, Townsend RR, Turner JR, Virmani R, Mauri L. Renal denervation therapy for hypertension: pathways for moving development forward. J Am Soc Hypertens. 2015 May;9(5):341-50. doi: 10.1016/j.jash.2015.02.012. PMID: 25979410

668. Sanchez OD, Yahagi K, Byrne RA, Mori H, Zarpak R, Wittchow E, Foin N, Virmani R, Joner M. Pathological aspects of bioresorbable stent implantation. EuroIntervention. 2015;11 Suppl V:V159-65. doi: 10.4244/EIJV11SVA39. PMID: 25983157

669. Antoniadis AP, Giannopoulos AA, Wentzel JJ, Joner M, Giannoglou GD, Virmani R, Chatzizisis YS. Impact of local flow haemodynamics on atherosclerosis in coronary artery bifurcations. EuroIntervention. 2015;11 Suppl V:V18-22. doi: 10.4244/EIJV11SVA4. Review. PMID: 25983161

670. Otsuka F, Byrne RA, Yahagi K, Mori H, Ladich E, Fowler DR, Kutys R, Xhepa E, Kastrati A, Virmani R, Joner M. Neoatherosclerosis: overview of histopathologic findings and implications for intravascular imaging assessment. Eur Heart J. 2015 Aug 21;36(32):2147-59. doi: 10.1093/eurheartj/ehv205. Review. PMID: 25994755

671. Koppara T, Cheng Q, Yahagi K, Mori H, Sanchez OD, Feygin J, Wittchow E, Kolodgie FD, Virmani R, Joner M. Thrombogenicity and early vascular healing response in metallic biodegradable polymer-based and fully bioabsorbable drug-eluting stents. Circ Cardiovasc Interv. 2015 Jun;8(6):e002427. doi: 10.1161/CIRCINTERVENTIONS.115.002427. PMID: 26022535

672. Yahagi K, Otsuka F, Virmani R, Joner M. Neoatherosclerosis: mirage of an ancient illness or genuine disease condition? Eur Heart J. 2015 Aug 21;36(32):2136-8. doi: 10.1093/eurheartj/ehv223.  PMID: 26040811

673. Otsuka F, Kramer MC, Woudstra P, Yahagi K, Ladich E, Finn AV, de Winter RJ, Kolodgie FD, Wight TN, Davis HR, Joner M, Virmani R. Natural progression of atherosclerosis from pathologic intimal thickening to late fibroatheroma in human coronary arteries: A pathology study. Atherosclerosis. 2015 Aug;241(2):772-82. doi: 10.1016/j.atherosclerosis.2015.05.011.PMID:26058741

674. Habib A, Polavarapu R, Karmali V, Guo L, Van Dam R, Cheng Q, Akahori H, Saeed O, Nakano M, Pachura K, Hong CC, Shin E, Kolodgie F, Virmani R, Finn AV. Hepcidin-ferroportin axis controls toll-like receptor 4 dependent macrophage inflammatory responses in human atherosclerotic plaques. Atherosclerosis. 2015 Aug;241(2):692-700. doi:10.1016/j.atherosclerosis.2015.06.025. PMID: 26125411

675. Sahibzada N, Mangel AW, Tatge JE, Dretchen KL, Franz MR, Virmani R, Gillis RA. Rhythmic Aortic Contractions Induced by Electrical Stimulation In Vivo in the Rat. PLoS One. 2015 Jul 1;10(7):e0130255. doi:10.1371/journal.pone.0130255. PMID: 26132172

676. He C, Medley SC, Hu T, Hinsdale ME, Lupu F, Virmani R, Olson LE. PDGFR$\beta$ signalling regulates local inflammation and synergizes with hypercholesterolaemia to promote atherosclerosis. Nat Commun. 2015 Jul 17;6:7770. doi: 10.1038/ncomms8770. PMID: 26183159

677. Yahagi K, Joner M, Virmani R. Should CMR Become the New Darling of Noninvasive Imaging for the Monitoring of Progression and Regression of Coronary Heart Disease? J Am Coll Cardiol. 2015 Jul 21;66(3):257-60. doi: 10.1016/j.jacc.2015.05.055. PMID: 26184619

678. Kolodgie FD, Virmani R, Finn AV, Romero ME. Embolic Myocardial Infarction as a Consequence of Atrial Fibrillation: A Prevailing Disease of the Future. Circulation. 2015 Jul 28;132(4):223-6. doi:10.1161/CIRCULATIONAHA.115.017534. PMID: 26216083

679. Yahagi K, Joner M, Virmani R. Impact of smoking on coronary heart disease: is there a smoker's paradox? Coron Artery Dis. 2015 Sep;26(6):466-8. doi: 10.1097/MCA.0000000000000274. PMID: 26217891

680. Akyildiz AC, Speelman L, Nieuwstadt HA, van Brummelen H, Virmani R, van der Lugt A, van der Steen AF, Wentzel JJ, Gijsen FJ. The effects of plaque morphology and material properties on peak cap stress in human coronary arteries. Comput Methods Biomech Biomed Engin. 2016;19(7):771-9. doi:10.1080/10255842.2015.1062091. PMID: 26237279

681. Otsuka F, Cheng Q, Yahagi K, Acampado E, Sheehy A, Yazdani SK, Sakakura K, Euller K, Perkins LE, Kolodgie FD, Virmani R, Joner M. Acute Thrombogenicity of a Durable Polymer Everolimus-Eluting Stent Relative to Contemporary Drug-Eluting Stents With Biodegradable Polymer Coatings Assessed Ex Vivo in a Swine Shunt Model. JACC Cardiovasc Interv. 2015 Aug 17;8(9):1248-60. doi: 10.1016/j.jcin.2015.03.029. PMID: 26292590

682. Artzi N, Tzafriri AR, Faucher KM, Moodie G, Albergo T, Conroy S, Corbeil S, Martakos P, Virmani R, Edelman ER. Sustained Efficacy and Arterial Drug Retention by a Fast Drug Eluting Cross-Linked Fatty Acid Coronary Stent Coating. Ann Biomed Eng. 2016 Feb;44(2):276-86. doi: 10.1007/s10439-015-1435-z. PMID: 26314990

683. Puri R, Madder RD, Madden SP, Sum ST, Wolski K, Muller JE, Andrews J, King KL, Kataoka Y, Uno K, Kapadia SR, Tuzcu EM, Nissen SE, Virmani R, Maehara A, Mintz GS, Nicholls SJ. Near-Infrared Spectroscopy Enhances Intravascular

Ultrasound Assessment of Vulnerable Coronary Plaque: A Combined Pathological and In Vivo Study. Arterioscler Thromb Vasc Biol. 2015 Nov;35(11):2423-31. doi: 10.1161/ATVBAHA.115.306118. PMID: 26338299

684.  Romero ME, Yahagi K, Kolodgie FD, Virmani R. Neoatherosclerosis From a Pathologist's Point of View.  Arterioscler Thromb Vasc Biol. 2015 Oct;35(10):e43-9. doi: 10.1161/ATVBAHA.115.306251. PMID: 26399921

685.  Joner M, Koppara T, Virmani R, Byrne RA. Improving vessel healing with fully bioresorbable drug-eluting stents: more than a pipe dream? Eur Heart J. 2016 Jan 14;37(3):241-4. doi: 10.1093/eurheartj/ehv537. PMID: 26475833

686.  Yahagi K, Kolodgie FD, Otsuka F, Finn AV, Davis HR, Joner M, Virmani R. Pathophysiology of native coronary, vein graft, and in-stent atherosclerosis. Nat Rev Cardiol. 2016 Feb;13(2):79-98. doi: 10.1038/nrcardio.2015.164. PMID: 26503410

687.  Yahagi K, Virmani R, Kesavamoorthy B.  Very late scaffold thrombosis of everolimus-eluting bioresorbable scaffold following implantation in STEMI after discontinuation of dual antiplatelet therapy.  Cardiovasc Interv Ther. 2017 Jan;32(1):53-55. doi: 10.1007/s12928-015-0364-y. PMID: 26521263

688.  Nanda V, Downing KP, Ye J, Xiao S, Kojima Y, Spin JM, DiRenzo D, Nead KT, Connolly AJ, Dandona S, Perisic L, Hedin U, Maegdefessel L, Dalman J, Guo L, Zhao X, Kolodgie FD, Virmani R, Davis HR Jr, Leeper NJ.  CDKN2B Regulates TGFβ Signaling and Smooth Muscle Cell Investment of Hypoxic Neovessels. Circ Res. 2016 Jan 22;118(2):230-40. doi: 10.1161/CIRCRESAHA.115.307906. PMID: 26596284

689.  Finn AV, Virmani R.  The clinical challenge of disappearing stents.  Lancet. 2016 Feb 6;387(10018):510-2. doi: 10.1016/S0140-6736(15)00978-2. PMID:26597772

690.  Virmani R, Clarke E.  COMBO Dual Therapy Stent: a novel technology in interventional cardiology.  Future Cardiol. 2016 Jan;12(1):1-3. doi: 10.2217/fca.15.71.  PMID: 26696558

691.  Frerker C, Schlüter M, Sanchez OD, Reith S, Romero ME, Ladich E, Schröder J, Schmidt T, Kreidel F, Joner M, Virmani R, Kuck KH. Cerebral Protection During MitraClip Implantation: Initial Experience at 2 Centers. JACC Cardiovasc Interv. 2016 Jan 25;9(2):171-9. doi: 10.1016/j.jcin.2015.09.039. PMID: 26723763

692.  Yahagi K, Joner M, Virmani R.  The Mystery of Spotty Calcification: Can We Solve It by Optical Coherence Tomography?  Circ Cardiovasc Imaging. 2016 Jan;9(1). pii: e004252. doi: 10.1161/CIRCIMAGING.115.004252.  PMID 26743464

693.  Nakano M, Yahagi K, Yamamoto H, Taniwaki M, Otsuka F, Ladich ER, Joner M, Virmani R.  Additive Value of Integrated Backscatter IVUS for Detection of Vulnerable Plaque by Optical Frequency Domain Imaging: An Ex Vivo Autopsy Study of Human Coronary Arteries.  JACC Cardiovasc Imaging. 2016 Feb;9(2):163-72. doi: 10.1016/j.jcmg.2015.07.011.  PMID: 26777223

694.  Mori H, Joner M, Finn AV, Virmani R.  Malapposition: is it a major cause of stent thrombosis?  Eur Heart J. 2016 Apr 14;37(15):1217-9. doi: 10.1093/eurheartj/ehw006. PMID: 26802137

695. Nakano M, Yahagi K, Virmani R, Ikari Y.  Are Microcalcification and
Hemosiderin Really Limitations of OCT in Detection of TCFA?  JACC Cardiovasc
Imaging. 2016 Feb;9(2):215. doi: 10.1016/j.jcmg.2015.04.030.  PMID: 26846940

696. Kanwar SS, Stone GW, Singh M, Virmani R, Olin J, Akasaka T, Narula J.  Acute
coronary syndromes without coronary plaque rupture.  Nat Rev Cardiol. 2016
May;13(5):257-65. doi: 10.1038/nrcardio.2016.19. Review.  PMID: 26911330

697. Cortese B, Orrego PS, Yahagi K, Virmani R.  Biovascular scaffolds and
reversible coronary aneurysm.  Int J Cardiol. 2016 Jul 1;214:225-7. doi:
10.1016/j.ijcard.2016.03.167.  PMID: 27070996

698. Nakatani S, Ishibashi Y, Sotomi Y, Perkins L, Eggermont J, Grundeken MJ,
Dijkstra J, Rapoza R, Virmani R, Serruys PW, Onuma Y.  Bioresorption and
Vessel Wall Integration of a Fully Bioresorbable Polymeric Everolimus-
Eluting Scaffold: Optical Coherence Tomography, Intravascular Ultrasound,
and Histological Study in a Porcine Model With 4-Year Follow-Up.  JACC
Cardiovasc Interv. 2016 Apr 25;9(8):838-51. doi: 10.1016/j.jcin.2016.01.030.
PMID: 27101910

699. Ben-Zvi D, Savion N, Kolodgie F, Simon A, Fisch S, Schäfer K, Bachner-
Hinenzon N, Cao X, Gertler A, Solomon G, Kachel E, Raanani E, Lavee J, Kotev
Emeth S, Virmani R, Schoen FJ, Schneiderman J. Local Application of Leptin
Antagonist Attenuates Angiotensin II-Induced Ascending Aortic Aneurysm and
Cardiac Remodeling.  J Am Heart Assoc. 2016 May 3;5(5). pii: e003474. doi:
10.1161/JAHA.116.003474.  PMID: 27143353

700. Kok AM, Speelman L, Virmani R, van der Steen AF, Gijsen FJ, Wentzel JJ.
Peak cap stress calculations in coronary atherosclerotic plaques with an
incomplete necrotic core geometry.  Biomed Eng Online. 2016 May 4;15(1):48.
doi: 10.1186/s12938-016-0162-5.  PMID: 27145748

701. Schmidt T, Schlüter M, Alessandrini H, Akdag O, Schewel D, Schewel J,
Thielsen T, Kreidel F, Bader R, Romero M, Ladich E, Virmani R, Schäfer U,
Kuck KH, Frerker C.  Histology of debris captured by a cerebral protection
system during transcatheter valve-in-valve implantation.  Heart. 2016 Oct
1;102(19):1573-80. doi: 10.1136/heartjnl-2016-309597.  PMID: 27220695

702. Yazdani SK, Sheehy A, Pacetti S, Rittlemeyer B, Kolodgie FD, Virmani R.
Stent Coating Integrity of Durable and Biodegradable Coated Drug Eluting
Stents.  J Interv Cardiol. 2016 Oct;29(5):483-490. doi: 10.1111/joic.12303.
PMID: 27220695

703. van Dijk RA, Rijs K, Wezel A, Hamming JF, Kolodgie FD, Virmani R,
Schaapherder AF, Lindeman JH.  Systematic Evaluation of the Cellular Innate
Immune Response During the Process of Human Atherosclerosis.  J Am Heart
Assoc. 2016 Jun 16;5(6). pii: e002860. doi: 10.1161/JAHA.115.002860.  PMID:
27312803

704. Mori H, Finn AV, Atkinson JB, Lutter C, Narula J, Virmani R.  Calcified
Nodule: An Early and Late Cause of In-Stent Failure.  JACC Cardiovasc
Interv. 2016 Jul 11;9(13):e125-6. doi: 10.1016/j.jcin.2016.03.036.  PMID:
27318841

705. Panikker S, Jarman JW, Virmani R, Kutys R, Haldar S, Lim E, Butcher C, Khan
H, Mantziari L, Nicol E, Foran JP, Markides V, Wong T.  Left Atrial
Appendage Electrical Isolation and Concomitant Device Occlusion to Treat

Persistent Atrial Fibrillation: A First-in-Human Safety, Feasibility, and Efficacy Study. Circ Arrhythm Electrophysiol. 2016 Jul;9(7). pii: e003710. doi: 10.1161/CIRCEP.115.003710.  PMID: 27406602

706. Teo JC, Foin N, Otsuka F, Bulluck H, Fam JM, Wong P, Low FH, Leo HL, Mari JM, Joner M, Girard MJ, Virmani R. Optimization of coronary optical coherence tomography imaging using the attenuation-compensated technique: a validation study.  Eur Heart J Cardiovasc Imaging. 2016 Jul 28. pii: jew153. PMID: 27469587

707. Koppara T, Sakakura K, Pacheco E, Cheng Q, Zhao X, Acampado E, Finn AV, Barakat M, Maillard L, Ren J, Deshpande M, Kolodgie FD, Joner M, Virmani R. Preclinical evaluation of a novel polyphosphazene surface modified stent. Int J Cardiol. 2016 Nov 1;222:217-25. doi: 10.1016/j.ijcard.2016.07.181. PMID: 27497098

708. Ladich E, Yahagi K, Romero ME, Virmani R.  Vascular diseases: aortitis, aortic aneurysms, and vascular calcification.  Cardiovasc Pathol. 2016 Sep-Oct;25(5):432-41. doi: 10.1016/j.carpath.2016.07.002. Review.  PMID:27526100

709. Karunakaran D, Geoffrion M, Wei L, Gan W, Richards L, Shangari P, DeKemp EM, Beanlands RA, Perisic L, Maegdefessel L, Hedin U, Sad S, Guo L, Kolodgie FD, Virmani R, Ruddy T, Rayner KJ.  Targeting macrophage necroptosis for therapeutic and diagnostic interventions in atherosclerosis.  Sci Adv. 2016 Jul 22;2(7):e1600224. doi: 10.1126/sciadv.1600224.  PMID: 27532042

710. Otto S, Jaeger K, Kolodgie FD, Muehlstaedt D, Franz M, Bischoff S, Schubert H, Figulla HR, Virmani R, Poerner TC.  A novel polymer-free ciglitazone-coated vascular stent: in vivo and ex vivo analysis of stent endothelialization in a rabbit iliac artery model.  Oncotarget. 2016 Sep 6;7(36):57571-57580. doi: 10.18632/oncotarget.11584. PMID: 27613845

711. Kolodgie FD, Pacheco E, Yahagi K, Mori H, Ladich E, Virmani R.  Comparison of Particulate Embolization after Femoral Artery Treatment with IN.PACT Admiral versus Lutonix 035 Paclitaxel-Coated Balloons in Healthy Swine.  J Vasc Interv Radiol. 2016 Nov;27(11):1676-1685.e2. doi: 10.1016/j.jvir.2016.06.036. PMID: 27641674

712. Brodsky SV, Barth RF, Mo X, Yildiz V, Allenby P, Ivanov I, Moore S, Hitchcock CL, Smith S, Sachak T, Yao K, Ball M, Rosborough K, Olson Z, Kiehl M, Muni N, Virmani R.  An obesity paradox: an inverse correlation between body mass index and atherosclerosis of the aorta.  Cardiovasc Pathol. 2016 Nov - Dec;25(6):515-520. doi: 10.1016/j.carpath.2016.09.002.  PMID: 27683962

713. Panikker S, Jarman JW, Virmani R, Kutys R, Haldar S, Lim E, Butcher C, Khan H, Mantziari L, Nicol E, Foran JP, Markides V, Wong T.  Response by Panikker et al to Letter Regarding Article, "Left Atrial Appendage Electrical Isolation and Concomitant Device Occlusion to Treat Persistent Atrial Fibrillation: A First-in-Human Safety, Feasibility, and Efficacy Study". Circ Arrhythm Electrophysiol. 2016 Oct;9(10). pii: e004652. PMID: 27729343

714. Meincke F, Spangenberg T, Kreidel F, Frerker C, Virmani R, Ladich E, Kuck KH, Ghanem A. Rationale of cerebral protection devices in left atrial appendage occlusion. Catheter Cardiovasc Interv. 2017 Jan;89(1):154-158. doi: 10.1002/ccd.26677.  PMID: 27762092

715.  Finn AV, Virmani R.  Biodegradable polymer drug-eluting stents: non-inferiority waiting for superiority?  Lancet. 2016 Nov 26;388(10060):2567-2568. doi: 10.1016/S0140-6736(16)32063-3.  PMID: 27806901

716.  Kapadia SR, Kodali S, Makkar R, Mehran R, Lazar RM, Zivadinov R, Dwyer MG, Jilaihawi H, Virmani R, Anwaruddin S, Thourani VH, Nazif T, Mangner N, Woitek F, Krishnaswamy A, Mick S, Chakravarty T, Nakamura M, McCabe JM, Satler L, Zajarias A, Szeto WY, Svensson L, Alu MC, White RM, Kraemer C, Parhizgar A, Leon MB, Linke A; SENTINEL Trial Investigators.  Protection Against Cerebral Embolism During Transcatheter Aortic Valve Replacement.  J Am Coll Cardiol. 2017 Jan 31;69(4):367-377. doi: 10.1016/j.jacc.2016.10.023.  PMID: 27851101

717.  Inaba S, Mintz GS, Burke AP, Stone GW, Virmani R, Matsumura M, Parvataneni R, Puri R, Nicholls SJ, Maehara A.  Intravascular Ultrasound and Near-Infrared Spectroscopic Characterization of Thin-Cap Fibroatheroma.  Am J Cardiol. 2017 Feb 1;119(3):372-378. doi: 10.1016/j.amjcard.2016.10.031.  PMID: 27876264

718.  Lutter C, Mori H, Yahagi K, Ladich E, Joner M, Kutys R, Fowler D, Romero M, Narula J, Virmani R, Finn AV.  Histopathological Differential Diagnosis of Optical Coherence Tomographic Image Interpretation After Stenting.  JACC Cardiovasc Interv. 2016 Dec 26;9(24):2511-2523. doi:10.1016/j.jcin.2016.09.016.  PMID: 27889345

719.  Bertog S, Fischell TA, Vega F, Ghazarossian V, Pathak A, Vaskelyte L, Kent D, Sievert H, Ladich E, Yahagi K, Virmani R.  Randomized, Blinded and Controlled Comparative Study of Chemical and Radiofrequency-Based Renal Denervation in a Porcine Model.  EuroIntervention. 2016 Nov 29. pii: EIJ-D-16-00206. doi: 10.4244/EIJ-D-16-00206.  PMID: 27890862

720.  Mori H, Kutys R, Romero M, Virmani R, Finn AV.  Stenting of Spontaneous Coronary Artery Dissection From a Pathological Point of View.  Circ Cardiovasc Interv. 2016 Dec;9(12). pii: e004549.  PMID: 27895071

721.  Yahagi K, Kolodgie FD, Lutter C, Mori H, Romero ME, Finn AV, Virmani R. Pathology of Human Coronary and Carotid Artery Atherosclerosis and Vascular Calcification in Diabetes Mellitus.  Arterioscler Thromb Vasc Biol. 2017 Feb;37(2):191-204. doi: 10.1161/ATVBAHA.116.306256.  PMID: 27908890

722.  Schmidt T, Akdag O, Wohlmuth P, Thielsen T, Schewel D, Schewel J, Alessandrini H, Kreidel F, Bader R, Romero M, Ladich E, Virmani R, Schäfer U, Kuck KH, Frerker C. Histological Findings and Predictors of Cerebral Debris From Transcatheter Aortic Valve Replacement: The ALSTER Experience. J Am Heart Assoc. 2016 Nov 10;5(11). pii: e004399.  PMID: 27930358

723.  Torii S, Kolodgie F, Cheng D, Acampado E, Yahagi K, Mori H, Romero M, Perkins L, Hossainy S, Pacetti S, Finn A, Virmani R.  TCT-446 Fluoropassivation of Coronary Stents as a Potential Mechanism of Improved Thromboresistance.  J Am Coll Cardiol. 2016 Nov 1;68(18S):B179-B180. doi: 10.1016/j.jacc.2016.09.582.  PMID: 27969800

724.  Mori H, Torii S, Yahagi K, Harari E, Kutys R, Romero M, Virmani R, Finn A. TCT-455 Long-term (≥1 year) Pathological Result of Everolimus-eluting versus Sirolimus-eluting and Bare Metal Stents.  J Am Coll Cardiol. 2016 Nov 1;68(18S):B183. doi: 10.1016/j.jacc.2016.09.591.  PMID: 27969810

725. Harari E, Kolodgie F, Acampado E, Guo L, Mori H, Kutyna M, Finn A, Virmani R. TCT-465 Everolimus eluting stents increase endothelial permeability and prevent maturation - Uncovering the mechanism of Neoatherosclerosis. J Am Coll Cardiol. 2016 Nov 1;68(18S):B187. doi: 10.1016/j.jacc.2016.09.601. PMID: 27969821

726. Torii S, Kolodgie F, Cheng D, Acampado E, Yahagi K, Mori H, Romero M, Perkins L, Hossainy S, Pacetti S, Finn A, Virmani R. TCT-468 Acute Thrombogenicity and Inflammation in Response to a Durable Fluoropolymer Everolimus-Eluting Stent Relative to a Contemporary Sirolimus-Eluting Stent with an Abluminal Biodegradable Polymer Coating. J Am Coll Cardiol. 2016 Nov 1;68(18S):B188. doi: 10.1016/j.jacc.2016.09.604. PMID: 27969825

727. Schmidt T, Schlueter M, Alessandrini H, Akdag O, Schewel D, Schewel J, Thielsen T, Kreidel F, Bader R, Romero M, Ladich E, Virmani R, Schaefer U, Kuck KH, Frerker C. TCT-653 Histology of debris captured by a cerebral protection system during transcatheter valve-in-valve implantation. J Am Coll Cardiol. 2016 Nov 1;68(18S):B264-B265. doi: 10.1016/j.jacc.2016.09.066. PMID: 27970027

728. Schmidt T, Kuck KH, Wohlmuth P, Thielsen T, Schewel D, Schewel J, Alessandrini H, Kreidel F, Bader R, Rieck J, Nies L, Romero M, Ladich E, Virmani R, Frerker C. TCT-659 Correlation of histological findings for cerebral debris to computer tomography measured volume calcium load during transcatheter aortic valve replacement. J Am Coll Cardiol. 2016 Nov 1;68(18S):B267. doi: 10.1016/j.jacc.2016.09.072. PMID: 27970034

729. Schmidt T, Akdag O, Wohlmuth P, Thielsen T, Schewel D, Alessandrini H, Kreidel F, Bader R, Romero M, Ladich E, Virmani R, Schaefer U, Kuck KH, Frerker C. TCT-706 Histological Findings and Predictors for Cerebral Debris from Transcatheter Aortic Valve Replacement - the ALSTER experience. J Am Coll Cardiol. 2016 Nov 1;68(18S):B286. doi: 10.1016/j.jacc.2016.09.119. PMID: 27970087

730. Yahagi K, Kolodgie F, Cheng D, Acampado E, Guo L, Mori H, Chinnakondepali K, Romero M, Perkins L, Finn A, Virmani R. TCT-835 Endothelial Function Assessed by Expression of Adherens Junctions and Inflammation between Durable and Biodegradable Polymer Drug-Eluting Stents in the Rabbit Iliofemoral Model. J Am Coll Cardiol. 2016 Nov 1;68(18S):B337-B338. doi: 10.1016/j.jacc.2016.09.864. PMID: 27970224

731. Yahagi K, Kolodgie F, Cheng D, Acampado E, Mori H, Chinnakondepali K, Romero M, Finn A, Virmani R. TCT-836 Endothelial Cell Coverage and Inflammation Comparing COBRA Polyzene-F (PzF) Coated Stent to Durable Fluoropolymer and Biodegradable Polymer Drug-Eluting Stents in a Rabbit Model. J Am Coll Cardiol. 2016 Nov 1;68(18S):B338. doi: 10.1016/j.jacc.2016.09.865. PMID:27970227

732. Matsumura M, Mintz GS, Kang SJ, Sum ST, Madden SP, Burke AP, Goldstein J, Parvataneni R, Stone GW, Muller JE, Virmani R, Maehara A. Intravascular ultrasound and near-infrared spectroscopic features of coronary lesions with intraplaque haemorrhage. Eur Heart J Cardiovasc Imaging. 2016 Dec 25. pii: jew217. doi: 10.1093/ehjci/jew217. PMID: 28017925

733. Calfon Press MA, Mallas G, Rosenthal A, Hara T, Mauskapf A, Nudelman RN, Sheehy A, Polyakov IV, Kolodgie F, Virmani R, Guerrero JL, Ntziachristos V, Jaffer FA. Everolimus-eluting stents stabilize plaque inflammation in vivo: assessment by intravascular fluorescence molecular imaging. Eur Heart J

Cardiovasc Imaging. 2016 Dec 29. pii: jew228. doi: 10.1093/ehjci/jew228.
PMID: 28039209

## Chapters and articles in non-peer reviewed journals:

1.  Virmani R, Roberts WC. Pulmonary arteries in congenital heart disease: a
    structure-function analysis. Cardiovasc Clin 1979; 10:455-99.

2.  Virmani R, Roberts WC. Morphologic changes in the lungs in congenital heart
    disease in adults. Cardiovascular Clinics, Congenital Heart Disease in
    Adults. Roberts WC, Ed. FA Davis, Company, Philadelphia, PA. 1979, pp. 455-
    499.

3.  Roberts WC, Jones AA, Virmani R. Quantitation of coronary arterial luminal
    narrowing in coronary heart disease. In brain and heart infarct. Ed. Zulch
    KJ, Kaufman W, Hossman KA, and Hossmann V. Springer-Verlag, New York, 1979.

4.  Roberts WC, Virmani R. The amount of coronary narrowing in the four major
    epicardial coronary arteries in unstable angina pectoris: The quantitative
    approach. In "Angina." Springer-Verlag, New York, 1979.

5.  Virmani R, Roberts WC. Structure-function correlations in cardiovascular and
    pulmonary diseases (CPC). Disappearance of symptomatic coronary heart
    disease and death from a noncardiac condition. Clinical conference from the
    Pathology Branch, National Heart, Lung, and Blood Institute, National
    Institutes of Health, Bethesda. Chest 1980;77:91-3.

6.  Virmani R, McAllister HA. Myocardial infarction in patients under age 40:
    Autopsy findings. In myocardial infarction at young age. Ed Ruskanim H.
    Springer-Verlag, Berlin Heidelberg, New York 1981.

7.  Virmani R, Roberts WC. Pulmonary arteries in congenital heart disease: a
    structure-function analysis. Cardiovasc Clin 1979;10:455-99.

8.  Atkinson JB, Connor DH, Robinowitz M, McAllister HA, Virmani R. Cardiac
    fungal infections: review of autopsy findings in 60 patients. Hum Pathol
    1984;15:935-42.

9.  Josselson A, Bagnall JW, Virmani R. Acute rheumatic carditis causing sudden
    death. Am J Forensic Med Pathol 1984;5:151-4.

10. Virmani R, Forman MB, Robinowitz M, McAllister HA, Jr. Coronary artery
    dissections. Cardiol Clin 1984;2:633-46.

11. Atkinson JB, Robinowitz M, McAllister HA, Forman MB, Virmani R: Cardiac
    infections in immunocompromised host. Cardiology Clinics. Symposium on
    Cardiac Morphology 2(4):671-86,1984.

12. Forman MB, Byrd BF, Kopelman H, Robertson RM, Virmani R. Value of two
    dimensional echocardiography in the diagnosis of carcinoid heart disease.
    Cardiology Board Review. November 1984,89-103.

13. Virmani R, Robinowitz M, McAllister HA, Jr. Exercise and the heart. A review
    of cardiac pathology associated with physical activity. Pathol Annu 1985; 20
    Pt 2:431-62.

14.  Virmani R, Kishel JC. Sudden death relationship studied. U.S. Medicine. 1985:21(5):37-39.

15.  Virmani R. Congenital bicuspid aortic valve. ASCP Check sample. Anatomic Pathology II Volume 10, Number 7, 1986.

16.  Virmani R, McAllister HA, Jr.. Pathology of the aorta and major arteries. In: Aortitis, Clinical, Pathologic and Radiographic Aspects. Ed. Lande A, McAllister HA, Berkman Y. Raven Press, New York, 1986, 7-53.

17.  Virmani R, Lande A, McAllister HA, Jr.. Pathological aspect of Takayasu's arteritis. In: Aortitis, Clinical, Pathologic and Radiographic Aspects. Ed, Lande A, McAllister HA, Berkman Y. Raven Press, New York, 1986, 55-79.

18.  Forman M, Kopelman HA, Wilson BH, Virmani R. Right ventricular myocardial infarction: A review. Cardiovascular Reviews and Reports 1986, 7(2):160-170, 1986.

19.  Atkinson JB, Virmani R. Coronary bypass surgery: Not a cure all. Comprehensive Therapy 12(6):48-56, 1986.

20.  Virmani R, Roberts WC. Pulmonary arteries in congenital heart disease. A structure function analysis. Revised and updated. Cardiovascular Clinics, Congenital Heart Disease in Adults. Roberts WC, Ed. FA Davis Company. Philadelphia, PA. 1986. 77-130.

21.  Fenoglio JJ, Virmani R, Guest Editors. Symposium on Cardiovascular Pathology, Part I and II, Human Pathology 18:430-501, 558-635, 1987.

22.  Virmani R, Atkinson JB, Forman MB. Aortocoronary saphenous vein bypass grafts. Cardiovascular clinics. Cardiac Pathology. Waller BF, Ed. FA Davis Company, Philadelphia, PA. 1987. 41-62.

23.  Atkinson JB, Virmani R. Cardiac Infections in the compromised host. Pathology update series, Volume Two, Lesson 28, 1987.

24.  Atkinson JB, Virmani R. Infective endocarditis: changing trends and general approach for examination. Hum Pathol 1987;18:603-8.

25.  Kishel JC, Virmani R. Pathologic features of sudden cardiac death: an overview. South Med J 1987;80:487-93.

26.  Virmani R, Atkinson JB, Forman MB, Robinowitz M. Mitral valve prolapse. Hum Pathol 1987;18:596-602.

27.  Virmani R, Roberts WC. Sudden cardiac death. Hum Pathol 1987;18:485-92.

28.  Virmani R, Robinowitz M. Cardiac pathology and sports medicine. Hum Pathol 1987;18:493-501.

29.  Virmani R, Ursell PC, Fenoglio JJ. Examination of the heart. Hum Pathol 1987;18:432-40.

30.  Virmani R, Atkinson JB, Forman MB. The pathology of mitral valve prolapse. Herz 1988;13:215-26.

31.  Virmani R, Atkinson JB, Forman MB. Aortocoronary saphenous vein bypass grafts. Cardiovasc Clin 1988;18:41-62.

32.   Fenoglio JJ, Virmani R. Primary malignant tumors of the great vessels.
      Contemporary Issues in Surgical Pathology. In: Pathology of the Heart and
      Great Vessels Ed: B.F. Waller Churchill Livingstone, New York. 1988,429-438.

33.   Cheitlin MD, Virmani R. Myocardial infarction in the absence of coronary
      atherosclerotic disease. In "Non-atherosclerotic ischemic heart disease".
      Editors: R Virmani, MB Forman. Raven Press, New York. 1989. 1-30.

34.   Virmani R, Rogan K, Cheitlin MD. Congenital coronary artery anomalies:
      Pathologic aspects. In "Non-atherosclerotic ischemic heart disease".
      Editors: R Virmani, MD Forman. Raven Press, New York. 1989, 153-183.

35.   Darcy TP, Virmani R. Coronary vasculitis. In "Non-atherosclerotic ischemic
      heart disease". Editors: R Virmani, MB Forman. Raven Press, New York. 1989,
      237-75.

36.   Robinowitz M, Forman MB, Virmani R. Non-atherosclerotic coronary aneurysms.
      In "Non-atherosclerotic ischemic heart disease". Editors: R Virmani, MB
      Forman. Raven Press, New York. 1989, 277-303.

37.   Virmani R, Forman MB. Coronary artery dissections. In "Non-atherosclerotic
      ischemic heart disease". Editors: R Virmani, MB Forman. Raven Press, New
      York. 1989, 325-354.

38.   Atkinson JB, Forman MB, Virmani R. Emboli and thrombi in coronary arteries.
      In "Non-atherosclerotic ischemic heart disease". Editors: R Virmani, MB
      Forman. Raven Press, New York. 1989, 355-385.

39.   Virmani R, Baroldi G, Forman MB. Pathology of myocardial ischemia in the
      absence of severe coronary atherosclerosis. In "Non-atherosclerotic ischemic
      heart disease". Editors: R Virmani, MB Forman. Raven Press, New York. 1989,
      397-415.

40.   Anderson DW, Virmani R. Myocarditis in Acquired Immunodeficiency Syndrome.
      Cardiology Board Review. 1989.

41.   Robinowitz M, Virmani R. Cocaine-associated cardiovascular disease.
      Clinical-Pathological aspects. Cardiology Board Review. 6:71-81,1989.

42.   Anderson DW, Virmani R. Emerging patterns of heart disease in human
      immunodeficiency virus infection. Hum Pathol 1990;21:253-9.

43.   Burke A, Johns JP, Virmani R. Hemangiomas of the heart. A clinicopathologic
      study of ten cases. Am J Cardiovasc Pathol 1990;3:283-90.

44.   Forman MB, Virmani R, Puett DW. Mechanisms and therapy of myocardial
      reperfusion injury. Circulation 1990;81:IV69-78.

45.   Virmani R, Forman MB, Kolodgie FD. Myocardial reperfusion injury.
      Histopathological effects of perfluorochemical. Circulation 1990;81:IV57-68.

46.   Virmani R, Osmialowski AF, Kolodgie FD, Forman MB. The effect of
      perfluorochemical fluosol-DA (20%) on myocardial infarct healing in the
      rabbit. Am J Cardiovasc Pathol 1990;3:69-80.

47.   Anderson DW, Virmani R. Cardiac pathology of HIV disease. In Pathology of
      AIDS and Other Manifestations of HIV Infection. Joshi VV, Ed. Igaku-Shoin,
      Ltd, New York, Japan, 1990,165-185.

48.   Seidman JD, Berman JJ, Hitchcock CL, Becker RL, Jr., Mergner W, Moore GW, Virmani R, Yetter RA. DNA analysis of cardiac myxomas: flow cytometry and image analysis. Hum Pathol 1991;22:494-500.

49.   Virmani R. Cocaine-associated cardiovascular disease: clinical and pathological aspects. NIDA Res Monogr 1991;108:220-9.

50.   Virmani R, Farb A. Rotational coronary atherectomy. J Am Coll Cardiol 1991; 18:1702-3.

51.   Forman MB, Virmani R. Pathogenesis and modification of myocardial reperfusion injury. In Management of Acute Myocardial Infarction. Editors: Rahimtoola SH and Gersh BF, New York, Elsevier, 1991, 349-370.

52.   Virmani R, Ursell PC, Fenoglio JJ. Examination of the heart and aorta. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 1-20.

53.   Virmani R, Roberts WC. Sudden cardiac death. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 134-51.

54.   Virmani R, Robinowitz M. Cardiac pathology and sports medicine. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 152-65.

55.   Virmani R, Robinowitz M, Darcy TP. Coronary vasculitis. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 166-202.

56.   Atkinson JB, Virmani R. The endomyocardial biopsy: Techniques, indications, and limitations. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 203-19.

57.   Virmani R, Atkinson JB. Endomyocardial biopsy in the diagnosis of heart disease. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 220-245.

58.   Atkinson JB, Virmani R. Pathology of heart and combined heart-lung transplantation. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 310-333.

59.   Virmani R, Atkinson JB, Forman MB, Robinowitz M. Mitral valve prolapse. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 419-434.

60.   Virmani R. Cardiovascular complications of chronic cocaine abuse. In Advances in the Biosciences, Vol. 80, 1991, Editors: G.G. Nahas, C. Latour.

61.   Virmani R, Atkinson JB, Forman MB. Aortocoronary Bypass Grafts and Extracardiac Conduits. In Cardiovascular Pathology. Second Edition. Ed: Malcolm D. Silver. Churchill Livingstone, New York. 1991, 1607-1647.

