IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Jessie Harold Seymer and Lisa Griffin Seymer

Civil Case No. 1:17-cv-02423-RLY-TAB

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case

as lead counsel for: Jessie Harold Seymer and Lisa Griffin Seymer

DATED: August 30, 2017

        Respectfully submitted,

        THE NATIONS LAW FIRM

        /s/ Howard L. Nations
        Howard L. Nations
        Texas Bar No. 14823000
        3131 Briarpark Dr., Suite 208
        Houston, TX 77042-3795
        (713) 807-8400
        (713) 807-8423 (Fax)

        ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 30th day of August, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

        /s/ Howard L. Nations
      Howard L. Nations