UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) | |
| *Hill v. Cook Medical, Inc., et al.* 1:14-cv-6016-RLY-TAB | ) ) ) | |
| *Gage v. Cook Medical, Inc., et al.* 1:14-cv-1875-RLY-TAB _____ | ) ) ) ) | |

**ORDER ON PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, TO COMPEL EXPERT DEPOSITIONS**

Cook Medical, Inc., et al., disclosed eight Rule 26(a)(2)(C) case-specific treating physicians, seven of which are the subject of this motion. They are: Dr. Frank Lynch, Dr. Anthony Moreno, Dr. Mark Zuzga, Dr. Paul Crisostomo, Dr. Mark Goodwin, Dr. Timothy Larkin, and Dr. Antonio Pangan. Plaintiffs argue their disclosures impermissibly include opinions beyond the scope of the witnesses' observations as treating physicians. In their Response, Cook Medical raises an important point: they do not plan to call any of these witnesses live at trial. Instead, they intend to designate and play portions of the physicians' depositions, which Plaintiffs' attorneys actively participated in.

1

The parties were to exchange their deposition designations on August 23, 2017. Any objections to each other's deposition designations are due September 12, 2017. Once those objections are filed, the court will know what passages of deposition testimony Cook Medical intends to offer at trial, and the basis for Plaintiffs' specific objections.  Therefore, the present motion (Filing No. 5310) is **DENIED**.

**SO ORDERED** this 30th day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.