UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Cause No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                        MDL No. 2570

---

This Document Relates to Plaintiff:
    *Arthur Gage*
    Cause No.  1:14-cv-01875-RLY-TAB

---

## ORDER ON COOK DEFENDANTS' MOTION FOR ORDER ON
## NON-PARTY SUBPOENA TO EDWARD HINES, JR. VA HOSPITAL

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a

Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook

Defendants") Motion for Order on Non-Party Subpoena to Edward Hines, JR. VA Hospital and

being otherwise duly advised, finds that the Cook Defendants' Motion is made for good cause.

Accordingly, the Cook Defendants' Motion is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Edward Hines,

Jr. VA Hospital comply with the requirements of the Non-Party Subpoena served by

Cook  Defendants on June 19, 2017.

Date: 8/30/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.113416922.01