UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC. IVC FILTERS MARKETING
SALES PRACTICES & PRODUCT LIABILITY LITIGATION

This Document Relates to All Actions

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This matter having come before the Court on the Motion to Withdraw Appearance of Mary Nold Larimore of the law firm Ice Miller LLP, and the Court being duly advised, now finds that said Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED that Mary Nold Larimore of the law firm Ice Miller LLP is granted leave to withdraw as counsel for Trustees of Indiana University in the above-captioned matter.

It is FURTHER ORDERED that if any party to the MDL files a motion or other pleading that relates to non-party Trustees of Indiana University and/or Dr. Matthew Johnson, outside counsel, Mary Nold Larimore, shall be served via certified mail as well as by email, as follows:

Mary Nold Larimore
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
Email:  Larimore@icemiller.com

Date: 8/30/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

I\12254297.1