# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Kenyon Allen Collins, et al.*
Cause No. 1:17-cv-06065-RLY-TAB

**ORDER GRANTING DEFENDANTS PERMISSION
TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR,
IN THE ALTERNATIVE, SEVER FOR IMPERMISSIBLE JOINDER**

The defendants, Cook Group Inc., Cook Inc., Cook Medical LLC, f/k/a Cook Medical Inc., and William Cook Europe, ApS (collectively, "Cook"), respectfully seek leave to file a Notice of Supplemental Authority in support of Cook's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Sever for Impermissible Joinder. The Court, having reviewed the Motion and being duly advised, now grants the Motion.

IT IS ORDERED that the supplemental authority, *BNSF Railway Co. v. Tyrrell*, ___U.S.___ (2017) (Slip. Op.), be filed on the Docket.

SO ORDERED this 30th day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record