**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to Plaintiff(s):

DARA BERMAN-CHEUNG, SAM BERMAN CHEUNG, BAILEY BERMAN CHEUNG

Civil Case No. 1:17-cv-06076-RLY-TAB

---

**PLAINTIFFS' MOTION TO REMAND BASED ON LACK OF SUBJECT MATTER JURISDICTION; REQUEST FOR AWARD OF COSTS AND ATTORNEYS' FEES**

   NOTICE IS HEREBY GIVEN that Dara Berman-Cheung, Sam Berman Cheung, a Minor, by and through his Guardian ad Litem, Dara Berman-Cheung, and Bailey Berman Cheung, a Minor, by and through her Guardian ad Litem, Dara Berman-Cheung will and hereby do move the Court to remand this cause to the State of California, Santa Clara County Superior Court pursuant to 28 U.S.C. § 1447(c). Matthew Mell, M.D. and Stanford Hospital ("Medical Defendants") are indispensable, non-diverse defendants. Therefore, Cook Group, Inc., Cook Medical, LLC, and William Cook Europe ApS (collectively, "Cook Defendants")'s request for removal was improper. Plaintiffs also seek an award of fees and costs incurred as a result of the improper removal request pursuant to 28 U.S.C. § 1447 (c).

   This motion is based on this Notice of Motion and Motion to Remand, the Memorandum of Points and Authorities in support thereof, along with the exhibits attached and filed herewith, and such other and further evidence and argument, both written and oral, as may be presented to the Court before or at the time of the hearing for this matter.

1

Dated: August 30, 2017                    Respectfully submitted,

                                             /s/ *Amorina P. Lopez*
                                            Ramon Rossi Lopez
                                            Matthew R. Lopez
                                            Amorina P. Lopez
                                            LOPEZ MCHUGH LLP

                                            Attorneys for Plaintiffs
                                            DARA BERMAN-CHEUNG, SAM
                                            BERMAN CHEUNG, BAILEY BERMAN
                                            CHEUNG

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Amorina P. Lopez*
Amorina P. Lopez