**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

DARA BERMAN-CHEUNG, SAM BERMAN CHEUNG, BAILEY BERMAN CHEUNG

Civil Case No. 1:17-cv-06076-RLY-TAB

---

### DECLARATION OF AMORINA P. LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND BASED ON LACK OF SUBJECT MATTER JURISDICTION; REQUEST FOR AWARD OF COSTS AND ATTORNEYS' FEES

I, Amorina P. Lopez, hereby declare,

1. I am an attorney licensed to practice before all Courts of the State of California. I am an attorney with the law firm of Lopez McHugh LLP, attorneys for Plaintiffs Dara Berman-Cheung, Sam Berman Cheung, and Bailey Berman Cheung.

2. The matters referred to in this declaration are based upon my personal knowledge, except where otherwise indicated and, if called as a witness, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of the Notice of Removal filed by Cook Defendants on May 4, 2017.

4. I have spent a total of forty-two hours researching, preparing and filing this motion. I reasonably expect that I will spend another ten hours preparing a reply, for a total time of fifty-two hours. My usual and customary billing rate is $400.00 per hour.

5. In light of the above, I respectfully request attorney's fees in the amount of $10,400.00.

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 30, 2017 in Newport Beach, California.

/s/ *Amorina P. Lopez*
Amorina P. Lopez

*Attorney for Plaintiffs* DARA BERMAN-CHEUNG, SAM BERMAN CHEUNG, BAILEY BERMAN CHEUNG

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Amorina P. Lopez*
Amorina P. Lopez