UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COURT APPROVES
DISMISSAL WITHOUT
PREJUDICE. Dated:8/30/17

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

Civil #  1:16-CV-00865-RLY-TAB

This Document Relates to:

Iris Crespo

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Iris

Crespo and Defendants Cook Incorporated, Cook Medical LLC, and William Cook

Europe ApS, that the complaint of Iris Crespo in the above-captioned action is voluntarily

dismissed as to the claims of Plaintiff Iris Crespo only, without prejudice, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated:  May 22, 2017

GALLAGHER & KENNEDY, P.A.

/s/  Paul L. Stoller
Paul L. Stoller (AZ# 016773)
*Admitted Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016
Ph:  (602) 530-8000
paul.stoller@gknet.com
Attorneys for Plaintiff

FAEGRE BAKER DANIELS LLP

/s/  John T. Schlafer
John T. Schlafer
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
john.schlafer@FaegreBD.com
Attorneys for Defendants