**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01820 | Cause No. 1:17-cv-02610 |
| Cause No. 1:17-cv-02488 | Cause No. 1:17-cv-02615 |
| Cause No. 1:17-cv-02517 | Cause No. 1:17-cv-02631 |
| Cause No. 1:17-cv-02523 | Cause No. 1:17-cv-02632 |
| Cause No. 1:17-cv-02528 | Cause No. 1:17-cv-02633 |
| Cause No. 1:17-cv-02533 | Cause No. 1:17-cv-02634 |
| Cause No. 1:17-cv-02549 | Cause No. 1:17-cv-02635 |
| Cause No. 1:17-cv-02551 | Cause No. 1:17-cv-02636 |
| Cause No. 1:17-cv-02566 | Cause No. 1:17-cv-02643 |
| Cause No. 1:17-cv-02597 | Cause No. 1:17-cv-02649 |

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly
known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:  September 5, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114037249.01

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

US.114037249.01