**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-02650
Cause No. 1:17-cv-02652
Cause No. 1:17-cv-02669
Cause No. 1:17-cv-02674
Cause No. 1:17-cv-02682
Cause No. 1:17-cv-02687
Cause No. 1:17-cv-02692

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.114037456.01

|  |  |
|---|---|
| Dated:  September 5, 2017 | /s/ John T. Schlafer |
|  | Andrea Roberts Pierson (# 18435-49) |
|  | John T. Schlafer (# 28771-49) |
|  | FAEGRE BAKER DANIELS LLP |
|  | 300 North Meridian Street, Suite 2700 |
|  | Indianapolis, Indiana  46204 |
|  | Telephone:  (317) 237-0300 |
|  | Facsimile:  (317) 237-1000 |
|  | E-Mail:  andrea.pierson@faegrebd.com |
|  | E-Mail:  john.schlafer@faegrebd.com |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114037456.01