UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Elizabeth Jane Hill<br><br>Civil Case No.: 1:15-cv-06016-RLY-TAB | |

## Plaintiff's Supplemental Preliminary Exhibit List

Pursuant to the Court's Order [Filing No. 6059], Plaintiff Elizabeth Hill provides the following Supplemental Preliminary Exhibit List:

1.  A detailed listing of all preliminary exhibits is attached as Exhibit A.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
James A. Piatt, Atty. No. 28320-49
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:   (317) 426-3348
Email:        jwilliams@rwp-law.com

## **Certificate of Service**

  I hereby certify that on September 5, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

            /s/ *Joseph N. Williams*
            Joseph N. Williams