IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570
_____

This Document Relates to:

Cause No. 1:17-cv-02650
Cause No. 1:17-cv-02652
Cause No. 1:17-cv-02669
Cause No. 1:17-cv-02674
Cause No. 1:17-cv-02682
Cause No. 1:17-cv-02687
Cause No. 1:17-cv-02692
_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS


Dated:     September 5, 2017              /s/ Andrea Roberts Pierson
                                                           Andrea Roberts Pierson (# 18435-49)
                                                           John T. Schlafer (# 28771-49)
                                                           FAEGRE BAKER DANIELS LLP
                                                           300 North Meridian Street, Suite 2700
                                                           Indianapolis, Indiana  46204
                                                           Telephone:  (317) 237-0300
                                                           Facsimile:  (317) 237-1000
                                                           E-Mail:  andrea.pierson@faegrebd.com
                                                           E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.114037484.01