# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES       Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS             MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**MOTION FOR LEAVE TO
FILE A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a response brief in excess of 35 pages, specifically The Cook Defendants' Response to Plaintiffs' Motion to Exclude or Limit the Testimony of Certain Defense Experts. This response brief will be electronically filed today, September 6, 2017. In support of this motion, the Cook Defendants state:

    1.    Local Rule 7.1 provides that response briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

    2.    The Cook Defendants hereby request leave to file a response brief in excess of 35 pages in opposition to Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain

- 2 -

Defense Experts [Dkt. No. 5663] and the Memorandum in Support of Plaintiffs' Omnibus Motion to Exclude [Dkt. No.5683].

3.  The Cook Defendants require more than 35 pages to respond to Plaintiffs' Omnibus Motion and Memorandum because Plaintiffs' motion is extensive and seeks to exclude or limit the testimony of nine experts – three Cook retained experts (Dr. Elisa Harvey, Harold "Wally" Pellerite, and Dr. Anthony Venbrux), and six treating physicians (Dr. Anthony Moreno, Dr. Timothy J. Larkin, Dr. Mark Zuzga, Dr. Frank Lynch, Dr. Mark Goodwin, and Dr. Paul Crisostomo). More specifically, the Cook Defendants need additional pages to adequately respond and point out all of the important information relating to the experts' qualifications and methodology that Plaintiffs' Omnibus Motion and Memorandum left out.

4.  The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5.  Cook will be able to adequately address the issues raised in 60 pages or less.

6.  Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Response.

7.  A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a response brief in excess of 35 pages in opposition to Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts [Dkt. No. 5663].

- 3 -

Respectfully submitted,

Dated: September 6, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

US.114014948

- 4 -

## CERTIFICATE OF SERVICE

I certify that on September 6, 2017, a copy of the foregoing **MOTION FOR LEAVE TO FILE A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson

- 4 -

US.114014948