# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

  Elizabeth Jane Hill,
  No. 1:14-cv-06016-RLY-TAB

  Arthur Gage
  No. 1:13-cv-01875-RLY-TAB

_____

## ORDER ON MOTION FOR LEAVE TO FILE
## A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Response Brief in Excess of Thirty-Five Pages in opposition to Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts [Dkt. No. 5663], and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a Response Brief in excess of thirty-five pages in opposition to Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts [Dkt. No. 5663].

Dated:_____

                                                The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

- 2 -

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.114046000