# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

## UNOPPOSED MOTION FOR TWO-DAY EXTENSION
## OF MOTION IN LIMINE DEADLINES

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for the parties to file their motions in limine by two days from September 12 to September 14, 2017. In support of this motion, the Cook Defendants state:

1. The present deadline for motions in limine in the Hill case is September 12, 2017. *See* Dkt. 5889 (adopting agreed schedule proposed in Dkt. No. 5062).

2. The deadline for the parties to file their responses to *Daubert* motions is September 6, 2017, and the deadline for responses to summary judgment motions is September 8, 2017. The deadlines for the replies in support of the *Daubert* and summary judgment motions are September 20 and September 22 respectively. As those deadlines approach, the Cook Defendants anticipate that possible logistical difficulties and time demands on lawyer and support staff will make it difficult to file all these submissions on this schedule, and that in

particular the presentation to the Court of the parties' motions in limine would benefit from a short extension of the deadline.

3. The Cook Defendants believe that these potential logistical difficulties constitute good cause for a short, two-day extension of the Tuesday, September 12, 2017 motion in limine deadline to Thursday, September 14, 2017. The Court has not yet set a hearing date for the motions in limine.

4. Cook's attorneys have consulted Plaintiff's attorneys about this requested extension, and Plaintiff's attorneys have stated that Plaintiff does not object to the extension.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend the deadline for filing and serving motions in limine from September 12, 2017, to September 14, 2017.

Dated: September 6, 2017

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:         (317) 237-0300
Facsimile:         (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:         (260) 424-8000
Facsimile:         (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on September 6, 2017, a copy of the foregoing **UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF MOTION IN LIMINE DEADLINES** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
