# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

>Elizabeth Jane Hill,
>No. 1:14-cv-06016-RLY-TAB

## ORDER ON UNOPPOSED MOTION FOR
## TWO-DAY EXTENSION OF MOTION IN LIMINE DEADLINES

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadline for filing motions in limine by two days. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is in all respects granted, and

2. That the deadline for parties to file motions in limine is extended to September 14, 2017.

Dated: September __, 2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

US.114049738.01