**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc. et al.*,
Case No. 1:13-cv-1875-RLY-TAB

Plaintiffs file the following exhibits to Plaintiffs' Response in Opposition to Cook Defendants' Motion to Exclude Expert Opinions of Dr. Robert McMeeking:

| **Exhibit** | **Description** | **Sealed/filed publically** |
|---|---|---|
| A | Figures 1 – 5 from the Report of Dr. Robert M. McMeeking: Mechanical analysis of Cook inferior vena cava filters | Sealed |
| B | Reference 1 from the Report of Dr. McMeeking: CookMDL2570_0065013 (Cook's engineering drawings) | Sealed |
| C | Reference 3 from the Report of Dr. McMeeking: CookMDL2570_0115156 (Cook's engineering drawings) | Sealed |
| D | Excerpts from the deposition Dr. McMeeking, taken on June 1, 2017 | Sealed |
| E | Excerpts from Arthur P. Boresi & Omar M. Sidebottom, *Advanced Mechanics of Materials* 97 (4th ed. 1985) (Reference 23 from the Report of Dr. McMeeking) | Filed publically |
| F | Excerpts from George E. Dieter & Linda C. Schmidt, *Engineering Design* 10 (5th ed. 2013) (Reference 8 from the Report of Dr. McMeeking) | Filed publically |
| G | Curriculum Vitae of Dr. McMeeking (submitted as a sealed attachment to his expert report) | Sealed |
| H | Excerpts from the deposition of Defendants' expert Scott W. Robertson, Ph.D., taken on August 17, 2017 | Sealed |

| Exhibit | Description | Sealed/filed publically |
|---|---|---|
| I | Performance Study of Celect® Vena Cava and Celect Platinum Filters in Pigs for Approximately 2 Weeks, CookMDL2570_0207174 | Sealed |
| J | Comparison Penetration Testing of Cook Celect® Filters and Cook Celect® Filters with Radiopaque Markers, CookMDL2570_0805629 | Sealed |
| K | John F. LaDisa, Jr., Computational Analysis of Inferior Vena Cava Filters (Mar. 21, 2017 & Apr. 21, 2017) | Sealed |
| L | Alan Leewood, *Relative Axial Displacement of the Primary Leg of the Celect Filter Subjected to a 15% Flat Plate Compression* MED08-042 (July 22, 2009), CookMDL2570_0246548 | Sealed |
| M | ABAQUS Central, Inc., *Next Generation Vena Cava Filter Wire Bending Analysis* (Dec. 15, 2004), Cook IVCF 006811 | Sealed |
| N | Stephen L. Wang et al., *Toward an Optimal Position for Inferior Vena Cava Filters: Computational Modeling of the Impact of Renal Vein Inflow with Celect and TrapEase Filters*, 21 J. Vasc. Interv. Radiol. 367-374 (2010) (CookMDL2570_0152595) | Filed publically |
| O | Michael A. Singer et al., *Computational Modeling of Blood Flow in the TrapEase Inferior Vena Cava Filter*, 20 J. Vasc. Interv. Radiol. 799-805 (2009) (CookMDL2570_0151991) | Filed publically |
| P | Sandy F.C. Stewart et al., *Effects of Thrombosed Vena Cava Filters on Blood Flow: Flow Visualization and Numerical Modeling*, 36 Annals of Biomed. Engineering 1764-81 (2008) (CookMDL2570_0145181) | Filed publically |
| Q | Excerpts from the deposition of James M. Carlson, Ph.D., taken on June 22, 2017 and August 25, 2017 | Sealed |

Dated: September 6, 2017.

Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Anthony J. Urban
Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Carrie R. Capouellez
LOPEZ McHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb H. Didriksen, III
Carl A Woods, III
DIDRIKSEN LAW FIRM, PLC
3114 Canal Street
New Orleans, LA 70119

Cory H. Driggers
MORRIS CARY ANDREWS TALMADGE & DRIGGERS
P.O. Box 1649
Dothan, AL 36302

Craig D. Henderson
THE SNAPKA LAW FIRM
P.O. Box 23017
Corpus Christi, TX 78403

Curtis Hoke
THE MILLER FIRM LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Jack E. Urquhart
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78401

Jay Harris
HARRIS, RENY & TORZEWSKI
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Kimberly L. Adams
LEVIN PAPANTONIO THOMAS ETC PA - PENSACOLA FL
316 S BAYLEN ST STE 400
PENSACOLA, FL 32502

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Mark R. Niemeyer
NIEMEYER AND GREBEL
10 S. Broadway, Suite 1125
St. Louis, MO 63102

Michael G. Glass
RAPPAPORT GLASS GREENE & LEVINE LLP
1355 Motor Parkway
Hauppauge, NY 11749

Neal L. Moskow
URY & MOSKOW
883 Black Rock Turnpike
Fairfield, CT 06825

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

W. Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2650 North Military Trial, Suite 430
Boca Raton, FL 33431

Heather H. Harrison
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606

Jennifer P Henry
THOMPSON & KNIGHT LLP
801 Cherry Street, Unit #1
Fort Worth, TX 76107

*/s/ Ben C. Martin*
Ben C. Martin