# EXHIBIT E

# ADVANCED MECHANICS OF MATERIALS

## ARTHUR P. BORESI

Professor and Head of Civil Engineering
University of Wyoming at Laramie

## OMAR M. SIDEBOTTOM

Professor Emeritus of Theoretical and Applied Mechanics
University of Illinois at Urbana–Champaign

## JOHN WILEY & SONS

New York        Chichester        Brisbane        Toronto        Singapore

Copyright © 1932, by Fred B. Seely, Copyright © 1952, 1978, 1985, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Boresi, Arthur P. (Arthur Peter), 1924–
   Advanced mechanics of materials.

  Includes bibliographical references and indexes.
  1. Strength of materials.   I. Sidebottom, Omar M.
(Omar Marion)   II. Title.
TA405.B66   1985     620.1′12     84-17246
ISBN 0-471-88392-1

Printed in the United States of America

10 9 8 7 6 5 4 3

# CHAPTER 3

# FAILURE CRITERIA

To design a structural part or system to perform a given function, the designer must have a clear understanding of the possible ways or modes by which the part or system may fail to perform the function. In other words, the designer must determine possible *modes of failure* of the system and then establish suitable *failure criteria* that accurately predict the various modes of failure. In general, the determination of modes of failure requires extensive knowledge of the response of a structural system to loads. In particular, it requires a comprehensive stress analysis of the system. Since the response of a structural system depends strongly on the material used, the mode of failure depends strongly on the type of material. In turn, the mode of failure of a given material also depends on the manner or the history of loading—for example, slowly, rapidly, repeatedly applied and removed, and repeatedly reversed (for instance cyclically repeated tension and compression), etc. Accordingly, suitable failure criteria must include effects for different materials, different loading procedures, as well as factors that influence the stress distribution (for example, supports and cracks) in the member.

A major part of this book is concerned with (1) stress analysis, (2) the behavior of various materials subjected to stress and strain, and (3) the theoretical determination of the relationship between appropriate values of stress, strain, displacement, loads, number of repetitions of load, etc. and the mode of failure. The specific mode of failure is related to a significant (critical) value of one of the quantities (for example, load, stress, and strain) associated with failure by an appropriate failure criterion. In addition, attention is devoted to the significance of relations between critical values, determined theoretically, and values determined by experiments on, or by experience with, the response of the structural part or system to loads. In particular, the establishment of *factors of safety* is examined. For example, let $P_f$ be a theoretical critical (failure) load associated with a critical value of a significant quantity (say the maximum shearing stress in the member) for a specific mode of failure (say yielding). Let $P_w$ be a safe working load determined on the basis of

# CHAPTER 6

# NONSYMMETRICAL BENDING OF STRAIGHT BEAMS

## 6-1
## DEFINITION OF SHEAR CENTER IN BENDING. SYMMETRICAL AND NONSYMMETRICAL BENDING

The straight cantilever beam shown in Fig. 6-1.1 has a cross section of arbitrary shape. It is subjected to pure bending by the end couple $\mathbf{M_0}$. Let the origin 0 of the coordinate system $(x, y, z)$ be chosen at the centroid of the beam cross section at the left end of the beam, with the $z$-axis directed along the centroidal axis of the beam, and the $(x, y)$-axes taken in the plane of the cross section. Generally, the orientation of the $(x, y)$-axis is arbitrary. However, we often choose the $(x, y)$-axes so that the moments of inertia of the cross section $I_x$, $I_y$, and $I_{xy}$ are easily calculated, or we may take them to be principal axes (see the Appendix).

The bending moment, which acts at the left end of the beam (Fig. 6-1.1$a$), is represented by the vector $\mathbf{M_0}$ directed perpendicular to a plane that forms an angle $\phi$ $(0 \le \phi < \pi)$ taken positive when measured counterclockwise from the $x$-$z$-plane as viewed from the positive $z$-axis. This plane is called *the plane of load* or *the plane of loads*. A more complete description of the plane of loads is given later on in this Article. Consider now a cross section of the beam at distance $z$ from the left end. The free-body diagram of the part of the beam to the left of this section is shown in Fig. 6-1.1$b$. For equilibrium of this part of the beam, a moment $\mathbf{M}$, equal in magnitude but opposite in sense to $\mathbf{M_0}$ must act at section $z$. For the case shown $(\pi/2 < \phi < \pi)$, the $(x, y)$-components $(M_x, M_y)$ of $\mathbf{M}$ are related to the signed magnitude $M$ of $\mathbf{M}$ by the relations $M_x = M \sin\phi$, $M_y = -M \cos\phi$. Since $\pi/2 < \phi < \pi$, $\sin\phi$ is positive and $\cos\phi$ is negative. Since $(M_x, M_y)$ are positive (Fig. 6-1.1$b$), the sign of $M$ is positive. A more complete discussion of the sign convention for $M$ is given in Art. 6-2, following Eq. (6-2.10).



*Fig. 6-1.1/*Cantilever beam with an arbitrary cross section subjected to pure bending.

**Shear Loading of a Beam. Shear Center Defined /** Let the beam shown in Fig. 6-1.2$a$ be subjected to a concentrated force **P** that lies in the end plane ($z = 0$) of the beam cross section. The vector representing **P** lies in a plane which forms angle $\phi$ ($0 \leq \phi \leq \pi$), taken positive when measured counterclockwise from the $z$-$x$-plane as viewed from the positive $z$-axis. This plane is called *the plane of the load*. Consider a cross section of the beam at distance $z$ from the left end. The free body diagram of the part of the beam to the left of this section is shown in Fig. 6-1.2$b$. For equilibrium of this part of the beam, a moment **M**, with components $M_x$ and $M_y$, shear components $V_x$ and $V_y$, and in general, a twisting moment **T** (with vector directed along the positive $z$-axis) must act on the section

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 7 of 47 PageID #: 24901

at $z$. However, if the line of action of force **P** passes through a certain point $C$ (the shear center) in the cross section, $T = 0$. In this discussion we assume that the line of action of **P** passes through the shear center. Hence **T** is not shown in Fig. 6-1.2*b*. Note that in Fig. 6-1.2*b*, the force **P** requires $V_x, V_y$ to be positive (directed along positive $(x, y)$-axes, respectively). The component $M_x$ is also directed along the positive $x$-axis. However, since $\phi < \pi/2$, $M_y$ is negative (directed along the negative $y$-axis).

There is a particular axial line in the beam called the *bending axis of the beam*, which is parallel to the centroidal axis of the beam (the line



*Fig. 6-1.2/*Cantilever beam with an arbitrary cross section subjected to shear loading.

which passes through the centroids of all of the cross sections of the beam). Except for special cases, the bending axis does not coincide with the centroidal axis (Fig. 6-1.2).

The intersection of the bending axis with any cross section of the beam locates a point $C$ in that cross section called *the shear center* of the cross section (see Art. 7-1). Thus, the bending axis passes through the shear centers of all the cross sections of the beam.

In Art. 6-2, formulas are derived for the normal stress component $\sigma_{zz}$ that acts on the cross section at $z$ in terms of the bending moment components $(M_x, M_y)$. Also, one may derive formulas for the shearing stress components $(\tau_{zx}, \tau_{zy})$ due to the shearing forces $(V_x, V_y)$. However, if the length $L$ of the beam is large compared to the maximum cross section dimension $D$, such that $L/D > 5$, the maximum shearing stress is small compared to the maximum normal stress. Hence, in this chapter we ignore the shearing stresses due to $(V_x, V_y)$; that is, we consider beams for which $L/D > 5$. Thus for bending of a beam by a concentrated force and for which the shearing stresses are negligible, the line of action of the force must pass through the shear center of a cross section of the beam; otherwise, the beam will be subjected to both bending and torsion (twist). Thus, the theory of pure bending of beams assures that the shearing stresses due to concentrated loads are negligible and that the lines of actions of concentrated forces that act on the beam pass through the shear center of a beam cross section. If the cross section of a beam has either an axis of symmetry or an axis of antisymmetry, it may be shown that the shear center $C$ is located on that axis (Fig. 6-1.3). If the cross section has two or more axes of symmetry or antisymmetry, the shear center is located at the intersection of the axes (Figs. 6-1.3$a$ and $d$). For a general cross section (Fig. 6-1.1) or for a relatively thick, solid cross section (Fig. 6-1.3$c$), the determination of the location of the shear center requires advanced computational methods.[1] For this reason, the location of the shear center is often determined in an approximate manner; the errors introduced by such approximations of the shear center location are discussed in the next paragraph.

