# CHAPTER 8

# CURVED BEAMS

## 8-1
## INTRODUCTION

The flexure formula (Eq. 6-1.1) is accurate for symmetrically loaded straight beams subjected to pure bending. It is also generally used to obtain approximate results for the design of straight beams subjected to shear loads, when the plane of loads contains the shear center and is parallel to a principal axis of the beam; the resulting errors in the computed stresses are small enough to be negligible as long as the beam length is at least five times the maximum cross-sectional dimension. In addition, the flexure formula is used in the design of curved beams for which the radius of curvature is more than five times the beam depth for the same reason. However, for curved beams the error in the computed stress predicted by the flexure formula increases as the ratio of the radius of curvature of the beam to the depth of the beam decreases in magnitude. Hence, as this ratio decreases, one needs a more accurate solution for curved beams.

Timoshenko[1] has presented a solution based on the theory of elasticity for the linear elastic behavior of curved beams of rectangular cross sections for the loading shown in Fig. 8-1.1a. He used polar coordinates and obtained relations for the radial stress $\sigma_{rr}$, the circumferential stress $\sigma_{\theta\theta}$, and the shearing stress $\sigma_{r\theta}$ (Fig. 8-1.1b). However, most curved beams do not have rectangular cross sections. Therefore, in the following we present an approximate curved beam solution that is generally applicable to all symmetrical cross sections. This solution is based upon two simplifying assumptions: (1) plane sections before loading remain plane after loading and (2) the radial stress $\sigma_{rr}$ and shearing stress $\sigma_{r\theta}$ are sufficiently small so that the state of stress is essentially one dimensional. The resulting formula for the circumferential stress $\sigma_{\theta\theta}$ is the curved beam formula.

## 8-2
## CIRCUMFERENTIAL STRESS IN A CURVED BEAM

Consider the curved beam shown in Fig. 8-2.1a. The cross section of the beam has a plane of symmetry. We assume that the applied loads all lie

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 2 of 46 PageID #: 24943



Fig. 8-1.1/Rectangular section curved beam. (a) Curved beam loading. (b) Stress components.

in one plane, which coincides with the plane of symmetry. The applied loads produce a positive moment, as shown in Fig. 8-2.1b, at each section of the curved beam. Thus, because of a positive moment, the radius of curvature, at each section of the beam, is increased in magnitude. We wish to determine an approximate formula for the circumferential stress distribution $\sigma_{\theta\theta}$ on section $BC$. A free body diagram of an element $FBCH$ of the beam is shown in Fig. 8-2.1b (see Fig. 8-2.1a). The normal traction $N$, at the centroid of the cross section, the shear $V$, and moment $M_x$ acting on face $FH$ are shown in their positive directions. These forces must be balanced by the resultants due to the normal stress $\sigma_{\theta\theta}$ and the shearing stress $\sigma_{r\theta}$ that act on face $BC$. The effect of the shearing stress $\sigma_{r\theta}$ on the computation of $\sigma_{\theta\theta}$ is usually small, except for curved beams with very thin webs. However, since ordinarily, practical curved beams are not designed with thin webs because of the possibility of failure by excessive radial stresses (see Art. 8-3), in practice, neglecting the effect of $\sigma_{r\theta}$ on the computation of $\sigma_{\theta\theta}$ is reasonable.

Let the $z$-axis be normal to face $BC$ (Fig. 8-2.1b). By equilibrium of forces in the $z$-direction and of moments about the centroidal $x$-axis, we find

$$\sum F_z = \int \sigma_{\theta\theta}\, dA - N = 0$$

$$\sum M_x = \int \sigma_{\theta\theta}(R - r)\, dA - M_x = 0$$

or

$$N = \int \sigma_{\theta\theta}\, dA \tag{8-2.1}$$

$$M_x = \int \sigma_{\theta\theta}(R - r)\, dA \tag{8-2.2}$$



*Fig. 8-2.1 /* Curved beam.

where $R$ is the distance from the center of curvature of the curved beam to the centroid of the beam cross section and $r$ locates the element of area $dA$ from the center of curvature. The integrals of Eqs. (8-2.1) and (8-2.2) cannot be evaluated until $\sigma_{\theta\theta}$ is expressed in terms of $r$. The functional relationship between $\sigma_{\theta\theta}$ and $r$ is obtained from the assumed geometry of deformation and the stress-strain relations for the material.

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 4 of 46 PageID #: 24945

The curved beam element $FBCH$ in Fig. 8-2.1$b$ represents the element in the undeformed state. The element $F^*B^*C^*H^*$ represents the element after it is deformed by the loads. For simplicity, we have positioned the deformed element so that face $B^*C^*$ coincides with face $BC$. As in the case of straight beams, we assume that plane $B^*C^*$ remains plane under the deformation. Face $F^*H^*$ of the deformed curved beam element forms an angle $\Delta(d\theta)$ with respect to $FH$. Line $F^*H^*$ intersects line $FH$ at the neutral axis of the cross section (axis for which $\sigma_{\theta\theta} = 0$) at distance $R_n$ from the center of curvature. The movement of the center of curvature from point 0 to point 0* is exaggerated in Fig. 8-2.1$b$ in order to visualize the geometry changes. For infinitesimally small displacements, the movement of the center of curvature is infinitesimal. The elongation $de_{\theta\theta}$ of a typical element in the $\theta$ direction is equal to the distance between faces $FH$ and $F^*H^*$ and varies linearly with the distance $(R_n - r)$. The corresponding strain $\epsilon_{\theta\theta}$ however, is a nonlinear function of $r$, since the element length $r\,d\theta$ varies with $r$. This fact distinguishes a curved beam from a straight beam. Thus, by Fig. 8-2.1$b$, we obtain for the strain

$$\epsilon_{\theta\theta} = \frac{de_{\theta\theta}}{r\,d\theta} = \frac{(R_n - r)\,\Delta(d\theta)}{r\,d\theta} = \left(\frac{R_n}{r} - 1\right)\omega \qquad (8\text{-}2.3)$$

where

$$\omega = \frac{\Delta(d\theta)}{d\theta} \qquad (8\text{-}2.4)$$

It is assumed that $\sigma_{xx}$ is sufficiently small so that it may be discarded. Hence, the curved beam is considered to be a problem in plane stress. Although radial stress $\sigma_{rr}$ may, in certain cases, be of importance (see Art. 8-3), here we neglect its effect on $\epsilon_{\theta\theta}$. Then, by Hooke's law, we find

$$\sigma_{\theta\theta} = E\epsilon_{\theta\theta} = \frac{R_n - r}{r}E\omega = \frac{E\omega R_n}{r} - E\omega \qquad (8\text{-}2.5)$$

Substituting Eq. (8-2.5) into Eqs. (8-2.1) and (8-2.2), we obtain

$$N = R_n E\omega \int \frac{dA}{r} - E\omega \int dA = R_n E\omega A_m - E\omega A \qquad (8\text{-}2.6)$$

$$M_x = R_n R E\omega \int \frac{dA}{r} - (R + R_n)E\omega \int dA + E\omega \int r\,dA$$

$$= R_n R E\omega A_m - (R + R_n)E\omega A + E\omega RA = R_n E\omega(RA_m - A) \qquad (8\text{-}2.7)$$

where $A$ is the cross sectional area of the curved beam and $A_m$ has the dimensions of length and is defined by the relation

$$A_m = \int \frac{dA}{r} \qquad (8\text{-}2.8)$$

Case 1:14-ml-02570-RLY-TAB  Document 6103-2  Filed 09/06/17  Page 5 of 46 PageID #: 24946

Equation (8-2.7) can be rewritten in the form

$$R_n E\omega = \frac{M_x}{RA_m - A} \tag{8-2.9}$$

Then substitution into Eq. (8-2.6) gives

$$E\omega = \frac{A_m M_x}{A(RA_m - A)} - \frac{N}{A} \tag{8-2.10}$$

The circumferential stress distribution for the curved beam is obtained by substituting Eq. (8-2.9) and (8-2.10) into Eq. (8-2.5) to obtain the curved beam formula

$$\sigma_{\theta\theta} = \frac{N}{A} + \frac{M_x(A - rA_m)}{Ar(RA_m - A)} \tag{8-2.11}$$

The normal stress distribution given by Eq. (8-2.11) is hyperbolic in form; that is, it varies as $1/r$. For the case of a curved beam with rectangular cross section ($R/h = 0.75$) subjected to pure bending, the normal stress distribution is shown in Fig. 8-2.2.

Since Eq. (8-2.11) has been based on several simplifying assumptions, it is essential that its validity be verified. Results predicted by the curved beam formula can be compared with those obtained from the elasticity solution for curved beams with rectangular sections and with those obtained from the experiments on curved beams with other kinds of cross sections. The maximum value of the circumferential stress $\sigma_{\theta\theta(CB)}$ as given by the curved beam formula, may be computed from Eq. (8-2.11) for curved beams of rectangular cross sections subjected to pure bending and to shear (Fig. 8-2.3). The ratios of $\sigma_{\theta\theta(CB)}$ to the elasticity solution



*Fig. 8-2.2* / Circumferential stress distribution in a rectangular section curved beam ($R/h = 0.75$).

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 6 of 46 PageID #: 24947



*Fig. 8-2.3/*Types of curved beam loadings. (*a*) Pure bending. (*b*) Shear loading.

$\sigma_{\theta\theta(\text{elast})}$ are listed in Table 8-2.1 for pure bending (Fig. 8-2.3*a*) and for shear loading (Fig. 8-2.3*b*), for several values of $R/h$, where $h$ denotes the beam depth (Fig. 8-2.1*a*). The nearer these ratios are to one, the less error in Eq. (8-2.11). The curved beam formula is more accurate for pure bending than for shear loading. Most curved beams are subjected to a combination of bending and shear. The value of $R/h$ is usually greater than 1.0 for curved beams, so that the error in the curved beam formula is not particularly significant. However, possible errors occur in the curved beam formula for I-section and T-section curved beams. These errors are discussed in Art. 8-4. Also listed in Table 8-2.1 are the ratios of the maximum circumferential stress $\sigma_{\theta\theta(st)}$ given by the straight beam flexure formula (Eq. 6-1.1) to the value $\sigma_{\theta\theta(\text{elast})}$. The straight beam solution is appreciably in error for small values of $R/h$ and is in error by 7 percent for $R/h = 5.0$; the error is nonconservative. Generally, for curved beams with $R/h$ greater than 5.0, the flexure formula is used.

