# EXHIBIT F

# ENGINEERING DESIGN

**FIFTH EDITION**

George E. Dieter
*University of Maryland*

Linda C. Schmidt
*University of Maryland*





The McGraw-Hill Companies

Mc Graw Hill — Connect Learn Succeed™

ENGINEERING DESIGN, FIFTH EDITION

Published by McGraw-Hill, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY 10020. Copyright © 2013 by The McGraw-Hill Companies, Inc. All rights reserved. Previous editions © 2009, 2000, and 1991. Printed in the United States of America. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 1 0 9 8 7 6 5 4 3 2

ISBN 978-0-07-339814-3
MHID 0-07-339814-4

Vice President & Editor-in-Chief: *Marty Lange*
Vice President of Specialized Publishing: *Janice M. Roerig-Blong*
Editorial Director: *Michael Lange*
Global Publisher: *Raghothaman Srinivasan*
Senior Sponsoring Editor: *Bill Stenquist*
Marketing Manager: *Curt Reynolds*
Developmental Editor: *Lorraine K. Buczek*
Project Manager: *Melissa M. Leick*
Design Coordinator: *Brenda A. Rolwes*
Cover Designer: *Studio Montage, St. Louis, Missouri*
Cover Image: *© Getty Images RF*
Buyer: *Laura Fuller*
Media Project Manager: *Balaji Sundararaman*
Compositor: *Cenveo Publisher Services*
Typeface: *10.5/12 Times Roman*
Printer: *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Dieter, George Ellwood.
  Engineering design. — 5th ed. / George E. Dieter, Linda C. Schmidt.
    p. cm.
  ISBN 978-0-07-339814-3 (acid-free paper)
  1. Engineering design. I. Schmidt, Linda C. II. Title.
  TA174.D495 2013
  620'.0042—dc23
                                                                                2011048958

www.mhhe.com

### 1.3.3 A Problem-Solving Methodology

Designing can be approached as a problem to be solved. A problem-solving methodology that is useful in design consists of the following steps.[1]

- Definition of the problem
- Gathering of information
- Generation of alternative solutions
- Evaluation of alternatives and decision making
- Communication of the results

This problem-solving method can be used at any point in the design process, whether at the conception of a product or the design of a component.

#### Definition of the Problem

The most critical step in the solution of a problem is the *problem definition* or formulation. The true problem is not always what it seems at first glance. Because this step seemingly requires such a small part of the total time to reach a solution, its importance is often overlooked. Figure 1.4 illustrates how the final design can differ greatly depending upon how the problem is defined.

The formulation of the problem should start by writing down a problem statement. This document should express as specifically as possible what the problem is. It should include objectives and goals, the current state of affairs and the desired state, any constraints placed on solution of the problem, and the definition of any special technical terms. The problem-definition step in a design project is covered in detail in Chap. 3.

Problem definition often is called *needs analysis.* While it is important to identify the needs clearly at the beginning of a design process, it should be understood that this is difficult to do for all but the most routine design. It is the nature of the design process that new needs are established as the design process proceeds because new problems arise as the design evolves. At this point, the analogy of design as problem solving is less fitting. Design is problem solving only when all needs and potential issues with alternatives are known. Of course, if these additional needs require reworking those parts of the design that have been completed, then penalties are incurred in terms of cost and project schedule. Experience is one of the best remedies for this aspect of designing, but modern computer-based design tools help ameliorate the effects of inexperience.

#### Gathering Information

Perhaps the greatest frustration you will encounter when you embark on your first design project will be either the dearth or the plethora of information. Your assigned problem may be in a technical area in which you have no previous

---

1. A similar process called the guided iteration methodology has been proposed by J. R. Dixon; see J. R. Dixon and C. Poli, *Engineering Design and Design for Manufacturing,* Field Stone Publishers, Conway, MA, 1995. A different but very similar problem-solving approach using TQM tools is given in Sec. 4.6.