# EXHIBIT N

## Laboratory Investigations

# Toward an Optimal Position for Inferior Vena Cava Filters: Computational Modeling of the Impact of Renal Vein Inflow with Celect and TrapEase Filters



Stephen L. Wang, MD, and Michael A. Singer, PhD

**PURPOSE:** To evaluate the hemodynamic effects of renal vein inflow and filter position on unoccluded and partially occluded inferior vena cava (IVC) filters with use of three-dimensional computational fluid dynamics.

**MATERIALS AND METHODS:** Three-dimensional models of the TrapEase and Günther Celect IVC filters, spherical thrombi, and an IVC with renal veins were constructed. Hemodynamics of steady-state flow was examined for unoccluded and partially occluded TrapEase and Günther Celect IVC filters in varying proximity to the renal veins.

**RESULTS:** Flow past the unoccluded filters demonstrated minimal disruption. Natural regions of stagnant/recirculating flow in the IVC were observed superior to the bilateral renal vein inflows. High flow velocities and elevated shear stresses were observed in the vicinity of renal inflow. Spherical thrombi induce stagnant/recirculating flow downstream of the thrombus. Placement of the TrapEase filter in the suprarenal position resulted in a large area of low shear stress/stagnant flow within the filter just downstream of thrombus trapped in the upstream trapping position.

**CONCLUSIONS:** Filter position with respect to renal vein inflow influences filter trapping hemodynamics. Placement of the TrapEase filter in a suprarenal location may be thrombogenic, with redundant areas of stagnant/recirculating flow and low shear stress along the caval wall caused by the upstream trapping position and the naturally occurring region of stagnant flow from the renal veins. Infrarenal vein placement of IVC filters in a near-juxtarenal position with the downstream cone near the renal vein inflow likely confers increased levels of mechanical lysis of trapped thrombi from increased shear stress from renal vein inflow.

J Vasc Interv Radiol 2010; 21:367–374

**Abbreviations:** IVC ff inferior vena cava, Re ff Reynolds number, WSS ff wall shear stress

INFERIOR vena cava (IVC) filters have played an integral role in the prevention of pulmonary embolism from deep vein thrombosis for more than 30 years. More than 100,000 filters are placed annually in the United States alone (1). Despite this extensive use of filters, very little is understood about the ideal position for an IVC filter. Currently, IVC filter manufacturers have received approval for filter placement only in the infrarenal IVC, though off-label use in the suprarenal IVC with particular clinical scenarios (eg, thrombus in the gonadal or renal veins or within the IVC at or near the level of the renal veins, anatomic variation in the IVC and renal vein, and intrinsic or extrinsic IVC narrowing) is well documented (2).

An ideal IVC filter traps significant thrombus without significantly increasing the risk of thrombosis from inducing a prothrombotic state or trapping emboli. Indeed, the PREPIC (Prévention du Risque d'Embolie Pulmonaire par Interruption Cave) study group (3) noted a statistically significant in-

From the Division of Vascular and Interventional Radiology (S.L.W.), Kaiser Permanente Santa Clara Medical Center, Santa Clara; and Center for Applied Scientific Computing (M.A.S.), Lawrence Livermore National Laboratory, Livermore, California. Received July 16, 2009; final revision received October 28, 2009; accepted November 11, 2009. **Address correspondence to** S.L.W., Division of Vascular and Interventional Radiology, Kaiser Permanente Santa Clara Medical Center, 700 Lawrence Expwy., Santa Clara, CA 95051; E-mail: stephen.wang@alumni.duke.edu

Computer time on the Lawrence Livermore National Laboratory's Yana cluster was provided under Livermore Computing's Multiprogrammatic and Institutional Computing Initiative. The Lawrence Livermore National Laboratory is operated by Lawrence Livermore National Security for the United States Department of Energy, National Nuclear Security Administration, under Contract DEAC5207NA27344.

Neither author has identified a conflict of interest.

