

**Figure 4.**   Normalized WSS profiles for the TrapEase filter in different IVC positions (see *A–F* in **Fig 1**) with a 1.0 mL spherical thrombus in the central downstream trapping position **(a)** or a 0.5 mL spherical thrombus in the right lateral upstream trapping position **(b)**. Dotted line indicates TrapEase filter at position C (see **Fig 1**) without thrombus. Both sides of the vena cava wall are evaluated. Flow is from left to right, and the x-axis denotes distance (in mm) from the downstream tip of the filter. Breaks in the lines of WSS correspond with the locations of renal vein inflow where no wall is present. **(a)** Symmetry is observed in the TrapEase filter with low WSSs downstream of the thrombus and relatively high shear stresses with suprarenal placement (position F in **Fig 1**). **(b)** At position F (red line), there is a decrease in the WSS along the right wall at approximately 50 mm proximal to the downstream tip of the filter, which is a result of the overlap between the stagnant/recirculating flow downstream of the renal vein inflow (from 55 mm to 60 mm upstream of the tip) and the flow disruption caused by the upstream, laterally trapped thrombus.

to the renal vein inflow bilaterally (**Fig 5**).

WSS profiles for the two filters are qualitatively similar (**Figs 3, 4**). In particular, for the filters upstream or inferior to the renal veins, the peak WSS occurs near the narrow passage between the vena cava wall and the trapped thrombus; the minimum WSS is near the stagnant/recirculating zone immediately downstream of renal inflow. When the filters are in a suprarenal vein location, the locations of maximum and minimum wall stress remain unchanged (near the thrombus and downstream of renal inflow, respectively), but the trapped thrombus is downstream of renal inflow, which leads to a comparatively large peak in the WSS as a result of the high-speed flow past the thrombus.

## DISCUSSION

The present computational flow study indicates that renal vein inflow has significant hemodynamic effects on blood flow near IVC filters. Based on previous magnetic resonance (MR) imaging and ultrasound (US) studies that included groups of control patients (15–17), there is some variability in peak renal venous velocities. The renal inflow velocities used here fall well within the parameters from earlier physiologic studies. The renal venous flow in the model dominates the overall flow pattern in the IVC downstream from the renal inflow. This dominant flow is perhaps best demonstrated by a naturally occurring region of stagnant/recirculating flow, which is superior to the confluence of each renal vein (arrows, **Figs 2, 5**).

Singer et al (4) previously demonstrated intrafilter regions of low shear stress and stagnant/recirculating flow along the vena cava wall, immediately downstream of the upstream trapping position of the TrapEase filter. Regions of low shear stress and stagnant/recirculating flow can be thrombogenic as a result of the accumulation of thrombin and fibrin (18). Recent clinical studies suggest a higher incidence of intrafilter thrombus and caval thrombosis with the nearly structurally identical OptEase filter as described by Singer et al (4). The upstream trapping position is particularly concerning with the TrapEase filter in a suprarenal position, as the region of stagnant/recirculating flow just downstream of trapped thrombus in the upstream trapping position can overlap with the naturally occurring region of stagnant/recirculating flow just superior to the renal vein confluence bilaterally (**Fig 5**). If the two regions overlap, the portion of vessel occupied by stagnant flow is larger and may increase the risk for thrombosis along the caval wall.

The present study presents results from a computational flow model of the Günther Celect filter with renal inflow. In its optimal position, which is centered in the IVC, the Celect filter demonstrates minimal flow disturbance in the unoccluded state. Since the Celect filter has only one trapping position, the resulting flow dynamics are similar to the downstream trapping position of the TrapEase filter. Both partially occluded filters demonstrated similar regions of low shear stress and stagnant flow downstream from the simulated thrombi (**Figs 5, 6**). High shear stress is seen



**Figure 5.** TrapEase filter at IVC positions A, C, and F (see **Fig 1**) with a 0.5 mL thrombus in the upstream trapping position (*A1*, *C1*, and *F1*) and a 1.0 mL thrombus in the downstream trapping position (*A2*, *C2*, and *F2*). Color scale corresponds with normalized velocities. For configurations F1 and F2, the arrows denote regions of naturally occurring stagnant/recirculating flow caused by renal inflow.



