# EXHIBIT P

Annals of Biomedical Engineering, Vol. 36, No. 11, November 2008 (© 2008) pp. 1764–1781
DOI: 10.1007/s10439-008-9560-6

# Effects of Thrombosed Vena Cava Filters on Blood Flow: Flow Visualization and Numerical Modeling

Sandy F. C. Stewart, Ronald A. Robinson, Robert A. Nelson, and Richard A. Malinauskas

Office of Science and Engineering Laboratories, Center for Devices and Radiological Health, Food and Drug Administration, White Oak Bldg 62, Rm 2210, 10903 New Hampshire Avenue, Silver Spring, MD 20993, USA

(Received 9 October 2007; accepted 28 August 2008; published online 12 September 2008)

**Abstract**—Inferior vena cava (IVC) filters are used to prevent pulmonary embolism (PE) in patients with deep vein thrombosis for whom anticoagulation is contraindicated. IVC filters have been shown to be effective in trapping embolized clots and preventing PE; however, among the commercially available designs, the optimal balance of clot capture efficiency, clot dissolution, and prevention of to vena cava occlusion is unknown. Clot capture efficiency has been quantified in numerous in vitro studies, in which model clots are released into a mock circulation system, with the relative capture efficiency of various IVC filters analyzed statistically. In general, two-stage filters have been found to be more efficient than one-stage filters. However, other factors may play a role in the ultimate dissolution of clots and in the overall effect of the resulting blood flow on caval vasculature. Clot dissolution has been shown to increase with increasing wall shear stress, while low and oscillating wall shear stresses are known to have a deleterious effect on vessel walls, causing intimal hyperplasia. This paper describes the effect of IVC filters on blood flow, velocity patterns, and wall shear stress by flow visualization and computational fluid dynamics.

**Keywords**—Vena cava filter, Thrombosis, Blood flow, Flow visualization, Computational fluid mechanics, Wall shear stress.

## INTRODUCTION

Deep vein thrombosis affects an estimated 48 per 100,000 Americans per year.[35] The condition is usually treated by anticoagulant therapy to prevent potentially fatal pulmonary embolism,[12] the incidence of which is estimated at 69 per 100,000 per year,[35] with 60,000 dying of the complication per year.[12] In patients for whom anticoagulation is ineffective or contraindicated, a mechanical filter to trap emboli can be placed percutaneously in the inferior vena cava (IVC).[12] The first IVC filters were designed to mitigate the risks associated with ligation or plication of the vena cava,[28] but were subject to obstruction[8] and migration.[29] One design hypothesis is that filters should trap large thromboemboli (which can then undergo lysis by flowing blood), but pass small emboli that can be trapped and lysed in the lungs without serious patient harm.[36] Patients with compromised lung function may require a more occlusive filter that traps smaller emboli as well, although with a possibly greater risk of IVC occlusion.[15,22]

Many IVC filters have been cleared by the U.S. Food and Drug Administration. Today's filters are typically made of flexible stainless steel, titanium, or Nitinol wire. Most use a basic conical shape like the Greenfield[8] and Vena Tech[4] filters, which resemble the struts of an umbrella with the opening facing the incoming flow (Fig. 1). Clots are trapped in the center of the filter, with annular flow around the trapped thrombus providing vena cava patency. Other commercial filters vary from this basic design, some with two stages instead of one (e.g., Figs. 1e and 1f).

### In Vivo Studies

Good clinical results with the Greenfield filter have been reported, with long-term patency rates of 95%.[9] In contrast, the two-stage Simon Nitinol filter showed a caval occlusion rate of about 21%.[7] In a study comparing filters vs. no filters in 400 patients,[31] the incidence of pulmonary embolism was significantly less in those patients receiving filters. Four filter types were used, but stratification by filter type was not performed. Indeed there has been a dearth of blinded, controlled studies reported in the literature,[6] thus good clinical data on the relative efficacy among filter designs is lacking. The optimal filter design to capture emboli, encourage lysis of trapped thrombus, yet allow good caval blood flow is not yet known.[39] The best combination of features is most likely patient

