

FIGURE 4. Mesh plot of Simon Nitinol filter with small clot. Top: cross-sectional views corresponding to 1, 2, 3, and 4 in overall view. Middle: overall view of vena cava, filter, and small clot. Bottom left: filter with clot in proximal stage. Bottom right: closeup of small clot. After Swaminathan et al.,[39] Fig. 2.

was reset to the threshold value for the next iteration. The solver used the conjugate residual iterative and conjugate gradient squared methods for solving the symmetric and non-symmetric linear systems of equations, respectively. The convergence tolerance for the two linear systems of equations were both set equal to $10^{-8}$, while the overall velocity convergence tolerance was set to $10^{-6}$. A simple Newtonian model of blood was used, with the viscosity $l$ equal to $3.5 \cdot 10^{-2}$ dyn s cm$^{-2}$ and the density $q$ equal to $1.056$ g cm$^{-3}$.

A steady parabolic flow profile was applied to the inlet of the vena cava, with velocities calculated to provide a total volume flow rate of 1.0 L/min to match the flow visualization experiments (maximum velocity on the axis = 10.6 cm/s). Natural (stress-free) boundary conditions were automatically applied at the outlet by FIDAP. Zero slip boundary conditions were applied at the wall, filter wires, and clot (if present). The Reynolds number based on the inlet velocity, vessel inner diameter, density, and viscosity ðRe ¼ UDq=lÞ was equal to 320.

A steady, linear simulation was performed first, with zero velocity initial conditions. This solution was then used as input to the final steady, nonlinear simulation. All simulations and analyses were performed on a computer with a 3.0 GHz Pentium 4 processor running Windows 2000.

A mesh refinement study was performed to ensure that the meshes used in the simulations were fine enough to provide accurate results. The vena cava model with the Greenfield filter and medium clot was repeated using 110, 120, and 130% of the original number of nodes. Higher mesh densities were beyond the computer resources available. Computed velocities and shear stresses were then compared at selected coordinates in the four meshes, to determine if the original mesh had sufficiently fine density to not affect the results.

### CFD Analysis

The CFD results were analyzed to determine the effects of clot size and configuration on fluid velocities and particle paths, using the program TecPlot 360 (Tecplot, Inc., Bellevue, WA). The velocities and particle paths were compared to the DPIV results. Although the flow patterns around the filters were acknowledged to be three-dimensional, the DPIV technique used was limited to determining the velocities in a two-dimensional plane. Therefore particle paths were calculated in the midplane of the DPIV studies, as well as in the CFD studies for comparison.

The mean wall shear stress, $f_w$, from the CFD results was also calculated as a function of position on

CookMDL2570_0145187

the filter, clot and vena cava boundaries. The mean shear rate, D, was first calculated by the equation

$$D^2 = 2s_{ij}s_{ij}; \qquad (1)$$

where $s_{ij}$ is the strain rate tensor computed using Tecplot's internal functions. Then $\bar{\tau}_w$ was calculated by the equation

$$\bar{\tau}_w = \mu D; \qquad (2)$$

where $\mu$ is the viscosity.

## RESULTS

### CFD Mesh Refinement Study

Plots of the axial velocity component $u_z$ vs. position (Figs. 5a and 5b) and $\bar{\tau}_w$ vs. position (Fig. 5c) for the four meshes of increasing density showed no substantial quantitative difference among results. Velocity and shear stress data from selected points showed variations of ±5.35% or less (Fig. 5d), and no trends were observed. From these results, we concluded that the original mesh density was fine enough to capture the desired details of flow.

### Comparison of Flow Visualizations with Computations

Flow in the empty vena cava showed similar velocity profiles in both the DPIV and CFD results at a point half-way down the 24 cm long vessel (Fig. 6). The CFD results showed the expected parabolic



FIGURE 6. Velocity profiles in vena cava with no filter and no clot. Open circles: experiment; solid line: simulation.



FIGURE 5. CFD mesh refinement study, Greenfield filter with medium clot. (a–c) ——— original mesh density; — — 110% original mesh density; - - - 120% original mesh density; ▬▬▬ 130% original mesh density. (a) Axial velocity $u_z$ vs. radius r just downstream of clot; (b) axial velocity $u_z$ vs. axial coordinate z at radius = 0.6 cm; (c) mean wall shear stress $\bar{\tau}_w$ vs. axial coordinate z midway between wires; (d) selected data points as a function of mesh density: h, axial velocity $u_z$ at (r, h, z) = (0.9, 0, 21.13) cm (between largest radius of clot and wall); s, mean wall shear stress $\bar{\tau}_w$ at (r, h, z) = (0.995, 0, 21.13) cm (at largest radius of clot); D, axial velocity $u_z$ at (r, h, z) = (0.4, 0, 2) cm (just downstream of clot); □, axial velocity $u_z$ at (r, h, z) = (0.9, 0, 2) cm (just downstream of clot).

velocity profile, while the flow visualization results showed some non-symmetry. This was likely due to asymmetries in the converging flow from the iliac veins at the input of the physical model, and to the compliance of the vena cava model used, neither of which was simulated in the CFD work. Asymmetries in the converging flow may have also distorted the compliant model somewhat. Despite the lack of symmetry in the experiment, the peak velocities were within 10%: 11.7 cm/s (DPIV) vs. 10.6 cm/s (CFD). The CFD $ff_w$ was equal to 0.73 dyn cm$^{-2}$, close to the analytical value of 0.74 dyn cm$^{-2}$. The $ff_w$ calculated from the DPIV results were less accurate, equal to 0.40 and 0.50 dyn cm$^{-2}$ at the two sides of the wall, respectively, which may be due to the difficulty in the DPIV measurement of velocities close to the wall.

