

FIGURE 11. $ff_w$ on Greenfield filter and vena cava wall (dyn cm$^{22}$) from CFD study. (a) No clot; (b) small clot; (c) medium clot; (d) large clot.

example, from Table 1, the medium clot in the Greenfield filter (volume = 2.65 cm$^3$) has approximately the same volume as the large clot in the Simon Nitinol filter (2.80 cm$^3$). From Table 3, we find that the maximum wall shear stress for the Greenfield medium clot is only 28.4 dyn cm$^{-2}$, compared to 89.3 dyn cm$^{-2}$ (>39) for the Simon Nitinol large clot. How the clot volume fills the filters is thus an important difference between the Greenfield and Simon Nitinol filters. However, the proper balance of filtration efficiency, clot dissolution, and potential for caval occlusion remains unknown. Two-stage filters generally have better filtration efficiency than one-stage filters; in a comparative in vitro clot capture study of ten filters, the TrapEase and Simon Nitinol were the most efficient in trapping model clots, while the Greenfield filter was the least efficient.[22] Similar results have been found in other studies.[10,15,37] The Greenfield filter may still be useful in patients with healthy lungs that may tolerate small emboli,[36] while those with poor pulmonic function may require the greater safety of a more efficient filter, despite the risk of caval occlusion.[7,15,22]

Regardless of filter efficiency, the position of the captured clot may affect clot dissolution. Theoretically a clot near the wall would be more problematic due to filter occlusion. Based on this study and others,[11,19] capturing a clot next to the vena cava wall would seem to be suboptimal. The evidence of recirculation zones and associated low $ff_w$ upstream and downstream of the captured clot do not appear to be conducive to clot dissolution, and may promote continued aggregation of blood elements, clot growth, and intimal hyperplasia. Furthermore, our computational evidence along with recent in vivo evidence[1,24,27] suggests that the total length of filter wires pressing against the vessel wall should be minimized.

### Study Limitations

The experimental setup used in this study was designed to provide a realistic test bed for clot capture distribution studies. Flow visualizations were performed to understand behavior of flow around clots; thus a compliant silicone vena cava model was used. The vena cava was supported in a bath of blood mimicking fluid to reduce optical distortion; however, some sagging of the tubes was visible in the DPIV images due to the filter weight. Neither vessel compliance nor curvature was modeled in the CFD simulations. A more accurate CFD model could have been made by characterizing the behavior of the silicone tube and using fluid-structure interaction.[38] The tube

CookMDL2570_0145193



FIGURE 12. $\tau_w$ on Simon Nitinol filter and vena cava wall (dyn cm$^{-2}$) from CFD study. (a) No clot; (b) small clot; (c) medium clot; (d) large clot.

curvature could have been characterized and applied to the CAD model.[23] Both techniques were beyond the scope of this project.

The compliance and slight curvature of the silicone vena cava in the bench experiments also led to difficulty in applying the laser sheet exactly in the centerline of the tube and filters. Some of the differences between the experimental and simulated flow fields may be due to a slight offset of the laser sheet.

The velocities in the DPIV experiment without a filter showed deviations from the expected parabolic profile (Fig. 6). This may have been due to the tube curvature as well as due to the realistic converging iliac veins included in the flow loop, the branches of which may have had slightly different flow rates. The flow rates in the two branches were not measured, so that no data was available as input to the simulations. Therefore a parabolic velocity profile was applied to the vena cava inlet in the CFD studies.

CFD indicated that flow past the filters was fully three dimensional. Slight swirling was seen due to the rotational (but not mirror) symmetry of the Greenfield filter (Fig. 1g), while fully asymmetric flow was seen due to the mismatch between the six-wire proximal stage and seven-wire distal stage in the Simon Nitinol filter (Fig. 1i). Full three-dimensional DPIV studies were not attempted in the current study, however. Thus the streamlines shown in Figs. 7–10 were constrained to the midplane so that the CFD and DPIV analyses could be compared.

The gel clots used in the DPIV study were difficult to manufacture in smooth shapes. The CAD models were matched to the experimental models so that fine details of the flow patterns could be compared. Other characteristics not captured in the CFD studies (such as tube curvature) prevented the DPIV and CFD flow patterns from matching exactly. These problems could be solved by using a rigid vena cava and clot models. This was not deemed suitable for the clot capture distribution study, however.

