IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC. IVC FILTERS      Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

DEANO WILLIAMS

Civil Case #  1:17-CV-01879-RLY-TAB

_____

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Deano Williams be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Date:  9/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.