IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC. IVC FILTERS        Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

KEITH LEVESQUE

Civil Case #  1:15-CV-1706-RLY-TAB

_____

**ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by

Keith Levesque be and the same is hereby GRANTED, and the Clerk of the Court is directed to

file the Short Form Complaint into the record in this matter.

Date:  9/6/2017

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record to be made by Plaintffs' Lead Counsel.