IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No:  1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

TERESA ELLISON

Civil Case #  1:16-cv-01672-RLY-TAB

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Teresa Ellison, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Date:  9/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.