IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to Plaintiff(s)
_____TERESA ELLISON_____

Civil Case # 1:16-CV-1672-RLY-TAB

**AMENDED**

### SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   _____TERESA ELLISON_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ____~~N/A~~_____**James Ellison**_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____South Carolina_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    _____South Carolina_____

6. Plaintiff's/Deceased Party's current state of residence:

    _____South Carolina_____

7. District Court and Division in which venue would be proper absent direct filing:

    ___United States District Court for the District of South Carolina_____

8. Defendants (Check Defendants against whom Complaint is made):

    **X**    Cook Incorporated

    **X**    Cook Medical LLC

    **X**    William Cook Europe ApS

9. Basis of Jurisdiction:

    **X**    Diversity of Citizenship

    ☐    Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28, inclusive_____

    _____

    _____

    b. Other allegations of jurisdiction and venue:

    N/A_____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

  ☐  Günther Tulip® Vena Cava Filter

  X  Cook Celect® Vena Cava Filter

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other:

  _____

11. Date of Implantation as to each product:

  _____3/14/10_____

  _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

  Grand Strand Regional Medical Center 809 82nd Parkway, Myrtle Beach, SC 29572

13. Implanting Physician(s):

  ___G. Scott Mencken, M.D._____

14. Counts in the Master Complaint brought by Plaintiff(s):

  X  Count I:  Strict Products Liability – Failure to Warn

  X  Count II:  Strict Products Liability – Design Defect

  X  Count III:  Negligence

  X  Count IV:  Negligence Per Se

  X  Count V:  Breach of Express Warranty

  X  Count VI:  Breach of Implied Warranty

  X  Count VII:  Violations of Applicable South Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  **X**  Count XI:  Punitive Damages

  ☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

  ☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

 Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

 Joseph R. Johnson, Esq. FL#372250
 Babbitt & Johnson, P.A.
 1641 Worthington Road Suite 100
 West Palm Beach, FL 33409

         Respectfully submitted,

         By:
         /s/ Joseph R. Johnson, Esq.
         Babbitt & Johnson, P.A.
         1641 Worthington Road, Suite 100
         West Palm Beach, FL 33409
         (561) 684-2500
         jjohnson@babbitt-johnson.com