# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Hill v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc. et al.*,
Case No. 1:13-cv-1875-RLY-TAB

## **PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiffs respectfully move the Court to maintain under seal Plaintiffs' unredacted "Combined Response and Memorandum of Law in Opposition to the Cook Defendants' Motion to Exclude Expert Opinions of Michael C. Fishbein, M.D." Plaintiffs would also respectfully move the Court to maintain under seal unredacted Exhibits "A" through "D" to Plaintiffs' Memorandum.

Dated: September 6, 2017.

                                                       Respectfully Submitted,

                                                       */s/ Joseph N. Williams*_____
                                                     Joseph N. Williams, Atty. No. 25874-49
                                                   Riley Williams & Piatt, LLC
                                                   301 Massachusetts Avenue
                                                   Indianapolis, IN 46204
                                                   Telephone: (317) 633-5270
                                                   Facsimile: (317) 426-3348
                                                   Email: jwilliams@rwp-law.com
                                                   *Liaison Counsel to Plaintiffs' Steering Committee*
                                                   *and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Anthony James Urban<br>Law Offices of Anthony Urban, PC<br>474 N. Centre Street, 3rd Floor<br>Pottsville, PA 17901 | Brian J. Urban<br>Law Offices of Anthony Urban, PC<br>474 N. Centre Street, 3r Floor<br>Pottsville, PA 17901 |
| Carrie R. Capouellez<br>Lopez McHugh, LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057 | Caleb Hoff Didricksen, III<br>Didricksen Law Firm, PLC<br>3114 Canal Street<br>New Orleans, LA 70119 |
| Carl A. Woods, III<br>Didriksen Law Firm<br>3114 Canal Street<br>New Orleans, LA 70119 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 S. Third Street<br>Las Vegas, NV 89101 |
| Curtis Hoke<br>The Miller Firm LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960 | David Carl Anderson<br>Anderson Law<br>711 Van Ness Avenue<br>Suite 220<br>San Francisco, CA 94102 |
| John Cornew<br>409 E. Maple ave<br>Lindenwold, NJ 08021 | James R. Olson<br>Olson, Cannon, Gormley, Angulo<br>& Stoberski<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Jay Harris<br>Harris, Reny & Torzewski<br>3rd Floor<br>Two Maritime Plaza<br>Toledo, OH 43604 | Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 3rd Avenue North<br>Franklin, TN 37064 |
| Joseph G. Sauder<br>Chimicles & Tikellis, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Max E. Corrick<br>Olson, Cannon, Gormley,<br>Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Philip Sholtz
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Peter C. Wetherall
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

Wilnar Jeanne Julmiste
Anderson Glenn LLP–Boca Raton, FL
2201 NW Corporate Blvd, Suite 100
Boca Raton, FL 33431

*/s/ Ben C. Martin*_____
Ben C. Martin