# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

---

This Document Relates to:

> *Hill v. Cook Medical, Inc. et al.,*
> Case No. 1:14-cv-6016-RLY-TAB

---

## ORDER ON MOTION FOR LEAVE TO FILE
## A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Plaintiff's Motion for Leave to File a Response Brief in Excess of

Thirty-Five Pages in Plaintiff Hill's Opposition to Defendants' Motion for Summary Judgment.

The Court, having reviewed said motion and being duly advised in the premises, hereby

finds that the Plaintiff's motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that the Plaintiff is granted leave to file a

Response Brief in excess of thirty-five pages in Plaintiff Hill's Opposition to Defendants'

Motion for Summary Judgment.

Signed this _____day of _____, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated
by the Court's ECF system.

1