**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

 Elizabeth Jane Hill
 No. 1:14-cv-06016-RLY-TAB

 Arthur Gage
 No. 1:13-cv-01875-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE
OR LIMIT THE TESTIMONY OF CERTAIN DEFENSE EXPERTS**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiffs' Motion to Exclude or Limit the Testimony of Certain Defense Experts:

| Exhibit | Description |
|---|---|
| 1 | Excerpts of Dr. Elisa Harvey's Deposition |
| 2 | Premarket Notification (510(k)), U.S. FOOD AND DRUG ADMIN. (last updated August 15, 2016), available at: https://www.fda.gov/medicaldevices/deviceregulationandguidance/howtomarketyourdevice/premarketsubmissions/premarketnotification510k/default.htm#se |
| 3 | The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)], Guidance for Industry and Food and Drug Administration Staff, at 6, U.S. FOOD AND DRUG ADMIN., July 28, 2014, available at: https://www.fda.gov/downloads/MedicalDevices/.../UCM284443.pdf |
| 4 | August 11, 2004 Memorandum from FDA Biomedical Engineer, Veronica Price, re: Reclassification of Cardiovascular Intravascular Filters |
| 5 | Excerpts of Harold "Wally" Pellerite's Deposition |
| 6 | Excerpts of Dr. Alexander Marmureanu's Deposition |

| 7  | Excerpts of Dr. Anthony Venbrux's Deposition |
|----|----------------------------------------------|
| 8  | Exhibit 22 from Dr. Anthony Venbrux's Deposition |
| 9  | March 17, 2017 Letter from David Matthews re: Plaintiffs' Expert Disclosures |
| 10 | Excerpts of Dr. Anthony Moreno's Deposition  (March 14, 2017) |
| 11 | Excerpts of Dr. Anthony Moreno's Deposition  (April 26, 2017) |
| 12 | Excerpts of Dr. Timothy Larkin's Deposition |
| 13 | Exhibit 17 from Dr. Timothy Larkin's Deposition |
| 14 | Excerpts of Dr. Mark Zuzga's Deposition |
| 15 | Excerpts of Dr. Frank Lynch's Deposition |
| 16 | Excerpts of Dr. Paul Crisostomo's Deposition |

Respectfully submitted,

Dated: September 6, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson