# EXHIBIT  4

# MEMORANDUM

| | |
|---|---|
| **DATE:** | August 11, 2004 |
| **FROM:** | Veronica Price |
| | Biomedical Engineer |
| | ODE/DCRND/ICDG |
| **TO:** | The Record |
| **RE:** | Reclassification of Cardiovascular Intravascular Filters |

*Introduction:*

This memo has been prepared in accordance with the ODE Guidance on Reclassification of Devices for Reviewers. The goal of this memo is to review the regulatory history of the cardiovascular intravascular filter, provide detail on the known risks associated with this device and justify the down classification from class III to class II. (Note: This reclassification is not intended to cover the Bird's Nest Filter marketed by Cook under P850049. The device description has been written such that it precludes this particular filter design.)

*Regulatory History of Device*:

(i)     Proposed for class III (Three) by Cardiovascular Device Classification Panel March 9, 1979 (44 FR 13284).

The Reclassification Panel cited the following reasons for recommending Class III classification for this device:

- The device is an implant used for life sustaining purpose;
- The materials used in the device and its design should minimize the thromboembolic complications;
- The materials used in the device and its design should minimize the tendency to perforate the vena cava; and
- The device should allow as much venous blood to return to the heart as possible.

(ii)     Final Rule promulgated February 5, 1980 (45 FR 17736), classifying Cardiovascular Intravascular Filters (21 CFR 870.3375) as Class III devices.

An amendment to the final rule was published May 11, 1987 (52 FR 17736) stating that a date for PMA or PDP requirement would be published.

Company Confidential

(iii)  a.  Federal Register Notice of August 14, 1995, (60FR41986), requiring manufacturers of 31 group 2, Class III devices to submit to FDA summaries of, and citations to, safety and effectiveness information known for these devices.
   b.  Reclassification submissions received from Nitinol Medical Technologies on July 22, 1996, and B. Braun Vena Tech on September 30, 1996.
   c.  515(i) submission received from Boston Scientific Corporation on August 14, 1996.

This reclassification has been initiated by the two manufacturers cited above (b.).

*Device Description:*

A cardiovascular intravascular filter is a permanent implant placed in the inferior vena cava for the purpose of preventing thromboemboli (blood clots) originating from pelvic and lower limb venous thrombosis from flowing into the right side of the heart and the pulmonary circulation. The filter is seated within the vena cava via a series of hooks which are at the end of several legs or struts which converge at an apex. The goal of filter placement is to obtain high filtering efficiency (ability to trap large and small emboli) without impedance of blood flow, device related thrombosis, device migration or penetration of the vessel wall. It is indicated for the prevention of recurrent pulmonary embolism by placement in the vena cava in the following situations: risk or occurrence of pulmonary thromboembolism when anticoagulants are contraindicated; failure of anticoagulant therapy in thromboembolic diseases; emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced; and chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

*Proposed Reclassification:*

A.  Identification

   Cardiovascular Intravascular Filter

B.  Recommended Classification

   Class II
   Special Controls:     Standard Labeling (Intended Use)
                         Draft Guidance

C.    Risks to Health

When the cardiovascular intravascular filter was proposed for classification into class III, (44 FR 13284), the panel provided reasons for their recommendation.  The reasons included the risk of: thromboembolism, vena cava perforation, and decreased blood flow to the right heart (caval occlusion).  Following FDA's review of the reclassification petitions, 515(I) submission, MDR's and the literature, additional risks have been identified.  They include: complications during filter insertion; death; thrombogenicity; filter migration; filter tilting and angulation; filter embolization; and fracture of filter.  Although these risks are potentially life threatening, as is the disease they are intended to treat, they are well known to the users and are well characterized in the medical literature.  FDA now believes that these risks can be controlled by special controls.

