UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

**COOK DEFENDANTS' UNOPPOSED
<u>MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby respectfully request leave to file a corrected memorandum in support of their motion for summary judgment. The original memorandum is filed as Dkt. 5753. Attached as Exhibit 1 is a copy of the corrected memorandum, which shows the proposed correction at p. 5, adding Ex. X, August 9, 2017, Declaration of Mark Breedlove ("Declaration").  The previously filed memorandum failed to assign an Exhibit number to the Declaration, which led to the Declaration not being filed.  An amended exhibit list and the Declaration are filed in conjunction with this Unopposed Motion for Leave to File Corrected Memorandum.  The corrected memorandum does not alter the Cook Defendants' requested relief or argument.  I am authorized to represent that counsel for the Cook defendants have consulted with Counsel for Plaintiffs and Plaintiffs do not oppose this motion.

WHEREFORE, the Cook Defendants respectfully ask the Court to grant them leave to file the attached corrected memorandum in support of their motion for summary judgment.

1

Dated: September 7, 2017					Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer