# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

**AMENDED EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | Operative Report  (November 17, 2010) |
| B | Hill Consent Form, Ex. 36 to Zuzga Dep. (4/19/17) |
| C | Operative Report  (March 23, 2011) |
| D | Radiology Report (August 12, 2013) |
| E | Operative Report (August 15, 2013) |
| F | Operative Report (August 21, 2013) |
| G | Deposition of Dr. Frank C. Lynch (May 26, 2017) |
| H | Deposition of Dr. Anthony Moreno, Volume 2 (April 26, 2017) |
| I | Deposition of Mark Zuzga, Volume 2 (April 19, 2017) |
| J | Deposition of Dr. Anthony Moreno, Volume 1 (March 14, 2017) |
| K | Expert Report of Alexander R. Marmureanu, M.D. (General) (June 29, 2017) |

US.114068254.01

| | |
|---|---|
| L | Deposition of Dr. Mohammed Rajebi (May 18, 2017) |
| M | Email from Matt Schultz re Plaintiff's assertion that she does not intend to rely on Dr. Rajebi for a specific causation opinion (May 16, 2017) |
| N | Deposition of Michael C. Fishbein, M.D. (July 21, 2017) |
| O | Deposition of Elizabeth J. Hill (November 10, 2016) |
| P | Deposition of Mark Zuzga, M.D., Vol. 1, (February 8, 2017) |
| Q | Expert Report of David Garcia, M.D (March 15, 2017) |
| R | Expert Report of Alexander R. Marmureanu, M.D. (Hill) (June 29, 2017) |
| S | Deposition of Alexander R. Marmureanu, M.D. (June 21, 2017) |
| T | Expert Report of Robert M. McMeeking, Ph.D (March, 2017) |
| U | Deposition of Robert M. McMeeking, Ph.D. (June 1, 2017) |
| V | History and Physical (Morton Plant 117-119) (August 13, 2013) |
| W | IFU for Cook® Celect® Filter Set |
| X | August 9, 2017, Declaration of Mark Breedlove |

US.114068254.01

                                              Respectfully submitted,

Dated: September 7, 2017                */s/ John T. Schlafer*
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              Email:  andrea.pierson@faegrebd.com
                                              Email:  john.schlafer@faegrebd.com

                                              James Stephen Bennett (# 22869-02)
                                              FAEGRE BAKER DANIELS LLP
                                              110 W. Berry Street, Suite 2400
                                              Fort Wayne, Indiana  46802
                                              Telephone: (260) 424-8000
                                              Facsimile: (260) 460-1700
                                              Email:  stephen.bennett@faegrebd.com

                                              *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.114068254.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*

US.114068254.01