# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to the Following Action only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

## ORDER GRANTING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL REGARDING REVISED BRIEF AND ADDITIONAL BREEDLOVE DECLARATION

    This matter has come before the Court on the Cook Defendants' Motion to Maintain Documents Under Seal Regarding Revised Brief and Additional Breedlove Declaration.  The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that the Cook Defendants' Revised Memorandum in Support of Motion for Summary Judgment against Plaintiff Elizabeth Hill, and Exhibits D, E, I, K, L, M, P, Q, R, S, T, U, V, and X to the Memorandum, are ordered maintained under seal.

    SO ORDERED this _____ day of September, 2017.


                                                      Tim A. Baker
                                                      United States Magistrate Judge
                                                      Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.