## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL , INC. , IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB<br>MDL No 2570 |
| **This Document Relates to:** | **Judge Richard L. Young** |
| JOHN SEIFERT, et al. | Case No. 1:16-CV-02525-JMS-TAB |
| **Plaintiffs,**<br>v. | **SUGGESTION OF DEATH** |
| COOK, INC., et al. | |
| **Defendants.** | |

Now comes the undersigned counsel, and hereby gives notice of the death of Plaintiff John Seifert. Plaintiff attaches hereto and fully incorporates herein a copy of the Certificate of Death as Exhibit A.

This Suggestion of Death is filed pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure.

Respectively submitted,

s/ Melissa E. Mielke
Melissa E. Mielke (Bar No. 284560)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com

**ATTORNEYS FOR PLAINTFF JOHN SEIFERT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: 9/8/17

s/ Melissa Mielke
Melissa E. Mielke (Bar No. 284560)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mmielke@skikoscrawford.com

**ATTORNEYS FOR PLAINTFF JOHN SEIFERT**