# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102- 2017-035124

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| JOHN ALBERT SEIFERT | | 08/11/2017 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER: | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| | | | | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
| MALE | 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 | 01/18/1929 | 88 | | | | |

12. PLACE OF DEATH - HOSPITAL: ☐ INPATIENT  ☐ E.R./OUTPATIENT  ☐ DEAD ON ARRIVAL
13. PLACE OF DEATH - OTHER THAN HOSPITAL: ☐ NURSING HOME OR LONG TERM CARE FACILITY  ☐ RESIDENCE  ☒ HOSPICE FACILITY  ☐ OTHER

| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY): | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH: | 16. COUNTY OF DEATH: |
|---|---|---|
| HOSPICE OF THE VALLEY - FRIENDSHIP VILLAGE PCU | TEMPE 85282 | MARICOPA |

| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| SAN DIEGO, CALIFORNIA | WIDOWED | |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 3160 E MAIN ST #68 | MESA, MARICOPA | ARIZONA | 85213 | YES |

25. WAS DECEDENT OF HISPANIC ORIGIN?
☒ NO, NOT SPANISH, HISPANIC OR LATINO
☐ YES, MEXICAN, MEXICAN AMERICAN, CHICANO
☐ YES, PUERTO RICAN
☐ YES, CUBAN
☐ YES, OTHER (SPECIFY)
☐ UNKNOWN

26. DECEDENT'S RACE(S):
☒ WHITE
☐ BLACK, AFRICAN AMERICAN
☐ NATIVE HAWAIIAN
☐ ASIAN INDIAN
☐ CHINESE
☐ FILIPINO
☐ JAPANESE
☐ GUAMANIAN OR CHAMORRO
☐ KOREAN
☐ VIETNAMESE
☐ SAMOAN
☐ AMERICAN INDIAN OR ALASKA NATIVE
☐ OTHER ASIAN (SPECIFY)
☐ OTHER PACIFIC ISLANDER (SPECIFY)
☐ OTHER (SPECIFY)
☐ UNKNOWN

27. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 4 TRIBES.
PRIMARY OR ENROLLED TRIBE:
ADDITIONAL TRIBE:
ADDITIONAL TRIBE:
ADDITIONAL TRIBE:

28. OCCUPATION: ELECTRONIC TECHNICIAN

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| LEO ALBERT SEIFERT | PEARL MERIE GARDNER |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| TERRY HENDERSON | DAUGHTER | 4853 E FOUNTAIN ST, MESA, ARIZONA 85205 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| DAVID'S DESERT CHAPEL FUNERAL HOME 325 WEST YAVAPAI, WICKENBURG, AZ | DAVID M POYNER, FUNERAL DIRECTOR | F0891 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| DONATION/CREMATION | SCIENCE CARE ANATOMICAL, PHOENIX, ARIZONA | SERENITY MORTUARY SERVICES, INC, PHOENIX, ARIZONA |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART 1

| IMMEDIATE CAUSE OF DEATH | 40. A MALIGNANT MELANOMA STAGE UNKNOWN | 41. APPROXIMATE INTERVAL: UNKNOWN |
|---|---|---|
| DUE TO OR AS A CONSEQUENCE OF: | 42. B | 43. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | 45. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | 47. APPROXIMATE INTERVAL: |

### CAUSE OF DEATH PART II

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE: | 49. INJURY? | 50. INJURY AT WORK? | 51. MANNER OF DEATH | 52. TIME OF DEATH |
|---|---|---|---|---|
| | NO | NO | NATURAL DEATH | 0705 |
| | 53. WAS AN AUTOPSY PERFORMED? NO | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | | |

### CAUSE AND MANNER OF DEATH CERTIFICATION

☒ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 55. NAME OF PERSON COMPLETING CAUSE OF DEATH: | 56. DATE CERTIFIED: |
|---|---|
| JOHN J. WILLIAMS, M.D. | 08/11/2017 |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR: | 59. DATE REGISTERED |
|---|---|---|
| 1510 E. FLOWER ST., BLDG 2 PHOENIX, AZ 85014 | MICHELE CASTANEDA-MARTINEZ | 08/16/2017 |

DATE ISSUED: 08/17/2017

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE