# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) |
| ARTHUR GAGE | ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which Motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's Motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff's unredacted "Response to Defendants' Motion for Partial Summary Judgment" and unredacted Exhibits "1" through "45" to Plaintiff's Response shall remain under seal.

All of which is Ordered this _____ day of _____, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division