## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02679-RLY-TAB *(Ainsworth)* | 1:16-cv-02695-RLY-TAB *(Cain)* |
| 1:16-cv-02680-RLY-TAB *(Alexander)* | 1:16-cv-02698-RLY-TAB *(Casebolt)* |
| 1:16-cv-02685-RLY-TAB *(Arnett)* | 1:16-cv-02710-RLY-TAB *(Cleghorn)* |
| 1:16-cv-02691-RLY-TAB *(Bedell)* | 1:16-cv-03002-RLY-TAB *(Coffman)* |
| 1:16 -cv-02697-RLY-TAB *(Burley)* | 1:16-cv-03447-RLY-TAB *(Councilman)* |

---

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs:

| | |
|---|---|
| Sandra Ainsworth | Lenard Cain |
| Cheryl Alexander | Gregory Casebolt |
| Ken Arnett | Bryan Cleghorn |
| Beth Bedell | Richard Coffman |
| Frank Burley | Marsha Councilman |

Dated:    09/01/2017

Respectfully submitted,

    */s/ William B. Curtis*

William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on   09/01/2017  , I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.


    /s/ William B. Curtis