# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions
All cases involving Plaintiffs who received the Celect or Tulip filters, specifically including:
    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

    *Gage v. Cook Medical, Inc. et al.,*
    Case No. 1:13-cv-1875-RLY-TAB

## ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiffs' Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiffs' unredacted "Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption", unredacted Exhibits "1" through "15" to the Declaration of Ben C. Martin, and Statement of Material Facts in Dispute are hereby SEALED.

All of which is Ordered this _____ day of September, 2017.

                                Judge, United States District Court
                                Southern District of Indiana
                                Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.