UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to Plaintiff

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

_____

**COOK DEFENDANTS'
AGREED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO BIFURCATE**

The Cook Defendants[1] respectfully move this Court for an order extending the deadline for filing their reply in support of the motion to bifurcate by eight days, from September 12, 2017, to September 20, 2017.  In support of this motion, the Cook Defendants state:

1. The present deadline to reply in support of the motion to bifurcate in Hill is September 12, 2017.

2. Plaintiff's response to the Cook Defendants' Motion To Bifurcate incorporates her response to the Cook Defendants' Motion for Summary Judgment, which is not yet filed but due to be filed today, September 8, 2017.  Certain issues relevant to the motion to bifurcate are intertwined with arguments made and to be made in the full set of summary judgment briefing.  The reply in support of the motion for summary judgment is due on September 20, 2017.  Given the intertwined nature of arguments in both motions, simultaneous deadlines for both replies will likely streamline and make more orderly the final briefing on both motions.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.  All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

US.114086408.01

3. The Cook Defendants believe that these circumstances constitute good cause for a short, eight-day extension of the deadline for the reply in support of the motion to bifurcate.

4. The Cook Defendants' attorneys have consulted Plaintiff's attorneys about this requested extension, and Plaintiff's attorneys have stated that Plaintiff agrees to the extension. The parties have further agreed that the bifurcation motion should be heard on September 25, 2017.

WHEREFORE, the Cook Defendants respectfully request that this Court grant its motion and extend the motion to bifurcate deadline by eight days to and including September 20, 2017, as set forth above.

Dated: September 8, 2017                    Respectfully submitted,

    /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:       (317) 237-0300
Facsimile:        (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:       (260) 424-8000
Facsimile:        (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Cour7t's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

    /s/ Andrea Roberts Pierson

US.114086408.01