UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                  MDL No. 2570

This Document Relates to Plaintiff

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

**ORDER ON COOK DEFENDANTS'
AGREED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO BIFURCATE**

The Court, having considered the Cook Defendants'[1] Agreed Motion For Extension Of Time to File Reply In Support Of Motion To Bifurcate, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the deadline for the Cook Defendants to file their Reply In Support Of Motion To Bifurcate is September 20, 2017.

Dated:_____

                                                    The Honorable Richard L. Young, Judge
                                                    United States District Court for the
                                                    Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.  All references to the "Cook Defendants" refer to all three entities unless otherwise noted

US.114088247.01