**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570
_____

This Document Relates to the Following Actions only:

      Elizabeth Jane Hill
      No. 1:14-cv-06016-RLY-TAB
_____

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      The following exhibits are hereby submitted with the Cook Defendants' Response to

Plaintiff's Motion for Partial Summary Judgment:

| Exhibit | Description |
|---------|-------------|
| A | Expert Report of Dr. David A. Kessler (March 17, 2017) |
| B | The 510(k) Program |
| C | FDA Premarket Notification |
| D | Lavender Declaration |
| D.A. | Veronica Price, Memo, Reclassification (December 2, 1996) |
| D.B. | Veronica Price, Memo, Reclassification (August 11, 2004) |
| E | Expert Report of Dr. Elisa Harvey, DVM, PhD |
| F | Excerpts of the Deposition of Dr. Elisa Harvey (July 26, 2017) |
| G | Excerpts of the Deposition of Dr. Anthony Venbrux (July 14, 2017) |
| H | Expert Report of Anthony Venbrux |

| I | Expert Report of Todd H. Baron, MD |
|---|---|
| J | Excerpts of the Deposition of Alexander Marmureanu, M.D. (June 21, 2017) |
| K | Informed Consent (November 17, 2010) |
| L | Informed Consent (March 23, 2011) |
| M | Consent for Procedure (November 17, 2010) |
| N | Deposition of Elizabeth Jane Hill (November 10, 2016) |
| O | Hill Specific Expert Report of Alexander Marmureanu |

Dated: September 8, 2017                    Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:   (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook
Medical LLC f/k/a Cook Medical Incorporated,
William Cook Europe APS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.114043330