# EXHIBIT A-2

Between October 2005 and May 2008 Cook conducted a clinical study on the long-term clinical retrievability of Celect. It was conducted at sites outside the United States and hence is often

referred to as the "OUS study."  It eventually was published and the lead author was Dr. Stuart

Lyon, although, as discussed below, the published article was written by MEDI Director for

Regulatory Science Jennifer Brown and she (along with MEDI Vice President Bill Voorhees)

appeared as an author.[276]  ("Lyon/Cook article")

---

[276] Lyon, et al. "Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multiinstitutional Registry," JVIR; 10:1441-1448 (Nov. 2009)

### C1. Background to the OUS Study

204.    In June 2006 Cook resubmitted its 510(k) application for Celect but did not include any clinical data for Celect.[284]

### C2.    The OUS Study's Overall Design

---

[284] IVCF 001964 at 1985 ("No clinical trial data is included.") & 2053 (seeking to substitute Tulip clinical data)

210.   The Lyon/Cook article was published in the Journal of Vascular and

Interventional Radiology in 2009.[293]  The article addressed        95        patients.[294]

C3.

211.   The terms "penetration" and "perforation" often carry different technical

definitions in the IVC filter context.  Whether "penetration" or "perforation" or some other term

is used, however, there is and has been for many years a general standard to which those terms

refer when they are intended to convey protrusion of an IVC filter component outside the vena

cava (as opposed to fixation in the vena cava wall). That standard is greater than 3mm (>3mm).

The following tables (Tables 3a and 3b) summarize representative sources over time for the

>3mm standard, as explained further in text that follows.

---

[293] Lyon, et al. "Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multiinstitutional Registry," JVIR; 10:1441-1448 (Nov. 2009) ("Lyon/Cook article").
[294] Lyon/Cook article at 1442. The article stated: "the data cannot be used to assess the safety and performance associated with use of the device as a permanent filter," (*Id.* at 1448),

**Table 3a. Representative Sources For >3mm Standard (Medical Literature)**

| Year/Source | Term Used/Standard |
|---|---|
| 1993: Ferris, et al., Percutaneous Inferior Vena Caval Filters: Follow-Up of Seven Designs in 320 Patients, *Radiology* 188: 851-856 (*Note:* Cited in Celect 2006 Clinical Evidence Report. (016 1380 at 1432)) | "Definitions … **IVC penetration**---Filter components extending **more than 3 mm** outside the wall of the IVC …" |
| 1998: Linsenmaier, et al., Indications, Management and Complications of Temporary Inferior Vena Cava Filters, *J. Cardiovasc. Interv. Radiol.* 21:464-469 (*Note:* Submitted by Cook in 2000 Tulip 510(k) (IVCF 000246)) | "Complication… **IVC penetration > 3 mm**" |
| 2007: Sadaf, Significant Caval Penetration by the Celect Inferior Vena Cava Filter: Attributable to Filter Design?, *JVIR* 18:1447-1450 (038 2236 at 2238) | "**penetration** as extension of filter components by **more than 3 mm** outside the IVC as depicted on CT, cavography, abdominal duplex ultrasonography, or autopsy." (citing Ferris, *supra*, and calling this "true caval perforation") |
| 2009: de Gregorio, Laparoscopic Demonstration of Vena Cava Wall Penetration by IVC Filters on an Ovine Model, *34th Annual SIR Meeting Presentation* (037 3150) | Cook consultant commenting on Cook filter study "Filter **penetration**: extension of filter components by **more than 3 mm** outside de IVC s depicted on CT, cavography, ultrasonography or autopsy" (citing Ferris & Sadaf, *supra*) |
| 2016 Literature: Montgomery & Kaufman, A Critical Review of Available Inferior Vena Cava Filters and Future Directions, *Semin. Interv. Radiol.* 33:79-87 | "When describing complications, **most publications conform to the SIR Standards** of Practice Committee definitions…. **Filter penetration** describes a strut or anchoring device extending **more than 3 mm** outside of the vena cava." |

