# EXHIBIT A-3

290.    Celect was cleared as a retrievable device six weeks later on March 7, 2008.[448]

---

[448] IVCF 004347

307.    The redesigned Celect (Celect Platinum) was submitted for 510(k) clearance on

June 1, 2012.[489]

---

[489] IVCF 005099 & 005102

308.    Cook applied for clearance of its Celect Platinum filter on June 1, 2012.[490]  FDA

cleared the Platinum for permanent and retrievable use on July 3, 2012.[491]

309.    Cook's 510(k) application for the Platinum noted the addition of "radiopaque

markers" and stated: "The radiopaque marker on each primary leg is constructed from a platinum

tungsten alloy; the radiopaque markers enhance filter visibility on procedural imaging."[492]

Elsewhere in the submission, Cook stated:

a.    "The filter implant has a radiopaque marker on each primary leg to enhance filter visibility on procedural imaging."[493]

b.    "This proposed device modification (i.e., addition of a platinum radiopaque marker to each primary filter leg to enhance filter visibility on procedural imaging) has been assessed through William Cook Europe's design control process."[494]

c.    "The filter implant is substantially equivalent to the predicate devices (Table 1). In comparison to the predicate devices, the ends of the primary filter legs for the proposed Cook Celect Platinum Vena Cava Filter implant are modified to enhance filter visibility on procedural imaging."[495]

d.    "Compared to the Cook Celect Vena Cava Filter, the Cook Celect Platinum Vena Cava Filter has a radiopaque marker (a platinum tungsten alloy) on each of its primary legs to enhance filter visibility on procedural imaging."[496]

e.    "Compared to the predicate devices, the Cook Celect Platinum Vena Cava Filter implant is substantially equivalent to the Cook Celect Vena Cava Filter implant (K073374, K090140, and K121057). In comparison to the predicate devices, the proposed Cook Celect Platinum Vena Cava Filter has a platinum marker on each of its primary legs. The platinum material enhances visibility of the primary legs on procedural imaging."[497]

---

[490] IVCF 005099  (Cover Letter); IVCF 005102 (Submission)
[491] IVCF 005732 at 735
[492] IVCF 005102 at 5113-14
[493] IVCF 005102 at 5114
[494] IVCF 005102 at 5120
[495] IVCF 005102 at 5123
[496] IVCF 005102 at 5124
[497] IVCF 005102 at 5127

f.   "Biocompatibility, performance bench testing, and animal testing data … support this enhancement in filter design [radiopaque markers]; testing results demonstrate that the change does not affect the safety and effectiveness of the proposed device…. The fundamental scientific technology of the device is not affected by the addition of the platinum markers. The addition of the platinum markers to the Cook Celect Platinum Vena Cava Filter implant to enhance filter visibility does not raise new types of safety and effectiveness questions."[498]

g.   "[E]ach primary leg of the Cook Celect Platinum Vena Cava Filter implant also has platinum radiopaque marker (composed of a platinum tungsten alloy) to enhance filter visibility on procedural imaging…."[499]

310.   The "Risk Analysis" attached as Appendix A to the application stated: "The Cook Celect Platinum filter is identical to the Cook Celect filter except for the addition of radiopaque markers on the Celect Platinum filter. The radiopaque markers are added to improve the radiopacity of the filter."[500]

The Celect Platinum was cleared for marketing in the U.S. on July 3, 2012.[502]

312.   On June 3, 2014, Cook announced it was "introducing the next-generation of a proven technology at the 2014 Annual Vascular Meeting of the Society for Vascular Surgery (SVS) and the SVS Foundation."   It stated: "Celect Platinum's proven IVC filter is designed to

---

[498] IVCF 005102 at 5127
[499] IVCF 005102 at 5142
[500] IVCF 005201 at 5202

[502] IVCF 005732

enhance visibility. The specially designed anchors and platinum markers on the filter's feet allow secure caval fixation."[503]

313. According to an October 1, 2014, letter signed by Cook Senior Global Product Manager Darrell Talbert, the Celect filter remained available for purchase until December 31, 2014. The letter, addressed to Cook customers, stated, "After December 31, 2014, you will only be able to order the Celect Platinum…. You may use any of the Celect filters that you currently have on your shelf until they are gone."[504]

## VII. COOK HAD AN OBLIGATION TO ENSURE THAT THE CELECT FILTER WAS AT LEAST AS SAFE AND EFFECTIVE AS THE GÜNTHER TULIP AND TO ENSURE THE SAFETY OF CELECT THROUGHOUT THE LIFE OF ITS PRODUCT.

315. According to FDA: "a 510(k) requires demonstration of substantial equivalence to another legally U.S. marketed device. Substantial equivalence means that the new device is at least as safe and effective as the predicate."[505]

---

[503] https://www.cookmedical.com/peripheral-intervention/celect-platinum-ivc-filter-introduced-at-svs/
[504] 069 3299
[505] See http://www.fda.gov/MedicalDevices/Device RegulationandGuidance/HowtoMarketYourDevice/ PremarketSubmissions/PremarketNotification510k, last accessed August 9, 2016

317.    As noted by FDA reviewers, "IVC filters are class II devices regulated with special controls requiring FDA clearance of a 510(k) premarket notification, which demonstrates that the device under review is as safe and effective as a device already on the market."[508]

318.    In its original 2004 Celect 510(k) application, Cook stated that "[T]he Cook 2nd Generation Vena Cava Filter is substantially equivalent to the following  predicate devices in terms of materials, design features and intended use:  Cook Günther Tulip Vena Cava MR*eye* Filter and Retrieval Set (K032426) and the Cook Günther Tulip Vena Cava MR*eye* Filter (K000855)."[509]

---

[508] Angela Smith & Dorothy Abel, "Regulation of Peripheral Vascular Devices," *Endovascular Today* (Nov. 2005).
[509] 006 1277 at 1306

319.    Cook's 2006 re-submission identified the predicate device as "Günther Tulip Vena Cava Filter #K000855."[510]

320.    Cook's 2007 submission for clearance of the Celect as a retrievable device cited the Celect Vena Cava Filter as the predicate device.[511]

321.    In my opinion, Cook had an obligation to ensure that the Celect was at least as safe and effective as the predicate Tulip device and did not raise any new safety questions.

