# EXHIBIT O

## DR. ALEXANDER MARMUREANU -
## CASE SPECIFIC OPINIONS REGARDING ELIZABETH HILL

In connection with this case, I was asked to review the available medical records and imaging for Mrs. Elizabeth Jane Hill and to provide my medical opinions regarding the all necessary and appropriate medical care to ensure optimal health both physically and psychosocially to Mrs. Hill's life expectancy for those injuries caused by the Celect filter. Also, I will provide my analysis of causation (substantial contributing factors) as to Mrs. Hill's injuries, and to all injuries more likely than not that will occur during her life that are substantially contributed to by the filter.

My opinions expressed herein are in addition to those in my main report. In arriving at my opinions, as expressed in this report, in addition to my education, training, and experience.

I have also reviewed and relied the expert reports of Dr. Robert Ritchie, Dr. Alan Litsky, Dr. M. Reza Rajebi, Dr. Fishbein, Dr. Garcia, and Leigh Ann Levy.[2]

### A.      Opinions Regarding Elizabeth Hill:

The Celect filter is a substantially contribuiting factor towards mrs. hill's injuries and will continue to require ongoing medically necessary and appropriate care for the remainder of her life.

---

[2] Some of the language in this report may be similar to that in other experts' reports, I arrived at my opinions independently, unless specifically expressed otherwise, and the opinions expressed herein are my own.

**B.      Causation and Injuries.**

Mrs. Hill's injuries are caused by the medically unnecessary implantation of the Celect

filter.

I was also asked to provide my medical opinion regarding Mrs. Hill's prognosis, along with the necessary and appropriate medical care she requires to her life expectancy as she ages with the injuries caused by the Celect filter.

**C.      Pertinent Surgical/Medical History**

Focused History:

**D.      Opinions and Discussion.**

Based on my review of the records, my education and experience,  and review of pertinent literature, I hold the following opinions to a reasonable degree of medical certainty:

**Opinion 1:**

The perforation and penetration was caused (substantially contributed to) by the defective Cook Gunther Tulip filter which is due to the stiffness of the filter, resulting in excess radial force, and lack of perforation limiters on the filter struts.[3] This is demonstrated in the literature: A retrospective study by Zhou found penetration of the primary leg of the Cook Celect filter in 39% of patients within 30 days and 80% within 90 days after placement.  Zhou further reported penetration into adjacent organs 13.2% of the time.[4] This is additional evidence that radial force is excessive with the defective Cook Celect filter.  Further, causing further perforation and worsening of her injuries.[5]

---

[3] I discuss stiffness and radial force in the main body of my report.
[4] Zhou D, et al.- Penetration of Celect Inferior Vena Cava Filters:  Retrospective Review of CT Scans in 265 Patients; AJR Am J Roentgenol.  2014; 202(3):643-7
[5] Dowell, J., Celect Inferior Vena Caval Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Interv Radiol. 2015 Oct;26(10):1510-1518.e3. doi: 10.1016/j.jvir.2015.06.020. Epub 2015 Jul 29.

Smouse and others studied retrieval of 554 patients after various implant durations up to 494 days.  Among the adverse events was one categorized as "probably" related to the filter where the patient had 27% stenosis (unnatural narrowing) at retrieval.[6] Kuo and others studied safety and effectiveness of alternative endovascular methods for removing embedded IVC filters, including a Celect filter and five Gunther Tulip filter, in 10 patients over 12 months.  Post removal, 40% had mild stenosis at the attachment site (including two Gunther Tulips) and one (a Gunther Tulip) had several residual stenosis which required stent placement.[7]  Kuo also observed caval stenosis when studying retrieval of chronically implanted IVC filters in 100 consecutive patients.[8]

---

[6] Smouse, et al., Long-Term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter, J Vasc Interv Radio 2009; 20:871-877.   Repeat venogram obtained 2 months' post retrieval showed the stenosis had resolved; Ms. Hill's has not.
[7] Kuo, W, et al., Complex Retrieval of Embedded IVC Filters:  Alternative Techniques and Histological Tissue Analysis. Cardiovasc Intervent Radiol (2012)35:588-597.
[8] Kuo, W, et al., Excimer Laser Assisted Removal of Embedded Inferior Vena Cava Filters A Single-Center Prospective Study, Circ Cardio Interv. 2013; 6:560-566.

**Opinion 2**:

**Opinion 3:**

**Opinion 4:**

Chronic IVC thrombosis symptoms can be unilateral or bilateral and can vary.  If left untreated, the IVC may shrivel away and become atretic.  IVC thrombosis can cause swollen

legs, heaviness, leg ulcers (IVC syndrome), and pain and post-thrombotic syndrome.[9]

There is some reference in the literature where stenosis caused by use of force during removal resolved within months of IVC removal.[10] This is an anectodical case report. Also, it appears from the report that the amount of damage to the caval wall of the report subject was only "some damage". Also there is no reference to perforation or embedded apex in the case report, the level of stenosis was described as mild, not moderate, and the filter was in the patient a much shorter.[11]

The post-explant patient has not been adequately studied and the data is limited. Future DVT in the setting of IVC stenosis is currently being studied but based on my clinical experience and on the existing studies, post IVC filter removal stenosis may increase the risk of future lower extremity DVT, occlusion of the IVC and post thrombotic syndrome.

**Opinion 5:**

**Opinion 6:**

---

[9] Jones D, Schneider, D. Endovascular management of Chronic Inferior Vena Cava and Iliac Vein Obstruction, Vascular Disease Management 2012;9(3):E33-E38.
[10] Binkert, Inferior Vena Cava Filter Removal after 317-day implantation, J Vasc Interv Radiol 2005; 156:395-398.
[11] There is an animal study referenced in that is also distinguishable.

**Opinion 7:**

There was also nothing in the IFU that indicated that the use of the Celect filter would provide no benefit and, in fact, could be harmful.

**E.      Conclusion.**

I reserve the right to supplement my opinions as Ms. Hill's prognosis continue to develop, as additional documents or information becomes available, and as deposition transcripts become available and are reviewed.

I understand that I may be called upon to offer opinions and rebuttals to the Defendants opinions.