IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY TAB MDL No. 2570 |

This Document Relates to
    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted "Plaintiff's Memorandum Motion in Limine to Exclude All Evidence of FDA 510(k) Clearance." Plaintiff would also respectfully move the Court to maintain under seal unredacted Exhibits "A" and "B" to Plaintiff's Memorandum. Defendants have designated each exhibit as "Confidential."

Dated: September 8, 2017.

                                              Respectfully Submitted,

                                              */s/ Joseph N. Williams*_____
                                              Joseph N. Williams, Atty. No. 25874-49
                                              Riley Williams & Piatt, LLC
                                              301 Massachusetts Avenue
                                              Indianapolis, IN 46204
                                              Telephone: (317) 633-5270
                                              Facsimile: (317) 426-3348
                                              Email: jwilliams@rwp-law.com
                                              *Liaison Counsel to Plaintiffs' Steering Committee*
                                              *and on behalf of Plaintiffs' Steering Committee*

1

        */s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8th, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

        */s/ Ben C. Martin*_____
Ben C. Martin