# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY TAB<br>MDL No. 2570 |

This Document Relates to
    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal the following:

1)    Plaintiff's unredacted "Opposition to Defendants' Motion for Summary Judgment"

2)    Plaintiff's unredacted Exhibits List

3)    Plaintiff's Controverting Statement of Facts in Opposition to Defendant's Motion for Partial Summary Judgment

4)    Plaintiff's Statement of Additional Material Facts Not in Dispute Related to the Opposition to Defendant's Motion for Partial Summary Judgment

Defendants have designated each exhibit as "Confidential," or they are unredacted medical records of Plaintiff, Elizabeth Hill.

1

Dated: September 8, 2017.

        Respectfully Submitted,

        */s/ Joseph N. Williams*_____
        Joseph N. Williams, Atty. No. 25874-49
        Riley Williams & Piatt, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: jwilliams@rwp-law.com
        *Liaison Counsel to Plaintiffs' Steering Committee*
        *and on behalf of Plaintiffs' Steering Committee*


        */s/ Michael W. Heaviside*_____
        Michael W. Heaviside, Esq.
        Heaviside Reed Zaic, A Law Corporation
        910 17th Street NW, Suite 800
        Washington, DC 20006
        Telephone: (202) 233-1993
        Email: mheaviside@hrzlaw.com

        */s/ Ben C. Martin*_____
        Ben C. Martin, Esq.
        The Law Office of Ben C. Martin
        3710 Rawlin Street, Suite 1230
        Dallas, TX 75219
        Telephone: (214) 761-6614
        Facsimile: (214) 74407590
        Email: bmartin@bencmartin.com

        */s/ David P. Matthews*_____
        David P. Matthews, Esq.
        Matthew and Associates
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        Email: dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 8th, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

               */s/ Ben C. Martin*_____
               Ben C. Martin