**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY TAB MDL No. 2570 |

This Document Relates to
    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's Exhibits A through GGG attached to Plaintiff's Opposition to Defendants' Motion for Summary Judgment [Doc 6161].

Defendants have designated each exhibit as "Confidential".

Dated: September 10, 2017.

                                    Respectfully Submitted,

                                    */s/ Joseph N. Williams*_____
                                    Joseph N. Williams, Atty. No. 25874-49
                                    Riley Williams & Piatt, LLC
                                    301 Massachusetts Avenue
                                    Indianapolis, IN 46204
                                    Telephone: (317) 633-5270
                                    Facsimile: (317) 426-3348
                                    Email: jwilliams@rwp-law.com
                                    *Liaison Counsel to Plaintiffs' Steering Committee*
                                    *and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

/s/ Ben C. Martin_____
Ben C. Martin

2