# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-01413 | Cause No. 1:17-cv-02728 |
| Cause No. 1:17-cv-02210 | Cause No. 1:17-cv-02729 |
| Cause No. 1:17-cv-02717 | Cause No. 1:17-cv-02731 |
| Cause No. 1:17-cv-02721 | Cause No. 1:17-cv-02733 |
| Cause No. 1:17-cv-02723 | Cause No. 1:17-cv-02739 |
| Cause No. 1:17-cv-02724 | Cause No. 1:17-cv-02742 |
| Cause No. 1:17-cv-02725 | Cause No. 1:17-cv-02751 |
| Cause No. 1:17-cv-02727 | Cause No. 1:17-cv-02754 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    September 11, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114106437.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer