IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

_____

**PLAINTIFF HILL'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED STATEMENT OF ADDITIONAL MATERIAL FACTS NOT IN DISPUTE AND CORRECTED CONTROVERTING STATEMENT OF FACT RELATED TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Elizabeth J. Hill hereby respectfully requests leave to file a corrected Statement of Additional Facts Not In Dispute and corrected Controverting Statement of Facts in support of her opposition to Defendants' motion for partial summary judgment. The original statements were filed as Dkt. 6164 and 6165, respectively. The previously filed documents incorrectly cite the deposition dates for Dr. Zuzga's February 2017 and April 2017 depositions, and two facts, paragraphs 95 and 109, in the Statement of Additional Material Facts were incorrectly combined; due to this correction the total number of facts increased by two (e.g. Dkt. 6164 had 108 facts, the attached Exhibit 1 includes 110 facts.) The corrected documents do not alter Plaintiff Hill's arguments. Plaintiff attaches an Exhibit List in place of the exhibits; Exhibit 1, the corrected Statement of Additional Facts Not In Dispute, and Exhibit 2, the corrected Controverting Statement of Fact, will be filed under seal.

I am authorized to represent that counsel for Plaintiff Hill has consulted with Counsel for the Cook Defendants and Defendants do not oppose this motion. WHEREFORE, Plaintiff Hill respectfully asks the Court to grant her leave to file the attached corrected Statement of Additional Facts Not In Dispute and corrected Controverting Statement of Facts in support of her opposition to Defendants' motion for partial summary judgment.

Date: September 11, 2007                      Respectfully submitted,

/s/ Ben C. Martin

Ben C. Martin
**THE LAW OFFICES OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

Michael W. Heaviside, Esq.
**HEAVISIDE REED ZAIC, A LAW CORPORATION**
910 17th Street, NW, Suite 800
Washington DC, 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

David P. Matthews, Esq.
**MATTHEWS AND ASSOCIATES**
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

Joseph N. Williams, IN Atty. No. 25874-49
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee*
*and on behalf of Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin