IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

_____

**PLAINTIFF HILL'S EXHIBIT LIST
FOR UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED STATEMENT OF
ADDITIONAL MATERIAL FACTS NOT IN DISPUTE AND CORRECTED
CONTROVERTING STATEMENT OF FACT RELATED TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff will file the following exhibits:

| Exhibits | Description |
|---|---|
| Exhibit 1 | Plaintiff's Corrected Statement of Additional Facts Not In Dispute |
| Exhibit 2 | Plaintiff's Corrected Controverting Statement of Fact |

Date: September 11, 2007

Respectfully submitted,

*/s/ Ben C. Martin*

Ben C. Martin
**THE LAW OFFICES OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

Michael W. Heaviside, Esq.

1

**HEAVISIDE REED ZAIC, A LAW CORPORATION**
910 17th Street, NW, Suite 800
Washington DC, 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

David P. Matthews, Esq.
**MATTHEWS AND ASSOCIATES**
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

Joseph N. Williams, IN Atty. No. 25874-49
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin