## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FOR LEAVE TO FILE CORRECTED STATEMENT OF ADDITIONAL MATERIAL FACTS NOT IN DISPUTE AND CONTROVERTING STATEMENT OF FACT RELATED TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    This comes before the Court on Plaintiff's Unopposed Motion to Leave to File Corrected Statement of Additional Facts Not In Dispute and Controverting Statement of Facts Related to Defendants' Motion for Partial Summary Judgment, which motion is on file and part of this Court's records.

    The Court, having reviewed said motion and being duly advised in the premises, it is therefore Ordered, Adjudged, and Decreed that Plaintiff's Unopposed Motion to Leave to File Corrected Statement of Additional Facts Not In Dispute and Controverting Statement of Facts Related to  Defendants' Motion for Partial Summary Judgment is hereby GRRANTED.

    Signed this _____day of September, 2017.

                                                       Judge, United States District Court
                                                       Southern District of Indiana
                                                       Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.