**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY TAB<br>MDL No. 2570 |

This Document Relates to
    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal the exhibits outlined in the Exhibit List attached to Plaintiff's Motion for Leave to File Corrected Statement of Additional Material Facts and Controverted Statement of Facts in support of her Opposition to Defendants' Motion for Partial Summary Judgment [Doc. 6180] and Exhibits 1 and 2 attached to Plaintiff's Exhibits Under Seal [Doc. 6181].

Defendants have designated each exhibit as "Confidential".

Dated: September 11, 2017.

                                            Respectfully Submitted,

                                            */s/ Joseph N. Williams*_____
                                            Joseph N. Williams, Atty. No. 25874-49
                                            Riley Williams & Piatt, LLC
                                            301 Massachusetts Avenue
                                            Indianapolis, IN 46204
                                            Telephone: (317) 633-5270
                                            Facsimile: (317) 426-3348
                                            Email: jwilliams@rwp-law.com
                                            *Liaison Counsel to Plaintiffs' Steering Committee*
                                            *and on behalf of Plaintiffs' Steering Committee*

        */s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

        */s/ Ben C. Martin*_____
Ben C. Martin