IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570
_____

This Document Relates to:

| Cause No. 1:17-cv-02761 | Cause No. 1:17-cv-02782 |
| Cause No. 1:17-cv-02762 | Cause No. 1:17-cv-02784 |
| Cause No. 1:17-cv-02763 | Cause No. 1:17-cv-02786 |
| Cause No. 1:17-cv-02764 | Cause No. 1:17-cv-02789 |
| Cause No. 1:17-cv-02765 | Cause No. 1:17-cv-02791 |
| Cause No. 1:17-cv-02768 | Cause No. 1:17-cv-02792 |
| Cause No. 1:17-cv-02769 | Cause No. 1:17-cv-02793 |
| Cause No. 1:17-cv-02771 | Cause No. 1:17-cv-02797 |
| Cause No. 1:17-cv-02773 | Cause No. 1:17-cv-02803 |
| Cause No. 1:17-cv-02779 | Cause No. 1:17-cv-02806 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     September 12, 2017          /s/ John T. Schlafer
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

US.114129837.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer