IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No.  1:17-cv-02531 | Cause No.  1:17-cv-02624 |
| Cause No.  1:17-cv-02534 | Cause No.  1:17-cv-02625 |
| Cause No.  1:17-cv-02537 | Cause No.  1:17-cv-02627 |
| Cause No.  1:17-cv-02538 | Cause No.  1:17-cv-02647 |
| Cause No.  1:17-cv-02580 | Cause No.  1:17-cv-02678 |
| Cause No.  1:17-cv-02609 | Cause No.  1:17-cv-02718 |
| Cause No.  1:17-cv-02611 | Cause No.  1:17-cv-02719 |
| Cause No.  1:17-cv-02612 | Cause No.  1:17-cv-02720 |
| Cause No.  1:17-cv-02622 | Cause No.  1:17-cv-02726 |
| Cause No.  1:17-cv-02623 | Cause No.  1:17-cv-02760 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      September 12, 2017          /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson