# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No.  1:17-cv-02761 | Cause No.  1:17-cv-02782 |
| Cause No.  1:17-cv-02762 | Cause No.  1:17-cv-02784 |
| Cause No.  1:17-cv-02763 | Cause No.  1:17-cv-02786 |
| Cause No.  1:17-cv-02764 | Cause No.  1:17-cv-02789 |
| Cause No.  1:17-cv-02765 | Cause No.  1:17-cv-02791 |
| Cause No.  1:17-cv-02768 | Cause No.  1:17-cv-02792 |
| Cause No.  1:17-cv-02769 | Cause No.  1:17-cv-02793 |
| Cause No.  1:17-cv-02771 | Cause No.  1:17-cv-02797 |
| Cause No.  1:17-cv-02773 | Cause No.  1:17-cv-02803 |
| Cause No.  1:17-cv-02779 | Cause No.  1:17-cv-02806 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      September 12, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson