# EXHIBIT

**From:** Joseph N. Williams [mailto:jwilliams@rwp-law.com]
**Sent:** Friday, September 08, 2017 2:24 PM
**To:** Matt Schultz; Pierson, Andrea Roberts; Ben Martin
**Cc:** David Matthews; Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Tanner, John Joseph; Schlafer, John T.
**Subject:** Re: agenda

Dear Andrea:

No need to discuss the spoliation issue on next week's agenda. On a related note, can I send a trial subpoena for Messrs. Blanchard and Hunt to you for service, or would you prefer that we serve these gentlemen personally? Thanks for your help on this.

Sincerely,

Joe

Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270

1