IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                    Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                     MDL N0. 2570

_____

This Document Relates to VANASSE BUCK

_____

_____

MOTION TO WITHDRAW DOCKET ENTRY 6234

(SHORT FORM COMPLAINT OF VANESSA BUCK)

_____

COMES NOW Plaintiff Vanessa Buck, respectfully requesting that the court remove docket entry 6234, the Short Form Complaint of Vanessa Buck, in the master case of MDL No. 2570, because the case is improperly filed and needs to be refiled.

1

Respectfully submitted,


*/s/ Richard J. Plezia*_____

RICHARD J. PLEZIA

Texas Bar No. 16072800

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone:  713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, a copy of the foregoing MOTION TO WITHDRAW DOCKET ENTRY #6234 (Short Form Complaint of Vanessa Buck) was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Richard J. Plezia*_____
                                               RICHARD J. PLEZIA