IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) |
| ELIZABETH HILL | ) |
| Civil Case No. 1:14-cv-06016-RLY-TAB | ) |

## ORDER

This matter has come before the Court on the Plaintiff's Motion In Limine to Exclude Reference to Collateral Sources.

And the Court, having reviewed said Motion and being duly advised, hereby finds that the Plaintiff's Motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff's Motion in Limine to Exclude Reference to Collateral Sources is Granted.

All of which is Ordered this _____ day of _____, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

1