IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF OMNIBUS MOTION IN LIMINE**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Omnibus Motion in Limine:

| Exhibit | Description |
|---|---|
| 1 | David Ball & Don Keenan, *Reptile: The 2009 Manual of the Plaintiff's Revolution* 51-73 (2009) |
| 2 | Excerpts of Dr. Alexander Marmureanu Deposition (June 20, 2017) |
| 3 | Excerpts of Anna Jessen Deposition (June 10, 2016) |
| 4 | Excerpts of Mette Nielsen Deposition (June 3, 2016) |
| 5 | Excerpts of Tom Roberts Deposition (May 20, 2016) |
| 6 | Excerpts of Mark Frye Deposition (June 30, 2016) |
| 6.A | Exhibit 259 of Deposition of Mark Frye - Cook New Product Application Form (November 20, 2002) |
| 7 | Excerpts of Arne Molgaard-Nielsen Deposition (July 14, 2016) |
| 8 | Excerpts of Frank Lynch Deposition (May 26, 2017) |
| 9 | Excerpts of Todd Baron Deposition (July 18, 2017) |

| | |
|---|---|
| 10 | Excerpts of Venbrux Deposition (July 14, 2017) |
| 11 | UW Medicine Radiology/Imaging Services Patient Education on Inferior Vena Cava (IVC) Filter Placement or Removal |
| 12 | Excerpts of Courtney Whitelock deposition (January 26, 2017) |
| 12.A | Exhibit 467 of Courtney Whitelock January 26, 2017 deposition – concur spreadsheet |
| 12.B | Exhibit 474 of Courtney Whitelock January 26, 2017 deposition – 6/16/09 E-mail between Jim Gardner and Darrell Talbert |
| 12.C | Exhibit 476 of Courtney Whitelock January 26, 2017 deposition – 1/28/08 E-mail between Bruce Fleck and W. Voorhees |
| 12.D | Exhibit 470 of Courtney Whitelock January 26, 2017 deposition – Value Added Selling for IVC Filters |
| 12.E | Exhibit 468 of Courtney Whitelock January 26, 2017 deposition – Venous Highways; Your Map to Success |
| 12.F | Exhibit 473 of Courtney Whitelock January 26, 2017 deposition – E-mail between Chip McGinniss and Bruce Fleck |
| 12.G | Exhibit 485 of Courtney Whitelock January 26, 2017 deposition – Cook IVC Filters: The broadest, most proven line in the world |
| 13 | Excerpts of Bruce Fleck Deposition (July 20, 2016) |
| 14 | Excerpts of David A. Kessler Deposition (June 30, 2017) |
| 15 | Excerpts of James Hunter Deposition (March 21, 2017) |
| 16 | Excerpts of James Hunter Deposition (August 31, 2017) |
| 17 | Transcript of Pretrial Conference (February 21, 2017) |
| 18 | E. Hill Defendant Profile Form (February 14, 2017) |
| 19 | Declaration of April Lavender (August 9, 2017) |
| 20 | Excerpts of Jennifer Brown Deposition (April 21, 2017) |
| 21 | Excerpts of Dr. Mark Zuzga Deposition (April 19, 2017) |
| 22 | Instructions for Use for Cook Celect Filter Set For Femoral and Jugular Vein Approach |

US.114201677

| | |
|---|---|
| 23 | Excerpts of Dr. Mark Zuzga Deposition (February 8, 2017) |
| 24 | Expert report of Dr. Alexander Marmureanu |
| 25 | Expert report of Robert McMeeking |
| 26 | Excerpts of Robert McMeeking Deposition |
| 27 | Expert report of Dr. David Garcia |
| 28 | Transcript of Status Conference (February 9, 2017) |
| 29 | Excerpts of David A. Kessler Deposition (July 1, 2017) |
| 30 | Excerpts of Alexander Marmureanu Deposition (June 21, 2017) |
| 31 | Excerpts of James Smith Deposition (May 9, 2017) |
| 32 | Plaintiffs' Deposition Designations of James Smith |
| 33 | Excerpts of Henrik Gyllun Deposition (June 14, 2017) |
| 34 | Excerpts of Andrew Blanchard Deposition (January 29, 2015) |
| 35 | Expert Report of David Kessler |
| 36 | The Inferior Vena Cava Filter: How Could a Medical Device Be So Well Accepted Without Any Evidence of Efficacy?" published in JAMA Internal Medicine |
| 37 | "Data Desert for Inferior Vena Caval Filters – Limited Evidence, Supervision, and Research," published in JAMA Cardiology |
| 38 | Excerpts of Henrik Gyllun Deposition (June 14, 2017) |
| 39 | "Dear Doctor" letter from the MHRA |
| 40 | Product Strategy Development Overview |
| 41 | February 9, 2006 Executive Summary concerning migration of IVC filters |
| 42 | Excerpts of Dr. John Kaufman Deposition (August 2, 2017) |
| 43 | February 28, 2013 "Section 522" letter from FDA to Theodore Heise |
| 44 | Endoscopy Image of E. Hill |
| 45 | Expert Report of Leigh Ann Levy |

US.114201677

| 46 | Excerpts of Elizabeth Hill Deposition (November 10, 2016) |
|----|---|
| 47 | *How to Study and Market Your Device*, U.S. Food & Drug Admin. (last updated 09/16/2015) (accessed September 12, 2017) |
| 48 | *Regulatory Controls*, U.S. Food & Drug Admin. (last updated 06/26/2014) (accessed September 12, 2017) |
| 49 | *Refuse to Accept Policy for 510(k)s, Guidance for Industry and Food and Drug Administration Staff*, U.S. Food & Drug Admin. 12-13, Document issued on: August 4, 2015 (pdf accessed September 12, 2017) (Guidance developed and issued prior to the 21st Century Cures Act) |
| 50 | *The 510(k) Program:  Evaluating Substantial Equivalence in Premarket Notifications [510(k)]*, U.S. Food & Drug Admin. (last updated 07/28/14) (accessed September 13, 2017) |
| 51 | Expert Report of Elisa Harvey |
| 52 | Excerpts of Liegh Connors Deposition (February 3, 2017) |
| 53 | Food and Drug Administration, Guidance for Cardiovascular Intravascular Filter 510(k) Submissions, p. 7 Nov. 26, 1999 |
| 54 | "Dear Doctor" letter from Health Canada addressing risks of complications from IVC filters |

Dated: September 14, 2017

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

US.114201677

> James Stephen Bennett, Co-Lead Counsel
> FAEGRE BAKER DANIELS LLP
> 110 W. Berry Street, Suite 2400
> Fort Wayne, Indiana  46802
> Telephone:  (260) 424-8000
> Facsimile:    (260) 460-1700
> stephen.bennett@faegrebd.com
>
> *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

> */s/ Andrea Roberts Pierson*