UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL MEMORANDUM IN SUPPORT OF OMNIBUS MOTIONS IN LIMINE AND ATTACHED EXHIBITS**

    This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Memorandum in Support of Omnibus Motions in Limine and Attached Exhibits. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that the Cook Defendants' Memorandum in Support of Omnibus Motion in Limine, and Exhibits 2–5, 6, 6A, 7, 10, 12, 12A–12G, 14–15, 17–20, 23–27, 29–31, 33–35, 40–46, 51, and 52 to that Memorandum, are ordered to be maintained under seal.

    SO ORDERED this ____ day of _____, 2017.

                                                                        Tim A. Baker
                                                                        United States Magistrate Judge
                                                                        Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.