UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT LIABILITY ) <br> LITIGATION MDL 2570, ) <br> _____ ) <br> ) <br> This Document Relates to All Actions ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR SEPTEMBER 14, 2017**

**RICHARD L. YOUNG, JUDGE**

The parties appeared in the court's Indianapolis chambers for a status conference. Plaintiffs appeared by David Matthews, Joe Williams, Mike Heaviside, and Ben Martin. The Cook Defendants appeared by John Schlafer, Andrea Pierson, and Joe Tanner.  The court heard argument from counsel on three pending motions, and ruled as follows:

(1) Cook Defendants' Motion to Dismiss for Lack of Standing or, in the Alternative, to Limit Damages (Filing No. 5373) is **UNDER ADVISEMENT**;

(2) Plaintiff Elizabeth Hill's Motion for Leave to Designate Expert Witness Paul Timperman, M.D., After Expert Disclosure Deadline (Filing No. 5705) is **DENIED**; and

(3) Cook Defendants' Motion Precluding Substantive Use of Transcripts of Deposition of Witnesses Who Are Available to Testify (Filing No. 5949) is **GRANTED**.  Having ruled on the same, the Cook Defendants' Motion for

1

Oral Argument on the Cook Defendants' Motion Precluding Substantive Use of Transcripts of Depositions of Witnesses Who Are Available to Testify at Trial (Filing No. 5951) is **DENIED as MOOT**.

In other matters, the court discussed its trial procedures and voir dire process. The parties informed the court that they are working together with respect to issues regarding the admissibility of medical and business records to speed up trial. In addition, the parties' motions in limine are due today. The court **ORDERED** the parties to schedule a date with the Courtroom Deputy for a hearing on those motions as soon as possible.

**SO ORDERED** this 15th day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.