**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

**THE COOK DEFENDANTS' MOTION FOR LEAVE TO FILE
CORRECTED MEMORANDUM IN SUPPORT OF OMNIBUS
MOTIONS IN LIMINE AND OMITTED MOTION
IN LIMINE TO EXCLUDE LYON PUBLICATION**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully request leave to file (1) a corrected Memorandum in Support of Omnibus Motions in Limine **(under seal)**, and (2) The Cook Defendants' Motion in Limine to Exclude Lyon Publication and its supporting documents one (1) day late. In support of this Motion for Leave, the Cook Defendants state:

    1.    Cook filed The Cook Defendants' Memorandum in Support of Omnibus Motions in Limine ("Memorandum in Support") **(under seal)** at **Dkt. No. 6298**. Cook used its best efforts to file the Memorandum in Support by the agreed September 14, 2017 deadline, but because of the technical errors Cook experienced in e-filing and the volume of supporting material and exhibits, the Memorandum in Support was not e-filed until the early hours of September 15, 2017. Cook apologizes for this unavoidable delay.

2.     In reviewing the as-filed Memorandum in Support [Dkt. No. 6298], Cook discovered various formatting errors.  Such errors included:  a missing title on the title page, errors in the Table of Authorities, and spacing errors at various points in the document.

3.     Cook respectfully requests leave to file the proposed corrected Memorandum in Support of the Cook Defendants' Omnibus Motions in Limine attached as **Exhibit A (under seal)**.  The corrected Memorandum in Support is substantively the same as Cook's original Memorandum in Support and does not alter Cook' requested relief.  Further, the corrected Memorandum in Support should be maintained under seal for the reasons set forth in The Cook Defendants' Motion to Maintain Under Seal Memorandum in Support of Omnibus Motions in Limine and Attached Exhibits **[Dkt. No. 6299].**

4.     In reviewing its as-filed Omnibus Motions in Limine and its as-filed Memorandum in Support, Cook also discovered that a motion in limine was erroneously omitted from its original filings.  Specifically, Cook omitted filing its Motion in Limine to Exclude the Lyon Publication.  Cook apologizes for this error and respectfully requests leave to file its Motion in Limine to Exclude the Lyon Publication and its supporting memorandum and materials today – one day late.

5.     Cook has (conditionally) filed its Motion in Limine to Exclude Lyon Publication as a free-standing motion with its supporting memorandum and exhibits along with a Motion to Maintain Under Seal.

6.     A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully ask the Court to grant them leave to file their corrected Memorandum in Support of the Cook Defendants' Omnibus Motions in

Limine  attached as Exhibit A **under seal**  and to grant them leave to file The Cook Defendants'

Motion in Limine to Exclude Lyon Publication one day late.

              Respectfully submitted,

Dated: September 15, 2017      /s/ *Andrea Pierson*
                    Andrea Roberts Pierson (# 18435-49)
                    John T. Schlafer (# 28771-49)
                    FAEGRE BAKER DANIELS LLP
                    300 North Meridian Street, Suite 2700
                    Indianapolis, Indiana  46204
                    Telephone: (317) 237-0300
                    Facsimile:  (317) 237-1000
                    E-Mail:  andrea.pierson@faegrebd.com
                    E-Mail:  john.schlafer@faegrebd.com

                    *Counsel for the defendants, Cook Incorporated,*
                    *Cook Medical LLC (f/k/a Cook Medical*
                    *Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Pierson*

US.114219132.05