# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

>Elizabeth Jane Hill,
>No. 1:14-cv-06016-RLY-TAB

## ORDER ON MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF OMNIBUS MOTIONS IN LIMINE AND OMITTED MOTION IN LIMINE TO EXCLUDE LYON PUBLICATION

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Corrected Memorandum in Support of Omnibus Motions in Limine **(under seal)** and Omitted Motion in Limine to Exclude Lyon Publication now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED (1) that The Cook Defendants' [Corrected] Memorandum in Support of Omnibus Motions in Limine attached as Exhibit A to Cook's Motion for Leave is deemed properly filed and Cook's original memorandum is support **[Dkt. 6298]** is withdrawn; and (2) that the Cook Defendants' are granted leave to file their Motion in Limine to Exclude Lyon Publication and its supporting documents and that such motion and supporting documents are deemed timely filed.

Dated:_____

_____
The Honorable Richard L. Young, Judge

US.114219800.03

United States District Court for the
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.114219800.03