IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570
_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB
_____

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE PUBLISHED
LYON STUDY PUBLICATION**

    The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion in Limine to Exclude Published Lyon Study Publication.

| Exhibit | Description |
|---|---|
| 1. | *Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multi-institutional Registry*, J Vasc Interv Radiol 2009; 20:1441-1448 (Lyon Publication) |
| 2. | Clinical Investigation Plan (Protocol) Prospective Study of the Cook Celect Filter, including Permanent and Retrievable Use (Protocol)  **- FILED UNDER SEAL** |
| 3. | Celect Filter Instructions for Use |
| 4. | Final Report – Prospective Study of the Cook Celect Filter, Including Permanent and Retrievable Use (September 2009) **- FILED UNDER SEAL** |
| 5. | Expert Report of David Garcia **- FILED UNDER SEAL** |
| 6. | Expert Report of Kessler **- FILED UNDER SEAL** |
| 7 | Excerpts of Deposition of Dr. Mark Zuzga (April 19, 2017) |
| 8. | Excerpts of Deposition of Dr. Frank Lynch (May 26, 2017) |

Dated: September 15, 2017                              Respectfully submitted,


                                                           /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:   (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson