**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Actions only:

     Elizabeth Jane Hill
     No. 1:14-cv-06016-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL**
**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**
**TO EXCLUDE PUBLISHED LYON PUBLICATION**

This matter has come before the Court on the Cook Defendants' Motion to Maintain

Under Seal Memorandum in Support of Motion in Limine to Exclude Published Lyon

Publication ("Motion").  The Court, having reviewed the Cook Defendants' Motion and being

otherwise duly advised, finds that good cause exists and the relief sought by the Cook

Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' Memorandum in Support of

Motion in Limine to Exclude Published Lyon Publication, and Exhibits 2, 4, 5, and 6 to that

Memorandum, are ordered to be maintained under seal.

SO ORDERED this ____ day of _____, 2017.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


US.114221777.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.114221777.01