AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    1:17−cv−02686−RLY−TAB<br>    Sally and James Kimmey | ) ) ) ) )  Case No.   1:14-ml-2570-RLY-TAB<br>                    MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Sally and James Kimmey                                                    .

Date:   9/18/2017

*s/ Graham B. LippSmith*
*Attorney's signature*

Graham B. LippSmith (CA SBN 221984)
*Printed name and bar number*

Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA  90071
*Address*

glippsmith@klwtlaw.com
*E-mail address*

(213) 254-4800
*Telephone number*

(213) 254-4801
*FAX number*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    *s/ Graham B. LippSmith*
Graham B. LippSmith
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com