AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>　　1:17−cv−02686−RLY−TAB<br>　　Sally and James Kimmey | )<br>)<br>)  Case No.  1:14-ml-2570-RLY-TAB<br>)           MDL No. 2570<br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　Plaintiffs Sally and James Kimmey　.

Date:　9/18/2017

*s/ Jaclyn L. Anderson*
*Attorney's signature*

Jaclyn L. Anderson (CA SBN 258609)
*Printed name and bar number*

Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA  90071

*Address*

janderson@klwtlaw.com
*E-mail address*

(213) 254-4800
*Telephone number*

(213) 254-4801
*FAX number*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 *s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
Kasdan LippSmith Weber Turner LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
Telephone: (213) 254-4800
Fax: (213) 254-4801
janderson@klwtlaw.com