# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:17-cv-02686-RLY-TAB
    Sally and James Kimmey

## DEMAND FOR JURY TRIAL

Plaintiffs Sally and James Kimmey hereby demand a trial by jury as to all issues so triable.

Dated: September 18, 2017

        Respectfully submitted,

        KASDAN LIPPSMITH WEBER TURNER LLP

        */s/ Graham B. LippSmith*
        Graham B. LippSmith
        500 S. Grand Ave., Suite 1310
        Los Angeles, CA 90071
        Telephone: (213) 254-4800
        Fax: (213) 254-4801
        glippsmith@klwtlaw.com

        *Counsel for Plaintiffs Sally and James Kimmey*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Graham B. LippSmith
Graham B. LippSmith