IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:
 JESSICA GEHNER
 1:16-cv-01166-RLY-TAB
_____

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Plaintiff Jessica Gehner

Dated: September 18, 2017

 */s/ Michael S. Kruse*
 Michael S. Kruse, E.D. Mo. Bar #57818MO
 **NIEMEYER, GREBEL & KRUSE, LLC**
 10 S. Broadway, #1125
 St. Louis, MO 63102
 314/241-1919 (T)
 317/665-3017 (F)
 kruse@ngklawfirm.com

 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing was filed and served of record by way of the Court's CM/ECF filing system this 18th day of September, 2017.

 /s/ Michael S. Kruse