IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

_____


This Document Relates to Plaintiff:
         JOANNE HECK
         1:17-cv-00517
_____

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

         I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

         Plaintiff Joanne Heck


Dated: September 18, 2017

                                        */s/ Michael S. Kruse*
                                        Michael S. Kruse, E.D. Mo. Bar #57818MO
                                        **NIEMEYER, GREBEL & KRUSE, LLC**
                                        10 S. Broadway, #1125
                                        St. Louis, MO 63102
                                        314/241-1919 (T)
                                        317/665-3017 (F)
                                        kruse@ngklawfirm.com

                                        ***Attorneys for Plaintiff***


## CERTIFICATE OF SERVICE

         The undersigned hereby certifies that the foregoing was filed and served of record by way
of the Court's CM/ECF filing system this 18th day of September, 2017.


                                        /s/ Michael S. Kruse