IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:
      LYNNE GRIEBEL
      1:17-cv-01300

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff Lynne Griebel

Dated: September 18, 2017

                                          */s/ Michael S. Kruse*
                                          Michael S. Kruse, E.D. Mo. Bar #57818MO
                                          **NIEMEYER, GREBEL & KRUSE, LLC**
                                          10 S. Broadway, #1125
                                          St. Louis, MO 63102
                                          314/241-1919 (T)
                                          317/665-3017 (F)
                                          kruse@ngklawfirm.com

                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed and served of record by way of the Court's CM/ECF filing system this 18th day of September, 2017.

                                            /s/ Michael S. Kruse