IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:
       GREGORY MACNEARY
       1:16-cv-01168

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Gregory MacNeary

Dated: September 18, 2017

                                    */s/ Michael S. Kruse*
                                    Michael S. Kruse, E.D. Mo. Bar #57818MO
                                    **NIEMEYER, GREBEL & KRUSE, LLC**
                                    10 S. Broadway, #1125
                                    St. Louis, MO 63102
                                    314/241-1919 (T)
                                    317/665-3017 (F)
                                    kruse@ngklawfirm.com

                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served of record by way of the Court's CM/ECF filing system this 18th day of September, 2017.

                                    /s/ Michael S. Kruse