IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION
_____


This Document Relates to Plaintiffs:
      REESA M. TIMMS AND NATHAN TIMMS
      1:17-cv-01460
_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiffs Reesa M. Timms and Nathan Timms


Dated: September 19, 2017

          */s/ Michael S. Kruse*
          Michael S. Kruse, E.D. Mo. Bar #57818MO
          **NIEMEYER, GREBEL & KRUSE, LLC**
          10 S. Broadway, #1125
          St. Louis, MO 63102
          314/241-1919 (T)
          317/665-3017 (F)
          kruse@ngklawfirm.com

          *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed and served of record by way of the Court's CM/ECF filing system this 19th day of September, 2017.


          /s/ Michael S. Kruse