IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Ted Lamar Gilbert and Mary E Gilbert

Civil Case # _____

**MOTION TO WITHDRAW DOCKET ENTRY 6321**
**(SHORT FORM COMPLAINT OF TED LAMAR GILBERT AND MARY E GILBERT)**

COMES NOW Plaintiffs Ted Lamar Gilbert and Mary E Gilbert, respectfully requesting that the court remove docket entry 6321, the Short Form Complaint of Ted Lamar Gilbert and Mary E Gilbert, in the master case of MDL No. 2570, because the case is improperly filed and needs to be refiled.

Respectfully submitted,

/S/ MATTHEW R. MCCARLEY
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
FEARS NACHAWATI, PLLC
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712
ATTORNEY FOR THE PLAINTIFF(S)

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /S/ MATTHEW R. MCCARLEY
      Matthew R. McCarley