IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                    Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                     MDL N0. 2570

_____

This Document Relates to SANDRA MAYERNIK

_____

_____

## MOTION TO WITHDRAW

      COMES NOW Plaintiff SANDRA MAYERNIK, and asks the court leave to withdraw the referenced case due to improper filing of case initiating documents.

      Respectfully submitted,

      */s/ Richard J. Plezia*_____

      RICHARD J. PLEZIA

      Texas Bar No. 16072800

1

                              **RICHARD J. PLEZIA & ASSOCIATES**

                              2909 Hillcroft Ave., Suite 575

                              Houston, Texas 77057

                              Telephone:  713-800-1151

                              Facsimile: 281-602-7735

                              efile@rplezialaw.com

                              thomas@rplezialaw.com

                              **Counsel for Plaintif**


## CERTIFICATE OF SERVICE

     I hereby certify that on September 19, 2017, a copy of the foregoing Original Short Form Petition was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              */s/ Richard J. Plezia*_____
                              RICHARD J. PLEZIA

Motion To Withdraw