UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to Plaintiff

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

_____

**COOK DEFENDANTS'**
**AMENDED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY IN SUPPORT OF MOTION TO BIFURCATE**

The Cook Defendants[1] respectfully move this Court for an order extending the deadline for filing their reply in support of the motion to bifurcate by ten days, from September 12, 2017, to September 22, 2017.  In support of this motion, the Cook Defendants state:

1.    The original deadline to reply in support of the motion to bifurcate in Hill was September 12, 2017.  On September 8, 2017, the Cook Defendants filed the original Agreed Motion For Extension Of Time To File Reply In Support Of Motion To Bifurcate ("Original Motion for Time"), seeking an extension of time to September 20, 2017.  The court has not yet ruled on the Original Motion for Time.

2.    The Original Motion for Time was filed because certain arguments in the bifurcation briefing overlap with the summary judgment briefing.  Two additional days are being sought in this amended motion for time because the Original Motion for Time incorrectly referenced the deadline for the summary judgment reply as September 20, 2017, but the Court's

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.  All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

August 11, 2017 Order modified the deadline for the summary judgment reply to September 22, 2017.  As stated in the Original Motion for Time, given the overlapping and intertwined nature of certain arguments in both motions, simultaneous deadlines for both replies will streamline and make more orderly the final briefing on both motions.

   3. The Cook Defendants believe that these circumstances constitute good cause for a short, ten-day extension of the deadline for the reply in support of the motion to bifurcate.

   4. Before filing the Original Motion for Time, the Cook Defendants' attorneys consulted Plaintiff's attorneys about simultaneous deadlines for the replies.  The parties agreed and further agreed that the bifurcation motion should be heard on September 25, 2017, along with summary judgment.

   WHEREFORE, the Cook Defendants respectfully request that this Court grant its motion and extend the motion to bifurcate deadline by ten days to and including September 22, 2017, as set forth above.

Dated: September 19, 2017    Respectfully submitted,

      /s/ Andrea Roberts Pierson
      Andrea Roberts Pierson, Co-Lead Counsel
      John T. Schlafer
      FAEGRE BAKER DANIELS LLP
      300 North Meridian Street, Suite 2700
      Indianapolis, Indiana  46204
      Telephone: (317) 237-0300
      Facsimile: (317) 237-1000
      andrea.pierson@faegrebd.com
      john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:          (260) 424-8000
Facsimile:           (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Cour7t's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.114239697.01