IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02364 | Cause No. 1:17-cv-02795 |
| Cause No. 1:17-cv-02419 | Cause No. 1:17-cv-02811 |
| Cause No. 1:17-cv-02446 | Cause No. 1:17-cv-02817 |
| Cause No. 1:17-cv-02616 | Cause No. 1:17-cv-02821 |
| Cause No. 1:17-cv-02671 | Cause No. 1:17-cv-02822 |
| Cause No. 1:17-cv-02672 | Cause No. 1:17-cv-02824 |
| Cause No. 1:17-cv-02685 | Cause No. 1:17-cv-02825 |
| Cause No. 1:17-cv-02686 | Cause No. 1:17-cv-02830 |
| Cause No. 1:17-cv-02759 | Cause No. 1:17-cv-02840 |
| Cause No. 1:17-cv-02794 | Cause No. 1:17-cv-02842 |
| | Cause No. 1:17-cv-02848 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   September 19, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114248066.01

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114248066.01