# EXHIBIT B

# Lee, Deborah A.

| | |
|---|---|
| **From:** | Pierson, Andrea Roberts |
| **Sent:** | Tuesday, September 19, 2017 11:25 AM |
| **To:** | Ben Martin <bmartin@bencmartin.com> (bmartin@bencmartin.com); David Matthews; Matt Schultz (mschultz@levinlaw.com); Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com); Joseph N. Williams (jwilliams@rwp-law.com) |
| **Cc:** | Tanner, John Joseph; Webber, Chuck; Cox, Jessica Benson; Bennett, James Stephen; Butler, Abigail M.; Calhoon, Victoria R.; Rutigliano, Anna C.; Campbell, Andrew L.; Hurley, Ryan M. |
| **Subject:** | Cook Filter - Witness List |
| **Attachments:** | Cook Filter - Witness List in the Elizabeth Hill Matter.pdf |

Counsel:

Attached is a courtesy copy of the Cook Defendants' witness list filed yesterday. For your information, here is breakdown of the witnesses that Cook will call to testify in its case-in-chief, followed by a list of witnesses that may be called to rebut issues raised in plaintiffs' case in chief, if those issues are raised.

**Will Call**
Todd Baron
Bridget Bellingar
Mark Breedlove
Jennifer Brown
Brian Choules
Jon Fryzek
James Gardner
Rita Harden
Elisa Harvey
Jon Kauffman
April Lavendar
Frank Lynch
Gerald Lynch
Anthony Moreno
Tim Morris
Lars Milling
Harold Pellerite
Scott Robertson
Ann Santoro
Anthony Venbrux
Renu Virmani
Mark Zuzga

**May Call**
Leigh Conners
Mark Frye
Per Hendrickson
Russell Hill
James Hunt
Robert Lyles

1

Ken Perry
Robert Smouse


Andrea

**Andrea Roberts Pierson**
*Partner*
andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br><br>Hill, Elizabeth -<br>1:14-cv-06016-RLY-TAB | |

## COOK DEFENDANTS' WITNESS LIST

The defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook"), hereby submit their witness list. Many pretrial motions remain to be ruled upon, including motions for summary judgment, *Daubert* motions, and motions *in limine*. Therefore, the Cook Defendants reserve the right to amend and supplement this list. If the Cook Defendants identify additional witnesses they intend to call at trial, the Cook Defendants' counsel will timely identify such witnesses to the Court and counsel for Plaintiffs. In addition, the Cook Defendants do not represent that they will call all witnesses listed. In particular, depending on the results of Cook's motions *in limine* the testimony of some witnesses listed below may be barred, irrelevant, or unnecessary. By designating testimony in their deposition designations, incorporating those designations by reference below, or describing anticipated testimony, the Cook Defendants do not intend to indicate that some or all of the designated or described testimony is admissible or relevant. Rather, Cook has designated or described potential testimony it may use at trial,

subject to the Court's decisions on Cook's motions for summary judgment, *Daubert* motions, and motions *in limine*.

### PRELIMINARY WITNESS LIST

1. <u>Todd H. Baron, M.D., F.A.S.G.E.:</u> Dr. Baron is a gastroenterologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Baron. Dr. Baron will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Barron's report, and those matters covered in his deposition.

2. <u>Bridget Bellingar, D.O.:</u> Dr. Bellinger is a primary care physician who treated Ms. Hill. Cook has designated Dr. Bellinger as a non-retained expert. Dr. Bellingar's testimony will be presented by deposition, as she is a non-party witness who is beyond the Court's subpoena power. The substance of her testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

