IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to

Hill, Elizabeth -
 1:14-cv-06016-RLY-TAB

_____

**COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT ON MOTION TO STRIKE PLAINTIFF'S FINAL WITNESS LIST OR, ALTERNATIVELY, TO CONTINUE TRIAL**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") move, pursuant to Local Rules 7-1 and 16-3(a), for oral argument on September 25, 2017, on Cook Defendants' Motion to Strike Plaintiff's Final Witness List or, Alternatively, to Continue Trial. In support of their Motion, Cook Defendants state:

1. Cook Defendants are contemporaneously filing their Motion to Strike Plaintiff's Witness List or, Alternatively, to Continue Trial ("Motion"). With the trial of this matter scheduled to begin in one month, on October 23, 2017, plaintiff's failure to file a final witness list that complies with the Court's Second Amended Case Management Order 19 is impairing the Cook Defendants' ability to prepare for trial.

2. The parties are set to appear on several other pending motions on September 25, 2017, and Cook requests that the Court set oral argument on Cook's Motion so the dispute regarding plaintiff's deficient final witness list can be addressed without further prejudicing Cook Defendants.

WHEREFORE, Cook respectfully requests that the Court set oral argument on the Motion on September 25, 2017 and grant Cook all other just and appropriate relief.

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com

*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2017, a copy of the foregoing was sent by electronic mail to Plaintiffs' Co-Lead Counsel, as listed below:

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com

Joseph N. Williams
RILEY WILLIAMS & PIATT
jwilliams@rwp-law.com

Matthew Schultz
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY & PROCTOR, P.A.
mschultz@levinlaw.com

/s/ *Andrea Roberts Pierson*