IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to

Hill, Elizabeth -
 1:14-cv-06016-RLY-TAB

_____

**ORDER GRANTING COOK DEFENDANTS' MOTION FOR
ORAL ARGUMENT ON MOTION TO STRIKE
<u>PLAINTIFF'S FINAL WITNESS LIST OR, ALTERNATIVELY, TO CONTINUE TRIAL</u>**

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS' (collectively, the "Cook Defendants" or "Cook") motion for oral argument on Cook Defendants' Motion to Strike Plaintiff's Final Witness List or, Alternatively, to Continue Trial ("Motion"), hereby GRANTS the Motion and sets oral argument on the Motion on September 25, 2017 at _____.

Dated:_____

_____
Honorable Richard L. Young
United States District Judge

**Distribution:**  All counsel of record by ECF

US.114253898.01