IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND              Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                MDL N0. 2570

_____

This Document Relates to MARIE WILSON

_____

_____

## MOTION TO WITHDRAW

    COMES NOW Plaintiff Marie Wilson, and asks the court leave to withdraw the referenced case due to improper filing of case initiating documents.

    Respectfully submitted,

    */s/ Richard J. Plezia*_____

    RICHARD J. PLEZIA

    Texas Bar No. 16072800

1

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone:  713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintif**

### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, a copy of the foregoing Motion To Withdraw was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA