IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND             Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION              MDL N0. 2570

_____

This ORDER Relates to MARIE WILSON

_____

_____

## ORDER

The court grants Plaintiff Marie Wilson's Motion To Withdraw the referenced case due to improper filing of case initiating documents.

_____

U.S.D.C. Justice, Southern District of Indiana

1

Order Granting Motion To Withdraw