# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Cause No. | 1:17-cv-01724 | Cause No. | 1:17-cv-02812 |
| --- | --- | --- | --- |
| Cause No. | 1:17-cv-02320 | Cause No. | 1:17-cv-02814 |
| Cause No. | 1:17-cv-02381 | Cause No. | 1:17-cv-02819 |
| Cause No. | 1:17-cv-02474 | Cause No. | 1:17-cv-02844 |
| Cause No. | 1:17-cv-02715 | Cause No. | 1:17-cv-02845 |
| Cause No. | 1:17-cv-02716 | Cause No. | 1:17-cv-02849 |
| Cause No. | 1:17-cv-02737 | Cause No. | 1:17-cv-02877 |
| Cause No. | 1:17-cv-02738 | Cause No. | 1:17-cv-02879 |
| Cause No. | 1:17-cv-02746 | Cause No. | 1:17-cv-02883 |
| Cause No. | 1:17-cv-02804 | Cause No. | 1:17-cv-02884 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   September 20, 2017

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114261579.01

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.114261579.01