UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| Elizabeth Jane Hill, | ) | |
| 1:14-cv-6016-RLY-TAB | ) | |
| _____ | ) | |

**ORDER ON UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF
MOTION IN LIMINE DEADLINES**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical

Incorporated), and William Cook Europe ApS move for an order extending the deadline

for the parties to file their motions in limine by two days.  The court, having considered

the same, now **GRANTS** the Motion (Filing No. 6100).

**SO ORDERED** this 20th day of September 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1