UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB     MDL No. 2570 |

**ORDER ON COOK DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO BIFURCATE and THEIR AMENDED MOTION FOR EXTENSION OF TIME**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS move for an order extending the deadline for filing their Reply in support of the Motion to Bifurcate by eight days, from September 12, 2017, to September 20, 2017. They subsequently filed an Amended Motion seeking an extension to September 22, 2017 on the same. Both Motions (Filing No. 6155 and 6347) are **GRANTED**.

**SO ORDERED** this 20th day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.