UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| Elizabeth Jane Hill, | ) | |
| 1:14-cv-6016-RLY-TAB | ) | |
| _____ | ) | |

**ORDER ON COOK DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS move for leave to file a corrected memorandum in support of their motion for summary judgment. The motion is **GRANTED** (Filing No. 6131). The original memorandum (Filing No. 5753) is withdrawn.

**SO ORDERED** this 20th day of September 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1