UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF HILL'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED STATEMENT OF ADDITIONAL MATERIAL FACTS NOT IN DISPUTE AND CORRECTED CONTROVERTING STATEMENT OF FACT RELATED TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Elizabeth Jane Hill, requests leave to file a corrected Statement of Additional Facts Not In Dispute and corrected Controverting Statement of Facts in support of her opposition to Defendants' Motion for Partial Summary Judgment. The Motion (Filing No. 6180) is **GRANTED**.

**SO ORDERED** this 20th day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1