UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Elizabeth Jane Hill, | ) | |
| 1:14-cv-6016-RLY-TAB | ) | |
| | ) | |
| _____ | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A
RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Plaintiff, Elizabeth Jane Hill, moves for leave to file a response brief in excess of

35 pages, specifically, the Plaintiff Hill's Opposition to Defendants' Motion for

Summary Judgment.  The court, having reviewed the same, now **GRANTS** the Motion

(Filing No. 6123).

**SO ORDERED** this 20th day of September 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1