UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB Arthur Gage, 1:13-cv-1875-RLY-TAB _____ | |

**ORDER ON COOK'S MOTION FOR LEAVE TO FILE A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS move for an order granting them leave to file a response brief in excess of 35 pages, specifically, the Cook Defendants' Response to Plaintiffs' Motion to Exclude or Limit the Testimony of Certain Defense Experts. The court, having reviewed the same, now **GRANTS** the Motion (Filing No. 6098).

**SO ORDERED** this 20th day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.