UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON COOK'S MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF OMNIBUS MOTIONS IN LIMINE AND OMITTED MOTION IN LIMINE TO EXCLUDE LYON PUBLICATION**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS moves for leave to file (1) a corrected Memorandum in Support of Omnibus Motions in Limine (under seal) and (2) the Cook Defendants' Motion in Limine to Exclude Lyon Publication and its supporting documents one day late. The court, having considered the same, now **GRANTS** the Motion (Filing No. 6309), finding that it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that the Cook Defendants' (Corrected) Memorandum in Support of Omnibus Motions in Limine attached as Exhibit A to Cook's Motion for Leave is deemed properly filed and Cook's original memorandum in support (Filing No. 6298) is withdrawn; and that the Cook Defendants are granted leave to file

1

their Motion in Limine to Exclude Lyon Publication and its supporting documents and that such motion and supporting documents are deemed timely filed.

**SO ORDERED** this 20th day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.