IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):

| |
|---|
| *Ashley Burke v. Cook Incorporated, et al.* <br> No. 1:17-cv-01392-SEB-TAB |
| *John R. Conley v. Cook Incorporated, et al.* <br> No. 1:17-cv-01429-WTL-DKL |
| *Jessica Gehner v. Cook Incorporated, et al.* <br> No. 3:16-cv-00060-RLY-MPB |
| *Lynne Griebel v. Cook Incorporated, et al.* <br> No. 1:17-cv-01300-SEB-MPB |
| *Joanne Heck and Shawn Heck v. Cook Incorporated, et al.* <br> No. 1:17-cv-00517-RLY-TAB |
| *Lee Helene and Suzanne Helene v. Cook Incorporated, et al.* <br> No. 1:17-cv-01333-LJM-MPB |
| *Vickie Jacobs v. Cook Incorporated, et al.* <br> No. 3:16-cv-00061-RLY-MPB |
| *Gregory MacNeary v. Cook Incorporated, et al.* <br> No. 3:16-cv-00062-RLY-MPB |
| *Reesa M. Timms and Nathan Timms v. Cook Incorporated, et al.* <br> No. 1:17-cv-01460-RLY-TAB |
| *Patricia A. Williams v. Cook Incorporated, et al.* <br> No. 1:17-cv-01472-WTL-DKL |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW the Plaintiffs in the above referenced actions and move that Michael S. Kruse and the firm of NIEMEYER, GREBEL & KRUSE, LLC, be substituted as their counsel of record; and, in conjunction therewith, that J. Mark Kell, Mark C. Aubuchon, and the firm of KELL LAMPIN LLC be withdrawn as counsel of record in these actions. The above referenced Plaintiffs as well as the attorneys of NIEMEYER, GREBEL & KRUSE, LLC and KELL LAMPIN LLC consent to the proposed substitution and withdraw.

| | |
|---|---|
| **NIEMEYER, GREBEL & KRUSE, LLC** | **KELL LAMPIN, LLC** |
| /s/ Michael S. Kruse | /s/ Mark C. Aubuchon |
| Michael S. Kruse | J. Mark Kell |
| 10 S. Broadway | Mark C. Aubuchon |
| Suite 1125 | 14500 South Outer Forty, Suite 407 |
| St. Louis, MO 63102 | Chesterfield, MO 63107 |
| 314/241-1919 (T) | 636/757-1700 (T) |
| 314/665-3017 (F) | 636/489-3971 (F) |
| kruse@ngklawfirm.com | mkell@kelllawfirm.com |
| *Attorneys for Plaintiffs* | maubuchon@kelllawfirm.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 20th day of September, 2017.

/s/ Michael S. Kruse