IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):

| |
|---|
| *Ashley Burke v. Cook Incorporated, et al.* <br> No. 1:17-cv-01392-SEB-TAB |
| *John R. Conley v. Cook Incorporated, et al.* <br> No. 1:17-cv-01429-WTL-DKL |
| *Jessica Gehner v. Cook Incorporated, et al.* <br> No. 3:16-cv-00060-RLY-MPB |
| *Lynne Griebel v. Cook Incorporated, et al.* <br> No. 1:17-cv-01300-SEB-MPB |
| *Joanne Heck and Shawn Heck v. Cook Incorporated, et al.* <br> No. 1:17-cv-00517-RLY-TAB |
| *Lee Helene and Suzanne Helene v. Cook Incorporated, et al.* <br> No. 1:17-cv-01333-LJM-MPB |
| *Vickie Jacobs v. Cook Incorporated, et al.* <br> No. 3:16-cv-00061-RLY-MPB |
| *Gregory MacNeary v. Cook Incorporated, et al.* <br> No. 3:16-cv-00062-RLY-MPB |
| *Reesa M. Timms and Nathan Timms v. Cook Incorporated, et al.* <br> No. 1:17-cv-01460-RLY-TAB |
| *Patricia A. Williams v. Cook Incorporated, et al.* <br> No. 1:17-cv-01472-WTL-DKL |

## ORDER

Plaintiffs' Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that J. Mark Kell, Mark C. Aubuchon, and the firm of KELL LAMPIN LLC are hereby withdrawn as counsel of record in these actions and Michael S. Kruse and the firm of NIEMEYER, GREBEL & KRUSE, LLC, hereby substituted as the above captioned Plaintiffs' counsel of record.

DATED this _____ day of _____, 20_____.

_____