IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc. et al.,*
Case No. 1:13-cv-1875-RLY-TAB

### ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiffs' Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records. Plaintiffs have requested the Court to maintain under seal Plaintiffs' Reply in Support of Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts and Exhibits A and B to Plaintiffs' Reply.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiffs' unredacted "Reply in Support of Plaintiffs' Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts" and unredacted Exhibits "A" and "B" to Plaintiffs' Reply shall remain under seal.

All of which is Ordered this _____ day of September, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

## CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Anthony James Urban
Law Offices of Anthony Urban, PC
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
Law Offices of Anthony Urban, PC
474 N. Centre Street, 3r Floor
Pottsville, PA 17901

Carrie R. Capouellez
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb Hoff Didricksen, III
Didricksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A. Woods, III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third Street
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

John Cornew
409 E. Maple ave
Lindenwold, NJ 08021

James R. Olson
Olson, Cannon, Gormley, Angulo
& Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Max E. Corrick
Olson, Cannon, Gormley,
Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

| | |
|---|---|
| Neal Lewis Moskow<br>Ury & Moskow<br>883 Black Rock Turnpike<br>Fairfield, CT 06825 | Peter C. Wetherall<br>Wetherall Group, LTD<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| Philip Sholtz<br>The Driscoll Firm, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102 | Richard A. Freese<br>Langston Sweet & Freese PA<br>The Morgan Keegan Center<br>2900 Highway 280, Suite 240<br>Birmingham, AL 35223 |
| W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 | Wilnar Jeanne Julmiste<br>Anderson Glenn LLP–Boca Raton, FL<br>2201 NW Corporate Blvd, Suite 100<br>Boca Raton, FL 33431 |

>	*/s/ Joseph N. Williams*_____
>	Joseph N. Williams