IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-02105-RLY-TAB
    DAVID MICHAEL FRANZ

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Nicole Murphy on behalf of her father, David Michael Franz.

1. David Michael Franz filed a products liability lawsuit against Defendants on August 4, 2016, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On June 22, 2017, Plaintiff filed and served a Suggestion of Death [Doc 5141].

3. Nicole Murphy, surviving daughter of David Michael Franz, is the proper party to substitute for Plaintiff-decedent David Michael Franz and has proper capacity forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Nicole Murphy further seeks leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-decedent David Michael Franz and to add wrongful death and survival action claims. David Michael Franz did not pass away until after the

original filing of the Complaint, and therefore, the survival action claims could not be made until this time. (see Amended Short Form Complaint, attached hereto as Exhibit 1).

Based on the foregoing, Nicole Murphy requests that this Court grant her request for substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Date: September 20, 2017	Respectfully submitted,

**LOPEZ McHUGH LLP**

By: /s/Matthew R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Matthew R. Lopez