IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-02105-RLY-TAB
    DAVID MICHAEL FRANZ

## **ORDER**

IT IS ORDERED that the Motion to Substitute Party and File Amended Short Form Complaint is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this ____ day of _____, 2017.

                                                                                            _____
Honorable Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

A copy of the foregoing was served to all registered counsel of record via the Court's ECF System. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.