**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO
EXCLUDE NO. 3: EXPERT OPINIONS OF DR. MOHAMMAD RAJEBI**

The following exhibits are hereby submitted with the Cook Defendants' Reply in Support of Motion to Exclude Expert Opinions of Dr. Mohammad Rajebi:

| Exhibit | Description |
|---|---|
| K | Excerpts of Jennifer Brown Deposition (April 28, 2017) |
| L | *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients* |
| M | *Significant Caval Penetration by the Celect Inferior Vena Cava Filter: Attributable to Filter Design?* |
| N | Expert Report of Michael C. Fishbein, MD |
| O | SIR Standard |
| P | ISO Standard |
| Q | Expert Report of David A. Kessler |
| R | Excerpts of Deposition of Mark Zuzga (February 8, 2017) |

Respectfully submitted,

Dated: August 20, 2017 */s/ John T. Schlafer*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  joe.tanner@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*

US.114271858.01