# Exhibit L

Not copyright cleared!

Downloaded from www.ajronline.org by LORRAINE VAN METER on 04/04/14 from IP address 72.12.219.36. Copyright ARRS. For personal use only; all rights reserved

Vascular and Interventional Radiology • Original Research

# Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients

Dayong Zhou[1,2]
Eunice Moon[1]
Jennifer Bullen[3]
Mark Sands[1]
Abraham Levitin[1]
Weiping Wang[1]

**OBJECTIVE.** The purpose of this study is to retrospectively evaluate the prevalence and extent of Celect inferior vena cava (IVC) filter penetration.

**MATERIALS AND METHODS.** All patients with Celect filters who underwent CT between 2007 and 2012 were assessed for penetration and related complications.

**RESULTS.** Of the 690 patients with Celect filters placed at our institution, 265 underwent CT for various reasons. The mean (SD) interval between filter placement and last CT was 167.8 ± 264.8 days (median, 56 days; range, 0–1592 days). Penetration of primary leg was observed in 39% (95% CI, 29–51%) of patients within 30 days and 80% (95% CI, 70–87%) of patients within 90 days after placement. The mean number of penetrated legs per patient was 1.8 at 30 days and 2.1 at 90 days after placement. Penetration into adjacent organs occurred in 35 of 265 (13.2%) filters (in 45 IVC filter limbs); penetration into two structures occurred with 10 filters. The sites involved were the duodenum ($n = 22$), aorta ($n = 9$), psoas muscle ($n = 4$), vertebral body ($n = 3$), pancreas ($n = 2$), adrenal gland ($n = 1$), liver ($n = 1$), right kidney ($n = 1$), lymph node ($n = 1$), and diaphragm ($n = 1$). One patient presented with abdominal pain related to penetration.

**CONCLUSION.** This study confirms a high penetration rate for Celect IVC filters and shows that CT can characterize the extent of leg penetration. Most cases of penetration were asymptomatic, but the likelihood of penetration increased over time.

Keywords: cavogram, CT scan, inferior vena cava filter, penetration

DOI:10.2214/AJR.13.11097

Received April 11, 2013; accepted after revision July 14, 2013.

D. Zhou was sponsored by International Exchange Support Program of Jiangsu Province, China, and Cleveland Clinic, Cleveland, OH.

[1]Imaging Institute, Section of Interventional Radiology, Cleveland Clinic, 9500 Euclid Ave, Cleveland, OH 44195. Address correspondence to W. Wang (wangw2@ccf.org).

[2]Present address: Department of Vascular and Interventional Radiology, Suzhou Hospital, Nanjing Medical University, Suzhou, China.

[3]Department of Quantitative Health Sciences, Cleveland Clinic, Cleveland, OH.

AJR 2014; 202:643–647

0361-803X/14/2023–643

© American Roentgen Ray Society

Penetration is an infrequently reported complication of inferior vena cava (IVC) filter placement. Limited penetration by the filter limbs may be considered as either an acceptable mechanism that secures conical IVC filters to the caval wall or an unavoidable complication of these devices. Although most of these limb penetrations are asymptomatic, clinical sequelae of IVC filter penetration through the vena cava can be serious. The Celect IVC filter (Cook Medical), which has four long limbs (referred to as legs or primary legs) and eight short limbs (referred to as arms or secondary legs), was shown to have a penetration rate of 86.1% on 115 cavograms in a recent retrospective study [1]. However, the cavogram is an inaccurate method for evaluating penetration rate, with the potential for significant underestimation owing to direction of penetration because it is a 2D image. At the same time, a cavogram can significantly overestimate the penetration rate owing to pseudopenetration, a condition in which the struts are buried in the wall as a result of myointimal remodeling without actual protrusion outside the IVC [2]. Furthermore, penetration extending to the adjacent organs cannot be evaluated on a cavogram. The purpose of this study was to investigate the prevalence and extent of Celect filter penetration as seen on available postprocedure CT images from our hospital network.

