# Exhibit M

# Significant Caval Penetration by the Celect Inferior Vena Cava Filter: Attributable to Filter Design?

Arifa Sadaf, FRCR, Pasteur Rasuli, MD, FRCP(C), Andre Olivier, MD, FRCP(C), Adnan Hadziomerovic, MD, FRCP(C), Gordon J. French, MD, FRCP(C), Jose Aquino, MD, FRCP(C), Kevin O'Kelly, MD, FRCP(C), and Badr Al-Mutairi, MD

This report describes transmural penetration of the inferior vena cava (IVC) by a newly introduced IVC filter within 9 days of its placement. A computed tomographic study demonstrated filter penetration with one of the primary struts lodging in the uncinate process of the pancreas. Because of the close resemblance of this new filter to another filter that has not been associated with penetration injuries, the key differences between the two designs were examined and the determination was made that the new filter, unlike the older one, has unprotected primary struts. Only filters with an unprotected primary strut design have been associated with penetration injuries such as the one described in this case.

J Vasc Interv Radiol 2007; 18:1447–1450

Abbreviations: IVC = inferior vena cava, PE = pulmonary embolism

THERE are several reports of inferior vena cava (IVC) penetration by various types of filters (1–4). The present report describes a case of caval penetration with the newly introduced Celect IVC filter (Cook; Bloomington, Ind) that occurred a short time after deployment. Analysis of the mechanism of the complication suggests that filter penetration is likely attributable to the design of the filter.

## CASE REPORT

A 23-year-old woman presented with recurrent pulmonary embolism (PE) from a large arteriovenous malformation involving her entire left leg despite adequate anticoagulation with low molecular weight heparin therapy. She was considered to be an appropriate candidate for placement of an IVC filter, and a retrievable Celect filter (Cook) was placed to prevent further PE. Before filter placement, a radiograph of the IVC was obtained that showed a patent vena cava measuring 19 mm in diameter. The filter deployment was uneventful, and the postprocedural radiograph confirmed satisfactory filter positioning and opening at the level of the L2 vertebral body (**Fig 1**).

Nine days after filter placement and discharge, the patient presented to the hematology clinic with severe back pain, which had gradually worsened. A provisional diagnosis of retroperitoneal hemorrhage was made, and computed tomography (CT) of the abdomen and pelvis was performed, which showed all four primary struts of the filter well beyond the confines of IVC, consistent with transmural IVC penetration (**Fig 2**). The most displaced of these struts was the left anterolateral strut, which extended into the uncinate process of the pancreas. The remaining three struts were located in the retroperitoneal fat posterior to the aorta, right psoas muscle, and pancreaticoduodenal groove, respectively. Despite the extracaval location of the struts, no retroperitoneal hemorrhage, inflammation, or stranding was present. There was also no imaging evidence of pancreatitis. No other cause for the patient's back pain was demonstrated.

In view of the CT findings it was decided to retrieve the filter. Before retrieval, a radiograph of the IVC was obtained, which showed an approximate 3-cm caudal migration of the filter from its original position at the level of the L2 vertebral body to the L3 level, resulting in a more horizontal orientation of the primary struts. A small amount of thrombus was present within the filter cone (**Fig 3**). The filter was snared, and other than significant pain during removal of the filter, there were no local or pulmonary complications. Through this same sheath, an OptEase retrievable filter (Cordis Europa, Roden, The Netherlands) was placed in the infrarenal IVC at approximately the same

From the Department of Diagnostic Imaging, The Ottawa Hospital, University of Ottawa, 501 Smyth Road, Ottawa, Ontario, Canada K1H 8L6. Received April 14, 2007; final revision received July 1, 2007; accepted July 19, 2007. **Address correspondence to** P.R.; E-mail: prasuli@rogers.com

None of the authors have identified a conflict of interest.

© SIR, 2007

DOI: 10.1016/j.jvir.2007.07.009



Figure 1. (a) IVC radiograph before filter deployment shows a normal-appearing IVC measuring approximately 19 mm in diameter. (b) IVC radiograph after filter deployment shows satisfactory position and opening of the Celect filter at the level of the L2 vertebral body.

location, as verified on an IVC radiograph (Fig 4). The patient's back pain improved, and she was discharged the following day and has since remained symptom-free.

## DISCUSSION

IVC filters have been recommended as prophylaxis for PE in patients who are not suitable for anticoagulation and for those who develop PE despite adequate anticoagulation.

Since the introduction of the Mobin-Uddin umbrella in 1967, a number of permanent and retrievable IVC filter devices have been developed. IVC filters are associated with a low rate of complications such as IVC thrombosis, recurrent PE, migration, and penetra-



Figure 2. CT of the abdomen at the level of the filter (a) shows the left anterolateral strut (arrowhead) exiting the IVC and extending into the uncinate process of the pancreas (b). (c,d) The remaining three struts (arrowheads) are located in the retroperitoneal fat posterior to the aorta, right psoas muscle, and pancreaticoduodenal groove, respectively.



Figure 3. IVC radiograph before filter retrieval shows caudal migration of the filter to the L3 vertebral body level and penetration of primary struts through the wall of the IVC with widening of the cone. Note a small thrombus within the filter cone.



Figure 4. IVC radiograph after retrieval of the Celect filter and deployment of an OptEase filter (arrowheads) shows good positioning of the filter.

tion. Filter penetration has been reported in a significant number of patients, with incidences ranging between 9% and 24% (5). Many of the reported cases of filter penetration (1,3,4,6) occurred with the use of a stainless-steel and titanium Greenfield filter (Boston Scientific, Natick, Mass).

