**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

Arthur Gage
No. 1:13-cv-01875-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
REPLY TO MOTION TO EXCLUDE NO. 8:
EXPERT OPINIONS OF LEIGH ANN LEVY**

The following exhibits are hereby submitted with the Cook Defendants' Reply to Motion to Exclude No. 8: Expert Opinions of Leigh Ann Levy:

| Exhibit | Description |
|---|---|
| Q | Additional Excerpts of Deposition of Dr. Alexander Marmureanu (June 21, 2017) |
| R | Additional Excerpts of Deposition of Leigh Ann Levy (May 4, 2017) |
| S | Exhibit 15 to Dr. Marmureanu's Deposition |
| T | Excerpts of Deposition of Dr. Frank Lynch (May 26, 2017) |
| U | Excerpts of Deposition of Ann Santoro (June 9, 2017) |
| V | Additional Excerpts of Deposition of Dr. Timothy James Larkin (April 19, 2017) |

Respectfully submitted,

Dated: September 20, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.114256906.01

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                             */s/ Andrea Roberts Pierson*