**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO
<u>EXCLUDE NO. 3: EXPERT OPINIONS OF DR. MOHAMMAD RAJEBI</u>**

      The following exhibits are hereby submitted with the Cook Defendants' Reply in Support

of Motion to Exclude Expert Opinions of Dr. Mohammad Rajebi:

| Exhibit | Description |
|---------|-------------|
| K | Excerpts of Jennifer Brown Deposition (April 28, 2017) |
| L | *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients* |
| M | *Significant Caval Penetration by the Celect Inferior Vena Cava Filter: Attributable to Filter Design?* |
| N | Expert Report of Michael C. Fishbein, MD |
| O | SIR Standard |
| P | ISO Standard |
| Q | Expert Report of David A. Kessler |
| R | Excerpts of Deposition of Mark Zuzga  (February 8, 2017) |

Respectfully submitted,


Dated: August 20, 2017                    */s/ John T. Schlafer*
                                          Andrea Roberts Pierson (# 18435-49)
                                          J. Joseph Tanner (#11856-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          Email:  andrea.pierson@faegrebd.com
                                          Email:  joe.tanner@faegrebd.com
                                          Email:  john.schlafer@faegrebd.com

                                          James Stephen Bennett (# 22869-02)
                                          FAEGRE BAKER DANIELS LLP
                                          110 W. Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone: (260) 424-8000
                                          Facsimile: (260) 460-1700
                                          Email:  stephen.bennett@faegrebd.com

                                          *Counsel for the defendants, Cook Incorporated,*
                                          *Cook Medical LLC (f/k/a Cook Medical*
                                          *Incorporated), and William Cook Europe ApS*

US.114271858.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ John T. Schlafer*