62.   Atkinson JB, Virmani R. Infective endocarditis: Changing trends and general approach for examination. In Cardiovascular Pathology. Editors: R. Virmani, J.B. Atkinson, J.J. Fenoglio, W.B. Saunders, Philadelphia, PA. 1991, 435-50.

63.   Burke AP, Farb A, Virmani R. Causes of sudden death in athletes. Cardiol Clin 1992;10:303-17.

64.   Virmani R, Farb A. Risk factors in the pathogenesis of coronary artery disease. Compr Ther 1992; 18:7-11.

65.   Virmani R, Darcy TP, Robinowitz M. Congenital malformations of the vasculature. In The Textbook of Vascular Medicine. Loscalzo J, Ereager, Dzau VJ. Little, Brown and Company, Boston, 1992, 1115-1144.

66.   Virmani R, Kolodgie FD, Forman MB, Farb A, Jones RM. Reperfusion injury in the ischemic myocardium. Cardiovasc Pathol 1992; 1:117-129.

67.   Farb A, Burke A, Virmani R. Anatomy and Pathology of the Right Ventricle (Including Acquired Tricuspid and Pulmonic Valve Disease). In Cardiology Clinics. The Right Ventricle. Eds. Michael H. Crawford, Michael S. Remetz, Henry S. Cabin. W.B. Saunders, Philadelphia, PA 10(1):1-21, 1992.

68.   Hong MK, Wong SC, Farb A, Mehlman MD, Virmani R, Barry JJ, Leon MB. Feasibility and drug delivery efficiency of a new balloon angioplasty catheter capable of performing simultaneous local drug delivery. Cor Artery Dis 1993; 4:1023-7.

69.   Farb A, Tang A, Atkinson JB, Virmani R. Morphologic differences in mitral valve prolapse patients who die suddenly. Cardiology Board Review 10 (5):53-58, 1993.

70.   Foegh ML, Virmani R. Molecular biology of intimal proliferation. Current Opinions in Cardiology 8:938-950, 1993.

71.   Burke A, Farb A, Virmani R. Primary (plexogenic) pulmonary hypertension and veno-occlusive disease. In: Pathology of Pulmonary Disease. Saldana, M. (ed). J.B. Lippincott Co., Philadelphia. 1994, 235-246.

72.   Virmani R, Burke AP, Farb A, Popek EJ. Thromboembolic pulmonary hypertension, The Addicts' Lung and Rare Forms of Pulmonary Embolism. In: Pathology of Pulmonary Disease. Saldana, M. (ed). J.B. Lippincott Co., Philadelphia. 1994, 225-234.

73.   Subramanian R, Virmani R. Pathology of Pulmonary Circulation Before and After Correction of Low Flow States. In: Pathology of Pulmonary Disease. Saldana, M. (ed). J.B. Lippincott Co., Philadelphia. 1994, 261-273.

74.   Farb A, Burke AP, Virmani R. Pulmonary Hypertension Due to Obstruction of Pulmonary Venous Return, Chronic Left Heart Failure, and Parenchymal Lung Disease. In: Pathology of Pulmonary Disease. Saldana M. (ed). J.B. Lippincott Co., Philadelphia. 1994, 203-216.

75.   Virmani R, Burke AP. Pathologic Features of Aortitis. Cardiovasc Pathol. 3:205-16;1994.

76.   Adamson RH, Farb A, Virmani R, Snyderwine EG, Thorgeirsson SS, Takayama S, Sugimura T, Dalgard DW, Thorgeirsson UP. Studies on the carcinogenic and myocardial effects of 2-amino-3- methylimidazo [4,5-f] quinoline (IQ) in nonhuman primates. Princess Takamatsu Symp 1995; 23:260-7.

77.   Virmani R, Burke AP, Farb A, Smialek J. Problems in forensic cardiovascular pathology. Monogr Pathol 1995;37:173-93.

78. Virmani R, Farb A, Burke AP. Nonatherosclerotic and nonvasculitic disease of coronary arteries. In: Pathology of Blood Vessels. W. E. Stehbens and J. T. Lie. Chapman and Hall, London. 1995:679-697.

79. Burke AP, Virmani R. Neoplasms of the Large Blood Vessels and Tumor Angiogenesis. In: Pathology of Blood Vessels. W. E. Stehbens and J. T. Lie. Chapman and Hall, London. 1995:729-738.

80. Subramanian R, Virmani R, Ferrans VJ. Pathology of Blood Vessels in metabolic Disorders. In: Pathology of Blood Vessels. W. E. Stehbens and J. T. Lie. Chapman and Hall, London. 1995:129-173.

81. Rottman G, Farb A, Burke A, Virmani R. Pathology of the cardiovascular system in SLE. In: Pathology of Systemic Lupus Erythematosus. Ed. Tatiana T. Antonovych. Armed Forces Institute of Pathology. Washington D.C.1995;111-131.

82. Alving CL, Schwartz GM, Wassef NM, Herderick EE, Virmani R, Kolodgie FD, Matyas GR, Ribas JL, Kenner JR, Cornhill JF. Vaccination against cholesterol: immunologic modulation of diet-induced hypercholesterolemia and atherosclerosis in rabbit. In "Atherosclerosis X " Eds Woodford FP, Davignon J, Sniderman A. Elsevier Science B.V., New York. 1995, 944-947.

83. Gerrity RS, Antonov, Munn DH, Bell FP, Virmani R, Kolodgie FD. The macrophage in human and experimental atherosclerosis. In "Atherosclerosis X" Eds Woodford FP, Davignon J, Sniderman A. Elsevier Science B.V., New York. 1995, 577-581.

84. Virmani R, Farb A, Burke A. Contraction-band necrosis: new use for an old friend. Lancet 1996;347:1710-1.

85. Virmani R, Burke AP. Miscellaneous disorders of the vasculature. Congenital Malformations of the vasculature. In: Vascular Medicine. Eds. Loscalzo J, Creager MA, Dzau VJ. Little, Brown and Company, Publishers. London. Second Edition. 1996. 1223-1251.

86. Virmani R, Farb A, Burke A. Pathology of iatrogenic vasculature injuries. In: Vascular Medicine. Eds. Loscalzo J, Creager MA, Dzau VJ. Little, Brown and Company, Publishers. London. Second Edition. 1996. 1253-1268.

87. Virmani R, Carter AJ, Farb A, Laird JR, Zidar JP, Haber RH, Stack R, Reeves T, Yoklavaich M. Experimental observations with stents in canine and porcine coronary models. In "Ten Years Endovascular Stenting". Ed. Ulrich Sigwart. W.B. Saunders Company, London. 1996 16-26.

88. Burke AP, Titus J, Virmani R. Tumors and tumor-like proliferations of the heart and great vessels. In Cardiovascular Pathology: Acquired and Congenital Disorders. Edwards JE, Edwards WD, Lie JT, Titus JL (Eds), Igaku-Shoin, New York, 1996.

89. Burke AP, Titus J, Virmani R. Diseases of the pericardium. In Cardiovascular Pathology: Acquired and Congenital Disorders. Edwards JE, Edwards WD, Lie JT, Titus JL (Eds), Igaku-Shoin, New York, 1996.

90. Burke AP, Titus J, Virmani R. Sudden cardiac death. In Cardiovascular Pathology: Acquired and Congenital Disorders. Edwards JE, Edwards WD, Lie JT, Titus JL (Eds), Igaku-Shoin, New York, 1996.

91. Virmani R, Farb A, Burke AP. Understanding the atherosclerotic plaque. In. Progress in Vascular Surgery: James S.T.Yao., William H. Pearce. Eds. Churchill Livingston. New York. 1996, 3-19.

92. Virmani R, Burke AP, Farb A, Kark JA. Causes of sudden death in young and middle-aged competitive athletes. Cardiol Clin 1997;15:439-66.

93. Virmani R, Burke A, Farb A. Pathology of Native Valves and Prosthetic Heart Valves. In "Valvular Heart Disease and Endocarditis". Shahbuddin H. Rahimtoola, volume editor. Atlas of Heart Diseases, Eugene Braunwald, Editor-in-chief. Volume XI. Mosby, Baltimore. Current Medicine Inc., Philadelphia 1997, 1.1-1.32.

94. Burke AP, Virmani R. The cardiovascular system. In Principles and Practice of Surgical and Cytology. Ed. Silverberg, SG. Churchill Livingston. New York. 1997, 1349-1398.

95. Burke AP, Mullick FG, Virmani R. Characterization of environmental and drug-induced cardiovascular lesions in humans. In Cardiovascular Toxicology, vol. 6 of Comprehensive Toxicology, Eds. Spides IG, McQueen CA, Gandolfi AJ. Elsevier Science, Oxford. 1997, 445-481.

96. Burke AP, Virmani R. Evaluation of pulmonary hypertension in biopsies of the lung. Current Diagnostic Pathology. 3:14-26;1996.

97. Virmani R, Farb A, Sangiorgi G, Scott D, Brott BC, Schwartz RS. The role of the adventitia and neointima after angioplasty. In Frontiers in Inter-ventional Cardiology: Rafael Beyar, Patrick W, Serruys, Gad Keren, Martin Leon. Eds. Martin Dunitz, London 1997, 171-18.

98. Farb A, Burke AP, Virmani R. New developments in the pathology of sudden death: Coronary atherosclerosis and right ventricular dysplasia. Cardiac Electrophys Rev 1997;1/2:149-51.

99. Kwon HM, Sangiorgi G, Ritman EL, Lerman A, McKenna C, Virmani R, Edwards WD, Holmes DR, Schwartz RS. Adventitial vasa vasorum in balloon-injured coronary arteries: visualization and quantitation by a microscopic three-dimensional computed tomography technique. J Am Coll Cardiol 1998;32:2072-9.

100. Virmani R, Burke AP, Farb A. Plaque morphology in sudden coronary death. Cardiologia 1998;43:267-71.

101. Virmani R, Farb A, Burke AP. Risk factors in the pathogenesis of coronary artery disease. Compr Ther 1998;24:519-29.

102. Virmani R, Narula J, Farb A. When neoangiogenesis ricochets. Am Heart J 1998;136:937-9.

103. Virmani R, Burke AP, Farb A. Techniques for examination of the heart. In Drug Abuse Handbook, Karch SB (Ed.), CRC Press, Boca Raton, 1998, 86-100.

104. Kolodgie FD, Burke AP, Narula J, Mullick FG, Virmani R. Vascular effects of substance abuse. In Drug Abuse Handbook, Karch SB (Ed.), CRC Press, Boca Raton, 1998, 113-128.

105. Virmani R, Burke A, Farb A. Coronary risk factors and plaque morphology in men with coronary disease who died suddenly. Eur Heart J 19:678-680;1998.

106. Virmani R, Farb A, Carter AJ, Jones R. Comparative Pathology: Radiation induced coronary artery disease in man and animal. Seminars in Interventional Cardiology. Issue: "Coated and Active stents" Guest Editors: Robert S. Schwartz, Wim J. van der Giessen. 3:163-172, 1998.

107. Virmani R, Burke AP, Farb A. Pathology of sudden cardiac death in athletes. The Athlete and Heart Disease: Diagnosis, Evaluation, and Management. Richard Allen Williams Editor. Lippincott Williams & Wilkins, Philadelphia, PA. 1998:249-272.

108. Virmani R, Farb A, Carter AJ, Jones R. Pathology of radiation-induced coronary artery disease in man and pig. Cardiovasc Radiation Medicine 1:1 98-101;1999.

109. Narula J, Virmani R, Iskandrian AE. Strategic targeting of atherosclerotic lesions. J Nucl Cardiol 6:81-90, 1999.

110. Virmani R, Burke AP, Farb A. Plaque rupture and plaque erosion. Thromb Haemost. 1999;82 Suppl 1:1-3.

111. Virmani R, Farb A. Pathology of in-stent restenosis. Curr Opin Lipidol 1999;10:499-506.

112. Virmani R, Kolodgie FD, Farb A, Burke AP. Pathology of transmyocardial angiogenesis and arteriogenesis. Current Interventional Cardiology Reports 1999;1:215-21.

113. Virmani R, Farb A, Carter AJ, Taylor AJ, Jones RM. Radiation Biology and Pathology. Current Interventional Cardiology Reports 1999;1:9-20.

114. Kolodgie FD, Narula J, Guillo P, Virmani R. Apoptosis in human arherosclerotic plaques. Apoptosis. 1999; 4:5-10.

115. Narula J, Kolodgie FD, Virmani R. Apoptosis and Cardiomyopathy. Curr Opin Cardiol 2000;15:183-8.

116. Bartorelli AL, Virmani R, Antoniucci D. The Sorin Carbostent. In: Serruys PW, Kutryk MJB, eds. Handbook of Coronary Stents, Third Edition. London, England: Martin Dunitz Ltd; 2000; 177-186.

117. Farb A, Virmani R, Burke AP. Pathogenesis and Pathology of Valvular Heart Disease. In: Alpert JS, Dalen JE, Rahimtoola SH, eds. Valvular Heart Disease, Third Edition. Philadelphia, PA. Lippincott Williams & Wilkins; 2000:1-39.

118. Virmani R, Burke A, Farb A. Coronary artery disease in women. In Cardiovascular Medicine, 2nd Edition. Editors James T. Willerson and Jay N. Cohn. Churchill Livingston, Philadelphia, PA; 2000: 579-585.

119. Virmani R, Kolodgie F, Farb A, Burke A. Pathologic Evaluation of Carotid Endarectomy. Pathology Case Reviews November/December 2001, 6:236-243.

120. Burke A, Virmani R. Temporal Artery Biopsy of Giant Cell Arteritis. Pathology Case Reviews November/December 2001, 6;6.

121. Burke A, Farb A, Virmani R. Coronary Thrombis: What's New? Pathology Case Reviews November/December 2001, 6;6.

122. Farb A, Burke AP, Virmani R. Evaluation of Intravascular Stents. Pathology Case Reviews November/December 2001, 6;6.

123. Fischell TA, Virmani R. Intracoronary Brachytherapy in the Porcine Model: A Different Animal. Circulation 2001;104:2388-2390.

124. Farb A, Burke AP, Kolodgie FD, Virmani R. Update on the pathology of sudden coronary death. Cardiac Electrophysiology Review. 2001;5:373-377.

125. Burke AP, Virmani R. Nonatherosclerotic diseases of the aorta and miscellaneous diseases of the main pulmonary arteries and large veins. In: Silver MD, Gotlieb AI, Schoen FJ, eds. Cardiovascular Pathology, Third Edition. New York, NY: Churchill Livingston Inc.; 2001:107-137.

126. Burke AP, Virmani R. Tumor-like conditions and tumors of the heart. In: Silver MD, Gotlieb AI, Schoen FJ, ed. Cardiovascular Pathology, Third Edition. New York, NY: Churchill Livingston Inc.; 2001:583-605.

127. Taylor AJ, Virmani R. Coronary artery anomalies. In: Crawford MH, DiMarco JP, eds. Cardiology. London, England: Mosby; 2001:2.10.1-2.10.10.4

128. Virmani R, Kolodgie FD, Burke A, Farb A. Inflammation in coronary atherosclerosis-pathological aspects. In: Mehta JL, ed. Inflammatory and Infectious Basis of Atherosclerosis. Basel: Birkhauser Verlag; 2001:23-46.

129. Virmani R, Kolodgie FD, Burke AP, Farb A. Inflammation in coronary atherosclerosis:  pathological aspects. In: Mehta JL, Ed. Inflammatory and Infectious Basis of Atherosclerosis. Basel: Birkhauser Verlag, Basel; 2001: 23-24.

130. Burke A, Virmani R. Histopathological basis of cardiomyopathic disorders. In:  Narula J, Virmani R, Ballester M, Carrio I, Westaby S, Frazier O, Willerson JT. Heart Failure Pathogenesis and Treatment. London, England: Martin Dunitz Ltd; 2002:69-103.

131. Virmani R, Burke AP. Infective diseases of the myocardium. In: Narula J, Virmani R, Ballester M, Carrio I, Westaby S, Frazier O, Willerson JT. Heart Failure Pathogenesis and Treatment. London, England: Martin Dunitz Ltd; 2002:403-422.

132. Virmani R, Farb A. Effects of external beam radiation on the human heart and great vessels. In: Waksman R, ed. Vascular Brachytherapy, Third Edition. Futura Publishing Company; Armonk, NY:  2002:181-193.

133. Virmani R, Burke A. Heart. In: Alison M, ed. The Cancer Handbook, Volume 1. London, England: Nature Publishing Group; 2002:777-787.

134. Virmani R, Kolodgie FD, Burke AP, Farb A, Gold HK, Finn AV. Inflammation and Coronary Artery Disease. In: Feurerstein GZ, Libby P, Mann DL, eds. Inflammation in Cardiac Diseases. Birkhauser Verlag, Switerland; 2003:21-53.

135. Virmani R, Farb A, Kolodgie FD. VASCULAR VENTURES: STENT SENSE. Before you jump on the drug-eluting stent band-wagon, look long and hard at the research. ADVANCE for Imaging and Oncology Administrators. 149-50.

136. Virmani R, Kolodgie FD, Burke AP, Farb A, Wight TN. Structural and Cellular Components of the Vulnerable Plaque: Extracellular Matrix. In: Fuster V, ed. Assessing and Modifying the Vulnerable Atherosclerotic Plaque. Armonk, NY: Futura Publishing Company, Inc.; 2002:241-250.

137. Schmitt JM, Peterson CL, Mont E, Virmani R. Imaging and characterization of coronary lesions with optical coherence tomography. Proc IEEE Sympos Biomed Imag. 2002;106-9.

138. Virmani R, Burke AB, Farb A, Willerson JT. Pathophysiology, clinical recognition, and diagnosis of coronary artery disease. In: Heart Disease in Women (Wilansky S, Willerson JT, eds.). Churchill Livingston, New York, NY. 2002: 67-89.

139. Virmani R, Burke AP, Farb A, Kolodgie FD. Clinical and Pathological Corrlates. In Cardiovascular Plaque Rupture. Brown DL (Ed.), Marcel Dekker, Inc., New York. 2002: 51-61.

140. Virmani R, Carter AJ, Jones R, Farb A. Pathology of Radioactive Stents. Handbook of Vascular Brachytherapy, Second Edition, Editor: Ron Waksman, Futura Publishing Company, Inc. 2002: 407-416.

141. Burke AP, Virmani R. Heart and blood vessels. Modern Surgical Pathology. Weidner, Cote, Suster, Weiss Editors. W.B. Saunders Co., Philadelphia, PA. 2003: 505-535.

142. Virmani R, Burke AP, Kolodgie FD, Farb A. Histopathology of carotid stenosis: correlation between the types of plaque and the risks of neurological complications. In: Angioplasty and Stenting of the Carotid and Supra-Aortic Trunks. Henry M, Ohki T, Polydorou A, Strigaris K, Kiskinis D (Eds.), Martin Dunitz, London, UK. 2004: 7-16.

143. Virmani R, Burke A, Farb A, Kolodgie FD, Finn AV, Gold H. Pathology of the vulnerable plaque. In: Handbook of the Vulnerable Plaque. Waksman R, Serruys PW (Eds.), Martin Dunitz, London, UK. 2004: 33-48.

144. Farb A, Lindsay JP, Virmani R. Case 21, Stent thrombosis soon after non-cardiac surgery. In: Case Studies in Interventional Cardiology. Martin T. Rothman, Editor. Martin Dunitz, London, UK. 2004: 111-117.

145. Burke AP, Virmani R. Pathology of myocardial ischemia, infarction, reperfusion, and sudden death. In: Hurst's The Heart, 11th ed. Valentin Fuster, R. Wayne Alexander, Robert A. O'Rourke (Eds), McGraw-Hill, New York, NY. 2004: 1223-1239.

146. Wight TN, Evanko S, Kolodgie F, Farb A, Virmani R. Hyaluronan in atherosclerosis and restenosis. In: Chemistry and Biology of Hyaluronan. Garg HG, Hales CA, eds. Elsevier Ltd., 2004; 307-321.

147. Virmani R, Burke AP, Kolodgie FD, Farb A, Finn AV, Gold H. Pathology and Pathophysiology of coronary atherosclerotic plaques. In: CT of the Heart: Principles and Applications. U. Joseph Schoept, Editor, Humana Press, Totowa, New Jersey. 2005: 351-364.

148. Virmani R, Burke AP. Pathology of myocardial ischemia, infarction, reperfusion, and sudden death. In: Atherothrombosis and Coronary Artery Disease, 2nd Edition. Fuster V, Topol EJ, Nabel EG, editors, Lippincott Williams & Wilkins, Philadelphia, PA. 2005:805-824.

149. Burke AP, Veinot JP, Loire R, Virmani R, Tazelaar H, Kamiya H, Araoz PA, Watanabe G. Tumours of the heart: Introduction. In: Tumours of the heart: Introduction. WHO Classification: Tumours of the Lung, Pleura, Thymus and

Heart. I Editors: Travis WD, Brambilla E, Muller-Hermelink HK, Harris, CC. ARC Press, Lyon, France. 2004:251-253.

150. Burke AP, Tazelaar H. Patel CR, <u>Virmani R</u>, Geva T, Tornambene G, Radford DJ. Benign tumours with myocyte differentiation. In: Tumours of the heart: Introduction. WHO Classification: Tumours of the Lung, Pleura, Thymus and Heart. I Editors: Travis WD, Brambilla E, Muller-Hermelink HK, Harris, CC. ARC Press, Lyon, France. 2004:254-259.

151. Burke AP, Tazelaar H, Butany JW, El-Demellawy D, Loire R, Geva T, Bonilla F, Galvin JR, Veinot JP, <u>Virmani R</u>, Kamiya H, Watanabe G, Grandmougin D, Horimoto M, Hiraga. Cardiac sarcomas. In: Tumours of the heart: Introduction. WHO Classification: Tumours of the Lung, Pleura, Thymus and Heart. I Editors: Travis WD, Brambilla E, Muller-Hermelink HK, Harris, CC. ARC Press, Lyon, France. 2004:273-281.

152. Burke A, Loire R, <u>Virmani R</u>. Pericardial tumours. In: Tumours of the heart: Introduction. WHO Classification: Tumours of the Lung, Pleura, Thymus and Heart. I Editors: Travis WD, Brambilla E, Muller-Hermelink HK, Harris, CC. ARC Press, Lyon, France. 2004:285-288.

153. <u>Virmani R</u>, Burke AP, Taylor A. Congenital Malformations of the vasculature. In: Vascular medicine, A companion to Braunwald's heart disease. I Editors: Creager MA, Dzau VJ, Loscalzo J. Saunders Elsevier, Philadelphia, PA. 2006:934-960.

154. <u>Virmani R</u>, Burke AP, Farb A. Chapter 3. Heart Disease, Pathology, Toxicogenetics, and Criminalistics of Drug Abuse, Karch SB. Taylor & Francis Group. Boca Raton, FL.

155. <u>Virmani R</u>, Burke AP, Farb A. Chapter 2.2 Heart Disease, Drug Abuse Handbook, Second Edition. Karch SB. Taylor & Francis Group. Boca Raton, FL. 2006: 80-112.

156. Taylor A, <u>Virmani R</u>. Pathophysiology of Myocardial Ischemia. In: Ischemic Heart Desease. Editors: Manson Publishing, London, UK. 2007:39-49.

157. <u>Virmani R</u>, Burke A. Heart. In: The Cancer Handbook, Second edition. Malcom R. Alison, Editor. John Wiley & Sons Ltd, West Sussex, England. 2007:787-797.

158. <u>Virmani R</u>, Burke A, Farb A, Gold H, Finn A, Kolodgie F. Plaque rupture. In: The Vulnerable Atherosclerotic Plaque, Strategies for Diagnosis and Management. Editors: Renu Virmani, Jagat Narula, Martin B. Leon, James T. Willerson. Blackwell Publishing Ltd, Oxford, UK. 2007:37-59.

159. Kolodgie F, Burke A, Farb A, Fowler D, Kutys R, Wight T, <u>Virmani R</u>. Plaque erosion. In: The Vulnerable Atherosclerotic Plaque, Strategies for Diagnosis and Management. Editors: Renu Virmani, Jagat Narula, Martin B. Leon, James T. Willerson. Blackwell Publishing Ltd, Oxford, UK. 2007:60-76.

160. Burke A, Kolodgie F, Farb A, <u>Virmani R</u>. Pathogenesis and significance of calcification in coronary atherosclerosis. In: The Vulnerable atherosclerotic Plaque, Strategies for Diagnosis and Management. Editors: Renu Virmani, Jagat Narula, Martin B. Leon, James T. Willerson. Blackwell Publishing Ltd, Oxford, UK. 2007:77-94.

161. <u>Virmani R</u>, Kolodgie F, Finn A, Gold H. Pathological anatomy of restenosis. In: Contemporary Cardiology: Essentials of Restenosis: For the

Interventional Cardiologist. Editors: H.J. Duckers, E.G. Nabel, and P.W. Serruys. Humana Press Inc., Totowa, NJ. 2007:47-58.

162.  Burke A, <u>Virmani R</u>. Heart and Blood Vessels. In: Modern Surgical Pathology, Editors. Noel Weidner, and Lawrence M. Weiss. W.B.Saunders Co. Philadelphia. 2007: 505-538.

163.  <u>Virmani R</u>, Burke A, Farb A. Sudden coronary death and plaque morphology. In: Sudden Cardiac Death. Revinter. Rio de Janeiro, Brazil.

164.  <u>Virmani R</u>, Farb A, Kolodgie FD, Burke AP. Plaque morphology and coronary thrombi. ASCP reviews of Anatomic Pathology.

165.  Burke AP, <u>Virmani R</u>. Pathology of myocardial ischemia, infarction, reperfusion, and sudden death. In: Hurst's The Heart, 12th ed. Valentin Fuster, Robert A. O'Rourke, Richard A. Walsh, Philip Poole-Wilson, McGraw-Hill, New York, NY. 2008: 1321-1338.

166.  Ladich E, <u>Virmani R</u>, Kolodgie FD, Burke AP. Natural History of Carotid Atherosclerosis. Carotid Atherosclerotic Disease: Pathologic Basis for Treatment. Informa Healthcare UK. 2008: 32-43.

167.  Tavora F, Burke A, Kutys R, Li L, <u>Virmani R</u>. Total Anomalous Origin of the Coronary Circulation From The Right Pulmonary Artery. Cardiovascular Pathology 17 (2008) 246-249.

168.  Taylor A, <u>Virmani R</u>. Coronary Artery Anomalies: Ischemic Heart Disease. In: Cardiology, Third ed. Michael H. Crawford, John P. DiMarco, Walter J. Paulus, Elsevier, Philadelphia, PA. 2010:231-241.


## <u>Edited Books:</u>

1.  Non-Atherosclerotic Ischemic Heart Disease. Editors: <u>Virmani R</u>, Forman MB. Raven Press, New York. 1989.

2.  Burke AP, <u>Virmani R</u>. Tumors of the cardiovascular system. Atlas of Tumor Pathology. Armed Forces Institute of Pathology, Washington, D.C., Third Series 1996.

3.  Burke AP, Farb A, <u>Virmani R.</u> Eds. Atlas of Cardiovascular Pathology. W.B. Saunders Company, Philadelphia 1996.

4.  Narula J, <u>Virmani R</u>, Reddy K, Tandon R. *Rheumatic Fever*. Armed Forces Institute of Pathology, Washington, D.C. 1999.

5.  <u>Virmani R</u>, Burke A, Farb A, Atkinson JB. *Cardiovascular Pathology*, Second Edition. Philadelphia, PA: W.B. Saunders Company; 2001.

6.  Narula J, <u>Virmani R</u>, Ballester M, Carrio I, Westaby S, Frazier O, Willerson JT. *Heart Failure Pathogenesis and Treatment*. London, England: Martin Dunitz Ltd; 2002.

7.  <u>Virmani R</u>, Burke A, Willerson J, Farb A, Narula J, Kolodgie F. The pathology of vulnerable plaque. The Vulnerable Atherosclerotic Plaque, Strategies for Diagnosis and Management. Editors: Renu Virmani, Jagat Narula, Martin B. Leon, James T. Willerson. Blackwell Publishing Ltd, Oxford, UK. 2007.

## Letters to editor and editorials:

1.  Forman MB, <u>Virmani R</u>. Mitral annular calcification in chronic renal failure. *Chest* 86:507, 1984.

2.  Robinowitz M, Phillip M, <u>Virmani R</u>. Sudden death: Is there a Human Stress syndrome? *JAMA* 257:1329, 1987.

3.  Cohen IS, Anderson D, <u>Virmani R</u>. Cardiomyopathy and AIDS. *New Engl J Med*. 316:1159, 1987.

4.  <u>Virmani R</u>, Robinowitz M, Darcy TP. Sudden death and exercise. *Am J Forensic Med Pathol* 1988; 9:90-2.

5.  Robinowitz M, <u>Virmani R</u>, Smialek J. Cocaine and the Heart. *Am Heart J* 115:1068-76, 1989.

6.  Latham RD, <u>Virmani R</u>. The histologic diagnosis of myocarditis. *Ann Intern Med* 1989; 110:321-2.

7.  Burke A, <u>Virmani R</u>. More on cardiac myxomas. *N Engl J Med* 1996; 335:1462-63; discussion 1463-4.

8.  <u>Virmani R</u>, Farb A, Burke AP. Ischemia from myocardial bridging: Fact or Fiction? *Human Pathol*. 25:1258,1994.

9.  Burke A, <u>Virmani R</u>. Inflammatory aneurysm or Takayasu's disease? *Ann Thorac Surg* 1998;65:1835-6.

10. <u>Virmani R</u>. Self-expanding stent deployment strategies may be the key to reducing in-stent restenosis. *Catheterization and Cardiovascular Interventions.* 2002;56:487-488.

11. Burke AP, Joner M, <u>Virmani R</u>. IVUS-VH: a predictor of plaque morphology? Eur Heart J, 2006;27:1889-90.

12. <u>Virmani R</u>, Nakazawa G. Animal models and virtual histology. Arterioscler *Thomb Vasc Biol*. 2007;27;1666.

13. Nakazawa G, Finn A, <u>Virmani R.</u> Virtual histology: does it add anything? *Heart* 2007, 000:1-3.doi:10.1136/hrt.2006.109371.

14. Ladich E, Burke A, <u>Virmani R.</u> Should the autopsy be allowed to become obsolete? *Nat Clin Pract Cardiovascular Med*. 2006,Jun;3(6):289.

15. Burke A, Kolodgie F, <u>Virmani R.</u> Fetuin-A, Valve calcification, and diabetes, What do we understand? 2007;115:2464-2467.

16. Finn AV, Nakazawa G, Ladich E, Kolodgie FD, <u>Virmani R</u>. Does Underlying Plaque Morphology Play a Role in Vessel Healing After Drug-Eluting Stent Implantation? *JACC: Cardiovascular Imaging,* 2008:1(4):485-488.

17. Finn AV, Nakazawa G, Kolodgie FD, <u>Virmani R</u>. Temporal Course of Neointimal Formation After Drug-Eluting Stent Placement. *JACC: Cardiovascular Intervention,* 2009;2(4):300-302.

18. Nakazawa G, Vorpahl M, Finn AV, Narula J, Virmani R. One Step Forward and Two Steps Back With Drug-Eluting-Stents. *JACC: Cardiovascular Imaging*, 2009;2(5):625-628.

19. Finn AV, Nakazawa G, Kolodgie F, Virmani R. Drug-eluting or bare metal stent for acute myocardial infarction: an issue of safety? *European Heart Journal* 2009, doi:10.1093/eurheartj/ehp237.

20. Finn AV, Vorpahl M, Ladich E, Virmani R. Future Direction in Stenting. *Expert Revies in Cardiovascular Therapy* 2010;8(1), 1-6.

21. Otsuka F, Sakakura K and Virmani R. Are mast cells the real culprit in atherosclerosis? *Eur Heart J*. 2013.

22. Sakakura K, Joner M and Virmani R. Does neointimal characterization following DES implantation predict long-term outcomes? *JACC Cardiovasc Imaging*. 2014;7:796-8.

23. Yahagi K, Joner M and Virmani R. Insights into very late stent thrombosis from the wisdom of pathology. *J Invasive Cardiol*. 2014;26:417-9.

24. Alfonso F and Virmani R. The coronary substrate determines prognosis in acute coronary syndromes: the kaleidoscope has been shaken ... again! *Eur Heart J*. 2015;36:1357-60.

25. Yahagi K, Otsuka F, Virmani R and Joner M. Neoatherosclerosis: mirage of an ancient illness or genuine disease condition? *Eur Heart J*. 2015.

26. Yahagi K and Virmani R. Pulmonary veno-occlusive disease: a rare cause of pulmonary hypertension. *Am J Pathol*. 2015;185:302-4.

## **Abstracts:**

1. Virmani R, Roberts WC. Aschoff bodies in operatively excised atrial appendages in papillary muscles: Frequency and significance. Am J Cardiol 39:299, 1977.

2. Virmani R, Roberts WC. Hemorrhage and iron in Coronary Atherosclerotic plaques in coronary heart disease. Circulation 55-56 Suppl III:III-205, 1977.

3. Virmani R, Roberts WC. Aschoff bodies in valvular heart disease: Frequency and clinical significance. Lab Invest 38:369, 1978.

4. Cohen SR, Isner JM, Virmani R, Lawrinson WC, McIntosh CL, Roberts WC. The intra-aortic balloon assist: Major complications are overlooked clinically and are consequence of insertion of the device. Chest 74:334, 1978.

5. Virmani R, Roberts WC. Morphologic changes in pulmonary arteries in congenital heart disease in patients over 15 years of age. Chest 74:353, 1978.

6. Virmani R, Roberts WC. Quantitation of coronary artery narrowing in healed myocardial infarction. Lab Invest 40:291, 1979.

7. Virmani R, Roberts WC. Quantitation of coronary artery narrowing in clinically-isolated angina pectoris. Am J Cardiol 43:343, 1979.

8.  Waller BF, Virmani R, Roberts WC, Epstein E, Morrow AG. The Floppy mitral valve - the  most common cause of isolated pure mitral regurgitation in patients greater than 30 years of age: Analysis of 75 operatively excised mitral valves. Circulation 60:860, 1979.

9.  Waller BF, Virmani R. Palumbo P, Lie JT, Roberts WC. Coronary dilated cardiomyopathy with and without diabetes mellitus: Comparison of cardiac findings in 43 necropsy patients. Circulation 60:699, 1979.

10. Corday, SR, Virmani R, Waller B, Shah PM. Necropsy evaluation of anterior mitral leaflet elongation in cardiomyopathies: Possible role in hypertrophic cardiomyopathy. Circulation 60 Suppl II:II-951, 1979.

11. Schwartz DE, Virmani R, Isner JM, Schaefer, EJ, Roberts WC, Brewer HB. Type III hyperlipoproteinemia (HLP) necropsy findings and immunohistochemical apoprotein localization in coronary arteries (CA). Circulation 60 Suppl II:II-698, 1979.

12. Virmani R, Robinowitz M, McAllister HA. Coronary heart disease in 48 autopsy patients 30 years of age and younger. Am J Cardiol 45:422, 1980.

13. Waller BF, Isner J, Virmani R, Kent KM, McIntosh CL, Roberts WC. The role of previous phlebosclerosis and narrowing of the native coronary artery distal to the coronary anastomosis in causing early (less than 6 months) Aorto-coronary saphenous vein closure: Analysis of 1500 cm of saphenous vein and of 45 obstructed bypassed coronary arteries. Lab Invest 42:62, 1980.

14. Robinowitz M, Virmani R, McAllister HA. Rheumatoid heart disease: A clinical and morphologic analysis of 34 autopsy patients. Lab Invest 42:49, 1980.

15. Virmani R, Robinowitz M, McAllister HA. Primary pulmonary hypertension quantitation of the size of plexiform lesion with uniformity in size irrespective of age. Lab Invest 42:61, 1980.

16. Virmani R, Robinowitz M, McAllister HA. Spontaneous coronary artery dissection. Lab Invest 42:50, 1980.

17. Isner JM, Cohen SR, Ferrans VJ, Witkind BG, Virmani R, Gottdiener JS, Roberts WC. The anthracycline hearts: Analysis of 69 patients treated with either Adriamycin or Daunorubicin showing a lack of correlation between clinical and morphologic findings. Am J Cardiol 45:396, 1980.

18. Waller BR, Virmani R, Roberts WC. Amyloid heart disease: A simulator of coronary (Myocardial infarction, sudden death), pericardial (Constriction and/or effusion), valvular (Floppy atrioventricular valves) and myocardial (Hypertrophic cardiomyopathy) heart disease - An analysis of 42 necropsy patients with grossly visible cardiac amyloid. Am J Cardiol 45:475, 1980.

19. Virmani R, Roberts WC. Morphologic changes in pulmonary arteries in congenital heart disease in patients over 15 years of age: Evidence that the changes are directly related only to the level of pulmonary arterial pressures. Lab Invest 42:61, 1980.

20. Isner JM, Cohen SR, Ferrans VJ, Witkind BG, Virmani R, Gottdiener JS, Roberts WC. The anthracycline heart: Analysis of 69 patients treated with either Adriamycin or Daunorubicin showing a lack of correlation between clinical and morphologic findings.  Lab Invest 42:29, 1980.

21. Virmani R, Roberts WC. Morphologic changes in pulmonary arteries in congenital heart disease with shunts; Evidence that the changes are directly related only to level of the pulmonary arterial pressure. Chest 78:543, 1980.

22. Robinowitz M, Virmani R, McAllister HA. Idiopathic arterial calcification of infancy with calcific deposits in the myocardium: A study of 12 autopsy patients. Circulation 62. Suppl III:III-118(947), 1980.

23. Virmani R, Robinowitz M, McAllister HA. Cause of death in conditioned joggers: A series of 26 autopsy patients. Circulation 62 Suppl III:III-248(947), 1980.

24. Virmani R, Robinowitz M, McAllister HA. Coronary atherosclerosis: A common cause of death in conditioned joggers in a study of 28 autopsy patients. Lab Invest 44:70A, 1981.

25. Virmani R, Robinowitz M, McAllister HA. Coronary ostial stenosis: Its association with mild to moderate coronary atherosclerosis and sudden death. Lab Invest 44:70A, 1981.

26. Virmani R, Robinowitz R, McAllister HA. Marfan syndrome: A consistent high incidence of cardiovascular changes with and without characteristic eye changes. Circulation 64 Suppl IV:IV-312(1196), 1981.

27. Robinowitz M, Virmani R, McAllister HA. Comparison of the cross-sectional area of the three major coronary arteries in joggers and patients with severe coronary atherosclerosis. Lab Invest 46:70A, 1982.

28. Virmani R, Robinowitz M, McAllister HA. Length of the left main coronary is not a determinant of coronary artery dominance: An autopsy study of 52 patients. Lab Invest 46: 86A, 1982.