Let the line of action of force $\mathbf{P}$, Fig. 6-1.2, pass through an approximate location of the shear center of the beam, point $B$ in Fig. 6-1.4. Let $C$ be the location of the shear center. Since the line of action of force $\mathbf{P}$ does not pass through $C$, the force $\mathbf{P}$ is assumed to be replaceable by a couple (torque) that lies in the cross section and a force with an action line that passes through $C$. This representation or transformation of force $\mathbf{P}$ is assumed to be valid for the deformable beam cross section, although strictly speaking, it is applicable to rigid bodies only.[2] The transformation is accomplished by adding self-equilibrating forces $\mathbf{P}'$ and $\mathbf{P}''$ at $C$ which are parallel to $\mathbf{P}$ and which have magnitudes equal to that of $\mathbf{P}$. Thus, the force $\mathbf{P}$ is considered to be equivalent to a torque (couple) of magnitude $T = Pd$, due to forces $\mathbf{P}$ and $\mathbf{P}''$, where $d$ is the perpendicular distance between $\mathbf{P}$ and $\mathbf{P}''$ and a force $\mathbf{P}'$ acting at $C$.



*Fig. 6-1.3/(a)* Equilateral triangle section. (*b*) Open channel section. (*c*) Angle section. (*d*) Z-section.

Now pass a cutting plane through the member at distance $z$ from the left end. The free body diagram of the beam to the left of the cut is shown in Fig. 6-1.4*b*. For equilibrium, the forces at the cut include a bending moment **M** with components $M_x$ and $M_y$, torque of magnitude $T = Pd$, and shears $V_x$ and $V_y$. The normal stress distribution $\sigma_{zz}$ due to $M_x$ and $M_y$ can be calculated by the formulas derived in Art. 6-2. The shearing stresses due to $V_x$ and $V_y$ are considered to be negligible ($L/D > 5$). The shearing stress due to torque $T$ may be computed by the methods presented in Chapter 5. Cross sections with thick walls, Fig. 6-1.3*c*, require large torques if the maximum shearing stress due to the torque is to be significant. For such cross sections, an approximate location of the shear center will suffice, since shearing stresses due to $T$ are small compared to the maximum value of $\sigma_{zz}$, provided $Pz$ is large compared to $Pd$. However, caution must be used for cross sections made

**278 /NONSYMMETRICAL BENDING OF STRAIGHT BEAMS**

of connected narrow rectangular walls such as the open channel cross section shown in Fig. 6-1.3*b*, since, as noted in Chapter 5, such cross sections have little resistance to torsional loads. For these kinds of cross sections, an accurate estimate of the location of the shear center is necessary. Such problems are treated in Chapter 7.

In this chapter, the shear centers for many of the cross sections considered are not known exactly. Consequently, unless the shear center



*Fig. 6-1.4/*Cantilever beam with arbitrary cross section subjected to shear loading not at shear center.

is located by intersecting axes of symmetry or antisymmetry, the location of the shear center is approximated. The reader should have a better understanding of such approximations after studying Chapter 7.

**Symmetrical Bending. Nonsymmetrical Bending** / In the Appendix, it is shown that every beam cross section has principal axes $(X, Y)$. With respect to principal axes $(X, Y)$, the product of inertia of the cross section is zero; that is, $I_{XY} = 0$. The principal axes $(X, Y)$ for the cross section of the cantilever beam of Fig. 6-1.1 are shown in Fig. 6-1.5. For convenience, axes $(X, Y)$ are also shown at the section distance $z$ from the left end of the beam. At the left end, let the beam be subjected to a couple $\mathbf{M_0}$ with sense in the negative $X$ direction and a force $\mathbf{P}$ at the shear center $C$ with sense in the negative $Y$ direction (Fig. 6-1.5$a$). These loads produce a bending moment $\mathbf{M} = \mathbf{M_X}$ at the cut section with sense in the positive $X$ direction. By Bernoulli beam theory,[1] the stress $\sigma_{zz}$ normal to the cross section is given by the flexure formula

$$\sigma_{zz} = \frac{M_X Y}{I_X} \tag{6-1.1}$$

where $Y$ is the distance from the principal axis $X$ to the point in the cross section at which $\sigma_{zz}$ acts, and $I_X$ is the principal moment of inertia of the cross-sectional area relative to the $X$-axis. Equation (6-1.1) shows that $\sigma_{zz}$ is zero for $Y = 0$ (the $X$-axis). Consequently, the $X$-axis is called the *neutral axis of bending of the cross section*; that is, the axis for which $\sigma_{zz} = 0$. We define the bending moment component $M_X$ as positive when the sense of the vector representing $\mathbf{M_X}$ is in the positive $X$ direction. Since $M_X$ is related to $\sigma_{zz}$ by Eq. (6-1.1), $\sigma_{zz}$ is a tensile stress for positive values of $Y$ and a compressive stress for negative values of $Y$. In addition to causing a bending moment component $M_X$, load $P$ produces a positive shear $V_Y$ at the cut section. It is assumed that the maximum shearing stress $\tau_{ZY}$ resulting from $V_Y$ is small compared to the maximum value of $\sigma_{zz}$. Hence, since this chapter treats pure bending effects, we neglect shearing stresses in this chapter.

Likewise, if a load $\mathbf{Q}$ (applied at the shear center $C$), directed along the positive $X$-axis, and a moment $\mathbf{M_0}$ directed along the negative $Y$-axis, are applied to the left end of the beam (Fig. 6-1.5$b$), they produce a bending moment $\mathbf{M} = \mathbf{M_Y}$ directed along the positive $Y$-axis. The normal stress distribution $\sigma_{zz}$, due to the component $M_Y$, is also given by the flexure formula. Thus,

$$\sigma_{zz} = -\frac{M_Y X}{I_Y} \tag{6-1.2}$$

where $X$ is the distance from the principal axis $Y$ to the point in the cross section at which $\sigma_{zz}$ acts, and $I_Y$ is the principal moment of inertia of the

**280 /NONSYMMETRICAL BENDING OF STRAIGHT BEAMS**



*Fig. 6-1.5/*Cantilever beam with an arbitrary cross section.

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 13 of 47 PageID #: 24907

cross-sectional area relative to the $Y$ axis. The negative sign arises from the fact that a positive $M_Y$ produces compressive stresses on the positive side of the $X$ axis. Now for $X = 0$ (the $Y$-axis), $\sigma_{zz} = 0$. Hence, in this case, the $Y$-axis is the *neutral axis of bending of the cross section*; that is, the axis for which $\sigma_{zz} = 0$. In either case (Eq. (6-1.1) or (6-1.2)), the beam is subjected to *symmetrical bending*. (Bending occurs about a neutral axis in the cross section that coincides with the corresponding principal axis.)

In Fig. 6-1.5*c*, the beam is subjected to moment $\mathbf{M_0}$ with components in the negative directions of both axis $(X, Y)$, as well as concentrated forces $\mathbf{P}$ and $\mathbf{Q}$ acting through the shear center $C$. These loads result in a bending moment $\mathbf{M}$ at the cut section with positive components $(M_X, M_Y)$. For this loading, the stress $\sigma_{zz}$ normal to the cross section may be obtained by superposition of Eqs. (6-1.1) and (6-1.2). Thus,

$$\sigma_{zz} = \frac{M_X Y}{I_X} - \frac{M_Y X}{I_Y} \qquad (6\text{-}1.3)$$

In this case, the moment $\mathbf{M} = (M_X, M_Y)$ is not parallel to either of the principal axis $(X, Y)$. Hence, the bending of the beam occurs about an axis that is not parallel to either the $X$- or $Y$-axis. When the axis of bending does not coincide with a principal axes direction, the bending of the beam is said to be nonsymmetrical. The determination of the *neutral axis of the cross section* for nonsymmetrical bending is discussed in Art. 6-2.

**Plane of Loads. Symmetrical and Nonsymmetrical Loading** / Often a beam is loaded by forces that lie in a plane which coincides with a plane of symmetry of the beam, Fig. 6-1.6. Since, then, the $y$-axis is an axis of symmetry for the cross section, it is a principal axis. Hence, if axes $(x, y)$ are principal axes for the cross section, the beams in Figs. 6-1.6*a* and *b* undergo symmetrical bending; that is, bending about a principal axis of a cross section, since the moment vector in Fig. 6-1.6*a* and the force vectors in Fig. 6-1.6*b* are parallel to principal axes. (See the discussion above in the section entitled "Symmetrical Bending. Nonsymmetrical Bending.") We further observe that since the shear center lies on the $y$-axis, the plane of the load contains the axis of bending of the beam. More generally, it is shown later in this chapter that if the plane of loads does not coincide with a plane of symmetry of the beam, the beam may still deform symmetrically (bend about a principal axis), provided that the plane of loads contains the bending axis and is parallel to one of the principal planes [the $(x, z)$- and $(y, z)$-planes in Fig. 6-1.6].