As $R$ becomes large compared to $h$, the right-hand term in Eq. (8-2.11) reduces to $-M_x y/I_x$. The negative sign results because the sign conven-

*Table 8-2.1*

Ratios of the Maximum Circumferential Stress in Rectangular Section Curved Beams as Computed by Elasticity Theory, by the Curved Beam Formula and by the Flexure Formula

| $\dfrac{R}{h}$ | *Pure Bending* | | *Shear Loading* | |
| --- | --- | --- | --- | --- |
| | $\dfrac{\sigma_{\theta\theta(CB)}}{\sigma_{\theta\theta(elast)}}$ | $\dfrac{\sigma_{\theta\theta(st)}}{\sigma_{\theta\theta(elast)}}$ | $\dfrac{\sigma_{\theta\theta(CB)}}{\sigma_{\theta\theta(elast)}}$ | $\dfrac{\sigma_{\theta\theta(st)}}{\sigma_{\theta\theta(elast)}}$ |
| 0.65 | 1.046 | 0.439 | 0.855 | 0.407 |
| 0.75 | 1.012 | 0.526 | 0.898 | 0.511 |
| 1.0 | 0.997 | 0.654 | 0.946 | 0.653 |
| 1.5 | 0.996 | 0.774 | 0.977 | 0.776 |
| 2.0 | 0.997 | 0.831 | 0.987 | 0.834 |
| 3.0 | 0.999 | 0.888 | 0.994 | 0.890 |
| 5.0 | 0.999 | 0.933 | 0.998 | 0.934 |

tion for moments for curved beams is opposite to that for straight beams (see Eq. 6-1.1). To prove this reduction, note that $r = R + y$. Then the term $RA_m$ in Eq. (8-2.11) may be written as

$$RA_m = \int\left(\frac{R}{R+y} + 1 - 1\right)dA = A - \int\frac{y}{R+y}\,dA \tag{a}$$

Hence, the denominator of the right-hand term in Eq. (8-2.11) becomes, for $R/h \to \infty$,

$$Ar(RA_m - A) = -A\int\left(\frac{Ry}{R+y} + y - y\right)dA - Ay\int\frac{y}{R+y}\,dA$$

$$= A\int\frac{y^2}{R+y}\,dA - A\int y\,dA - Ay\int\frac{y}{R+y}\,dA$$

$$= \frac{A}{R}\int\frac{y^2}{1+\frac{y}{R}}\,dA - A\int y\,dA - \frac{Ay}{R}\int\frac{y}{1+\frac{y}{R}}\,dA$$

$$= \frac{AI_x}{R} \tag{b}$$

since as $R/h \to \infty$, $y/R \to 0$, $1 + y/R \to 1$, $\int[y^2\,dA/(1+y/R)] \to I_x$, and $\int[y\,dA/(1+y/R)] \to 0$. The right-hand term in Eq. (8-2.11) then

*Table 8-2.2*

Analytical Expressions for $A$, $R$, and $A_m = \int\dfrac{dA}{r}$



| | |
|---|---|
| (a) | $A = b(c-a);$     $R = \dfrac{a+c}{2}$ <br> $A_m = b\ln\dfrac{c}{a}$ |
| (b) | $A = \dfrac{b}{2}(c-a);$     $R = \dfrac{2a+c}{3}$ <br> $A_m = \dfrac{bc}{c-a}\ln\dfrac{c}{a} - b$ |
| (c) | $A = \dfrac{b_1+b_2}{2}(c-a);$     $R = \dfrac{a(2b_1+b_2)+c(b_1+2b_2)}{3(b_1+b_2)}$ <br> $A_m = \dfrac{b_1c - b_2a}{c-a}\ln\dfrac{c}{a} - b_1 + b_2$ |

*Table 8-2.2*

Continued



$$A = \pi b^2$$
$$A_m = 2\pi(R - \sqrt{R^2 - b^2})$$



$$A = \pi bh$$
$$A_m = \frac{2\pi b}{h}(R - \sqrt{R^2 - h^2})$$



$$A = \pi(b_1^2 - b_2^2)$$
$$A_m = 2\pi\left(\sqrt{R^2 - b_2^2} - \sqrt{R^2 - b_1^2}\right)$$



$$A = \pi(b_1 h_1 - b_2 h_2)$$
$$A_m = 2\pi\left(\frac{b_1 R}{h_1} - \frac{b_2 R}{h_2} - \frac{b_1}{h_1}\sqrt{R^2 - h_1^2} + \frac{b_2}{h_2}\sqrt{R^2 - h_2^2}\right)$$



$$A = b^2\theta - \frac{b^2}{2}\sin 2\theta; \quad R = a + \frac{4b\sin^3\theta}{3(2\theta - \sin 2\theta)}.$$

For $a > b$,
$$A_m = 2a\theta - 2b\sin\theta - \pi\sqrt{a^2 - b^2} + 2\sqrt{a^2 - b^2}\,\sin^{-1}\left[\frac{b + a\cos\theta}{a + b\cos\theta}\right]$$

For $b > a$,
$$A_m = 2a\theta - 2b\sin\theta + 2\sqrt{b^2 - a^2}\,\ln\left[\frac{b + a\cos\theta + \sqrt{b^2 - a^2}\,\sin\theta}{a + b\cos\theta}\right]$$



$$A = b^2\theta - \frac{b^2}{2}\sin 2\theta; \quad R = a - \frac{4b\sin^3\theta}{3(2\theta - \sin 2\theta)}$$
$$A_m = 2a\theta + 2b\sin\theta - \pi\sqrt{a^2 - b^2} - 2\sqrt{a^2 - b^2}\,\sin^{-1}\left[\frac{b - a\cos\theta}{a - b\cos\theta}\right]$$



$$A = \frac{\pi bh}{2}; \quad R = a - \frac{4h}{3\pi}$$
$$A_m = 2b + \frac{\pi b}{h}(a - \sqrt{a^2 - h^2}) - \frac{2b}{h}\sqrt{a^2 - h^2}\,\sin^{-1}\left(\frac{h}{a}\right)$$

simplifies to

$$\frac{M_x R}{A I_x}\left(A - R A_m - y A_m\right) = \frac{M_x R}{A I_x}\left(\int \frac{y/R}{1 + \dfrac{y}{R}}\, dA - \frac{y}{R}\int \frac{dA}{1 + \dfrac{y}{R}}\right) = -\frac{M_x y}{I_x}$$

(c)

The curved beam solution for curved beams (see Eq. 8-2.11) requires that $A_m$ defined by Eq. (8-2.8) be calculated for cross sections of various shapes. The number of significant digits retained in calculating $A_m$ must be greater than that required for $\sigma_{\theta\theta}$ since $R A_m$ approaches the value of $A$ as $R/h$ becomes large (see Eq. a). Explicit formulas for $A$, $A_m$, and $R$ for several curved beam cross sectional areas are listed in Table 8-2.2. Often the cross section of a curved beam is composed of two or more of the fundamental areas listed in Table 8-2.2. The values of $A$, $A_m$, and $R$ for the composite area are given by summation. Thus, for composite cross sections,

$$A = \sum_{i=1}^{n} A_i \tag{8-2.12}$$

$$A_m = \sum_{i=1}^{n} A_{m_i} \tag{8-2.13}$$

$$R = \frac{\displaystyle\sum_{i=1}^{n} R_i A_i}{\displaystyle\sum_{i=1}^{n} A_i} \tag{8-2.14}$$

where $n$ is the number of fundamental areas that form the composite area.

**Location of Neutral Axis of Cross Section** / The neutral axis of bending of the cross section is defined by the conditions $\sigma_{\theta\theta} = 0$. The neutral axis is located at distance $R_n$ from the center of curvature. The magnitude of $R_n$ is obtained from Eq. (8-2.11) with the condition that $\sigma_{\theta\theta} = 0$ on the neutral surface $r = R_n$. Thus, Eq. (8-2.11) yields

$$R_n = \frac{A M_x}{A_m M_x + N(A - R A_m)} \tag{8-2.15}$$

For pure bending, $N = 0$, and then Eq. (8-2.15) yields

$$R_n = \frac{A}{A_m} \tag{8-2.16}$$



*Fig. E8-2.1*

---

## EXAMPLE 8-2.1
### Stress in Curved Beam Portion of a Frame

The frame shown in Fig. E8-2.1 has a square cross section with dimensions of 50.0 mm. The load $P$ is located 100 mm from the center of curvature of the curved beam portion of the frame. The radius of curvature of the inner surface of the curved beam is $a = 30$ mm. If $P = 9.50$ kN, determine the values for the maximum tensile and compressive stresses in the frame.

### SOLUTION

The circumferential stresses $\sigma_{\theta\theta}$ are calculated using Eq. (8-2.11). Required values for $A$, $A_m$, and $R$ for the curved beam are calculated using the equations in Row $a$ of Table 8-2.2. For the curved beam $a = 30$ mm and $c = 80$ mm.

$$A = b(c - a) = 50(80 - 30) = 2500 \text{ mm}^2$$

$$A_m = b \ln \frac{c}{a} = 50 \ln \frac{80}{30} = 49.04 \text{ mm}$$

$$R = \frac{a + c}{2} = \frac{80 + 30}{2} = 55 \text{ mm}$$

Hence, the maximum tensile stress is

$$\sigma_{\theta\theta B} = \frac{P}{A} + \frac{M_x(A - rA_m)}{Ar(RA_m - A)} = \frac{9500}{2500} + \frac{155(9500)[2500 - 30(49.04]}{2500(30)[55(49.04) - 2500]}$$

$$= 106.2 \text{ MPa}$$

The maximum compressive stress is

$$\sigma_{\theta\theta C} = \frac{9500}{2500} + \frac{155(9500)\left[2500 - 80(49.04)\right]}{2500(80)\left[55(49.04) - 2500\right]} = -49.3 \text{ MPa}$$

## EXAMPLE 8-2.2
### Stresses in a Crane Hook

Section $BC$ is the critically stressed section of a crane hook (Fig. E8-2.2). For a large number of manufactured crane hooks, the critical section $BC$ can be closely approximated by a trapezoidal area with half of an ellipse at the inner radius and an arc of a circle at the outer radius. Such a section is shown in Fig. E8-2.2$b$, including dimensions for the critical cross section. The crane hook is made of a ductile steel that has a yield stress of $Y = 500$ MPa. Assuming that the crane hook is to be designed with a factor of safety of $SF = 2.00$ against initiation of yielding, determine the maximum load $P$ that can be carried by the crane hook.

### SOLUTION

The circumferential stresses $\sigma_{\theta\theta}$ are calculated using Eq. (8-2.11). To calculate values of $A$, $R$, and $A_m$ for the curved beam cross section, we divide the cross section into basic areas $A_1$, $A_2$, and $A_3$ (Fig. E8-2.2$b$).