© SIR, 2010

DOI: 10.1016/j.jvir.2009.11.013

CookMDL2570_0152595

crease in deep vein thrombosis 8 years after placement of a permanent IVC filter and suggested that this may be related to thrombosis at the filter site. A causal relationship between deep vein thrombosis and filters has not been established, but two potential theories are that (i) filters may cause progressive damage to the vein wall with secondary IVC occlusion at the filter or narrowing and eventual stenosis that contributes to deep vein thrombosis at or below the filter or (ii) IVC filters may induce a local prothrombotic state either by their design or after trapping emboli (4). Most endovascular interventionalists advocate filter placement in an infrarenal position, thereby decreasing the risk of renal vein thrombosis from potential filter occlusion. The "infrarenal" portion of the IVC is a vague term that includes the entire length of the IVC from the renal veins caudally to the IVC bifurcation into the common iliac veins. With respect to renal vein inflow, where is the precise, ideal position to deploy an IVC filter? Does such a location exist?

The Society of Interventional Radiology Foundation consensus panel on the development of a research agenda for IVC filters recently published a list of basic science research priorities, which includes "computerized flow dynamic studies of multiple filters" (5). Both in vitro bench experiments and computational flow modeling of several types of filters have been reported (4,6–8). However, we are aware of no study that has incorporated renal vein inflow. Building on the work of Singer et al (4), which evaluated the TrapEase IVC filter (Cordis, Miami Lakes, Florida) in a computational flow model and corroborated results with bench experiments, the present study models the TrapEase and Günther Celect filters (Cook, Bloomington, Indiana) with and without nonocclusive thrombus in an IVC model that incorporates anatomically correct renal vein inflows. Computer simulations were run with the filters in varying proximity to the renal veins to determine whether an ideal position exists with regard to renal vein inflow and filter flow dynamics.

## MATERIALS AND METHODS

Three-dimensional computer models of the IVC with renal veins, Günther Celect filter, TrapEase filter, and simulated thrombi were constructed to study flow dynamics with the filters in various positions. Hemodynamic properties in and around unoccluded and partially occluded filters were examined via three-dimensional computational fluid dynamics.

### IVC and Renal Vein Model

As previously described by Singer et al (4), the IVC was modeled as a rigid, straight pipe with a diameter of 23 mm, per the average IVC diameter described by Kaufman et al (9). Renal veins were also modeled as straight rigid pipes.

The diameters and entry angles of the renal veins into the IVC were calculated from abdominal computed tomography (CT) scans of 24 patients (12 male, 12 female; average age, 55 years, age range, 16–89 y) with no known renal disease or variant renal venous anatomy. Renal vein diameters were measured from intravenous contrast medium–enhanced axial CT images (2.5-mm slice thickness; Lightspeed 16; GE Medical Systems, Milwaukee, Wisconsin) near the confluence with the IVC. Renal vein entry angles were measured using picture archiving and communication system software (Stentor I-site, version 3.3.1; Philips, Best, The Netherlands) from intravenous contrast medium–enhanced coronal CT images (5-mm slice thickness) reformatted from the axial source images. Coronal reformatted images were also used to identify which renal vein was more caudal in location, and the craniocaudal distance between the right and left renal veins was recorded. Average bilateral renal vein diameters (right, 10.5 mm ± 2.0; left, 8.8 mm ± 1.8), bilateral renal vein entry angles (right, 62.0° ± 26.8°; left, 60.7° ± 11.1°), and cranial–caudal distance between the renal vein entry levels (6.8 mm ± 7.5) were used to construct the model of the IVC and renal veins (Fig 1). The right renal vein was more caudal than the left in a majority of the patients (right more caudal, $n = 10$; left more caudal, $n = 3$; approximately the same level, $n = 11$). Therefore, the model was constructed with the right renal vein entry 10 mm more caudal than the left.

Patient anatomic information used from the CT scans was given exemption status after meeting our institu-



**Figure 1.** Schematic diagram of the three-dimensional model showing the IVC, renal veins, and filter positions. Letters *A–F* correspond to positions of the downstream cone of the Celect and TrapEase filters. Positions *A* and *B* are infrarenal, *C* is just below juxtarenal position with the cone near the level of the renal vein inflow, *D* and *E* are juxtarenal, and *F* is suprarenal in position.

tional review board and federal regulatory criteria for exemption.