**Figure 6.** Flow past the Celect filter partially occluded with a 1.0-cm3 thrombus. The velocity color scale is normalized (to pipe flow), and all images have the same scale. The filters are positioned at IVC stations A–F (see **Fig 1**).

along the caval wall downstream from the thrombus in the infrarenal filter positions. As both filters are moved more superiorly, with the downstream capture cone just below or near the level of the renal vein inflow (**Fig 1**, position C), the volume of stagnant/recirculating flow downstream from the filter decreases. In addition, high velocities and shear stresses are seen along the downstream filter cone. These conditions may reduce the risk of primary hemostasis by stimulating the secretion of tissue plasminogen activator and therefore reduce the risk of secondary hemostasis by clearing fibrin and thrombin and increasing mechanical lysis of thrombi (19). Therefore, placement of these two IVC filters in a near juxtarenal location (**Fig 1**, position C) may decrease the risk of thrombus propagation within the filter cone because significantly higher shear stresses and velocities from renal vein inflow serve to reduce stagnant flow and may improve mechanical lysis of trapped thrombi.

Positioning the filters in a true juxtarenal position (**Fig 1**, position D) results in similar regions of high shear stresses and velocities in the central, downstream trapping positions of both filters. Even though these flow conditions may also serve to mechanically lyse smaller thrombi trapped in the filter, positioning the filter at this level must be weighed against the risk of caval occlusion (possibly from large, unstable lower extremity deep vein thrombus) and potential subsequent bilateral renal vein occlusion. In addition, the legs and centering struts of the Celect filter may become engaged in the renal veins.

Suprarenal placement of the filters demonstrates the dominant flow of the renal veins relative to flow through the IVC. High shear stresses and velocities are seen along the caval walls in the partially occluded TrapEase and Celect filters in the downstream positions. In the case of partially occluded filters, the high flow rates and shear stresses along the caval walls suggest a decreased risk of secondary hemostasis as a result of mechanical lysis and clearing of fibrin and thrombin. A recent retrospective, single-center review of suprarenal filters (N ff 70) by

CookMDL2570_0152600

Kalva et al (2) described no patients who presented with caval thrombosis during a mean follow up of 573 days; however, it is worth noting that, in the 30 patients who had follow-up abdominal CT scans, intrafilter thrombus was noted in three cases (10%), two with a TrapEase filter and one with a Günther Tulip filter (2). In addition, the thrombus was "seen in the periphery of the TrapEase filter as a thin rim attached to the wall of the IVC. In the case of the Tulip filter, the thrombus was seen in the apex of the filter" (2). These clinical observations regarding the location of trapped thrombus correlate well with results from our flow models. Specifically, trapped thrombus in the upstream trapping position of the TrapEase filter may induce a larger region of stagnant flow along the ipsilateral vena cava wall as a result of a naturally occurring region of stagnant flow that is already present because of renal inflow. This could lead to intrafilter thrombus along the vena cava wall, which may be difficult to clear because of stagnant flow. This correlates with what was described clinically by Kalva et al (2).

Our computer model is founded on simplified, but generally realistic, assumptions. The walls of the vena cava and renal veins are modeled as smooth and rigid even though in vivo the vena cava and renal veins are dynamic and demonstrate variations in angle and radial diameter. Our model is also limited in that the vena cava typically has a larger diameter in the suprarenal portion, but for simplicity the infrarenal and suprarenal IVC are taken to have a uniform diameter. Our steady-state flow velocities from the renal veins and IVC are based on clinical studies from MR imaging and US (15–17), but in vivo the inflow velocities are unsteady and change with exercise and physiologic conditions. This study is limited to spherical thrombi, but based on results from Singer et al (4), different shapes generally result in similar shear stresses and velocity profiles, especially when thrombi are trapped in the center of the IVC. Swaminathan et al (20) also noted that spherical thrombi represent, in some sense, a statistical average of irregular shapes. The diameters and angles of the renal veins are based on average values from patient CT scans, even though significant variation is seen within the general population and renal venous anatomic variants are common (eg, circumaortic left renal vein, retroaortic left renal vein, and duplicated IVCs) (21). Other sources of IVC inflow including lumbar veins and other venous tributaries are not included in our model. Finally, the Celect filter was modeled only in the center of the IVC, but the Celect is susceptible to tilting at the time of deployment (22).