Address correspondence to Sandy F. C. Stewart, Office of Science and Engineering Laboratories, Center for Devices and Radiological Health, Food and Drug Administration, White Oak Bldg 62, Rm 2210, 10903 New Hampshire Avenue, Silver Spring, MD 20993, USA. Electronic mail: sandy.stewart@fda.hhs.gov

0090-6964/08/1100-1764/0 © 2008 U.S. Food & Drug Administration

CookMDL2570_0145181

Effects of Thrombosed Vena Cava Filters on Blood Flow 1765



FIGURE 1. Filters used inflow visualizations (shown unconstrained by vena cava): (a) Greenfield; (b) Simon Nitinol; (c) TrapEase. Corresponding computational models (constrained by 2.0 cm inner diameter vena cava): (d) Greenfield; (e) Simon Nitinol; (f) TrapEase. Top views: (g) Greenfield; (h) Simon Nitinol; (i) TrapEase.

dependent, with lung function being an important indicator of the capture efficiency needed.

Some clinical evidence of the clot trapping process has been reported. Radiographs of the two-stage TrapEase filter showed pieces of clot trapped near the wall in the filter's proximal stage, and in the center of the distal stage.[30] Caval occlusion in a Vena Tech filter has also been documented by radiography.[4] A large, cone-shaped, coiled thrombus was observed to be trapped at the apex of a Vena Tech filter.[24] A wall clot (or intimal hyperplasia) was observed in another patient. The Vena Tech filter has an umbrella-strut shape with additional parallel strut wires along the IVC wall. In animal studies of the Vena Tech filter, intimal hyperplasia of the vena cava was observed near the wall struts.[1] Fibrous evolution of trapped thrombus led

CookMDL2570_0145182

to the formation of fibrous webs between the wall struts and IVC wall in a follow-up study.[5] In a comparison study of stents implanted in the canine aorta and IVC, medial hyperplasia of the IVC associated with thrombus formation led to incorporation of the stent wires into the vessel wall.[27]

In a comparison of the Greenfield and Vena Tech filters performed in sheep, blood clots 5 mm in diameter by 5, 10, and 30 mm long were injected.[26] The Vena Tech filter was found to trap 70 and 100% of the 5 and 10 mm long clots, respectively, while the Greenfield trapped only 26 and 34% of the 5 and 10 mm long clots, respectively. Four out of four Vena Tech filters were occluded with only 2 cm$^3$ of clot, while only two of the four Greenfield filters were occluded, with 4.6 and 8.3 cm$^3$ of clot. This suggests that good trapping efficiency is correlated with a greater tendency for occlusion in these two filters, but whether this rule applies more generally is unknown.

### In Vitro Experiments

In an in vitro study of nine filters,[15] clot capture efficiency was higher for the Simon Nitinol filter than for the Greenfield filter, with cylindrical clots £3 mm diameter escaping through the Greenfield but not the Simon Nitinol filter. This is consistent with the clinical results mentioned above. Other in vitro studies have confirmed the Simon Nitinol filter to be more efficient at clot capture than the Greenfield filter.[10,22,37] The two-stage TrapEase filter has also been found to be more efficient than either the Greenfield or Simon Nitinol filter.[22]

In vitro flow visualizations have shown that an unobstructed Greenfield filter caused little effect on the flow field.[11] A cone-shaped clot occluding the filter caused an annular flow field around the clot. Compared to an empty cylindrical tube, the wall shear stress (WSS) increased seven-fold along the vena cava wall, and tenfold along the clot surface. However, this was not considered to be pathological, leading to hemolysis or thrombogenesis, but in the range to cause clot lysis (as demonstrated in a canine model[8]). No downstream turbulence or flow instabilities were observed.

In contrast, an empty Simon Nitinol filter caused flow stagnation between the distal and proximal stages.[19] The flow was diverted radially to the vena cava wall, thereby doubling the WSS over that in a an empty vena cava. A symmetric clot obstructing the filter caused recirculation and stagnation, along with unsteadiness downstream. The maximum WSS on the clot was 30 times that in a simple tube, but decreased to negative values due to the recirculation zone, thus providing a high spatial WSS gradient. Turbulence intensities due to unsteadiness were on the order of 5%.