In the vena cavas with bare filters, the flow diverged around the wires, then converged on the downstream side. In the empty Greenfield filter (Fig. 7, left panel), the flow was the least diverted due to the simple six wire design, while flow patterns were more complex in both the Simon Nitinol and TrapEase filters (left panels of Figs. 8 and 9, respectively), both of which included a greater number of wire segments. Qualitative agreement between the flow visualization experiments and the CFD results was observed, with differences again due to the asymmetries in the physical models. Velocity profiles were consistent with results from previous studies.[11,19,20]

In both the Greenfield and Simon Nitinol filters, the trapped clots created more flow interruption and higher flow velocities as the flow diverged radially around the rounded upstream face of the clots, then converged downstream (Figs. 7 and 8, right panels). Flow past the clot in the Simon Nitinol filter caused a small recirculation zone adjacent to the downstream face in both the experiment and simulation (Fig. 8), while no such recirculation zone was observed in the Greenfield filter in either the flow visualization or simulation, presumably due to the smaller, more gradual angle of the Greenfield filter. This is consistent with previously reported results.[3,11,19]

Flow past the 180⌴asymmetric clot in the TrapEase filter was qualitatively different, due to the large differences in clot shape and placement (Fig. 9). Flow was diverted to one side by the asymmetric clot, forming recirculation zones both upstream and downstream of the clot visible in both the flow visualization and simulation, as reported previously.[20] The size of the downstream recirculation zone was significantly



FIGURE 7.   Vena cava model (2.0 cm inner diameter) with Greenfield filter, 1.0 L/min flow. Left panels: no clot; right panels, medium clot. Upper panels: DPIV image. Middle panels: velocity magnitude (in cm/s) along central plane from DPIV measurements (white hash marks indicate lighting and shadowing artifacts). Lower panels: velocity magnitude (in cm/s) along central plane from CFD simulation.

CookMDL2570_0145189



FIGURE 8. Vena cava model (2.0 cm inner diameter) with Simon Nitinol filter, 1.0 L/min flow. Left panels: no clot; right panels, medium clot. Upper panels: DPIV image. Middle panels: velocity magnitude (in cm/s) along central plane from DPIV measurements (white hash marks indicate lighting and shadowing artifacts). Lower panels: velocity magnitude (in cm/s) along central plane from CFD simulation. Points labeled "a" indicate recirculation zones.

different between CFD and DPIV, however. Our CFD results better match those from previous flow visualizations.[11,20] Flow past the ring clot (Fig. 10) was axisymmetric, forming a high velocity jet in the CFD study that was not visible in the DPIV results, likely due to shadowing of the laser sheet by the filter and clot. Recirculation zones were observed in the DPIV study that were not visible in the CFD study, most likely due to asymmetries present in the former but not the latter. In all cases except the TrapEase/ring clot case, there was good agreement in the maximum velocity observed between the DPIV and CFD studies, which lended support to the validity of the computational results.

### Wall Shear Stresses from CFD Studies

In the Greenfield filter, the computed $ff_w$ was lowest ($< 0.1$ dyn cm$^{-2}$) around the points of contact with the vena cava (IVC) wall (Fig. 11), compared to a nominal 0.73 dyn cm$^{-2}$ on the IVC wall with no filter. A wavy pattern of IVC $ff_w$ could be seen in the filter with no clot, due to the sinuous design of the filter legs. A centrally located clot caused an increase in $ff_w$ near the maximum diameter of the clot, similar to that reported previously.[3] As the clot size increased, the overall level of $ff_w$ on the IVC wall increased. Similar effects were observed on the Simon Nitinol filter (Fig. 12), although more points of low $ff_w$ were present on the IVC due to the greater number of wires contacting the wall than in the Greenfield filter (13 vs. 6). In the largest clots, streaks of low $ff_w$ could be seen on the IVC wall in the Greenfield filter (Fig. 11d), again as an apparent effect of the wires, while a larger, more complex pattern of low $ff_w$ was observed on the IVC wall in the Simon Nitinol filter (Fig. 12d), due to the curved wires in the distal stage. This latter pattern did not have radial symmetry, because of the mismatch between the proximal six-wire stage and the distal seven-wire stage.