This study would have benefited by the use of clots with constant volume from filter to filter. Due to the different configurations of the filters (in particular, the opening angle of the wire baskets), constant volume clots would have different maximum diameters, which would be expected to have different levels of shear stress and maximum velocity. This would provide a better standardized test for direct filter to filter comparisons under equivalent clot loading. We recommend that constant volume clots be considered in the development of national and/or international standard test methods for blood filters of all kinds.



FIGURE 13. ff$_w$ on TrapEase filter and vena cava wall (dyn cm$^{-2}$) from CFD study. (a) No clot; (b) small 360 ff ring clot; (c) small 180 ff asymmetric clot; (d) as in (c), but opposite side of clot.

Shadowing of the laser sheet by the opaque filter and translucent clots occluded significant portions of the flow field. This problem could be addressed by using multiple laser sheets from below and above, or by using a transparent filter model matching the refractive index of the fluid used. Such techniques were outside the scope of our study.

The limitations of the CFD simulation itself included the use of a Newtonian fluid. Blood is known to be non-Newtonian, with a finite yield stress and a viscosity that increases with decreasing shear rate. The effect of the finite yield stress in a recirculation zone downstream of a clot would be to cause a locus of rotating but non-shearing blood in the center of the vortex. Thus a Newtonian solution would lead one to underestimate the residence times of cellular elements, and thus the probability of cellular aggregation. The effect of the nonlinear viscosity would be to decrease the shear rate at low shear stresses just above the yield stress, which would tend to add to this effect. Thus the potential for thrombus growth in a recirculation zone of real blood would probably be greater than what a Newtonian model would suggest.

The complex shapes and angles of the filter wires could not be easily meshed with hexagonal elements, so that less accurate tetragonal elements had to be used. Minor noise due to the tetragonals can be seen in Fig. 8, lower left panel (jet issuing from the distal stage of Simon Nitinol filter). Noise is also visible in the ff$_w$ plots (e.g., Fig. 11d), amplified due to derivatives being taken. The noise was not expected to significantly affect the results of the study.

A laminar model was used in this study, because the Reynolds number based on the vena cava diameter was 320; however, flow past a blunt object like a clot may have a lower threshold for transition to turbulence. The generation of disturbed flow by vena cava filters has been observed in in vitro studies,[11,19,20] and in a transient numerical study of the Greenfield filter.[39] Nonsteady or disturbed flow was not captured in these steady flow simulations, however. Nonsteady or disturbed flows may benefit filters by washing out recirculation zones that otherwise lead to stagnation. Ongoing transient studies in thrombosed filters will be detailed in a future report.

## SUMMARY

1. In both in vitro and computational studies, substantial differences were observed in the velocity field around three commercially available vena

CookMDL2570_0145195



FIGURE 14. $ff_w$ on TrapEase filter and vena cava wall (dyn cm$^{-2}$) from CFD study. (a) No clot; (b) large 360ff ring clot; (c) large 180ff asymmetric clot; (d) as in (c), but opposite side of clot.

TABLE 3. Maximum $ff_w$ from computational filter simulations.

| Filter | Clot | Maximum $ff_w$ (dyn cm$^{-2}$) | | | |
| --- | --- | --- | --- | --- | --- |
| | | Vessel wall | Filter wires | Clot | Overall |
| Greenfield | None | 1.16 | 18.24 | – | 18.24 |
| | 0.35 cm radius | 1.78 | 23.44 | 11.23 | 23.44 |
| | 0.75 cm radius | 7.96 | 28.38 | 16.35 | 28.38 |
| | 0.90 cm radius | 54.04 | 88.41 | 72.52 | 88.41 |
| Simon Nitinol | None | 2.31 | 19.64 | – | 19.64 |
| | 0.48 cm radius | 2.69 | 23.68 | 10.54 | 23.68 |
| | 0.75 cm radius | 8.16 | 36.23 | 22.27 | 36.23 |
| | 0.90 cm radius | 52.93 | 89.31 | 74.56 | 89.31 |
| TrapEase | None | 1.67 | 22.47 | – | 22.47 |
| | Small 180□ asymmetric clot | 0.98 | 25.66 | 15.34 | 25.66 |
| | Large 180□ asymmetric clot | 1.11 | 28.69 | 16.37 | 28.69 |
| | Small 360□ ring | 7.44 | 28.03 | 24.10 | 28.03 |
| | Large 360□ ring | 9.56 | 34.78 | 24.93 | 34.78 |

cava filters. In empty filters, the one-stage Greenfield filter caused less interruption in flow than did the two-stage Simon Nitinol and TrapEase filters, due to its having fewer wires struts.