On the basis of its review, FDA now believes that the use of the cardiovascular intravascular filter for the prevention of recurrent pulmonary embolism by placement in the vena cava in the following situations: risk or occurrence of pulmonary thromboembolism when anticoagulants are contraindicated; failure of anticoagulant therapy in thromboembolic diseases; emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced; and chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated; does not present an unreasonable risk of illness and injury, and that special controls would provide reasonable assurance of the safety and effectiveness of the device.  The draft guidance and standard labeling are special controls for this device.

D.    Summary of reasons for reclassification

FDA has determined that the following reasons support its recommendation to reclassify the cardiovascular intravascular filter from class III to class II:

1.    General controls by themselves are insufficient to provide reasonable assurances of the safety and effectiveness of the device.

2.    There is sufficient publicly available information to establish special controls to provide reasonable assurance of the safety and effectiveness of the device for its intended use.

3.    There is sufficient publicly available information to demonstrate that the risks to health have been characterized for the cardiovascular intravascular filter and that the relationships between the performance characteristics and these risks have been established.

Company Confidential

CookMDL2570_1281531

Cardiovascular Intravascular Filters can be reclassified from Class III to Class II because it meets the criteria of 513(e) (2) of the act. Special controls in the form of standardized labeling and a device draft guidance on vena cava filters have been developed. These special controls, in addition to general controls, provide reasonable assurance of the safety and effectiveness of the device, and there is sufficient information to establish special controls to provide such assurance. A regulatory level of Class III is unnecessary.

E.     Summary of data upon which the reclassification is based

A recommendation to down classify cardiovascular intravascular filters (870.3375) from Class III to Class II is being proposed. This recommendation is based on an extensive review of published reports concerning this category of devices, information submitted in reclassification petitions and by manufacturers in response to the published 515(I), a review of MDR's, and previously cleared 510(k)'s.

Cardiovascular intravascular filters have a long history of use. Over the course of this time, the potential benefits and risks have been well characterized. It is possible and appropriate to minimize the risks through the use of special controls. These controls include standardized labeling as well as a guidance document.

The labeling that has been developed for marketed filters includes a list of approved indications for use. A required contraindication is identified and a warning statement regarding MRI compatibility are all mandated. Additional contraindications and warnings may be added to address particular device issues.

Although there are no existing published guidelines or guidance documents for this category of devices, the review of previously submitted 510(k)'s and IDE's has demonstrated a set of consistent requirements in terms of required data. A formal guidance is being developed concurrently with the review of the information on reclassification. The guidance document will help to convey to manufacturers of these products the necessary in vitro, animal and human clinical data that will be necessary to support marketing clearance.

Company Confidential

CookMDL2570_1281532

**Known Risks:**

A. Complications during filter introduction

The filter is delivered using several components of a system which include a sheath, guidewire, and introducer.   The overall insertion success rate is usually about 95% but there may be difficulties in correctly placing the filter in up to 15% (Ref. 8).  In the course of trying to place the filter in the vena cava the following complications have been noted: sheath perforation; introducer tip detachment; guidewire kinking; and sheath kinking (Refs. 7 and 16).  These complications can result in  filter deformation; fracture; premature release or insufficient opening; improper placement; and thrombus formation on filter which may result in insufficient opening (Ref. 8).  There have also been reports of problems with the filter sticking to and/or getting caught in the introducer while the device is being deployed, practitioner difficulty with inserting and/or retrieving failed insertions of the device, and problems with the filter legs breaking during insertion and deployment within the introducer and/or breakage of the filter /filter legs upon placement of the device within the patient (Ref. 5).  These complications are a function of the design of the delivery system, the adherence to the instructions for use and human error.  The risks can be controlled by special controls.