**Table 3b. Representative Sources For >3mm Standard (Medical Societies, Regulatory Authorities & Cook)**

| Year/Source | Term Used/Standard |
|---|---|
| 2001 SIR: Society for Interventional Radiology – Grassi, et al., Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism, *J. Vasc. Interv. Radiol.* 12:137-141 (083 0744) | "IVC penetration: Penetration of the vein wall by filter hooks with transmural incorporation. For quality reporting improvement purposes, the definition of **IVC penetration** is filter strut or anchor devices extending **more than 3 mm** outside the wall of the IVC demonstrated by CT, US, venography, or autopsy." |
| 2005 ACR: American College of Radiology – ACR Practice Guideline for the Performance of Percutaneous Inferior Vena Cava (IVC) Filter Placement for the Prevention of Pulmonary Embolism | "IVC penetration: Penetration of the vein wall by filter hooks with transmural incorporation. For quality reporting improvement purposes, the definition of **IVC penetration** is filter strut or anchor devices extending **more than 3 mm** outside the wall of the IVC as demonstrated by CT, US, venography, or autopsy." |
| 2008 ISO/SIR: | |
| 2009 CIRSE: Cardiovascular and Interventional Radiological Society – CIRSE Quality Improvement Guidelines for Percutaneous Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism | "**IVC Penetration** -- Penetration of the vein wall by filter hooks with transmural incorporation. For quality reporting improvement purposes, the definition of **IVC penetration** is filter strut or anchor devices extending **more than 3 mm** outside the wall of the IVC demonstrated by CT, US, venography, or autopsy." |

---

[295] *JVIR* encourages authors to apply SIR reporting standards in defining terms for manuscripts. See: https://www.elsevier. com/__data/promis_misc/jvir_ita.pdf (*JVIR* Instructions for Authors).

| | |
|---|---|
| 2009 MHRA: Medicines and Healthcare Products Regulatory Agency (UK) – Guidance on the Vigilance System for CE-Marked Devices | "2.2 Perforation/erosion … **IVC filter perforation more than 3 mm** outside the inferior vena cava wall should be reported." |
| 2011 ISO: ISO Standard 25539-3 (077 1220 at 1284) | **Caval perforation** defined as "Filter strut or anchor devices extending **more than 3 mm** outside the wall of the IVC, as demonstrated by CT or autopsy." |

212.    As seen above, IVC penetration may refer to fixation within the "vein wall" with "transmural incorporation" which would leave just the anchor hook, if anything, outside the vein wall (SIR/ACR/ISO standards).  But leading journals, regulatory authorities, and medical societies have recognized for years the significance of protrusion >3mm and some (like ISO and MHRA) distinguish "penetration" from "perforation" based on the >3mm standard. Whatever name is used, protrusion >3mm is "the standard that comes from the SIR definition,"

a.      The Society for Interventional Radiology's 2001 guidelines defined "IVC penetration" for quality reporting purposes as "filter strut or anchor devices extending more than

3 mm outside the wall of the IVC demonstrated by CT, US, venography, or autopsy."[300]

   b.  The ISO 25539-3 standard distinguishes between "penetration" and "perforation,"

defining "caval perforation" by the >3mm standard"[304] The MHRA in the UK parallels the ISO

standard, defining "perforation/erosion" by the >3mm standard and requiring adverse incident

reports for all perforations.[305]

_____

[300] 083 0744 at 0745

[304] 077 1220 at 1284. ISO defines "Caval penetration" as "Filter strut or anchor devices which become incorporated in the wall of the cava but do not extend more than 3 mm outside of the wall. Does not cause extravasation of dye." The draft ISO definition was the same in 2008 was known to Director of Research Arne Mølgaard and MEDI Director of Non-Clinical Testing Brian Choules in 2008. (079 9288 (email) & 079 9289 (definitions)).
[305] MHRA, Guidance on the vigilance system for CE-marked medical devices (2009) at 4-5 & MHRA, Guidance for manufacturers on reporting device-specific adverse incidents under the European vigilance system (2014).

    c.    FDA's November 1999 Guidance for Cardiovascular Intravascular Filter 510(k)

Applications,[307] uses the words "penetration" and "perforation" in addressing the requirements

for 510(k) applications.

The Lyon/Cook article defined perforation as "strut

protruding out of the IVC wall."  The article claimed that by this definition, there were no

perforations in the study.

---

[307] FDA, Guidance for Cardiovascular Intravascular Filter 510(k) Applications (1999) ("1999 Guidance").