---

[510] IVCF 001964 at 1975
[511] IVCF 4160 at 4194

IX.

A.    **Cook's Clot-Trapping Study and Celect's Clot-Trapping Performance**

335.    Cook carried out a clot-trapping study    in 2004 that was published in the

medical literature,[523] relied on in Celect 510(k) applications,[524] and included in its marketing and

promotional labeling.[525]

As set forth in                              the published version of the study,[529] Dr.

Günther tested the filters in a "flow model simulating the physical parameters of flow in the

human IVC."[530]  The filters were implanted in simulated IVC tubes of 15mm, 22mm, and 30mm

diameters and clots were passed through the tubes, both singly and serially in groups of 5.  The

filters were tested in both vertical and horizontal orientations (simulating standing and lying

positions) and in both centered (concentric) and tilted (eccentric) positions

---

[523] 075 0585
[524] 006 1235 (K042067) & 006 5014 at 5047 (K061815)
[525] 063 9933

[529] 075 0585. The published study included Mr. Mølgaard and Cook consultant Dr. Jörg Neuerburg as co-authors.
[530] 009 1076 at 1078

338.     Below is an example of promotional material (a 2007 Celect marketing brochure)

citing Cook's published clot-trapping study:[534]



†Günther RW, Neuenburg J, Mossdorf A. New optional IVC filter for percutaneous retrieval - in vitro
evaluation of embolus capturing efficiency. Rofo. 2005 May;177(5):632-6.

339.     The graph reports "clot-trapping ability" for Tulip and Celect.  On the left is

"clot-trapping success" in percentages and across the bottom are various clot sizes ranging from

3-x5mm to 10x24 mm.  No explanatory text accompanies the bar graph, which represents the

following:[535]

---

[534] 063 9933. Also see IVCF 005769 at 5771 (2008 brochure with same table).

[535] Percentages between two lines on the bar graph are confirmed by reference to the published study (075 0585 at
0588, Table 1) and the final study report (009 1076 at 1091, Appx. A & Table 1 (averaging results for 22mm tube).

**Table 7. Clot-Trapping Ability of Celect as Represented**

| Clot Size | Celect % "Clot-Trapping Success" |
|---|---|
| 3x5mm | 70% |
| 3x10mm | 82.5% |
| 3x20mm | 90% |
| 5x10mm | 95% |
| 5x20mm | 95% |
| 7x10mm and larger | 100% |

340.    Cook presents these figures as Celect's "Clot-Trapping Ability" and its "Clot-Trapping Success (%)" by clot size.



**B.      Cook's Representations Regarding Celect's Clot-Trapping Performance**

344.    As seen in the bar graph from 2007 Celect marketing brochure depicted above, which also appears in a 2008 Celect brochure,[545]

---

[545] IVCF 005769 at 5771

## X.    CONCLUSIONS[548]

In my opinion:

347.    Physicians are rarely in a position to determine whether a device is safe and effective.

---

[548] This is not an all-inclusive list of opinions. For all opinions please see the entire report.

Signed this 17th day of March, 2017 in San Francisco, California.

_____
David A. Kessler, M.D.

# Appendix A:

# Resume of David A. Kessler, M.D.

# DAVID A. KESSLER

| | |
|---|---|
| 1969-1973 | AMHERST COLLEGE, Amherst, Massachusetts<br>Bachelor of Arts, *magna cum laude* (B.A. Independent Scholar, 1973) |
| 1973-1979 | HARVARD MEDICAL SCHOOL, Boston, Massachusetts<br>Doctor of Medicine (M.D. 1979) |
| 1975-1977 | UNIVERSITY OF CHICAGO LAW SCHOOL, Chicago, Illinois<br>Doctor of Law (J.D., 1978), Harvard Law School, 1977-1978 |
| 1984-1986 | NEW YORK UNIVERSITY GRADUATE SCHOOL OF BUSINESS ADMINISTRATION (Manhattanville), Purchase, New York<br>Advanced Professional Certificate in Management |

## EMPLOYMENT

| | |
|---|---|
| 2003-present | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO<br>Professor of Pediatrics, Epidemiology and Biostatistics |
| 2003-2007 | Dean, School of Medicine<br>Vice Chancellor of Medical Affairs |
| 1997-2003 | YALE UNIVERSITY SCHOOL OF MEDICINE<br>Dean<br>Professor of Pediatrics, Internal Medicine, and Public Health |
| 1990-1997 | UNITED STATES FOOD AND DRUG ADMINISTRATION<br>Commissioner<br>(Appointed by President George H. W. Bush, Reappointed by President William J. Clinton) |
| 1984-1990 | THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE<br>Medical Director |
| 1986-1990 | COLUMBIA UNIVERSITY<br>Julius Silver Program in Law, Science and Technology<br>Lecturer on Law |
| 1982-1984 | MONTEFIORE MEDICAL CENTER<br>Special Assistant to the President |
| 1981-1984 | UNITED STATES SENATE COMMITTEE ON LABOR AND HUMAN RESOURCES, Consultant to the Chairman |

David A. Kessler                                                                 Page 2

## HONORARY DEGREES

1992     AMHERST COLLEGE, Amherst, Massachusetts
         Doctor of Science *honoris causa*

1992     GEORGE WASHINGTON UNIVERSITY, Washington, D.C.
         Doctor of Science *honoris causa*

1993     PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE, Philadelphia,
         Pennsylvania, Doctor of Science *honoris causa*