3. <u>Mark A. Breedlove:</u> Mr. Breedlove is Vice President and Global Business Unit Leader of Peripheral Intervention at Cook Medical. Mr. Breedlove will testify regarding the Cook companies' history, structure, and current business; the products designed, manufactured, and sold by Cook; corporate, financial or net worth information for the Cook Defendants relevant to plaintiff's claim for punitive damages; the sale of the filter at issue in this litigation; the history of the development of IVC Filters, including but not limited to Cook's IVC Filters; the history of the development, use, and sale of IVC Filters; historic trends on IVC filter usage and the reasons for those trends; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; the uses of IVC Filters; the historic sales and use of IVC Filters, including the sales and

occurrence rates for the Celect from 2006 to the present date; Cook's knowledge related to IVC Filters; Cook's development and sponsorship of the VISTA training program and other information provided to physicians related to IVC Filters; Cook's management process; Cook's quality systems and policies; Cook's marketing and sales of the Celect from 2006 to the present date; and the post market process for Cook's IVC Filters, including but not limited to both internal procedures and regulatory compliance.

4. <u>Jennifer Brown, Ph.D.:</u> Dr. Brown is Director of Regulatory Affairs at Cook Research Incorporated. Dr. Brown was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Brown will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during her depositions. Dr. Brown will also testify as a fact witness regarding the development of Cook IVC filters, including clinical and non-clinical studies involving the Celect and Celect regulatory submissions; instructions for use and information provided to physicians; Cook's interactions with the FDA and publications by the FDA; the OUS study and its protocol, interim data, and final report; the Lyon publication; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale, including trending and reporting data regarding the Celect and how it is used; interactions between the Cook Defendants and MEDI or CRI; Cook's compliance with regulatory requirements; Cook's regulatory submissions; and the information contained in the Cook Data Summary, including Cook's gathering, analysis, and use of the same.

5. <u>Brian D. Choules, Ph.D.</u> Dr. Choules is a former employee of MEDI and CRI who worked extensively on the design, development, and testing of Cook's IVC Filters. Dr. Choules was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Choules will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Dr. Choules will also testify as a fact witness regarding the development of Cook IVC filters, including but not limited to, conceptual design, development, and testing of Cook's IVC Filters; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale; the dFEMCAs, Design Inputs, Design Validations, quality systems and procedures, blueprints and specifications applicable to the Celect; Cook's quality systems and policies; and the means by which and reasons for Cook's development and continuing evolution of its IVC Filters.

6. <u>Leigh Conners:</u> Ms. Conners is a former employee of Cook Medical. Ms. Conners's testimony will be presented by deposition as she is a non-party witness who is outside the Court's subpoena power. The substance of her testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

7. <u>Mark Frye:</u> Mr. Frye is an Engineering Manager. Mr. Frye will testify regarding the history of the development, use, and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; Cook's management process; Cook's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters,

including but not limited to the manufacturing process, the regulations that govern that process, and the quality policies and procedures that implement those regulations; and the dFEMCAs, Design Inputs, Design Validations, quality systems and procedures, blueprints and specifications applicable to the Celect.

8. <u>Jon P. Fryzek, M.P.H., Ph. D.:</u> Dr. Fryzek is an epidemiologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Fryzek. Dr. Fryzek will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Fryzek's report, and those matters covered in his deposition.

9. <u>James Gardner, M.D.:</u> Dr. Gardner is Cook Medical's Director of Third Party Reimbursement and Medical Science Officer. Dr. Gardner was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Gardner will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Dr. Gardner will also testify as a fact witness regarding the history of payment and reimbursement for IVC Filters by third parties; including the Celect; historic considerations related to IVC Filter reimbursement; Dr. Gardner's knowledge of the clinical data regarding IVC Filters and the interplay between that data and reimbursement by payers; and any emails authored by Dr. Gardner and listed as exhibits on Plaintiffs' Exhibit List.

10. <u>Rita Harden:</u> Ms. Harden is the Director of Customer Relations and Regulatory Reporting at Cook Medical. Ms. Harden will testify regarding post-market surveillance activities at Cook, including but not limited to, compliant handling, reporting, and tracking, compliance with FDA regulations, Cook's Quality Systems and compliance with regulatory requirements; Cook's study and

monitoring of the performance of Cook's IVC Filters after they were available for sale; Cook's communications with the FDA regarding post-market reporting; Cook's complaint files and adverse event reports.