## Materials and Methods

This study was approved by our institutional review board, with a waiver of individual informed consent. A retrospective review of the departmental inventory database was used to identify consecutive Celect filter placements at a single tertiary-care center from September 2007 to July 2012. All CT images that were acquired through the filter were collected from the imaging database at our health care system, which includes the main hospital plus affiliated regional hospitals, where many patients continued their treatment after filter placement. The retrieval cavograms of patients presenting for filter removal were also reviewed and ana-


DEPOSITION EXHIBIT 2-2

Downloaded from www.ajronline.org by LORRAINE VAN METER on 04/04/14 from IP address 72.12.219.36. Copyright ARRS. For personal use only; all rights reserved

Zhou et al.

lyzed. Electronic medical records and charts from outpatient clinic visits were reviewed for demographic information, clinical data, and any symptoms or complications possibly related to filter penetration, with penetration defined by the Society of Interventional Radiology as filter components extending more than 3 mm outside the IVC wall [3]. Mortality data were obtained from the Social Security Death Index and hospital electronic medical records.

All of the available images were evaluated by two board-certified interventional radiologists. CT images of the filter and its limbs in relation to the IVC wall and adjacent structures were optimized through the multiplanar reformatting capabilities of the imaging workstation in axial, sagittal, coronal, and oblique planes. In a filter with multiple limb penetrations, the most deeply penetrated limb (maximum distance) was used for measurement, and the true length of the limb outside the IVC was recorded regardless of plane (Fig. 1). Penetration distance was measured on the basis of the most recent CT scan if more than one was available.

The prevalence and the extent of penetration over indwelling time were calculated at various time points when penetration status was known. For time $t$, the penetration status was considered penetration positive if penetration was seen before or at time $t$ or penetration negative if penetration was not seen at or after time $t$. A 95% Agresti-Coull CI was computed for the proportion of penetration at each time point. The mean number of penetrating legs per penetration-positive case and the mean penetration distance of the most severely penetrating limb per penetration-positive case were also calculated for each time point.

For the subset of patients who presented for retrieval and therefore had images available from both cavogram and CT, a logistic regression model was used to estimate the effect of image modality on the frequency with which penetration was detected. Indwelling time was included as a covariate to adjust for differences in follow-up intervals. Because of the correlated nature of the data (CT and cavogram were performed in the same patients), generalized estimating equations (assuming an exchangeable correlation structure) were used to estimate the model parameters. A significance level of 0.05 was used for all analyses.

### Results

A total of 690 patients underwent Celect filter placement, and 265 patients (151 male and 114 female patients; mean age, 59.2 years; age range, 17–97 years) underwent CT with a total of 544 CT images acquired through the entire filter. Among the 265 patients, 51 (19.2%) presented for filter retrieval, with 42 filters successfully removed. Nine filters (17.6%) were left in situ because of retrieval hook embedment in the caval wall ($n = 3$), retained thrombus in the filter ($n = 3$), IVC occlusion ($n = 2$), or floating caval thrombus ($n = 1$).

Of the 544 CT studies available for analysis, 351 were performed with contrast enhancement and 193 were unenhanced. There were 155 (58.5%) patients who underwent only one CT scan and 110 (41.5%) who underwent more than one scan. The mean (SD) CT follow-up interval was 167.8 ± 264.8 days (median, 56 days; range, 0–1592 days) from the date of filter insertion.

A total of 148 patients had limb penetration on CT (Table 1). Of note, 45 limbs (all primary legs) in 35 (13.2%) filters penetrated into adjacent organs. The sites involved were the duodenum ($n = 22$) (Fig. 2), aorta ($n = 9$), psoas muscle ($n = 4$), vertebral body ($n = 3$), pancreas ($n = 2$), adrenal gland ($n = 1$), liver ($n = 1$), right kidney ($n = 1$), diaphragm ($n = 1$), and an adjacent lymph node ($n = 1$). Ten filters penetrated into two organs. Penetration of the primary limb occurred in 39% (95% CI, 29–51%) of patients within 30 days after filter placement and in 80% (95% CI, 70–87%) of patients within 90 days after filter placement (Fig. 3). In patients with limb penetration, the mean number of penetrating legs increased from 1.8 to 2.1 between 30 and 90 days after placement, and the mean distance of farthest leg penetration increased from 7 to 8.1 mm between 30 and 90 days after placement (Table 2).