Symptomatic penetration of filter components into adjacent structures is reported to occur in 0.3% of cases. (8). Penetration into the adjacent arterial structures has been reported to result in major near-fatal hemorrhage (1) or pseudoaneurysm formation (2). Cases of perforation into the duodenum have also been reported (3,4).

In 1993, Ferris et al (7) defined filter penetration as extension of filter components by more than 3 mm outside the IVC as depicted on CT, cavography, abdominal duplex ultrasonography, or autopsy. However, the outside wall of the IVC is often not visible on cavography. We believe there are two different types of filter penetration: true penetration in which the filter struts penetrate outside the IVC as seen on CT examination and pseudopenetration in which the struts are buried in the wall as a result of myointimal remodeling without actually protruding outside the IVC. Cases of pseudopenetration may give a false appearance of true filter penetration on a venographic study but could still be differentiated from true penetration on a CT examination, as there are no exposed struts outside the IVC.

As expected, patients with pseudopenetrations are asymptomatic, and this type of penetration may account for a majority of cases of asymptomatic filter penetration reported in the literature.

Although we do agree that the apparent filter penetration on a radiograph of the IVC does not always represent extension of the filter components beyond the IVC wall, we disagree with Proctor et al (9), who claimed that filter penetration—regardless of whether it is apparent on CT—is simply evidence of myointimal remodeling and adventitial thinning, and a reflection of gradual caval adaptation to the radial force exerted by the filter. The reports of filter struts penetrating into the aorta or duodenum are the best examples that true caval penetration does exist. In our patient, the penetration occurred over a course of 9 days, contradicting the remodeling theory of true penetrations, although it is perhaps a valid theory for pseudopenetrations. We believe the CT finding of penetrating struts beyond the confines of the IVC constitutes valid evidence of true penetration.

Before the introduction of the Celect filter in our practice, we had deployed more than 300 Günther Tulip filters since 1998 and had not encountered any cases of filter penetration. We had only recently switched to the Celect filter, which was presented to us as an improved design compared with the Günther Tulip filter.

Günther Tulip and Celect filters have a striking resemblance except for the shape and design of the secondary struts, which are separate and independent from the primary struts in the Celect filter but which loop around and diagonally join the primary struts of the Günther Tulip filter to form a shape resembling tulip petals. These attachments, which act as a stopper to prevent strut penetration into the IVC wall, are missing in the Celect filter. They are also absent in the Recovery filter (Bard, Covington, Ga) and Simon nitinol filter (Bard), which are all filters with a propensity for true penetration (10).

Based on this observation, we suggest an alternative mechanism to the one described by Proctor et al (9) for true filter penetration. It appears that, in certain patients, filters are subjected to a caudal force that results in inferior migration and transmural penetration of the needle-like primary struts and gradual widening of the filter cone. We suspect that contraction of the IVC in patients with well developed smooth muscle fibers may be a factor in producing this force. As expected, the presence of conjoined struts in the Günther Tulip filter prevents such penetration, and this explains the lack of any reports of transmural filter penetration with the Günther Tulip filter in the literature.

The LGM VenaTech filter (B. Braun/VenaTech, Evanston, IL) and TrapEase or OptEase filters (Cordis Europa) avoid penetration by having straight longitudinal bars at their interface with the IVC rather than the penetrating struts that most conical filters possess. In our choice of replacement filter for the patient described in this case, we decided to use an OptEase filter because a Günther Tulip filter was not readily available, and given the young age of the patient, we preferred to use a retrievable filter.

In summary, we report a significant complication of true caval penetration with a newly introduced IVC filter, the Celect filter. Although this could represent a simple statistical anomaly, because it occurred a short time after its placement, and after the use of this device in only a few patients, we recommend vigilant observation of patients receiving this filter until this issue can be more completely addressed.

References
1. Woodward EB, Farber A, Wagner WH, et al. Delayed retroperitoneal arterial hemorrhage after inferior vena cava (IVC) filter insertion: case report and literature review of caval perforations by IVC filters. Ann Vasc Surg 2002; 16:193–196.
2. Putterman D, Niman D, Cohen G. Aortic pseudoaneurysm after penetration by a Simon nitinol inferior vena cava filter. J Vasc Interv Radiol 2005; 16:535–538.
3. DuraiRaj R, Fogarty S. A penetrating inferior vena caval filter. Eur J Vasc Endovasc Surg 2006; 32:737–739.
4. Botsios S, Erhart R, Walterbusch G. Acute gastrointestinal bleeding caused by perforation of a Greenfield caval filter into the duodenum. Dtsch Med Wochenschr 2006; 131:2715–2717.
5. Kinney TB. Update on inferior vena caval filters. J Vasc Interv Radiol 2003; 14:425–440.
6. Greenfield LJ, Cho KJ, Tauscher JR. Limitations of percutaneous insertion of Greenfield filters. J Cardiovasc Surg (Torino) 1990; 31:344–350.
7. Ferris EJ, McCowan TC, Carver DK, McFarland DR. Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. Radiology 1993; 188:851–856.
8. Hann CL, Streiff MB. The role of vena cava filters in the management of venous thromboembolism. Blood Rev 2005; 19:179–202.
9. Proctor MC, Greenfield LJ, Cho KJ, Moursi MM, James EA. Assessment of apparent vena caval penetration by the Greenfield filter. J Endovasc Surg 1998; 5:251–258.
10. Kalva SP, Athanasoulis CA, Fan CM, et al. "Recovery" vena cava filter: experience in 96 patients. Cardiovasc Intervent Radiol 2006;29:559–564.