29. Cabin HS, Schwartz DE, Virmani R, Bryan BH, Roberts WC. Type III Hyperlipoproteinemia: A quantitation study demonstrating severe diffuse coronary artery narrowing by atherosclerotic plaques including frequent severe narrowing of left main. Am J Cardiol 49:995, 1982.

30. Virmani R, Warren D, Rees R, Fink L. Perfluorocarbon reduces phagocytic function of leukocytes. Transfusion 22:432, 1982.

31. Virmani R, Chun PKC, Goldstein R, McAllister HA. Acute take-offs of the coronary arteries along the aortic wall and congenital coronary ostial valve-like ridges: A cause of sudden death. Circulation 66 Suppl II:II-416, 1982.

32. Atkinson JB, Connor DH, Robinowitz M, McAllister HA, Virmani R. Cardiac fungal infections: An autopsy review of 60 patients. Lab Invest 48:4A-5A, 1983.

33. Atkinson JB, Robinowitz M, McAllister HA, Virmani R. Association of eosinophils with cardiac rupture. Lab Invest 48:5A, 1983.

34. Nanney L, Fink LM, Virmani R. Morphologic demonstration of perfluorocarbon retention in liver, spleen, lung and kidney of rabbits. Lab Invest 48:62A, 1983.

35.  Sussman J, Stone WJ, Casey T, Wright E, Virmani R. Mitral valve calcification and hyperparathyroidism in chronic renal failure: A comparison of patients treated with hemodialysis and renal transplant. Lab Invest 48:81A, 1983.

36.  Chun PKC, McNamara JJ, Fink LM, Virmani R. Fluorocarbon oxypherol lowers ST segment during epicardial mapping while reducing infarct size in the baboon. Progress in Clinical and Biological Research, Volume 122, pp 436, 1983, Alan R. Liss, Inc., New York.

37.  Virmani R, Warren D, Rees R, Fink LM. Perfluorocarbon reduces phagocytic function of leukocytes. Progress in Clinical and Biological Research, Volume 122, pp 454, 1983. Alan R. Liss, Inc., New York, New York.

38.  Virmani R, English D, Fink LM. Effect of perfluorocarbons (PFC) on human neutrophil functions. Federation Proceedings 42(3):514, 1983.

39.  Chun PKC, McNamara JJ, Fink LM, Virmani R. Perfluorocarbon oxygen transport fluid oxypherol lowers ST segment and reduces infarct size in baboon. Federation Proceedings 42(4):793, 1983.

40.  Nanney L, Fink LM, Lynch JB, Virmani R. Perfluorocarbon (oxypherol) treatment induces morphologic changes in rabbit lung. Federation Proceedings 42(5):1269, 1983.

41.  Atkinson J, Rybicka K, Huddleston C, Starnes V, Prager R, Virmani R. The effect of verapamil cardioplegia on myocardial ultrastructure. Journal of Molecular and Cellular Cardiology 15:19, 1983.

42.  Atkinson J, Virmani R. Congestive heart failure in the elderly: A clinical and pathologic study of patients aged 70 years or over. Journal of Molecular and Cellular Cardiology 15:20, 1983.

43.  Atkinson J, Robinowitz M, McAllister H, Virmani R. Morphologic changes in long-term saphenous vein bypass graft-implants. Circulation 68 Suppl III:III-114, 1983.

44.  Virmani R, Atkinson J, Robinowitz M, Silver M, McAllister H. Acquired coronary artery aneurysms: An autopsy study of 52 patients. Circulation 68 Suppl III:III-166, 1983.

45.  Atkinson J, Forman M, Robinowitz M, McAllister H, Virmani R. Morphologic changes in long-term saphenous vein bypass graft implants. Lab Invest 50:3A, 1984.

46.  Kolodgie, FD, Dawson AK, Virmani R. Effect of perfluorochemical on infarct morphology in dogs with permanent coronary artery occlusion. Lab Invest 50:31A-32A, 1984.

47.  Salhany KE, Stone WJ, Virmani R. Accelerated coronary calcification without accelerated atherosclerosis in hemodialysis patients. Lab Invest 50:51A, 1984.

48.  Virmani R, Atkinson J, Robinowitz M, Silver M, McAllister H. Acquired coronary artery aneurysms: An autopsy study of 52 patients. Lab Invest 50:63A, 1984.

49.   Kolodgie FD, Dawson AK, Roden DM, Smith RF, Woosley RL, Virmani R. Effect of Fluosol-DA on infarct morphology and vulnerability to ventricular arrhythmias. Clinical Research 32(2);180A, 1984.

50.   Atkinson JB, Forman MB, Virmani R. Poor correlation of saphenous vein bypass graft angiography with histologic changes at autopsy. J Am Coll Cardiol 3:491, 1984.

51.   Forman MB, Kopelman HA, Kolodgie FD, Virmani R. Right ventricular hypertrophy predisposes to right ventricular myocardial infarction in patients with inferior myocardial infarction. J Am Coll Cardiol 5(2): 386, 1985.

52.   Forman MB, Bingham S, Kolodgie F, Kopelman H, Sandler MP, Wehr C, Freisinger GC, Virmani R. Intracoronary Fluosol reduced infarct size in dog model. J Am Coll Cardiol 5(2):489, 1985.

53.   Cates CT, Virmani R, Vaughn WK, Robertson RM. Cardiac metastases: A specific electrocardiographic Marker. J Am Coll Cardiol 5(2): 512, 1985.

54.   Virmani R, Kopelman HA, Kolodgie FD, Atkinson JB, Forman MB. Right ventricular hypertrophy predisposes to right ventricular myocardial infarction in patients with inferior myocardial infarction. Lab Invest 52(1):72A, 1985.

55.   Atkinson JB, Virmani R. An unusual cardiomyopathy with coronary artery disease but without healed myocardial infarction. Lab Invest 52(1):3A, 1985.

56.   Atkinson JB, Forman MB, Byrd BF, Robinowitz M, Virmani R. Abnormal chordal insertion: A cause of mitral valve prolapse. Circulation 72 Suppl III:III-42, 1985.

57.   Forman MB, Kopelman HA, Collins HW, Bostick D, Perry JM, Virmani R, Friesinger GC. Poor collaterals and single vessel disease predispose to aneurysm formation after anterior myocardial infarction. Circulation 72 Suppl III:III-439, 1985.

58.   Atkinson JB, Forman MB, Byrd BF, Robinowitz M, Virmani R. Abnormal chordal insertion: A cause of mitral valve prolapse. Lab Invest 54:4A, 1986.

59.   Brantley BD, Virmani R, Atkinson JB. Silent myocardial infarction: A clinical and pathologic study. Lab Invest 54:7A, 1986.

60.   Kolodgie FD, Virmani R. Can perfluorocarbons reduce infarct size with permanent and temporary coronary occlusion? Lab Invest 54:33A, 1986.

61.   Robinowitz M, Clagett GP, Virmani R. Recurrent carotid artery disease is a result of ongoing thrombogenesis. Lab Invest 54:54A, 1986.

62.   Virmani R, Kolodgie, FD, Ball M, Forman M. Healing of infarction after Fluosol-DA therapy in rabbit. Lab Invest 54:66A, 1986.

63.   Wilson BH, Forman MB, Kopelman HA, Bostick D, Sandler MP, Sheller J, Virmani R, Friesinger GC. The role of the right ventricular hypertrophy in the pathogenesis of right ventricular infarction: a prospective study. Clin Res 34:355A, 1986.

151

64.   Puett DW, Forman MB, Wilson BH, Gay J, Virmani R, Burr I. Inability of perfluorochemicals to scavenge free radicals in vitro. Clin Res 4:337A, 1986.

65.   Wilson BH, Forman MB, Kopelman HA, Sandler MP, Byrd III BF, Virmani R, Campbell WB, Friesinger GC. Right ventricular hypertrophy and chronic obstructive lung disease are independent predictors of right ventricular infarction. Circulation 74 Suppl II:II-450, 1986.

66.   Anderson D, Virmani R, O'Leary T, Robinowitz M, Macher A, Roberts WC. Dilated cardiomyopathy and myocarditis in the Acquired Immune Deficiency Syndrome. Circulation 74 Suppl II:II-566, 1986.

67.   Forman MB, Bingham SE, Puett DW, Virmani R, Tantengco MV, Light RT, Friesinger GC. Endothelial cell dysfunction: An important mechanism in the evolution of reperfusion injury. J Am Coll Cardiol 9:125A, 1987.

68.   Olafsson B, Forman MB, Puett DW, Pou NA, Biaggioni I, Virmani R, Friesinger GC. Intracoronary adenosine markedly reduces infarct size and improves ventricular function in a canine reperfusion model. J Am Coll Cardiol 9:126A, 1987.

69.   Shelton ME, Forman MB, Virmani R, Stoney W, Brantley B, Atkinson JB. A comparison of morphologic and angiographic findings in long-term internal mammary artery and saphenous vein bypass grafts. J Am Coll Cardiol 9:87A, 1987.

70.   Atkinson JB, Forman MB, Virmani R. Determinants of ventricular aneurysm formation: The role of coronary artery disease. Lab Invest 56:34, 1987.

71.   Atkinson, JB, Shelton ME, Forman MB, Virmani R. Morphologic and angiographic findings in long-term internal mammary artery and saphenous vein bypass grafts. Lab Invest 56:34, 1987.

72.   Kolodgie FD, Virmani R, Osmialowski A, White C, Forman MB, Mergner W. Prevention of myocardial ischemia during repeated balloon angioplasty with Fluosol-DA. Lab Invest 56:39A, 1987.

73.   Kolodgie FD, Virmani R, Osmialowski A, Dawson A, Forman MB. Perfluorochemicals reduce ventricular instability and infarct size in the occlusion reperfusion dog model. Lab Invest 56:39A, 1987.

74.   Virmani R, Kolodgie F, Osmialowski A, Forman M. Effect of perfluorochemical on topographical changes in the myocardium after experimental infarction. Fed Proc 46:831, 1987.

75.   Robinowitz M, Virmani R, Atkinson JB, Rodeheffer RJ, Latham R. Incidence of myocarditis in endomyocardial biopsies: Short versus prolonged congestive heart failure duration. Fed Proc 46 (3):729, 1987.

76.   Steele N, Richards M, Virmani R, Fields M, Smith J, Reiser S. Copper and carbohydrate interaction in the growing pig: Cardiac histology. Fed Proc 46(3):910, 1987.

77.   Kolodgie F, Enzinger P, Barrett S, Zimmerman P, Virmani R. Salicylate a free radical scavenger protects ischemic myocardium during reperfusion. Fed Proc 46(3):1143, 1987.

78.  Prevosti LG, Leon MB, Dodd JT, Smith PD, Bonner RF, Robinowitz M, Virmani R. Early and late healing response of canine arterial wall to excimer laser irradiation. J Am Coll Cardiol 9(2):85A, 1987.

79.  Latham RD, Mulrow JP, Virmani R, Robinowitz M. Efficacy of prednisone therapy for new onset idiopathic dilated cardiomyopathy. J Am Coll Cardiol 9:143A, 1987.

80.  Darcy TP, Langloss MA, Anderson D, Robinowitz M, Virmani R. The focal nature of myocarditis: A limiting factor in endomyocardial biopsy diagnosis. J Am Coll Cardiol 9:154A, 1987.

81.  Ramee S, Virmani R, Aita M, Abrahams L, Geschwind H, Kolodgie F, Wade C, White C. Argon laser ablation with a new silica ball-tip device. J Am Coll Cardiol 9:187A, 1987.

82.  White CJ, Ramee SR, Card H, Abrahams LA, Virmani R, Wade CE, Aita M, Samson G, Geschwind H, Sobol S. Laser angioplasty in atherosclerotic swine: Recanalization of occluded iliac arteries using a glass "ball tip" fiber. J Am Coll Cardiol 9:189A, 1987.

83.  Prince CR, Tantengco MV, Virmani R, Light T, Friesinger GC, Robertson RM. In vivo and in vitro coronary vascular reactivity in hyperlipidemic swine. J Am Coll Cardiol 9:210A, 1987.

84.  Reilly JM, Cunnion RE, Anderson DW, Virmani R, O'Leary TJ, Parrillo JE. Patients with the Acquired Immune Deficiency Syndrome and histopathologic myocarditis frequently manifest major cardiac abnormalities. J Am Coll Cardiol 9:154, 1987.

85.  Anderson DW, Virmani R, Reilly J, Cunnion B, O'Leary T, Robinowitz M, Macher A, Parrillo J, Roberts WC. High prevalence of myocarditis in the acquired immune deficiency syndrome(AIDS). Lab Invest 56:1A, 1987.

86.  Darcy TP, Langloss MA, Anderson D, Robinowitz M, Virmani R. The focal nature of myocarditis: A limiting factor in endomyocardial biopsy diagnosis. Lab Invest 56:17A, 1987.

87.  Kolodgie FD, Virmani R, Osmialowski A, White C, Forman MB, Tepper S, Mergner W. Prevention of myocardial ischemia during repeated balloon angioplasty with Fluosol-DA. Lab Invest 56:39A, 1987.

88.  Kolodgie FD, Virmani R, Osmialowski A, Graeber G, Forman MB. Free radical scavengers reduce reperfusion injury in the hypertrophied infarct model. Lab Invest 56:39A, 1987.

89.  Virmani R, Robinowitz M, Smialek JA. Cocaine-associated deaths: Absence of coronary thrombosis and a high incidence of myocarditis. Lab Invest 56;83A, 1987.

90.  Forman MB, Puett DW, Cates CU, Olafsson B, Wilson BH, Hande KH, Virmani R. Oxypurinol limits myocardial stunning but does not reduce infarct size following reperfusion in the canine model. Clin Res 35:278A, 1987.

91.  Kolodgie FD, Virmani R, Osmialowski A, Zimmerman P, White C, Forman MB, Mergner. Intracoronary infusion of perfluorochemical leads to myocardial protection during balloon angioplasty. Clin Res 35:293A, 1987.

92.   Latham RD, Rubal BJ, Sipkema P, Westerhof B, Virmani R, Robinowitz M, Walsh RA. Regional arterial dynamics in the chronically hypertensive baboon: Correlation with cardiovascular structure Adaptation. Circulation 76: Suppl IV, IV-442(1760), 1987.

93.   Anderson D, DeVinatea M, Macher A, Lasala G, O'Leary T, Virmani R. Myocarditis in patients with AIDS - An update. Modern Pathology 1:4A, 1988.

94.   Atkinson JB, Virmani R. The changing spectrum of coronary embolism. Modern Pathology 1:6A, 1988.

95.   Darcy T, Mullick F, Schell L, Virmani R. Distinguishing features of myocarditis: Hypersensitivity vs. idiopathic myocarditis. Modern Pathology 1:21A, 1988.

96.   Darcy T, Virmani R, Atkinson JB, Cohen I, Robinowitz M. Mitral valve prolapse associated with sudden death: Morphologic spectrum and distinguishing features. Modern Pathology 1:22A, 1988.

97.   Darcy T, Virmani R, Atkinson JB. Coronary plaque morphology: A determinant of successful or unsuccessful balloon angioplasty. Modern Pathology 1:22A, 1988.

98.   Virmani R, Darcy T, Smyth D, Aita M, Michaels M, McQueen C. Coronary Angioscopy: A useful tool for the determination of in vivo plaque morphology. Modern Pathology 1:98A, 1988.

99.   Virmani R, Darcy T, Atkinson J. Reperfused acute myocardial infarcts show accelerated healing. Modern Pathology 1:98A, 1988.

100.  Karas SP, Santoian EC, Virmani R, Visner MS, Gold C, Rackley CE, Schaer GL. Profound reduction in ventricular arrhythmias during blood-free reperfusion with oxygenated Fluosol-DA. J Am Coll Cardiol 11:87A, 1988.

101.  Forman MB, Cates CU, Puett DW, McCroskey D, Beckman JK, Greene HL, Virmani R.  The glutathione redox pathway and reperfusion injury. The effect of N-Acetylcysteine (NAC) on infarct size and ventricular function. J Am Coll Cardiol 11:88A, 1988.

102.  Darcy TP, Virmani R, Cohen IS, Robinowitz M. Mitral valve prolapse associated with sudden death: Morphologic spectrum and distinguishing features. J Am Coll Cardiol 11:125A, 1988.

103.  Rogan K, Virmani R, Robinowitz M, Latham R. Predictors of cardiac death in patients with coronary artery anomalies. J Am Coll Cardiol 11:154A, 1988.

104.  Bajaj AK, Cobb M, Gay JC, Pou A, Clanton J, Virmani R, Forman MB. Importance of leukocyte demargination and chemotaxis suppression in myocardial reperfusion injury. J Am Coll Cardiol 11:207A, 1988.

105.  Atkinson JB, Roberts LJ, Aulsebrook K, Harlan CW, Virmani R. The role of histamine in progression of atherosclerosis in the young. Circulation. Suppl II. 78:583, 1988.

106.  Babbit DG, McCroskey D, Virmani R, Forman MB. Preservation of vasodilatory reserve by intracoronary adenosine in the canine reperfusion model. Circulation. Suppl II:II-78(1350), 1988.

107. Babbit DG, Virmani R, McCroskey D, Forman MB. The "no-reflow" phenomenon: An important mechanism in the evolution of reperfusion injury. Circulation. Suppl II:II-78 (1482), 1988.

108. Prevosti LG, Leon MB, Virmani R, Bartorelli AL, Almagor Y, Teirstein PS. Stent implantation in vein grafts: Safety, patency and host response. Circulation 78 Suppl II:II-1623, 1988.

109. Virmani R, Becker R, Cornhill F, Robinowitz M, Kostreba J, Zimmerman P, Watson J, Herderick E. Morphometric and biochemical determination of aortic elastin. Modern Path. Volume 2, Number 1, 101A:603, 1989.

110. Virmani R, Robinowitz M, Chun PK. Fabry's disease mimics ischemic heart disease and dilated and hypertrophic cardiomyopathy. Modern Path. Volume 2, Number 1, 101A:604, 1989.

111. Luthringer DJ, Virmani R, Weiss SW, Rosai J. A distinctive cardiovascular lesion resembling histiocytoid (epithelioid) hemangioma: A report of 11 cases. Modern Path. Volume 2, Number 1, 55A:328, 1989.

112. Virmani R, Tantengco MV, Merrill WH, Frist WH, Robertson MR. Influence of age and atherosclerosis on coronary reactivity. Modern Path. Volume 2, Number 1, 3A:16, 1989.

113. Leon MB, Virmani R, Lenhard SD, Almagor Y, Bartorelli AL, Prevosti LG. Chronic endovascular responses after stent implantation in vein grafts. J Am Coll Cardiol Suppl A, Volume 13, Number 2, 106A, 1989.

114. Barth KH, Virmani R, Matsumoto AH, Lindisch D, Teitelbaum GP, Strecker EP. Experimental Evaluation of a New Flexible Balloon Expandable Stent. Radiological Society of North America, 1989 Meeting, Vol. 173:107 (275).

115. Virmani R, Kolodgie FD, Robinowitz M, Goodin J, Fields F, Smialek JE. Cocaine associated coronary thrombosis coexists with atherosclerosis and increased adventitial mast cells. American Heart Association 62nd Scientific Session. Circulation Suppl II:II 647 (2572), 1989.

116. Norton ED, Jackson EK, Virmani R, Forman MB. Intravenous Adenosine Limits Myocardial Reperfusion Injury in a Model with Low Myocardial Collateral Blood Flow. Circulation Suppl II:II 238 (0948), 1989.

117. Neville RF, Almagor Y, Bartorelli AL, Virmani R, Perlman MW, Leon MB. Slotted and Tubular Balloon Expandable Stents Across Vein Graft Anastomotic Sites. Circulation Suppl II: II 259 (1031), 1989.

118. Pitarys CJ, Vildibill HD, Virmani R, Forman MB. Low Dose Intravenous Perfluorochemicals Reduce Infarct Size and Enhance Post-Ischemic Contractile Function by Abolishing the No-Reflow Phenomenon. Circulation Suppl II:II 397 (1578), 1989.

119. Burke AP, Virmani R, Farb A, Goodin J, Smialek J. Sudden cardiac death: A comparison between sports-related and non sports-related cases. Modern Pathology, Vol. 3, No. 1, 13A:66, 1990.

120. Burke AP, Virmani R. Osteosarcomas of the Heart. Modern Pathology, Vol. 3, No. 1, 13A:67, 1990.

121.   Burke AP, Virmani R. "Conduction mesotheliomas" fail to show mesothelial characteristics. Modern Pathology, Vol. 3, No. 1, 13A:68, 1990.

121a. Burke AP, Virmani R. Cardiac rhabdomyoma: A clinicopathologic study. American Journal of Clinicial Pathology, 93:439A.

121b. Burke AP, Virmani R. Hemangiomas of the heart: a clinicopathologic study of eight cases. American Journal of Clinical Pathology, 1990, 93:439A.

122.   Virmani R, Robinowitz M, Mergner WJ, Burke AP. Serial sectioning endomyocardial biopsies increases sensitivity for the detection of myocarditis. Modern Pathology, Vol. 3, No. 1, 103A:610, 1990.

123.   Velasco CE, Turner MB, Pitarys CJ, Crawford JJ, Virmani R, Forman MB. Limitation of reperfusion injury after 40 minutes of regional ischemia in a closed chest canine model with intracoronary adenosine. J Am Coll Cardiol, Suppl A:15:2:88A, 1990.

124.   Kolodgie FD, Virmani R, Rice HE, Herderick EE, Mergner WJ. Intravenous cocaine accelerates atherosclerosis in cholesterol-fed New-Zealand white rabbits. J Am Coll Cardiol, Suppl A:15:2:88A, 1990.

125.   Kolodgie FD, Virmani R, Cornhill JF, Herderick EE, Vigorito R, Mergner WJ. Cocaine: An independent risk factor for atherosclerosis. Circ (Suppl III) 82:4:1772.

126.   Farb A, Kolodgie FD, Rice HE, Virmani R. Pathologic confirmation of myocardial infarct expansion during reperfusion in the rabbit. Circ (Suppl III) 82:4:1145, 1990.

127.   Babbitt DG, Virmani R, Vildibill HD, Forman MB. Prevention of the no-reflow phenomenon reduces myocardial reperfusion injury after prolonged ischemia. Circ (Suppl III) 82:4:1140, 1990.

128.   Velasco CE, Babbitt DG, Virmani R, Vildibill, Turner MB, Forman MB. Differential time course of ischemic and reperfusion injury in the closed chest canine model. Circ (Suppl III) 82:4:1141, 1990.

129.   Pitarys CJ, Jackson EK, Virmani R, Forman MB. Permanent attenuation of myocardial reperfusion injury by intravenous adenosine. Circ (Suppl III) 82:4:1045, 1990.

130.   Flugelman MY, Leon MB, Bowman RL, Virmani R, Anderson WF, Dichek DA. Retention of seeded cells on balloon expanded stents under flow conditions. Circ (Suppl III) 82:4:0284, 1990.

131.   Farb A, Kolodgie FD, Virmani R. A new method for early detection of myocardial infarct size. JACC 17:2:127A, 1991.

132.   Velasco CE, Atkinson JB, Kondo T, Virmani R, Inagami T, Forman MB. Enhanced local endothelin release contributes to no-flow phenomenon in the canine model. JACC 17:2:305A, 1991.

133.   Burke A, Virmani R. Portal hypertension predisposes to pulmonary hypertension. Lab Invest 64:113A, 1991.

134.   Burke A, Lee K, Farb A, Ribas J, Virmani R. Post-infarction cardiac rupture: An autopsy study of reperfused vs. non-reperfused patients. Lab Invest 64:17A, 1991.

135.  Burke A, Saenger J, Mullick F, Virmani R. Hypersensitivity myocarditis. Lab Invest 64:16A, 1991.

136.  Burke A, Cowan D, Virmani R. Cardiac sarcomas. Lab Invest 64:16A, 1991.

137.  Sato S, Burke A, Gauntt C, Mergner M, Ticehurst J, Virmani R. CD-1 and nude murine myocarditis models of Coxsackie B3 infection. Lab Invest 64;89A, 1991.

138.  Velasco CE, Morrow JA, Virmani R, Jackson E, Inagami T, Forman MB. Intravenous adenosine suppresses cardiac release of endothelin after myocardial ischemia/reperfusion. Circulation 84 (Suppl II):4:1052, 1991.

139.  Norton E, Jackson E, Turner M, Virmani R, Forman MB. Low doses of intravenous adenosine reduces myocardial reperfusion injury via receptor activation. Circulation 84(Suppl II):4:1214; 1991.

140.  Burke A, Tang A, Subramanian R, Virmani R. Non-atherosclerotic narrowing of atrioventricular nodal artery and sudden death. Lab Invest 66:19A (106); 1992.

141.  Burke A, Virmani R. Sarcomas of the great vessels. Lab Invest 66:20A (107); 1992.

142.  Mizgala H, Gary L, Ferris J, Virmani R, Bociek V, Allard P. Extent of coronary luminal narrowing in cases of cocaine deaths under age 40 years. Lab Invest 66:22A (119); 1992.

143.  Sato H, Burke A, Carlson G, Porro V, Benson W, Virmani R. Persistence of replicating coxsackievirus B3 in Athymic murine myocarditis. Lab Invest 66:94A (554); 1992.

144.  Flugelman MY, Correa R, Virmani R, Farb A, Yu ZX, Leon MB, Kent KM, Casscells W, Epstein SE. Atherectomy specimens from patients with unstable angina pectoris and post angioplasty restenosis exhibit similar histopathology. J Am Coll Cardiol 19 (Suppl A):79A (722-2); 1992.

145.  Farb A, Tang AL, Atkinson JB, McCarthy WF, Virmani R. Morphologic features of mitral valve prolapse in patients with sudden cardiac death. J Am Coll Cardiol 19 (Suppl A):158A (755-4); 1992.

146.  Rodriguez ER, Burke AP, Virmani R, Parrillo JE. Lack of mutation of the coding site for residue 403 (Arg to Gln)in Exon 13 of the ß-myosin heavy chain in 17 autopsy specimens of hypertrophic cardiomyopathy. J Am Coll Cardiol 19 (Suppl A):272A(792-4); 1992.

147.  Taylor AJ, Virmani R, Rogan KM. Congenital coronary artery anomalies in the young: Risk for sudden death. J Am Coll Cardiol 19 (Suppl A):288A (803-1); 1992.

148.  Matar FA, Mintz GS, Douck PC, Farb A, Virmani R, Leon MB, Popina JJ. Three-dimensional intravascular ultrasound: A new standard for vessel lumen volume measurements? J Am Coll Cardiol 19 (Suppl A):382A (830-5); 1992.

149.  Culp SC, Buller CE, Virmani R, Sketch MH. Jr., Phillips HR, Stack RS. Thermal/reperfusion balloon angioplasty in an in-vivo atherosclerotic model. Acute histologic results. Clinical Research 40(2):257A, 1992.

150.    Culp SC, Buller CE, Virmani R, Chapman GD, Gammon RS, Sketch MH. Jr.
        Thermal/reperfusion balloon angioplasty: Chronic experimental results.
        Clinical Research 40(2):256A, 1992.

151.    Zidar JP, Jackman JD, Jr., Gammon RS, Virmani R, Muhlestein JB, Wells HA,
        Bauman RP, Culp SC, Wellendorf JD, Chapman GD, Stack RS. Serial assessment
        of heparin coating on vascular responses to new tantalum stent. Circulation
        86(4):I-850(740);1992.

152.    Burke AP, Farb A, Virmani R, Smialek J. Young blacks are at higher risk of
        sudden cardiac death from all causes than whites. Circulation 86 (4):I-199
        (793), 1992.

153.    Zidar JP, Jackman JD, Jr., Virmani R, Gammon RS, Wells HA, Chapman GD,
        Muhlestein JB, Bauman RP, Culp SC, Phillips HR, Stack RS. Long term
        angiographic and histopathologic results of new tantalum stent. Circulation
        86(4):I-732(2916), 1992.

153a.   Burke AP, Virmani R. Cardiac myxoma: correlation of clinical findings and
        histologic features. Modern Patholgoy, 6:22A, 1993.

154.    Farb A, Atkinson JB, Virmani R. Long-term histologic patency after PTCA is
        predicted by the creation of a greater luminal area immediately after PTCA.
        J Am Coll Cardiol 21:34A, 1993.

155.    Subramanian R, Triemstra L, Kolodgie F, Farb A, Virmani R. Adenosine
        improves recovery of post-ischemic cardiac function via its $A_1$ receptor in
        the isolated, globally ischemic, working rat heart. J Am Coll Cardiol
        21:116A, 1993.

156.    Hong MK, Mehlman MD, Farb A, Virmani R, Howard BV, Park KS, Barry JJ, Leon
        MB.  Feasibility and efficiency of a new high pressure PTCA catheter also
        capable of simultaneous local drug delivery at low pressure. J Am Coll
        Cardiol 21:117A, 1993.

157.    Zidar JP, Virmani R, Culp SC, Bauman RP, Wells HA, Gammon RS, Chapman GD,
        Jackman JD, Jr., Phillips HR, Stack RS. Quantitative histologic analysis of
        the vascular response to heparin coating of the Cordis stent. J Am Coll
        Cardiol 21:336A, 1993.

158.    Kolodgie FD, Wilson PS, Virmani R. Cocaine-induced increase in
        macromolecular permeability across the endothelium. J Am Coll Cardiol
        21:465A, 1993.

159.    Rome JJ, Flugelman MY, Newman KD, Shayani V, Farb A, Virmani R, Dichek D.
        Virion-sized particles infused by double balloon catheter are excluded from
        muscular layers of elastic arteries. J Am Coll Cardiol 21:465A, 1993.

160.    Burke AP, Smialek J, Malcom G, Virmani R. Atherosclerosis is more prevalent
        in young blacks than whites. A possible relationship with cocaine abuse. Lab
        Invest 68:22A, 1993.

161.    Burke AP, Virmani R. Cardiac myxoma: Correlation of clinical findings and
        histologic features. Lab Invest 68:22A, 1993.

162. Mizgala H, Virmani R, Gray L, Ferris J, Bociek V, Hughes L, Davies C, Harrison A, Palcic B. Coronary luminal narrowing in age matched North American trauma victims four decades apart. Lab Invest 68:25A, 1993.

163. Burke AP, Benson W, Ribas J, Anderson D, Chu W-S, Smialek J, Virmani R. Localization of HIV-1 RNA by in situ hybridization in autopsy tissue of intravenous drug addicts. Lab Invest 68:104A, 1993.

164. Rome JJ, Shayani V, Newman KD, Lee SW, Virmani R, Dichek DA. Adenoviral vector-mediated gene transfer into sheep carotid arteries using a double balloon catheter. Circulation 88 (4, Part II):I-80 (0418), 1993.

165. Hong MK, Farb A, Wong SC, Mehlman MD, Virmani R, Barry JJ, Leon MB. Localized drug delivery in atherosclerotic vessels using a new channeled balloon PTCA catheter. Circulation 88 (4, Part II):I-309 (1655), 1993.

166. Farb A, Carlson GC, Virmani R. In-vivo local delivery and persistence of small and large particles following balloon angioplasty of atherosclerotic arteries: Histologic confirmation. Circulation 88 (4, Part II):I-310 (1661), 1993.

167. Lee SW, Trapnell BC, Rade JJ, Virmani R, Dichek DA. Adenoviral-mediated gene transfer into the injured rat carotid artery. Circulation 88 (4, Part II):I-371 (1992), 1993.

168. Papapetropoulos A, Antonov A, Munn D, Virmani R, Ryan JW, Gerrity RG, Catravas JD. Effects of monocytes on endothelial angiotensin converting enzyme activity. Circulation 88 (4, Part II):I-424 (2279), 1993.

169. Sigwart U, Haber RH, Kowlachuk GJ, Simonton CA, Buller NP, Virmani R. The new ACS metallic stent: Experimental and clinical experience. Circulation 88 (4, Part II):I-646 (3476), 1993.

170. Hong MK, Farb A, Wong SC, Mehlman MD, Virmani R, Barry JJ, Leon MB. Locally delivered microspheres in atherosclerotic arteries via a new channeled balloon PTCA catheter are retained intramurally for at least 24 hours. J Am Coll Cardiol February 1994:19A.

171. Brott BC, Labinaz M, Culp SC, Zidar JP, Fortin DF, Virmani R, Phillips HR, Stack RS. Vessel remodeling after angioplasty: Comparative anatomic studies. J Am Coll Cardiol, February 1994:138A.

172. Farb A, Sessums L, Tang AL, Burke AP, Smialek J, Virmani R. Coronary artery morphology in sudden death due to atherosclerosis. J Am Coll Cardiol February 1994: 172A.

173. Farb A, Triemstra L, Kolodgie FD, Verma A, Virmani R. Cardioprotective effects of estradiol-17 beta in the isolated working female rat heart. J Am Coll Cardiol February 1994:231A.

174. Cambier PA, Stajduhar KC, Powell DA, Gomez RR, Virmani R, Farb A, Moore JW. Improved safety of transcatheter vascular occlusion utilizing a new retrievable coil device. J Am Coll Cardiol February 1994:359A.

175. Burke AP, Farb A, Sessums L, Tang AL, Virmani R. Causes of sudden death in individuals with prosthetic heart valves. Lab Invest 70: 26A; 1994.

176.   Burke AP, Dhir S, Tang AL, Virmani R. Lipomatous hypertrophy of the interatrial septum: Surgical and histologic features. Lab Invest 70: 27A; 1994.

177.   Farb A, Sessums AL, Tang AL, Smialek J, Virmani R. Coronary artery morphology in sudden death due to atherosclerosis. Lab Invest 70: 28A; 1994.

178.   Burke AP, Sobin L, Virmani R. Vasculitis of the small and large bowel. Lab Invest 70: 57A; 1994.

179.   Burke AP, Benson W, Virmani R. Viral burden in early stages of infection with HIV-1 correlates with histologic stage. Lab Invest 70: 125A; 1994.

180.   Farb A, Jacob A, Kolodgie FD, Lee SJ, Carlson GC, Virmani R. Reduced arterial neointimal formation by 17 beta-Estradiol in ovariectomized rabbits: Importance of smooth muscle cell migration, Circulation 90: I-261,1565;1994.

181.   Schulick AH, Dong G, Newman KD, Virmani R, Dichek DA. In vivo endothelial-specific adenoviral vector-mediated gene transfer. Circulation 90: I-517,2780;1994.

182.   Gerrity RS, Antonov AS, Munn DH, Virmani R, Kolodgie FD. Arterial endothelial cells stimulate enhanced proliferation of blood monocytes. Circulation 90: I-571,3078;1994.

183.   Burke AP, Farb A, Tang AL, Rabin I, Virmani R. Dysplasia of the artery to the atrio-ventricular node and mitral valve prolapse. Modern Pathology. 8:30A;1995.

184.   Burke AP, Farb A, Tang AL, Virmani R. Effect of systemic hypertension on atherosclerotic plaque morphology in sudden cardiac death. Modern Pathology. 8:31A;1995.

185.   Litovsky SH, Farb A, Rabin I, Burke AP, Smialek J, Virmani R. Effect of atherosclerosis and Race on coronary dimensions in young males. Modern Pathology. 8:34A;1995.

186.   Pestaner JP, Mullick F, Virmani R. Comparison of toxic cardiomyopathy and dilated cardiomyopathy by light microscopy. Modern Pathology. 8:35A;1995.

187.   Farb A, Lee SJ, Mohler M, Cook J, McDonald J, Virmani R. Pulse dosing of recombinant basic fibroblast growth factor linked to saporin mitotoxin suppresses neointimal proliferation after balloon injury. J Am Coll Cardiol. 51A, Feb 1995.

188.   Burke AP, Farb A, Tang Al, Rabin I, Virmani R. Dysplasia of the atrio-ventricular nodal artery in patients with mitral valve prolapse and sudden death. J Am Coll Cardiol. 167A, Feb 1995.

189.   Laird J, Carter AJ, Kufs WM, Hoopes T, Farb A, Nott S, Fischell DR, Virmani R, Fischell T. Inhibition of neointimal proliferation with a beta particle emitting stent. J Am Coll Cardiol. 287A, Feb 1995.

190.   Farrell SK, Rome JJ, Virmani R, Newman KD, Hoyt R, Dichek DA. In vivo adenovirus-mediated gene transfer via the pulmonary artery of rats. J Am Coll Cardiol. 323A, Feb 1995.

191. Farb A, Tang AL, Burke AP, Virmani R. Ulceration of smooth muscle rich plaque: A frequent cause of coronary artery thrombosis that is not mediated by HLA-DR expression. J Am Coll Cardiol. 383A, Feb 1995.

192. Farb A, Burke AP, Liang Y, Smialek, Virmani R. Moderate atherosclerosis is a frequent finding in sudden death due to coronary thrombosis. Circulation 92 (Suppl):I-340,1620:1995.

193. Burke AP, Farb A, Liang Y, Smialek J, Virmani R. Hypertension and coronary artery morphology in sudden death. Circulation 92(Suppl):I-746,3588:1995.

194. Burke AP, Farb A, Liang Y-H, Malcom G, Smialek J, Virmani R. Risk factors and coronary artery plaque morphology in sudden coronary death. Mod Pathol 9(1):27(A);1996.

195. Burke AP, Farb A, Virmani R. Inflammation, fibrosis, and fat in right ventricular dysplasia. Mod Pathol 9(1):28(A);1996.

196. Burke AP, Farb A, Virmani R. Arrhythmogenic right ventricular dysplasia-cardiomyopathy: a form of healing myocarditis? J Am Coll Cardiol 27:2(Suppl A)394A,1996.

197. Tanguay J-F, Kruse KR, Laplan AV, Armstrong A, Grant GW, Virmani R, Zidar JP. Local delivery of heparin prior to intracoronary stenting reduces platelet deposition. J Am Coll Cardiol 27:2(Suppl A)85A;1996.

198. Farb A, Burke A, Kolodgie FD, Mannan P, Liang Y-H, Smialek J, Virmani R. Plasminogen activator inhibitor-1 is a determinant of coronary thrombosis in sudden cardiac death. J Am Coll Cardiol 27:2(Suppl A)108A;1996.

199. Carter AJ, Laird JR, Kovach JA, Hoopes TG, Bailey LR, Pierce K, Hess K, Farb A, Virmani R. Favorable arterial remodeling and reduced neointimal formation with a nitinol self-expanding stent. J Am Coll Cardiol 27:2(Suppl A)109A;1996.

200. Carter AJ, Laird JR, Hoopes TG, Bailey LR, Farb A, Fischell RE, Fishell DR, Virmani R, Fischell TA. Histology after placement of beta-particle emitting stents: Insights into inhibition of neointimal formation. J Am Coll Cardiol 27:2(Suppl A)198A;1996.

201. Carter AJ, Farb A, Laird JR, Virmani R. Neointimal formation is dependent on the underlying arterial substrate after coronary stent placement. J Am Coll Cardiol 27:2(Suppl A)320A;1996.