Consider next two beams with cross sections shown in Fig. 6-1.7. Since a rectangular cross section (Fig. 6-1.7*a*) has two axes of symmetry that pass through its centroid 0, the shear center $C$ of a rectangular cross section (which is located at the intersection of the two axes of symmetry)

Case 1:14-ml-02570-RLY-TAB Document 6103-1 Filed 09/06/17 Page 14 of 47 PageID #: 24908



*Fig. 6-1.6/*Plane of loads coincident with the plane of symmetry of the beam. (a) Couple loads. (b) Lateral loads.

coincides with the centroid 0. Let the intersection of the plane of the loads and the plane of the cross section be denoted by line *L-L*, which forms angle $\phi$ ($0 \le \phi < \pi$) measured counterclockwise from the *x-z*-plane, and which passes through the shear center *C*. Since the plane of loads contains point *C*, the bending axis of the rectangular beam lies in the plane of the loads. If the angle $\phi$ equals 0 rad or $\pi/2$ rad, the rectangular beam will undergo symmetrical bending; that is, bending about a principal axis. For other values of $\phi$, the beam undergoes nonsymmetrical bending; that is, bending for which the neutral axis of bending of the cross section does not coincide with either of the principal axes *x*, *y*.



*Fig. 6-1.7*/Unsymmetrically loaded beams. (a) Rectangular cross sections. (b) Channel cross section.

In the case of a general channel section (Fig. 6-1.7*b*), the principal axes $(X, Y)$ are located by a rotation through angle $\theta$ (positive $\theta$ is taken counterclockwise) from the $(x, y)$-axes as shown. The value of $\theta$ is determined by Eq. (A-3.4), in the Appendix. Although the plane of loads contains the shear center $C$ (and, hence, the bending axis of the beam), it is not parallel to either of the principal planes $(X, z)$, $(Y, z)$. Hence, in general, the channel beam (Fig. 6-1.7*b*) undergoes nonsymmetrical bending; that is, bending about an axis that is not a principal axis. However, for the two special cases, $\phi = \theta$ or $\phi = \theta + \pi/2$, the channel beam undergoes symmetrical bending.

## 6-2
## BENDING STRESSES IN BEAMS SUBJECTED TO NONSYMMETRICAL BENDING

Let a cutting plane be passed through a straight cantilever beam at section $z$. The free body diagram of the beam to the left of the cut is shown in Fig. 6-2.1*a*. The beam has constant cross section of arbitrary shape. The origin 0 of the coordinate axes is chosen at the centroid of the beam cross section at the left end of the beam with the $z$-axis taken parallel to the beam. The left end of the beam is subjected to a bending couple $\mathbf{M_0}$ which is equilibrated by bending moment $\mathbf{M}$ acting on the

cross section at $z$, with positive components $(M_x, M_y)$ as shown. The bending moment $\mathbf{M} = (M_x, M_y)$ is the resultant of the forces due to the normal stress $\sigma_{zz}$ acting on the section (Fig. 6-2.1b). For convenience, we show $(x, y)$-axes at the cross section $z$. It is assumed that the $(x, y)$-axes are not principal axes for the cross section. In this article, we derive the load-stress formula which relates the normal stress $\sigma_{zz}$ acting on the cross section to the components $(M_x, M_y)$.



*Fig. 6-2.1*/Pure bending of a nonsymmetrically loaded cantilever beam.

As discussed in the introduction to Chapter 2, the derivation of load-stress and load-deformation relations for the beam requires that equations of equilibrium, compatibility conditions, and stress-strain relations be satisfied for the beam along with specified boundary conditions for the beam.

**Equations of Equilibrium** / Application of the equations of equilibrium to the free body diagram in Fig. 6-2.1$b$ yields (since there is no net resultant force in the $z$ direction)

$$0 = \int \sigma_{zz}\, dA$$
$$M_x = \int y\sigma_{zz}\, dA$$
$$M_y = -\int x\sigma_{zz}\, dA$$

(6-2.1)

where $dA$ denotes an element of area in the cross section and the integration is performed over the area $A$ of the cross section. To evaluate the integrals in Eq. (6-2.1), it is necessary that the functional relation between $\sigma_{zz}$ and $(x, y)$ be known. The determination of $\sigma_{zz}$ as a function of $(x, y)$ is achieved by considering the geometry of deformation and the stress-strain relations.

**Geometry of Deformation** / We assume that plane sections of an unloaded beam remain plane after the beam is subjected to pure bending. Consider two plane cross sections perpendicular to the bending axis of an unloaded beam such that the centroids of the two sections are separated by a distance $\Delta z$. These two planes are parallel since the beam is straight. These planes rotate with respect to each other when moments $M_x$ and $M_y$ are applied. Hence, the extension $e_{zz}$ of longitudinal fibers of the beam between the two planes can be represented as a linear function of $(x, y)$; namely,

$$e_{zz} = a'' + b''x + c''y$$

(6-2.2)

where $a''$, $b''$, and $c''$ are constants. Since the beam is initially straight, all fibers have the same initial length $\Delta z$ so that the strain $\epsilon_{zz}$ can be obtained by dividing Eq. (6-2.2) by $\Delta z$. Thus,

$$\epsilon_{zz} = a' + b'x + c'y$$

(6-2.3)

where $\epsilon_{zz} = e_{zz}/\Delta z$, $a' = a''/\Delta z$, $b' = b''/\Delta z$, and $c' = c''/\Delta z$.

**Stress-Strain Relations** / According to the theory of pure bending of straight beams, the only nonzero stress component in the beam is $\sigma_{zz}$. For linearly elastic conditions, Hooke's law states

$$\sigma_{zz} = E\epsilon_{zz}$$

(6-2.4)

Eliminating $\epsilon_{zz}$ between Eqs. (6-2.3) and (6-2.4), we obtain

$$\sigma_{zz} = a + bx + cy \qquad (6\text{-}2.5)$$

where $a = Ea'$, $b = Eb'$, and $c = Ec'$.

**Load-Stress Relation for Unsymmetrical Bending** / Substitution of Eq. (6-2.5) into Eqs. (6-2.1) yields

$$0 = \int (a + bx + cy)\, dA = a\int dA + b\int x\, dA + c\int y\, dA$$

$$M_x = \int (ay + bxy + cy^2)\, dA = a\int y\, dA + b\int xy\, dA + c\int y^2\, dA \quad (6\text{-}2.6)$$

$$M_y = -\int (ax + bx^2 + cxy)\, dA = -a\int x\, dA - b\int x^2\, dA - c\int xy\, dA$$

Since the $z$-axis passes through the centroid of each cross section of the beam, $\int x\, dA = \int y\, dA = 0$. The other integrals in Eqs. (6-2.6) are defined in the Appendix. Equations (6-2.6) simplify to

$$0 = aA$$
$$M_x = bI_{xy} + cI_x \qquad (6\text{-}2.7)$$
$$M_y = -bI_y - cI_{xy}$$

where $I_x$ and $I_y$ are the centroidal moments of inertia of the beam cross section with respect to the $x$- and $y$-axes, respectively, and $I_{xy}$ is the centroidal product of inertia of the beam cross section. Solving Eqs. (6-2.7) for the constants $a$, $b$, and $c$, we obtain

$$a = 0 \qquad (\text{because } A \neq 0)$$
$$b = -\frac{M_y I_x + M_x I_{xy}}{I_x I_y - I_{xy}^2} \qquad (6\text{-}2.8)$$
$$c = \frac{M_x I_y + M_y I_{xy}}{I_x I_y - I_{xy}^2}$$

The substitution of Eqs. (6-2.8) into Eq. (6-2.5) gives the normal stress distribution $\sigma_{zz}$ on a given cross section of a beam subjected to unsymmetrical bending in the form

$$\sigma_{zz} = -\left[\frac{M_y I_x + M_x I_{xy}}{I_x I_y - I_{xy}^2}\right] x + \left[\frac{M_x I_y + M_y I_{xy}}{I_x I_y - I_{xy}^2}\right] y \qquad (6\text{-}2.9)$$

Equation (6-2.9) is not the most convenient form for the determination of the maximum value of the flexure stress $\sigma_{zz}$. Before the location of points of maximum tensile and compressive stresses in the cross section can be determined, it is necessary to locate the neutral axis. For this purpose, it is desirable that the neutral axis location include the angle $\phi$ between the plane of the loads and the $x$-axis; $\phi$ is measured positive counterclockwise (Fig. 6-1.7). The magnitude of $\phi$ is generally in the neighborhood of $\pi/2$ rad ($0 \leq \phi < \pi$). The bending moments $M_x$ and $M_y$

can be written in terms of $\phi$ as follows:

$$M_x = M \sin \phi$$
$$M_y = -M \cos \phi \qquad (6\text{-}2.10)$$

in which $M$ is the signed magnitude of moment $\mathbf{M}$ at the cut section. The sign of $M$ is positive if the $x$ projection of the vector $\mathbf{M}$ is positive; it is negative if the $x$ projection of $\mathbf{M}$ is negative. Since the $(x, y)$-axes are chosen for the convenience of the one making the calculations, they are chosen so that the magnitude of $M_x$ is not zero. Therefore, by Eqs. (6-2.10),

$$\cot \phi = -\frac{M_y}{M_x} \qquad (6\text{-}2.11)$$

**Neutral Axis** / The neutral axis of the cross section of a beam subjected to unsymmetrical bending is defined to be the axis in the cross section for which $\sigma_{zz} = 0$. Thus, by Eq. (6-2.9), the equation of the neutral axis of the cross section is

$$y = \frac{M_x I_{xy} + M_y I_x}{M_x I_y + M_y I_{xy}} x = x \tan \alpha \qquad (6\text{-}2.12)$$

where $\alpha$ is the angle between the neutral axis of bending and the $x$-axis; $\alpha$ is measured positive counterclockwise (Fig. 6-2.1), and

$$\tan \alpha = \frac{M_x I_{xy} + M_y I_x}{M_x I_y + M_y I_{xy}} \qquad (6\text{-}2.13)$$