For area $A_1$, $a = 84$ mm. Substituting this dimension along with other given dimensions into Table 8-2.2, row $j$, we find

$$A_1 = 1658.76 \text{ mm}^2 \qquad R_1 = 73.81 \text{ mm} \qquad A_{m_1} = 22.64 \text{ mm} \qquad (1)$$

For the trapezoidal area $A_2$, $a = 60 + 24 = 84$ mm and $c = a + 100 = 184$ mm. Substituting these dimensions along with other given dimensions into Table 8-2.2, row $c$, we find

$$A_2 = 6100.00 \text{ mm}^2 \qquad R_2 = 126.62 \text{ mm} \qquad A_{m_2} = 50.57 \text{ mm} \qquad (2)$$

For area $A_3$, $\theta = 0.5721$ rad, $b = 31.40$ mm, and $a = 157.60$ mm. When these values are substituted into Table 8-2.2, row $h$, we obtain

$$A_3 = 115.27 \text{ mm}^2 \qquad R_3 = 186.01 \text{ mm} \qquad A_{m_3} = 0.62 \text{ mm} \qquad (3)$$

Substituting values of $A_i$, $R_i$, and $A_{mi}$ from Eqs. (1), (2), and (3) into Eqs. (8-2.12), (8-2.13), and (8-2.14), we calculate

$$A = 6100.00 + 115.27 + 1658.76 = 7874.03 \text{ mm}^2$$
$$A_m = 50.57 + 0.62 + 22.64 = 73.83 \text{ mm}$$
$$R = \frac{6100.00(126.62) + 115.27(186.01) + 1658.76(73.81)}{7874.03}$$
$$= 116.37 \text{ mm}$$



*(a)*



*(b)*



*(c)*

*Fig. E8-2.2/Crane hook.*

As indicated in Fig. E8-2.2$c$, the circumferential stress distribution $\sigma_{\theta\theta}$ is due to the normal load $N = P$ and the moment $M_x = PR$. The maximum tension and compression values of $\sigma_{\theta\theta}$ occur at points $B$ and $C$, respectively. For points $B$ and $C$, Fig. E8-2.2$b$ yields

$$r_B = 60 \text{ mm}$$

$$r_C = 60 + 24 + 100 + 5 = 189 \text{ mm}$$

Substituting the required values into Eq. (8-2.11), we find

$$\sigma_{\theta\theta B} = \frac{P}{7874.03} + \frac{116.37P\left[7874.03 - 60(73.83)\right]}{7874.03(60)\left[116.37(73.83) - 7874.03\right]}$$

$$= 0.000127P + 0.001182P$$

$$= 0.001309P \text{ (tension)}$$

$$\sigma_{\theta\theta C} = \frac{P}{7874.03} + \frac{116.37P\left[7874.03 - 189(73.83)\right]}{7874.03(189)\left[116.37(73.83) - 7874.03\right]}$$

$$= 0.000127P - 0.000662P$$

$$= -0.000535P \text{ (compression)}$$

Since the absolute magnitude of $\sigma_{\theta\theta B}$ is greater than $\sigma_{\theta\theta C}$ initiation of yield occurs when $\sigma_{\theta\theta B}$ equals the yield stress $Y$. The corresponding value of the failure load $(P_f)$ is the load at which yield occurs. Dividing the failure load $P_f = Y/(0.001309)$ by the factor of safety $SF = 2.00$, we obtain the design load $P$; namely,

$$P = \frac{500}{2.00(0.001309)} = 190{,}900 \text{ N}$$

Thus, based upon a factor of safety of 2.00 at sea level on earth, the crane hook can support a weight of mass $m = P/g$, where $g$ denotes the acceleration due to gravity. In other words, a mass as large as $m = 190{,}900/9.81 = 19{,}460$ kg, can be hoisted by the crane with a factor of safety of 2.00 against yield initiation.

**Computer Program for Crane Hooks /** To expedite the solution for crane hooks, a FORTRAN computer program CRAHK is presented in Table E8-2.2, along with a set of input data and the corresponding output. As noted from the program and data, several cases can be calculated with one computer run. Consequently, parametric studies of the crane hook dimensions can be rapidly performed.

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 14 of 46 PageID #: 24955

*Table E8-2.2*

FORTRAN Program for Crane Hooks

```
 1          PROGRAM CRAHK(INPUT,OUTPUT,CRIN,CROUT,TAPE5 =
 2      ACRIN,TAPE6 = CROUT)
 3          READ (5,*) NN
 4          DO 2 J = 1,NN
 5          WRITE (6,22)
 6  22      FORMAT ("        H1        H2        H3        B1        B2")
 7          READ (5,*) N,EH1,EH2,EH3,B1,B2
 8          WRITE (6,23) EH1,EH2,EH3,B1,B2
 9  23      FORMAT (5F10.2)
10          WRITE (6,24)
11  24      FORMAT ("        RB        R        AREA        AM"
12      C"     SIG(MAX)/P   SIG(MIN)/P")
13          DO 3 I = 1,N
14          READ (5,*) RB
15          A1 = .7854*B1*EH1
16          AA = RB + EH1
17          C = AA + EH2
18          R1 = AA - .42441*EH1
19          D = SQRT(AA**2 - EH1**2)
20          AM1 = B1 + 1.5708*B1*(AA - D)/EH1 - B1*D* ASIN(EH1/AA)
21      A/EH1
22          A2 = .5*(B1 + B2)*EH2
23          R2 = (AA*(2.*B1 + B2) + C*(B1 + 2.*B2))/(3.*(B1 + B2))
24          AM2 = (B1*C - B2*AA)*ALOG(C/AA)/EH2 - B1 + B2
25          B3 = (B2**2 + EH3**2*4.)/(8.*EH3)
26          THETA = ASIN(.5*B2/B3)
27          A3 = B3**2* THETA - .5*B3**2*SIN(2.* THETA)
28          A = C + EH3 - B3
29          R3 = A + 1.3333*B3*SIN(THETA)**3/(2.* THETA - SIN(2.*
30      ATHETA))
31          DD = SQRT(A**2 - B3**2)
32          Q = (B3 + A*COS(THETA))/(A + B3*COS(THETA))
33          AM3 = 2.*A* THETA - 2.*B3*SIN(THETA) - 3.14159*DD +
34      A2.*DD* ASIN(Q)
35          AREA = A1 + A2 + A3
36          AM = AM1 + AM2 + AM3
37          R = (R1*A1 + R2*A2 + R3*A3)/AREA
38          SIG1 = 1./AREA + R*(AREA - RB*AM)/(AREA*RB*(R*AM
39      A - AREA))
40          SIG2 = 1./AREA + R*(AREA - (C + EH3)*AM)/(AREA*(C +
41      AEH3)*(R*AM - AREA))
42          WRITE (6,25) RB,R,AREA,AM,SIG1,SIG2
43  25      FORMAT (4F12.2,2F12.7)
44  3       CONTINUE
```

**366 / CURVED BEAMS**

*Table 8-2.2*

Continued

---

| 45 2 | CONTINUE |
| 46 | STOP |
| 47 | END |

INPUT FOR PROGRAM CRAHK

```
3
1,63.,303.,28.33,184.,74.
165.
5,.93,3.97,.18,3.46,1.35
2.25
2.375
2.5
2.675
2.75
5,.83,4.07,.18,3.50,1.35
2.25
2.375
2.50
2.675
2.75
```

OUTPUT FOR PROGRAM CRAHK

| H1 | H2 | H3 | B1 | B2 | |
|---|---|---|---|---|---|
| 63.00 | 303.00 | 28.33 | 184.00 | 74.00 | |
| RB | R | AREA | AM | SIG(MAX)/P | SIG(MIN)/P |
| 165.00 | 335.05 | 49741.25 | 163.95 | 0.0001986 | −0.0000773 |
| H1 | H2 | H3 | B1 | B2 | |
| 0.93 | 3.97 | 0.18 | 3.46 | 1.35 | |
| RB | R | AREA | AM | SIG(MAX)/P | SIG(MIN)/P |
| 2.25 | 4.47 | 12.24 | 3.00 | 0.8336250 | −0.3283893 |
| 2.38 | 4.60 | 12.24 | 2.90 | 0.8407182 | −0.3437211 |
| 2.50 | 4.72 | 12.24 | 2.81 | 0.8483529 | −0.3590766 |
| 2.68 | 4.90 | 12.24 | 2.70 | 0.8598112 | −0.3806141 |
| 2.75 | 4.97 | 12.24 | 2.65 | 0.8649603 | −0.3898584 |
| H1 | H2 | H3 | B1 | B2 | |
| 0.83 | 4.07 | 0.18 | 3.50 | 1.35 | |
| RB | R | AREA | AM | | SIG(MIN)/P |
| 2.25 | 4.46 | 12.32 | 3.03 | 0.8118828 | −0.3236749 |
| 2.38 | 4.58 | 12.32 | 2.93 | 0.8189578 | −0.3388556 |
| 2.50 | 4.71 | 12.32 | 2.84 | 0.8265510 | −0.3540606 |
| 2.68 | 4.88 | 12.32 | 2.72 | 0.8379177 | −0.3753882 |
| 2.75 | 4.96 | 12.32 | 2.68 | 0.8430174 | −0.3845428 |

### PROBLEM SET 8-2

1. The frame shown in Fig. E8-2.1 has a rectangular cross section with a width of 10 mm and a depth of 40 mm. The load $P$ is located 120 mm from the centroid of section $BC$. The load $P$ is located 120 mm from the centroid of section $BC$. The frame is made of a steel having a yield stress of $Y = 430$ MPa. The frame has been designed using a factor of safety of $SF = 1.75$ against initiation of yielding. Determine the maximum allowable magnitude of $P$, if the radius of curvature at section $BC$ is $R = 40$ mm.

2. Solve Problem 1 for the condition that $R = 35$ mm.

   *Ans.*   $P = 3.174$ kN

3. The curved beam in Fig. P8-2.3 has a circular cross section 50 mm in diameter. The inside diameter of the curved beam is 40 mm. Determine the stress at $B$ when $P = 20$ kN.



*Fig. P8-2.3*                          *Fig. P8-2.4*

4. Let the crane hook in Fig. E8-2.2 have a trapezoidal cross section as shown in Row $c$ of Table 8-2.2 with (see Fig. P8-2.4) $a = 45$ mm, $c = 80$ mm, $b_1 = 25$ mm, and $b_2 = 10$ mm. Determine the maximum load to be carried by the hook if the working stress is 150 MPa.