### TrapEase and Günther Celect Filter Models

Construction of the TrapEase model was described by Singer et al (4). The computer model of the Günther Celect filter was similarly constructed according to methods of computer-aided design. In particular, the Celect filter was inserted into a glass test tube with an



**Figure 2.** Models of the unoccluded TrapEase and Celect filters within the computational model of the IVC and renal veins. Filters are positioned at vena cava positions C and F in the schematic diagram in **Figure 1**. Note the regions of naturally occurring stagnant flow (arrows) along the bilateral vena cava walls just downstream of the renal venous inflow.

inner diameter of 23 mm, and high-resolution digital photographs were taken with a DiMAGE-Xt digital camera (Minolta, Osaka, Japan). Measurements of the filter were also obtained with a Centech 6-inch digital caliper (Harbor Freight Tools, Camarillo, California). The photographs and measurement data were then imported into the GNU Image Manipulation Program (GNOME Foundation, Groton, Massachusetts), in which spatial geometry of the filter was extracted on the basis of pixel color and location. The geometric specifications were imported into the Overture software framework (Lawrence Livermore National Laboratory, Livermore, California) (10,11), in which computer models were constructed for each filter. For ease in modeling, the extraluminal barbs were excluded from the model because their presence does not alter the characteristics of flow intraluminally.

### Clot Models

As previously described by Singer et al (4), spherical thrombi were modeled as rigid spheres. The volumes were 0.5 mL and 1.0 mL, which is consistent with the visual scale described by Wang et al (12) and similar to the volumes used in previous studies of the TrapEase filter.

### Simulations

As previously described by Singer et al (4), flow was modeled as an incompressible, Newtonian fluid whose motion is described mathematically by the Navier–Stokes equation (13). The Navier–Stokes equations were solved with the incompressible flow solver within the Overture software framework, and postprocessing was performed using tools provided by Overture, custom scripts written in Matlab (MathWorks, Natick, Massachusetts), and the GNU Image Manipulation Program.

Simulations were performed with unoccluded and partially occluded TrapEase and Günther Celect filters. Thrombi were positioned in the upstream and downstream trapping positions of the TrapEase filter and in the single downstream position of the Günther Celect filter. Both filters were placed in the geometric center of the simulated cylindrical IVC and were placed in varying locations in the cranial–caudal plane of the IVC to simulate infrarenal vein placement (**Fig 1**, positions A and B), juxtarenal vein placement (**Fig 1**, posi-

tions C–E), and suprarenal vein placement (**Fig 1**, position F).

The mean inlet velocity of the infrarenal vein IVC was 3.44 cm/sec, which corresponds to a flow rate of 0.86 L/min in the 23-mm-diameter IVC and a Reynolds number (Re) of 320 (Re ﬀ ﬀUD / ﬃ, where ﬀ is the density of blood [1,040 kg/m$^3$], U is the mean inlet velocity, D is the diameter of the vena cava [23 mm], and ﬃ is the viscosity of blood [2.57e-3 kg/msec]). Flow at this Re is laminar. Even though a Re of 600 has been used in previous studies (4,6,8,14), the corresponding flow rate (e.g., 2 L/min in a 2-cm vena cava [6]) is more indicative of higher flow velocities typically seen in the suprarenal IVC. The peak renal vein flow velocities were 40.2 cm/sec (0.73 L/min, Re ﬀ 715) and 43.5 cm/sec (1.13 L/min, Re ﬀ 925) for the right and left veins, respectively. These velocities are consistent with previous reports of Doppler renal vein velocities in normal adults (15). Inflow to the IVC and renal veins was specified by parabolic velocity profiles.