Our computational flow model of the IVC and renal veins suggests that the ideal location for infrarenal IVC filter placement is immediately upstream of the juxtarenal position, with the downstream cone of the filter near the level of renal inflow (Fig 1, position C). The dominating high-velocity inflow from the renal veins serves as a source of higher shear stresses and flow velocities that may decrease primary and secondary hemostasis, particularly in the case of nonocclusive thrombi trapped in the downstream filter cone. True juxtarenal positioning confers similar higher shear stresses but also increases the risk of renal vein thrombosis from filter occlusion. Suprarenal placement of IVC filters may confer a decreased risk of hemostasis as a result of much higher WSS and flow velocities; however, in the event of a large occlusive thrombus, the risk of renal vein thrombosis must be considered. Suprarenal placement of the TrapEase filter carries the additional risk of inducing large, redundant areas of stagnant flow at the upstream trapping position that may be thrombogenic. Given the results of this computational flow model, future clinical studies of IVC filters that examine outcomes based on the relative position of filters with regard to renal veins are warranted.

**References**
1. Lee P, Raizada A, Ciocca R. Growing utilization of IVC filter placement from 2001-2005: analysis of NIS. Presented at the Society for Clinical Vascular Surgery 2009 Meeting; March 18–21, 2009; Fort Lauderdale, FL.
2. Kalva SP, Chlapoutaki CC, Wicky S, et al. Suprarenal inferior vena cava filters: a 10-year experience. J Vasc Interv Radiol 2008; 19:1041–1047.
3. The PREPIC Study Group. Eight year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism. Circulation 2005; 112:416-422.
4. Singer MA, Henshaw WD, Wang SL. Computational modeling of blood flow in the TrapEase inferior vena cava filter. J Vasc Interv Radiol 2009; 20: 799–805.
5. Kaufman JA, Rundback JH, Kee ST, et al. Development of a research agenda for inferior vena cava filters: proceedings from a multidisciplinary research consensus panel. J Vasc Interv Radiol 2009; 20:697–707.
6. Leask RL, Johnston KW, Ohja M. Hemodynamic effects of clot entrapment in the TrapEase inferior vena cava filter. J Vasc Interv Radiol 2004; 15:485–490.
7. Stewart SF, Robinson RA, Nelson RA, et al. Effects of thrombosed vena cava filters on blood flow: flow visualization and numerical modeling. Ann Biomed Eng 2008; 36:1764–1781.
8. Harlal A, Ojha M, Johnston KW. Vena cava filter performance based on hemodynamics and reported thrombosis and pulmonary embolism patterns. J Vasc Interv Radiol 2007; 18:103–115.
9. Kaufman, JA, Waltman AC, Rivitz SM, Geller SC. Anatomical observations on the renal veins and inferior vena cava at magnetic resonance angiography. Cardiovasc Interv Radiol 1995; 18: 153–157.
10. Brown DL, Henshaw WD, Quinlan DJ. An object oriented framework for solving partial differential equations. In: Scientific computing in object-oriented parallel environments: Springer lecture notes in computer science, vol. 1343. New York: Springer, 1997; 177–194.
11. Henshaw WD, Schwendeman DW. Moving overlapping grids with adaptive mesh refinement for high speed reactive and non-reactive flow. J Comp Phys 2006; 216:744–779.
12. Wang SL, Timmermans HA, Kaufman JA. Estimation of trapped thrombus volumes in retrievable inferior vena cava filters: a visual scale. J Vasc Interv Radiol 2007; 18:273–276.
13. Panton RL. Incompressible flow. In: Incompressible flow, 2nd ed. New York: John Wiley and Sons, 1996; 228–253.
14. Leask RL, Johnston KW, Ojha M. In vitro hemodynamic evaluation of a Simon nitinol vena cava filter: possible explanation of IVC occlusion. J Vasc Interv Radiol 2001; 12:613–618.
15. Avasthi PS, Greene ER, Scholler C, et al. Noninvasive diagnosis of renal thrombosis by ultrasonic echo-Doppler flowmetry. Kidney Int 1983; 23:882–887.
16. Cheng CP, Herfkens RJ, Taylor CA. Inferior vena cava hemodynamics quantified in vivo at rest and during cyclic exercises using magnetic reso-