An unobstructed TrapEase filter showed flow divergence at the proximal tip and lower velocities within the basket.[20,22] When the TrapEase was obstructed by a symmetric clot in the distal stage, flow diverged around the clot and increased the velocities by 3.6 times. Recirculating and stagnant flow was observed in the clot's wake, extending from the tip of the clot by about 2 cm. Unsteadiness downstream was associated with turbulence intensities reaching 35%. A half-torus clot with elliptical cross-section in the proximal stage next to the wall caused a large zone of stagnant and recirculating flow within the basket downstream of the clot, along the wall of the vena cava. A smaller recirculation zone was present upstream of the clot. No flow instabilities or turbulence were observed.

Thus a major difference among filter designs appears to be the position and symmetry of the trapped clot. The umbrella shape tends to trap thrombi in the center of the filter, allowing annular flow around the clot. However, designs like the TrapEase may also trap thrombi near the wall.[20] Caval blood flow is then shunted asymmetrically around the clot. The parallel wires in contact with the IVC wall may also lead to hyperplasia or incorporation into the vessel wall, as has been observed in the Vena Tech filters.[1,27] The effects in vivo of the resulting blood flow asymmetry and WSS on thrombus lysis, aggregation, and intimal hyperplasia is unknown.

The goal of this study was to examine the flow patterns around model clots trapped in three IVC filter designs via flow visualization and computational fluid dynamics (CFD). Clot models were based on radiographic data[17,24,25] and work by other researchers[3,11,19,20] presented in the literature. The results were analyzed with respect to recirculation patterns, WSS, and other factors which have been correlated to thrombus lysis or growth, and intimal hyperplasia. This work was intended to help define the relative likelihood and magnitude of risk of hemolysis, thrombosis, and intimal hyperplasia among basic filter designs.

## METHODS

### In Vitro Experiments

Three commercially available filters were used in the flow visualization studies: a one-stage Greenfield filter (Boston Scientific, Natick, MA, USA), a two-stage Simon Nitinol filter (Bard Peripheral Vascular, Tempe, AZ, USA), and a two-stage TrapEase filter (Cordis, Miami, FL, USA) (Figs. 1a–c). Flow was visualized in a compliant inferior vena cava model made of 0.3 mm thick silicone, nominally 2 cm in inner diameter.

CookMDL2570_0145183

A centrifugal pump was used to drive steady flow at 1.0 L/min, appropriate for the infrarenal vena cava during resting conditions.[2] The WSS under such conditions was calculated to be 0.74 dyn cm$^{-2}$. Glycerol (58% by weight) in water at 37 °C was used as the blood mimicking fluid, with viscosity (3.5 × 10$^{-2}$ dyn s cm$^{-2}$) and density (1.12 g cm$^{-3}$) approximating that of whole blood. The fluid used was Newtonian. The model vena cava was suspended horizontally in a bath of blood mimicking fluid, so as to minimize refraction effects. Filters with the wall hooks removed (to prevent rupture of the silicone model) were deployed into the vena cava. The flow system included an asymmetric bifurcation formed by the junction of the iliac veins at the inlet of the inferior vena cava (approximately 15 cm upstream of the filter). The asymmetry was based on human anatomy, with the two branchs at 30° and 43° from the vena cava.[13] The flow loop was typical of those designed for performing clot capture studies.

Models of various size clots were cast of polyvinyl chloride gel (MF Manufacturing, Ft. Worth, TX), with shapes designed to fit into the three filters (Figs. 2 and 3). The clots in the Greenfield and the proximal stage of the Simon Nitinol were based on descriptions and radiographs of obstructed filters in patients.[17,24,25] Symmetric cone-shaped clots were fabricated with the downstream angle of the cone configured to match the separation angle of the wires, given the size of the filter deployed in the vena cava (Fig. 2). The clots were made to fill the boundaries of the filter wires; no attempt was made to coil cylindrical clots to fit inside the filters (as might be expected of a long cylindrical clot caught in a filter). Thus it was assumed that real thrombus was sufficiently deformable to pack inside the filters. The upstream ends were hemispherical. Clot diameters were chosen to occlude the filters in a systematically increasing fashion. The cone radii, length, orientation, and angles for the clots used in the Greenfield and Simon Nitinol filters are given in Table 1. Clot sizes were chosen to cover the range that might be expected in vivo.