The patterns of $ff_w$ were observed to be more complex in the TrapEase filter. The filter without a clot had larger areas of low $ff_w$ ($< 0.1$ dyn cm$^{-2}$) than did the Greenfield (Fig. 13a), due to the six parallel wires in contact with the IVC wall (instead of just the wire ends in the Greenfield filter case). The small 360° ring clot caused a complex radially symmetrical pattern of low $ff_w$ (Fig. 13b), due to recirculation zones downstream of the clot that were broken up by the hexagonal wire

CookMDL2570_0145190



FIGURE 9. Vena cava model (2.0 cm inner diameter) with TrapEase filter, 1.0 L/min flow. Left panels: no clot; right panels, small 180ff asymmetric clot (see Fig. 3). Upper panels: DPIV image. Middle panels: velocity magnitude along central plane from DPIV measurements. The white hash marks in this case indicate the position of the clot. Lower panels: velocity magnitude along central plane from CFD simulation. Points labeled ''a'' indicate recirculation zones.

design. The small 180L asymmetric clot also caused a complex pattern of low $ff_w$ downstream of the clot, that was symmetric about the yz plane (Figs. 13c and 13d). An area of low $ff_w$ upstream of the clot was also observed, due to the recirculation zone upstream of the clot observed in the velocity contour plots (Fig. 9). The $ff_w$ on the clot itself was also seen to be much lower than in the other filters. These trends were also observed in the large 360L ring clot and large 180L asymmetric clot (Fig. 14). Table 3 summarizes the maximum $ff_w$ in all the simulations performed.

## DISCUSSION

Patterns of flow past IVC filters without clots were observed to be highly dependent on filter design. Flow past the Greenfield filter was least obstructed, with the flow separating around the wires into six distinct currents that reconnected downstream of the filter. Flow in the Simon Nitinol filter was separated into many more distinct currents, due to the complex pattern of petals in the distal stage, and to the interaction between the six wires of the proximal stage and the seven wires of the distal stage. The downstream flow was not symmetric as a result of the latter effect. The flow in the TrapEase filter was separated into twelve distinct currents, six in the central portion of the flow and six near the wall. Separation occurred at both the proximal and distal stages of the filter. Flow past the distal stage was affected by the currents formed by the proximal stage.

This distribution of currents influenced the pattern of $ff_w$ on the vena cava wall. The Greenfield filter caused symmetric streaks of low $ff_w$ parallel to the wires. Clots caused bands of higher vena cava $ff_w$, due to fluid speeding up around the obstruction. The magnitude of higher $ff_w$ in the band increased as the clot diameter increased; however, the basic pattern of streaks remained. The Simon Nitinol filter had a different pattern of $ff_w$ due to its two-stage design, and the relative complexity of its flow pattern. Areas of low $ff_w$ were also present around the wires attached to the vena cava wall; however, more such areas were present due to the greater number of wires in contact with the wall in the Simon Nitinol as compared to the Greenfield filter. As with the Greenfield filter, caval $ff_w$ increased with clot size.

The empty TrapEase filter had the largest areas of low vena cava $ff_w$, due to the six parallel wires in direct

CookMDL2570_0145191



FIGURE 10. Vena cava model (2.0 cm inner diameter) with TrapEase filter and large 360ff ring clot, 1.0 L/min flow. Upper panel: DPIV image. Middle panel: velocity magnitude along central plane from DPIV measurements (limited by lighting and shadowing artifacts). Lower panel: velocity magnitude along central plane from CFD simulation.

contact with the caval wall. Furthermore, the 360 ring and 180 asymmetric clots caused large areas of low $ff_w$; due to recirculation zones downstream of the clot (as well as upstream of the asymmetric clots). The clots in the TrapEase filter were much different in shape and size than in the Greenfield or Simon Nitinol filters, but were based on clinical radiographs and clot capture distribution studies. Thus the observed differences may be considered to be fairly representative of the clinical situation. Furthermore, the maximum clot volume in the TrapEase case was 1.62 cm$^3$ (large 180 asymmetric clot, Table 2), compared to 3.82 and 2.80 cm$^3$ in the Greenfield and Simon Nitinol filters, respectively (Table 1); thus smaller clot volumes in the TrapEase cause more complex $ff_w$ patterns. The clinical significance of this is unknown; however, low and oscillating $ff_w$ and high $ff_w$ gradients have been linked to the migration and growth of vascular smooth muscle cells,[40] and the formation of intimal hyperplasia.[16] Studies have suggested the formation of intimal hyperplasia near the wall struts of the Vena Tech filter.[1,24,27] This one-stage filter has parallel wires in contact with the caval wall much like the TrapEase. Low $ff_w$ near the wires may be associated with the formation of hyperplasia observed, but more studies are needed to confirm this.

The $ff_w$ on the downstream ends of the clots was higher in the Simon Nitinol filter than in the Greenfield filter, possibly due to the presence of recirculation zones in the former. This may have an effect on clot dissolution rates, as higher $ff_w$ tends to favor dissolution of the clot,[18,34] but recirculation and stagnant flow tend to favor aggregation of blood elements and thrombus formation.[14] The relative effects of these two mechanisms in vena cava filters is unknown. However, the differences in flow patterns and $ff_w$ among the three filter designs are consistent with results from previous in vitro[3,11,19,20] and numerical[39] studies.

The wall shear stress $ff_w$ can also be compared when similar sized clots are captured by the filters. For