2. Areas of low shear stress were visible around the points where wires contacted the wall of the vena cava. The relative area of low $ff_w$ due to wire/vessel contact was in the order TrapEase > Simon Nitinol > Greenfield. The consequences of this effect are unknown, but low $ff_w$ has been linked to intimal hyperplasia. The incorporation of a wall thrombus into the hyperplastic process also may be of concern.

3. Model clots made to fit the natural shape of the filters, based on clot capture studies and radiographs in the literature, further increased the disruption in the flow field. In the Greenfield filter, flow separated around the upstream curved surface,

then rejoined smoothly along the downstream conical surface. In contrast, recirculation zones were seen downstream of the larger clots in the Simon Nitinol filter, most likely due to the larger downstream angle of the clots which encouraged flow separation, and due to the interruption in flow caused by the distal stage. The ring and asymmetric clots in the TrapEase filter also caused recirculating flow due to the blunt downstream configuration. Recirculating flows are known to trap blood elements and encourage thrombogenesis; thus the presence of this flow feature in a vena cava filter would appear to be problematic.

4. Associated with the recirculating flow in the two two-stage filters were areas of low $ff_w$ on the downstream ends of the clots, and on the vena cava wall. Low $ff_w$ may decrease the rate of lysis of blood clots and increase the potential for intimal hyperplasia on the vena cava wall. The relative areas of low $ff_w$ due to the recirculation patterns were in the order TrapEase > Simon Nitinol > Greenfield.
5. Patient characteristics should guide the choice of filter. Patients with good lung function may benefit from single-stage filters, with good trapping efficiency for large emboli, but lower efficiency for smaller emboli which can be safely trapped in healthy lungs. This choice may help prevent the negative effects of blood flow recirculation and thrombogenesis, possible delayed clot lysis due to low $ff_w$; and vena cava occlusion by either clot buildup or intimal hyperplasia. In contrast, patients with poor lung function may benefit from a two-stage filter that has better trapping efficiency even with smaller emboli.
6. Considerations for future two-stage designs include central rather than wall capture of clots, smaller angles of wires (to reduce recirculating flows), and increased distance between stages. This may allow for increased clot capture efficiency without some of the drawbacks of the two-stage filters described herein.

ACKNOWLEDGMENTS

Considerable technical assistance of Dr. Marc Horner of Ansys, Inc., with the finite element simulations is gratefully acknowledged. Discussions with Drs Matthew Myers and William Pritchard of CDRH are also greatly appreciated. We gratefully acknowledge the help of Dr Srilekha Das, who prepared the gel model clots. The mention of commercial products, their source, or their use in connection with material reported herein is not to be construed as either an actual or implied endorsement of such products by the U.S. Department of Health and Human Services.

REFERENCES

[1]Bach-Lijour, B., D. Crochet, R. Grossetete, T. Raffin, J. M. Nguyen, M. Hurtrel, G. Daculsi, and J.C. Le Nihouannen. Morphometric study of the wall of the caudal vena cava after the implantation of a filter in the sheep. Anat. Histol. Embryol. 27:231–235, 1998. doi:10.1111/j.1439-0264.1998.tb00186.x.
[2]Cheng, C. P., R. J. Herfkens, and C. A. Taylor. Inferior vena caval hemodynamics quantified in vivo at rest and during cycling exercise using magnetic resonance imaging. Am. J. Physiol. Heart Circ. Physiol. 284:H1161–H1167, 2003.
[3]Couch, G. G., H. Kim, and M. Ojha. In vitro assessment of the hemodynamic effects of a partial occlusion in a vena cava filter. J. Vasc. Surg. 25:663–672, 1997. doi:10.1016/S0741-5214(97)70293-3.
[4]Crochet, D. P., P. Brunel, S. Trogrlic, R. Grossetete, J. L. Auget, and C. Dary. Long-term follow-up of Vena Tech-LGM filter: predictors and frequency of caval occlusion. J. Vasc. Interv. Radiol. 10:137–142, 1999. doi:10.1016/S1051-0443(99)70455-0.
[5]Crochet, D., R. Grossetete, B. Bach-Lijour, L. Larguier, and J. C. Le Nihouannen. Evaluation of the LGM Vena-Tech infrarenal vena cava filter in an ovine venous thromboembolism model. J. Vasc. Interv. Radiol. 12:739–745, 2001. doi:10.1016/S1051-0443(07)61446-8.
[6]Girard, P., J. B. Stern, and F. Parent. Medical literature and vena cava filters: so far so weak. Chest 122:963–967, 2002.
[7]Grassi, C. J., A. H. Matsumoto, and G. P. Teitelbaum. Vena caval occlusion after Simon nitinol filter placement: identification with MR imaging in patients with malignancy. J. Vasc. Interv. Radiol. 3:535–539, 1992.
[8]Greenfield, L. J., J. R. McCurdy, P. P. Brown, and R. C. Elkins. A new intracaval filter permitting continued flow and resolution of emboli. Surgery 73:599–606, 1973.
[9]Greenfield, L. J., R. Peyton, S. Crute, and R. Barnes. Greenfield vena caval filter experience: late results in 156 patients. Arch. Surg. 116:1451–1456, 1981.
[10]Hammer, F. D., H. P. Rousseau, F. G. Joffre, B. P. Sentenac, T. Tran-Van, and R. P. Barthelemy. In vitro evaluation of vena cava filters. J. Vasc. Interv. Radiol. 5:869–876, 1994.
[11]Harlal, A., M. Ojha, and K. W. Johnston. Vena cava filter performance based on hemodynamics and reported thrombosis and pulmonary embolism patterns. J. Vasc. Interv. Radiol. 18:103–115, 2007. doi:10.1016/j.jvir.2006.10.020.
[12]Hirsh, J., and J. Hoak. Management of deep vein thrombosis and pulmonary embolism. A statement for healthcare professionals from the Council on Thrombosis (in consultation with the Council on Cardiovascular Radiology), American Heart Association. Circulation 93:2212–2245, 1996.
[13]Jaeger, H. J., T. Mair, M. Geller, R. K. Kinne, A. Christmann, and K. D. Mathias. A physiologic in vitro