b. Recurrent Pulmonary Embolism

The incidence of PE reported in the literature is 1.9% to 5% (Refs. 11, 17, and 21) despite the presence of a filtering device.  Mortality from PE with a filter in place is 0.9%. (Ref. 17)  Medical opinion is that the risk of PE from untreated proximal DVT is as high as 50% and that PE mortality without treatment is 8% (Refs. 6 and 13).  Such recurrences almost always occur within the first three months, usually within one month (Ref. 11). Some of the mechanisms which may be responsible for PE after filter insertion are the following: ineffective filtration; continuous growth of trapped thrombi through the filter; development of thrombosis on the proximal end of the filter; filter migration to a position where it does not function optimally; filter displacement from the caval wall of the hooks by vessel wall thrombus which creates a channel between the filter and the caval wall; and emboli bypassing the filter through collateral lumbar veins or  the genital veins; embolization from thrombi proximal to the filter (arm veins, renal or hepatic veins, the right heart); and incorrect positioning of the filter (Ref. 8).  The risk of recurrent PE is a function of material selection, device design and adherence to the instructions for use and can be controlled by special controls.

c. Death

The death rate associated with filter use that can be attributed to filter complications is low and has been reported to be from 0.12% to 4% (Refs. 14 and 17).  Death attributable to filter complications have been reported to result from cardiac arrest immediately following filter placement, misplacement of the filter during insertion and cephalic

CookMDL2570_1281533

migration of a filter to the heart after placement. This risk can be attributed to user error or design flaws. This risk of death can be controlled by special controls.

d.   Thrombogenicity

The materials of the device should be biocompatible and not lead to thrombogenicity. The affect on the blood flow should not be great enough to cause stasis which would lead to thrombus formation in and around the device. Reported rates of IVC thrombus vary from 7 to 22% (Refs. 8 and 12). The proper choice of materials and the design of the device to minimize or eliminate the risk of stasis can be controlled by special controls.

e.   Filter Migration

The design of the filter must be such that it is stable within the vena cava. The filter release mechanism that is part of the delivery system must be simple and controlled such that the filter can be deployed in the desired location and is completely opened. If not, it can ultimately migrate into the right heart or tilt and compromise filtering efficiency. The occurrence of filter migration in the literature varies from 6% to 53% (Refs. 9, 10, 18, and 22). Limited filter movement in the caudal or cephalic direction is commonly reported and does not appear to be clinically significant. Much of the reported filter movement may actually be due to measurement error resulting from differences in patient positioning, breathing and parallax. True migration may be caused by too large a vena cava, inadequate positioning and massive embolization into the filter with caval dilatation (Ref. 8). The risk of migration can be controlled by special controls.

f.   Caval Penetration

The filter must be designed such that it is secure within the vena cava without perforating the wall of this vessel to cause hemorrhage or potentially injuring nearby organs. Slight penetration of the caval wall by filter struts is usually asymptomatic and clinically insignificant perhaps because penetration occurs gradually, allowing time for the vessel wall to fibrose. A caval perforation rate of 9% has been reported (Ref. 12). There have been rare cases, however, when strut migration or breakage have led to retroperitoneal complications such as bowel perforation, neurovascular injury or small bowel obstruction. This risk may be controlled by special controls.

g.   Filter Tilting and Angulation

The significance of tilting and angulation of caval filter after placement is controversial. There is a theoretical loss of filtering efficacy of any filter when tilted or angulated significantly; however there is no good clinical data to support a definite increased incidence in PE or failure to trap thrombi. A properly designed device should minimize the possibility for tilting upon deployment or angulating after implantation. This risk can be controlled by special controls.

Company Confidential

h.   Caval Occlusion

Caval occlusion is related to filter thrombogenicity, design and flow patterns (Ref. 8).Small or moderate sized emboli trapped in a filter are usually asymptomatic since the residual patency of the vena cava and the normal paravertebral collateral veins permit adequate venous return. A large trapped embolus or a cluster of small emboli may occlude a filter completely and thus block the vena cava. In almost all cases the symptoms of IVC occlusion, swelling of both lower limbs, are transient and resolve almost completely within weeks or a few months as the thrombi undergo spontaneous lysis or collateralization occurs. It is often difficult or impossible to clinically distinguish IVC filter occlusion from extension of the preexisting DVT, since the symptoms may be similar. Optimally, the filter should capture all emboli of a size that may cause clinically critical PE. Rates of occlusion for the various filters have been reported to be between 4% to 18% (Refs. 15 and 23). This complication is a function of device design and is clinically manageable under most circumstances. The risk of caval occlusion can be controlled by special controls.