*C4.*

223.    FDA's November 1999 Guidance for Cardiovascular Intravascular Filter 510(k) Applications,[318]

_____

included a section titled "Clinical Investigations." It stated: "The intent of the clinical study should be to demonstrate that the rates of complications for the investigational filter are comparable to other marketed vena cava filters. Although the risks themselves are well described in the literature, the definitions and methods used to determine the rates are inconsistent and highly variable. Therefore, it is critical to prospectively define and identify the methods of analysis for each potential complication. The complications identified and analyzed during the course of the clinical investigation should include the following... :

> 5. Caval penetration:  Determination of caval penetration is complicated. Examination via cavography may show filter hooks or legs outside the flow of contrast. This is not necessarily due to penetration. It may be due to endothelialization or tenting of the vena cava or locations in tributary veins. Computed tomography (CT) scans can be used to help rule out some false positives. After correction for magnification, filter base diameter from hook to hook should be recorded from both the implant and follow-up plain films. If an increase in filter base diameter of ≥ 5 mm is recorded, a CT scan should be performed to confirm or exclude the position of filter legs outside of the inferior vena cava. Any other changes, which may be suggestive of possible filter leg penetration of the vena cava, should trigger a CT scan, regardless of increase in the filter base diameter.[320]

The guidance also states that "any" change that "may be suggestive of possible filter leg penetration … should trigger a CT scan."

_____

[320] IVCF 042414 at 2421 (emphasis added)

*C5.*

**Table 4.**

[327] In my role as Commissioner of the FDA, I regularly sought and relied upon the input and analyses of healthcare experts in reaching regulatory determinations, including reliance upon the opinions of biostatisticians, epidemiologists, and medical doctors from various disciplines. For this report, I consulted with Dr. Rajebi and reviewed the images available for the 21 patients reported as "penetrations."

[328] The exhibit to Dr. Rajebi's report discussing penetrations/perforations is attached as Schedule 7 to this report.

[329] Only 58 patients had attempted retrievals. Under the standard >3mm definition, 12.1% of that population had perforations. Under the Lyon/Cook article definition of perforation, Cook's study documents show a 17.2% perforation rate.

a.      In June 2006 Cook resubmitted the Celect 510(k).[331]

---

[331] IVCF 001964.

FDA cleared the Celect as a permanent device 10 days later on April 20, 2007.[341]

---

[341] IVCF 004157 (emphasis added)

c.    Cook applied for clearance of Celect as a retrievable filter in November 2007.

238.    The published Lyon/Cook version of the study in the Journal of Vascular and Interventional Radiology claimed there were 21 "penetrations" but no "perforations."[347]  JVIR is the same journal that publishes the SIR guidelines defining "IVC penetration" as discussed above ("filter strut or anchor devices extending more than 3 mm outside the wall of the IVC demonstrated by CT, US, venography, or autopsy").  The principal author was Dr. Stuart Lyon, who participated in the study.  The article included as authors MEDI Vice President and Chief Science Officer William Voorhees as well as MEDI Director of Regulatory Science Jennifer Brown.[348]

a.    Under the heading Study Endpoints and Analysis, the article stated that the "primary objective of the study was to verify the safety and performance of the Celect filter by assessing the incidence and severity of adverse events associated with retrieval of the device" and that the composite major complication rate included "hemorrhage, PE, vena cava perforation, procedure-related death, occlusion, significant migration [>20mm], and filter fracture…."[349]

b.    In the Filter Retrieval section of the article, the authors stated:

"Strut penetration (ie, transmural incorporation or filter incorporation into the IVC wall) was noted in 21 patients based on preretrieval imaging. Importantly, there was no evidence of IVC perforation (ie, strut protruding out of the IVC wall) or extravasation or hemorrhage in any patient, and there were no patient-reported complications typically associated with perforation (e.g., pain)."[350]

---

[347] Lyon/Cook article at 1445
[348] *Id.* at 1441
[349] *Id.* at 1444
[350] Lyon/Cook article at 1445 (emphasis added).

c.      Again, in the Discussion section, the article stated: "Complications that occurred before and after retrieval procedures were assessed. There were no reports of significant filter migration, filter fracture, IVC occlusion, or IVC perforation in the present study."[352]

d.      The article also compared Celect's complication rates with those reported in a study of its competitor filter, the Bard G2 filter, noting: "A separate report on the retrievability of the Recovery G2 filter also included a high retrieval success rate (100%; n = 51) at a mean indwell time of 53.4 days (range, 7–242 d). However, caval penetration was observed in nine patients (18%).… Based on these data, the incidence of device-related complications (eg, penetration, migration, extreme tilt) for the Recovery G2 filter appears to be higher than that for the Celect filter."[353]  The article did not reveal that the Bard G2 study employed the standard definition for IVC penetration (endpoint: "presumed caval penetration (struts extending more than 3 mm outside the contrast medium-filled IVC lumen)."[354]  The G2 study used CT to assess suspected perforation.[355]

_____

[352] *Id.* at 1447 (emphasis added)
[353] *Id.* at 1448
[354] Oliva, et al, Recovery G2 Inferior Vena Cava Filter: Technical Success and Safety of Retrieval, JVIR 2008; 19:884 at 885.
[355] *Id.* at 887 & 888, Fig. 3.