1993     DICKINSON COLLEGE OF LAW, Carlisle, Pennsylvania
         Doctor of Laws *honoris causa*

1995     ALBANY MEDICAL COLLEGE, Albany, New York
         Doctor of Science *honoris causa*

1997     NORTHEASTERN UNIVERSITY, Boston, Massachusetts
         Doctor of Science *honoris causa*

1998     MOUNT SINAI SCHOOL OF MEDICINE, New York, New York
         Doctor of Humane Letters *honoris causa*

1998     COLGATE UNIVERSITY, Hamilton, New York
         Doctor of Science *honoris causa*

1998     YALE UNIVERSITY, New Haven, Connecticut
         Master of Arts *privation*

1999     CONNECTICUT COLLEGE, New London, Connecticut
         Doctor of Humane Letters *honoris causa*

2001     DICKINSON COLLEGE, Carlisle, Pennsylvania
         Doctor of Science, *honoris causa*

2001     UNION COLLEGE, Schenectady, New York
         Doctor of Laws, *honoris causa*

2002     UNIVERSITY OF LOUISVILLE, Louisville, Kentucky
         Doctor of Public Service, *honoris causa*

2005     STATE UNIVERSITY OF NEW YORK, Syracuse, NY
         Doctor of Science, *honoris causa*

2012  DREXEL UNIVERSITY, Philadelphia, PA
Doctor of Science, *honoris causa*

2013  CLAREMONT GRADUATE UNIVERSITY, Claremont, CA
Doctor of Science, *honoris causa*

## HONORS

NATIONAL ACADEMY OF SCIENCES, Public Welfare Medal,
Honorary Member

INSTITUTE OF MEDICINE, Member

AMERICAN SOCIETY OF CLINICAL ONCOLOGY
Distinguished Service Award for Scientific Achievement

AMERICAN ACADEMY OF ARTS AND SCIENCES, Fellow

PHI BETA KAPPA, Amherst College

UNIVERSITY OF CHICAGO LAW REVIEW, Associate Editor

2008 PUBLIC HEALTH HERO AWARD, UC Berkeley

SIGMA XI, The Scientific Research Society of North America

BARNARD COLLEGE Barnard
Medal of Distinction

CASPAR PLATT AWARD, The University of Chicago Law School

HARVARD BLODGETT AWARD IN BIOLOGY, Amherst College

WHITING FOUNDATION GRANT-IN-AID for research at
Sloan-Kettering Institute

NATIONAL SCIENCE FOUNDATION FELLOWSHIP (declined)

JOHN WOODRUFF SIMPSON FELLOWSHIP, awarded by Amherst
College for the study of medicine

ALVAN T.--VIOLA D. FULLER AMERICAN CANCER SOCIETY
JUNIOR RESEARCH FELLOW (declined)

NATIONAL INSTITUTES OF HEALTH TRAINING FELLOWSHIP
RECIPIENT for physiology research at the Marine Biological Laboratory,

David A. Kessler                                                                 Page 4

Woods Hole, Massachusetts

PHI DELTA THETA SCHOLARSHIP
DISTINGUISHED PUBLIC SERVICE AWARD
The George Washington University School of Medicine and Health Sciences

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
Special Citation

AMERICAN SOCIETY OF PUBLIC ADMINISTRATION
National Capitol Area Chapter
President's Award for Outstanding Achievement

AMERICAN FEDERATION FOR AIDS RESEARCH (AmFAR)
Sheldon W. Andelson Public Policy Achievement Award

THE WOODROW WILSON AWARD FOR DISTINGUISHED
GOVERNMENT SERVICE Johns Hopkins University

HAL OGDEN AWARD
Association of State and Territorial Directors of Health Promotion and
Public Health Education and the U. S. Centers for Disease Control

NATIONAL ORGANIZATION FOR RARE DISEASES (NORD)
Outstanding Service to the Public Health Award

MARCH OF DIMES
Franklin Delano Roosevelt Leadership Award

CHILDREN'S HOSPITAL NATIONAL MEDICAL CENTER
Children's Research Institute Award of Academic Excellence

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Food Labeling

ISRAEL CANCER RESEARCH FOUNDATION
President's Award

INSTITUTE FOR ADVANCED STUDIES IN IMMUNOLOGY AND AGING
Lifetime Public Service Award

AMERICAN LUNG ASSOCIATION
Special Recognition Award

UNIVERSITY OF CHICAGO ALUMNI ASSOCIATION
Professional Achievement Award (Washington, D.C. Chapter)

U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Secretary's Award for Excellence in Public Service

NATIONAL KIDNEY CANCER ASSOCIATION
Progressive Leadership Award

JOHNS HOPKINS UNIVERSITY SCHOOL OF PUBLIC HEALTH
Dean's Medal

AMERICAN CANCER SOCIETY
Medal of Honor

AMERICAN HEART ASSOCIATION
Meritorious Achievement Award

WORLD HEALTH ORGANIZATION Pan
American World Health Organization World
No Tobacco Day Award

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Tobacco

PROFESSIONAL ACHIEVEMENT CITATION, University of
Chicago Alumni Association

PENNSYLVANIA HOSPITAL Molly
and Sidney N. Zubrow Award

AMERICAN LUNG ASSOCIATION OF CONNECTICUT
Humanitarian Award

AMERICAN COLLEGE OF PREVENTIVE MEDICINE
Special Recognition Award

ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND THE ROBERT
WOOD JOHNSON FOUNDATION
David E. Rogers Award for Improving Health and Healthcare of the American
People

JACOBS INSTITUTE OF WOMEN'S HEALTH
Excellence in Women's Health Award

NARAL PRO-CHOICE AMERICA
Lifetime Achievement Award

THE ASSOCIATION OF STATE AND TERRITORIAL CHRONIC DISEASE
PROGRAM DIRECTORS
Joseph W. Cullen Award for Outstanding Contributions to Chronic Disease
Prevention and Control

THE COLLEGE OF WILLIAM & MARY LAW SCHOOL
2005 Benjamin Rush Medal

CALIFORNIA CENTER FOR PUBLIC HEALTH ADVOCACY
David Kessler Award for Extraordinary Contribution to the Public
Health

BOOKS FOR A BETTER LIFE AWARD

## INTERNSHIP & RESIDENCY

1981-1982    SENIOR ASSISTANT RESIDENT, Department of Pediatrics,
             The Johns Hopkins Hospital

1980-1981    ASSISTANT RESIDENT, Department of Pediatrics,
             The Johns Hopkins Hospital

1979-1980    INTERN, Department of Pediatrics,
             The Johns Hopkins Hospital

## ACADEMIC APPOINTMENTS

2003-        UNIVERSITY OF CALIFORNIA, SAN FRANCISCO
present      Professor of Pediatrics
             Professor of Epidemiology and Biostatistics

1997-        YALE UNIVERSITY
2003         Professor of Pediatrics
             Professor of Internal Medicine
             Professor of Public Health

1990-        ALBERT EINSTEIN COLLEGE OF MEDICINE
1997         Department of Pediatrics
(On leave)   Department of Epidemiology and Social Medicine
             Associate Professor of Pediatrics
             Associate Professor of Epidemiology and Social Medicine