11. <u>Elisa D. Harvey, D.V.M, Ph. D.:</u> Dr. Harvey is a former FDA employee, regulatory consultant, and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Harvey. Dr. Harvey will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Harvey's report, and those matters covered in her deposition.

12. <u>Per Hendrickson:</u> Mr. Hendrickson is a Project Leader at William Cook Europe. Mr. Hendrickson will testify regarding the history of the development, use, and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; Cook's management process; Cook's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters, including but not limited to the manufacturing process, the regulations that govern that process, and the quality policies and procedures that implement those regulations; and the dFEMCAs, Design Inputs, Design Validations, quality systems and procedures, blueprints and specifications applicable to the Celect.

13. <u>Russell Hill:</u> Mr. Hill is the plaintiff's husband. Cook may question him regarding any matter for which he has personal knowledge and that is relevant to any claim or defense in this matter.

14. <u>James Hunt:</u> Mr. Hunt is Associate General Counsel at Cook Group Incorporated. Mr. Hunt will testify regarding Cook's document retention, electronic

information, and litigation hold policies, procedures, and practices both generally and as implemented regarding IVC Filters, and all matters related thereto.

15. <u>John A. Kaufman, M.D.:</u> Dr. Kaufman is the Director of the Dotter Interventional Institute at Oregon Health Sciences University. Dr. Kaufman was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Kaufman will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Dr. Kaufman will also testify as a fact witness regarding Cook's pre-market and post market studies and research, including but not limited to those related to IVC Filters; information provided to physicians; the history, trends, and use of IVC filters to prevent PE; the study and monitoring of the performance of Cook's IVC filters after they were available for sale; Dr. Kauffman's use and review of the Cook Data Summary and discussions regarding the same.

16. <u>April Lavender:</u> Ms. Lavender is the Senior Vice President of Regulatory Affairs for Cook Incorporated. Ms. Lavender will testify regarding the development of Cook's IVC Filters and pre-market regulatory compliance and submissions for Cook's IVC Filters; communications with the FDA regarding Cook's IVC Filters and regulatory submissions for the same; Cook's compliance with regulatory requirements; and Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale.

17. <u>Robert Lyles:</u> Mr. Lyles is Executive Vice President at Cook Medical LLC. Mr. Lyles will testify regarding the Cook companies' history, structure, and current business; the products designed, manufactured, and sold by Cook; the history of

the development of IVC Filters, including but not limited to Cook's IVC Filters; the history of the development, use, and sale of IVC Filters; historic trends on IVC filter usage and the reasons for those trends; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; the uses of IVC Filters; the historic sales and use of IVC Filters, including the sales and occurrence rates for the Celect from 2006 to the present date; Cook's knowledge related to IVC Filters; Cook's development and sponsorship of the VISTA training program and other information provided to physicians related to IVC Filters; Cook's management process; Cook's quality systems and policies; Cook's marketing and sales of the Celect from 2006 to the present date; and the post market process for Cook's IVC Filters, including but not limited to both internal procedures and regulatory compliance.

18. <u>Frank Lynch, M.D.</u>: Dr. Lynch is an interventional radiologist who treated Ms. Hill. Cook has designated Dr. Lynch as a non-retained expert. Dr. Lynch's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

19. <u>Gerald J. Lynch, Ph. D.</u>: Dr. Lynch is an economist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Lynch. Dr. Lynch will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Lynch's report, and those matters covered in his deposition.

20. <u>Anthony Moreno, M.D.</u>: Dr. Moreno is an orthopedic surgeon who treated Ms. Hill. Cook has designated Dr. Moreno as a non-retained expert. Dr. Moreno's

testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

21. <u>Timothy A. Morris, M.D.:</u> Dr. Morris is a pulmonologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Morris. Dr. Morris will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Morris's report, and those matters covered in his deposition.