Of the 51 patients who presented for filter retrieval, 49 had retrieval images available for analysis. In these patients, the mean follow-up interval for CT was 122 ± 187 days,



Fig. 1—44-year-old women with inferior vena cava filter. Penetration distance (D) was measured in reformatted plane (inset) that showed whole length of penetrating limb. In this case, one primary leg had penetrated into central lumen of abdominal aorta by day 224 after filter placement; filter was successfully removed at day 303.

and the mean follow-up interval for retrieval imaging by cavogram was 187 ± 107 days. CT indicated penetration in 31 of 49 (63.3%) patients, whereas cavography indicated penetration in 45 of 49 (91.8%) patients. This difference in detected penetration rates was not statistically significant after controlling for differences in follow-up interval ($p = 0.16$, by generalized estimating equation logistic regression). Among the 49 patients with retrieval images available, 41 had their filters successfully removed, and all of the CT scans were performed before retrieval. In the remaining eight cases of unsuccessful retrieval, CT was performed before retrieval in two patients, at retrieval in one patient, and after retrieval in five patients.

**TABLE 1: CT Results in 148 Celect Inferior Vena Cava Filters With Limb Penetration ≥ 3 mm in 265 Patients**

| Parameter | Result |
|---|---|
| Total primary legs[a] | 1060 |
| Primary-leg penetration, no. (%) | 355 (33.5) |
| Mean (SD) penetrations per filter | 2.4 ± 1.1 |
| Mean (SD) penetration distance, mm | 9.7 ± 4.6 |
| Total secondary legs[a] | 2120 |
| Secondary-leg penetration, no. (%) | 46 (2.2) |
| Mean (SD) penetrations per filter | 1.8 ± 0.9 |
| Mean (SD) penetration distance, mm | 7.5 ± 4.0 |
| Cases of organ penetration[b] | 35 |

Note—Celect filter is from Cook Medical.
[a]Each Celect filter has four primary legs and eight secondary legs.
[b]All occurred in primary legs (total of 45 limbs).

Downloaded from www.ajronline.org by LORRAINE VAN METER on 04/04/14 from IP address 72.12.2.219.36. Copyright ARRS. For personal use only; all rights reserved

CT of Celect Inferior Vena Cava Filter Penetration

The mean clinical follow-up for patients with CT was 405.5 ± 369.5 days (median, 267 days; range, 1–1592 days). One patient presented with symptomatic abdominal pain at 25 days after filter placement; this pain resolved after filter retrieval. Abdominal CT performed at the time of presentation in this patient showed significant limb penetration into the right adrenal gland and diaphragm (Fig. 4). A total of 101 patients had died as a result of underlying diseases at last clinical follow-up, with a mean interval between filter placement and death of 211.4 ± 235.7 days (median, 122 days; range, 1–890 days). The mean time to CT follow-up in this group was 99.4 ± 143.3 days (median, 37 days; range, 0–618 days).

## Discussion

The use of IVC filters has increased dramatically over the past 30 years, and the advent of retrievable IVC filters has further contributed to the increased use of these devices [4–7]. IVC filters are considered safe and effective for the prevention of pulmonary embolism (PE); however, adverse events such as penetration have been reported with the use of these filters.

Filter penetration was first described in 1978 by Wingerd et al. [8] in a study involving 38 Mobin-Uddin and 33 Kim-Ray Greenfield vena cava filters, and in 1989, Kim et al. [9] reported a case of aortic perforation secondary to limb penetration of the Greenfield filter. Since these initial studies, a variety of severe complications related to penetration have been well documented, including retroperitoneal hemorrhage [10–12], aortocaval fistula formation [13], duodenal perforation [14], upper and lower gastrointestinal bleeding [15, 16], and hydronephrosis [17, 18]. Patients have also presented with a variety of symptoms related to penetration, such as acute [1, 19] or chronic [20, 21] abdominal pain. Of note, the vast majority of these complications were related to permanent filters, particularly conical (e.g., Greenfield) filters.