202. Farb A, Burke A, Kolodgie FD, Mannan P, Liang Y-H, Smialek J, Virmani R. Determinants of coronary thrombosis in sudden cardiac death. Mod Pathol 9(1):29(A);1996.

203. Scott DS, Arora UK, Farb A, Virmani R, Weissman NJ. Calcified luminal surface area: Pathologic validation of a new method to quantify coronary calcification by intravascular ultrasound. Circulation 94(8):I-78;1996.

204. Litovsky SH, Burke AP, Virmani R. The inflammatory infiltrate of giant cell myocarditis is distinct from sarcoidosis. Circulation 94(8):I-658;1996.

205. Burke AP, Farb A, Liang Y-H, Smialek J, Virmani R. Diabetes mellitus is associated with coronary artery calcification in sudden cardiac death. J Am Coll Cardiol 29:516A, 1997.

161

206. Burke AP, Farb A, Liang Y-H, Smialek J, Virmani R. Plaque rupture in men is associated with high serum cholesterol. J Am Coll Cardiol 29:47A, 1997.

207. Burke AP, Farb A, Liang Y-H, Smialek J, Virmani R. Plaque rupture is an infrequent cause of sudden coronary death in women. J Am Coll Cardiol 29:391A, 1997.

208. Burke AP, Farb A, Liang Y-H, Smialek J, Virmani R. Effect of risk factors on cardiac autopsy findings in sudden coronary death. Mod Pathol 10(1):(A),1997.

209. Farb A, Carter AJ, Burke AP, Liang Y-H, Smialek J, Virmani R. Serial changes in coronary dimensions in acute thrombosis in humans: Plaque rupture and erosion. J Am Coll Cardiol 29:216A, 1997.

210. Sangiorgi G, Farb A, Carter AJ, Edwards WD, Virmani R, Schwartz RS. Contribution of the neointima and adventitia to final lumen area in human coronary arteries treated by balloon angioplasty: A histopathologic analysis. J Am Coll Cardiol 1997;29(2):200A.

211. Burke A, Perry L, Li L, Smialek J, Virmani R. Fatal Kawasaki disease and no coronary aneurysms. Mid-Atlantic Cardiology Society Annual Meeting, Bethesda, MD, April 1997.

212. Burke A, Farb A, Malcom GT, Virmani R. Strenuous exercise provokes rupture of vulnerable plaques in dyslipidemic men with severe coronary disease. Circulation 96(8)SI-86,1997.

213. Burke A, Farb A, Kolodgie FD, Malcom GT, Virmani R. Healed plaque ruptures are frequent in men with severe coronary disease and are associated with elevated total/high density lipoprotein (HDL) cholesterol. Circulation 96(8)SI-235, 1997.

214. Burke A, Farb A, Mannan P, Kolodgie FD, Virmani R. C-reactive protein is expressed in unstable macrophage-rich atherosclerotic plaques. Circulation 96(8)SI-492, 1997.

215. Farb A, Heller P, Carter J, Cheng L, Min DH, Kolodgie FD, Froehlich J, Virmani R. Paclitaxel polymer-coated stents reduce neointima. Circulation 1997;96:I-608.

216. Burke AP, Farb A, Virmani R. Sudden coronary death: a comparison of atherosclerotic plaque composition in men and Women. Mod Pathol 11(1):32A;1998.

217. Burke AP, Fink L, Farb A, Virmani R. Serum homocysteine levels and sudden coronary death. Mod Pathol 11(1):32A;1998.

218. Burke AP, Fink L, Farb A, Virmani R. Elevated serum homocysteine is associated with extent of coronary artery atherosclerosis at autopsy. J Am Coll Cardiol 31(2):22A;1998.

219. Burke A, Arbustini E, dal Bello B, Morbini P, Specchia G, Virmani R. Fat infiltrates in endomyocardial biopsies lack specificity for the diagnosis of right ventricular dysplasia. J Am Coll Cardiol 31(2):68A;1998.

220.   Tighe JF, Farb A, Virmani R, Weissman NJ. Acoustic densitometry-a new method for ultrasonic plaque characterization. J Am Coll Cardiol 31(2):20A;1998.

221.   Farb A, Sangiorgi G, Carter AJ, Walley VM, Edwards WD, Schwartz RS, Virmani R. Early and late vascular responses to coronary stenting in humans. J Am Coll Cardiol 1998;31(2):365A.

222.   Kolodgie FD, Luna RE, Farb A, Burke AP, Horiba K, Ferrans VJ, Stetler-Stevenoson WG, Virmani R. Differential expression of matrix metallo-proteinases in coronary thrombosis: Plaque rupture and erosion. J Am Coll Cardiol 31(2):419A;1998.

223.   Hong MK, Virmani R, Kornowski R, Jones R, Kim WH, Collins S, Leon MB. Histologic responses during in-stent neointimal regression in a porcine coronary model. J Am Coll Cardiol 31(2):365A;1998.

224.   Oesterle SN, Baim DS, Hayase SR, Ramee RS, Teirstein PS, Virmani R. A coaxial catheter system for prevention of distal embolization. J Am Coll Cardiol 31(2):236A;1998.

225.   Oesterle SN, Yeung AC, Hayase M, Robbins RC, Fitzgerald P, Yock P, Kernoff R, Tumas M, Virmani R, Makower J. Percutaneous in-situ coronary by-pass(PICAB): A novel myocardial revascularization technique. J Am Coll Cardiol 31(2):223A;1998.

226.   McKenna CJ, Know HM, Sangiorgi G, Ellis L, AuBuchon R, Carlson PJ, Ritman EL, Holmes DR, Virmani R, Schwartz RS. Microscopic 3D-CT Imaging after catheter-based channel creation in normal porcine myocardium and histologic comparison with ischemic human myocardium previously treated with surgical transmyocardial revascularization. J Am Coll Cardiol 31(2):164A;1998.

227.   Tanguay JF, Merhi Y, Geoffroy P, Virmani R. Differences in vessel wall passivation between PTCA and stent. J Am Coll Cardiol 31(2):98A;1998.

228.   Webb JG, Carere G, Lo K, Li C, McQueen C, Dodek A, Virmani R. An emboli containment system for saphenous vein graft angioplasty. J Am Coll Cardiol 31(2):236A;1998.

229.   Kolodgie FD, Narula J, Burke AP, Haider N, Farb A, Liang YH, Smialek J, Virmani R. Association of atherosclerotic plaque rupture in sudden coronary death with extensive focal apoptosis of macrophages. Circulation 1998;98:I-47.

230.   Burke AP, Farb A, Malcom GT, Virmani R. Morphologic findings in coronary plaques in men and women dying suddenly: Differences between persons younger and older than 50 years. Circulation 1998;98:I-145.

231.   Burke AP, Farb A, Malcom GT, Virmani R. Distal coronary artery disease and healed myocardial infarctions are more frequent in diabetics dying of sudden coronary death than non-diabetics. Circulation 1998;98:I-145.

232.   Burke AP, Farb A, Virmani R. Sudden death after atrioventricular junction ablation: Histopathologic findings. Circulation 1998;98:I-181.

233.   Sangiorgi G, Burke AP, Kolodgie FD, Farb A, Holmes D, Virmani R. Does acute coronary thrombi composition differ between smokers and non-smokers who died suddenly? Circulation 1998;98:I-561.

234.   Burke AP, Farb A, Tashko G, Liang YH, Virmani R. Is calcification a marker
       of stable or unstable coronary plaques? Circulation 1998;98:I-655.

235.   Farb A, Tang AL, Virmani R. Neointima is reduced but endothelialization is
       incomplete 3 months after $^{32}$P-emitting stent placement. Circulation
       1998;98:I-779.

236.   Taylor AJ, Gorman PD, Farb A, Hoopes TG, Sweet W, Virmani R. Differential
       effect of $^{32}$P -particle emitting stents on the intima and adventitia in the
       dog model. Circulation 1998;98:I-779.

237.   Daniel M, Brigger P, Hong M-K, Burke AP, Virmani R, Mintz GS, Hoeg JM.
       Automated quantitation of intravascular ultrasound measurements accurately
       reflects human coronary atherosclerosis. Circulation 1998;98:I-369.

238.   Webb JG, Carere G, Lo K, Buller E, McQueen C, Dodek A, Kolodgie FD, Virmani
       R. Containment and analysis of embolic material during saphenous vein graft
       angioplasty. Circulation 1998;98:I-354.

239.   Schneider DB, Vassalli G, Linnemann R, Driscoll RM, Sassani AB, DeYoung MB,
       Virmani R, Dichek DA. An atherogenic role for Fas ligand. Circulation
       1998;98:I-320.

240.   Sugiyama S, Okada Y, Sukhova GK, Heinecke JW, Virmani R, Heinecke JW, Libby
       P. A distinct proinflammatory subpopulation of macrophages in human
       atherosclerosis. Circulation 1998;98:I-315.

241.   Carter AJ, Foster M, Bailey LR, DeVries J, Piltz J, Rao KT T, McCarroll E,
       Jones R, Virmani R. Vascular remodeling and neointimal formation depend on
       stent design and strut geometry in small diameter coronary artery.
       Circulation 1998;98:I-189.

242.   Burke AP, Farb A, Kolodgie FK, Virmani R. Effect of age on risk factor
       profiles and plaque morphology in sudden cardiac death. Lab Invest
       1999;(79):35A.

243.   Burke AP, Pinto E, Adams L, Virmani R. CD61 immunostaining in fatal
       thrombotic thrombocytopenic purpura with myocardial involvement. Lab Invest
       1999 (79):35A.

244.   Burke A, Sheng M, Kolodgie FD, O'Leary T, Virmani R. Failure to detect
       Chlamydiae Pneumoniae in coronary and carotid atherosclerotic plaques. J Am
       Coll Cardiol 33(2):394A,1999.

245.   Burke AP, Kolodgie F, Farb A, Liang Y-H, Malcom G, Virmani R. Macrophage
       density within the fibrous cap correlates with the etiology of thrombus,
       diabetes, and serum cholesterol. J Am Coll Cardiol 33(2):323A,1999.

246.   Farb A, Burke AP, Kolodgie FD, Virmani R. Coronary plaque progression:
       Evidence for the role of repetitive plaque ruptures and erosions. J Am Coll
       Cardiol 33(2):393A,1999.

247.   Schmermund A, Schwartz RS, Adamzik M, Sangiorgi G, Pfeiffer EA, Burke AP,
       Farb A, Virmani R. SCD as the first manifestation of IHD in persons under
       age fifty: Can extent of calcification predict presence of plaque rupture? J
       Am Coll Cardiol 33(2):301A,1999.

248.  Ashai K, Kantor B, Keelan P, Miyauchi K, Virmani R, Schwartz RS. Novel model of arterial calcification by direct-intramural hydroxyapatite injection. J Am Coll Cardiol 33(2):64A,1999.

249.  Kolodgie FD, Tang A, Gold H K, Finn A, Shroff S, Virmani R. A rat carotid artery model of in-stent restenosis. J Am Coll Cardiol 33(2):55A,1999.

250.  Yeung AC, Hayase M, Fitzgerald P, Virmani R, Tumas M, Lamson T, Flaherty JC, Makower J, Oesterle SN. Percutaneous in-situ coronary artery bypass (PICAB): Current development status and preliminary results of a novel myocardial revascularization technique. J Am Coll Cardiol 33(2):47A,1999.

251.  Carter AJ, Jenkins JS, Bailey LR, Jones R, Sweet W, Fischell TA, Virmani R. Dose rate and cumulative dose effects of P-32 radioactive stents. J Am Coll Cardiol 33(2):20A,1999.

252.  Farb A, Burke AP, Kolodgie FD, Virmani R. Risk profiles are more abnormal and acute thrombi more frequent in young men with sudden coronary death. J Am Coll Cardiol 33(2):324A,1999.

253.  Gregory KW, Hinds MT, Buckley LA, Virmani R, Barofsky AD. Elastin is a biocompatible covering for carotid stents. *Circ.* 100:18 I-32 [157], 1999.

254.  Shroff SS, Farb A, Sweet WL, Virmani R. Sustained neointimal inhibition with delayed healing 6 months after placement of $^{32}$P β-emitting stents. *Circ.* 100:18 I-154 [802], 1999.

255.  Shroff SS, Farb A, Sweet WL, Virmani R. Negative remodeling and intimal growth are responsible for edge effects associated with β-emitting high dose radioactive stents. *Circ.* 100:18 I-154 [803], 1999.

256.  Taylor AJ, Gorman PD, Hudak C, Sweet WL, Farb A, Virmani R. The long-term coronary vascular response to $^{90}$Y-β particle-emitting stents in the canine model. *Circ.* 100:18 I-156 [809], 1999.

257.  Guagliumi G, Virmani R, Valsecchi O, Camrud Allan R, Scuri PM, Armati B, Jones R, Kotevski V, Manazzale V, Camrud LJ, Epis E, Schwartz RS. Optimal implantation technique for self-expanding nitinol stents: Less acute traumatic expansion and slow growth over time result in a larger final coronary lumen. *Circ.* 100:18 I-293 [1531], 1999.

258.  Cejna M, Xu Z, Schoder M, Virmani R, Jones R, Yang P, Bergmeister H, Lammer J. Evaluation of different types of covered stents in the sheep model. *Circ.* 100:18 I-324 [1699], 1999.

259.  Farb A, Weber DK, Burke AP, Kolodgie FD, Virmani R. Morphology of stenosis progression and rupture in saphenous vein bypass grafts. *Circ.* 100:18 I-599 [3156], 1999.

260.  Burke AP, Creighton W, Malcom GT, Farb A, Virmani R. Platelet gpIIIa polymorphism is a risk factor for sudden coronary death. *Circ.* 100:18 I-776 [4096], 1999.

261.  Taylor AJ, Burke AP, O'Malley PG, Farb A, Virmani R. Insights into the "Prognostic Gap": The Framingham risk index, coronary calcification and culprit plaque morphology in sudden cardiac death. *Circ.* 100:18 I-68 [3414], 1999.

262.  Burke AP, Weber DK, Farb A, Kolodgie FD, Virmani R. Acute coronary plaque
      erosion is associated with polymorphisms of fibrinogen and absence of the
      factor VII ARG/Gln 353 polymorphism. *Circ*. 102:18 II-19, 2000.

263.  Farb A, Burke AP, Kolodgie FD, Liang Y-H, Kutys R, Virmani R. Platelet-rich
      intramyocardial thromboemboli are frequent in acute coronary thrombosis,
      especially plaque erosion. *Circ*. 102:18 II-774, 2000.

264.  Burke AP, Creighton W, Virmani R. Is the PIA$^2$ polymorphism a risk factor for
      acute coronary thrombosis: *Mod Pathol*. 2000, 13:51A. Abstract 281.

265.  Burke AP, Farb A, Malcom GT, Virmani R. Sudden coronary death in African and
      Caucasian Americans: A comparison of morphologic finds and risk factor
      profiles. *Circ*. 2000; 102 (Suppl II): II-841.

266.  Burke AP, Weber D, Virmani R. Healed plaque ruptures: a morphometric study
      supporting a mechanism of plaque progression. *Mod Pathol*. 2000; 13:51A.
      Abstract 282.

266a. Kolodgie FD, Burke AP, Farb A, Gannon FH, Weber DK, Schwartz SM, Virmani R.
      Eruptive calcified nodules: a unique mechanism of thrombosis and sudden
      coronary death. First Annual Conference on Arteriosclerosis, Thrombosis, and
      Vascular Biology, Denver, Colorado, May 20-22, 2000.

267.  Burke AP, Weber DK, Kolodgie FD, Peterson E, Virmani R. Atherosclerotic
      coronary artery expansion is not simply a function of percent stenosis;
      calcification and lipid core contribute to positive remodeling. *J Am Coll
      Cardiol*. 2001;37(2),3A(1039-22).

268.  Burke AP, Varghese PJ, Peterson E, Malcom G, Farb A, Virmani R. Large lipid
      core and extensive plaque burden are features of coronary atherosclerosis in
      patients with non-insulin dependent diabetes mellitus. *J Am Coll Cardiol*.
      2001;37(2),257A(1160-172).

269.  Burke AP, Tracy R, Virmani R. C-reactive protein as a risk factor for
      atherothrombosis: a post-mortem study. *Mod Pathol*. 14(1):238A,2001.

270.  Burke A, Varghese J, Weber D, Kolodgie F, Farb F, Virmani R. Coronary plaque
      lipid core size, calcified area and plaque burden in diabetics and non-
      diabetics dying suddenly with severe coronary atherosclerosis. 2nd Annual
      Conference on Arteriosclerosis Thrombosis and Vascular Biology, AHA, May 12,
      2001, Arlington, VA.

271.  Finn AV, Clermont A, Kolodgie FD, Weber DK, Yu JC Hollenbach S, Giese N,
      Virmani R, Gold H. An oral inhibitor of platelet derived growth factor
      limits neointimal formation after arterial balloon injury in a rat model of
      type II diabetes mellitus. *Circulation*. 2001;104(17)Suppl II:II-236 (#1138).

272.  Khurana C, Farb A, Weber DK, Burke AP, Virmani R. The importance of arterial
      injury in the development of restenosis in humans with small diameter
      coronary stents. *Circulation*. 2001;104(17)SupplII:II-388 (#1850).

273.  Burke AP, Kolodgie FD, Creighton W, Kutys R, Farb A, Virmani R. Homozygosity
      for IL-1RN Allele 2 confers a protective effect against fatal coronary
      thrombosis. *Circulation*. 2001;104(17)SupplII:II-448 (#2126).

274.  Robinson KA, Chronos NAF, Royal J, Suh L, Cipolla GD, Virmani R, Stack
      Richard S.  Actinomycin-D drug-eluting stents preserve lumen size and
      inhibit fibrocellular neointima in pig coronary arteries. *Circulation*.
      2001;104(17)SupplII:II-506 (#2396).

275. John MC, Farb A, Khurana C, Acampado E, Virmani R. Loss of neointimal suppression between 1 and 2 years after placement of $^{32}$P β-emitting stents. *Circulation*. 2001;104(17)SupplII:II-666 (#3146).

276. Kolodgie FD, Edwards S, Petrov A, Sachleben RA, Hartung D, Weber DK, Narula N, Jain D, Gold HK, Virmani R, Narula J. Noninvasive detection of matrix metalloproteinase upregulation in experimental atherosclerotic lesions and its abrogation by dietary modification. *Circulation*. 2001;104(17)Suppl II:II-694 (#3274).

277. Farb A, Virmani R. Late stent thrombosis in humans is due to impaired intimal healing. *JACC*. 2001;37(2)Suppl A:31A (#1123-23).

278. John MC, Farb A, Virmani R. Adverse edge effects are not prevented by 32P Beta-emitting hot-ends radioactive stents. *JACC*.2001;37(2)SupplA:62A (1221-15).

279. Shroff S, Farb A, John M, Virmani R. Neointima formation inhibited, but healing incomplete 12 months after deployment of high dose $^{32}$P beta-emitting stents. *Cardiovasc Radiat Med*. 2001;2:56.

280. John M, Shroff S, Farb A, Virmani R. In vivo cellular responses to $^{32}$P beta-emitting stents. *Cardiovasc Radiat Med*. 2001;2:55-56.

281. Farb A, Kolodgie FD, Hwang JY, Burke AP, Wight TN, Virmani R. CD44 and persistence of versican, type III collagen, and hypercellularity of the in-stent neointima within human coronary arteries. *Circ*. 2002;106(Suppl II): II-392.

282. Burke AP, Farb A, Kutys R, Zieske A, Weber DK, Virmani R. Atherosclerotic coronary plaques in African Americans are less likely to calcify than coronary plaques in Caucasian Americans. *Circ*. 2002;106(Suppl II):II-481.

283. Farb A. John MC, Acampado E, Kolodgie FD, Weber DK, Prescott MF, Virmani R. Oral administration of everolimus (RAD) reduces in-stent restenosis in the NZW rabbit. *Circ*. 2002;106(Suppl II):II-593.

284. Burke AP, Kolodgie F, Weber D, Fowler D, Zieske A, Virmani R. Macrophage infiltration and expression of advanced glycation end-product receptor (RAGE) are increased in coronary atherosclerotic plaques of diabetics. *Circ*. 2002;10(Suppl II):II-562.

285. Schneiderman J, Wilensky R, Weiss A, Smouha E, Muchnik L, Chen-Zion M, Golan E, Virmani R. Detection of vulnerable plaques in ex-vivo human aortas with a novel intravascular magnetic resonance catheter. *Circ*. 2002;106(Suppl II): II-657.

286. Burke AP, Kolodgie FD, Farb A, Weber D, Virmani R. Role of circulating myeloperoxidase positive monocytes and neutrophils in occlusive coronary thrombi. *J Am Coll Cardiol*. 2002;39(5),256A.

287. Burke AP, Farb A, Kutys R, Virmani R. Smoking is independently associated with cardiomegaly in coronary and non-coronary deaths in men. *J Am Coll Cardiol*. 2002;39(5),144A.

288. John M, Khurana C, Kolodgie FD, Acampado E, Desai N, Soon-Shiong P, Farb A, Virmani R. A novel preparation of systemic paclitaxel reduces in-stent restenosis in the rabbit. *JACC*. 2002;39(5),5A.

289. Farb A, Pessanha BS, Burke AP, Virmani R. Causes of death in patients with in-stent restenosis. *JACC*. 2002;39(5),25A.

290. Pessanha BS, Farb A, Weber DK, Burke AP, Virmani R. Accelerated atherosclerotic change in saphenous vein bypass graft restenosis: Importance of the lipid core. *JACC*. 2002;39(5),33A.

291. Gallo R, Chauvet P, Urick M, Burke A, Virmani R. Endocardial cryotherapy induces marked arteriogenesis in normal porcine myocardium. *JACC*. 2002;39(5),278A.

292. Rubenstein MH, Garabedian HD, Guerrero L, Sullivan SM, Thomas A, Virmani R, Hollenbach S, Leinbach RC, Gold HK. Coronary artery passivation: A mechanism for the prevention of recurrent ischemia after thrombolysis. *JACC*. 2002;39(5),280A.

293. Kim AY, Baughman KL, Walinsky PL, Kolodgie FD, Bain CE, Sperry J, Deming C, Peck E, Shake J, Ang G, Esmon C, Virmani R, Rade J. Loss of thrombomodulin expression impairs vein graft thromboresistance. *JACC*. 2002;39(5),451A.

294. Carter AJ, Welch L, Gibson L, Sedlik S, Virmani R. Stents coated with the lipophilic compound A24 profoundly inhibit neointimal formation in the porcine coronary model. *JACC*. 2003;41(6),6A.

295. Cheneau EF, John MC, Fournadjiev J, Chan RC, Kim H-S, Pakala R, Leborgne L, Virmani R, Waksman R. Time course of stent endothelialization after intravascular radiation therapy. *JACC*. 2003;41(6),48A.

296. Carter AJ, Ambrose D, Gibson L, Welch L, Coleman L, Virmani R. Experimental evaluation of a novel balloon expandable stent and delivery system for treatment of coronary bifurcation lesions. *JACC*. 2003;41(6),58A.

297. Wilensky RL, Weisse A, Samouha E, Muchnik L, Alexandrowicz G, Chen-Zion M, Ilovich MT, Flugelman M, Golan E, Virmani R. *JACC*. 2003;41(6),59A.

298. Burke AP, Kolodgie F, Farb A, Virmani R. Myeloperoxidase containing macrophages and neutrophils and stainable intracellular iron in plaque progression to rupture and organize. *JACC*. 2003;41(6),240A.

299. Leborgne L, Fournadjiev J, Pakala R, Weber D, Yazdi H, Cheneau EF, Hellinga D, Virmani R, Waksman R. Increased atherosclerotic plaque burden after intravascular radiation in an atherosclerotic rabbit model. *JACC*. 2003;41(6),284A.

300. Leborgne L, Fournadjiev JA, Pakala R, Yazdi H, Cheneau EF, Rivera E, Wolfram R, Hellinga D, Seaborn R, Virmani R, Waksman R. Transepicardial autologous bone marrow transplantation in a porcine nonreperfused myocardial infarction model: Angiogenesis or myogenesis? *JACC*. 2003;41(6),296A.

301. Hartung D, Petrov A, Kolodgie F, Narula N, Edwards SD, Haider N, Virmani R, Narula J. Targeting vitronectin receptors for noninvasive radionuclide imaging of atherosclerosis. *JACC*. 2003;41(6),444A.

302.  Petrov A, Hartung D, Kolodgie F, Narula N, Haider N, Kohut A, <u>Virmani R</u>, Narula J. Imaging inflammation in atherosclerotic lesions by radiolabeled chemotactic peptide: Would identification of vulnerable plaques become feasible? *JACC*. 2003;41(6),445A.

303.  Hartung D, Petrov A, Kolodgie F, Narula N, Kohut A, Haider N, Golder HK, <u>Virmani R</u>, Narula J. Abrogation of apoptosis in atherosclerotic plaques: Feasibility of noninvasive detection by radionuclide imaging with annexin-V. JACC. 2003;41(6),445A.

304.  Burke A, Kolodgie F, Farb A, <u>Virmani R</u>. Gender differences in coronary plaque morphology in sudden coronary death. Circ. 2003;108(17),IV-165.

305.  Hartung D, Petrov A, Kolodgie F, Narula N, Haider N, <u>Virmani R</u>, Strauss W, Narula J. Imaging inflammation in atherosclerosis by targeting MCP-1-Receptors to identify vulnerable plaques. Circ. 2003;108(17),IV-224.

306.  Creighton W, Burke AP, <u>Virmani R</u>. Identification of two novel mutations of cardiac ryanodine receptor (RYR2) gene in exercise-induced sudden deaths. *Circ*. 2004;110(17),III-17.

307.  Burke AP, Kolodgie FD, Kutys R, <u>Virmani R</u>. Multiple sites of luminal fibrin in sudden coronary death attributed to plaque rupture. *Circ*. 2004;110(17), III-124.

308.  Fischer JW, Steitz SA, Johnson PY, Burke A, Kolodgie F, <u>Virmani R</u>, Gaichelli C, Wight TN. Decorin promotes aortic smooth muscle cell calcification and colocalizes to calcified regions in human atherosclerotic lesions. *Atherterioscler Thromb Vasc Biol.* 2004 Dec;24(12):2391-6.

309.  Segev A, Nili N, Qiang B, Wong AJ, Pasterkamp G, Pillarisetti S, <u>Virmani R</u>, Strauss BH. Stents coated with a perlecan-inducing compound significantly reduce intimal hyperplasia in a rabbit iliac in-stent restenosis model: Novel insights into the diverse biological effects of Perlecan. *Circ*. 2004; 110(17),III-219.

310.  Kolodgie FD, Burke AP, Taye A, Liu W, Sudhir K, <u>Virmani R</u>. Lipoprotein-associated phospholipase A2 is highly expressed in macrophages of coronary lesions prone to rupture. Circ. 2004;110(17),III-246.

311.  Ishii Y, <u>Virmani R</u>, Gaynor SL, Diodate MD, Goldman SM, Prechtel EJ, Kronengold RT, Damiano RJ. A novel bioengineered small caliber vascular graft incorporating Sirolimus. *Circ*. 2004;110(17),III753.

312.  Wilensky RL, Schneiderman J, Weiss A, Samouha E, Golan E. Flugelman M, Rozenman Y, <u>Virmani R</u>. Vulnerable plaque diagnosis by a self-contained intravascular magnetic resonance imaging probe: proof of concept. *European Heart J.* 2004;25(suppl)99.

313.  Vela D, Burke A, Naghavi M, Madjid M, Casscells W, <u>Virmani R</u>. Inflammation of peri-adventitial fat of human coronary arteries as a marker of plaque vulnerability. Establization from the outside in? *European Heart J.* 2004;25(suppl)152&232.

314.  Gregory K, Kim B, Wamser C, Teach J, Glanville R, Anderson M, Ren Z, Bazar A, Qian, R, Jones R, <u>Virmani R</u>, Rivera E. Low thrombogenicity human recombinant elastin protein – a new physiologic coating for vascular stents. *The American Journal of Cardiology.* 2005;96(7A)33H.

315. Beohar N, Davidson C, Mehta J, Singhal S, Robbins J, Flaherty J, Vidovich M, Rapp J, Brodsky A, Rammohan C, Bonow R, Virmani R. Pathological and functional evaluation of GCSF therapy in a porcine model of myocardinal infaction. *The American Journal of Cardiology*. 2005;96(7A)69H.

316. Virmani R, Weiss A, Hasaroni K, Golan E, Acampado E, Skorija K, Ladich E, Kolodgie F. Intravascular magnetic resonance imaging of atherosclerotic lesions in hypercholesterolemic rabbits. *The American Journal of Cardiology*. 2005;96(7A)111H.

317. Regar E, Hennen B, Grube E, Halon D, Wilensky R, Virmani R, Schneiderman J, Ben-Am M, Tammam E, Golan E, Serruys P, Wijns W. First in man application of a self-contained intracoronary magnetic resonance imaging system. A mult-center safety and feasibility trial. *The American Journal of Cardiology*. 2005;96(7A)111H.

318. Finn A, Kolodgie F, Acampado E, Guerrero L, Tefera K, Weber D, Gold H, Virmani R. Delayed healing and persistent inflammation at sites of overlapping sirolimus and paclitaxel drug-eluting stents. *JACC*. 2005;45(3A)1116-1.

319. Garcia-Touchard A, Lamson T, Makower J, Virmani R, Schwartz R. Stenting the venous system: The venous response to injury. *JACC*. 2005;45(3A)804-4.

320. Feldman M, Nebeker J, Virmani R, McKoy J, Davidson C, Hoffman J, Raisch D, Belknap S, West D, Samore M, Yarnold P, Davidson L. Hypersensitivity reactions in patients with drug eluting stents. *JACC*. 2005;45(3A)1150-35.

321. Xanthos S, Vengrenyuk Y, Carlier S, Gilchrist L, Ganatos P, Kolodgie F, Virmani R, Weinbaum S. Local stress concentration around calcified apoptotic macrophages in the fibrous cap: A new hypothesis for the rupture of coronary thin-cap atheroma lesions. *JACC*. 2006;47(4A)977-162.

322. Joner M, Finn A, Farb A, Ladich E, Kolodgie F, Skorija K, Gold H, Virmani R. Morphologic predictors of drug-eluting stent thrombosis in man. World Congress of Cardiology 2006, 2-6 September 2006, Barcelona, Spain.

323. Cheruvu P, Finn A, Gardner C, Caplan J, Goldstein J, Stone G, Virmani R, Muller J. Destiny and distribution of thin-cap fibroatheroma and rupture plaque in human coronary arteries – a pathologic study. *Circulation*. 2006;114(18)II-22.

324. Burke A, Kutys B, Kolodgie F, Virmani R. Adventitial inflammation reflects intimal coronary atherosclerotic plaque morphology. *Circulation*. 2006;114(18)II-31.

325. Virmani R, Malik S, Burke A, Skorija K, Wong N, Kolodgie F, Finn A, Narula J. Vulnerable plaque pathology for imagers. *Circulation*. 2006;114(18)II-381.

326. Joner M, Finn A, Kolodgie F, Burke A, Ladich E, Gold H, Virmani R. Lack of neointimal growth is a predictor of late stent thrombosis. *Circulation*. 2006;114(18)II-453.

327. Joner M, Quee S, Coleman L, Skorija K, Wilson P, Kolodgie F, Virmani R. Competitive comparison of reendothelialization in drug-eluting stents. *Circulation*. 2006;114(18)II-506.

328. Joner M, Morimoto K, John M, Finn A, Listhrop R, Acampado E, Kolodgie F, Virmani R. Site specific targeting of nanoparticle prednisolone prevents in-

stent restenosis in a rabbit model of established atheroma. *Circulation*. 2006;114(18)II-511.

329. John M, Finn A, Wessely R, Kastrati A, Joner M, Uchihashi M, Crimins J, Kolodgie F, Listhrop R, Gold H, Schomig A, <u>Virmani R.</u> Comparison of overlapping non-polymer versus polymer-based DES: finding a better balance between neointimal suppression and arterial healing. *Circulation*. 2006;114(18)II-643.

330. Toma C, Li J, Jain U, Ajgaonkar M, Chronos N, Wilensky R, <u>Virmani R.</u> Optical pathlength spectroscopy predicts fibrous cap thickness in ex-vivo atherosclerotic human aortae. *Circulation*. 2006;114(18)II-3427.

331. Nakazawa G, Joner M, Ladich E, Kolodgie F, Finn A, Gold H, <u>Virmani R.</u> Pathologic findings of coronary bifurcation stenting – drug-eluting vs. bare medal stent. I2 Summit, 25-27 March 2007, New Orleans, LA.

332. Nakazawa G, Ladich E, Mont EK, Finn AV, Kutys R, Burke A, Kolodgie FD, <u>Virmani R.</u> Incidence and predictors of drug eluting stent fracture in human coronary artery – pathologic analysis. *Circulation*. 2007;116(16)II-414.

333. Nakazawa G, Joner M, Finn AV, Ladich E, Mont EK, Kutys R, Burke A, Kolodgie FD, <u>Virmani R.</u> Differences in vascular response following sirolimus and paclitaxel eluting stents. *Circulation*. 2007;116(16)II-415.

334. Ladich E, Burke A, Guagliumi G, Musumeci G, Sirbu V, Kutys R, <u>Virmani R.</u> Detection of eosinophils in thrombectomy aspirates from patients with late stent thrombosis: predictor of hypersensitivity? *Circulation*. 2007;116(16)II-618.

335. Nakazawa G, Joner M, Ladich E, Finn AV, Mont EK, Kutys R, Burke A, Kolodgie D, <u>Virmani R.</u> Drug eluting stents implantation in acute myocardial infarction significantly delays healing and increases stent thrombosis. *Circulation*. 2007;116(16)II-628.

336. Cook S, Ladich E, Eshtehardi P, Vogel R, Togni M, Billinger M, Wenaweser P, Seiler C, Hess OM, Meier B, <u>Virmani R</u>. Correlation of intravascular ultrasound findings with histopathologic analysis of thrombus aspirates in patients with very late DES stent thrombosis. *JACC*. 2008;51(10, Suppl B) 2901-9,B3.

337. Nakazawa G, Kolodgie FD, Parker S, Yoklavich, <u>Virmani R</u>. Improved endothelial coverage of drug-eluting stents when overlapped with an endothelial progenitor cell capture stent. *JACC*. 2008;51(10, Suppl B)2902-11,B9.

338. Nakazawa G, Ladich E, Finn AV, Mont EK, Kutys R, Burke AP, Kolodgie FD, <u>Virmani R</u>. Greater healing is observed in very late versus late drug-eluting stent lesions in man. *JACC*. 2008;51(10, Suppl B)2900-75,B39.

339. Burke A, Cresswell NB, Kutys R, Franks T, Li L, <u>Virmani R</u>. Hypertrophic cardiomyopathy in exertional and nonexertional sudden deaths. *JACC*. 2008;51(10, Suppl A)1023-7,A64.

340. Burke A, Cresswell N, Kolodgie F, <u>Virmani R</u>, Tsimikas S. Increased expression of oxidation-specific epitopes and Lp(a) reflect unstable plaques in human coronary arteries. *JACC*. 2008;51(10, Suppl A)1014-181,A299.

341. Schwartz RS, Burke A, Farb A, Kaye D, Lesser JR, Henry T, Virmani R. Myocardial microvascular obstruction in sudden death from acute myocardial infarction occurs more often in coronary plaque erosion than in plaque rupture. *Circulation*. 2008;118(18)II-S475.

342. Nakazawa G, Wilcox JN, Melder R, Pruitt S, Kolodgie FD, Virmani R. Vascular healing following comparator drug-eluting stents implantation in an atherosclerotic rabbit iliac model – a model of more predictive in human responses to drug-eluting stents. *Circulation*. 2008;118(18)II-S476.

343. Finn A, John MC, Nakazawa G, Raghunathan C, Ezell T, Lajoie S, Xu X, Cheng Q, Kolodgie F, Virmani R, Gold HK. Differential healing in paclitaxel and sirolimus-eluting stents in combination with oral PPAR gamma agents: the role of drug interaction in delayed healing. *Circulation*. 2008;118(18)II-S960.

344. Ladich E, Nakazawa G, Cook S, Windecker S, Burke A, Kolodgie F, Virmani R. Pathology of hypersensitivity in late drug eluting stent thrombosis. *Circulation*. 2008;118(18)II-S1047.