Since $x = y = 0$ satisfies Eq. (6-2.12), the neutral axis passes through the centroid of the section. The right side of Eq. (6-2.13) can be expressed in terms of the angle $\phi$ by using Eq. (6-2.11). Thus,

$$\tan \alpha = \frac{I_{xy} - I_x \cot \phi}{I_y - I_{xy} \cot \phi} \qquad (6\text{-}2.14)$$

**More Convenient Form for the Flexure Stress $\sigma_{zz}$** / Elimination of $M_y$ between Eqs. (6-2.9) and (6-2.13) results in a more convenient form for the normal stress distribution $\sigma_{zz}$ for beams subjected to unsymmetrical bending; namely

$$\sigma_{zz} = \frac{M_x(y - x \tan \alpha)}{I_x - I_{xy} \tan \alpha} \qquad (6\text{-}2.15)$$

where $\tan \alpha$ is given by Eq. (6-2.14). Once the neutral axis is located on the cross sections at angle $\alpha$ as indicated in Fig. 6-2.1, points in the cross section where the tensile and compressive flexure stresses are maxima are easily determined. The coordinates of these points can be substituted into Eq. (6-2.15) to determine the magnitudes of these stresses. If $M_x$ is zero, Eq. (6-2.9) may be used instead of Eq. (6-2.15) to determine magnitudes of these stresses, or axes $(x, y)$ may be rotated by $\pi/2$ to obtain new reference axes $(x', y')$.

*Note:* Equations (6-2.14) and (6-2.15) have been derived assuming that the beam is subjected to pure bending. These equations are exact for pure

*6-2.1*

FORTRAN Computer Program for Unsymmetrical Bending

```
      PROGRAM UNSYB(INPUT,OUTPUT,UNIN,UNOUT,TAPE5 = UNIN,TAPE6 = UNOUT)
      C READ NUMBER OF CASES
      READ (5,*) NN
      DO 23 J = 1,NN
      WRITE (6,24)
24    FORMAT ("  I(X)  I(Y)    I(XY)    I(MAX) I(MIN)    M
      APHI  THETA  ALPHA")
      C INPUT N, MOMENTS OF INERTIA, MOMENT AND ANGLE OF PLANE OF LOADS
      READ (5,*) N,EIX,EIXY,EM,PHI
      C COMPUTE PRINCIPAL AXES ANGLE THETA
      B = ABS(EIX − EIY)
      IF (B.GT..001) GO TO 1
      B = .000001
1     THETA = .5*ATAN(−2.*EIXY/B)
      C COMPUTE NEUTRAL AXES ANGLE ALPHA
      EIMAX = .5*(EIX + EIY) + SQRT(.25*(EIX − EIY)**2 + EIXY**2)
      EIMIN = .5*(EIX + EIY) − SQRT(.25*(EIX − EIY)**2 + EIXY**2)
      EMX = EM*SIN(PHI)
      TANAL = (EIXY − EIX/TAN(PHI))/(EIY − EIXY/TAN(PHI))
      ALPHA = ATAN(TANAL)
      A = EMX/(EIX − EIXY*TANAL)
      JJ = J
      WRITE (6,30)JJ
      WRITE (6,26) EIX,EIY,EIXY,EIMAX,EIMIN,EM,PHI,THETA,ALPHA
30    FORMAT("CASE ",JJ)
26    FORMAT (6E9,3,3F7,3,/,/)
      WRITE(6,27)
      C COMPUTE SIGMA ZZ AT N COORDINATE PAIRS (X, Y)
```

```
27      FORMAT (" X    Y    SIGZZ")
        DO 28 I = 1,N
        READ (5,*) X,Y
        SIGZZ = A*(Y − X* TANAL)
        WRITE (6,32) X,Y,SIGZZ
32      FORMAT (3F10.2)
28      CONTINUE
23      CONTINUE
        STOP
        END
```

                                         INPUT
```
        2
        1,.5625E + 09,.3906E + 09,.0,.3142E + 08,1.7453
        − 125.,150.
        2,.1244E + 09,.1244E + 09,.7076E + 08, − .4000E + 08,1.5708
        − 59.24, − 215.76
        − 84.24,84.24
```

                                         OUTPUT

| | I(X) | I(Y) | I(XY) | I(MAX) | I(MIN) | M | PHI | THETA | ALPHA |
|---|---|---|---|---|---|---|---|---|---|
| | .563E + 09 | .391E + 09 | 0. | .563E + 09 | .391E + 09 | .314E + 08 | 1.745 | 0.000 | .249 |
| N | X | Y | SIGZZ | | | | | | |
| 1 | − 125.00 | 150.00 | 10.00 | | | | | | |
| | I(X) | I(Y) | I(XY) | I(MAX) | I(MIN) | M | PHI | THETA | ALPHA |
| | .124E + 09 | .124E + 09 | .708E + 08 | .195E + 09 | .536E + 08 | − .400E + 08 | 1.571 | − .785 | .517 |
| N | X | Y | SIGZZ | | | | | | |
| 1 | − 59.24 | − 215.76 | 86.54 | | | | | | |
| 2 | − 84.24 | 84.24 | − 62.82 | | | | | | |

bending. Although they are not exact for beams subjected to transverse shear loads, often the equations are assumed to be valid for such beams. The error in this assumption is usually small, particularly if the beam has a length of at least five times its maximum cross-sectional dimension.

In the derivation of Eqs. (6-2.14) and (6-2.15), the $(x, y)$-axes are any convenient set of orthogonal axes that have an origin at the centroid of the cross-sectional area. The equations are valid if $(x, y)$ are principal axes; in this case $I_{xy} = 0$. If the axes are principal axes and $\phi = \pi/2$, Eq. (6-2.14) indicates that $\alpha = 0$ and Eq. (6-2.15) reduces to Eq. (6-1.1).

For convenience in deriving Eqs. (6-2.14) and (6-2.15), the origin for the $x, y, z$ coordinate axes was chosen (see Fig. 6-2.1b) at the end of the free body diagram opposite from the cut section with the positive $z$-axis toward the cut section. The equations are equally valid if the origin is taken at the cut section with the positive $z$-axis toward the opposite end of the free body diagram. If $\phi_2$ is the magnitude of $\phi$ for the second choice of axes and $\phi_1$ is the magnitude of $\phi$ for the first choice of axes, then $\phi_2 = \pi - \phi_1$.

A FORTRAN digital computer program for the solution of the nonsymmetrical bending of beams (Eq. 6-2.15) is listed in Table 6-2.1. It can easily be run on a microcomputer.

---

### EXAMPLE 6-2.1
#### Channel Section Beam

The cantilever beam in Fig. E6-2.1a has a channel section as shown in Fig. E6-2.1b. The concentrated load $P = 12.0$ kN lies in the plane (the plane of the loads) making an angle $\theta = \pi/3$ rad with the $x$-axis. Load $P$ lies in the plane of the cross section of the free end of the beam and passes through shear center $C$; in Chapter 7 we find that the shear center lies on the $y$-axis as shown. Locate points of maximum tensile and compressive stresses in the beam and determine their magnitudes

#### SOLUTION

Several properties of the cross-sectional area are needed (see the Appendix).

$$A = 10{,}000 \text{ mm}^2 \qquad I_x = 39.69 \times 10^6 \text{ mm}^4$$
$$y_0 = 82.0 \text{ mm} \qquad I_y = 30.73 \times 10^6 \text{ mm}^4$$
$$I_{xy} = 0$$

The orientation of the neutral axis for the beam is given by Eq. (6-2.14). Thus,

$$\tan \alpha = -\frac{I_x}{I_y} \cot \phi = -\frac{39{,}690{,}000}{30{,}730{,}000}(0.5774) = -0.7457$$
$$\alpha = -0.6407 \text{ rad}$$

**BENDING STRESSES IN BEAMS SUBJECTED TO NONSYMMETRICAL BENDING / 291**



Fig. E6-2.1

The negative sign indicates that the neutral axis *n-n*, which passes through the centroid ($x = y = 0$), is located clockwise 0.6407 rad from the *x*-axis (Fig. E6-2.1*b*). The maximum tensile stress occurs at point *A* while the maximum compressive stress occurs at point *B*. These stresses are given by Eq. (6-2.15) after $M_x$ has been determined. From Fig. E6-2.1*a*

$$M = -3.00P = -36.0 \text{ kN} \cdot \text{m}$$
$$M_x = M \sin\phi = -31.18 \text{ kN} \cdot \text{m}$$
$$\sigma_A = \frac{M_x(y_A - x_A \tan\alpha)}{I_x} = \frac{-31,180,000[-118 - (-70)(-0.7457)]}{39,640,000}$$
$$= 133.7 \text{ MPa}$$
$$\sigma_B = \frac{-31,180,000[82 - 70(-0.7457)]}{39,640,000} = -105.6 \text{ MPa}$$

## EXAMPLE 6-2.2
**Angle Beam**

Plates are welded together to form the 120 mm by 80 mm by 10 mm angle-section beam shown in Fig. E6-2.2*a*. The beam is subjected to a concentrated load $P = 4.00$ kN as shown. The load $P$ lies in the plane (the plane of loads) making an angle $\phi = 2\pi/3$ rad with the *x*-axis. Load $P$ passes through shear center $C$; in Chapter 7 we find that the shear center is located at the intersection of the two legs of the angle section.