   *Ans.*   $P = 7.34$ kN

5. A curved beam is built up by welding rectangular and elliptical cross section curved beams together; the cross section is shown in Fig. P8-2.5. The center of curvature is located 20 mm from $B$. The curved

**368 /CURVED BEAMS**



*Fig. P8-2.5*

beam is subjected to a positive bending moment $M_x(\text{N} \cdot \text{m})$. Determine the stresses at points $B$ and $C$ in terms of $M_x$.

6. A commercial crane hook has the cross-sectional dimensions shown in Fig. P8-2.6 at the critical section that is subjected to an axial load $P = 100$ kN. Determine the circumferential stresses at the inner and outer radii for this load. Assume that area $A_1$ is half of an ellipse (see Row $j$ in Table 8-2.2).



*Fig. P8-2.6*

*Ans.* $\sigma_{\theta\theta B} = 113.5$ MPa, $\sigma_{\theta\theta C} = -43.6$ MPa

7. A crane hook has the cross-sectional dimensions shown in Fig. P8-2.7 at the critical section that is subjected to an axial load $P = 90.0$ kN. Determine the circumferential stresses at the inner and outer radii for this load. Note that $A_1$ and $A_3$ are enclosed by circular arcs.



*Fig. P8-2.7*

8. The curved beam in Fig. P8-2.8 has a triangular cross section with the dimensions shown. If $P = 40$ kN, determine the circumferential stresses at $B$ and $C$.



*Fig. P8-2.8*

*Ans.* $\sigma_{\theta\theta B} = 297.8$ MPa, $\sigma_{\theta\theta C} = -238.1$ MPa

## 8-3
# RADIAL STRESSES IN CURVED BEAMS

The curved beam formula for circumferential stress $\sigma_{\theta\theta}$ (Eq. 8-2.11) is based on the assumption that the effect of radial stress is negligible. This assumption is quite accurate for curved beams with circular, rectangular, or trapezoidal cross sections; that is, cross sections that do not possess thin webs. However, in curved beams with cross sections in the form of



*Fig. 8-3.1* /Radial stress in a curved beam. (*a*) Side view. (*b*) Cross section shape. (*c*) Element *BDGF*.

an *H*, *T*, or *I*, the webs may be so thin that deformation of the cross section may produce a maximum radial stress in the web that may exceed the maximum circumferential stress. The beam should be designed so that this condition does not occur.

To illustrate the above remarks, we consider the radial stress that occurs in a curved beam at radius *r* from the center of curvature 0 of the beam (Fig. 8-3.1*a*). Consider equilibrium of the element *BDGF* of the beam shown enlarged in the free body diagram in Fig. 8-3.1*c*. The faces *BD* and *GF*, which subtend the infinitesimal angle *dθ*, have the area *A'* shown shaded in Fig. 8-3.1*b*. The distribution of $\sigma_{\theta\theta}$ on each of these areas produces a resultant circumferential force *T* (Fig. 8-3.1*c*) given by the expression

$$T = \int_a^r \sigma_{\theta\theta}\, dA \qquad (8\text{-}3.1)$$

The components of the circumferential forces along line 0*L* are balanced by the radial stress $\sigma_{rr}$ acting on the area $tr\,d\theta$, where *t* is the thickness of the curved beam at the distance *r* from the center of curvature 0 (Fig. 8-3.1*b*). Thus for equilibrium in the radial direction along 0*L*, $\Sigma F_r = 0 = \sigma_{rr} tr\, d\theta - 2T \sin(d\theta/2) = (\sigma_{rr} tr - T)\, d\theta$, since for infinitesimal angle $d\theta/2$, $\sin(d\theta/2) = d\theta/2$. Thus,

$$\sigma_{rr} = \frac{T}{tr} \qquad (8\text{-}3.2)$$

The force *T* is obtained by substitution of Eq. (8-2.11) into Eq. (8-3.1). Thus,

$$T = \frac{N}{A}\int_a^r dA + \frac{M_x}{RA_m - A}\int_a^r \frac{dA}{r} - \frac{M_x A_m}{A(RA_m - A)}\int_a^r dA$$

$$T = \frac{A'}{A}N + \frac{AA'_m - A'A_m}{A(RA_m - A)}M_x \qquad (8\text{-}3.3)$$

where

$$A'_m = \int_a^r \frac{dA}{r} \quad \text{and} \quad A' = \int_a^r dA \qquad (8\text{-}3.4)$$

Substitution of Eq. (8-3.3) into Eq. (8-3.2) yields the relation for the radial stress. For rectangular cross section curved beams subjected to shear loading (Fig. 8-2.3b), a comparison of the resulting approximate solution with the elasticity solution indicates that the approximate solution is conservative. Furthermore, for such beams it remains conservative to within 6 percent for values of $R/h > 1.0$ even if the term involving $N$ in Eq. (8-3.3) is discarded. Consequently, if we retain only the moment term in Eq. (8-3.3), the expression for the radial stress may be approximated by the formula,

$$\sigma_{rr} = \frac{AA'_m - A'A_m}{trA(RA_m - A)} M_x \qquad (8\text{-}3.5)$$

to within 6 percent of the elasticity solution for rectangular cross section curved beams subjected to shear loading (Fig. 8-2.3b).

---

**EXAMPLE 8-3.1**
**Radial Stress in T-Section**

The curved beam in Fig. E8-3.1 is subjected to a load $P = 120$ kN. The dimensions of section $BC$ are also shown. Determine the circumferential stress at $B$ and the radial stress at the junction of the flange and web at section $BC$.

SOLUTION

The magnitudes of $A$, $A_m$, and $R$ are given by Eqs. (8-2.12), (8-2.13), and (8-2.14), respectively. They are

$$A = 48(120) + 120(24) = 8640 \text{ mm}^2$$

$$R = \frac{48(120)(96) + 120(24)(180)}{8640} = 124.0 \text{ mm}$$

$$A_m = 120 \ln \frac{120}{72} + 24 \ln \frac{240}{120} = 77.93 \text{ mm}$$

The circumferential stress is given by Eq. (8-2.11). It is

$$\sigma_{\theta\theta B} = \frac{120,000}{8640} + \frac{364.0(120,000)[8640 - 72(77.93)]}{8640(72)[124.0(77.93) - 8640]}$$

$$= 13.9 + 207.8 = 221.7 \text{ MPa}$$

The radial stress at the junction of the flange and web is given by Eq.

(8-3.5), with $r = 120$ mm and $t = 24$ mm. Magnitudes of $A'$ and $A'_m$ are

$$A' = 48(120) = 5760 \text{ m}^2$$

$$A'_m = 120 \ln \frac{120}{72} = 61.30 \text{ mm}$$

Substitution of these values in Eq. (8-3.5) gives

$$\sigma_{rr} = \frac{364.0(120,000)\big[8640(61.30) - 5760(77.93)\big]}{24(120)(8640)\big[124.0(77.93) - 8640\big]} = 138.5 \text{ MPa}$$

Hence, the magnitude of this radial stress is appreciably less than the maximum circumferential stress ($|\sigma_{\theta\theta B}| > |\sigma_{\theta\theta C}|$) and may not be of





*Fig. E8-3.1*

concern for the design engineer. However, in the solution of this problem, the effect of the stress concentration at the fillet joining the flange to the web has not been considered. This stress concentration increases the magnitude of the radial stress at the junction of the flange and web. However, the increase in stress is localized. Hence, it is not significant for curved beams made of ductile metal and subjected to static loads. However, for curved beams made of brittle materials or for curved beams of ductile material subjected to repeated loads, the localized stresses are significant. The effect of stress concentrations at fillets are considered in Chapter 12.

PROBLEM SET 8-3

1. For the curved beam in Problem 8-2.5, determine the radial stress in terms of the moment $M_x$ if the thickness of the web is 10 mm.

2. In Fig. P8-3.2 is shown a cast iron frame with a U-shaped cross section. The ultimate tensile strength of the case iron is $\sigma_u = 320$ MPa. (a) Determine the maximum value of $P$ based on a factor of safety $SF = 4.00$ which is based on the ultimate strength. (b) Neglecting the effect of stress concentrations for the fillet at the junction of the web and flange, determine the maximum radial stress when this load is applied. (c) Is the maximum radial stress less than the maximum circumferential stress?



*Fig. P8-3.2*

*Ans.*   (a) $P = 110.8$ kN (b) $\sigma_{rr} = 42.4$ MPa (c) Yes

## 8-4

## CORRECTION OF CIRCUMFERENTIAL STRESSES IN CURVED BEAMS HAVING I, T, OR SIMILAR CROSS SECTIONS

If the curved beam formula is used to calculate circumferential stresses in curved beams having thin flanges, the computed stresses are considerably in error and the error is nonconservative. The error arises because the radial forces developed in the curved beam causes the outer portion of the flanges to deflect radially, thereby distorting the cross section of the curved beam. The resulting effect is to decrease the stiffness of the curved beam, to decrease the circumferential stresses in the outer portion of the flanges, and to increase the circumferential stresses in the inner portion of the flanges.

Consider a short length of a thin flange I-section curved beam included between faces $BC$ and $FH$ which form an infinitesimal angle $d\theta$ as indicated in Fig. 8-4.1$a$. If the curved beam is subjected to a positive moment $M_x$ the circumferential stress distribution results in a tensile force $T$ acting on the inner flange and a compressive force $C$ acting on the outer flange, as shown. The components of these forces in the radial direction are $T d\theta$ and $C d\theta$. If the cross section of the curved beam did not distort, these forces would be uniformly distributed along each flange, as indicated in Fig. 8-4.1$b$. However, the two portions of the tension and compression flanges act as cantilever beams fixed at the web. The resulting bending due to cantilever beam action causes the flanges to distort, as indicated in Fig. 8-4.1$c$.

The effect of the distortion of the cross section on the circumferential stresses in the curved beam can be determined by examining the portion of the curved beam $ABCD$ in Fig. 8-4.1$d$. Sections $AC$ and $BD$ are separated by angle $\theta$ in the unloaded beam. When the curved beam is subjected to a positive moment, the center of curvature moves from 0 to 0*, section $AC$ moves to $A*C*$, section $BD$ moves to $B*D*$, and the included angle becomes $\theta*$. If the cross section does not distort, the inner tension flange $AB$ elongates to length $A*B*$. Since the outer portion of the inner flange moves radially inward relative to the undistorted position (Fig. 8-4.1$c$), the circumferential elongation of the outer portion of the inner flange is less than that indicated in Fig. 8-4.1$d$. *Therefore, $\sigma_{\theta\theta}$ in the outer portion of the inner flange is less than that calculated using the curved beam formula.* In order to satisfy equilibrium, it is necessary that $\sigma_{\theta\theta}$ for the portion of the flange near the web be greater than that calculated using the curved beam formula. Now consider the outer compression flange. As indicated in Fig. 8-4.1$d$, the outer flange shortens from $CD$ to $C*D*$ if the cross section does not distort. Because of the distortion (Fig. 8-4.1$c$), the outer portion of the compressive flange moves radially outward requiring less compressive contraction. *Therefore, the magnitude*



Fig. 8-4.1/Distortion of cross section of an I-section curved beam.

of $\sigma_{\theta\theta}$ in the outer portion of the compression outer flange is less than that calculated by the curved beam formula, and the magnitude of $\sigma_{\theta\theta}$ in the portion of the compression flange near the web is larger than that calculated by the curved beam formula.