### RESULTS

As in Singer et al (4), the three-dimensional Navier–Stokes equations

Case 1:14-ml-02570-RLY-TAB   Document 6103-4   Filed 09/06/17   Page 5 of 5 PageID #: 24996



**Figure 3.** Normalized WSS profiles for the Celect filter in different IVC positions (see A–F in **Fig 1**) with a 1.0 mL spherical thrombus in the central downstream trapping position. Dotted line indicates Celect filter at position C without thrombus. Both sides of the vena cava wall are evaluated. Flow is from left to right, and the x-axis denotes the distance (in mm) from the downstream tip of the filter. Symmetry is observed in the Celect filter with low WSSs downstream of the thrombus and relatively high shear stresses with suprarenal placement (position F in **Fig 1**). Breaks in the WSS lines correspond with the locations of renal vein inflow where no wall is present.

were solved for the velocity and the pressure. In the contour plots of the axial velocity, all velocities were normalized by the corresponding value for fully developed pipe flow. Because the speed of renal inflow is significantly greater than IVC flow (as noted earlier), the color scales show the greatest variation of flow speeds near the renal veins: flow upstream of the renal veins is relatively uniform. The wall shear stresses (WSSs) were normalized by the corresponding value for pipe flow, and the breaks in the line plots denote the locations of renal inflow, where no wall is present. In all figures showing flow and normalized velocities, IVC flow is from the bottom to the top, and renal vein inflow is toward the vena cava.

### Unoccluded Filters

For the unoccluded TrapEase and Celect filters (**Fig 2**), there is minimal disruption to the flow upstream of the renal veins. That is, **Figures 3 and 4** show that the normalized WSS upstream of the renal veins is nearly constant and equal to unity, which corresponds to pipe flow. In addition, on the velocity scales that capture the dynamics of the renal inflow, both filters demonstrate only small deviation from pipe flow, and renal inflow impacts only the flow field downstream of the renal veins. Consequently, the flow upstream of the renal veins is comparable to that studied by Singer et al (4), in which the unoccluded TrapEase filter did not disrupt the flow significantly. Near the sites of renal inflow, the renal veins act as jets that introduce high-speed flow into the vena cava, and the flow downstream of the renal veins is disrupted. Immediately downstream of both renal veins, regions of low velocity and recirculating flow are observed near the wall of the cava, which is a result of the large velocity difference between IVC flow and renal flow (arrows, **Fig 2**). The filters disrupt the renal inflow in close proximity to the renal veins; the flow must change direction (thereby increasing the transverse components of velocity) to bypass the filter and flow downstream. When the filter is proximal to or downstream of the renal veins, flow inside the filter is disrupted significantly (**Fig 2**).

The WSS profiles for both unoccluded filters exhibit regions of low WSS immediately downstream of the renal inflow (dotted lines in **Figs 3, 4**). As noted earlier, these areas correspond to regions of low-velocity flow that is pushed aside by high-velocity flow coming from the renal veins. Consequently, the recirculating flow gives rise to negative velocity gradients, which produce large, negative WSSs. Upstream of the renal inflow, the WSSs are nearly uniform, and the normalized values are close to unity, thereby indicating minor deviations from pipe flow.

### Partially Occluded Filters

Partial occlusion of the TrapEase and Celect filters disrupts flow downstream of the thrombus (**Figs 5, 6**). However, when trapped thrombus is proximal to the renal veins, incoming renal flow is redirected by the thrombus and forced downstream along the vena cava wall. Consequently, flow along the vena cava wall (immediately downstream of renal inflow) is accelerated, and the volume of stagnant/recirculating flow is reduced compared with the unoccluded configuration. In addition, the renal vein inflow may be directed at the thrombus trapped downstream when the filter cones are positioned closer to the renal veins.

As previously described by Singer et al (4), partially occlusive thrombus in the upstream trapping position of the TrapEase filter results in a region of low-speed, intrafilter flow (**Fig 5**) that is accompanied by low shear stresses along the ipsilateral vena cava wall (**Fig 4**). This region of stagnant/recirculating flow can be larger when the TrapEase filter is placed in a suprarenal location, as the stagnant region along the vena cava wall caused by the nonocclusive thrombus overlaps with a naturally occurring region of stagnant/recirculating flow just downstream

CookMDL2570_0152598