CookMDL2570_0152601

nance imaging. Am J Physiol Heart Circ Physiol 2003; 284:1161–1167.
17. Kim WS, Cheon JE, Kim IO, et al. Hemodynamic investigation of the left renal vein in pediatric varicocele: Doppler US, venography, and pressure measurements. Radiology 2006; 241:228–234.
18. Lowe G. Virchow's triad revisited: abnormal flow. Pathophysiol Haemost Thromb 2004; 33:455-457.
19. Kroll MH, Hellums JD, Mcintire LV, Schafer AI, Moake JL. Platelets and shear stress. Blood 1996; 88:1525–1541.
20. Swaminathan TN, Hu HH, Patel AA. Numerical analysis of the hemodynamics and embolus capture of a Greenfield vena cava filter. J Biomed Eng 2006; 128:360–370.
21. Trigaux JP, Vandrogogenbroek S, De Wispelaere JF, et al. Congenital anomalies of the inferior vena cava and left renal vein: evaluation with spiral CT. J Vasc Interv Radiol 1998; 9: 339–345.
22. Smouse HB, Van Alstine WG, Mack S, et al. Deployment performance and retrievability of the Cook Celect vena cava filter. J Vasc Interv Radiol 2009; 20:376–383.

**CME TEST QUESTIONS**



Examination available at http://directory.sirweb.org/jvircme.

The CME questions in this issue are derived from Wang and Singer, "Toward an Optimal Position for Inferior Vena Cava Filters: Computational Modeling of the Impact of Renal Vein Inflow with Celect and TrapEase Filters."

1. According to the computerized flow dynamic experiments performed in this study, what is the ideal position to deploy an IVC filter with respect to the renal veins?
    a. At least 2 cm below the level of the renal veins
    b. Just below the level of the renal veins
    c. Immediately upstream of the juxtarenal position, with the downstream cone of the filter near the level of the renal vein inflow
    d. In a fully suprarenal location

2. For unoccluded filters, where were the regions of stagnant caval flow noted?
    a. Within the cone of the filters
    b. Immediately downstream of vein inflow along the caval walls
    c. Immediately upstream of both renal veins orifices
    d. At the sites of leg contact with the caval wall

3. The in vitro model mimicked true in vivo parameters in which of the following ways?
    a. The diameter of the model inferior vena cava was made larger in the suprarenal portion.
    b. The flow velocities in the model were within ranges reported in physiologic studies.
    c. Additional sources of inflow including lumbar veins were included in the model.
    d. The Celect filter was studied both in central and tilted positions.

4. Which of the following characterizes the study's prediction regarding to suprarenal TrapEase filter placement with thrombus in the upstream trapping position?
    a. An area of stagnant/recirculating flow develops just downstream of the thrombus.
    b. An area of stagnant/recirculating blood flow develops just external to the upstream filter cone.
    c. Flow is uninterrupted due to the direction of renal blood flow toward the upstream filter cone.
    d. An area of stagnant/recirculating blood flow develops within the downstream portion of the filter.

CookMDL2570_0152602