In contrast, 360° ring-shaped model clots as well as 180° symmetric clots were wrapped around the proximal stage of the TrapEase filter (Fig. 3). These clots were based on descriptions and radiographs of clots trapped by the filter published in the literature.[21,30,33] Table 2 gives the dimensions of these clots. Similar model clots have been used previously in numerous in vitro studies.[3,11,19,20]



FIGURE 2. Clots used in experimental and computational studies: (a) Greenfield flow visualization clots; (b) Greenfield CFD clots; (c) Simon Nitinol flow visualization clots; (d) Simon Nitinol CFD clots. Visible slots in CFD clots are intersections with filter wires. Scale is in centimeters.

CookMDL2570_0145184



FIGURE 3. Clots used in experimental and computational studies: (a) TrapEase flow visualization 180ff asymmetric clots; (b) TrapEase CFD 180ff asymmetric clots; (c) TrapEase flow visualization 360ff ring clots; (d) TrapEase CFD 360ff ring clots.

TABLE 1. Dimensions of clots in Greenfield & Simon Nitinol filters.

| Filter | Clot radius (cm) | Clot cone height (cm) | Downstream clot angle (□) | Maximum clot area (cm$^2$) | Clot volume (cm$^3$) |
| --- | --- | --- | --- | --- | --- |
| Greenfield | 0.35 | 1.28 | 15.3 | 0.385 | 0.25 |
|  | 0.75 | 3.00 | 14.0 | 1.767 | 2.65 |
|  | 0.90 | 2.70 | 18.4 | 2.545 | 3.82 |
| Simon Nitinol | 0.48 | 0.83 | 30.0 | 0.724 | 0.43 |
|  | 0.75 | 1.57 | 25.5 | 1.767 | 1.81 |
|  | 0.90 | 1.50 | 31.0 | 2.545 | 2.80 |

TABLE 2. Dimensions of clots in TrapEase filters.

| Filter | Clot | Clot inner radius (cm) | Clot area (cm$^2$) | Clot volume (cm$^3$) |
| --- | --- | --- | --- | --- |
| TrapEase | Small 180□ asymmetric clot | 0.40 | 1.200 | 0.90 |
|  | Large 180□ asymmetric clot | 0.05 | 1.700 | 1.62 |
|  | Small 360□ ring | 0.68 | 1.689 | 0.42 |
|  | Large 360□ ring | 0.52 | 2.292 | 0.86 |

### Digital Particle Imaging Velocimetry (DPIV) Technique

The blood mimicking fluid was seeded with 20–40 lm polystyrene particles, dyed with a fluorescent dye (Rhodamine 6G and Dichloro-fluorescein dye)[1] that absorbed light at 532 nm and emitted light at 570 nm. The vena cava filter was illuminated by a 532 nm Nd:YAG dual pulsed laser (model Solo I, New Wave Research, Fremont, CA), using a flexible hollow optical fiber.[32] A Powell lens (OZ Optics, Ottawa, Canada) was used to spread the laser light emitted from the fiber into a 1 mm thick laser sheet. A micromanipulator system was used to adjust the laser sheet so that it illuminated the central plane of the filter. A digital CCD camera (model ES 1.0, Kodak, Rochester, NY) was used to record images of the particles illuminated by the laser sheet, with an intervening optical filter used to block the 532 nm light directly from the laser, but pass the 570 nm light emitted by the fluorescent particles. Images were taken at 3–5 positions along the vena cava, from just upstream to just downstream of the filter.

### DPIV Analysis

Digital particle imaging velocimetry software (Provision, IDT, Tallahassee, FL) used a cross-correlation algorithm to process pairs of images to provide the velocity fields. A 24 9 24 pixel interrogation region

---

[1]Obtained from Dr. Yury Ronzhes, Dept. of Mechanical Engineering, The John Hopkins University, 223 Latrobe Hall, 3400 North Charles St., Baltimore, MD 21218.

was used. Velocity field data files were then imported into the visualization program, Tecplot (version 10, Tecplot, Inc., Belleview, WA). Registration of the multiple images per experiment was done manually, by moving the images in the x and y directions until overlapping velocity contours were congruent. Velocity contours and area streamlines were then plotted.