CookMDL2570_0145197

model of the inferior vena cava with a computer-controlled flow system for testing of inferior vena cava filters. Invest. Radiol. 32:511–522, 1997. doi:10.1097/00004424-199709000-00003.

[14] Karino, T., and H. L. Goldsmith. Aggregation of human platelets in an annular vortex distal to a tubular expansion. Microvasc. Res. 17:217–237, 1979. doi:10.1016/S0026-2862(79)80001-1.

[15] Katsamouris, A. A., A. C. Waltman, M. A. Delichatsios, and C. A. Athanasoulis. Inferior vena cava filters: in vitro comparison of clot trapping and flow dynamics. Radiology 166:361–366, 1988.

[16] Keynton, R. S., M. M. Evancho, R. L. Sims, N. V. Rodway, A. Gobin, and S. E. Rittgers. Intimal hyperplasia and wall shear in arterial bypass graft distal anastomoses: an in vivo model study. J. Biomech. Eng. 123:464–473, 2001. doi:10.1115/1.1389461.

[17] Kim, D., R. R. Edelman, C. J. Margolin, D. H. Porter, C. R. McArdle, B. W. Schlam, L. E. Gianturco, J. B. Siegel, and M. Simon. The Simon nitinol filter: evaluation by MR and ultrasound. Angiology 43:541–548, 1992. doi:10.1177/000331979204300701.

[18] Komorowicz, E., K. Kolev, I. Lerant, and R. Machovich. Flow rate-modulated dissolution of fibrin with clot-embedded and circulating proteases. Circ. Res. 82:1102–1108, 1998.

[19] Leask, R. L., K. W. Johnston, and M. Ojha. In vitro hemodynamic evaluation of a Simon nitinol vena cava filter: possible explanation of IVC occlusion. J. Vasc. Interv. Radiol. 12:613–618, 2001. doi:10.1016/S1051-0443(07)61486-9.

[20] Leask, R. L., K. W. Johnston, and M. Ojha. Hemodynamic effects of clot entrapment in the TrapEase inferior vena cava filter. J. Vasc. Interv. Radiol. 15:485–490, 2004.

[21] Liu, W. C., Y. S. Do, S. W. Choo, D. I. Kim, Y. W. Kim, D. K. Kim, S. W. Shin, K. B. Park, Y. H. Jeon, and I. W. Choo. The mid-term efficacy and safety of a permanent nitinol IVC filter (TrapEase). Korean J. Radiol. 6:110–116, 2005.

[22] Lorch, H., A. Dallmann, M. Zwaan, and H. D. Weiss. Efficacy of permanent and retrievable vena cava filters: experimental studies and evaluation of a new device. Cardiovasc. Intervent. Radiol. 25:193–199, 2002. doi:10.1007/s00270-001-0044-4.