i.   Filter Embolization

The risk of filter embolization is primarily limited to the first two weeks after implantation. After two weeks, the points of contact between the device and the vein wall become firmly incorporated by tissue reaction and embolization of the filter becomes virtually impossible. Embolization of the filter is a serious complication with clinical consequences comparable to pulmonary thromboembolism. These range from totally asymptomatic to sudden death. Need for therapy also ranges from none to chest surgery for removal of the device. Proper design and close adherence to the instructions for use can minimize the risk of filter embolization. This risk can be controlled by special controls.

j.   Fracture of filter

Filters rarely fracture as a result of direct trauma to the abdomen, but may from metal fatigue due to respiratory motion when perforation permits the tip of a leg to become locked to immobile tissues and subject to repeated unanticipated flexion, or fracture may be due to metal or weld corrosion. The fracture fragments may migrate locally or distally. This complication is usually asymptomatic and requires no treatment. The incidence has been reported at 2% (Ref. 12). Filter fracture is a function of design and delivery into the IVC. The risk can be controlled by special controls.

k.   Other Risks

The complications that occur at the vessel puncture site are not uniquely related to delivery of intravascular cardiovascular filters but are representative of complications observed with various catheter techniques. Events occurring at the delivery site include: hematoma formation and A-V fistula, DVT at puncture site, pneumothorax and air

Company Confidential

embolism after jugular insertion.   Many of these events can be minimized or eliminated by appropriate operator training and comprehensive device labeling.  Most are well known risks associated with many different interventional procedures which can be controlled by special controls.

l.        Benefits

Pulmonary embolism is a serious clinical issue with significant morbidity and mortality. It has been estimated that there are more than 600,000 cases of clinically significant PE occur each year in the United States (Refs. 23 and 24), resulting in approximately 200,000 deaths annually in the United States (Ref. 20).  The patient may survive the first embolism but remain at risk for a fatal recurrent PE.  PE recurs in approximately 6 to 25% of treated patients (Ref. 24). Additionally, the incidence of PE in patients with DVT is 19% to 28% (Ref. 19).  Normally, patients with deep venous thrombosis and/or PE are treated with anticoagulation therapy.  However, in some patients anticoagulation is ineffective, contraindicated or results in complications which require that it be discontinued.  For these patients a vena cava filter is recommended.  Historically, vena cava interruption was achieved  by suture ligation  and then later by plication with fenestrated clips on the vein.  These original concepts to prevent PE proved effective but required major surgery with a significant incidence of mortality and venous stasis complications.  Also, large collateral venous channels developed, with ligation,  capable of allowing the passage of emboli.  Plication to subdivide the lumen of the vena cava was effective in arresting emboli and had fewer stasis problems, but it still required abdominal surgery.  Vena cava filters were then developed.

*Conclusion:*

In summary, FDA believes that based on publicly available, valid scientific evidence, the intravascular cardiovascular filter can be regulated as a Class II device (general and special controls) to reasonably assure that the device is safe and effective for its intended use.

*References:*

1. B. Braun Vena Tech, reclassification petition. Docket No. 94N-0418.

2. Nitinol Medical Technologies, reclassification petition. Docket No. 94N-0418

3. Boston Scientific Corporation, 515(I) submission.  Docket No. 94N-0418.

4. FDA MDR database

5. Draft Guidance for the Submission of Premarket  Notifications for Cardiovascular Intravascular Filters.

Company Confidential

6. Alpert, J.S., R. Smith, C.H. Carlson, I.S. Ockene, L. Dexter, J.F. Dalen,"Mortality in patients treated for pulmonary embolism," *Journal of the American Medical Association*, 236:1477-1480,1976.