While the Lyon/Cook article, published in the leading journal for interventional radiologists, claimed that it counted every "strut protruding out of the IVC wall" as a "perforation" it told readers, "[i]mportantly, there was no evidence of IVC perforation" in the study.[357]

    a.    MEDI Director of Regulatory Science Jennifer Brown

is listed as the contact for correspondence in the

---

[357] Lyon/Cook article at 1445

The article was submitted in November 2008 and accepted for publication in

July 2009 after revision.

Imaging data at follow-up and at retrieval were examined for evidence of

---

[358] Lyon/Cook article at 1441

*C6.*

245.    Cook

repeatedly cited the study to purportedly demonstrate the Celect filter's safety as a medical device with respect to perforations.

246.    After the Celect received clearance, Cook cited the OUS study in its IFUs, which accompanied every device sold to medical providers.

a.    The 2008 Celect IFU included information on 74 patients and, although its "Potential Adverse Events" section included "Vena cava perforation," the "Clinical Studies" section cited the OUS and stated: "No device related major adverse events (defined as hemorrhage, perforation, death, occlusion, filter fracture or significant filter migration) have occurred."[366]   Cook's 2009 Celect IFUs contained the same language,[367] as did its 2012 Celect IFU.[368]

b.    The same language appears in the Celect Platinum IFU, which also states: "Previously published clinical studies for the Celect filter suggest probable clinical results for the successful retrieval of the Celect Platinum filter."[369]

c.    Cook's IFUs note that perforation is a "potential adverse event," but then state that no perforations occurred out of 74 patients in the OUS study

---

[366] 001 2374 at 2379.  Other 2008 Celect IFUs contain the same language. (001 2338 at 2342; 001 2350 at 2354; 001 2362 at 2366; 044 5420 at 5425)

[367] 016 1696 at 1699; 016 1684 at 1687; 016 1707 at 1710; 016 5984 at 5987

[368] 018 7167 at 7172

[369] Platinum IFU US-1203-425-01 (2012) at 6; Platinum IFU US-1203-427-01 (2012) at 6; Platinum IFU US-1203-423-01 (2012) at 7. The Platinum IFUs include "Vena cava perforation/penetration" as potential adverse events.

      d.    In my opinion, Celect and Celect Platinum were misbranded with respect to perforation. IFUs constitute "labeling" and a medical device is misbranded if its labeling is "false or misleading" in any particular. As FDA has stated: "It is not a necessary condition that the labeling should be flatly and baldly false; the word 'misleading' in the Act means that labeling is deceptive if it is such as to create or lead to a false impression in the mind of the reader…. A 'false impression' … may also be caused by failure to inform the consumer of facts that are relevant to those statements actually made. In other words, the label that remains silent as to certain consequences may be as deceptive as the label that contains extravagant claims."[370]

    247.    Cook used the OUS study in its promotion and marketing communications, which also constitute "labeling" under the FD&C Act.[371]

---

[370] See also FDA Guidance "Labeling: Regulatory Requirements for Medical Devices" (1989).

[371] In addition to direct promotion by Cook, the article has been cited 61 times in the medical literature according to a PubMed search conducted March 12, 2017.

**D.**

251.     As has been my past practice, although I am a Professor of Biostatistics, I have repeatedly throughout my career asked other biostatisticians to carry out statistical analyses of data.  I asked counsel to engage a biostatistician to review the data discussed in this section.  Dr. Rebecca Betensky is a Professor of Biostatistics at the Harvard School of Public Health.

266.    Dr. Betensky conducted a number of analyses based upon the detailed data in Schedule 4, which are presented in summary fashion above. All of her conclusions and the bases for those conclusions are set forth in her report (Schedule 5), and a summary of her conclusions is set forth in Schedule 4.

267.    Dr. Betensky's conclusions included the following:

279.    By mid-2007, after the Celect had received clearance with a permanent indication in the United States,