1988-        ALBERT EINSTEIN COLLEGE OF MEDICINE
1990         Department of Epidemiology and Social Medicine
             Assistant Professor

1986-        COLUMBIA UNIVERSITY SCHOOL OF LAW
1990         Julius Silver Program in Law, Science and Technology
             Lecturer on Law

David A. Kessler                                                                Page 7

1982-      ALBERT EINSTEIN COLLEGE OF MEDICINE
1990       Department of Pediatrics
           Assistant Professor

## SPECIAL STUDY

June       JOHNS HOPKINS SCHOOL OF HYGIENE AND PUBLIC HEALTH
1987       Graduate Summer Program in Epidemiology - Pharmacoepidemiology

June       YALE SCHOOL OF ORGANIZATION AND MANAGEMENT
1985       Advanced Management Studies in Health Care Management

1977-1978  HARVARD LAW SCHOOL, Special Student

## RESEARCH EXPERIENCE

Summers    SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH
1970-1972  Division of Drug Resistance, New York, New York
           Research Asst

Summer     MARINE BIOLOGICAL LABORATORY, Woods Hole, Massachusetts
1972       Physiology course

1974-1975  CHILDREN'S HOSPITAL MEDICAL CENTER
           Department of Surgical Research, Boston, Massachusetts
           Research Associate

Summer     DEPARTMENT OF HEALTH, EDUCATION and WELFARE
1976       Office of the General Counsel, Chicago, Illinois
           Law Clerk

## VISITING COMMITTEE

1992-1994  UNIVERSITY OF CHICAGO LAW SCHOOL

## UNIVERSITY ACCREDITATION

2008-2012  WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES,
           Chair of LLU Accreditation Committee

2013-Present NORTHWEST COMMISSION ON COLLEGES AND UNIVERSITIES
           University of Washington

## SPECIAL PROJECTS

1982-1988    THE ROBERT WOOD JOHNSON FOUNDATION
             Program for Hospital Initiatives in Long-Term Care,

1989-1990    THE PEW CHARITABLE TRUSTS
             THE ROBERT WOOD JOHNSON FOUNDATION
             Program to Strengthen Hospital Nursing Co-Director

## CORPORATE BOARD AND ADVISORY POSITIONS AND COMMITTEES

2011 - 2014      APTALIS HOLDINGS
                 Member of Board, Chairman of Compliance Committee

2011 - Present   IMMUNCOR
                 Member of Board, Chairman of Compliance Committee

2009 - Present   TOKAI
                 Member of Board

2008 - Present   TPG
                 Senior Advisor

2007             GOOGLE HEALTH ADVISORY COUNCIL

2007             REVOLUTION HEALTH GROUP
                 Medical Advisory Board

2007             PERSEUS LLC
                 Advisory Board

2003 – Present   FLEISHMAN HILLARD INTERNATIONAL COMMUNICATIONS
                 International Advisory Board

2000 – 2003      PERSEUS-SOROS BIOTECHNOLOGY FUND Scientific Advisory Board

## ADVISORY COMMITTEES

2007             THE RHODES TRUST, THE RHODES SCHOLARSHIPS
                 Chair, California Selection Committee

David A. Kessler                                                                          Page 9

2006            CENTER FOR THE ADVANCED STUDIES ON AGING, UNIVERSITY OF
                MIAMI External Advisory
                Group

2005 – Present  BROAD MEDICAL RESEARCH PROGRAM
                Advisory Board

2005            CLINTON SCHOOL OF PUBLIC HEALTH, UNIVERSITY OF ARKANSAS
                FOR MEDICAL SCIENCES
                National Advisory Board

2003, 2013      HEINZ AWARDS (HEINZ FAMILY FOUNDATION)
                Awards Juror

2003            MARCH OF DIMES
                Chair, Prematurity Campaign in Northern California

2002 – 2004     CENTER ON ALCOHOL MARKETING AND YOUTH AT GEORGETOWN
                UNIVERSITY Advisory Board

2001 -          UNIVERSITY OF CHICAGO LAW REVIEW
                Editorial Advisory Board

2000 – 2005     JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION
                Oversight Committee

2000            GOVERNOR'S BLUE RIBBON COMMISSION ON MENTAL HEALTH,
                STATE OF CONNECTICUT
                Honorary Chair

2000            FILM AID INTERNATIONAL, INTERNATIONAL RESCUE COMMITTEE
                Advisory Board

1999            WORLD HEALTH ORGANIZATION
                Expert Panel on Tobacco

1997            ADVISORY COMMITTEE ON TOBACCO AND PUBLIC HEALTH
                (Co-Chairman with C. Everett Koop)

1993            GOVERNMENT UNIVERSITY INDUSTRY ROUNDTABLE
                National Academy of Sciences

1990            ADVISORY COMMITTEE ON THE FOOD AND DRUG ADMINISTRATION
                Chairman, Drugs and Biologics Subcommittee

1988 – 1989     NATIONAL ADVISORY COUNCIL ON HEALTH CARE TECHNOLOGY
                ASSESSMENT, Department of Health and Human Services, Washington, D.C.
                Chairman, Patient Outcomes Subcommittee

David A. Kessler                                                                Page 10

## PRIOR FEDERAL COMMITTEE MEMBERSHIPS

WHITE HOUSE COMMISSION ON PRESIDENTIAL SCHOLARS

NATIONAL COUNCIL ON SCIENCE AND TECHNOLOGY
Committee on Health, Safety and Food R&D, Vice Chair

INSTITUTE OF MEDICINE
Forum On Drug Development and Regulation

INSTITUTE OF MEDICINE
AIDS Roundtable

NATIONAL TASK FORCE ON AIDS DRUG DEVELOPMENT

OFFICE OF SCIENCE AND TECHNOLOGY POLICY Federal Coordinating
Council for Science, Engineering and Technology Committee on Life Science
and Health Biotechnology Research Subcommittee, Member ex officio

## BOARDS OF DIRECTORS

Current:

CENTER FOR SCIENCE IN THE PUBLIC INTEREST

DRUG STRATEGIES

Past:

AMHERST COLLEGE BOARD OF TRUSTEES

ELIZABETH GLASER PEDIATRIC AIDS FOUNDATION
Chairman, Board of Directors

NATIONAL CENTER FOR ADDICTION AND SUBSTANCE ABUSE
COLUMBIA UNIVERSITY

INTERNATIONAL PARTNERSHIP FOR MICROBICIDES INDEPENDENT
CITIZENS OVERSIGHT COMMITTEE OF THE CALIFORNIA INSTITUTE
FOR REGENERATIVE MEDICINE

HENRY J. KAISER FAMILY FOUNDATION

DOCTORS OF THE WORLD

David A. Kessler

YALE-NEW HAVEN HOSPITAL

CONSUMERS UNION

NATIONAL COMMITTEE FOR QUALITY ASSURANCE

NEW YORK COUNTY HEALTH SERVICE REVIEW ORGANIZATION

COMPREHENSIVE MEDICAL REVIEW ORGANIZATION

## FELLOWSHIP

YALE COLLEGE Fellow,
Calhoun College

## LECTURESHIPS

THE REGIS J. FALLON LECTURE SERIES ON HEALTH AND LAW
University of Chicago

GRAYSON DISTINGUISHED LECTURE
Southern Illinois University School of Law

WEINBERG SYMPOSIUM LECTURE
Harvard Medical School

THE THOMAS B. FERGUSON LECTURE
Society of Thoracic Surgeons

GEORGE E. ALTMAN, M.D. LECTURE
Beth Israel Hospital

BETH AND RICHARD SACKLER LECTURE
University of Pennsylvania

MARTIN W. WITTE LECTURE
Newport Beach Public Library and Newport Beach Public Library Foundation

HERBERT L. ABRAMS LECTURE
Harvard Medical School

GEORGE GOODMAN LECTURE
State University of New York at Stony Brook

EVNIN LECTURE
Princeton University, Woodrow Wilson School

BOYARSKY LECTURE
Law, Medicine, and Ethics, Kenan Ethics Program, Duke University

CHARTER LECTURE
The University of Georgia

GARDERE & WYNNE LECTURE
Health Law and Policy Institute, University of Houston

DISTINGUISHED LECTURE IN NATIONAL SERVICE
University of Miami

TENTH ANNUAL JOHN O. VIETA, MD LECTURE
Lenox Hill Hospital

HARPER FELLOWSHIP LECTURE
Yale Law School

DR. JAMES STEWART KAUFMAN MEMORIAL LECTURE
The Mt. Sinai Health Care Foundation

DULCY B. MILLER MEMORIAL LECTURE
Smith College

JEAN MAYER LECTURE IN NUTRITION AND FOOD POLICY
Tufts University

HENRY BARNETT DISTINGUISHED LECTURESHIP
Albert Einstein College of Medicine

MARTIN A. CHERKASKY DISTINGUISHED LECTURESHIP
Robert Wagner Graduate School of Public Service New York
University

ALPHA OMEGA ALPHA DISTINGUISHED LECTURESHIP
Cornell Medical School--New York Hospital

ST. GEORGE SOCIETY LECTURESHIP
Johns Hopkins Medical School

GOVERNOR WINTHROP ROCKEFELLER DISTINGUISHED
LECTURESHIP University of Arkansas Medical School

MOLLY AND SIDNEY N. ZUBROW LECTURE
Pennsylvania Hospital

LEROY HOECK M.D. DISTINGUISHED LECTURESHIP
Children's Hospital National Medical Center

David A. Kessler                                                    Page 13

JULES AND JANE HIRSH HEALTH POLICY ADDRESS
George Washington University

JOHN S. LATTA LECTURESHIP
University of Nebraska Medical
School

PAUL K. SMITH MEMORIAL LECTURE
George Washington University

WOLK HEART FOUNDATION LECTURE
Colgate University

HASTINGS LECTURE
Association for the Advancement of Medical Instrumentation
National Heart, Lung and Blood Institute

INSTITUTE OF MEDICINE 25TH DISTINGUISHED LECTURESHIP University
of Washington

RALPH CAZORT LECTURESHIP
Meharry Medical School

DAVID M. IFSHIN MEMORIAL LECTURE
Potomac, Maryland

CHARLES C. LEIGHTON MEMORIAL LECTURE
Leonard David Institute of Health Economics
University of Pennsylvania

D. W. HARRINGTON LECTURE State
University of New York At Buffalo School of
Medicine and Biomedical Sciences

SAMUEL RUBIN LECTURE FOR THE ADVANCEMENT OF LIBERTY
Columbia University

LEO S. WEIL MEMORIAL LECTURE
Tulane Medical Center, Touro Infirmary,
and Louisiana State University School of Medicine

THOMAS PARRIN LECTURE
University of Pittsburgh School of Public Health

DAVID PACKARD LECTURE
Uniformed Services University of the Health Sciences

NORMAN E. ZINBERG LECTURE
Harvard Medical School

JOHN H. ERSKINE LECTURE
St. Jude's Children's Research Hospital

MARTIN V. BONVENTRE MEMORIAL LECTURE
The Brooklyn Hospital Center

PURVES LECTURE
Woodbridge Library, Woodbridge, Connecticut

VISITING SCHOLAR LECTURE University of
Oklahoma - Board of Regents Oklahoma Scholar
Leadership Extension Program

J. ROSWELL GALLAGHER LECTURER
Society of Adolescent Medicine

KATHERINE BOUCOT STURGIS LECTURESHIP
American College of Preventive Medicine

HELMUT SCHUMANN LECTURE
Dartmouth-Hitchcock Medical Center

50TH ANNIVERSARY COMMUNICATION LECTURE
Centers for Disease Control and Prevention

5TH JAMES BORDLEY III MEMORIAL LECTURE
Mary Imogene Bassett Hospital

TURNER LECTURE
University of California

MARIE SHULSKY MEMORIAL LECTURE ON HEALTH AND
SOCIAL RESPONSIBILITY
Fifth Avenue Synagogue, New York, New York

GERTRUDE AND G.D. CRAIN, JR. LECTURE SERIES
Medill School of Journalism, Northwestern University

GEORGE ARMSTRONG LECTURE
Ambulatory Pediatric Society

ARCO FORUM OF PUBLIC AFFAIRS
Institute of Politics, John F. Kennedy School of Government
Harvard University