22. <u>Lars Milling:</u> Mr. Milling is the Managing Director of William Cook Europe ("WCE"). Mr. Milling will testify regarding the history, structure, and current business of WCE and its relationship to other Cook companies; the products designed, manufactured, and sold by WCE, including but not limited to IVC Filters; corporate, financial or net worth information for the WCE relevant to plaintiff's claim for punitive damages; the sale of the filter at issue in this litigation; the history of the development of IVC Filters, including but not limited to Cook's IVC Filters; the IVC Filter industry; the history of the development, use, and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; the uses of IVC Filters; the historic sales and use of IVC Filters, including the sales and occurrence rates for the Celect from 2006 to present date; Cook's knowledge related to IVC Filters; information provided to physicians related to IVC Filters; Cook's management process; WCE's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters, including but not limited to the manufacturing process, the regulations that govern that process, and

the quality policies and procedures that implement those regulations; the post market process for Cook's IVC Filters, including but not limited to both internal procedures and regulatory compliance.

23. <u>Harold Pellerite:</u> Mr. Pellerite is a former FDA employee, an expert on issues related to post-market surveillance of medical devices, and Cook's retained expert. A full Rule 26 expert report was provided by Mr. Pellerite. Mr. Pellerite will testify regarding the matters in Cook's Rule 26 expert disclosures, Mr. Pellerite's report, and those matters covered in his deposition.

24. <u>Kenneth E. Perry, Ph.D.:</u> Dr. Perry is an engineer and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Perry. Dr. Perry will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Perry's report, and those matters covered in his deposition.

25. <u>Scott W. Robertson, Ph. D.:</u> Dr. Robertson is an engineer and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Robertson. Dr. Robertson will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Robertson's report, and those matters covered in his deposition.

26. <u>Ann M. Santoro:</u> Ms. Santoro is a licensed social worker who treated Ms. Hill. Ms. Santoro's testimony will be presented by deposition, as she is a non-party witness who is beyond the Court's subpoena power. The substance of her testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

27. <u>H. Robert Smouse, M.D.:</u> Dr. Smouse is an Interventional Radiologist and clinical researcher. Dr. Smouse was disclosed as a non-retained expert and has

been disclosed as a fact witness. Dr. Smouse will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement. Dr. Smouse will also testify as a fact witness regarding Cook's pre-market and post-market studies, including those for its IVC Filters; the reports generated from studies in which he participated; and his use of Cook's IVC Filters as a treating physician.

28. <u>Anthony Venbrux, M.D.:</u> Dr. Venbrux is an interventional radiologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Venbrux. Dr. Venbrux will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Venbrux's report, and those matters covered in his deposition.

29. <u>Renu Virmani, M.D.:</u> Dr. Virmani is a cardiovascular pathologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Virmani. Dr. Virmani will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Virmani's report, and those matters covered in her deposition.

30. <u>Mark Zuzga, D.O.:</u> Dr. Zuzga is a vascular surgeon who treated Ms. Hill. Cook has designated Dr. Zuzga as a non-retained expert. Dr. Zuzga's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony is contained in the deposition designations provided to plaintiff's counsel and the Court.

31. All witnesses listed on plaintiff's witness list.

32. Additional witnesses necessary for impeachment or rebuttal.

33. All witnesses retained as experts by any party for the purpose of testifying at trial.

34. All witnesses who may be necessary to authenticate or otherwise lay evidentiary foundation for exhibits.

Respectfully submitted,

/s/ *John T. Schlafer*

Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com

*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2017, a copy of the foregoing was filed using the Court's CM/ECF system. A copy of this document was sent to all counsel of record by the Court's system. I further certify that I sent by the foregoing by electronic mail to Plaintiffs' Co-Lead Counsel, as listed below:

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com

Joseph N. Williams
RILEY WILLIAMS & PIATT
jwilliams@rwp-law.com

Matthew Schultz
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
mschultz@levinlaw.com

/s/ *John T. Schlafer*