Retrievable IVC filters were introduced to overcome the long-term complications of permanent filters, such as caval occlusion, chronic lower extremity deep venous thrombosis (DVT), and chronic venous insufficiency. However, these new filters have been associated with other complications. On August 9, 2010, the U.S. Food and Drug Administration issued a general warning regarding risks associated with retrievable filters including filter fracture, filter migration, filter embolization, and IVC perforation, in addition to the long-term risk of lower extremity DVT [22].

In recent studies, reported penetration rates for retrievable filters have ranged from 0 to 92.6% [1, 23–27]. This high variation is probably the result of differences in observation techniques across imaging modalities, in devices, and in study durations. In all of the studies thus far, the number of participants was limited to fewer than 120 patients evaluated with cavography. Our study, which included data from 265 patients, showed a high

 

Fig. 2—68-year-old woman with inferior vena cava filter.
A and B, Axial (A) and sagittal (B) CT images show one primary leg (arrow, B) penetrating into lumen of duodenum (arrow, A).



Fig. 3—Graph shows observed prevalence of limb penetration in Celect inferior vena cava filters (Cook Medical) over time. Prevalence was calculated for patients with known penetration status at given time point.

TABLE 2: Limb Penetration of Celect Inferior Vena Cava Filters on CT in Patients With Known Penetration Status at a Given Time Point

| Time Since Filter Placement (d) | Patients With Known Limb Penetration | | Mean (SD) Penetrated Legs[a] | Maximum (SD) Penetration Distance,[a] mm |
|---|---|---|---|---|
| | Proportion | % (95% Agresti-Coull CI) | | |
| 30 | 28/71 | 39.4 (28.9–51.1) | 1.75 (0.89) | 7.03 (3.30) |
| 60 | 46/68 | 67.6 (55.8–77.6) | 1.93 (1.00) | 7.84 (3.97) |
| 90 | 66/83 | 79.5 (69.5–86.9) | 2.09 (1.00) | 8.12 (3.85) |
| 120 | 78/92 | 84.8 (75.9–90.8) | 2.18 (1.02) | 8.94 (4.44) |
| 150 | 95/106 | 89.6 (82.2–94.3) | 2.24 (1.01) | 8.97 (4.44) |
| 180 | 102/109 | 93.6 (87.1–97.1) | 2.24 (1.04) | 8.90 (4.46) |
| 210 | 110/116 | 94.8 (88.9–97.8) | 2.25 (1.04) | 8.90 (4.33) |
| 240 | 114/120 | 95.0 (89.3–97.9) | 2.28 (1.05) | 9.00 (4.36) |
| 270 | 118/123 | 95.9 (90.6–98.5) | 2.29 (1.05) | 9.04 (4.36) |
| 300 | 121/123 | 98.4 (93.9–99.9) | 2.29 (1.04) | 9.09 (4.33) |

Note—Celect filter is from Cook Medical.
[a]For each patient with known penetration at the given time point.



Fig. 4—41-year-old man who presented with abdominal pain 25 days after inferior vena cava filter placement. CT image shows all four primary legs had penetrated; posterior right lateral leg penetrates into adrenal gland (*arrowhead*) and posterior left leg into crus of diaphragm (*arrow*).

rate of penetration by CT evaluation: 39% of patients within 30 days and 80% of patients within 90 days had penetration of at least one primary leg.

Although filter limb penetration occurs frequently, this complication is not well understood. It has been suggested that filter–IVC wall interactions could lead to penetration over time, which could result in a more stable filter position [28]. However, a commonly encountered sequela of this interaction is perforation of the vena cava by filter components.

Multiple factors can affect the likelihood of filter penetration, including filter design, radial force, filter tilt, and filter location [2, 28, 29]. In the Celect filter, the stiffness of the four primary legs may play an important role in penetration. Like the G2 filter (Bard Peripheral Vascular), the Celect filter has a conical design; however, studies have shown that the penetration rate is higher with Celect filters (99/115; 86.1%) [1] than with G2 filters (33/131; 25.2%) [26] despite similar filter indwelling times. In our study, the rate and degree of penetration increased over indwelling time.