345. Maurovich-Horvat P, Kriegel ML, Schlett CL, Nakazawa G, Vorpahl M, Nakano M, Virmani R, Hoffmann U. Assessment of Coronary Atherosclerotic Plaque by High-Definition Computed Tomography: An ex vivo Study in Human Hearts. American Heart Association, Orlando, Nov 2009

346. Finn AV, John M, Nakazawa G, Nakano M, Davis T, Kolodgie FD, Virmani R. Differential Response to Comparator Drug Eluting Stents in the Diabetic Rabbit Model. American Heart Association, Orland, Nov 2009

347. Vorpahl M, Nakano M, Nakazawa G, Kutys R, Ladich E, Virmani R. Pathology of Drug Eluting Stents an Bare Metal Stents in the Left Main Coronary Artery. American College of Cardiology, Atlanta, Mar 2010

348. Maurovich-Horvat P, Alkadhi H, Stolzmann P, Vorpahl M, Nakano M, Kriegel M, Kaple RM, Do S, Scheffel H, Virmani R, Hoffmann U. Identifying Advanced Coronary Atherosclerotic Plaques: an Ex Vivo Study Using Computed Tomography and Intravascular Ultrasound. American Heart Association, Chicago, Nov 2010

349. Nakano M, Vorpahl M, Yazdani S, Otsuka F, Kolodgie FD, Virmani R. OFDI is a Better Predictor of Above Strut Coverage than IVUS in Stented Human Coronary Arteries Studied Ex-Vivo. American Heart Association, Chicago, Nov 2010

350. Otsuka F, Nakano M, Yazdani SK, Ladich ER, Finn AV, Kolodgie FD, Virmani R. Contribution of Lipoprotein-Associated Phospholipase A2 to Early Necrotic Core Formation in Human Coronary Lesions: A Pathologic Study. American College of Cardiology, New Orleans, Mar 2011

351. Otsuka F, Nakano M, Yazdani SK, Ladich ER, Kolodgie FD, Finn AV, Virmani R. Are Stent Related and Non-Stent Related Deaths Different between Drug-Eluting Stents and Bare Metal Stents? A Pathologic Study. American College of Cardiology, New Orleans, Mar 2011

352. Otsuka F, Nakazawa G, Nakano M, Vorpahl M, Yazdani SK, Ladich ER, Kolodgie FD, Finn AV, Virmani R. The Pathology of Neoatherosclerosis in Human Coronary Bare Metal and Drug-Eluting Stent Implants. American College of Cardiology, New Orleans, Mar 2011

353. Nakano M, Vorpahl M, Otsuka F, Yazdani SK, Ladich ER, Kolodgie FD, Virmani

172

R.  Utility of OFDI in Identifying Neointimal Morphology after Stent Implantation in Human Coronary Arteries Studied Ex-Vivo. American College of Cardiology, New Orleans, Mar 2011

354.  Nakano M, Otsuka F, Yazdani SK, Monroe NC, Narula J, Kolodgie FD, Virmani R. Histomorphometric Characteristics of High-Risk Plaques American College of Cardiology, New Orleans, Mar 2011

355.  Otsuka F, Nakano M, Yazdani, SK, Ladich E, Kolodgie FD, Finn AV, Virmani R. Sudden death in bare metal and drug-eluting stents: gain in restenosis in drug-eluting stent is lost due to late stent thrombosis. European Society of Cardiology, Paris, Aug 2011

356.  Otsuka F, Nakano M, Vorpahl M, Yazdani SK, Ladich E, Kolodgie FD, Finn AV, Virmani R.  Pathology of second- versus first-generation drug-eluting stents in humans: does safety issue still exist? European Society of Cardiology, Paris, Aug 2011

357.  Finn AV, Nakano M, Polavarapu R, Karmali V, Saeed O, Zhao X, Yazdani S, Otsuka F, Davis T, Habib A, Narula J, Kolodgie FD, Virmani R. Hemoglobin dirests macrophage differentiation in prevents foam cell formation in human atherosclerotic plaques. European Society of Cardiology, Paris, Aug 2011

358.  Nakano M, Otsuka F, Yazdani SK, Ladich ER, Finn AV, Kolodgie FD, Virmani R. Ex vivo assessment of neointimal tissues in human stented coronary arteries by optical frequency domain imaging. European Society of Cardiology, Paris, Aug 2011

359.  Nakano M, Finn AV, Carter-Monroe N, Yazdani SK, Otsuka F, Ladich ER, Kutys R, Kolodgie FD, Virmani R. Histological assessment of chronic total occlusion in coronary arteries in sudden death cases. European Society of Cardiology, Paris, Aug 2011

360.  Nakano M, Otsuka F, Yazdani SK, Ladich ER, Kutys R, Finn AV, Kolodgie FD, Virmani R. Inter-strut distance is a significant predictor of restenosis in human coronary drug-eluting stent implants. European Society of Cardiology, Paris, Aug 2011

361.  Maurovich-Horvat P, Schlett C, Alkadhi H, Kriegel M, Nakano M, Otsuka F, Stolzmann P, Scheffel h, Ferencik M, Virmani R, Hoffmann Udo. Plaque attenuation pattern assessment to predict advanced atherosclerotic lesions in coronary CT angiography. American Heart Association, Orland, Nov 2011

362.  Otsuka F, Ladich ER, Nakano M, Kutys R, Atkinson JB, Kolodgie FD, Virmani R. Novel insights into early aortic valve pathology as a precursor to clinical stenosis. American Heart Association, Orland, Nov 2011

363.  Finn AV, Nakano M, Polavarapu R, Karmali V, Saeed O, Zhao X, Yazdani SK, Otsuka F, Davis T, Habib A, Narula J, Kolodgie FD, Virmani R. Hemoglobin directs macrophage differentiation and prevents foam cell formation in human atherosclerotic plaques. American Heart Association, Orland, Nov 2011

364.  Otsuka F, Nakano M, Vorpahl M, Yazdani SK, Kutys R, Ladich ER, Finn AV, Kolodgie FD, Virmani R. The Differential response of arterial healing following second- versus first-generation drug-eluting stents in humans – a pathologic study. American Heart Association, Orland, Nov 2011

365.  Nakano M, Otsuka F, Yazdani SK, Kutys R, Carter-Monroe N, Ladich ER, Finn AV, Kolodgie FD, Narula J, Virmani R. The underlying necrotic core is a determinant of occlusive thrombosis. American Heart Association, Orland, Nov 2011

366.  Nakano M, Otsuka F, Yazdani SK, Kutys R, Carter-Monroe N, Ladich ER, Finn AV, Kolodgie FD, Virmani R. The best histopathologic predictors of DES restenosis in human coronary autopsy cases are media injury and inter-strut distance. American Heart Association, Orland, Nov 2011

367.  Otsuka O, Garcia LA, Zhao XQ, Cheng Q, Brown S, Nakano M, Virmani R, Kolodgie FD.  Pathology of Atherosclerotic Plaques Retrieved by Excision With Gene and Protein Assessment for the Prediction of Clinical Outcomes in Peripheral Artery. American College of Cardiology, Chicago, Mar 2012

368.  Seifarth H, Schlett C, Nakano M, Otsuka F, Gary L, Maurovich-Horvat P, Virmani R, Hoffmann U.  Morphology and Composition of Advanced Coronary Plaques in Histology predict the delineation of the Napkin Ring Sign in coronary CT Angiography. American College of Cardiology, Chicago, Mar 2012

369.  Nakano M, Otsuka F, Yazdani SK, Finn AV, Ladich ER, Kolodgie FD, Virmani R. Histomorphologic Determinants of Early Stent Thrombosis in Human Coronary Arteries. (American College of Cardiology, Chicago, Mar 2012)

370.  Maurovich-Horvat P, Schlett C, Kriegel M, Hatem A, Nakano M, Tanaka A, Akiko Maehara A, Tearney GJ, Virmani R, Hoffmann U. Coronary Atherosclerotic Plaque Characterization with Multimodality Imaging in ex vivo Human Hearts. World Congress of Cardiology, Dubai, Apr 2012

371.  Finn AV, Nakano M, Polavarapu R, Karmali V, Saeed O, Narula J, Kolodgie FD, Virmani R.  Reactive Oxygen Species Mediate TLR4 Myd88 Independent Signaling in Human Hemoglobin-Associated Macrophages Through TLR4 Lipid Raft interactions. Arteriosclerosis, Thrombosis and Vascular Biology, Chicago, April 2012

372.  Otsuka F, Nakano M, Yazdani SK, Ladich E, Kolodgie FD, Finn AV, Virmani R. Pathologic Etiology of Early, Late, Very Late, and Very Very Late Stent Thrombosis in 367 Autopsy Cases: Bare Metal versus Drug-Eluting Stents. euroPCR, Paris, May 2012

373.  Nakano M, Otsuka F, Yazdani SK, Kolodgie FD, Virmani R.  Gender Differences of Vascular Response Following Drug-eluting stent implantation in Patients Presenting with Acute Coronary Syndrome: Ex vivo Human Autopsy Study. euroPCR, Paris, May 2012

374.  Nakano M, Otsuka F, Yazdani SK, Finn AV, Ladich ER, Kolodgie FD, Virmani R. An Ex Vivo Autopsy Study of Early Stent Thrombosis in Human Coronary Arteries. euroPCR, Paris, May 2012

375.  Schlett C, Maurovich-Horvat1 P, Bamberg F, Warger W, Nakano M, Tanaka A, Vorpahl M, Seifarth H, Ferencik M, Virmani R, Tearney G, Hoffmann U. Value of Optical Coherence Tomography beyond the Napkin-Ring Sign in CT Angiography for Detecting Coronary Lipid-Core Plaques as Determined by Histology: A Multimodality Imaging Study in Human Donor Hearts. Transcatheter Cardiovascular Therapeutics, Miami, October 2012

376.  Nakano M, Otsuka F, Finn AV, Ladich ER, Kolodgie FD, Virmani R. Histological Analysis of Neointimal Characteristics in Drug-eluting and Bare Metal Stents Implanted in Human Coronary Arteries: Autopsy Study. American

Heart Association, Los Angeles, Nov 2012

377. Nakano M, Pacheco E, Otsuka F, Sakakura K, Kolodgie FD, Lafont A, Virmani R. Optical Coherence Tomography Evaluation of a PLA Bioresorbable in a Swine Coronary Artery Model. American College of Cardiology, San Francisco, March 2013

378. Sakakura K, Nakano M, Otsuka F, Barakat M, Ren J, Kolodgie FD, Virmani R. Improved arterial healing in response to a novel polyphoshazene surface-modified stent in swine. EuroPCR, Paris, May 2013

379. Hou D, Kar S, Jones RM, Werner D, Swanson L, Tischler B, Huibregtse BA and Virmani R. TCT-798 Anatomical Effect on Left Atrial After Transcatheter Left Atrial Appendage Devices: Watchman and Amplatzer Cardiac Plug in a Canine Model. Journal of the American College of Cardiology. 2013;62:B242-B242.

380. Ladich E, Coleman L, Cabane V, Sakakura K, Otsuka F, Markham P and Virmani R. TCT-497 Arterial Media Preservation Associated with The Paradise Ultrasound Renal Denervation System: A Next generation Approach for Treating Resistant Hypertension. Journal of the American College of Cardiology. 2013;62:B151-B152.

381. Otsuka F, Ladich E and Virmani R. TCT-441 A Pathologic Study of Explanted Parachute Devices from Seven Heart Failure Patients following Percutaneous Ventricular Restoration. Journal of the American College of Cardiology. 2013;62:B136-B136.

382. Otsuka F, Pacheco E, Perkins LE, Lane JP, Wang Q, Kamberi M, Sakakura K, Yahagi K, Ladich E, Rapoza R, Kolodgie FD and Virmani R. TCT-810 Long-term Safety of Everolimus-Eluting Bioresorbable Vascular Scaffold versus Cobalt-Chromium XIENCE V Stent in a Porcine Coronary Artery Model. Journal of the American College of Cardiology. 2013;62:B245-B246.

383. Otsuka F, Pacheco E, Sakakura K, Yahagi K, Acampado E, Kolodgie FD and Virmani R. TCT-819 Healing of a Combination Sirolimus-Eluting, Endothelial Progenitor Cell Capture Stent Compared to an Everolimus-Eluting Stent in an Atherosclerotic Rabbit Model. Journal of the American College of Cardiology. 2013;62:B248-B248.

384. Otsuka F, Sakakura K, Yahagi K, Kutys R, Ladich E, Kolodgie FD and Virmani R. TCT-474 Is Early Stent Thrombosis Reduced in Cobalt-Chromium Everolimus-Eluting Stent in Humans? Journal of the American College of Cardiology. 2013;62:B145-B145.

385. Otsuka F, Sakakura K, Yahagi K, Kutys R, Ladich E, Kolodgie FD and Virmani R. TCT-475 Is the Prevalence of Stent Fracture in MULTI-LINK VISION Everolimus-Eluting Stents Different from Bare Metal MULTI-LINK VISION Stents? Journal of the American College of Cardiology. 2013;62:B145-B145.

386. Patel R, Virmani R, Kolodgie FD and Cogan D. TCT-797 Vascular healing after AXERA(tm) Access and Closure: a 30 day histopathological assessment in the ovine model. Journal of the American College of Cardiology. 2013;62:B242-B242.

387. Peppas A, Giasolli R, Tellez A, Burns CA, Conditt GB, Kolodgie FD, Schneider PA, Shibuya M, Virmani R, Kaluza GL and Granada J. TCT-553 A Novel Endovascular Stapling Device Provides a Minimally Injurious Stent Alternative for Maintaining Lumen Patency: A 28-Day Femoral Artery Study in Swine. Journal of the American College of Cardiology. 2013;62:B166-B166.

388. Sakakura K, Cheng Q, Otsuka F, Yahagi K, Barakat M, Ren J, Ladich E, Kolodgie FD and Virmani R. TCT-806 Thrombogenicity Of Novel Polyphosphazene Surface-modified Coronary Stent Compared To Standard Bare Metal Stent In Swine Shunt Model. Journal of the American College of Cardiology. 2013;62:B244-B245.

389. Sakakura K, Ladich E, Fuimaono K, Grunewald D, O'Fallon P, Otsuka F, Yahagi K, Kolodgie FD and Virmani R. TCT-489 Comparison Of Arterial, Surrounding Soft Tissue And Nerve Damage With Irrigated Vs. Non-irrigated Radiofrequency Ablation. Journal of the American College of Cardiology. 2013;62:B149-B150.

390. Yahagi K, Otsuka F, Sakakura K, Ladich E, Kolodgie FD and Virmani R. TCT-319 Pathological findings of basophilic foreign materials in 10 coronary artery and 3 intracerebral Pipeline cases. Journal of the American College of Cardiology. 2013;62:B102-B102.

391. Joner M, Schult I, Roy K and Virmani R. TCT-276 Characterization of vascular response and pharmacokinetics after application of paclitaxel-coated angioplasty balloons in non-diseased swine coronary arteries. Journal of the American College of Cardiology. 2014;64.

392. Matsumura M, Mintz GS, Kang S-J, Sum S, Madden S, Stone GW, Muller JE, Virmani R and Maehara A. TCT-344 IVUS Features of Coronary Plaques with Intraplaque hemorrhage. Journal of the American College of Cardiology. 2014;64.

393. Nakano M, Torii S, Nakazawa G, Ogata N, Virmani R and Ikari Y. TCT-397 Estimation of Plaque Instability by Comparing Culprit versus Non-culprit Lesion Characteristics by OCT in Patients presenting with ACS. Journal of the American College of Cardiology. 2014;64.

394. Otsuka F, Cheng Q, Sheehy A, Sakakura K, Yahagi K, Kutys R, Perkins LE, Ladich E, Joner M, Kolodgie FD and Virmani R. TCT-436 Ex Vivo Shunt Thrombogenicity: A Comparison of XIENCE Everolimus-Eluting Stents to Contemporary Biodegradable Polymer-Coated Drug-Eluting Stents. Journal of the American College of Cardiology. 2014;64.

395. Otsuka F, Pacheco E, Perkins LE, Sakakura K, Yahagi K, Ladich E, Kolodgie FD, Rapoza R, Joner M and Virmani R. TCT-614 Detailed Morphologic Characterization of the Strut Composition Following Absorb Scaffold Placement in a Porcine Coronary Artery Model Through 48 Months. Journal of the American College of Cardiology. 2014;64.

396. Otsuka F, Sakakura K, Yahagi K, Sanchez OD, Kutys R, Ladich E, Fowler DR, Kolodgie FD, Davis HR, Joner M and Virmani R. TCT-655 Contribution of In-Stent Neoatherosclerosis to Late Stent Failure Following Bare Metal and 1st- and 2nd-Generation Drug-Eluting Stent Placement: An Autopsy Study. Journal of the American College of Cardiology. 2014;64.

397. Pathak A, Bailey L, Stanley J, Sakakura K, Coleman L, Ladich E, Joner M and Virmani R. TCT-413 Intra-luminal ultrasound renal denervation effectively reduces sympathetic nerve activity; a translational comparison of preclinical and clinical data. Journal of the American College of Cardiology. 2014;64.

398. Peppas A, Giasolli R, Tellez A, Conditt G, shibuya m, Burns C, Schneider P, Virmani R, Kolodgie F, Kaluza G and Granada J. A NOVEL ENDOVASCULAR NITINOL IMPLANT PROVIDES A MINIMALLY INJURIOUS STENT ALTERNATIVE FOR CREATING TISSUE

APPOSITION: A 90-DAY FEMORAL ARTERY STUDY IN SWINE. Journal of the American College of Cardiology. 2014;63.

399.   Sakakura K, Ladich E, Cheng Q, Otsuka F, Yahagi K, Kolodgie F, Joner M and Virmani R. ANATOMICAL DISTRIBUTION OF HUMAN RENAL SYMPATHETIC NERVES: PATHOLOGIC STUDY. Journal of the American College of Cardiology. 2014;63.

400.   Sanchez OD, Cheng Q, Yahagi K, Otsuka F, Sakakura K, Feygin J, Kolodgie FD, Virmani R and Joner M. TCT-442 Comparison of contemporary DES of different stent geometry and Absorb in a Swine Carotid - Jugular Thrombogenicity Shunt Model. Journal of the American College of Cardiology. 2014;64.

401.   Yahagi K, Cheng Q, Otsuka F, Sakakura K, Sanchez OD, Feygin J, Virmani R and Joner M. TCT-435 Comparison of endothelialization and inflammation between thin- and thick-strut contemporary bioerodable polymer drug-eluting stents and thick-strut fully resorbable scaffolds in the rabbit iliac artery at 14 and 28 days. Journal of the American College of Cardiology. 2014;64.

402.   Yahagi K, Otsuka F, Sakakura K, Ladich E, Kutys R, Virmani R and Joner M. ROLE OF CALCIFICATION ON CORONARY STENTING. Journal of the American College of Cardiology. 2014;63.

403.   Yahagi K, Pacheco E, Nakano M, Otsuka F, Sakakura K, Sanchez OD, Ladich E, Kolodgie FD, Lafont A, Joner M and Virmani R. TCT-617 Short- and long-term safety evaluation of a novel bioresorbable scaffold in a miniature swine coronary artery model. Journal of the American College of Cardiology. 2014;64.

404.   Elmore K, Cho I, Hartaigh BO, Schulman-Marcus J, Szymonifka J, Earls J, Yahagi K, Xiong G, Starikov A, Joner M, Virmani R and Min J. DIAGNOSIS OF NECROTIC INTRAPLAQUE CORES BY DUAL ENERGY CORONARY COMPUTED TOMOGRAPHIC ANGIOGRAPHY IN VICTIMS OF SUDDEN CORONARY DEATH: VALIDATION TO A PATHOLOGIC GOLD STANDARD. Journal of the American College of Cardiology. 2015;65.

405.   Koppara T, Cheng Q, Joner M, Yahagi K, Sanchez O, Mori H, Feygin J, Kolodgie F and Virmani R. CONFOCAL IMAGING OF PACLITAXEL INDUCED VASCULAR RESPONSE AFTER APPLICATION OF A NOVEL DRUG-COATED BALLOON. Journal of the American College of Cardiology. 2015;65.

406.   Koppara T, Dregely I, Kuhs K, Nekolla S, Laugwitz K-L, Schwaiger M, Virmani R and Ibrahim T. FIRST IN MAN OBSERVATIONS WITH SIMULTANEOUS 18F-FDG PET AND MR IMAGING IN PERIPHERAL ARTERY DISEASE USING A WHOLE-BODY INTEGRATED SCANNER. Journal of the American College of Cardiology. 2015;65.

407.   Koppara T, Otsuka F, Garcia L, Zhao X, Yahagi K, Sanchez O, Mori H, Joner M, Kolodgie F and Virmani R. PROGNOSTIC PLAQUE BIOMARKERS FOR THE RISK STRATIFICATION IN PERIPHERAL VASCULAR DISEASE. Journal of the American College of Cardiology. 2015;65.

408.   Mori H, Yahagi K, Koppara T, Sanchez O, Kolodgie F, Cheng Q, Acampado E, Virmani R and Joner M. DIFFERENTIAL REGULATION OF INFLAMMATORY ADHESION MOLECULES DURING ENDOTHELIAL REGENERATION AFTER PERMANENT VERSUS BIORESORBABLE POLYMER DES IMPLANTATION. Journal of the American College of Cardiology. 2015;65.

409.   Otto S, Jaeger K, Virmani R, Figulla HR and Poerner T. PRECLINICAL SAFETY ASSESSMENT OF A NEOINTIMAL SUPPRESSING CIGLITAZONE-COATED STENT: DATA FROM SCANNING ELECTRON AND CONFOCAL MICROSCOPY IN A RABBIT ILIACAL ARTERY MODEL. Journal of the American College of Cardiology. 2015;65.

410.  Yahagi K, Ladich E, Zarpak R, Sanchez OD, Koppara T, Mori H, Olson M, Kolodgie F, Leon M, Joner M and Virmani R. PATHOLOGY OF EDWARDS SAPIEN TRANSCATHETER AORTIC VALVE FOLLOWING IMPLANTATION IN HUMANS. Journal of the American College of Cardiology. 2015;65.

Updated 2 February 2017

## EXHIBIT B

**A. Company Documents**

**Cook Materials Cited in Fishbein Ex. 3 and Ex. 5**

1. Cook_IVCF_003878
2. CookMDL2570_0295471
3. CookMDL2570_0761922
4. Cook_IVCF_014279
5. CookMDL2570_0211248
6. CookMDL2570_0454965
7. Cook_IVCF_014636
8. Cook_IVCF_014064
9. Section H.2 – Clinical Testing from Tulip 510(k) submitted 05.18.2000 [CookIVCF_000049-57 OR CooMDL2570_0006610-6618]
10. Tulip IDE #G000242 Pilot Study Results [Cook IVCF_000890-904 OR CookMDL2570_0007451-7465]
11. Appendix A from Celect 510(k) – Clinical Report on Prospective Study of Cook Celect Filter [Cook IVCF_004207-4217 OR CookMDL2570_0010768-10778]
12. Histopathology Vena Cava Filter Study 3703 [Cook IVCF_014720-14727 / CooMDL2570_0021285-21292]
13. IFU - Gunther Tulip Vena Cava Filter Set for Femoral Vein Approach [CookMDL2570_0008489 – CookMDL2570_0008500]
14. IFU - Cook Celect Filter Set for Femoral and Jugular Vein Approach [CookMDL2570_0012374 – CookMDL2570_0012389]
15. Cook IVC Filter Data Summary (August 24, 2016) and related Appendices (A-H) [CookMDL2570_1276605 - CookMDL2570_1276755]:
    - Appendix A – Practice Guideline Table
    - Appendix B – MRHA 2013 Safety Alert
    - Appendix C – Cook EU Field Safety Notice
    - Appendix D – FDA 2010 Safety Communications
    - Appendix E – FDA 2014 Safety Communication
    - Appendix F – Health Canada 2016 Communication
    - Appendix G – Current Celect Platinum Instructions for Use – I-IGTCFS-US-1203-425-01
    - Appendix G – Draft Celect Premium Instructions for Use
    - Appendix H – Literature Searches Protocols and Reports
16. CookMDL2570_0188486_3718 Follow Up Cranial & Caudal
17. CookMDL2570_0188480_2717 Post Implant Cranial
18. CookMDL2570_0188481_3710 Follow Up Cranial & Caudal
19. CookMDL2570_0188484_3710 Post Implant Cranial
20. CookMDL2570_0188486_3718 Follow Up Cranial & Caudal
21. CookMDL2570_0188488_3718 Post Implant Cranial
22. CookMDL2570_0188490_3731 Follow Up Cranial & Caudal
23. CookMDL2570_0188492_3731 Post Implant Cranial

**Animal Studies**

| | |
|---|---|
| 24. | CI-VCRM - Study TS090183 [CookMDL2570_0012148 - 278 Final Report] |
| 25. | CI-VCOB - Study TS090024 [CookMDL2570_1276105 - 494 terminated] |
| 26. | CI-VCIB - Study TS090184 [CookMDL2570_0187664 - 788 Final Report] |
| 27. | CI-VCA3 - Study FS080105 [CookMDL2570_0188776 - 9038 terminated] |
| 28. | CI-VCA2 - Study FS080102 [CookMDL2570_0188598 - 775 terminated] |
| 29. | CI-VCA1 - Study TS040008 [CookMDL2570_0021398 - 514 miscellaneous data] |
| 30. | CI-VCA1 - Study TS040008 [CookMDL2570_0020629 - 843 Final Report] |
| 31. | CI-PGFA - Study TS020068 [CookMDL2570_0630258 - 484 Final Report] |

**PR11085**

| | |
|---|---|
| 32. | CookMDL2570_0069029 |
| 33. | CookMDL2570_0069031 |
| 34. | CookMDL2570_0069032 |
| 35. | CookMDL2570_0069033 |
| 36. | CookMDL2570_0069037 |
| 37. | CookMDL2570_0069038 |
| 38. | CookMDL2570_0069039 |
| 39. | CookMDL2570_0069043 |
| 40. | CookMDL2570_0069056 |
| 41. | CookMDL2570_1060554 |

**PR14527**

| | |
|---|---|
| 42. | CookMDL2570_0169242 |
| 43. | CookMDL2570_0553098 |
| 44. | CookMDL2570_0619880 |
| 45. | CookMDL2570_0619881 |
| 46. | CookMDL2570_0779128 |
| 47. | CookMDL2570_0779130 |
| 48. | CookMDL2570_0808966 |
| 49. | CookMDL2570_0808968 |

**PR16771**

| | |
|---|---|
| 50. | CookMDL2570_0070531 |
| 51. | CookMDL2570_0070538 |
| 52. | CookMDL2570_0070549 |
| 53. | CookMDL2570_0070550 |
| 54. | CookMDL2570_0070551 |
| 55. | CookMDL2570_0070552 |
| 56. | CookMDL2570_0070553 |
| 57. | CookMDL2570_0070554 |
| 58. | CookMDL2570_0070555 |
| 59. | CookMDL2570_0070556 |
| 60. | CookMDL2570_0070557 |
| 61. | CookMDL2570_0070558 |
| 62. | CookMDL2570_0070559 |
| 63. | CookMDL2570_0070560 |
| 64. | CookMDL2570_0070561 |
| 65. | CookMDL2570_0070568 |

66.    CookMDL2570_0070569
67.    CookMDL2570_0070570
68.    CookMDL2570_0070571
69.    CookMDL2570_0070572
70.    CookMDL2570_0070573
71.    CookMDL2570_0070598
72.    CookMDL2570_0309647
       **PR18362**
73.    CookMDL2570_1074697
       **PR22621**
74.    CookMDL2570_1065154
75.    CookMDL2570_1065159
76.    CookMDL2570_1073917
       **PR52437**
77.    CookMDL2570_1060679
78.    CookMDL2570_1060680
79.    CookMDL2570_1064931
80.    CookMDL2570_1064932
81.    CookMDL2570_1065263
82.    CookMDL2570_1065269
83.    CookMDL2570_1065273
84.    CookMDL2570_1065274
85.    CookMDL2570_1065289
86.    CookMDL2570_1065291
87.    CookMDL2570_1065292
88.    CookMDL2570_1065304
89.    CookMDL2570_1065307
90.    CookMDL2570_1065309
91.    CookMDL2570_1065326
92.    CookMDL2570_1074097
       **PR77058**
93.    CookMDL2570_1060522
94.    CookMDL2570_1060536
95.    CookMDL2570_1060601
96.    CookMDL2570_1064953
97.    CookMDL2570_1065052
98.    CookMDL2570_1065053
99.    CookMDL2570_1065054
100.   CookMDL2570_1065087
101.   CookMDL2570_1065088
102.   CookMDL2570_1074397
       **PR77647**
103.   CookMDL2570_1060610
104.   CookMDL2570_1060614
105.   CookMDL2570_1065050
106.   CookMDL2570_1074469

**B. Medical Literature**

1. Al-Hakim, et al., *The Hangman Technique: A Modified Loop Snare Technique for the Retrieval of Inferior Vena Cava Filters with Embedded Hooks*, 26(1) JVIR 107-110 (2015)

2. Alkhouli, et al., *Inferior Vena Cava Thrombosis,* 9(7) J AM COLL CARDIOL INTV 629-43(2016)

3. Allen, et al., *Retrievable vena cava filters in trauma patients for high-risk prophylaxis and prevention of pulmonary embolism*, 189 AM J SURG 656-661 (2005)

4. Angel, et al., *Systematic review of the use of retrievable inferior vena cava filters*, 22(11) JVIR 1522-1530 (2011)

5. Arabi, et al., *Retrievability of Optional Inferior Vena Cava Filters with Caudal Migration and Caval Penetration: Report Three Cases*, 21(6) JVIR 923-926 (2010)

6. Becher, et al., *Late erosion of a prophylactic Celect IVC filter into the aorta right renal artery and duodenal wall*, 52(4) J VASC SURG 1041-1044 (2010)

7. Bikdeli, et al., *Vena Caval Filter Utilization and Outcomes in Pulmonary Embolism: Medicare Hospitalizations from 1999 to 2010*, 67(9) JACC 1027-1035 (2016)

8. Binkert, et al., *Inferior vena cava filter removal after 317-day implantation*, 16(3) JVIR 395-398 (2005)

9. Binkert, et al., *The Role of Optional Filters,* ENDOVASCULAR TODAY (IVC FILTER UPDATE) 50-56 (2006)

10. Birkmeyer, et al., *Preoperative Placement of Inferior Vena Cava Filters and Outcomes After Gastric Bypass Surgery*, 252(2) ANN SURG 313-318 (2010)

11. Bjarnason, et al., *In Vitro Metal Fatigue Testing of Inferior Vena Cava Filters*, 29(9) INVEST RADIOL 817-821 (1994)

12. Bogue, et al., *Symptomatic caval penetration by a Celect inferior vena cava filter,* 39 PEDIATR RADIOL 1110-1113 (2009)

13. Bos, et al., *Strut Penetration: Local Complications, Breakthrough Pulmonary Embolism, and Retrieval Failure in Patients with Celect Vena Cava Filters*, 26(1) JVIR 101-106 (2015)

14. Brant-Zawadzki, et al., *When Temporary IVC Filters Become Permanent*, ENDOVASCULAR TODAY 69-71 (2010)

15. Buecker, et al., *Long-Term Retrieval of Modified Gunther Tulip Vena Cava Filters An Animal Study*, 42(10) INVESTIGATIVE RADIOLOGY 692-696 (2007)

16. Caplin, et al., *Quality Improvement Guidelines for the Performance if Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism*, 22(11) JVIR 1499-1506 (2011)

17. Cho, et al., *Failed inferior vena cava filter retrieval by conventional method: Analysis of its causes and retrieval of it by modified double-loop technique*, 30(8) PHLEBOLOGY 549-556 (2015)

18. Cipolla, et al., *Complications of Vena Cava Filters: A Comprehensive Clinical Review*, 2(2) OPUS 12 SCIENTIST 11-24 (2008)

19. Decousus, et al., *A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis*, 338(7) THE NEW ENGLAND JOURNAL OF MEDICINE 409-415 (1998)

20. Decousus, et al., *Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism the PREPIC*, 112 CIRCULATION 416-422 (2005)

21. DeRubertis, et al., *Advanced IVC Filter Retrieval Techniques*, ENDOVASCULAR TODAY 69-73 (2012)

22. Dinglasan, et al., *Removal of Fractured Inferior Vena Cava Filters: Feasibility and Outcomes*, 23(2) JVIR 181-187 (2011)

23. Dinglasan, et al., *Complicated inferior vena cava filter retrievals associated factors identified at preretrieval CT*, 266(1) RADIOLOGY 347-357 (2013)

24. Doody, et al., *Assessment of snared-loop technique when standard retrieval of inferior vena cava filters fails*, 32(1) CARDIOVASC INTERVENT RADIOL 145-149 (2009)

25. Dowell, et al., *Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation*, 26(10) JVIR 1510-1518 (2015)

26. Durack, et al., *Perforation of the IVC Rule Rather than Exception After Longer Indwelling Time for the Gunther Tulip and Celect Retrievable Filters*, 35(2) CARDIOVASC INTERVENT RADIOL 299-308 (2012)

27. Foley, et al., *A 'fall-back' technique for difficult inferior vena cava filter retrieval*, 56(6) J VASC SURG 1629-1633 (2012)

28. Geerts, et al., *Prevention of Venous Thromboembolism in high-risk patients*, AMERICAN SOCIETY OF HEMATOLOGY 462-466 (2006)

29. Given, et al., *Retrievable Gunther Tulip inferior vena cava filter experience in 317 patients – 2008*, 52 JOURNAL OF MEDICAL IMAGING AND RADIATION ONCOLOGY 452-457 (2008)

30. Glocker, et al., *Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success*, 2(1) J VASC SURG 21-25 (2014)

31. Grassi, et al., *Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism*, 14(9)(2) JVIR S271-S275 (2003)

32. Gunther, et al., *New Optional IVC Filter for Percutaneous Retrieval--In Vitro Evaluation of Embolus Capturing Efficiency,* 177 FORTSCHR RÖNTGENSTR 632-636 (2005)

33. Hammer, et al., *In Vitro Evaluation of Vena Cava Filters*, 5 JVIR 869-876 (1994)

34. Haut, et al., *The effectiveness of prophylactic inferior vena cava filters in trauma patients a systematic review and meta-analysis*, 149(2) JAMA SURG 194-202 (2014)

35. Hemmila, et al., *Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients*, 262(4) ANN SURG 577-585 (2015)

36. Hoppe, et al., *Gunther Tulip Filter Retrievability Multicenter Study Including CT Follow-up: Final Report*, 17(6) JVIR 1017-1023 (2006)

37. Hull, et al., *Bard Recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration*, 20(1) JVIR 52-60 (2009)

38.   Jaeger, et al., *In Vitro Model for the Evaluation of Inferior Vena Cava Filters: Effect of Experimental Parameters on Thrombus-Catching Efficacy of the Vena Tech-LGM Filter*, 9 JVIR 294-304 (1998)

39.   Johnson, et al., *IVC Filter Use: What's Next*, ENDOVASCULAR TODAY 40-42 (2011)

40.   Johnson, et al., *Vena Cava Filter Fracture: Unplanned Obsolescence*, 23(2) JVIR 196-198 (2012)

41.   Kachura, et al., *Inferior vena cava filter removal after 475-day implantation,* 16(8) JVIR , 1156-1158 (2005)

42.   Karmy-Jones, et al., *Practice patterns and outcomes of retrievable vena cava filters in trauma patients an AAST multicenter study*, 62(1) J TRAUMA 17-25 (2007)

43.   Kaufman, et al., *Guidelines for the Use of Retrievable and Convertible Vena Cava Filters: Report from the Society of Interventional Radiology Multidisciplinary Consensus Conference*, 17(3) JVIR 449-459 (2006)

44.   Kaufman, *Guidelines for the Use of Optional (Retrievable and Convertible) Vena Cava Filters*, ENDOVASCULAR TODAY 42-47 (September 2006)

45.   Kaufman, *Guidelines for the Use of Retrievable Vena Cava Filters*, INTERVENTIONAL CARDIOLOGY (TOUCH BRIEFINGS) 52-54 (2007)

46.   Kaufman, et al., *Development of a Research Agenda for Inferior Vena Cava Filters: Proceedings from a Multidisciplinary Consensus Panel*, 20(6) JVIR 697-707 (2009)

47.   Kaufman, et al., *IVC Filters: Do Current Data Support the Indications?*, ENDOVASCULAR TODAY 52-56 (2010)

48.   Knott, et al., *New technique to prevent tilt during inferior vena cava filter placement*, 55 J VASC SURG 869-871 (2012)

49.   Kuo, et al., *High-Risk Retrieval of Adherent and Chronically Implanted IVC Filters: Techniques for Removal and Management of Thrombotic Complications*, 20(12) JVIR 1548-1556 (2009)

50.   Kuo, et al., *Complex Retrieval of Fractured, Embedded and Penetrating Inferior Vena Cava Filters: A Prospective Study with Histologic and Electron Microscopic Analysis*, 24(5) JVIR  622-630.e1 (2013)

51.   Kuo, et al., *Excimer laser-assisted removal of embedded inferior vena cava filters a single-center prospective study*, 6 CIRC CARDIOVASC INTERV 560-566 (2013)

52.   Laborda, et al., *Laparoscopic Demonstration of Vena Cava Wall Penetration by Inferior Vena Cava Filters in an Ovine Model*, JVIR (2011)

53.   Laborda, et al., *Influence of breathing movements and Valsalva maneuver on vena caval dynamics*, 6(10) WORLD J RADIOL 833-839 (2014)

54.   Lee, et al., *The CIRSE IVC Filter Retrieval Registry*, ABSTRACT CIRSE (2015)

55.   Lee, et al., *The CIRSE Retrievable IVC Filter Registry: Retrieval Success Rates in Practice*, 38 CARDIOVASC INTERVENT RADIOL 1502-1507 (2015)

56.   Looby, et al., *Gunther Tulip Retrievable Inferior Vena Caval Filters: Indications, Efficacy, Retrieval, and Complications*, 30 CARDIOVASC INTERVENT RADIOL 59-65 (2007)

57.   Lyon, et al., *Short- and long-term retrievability of the Celect vena cava filter results from a multi-institutional registry*, 20(11) JVIR  1441-1448 (2009)

58.   Marquess, et al., *Factors associated with failed retrieval of the Gunther Tulip inferior vena cava filter*, 19(9) JVIR  1321-1327 (2008)

59.   McDonald, et al., *Retrievable Gunther Tulip Filter - Experience in 188 Cases. Paper. 2005 Annual Meeting Society of Interventional Radiology*, PAPER 2005 ANNUAL MEETING SOCIETY OF INTERVENTIONAL RADIOLOGY (2005)

60.   McLoney, et al., *Complications of Celect Gunther tulip and Greenfield inferior vena cava filters on CT follow-up a single-institution experience*, 24(11) JVIR 1723-1729 (2013)

61.   Miller, et al., *ACR-SIR Practice Guideline on Informed Consent for Image-guided Procedures*, THE AMERICAN COLLEGE OF RADIOLOGY – PRACTICE GUIDELINE (REVISED 2011); RESOLUTION 39, INFORMED CONSENT IMAGE-GUIDED, 1-5 (2011)

62.   Millward, et al., *Gunther Tulip Retrievable Vena Cava Filter results from the Registry of the Canadian Interventional Radiology Association*, 12(9) JVIR 1053-1058 (2001)

63.   Minocha, et al., *A Dedicated IVC Filter Clinic*, ENDOVASCULAR TODAY 51-54 (2010)

64.   Mismetti, et al., *Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism A Randomized Clinical Trial*, 313(16) JAMA 1627-1635 (2015)

65.   Morales, et al., *Decision Analysis of retrievable inferior vena cava filters in patients without pulmonary embolism*, 1(4) J VASC SURG 376-384 (2013)

66.   Morris, et al., *Current trends in vena caval filtration with the introduction of a retrievable filter at a level I trauma center*, 57(1) J TRAUMA 32-36 (2004)

67.   Muriel, et al., *Survival Effects of Inferior Vena Cava Filter Patients With Acute Symptomatic Venous Thromboembolism and a Significant Bleeding Risk*, 63(16) J AM COLL CARDIOL 1675-1683 (2014)

68.   Neuerburg, et al., *New Retrievable Percutaneous Vena Cava Filter: Experimental In Vitro and In Vivo Evaluation*, 16 CARDIOVASC INTERVENT RADIOL 224-229 (1993)

69.   Nicholson, et al., *Prevalence of Fracture and Fragment Embolization of Bard Retrievable Vena Cava Filters and Clinical Implications Including Cardiac Perforation and Tamponade*, 170(20) ARCH INTERN MED 1827-1831 (2010)

70.   Nicholson, et al., *Refrain, Recover, Replace*, 23(2) JVIR 195-196 (2012)

71.   Oh, et al., *Removal of Retrievable Inferior Vena Cava Filters with Computed Tomography Findings Indicating Tenting or Penetration of the Inferior Vena Cava Wall*, 22(1) JVIR 70-74 (2011)

72.   Olorunsola, et al., *Caval penetration by retrievable inferior vena cava filters a retrospective comparison of Option and Gunther Tulip filters*, 24(4) JVIR  566-571 (2013)

73.   Ota, et al., *The Gunther-Tulip retrievable IVC filter clinical experience in 118 consecutive patients*, 72 CIRC J 287-292 (2008)