Determine the maximum tensile and compressive bending stresses at the section of the beam where the load is applied. (a) Solve the problem using the load-stress relations derived for unsymmetrical bending. (b) Solve the problem using Eq. (6-1.3).

SOLUTION

(a) Several properties of the cross-sectional area are needed (see the Appendix).

$$A = 1900 \text{ mm}^2 \qquad I_x = 2.783 \times 10^6 \text{ mm}^4$$
$$x_0 = 19.74 \text{ mm} \qquad I_y = 1.003 \times 10^6 \text{ mm}^4$$
$$y_0 = 39.74 \text{ mm} \qquad I_{xy} = -0.973 \times 10^6 \text{ mm}^4$$

The orientation of the neutral axis for the beam is given by Eq. (6-2.14). Thus,

$$\tan \alpha = \frac{I_{xy} - I_x \cot \phi}{I_y - I_{xy} \cot \phi}$$

$$= \frac{-0.973 \times 10^6 - 2.783 \times 10^6 (-0.5774)}{1.003 \times 10^6 - (-0.973 \times 10^6)(-0.5774)} = 1.4368$$

$$\alpha = 0.9628 \text{ rad}$$

The positive sign indicates that the neutral axis $n$-$n$, which passes through the centroid ($x = y = 0$), is located counterclockwise 0.9628 rad from the $x$-axis (Fig. E6-2.2b). The maximum tensile stress occurs at point $A$ while the maximum compressive stress occurs at point $B$. These stresses are given by Eq. (6-2.15) after $M_x$ has been determined. From Fig. E6-2.2a

$$M = 1.2P = 4.80 \text{ kN} \cdot \text{m}$$

$$M_x = M \sin \phi = 4.80 \times 10^3 (0.8660) = 4.157 \text{ kN} \cdot \text{m}$$

$$\sigma_A = \frac{M_x [y_A - x_A \tan \alpha]}{I_x - I_{xy} \tan \alpha}$$

$$= \frac{4.157 \times 10^6 [39.74 - (-60.26)(1.4368)]}{2.783 \times 10^6 - (-0.973 \times 10^6)(1.4368)} = 125.6 \text{ MPa}$$

$$\sigma_B = \frac{4.157 \times 10^6 [-80.26 - 19.74(1.4368)]}{2.783 \times 10^6 - (-0.973 \times 10^6)(-0.5801)} = -108.0 \text{ MPa}$$

(b) To solve the problem using Eq. (6-1.3), it is necessary that the principal axes for the cross section be determined. The two values of the angle $\theta$ between the $x$-axis and the principal axes are given by Eq. (A-3.4). Thus, we obtain

$$\tan 2\theta = -\frac{2I_{xy}}{I_x - I_y} = -\frac{2(-0.973 \times 10^6)}{2.783 \times 10^6 - 1.003 \times 10^6} = 1.0933$$

$$\theta = 0.4150 \text{ rad}$$

**BENDING STRESSES IN BEAMS SUBJECTED TO NONSYMMETRICAL BENDING / 293**



*(a)*



*(b)*

*Fig. E6-2.2*

The principal $X$- and $Y$-axes are shown in Fig. E6-2.2b. Thus (see Eq. A-3.2, the Appendix)

$$I_X = I_x \cos^2 \theta + I_y \sin^2 \theta - 2I_{xy} \sin \theta \cos \theta = 3.212 \times 10^6 \text{ mm}^4$$

$$I_Y = I_x + I_y - I_X = 0.574 \times 10^6 \text{ mm}^4$$

Note that now angle $\phi$ is measured from the $X$-axis and not from the $x$-axis as for part (a). Hence

$$\phi = 2\pi/3 - \theta = 1.6794 \text{ rad}$$

Angle $\alpha$, determines the orientation of the neutral axis, is now measured from the $X$-axis and is given by Eq. (6-2.14). Hence, we find

$$\tan \alpha = -\frac{I_X \cot \phi}{I_Y} = -\frac{3.212 \times 10^6 (-0.1090)}{0.574 \times 10^6} = 0.6099$$

$$\alpha = 0.5477 \text{ rad}$$

which gives the same orientation for the neutral axis as for part (a).

To use Eq. (6-1.3) relative to axes $(X, Y)$, the $X$- and $Y$-coordinates of points $A$ and $B$ are needed. They are

$$X_A = x_A \cos \theta + y_A \sin \theta = -60.26(0.9151) + 39.74(0.4032) = -39.12 \text{ mm}$$

$$Y_A = y_A \cos \theta - x_A \sin \theta = 39.74(0.9151) - (-60.26)(0.4032) = 60.66 \text{ mm}$$

and

$$X_B = 19.74(0.9151) - 80.26(0.4032) = -14.30 \text{ mm}$$

$$Y_B = -80.26(0.9151) - 19.74(0.4032) = -81.41 \text{ mm}$$

The moment components are

$$M_X = M \sin \phi = 4.80 \times 10^3 (0.9941) = 4.772 \text{ kN} \cdot \text{m}$$

$$M_Y = -M \cos \phi = -4.80 \times 10^3 (-0.1084) = 520 \text{ N} \cdot \text{m}$$

The stresses at $A$ and $B$ are calculated using Eq. (6-1.3). Thus,

$$\sigma_A = \frac{M_X Y_A}{I_X} - \frac{M_Y X_A}{I_Y}$$

$$= \frac{4.772 \times 10^6 (60.66)}{3.212 \times 10^6} - \frac{0.520 \times 10^6 (-39.12)}{0.574 \times 10^6} = 125.6 \text{ MPa}$$

$$\sigma_B = \frac{M_X Y_B}{I_X} - \frac{M_Y X_B}{I_Y}$$

$$= \frac{4.772 \times 10^6 (-81.41)}{3.212 \times 10^6} - \frac{0.520 \times 10^6 (-14.30)}{0.574 \times 10^6} = -108.0 \text{ MPa}$$

These values for $\sigma_A$ and $\sigma_B$ agree with the values calculated in part (a). However, the computational work is greater in part (b) than in part (a).

PROBLEM SET 6-2

1. A timber beam 250 mm wide by 300 mm deep by 4.2 m long is used as a simple beam on a span of 4 m. It is subjected to a concentrated load $P$ at the midsection of the span. The plane of the loads makes an angle $\phi = 5\pi/9$ rad with the horizontal $x$-axis. The beam is made of yellow pine with a yield stress $Y = 25.0$ MPa. If the beam has been designed with a factor of safety $SF = 2.50$ against initiation of yielding, determine the magnitude of $P$ and the orientation of the neutral axis.

2. The plane of the loads for the rectangular section beam in Fig. P6-2.2 coincides with a diagonal of the rectangle. Show that the neutral axis for the beam cross section coincides with the other diagonal.



*Fig. P6-2.2*

**296 /NONSYMMETRICAL BENDING OF STRAIGHT BEAMS**

3. In Fig. P6-2.3 let $b = 300$ mm, $h = 300$ mm, $t = 25.0$ mm, $L = 2.50$ m, and $P = 16.0$ kN. Calculate the maximum tensile and compressive stresses in the beam, and determine the orientation of the neutral axis.



*Fig. P6-2.3*

4. In Fig. P6-2.3 let $b = 200$ mm, $h = 300$ mm, $t = 25.0$ mm, $L = 2.50$ m, and $P = 16.0$ kN. Calculate the maximum tensile and compressive stresses in the beam and determine the orientation of the neutral axis.