The resulting circumferential stress distribution is indicated in Fig. 8-4.2. Since the curved beam formula assumes that the circumferential stress is independent of $x$ (Fig. 8-2.1), corrections are required if the formula is to be used in the design of curved beams having I or T cross sections and similar cross sections. There are two approaches (approxi-



*Fig. 8-4.2 / Stresses in I-section of curved beam.*

mations) that can be employed in the design of these curved beams. One approach is to prevent the radial distortion of the cross section by welding radial stiffeners to the curved beams. If distortion of the cross section is prevented, the use of the curved beam formula is appropriate. A second approach, suggested by H. Bleich,[2] is discussed below.

**Bleich's Correction Factors** / Bleich reasoned that the actual maximum circumferential stresses in the tension and compression flanges for the I-section curved beam (Fig. 8-4.3a) may be calculated by the curved beam formula applied to an I-section curved beam with *reduced flange widths*, as indicated in Fig. 8-4.3b. By Bleich's method, if the same bending moment is applied to the two cross sections in Fig. 8-4.3, the computed maximum circumferential tension and compression stresses for the cross section shown in Fig. 8-4.3b, with no distortion, is equal to the actual maximum circumferential tension and compression stresses for the cross section in Fig. 8-4.3a, with distortion.

The approximate solution proposed by Bleich gives the results presented in tabular form in Table 8-4.1. In order to use the table, the ratio $b_p^2/\bar{r}t_f$ must be calculated where

$b_p$ = projecting width of flange (see Fig. 8-4.3a)

$\bar{r}$ = radius of curvature to the center of flange

$t_f$ = thickness of flange

The reduced width $b_p'$ of the projecting part of each flange (Fig. 8-4.3b) is given by the relation

$$b_p' = \alpha b_p \tag{8-4.1}$$

where $\alpha$ is obtained from Table 8-4.1 for the computed value of the ratio



*Fig. 8-4.3/*Original and modified I-section for a curved beam.

$b_p^2/\bar{r}t_f$. The reduced width of each flange (Fig. 8-4.3$b$) is given by

$$b' = 2b_p' + t_w \qquad (8\text{-}4.2)$$

where $t_w$ is the thickness of the web. The curved beam formula (Eq. 8-2.11) when applied to an undistorted cross section corrected by Eq. (8-4.2) predicts the maximum circumferential stress in the actual (distorted) cross section. This maximum stress occurs at the center of the

*Table 8-4.1*

Table for Calculating the Effective Width and the Lateral Bending Stress of Curved I- or T-Beams

| $b_p^2/\bar{r}t$ | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 | 1.0 |
|---|---|---|---|---|---|---|---|---|---|
| $\alpha$ | 0.977 | 0.950 | 0.917 | 0.878 | 0.838 | 0.800 | 0.762 | 0.726 | 0.693 |
| $\beta$ | 0.580 | 0.836 | 1.056 | 1.238 | 1.382 | 1.495 | 1.577 | 1.636 | 1.677 |

| $b_p^2/\bar{r}t$ | 1.1 | 1.2 | 1.3 | 1.4 | 1.5 | 2.0 | 3.0 | 4.0 | 5.0 |
|---|---|---|---|---|---|---|---|---|---|
| $\alpha$ | 0.663 | 0.636 | 0.611 | 0.589 | 0.569 | 0.495 | 0.414 | 0.367 | 0.334 |
| $\beta$ | 1.703 | 1.721 | 1.728 | 1.732 | 1.732 | 1.707 | 1.671 | 1.680 | 1.700 |

inner flange. It should be noted that the state of stress at this point in the curved beam is not uniaxial. Because of the bending of the flanges (Fig. 8-4.1c), an x-component of stress $\sigma_{xx}$ (Fig. 8-2.1) is developed; the sign of $\sigma_{xx}$ is opposite to that of $\sigma_{\theta\theta(\max)}$. Bleich obtained an approximate solution for $\sigma_{xx}$ for the inner flange. It is given by the relation

$$\sigma_{xx} = -\beta\bar{\sigma}_{\theta\theta} \qquad (8\text{-}4.3)$$

where $\beta$ is obtained from Table 8-4.1 for the computed value of the ratio $b_p^2/\bar{r}t_f$, and where $\bar{\sigma}_{\theta\theta}$ is the magnitude of the circumferential stress at mid-thickness of the inner flange; the value of $\bar{\sigma}_{\theta\theta}$ is calculated based on the corrected cross section.

Although Bleich's analysis was developed for curved beams with relatively thin flanges, the results obtained agree closely with a similar solution obtained by C. G. Anderson[3] for I-beams and box beams in which the analysis was not restricted to thin-flanged sections. Similar analyses of tubular curved beams with circular and rectangular cross sections have been made by T. von Kármán[4] and by S. Timoshenko.[5] An experimental investigation by D. C. Broughton, M. E. Clark, and H. T. Corten[6] showed that another type of correction is needed if the curved beam has extremely thick flanges and thin webs. For such beams each flange tends to rotate about a neutral axis of its own in addition to the rotation about the neutral axis of the curved beam cross section as a whole. Curved beams for which the circumferential stresses are appreciably increased by this action probably fail by excessive radial stresses.

*Note:* The radial stress can be calculated using either the original or the modified cross section.

## EXAMPLE 8-4.1

### Bleich Correction Factors for T-Section

A T-section curved beam has the dimensions indicated in Fig. E8-4.1a and is subjected to pure bending. The curved beam is made of a steel having a yield stress $Y = 280$ MPa. (a) Determine the magnitude of the moment which indicates yielding in the curved beam if Bleich's correction factors are not used. (b) Use Bleich's correction factors to obtain a modified cross section. Determine the magnitude of the moment that initiates yielding for the modified cross section and compare with the result of Part (a).

## SOLUTION

(a) The magnitudes of $A$, $A_m$, and $R$ for the original cross section are given by Eq. (8-2.12), (8-2.13) and (8-2.14), respectively, as follows: $A = 4000$ mm², $A_m = 44.99$ mm, and $R = 100.0$ mm. By comparison of



*Fig. E8-4.1/(a)* Original section. (*b*) Modified section.

the stresses at the locations $r = 180$ mm and at $r = 60$ mm, we find that the maximum magnitude of $\sigma_{\theta\theta}$ occurs at the outer radius ($r = 180$ mm). See Eq. (8-2.11). Thus,

$$\sigma_{\theta\theta(\max)} = \left| \frac{M_x[4000 - 180(44.99)]}{4000(180)[100.0(44.99) - 4000]} \right|$$

$$= |-1.141 \times 10^{-5}M_x| \ (\text{MPa})$$

where $M_x$ has the dimensions of N·mm. Since the state of stress is assumed to be uniaxial, the magnitude of $M_x$ to initiate yielding is obtained by setting $\sigma_{\theta\theta} = -Y$. Thus,

$$M_x = \frac{280}{1.141 \times 10^{-5}} = 24,540,000 \ \text{N·mm} = 24.54 \ \text{kN·m}$$

(b) The dimensions of the modified cross section are computed by Bleich's method; hence, $b_p^2/\bar{r}t_f$ must be calculated. It is

$$\frac{b_p^2}{\bar{r}t_f} = \frac{40(40)}{70(20)} = 1.143$$

A linear interpolation in Table 8-4.1 yields $\alpha = 0.651$ and $\beta = 1.711$. Hence, by Eq. (8-4.2), the modified flange width given is $b_p' = \alpha b_p = 0.651(40) = 26.04$ mm and $b' = 2b_p' + t_w = 2(26.04) + 20 = 72.1$ mm (Fig. E8-4.1b). For this cross section, by means of Eqs. (8-2.12), (8-2.13), and

(8-2.14), we find

$$A = 72.1(20) + 20(100) = 3442 \text{ mm}^2$$

$$R = \frac{72.1(20)(70) + 20(100)(130)}{3442} = 104.9 \text{ mm}$$

$$A_m = 72.1 \ln \frac{80}{60} + 20 \ln \frac{180}{80} = 36.96 \text{ mm}$$

Now by means of Eq. (8-2.11), we find that the maximum magnitude of $\sigma_{\theta\theta}$ occurs at the inner radius of the modified cross section. Thus, with $r = 60$ mm, Eq. (8-2.11) yields

$$\sigma_{\theta\theta(\text{max})} = \frac{M_x[3442 - 60(36.96)]}{3442(60)[104.9(36.96) - 3442]} = 1.363 \times 10^{-5} M_x \text{ (MPa)}$$

The magnitude of $M_x$ that causes yielding can be calculated by means of either the maximum shearing stress criterion of failure or the maximum octahedral shearing stress criterion of failure. If the maximum shearing stress criterion is used, the minimum principal stress must be computed. The minimum principal stress is $\sigma_{xx}$. Hence, by Eq. (8-4.3), we find

$$\bar{\sigma}_{\theta\theta} = \frac{M_x[3442 - 70(36.96)]}{3442(70)[104.9(36.96) - 3442]} = 8.15 \times 10^{-6} M_x \text{ (MPa)}$$

$$\sigma_{xx} = -\beta\bar{\sigma}_{\theta\theta} = -1.711(8.15 \times 10^{-6} M_x) = -1.394 \times 10^{-5} M_x \text{ (MPa)}$$

and

$$\tau_{\text{max}} = \frac{\sigma_{\text{max}} - \sigma_{\text{min}}}{2} = \frac{Y}{2} = \frac{\sigma_{\theta\theta(\text{max})} - \sigma_{xx}}{2}$$

$$M_x = 10{,}140{,}000 \text{ N} \cdot \text{mm} = 10.14 \text{ kN} \cdot \text{m}$$

A comparison of the moment $M_x$ as determined in Parts (a) and (b) above indicates that the computed $M_x$ required to initiate yielding is reduced by 58.8 percent because of the distortion of the cross section. Since the yielding is highly localized, its effect is not of concern unless the curved beam is subjected to fatigue loading (see Art. 3-5). If the second principal stress $\sigma_{xx}$ is neglected, the moment $M_x$ is reduced by 16.5 percent because of the distortion of the cross section. The distortion is reduced if the flange thickness is increased.