### Computational Fluid Dynamics (CFD)

CFD was used in conjunction with the flow visualization studies to provide details on the effects of filters and clots on the flow field. A set of filter/clot/vena cava models were created to match as closely as possible those used in the flow visualizations. Filter dimensional data were obtained by micrometer measurements of the Greenfield, Simon Nitinol, and TrapEase filters used in the flow visualizations. Diagrams in the filters' labeling were also used as a guide. Computer-aided design (CAD) models were then created using the program GAMBIT (version 2.1.6, Ansys, Inc., Evanston, IL) (Figs. 1d–f). The CAD models included the filter wires, the short sections of tubing where the wires come together in the center of the vessel (one tube for the Greenfield, and two each for the Simon Nitinol and TrapEase filter), and the wire struts along the wall (TrapEase only). No attempt was made to model the hooks which imbed in the vessel wall to stabilize the filters. The angles between the filter wires were set so that the filter fit properly within a 2.0 cm inner diameter vena cava. The filters were created with axial symmetry; no attempt was made to model sample to sample variations (e.g., bends, or twists), nor was any attempt made to model a filter tilted within the vessel. Full 360°, three-dimensional models were created. Steady flow simulations were performed in the present study because only steady DPIV data were available.

CFD model clots fitting within the filters were created in GAMBIT to match those used in the flow visualization studies (Figs. 2 and 3, Tables 1 and 2). A 2.0 cm diameter by 24 cm long cylinder was used to model the inferior vena cava, matching the flow visualization studies. No vessel branching or tapering was included, and the vena cava was modeled as having a perfect circular cross-section. The CFD simulated blood clots and vena cava were modeled as being rigid. The iliac veins and bifurcation were not modeled because trial CFD simulations showed that flow from the iliac veins merged together to form a symmetric velocity pattern at the Reynolds numbers used. This may not have been the case in the flow visualizations, due to slight variations in the position of the iliacs, or to differential flow rates in the two branches. To obtain a final CAD model, a filter and clot model were chosen, which were then subtracted from the axial midpoint of the vena cava model using GAMBIT's solid Boolean functions. In cases where the wires approached the clots or the vessel wall at an oblique angle, small fillets were formed and subtracted from the flow regime to prevent highly skewed elements.

One model per filter type was created with no clot, for comparison. Flow in the vena cava alone (without filter or clot) was also modeled for comparison.

### Mesh Design

The final CAD models were meshed using four-node tetragonal elements in the middle third of the vena cava where the filter was situated, and six-node wedge elements in the entrance and exit portions. Hexahedral elements could not be easily used in the filter region due to the complexity of the filter wire topology. The filter wire surfaces were meshed with triangles approximately 0.014 cm on a side, while the clot surfaces were meshed with triangles approximately 0.03 cm on a side. The bulk of the middle third of the vena cava was filled with tetragonals approximately 0.08 cm on a side. GAMBIT's size functions were used to regulate the growth of the elements from small to large. A growth factor of 2 was used in most cases. The models had from 173,270 to 315,719 nodes and from 778,216 to 1,598,601 elements. The mesh for a typical filter/clot/vena cava is shown in Fig. 4 (styled after Swaminathan et al.,[39] Fig. 2); in this case, the mesh of the Simon Nitinol filter and small clot is shown.

### Simulations

Three-dimensional laminar flow in the models was simulated using the program FIDAP (version 8.7.2, Ansys, Inc., Evanston, IL). Three velocity components were simulated: $u_z$ in the axial direction, and $u_x$ and $u_y$ in the plane perpendicular to the axial direction (see Stewart et al.,[38] Appendix, for discussion of the fluid mechanics equations used). Because of the size of the mesh, FIDAP's segmented solver was used. This solver required a mixed pressure formulation, whereby the pressure variable p was discretized, providing an additional degree of freedom (in contrast to the penalty approach, where the pressure is recovered from the velocities). The clipping parameter for the mixed pressure formulation was set equal to $10^{-8}$. The 4-node tetragonal elements used in the meshes required a continuous rather than discontinuous pressure variation over the elements. Positive and negative clipping equal to $\pm 150$ cm/s on the velocity components were also used to suppress oscillations which, in preliminary simulations, led to divergence. Thus if a velocity component at any node increased beyond the clipping threshold during an iteration, the value at that node

CookMDL2570_0145186