[23] Lyman, D. J., S. F. Stewart, J. Murray-Wijelath, and E. Wijelath. Role of fluid dynamics on the healing of an in vivo tissue engineered vascular graft. J. Biomed. Mater. Res. B. Appl. Biomater. 77:389–400, 2006. doi:10.1002/jbm.b.30436.

[24] McCowan, T. C., E. J. Ferris, and D. K. Carver. Inferior vena caval filter thrombi: evaluation with intravascular US. Radiology 177:783–788, 1990.

[25] McCowan, T. C., E. J. Ferris, D. K. Carver, and W. M. Molpus. Complications of the nitinol vena caval filter. J. Vasc. Interv. Radiol. 3:401–408, 1992.

[26] Millward, S. F., J. I. Marsh, C. Pon, and D. Moher. Thrombus-trapping efficiency of the LGM (Vena Tech) and titanium Greenfield filters in vivo. J. Vasc. Interv. Radiol. 3:103–106, 1992.

[27] Miyazaki, K., T. Nishibe, H. Manase, H. Ohkashiwa, T. Takahashi, S. Watanabe, H. Katoh, and Y. Morita. Gianturco stents for the venous system: a detailed pathological study. Surg. Today 28:396–400, 1998. doi:10.1007/s005950050148.

[28] Mobin-Uddin, K., R. McLean, H. Bolooki, and J. R. Jude. Caval interruption for prevention of pulmonary embolism. Long-term results of a new method. Arch. Surg. 99:711–715, 1969.

[29] Mobin-Uddin, K., J. K. Trinkle, and L. R. Bryant. Present status of the inferior vena cava umbrella filter. Surgery 70:914–919, 1971.

[30] Nutting, C., and D. Coldwell. Use of a TrapEase device as a temporary caval filter. J. Vasc. Interv. Radiol. 12:991–993, 2001.

[31] PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. Circulation 112:416–422, 2005. doi:10.1161/CIRCULATIONAHA.104.512834.

[32] Robinson, R. A., and I. K. Ilev. Design and optimization of a flexible high-peak-power laser-fiber coupled illumination system used in digital particle imaging velocimetry. Rev. Sci. Instr. 75:4856–4862, 2004. doi:10.1063/1.1809263.

[33] Rousseau, H., P. Perreault, P. Otal, L. Stockx, J. Golzarian, V. Oliva, P. Reynaud, F. Raat, F. Szatmari, G. Santoro, G. Emanuelli, M. Nonent, and Y. Hoogeveen. The 6-F nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial. J. Vasc. Interv. Radiol. 12:299–304, 2001. doi:10.1016/S1051-0443(07)61907-1.

[34] Sakharov, D. V., and D. C. Rijken. The effect of flow on lysis of plasma clots in a plasma environment. Thromb. Haemost. 83:469–474, 2000.

[35] Silverstein, M. D., J. A. Heit, D. N. Mohr, T. M. Petterson, W. M. O'Fallon, and L. J. Melton, 3rd. Trends in the incidence of deep vein thrombosis and pulmonary embolism: a 25-year population-based study. Arch. Intern. Med. 158:585–593, 1998.

[36] Simon, M. Vena cava filters: prevalent misconceptions. J. Vasc. Interv. Radiol. 10:1021–1024, 1999. doi:10.1016/S1051-0443(99)70186-7.

[37] Simon, M., D. J. Rabkin, S. Kleshinski, D. Kim, and B. J. Ransil. Comparative evaluation of clinically available inferior vena cava filters with an in vitro physiologic simulation of the vena cava. Radiology 189:769–774, 1993.

[38] Stewart, S. F., and D. J. Lyman. Effects of an artery/vascular graft compliance mismatch on protein transport: a numerical study. Ann. Biomed. Eng. 32:991–1006, 2004. doi:10.1023/B:ABME.0000032462.56207.65.

[39] Swaminathan, T. N., H. H. Hu, and A. A. Patel. Numerical analysis of the hemodynamics and embolus capture of a Greenfield vena cava filter. J. Biomech. Eng. 128:360–370, 2006. doi:10.1115/1.2187034.

[40] Wang, H. Q., L. X. Huang, M. J. Qu, Z. Q. Yan, B. Liu, B. R. Shen, and Z. L. Jiang. Shear stress protects against endothelial regulation of vascular smooth muscle cell migration in a coculture system. Endothelium 13:171–180, 2006. doi:10.1080/10623320600760282.

CookMDL2570_0145198