7. Becker, D.M. et al.,"Inferior Vena Cava Filters Indications, Safety, Effectiveness,"*Archives of Internal Medicine*,152:1985-1994,1992.

8. Bergqvist,D.,"The Role of Vena Caval Interruption in Patients with Venous Thromboembolism,"*Progress in Cardiovascular Diseases*," 37(1):25-37,1994.

9. Berland, L.L., F.E. Maddison, and V.M. Bernhard,"Radiologic follow-up of vena cava filter devices,"*American Journal of Roentgenology*,134:1047-1052,1980.

10. Crochet, D.P. et al.,"Vena Tech-LGM Filter: Long-term Results of a Prospective Study,"*Radiology*,188:857-860,1993.

11. Epstein, H.E., M.D. Darcy, D.W. Hunter, C. Coleman, S.M. Tadavarthy, P.H. Murray, W.E. Casteneda-Zuniga and K. Amplatz, "Experience with the Amplatz retrievable vena cava filter," *Radiology*,172:105-110,1989.

12. Ferris, E.J. et al.,"Percutaneous Inferior Vena Caval Filters: Follow-up of Seven Designs in 320 Patients," *Radiology*,188:851-856,1993.

13. Goldhaber S.Z. and C.H. Hennekens,"Time trends in hospital mortality and diagnosis of pulmonary embolism," *American Heart Journal*,104:305-306,1982.

14. Greenfield, L.J. and B.A. Michna,"Twelve-Year Clinical Experience with the Greenfield Vena Caval Filter," *Surgery*,104:706-712,1988.

15. Greenfield, L.J. and M.C. Proctor,"Twenty-year clinical experience with the Greenfield filter,"*Cardiovascular Surgery*, Vol 3, No. 2:199-205.

16. Greenfield, L.J., et al.,"Extended evaluation of the titanium Greenfield vena caval filter,"*Journal of Vascular Surgery*,September 1994:458-465.

17. Greenfield, L.J.,"Current indications for and results of Greenfield filter placement,"*Journal of Vascular Surgery*,1:502-504,1984.

18. Messmer, J.M. and L.J. Greenfield,"Greenfield caval filters; long-term radiographic follow-up study," *Radiology*,156:613-618,1985.

19. Mohan, C.R., J.J. Hoballah, W.J. Sharp, T.F. Kresowik, C.T. Lu and J.D. Corson,"Comparative efficacy and complications of vena caval filters,"*Journal of Vascular Surgery*,Vol.21 No. 2:235-246,1995.

Company Confidential     CookMDL2570_1281537

20. Nunnelee, J.D., and A. Kurgan,"Interruption of the inferior vena cava for venous thromboembolic disease,"*Journal of Vascular Nursing*,11:80-2,1993.

21. Ricco, J.B., D. Crochet, P. Sebilotte, A. Serradimigni, J.M. Lefebvre, E. Boissou, P. Geslin, P. Virot, C. Vaislic, M. Gallet, Y. Biron, D. Lefant, J.M. Desmarq and D. De La Faye," Percutaneous transvenous caval interruption with the LGM Filter; early results of a multicenter trial,"*Annals of Vascular Surgery*, 3:242-247,1988.

22. Rose B.S., D.C. Simon, M.L. Hess and M.E. Van Aman," Percutaneous transfemoral placement of the Kimray-Greenfield vena cava filter,"*Radiology*,165:373-376,1987.

23. Simon, M., C.A. Athanasoulis, D. Kim, et. al.,"Simon Nitinol inferior vena cava filter; Initial clinical experience," *Radiology*,172:99-103,1989.

24. Smith B.A.,"Vena Caval Filters,"*Emergency Medicine Clinics of North America*,Vol. 13, No.3:645-654,1994.

_____

Veronica A. Price

Company Confidential