PAUL LEVINGER LECTURE AND PROFESSORSHIP PRO TEM IN THE
ECONOMICS OF HEALTH CARE Brown University

ARNOLD J. SCHWARTZ MEMORIAL HEALTH LECTURE
Robert F. Wagner Graduate School of Public Service New York
University

RONALD ALTMAN MEMORIAL LECTURE
Festival of Arts, Books and Culture, Cherry Hills, New Jersey

SAMUEL MARTIN, M.D. III MEMORIAL LECTURE Division of
General Internal Medicine and Leonard Davis Institute University of
Pennsylvania

CARL J. MARTINSON, M.D. MEMORIAL LECTURESHIP ON HEALTH
PROMOTION AND DISEASE PREVENTION University of Minnesota

LEONARD SILK MEMORIAL LECTURE Mt.
Desert Island Biological Laboratories

CALDWELL LECTURE
American Roentgen Ray Society

RICHARD H. DENT LECTURE St.
George's School

ROBERT T. WONG DISTINGUISHED PROFESSORSHIP
University of Hawaii, Manoa

NIDA/American Psychiatric Association Obesity Symposium

HARVARD OBESITY COURSE

STANFORD BARIATRIC COURSE

AMERICAN BARIATRIC SOCIETY

RHODES ENDOWED LECTURE

STAFFORD LITTLE LECTURE PUBLIC LECTURES AT
PRINCETON

GERALD AND SALLY DENARDO LECTURESHIP, SANTA
CLARA UNIVERSITY

ALEX AND LENA CASPER MEMORIAL LECTURE, MIAMI
UNIVERSITY

UNIVERSITY OF VERMONT FOOD SYSTEMS
LEADERSHIP

GOOGLE LECTURE

GLOBAL STUDIES SYMPOSIUM, WHITMAN COLLEGE
Excellence in Public Service

DONALD DUNPHY LECTURE, MCCONE HOSPITAL,
UNIVERSITY OF NORTH CAROLINA

CENTER FOR GLOBAL HEALTH, STANFORD MEDICAL
SCHOOL

STANFORD UNIVERSITY: THE ETHICS OF FOOD & THE
ENVIRONMENT

STANFORD MEDICAL SCHOOL, DEPARTMENT OF
MEDICINE, GRAND ROUNDS

LEGACY WARNER SERIES LECTURE ON IMPACT OF
FAMILY AND SMOKING PREVENTION AND CONTROL
ACT

LEADING VOICES IN PUBLIC HEALTH, EAST
TENNESSEE STATE UNIVERSITY

92ND STREET YMCA PUBLIC LECTURE, NEW YORK

COMMONWEALTH CLUB OF CALIFORNIA

SAN FRANCISCO PUBLIC LIBRARY LECTURE

KANSAS CITY PUBLIC LIBRARY

YALE ROBERT WOOD JOHNSON CLINICAL SCHOLARS
PROGRAM


COMMUNITY/PUBLIC SERVICE AWARDS

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE
Montgomery County Chapter
Person of the Year

LEAGUE OF WOMEN VOTERS, NEW YORK
Carrie Chapman Catt Award

COMMON CAUSE
Public Service Achievement Award

AMERICAN ACADEMY OF PEDIATRICS
Excellence in Public Service

BUSINESS WEEK
Best in Public Service

GEORGE ORWELL AWARD FOR HONESTY AND CLARITY
IN PUBLIC LANGUAGE
National Conference of Teachers of English

ANTI-DEFAMATION LEAGUE OF B'NAI BRITH
Man of Achievement Five Towns, New York

GOLDEN SLIPPER CLUB OF PHILADELPHIA
Golden Slipper Award

NATIONAL FATHER'S DAY COMMITTEE
Father of the Year Award

UNITED SENIORS HEALTH COOPERATIVE
Seniors Advocate Award

NATIONAL ASSOCIATION OF GOVERNMENT COMMUNICATORS
Communicator of the Year Award

NATIONAL CONSUMERS LEAGUE
Trumpeter Award

THE INTERNATIONAL PLATFORM ASSOCIATION
George Crile Award

AMERICAN LUNG ASSOCIATION of New York
Life and Breath Award in Public Health

CONSUMER FEDERATION OF AMERICA
Philip Hart Public Service Award

CAMPAIGN FOR TOBACCO FREE KIDS
Distinguished Service Award

MEDICAL SOCIETY OF NEW YORK, 1st District Branch
Public Service Award

ONCOLOGY NURSING SOCIETY
Public Service Award

PUBLIC VOICE FOR FOOD & HEALTH POLICY
Special Recognition Award for Advancing the Consumer Interest in Food and
Agriculture Policy

## ATTENDING PEDIATRICIAN

2003 - 3/2013     UNIVERSITY OF CALIFORNIA, SAN FRANCISCO MEDICAL
                  CENTER

1997-2003         YALE-NEW HAVEN HOSPITAL

1982-1990         BRONX MUNICIPAL HOSPITAL CENTER

1982-1990         NORTH CENTRAL BRONX HOSPITAL

1982-1990         MONTEFIORE MEDICAL CENTER

1982-1990         HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE

## COMMUNITY ACTIVITIES

SCARSDALE SCHOOL DISTRICT, Scarsdale, New York

1986-1990     Legislative Affairs Advisory Committee 1988-
              1990 Buildings and Facilities Advisory
              Committee

1990          SCARSDALE STUDENT TRANSFER EDUCATION PLAN, Board of Trustees

## GENERAL INFORMATION

Address:                                              Office Phone:
        2715 Steiner Street                           (415) 929 1121
        San Francisco, CA 94123

Married:                                              Born:
        Paulette Kessler                              May 31, 1951
        Two children – Elise and Ben

## MEDICAL LICENSURE

        California
        Connecticut (non-active)
        Maryland (non-active)
        New York (non-active)

A-19

## PUBLICATIONS

### Books

Kessler, David A., CAPTURE: A THEORY OF THE MIND, Harper Collins (Publication date: March 15, 2016)