Cavography performed at the time of filter retrieval has been the modality most commonly used to assess filter penetration. However, with CT, evaluation and measurement of filter penetration is possible in any plane [28]. Furthermore, CT allows easy evaluation of rate of organ penetration (13.2% in our study), which is not possible with cavography.

This retrospective study had several limitations. Only 38% (265/690) of patients had CT scans available for analysis. Additionally, CT scans were performed because of patients' ongoing health problems, not because of filter-related complications; therefore, a large number (40.8%) of the CT scans were performed within 30 days of filter placement, when penetration is less prevalent. Finally, penetration-related symptoms such as abdominal pain are very general and unlikely to be diagnosed as filter-related complications. The information obtained from a review of medical records therefore may not represent the true incidence of problems related to filter penetration.

In conclusion, these CT results confirm a high penetration rate for Celect filters. The prevalence and degree of penetration increased with longer indwelling time. Therefore, we recommend that patients with retrievable filters such as the Celect filter be vigilantly followed and that filters be removed as soon as PE protection is no longer required.

### References
1. Zhou D, Spain J, Moon E, McLennan G, Sands MJ, Wang W. Retrospective review of 120 Celect inferior vena cava filter retrievals: experience at a single institution. *J Vasc Interv Radiol* 2012; 23:1557–1563
2. Sadaf A, Rasuli P, Olivier A, et al. Significant caval penetration by the Celect inferior vena cava filter: attributable to filter design? *J Vasc Interv Radiol* 2007; 18:1447–1450
3. Caplin DM, Nikolic B, Kalva SP, Ganguli S, Saad WE, Zuckerman DA. Quality improvement guidelines for the performance of inferior vena cava filter placement for the prevention of pulmonary embolism. *J Vasc Interv Radiol* 2011; 22:1499–1506
4. Stein PD, Kayali F, Olson RE. Twenty-one-year trends in the use of inferior vena cava filters. *Arch Intern Med* 2004; 164:1541–1545
5. Jaff MR, Goldhaber SZ, Tapson VF. High utilization rate of vena cava filters in deep vein thrombosis. *Thromb Haemost* 2005; 93:1117–1119
6. Athanasoulis CA, Kaufman JA, Halpern EF, Waltman AC, Geller SC, Fan CM. Inferior vena caval filters: review of a 26-year single-center clinical experience. *Radiology* 2000; 216:54–66
7. Karmy-Jones R, Jurkovich GJ, Velmahos GC, et al. Practice patterns and outcomes of retrievable vena cava filters in trauma patients: an AAST multicenter study. *J Trauma* 2007; 62:17–24; discussion, 5
8. Wingerd M, Bernhard VM, Maddison F, Towne JB. Comparison of caval filters in the management of venous thromboembolism. *Arch Surg* 1978; 113:1264–1271
9. Kim D, Porter DH, Siegel JB, Simon M. Perforation of the inferior vena cava with aortic and vertebral penetration by a suprarenal Greenfield filter. *Radiology* 1989; 172:721–723
10. Woodward EB, Farber A, Wagner WH, et al. Delayed retroperitoneal arterial hemorrhage after inferior vena cava (IVC) filter insertion: case report and literature review of caval perforations by IVC filters. *Ann Vasc Surg* 2002; 16:193–196
11. Satya R, Anderson J, Lievano G, Satya RJ. Inferior vena cava (IVC) rupture and retroperitoneal hemorrhage caused by IVC filter migration. *J Vasc Interv Radiol* 2009; 20:1102–1104
12. Dabbagh A, Chakfe N, Kretz JG, et al. Late complication of a Greenfield filter associating caudal migration and perforation of the abdominal aorta by a ruptured strut. *J Vasc Surg* 1995; 22:182–187
13. Savastano S, Mario B, Dall'acqua J, Mansi G. A right common iliac artery pseudoaneurysm with an iliac-caval arteriovenous fistula: a rare complication of the Recovery vena cava filter. *Cardiovasc Intervent Radiol* 2010; 33:667–669
14. Malgor RD, Labropoulos N. A systematic review of symptomatic duodenal perforation by inferior vena cava filters. *J Vasc Surg* 2012; 55:856–861.e3
15. al Zahrani HA. Bird's nest inferior vena caval filter migration into the duodenum: a rare cause of upper gastrointestinal bleeding. *J Endovasc Surg* 1995; 2:372–375
16. Bathla L, Panwar A, Fitzgibbons RJ Jr, Balters M. Duodenocaval fistula from inferior vena cava filter penetration masquerading as lower gastrointestinal bleeding. *Ann Vasc Surg* 2011; 25:1140.e7–1140.e11
17. Berger BD, Jafri SZ, Konczalski M. Symptomatic hydronephrosis caused by inferior vena cava penetration by a Greenfield filter. *J Vasc Interv Radiol* 1996; 7:99–101
18. Jackson Slappy AL, Kennedy RJ, Hakaim AG, Parra RO, Oldenburg WA. Delayed transcaval renal penetration of a Greenfield filter presenting as symptomatic hydronephrosis. *J Urol* 2002; 167:1778–1779
19. Wang W, Spain J, Tam MD. Acute abdominal pain after retrievable inferior vena cava filter insertion: case report of caval perforation by an option filter. *Cardiovasc Intervent Radiol* 2011; 34:883–885
20. Al-Basheer MA, Hamilton M, Holdaway C.