74.   Piano, et al., *Safety, feasibility, and outcome of retrievable vena cava filters in high-risk surgical patients*, 45(4) J VASC SURG 784-788 (2007)

75.   Poirier, et al., *Thrombosis of inferior vena cava filters: an analysis of explanted devices*, SOCIETY FOR BIOMATERIALS, 29TH ANNUAL MEETING AND EXPOSITION, RENO, ABSTRACT #169:32 (2003)

76. Prasad, et al., *The inferior vena cava filter how could a medical device be so well accepted without any evidence of efficacy*, 173(7) JAMA INTERN MED 493-495 (2013)

77. Razavi, *An Interview with Mahmood Razavi*, ENDOVASCULAR TODAY 81-82 (2010)

78. Rondonotti, et al., *An unusual double-balloon enteroscopy finding: duodenal perforation by an inferior vena cava filter*, 77(4) GASTROINTESTINAL ENDOSCOPY 661-662 (2013)

79. Rosenthal, et al., *Retrievability of the Gunther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma*, 14 J ENDOVASC THER 406-410 (2007)

80. Sadaf, et al., *Significant caval penetration by the celect inferior vena cava filter attributable to filter design*, 18(11) JVIR  1447-1450 (2007)

81. Sag, et al., *Analysis of tilt of the Gunther Tulip filter*, 19(5) JVIR  669-676 (2008)

82. Sangwaiya, et al., *Safety and effectiveness of the celect inferior vena cava filter: preliminary results*, 20(9) JVIR  1188-1192 (2009)

83. Sano, et al., *Frequent Fracture of TrapEase Inferior Vena Cava Filters: A Long-term Follow-up Assessment*, 172(2) ARCH INTERN MED 189-191 (2011)

84. Sarosiek, et al., *Association Between Inferior Vena Cava Filter Insertion in Trauma Patients and In-Hospital and Overall Mortality*, JAMA Surg (2016); doi: 10.1001/jamasurg.2016.3091, [Epub ahead of print] (2016)

85. Simon, et al., *Vena Cava Filters: Prevalent Misconceptions*; 10(8) JVIR 1021-1024 (1999)

86. Singer, et al., *Modeling blood flow in a tilted inferior vena cava filter does tilt adversely affect hemodynamics*, 22(2) JVIR  229-235 (2011)

87. SIR, *Society of Interventional Radiology Responds to FDA Blood Clot Device (IVC Filter) Advisory*, SOCIETY OF INTERVENTIONAL RADIOLOGY (2010)

88. Smouse, et al., *Deployment performance and retrievability of the Cook Celect vena cava filter*, 20(3) JVIR  375-383 (2009)

89. Smouse, et al., *Long-term retrieval success rate profile for the Gunther Tulip vena cava filter*, 20(7) JVIR  871-877 (2009)

90. Smouse, et al., *Is Market Growth of Vena Cava Filters Justified?*, ENDOVASCULAR TODAY 74-77 (2010)

91. Spencer, et al., *A population-based study of inferior vena cava filters in patients with acute venous thromboembolism*, 170(16) ATCH INTERN MED 1456-1462 (2010)

92. Stavropoulos, et al., *Retrieval of Tip-embedded Inferior Vena Cava Filters by Using the Endobronchial Forceps Technique: Experience at a Single Institution*, 275(3) RADIOLOGY 900-907 (2015)

93. Stoneham, et al., *Temporary Inferior Vena Cava Filters: In Vitro Comparison with Permanent IVC Filters*; 6(5) JVIR 731-736 (1995)

94. Tam, et al., *Fracture and Distant Migration of the Bard Recovery Filter: A Retrospective Review of 363 Implantations for Potentially Life-Threatening Complications*, JVIR (2011); DOI: 10.1016/j.jvir.2011.10.017

95. Terhaar, et al., *Extended Interval for Retrieval of Günther Tulip Filters*, 15 JVIR 1257-1262 (2004)

96. Turba, et al., *Before You Place That Filter*, ENDOVASCULAR TODAY 59-68 (2010)

97. Uberoi, et al., *British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry*, 36 CARDIOVASC INTERVENT RADIOL 1548-1561 (2013)

98. Uberoi, et al., *Inferior Vena Cava Filter Registry Report 2011*, BSIR (2011)

99. Usoh, et al., *Prospective randomized study comparing the clinical outcomes between inferior vena cava Greenfield and TrapEase filters*, 52(2) J VASC SURG 394-399 (2010)

100. Van Ha, et al., *Techniques used for difficult retrievals of the Gunther Tulip inferior vena cava filter experience in 32 patients*, 20(1) JVIR 92-9 (2009)

101. Venugopalan, et al., *Assessing the Corrosion Behaviour of Nitinol for Minimally-Invasive Device Design*, 9(2) MIN INVAS THER & ALLIED TECHNOL. 67-74 (2000)

102. Walsh, et al., *Safety and Effectiveness of Inferior Vena Cava Filters Used to Protect Against Pulmonary Embolus*, CA TECHNOLOGY ASSESSMENT FORUM (2011)

103. Wang, et al., *Fracture and migration of Celect inferior vena cava filters: A retrospective review of 741 Consecutive Implantations*, 24(11) JVIR 1719-1722 (2013)

104. Wicky, et al., *Clinical Experience With Retrievable Günther Tulip Vena Cava Filters*, 10 J ENDOVASC THER 994-1000 (2003)

105. Xiao, et al., *Introducer Curving Technique for the Prevention of Tilting of Transfemoral Günther Tulip Inferior Vena Cava Filter*, 13(4) KOREAN J RADIOL 483-491 (2012)

106. Zhou, et al., Retrospective *Review of 120 Celect IVCF Retrievals: Experience at a Single Institution*, 23(12) JVIR 1557-1563 (2012)

107. Zhou, et al., *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients*, 202 AJR 643-647 (2014)

## C. Plaintiff Expert Reports

1. Report of Rebecca Betensky [dated 03.17.17]
   - Rebecca Betensky CV
2. Report of Michael C Fishbein [02.27.17], including Appendix A (Literature References in the Report) and Appendix B (Glossary to the Report)
   - Exhibit 1: Fishbein CV
   - Exhibit 2: List of documents reviewed
   - Exhibit 3: Demonstrative Slides Cited in Report
   - Exhibit 4: Aperio Slide Review & Comment
   - Exhibit 5: Summary Table of Comments & Sources - VCA1
   - Completed cases in which testimony was given by Michael C. Fishbein, M.D. (2009 to present)
3. Report of David Garcia [dated 03.15.17]
   - David Garcia CV
4. Report of David Kessler [dated 03.17.17]
   - David Kessler CV
   - Appendix A: Resume of David A. Kessler, M.D.
   - Appendix B: List of Cases and Compensation Information
   - Appendix C: List of Published Articles Relating to FDA, Drugs & Devices
   - Appendix D: List of Documents Considered or Relied Upon+A11
   - Schedule 1: Cook Organizational Charts

- Schedule 2: Individuals Identified in the Report of David A. Kessler, M.D.
- Schedule 3: Cook Preclinical Tests
- Schedule 4: Celect Sales and Complaint/Reported Adverse Event Data
- Schedule 5: Report of Rebecca Betensky, PhD
- Schedule 6: Report of Michael Fishbein, M.D. and Exhibits 3-5
- Schedule 7: Exhibit C to the Report of Mohammad Reza Rajebi, M.D.
- Schedule 8: Technical Characteristics of the Tulip, Celect & Celect Platinum Filters
- Schedule 9: Diagram of Predicate and Prior Predicate Devices
- Schedule 10: Deposition Citations+A15

5.   Report of John LaDisa [dated March 2017]
- Computational Analysis of Inferior Vena Cava Filters

6. Report of Leigh Anne Levy regarding Arthur Gage [dated 03.11.17]

7. Report of Leigh Anne Levy regarding Elizabeth Hill [dated 03.11.17]
- Leigh Anne Levy CV

8. Expert Report of Alexander Marmureanu [dated 03.17.17]
- Exhibit A: List of Reviewed IVC Literature
- Case Specific Opinions Regarding Elizabeth Hill
- Case Specific Opinions Regarding Arthur Gage
- Analysis
- Alexander Marmureanu CV

9. Report of Robert McMeeking (Mechanical analysis of Cook inferior vena cava filters) [dated 03.21.17]
- Robert McMeeking CV, Publications, Testimony and Depositions
- Reliance List

10. Report of Mohammad Reza Rajebi [dated 03.17.17]
- Addendum A: Discussion of Opinions regarding Elizabeth Hill
- Addendum B: Discussion of Opinions regarding Arthur Gage
- Mahammad Reza Rajebi CV

11. Report of Robert Ritchie and Alan Litsky regarding Arthur Gage [dated 03.17.17]

12. Report of Robert Ritchie and Alan Litsky regarding Elizabeth Hill [dated 03.17.17]
- Robert Ricthie CV
- Alan Litsky CV

**D. Plaintiff Expert Cited Medical Literature**

1. ACR-SIR-SPR, *Practice Parameter for the Performance of Inferior Vena Cava (IVC) Filter Placement for the Prevention of Pulmonary Embolism,* AMERICAN COLLEGE OF RADIOLOGY

2. Alkhouli, *et al*., *Inferior vena cava filters in the United States: less is more,* 188 INTERNATIONAL JOURNAL OF CARDIOLOGY 742-734 (2014)

3. Alkhouli, *et al*., *Inferior Vena Cava Thrombosis,* 9(7) J AM COLL CARDIOL INTV 629-643 (2016)

4. Amplatzer, *Occluder and Delivery System – Instructions for Use 2012,* 2012 INSTRUCTIONS FOR USE

5.  Andreoli, *Comparison of complication rates associated with permanent and retrievable inferior vena cava filters: a review of the MAUDE database,* 25 JVIR 1181-1185 (2014)

6.  Arabi, *et al.,* *Retrievability of optional inferior vena cava filters with caudal migration and caval penetration report of 3 cases,* 21(6) JVIR  923-926 (2010)

7.  Barbier, *et al.,* *Respiratory changes in inferior vena cava diameter are helpful in predicting fluid responsiveness in ventilated septic patients,* 30 INTENSIVE CARE MED 1740-1746 (2004)

8.  Bikdeli, *et al.,* *Data Desert for Interior Vena Caval Filters - Limited Evidence, Supervision, and Research,* 2(1) JAMA CARDIOLOGY 3-4 (2017)

9.  Binkert, *et al.,* *Inferior vena cava filter removal after 317-day implantation,* 16(3) JVIR  395-398 (2005)

10. Birkmeyer, *et al.,* *Preoperative placement of inferior vena cava filters and outcomes after gastric bypass surgery,* 252 (2) ANN SURG 313-318 (2010)

11. Brash, *et al.,* *Mechanism of transient adsorption of fibrinogen from plasma to solid surfaces: role of the contact and fibrinolytic systems,* 71(4) BLOOD 932-939 (1988)

12. Brountzos, *et al.,* *A New Optional Vena Cava Filter: Retrieval at 12 Weeks in an Animal Model,* 14(6) JVIR 763-772 (2003)

13. Brunson, *et al.,* *Inferior vena cava filters in patients with cancer and venous thromboembolism (VTE): patterns of use and outcomes,* 140S1 THROMBOSIS RESEARCH S132-S141 (2016)

14. Buecker, *et al.,* *Long-Term Retrieval of Modified Gunther Tulip Vena Cava Filters An Animal Study,* 42(10) INVESTIGATIVE RADIOLOGY 692-696 (2007)

15. Carman, *et al.,* *Update on vena cava filters,* 10 CURRENT TREATMENT OPTIONS IN CARDIOVASCULAR MEDICINE 101-111 (2008)

16. Cheng, *et al.,* *Inferior vena caval hemodynamics quantified in vivo at rest and during cycling exercise using magnetic resonance imaging,* 284 AM J PHYSIOL HEART CIRC PHYSIOL H1161-H1167 (2003)

17. Chung, *et al.,* *Acute iliofemoral deep vein thrombosis: evaluation of underlying anatomic abnormalities by spiral CT venography,* 15(3) JVIR 249-256 (2004)

18. Coffey, *et al.,* *The mesentery: structure, function, and role in disease,* 1 LANCET GASTROENTEROL HEPATOL 238-247 (2016)

19. Cotran, *et al.,* *Robbins Pathologic Basis of Disease,* 4TH ED. W.B. SAHDERS CO, 1989, P99-105

20. Davies, *et al.,* *Efficacy of prophylactic inferior vena caval filters in prevention of pulmonary embolism in the absence of deep venous thrombosis,* 4 J VASC SURG: VENOUS AND LYM DIS 127-130 (2016)

21. De Gregario, *et al.,* *Animal Experience in the Gunther Tulip Retrievable Inferior Vena Cava Filter,* 24 CARDIOVASC INTERVENT RADIOL 413-417 (2001)

22. De Gregario, *et al.,* *Retrieval of Gunther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study,* 17(11), PART 1 JVIR 1781-1789 (2006)

23. Decousus, *et al.,* *A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis,* 338(7) N ENGL J MED 409-415 (1998)

24. Decousus, *et al.*, / (PREPIC Study Group), *Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: The PREPIC Randomized Study,* 112 CIRCULATION 416-422 (2005)

25. Desai, *et al.*, *Complications of indwelling retrievable versus permanent inferior vena cava filters,* 2 J VASC SURG: VENOUS AND LYM DIS 166-173 (2014)

26. Dieter, *et al.*, *Engineering Design 5th Edition, Chapter 18: Legal and Ethical Issues in Engineering Design,* ENGINEERING DESIGN, 5TH EDITION. (PP. 828-855). NEW YORK, NY. MCGRAW HILL EDUCATION.

27. Dinglasan, *et al.*, *Removal of Fractured Inferior Vena Cava Filters: Feasibility and Outcomes,* 23(2) JVIR  181-187 (2012)

28. Dinglasan, *et al.*, *Complicated inferior vena cava filter retrievals associated factors identified at preretrieval CT,* 266(1) RADIOLOGY 347-354 (2013)

29. Dowell, *et al.*, *Symptomatic Perforation of a Gunther Tulip Inferior Vena Cava Filter with Subsequent Strut Fracture and Pulmonary Embolization,* 37 CARDIOVASC INTERVENT RADIOL 1643-1646 (2014)

30. Dowell, *et al.*, *Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation,* 26(10) JVIR  1510-1518 (2015)

31. Durack, *et al.*, *Perforation of the IVC Rule Rather than Exception After Longer Indwelling Time for the Gunther Tulip and Celect Retrievable Filters,* 35(2) CARDIOVASC INTERVENT RADIOL. 299-308 (2012)

32. Eichelter, *et al.*, *Prophylaxis of Pulmonary Embolism,* 97 ARCH SURG 348-356 (1968)

33. Ellwein, *et al.*, *Toward translating near-infrared spectroscopy oxygen saturation data for the non-invasive prediction of spatial and temporal hemodynamics during exercise,* 16 BIOMECH MODEL MECHANOBIOL 75-96 (2017)

34. Glocker, *et al.*, *Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success,* 2(1)J VASC SURG 21-25 (2014)

35. Go, *et al.*, *Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place,* 2 J VASC SURG: VENOUS AND LYM DIS 174-178 (2014)

36. Grassi, *et al.*, *Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism,* 12(2) JVIR 137-141 (2001)

37. Greenfield, *PREPIC Study Group, Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) Randomized Study,* 18(2) PERSPECTIVES IN VASCULAR SURGERY AND ENDOVASCULAR THERAPY 187-188 (2006)

38. Gunther, *et al.*, *New optional IVC filter for percutaneous retrieval--in vitro evaluation of embolus capturing efficiency,* 177 FORTSCHR RÖNTGENSTR 632-636 (2005)

39. Hansson, *et al.*, *Recurrent venous thromboembolism after deep vein thrombosis: incidence and risk factors,* 160 ARCH INTERN MED 769-774 (2000)

40. Hemmila, *et al.*, *Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients,* 262(4) ANN SURG 577-585 (2015)

41. Hermsen, *et al*., *Retrievable inferior vena cava filter placement in high-risk trauma and surgical patients: Factors influencing successful removal,* 32 WORLD J SURG 1444-1449 (2008)

42. Hoekstra, *et al*., *Vessel wall reaction after vena cava filter placement,* 25 CARDIOVASC INTERVENT RADIOL 53-56 (2002)

43. Hoppe, *et al*., *Gunther Tulip Filter Retrievability Multicenter Study Including CT Follow-up: Final Report,* 17(6) JVIR 1017-1023 (2006)

44. Hull, *et al*., *Bard Recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration,* 20(1) JVIR 52-60 (2009)

45. Hunter, *et al*., *Retrieving the Amplatz retrievable vena cava filter,* 10 CARDIOVASC INTERVENT RADIOL 32-36 (1987)

46. Imberti, *et al*., *Evidence and Clinical Judgment: Vena Cava Filters,* 111 THROMB HAEMOST 618-624 (2014)

47. Janjua, *et al*., *Outcomes with Retrievable Inferior Vena Cava Filters,* 22 J INVASIVE CARDIOL 235-239 (2010)

48. Jia, *et al*., *Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management,* 132 CIRCULATION 944-952 (2015)

49. Jones, *et al*., *Endovascular management of Chronic inferior Vena Cava and Iliac Vein Obstruction,* 9(3) VASCULAR DISEASE MANAGEMENT E33-E38 (2012)

50. Karmy-Jones, *et al*., *Practice patterns and outcomes of retrievable vena cava filters in trauma patients an AAST multicenter study,* 62(1) J TRAUMA 17-25 (2007)

51. Katona, *et al*., *Chemical etching of nitinol stents,* 15(4) ACATA OF BIOENGINEERING AND BIOMECHANICS 3-8 (2013)

52. Kessler, *et al*., *The Federal Regulation of Medical Devices,* 317(6) N ENGL J MED 357-366 (1987)

53. Kinney, *Update on Inferior Vena Cava Filters,* 14(4) JVIR 425-440 (2003)

54. Kobayashi, *et al*., *Fatigue Life Prediction of Biomedical Titanium Alloys under Tensile/Torsional Stress,* 47(7) MATERIALS TRANSACTIONS 1826-1831 (2006)

55. Koc, *et al*., *Interruption or congenital stenosis of the inferior vena cava: prevalence, imaging, and clinical findings,* 62 EUROPEAN JOURNAL OF RADIOLOGY 257-266 (2007)

56. Krause, *et al*., *Inferior vena cava diameter: A useful method for estimation of fluid status in children on haemodialysis,* 16 NEPHROL DIAL TRANSPLANT 1203-1206 (2001)

57. Kuo, *et al*., *Photothermal Ablation with the Excimer Laser Sheath Technique for Embedded Inferior Vena Cava Filter Removal: Initial Results from a Prospective Study,* 22(6) JVIR 813-823 (2011)

58. Kuo, *et al*., *Complex Retrieval of Embedded IVC Filters: Alternative Techniques and Histologic Tissue Analysis,* 35(3) CARDIOVASC INTERVENT RADIOL 588-597 (2012)

59. Kuo, *et al*., *Complex retrieval of fractured embedded and penetrating inferior vena cava filters a prospective study with histologic and electron microscopic analysis,* 24(5) J VASC INTERV RADIOL 622-630.e1 (2013)

60. Kuo, *et al*., *Excimer laser-assisted removal of embedded inferior vena cava filters a single-center prospective study,* 6 CIRC CARDIOVASC INTERV PP. 560-566 (2013)

US.111219331.01

61. Laborda, *et al.*, *Laparoscopic demonstration of vena cava wall penetration by inferior vena cava filters in an ovine mode,* 22(6) JVIR 851-856 (2011)

62. Laborda, *et al.*, *Influence of breathing movements and Valsalva maneuver on vena caval dynamics,* 6(10) WORLD J RADIOL 833-839 (2014)

63. Leung, *et al.*, *Elastin and collagen accumulation in rabbit ascending aorta and pulmonary trunk during postnatal growth. Correlation of cellular synthetic response with medial tension,* 41(3) CIRC RES 316-323 (1977)

64. Liu, *et al.*, *Role of blood shear stress in the regulation of vascular smooth muscle cell migration,* 48(4) IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING 474-483 (2001)

65. Liu, *et al.*, *Control of the shape of a thrombus-neointima-like structure by blood shear stress,* 124 JOURNAL OF BIOMECHANICAL ENGINEERING 30-36 (2002)

66. Lopera, *A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study,* 16(11) JVIR 1539-1544 (2005)

67. Lund, *et al.*, *A new cava filter for percutaneous placement and retrieval: Experimental study,* 152 RADIOLOGY 369-372 (1984)

68. Lynch, *Balloon assisted Removal of Tilted Inferior Vena Cava Filters with Embedded Tips,* 20(9) JVIR 1210-1214 (2009)

69. Lynch, *A Method for Following Patients with Retrievable Inferior Vena Cava Filters: Results and Lessons Learned from the Firs 1,100 Patients,* 22(11) JVIR 1507-1512 (2011)

70. Lyon, *et al.*, *Short- and long-term retrievability of the Celect vena cava filter results from a multi-institutional registry,* 20(11) JVIR 1441-1448 (2009)

71. Malek, *et al.*, *Presentation and Treatment Outcomes of Patients with Symptomatic Inferior Vena Cava Filters,* 27(1) ANN VASC SURG 84-88 (2013)

72. Malgor, *et al.*, *A systematic review of symptomatic duodenal perforation by inferior vena cava filters,* 55(3) J VASC SURG 856-861.E3 (2012)

73. Marquess, *et al.*, *Factors associated with failed retrieval of the Gunther Tulip inferior vena cava filter,* 19(9) JVIR 1321-1327 (2008)

74. Martinez, *et al.*, *Microfabrication and nanotechnology in stent design,* 3 WIRES NANOMED NANOBIOTECHNOL 256-268 (2011)

75. McLoney, *et al.*, *Complications of Celect Gunther tulip and Greenfield inferior vena cava filters on CT follow-up a single-institution experience,* 24(11) JVIR 1723-1729 (2013)

76. Millward, *et al.*, *Gunther Tulip filter preliminary clinical experience with retrieval,* 11(1) JVIR 75-82 (2000)

77. Millward, *et al.*, *Gunther Tulip Retrievable Vena Cava Filter: Results From the Registry of the Canadian Interventional Radiology Association,* 12(9) JVIR 1053-1058 (2001)

78. Mismetti, *et al.*, *Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism A Randomized Clinical Trial,* 313(16) JAMA 1627-1635 (2015)

79. Morris, *et al.*, *Current trends in vena caval filtration with the introduction of a retrievable filter at a level I trauma center,* 57(1) J TRAUMA 32-36 (2004)

80. Murphy, *et al.*, *Evaluation of wall motion and dynamic geometry of the inferior vena cava using intravascular ultrasound: Implications for future device design,* 15 J ENDOVASC THER 349-355 (2008)

81. Myerburg, *et al.*, *Life-Threatening Malfunction of Implantable Cardiac Devices,* 354(22) N ENGL J MED 2309-2311 (2006)

82. Nakamura, *et al.*, *Percutaneous Removal of Inferior Vena Cava Filter after Migration to Pulmonary Artery using a 8-Fr Multipurpose Catheter,* 24 HEART, LUNG AND CIRCULATION e127-e129 (2015)

83. Neuerburg, *et al.*, *Percutaneous Retrieval of the Tulip Vena Cava Filter: Feasibility Short- and Long-Term Changes — An Experimental Study in Dogs,* 24 CARDIOVASC INTERVENT RADIOL 418-423 (2001)

84. Oh, *et al.*, *Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall,* 22(1) JVIR  70-74 (2011)

85. Oliva, *et al.*, *Recovery G2 Inferior Vena Cava Filter: Technical Success and Safety of Retrieval,* 19(6) JVIR 884-889 (2008)

86. Ollivier, *et al.*, *Bioreactivity of stent material: activation of platelets, coagulation, leukocytes and endothelial cell dysfunction in vitro,* ONLINE, 2016. ISSN: 0953-7104

87. Olorunsola, *et al.*, *Caval penetration by retrievable inferior vena cava filters a retrospective comparison of Option and Gunther Tulip filters,* JVIR (2013); VOL. 24, NO. 4, PP. 566-571

88. Owens, *et al.*, *Intracardiac Migration of Inferior Vena Cava Filters Review of Published Data,* CHEST (2009)

89. Parkin, *et al.*, *Symptomatic perforation of a retrievable inferior vena cava filter after a dwell time of 5 years,* 50 J VASC SURG 417-419 (2009)

90. Pereira, *et al.*, *Disproportionate Fat Stranding: A Helpful CT Sign in Patients with Acute Abdominal Pain,* 24(3) RADIOGRAPHICS HTTP://PUBS.RSNA.ORG/DOI/FULL/10.1148/Rg.243035084

91. Poirier, *et al.*, *Thrombosis of inferior vena cava filters: an analysis of explanted devices,* SOCIETY FOR BIOMATERIALS, 29TH ANNUAL MEETING AND EXPOSITION, RENO, (2003); ABSTRACT # 169, P. 32

92. Prasad, *et al.*, *The Inferior Vena Cava Filter: How could a medical device be so well accepted without any evidence of efficacy?,* 173(7) JAMA 493-495 (2013)

93. Proctor, *et al.*, *Assessment of apparent vena caval penetration by the Greenfield filter,* 5 J ENDOVASC SURG 251-258 (1998)

94. Rajasekhar, *et al.*, *A pilot study on the randomization of inferior vena cava filter placement for venous thromboembolism prophylaxis in high-risk trauma patients,* 71 J TRAUMA 323-329 (2011)

95. Robins, *et al.*, *Differences in Radial Expansion Force Amongst IVC Filter Models Support documented Perforation Rates,* EAST CAROLINA UNIVERSITY BRODY SCHOOL OF MEDICINE, GREENVILLE, NC, USA

96. Rosenthal, *et al.*, *Retrievability of the Gunther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma,* J ENDOVASC THER (2007); VOL. 14, PP. 406-410

97. Rubenstein, *et al*., *Loop-Snare Technique for Difficult Inferior Vena Cava Filter Retrievals,* 18(10) JVIR 1315-1318 (2007)

98. Ryu, *et al*., *A Comparison of Retrievability: Celect versus Option Filter,* 26(6) JVIR 865-869 (2015)

99. Sadaf, *et al*., *Significant caval penetration by the celect inferior vena cava filter attributable to filter design,* JVIR (2007); Vol. 18, No. 11, pp. 1447-1450

100. Sag, *et al*., *Analysis of tilt of the Gunther Tulip filter,* JVIR (2008); Vol. 19, No. 5, pp. 669-676

101. Sangwaiya, *et al*., *Safety and effectiveness of the celect inferior vena cava filter: preliminary results,* JVIR (2009); Vol. 20, No. 9, pp. 1188-1192

102. Sarosiek, *et al*., *Association Between Inferior Vena Cava Filter Insertion in Trauma Patients and In-Hospital and Overall Mortality,* JAMA Surg. (2017); Vol. 152, No. 1, pp. 75-81

103. Shoeb, *et al*., *Assessing bleeding risk in patients taking anticoagulants,* 35 J Throm Thombolysis 312-319 (2013)

104. Schulman, *et al*., *The duration of oral anticoagulant therapy after a second episode of venous thromboembolism. The Duration of Anticoagulation Thai Study Group,* 336(6) N Engl J Med 393-398 (1997)

105. Simon, *Vena cava filters prevalent misconceptions,* JVIR .(September 1999); Vol. 10, No. 8, pp. 1021-1024

106. Singer, *et al*., *Modeling blood flow in a tilted inferior vena cava filter does tilt adversely affect hemodynamics,* JVIR (2011); Vol. 22, No. 2, pp. 229-235

107. Smith, *Regulation of Peripheral Vascular Devices,* Endovascular Today (Nov. 2005)

108. Smith, *et al*., *Early Anticoagulation is Associated with Reduced Mortality for Acute Pulmonary Embolism,* 137(6) Chest 1382-1390 (2010)

109. Smouse, *A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study,* 17 JVIR 1365-1366 (2006)

110. Smouse, *et al*., *Long-term retrieval success rate profile for the Gunther Tulip vena cava filter,* JVIR (2009); Vol. 20, No. 7, pp. 871-877

111. Sojitra, *et al*., *Electropolishing of 316lvm stainless steel cardiovascular stents: An investigation of material removal, surface roughness and corrosion behavior,* 23(3) Trends Biomater Artif Organs 115-121 (2010)

112. Stavropoulos, *Embedded inferior vena cava filter removal use of endobronchial forceps,* 19(9) JVIR 1297-1301 (2008)

113. Stein, *et al*., *Impact of vena cava filters on in-hospital case fatality rate from pulmonary embolism,* 125(5) Am J Med 478-484 (2012)

114. Stein, *et al*., *Vena cava filters in unstable elderly patients with acute pulmonary embolism,* 127(3) Am J Med 222-225 (2014)

115. Townsend, *et al*., *Images in vascular medicine- Persistent abdominal pain from a perforated inferior vena cava filter,* 12 Vascular Medicine 33-34 (2007)

116. Van der Hulle, *et al*., *Recurrence risk after anticoagulant treatment of limited duration for late, second venous thromboembolism,* 100(2) Haematologica 188-193 (2015)

117. Van Ha, *et al*., *Complications of inferior vena caval filters,* 23(2) Semin Intervent Radiol 150-155 (2006)

118. Van Ha, *et al.*, *Techniques used for difficult retrievals of the Gunther Tulip inferior vena cava filter experience in 32 patients,* IN PRESS JVIR (2008)

119. Van Ha, *Inferior Vena Cava Filter Retrieval: Tips on the best methods for retrieving an IVC filter,* ENDOVASCULAR TODAY 41-47 (JULY 2009)

120. Vestra, *et al.*, *Are too many inferior vena cava filters used? Controversial evidences in different clinical settings: a narrative review,* INTERN EMERG MED NOV. 2016

121. Viviane, *Estimates of Costs of Hospital Stay for Variceal and Nonvariceal Upper Gastrointestinal Bleeding in the United States,* 11(1) VALUE IN HEALTH 1-3 (2008)

122. Walsh, *Safety and Effectiveness of Inferior Vena Cava Filters Used to Protect Against Pulmonary Embolus,* CALIFORNIA TECHNOLOGY ASSESSMENT FORUM (2011)

123. Wang, *et al.*, *Fracture and migration of Celect inferior vena cava filters:  A retrospective review of 741 Consecutive Implantations,* JVIR  (2013); VOL. 24, NO. 11, PP. 1719-1722

124. Wang, *et al.*, *Wang Response to Retrospective review of 120 Celect inferior vena cava filter retrievals: experience at a single institution,* 24(5) JVIR 753 (2013)

125. Wolinsky, *et al.*, *A Lamellar unit of aortic medial structure and function in mammals,* 20 CIRC RES 99-111 (1967)

126. Yamagami, *et al.*, *Retrievable vena cava filter placement during treatment for deep venous thrombosis,* 76 THE BRITISH JOURNAL OF RADIOLOGY 712-718 (2003)

127. Zhou, *et al.*, *Retrospective Review of 120 Celect IVCF Retrievals:  Experience at a Single Institution,* JVIR  (2012); VOL. 23, NO. 12, PP. 1557-1563

128. Zhou, *et al.*, *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients,* AJR (2014); VOL. 202; PP. 643-647

129. Zhu, *et al.*, *Retrievability and device-related complications of the G2 filter: a retrospective study of 139 filter retrievals,* IN PRESS (2011)

## E. Documents Cited in Plaintiff Expert Reports

### Betensky Cited Documents

1. CookMDL2570_0143855 IVC Filters MAUDE Data 04032009
2. CookMDL2570_0405570 IVC Filters MAUDE Data 2010
3. CookMDL2570_0412259 IVC Filters MAUDE Database Summary 013114
4. CookMDL2570_0143855 IVC Filters MAUDE Data 011108
5. CookMDL2570_0459835 (daDK-enUS TRANSLATED)
6. CookMDL2570_0465794 Re Fw C1 estimates for IVC Filter penetration-preformation
7. CookMDL2570_0465797 Perforation - Penetration Rates
8. CookMDL2570_0465798 Penetration Rate

### Fishbein Cited Documents

1. COOK_IVCF_003878
2. COOK_IVCF_013891
3. COOK_IVCF_014064
4. COOK_IVCF_014279
5. COOK_IVCF_014636
6. CookMDL2570_0188598
7. CookMDL2570_0188776

8.    CookMDL2570_0211248
9.    CookMDL2570_0295471
10.   CookMDL2570_0454965
11.   CookMDL2570_0761922

**Garcia Cited Documents**

1. CookMDL2570_0021515 - 36 (Celect Final Report September 2009 FINAL) (Cited as CookMDL2570_0021516)
2. CookMDL2570_0021543 - (Appendix C - CIP UK)
3. CookMDL2570_0201431 - Response_to_FDA_request_for_additional_information_02_26_071
4. CookMDL2570_0335330 - CLINICAL STUDIES section for IFU-FINAL DRAFT
5. CookMDL2570_0390657 - Lyon_et_al_JVIR_response
6. CookMDL2570_0455053

**Kessler Cited Documents**

    **English Translations**

    1.    014 3582 (daDK-enUS)
    2.    044 7393 (daDK-enUS)
    3.    045 9834 (daDK-enUS)
    4.    045 9835 (daDK-enUS)
    5.    049 0396 (daDK-enUS)
    6.    049 1367 (daDK-enUS)
    7.    055 3130 (daDK-enUS)
    8.    055 5018 (daDK-enUS)
    9.    077 5567 (daDK-enUS)
    10.   077 9185 (daDK-enUS)
    11.   077 9186 (daDK-enUS)
    12.   077 9210 (daDK-enUS)
    13.   080 6541 (daDK-enUS)
    14.   083 1782 (daDK-enUS)
    15.   083 3838 (daDK-enUS)

    **Natives**

    1.    CookMDL2570_0094241
    2.    CookMDL2570_0101560
    3.    CookMDL2570_0143852
    4.    CookMDL2570_0144471
    5.    CookMDL2570_0144641
    6.    CookMDL2570_0200697
    7.    CookMDL2570_0295471
    8.    CookMDL2570_0295478
    9.    CookMDL2570_0295682
    10.   CookMDL2570_0334962
    11.   CookMDL2570_0373150
    12.   CookMDL2570_0384317
    13.   CookMDL2570_0390657
    14.   CookMDL2570_0390665
    15.   CookMDL2570_0390717

| 16. | CookMDL2570_0391306 |
| 17. | CookMDL2570_0391462 |
| 18. | CookMDL2570_0403725 |
| 19. | CookMDL2570_0405570 |
| 20. | CookMDL2570_0412259 |
| 21. | CookMDL2570_0421212 |
| 22. | CookMDL2570_0424275 |
| 23. | CookMDL2570_0424285 |
| 24. | CookMDL2570_0426081 |
| 25. | CookMDL2570_0427634 |
| 26. | CookMDL2570_0431870 |
| 27. | CookMDL2570_0435086 |
| 28. | CookMDL2570_0435478 |
| 29. | CookMDL2570_0445318 |
| 30. | CookMDL2570_0452883 |
| 31. | CookMDL2570_0452891 |
| 32. | CookMDL2570_0454071 |
| 33. | CookMDL2570_0454139 |
| 34. | CookMDL2570_0454140 |
| 35. | CookMDL2570_0454965 |
| 36. | CookMDL2570_0455978 |
| 37. | CookMDL2570_0458351 |
| 38. | CookMDL2570_6459835 |
| 39. | CookMDL2570_0465797 |
| 40. | CookMDL2570_6465798 |
| 41. | CookMDL2570_0465948 |
| 42. | CookMDL2570_6469276 |
| 43. | CookMDL2570_0481025 |
| 44. | CookMDL2570_0481232 |
| 45. | CookMDL2570_0484885 |
| 46. | CookMDL2570_0485798 |
| 47. | CookMDL2570_0487734 |
| 48. | CookMDL2570_0555618 |
| 49. | CookMDL2570_0601061 |
| 50. | CookMDL2570_0601062 |
| 51. | CookMDL2570_0601063 |
| 52. | CookMDL2570_0619991 |
| 53. | CookMDL2570_0621261 |
| 54. | CookMDL2570_0708446 |
| 55. | CookMDL2570_0768683 |
| 56. | CookMDL2570_0728372 |
| 57. | CookMDL2570_6736677 |
| 58. | CookMDL2570_0730087 |
| 59. | CookMDL2570_0730285 |
| 60. | CookMDL2570_0730294 |
| 61. | CookMDL2570_0736636 |

62.     CookMDL2570_0730801
63.     CookMDL2570_0736802
64.     CookMDL2570_0731017
65.     CookMDL2570_0734236
66.     CookMDL2570_0735209
67.     CookMDL2570_0735931
68.     CookMDL2570_0735934
69.     CookMDL2570_0736014
70.     CookMDL2570_0761829
71.     CookMDL2570_0773691
72.     CookMDL2570_0775568
73.     CookMDL2570_0776057
74.     CookMDL2570_0777401
75.     CookMDL2570_0778080
76.     CookMDL2570_0779186
77.     CookMDL2570_0797907
78.     CookMDL2570_0797914
79.     CookMDL2570_0799289
80.     CookMDL2570_0805601
81.     CookMDL2570_0829662
82.     CookMDL2570_0830425
83.     CookMDL2570_0831156
84.     CookMDL2570_0831783
85.     CookMDL2570_0833690
86.     CookMDL2570_0833838
87.     CookMDL2570_0843979
88.     CookMDL2574_0844860
89.     CookMDL2570_0844861
90.     CookMDL2570_0850847
91.     CookMDL2570_0850866
92.     CookMDL257D_1231169.dcm
93.     CookMDL2570_1231169_dcm
94.     CookMDL2570_1231278.dcm
95.     CooldvIDL2570_1231278_dcm
96.     CookMDL2570_1273798
97.     CookMDL2570_1276027
98.     CookMDL2570_R1487794 - 95 - Minutes of ISO VP meeting and notice for next meeting and a filter test