*Ans.* $\sigma_{zz(\text{ten})} = 98.6$ MPa, $\sigma_{zz(\text{com})} = -81.9$ MPa

**BENDING STRESSES IN BEAMS SUBJECTED TO NONSYMMETRICAL BENDING / 297**

5. In Fig. P6-2.5 let $b = 150$ mm, $t = 50.0$ mm, $h = 150$ mm, and $L = 2.00$ m. The beam is made of a steel that has a yield point stress $Y = 240$ MPa. Using a factor of safety of $SF = 2.00$, determine the magnitude of $P$ if $\phi = 2\pi/9$ rad from the horizontal $x$-axis.



*Fig. P6-2.5*

6. A simple beam is subjected to a concentrated load $P = 4.00$ kN at the midlength of a span of 2.00 m. The beam cross section is formed by nailing two 50.0 mm by 150 mm boards together as indicated in Fig. P6-2.6. The plane of the loads passes through the centroid of the two boards as indicated. Determine the maximum flexure stress in the beam and the orientation of the neutral axis.

*Ans.* $\sigma_{zz(max)} = 4.17$ MPa, $\alpha = 1.3522$ rad

7. Solve Problem 6 if $\phi = 1.900$ rad.

**298 / NONSYMMETRICAL BENDING OF STRAIGHT BEAMS**



*Fig. P6-2.6*

8. A C-180 × 14.6 rolled steel channel ($I_x = 8.87 \times 10^6$ mm$^4$, depth = 178 mm, width = 53 mm, $x_B = 13.7$ mm) is used as a simply supported beam as, for example, a purlin in a roof (Fig. P6-2.8). If the slope of the roof is $1/2$ and the span of the purlin is 4 m, determine the maximum tensile and compressive stresses in the beam caused by a uniformly distributed vertical load of 1.00 kN/m.

*Ans.* $\sigma_{zz(\text{ten})} = 48.4$ MPa, $\sigma_{zz(\text{com})} = -105.2$ MPa

9. Two L-89 × 64 × 7.9 rolled steel angles ($I_{x_1} = 391 \times 10^3$ mm$^4$, $I_{y_1} = 912 \times 10^3$ mm$^4$, $I_{x_1 y_1} = 349 \times 10^3$ mm$^4$, and $A = 1148$ mm$^2$) are welded to a 200 mm by 10 mm steel plate to form a composite $z$-bar (Fig. P6-2.9). The $z$-bar is a simply supported beam used as a purlin in a roof of slope $\frac{1}{2}$. The beam has a span of 4.00 m. The yield stress of the steel in the plate and angles is $Y = 300$ MPa. The beam has been designed using a factor of safety of $SF = 2.50$ against initiation of yielding. If the plane of the loads is vertical, determine the

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 31 of 47 PageID #: 24925



*Fig. P6-2.8*



*Fig. P6-2.9*

magnitude of the maximum distributed load that can be applied to the beam.

10. A steel $z$-bar is used as a centilever beam having a length of 2.00 m. Looking from the free end toward the fixed end of the beam, the cross section has the orientation and dimensions shown in Fig. P6-2.10. A concentration load $P = 14.0$ kN acts at the free end of the beam at an angle $\phi = 1.25$ rad. Determine the maximum flexure stress in the beam.



*Fig. P6-2.10*

*Ans.* $I_x = 39.36 \times 10^6$ mm$^4$, $I_y = 9.84 \times 10^6$ mm$^4$, $I_{xy} = 14.40 \times 10^6$ mm$^4$, $\alpha = 0.2557$ rad, $\sigma_{zz(\max)} = 76.6$ MPa.

11. An extruded bar of aluminum alloy has the cross section shown in Fig. P6-2.11. A 1.00 m length of this bar is used as a cantilever beam. A concentrated load $P = 1.25$ kN is applied at the free end and makes an angle of $\phi = 5\pi/9$ rad with the $x$-axis. The view in Fig. P6-2.11 is from the free end toward the fixed end of the beam. Determine the maximum tensile and compressive stresses in the beam.

12. An extruded bar of aluminum alloy has the cross section shown in Fig. P6-2.12. A 2.10 m length of this bar is used as a simple beam on a span of 2.00 m. A concentrated load $P = 5.00$ kN is applied at

**BENDING STRESSES IN BEAMS SUBJECTED TO NONSYMMETRICAL BENDING / 301**



*Fig. P6-2.11*



*Fig. P6-2.12*

midlength of the span and makes an angle of $\phi = 1.40$ rad with the $x$-axis. Determine the maximum tensile and compressive stresses in the beam.

*Ans.*   $x_0 = 28.0$ mm, $y_0 = 35.0$ mm, $I_x = 1.330 \times 10^6$ mm$^4$,
   $I_y = 917 \times 10^3$ mm$^4$, $I_{xy} = 30.0 \times 10^3$ mm$^4$,
   $\alpha = -0.2153$ rad, $\sigma_A = 91.5$ MPa, $\sigma_B = -75.8$ MPa

13. A cantilever beam has a right triangular cross section and is loaded by a concentrated load $P$ at the free end (Fig. P6-2.13). Solve for the stresses at points $A$ and $C$ at the fixed end if $P = 4.00$ kN, $h = 120$ mm, $b = 75.0$ mm, and $L = 1.25$ m.



*Fig. P6-2.13*

14. A girder that supports a brick wall is built up of an S-310 × 47.3 I-beam $(A_1 = 6032$ mm$^2$, $I_{x_1} = 90.7 \times 10^6$ mm$^4$, $I_{y_1} = 3.90 \times 10^6$

mm$^4$), a C-310 × 30.8 channel ($A_2 = 3929$ mm$^2$, $I_{x_2} = 53.7 \times 10^6$ mm$^4$, $I_{y_2} = 1.61 \times 10^6$ mm$^4$), and a cover plate 300 mm by 10 mm riveted together (Fig. P6-2.14). The girder is 6.00 m long and is simply supported at its ends. The load is uniformly distributed such that $w = 20.0$ kN/m. Determine the orientation of the neutral axis and the maximum tensile and compressive stresses.



*Fig. P6-2.14*

*Ans.*   $\alpha = -0.1653$ rad, $\sigma_A = 66.3$ MPa, $\sigma_B = -92.3$ MPa



*Fig. P6-2.15*

15. A load $P = 50$ kN is applied to an L-76 × 76 × 7.9 rolled steel angle ($I_x = I_y = 570 \times 10^3$ mm$^4$, $I_{xy} = -332.5 \times 10^3$ mm$^4$, $A = 1148$ mm$^2$) by means of a 76 mm by 6 mm plate riveted to the angle (Fig. P6-2.15). The action line of load $P$ coincides with the centroidal axis of the plate. Determine the maximum stress at a section, such as $AA$, of the angle. *Hint:* Resolve the load $P$ into a load (equal to $P$) at the centroid of the angle and a bending couple.

## 6-3
## DEFLECTIONS OF STRAIGHT BEAMS SUBJECTED TO UNSYMMETRICAL BENDING

If every transverse shear load applied to a straight beam lies in one plane and if every couple applied to the beam lies in a plane parallel to the plane of the transverse shear loads, the neutral axis for every cross section of the beam will have the same orientation as long as the beam material remains linearly elastic. The deflections of the beam will be in a direction perpendicular to the neutral axis. It is convenient to determine the component of the deflection parallel to an axis, say the $y$-axis. The total deflection is easily determined once one component has been determined.

Consider the intersection of the $(y, z)$-plane with the beam in Fig. 6-2.1. A side view of this section of the deformed beam is shown in Fig. 6-3.1. In the deformed beam, the two straight lines $F^*G^*$ and $H^*J^*$ represent the intersection of the $(y, z)$-plane with two planes perpendicular to the axis of the beam, a distance $\Delta z$ apart at the neutral surface. Before deformation, the lines $FG$ and $HJ$ are parallel and distance $\Delta z$ apart. Since plane sections remain plane, the extensions of $F^*G^*$ and $H^*J^*$ meet at the center of curvature $0'$. The distance from $0'$ to the neutral surface is the radius of curvature $R_y$ of the beam in the $(y, z)$-plane. Since the center of curvature lies on the negative side of the $y$-axis, $R_y$ is negative. We assume that the deflections are small so that $1/R_y \cong d^2v/dz^2$, where $v$ is the $y$-component of displacement. Under deformation of the beam, a fiber at distance $y$ below the neutral surface elongates an amount $e_{zz} = (\Delta z)\epsilon_{zz}$. Initially the length of the fiber is $\Delta z$. By geometry of similar triangles,

$$-\frac{\Delta z}{R_y} = \frac{(\Delta z)\epsilon_{zz}}{y}$$

Dividing by $\Delta z$, we obtain

$$-\frac{1}{R_y} = \frac{\epsilon_{zz}}{y} \qquad \frac{1}{R_y} \cong \frac{d^2v}{dz^2} \qquad (6\text{-}3.1)$$



*Fig. 6-3.1/*Deflection of an unsymmetrically loaded beam.