## PROBLEM SET 8-4

1. A T-section curved beam has the cross section shown in Fig. P8-4.1. The center of curvature lies 40 mm from the flange. If the curved beam is subjected to a positive bending moment $M_x = 2.50$ kN $\cdot$ m, determine the stresses at the inner and outer radii. Use Bleich's

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 30 of 46 PageID #: 24971

correction factors. What is the maximum shearing stress in the curved beam?



*Fig. P8-4.1*

2. Determine the radial stress at the junction of the web and the flange for the curved beam in Problem 1. Neglect stress concentrations.

   *Ans.*   $\sigma_{rr} = 118.1$ MPa

3. A load $P = 12.0$ kN is applied to the clamp shown in Fig. P8-4.3. Determine the circumferential stresses at points $B$ and $C$ assuming that the curved beam formula is valid at that section.



*Fig. P8-4.3*

4. Determine the radial stress at the junction of the web and inner flange of the curved beam portion of the clamp in Problem 3. Neglect stress concentrations.

*Ans.* $\sigma_{rr} = 69.7$ MPa

## 8-5
## DEFLECTIONS OF CURVED BEAMS

A convenient method of determining the deflections of a linearly elastic curved beam is by the use of Castigliano's theorem (Chapter 4). For example, the deflections of the free end of the curved beam in Fig. 8-2.1$a$ are given by the relations

$$\delta_{P_1} = \frac{\partial U}{\partial P_1} \tag{8-5.1}$$

$$\theta = \frac{\partial U}{\partial M_0} \tag{8-5.2}$$

where $\delta_{P_1}$ is the component of the deflection of the free end of the curved beam in the direction of load $P_1$, $\theta$ is the angle of rotation of the free end of the curved beam in the direction of $M_0$, and $U$ is the total elastic strain energy in the curved beam. The total strain energy $U$ (see Eq. 4-3.3) is equal to the integral of the strain energy density $U_0$ over the volume of the curved beam (see Eqs. 2-4.10 and 4-3.4).

Consider the strain energy density $U_0$ for a curved beam (Fig. 8-2.1). Because of the symmetry of loading relative to the $(y, z)$-plane, $\sigma_{xy} = \sigma_{xz} = 0$, and since the effect of the transverse normal stress $\sigma_{xx}$ (Fig. 8-2.1$b$) is ordinarily neglected, the formula for the strain energy density $U_0$ reduces to the form

$$U_0 = \frac{1}{2E}\sigma_{\theta\theta}^2 + \frac{1}{2E}\sigma_{rr}^2 - \frac{\nu}{E}\sigma_r\sigma_{\theta\theta} + \frac{1}{2G}\sigma_{r\theta}^2$$

where the radial normal stress $\sigma_{rr}$, the circumferential normal stress $\sigma_{\theta\theta}$, and the shearing stress $\sigma_{r\theta}$ are, relative to the $(x, y, z)$-axes of Fig. 8-2.1$b$, $\sigma_{rr} = \sigma_{yy}$, $\sigma_{\theta\theta} = \sigma_{zz}$, and $\sigma_{r\theta} = \sigma_{yz}$. In addition, the effect of $\sigma_{rr}$ is often small for curved beams of practical dimensions. Hence, the effect of $\sigma_{rr}$ is often discarded from the expression for $U_0$. Then,

$$U_0 = \frac{1}{2E}\sigma_{\theta\theta}^2 + \frac{1}{2G}\sigma_{r\theta}^2$$

The stress components $\sigma_{\theta\theta}$ and $\sigma_{r\theta}$, respectively, contribute to the strain

energies $U_N$ and $U_S$ because of the normal traction $N$ and the shear $V$ (Fig. 8-2.1$b$). In addition, $\sigma_{\theta\theta}$ contributes to the bending strain energy $U_M$, as well as to a strain energy $U_{MN}$ because of a coupling effect between the moment $M$ and the traction $N$, as we shall see in the derivation below.

If curved beams have a small length to depth ratio, the curved beam formula should be used to calculate the circumferential stress $\sigma_{\theta\theta}$. Ordinarily it is sufficiently accurate to approximate the strain energies $U_S$ and $U_N$ that are due to shear $V$ and traction $N$, respectively, by the formulas for straight beams (see Art. 4-3). However, the strain energy $U_M$ due to bending must be modified. To compute the strain energy due to bending, consider the curved beam shown in Fig. 8-2.1$b$. Since the strain energy increment $dU$ for a linearly elastic material undergoing small displacement is independent of the order in which loads are applied, let the shear load $V$ and normal load $N$ be applied first. Next, let the moment be increased from zero to $M_x$. The strain energy increment due to bending is

$$dU_M = \tfrac{1}{2}M_x\Delta(d\theta) = \tfrac{1}{2}M_x\omega\,d\theta \qquad (8\text{-}5.3)$$

where $\Delta(d\theta)$, the change in $d\theta$, and $\omega = \Delta(d\theta)/d\theta$ are due to $M_x$ alone. Hence, $\omega$ is determined from Eq. (8-2.10) with $N = 0$. Consequently, Eqs. (8-5.3) and Eq. (8-2.10) yield (with $N = 0$)

$$dU_M = \frac{A_m M_x^2}{2A(RA_m - A)E}\,d\theta \qquad (8\text{-}5.4)$$

During the application of $M_x$, additional work is done by $N$ because the centroidal (middle) surface, (Fig. 8-2.1$b$) is stretched an amount $d\bar{e}_{\theta\theta}$. Let the corresponding strain energy increment due to the stretching of the middle surface be denoted by $dU_{MN}$. This strain energy increment $dU_{MN}$ is equal to the work done by $N$ as it moves through the distance $d\bar{e}_{\theta\theta}$. Thus,

$$dU_{MN} = N\,d\bar{e}_{\theta\theta} = N\bar{\epsilon}_{\theta\theta}R\,d\theta \qquad (8\text{-}5.5)$$

where $d\bar{e}_{\theta\theta}$ and $\bar{\epsilon}_{\theta\theta}$ refer to the elongation and strain of the centroidal axis, respectively. The strain $\bar{\epsilon}_{\theta\theta}$ is given by Eq. (8-2.3) with $r = R$. Thus, Eq. (8-2.3) (with $r = R$) and Eqs. (8-5.5), (8-2.9), and (8-2.10) (with $N = 0$) yield the strain energy increment $dU_{MN}$ due to coupling of the moment $M_x$ and traction $N$.

$$dU_{MN} = \frac{N}{E}\left[\frac{M_x}{RA_m - A} - R\frac{A_m M_x}{A(RA_m - A)}\right]d\theta = -\frac{M_x N}{EA}\,d\theta$$

$$(8\text{-}5.6)$$

By Eqs. (4-3.6), (4-3.11), (8-5.4), and (8-5.6), the total strain energy $U$ for the curved beam is obtained in the form

$$U = \int \frac{kV^2R}{2AG}\,d\theta + \int \frac{N^2R}{2AE}\,d\theta + \int \frac{A_m M_x^2}{2A(RA_m - A)E}\,d\theta - \int \frac{M_x N}{EA}\,d\theta \tag{8-5.7}$$

Equation (8-5.7) is an approximation, since it is based on the assumptions that plane sections remain plane and that the effect of the radial stress $\sigma_{rr}$ on $U$ is negligible. It might be expected that the radial stress increases the strain energy. Hence, Eq. (8-5.7) yields a low estimate of the actual strain energy. However, if $M_x$ and $N$ have the same sign, the coupling energy $U_{MN}$, the last term in Eq. (8-5.7), is negative. Ordinarily, $U_{MN}$ is small and, in many cases, it is negative. Hence, we recommend that $U_{MN}$, the coupling strain energy be discarded from Eq. (8-5.7) when it is negative. The discarding of $U_{MN}$ from Eq. (8-5.7) raises the estimate of the actual strain energy when $U_{MN}$ is negative, and compensates to some degree for the lower estimate due to discarding $\sigma_{rr}$.

The deflection $\delta_{\text{elast}}$ of rectangular cross section curved beams has been given by Timoshenko[1] for the two types of loading shown in Fig. 8-2.3. The ratio of the deflection $\delta_U$ given by Castigliano's theorem and the deflection $\delta_{\text{elast}}$ is presented in Table 8-5.1 for several values of $R/h$. The shear coefficient $k$ (see Eqs. 4-3.11 and Table 4-3.1) was taken to be 1.5 for the rectangular section, and Poisson's ratio $\nu$ was assumed to be 0.30.

*Note:* The deflection of curved beams is much less influenced by the curvature of the curved beam than is the circumferential stress $\sigma_{\theta\theta}$. If

*Table 8-5.1*

Ratios of Deflections in Rectangular Section Curved Beams as Computed by Elasticity Theory and by Approximate Strain Energy Solution

| | Neglecting $U_{MN}$ | | Including $U_{MN}$ | |
|---|---|---|---|---|
| | Pure Bending | Shear Loading | Pure Bending | Shear Loading |
| $\left(\dfrac{R}{h}\right)$ | $\left(\dfrac{\delta_U}{\delta_{elast}}\right)$ | $\left(\dfrac{\delta_U}{\delta_{elast}}\right)$ | $\left(\dfrac{\delta_U}{\delta_{elast}}\right)$ | $\left(\dfrac{\delta_U}{\delta_{elast}}\right)$ |
| 0.65 | 0.923 | 1.563 | 0.697 | 1.215 |
| 0.75 | 0.974 | 1.381 | 0.807 | 1.123 |
| 1.0 | 1.004 | 1.197 | 0.914 | 1.048 |
| 1.5 | 1.006 | 1.085 | 0.968 | 1.016 |
| 2.0 | 1.004 | 1.048 | 0.983 | 1.008 |
| 3.0 | 1.002 | 1.021 | 0.993 | 1.003 |
| 5.0 | 1.000 | 1.007 | 0.997 | 1.001 |

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 34 of 46 PageID #: 24975

$R/h$ is greater than 2.0, the strain energy due to bending can be approximated by that for a straight beam. Thus, for $R/h > 2.0$, for computing deflections the third and fourth terms on the right-hand side of Eq. (8-5.7) may be replaced by

$$U_M = \int \frac{M_x^2}{2EI_x} R\, d\theta \qquad (8\text{-}5.8)$$

In particular, we note that the deflection of a rectangular cross section curved beam with $R/h = 2.0$ is 7.7 percent greater when the curved beam is assumed to be straight than when it is assumed to be curved.