Kessler, David A. THE END OF OVEREATING: TAKING CONTROL OF THE INSATIABLE AMERICAN APPETITE, Rodale, 2009
> Translated and Adapted:
> 過食にさようなら-止まらない食欲をコントロール [単行本]
> КОНЕЦ ОБЖОСТВЖУ
> 이 페이지 번역하기
> Perché mangianmo troppo (e come fare per smetteria
> Laat je niet volvreten: Hoe de voedselindustgrie schade toebrengt ann onze gexondheid
> Das Ende des groben Fressens  Wie die Nahrungsmittelindustrie Sie zu ubermaBigem Essen berleitet und was Sie dagegen tun konnen
> Muszáj annyit enni? Hadüzenet a só, a zsír és a cukor ellen
> Also: Romania, Canada, UK, Australia, India
> Your Food is Fooling You: How Your Brain is Hijacked by Sugar Fat and Salt (US Young Adult Version)
> Hijacked: How Your Brain is Fooled by Food (Canadian Young Adult Version)

Kessler, David A., A QUESTION OF INTENT: A GREAT AMERICAN BATTLE WITH A DEADLY INDUSTRY, Public Affairs (Hardcover 2001) (Paperback 2002)

### Edited Books

Eisdorfer, Carl, Kessler, David A., Spector, Abby (eds.), CARING FOR THE ELDERLY: RESHAPING HEALTH POLICY, Johns Hopkins University Press, 1989. Includes chapter by Coombs, C., Eisdorfer, C., Feiden, K., and Kessler, D.A. "Lessons from the Program for Hospital Initiatives in Long-Term Care."

### Articles

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA, 110(18):7108-9 (April 30, 2013)

Articles

McClellan M, Benner J, Schilsky R, Epstein D, Woosley R, Friend S, Sidransky D, Geoghegan C, Kessler D. An accelerated pathway for targeted cancer therapies. NATURE DRUG DISCOVERY. 2011 10(2):79-80

Kessler, David A., "Towards More Comprehensive Food Labeling," NEW ENGLAND JOURNAL OF MEDICINE, 371:193-195 (July 27, 2014)

Kessler DA, Mande JR, Scarbrough FE, Schapiro R, Feiden K. Developing the "nutrition facts" food label. HARVARD HEALTH POLICY REVIEW 2003;4:13-24

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA, 110(18):7108-9 (April 30, 2013)

Naleid, A.M., Grimm, J.W., Kessler, David A., Sipols, A.J., Aliakbari, S., Bennett, J.I., Wells, J., Figlewicz, D.P., "Deconstructing the Vanilla Milkshake: the Dominant Effect of Sucrose on Self-administration Flavor Mixtures," APPETITE, 50(1):128-38 (January 2008)

Halme, Dina J. and Kessler, David A., "FDA Regulation of Stem Cell-Based Therapies", NEW ENGLAND JOURNAL OF MEDICINE, 355 (16): 1730-1735 (October 19, 2006)

Kessler, David A., "Alcohol Marketing and Youth: The Challenge for Public Health," JOURNAL OF PUBLIC HEALTH POLICY, 26(3):292-295 (Autumn 2005)

Kessler, David A., "The Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 337:1082-1083 (October 9, 1997)

Kessler, David A., Wilkenfeld, J.P., Thompson. L.J. "The Food and Drug Adminstration's Rule on Tobacco: Blending Science and Law," PEDIATRICS, 99(6):884-887 (June 1997)

Kessler, David A., Natanblut, Sharon L., Wilkenfeld, Judith P., Lorraine, Catherine C., Mayl, Sharon Lindan, Bernstein, Ilisa B.G. and Thompson, Larry, "Nicotine Addiction: A Pediatric Disease," JOURNAL OF PEDIATRICS, 130:518-524 (April 1997)

Kessler, David A., Barnett, Philip S., Witt, Ann, Zeller, Mitchell R., Mande, Jerold R. and Schultz, William B., "The Legal and Scientific Basis for FDA's Assertion of Jurisdiction Over Cigarettes and Smokeless Tobacco," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 277:405-409 (February 5, 1997)

Kessler, David A., Hass, Arthur E., Feiden, Karyn L. , Lumpkin, Murray and

Temple, Robert, "Approval of New Drugs in the United States: Comparison with the United Kingdom, Germany and Japan," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 276:1826-1831 (December 11, 1996)

Kessler, David A., Witt, Ann, Barnett, Philip S., Zeller, Mitchell R., Natanblut, Sharon, Wilkenfeld, Judith, Lorraine, Catherine C., Thompson, Larry J. and Schultz, William B., "The Food and Drug Administration's Regulation of Tobacco Products," NEW ENGLAND JOURNAL OF MEDICINE, 335:988-994 (September 26, 1996)

Silverman, Barbara G., Brown, S. Lorie, Bright, Roslie A., Kaczmarek, Ronald G., Arrowsmith-Lowe, Janet B., Kessler, David A., "Reported Complications of Silicone Gel Breast Implants: An Epidemiologic Review," ANNALS OF INTERNAL MEDICINE, 124:744-756 (April 15, 1996)

Kessler, David A., "Nicotine Addiction in Young People," NEW ENGLAND JOURNAL OF MEDICINE, 333:186-189 (July 20, 1995)

Kessler, David A., "Accelerating the Approval of Drugs for Life-Threatening and Serious Diseases," SCIENTIFIC AMERICAN, 272:48-52 (March 1995)

Kessler, David A., Rose, Janet L., Temple, Robert J., Schapiro, Renie and Griffin, Joseph, "Therapeutic Class Wars: Drug Promotion in a Competitive Marketplace," NEW ENGLAND JOURNAL OF MEDICINE, 331:1350 (November 17, 1994)

Kessler, David A., Merkatz, Ruth B., Schapiro, Renie, "A Call for Higher Standards for Breast Implants," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 270:2607-2608 (December 1, 1993)

Kessler, David A., Siegel, Jay P., Noguchi, Philip D., Zoon, Kathryn C., Feiden, Karyn L., and Woodcock, Janet, "Regulation of Somatic Cell Therapy and Gene Therapy by the Food and Drug Administration," NEW ENGLAND JOURNAL OF MEDICINE, 329:1169-1173 (October 14, 1993)

Merkatz, Ruth B., Temple, Robert, Sobel, Solomon, Feiden, Karyn, Kessler, David A., and members of the working group on Women in Clinical Trials, "Women in Clinical Trials of New Drugs: A Change in FDA Policy," NEW ENGLAND JOURNAL OF MEDICINE, 329:292-296 (July 22, 1993)