Downloaded from www.ajronline.org by LORRAINE VAN METER on 04/04/14 from IP address 72.12.219.36. Copyright ARRS. For personal use only; all rights reserved

## CT of Celect Inferior Vena Cava Filter Penetration

Downloaded from www.ajronline.org by LORRAINE VAN METER on 04/04/14 from IP address 72.12.219.36. Copyright ARRS. For personal use only; all rights reserved

Chronic pain syndrome caused by a bird's nest filter: first case report. *Cardiovasc Intervent Radiol* 2008; 31(suppl 2):S182–S184
21. Ibele A, Hermsen J, Kudsk K. Resolution of chronic abdominal pain after percutaneous removal of recoverable inferior vena cava filters: a report of two cases. *J Trauma* 2008; 64:215–216, discussion 6–7
22. Removing retrievable inferior vena cava filters: initial communication. U.S. Food and Drug Administration website. www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm221676.htm. Accessed November 19, 2013
23. Pellerin O, Barral FG, Lions C, Novelli L, Beregi JP, Sapoval M. Early and late retrieval of the ALN removable vena cava filter: results from a multicenter study. *Cardiovasc Intervent Radiol* 2008; 31:889–896
24. Doody O, Given MF, Kavnoudias H, Street M, Thomson KR, Lyon SM. Initial experience in 115 patients with the retrievable Cook Celect vena cava filter. *J Med Imaging Radiat Oncol* 2009; 53:64–68
25. Johnson MS, Nemcek AA Jr, Benenati JF, et al. The safety and effectiveness of the retrievable option inferior vena cava filter: a United States prospective multicenter clinical study. *J Vasc Interv Radiol* 2010; 21:1173–1184
26. Zhu X, Tam MD, Bartholomew J, Newman JS, Sands MJ, Wang W. Retrievability and device-related complications of the G2 filter: a retrospective study of 139 filter retrievals. *J Vasc Interv Radiol* 2011; 22:806–812
27. Marquess JS, Burke CT, Beecham AH, et al. Factors associated with failed retrieval of the Günther Tulip inferior vena cava filter. *J Vasc Interv Radiol* 2008; 19:1321–1327
28. Durack JC, Westphalen AC, Kekulawela S, et al. Perforation of the IVC: rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. *Cardiovasc Intervent Radiol* 2012; 35:299–308
29. Bogue CO, John PR, Connolly BL, Rea DJ, Amaral JG. Symptomatic caval penetration by a Celect inferior vena cava filter. *Pediatr Radiol* 2009; 39:1110–1113