**PDF**
1.     COOK_IVCF_000002
2.     COOK_IVCF_000492
3.     COOK_IVCF_000496
4.     COOK_IVCF_001040
5.     COOK_IVCF_001964
6.     COOK_IVCF_002055
7.     COOK_IVCF_002058

| 8. | COOK_IVCF_002236 |
| 9. | COOK_IVCF_002593 |
| 10. | COOK_IVCF_002793 |
| 11. | COOK_IVCF_003836 |
| 12. | COOK_IVCF_003878 |
| 13. | COOK_IVCF_004157 |
| 14. | COOK_IVCF_004160 (CookMDL257 0_0010721) |
| 15. | COOK_IVCF_004347 |
| 16. | COOK_IVCF_005099 (CookMDL2570_0011660) |
| 17. | COOK_IVCF_005102 (CookMDL2570_0011663) |
| 18. | COOK_IVCF_005201 (CookMDL2570_0011762) |
| 19. | COOK_IVCF_005732 (CookMDL2570_0012293) |
| 20. | COOK_IVCF_005762 |
| 21. | COOK_IVCF_005764 |
| 22. | COOK_IVCF_005769 |
| 23. | COOK_IVCF_005775 (CookMDL2570_0012336) |
| 24. | COOK_IVCF_005777 (CookMDL2570_0012338) |
| 25. | COOK_IVCF_005789 (CookMDL2570_0012350) |
| 26. | COOK_IVCF_005801 (CookMDL2570_0012362) |
| 27. | COOK_IVCF_014064 (CookMDL2570_0020629) |
| 28. | COOK_IVCF_014950 (CookMDL2570_0021515) |
| 29. | COOK_IVCF_014972 (CookMDL2570_0021537) |
| 30. | COOK_IVCF_014973 (CookMDL2570_0021538) |
| 31. | COOK_IVCF_014977 (CookMDL2570_0021542) |
| 32. | COOK_IVCF_014978 (CookMDL2570_0021543) |
| 33. | COOK_IVCF_015028 (CookMDL2570_0021593) |
| 34. | COOK_IVCF_015034 (CookMDL2570_0021599) |
| 35. | COOK_IVCF_022850 (CookMDL2570_0029439) |
| 36. | COOK_IVCF_023081 (CookMDL2570_0029670) |
| 37. | COOK_IVCF_023085 (CookMDL2570_0029674) |
| 38. | COOK_IVCF_041514 (CookMDL2570_0049661) |
| 39. | COOK_IVCF_042414 (CookMDL2570_0050895) |
| 40. | CookMDL2570_0008525 |
| 41. | CookMDL2570_0060661 |
| 42. | CookMDL2570_0060676 |
| 43. | CookMDL2570_0060699 |
| 44. | CookMDL2570_0060703 |
| 45. | CookMDL2570_0060743 |
| 46. | CookMDL2570_0060853 |
| 47. | CookMDL2570_0060858 |
| 48. | CookMDL2570_0060866 |
| 49. | CookMDL2570_0060868 |
| 50. | CookMDL2570_0060919 |
| 51. | CookMDL2570_0060938 |
| 52. | CookMOL2570_0060978 |
| 53. | CookMDL2570_0060995 |

| 54. | CookMDL2570_0060999 |
| 55. | CookMDL2570_0061024 |
| 56. | CookMDL2570_0061059 |
| 57. | CookMDL2570_0061099 |
| 58. | CookMDL2570_0061111 |
| 59. | CookMOL2570_0061161 |
| 60. | CookMDL2570_0061163 |
| 61. | CookMDL2570_0061184 |
| 62. | CookMDL2570_0061188 |
| 63. | CookMDL2570_0061217 |
| 64. | CookMDL2570_0061235 |
| 65. | CookMDL2570_0061277 |
| 66. | CookMDL2570_0061329 |
| 67. | CookMDL2570_0061378 |
| 68. | CookMDL2570_0061429 |
| 69. | CookMDL2570_0061818 |
| 70. | CookMDL2570_0064841 |
| 71. | CookMDL2570_0064850 |
| 72. | CookMDL2570_0064892 |
| 73. | CookMDL2570_0065014 |
| 74. | CookMDL2570_0070535 |
| 75. | CookMDL2570_0072619 |
| 76. | CookMDL2570_0073477 |
| 77. | CookMDL2570_0074045 |
| 78. | CookMDL2570_0074135 |
| 79. | CookMDL2570_0074472 |
| 80. | CookMDL2570_0077362 |
| 81. | CookMDL2570_0080052 |
| 82. | CookMDL2570_0081529 |
| 83. | CookMDL2570_0082062 |
| 84. | CookMDL2570_0090798 |
| 85. | CookMDL2570_0091076 |
| 86. | CookMDL2570_0094241 |
| 87. | CookMDL2570_0101560 |
| 88. | CookMDL2570_0134955 |
| 89. | CookMDL2570_0141285 |
| 90. | CookMDL2570_0143852 |
| 91. | CookMDL2570_0144471 |
| 92. | CookMDL2570_0144641 |
| 93. | CookMDL2570_0160576 |
| 94. | CookMDL2570_0160581 |
| 95. | CookMDL2570_0161380 |
| 96. | CookMDL2570_0161651 |
| 97. | CookMDL2570_0162224 |
| 98. | CookMDL2570_0165984 |
| 99. | CookMDL2570_0172426 |

| 100. | CookMDL2570_0172535 |
| 101. | CookMDL2570_0180782 |
| 102. | CookMDL2570_0182248 |
| 103. | CookMDL2570_0187167 |
| 104. | CookMDL2570_0187538 |
| 105. | CookMDL2570_0188598 |
| 106. | CookMDL2570_0188776 |
| 107. | CookMDL2570_0197131 |
| 108. | CookMDL2570_0197378 |
| 109. | CookMDL2570_0198469 |
| 110. | CookMDL2570_0199001 |
| 111. | CookMDL2570_0200697 |
| 112. | CookMDL2570_0204615 |
| 113. | CookMDL2570_02954 71 |
| 114. | CookMDL2570_0295478 |
| 115. | CookMDL2570_0295682 |
| 116. | CookMDL2570_0301768 |
| 117. | CookMDL2570_0306805 |
| 118. | CookMDL2570_0315475 |
| 119. | CookMDL2570_0318468 |
| 120. | CookMDL2570_0319365 |
| 121. | CookMDL2570_0319897 |
| 122. | CookMDL2570_0319902 |
| 123. | CookMDL2570_0330983 |
| 124. | CookMDL2570_0330987 |
| 125. | CookMDL2570_0334750 |
| 126. | CookMDL2570_0334753 |
| 127. | CookMDL2570_0334792 |
| 128. | CookMDL2570_0334960 |
| 129. | CookMDL2570_0334962 |
| 130. | CookMDL2570_0334977 |
| 131. | CookMDL2570_0371077 |
| 132. | CookMDL2570_0371079 |
| 133. | CookMDL2570_0373150 |
| 134. | CookMDL2570_0375085 |
| 135. | CookMDL2570_0379211 |
| 136. | CookMDL2570_0380941 |
| 137. | CookMDL2570_0382236 |
| 138. | CookMDL2570_0384317 |
| 139. | CookMDL2570_0390657 |
| 140. | CookMDL2570_0390665 |
| 141. | CookMDL2570_0390717 |
| 142. | CookMDL2570_0391077 |
| 143. | CookMDL2570_0391306 |
| 144. | CookMDL2570_0391462 |
| 145. | CookMDL2570_0403717 |

| | |
|---|---|
| 146. | CookMDL2570_0403726 |
| 147. | CookMDL2570_0403727 |
| 148. | CookMDL2570_0405570 |
| 149. | CookMDL2570_0409795 |
| 150. | CookMDL2570_0411325 |
| 151. | CookMDL2570_0412259 |
| 152. | CookMDL2570_0418348 |
| 153. | CookMDL2570_0421082 |
| 154. | CookMDL2570_0421210 |
| 155. | CookMDL2570_0421212 |
| 156. | CookMDL2570_0421214 |
| 157. | CookMDL2570_0424275 |
| 158. | CookMDL2570_0424285 |
| 159. | CookMDL2570_0426081 |
| 160. | CookMDL2570_0427438 |
| 161. | CookMDL2570_0427447 |
| 162. | CookMDL2570_0427634 |
| 163. | CookMDL2570_0431870 |
| 164. | CookMDL2570_0435086 |
| 165. | CookMDL2570_0435156 |
| 166. | CookMDL2570_0435478 |
| 167. | CookMDL2570_0439717 |
| 168. | CookMDL2570_0444287 |
| 169. | CookMDL2570_0445420 |
| 170. | CookMDL2570_0445999 |
| 171. | CookMDL2570_0446122 |
| 172. | CookMDL2570_0446318 |
| 173. | CookMDL2570_0446563 |
| 174. | CookMDL2570_0447393 |
| 175. | CookMDL2570_0448297 |
| 176. | CookMDL2570_0452880 |
| 177. | CookMDL2570_0452883 |
| 178. | CookMDL2570_0452884 |
| 179. | CookMDL2570_0452891 |
| 180. | CookMDL2570_0454070 |
| 181. | CookMDL2570_0454071 |
| 182. | CookMDL2570_0454139 |
| 183. | CookMDL2570_0454140 |
| 184. | CookMDL2570_0454964 |
| 185. | CookMDL2570_0454965 |
| 186. | CookMDL2570_0455678 |
| 187. | CookMDL2570_0456969 |
| 188. | CookMDL2570_0456978 |
| 189. | CookMDL2570_0458351 |
| 190. | CookMDL2570_0459834 |
| 191. | CookMDL2570_0459835 |

| | |
|---|---|
| 192. | CookMDL2570_0465794 |
| 193. | CookMDL2570_0465797 |
| 194. | CookMDL2570_0465798 |
| 195. | CookMDL2570_0465944 |
| 196. | CookMDL2570_0465948 |
| 197. | CookMDL2570_0468982 |
| 198. | CookMDL2570_0469211 |
| 199. | CookMDL2570_0469265 |
| 200. | CookMDL2570_0469271 |
| 201. | CookMDL2570_0469275 |
| 202. | CookMDL2570_0469276 |
| 203. | CookMDL2570_0469328 |
| 204. | CookMDL2570_0470668 |
| 205. | CookMDL2570_0481024 |
| 206. | CookMDL2570_0481025 |
| 207. | CookMDL2570_0481232 |
| 208. | CookMDL2570_0483424 |
| 209. | CookMDL2570_0484250 |
| 210. | CookMDL2570_0484257 |
| 211. | CookMDL2570_0484823 |
| 212. | CookMDL2570_0484826 |
| 213. | CookMDL2570_0484885 |
| 214. | CookMDL2570_0485798 |
| 215. | CookMDL2570_0487734 |
| 216. | CookMDL2570_0490396 |
| 217. | CookMDL2570_0490416 |
| 218. | CookMDL2570_0490419 |
| 219. | CookMDL2570_0491367 |
| 220. | CookMDL2570_0507169 |
| 221. | CookMDL2570_0507170 |
| 222. | CookMDL2570_0507182 |
| 223. | CookMDL2570_0507196 |
| 224. | CookMDL2570_0507215 |
| 225. | CookMDL2570_0507224 |
| 226. | CookMDL2570_0507233 |
| 227. | CookMDL2570_0553130 |
| 228. | CookMDL2570_0555018 |
| 229. | CookMDL2570_0596417 |
| 230. | CookMDL2570_0596477 |
| 231. | CookMDL2570_0596478 |
| 232. | CookMDL2570_0601061 |
| 233. | CookMDL2570_0601062 |
| 234. | CookMDL2570_0601063 |
| 235. | CookMDL2570_0606040 |
| 236. | CookMDL2570_0619991 |
| 237. | CookMDL2570_0621261 |

| | |
|---|---|
| 238. | CookMDL2570_0639933 |
| 239. | CookMDL2570_0693299 |
| 240. | CookMDL2570_0708446 |
| 241. | CookMDL2570_0708683 |
| 242. | CookMDL2570_0728372 |
| 243. | CookMDL2570_0730077 |
| 244. | CookMDL2570_0730087 |
| 245. | CookMDL2570_0730285 |
| 246. | CookMDL2570_0730294 |
| 247. | CookMDL2570_0730636 |
| 248. | CookMDL2570_0730801 |
| 249. | CookMDL2570_0730802 |
| 250. | CookMDL2570_0731017 |
| 251. | CookMDL2570_0734236 |
| 252. | CookMDL2570_0735209 |
| 253. | CookMDL2570_0735931 |
| 254. | CookMDL2570_0735934 |
| 255. | CookMDL2570_0736014 |
| 256. | CookMDL2570_0740062 |
| 257. | CookMDL2570_0750585 |
| 258. | CookMDL2570_0755189 |
| 259. | CookMDL2570_0755530 |
| 260. | CookMDL2570_0756001 |
| 261. | CookMDL2570_0761829 |
| 262. | CookMDL2570_0765319 |
| 263. | CookMDL2570_0769643 |
| 264. | CookMDL2570_0771220 |
| 265. | CookMDL2570_0773691 |
| 266. | CookMDL2570_0775567 |
| 267. | CookMDL2570_0775568 |
| 268. | CookMDL2570_0775693 |
| 269. | CookMDL2570_0775816 |
| 270. | CookMDL2570_0775964 |
| 271. | CookMDL2570_0776054 |
| 272. | CookMDL2570_0776057 |
| 273. | CookMDL2570_0776519 |
| 274. | CookMDL2570_0777401 |
| 275. | CookMDL2570_0778080 |
| 276. | CookMDL2570_0779185 |
| 277. | CookMDL2570_0779186 |
| 278. | CookMDL2570_0783696 |
| 279. | CookMOL2570_0784435 |
| 280. | CookMDL2570_0797907 |
| 281. | CookMDL2570_0797910 |
| 282. | CookMDL2570_0797914 |
| 283. | CookMDL2570_0799288 |

284.    CookMDL2570_0799289
285.    CookMDL2570_0799754
286.    CookMDL2570_0805311
287.    CookMDL2570_0805326
288.    CookMDL2570_0805601
289.    CookMDL2570_0806541
290.    CookMDL2570_0829662
291.    CookMDL2570_0830425
292.    CookMDL2570_0830744
293.    CookMDL2570_0831050
294.    CookMDL2570_0831156
295.    CookMDL2570_0831782
296.    CookMDL2570_0831783
297.    CookMDL2570_0833690
298.    CookMDL2570_0833838
299.    CookMDL2570_0843979
300.    CookMDL2570_0844859
301.    CookMDL2570_0844860
302.    CookMDL2570_0844861
303.    CookMDL2570_0850780
304.    CookMDL2570_0850845
305.    CookMDL2570_0850847
306.    CookMDL2570_0850856
307.    CookMDL2570_0850862
308.    CookMDL2570_0850866
309.    CookMDL2570_0898919
310.    CookMDL2570_0899106-43 Celect Perm dFMECA
311.    CookMDL2570_0906848
312.    CookMDL2570_0912102
313.    CookMDL2570_0913977
314.    CookMDL2570_0961806
315.    CookMDL2570_0961858
316.    CookMDL2570_0961910
317.    CookMDL2570_0961940
318.    CookMDL2570_0962018
319.    CookMDL2570_0962114
320.    CookMDL2570_0962134
321.    CookMDL2570_0962137
322.    CookMDL2570_0962149
323.    CookMDL2570_0962227
324.    CookMDL2570_0962275
325.    CookMDL2570_0962292
326.    CookMDL2570_0962322
327.    CookMDL2570_0962338
328.    CookMDL2570_1028245
329.    CookMDL2570_1028596

330. CookMDL2570_1050710
331. CookMDL2570_1050763
332. CookMDL2570_1067581
333. CookMDL2570_1231169
334. CookMDL2570_1231278
335. CookMDL2570_1273798
336. CookMDL2570_1276027
337. CookMDL2570_1276105
338. CookMDL2570_1087794

**Schedule 4**

1. Cook IVCF 004157
2. CookMDL2570_0143852
3. CookMDL2570_0143855
4. CookMDL2570_0332044 MedWatch - IVC Filters Initial Communication Risk of Adverse Events with Long Term Use
5.  CookMDL2570_0332050
6. CookMDL2570_0335473
7. CookMDL2570_0405567-68 Updated Maude Data and Retrievable IVCF Clinical Comparison
8. CookMDL2570_0405570
9. CookMDL2570_0409795
10. CookMDL2570_0412259
11. CookMDL2570_0431650 Celect Retrieval Data and MAUDE
12. CookMDL2570_0431674
13. CookMDL2570_0459834
14. CookMDL2570_0459835
15. CookMDL2570_0465794
16. CookMDL2570_0465797
17. CookMDL2570_0465798
18. CookMDL2570_0734141
19. CookMDL2570_0736014
20. CookMDL2570_0779210
21. FDA Guidance - Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005)
22. Henriksen 276

**Native Files**

1. CookMDL2570_0143852
2. CookMDL2570_0143855 IVC Filters MAUDE Data 04032009
3. CookMDL2570_0332050 IVC Filters MAUDE Data 04032009a
4. CookMDL2570_0335473 NavAign Filter_PAT_Presentation REV 12.2010(2) mks.ppt
5. CookMDL2570_0405570
6. CookMDL2570_0412259 IVC Filters MAUDE Database Summary 013114
7. CookMDL2570_0431674 IVC Filters MAUDE Data 011108
8. CookMDL2570_0459835

9.     CookMDL2570_0465797
10.    CookMDL2570_0465798
11.    CookMDL2570_0734141 IVC Filters Growing Market Share
12.    CookMDL2570_0736014 IVC Filters MAUDE Data 042407
**Translations from opposing counsel**
1.     014 3852 (daDK-enUS)
2.     045 9835 (daDK-enUS)
3.     077 9210 (daDK-enUS)

**LaDisa Cited Documents**
1. Cook IVCF 005504-005510
2. Cook IVCF 005511-005519
3. Cook IVCF 014064-014278
4. Cook IVCF 014279-014635
5. Cook IVCF 014636-014832
6. Cook IVCF 015605-015628 (referenced 015614)
7. Cook IVCF 015699-015702
8. Cook IVCF 030006
9. Cook IVCF 041678-041680
10. Cook IVCF 041893
11. CookMDL2570_0092216-0092224
12. CookMDL2570_0188591
13. CookMDL2570_0205433
14. CookMDL2570_0207175
15. CookMDL2570_0426083
16. CookMDL2570_0435086
17. CookMDL2570_0436154
18. CookMDL2570_0444795
19. CookMDL2570_0446110
20. CookMDL2570_0447775-0447777
21. CookMDL2570_0459962-0459963
22. CookMDL2570_0473656-0473658
23. CookMDL2570_0474323-0474324
24. CookMDL2570_0481025
25. CookMDL2570_0481884-0481885
26. CookMDL2570_0483185
27. CookMDL2570_0484200-0484202
28. CookMDL2570_0484414
29. CookMDL2570_0484459
30. CookMDL2570_0484885
31. CookMDL2570_0485773
32. CookMDL2570_0601062
33. CookMDL2570_0618181
34. CookMDL2570_0618292-0618416
35. CookMDL2570_0624906-0624907
36. CookMDL2570_0778243
37. CookMDL2570_0805629

38.  CookMDL2570_0833690
39.  CookMDL2570_0899603
40.  CookMDL2570_0899604-0899620

**Litsky – Richie Documents Cited Documents – Gage**
1.  CookMDL2570_0083882-0083894
2.  CookMDL2570_0083895
3.  CookMDL2570_009181-0092188 (0092184-0092185)
4.  CookMDL2570_0202464
5.  CookMDL2570_0447300-00447302
6.  CookMDL2570_0447319
7.  CookMDL2570_0449104
8.  CookMDL2570_0483975-0483976 (0483975 referenced)
9.  CookMDL2570_0623644
10. CookMDL2570_0623652
11. CookMDL2570_0843964

**Litsky – Richie Documents Cited Documents – Hill**
1.  CookMDL2570_0083882-0083894
2.  CookMDL2570_0083895
3.  CookMDL2570_0092181-0092188 (0092184-0092185 referenced)
4.  CookMDL2570_0202464
5.  CookMDL2570_0423786-0423787 (0423787 referenced) - incorrect
6.  CookMDL2570_0435086
7.  CookMDL2570_0447300-0447302
8.  CookMDL2570_0447319
9.  CookMDL2570_0449104
10. CookMDL2570_0483975-0483976 (0483975 referenced)
11. CookMDL2570_0623644
12. CookMDL2570_0623652
13. CookMDL2570_0784074-correct cite for 0423787
14. CookMDL2570_0843964

**Marmureanu Cited Documents**
1.  CookMDL2570_0008489
2.  CookMDL2570_0098039
3.  CookMDL2570_0120774
4.  CookMDL2570_0178489
5.  CookMDL2570_0180420
6.  CookMDL2570_0180428
7.  CookMDL2570_0181797
8.  CookMDL2570_0182596
9.  CookMDL2570_0182747
10. CookMDL2570_0183415
11. CookMDL2570_0187499
12. CookMDL2570_0196121
13. CookMDL2570_0335196
14. CookMDL2570_0375085
15. CookMDL2570_0375951

16.   CookMDL2570_0406837
17.   CookMDL2570_0444975
18.   CookMDL2570_0454098
19.   CookMDL2570_0454159
20.   CookMDL2570_0468774
21.   CookMDL2570_0484885
22.   CookMDL2570_0601061
23.   CookMDL2570_0601063
24.   CookMDL2570_0719710
25.   CookMDL2570_0719753
26.   CookMDL2570_0722714
27.   CookMDL2570_0723854
28.   CookMDL2570_0730282
29.   CookMDL2570_0745602
30.   CookMDL2570_0745619
31.   CookMDL2570_0754570
32.   CookMDL2570_0755530
33.   CookMDL2570_0763033
34.   CookMDL2570_0782085
35.   CookMDL2570_0831289
36.   CookMDL2570_0888424

**McMeeking Cited Documents**
1.    CookMDL2570_0065012-0065013
2.    CookMDL2570_0211255
3.    CookMDL2570_0115156
4.    CookMDL2570_0434714-0434730
5.    CookMDL2570_0202464
6.    CookMDL2570_0454733-0454750
7.    CookMDL2570_0008548-0008557
8.    CookMDL2570_0115167
9.    CookMDL2570_1275629-1275648
10.   CookMDL2570_0204054-0204083
11.   CookMDL2570_0482329-0482339
12.   CookMDL2570_0484200-0484202
13.   CookMDL2570_0202621

**Rajebi Cited Documents**
1.    Cook IVCF 000002
2.    Cook IVCF 000492-000494 - correct citation for 000942
3.    Cook IVCF 000764-000798
4.    Cook IVCF 000803-000820
5.    Cook IVCF 000821
6.    Cook IVCF 000890-000904 - Tulip IDE Pilot Study Report
7.    CookMDL2570_0012453 -0012560 - cited as 012454
8.    CookMDL2570_0064892-0064893
9.    CookMDL2570_0168511-0168518
10.   CookMDL2570_0168637-0168770

11.     CookMDL2570_0174491-0174494
12.     CookMDL2570_0176942-0176944
13.     CookMDL2570_0180213-0180215
14.     CookMDL2570_0180271-0180272
15.     CookMDL2570_0180428-0180429
16.     CookMDL2570_0180566-0180578
17.     CookMDL2570_0181797-0181801
18.     CookMDL2570_0181809-0181817
19.     CookMDL2570_0183121
20.     CookMDL2570_0183258-0183265
21.     CookMDL2570_0183415-0183423
22.     CookMDL2570_0183920-0183921
23.     CookMDL2570_0186420-0186428
24.     CookMDL2570_0302723 - correct citation for 038272
25.     CookMDL2570_03232 60-0323270
26.     CookMDL2570_0332044-0332049 - correct citation for 0334044
27.     CookMDL2570_0374994
28.     CookMDL2570 _0375085-0375089
29.     CookMOL2570 _0375951 -0375965
30.     CookMDL2570_0379327 -0379330
31.     CookMDL2570_0380951 -0380959
32.     CookMDL2570_0380964-0380970
33.     CookMDL2570_0382334-0382336
34.     CookMDL2570_0384261
35.     CookMDL2570_0384317
36.     CookMDL2570_0427098
37.     CookMDL2570_0431650
38.     CookMDL2570_0454098-0454109
39.     CookMDL2570_0455054
40.     CookMDL2570_0456793-0456794
41.     CookMDL2570_04658 02-0465804
42.     CookMDL2570_0465938-0465943
43.     CookMDL2570_0469271-0469274
44.     CookMDL2570_0490785
45.     CookMDL2570_0719710-0719712
46.     CookMDL2570_0719753 -0719767
47.     CookMDL2570_0721124
48.     CookMDL2570_0721834-0721836
49.     CookMDL2570_0723255-0723256
50.     CookMDL2570_0726454-0726465
51.     CookMDL2570_0726479-0726482
52.     CookMDL2570_0731587
53.     CookMDL2570_0731656
54.     CookMDL2570_0731658
55.     CookMDL2570_0731721
56.     CookMDL2570_0733141

57.   CookMDL2570_0733902
58.   CookMDL2570_0735209
59.   CookMDL2570_0736846 -0736851
60.   CookMDL2570_075457 0-0754582
61.   CookMDL2570_0765319
62.   CookMDL2570_0780417
63.   CookMDL2570_0830424
64.   CookMDL2570_0830425
65.   CookMDL2570_0850922
66.   CookMDL2570_1120013
67.   CookMDL2570_1272054
68.   CookMDL2570_1275421
69.   IVC00001178
70.   IVC0000l242-00001243
71.   IVC0000132 4-00001325

## F.  Literature Referenced by Plaintiff Expert Fishbein

1.   Trousseau, *et al*., *Clinique Medicale de L'Hotel-Dieu de Paris*
2.   *Clinique Medicale de L'Hotel-Dieu de Paris*, 3rd ed., Vol. 3, PARIS, J.B. BALLIERE, 652-695 (1968)
3.   Eichelter, *et al*., *Prophylaxis of Pulmonary Embolism*, 97 ARCH SURG 348-356 (1968)
4.   Lund, *et al*., *A new cava filter for percutaneous placement and retrieval: Experimental study*, 152 RADIOLOGY 369-372 (1984)
5.   Hunter, *et al*., *Retrieving the Amplatz retrievable vena cava filter*, 10 CARDIOVASC INTERVENT RADIOL 32-36 (1987)
6.   Cotran, *et al*., *Robbins Pathologic Basis of Disease*, 4th ed. W.B. SAHDERS CO, 1989, p99-105
7.   Hammer, *et al*., *In vitro evaluation of vena cava filters*, 5(6) JVIR  869-876 (1994)
8.   Burbridge, *et al*., *Incorporation of the Gunther Temporary Inferior Vena Cava Filter into the Caval Wall*, 7 JVIR 289-290 (1996)
9.   Khong, *et al*., *Technical aspects of insertion and removal of an inferior vena cava IVC filter for prophylactic treatment of pulmonary embolus*, 27 PEDIATR RADIOL 239-241 (1997)
10.   Owen, *et al*., *Case report: The Successful Use and Removal of the Gunther Tulip Inferior Vena Caval Filter in Pregnancy*, 52 CLINICAL RADIOLOGY 241-243 (1997)
11.   Brash, *et al*., *Mechanism of transient adsorption of fibrinogen from plasma to solid surfaces: role of the contact and fibrinolytic systems*, 71(4) BLOOD 932-939 (1988)
12.   Decousus, *et al*., *A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis*, 338(7) N ENGL J MED 409-415 (1998)
13.   Proctor, *et al*., *Assessment of apparent vena caval penetration by the Greenfield filter*, 5 J ENDOVASC SURG 251-258 (1998)
14.   Simon, *Vena cava filters prevalent misconceptions*, JVIR .(September 1999); Vol. 10, No. 8, pp. 1021-1024

15. Lin, *et al.*, *Successful retrieval of infected Gunther Tulip IVC filter*, 11(10) JVIR 1341-1343 (2000)

16. Millward, *et al.*, *Gunther Tulip filter preliminary clinical experience with retrieval*, 11(1) JVIR 75-82 (2000)

17. Streiff, *et al.*, *Vena caval filters a comprehensive review*, 95(12) BLOOD 3669-3677 (2000)

18. Brenner, *et al.*, *Use of inferior vena cava filters in thromboembolic disease two case reports with a literature review*, 94(9) IRISH MEDICAL JOURNAL 267-268 (2001)

19. De Gregario, *et al.*, *Animal Experience in the Gunther Tulip Retrievable Inferior Vena Cava Filter*, 24 CARDIOVASC INTERVENT RADIOL 413-417 (2001)

20. Millward, *Gunther Tulip retrievable filter: Why, when and how?* (Abstract), S2(3) CAN ASSOC RADIOL J 188-192 (2001)

21. Neuerburg, *et al.*, *Percutaneous Retrieval of the Tulip Vena Cava Filter: Feasibility Short- and Long-Term Changes — An Experimental Study in Dogs*, 24 CARDIOVASC INTERVENT RADIOL 418-423 (2001)

22. Girard, *et al.*, *Medical literature and vena cava filters so far so weak*, 122(3) CHEST 963-967 (2002)

23. Hoekstra, *et al.*, *Vessel wall reaction after vena cava filter placement*, 25 CARDIOVASC INTERVENT RADIOL 53-56 (2002)

24. Tay, *et al.*, *Repeated Gunther Tulip inferior vena cava filter repositioning to prolong implantation time*, 13(5) JVIR 509-512 (JVIR)

25. Bochenek, *et al.*, *Right Atrial Migration and Percutaneous Retrieval of a Gunther Tulip Inferior Vena Cava Filter*, 14(9) JVIR 1207-1209 (2003)

26. Brountzos, *et al.*, *A New Optional Vena Cava Filter: Retrieval at 12 Weeks in an Animal Model*, 14(6) JVIR 763-772 (2003)

27. Honda, *et al.*, *Artifacts of vena cava filters ex vivo on MR angiography*, 2(2) MAGNETIC RESONANCE IN MEDICAL SCIENCES 71-77 (2003)

28. Participants in Vena Caval Filter Consensus Conf, *Recommended Reporting Standards for Vena Caval Filter Placement and Patient Follow-Up*, 14 JVIR S427-S432 (2003)

29. Offner, *et al.*, *The Role of Temporary Inferior Vena Cava Filters in Critically Ill Surgical Patients*, 138 ARCH SURG 591-595 (2003)

30. Barbier, *et al.*, *Respiratory changes in inferior vena cava diameter are helpful in predicting fluid responsiveness in ventilated septic patients*, 30 INTENSIVE CARE MED 1740-1746 (2004)

31. Lam, *et al.*, *Early technical and clinical results with retrievable inferior vena caval filters*, 12(4) VASCULAR 233-237 (2004)

32. Morris, *et al.*, *Current trends in vena caval filtration with the introduction of a retrievable filter at a level I trauma center*, 57(1) J TRAUMA 32-36 (2004)

33. Antevil, *et al.*, *Retrievable Vena Cava Filters for Preventing Pulmonary Embolism in Trauma Patients*, 60(1) JOURNAL OF TRAUMA INJURY, INFECTION, AND CRITICAL CARE 35-40 (2006)

34. Binkert, *et al.*, *Inferior vena cava filter removal after 317-day implantation*, 16(3) JVIR  395-398 (2005)

35. Decousus, *et al*. / PRECIP Study Group, *Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: The PREPIC Randomized Study*, 112 CIRCULATION 416-422 (2005)

36. Haider, *et al*., *Serial repositioning of a Gunther tulip retrievable inferior vena cava filter in a pediatric patient*, 35 PEDIATR RADIOL 1135-1138 (2005)

37. Hamada, *et al*., *Long-term Optional Retrievability of a New Inferior Vena Cava Filter in an Ovine Model*, 16(11) JVIR 1505-1509 (2005)

38. Kachura, *Inferior vena cava filter removal after 475-day implantation – Letter to Editor*, 16(8) JVIR 1156-1158 (2005)

39. Lopera, *A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study*, 16(11) JVIR 1539-1544 (2005)

40. Lyon, *et al*., *Retrievable Gunther Tulip Filter - Experience in 188 Cases (article renamed: Clinic Experience with the Gunther-Tulip Retrievable Filter: Experience in 206 Patients)* Paper. 2005 ANNUAL MEETING SOCIETY OF INTERVENTIONAL RADIOLOGY, S27-S29 (2005)

41. Millward, *et al*., *Reporting standards for inferior vena caval filter placement and patient follow-up supplement for temporary and retrievable-optional filters*, 16(4) JVIR 441-443 (2005)

42. Rosen, *et al*., *Guide Wire Entrapment by Inferior Vena Cava Filters: An Experimental Study*, 201 J AM COLL SURG 386-390 (2005)

43. Smouse, *Second-Generation, Optional Vena Cava Filter – A 90-day update on the safety and performance of a second-generation, optional vena cava filter in an animal model*, ENDOVASCULAR TODAY, pp. 64-66 (2005)

44. Van Ha, *et al*., *Removal of Gunther Tulip vena cava filter through femoral vein approach*, 16(3) JVIR 391-394 (2005)

45. Yamagami, *et al*., *Gunther Tulip Inferior Vena Cava Filter Placement During Treatment for Deep Venous Thrombosis of the Lower Extremity*, 28 CARDIOVASC INTERVENT RADIOL 442-453 (2005)

46. Yamagami, *et al*., *Successful retrieval of a Gunther tulip vena cava filter with the assistance of a curved sheath introducer*, 16(12) JVIR 1760-1762 (2005)

47. Kolbeck, *et al*., *Optional inferior vena cava filter retrieval with retained thrombus an in vitro model*, 17(4) JVIR 685-691 (2006)

48. Kuo, *et al*., *Retrieval of Trapped Gunther Tulip Inferior Vena Cava Filters Snare-over-Guide Wire Loop Technique*, 17(11), part. 1 JVIR 1845-1849 (2006)

49. Miller, *et al*., *Retrieval of the Gunther Tulip and OptEase filters using the recovery cone removal system*, 17(5) JVIR 899-902

50. Mody, *et al*.. *Removal of a Gunther Tulip retrievable inferior vena cava filter after 147 days in a pediatric patient*, 36 PEDIATR RADIOL 440-444

51. Ray, *et al*., *Outcomes with Retrievable Inferior Vena Cava Filters: A Multicenter Study*, 17(10) JVIR 1595-1604 (2006)

52. Rosenthal, *et al*., *Retrievable inferior vena cava filters initial clinical results*, 20 ANN VASC SURG 157-165 (2006)

53. Shih, *et al*., *Real-time magnetic resonance-guided placement of retrievable inferior vena cava filters comparison with fluoroscopic guidance with use of in vitro and animal models*, 17(2) JVIR 327-333 (2006)

54. Smouse, _A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study_, 17 JVIR 1365-1366 (2006)

55. Smouse, et al., _Establishing Surveillance Clinics: The Road to Success_, 23 SEMIN INTERVENT RADIOL 333-336 (2006)

56. Ullman, _Technique for snaring an inaccessible Gunther Tulip filter_, 17(6) JVIR 1067-1068 (2006)

57. Yamagami, et al., _Prophylactic implantation of inferior vena cava filter during interventional radiological treatment for deep venous thrombosis of the lower extremity_, 70 BR J RADIOL 584-591 (2006)

58. Berczi, et al., _Long-Term Retrievability of IVC Filters: Should We Abandon Permanent Devices?_, 30 CARDIOVASC INTERVENT RADIOL 820-827 (2007)

59. Buecker, et al., _Long-Term Retrieval of Modified Gunther Tulip Vena Cava Filters An Animal Study_, 42(10) INVESTIGATIVE RADIOLOGY 692-696 (2007)

60. Burke, et al., _Use of Rigid Bronchoscopic Forceps in the Difficult Retrieval of the Gunther Tulip Inferior Vena Cava Filter_, 18(10) JVIR 1319-1323 (2007)

61. Contractor, et al., _Retrieval of a tilted Gunther Tulip filter with the superior hook embedded in the caval wall_, 18(11) JVIR 1455-1456 (2007)

62. Crowther, _Inferior Vena Cava Filters in the Management of Venous Thromboembolism_, 120(10B) AM J MED S13-S17 (2007)

63. Galhotra, et al., _Migration of the Gu¨ nther Tulip Inferior Vena Cava Filter to the Chest_, 18(12) JVIR 1581-1585 (2007)

64. Karmy-Jones, et al., _Practice patterns and outcomes of retrievable vena cava filters in trauma patients an AAST multicenter study_, 62(1) J TRAUMA 17-25 (2007)

65. Mahnken, et al., _In Vitro Evaluation of Optionally Retrievable and Permanent IVC Filters_, 42(7) INVESTIGATIVE RADIOLOGY 529-535 (2007)

66. Sadaf, et al., _Significant caval penetration by the celect inferior vena cava filter attributable to filter design_, JVIR  (2007); Vol. 18, No. 11, pp. 1447-1450

67. Seo, et al., _Detection and correction of anterior or posterior tilting of the gunther-tulip filter in the inferior vena cava_, 18(3) JVIR 427-436 (2007)

68. Vo, et al., _The Use of Paired Optionally Retrievable Gunther Tulip Filters in Trauma Patients with Anatomical Variants_, 24 SEMIN INTERVENT RADIOL 20-28 (2007)

69. Wang, et al., _Estimation of trapped thrombus volumes in retrievable inferior vena cava filters a visual scale_, 18(2) JVIR 273-276 (2007)

70. Yamagami, et al., _Evaluation of retrievability of the Gunther tulip vena cava filter_, 30 CARDIOVASC INTERVENT RADIOL 226-231 (2007)

71. Fotiadis, et al., _Technical Error During Deployment Leads to Vena Cava Filter Migration and Massive Pulmonary Embolism_, 31 CARDIOVASC INTERVENT RADIOL S174-S176 (2008)

72. Kalva, et al., _Suprarenal inferior vena cava filters a 20-year single-center experience_, 19(7) JVIR 1041-1047 (2008)

73. Kocher, et al., _Retrievable Gunther Tulip Vena Cava Filter in the prevention of pulmonary embolism in patients with acute deep venous thrombosis in perinatal period_, 70 EUROPEAN JOURNAL OF RADIOLOGY 165-169 (2009)

74. Mahrer, et al., _Retrievable vena cava filters in major trauma patients prevalence of thrombus within the filter_, 31 CARDIOVASC INTERVENT RADIOL 785-789 (2008)

75.  Stavropoulos, _Embedded inferior vena cava filter removal use of endobronchial forceps_, 19(9) JVIR 1297-1301 (2008)

76.  Van Ha, _et al_., _Use of retrievable compared to permanent inferior vena cava filters a single-institution experience_, 31 CARDIOVASC INTERVENT RADIOL 308-315 (2008)

77.  Yamagami, _et al_. (2008), _Prophylactic Implantation of Inferior Vena Cava Filter during Endovascular Therapies for Deep Venous Thrombosis of the Lower Extremity: Is It Necessary?_, 49(4) ACTA RADIOL 391-397 (2008)

78.  Contractor, _et al_., _Penetration of Gunther Tulip filter struts through an introducer sheath case report and safety concerns_, 20(8) JVIR 1093-1095 (2009)

79.  Doody, _et al_., _Assessment of snared-loop technique when standard retrieval of inferior vena cava filters fails_, 32(1) CARDIOVASC INTERVENT RADIOL 145-149 (2009)

80.  Doody, _et al_., _Initial experience in 115 patients with the retrievable Cook Celect vena cava filter_, 53 JOURNAL OF MEDICAL IMAGING AND RADIATION ONCOLOGY 64-68 (2009)

81.  Hull, _et al_., _Bard Recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration_, 20(1) JVIR 52-60 (2009)

82.  Lyon, _et al_., _Short- and long-term retrievability of the Celect vena cava filter results from a multi-institutional registry_, 20(11) JVIR 1441-1448 (2009)