For linearly elastic behavior, Eqs. (6-2.15) and (6-2.9), with $x = 0$, and Eq. (6-2.4) yield

$$\frac{\epsilon_{zz}}{y} = \frac{M_x}{E\left(I_x - I_{xy}\tan\alpha\right)} = \frac{M_x I_y + M_y I_{xy}}{E\left(I_x I_y - I_{xy}^2\right)}$$

which with Eq. (6-3.1) yields

$$\frac{d^2v}{dz^2} = -\frac{M_x}{E\left(I_x - I_{xy}\tan\alpha\right)} = -\frac{M_x I_y + M_y I_{xy}}{E\left(I_x I_y - I_{xy}^2\right)} \qquad (6\text{-}3.2)$$

Note the similarity of Eq. (6-3.2) to the elastic curve equation for symmetrical bending. The only difference is that the term $I$ has been replaced by $(I_x - I_{xy}\tan\alpha)$. The solution of the differential relation Eq. (6-3.2) gives the $y$-component of the deflection $v$ at any section of the beam. As is indicated in Fig. 6-3.2, the total deflection of the neutral axis at any section of the beam is perpendicular to the neutral axis. Therefore,

$$u = -v\tan\alpha \qquad (6\text{-}3.3)$$



*Fig. 6-3.2* / Components of deflection of an unsymmetrically loaded beam.

and the total displacement is

$$\delta = \sqrt{u^2 + v^2} = \frac{v}{\cos \alpha} \qquad (6\text{-}3.4)$$

## EXAMPLE 6-3.1
### Channel Section Simple Beam

Let the channel section beam in Fig. E6-2.1 be loaded as a simple beam with a concentrated load $P = 35.0$ kN acting at the center of the beam. Determine the maximum tensile and compressive stresses in the beam if $\phi = 5\pi/9$. If the beam is made of an aluminum alloy ($E = 72.0$ GPa), determine the maximum deflection of the beam.

### SOLUTION

From Problem E6-2.1

$$\tan \alpha = -\frac{I_x}{I_y}\cot \phi = -\frac{39{,}690{,}000}{30{,}730{,}000}\cot \frac{5\pi}{9} = 0.2277$$

$$\alpha = 0.2239 \text{ rad}$$

$$M = \frac{PL}{4} = \frac{35.0(3.00)}{4} = 26.25 \text{ kN} \cdot \text{m}$$

$$M_x = M \sin \phi = 25.85 \text{ kN} \cdot \text{m}$$

$$\sigma_{\text{tension}} = \frac{25{,}850{,}000[82 - (-70)(0.2277)]}{39{,}690{,}000} = 63.8 \text{ MPa}$$

$$\sigma_{\text{compression}} = \frac{25{,}850{,}000[-118 - 70(0.2277)]}{39{,}690{,}000} = -87.2 \text{ MPa}$$

**DEFLECTIONS OF STRAIGHT BEAMS SUBJECTED TO UNSYMMETRICAL BENDING / 307**

Since the deflection of the center of a simple beam subjected to a concentrated load in the center is given by the relation $PL^3/48EI$, the $y$-component of the deflection of the center of the beam is

$$v = \frac{PL^3 \sin\phi}{48EI_x} = \frac{35,000(3000)^3 \sin 5\pi/9}{48(72,000)(39,690,000)} = 6.78 \text{ mm}$$

$$u = -v\tan\alpha = -6.78(0.2277) = -1.54 \text{ mm}$$

$$\delta = \sqrt{u^2 + v^2} = 6.95 \text{ mm}$$

## EXAMPLE 6-3.2

**Cantilever I-Beam**

A cantilever beam has a length of 3 m with cross section indicated in Fig. E6-3.2. The beam is constructed by welding two 40 mm by 40 mm steel ($E = 200$ GPa) bars longitudinally to the S-200 × 27.4 steel I-beam ($I_x = 24 \times 10^6$ mm$^4$ and $I_y = 1.55 \times 10^6$ mm$^4$). The bars and $I$-beam have the same yield stress, $Y = 300$ MPa. The beam is subjected to a concentrated load $P$ at the free end at an angle $\phi = \pi/3$ rad with the $x$-axis. Determine the magnitude of $P$ necessary to initiate yielding in the beam and the resulting deflection of the free end of the beam.



*Fig. E6-3.2*

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 40 of 47 PageID #: 24934

## SOLUTION

Values of $I_x$, $I_y$, and $I_{xy}$ for the composite cross section can be obtained using the procedure outlined in the Appendix.

$$I_x = 56.43 \times 10^6 \text{ mm}^4 \qquad I_y = 18.11 \times 10^6 \text{ mm}^4$$

$$I_{xy} = 22.72 \times 10^6 \text{ mm}^4$$

The orientation of the neutral axis for the beam is given by Eq. (6-2.14). Hence, we find

$$\tan\alpha = \frac{I_{xy} - I_x \cot\phi}{I_y - I_{xy}\cot\phi} = \frac{22.72 \times 10^6 - 56.43 \times 10^6 (0.5774)}{18.11 \times 10^6 - 22.72 \times 10^6 (0.5774)} = -1.9759$$

$$\alpha = -1.023 \text{ rad}$$

The orientation of the neutral axis $n-n$ is indicated in Fig. E6-3.1. The maximum tensile stress occurs at point $A$; the magnitude of the stress is obtained using Eq. (6-2.15).

$$M = -3P \text{ N} \cdot \text{m}$$
$$M_x = M\sin\phi = -2.598P \text{ N} \cdot \text{m}$$

$$\sigma_A = Y = \frac{M_x(y_A - x_A \tan\alpha)}{I_x - I_{xy}\tan\alpha}$$

$$P = \frac{Y(I_x - I_{xy}\tan\alpha)}{(-2.598 \times 10^3)(y_A - x_A \tan\alpha)}$$

$$= \frac{300[56.43 \times 10^6 - 22.72 \times 10^6 (-1.9759)]}{-2.598 \times 10^3[-120 - (-91)(-1.9759)]} = 39.03 \text{ kN}$$

Since the deflection of the free end of a cantilever beam subjected to symmetrical bending is given by the relation $P_y L^3/3EI$, the $y$-component of the deflection of the free end of the beam is

$$v = \frac{PL^3 \sin\phi}{3E(I_x - I_{xy}\tan\alpha)}$$

$$= \frac{39.03 \times 10^3 (3 \times 10^3)^3 (0.8660)}{3(200 \times 10^3)[56.43 \times 10^6 - 22.72 \times 10^6 (-1.9759)]} = 17.33 \text{ mm}$$

Hence,

$$u = -v\tan\alpha = 34.25 \text{ mm}$$

and the total displacement of the free end of cantilever beam is

$$\phi = \sqrt{u^2 + v^2} = 38.39 \text{ mm}$$

PROBLEM SET 6-3

1. Determine the deflection of the beam in Problem 6-2.1 if $E = 12.0$ GPa for the yellow pine.

2. The beam in Problem 6-2.3 is made of 7075-T6 aluminum alloy for which $E = 71.7$ GPa. Determine the deflection of the free end of the beam.

   *Ans.* $v = 13.81$ mm, $u = -7.86$ mm, $\delta = 15.89$ mm

3. The beam in Problem 6-2.4 is made of 7075-T6 aluminum alloy for which $E = 71.7$ GPa. Determine the deflection of the free end of the beam.

4. The beam in Problem 6-2.6 is made of yellow pine for which $E = 12.0$ GPa. Determine the deflection at the center of the beam.

   *Ans.* $v = 0.33$ mm, $u = -1.49$ mm, $\delta = 1.53$ mm

5. Determine the deflection of the center of the beam in Problem 6-2.8. $E = 200$ GPa.

6. If the beam in Problem 6-2.9 is subjected to a distributed load of $w = 6.5$ kN/m, determine the deflection of the beam at the center of the beam. $E = 200$ GPa.

   *Ans.* $v = 1.58$ mm, $u = 8.25$ mm, $\delta = 8.40$ mm

7. Determine the deflection of the beam in Problem 6-2.10. $E = 200$ GPa.

8. Determine the deflection of the free end of the beam in Problem 6-2.11. $E = 72.0$ GPa.

   *Ans.* $v = 33.16$ mm, $u = 6.25$ mm, $\delta = 33.74$ mm

9. Determine the deflection of the midspan of the beam in Problem 6-2.12. $E = 72.0$ GPa.

10. Determine the deflection of the free end of the beam in Problem 6-2.13. $E = 200$ GPa.

    *Ans.* $v = 4.82$ mm, $u = -3.86$ mm, $\delta = 6.18$ mm

**6-4**

# CHANGE IN DIRECTION OF NEUTRAL AXIS AND INCREASE IN STRESS AND DEFLECTION IN ROLLED SECTIONS DUE TO A VERY SMALL INCLINATION OF PLANE OF LOADS TO A PRINCIPAL PLANE

Some commonly rolled sections such as I-beams and channels are designed so that $I_x$ is many times greater than $I_y$ and $I_{xy} = 0$. Equation (6-2.14) indicates that the angle $\alpha$ may be large even though $\phi$ is nearly equal to $\pi/2$ rad. Thus, the neutral axis of such I-beams and channels is steeply inclined to the horizontal axis (the $x$-axis) of symmetry when the plane of the loads deviates slightly from the vertical plane of symmetry. As a consequence, the maximum flexure stress and the maximum deflection may be quite large. These rolled sections should not be used as beams unless the lateral deflection is prevented. If lateral deflection of the beam is prevented, unsymmetrical bending cannot occur.