**Deflections of Curved Beam. Cross Sections in the Form of an I, T, etc./** As discussed in Art. 8-4, the cross sections of curved beams in the form of an I, T, etc., undergo distortion when loaded. One effect of the distortion is to decrease the stiffness of the curved beam. As a result, deflections calculated on the basis of the undistorted cross section are less than the actual deflections. Therefore, the deflection calculations should be based upon modified cross sections determined by Bleich's correction factors (Table 8-4.1). The strain energy terms $U_N$ and $U_M$ for the curved beams should also be calculated using the modified cross section. We recommend that the strain energy $U_S$ be calculated with $k = 1.0$, and with the cross-sectional area $A$ replaced by the area of the web $A_w = th$, where $t$ is the thickness of the web and $h$ is the curved beam depth. Also, as a working rule, we recommend that the coupling energy $U_{MN}$ be neglected if it is negative, and that it be doubled if it is positive.

---

## EXAMPLE 8-5.1
**Deformations in a Curved Beam Subjected to Pure Bending**

The curved beam in Fig. E8-5.1 is made of an aluminum alloy ($E = 72.0$ GPa), has a rectangular cross section with a depth of 60 mm, and is



*(a)*        *(b)*

*Fig. E8-5.1*

subjected to a pure bending moment $M = 24.0 \text{ kN} \cdot \text{m}$. (a) Determine the angle change between the two horizontal faces where $M$ is applied. (b) Determine the relative displacement of the centroids of the horizontal faces of the curved beam.

## SOLUTION

Required values for $A$, $A_m$, and $R$ for the curved beam are calculated using equations in Row $a$ of Table 8-2.2.

$$A = 60(150) = 9000 \text{ mm}^2$$

$$A_m = 60 \ln \frac{250}{100} = 54.98 \text{ mm}$$

$$R = 100 + 75 = 175 \text{ mm}$$

(a) The angle change between the two faces where $M$ is applied is given by Eq. (8-5.2). As indicated in Fig. E8-5.1$a$, the magnitude of $M_x$ at any angle $\theta$ is $M_x = M$. Thus, by Eq. (8-5.2), we obtain

$$\theta = \frac{\partial U}{\partial M} = \int_0^\pi \frac{A_m M_x}{A(RA_m - A)E}(1)\, d\theta$$

$$= \frac{54.98(24{,}000{,}000)\pi}{9000[175(54.98) - 9000](72{,}000)}$$

$$= 0.01029 \text{ rad}$$

(b) In order to determine the deflection of the curved beam, a load $P$ must be applied as indicated in Fig. E8-5.1$b$. In this case $M_x = M + PR\sin\theta$ and $\partial U/\partial P = R\sin\theta$. Then the deflection is given by Eq. (8-5.1), in which the integral is evaluated with $P = 0$. Thus, the relative displacement is given by the relation

$$\delta_P = \frac{\partial U}{\partial P} = \int_0^\pi \frac{A_m M_x}{A(RA_m - A)E}\bigg|_{P=0} (R\sin\theta)\, d\theta$$

or

$$\delta_P = \frac{54.98(24{,}000{,}000)(175)(2)}{9000[175(54.98) - 9000](72{,}000)} = 1.147 \text{ mm}$$

## EXAMPLE 8-5.2

### Deflections in a Press

The press (Fig. E8-5.2$a$) has the cross section shown in Fig. E8-5.2$b$. It is subjected to a load $P = 11.2 \text{ kN}$. The press is made of a steel with $E = 200 \text{ GPa}$, and $\nu = 0.30$. Determine the separation of the jaws of the press due to the load.



*Fig. E8-5.2/(b)* Original section. (*c*) Modified section.

## SOLUTION

The press is made up of two straight members and a curved member. We compute the strain energies due to bending and shear in the straight beams, without modification of the cross sections. The moment of inertia of the cross section is $I_x = 181.7 \times 10^3$ mm$^4$. We choose the origin of the coordinate axes at load $P$, with $z$ measured from $P$ toward the curved beam. Then the applied loads shear $V$ and moment $M_x$ at a section in the

**388 / CURVED BEAMS**

straight beam is

$$V = P$$
$$M_x = Pz$$

In the curved beam portion of the press, we employ Bleich's correction factor to obtain a modified cross section. With the dimensions in Fig. E8-5.2b, we find

$$\frac{b_p^2}{\bar{r}t_f} = \frac{15^2}{35(10)} = 0.643$$

A linear interpolation in Table 8-4.1 yields the result $\alpha = 0.822$. The modified cross section is shown in Fig. E8-5.2c. Equations (8-2.12), (8-2.13), and (8-2.14) give

$$A = 34.7(10) + 10(40) = 747 \text{ mm}^2$$

$$R = \frac{34.7(10)(35) + 10(40)(60)}{747} = 48.4 \text{ mm}$$

$$A_m = 10\ln\frac{80}{40} + 34.7\ln\frac{40}{30} = 16.9 \text{ mm}$$

With $\theta$ defined as indicated in Fig. E8-5.2a, the applied loads shear $V$, normal load $N$, and moment $M_x$ for the curved beam are

$$V = P\cos\theta$$
$$N = P\sin\theta$$
$$M_x = P(100 + R\sin\theta)$$

Summing the strain energy terms for the two straight beams and the curved beam and taking the derivative with respect to $P$ (Eq. 8-5.1), we compute the increase in distance $\delta_P$ between the load points as

$$\delta_P = 2\int_0^{100}\frac{P}{A_wG}\,dz + 2\int_0^{100}\frac{Pz^2}{EI_x}\,dz + \int_0^\pi\frac{P\cos^2\theta}{A_wG}R\,d\theta + \int_0^\pi\frac{P\sin^2\theta}{AE}R\,d\theta$$

$$+ \int_0^\pi\frac{P(100 + R\sin\theta)^2 A_m}{A(RA_m - A)E}\,d\theta$$

The shearing modulus is $G = E/[2(1 + \nu)] = 76,900$ MPa. Hence,

$$\delta_P = \frac{2(11,200)(100)}{76,900(500)} + \frac{2(11,200)(100)^3}{3(200,000)(181,700)}$$

$$+ \frac{11,200(48.4)\pi}{500(76,900)(2)} + \frac{11,200(48.4)\pi}{747(200,000)(2)}$$

$$+ \frac{16.9(11,200)}{747[48.4(16.9) - 747](200,000)}\left[(100)^2\pi + (48.4)^2\frac{\pi}{2} + 2(100)(48.4)(2)\right]$$

or

$$\delta_P = 0.058 + 0.205 + 0.022 + 0.006 + 0.972 = 1.263 \text{ mm}$$

PROBLEM SET 8-5

1. The curved beam in Fig. P8-5.1 is made of a steel ($E = 200$ GPa) that has a yield point stress $Y = 420$ MPa. Determine the magnitude of the bending moment $M_x = M_Y$ required to initiate yielding in the curved beam, the angle change of the free end, and the horizontal and vertical components of the deflection of the free end.



*Fig. P8-5.1*

2. Determine the deflection of the curved beam in Problem 8-2.3 at the point of load application. The curved beam is made of an aluminum alloy for which $E = 72.0$ GPa and $G = 27.1$ GPa. Let $k = 1.3$.

   *Ans.*  $\delta_P = 0.1629$ mm

3. The triangular cross section curved beam in Problem 8-2.8 is made of steel ($E = 200$ GPa, $G = 77.5$ GPa). Determine the separation of the points of application of the load. Let $k = 1.5$.

4. Determine the deflection across the center of curvature of the cast iron curved beam in Problem 8-3.2 when $P = 126$ kN. $E = 102.0$ GPa and $G = 42.5$ GPa. Let $k = 1.0$ with the area in shear equal to the product of the web thickness and the depth.

   *Ans.*  $\delta_Q = 0.3449$ mm

## 8.6
## STATICALLY INDETERMINATE CURVED BEAMS. CLOSED RING SUBJECTED TO A CONCENTRATED LOAD

Many loaded curved members, such as closed rings and chain links, are statically indeterminate (see Art. 4-5). For such members, equations of

**390 / CURVED BEAMS**

equilibrium are not sufficient to determine all of the loads $(V, N, M_x)$ at a section of the member. The additional relations needed to solve for the loads are obtained using Castigliano's theorem with known boundary conditions on the deformations. Since closed rings are commonly used in engineering, we present the computational procedure for a closed ring.

Consider a closed ring subjected to a central load $P$ (Fig. 8-6.1$a$). From the condition of symmetry, the deformation of each quadrant of the ring is identical. Hence, we need consider only one quadrant. The quadrant (Fig. 8-6.1$b$) may be considered fixed at section $FH$ with a load $P/2$ and moment $M_0$ at section $BC$. Because of the symmetry of the ring, as the ring deforms, section $BC$ remains perpendicular to section $FH$. Therefore, by Castigliano's theorem, we have for the rotation of face $BC$

$$\phi_{BC} = \frac{\partial U}{\partial M_0} = 0 \tag{8-6.1}$$

The applied loads $V$, $N$, and $M_x$ at a section forming angle $\theta$ with the face $BC$ are

$$V = \frac{P}{2}\sin\theta$$

$$N = \frac{P}{2}\cos\theta \tag{8-6.2}$$

$$M_x = M_0 - \frac{PR}{2}(1 - \cos\theta)$$



*(a)*            *(b)*

*Fig. 8-6.1 / Closed ring.*

Case 1:14-ml-02570-RLY-TAB Document 6103-2 Filed 09/06/17 Page 40 of 46 PageID #: 24981

Substituting Eq. (8-5.7) and Eq. (8-6.2) into Eq. (8-6.1), we find

$$0 = \int_0^{\pi/2} \frac{\left[ M_0 - \frac{PR}{2}(1 - \cos\theta) \right] A_m}{A(RA_m - A)E} d\theta - \int_0^{\pi/2} \frac{\frac{P}{2}\cos\theta}{AE} d\theta \qquad (8\text{-}6.3)$$

where $U_{MN}$ has been included. The solution of Eq. (8-6.3) is

$$M_0 = \frac{PR}{2}\left(1 - \frac{2A}{RA_m\pi}\right) \qquad (8\text{-}6.4)$$

If $R/h$ is greater than 2.0, we take the bending energy $U_M$ as given by Eq. (8-5.8) and ignore the coupling energy $U_{MN}$. Then, $M_0$ is given by the relation

$$M_0 = \frac{PR}{2}\left(1 - \frac{2}{\pi}\right) \qquad (8\text{-}6.5)$$

With $M_0$ known, the loads at every section of the closed ring (Eqs. 8-6.2) are known. The stresses and deformations of the closed ring may be calculated by the methods of Arts. 8-2 to 8-5.