Kessler, David A. for the Working Group, "A New Approach to Reporting Medication and Device Adverse Effects and Product Problems," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 269:2765-2768 (June 2, 1993)

Kessler, David A., Taylor, Michael A., Maryanski, James H., Flamm, Eric L., and Kahl, Linda S., "The Safety of Foods Developed by Biotechnology," SCIENCE, 256:1747-1749 (June 26, 1992)

Kessler, David A., "The Basis for the FDA's Decision on Breast Implants,"

NEW ENGLAND JOURNAL OF MEDICINE, 326:1713-1715 (June 18, 1992)

Kessler, David A., "Communicating to Patients About Their Medication," NEW ENGLAND JOURNAL OF MEDICINE, 325:1650-1652 (December 5, 1991)

Kessler, David A., "Drug Promotion and Scientific Exchange," NEW ENGLAND JOURNAL OF MEDICINE, 325:201-203 (July 18, 1991)

Kessler, David A. and Pines, Wayne L., "The Federal Regulation of Prescription Drug Advertising and Promotion," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 264:2409-2415 (November 14, 1990)

Kessler, David A., "The Federal Regulation of Food Labeling: Promoting Foods to Prevent Disease," NEW ENGLAND JOURNAL OF MEDICINE, 321:717-725 (September 14, 1989)

Kessler, David A., "The Regulation of Investigational Drugs," NEW ENGLAND JOURNAL OF MEDICINE, 320:281-288 (February 2, 1989)

Kessler, David A., Pape, Stuart, and Sundwall, David, "The Federal Regulation of Medical Devices," NEW ENGLAND JOURNAL OF MEDICINE, 317:357-366 (August 6, 1987)

Kessler, David A., "Food Safety: Revising the Statute," SCIENCE, 223:1034-1040 (March 1984)

Kessler, David A., "Regulating the Prescribing of Human Drugs for Nonapproved Uses Under the Food, Drug and Cosmetic Act," HARVARD JOURNAL OF LEGISLATION, 693-760 (1978)

Kessler, David A., "Implementing the Anticancer Clauses of the Food, Drug and Cosmetic Act," THE UNIVERSITY OF CHICAGO LAW REVIEW, 44:817-850 (1977)

Kessler, David A., Langer, Robert S., Pless, Naomi A., and Folkman, Judah, "Mast Cells and Tumor Angiogenesis," INTERNATIONAL JOURNAL OF CANCER, 18:703-709 (November 15, 1976)

Kessler, David A., "Experimental Activation of the Herpes Virus Associated with the Lucke Renal Adenocarcinoma of the Leopard Frog, Rana Pipiens," unpublished thesis, Amherst College (1973)


Editorials

Kessler, David A., Myers, Matthew, "Beyond the Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 345:535-537 (August 16, 2001) (editorial)

Kessler, David A., "Cancer and Herbs," NEW ENGLAND JOURNAL OF MEDICINE, 342 (23):1742-43 (June 8, 2000) (editorial)

Koop, C. Everett, Kessler, David A., Lundberg, George D., "Reinventing American Tobacco Policy - Sounding the Medical Community's Voice," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 279:550-552 (February 18, 1998) (editorial)

Kessler, David A., "Addressing the Problem of Misleading Advertising," ANNALS OF INTERNAL MEDICINE, 116:950-951 (June 1, 1992) (editorial)


Published Speeches

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 52:1-5, presented at the Food and Drug Law Institute's 39th Annual Educational Conference, Washington, D.C. (December 10-11, 1996)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 51:207-216 (1996), presented at the Food and Drug Law Institute's 38th Annual Educational Conference, Washington, D.C. (December 12-13, 1995)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 50:327-334 (1995), presented at the Food and Drug Law Institute's 37th Annual Educational Conference, Washington, D.C.(December 13-14, 1994)

Kessler, David A., "Statement on Nicotine-Containing Cigarettes," TOBACCO CONTROL, 3:148-158 (1994)

Kessler, David A., "Issues in Approving Drugs for AIDS Treatment," REGULATORY AFFAIRS, 6:189-200 (1994), presented at the Institute of Medicine's 25th anniversary lecture series, Seattle, Washington

Kessler, David A., "FDA's Revitalization of Medical Device Review and Regulation," BIOMEDICAL INSTRUMENTATION AND TECHNOLOGY, May/June 1994:220-226, presented at the AAMI/NIH Cardiovascular Science and Technology Conference, Rockville, Maryland (December 10, 1993)

Kessler, David A., "Harmonization," PHARMACEUTICAL ENGINEERING, 14:38-40 (January/February 1994), presented at the Second International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use, Orlando, Florida (October 27, 1993)

Kessler, David A. "The Academic/Industry Interface: The Risks of Scientists Becoming Entrepreneurs," HOPKINS MEDICAL NEWS, Fall 1993:58

Kessler, David A., "Controlled Release and Rational Drug Development," presented at the Controlled Release Society Meeting, July 27, 1993, FOOD AND DRUG REPORTS, 4:9 (1993)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 48:1-10 (1993), presented at The Food and Drug Law Institute's 35th Annual Educational Conference, Washington, D.C. (December 8, 1992)

Kessler, David A., "Reinvigorating the Food and Drug Administration," FOOD TECHNOLOGY, 46:20 (August 1992), presented at the Annual Meeting of Institute of Food Technologists, New Orleans, LA (June 20-24, 1992)

Kessler, David A., "A Challenge for American Pharmacists," AMERICAN PHARMACY, 33-36 (January 1992)

Kessler, David A., "Remarks--1991 Annual DIA Meeting," DRUG INFORMATION JOURNAL (October 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 46:773-779 (November 1991), presented at the Association of Food and Drug Officials' Annual Conference, Grand Rapids, MI (June 17, 1991)

Kessler, David A., "Restoring the FDA's Preeminence in Regulation of Food," FOOD DRUG COSMETIC LAW JOURNAL (May 1991)

Kessler, David A., "Remarks Upon Taking the Oath of Office," JOURNAL OF THE ASSOCIATION OF FOOD AND DRUG OFFICIALS, 55:7-10 (April 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 46:21-26 (January, 1991), presented at the Food and Drug Law Institute's 33rd Annual Educational Conference, Washington, D.C. (December 11, 1990)

# Schedule 4:

# Celect Sales and Complaint/Reported Adverse Event Data