83.  Muranishi, _et al_., _Thrombo-occlusion of inferior vena cava filter in a patient with polycythemia vera_, 54 JOURNAL OF CARDIOLOGY 307-310 (2009)

84.  Murphy, _et al_., _Volume associated dynamic geometry and spatial orientation of the inferior vena cava_, 50 J VASC SURG 835-843 (2009)

85.  Parkin, _et al_., _Symptomatic perforation of a retrievable inferior vena cava filter after a dwell time of 5 years_, 50 J VASC SURG 417-419 (2009)

86.  Rajasekhar, _et al_., _ASH evidence-based guidelines: what is the role of inferior vena cava filters in the perioperative prevention of venous thromboembolism in bariatric surgery patients?_, HEMATOLOGY AM SOC HEMATOL EDUC PROGRAM 302-304 (2009) (doi: 10.1182/asheducation-2009.1.302)

87.  Sangwaiya, _et al_., _Safety and effectiveness of the celect inferior vena cava filter: preliminary results_, 20(9) JVIR 1188-1192 (2009)

88.  Smouse, _et al_., _Deployment performance and retrievability of the Cook Celect vena cava filter_, 29(3) JVIR 375-383 (2009)

89.  Yamagami, _et al_., _Retrieval of Gunther Tulip Vena Cava Filter with Thrombosed Hook and a Leg Incorporated into the Vena Cava Wall_, 2(1) ANN VASC DIS 40-43 (2009)

90.  Arabi, _et al_., _Retrievability of optional inferior vena cava filters with caudal migration and caval penetration report of 3 cases_, 21(6) JVIR 923-923 (2010)

91.  Baskara, _et al_., _Surgical management of inferior vena cava strut penetration causing hydronephrosis case report_, 44(6) VASCULAR AND ENDOVASCULAR SURGERY 491-493 (2010)

92.  Becher, _et al_., _Late erosion of a prophylactic Celect IVC filter into the aorta  right renal artery  and duodenal wall_, 53(4) J VASC SURG 1041-1044 (2010)

93.  Birkmeyer, _et al_., _Preoperative placement of inferior vena cava filters and outcomes after gastric bypass surgery_, 252 (2) ANN SURG 313-318 (2010)

94. Brant, *et al.*, *When Temporary IVC Filters Become Permanent*, ENDOVASCULAR TODAY 69-71 (2010)

95. Carrillo, *et al.*, *Re: Penetration of Gunther Tulip Filter Struts through an Introducer Sheath--Case Report and Safety Concerns*, 21(2) JVIR 305-306 (2010)

96. Golarz, *et al.*, *Use of Wall Stent to Exclude a Thrombosed Inferior Vena Cava Filter*, 24 ANN VASC SURG 690.e5-690.e7 (2010)

97. Johnson, *et al.*, *The Safety and Effectiveness of the Retrievable Option Inferior Vena Cava Filter A United States Prospective Multicenter Clinical Study*, 21(8) JVIR 1173-1184 (2010)

98. Minocha, *et al.*, *Improving inferior vena cava filter retrieval rates impact of a dedicated inferior vena cava filter clinic*, 21(12) JVIR 1847-1851 (2010)

99. Nazzal, *et al.*, *Complications related to inferior vena cava filters: a single-center experience*, 24 ANN VASC SURG 480-486 (2010)

100. Saito, *et al.*, *Excimer laser-assisted retrieval of Gunther Tulip vena cava filters a pilot study in a canine Model*, 21(5) JVIR 719-724 (2010)

101. Semiz-Oysu, *et al.*, *The Gunther-Tulip retrievable filter a method for assessing tilting of the filter*, 19 HEART LUNG AND CIRCULATION 228-233 (2010)

102. Turba, *et al.*, *Gunter tulip filter retrieval experience predictors of successful retrieval*, 33 CARDIOVASC INTERVENT RADIOL 732-738 (2010)

103. Chen, *et al.*, *A novel deployment design of vena cava filters might be the solution to their blockage problem*, 11 MEDICAL HYPOTHESES 990-992 (2011)

104. Garcia-Godoy, *et al.*, *Retrieval of Inferior Vena Cava Filters After Prolonged Indwelling Time*, 171(21) ARCH INTERN MED 1953-1955 (2011)

105. Hwang, *et al.*, *Surgical removal of a Gunther Tulip filter with symptomatic caval penetration after unsuccessful percutaneous retrieval*, 25 ANN VASC SURG 699.e9-699.e12 (2011)

106. Kuo, *et al.*, *Photothermal Ablation with the Excimer Laser Sheath Technique for Embedded Inferior Vena Cava Filter Removal: Initial Results from a Prospective Study*, 22(6) JVIR 813-823 (2011)

107. Laborda, *et al.*, *Laparoscopic demonstration of vena cava wall penetration by inferior vena cava filters in an ovine mode*, 22(6) JVIR 851-856 (2011)

108. Lynch, *Removal of a Gunther Tulip filter after 3,006 days*, 22(3) JVIR 337-340 (2011)

109. Morishita, *et al.*, *Endovascular repair of a perforation of the vena caval wall caused by the retrieval of a Gunther Tulip filter after long-term implantation*, 24 CARDIOVASC INTERVENT RADIOL S321-S323 (2011)

110. Oh, *et al.*, *Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall*, 22(1) JVIR 70-74 (2011)

111. Rajasekhar, *et al.*, *A pilot study on the randomization of inferior vena cava filter placement for venous thromboembolism prophylaxis in high-risk trauma patients*, 71 J TRAUMA 323-329 (2011)

112. Skeik, *et al.*, *Lumbar Artery Pseudoaneurysm Caused by a Gunther Tulip Inferior Vena Cava Filter*, 45(8) VASCULAR AND ENDOVASCULAR SURGERY 756-760 (2011)

113.    Connolly, *et al*., *Open surgical inferior vena cava filter retrieval for caval perforation and a novel technique for minimal cavotomy filter extraction*, 56(1) J VASC SURG 256-259 (2012)

114.    Cookson, *et al*., *Phlegmasia Caerulea Dolens in a Patient With an Inferior Vena Cava Filter: Treatment of Massive Iliocaval Thrombosis Using Local Intravenous Catheter-Directed Thrombolysis*, 35 CARDIOVASC INTERVENT RADIOL 1226-1230 (2012)

115.    DeRubertis, *Advanced IVC Filter Retrieval Techniques*, ENDOVASCULAR TODAY 69-73 (2012)

116.    Dinglasan, *et al*., *Removal of Fractured Inferior Vena Cava Filters: Feasibility and Outcomes*, 23(2) JVIR 181-187 (2012)

117.    Durack, *et al*., *Perforation of the IVC Rule Rather than Exception After Longer Indwelling Time for the Gunther Tulip and Celect Retrievable Filters*, 35(2) CARDIOVASC INTERVENT RADIOL 299-308 (2012)

118.    Garcia, *et al*., *Evaluation of migration forces of a retrievable filter: Experimental setup and finite element study*, 34(8) MEDICAL ENGINEERING & PHYSICS 1167-1176 (2012)

119.    Goh, *et al*., *IVC filter limb penetration of the caval wall during retroperitoneal surgery/lymph node dissection*, 56 JOURNAL OF MEDICAL IMAGING AND RADIATION ONCOLOGY 646-649 (2012)

120.    Hoffer, *et al*., *Safety and Efficacy of the Gunther Tulip Retrievable Vena Cava Filter: Midterm Outcomes*, 36(4) CARDIOVASC INTERVENT RADIOL 998-1005 (2012)

121.    Kalina, *et al*., *Improved removal rates for retrievable inferior vena cava filters with the use of a "filter registry"*, 78(1) AM SURG 94-97 (2012)

122.    Kassis, *et al*., *Inferior Vena Cava Filter Penetration Resulting in Renal Pelvis Rupture with Urinoma Formation*, 47(1) VASCULAR AND ENDOVASCULAR SURGERY 70-72 (2012)

123.    Kendirli, *et al*., *Inferior vena cava filter presenting as chronic low back pain*, 36 CLINICAL IMAGING 236-238 (2012)

124.    Knott, *et al*., *New technique to prevent tilt during inferior vena cava filter placement*, 55(3) J VASC SURG 869-871 (2012)

125.    Malgor, *et al*., *A systematic review of symptomatic duodenal perforation by inferior vena cava filters*, 55(3) J VASC SURG 856-861.e3 (2012)

126.    Molvar, *Inferior vena cava filtration in the management of venous thromboembolism filtering the data*, 29 SEMIN INTERVENT RADIOL 204-217 (2012)

127.    Nahas, *et al*., *Excessive venous bleeding in a patient with acetabular pelvic fracture secondary to inferior vena cava filter occlusion*, BMJ CASE REPORTS (2012) (Doi: 10.1136/bcr-2012-006712)

128.    Sharifi, *et al*., *Role of IVC Filters in Endovenous Therapy for Deep Venous Thrombosis: The FILTER-PEVI (Filter Implantation to Lower Thromboembolic Risk in Percutaneous Endovenous Intervention) Trial*, 35 CARDIOVASC INTERVENT RADIOL 1408-1413 (2012)

129.    Xiao, *et al*., *Introducer curving technique for the prevention of tilting of transfemoral Gunther Tulip inferior vena cava filter*, 13(4) KOREAN J RADIOL 483-491 (2012)

130.    Zhou, *et al.*, *Retrospective Review of 120 Celect IVCF Retrievals:  Experience at a Single Institution*, JVIR  (2012); Vol. 23, No. 12, pp. 1557-1563

131.    AHRQ, *Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations*, AHRQ PUBLICATION, NO. 13-EHC082-1, MAY 2013; COMPARATIVE EFFECTIVENESS REVIEW, NO. 116

132.    Avgerinos, *et al.*, *Technical and patient-related characteristics associated with challenging retrieval of inferior vena cava filters*, 46(3) EUROPEAN JOURNAL OF VASCULAR AND ENDOVASCULAR SURGERY 353-359 (2013)

133.    Babu, *et al.*, *Three-year experience of prophylactic placement of inferior vena cava filters in women with gynecological cancer*, 6 INTERNATIONAL JOURNAL OF GENERAL MEDICINE 671-674 (2013)

134.    Calin, *et al.*, *Benefit vs. Risk of a Permanent Inferior Vena Cava Filter in Pulmonary Embolism with Anticoagulation Contraindication*, 8(4) MAEDICA – A JOURNAL OF CLINICAL MEDICINE 355-359 (2013)

135.    Harvey, *et al.*, *Inferior vena cava filters: What radiologists need to know*, 68 CLINICAL RADIOLOGY 721-732 (2013)

136.    Hicks, *et al.*, *The ASH Choosing Wisely campaign: five hematologic tests and treatments to question*, 122(24) BLOOD 3879-3883 (2013)

137.    Kuo, *et al.*, *Complex retrieval of fractured  embedded  and penetrating inferior vena cava filters a prospective study with histologic and electron microscopic analysis*, 24(5) J  VASC INTERV RADIOL 622-630.e1 (2013)

138.    Lambe, *et al.*, *Percutaneous femoral vein access for inferior vena cava filter placement does not cause insertion-site thrombosis*, 27 ANN VASC SURG 1169-1172 (2013)

139.    Martin, *et al.*, *Time for a Relevant Randomized Controlled Trial of Vena Cava Filters (Critique of PREPIC)*, 113(1) THE JOURNAL OF THE AMERICAN OSTEOPATHIC ASSOCIATION 11-15 (2013)

140.    Meyer, *et al.*, *Perforated inferior vena cava filters as the cause of unclear abdominal pain*, 27 ANN VASC SURG 354.e9-354.e12 (2013)

141.    Morales, *et al.*, *Decision Analysis of retrievable inferior vena cava filters in patients without pulmonary embolism*, 1(4) J VASC SURG 376-384 (2013)

142.    Olorunsola, *et al.*, *Caval penetration by retrievable inferior vena cava filters a retrospective comparison of Option and Gunther Tulip filters*, JVIR  (2013); Vol. 24, No. 4, pp. 566-571

143.    Prasad, *et al.*, *The Inferior Vena Cava Filter: How could a medical device be so well accepted without any evidence of efficacy?*, 173(7) JAMA 493-495 (2013)

144.    Rasuli, *Inferior vena cava penetration by gunther tulip filter*, 24(5) JVIR 752 (2013)

145.    Sarosiek, *et al.*, *Indications, Complications  and Management of Inferior Vena Cava Filters: The Experience in 952 Patients at an Academic Hospital With a Level I Trauma Center*, 173(7) JAMA INTERN MED 513-517 (2013)

146.    Smouse, *et al.*, *The RETRIEVE trial safety and effectiveness of the retrievable crux vena cava filter*, 24(5) JVIR 609-621 (2013)

147.    Uberoi, *et al.*, *British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry*, 36(6) Cardiovasc Intervent Radiol 1548-1561 (2013)

148.  Wang, *et al*., *Fracture and migration of Celect inferior vena cava filters: A retrospective review of 741 Consecutive Implantations*, 24(11) JVIR 1719-1722 (2013)

149.  Wang, *Wang Responds to Inferior Vena Cava Penetration by Gunther Tulip*, 24(5) JVIR 753 (2013)

150.  Weinberg, *et al*., *Inferior vena cava filters (State of the Art Paper)*, 6(6) JACC: CARDIOVASCULAR INTERVENTIONS 539-547 (2013)

151.  Al-Hakim, *et al*., *Inferior vena cava filter retrieval effectiveness and complications of routine and advanced techniques*, 25 J VASC INTERV RADIOL 933-939 (2014)

152.  Andreolij, *Comparison of complication rates associated with permanent and retrievable inferior vena cava filters: a review of the MAUDE database*, 25(8) JVIR 1181-1185 (2014)

153.  Dat, *et al*., *Duodenal perforation by an inferior vena cava filter in a polyarteritis nodosa sufferer*, 5 INTERNATIONAL JOURNAL OF SURGERY CASE REPORTS 1164-1166 (2014)

154.  De Matos Soeiro, *et al*., *Intracardiac embolization of inferior vena cava filter associated with right atrium perforation and cardiac tamponade*, 29(2) REV BRAS CIR CARDIOVASC 285-288 (2014)

155.  Desai, *et al*., *Complications of indwelling retrievable versus permanent inferior vena cava filters*, 2 J VASC SURG: VENOUS AND LYM DIS 166-173 (2014)

156.  Duffett, *et al*., *Outcomes of patients requiring insertion of an inferior vena cava filter: a retrospective observational study*, 25 BLOOD COAGULATION AND FIBRINOLYSIS 266-271 (2014)

157.  Glocker, *et al*., *Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success*, 2(1) J VASC SURG 21-25 (2014)

158.  Go, *et al*., *Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place*, 2 J VASC SURG: VENOUS AND LYM DIS 174-178 (2014)

159.  Imberti, *et al*., *Evidence and Clinical Judgment: Vena Cava Filters*, 111 THROMB HAEMOST 618-624 (2014)

160.  Lee, *et al*., *Clinical course and predictive factors for complication of inferior vena*, 133 THROMBOSIS RESEARCH 538-543 (2014)

161.  Pham, *et al*., *Celect filter penetration of aorta and lumbar artery – Letter to Editor*, 25(3) JVIR 487-490 (2014

162.  Sherman, *et al*., *Inferior vena cava filter penetration into right proximal ureter*, 21(1) CAN J UROL 7160-7162 (2014)

163.  Stavropoulos, *et al*., *The DENALI Trial: An Interim Analysis of a Prospective, Multicenter Study of the Denali Retrievable Inferior Vena Cava Filter*, 25 J VASC INTERV RADIOL 1497-1505 (2014)

164.  Swami, *et al*., *Experience With Vena Cava Filters at a Large Community Hospital and Level-I Trauma Center: Indications, Complications, and Compliance Barriers*, 20(5) CLINICAL AND APPLIED THROMBOSIS/HEMOSTASIS 546-552 (2014)

165.  Vyas, *et al*., *Duodenal Perforation by an IVC Filter: A Case and Discussion Expanding on the 2010 Guidelines for the Filter Retrieval*, 37 CARDIOVASC INTERVENT RADIOL 847-849 (2014)

166. Weinberg, *et al*., *Effect of Delayed Inferior Vena Cava Filter Retrieval After Early Initiation of Anticoagulation*, 113 AM J CARDIOL 389-394 (2014)

167. Wood, *et al*., *Reporting the impact of inferior vena cava perforation by filters*, 29(7) PHLEBOLOGY 471-475 (2014)

168. Zhou, *et al*., *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients*, 202 AJR 643-647 (2014)

169. Avery, *et al*., *Initial experience using the rigid forceps technique to remove wall-embedded IVC filters*, 59(3) J MED IMAGING RADIAT ONCOL 306-311 (2015)

170. Ballard, *et al*., *Sequential inferior vena cava filter insertion and peripherally inserted central catheter placement through upper extremity veins*, 96 DIAGNOSTIC AND INTERVENTIONAL IMAGING 1189-1193 (2015)

171. Bos, *et al*., *Strut Penetration: Local Complications, Breakthrough Pulmonary Embolism and Retrieval Failure in Patients with Celect Vena Cava Filters*, 26(1) JVIR 101-106 (2015)

172. Chow, *et al*., *Mid- and Long-term Outcome of Patients with Permanent Inferior Vena Cava Filters*, 29 ANN VASC SURG 985-994 (2015)

173. Cohoon, *et al*., *Retrievable inferior vena cava filters can be placed and removed with a high degree of success: Initial experience*, 86 CATHETERIZATION AND CARDIOVASCULAR INTERVENTIONS 719-725 (2015)

174. Desai, *et al*., *Retrieval of Inferior Vena Cava Filters with Prolonged Dwell Time: A Single-Center Experience in 648 Retrieval Procedures (Letter)*, 175(9) JAMA INT MED 1572-1574 (2015)

175. Dowell, *et al*., *Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation*, 26(10) JVIR 1510-1518 (2015)

176. Genovese, *et al*., *Endovascular management of symptomatic gastrointestinal complications associated with retrievable inferior vena cava filters*, 3(3) J VASC SURG VENOUS LYMPHAT DISORD 276-282 (2015)

177. Hemmila, *et al*., *Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients*, 262(4) ANN SURG 577-585 (2015)

178. Kishima, *et al*., *Aspiration Thrombectomy in a Patient with Suprarenal Inferior Vena Cava Thrombosis, Case Reports in Cardiology*, VOLUME 2015, ARTICLE ID 495065, 4 pgs. (http://dx.doi.org/10.1155/2015/495065)

179. Lee, *et al*., *The CIRSE Retrievable IVC Filter Registry: Retrieval Success Rates in Practice*, 38 CARDIOVASC INTERVENT RADIOL 1502-1507 (2015)

180. Milovanovic, *et al*., *Procedural and Indwelling Complications with Inferior Vena Cava Filters: Frequency, Etiology, and Management*, 32 SEMIN INTERVENT RADIOL 34-41 (2015)

181. Mismetti, *et al*., *Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism A Randomized Clinical Trial*, 313(16) JAMA 1627-1635 (2015)

182. Myojo, *et al*., *Midterm Follow-up After Retrievable Inferior Vena Cava Filter Placement in Venous Thromboembolism Patients With or Without Malignancy*, 38(4) CLIN CARDIOL 216-221 (2015)

183. Nakamura, *et al*., *Percutaneous Removal of Inferior Vena Cava Filter after Migration to Pulmonary Artery using a 8-Fr Multipurpose Catheter*, 24 HEART, LUNG AND CIRCULATION e127-e129 (2015)

184.    Nguyen, *et al.*, *Endovascular Removal of an Embedded Superior Vena Cava Filter after 6 Years*, 26(1) JVIR 131-133 (2015)

185.    Stavas, *et al.*, *Should IVC Filters Still Be Inserted into Thrombosis Management Guidelines?*, ASH CLINICAL NEWS, Tuesday, Dec. 1, 2015

186.    Rottenstreich, *et al.*, *Endovascular infection following inferior vena cava (IVC) filter insertion*, 40 J THROMB THROMBOLYSIS 452-457 (2015)

187.    Rottenstreich, *et al.*, *Inferior Vena Cava (IVC) Filters in Children: A 10-Year Single Center Experience*, 62 PEDIATR BLOOD CANCER 1974-1978 (2015)

188.    Rottenstreich, *et al.*, *Patterns of use and outcome of inferior vena cava filters in a tertiary setting*, EUROPEAN JOURNAL OF HAEMATOLOGY  - accepted for publication March 4, 2015 (Doi: 10.1111/ejh.12542)

189.    Thakur, *et al.*, *Wire in the Heart: Fracture and Fragment Embolization of Inferior Vena Cava Filter into the Right Ventricle*, CASE REPORTS IN CARDIOLOGY; Vol. 2015; Article ID 938184; 2 pages (http://dx.doi.org/10.1155/2015/938184)

190.    Jia, *et al.*, *Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management*, 132 CIRCULATION 944-952 (2015)

191.    Alkhouli, *et al.*, *Inferior Vena Cava Thrombosis*, 9(7) J AM COLL CARDIOL INTV 629-643 (2016)

192.    Alsheekh, *et al.*, *The next frontier of office-based inferior vena cava filter placement*, 4 J VASC SURG: VENOUS AND LYM DIS 283-285 (2016)

193.    Arous, *et al.*, *Temporary Inferior Vena Cava Filters - How Do We Move Forward?*, 149(5) 1143-1145 CHEST 2016

194.    Bikdeli, *et al.*, *Vena Caval Filter Utilization and Outcomes in Pulmonary Embolism: Medicare Hospitalizations from 1999 to 2010*, 67(9) JACC (2016) 1027-1035

195.    Bikdeli, *et al.*, *Data Desert for Interior Vena Caval Filters - Limited Evidence, Supervision, and Research*, 2(1) JAMA CARDIOLOGY 3-4 (2017)

196.    Chick, *et al.*, *A 16F Sheath with Endobronchial Forceps Improves Reported Retrieval Success of Long Dwelling "Closed Cell" Inferior Vena Cava Filter Designs*, 27(7) JVIR  1027-1033 (2016)

197.    Johnson, *Let Be Finale of Seem: The Safety and Effectiveness of Inferior Vena Cava Filters*, 27(10) JVIR 1539-1541 (2016)

198.    Kiefer, *et al.*, *The Value of Rotational Venography Versus Anterior-Posterior Venography in 100 Consecutive IVC Filter Retrievals*, 39 CARDIOVASC INTERVENT RADIOL 394-399 (2016)

199.    Lee, *et al.*, *Efficacy of Retrievable Inferior Vena Cava Filter Placement in the Prevention of Pulmonary Embolism during Catheter-Directed Thrombectomy for Proximal Lower-Extremity Deep Vein Thrombosis*, 33 ANN VASC SURG 181-186 (2016)

200.    Ollivier, *et al.*, *Bioreactivity of stent material: activation of platelets, coagulation, leukocytes and endothelial cell dysfunction in vitro* (Online, 2016. ISSN: 0953-7104)

201.    Sarosiek, *et al.*, *Association Between Inferior Vena Cava Filter Insertion in Trauma Patients and In-Hospital and Overall Mortality*, 152(1) JAMA SURG 75-81 (2017)

202.    Stavropoulos, *et al.*, *Analysis of the Final DENALI Trial Data - A Prospective, Multicenter Study of the Denali Inferior Vena Cava Filter*, 27(10) JVIR 1531-1538 (2016)

## G.  Additional Literature

1.    Langham, et al., *Experimental superior vena caval placement of the greenfield filter*, 2 J VASC SURG 794-798 (1985)

2.    Friedell , et al., *Migration of a greenfield filter to the pulmonary artery: A case report*, 3 J VASC SURG 929-931 (1986)

3.    Marx, et al., *Evaluation of the inferior vena cava with intravascular us after greenfield filter placement*, 2 JVIR 261-268 (1991)

4.    Qian, et al., *In vitro and in vivo experimental evaluation of a new vena caval filter. Journal of vascular and interventional radiology*, 5 JVIR 513-518 (1994)

5.    Irie, et al., *Retrievable ivc filter: Preliminary in vitro and in vivo evaluation. Journal of vascular and interventional radiology*, 6 JVIR 449-454 (1995)

6.    Friedell, *Proximal migration of vena cava filters: Report of two cases with operative retrieval*, 11 Ann Vasc Surg 106 (1997)

7.    Greenfield, et la., *Suprarenal filter placement*, 28  J VASC SURG 432-438; discussion 438 (1998)

8.    Pavcnik, et al., *Retrievable IVC square stent filter: Experimental study*, 22 CARDIOVASC INTERVENT RADIOL 239-245 (1999)

9.    Buller, et al., *Subcutaneous fondaparinux versus intravenous unfractionated heparin in the initial treatment of pulmonary embolism*, 349 N ENGL J MED 1695-1702 (2003)

10.    de Gregorio, et al., *The gunther tulip retrievable filter: Prolonged temporary filtration by repositioning within the inferior vena cava. Journal of vascular and interventional radiology*, 14 JVIR 1259-1265 (2003)

11.     Grassi, et al., *Quality improvement guidelines for percutaneous permanent inferior vena cava filter placement for the prevention of pulmonary embolism. Journal of vascular and interventional radiology*, 14 JVIR S271-275 (2003)

12.    Hoekstra , et al., *Vena cava filter behavior and endovascular response: An experimental in vivo study* 26 Cardiovasc Intervent Radiol 222-226 (2003)

13.    Proctor, et al., *Development and evaluation of investigational vena caval filters: The complementary roles of in vitro and in vivo studies* 110 THE JOURNAL OF SURGICAL RESEARCH 241-254 (2003)

14.    de Gregorio, et al., *Retrievability of uncoated versus paclitaxel-coated gunther-tulip ivc filters in an animal model* 15 JVIR 719-726 (2004)

15.    Reekers, et al., *Evaluation of the retrievability of the optease ivc filter in an animal model. Journal of vascular and interventional radiology*, 15 JVIR 261-267 (2004)

16.    Yoshida, et al., *Long-term histopathologic evaluation of inferior vena cava after modified greenfield filter implantation. Experimental study in sheep*. International angiology, 23 A JOURNAL OF THE INTERNATIONAL UNION OF ANGIOLOGY 170-176 (2004)

17.    Imberti, et al., *Clinical experience with retrievable vena cava filters: Results of a prospective observational multicenter study* 3 JOURNAL OF THROMBOSIS AND HAEMOSTASIS 1370-1375 (2005)

18. Oliva, et al., *The Jonas Study: Evaluation of the retrievability of the cordis optease inferior vena cava filter* 16 JVIR 1439-1445; quiz 1445 (2005)

19. Varas-Lorenzo, et al., *Use of oral corticosteroids and the risk of acute myocardial infacrction*, 192 ATHEROSCLEROSIS 376-383 (2007)

20. de Gregorio, et al., *[removal of retrievable inferior vena cava filters 90 days after implantation in an ovine model: Is there a time limit for removal?]*, 44(11) ARCHIVOS DE BRONCONEUMOLOGIA 591-596 (2008)

21. Fox, et al., *Postthrombotic syndrome in relation to vena cava filter placement: A systematic review,* 19 JVIR 981-985 (2008)

22. Given, et al., *Retrievable gunther tulip inferior vena cava filter: Experience in 317 patients*, 52 Journal of medical imaging and radiation oncology 452-457 (2008)

23. Hoppe, et al., *Optional vena cava filter with disengaging centering struts: Retrieval in an animal model*, 19 JVIR 1772-1776 (2008)

24. Murphy, et al., *Evaluation of the crux IVC filter in an animal model* 15 J Endovasc Ther 292-299 (2008)

25. Oliva, et al., *Recovery G2 Inferior Vena Cava Filter: Technical Success and Safety of Retrieval*, 19(5) JVIR 884-889 (2008)

26. Popadiuk, *[clinico-diagnostic criteria for application of antiembolic cava-filter at various terms after its implantation]*, KLINICHNA KHIRURHIIA 31-35 (2009)

27. Rosenthal, et al., *Gunther tulip and celect ivc filters in multiple-trauma patients*, 16 J ENDOVASC THER 494-499 (2009)

28. Mission, et al., *Rates and predictors of plans for inferior vena cava filter retrieval in hospitalized patients*, 25 Journal of general internal medicine 321-325 (2010)

29. Nicholson, et al*., Prevalence of fracture and fragment embolization of bard retrievable vena cava filters and clinical implications including cardiac perforation and tamponade*, 170 ARCH INTERN MED 1827-1831 (2010)

30. Usoh, et al., *Prospective randomized study comparing the clinical outcomes between inferior vena cava greenfield and trapease filters*, 52 J VASC SURG 394-399 (2010)

31. Yeung, et al., *Endovascular retrieval of inferior vena cava filter penetrating into aorta: An unusual presentation of abdominal pain*, 44 VASCULAR AND ENDOVASCULAR SURGERY 683-686 (2010)

32. Angel, et al., *Systematic review of the use of retrievable inferior vena cava filters* 22 JVIR 1522-1530 e1523 (2011)

33. Caplin, et al., *Quality improvement guidelines for the performance of inferior vena cava filter placement for the prevention of pulmonary embolism*, 22 JVIR 1499-1506 (2011)

34. Jaff, et al., *Management of massive and submassive pulmonary embolism, iliofemoral deep vein thrombosis, and chronic thromboembolic pulmonary hypertension: A scientific statement from the american heart association*, 123 CIRCULATION 1788-1830 (2011)

35. Mahnken, et al., *CT fluoroscopy-guided placement of inferior vena cava filters: Feasibility study in pigs*, 22 JVIR 1531-1534 (2011)

36. Friedell, et al., *Vena cava filter practices of a regional vascular surgery society*, 26 ANN VASC SURG 26:630-635 (2012)

37. Le Blanche, et al., *The optional venatech() convertible () vena cava filter: Experimental study in sheep*, 35 CARDIOVASC INTERVENT RADIOL 1181-1187 (2012)

38. Lee, et al., *Radiology-led follow-up system for ivc filters: Effects on retrieval rates and times*, 35 CARDIOVASC INTERVENT RADIOL 309-315 (2012)

39. Touchan, et al., *Percutaneous retrieval of fractured bird's nest ivc filter penetrating into aorta*, 80 CATHETER CARDIOVASC INTERV 657-660 (2012)

40. Pellerin, et al., *Successful retrieval of 29 aln inferior vena cava filters at a mean of 25.6 months after placement*, 24 JVIR 284-288 (2013

41. Sella, et al., *Complications of inferior vena cava filters*, 26 SEMINARS IN VASCULAR SURGERY 23-28 (2013)

42. Haga, et al., *Penetration of an inferior vena cava filter into the aorta*, 7 ANNALS OF VASCULAR DISEASES 413-416 (2014)

43. Morshedi, et al., *Nickel hypersensitivity in patients with inferior vena cava filters: Case report and literature and maude database review*, 25 JVIR 1187-1191 (2014)

44. Park, et al., *Asymptomatic duodenal perforation from an inferior vena cava filter*, 1 ACG CASE REPORTS JOURNAL 143-144 (2014)

45. Chalhoub, et al., *Inferior vena cava filter migration during the prone position for spinal surgery: A case report*, 62 CANADIAN JOURNAL OF ANAESTHESIA = JOURNAL CANADIEN D'ANESTHESIE 1114-1118 (2015)

46. Georgiou, et al., *CT of inferior vena cava filters: Normal presentations and potential complications*, 22 EMERGENCY RADIOLOGY 677-688 (2015)

47. Ho, et al., *Venous thrombotic, thromboembolic, and mechanical complications after retrievable inferior vena cava filters for major trauma*, BRITISH JOURNAL OF ANAESTHESIA 63-69 (2015)

48. Jehangir, et al., *IVC filter perforation through the duodenum found after years of abdominal pain*, 16 THE AMERICAN JOURNAL OF CASE REPORTS 292-295 (2015)

49. Laborda, et al., *Respiratory-induced haemodynamic changes: A contributing factor to ivc filter penetration*, 38 CARDIOVASC INTERVENT RADIOL 1192-1197 (2015)

50. Renno, et al., *A single center experience with retrievable IVC filters* 23 VASCULAR 350-357 (2015)

51. Ballard, et al., *Observations on failed retrieval of optional inferior vena cava filters*, CLINICAL IMAGING 931-935 (2016)

52. Bos, et al., *Indwelling and retrieval complications of denali and celect infrarenal vena cava filters*, 27 JVIR 1021-1026 (2016)

53. Deso, et al., *Inferior vena cava filter elucidation: How to identify specific inferior vena cava filter types on multi-detector-row computed tomography imaging*, 40 JOURNAL OF COMPUTER ASSISTED TOMOGRAPHY 596-602 (2016)

54. Ghatan, et al., *Permanent versus retrievable inferior vena cava filters: Rethinking the "one-filter-for-all" approach to mechanical thromboembolic prophylaxis*, 33 SEMINARS IN INTERVENTIONAL RADIOLOGY 75-78 (2016)

55. Grewal, et al., *Complications of inferior vena cava filters*, 6 CARDIOVASCULAR DIAGNOSIS AND THERAPY 632-641 (2016)

56. Hong, et al., *Can pre-retrieval computed tomography predict the difficult removal of an implementing an inferior vena cava filter?* 32 VASCULAR SPECIALIST INTERNATIONAL 175-179 (2016)

57.   Inagaki, et al., *Improving the retrieval rate of inferior vena cava filters with a multidisciplinary team approach*. Journal of vascular surgery, 4 VENOUS AND LYMPHATIC DISORDERS 276-282 (2016)

58.   Ishigami, et al., *Successful endovascular removal of a perforated inferior vena cava filter complicated by a large retroperitoneal hematoma: Pitfall of catheter-directed thrombolysis*, 25 THE INTERNATIONAL JOURNAL OF ANGIOLOGY : OFFICIAL PUBLICATION OF THE INTERNATIONAL COLLEGE OF ANGIOLOGY, INC. 70-75 (2016)

59.   Kuyumcu, et al., *Inferior vena cava filter retrievals, standard and novel techniques*, 6 CARDIOVASCULAR DIAGNOSIS AND THERAPY 642-650 (2016)

60.   Reis, et al., *Safety and effectiveness of the denali inferior vena cava filter: Intermediate follow-up results*. 50 VASCULAR AND ENDOVASCULAR SURGERY 385-390 (2016)

61.   Tao, et al., *Temporary inferior vena cava filter indications, retrieval rates, and follow-up management at a multicenter tertiary care institution*, 64 J VASC SURG 430-437 (2016)

62.   Tashbayev, et al., *Retrievable inferior vena cava filters: Indications, indwelling time, removal, success and complication rates*, 18 THE ISRAEL MEDICAL ASSOCIATION JOURNAL 104-107 (2016)

63.   Tsui, et al., *Retrospective review of 516 implantations of option inferior vena cava filters at a single health care system*, 27 JVIR 345-353 (2016)

64.   Williams, et al., *Inferior vena caval filter strut perforation causing intramural duodenal haematoma*, J SURG CASE REP 2016 (2016)

65.   Yamashita, et al., *Indications, applications, and outcomes of inferior vena cava filters for venous thromboembolism in japanese patients*, 31 HEART VESSELS 1084-1090 (2016)

66.   Duffett, et al., *Inferior vena cava filters*, 15 JOURNAL OF THROMBOSIS AND HAEMOSTASIS 3-12 (2017)

67.   Klinken, et al., *Establishment of an inferior vena cava filter database and interventional radiology led follow-up - retrieval rates and patients lost to follow-up*, JOURNAL OF MEDICAL IMAGING AND RADIATION ONCOLOGY (2017)

68.   Manzur, et al., *Surgical management of perforated inferior vena cava filters*, ANN VASC SURG (2017)

69.   Murphy, et al., *Endovascular management of chronic total occlusions of the inferior vena cava and iliac veins*, 5 JOURNAL OF VASCULAR SURGERY. VENOUS AND LYMPHATIC DISORDERS 47-59 (2017)

70.   Ryan, et al., *Retrievable ivc filters - friend or foe*, THE SURGEON : JOURNAL OF THE ROYAL COLLEGES OF SURGEONS OF EDINBURGH AND IRELAND 104-108 (2017)

71.   Wang, et al., *Long-term complications of inferior vena cava filters. Journal of vascular surgery*, 5 VENOUS AND LYMPHATIC DISORDERS 33-41 (2017)

72.   Wassef, et al., *Indications, complications and outcomes of inferior vena cava filters: A retrospective study*, 153 THROMB RES 123-128 (2017)

73.   Yoon, et al., *Why temporary filters are not removed: Clinical predictors in 1,000 consecutive cases*, ANN VASC SURG (2017)

74.   US Food and Drug Administration. Removing Retrievable Inferior Vena Cava Filters: FDA Safety Communication  https://wayback.archive-

it.org/7993/20161022180008/http://www.fda.gov/MedicalDevices/Safety/Alertsand
Notices/ucm221676.htm
Accessed April 27, 2017

75.  US Food and Drug Administration. Removing Retrievable Inferior Vena Cava
     Filters: FDA Safety Communication
     https://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm396377.htm
     Accessed May 27, 2017

**H.  Documents Referenced by Plaintiff Expert Fishbein**

1.  Redacted autopsy report

**I.  Miscellaneous**

1.  Instructions to Access histology slides (Exhibit 4 cited in Fishbein report)
2.  Expert Report of Jon Fryzek, PhD [dated 05.24.17]
    - Exhibit – Cook IVC Filters – Literature search and abstraction 05.24.17
3.  Sample Filters: 1 Celect, 1 Tulip

# Anatomic relationship of Inferior vena cava to kidney, adrenal gland, duodenum, pancreas and aorta



# Relationship of IVC to aorta, pancreas and duodenum



By Frank Netter

# Relationship of IVC to aorta, pancreas and duodenum adrenal gland and liver





Inferior vena cava
Esophagus
Right and left inferior phrenic arteries
Left inferior phrenic vein
Celiac trunk
Left superior suprarenal arteries
Right superior suprarenal arteries
Left middle suprarenal artery
Right middle suprarenal artery
Left suprarenal vein
Right suprarenal vein
Left inferior suprarenal artery
Right inferior suprarenal artery

Ureteric branch of left renal artery
Ureteric branch of right renal artery
Left renal artery and vein
Right renal artery and vein
Left testicular (ovarian) artery and vein
Right testicular (ovarian) artery and vein
Left 2nd lumbar vein and communication to ascending lumbar vein
Inferior vena cava
Inferior mesenteric artery
Abdominal aorta
Superior mesenteric artery (cut)

Relationship of IVC which is partially removed along with pancreas and duodenum to better show relationship to adrenal gland andkidney

FIGURE 10-7   Kidneys and their vasculature. (Netter illustration from   www.netterimages.com. © Elsevier Inc. All rights reserved.)

# Sagittal and Transverse Sections through the abdomen demonstrating relationships



Copyright @2006 by The McGraw-Hill Companies, Inc.
All rights reserved.

Sagittal

Transverse

# Comparative anatomy of Artery and Vein



## Comparative anatomy of Artery and Vein



Atlas of Histology. Dongmei Cui



















































































