In general, however, I-beams and channels make very poor cantilever beams. The following example illustrates this fact.

---

**EXAMPLE 6-4.1**

**An Unsuitable Cantilever Beam**

An S-610 × 134 I-beam ($I_x = 937 \times 10^6$ mm$^4$ and $I_y = 18.7 \times 10^6$ mm$^4$) is subjected to a bending moment $M$ in a plane with angle $\phi = 1.5533$ rad; the plane of the loads is $1^0$ ($\pi/180$ rad) clockwise from the $(y, z)$-plane of symmetry. Determine the neutral axis and the ratio of the maximum tensile stress in the beam to the maximum tensile stress for symmetrical bending.

SOLUTION

The cross section of the I-beam with the plane of the loads is indicated in Fig. E6-4.1. The orientation of the neutral axis for the beam is given by Eq. (6-2.14).

$$\tan \alpha = \frac{-I_x \cot \phi}{I_y} = -\frac{937 \times 10^6 (0.01746)}{18.7 \times 10^6} = -0.8749$$

$$\alpha = -0.7188 \text{ rad}$$

The orientation of the neutral axis is indicated in Fig. E6-4.1. If the beam is subjected to a positive bending moment, the maximum tensile stress is

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 43 of 47 PageID #: 24937



*Fig. E6-4.1*

located at point $A$. By Eq. (6-2.10),

$$M_x = M \sin\phi = 0.9998M$$

$$\sigma_A = \frac{0.9998M\left[305 - 90.5(-0.8749)\right]}{937 \times 10^6} = 4.099 \times 10^{-7}M \text{ MPa} \quad (1)$$

When the plane of the loads coincide with the $y$-axis (Fig. E6-4.1), the beam is subjected to symmetrical bending and the maximum bending stress is

$$\sigma_A = \frac{My}{I_x} = \frac{305M}{937 \times 10^6} = 3.255 \times 10^{-7}M \text{ MPa} \quad (2)$$

The ratio of the stress $\sigma_A$ given by Eq. (1) to that given by Eq. (2) is 1.260. Hence the maximum stress in the I-beam is increased 25.2 percent when the plane of the loads is merely $1^0$ from the symmetrical vertical plane.

## 6-5
## FULLY PLASTIC LOAD FOR UNSYMMETRICAL BENDING

A beam of general cross section (Fig. 6-5.1) is subjected to pure bending. The material in the beam has a flat top stress-strain diagram with yield point $Y$ in both tension and compression (Fig. 2-6.2a). At the fully plastic load, the deformations of the beam are unchecked and continue

(until possibly the material begins to strain harden). The fully plastic load is the upper limit for failure loads (Art. 3-3) since the deformations of the beam at the outset of any strain hardening generally exceeds design limits for the deformations.

In contrast to the direct calculation of fully plastic load in symmetrical bending (Art. 3-3), an inverse method is required to determine the fully plastic load for a beam subjected to unsymmetrical bending. Although the plane of the loads is generally specified for a given beam, the orientation and location of the neutral axis, when the fully plastic moment is developed at a given section of the beam, must be determined by trial and error. The analysis is begun by assuming a value for the angle $\alpha$ (Fig. 6-5.1). The neutral axis is inclined to the $x$-axis by the angle $\alpha$ but does not necessarily pass through the centroid as in the case of linearly elastic conditions. The location of the neutral axis is determined by the condition that it must divide the cross-sectional area into equal parts. This follows from the fact that since the yield point stress is the same for tension and compression, the area $A_T$ that has yielded in tension must be equal to the area $A_C$ that has yielded in compression. In other words, the net resultant tension force on the section must be equal to the net resultant compression force.



*Fig. 6-5.1/*Location of a neutral axis for fully plastic bending of an unsymmetrically loaded beam.

Case 1:14-ml-02570-RLY-TAB   Document 6103-1   Filed 09/06/17   Page 45 of 47 PageID #: 24939

The yield point stress $Y$ is uniform over the area $A_T$ that has yielded in tension; the resultant tensile force $P_T = YA_T$ is located at the centroid $C_T$ of $A_T$. Similarly the resultant compressive force $P_C = YA_C$ is located at the centroid $C_C$ of $A_C$. The fully plastic moment $M_P$ is given by

$$M_P = YA_T d = \frac{YAd}{2} \tag{6-5.1}$$

where $d$ is the distance between the centroids $C_T$ and $C_C$ as indicated in Fig. 6-5.1. A plane through the centroids $C_T$ and $C_C$ is the plane of the loads for the beam. In case the calculated angle $\phi$ (Fig. 6-5.1) does not correspond to the plane of the applied loads, a new value is assumed for $\alpha$ and the calculations are repeated. Once the angle $\phi$ (Fig. 6-5.1) corresponds to the plane of the applied loads, the magnitude of the fully plastic load is calculated by setting the moment of the applied loads equal to $M_P$ given by Eq. (6-5.1).

---

## EXAMPLE 6-5.1
### Fully Plastic Moment for Unsymmetrical Bending

A steel beam has the cross section shown in Fig. E6-5.1. The beam is made of a steel having a yield point stress $Y = 280$ MPa. Determine the fully plastic moment for the condition that the neutral axis passes through point $B$. Locate the resulting neutral axis and the plane of the loads.



*Fig. E6-5.1*

**314 /NONSYMMETRICAL BENDING OF STRAIGHT BEAMS**

SOLUTION

The neutral axis must divide the cross section into two equal areas since the area that has yielded in tension $A_T$ must equal the area that has yielded in compression $A_C$. The neutral axis extends from point $B$ to point $D$, the midpoint of $AC$:

$$\tan \alpha = \frac{30}{20} = 1.5$$

$$\alpha = 0.9828 \text{ rad}$$

The plane of the loads passes through the centroids of areas $ABD$ and $BCD$. The centroids of these areas are located at $(\frac{20}{3}, -10)$ for $ABD$ and $(-\frac{20}{3}, 10)$ for $BCD$.

$$\tan \beta = \frac{20/3 - (-20/3)}{10 - (-10)} = 0.6667$$

$$\beta = 0.5880 \text{ rad}$$

$$\phi = \pi/2 + \beta = 2.1588 \text{ rad}$$

The fully plastic moment $M_P$ is equal to the product of the force on either of the two areas ($A_T$ or $A_C$) and the distance $d$ between the two centroids.

$$d = \sqrt{\left(20 - \frac{20}{3}\right)^2 + (30 - 10)^2} = 24.04 \text{ mm}$$

$$M_P = A_T Yd = \tfrac{1}{2}(40)(30)(280)(24.04) = 4.039 \times 10^6 \text{ N} \cdot \text{mm}$$

$$= 4.039 \text{ kN} \cdot \text{m}$$

PROBLEM SET 6-5

1. The cantilever beam in Problem 6-2.11 is made of a low carbon steel that has a yield stress $Y = 200$ MPa. (a) Determine the fully plastic load $P_P$ for the beam for the condition that $\alpha = 0$. (b) Determine the fully plastic load $P_P$ for the beam for the condition that $\alpha = \pi/6$ rad.

2. The cantilever beam in Problem 6-2.13 is made of a mild steel that has a yield point stress $Y = 240$ MPa. Determine the fully plastic load $P_P$ for the condition that $\alpha = 0$.

    *Ans.* $P_P = 21.21$ kN at $\phi = 1.2679$ rad

## REFERENCES

1. H. L. Langhaar and A. P. Boresi, *Engineering Mechanics*, McGraw-Hill, New York, 1959.
2. A. P. Boresi and P. P. Lynn, *Elasticity in Engineering Mechanics*, Prentice-Hall, Englewood Cliffs, New Jersey, 1974.

## Additional References

1. J. N. Goodier, "A Theorem on the Shearing Stress in Beams with Applications to Multicellular Sections," *Journal of the Aeronautical Sciences*, Vol. 11, No. 3, July 1944, pp. 272–280.
2. K. Washizu, "Some Considerations on the Center of Shear," *Transactions of Japan Society for Aeronautical and Space Sciences*, Vol. 9, No. 15, 1966, pp. 77–83.
3. A. Weinstein, "The Center of Shear and the Center of Twist," *Quarterly of Applied Mathematics*, Vol. 5, No. 1, 1947, pp. 97–99.