PROBLEM SET 8-6

1. The ring in Fig. P8-6.1 has an inside diameter of 100 mm, an outside diameter of 180 mm, and a circular cross section. The ring is made of a steel having a yield stress $Y = 520$ MPa. Determine the maximum allowable magnitude of $P$ if the ring has been designed with a factor of safety $SF = 1.75$ against initiation of yielding.



Fig. P8-6.1

**392 / CURVED BEAMS**

2. If $E = 200$ GPa and $G = 77.5$ GPa for the steel in Problem 1, determine the deflection of the ring for a load $P = 60$ kN. Let $k = 1.3$.

   *Ans.*   $\delta_P = 2.088$ mm

3. An aluminum alloy ring has a mean diameter of 600 mm and has a rectangular cross section with 200 mm width and a depth of 300 mm (radial direction). The ring is loaded by diametrically opposite radial loads $P = 4.00$ MN. Determine the maximum tensile and compressive circumferential stresses in the ring.

4. If $E = 72.0$ GPa and $G = 27.1$ GPa for the aluminum alloy ring in Problem 3, determine the separation of the points of application of the loads. Let $k = 1.5$.

   *Ans.*   $\delta_P = 8.742$ mm

5. The link in Fig. P8-6.5 has a circular cross section and is made of a steel having a yield point stress of $Y = 250$ MPa. Determine the magnitude of $P$ that will initiate yielding in the link.



*Fig. P8-6.5*

# 8-7
# FULLY PLASTIC LOADS FOR CURVED BEAMS

In this article we consider curved beams made of elastic-perfectly plastic materials with yield point stress $Y$ (Fig. 2-6.2a). For a curved beam made of elastic-perfectly plastic material, the fully plastic moment $M_P$ under pure bending is the same as that for a straight beam with identical cross section and material. However, because of the nonlinear distribution of the circumferential stress $\sigma_{\theta\theta}$ in a curved beam, the ratio of the fully plastic moment $M_P$ under pure bending to maximum elastic moment $M_Y$ is much greater for a curved beam than for a straight beam with the same cross section.

Most curved beams are subjected to complex loading other than pure bending. The stress distribution for a curved beam at the fully plastic load $P_P$ for a typical loading condition is indicated in Fig. 8-7.1. Since the tension stresses must balance the compression stresses and the load $P_P$, the part $A_T$ of the cross-sectional area $A$ that has yielded in tension is greater than the part $A_C$ of area $A$ that has yielded in compression. In addition to the unknowns $A_T$ and $A_C$, a third unknown is $P_P$, the load at the fully plastic condition. This follows from the fact that $R$ can be calculated, and $D$ is generally specified rather than $P_P$. The three equations necessary to determine the three unknowns $A_T$, $A_C$, and $P_P$ are obtained from the equations of equilibrium and the fact that the sum of $A_T$ and $A_C$ must equal the cross sectional area $A$, that is,

$$A = A_T + A_C \tag{8-7.1}$$

The equilibrium equations are (Fig. 8-7.1)

$$\sum F_z = 0 = A_T Y - A_C Y - P_P \tag{8-7.2}$$

$$\sum M_x = 0 = P_P D - A_T Y \bar{y}_T - A_C Y \bar{y}_C \tag{8-7.3}$$



*Fig. 8-7.1/*Stress distribution for a fully plastic load on a curved beam.

In Eq. (8-7.3), $\bar{y}_T$ and $\bar{y}_C$ locate the centroids of $A_T$ and $A_C$, respectively, as measured from the centroid of the cross-sectional area of the curved beam (Fig. 8-7.1). Let $M$ be the moment, about the centroid axis $x$, resulting from the stress distribution on section $BC$ (Fig. 8-7.1). Then,

$$M = P_P D = A_T Y \bar{y}_T + A_C Y \bar{y}_C \tag{8-7.4}$$

The most convenient method of solving Eqs. (8-7.1), (8-7.2), and (8-7.4) for the magnitudes of $A_T$, $A_C$, and $P_P$ is often a trial and error procedure, since $\bar{y}_T$ and $\bar{y}_C$ are not known until $A_T$ and $A_C$ are known.[7]

The moment $M$ (Eq. 8-7.4) is generally less than the fully plastic moment $M_P$ for pure bending. It is desirable to know the conditions under which $M$ due to load $P_P$ can be assumed equal to $M_P$, since for pure bending $A_T$ is equal to $A_C$, and the calculations are greatly simplified. When the distance $D$ is greater than the depth $h$ of the curved beam, $M$ is approximately equal to $M_P$ for some common sections. For example, for $D = h$, we note that $M = 0.94 M_P$ for curved beams with rectangular sections and $M = 0.96 M_P$ for curved beams with circular sections. However, for curved beams with T-sections, $M$ may be greater than $M_P$. Other exceptions are curved beams with I-sections and box sections, for which $D$ should be greater than $2h$ in order for $M$ to be approximately equal to $M_P$.

**Fully Plastic versus Maximum Elastic Loads for Curved Beams** / A linearly elastic analysis of a load carrying member is required in order to predict the load-deflection relation of linearly elastic behavior of the member up to the load $P_Y$ that initiates yielding in the member. The fully plastic load is also of interest since it is often considered to be the limiting load that can be applied to the member before the deformations become excessively large.

The fully plastic load $P_P$ for a curved beam is often more than twice the maximum elastic load $P_Y$. Fracture loads for curved beams that are made of ductile metals and that are subjected to static loading may be 4 to 6 times $P_Y$. Dimensionless load-deflection experimental data for a uniform rectangular section hook made of a structural steel are shown in Fig. 8-7.2. The deflection is defined as the change in distance $ST$ between points $S$ and $T$ on the hook. The hook did not fracture even for loads such that $P/P_Y > 5$. A computer program written by J. C. McWhorter, H. R. Wetenkamp, and O. M. Sidebottom[7] gave the predicted curve in Fig. 8-7.2. The experimental data agree well with predicted results.

As noted in Fig. 8-7.2, the ratio of $P_P$ to $P_Y$ is 2.44. Furthermore, the load-deflection curve does not level off at the fully plastic load, but continues to rise. This behavior may be attributed to strain-hardening. Because of the steep stress gradient in the hook, the strains in the most strained fibers become so large that the material in the most strained

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 44 of 46 PageID #: 24985

fibers begins to strain harden before yielding can penetrate to sufficient depth at section $BC$ in the hook to develop the fully plastic load.

The usual practice in predicting the deflection of a structure at the fully plastic load is to calculate the deflection of the structure at the fully plastic load, assuming that the structure behaves in a linearly elastic manner up to the fully plastic load (point $Q$ in Fig. 8-7.2) and multiplying this deflection by the ratio $P_P/P_Y$ (in this case 2.44). In this case, with this procedure (Fig. 8-7.2) the resulting calculated deflection (approximately calculated as $2.44(2.4) = 5.9$) is greater than the measured deflection.

Usually, curved members such as crane hooks and chains are not subjected to a sufficient number of repetitions of peak loads during their life for fatigue failure to occur. Therefore, the working loads for these members are often obtained by application of a factor of safety to the fully plastic loads. It is not uncommon to have the working load as great or greater than the maximum elastic load $P_Y$.



*Fig. 8-7.2/*Dimensionless load-deflection curves for a uniform rectangular section hook made of structural steel.

## PROBLEM SET 8-7

1. Let the curved beam in Fig. 8-7.1 have a rectangular cross section with depth $h$ and width $b$. Show that the ratio of the bending moment for fully plastic load $P_P$ to the fully plastic moment for pure bending $M_P = Ybh^2/4$ is given by the relation,

$$\frac{M}{M_P} = \frac{4D}{h} \sqrt{1 + \frac{4D^2}{h^2}} - \frac{8D^2}{h^2}$$

2. Let the curved beam in Problem 8-2.1 be made of a steel that has a flat top stress-strain diagram at the yield point stress $Y = 430$ MPa. From the answer to Problem 8-2.1 the load that initiates yielding is equal to $P_Y = SF(P) = 6.05$ kN. Since $D = 3h$, assume $M = M_P$ and calculate $P_P$. Determine the ratio $P_P/P_Y$.

   *Ans.* $P_P = 14.33$ kN, $P_P/P_Y = 2.37$

3. Let the steel in the curved beam in Example 8-4.1 have a flat top at the yield point stress $Y = 280$ MPa. Determine the fully plastic moment for the curved beam. Note that the original cross section must be used. The distortion of the cross section increases the fully plastic moment for a positive moment.

## REFERENCES

1. S. Timoshenko and J. Goodier, *Theory of Elasticity*, 3rd Ed., McGraw-Hill, 1970.
2. H. Bleich, "Die Spannungsverteilung in den Gurtungen gekrümmter Stabe mit T- und I-formigem Querschnitt," *Der Stahlbau, Beilage zur Zeitschrift, Die Bautechnik*, Vol. 6, No. 1, Jan. 6, 1933, pp 3–6. English translation, Navy Department, The David W. Taylor Model Basin, Translation 228, January 1950.
3. C. G. Anderson, "Flexural Stresses in Curved Beams of I- and Box Sections," presented to the Institution of Mechanical Engineers, November 3, 1950.
4. T. von Kármán, *Zeitschrift des Vereines deutscher Ingenieure*, Vol. 55, 1911, p. 1889.
5. S. Timoshenko, "Bending Stresses in Curved Tubes of Rectangular Cross-Section," *Trans. ASME*, Vol. 45, 1923, pp. 135–140.
6. D. C. Broughton, M. E. Clark, and H. T. Corten, "Tests and Theory of Elastic Stresses in Curved Beams Having I- and T-Sections," *Experimental Mechanics*, Vol. 8, No. 1, 1950, pp. 143–155.
7. J. C. McWhorter, H. R. Wetenkamp, and O. M. Sidebottom, "Finite Deflections of Curved Beams," *Journal of the Engineering Mechanics Division, Proceedings of ASCE*, April 1971, pp. 345–358.

Case 1:14-ml-02570-RLY-TAB   Document 6103-2   Filed 09/06/17   Page 46 of 46 PageID #: 24987

## Additional References

1. Y. Enda, "Analysis of Thin-Walled Curved Beams by the Transfer Matrix Method," *Advances in Computational Methods in Structural Mechanics and Design*, University of Alabama press, Huntsville, 1972, pp. 757–774.
2. V. Z. Vlasov, *Theory of Thin-Walled Elastic Beams*, Gihodo Press, Tokyo, 1967.
3. F. Wansleben, "Die Berechnung drehfester gekrümmten dünnwandigen Trägern," *Der Stahlbau*, Vol. 33, 1964, pp. 364–372.