BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF PATHOLOGY & LABORATORY MEDICINE
DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA
CENTER FOR HEALTH SCIENCES
10833 LE CONTE AVENUE
LOS ANGELES, CALIFORNIA 90095-1722

# REPORT REGARDING COOK IVC FILTERS
## Michael C. Fishbein, M.D.

## EXPERIENCE AND QUALIFICATIONS:

I am currently distinguished professor of pathology and medicine, emeritus, at the David Geffen School of Medicine, where I am working part-time. I am currently head of cardiovascular and autopsy pathology. A true and correct copy of my curriculum vitae is attached as Exhibit 1. I remain active in diagnostic surgical pathology of thoracic organs, and in the performance of autopsies. I continue to participate in research on cardiovascular and pulmonary diseases, and I continue to teach medical students, pathology residents, and fellows in cardiology, pediatric cardiology, and cardiovascular surgery.

The role of the pathologist is not only to diagnose abnormalities observed in tissues, but also and more importantly to correlate these abnormalities with clinical manifestations of disease. This allows a better understanding of disease processes in the human body. I have written numerous peer-reviewed publications on issues related to the topics of this report. These include pathology of the blood vessels, evolution of wound healing, and morphologic changes associated with the implantation of synthetic devices within the cardiovascular system. I have numerous publications dealing with the pathology of prosthetic valves, vascular grafts, pacemakers, and biomaterials used in the treatment of cardiovascular diseases. I have performed autopsies on a number of decedents with inferior vena cava (IVC) filters. I have observed thrombosis of IVC filters, perforation of the IVC by filters, and one case of fatal bleeding due to perforation of the patient's IVC by a filter. I have been asked to review pathologic issues related to the implantation of Cook IVC filters.

## MATERIALS REVIEWED:

The following are attached to this report:
- my reliance list, which includes a list of materials considered in forming my opinions, all materials actually relied upon, and additional documents provided for review (Exhibit 2);
- a set of demonstrative slides taken from various (Exhibit 3);
- a set of images from the                                    along with my written notes on the images made as I reviewed each (Exhibit 4); and
- a table on                          summarizing notable findings and related sources (Exhibit 5).

Exhibits 3 and 4 each contain numerous images. I cite to these exhibits by exhibit number and page number. For example, Exhibit 3.5 refers to Exhibit 3 at page 5. Exhibit 4.11-15 refers to Exhibit 4 at pages 11 to 15, and so forth.

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

## INTRODUCTION:

Pulmonary embolism affects hundreds of thousands of people in the United States annually. The overwhelming majority of these pulmonary emboli arise from the veins of the lower extremities. Hence, establishing a barrier in the inferior vena cava to prevent pulmonary embolism arising from the lower extremity veins should decrease the incidence of acute pulmonary embolism. (Ex. 3.14.) Such a barrier was first suggested by Trousseau in 1868 (1), and the procedure became common after filters became available in the late 1960s (2). However, it was soon recognized that having a synthetic device in the inferior vena cava was not without the risk of significant complications. Studies did show that in addition to other complications, the presence of a filter increased the rate of recurrent deep vein thrombosis of the lower extremities (2). Accordingly, it would seem attractive to have a device that could temporarily lower the risk of pulmonary embolism and then subsequently be removed. The earliest description of such a device was by Eichelter and Schenk (3,4). The first optionally retrievable filter was introduced in 1984 (5). Such optional filters are retrievable within a timeframe that is limited by tissue overgrowth of the filter elements touching the wall of the vena cava. In attempts to optimize the effectiveness of IVC filters and reduce the complication rate, numerous different devices have been developed and applied clinically.

## STRUCTURE AND FUNCTION OF THE INFERIOR VENA CAVA:

The vena cava has two parts: the superior vena cava, that returns blood to the heart from organs of the head, neck, and upper extremities, and the inferior vena cava (IVC) that returns blood from all structures below the diaphragm. The vena cava is the largest vein in the body. The wall of the IVC is 1-2 mm thick, depending on the gender, size, and age of the individual, and the level in the body at which the IVC wall is measured. The normal IVC has a thin intima composed of a layer of endothelial cells covering a small amount of connective tissue. The intima is separated from the media by an incomplete poorly-formed internal elastic lamina. The media contains poorly organized, noncompacted smooth muscle cells admixed with fibrous tissue. The adventitia is the outermost layer composed of a mixture of smooth muscle cells and collagenous fibers. Unlike arteries, veins may have abundant smooth muscle in the adventitial layer. The basic structure of a vein is illustrated below. (Ex. 3.15)



Fig. 1

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

The illustration below, (Fig. 2 (Ex. 3.16)), shows the layers of the vein wall at a cellular level.  The lumen, indicated in the illustration, is the interior space of the vein through which the blood flows.  The arrows point to the thin layer of intima.  The media is labeled "M" and the adventitia is labeled "A."



Fig. 2

Flow in the inferior vena cava shows oscillations that are likely the result of pressure waves generated by right atrial contraction (6).  The flow patterns are complex due to this oscillation, and the high distensibility of veins.  At very low pressures the IVC collapses into a complex shape, as opposed for example, to large arteries that maintain a circular cross sectional topography independent of pressure.  The distensibility of the IVC also allows for enlargement if intraluminal pressure increases or if there is an object in the lumen exerting radial forces, such as an IVC filter. (Ex. 3.7 & 3.8 ("tenting"))

**VASCULAR INJURY, THROMBOSIS AND REMODELING:**

Vascular injury and other cellular-level occurrences may be observed through histological analysis. References are made in this report to histological specimens, primarily those obtained through harvested tissue in Cook's preclinical        studies.  Below (Fig. 3) is a typical image (a photomicrograph) of a cross section of IVC for orientation purposes (3717_2a):

Again for orientation purposes, the same image may be magnified (Fig. 4) to focus on particular aspects of the specimen.

Images like these can be helpful in identifying and illustrating blood vessel injuries. When blood vessels are injured, there is a predictable sequence of pathologic changes that basically mimics wound healing, as in other tissues. The difference is that the vasculature has an endothelial lining (Fig. 2) that, through a number of mechanisms, protects the vessel from intraluminal thrombus formation. However, the endothelial lining is quite delicate.

When the endothelium is injured, there is an increase in the local coagulability of the blood through a complex process that involves the coagulation system, platelets, and tissue components of the vessel wall (7). Artificial surfaces, such as an IVC filter, also activate platelets and both the intrinsic and extrinsic pathways of coagulation that lead to fibrin deposition within minutes (8,9,10). Persistent fibrin deposition is the forerunner of gross thrombus formation. Therefore, the presence of an IVC filter satisfies all three components of "Virchow's Triad" (11), which identifies the three factors contributing to thrombosis: 1) a hypercoagulable state, 2) vascular injury, and 3) status/turbulent blood flow.



Fig. 5

4

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO        SANTA BARBARA • SANTA CRUZ

In any case, one goal of healing is to reconstitute an intact endothelial lining so thrombus formation is again inhibited.  If the vascular damage is superficial, this can occur with little associated tissue response.  If the damage is repeated or deeper, the healing is more complex with the eventual deposition of scar tissue.

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

Scarring occurs through a process of acute inflammation, followed by chronic inflammation, followed by granulation tissue proliferation and eventual collagen deposition, or scarring.  Collagenous tissue typically starts to be deposited after about one week of the healing process.  If a device has been implanted, the presence of this collagenous scar tissue will tend to cover the device where it touches the vessel wall, making removal more difficult.  If there is a foreign body in place that is exerting pressure on the vessel wall, additional abnormalities will result.  There will be what has been termed pressure necrosis with erosion of the surface and cell death of the underlying compressed tissue.  Oscillations that occur normally in the IVC would be expected to contribute to abrasion of the intimal lining causing aggravation of injury related to motion as well as pressure.  If the pressure is constant or progressive, this can actually lead to transmural disruption of the vessel wall and perforation. (Ex. 3.9-11)

Perforation may be free, that is with no covering, or may be associated with a connective tissue response in and around the adventitial tissue. Free perforation may or may not be associated with bleeding. A connective tissue proliferation is one way bleeding may be prevented.

If the radial pressure persists, the extent of necrosis can extend and there can be accentuation of the collagenous scarring response, that again, would preclude removing any device that was in place.  In addition, all foreign materials within the vasculature elicit a response that consists of deposition of plasma protein and some degree of thrombosis as the body attempts to cover, and eventually re-endothelialize the surface of the foreign material.  The presence of foreign material also increases the risk of infection.

Accordingly, while the IVC is quite elastic and distendable, the presence of radial pressure will still eventually damage the vascular wall, that can result in transmural perforation.  Different adjacent tissues and organs can also be affected by the presence of a foreign body perforating through the blood vessel wall. Organs typically close to the IVC that can be injured include the aorta, liver, pancreas, spinal column, and portions of the intestinal tract. (Ex. 3.13 & 3.17-20)  In addition, while the potential hole formed by the foreign body may be closed, and sometimes sealed over, if situations arise, bleeding can occur through the defect created.  For example, if for some reason intravenous pressure increases, the size of the hole may be increased, thus allowing bleeding to occur from this site.  Furthermore, even if an IVC filter is removed, there will be injury to the vein wall that can result in tears, thrombus formation, and scar formation that can lead to late consequences such as emboli and stenosis.

Illustrative is the image below (Fig. 9a (Ex. 4.27)), which shows

Figure 9b below (Ex. 4.28) is a close-up of the above image.

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO

SANTA BARBARA • SANTA CRUZ

## BACKGROUND:

A search of the term "IVC filters" in PubMed yields 867 articles. The term "retrievable IVC filters" yields 210 publications. The phrase "pathology and IVC filters" yields 95 publications. Hence it is not possible to give a detailed account of all the material in the medical literature related to this topic. I will attempt to highlight several articles that discuss the pathology associated with implantation of filters, and the resulting complications in patients.

Hunter, et al. in 1987 reported a study of an Amplatz retrievable filter placed 15 times into the IVC of seven dogs (12). The retrieval was successful and without complication in all 14 cases that ranged from one to two weeks after implantation. Gross inspection of the IVC showed no significant injury. However, many struts were visible as tiny white intimal scars with visible small fibrous mounds observable on the adventitial or outer surface of the IVC. All strut sites showed evidence of healing by one week with endothelial cover. Some sites had greater damage resulting in a localized fibrous intimal hyperplasia. One dog had a thrombosed IVC, and inspection showed that the 2 mm struts did penetrate the entire thickness of the IVC wall, but did not penetrate into adjacent structures. This study demonstrated that while removal was possible, there was tissue proliferation at 1-2 weeks that could interfere with easy removal of the implanted device.

The penetration of inferior vena cava filter legs was studied further in Greenfield filters by Proctor et al (13). Based on venography and CT imaging, all four filters placed into immature sheep appeared to penetrate the vena cava at 12 months. However, at laparoscopy, no hooks or limbs were exposed, and the tissue around the IVC remained intact. Each hook or limb was said to be within the adventitia or encapsulated in scar tissue. Histologic examination at the hook sites revealed remodeling of the intimal surface of the IVC with thinning of the adventitia. The histologic examinations done by these investigators indicated that the vena cava adapts to the presence of the IVC filter by medial and adventitial thinning and myointimal remodeling (connective tissue proliferation) related to the radial force exerted by the filter. The authors indicated that there was "tenting" (to be discussed) of the vessel wall, but no extrusion of struts through the vein. No exposed metal was observed in the infrarenal IVC, or visible portions of the suprarenal IVC. There

8

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

was no disruption of surrounding tissues.  Based on their studies, Proctor et al. suggested that reports of IVC filter penetration, based on exposed filter hooks or limbs seen at necropsy or on CT, probably overestimate the rate at which this complication occurs in vivo.  This interpretation was supported in an editorial by Morris Simon, who also agreed that most cases interpreted as IVC perforation by imaging studies were really related to "tenting" of the IVC at the site of the device, without actual penetration of the vessel wall (14).

In 2001, De Gregorio et al. studied the retrievability of the Gunther Tulip temporary IVC filter, and looked at the histologic changes that occurred at the anchoring sites in pigs (15).  In attempting to retrieve the filters, difficulties were observed after 16 days.  Starting from day 20, there was evidence of fibrosis with intimal thickening and total filter strut involvement, that the authors concluded accounted for the difficulty in retrieving the device.  Based on their findings, the authors recommended that it was not advisable to exceed a filter retrieval time of 16 days, in view of the pathologic changes observed.  Using Masson Trichrome stain, the authors documented the proliferation of tissue in the intima and fibrous tissue around the filter struts.

Neuerburg et al. also studied the retrievability of the Tulip IVC filter in dogs (16).  In 12 dogs, 23 filters were inserted into the IVC, and retrieval was attempted at different time points.  All but one filter were successfully retrieved two weeks' post-implantation.  However, three weeks after insertion, filter retrieval was not possible.  Based on this study, the authors concluded that the Tulip filter was retrievable up to fourteen days after insertion.

Hoekstra and colleagues attempted to evaluate the interaction between the Cordis Keeper IVC filter and vein wall in a porcine model (17).  In five pigs, histologic analysis of the IVC wall was performed at two or six months' post implantation.  At six months' follow-up, two struts of one filter penetrated the vessel wall and were adherent to the liver.  The authors concluded that the filter was well tolerated, but seemed prone to IVC wall penetration in the long term.  This study showed that the presumed penetration of vein wall was real, and not due to tenting, but true transmural penetration at the site of hook insertion.

Brountzos and colleagues studied the feasibility and safety of percutaneous retrieval of the Recovery filter acutely and after twelve weeks of implantation in sheep (4).  Twenty-four filters were placed in the IVC of 18 sheep, and removed at different time periods.  The investigators found no evidence of IVC perforation or retroperitoneal abnormalities.  At 12 weeks, there was evidence of transmural incorporation of filter elements with narrowing of the IVC.  Solitary fibrotic abnormalities were present in the aorta, that is immediately adjacent to the IVC, in nine of 12 animals.  The IVC and aortic abnormalities were largely healed with reversal of IVC narrowing after eight weeks.  The authors concluded that this particular device could be reliably and safely retrieved acutely 12 weeks after implantation in sheep.  Using Masson Trichrome stains, the authors nicely demonstrate the pathologic lesions described, namely fibrous intimal thickening, medial fibrosis, and adventitial fibrosis as well.  The authors described that neointima begins to form around the filter within seven days, and by two weeks after placement, the neointimal formation progresses to the point of rendering most filters immobile.  Maximum neointimal thickening was observed at four weeks with slight reduction by eight weeks.  Based on these findings, the authors concluded that the maximum implantation period for the majority of the optional retrieval filters is limited to two weeks.

Binkert and colleagues reported a case of a Tulip IVC filter placed prophylactically in a 22 year-old trauma victim with spinal injuries (18).  Attempts to retrieve the filter at 21 and 25 days after placement were aborted as a result of thrombus trapped in the filter.  A third attempt was made 317 days after placement.  The filter started collapsing into the retrieval sheath, but could not be easily separated from the IVC.  The filter was ultimately retrieved with the use of additional force.  This study showed that the filter could be retrieved

late after implantation, but not without difficulty. In a separate publication, Binkert et al. studied the retrievability of the Bard Recovery filter after implantation times longer than 180 days. They reported thirteen patients with a dwell time from 181 to 419 days. All filters were retrieved successfully without difficulty. No filter was embedded in the IVC wall. No filter migration or thrombus were observed.

Hull and Robertson studied Bard Recovery strut perforation, fracture and migration (19). Fourteen of 16 patients with this filter were evaluated. Early images in nine patients demonstrated filter arm perforation in 56%, filter leg perforation in 11%, with no early fractures or migration. However, final images done later demonstrated filter arm perforations in all fourteen patients. Leg perforations were seen in 36% of patients, and there was a total of four fractures with migration in 21% of patients. All fractures occurred in filter arms that had perforated the IVC on early images. The authors reported that Recovery filter limb perforation of the IVC increases over time, and is associated with a 21% incidence of filter arm fracture and migration. Thus, this study linked perforation to other complications that occur, namely, fracture and migration.

Laborda and colleagues performed a study to evaluate the penetration of struts and hooks of the Gunther Tulip retrievable filter and the Celect filter through the IVC wall, and to assess complications resulting from this penetration (20). Eight IVC filters were placed in the IVC of four ewes for 32 days (one Gunther Tulip and one Celect filter in each ewe). Two-projection IVC imaging showed a filter leg apparently out of the IVC in 19 of 32 legs. Laparoscopy showed seven real penetrating legs, five Celect filters and two Tulip filters, out of the 14 legs that could be identified by laparoscopy. There was no evidence of wall hemorrhage or other injury. Histologic examination showed intimal remodeling and slight thickening of the adventitial tissue around filter legs. The authors concluded that these filters can produce real penetration one month after implantation, but this did not lead to any complications in the IVC or surrounding tissue.

Oh and colleagues performed a study to determine the relationship between IVC wall penetration and CT imaging findings (21). This study included 64 filters retrieved from 62 patients over a five-year period. Filter struts outside the IVC wall were a common finding on CT with 85.9% of filters showing some degree of perforation. Of 64 filters, 57 (89%) were successfully retrieved, but seven (10.9%) could not be retrieved because of incorporation of filter struts or tip into the IVC wall. Before retrieval, fractures were detected in eight (12.5%) of cases, and IVC stenosis was present in 4.7%. There were no major complications during any retrieval, but two patients had post-procedural abdominal pain that resolved. The authors concluded that the appearance of filter strut "tenting" or penetrating the IVC wall is a common finding on CT performed before filter retrieval. In their article, the authors recognized that retrievable filters can fracture, migrate, become embedded in the IVC wall, and perforate through the IVC wall. It was concluded that IVC filter "tenting" and penetration through the IVC wall are common CT findings, but that retrieval of such filters is safe. The authors acknowledged that further studies are necessary to determine the clinical significance of their findings.

Malgor et al. in 2012 reported a review of symptomatic duodenal perforations by IVC filters (22). The authors acknowledged that duodenal perforation by an IVC filter is a rare phenomenon. However, the authors also discuss that other surrounding structures, such as the aorta, portal and renal veins, vertebral body, kidney, liver, large intestine, diaphragm, urinary tract, and retroperitoneal tissues have also reported to be penetrated when the filter penetrates the full thickness of the IVC wall.

Dinglasan et al. studied the feasibility and outcome of removing retrievable IVC filters that had fractures (23). They did a retrospective review of all their retrievals over an eight-year period, identifying patients in whom there was an attempt to retrieve fractured filters and struts. Over this eight-year period 148

UNIVERSITY OF CALIFORNIA, LOS ANGELES
Case 2:14-cv-02523-ODW-AGR Document 32-1    Filed 09/20/17    Page 11 of 28   Page ID #:33059

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

filters were retrieved, 15 of which were fractured.  All 15 fractured filter bodies were successfully retrieved.  The fractured struts were incorporated in the right ventricle, embedded in the IVC wall, or present outside of the IVC.  In one case, in which the strut was snared from a pulmonary artery, the patient had mild hemoptysis.  This study further documented the potential for fracture of these devices with embolization of the fractured component.

In a similar study, Kuo et al. reported on 50 consecutive patients with fractured and/or penetrating filter components (24).  The patients underwent complex filter retrieval after failure of standard methods.  Specimens with adherent tissue underwent histologic examination, as well as electron microscopy.  The authors found that the risk of fracture increased after 408 days of implantation, and was sometimes associated with symptomatic extravascular penetration and/or intravascular embolization.

Olorunsola et al. compared the frequency of IVC perforation by the struts of the Option and Gunther Tulip filters by reviewing CT imaging (25).  From a total of 80 examinations, penetration of at least one strut was observed in 17% of all filters imaged between one and 447 days following placement.  There was no significant difference in overall prevalence of penetration when comparing the Option and Tulip filters, but only the Tulip filters showed time-dependent penetration with penetration becoming more likely after prolonged indwelling time.  No patient had damage to tissues around the IVC or documented symptoms due to penetration.

Glocker et al. evaluated the success of retrieval of IVC filters at their institution (26).  Of 121 attempted retrievals, 76% were successful and 24% were unsuccessful.  There was no difference between the type of IVC filter used, that included 93 Celect and 28 Gunther Tulip filters.  IVC filter placement for more than 117 days was correlated with an unsuccessful retrieval attempt.  Angulation of greater than 20 degrees, or tilting of the filter, was noted in 24% of unsuccessful retrievals versus 8% of successful retrievals. The authors concluded that retrieval of both the Cook Gunter Tulip and Celect filters is more likely to be successful within 3-4 months of placement.  Unsuccessful retrieval attempts are more likely when the IVC position is angulated.

Desai did a retrospective review of 1,234 patients with IVC filters; 449 patients had retrievable filters, and 785 had permanent filters (27).  Patients with retrievable filters had more complications than those with permanent filters (9% versus 3%) after mean follow-up of 20 months.  The most common complication type with both filters was thrombosis.  Device-related complications were more common with indwelling retrievable filters compared with permanent filters.  The authors concluded that retrievable filters were associated with significantly higher complication rates than permanent filters.  Both thrombotic and device-related complications were more common with retrievable filters.  The authors further concluded that long-term use of retrievable filters should be avoided, especially in younger patients.

Goh et al. provided additional information comparing retrievable filters and the permanent type (28).  Of the retrievable filters, only 1.6% were retrieved.  120 filters had some penetration into and through the IVC wall.  Another 38% had struts immediately adjacent to the external aspect of the IVC that the authors thought might represent "tenting" of the IVC.  The more pronounced penetration occurred in 49% of the retrievable filters, but only 5.3% of permanent filters.  In addition, penetration occurred in 18% of filters less than 30 days old, but in 57% of filters 30 days old or older.  The authors concluded that while the retrieval rate was low, evidence of penetration of the IVC and adjacent organs was common and more associated with the retrievable type of filter, and the length of time in place.

With regard to the Cook Tulip and Celect IVC filters, two articles directly address these devices.  In 2011, Durack and colleagues published a study in which they reviewed the records of 272 filters placed (29).  Of the 272 placements, 50 (23 Gunther tulip and 27 Celect) were assessed on follow-up abdominal CT scans performed for reasons unrelated to the filter.  CT scans were examined for evidence of filter perforation through the IVC, tilt, or paracaval tissue injury.  Perforation of at least one filter component through the IVC was observed in 86% of filters on CT scan obtained between 1 and 880 days after filter placement.  All filters imaged after 71 days showed some degree of IVC perforation, often as a progressive process.  Filter tilt was seen in 40%, and all tilted filters also demonstrated IVC perforation.  Transjugular removal was attempted in 24% of filters, and was successful in 92% of those cases.  From this study the authors concluded that longer indwelling times usually result in IVC perforation by retrievable Tulip and Celect IVC filters.  Clinical sequelae may be significant.  Based on their study, the authors advocate filter retrieval as early as clinically indicated.

In a more recent study by Dowell and associates, 91 patients with three CT studies were evaluated following Celect IVC placement from 2007 to 2013 (30).  Three-dimensional finite element models of the Celect IVC filter were developed to simulate deformation of the IVC that might be encountered in vivo.  Thirty-three patients (36%) showed primary strut perforation on follow-up CT; 66% showed progressive perforation over time with 79% showing primary structural perforation on the final CT.  Female patients and those with malignancy had a significantly higher perforation rate for unknown reasons.  Also noted was that IVC area decreased after primary strut perforation.  The authors concluded that this decrease in area was important in the mechanism of progressive perforation in that strut force would be increasing as IVC diameter was decreasing.  In these studies, whether or not there was true perforation was not confirmed by morphologic examination, that would be the final arbiter of whether or not true perforation exists.  In the Dowell study, filter strut perforation was thought to be related to the outward radial and shear forces related to the filter, the sharpness of the filter barbs, and the inherent strength of the native IVC wall.  While symptomatic IVC perforation is well described in the literature, in this study that aspect of the patient history was not investigated.

The Durack study was initiated after numerous IVC filters struts were seen to be extending beyond the IVC margins on CT studies obtained in the patients (29).  Durack et al indicate that the perforation rate in their study, 78% for the Tulip filter and 93% for the Celect filter, was higher than previously published data in human or animal studies for these filter types that, in general, range from 22-56%.  The authors felt that their CT imaging was more specific than venographic studies in which the wall of the vein cannot be visualized.  In addition, their CT examinations showed reactive ossification around primary struts in those filters that had perforated adjacent to vertebral bodies.  One important aspect of the study was that the authors demonstrated a progression from a non-perforated to a perforated state over time.  This would suggest that the factors related to perforation continue to be at play during the course of implantation.

**CONCEPT OF TENTING:**

Because the IVC is a thin-walled distensible vessel, it can adapt to radial force by stretching of the vessel wall, resulting in an increase in luminal diameter.  When the lumen is propped open by an IVC filter, this phenomenon has been referred to as "tenting" (14).  If "tenting" occurs at the site of implantation of an IVC filter, the struts might appear on imaging studies to extend beyond what would be considered the wall of the vein.  It has been argued and reported that cases regarded as IVC perforation actually may represent tenting and not perforation. Pathologically, this determination can be made with certainty through gross and microscopic evaluation of the involved IVC.

UNIVERSITY OF CALIFORNIA, LOS ANGELES
Case 2:14-cv-02510-DRH-AKT Document 1638-1   Filed 09/20/17   Page 13 of 28 PageID #: 33061

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

As discussed by Proctor et al. (13), the processes of tenting, penetration and perforation of IVC struts through the wall of the vein are inter-related. With sufficient radial force and tenting of the IVC, there will be damage to the vein wall (pressure necrosis) due to abrasion and pressure that will result in penetration of the IVC filter legs through the intima, media, and even adventitia of the IVC. This vascular wall injury will result in intimal hyperplasia, medial fibrosis, and adventitial fibrosis, as described in a number of experimental animal models. Simon (14) has referred to this process as "normal and very common benign extensions of filter parts outside the vein lumen." Furthermore, Simon states this "should be understood as a normal biologic phenomenon generally without clinical significance." Simon also states that "perforation" only occurs when an acute penetration is followed by withdrawal of the penetrating part, leaving an open hole." Unfortunately, Simon's opinions are not borne out by facts.

Perforations are not "normal" or "benign". The medical literature documents that perforations have a number of potential negative effects: 1) perforations make "retrievable" IVC filters unretrievable; 2) perforations damage surrounding structures; 3) perforations may be painful; 4) perforations may contribute to fracture and embolization of filter parts, and 5) perforations can cause delayed bleeding and even exsanguination and death. I have seen such a case of exsanguination. Findings from that case are illustrated in Exhibits 3.21-23. The evidence also shows that tenting leads to perforation. (Ex. 3.8-11)

As discussed, there is some disagreement in the literature regarding the identification of perforation versus tenting based on imaging studies. The same could be said for examination of pathologic specimens. Indeed, in my opinion, perforation should be defined histologically as a filter strut that is completely outside the vein wall. That is, there is no smooth muscle of the media or adventitia external to or outside of the strut as it penetrates and eventually exits the vein wall. Often this perforated portion is covered by tissue. (Ex. 3.3) However, this tissue is collagen, or scar tissue, and not actual vein wall. Accordingly, it should be regarded as a perforation.

There is no question that perforations occur in patients who have had IVC filters implanted. I was asked to review the medical records of Elizabeth Hill and Arthur Gage and to comment on the findings particularly with regard to the IVC filters.

Elizabeth Hill was born on

a Cook Celect IVC filter was placed

13

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

Arthur Gage was born on

a Gunther Tulip filter was placed.

## REVIEW OF PATHOLOGY FROM ANIMAL STUDIES:

I have reviewed pathologic images, both gross and microscopic from         studies performed using Cook IVC filters (                                   ).  In my opinion, a number of the experimental animals demonstrate one or more perforations of the IVC.  Exhibit 5 summarizes my findings and identifies related sources for        , which was                              ).  Perforations are depicted (with accompanying comments) in Exhibit 3 (demonstrative slides) and in Exhibit 4 (images taken from online review of study slides).

I would appreciate the opportunity to examine actual histologic sections of scanned slides if they could be given to me for review.  Without reviewing all of the original methyl methacrylate-embedded specimens, I cannot enumerate with certainty the actual number of perforations that were diagnosed or under-diagnosed. In addition, to be sure one is looking at the most relevant histologic sections, it is imperative that the sections were not merely taken at any point where the strut interacted with the IVC wall. To truly determine if there was a perforation, the section would have to be made at the distal tips of the struts that would be expected to show the greatest degree of penetration or perforation.

For example, if filter arms (secondary struts) are evident in the histologic sections, those sections cannot be from the most distal end of the legs of the filter, as illustrated in Exhibit 3.6.

This difference would be apparent if sections were made at the level of the very end of the struts (i.e., the most distal tip).



If the specimen reflects the presence of the secondary struts (white arrow), then it was not taken at the most distal tip and one cannot conclusively rule out perforation.  The same is true for a cut taken at any point above the most distal tip.  This is seen in Figure 11 below. (Ex. 4.9-12)

(Also see Ex. 4.46-47.)

UNIVERSITY OF CALIFORNIA, LOS ANGELES Case 1:14-cv-02578-DLI-RLM Document 63-1 Filed 09/20/17 Page 16 of 28 PageID #: 33064 UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO                    SANTA BARBARA • SANTA CRUZ

from the            study (discussed below) also provides an example of the histologic section

(see Figure 8 on page 6 above).                                      (Fig. 12a (Ex. 4.39))

(Figure 12b)

| | Sheep/Filter | | | Comments |
|---|---|---|---|---|
| | (Celect) | | | Ex. 3.2, 4.20 & 4.21 |
| | (Celect) | | | Ex. 4.3, 4.4 & 4.33-35 |
| | (Celect) | | | Ex. 4.9. |
| | (Celect) | | | No histology. |
| | (Celect) | | | Ex. 4.27-28 |
| | (Celect) | | | Ex. 3.1 & 4.14-16 |

The exhibits above include images and comments. Here I provide two illustrative examples.  Figure 13 (from Ex. 3.1)

Figure 14 below (from Ex. 4.14) shows the same specimen at lower magnification.

My initial assessment of the            histology was based on slides
                              (Ex. 3.4)  On February 17, 2017, I was given access to the
histological specimens via the same web-based application provided for          , which permitted more
detailed study of the evidence (access was given at the same time for          and          , discussed below).
Review of the histological specimens from
Each filter has four primary struts.

| /Filter | | Comments | |
|---|---|---|---|
| (Tulip) | | Ex. 3.4 | |
| (Celect) | | Ex. 3.4 & 4.36. | |
| | | | |
| (Celect) | | Ex. 3.4 & 4.38. | |
| (Tulip) | | Ex. 3.4 & 4.37 | |

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

| | /Filter | | Comments |
|---|---|---|---|
| | | | Ex. 3.5 |
| | | | Ex. 3.5 |
| | | | Ex. 3.3, 3.5, 4.39 and Fig. 8 |

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

  Finally, and on a related note, the _____ images are helpful in illustrating the difference between how an anchor point appears depending upon whether it is cut at the most distal tip or "foot" versus being cut at the wire above the foot.



**CONCLUSION AND SUMMARY:**

In order to form these conclusions, I have reviewed the medical literature and documents and photographs related to Cook IVC filters, and the medical records of Ms. Hill and Mr. Gage. As expected, the placement of IVC filters results in a predictable series of pathologic changes that eventually result in fibrosis or scar tissue formation over the device where it is in contact with the IVC wall. Similar scarring and fibrosis takes place in the IVC proper in proportion to the amount of injury that occurs due to trauma related to the presence of the foreign body and the radial forces it generates. According to the medical literature, the Cook IVC filters have a high rate of perforation. There has been speculation in the literature that many apparent perforations are actually strut tenting, and this has been attempted to be documented and confirmed in experimental studies in animals, particularly sheep. Tenting itself is not a benign occurrence. It carries risks as discussed in this report. Furthermore, my own personal review of these experimental studies confirms that true perforations occurred in these experimental animals, not just tenting. In my opinion, as demonstrated in my exhibits,

Accordingly, it appears to me that the experimental studies actually confirm what is suspected clinically, that there is a high rate of perforation associated with the use of these devices. There is substantial evidence that perforation is a substantial factor that reduces retrievability and increases the risk of fracture and embolization of filter struts, thrombosis, and injury to the IVC and adjacent organs. I hold these opinions to a substantial degree of medical certainty. I believe that my opinions are supported by my exhibits to this report. I would be happy to provide additional information if asked to do so.

I reserve the right to modify or enlarge upon my opinions if provided additional evidence at a future date. I understand I may be called upon to offer additional opinions in rebuttal to the defendants' experts.

**COMPENSATION, PRIOR TESTIMONY, AND PUBLICATIONS:**

I am compensated at the rate of $500.00 per hour for review and report and $5000.00 per day for testimony.

In the past four years, I have testified at deposition, trial, or hearing in a number of cases as indicated in the case list attached to this report, as exhibit 1B:

A list of my publications for the past ten years may be found in my curriculum vitae, attached hereto as Exhibit 1. My list of cited references and a glossary of certain terms used in this report are attached as Appendix A and Appendix B, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *27th* day of *February*, 2017 in Los Angeles, California.

*Michael C Fishbein, MD*

Michael C. Fishbein, M.D.
Distinguished Professor of Pathology and Medicine



# APPENDIX A
## LITERATURE REFERENCES IN THE REPORT OF MICHAEL C. FISHBEIN, M.D.

1. Trousseau A. Clinique medicale de l'Hotel-Dieu de Paris, 3rd ed. Vol 3. Paris, J.B. Bailliere, 1868, 652-95
2. Decousus H et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. New Engl J Med 1998;338:409-415.
3. Eichelter P, Schenk WG Jr. Arch Surg 1968;97:348-356.
4. Brountzos EN et al. A new optional vena cava filter: retrieval at 12 weeks in an animal model. J Vasc Interv Radiol 2003;14:763-772.
5. Lund G et al. A new cava filter for percutaneous placement and retrieval: experimental study. Radiol 1984;152:369-372.
6. Barbier et al. Respiratory changes in inferior vena cava diameter are helpful in predicting fluid responsiveness in ventilated septic patients. Intensive Care Med 2004;30:1740-1746.
7. Brash JL et al. Mechanism of transient adsorption of fibrinogen from plasma to solid surfaces: role of the contact and fibrinolytic systems. Blood 1988;71:932-939.
8. Ollivier V et al. Bioreactivity of stent material: activation of platelets, coagulation, leukocytes and endothelial cell dysfunction in vitro. Platelets – online, 2016. ISSN: 0953-7104.
9. Millward SF et al. Gunther Tulip Filter: preliminary clinical experience with retrieval. J Vasc Interv Radiol 2000;11:75-82.
10. Morris CS et al. Current trends in vena caval filtration with the introduction of a retrievable filter at a level 1 trauma center. J Trauma 2004;57:32-36.
11. Cotran RS, Kumar V, Robbins SL. Robbins Pathologic Basis of Disease, 4th ed. W.B. Sahders Co, 1989, p99-105
12. Hunter DW et al. Retrieving the Amplatz retrievable vena cava filter. Cardiovasc Interv Radiol 1987;10:32-36.
13. Proctor MC et al. Assessment of apparent vena caval penetration by the Greenfield filter. J Endovasc Surg 1998;5:251-258.
14. Simon M. Vena cava filters: prevalent misconceptions. J Vasc Interv Radiol 1999;10:1021-1024.
15. De Gregorio MA et al. Animal experience in the Gunther Tulip retrievable inferior vena cava filter. Cardiovasc Interv Radiol 2001;24:413-417.
16. Neuerburg JM et al. Percutaneous retrieval of the Tulip vena cava filter: feasibility, short- and long- term changes-an experimental study in dogs. Cardiovasc Interv Radiol 2001;24:418-423.
17. Hoekstra A. Vessel wall reaction after vena cava filter placement. Cardiovasc Interv Radiol 2002;25:53-56.
18. Binkert CA et al. Inferior vena cava filter removal after 317-day implantation. J Vasc Interv Radiol 2005;16:395-398.
19. Hull JE, Robertson SW. Bard recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration. J Cardiovasc Interv Radiol 2009;20:52-60.
20. Laborda A. Laparoscopic demonstration of vena cava wall penetration by inferior vena cava filters in an ovine model. J Vasc Interv Radiol 2011;22:851-856.
21. Oh JC et al. Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall. J Vasc Interv Radiol 2011;22:7-74.
22. Malgor RD, Labropoulos N. A systematic review of symptomatic duodenal perforation by inferior vena cava filters. J Vasc Surg 2012;55:856-61.
23. Dinglasan LA et al. Removal of fractured inferior vena cava filters: feasibility and outcomes. J Vasc Interv Radiol 2012;23:181-187.
24. Kuo WT et al. Complex retrieval of fractures, embedded, and penetrating inferior vena cava filters: a prospective study with histologic and electron microscopic analysis. J Vasc Interv Radiol 2013;24:622-630.
25. Olorunsola OG et al. Caval penetration by retrievable inferior vena cava filters; a retrospective comparison of Option and Gunther Tulip filters. J Vasc Interv Radiol 2013;24:566-571.

UNIVERSITY OF CALIFORNIA, LOS ANGELES    Case 2:14-cv-02057-DMG-JEM   Document 133-1   Filed 09/20/17   Page 26 of 28   Page ID #: 33074    UCLA



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

26. Glocker RJ et al. Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success. J Vasc Surg: Venous and lymphat dis 2014;2:21-5.

27. Desai TR et al. Complications of indwelling retrievable versus permanent inferior vena cava filters. J Vasc Surg: venous and lymphat dis 2014;2:166-73.

28. Goh MR et al. Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place. J Vasc Surg:venous and lymphat dis. 2014;2:174-8.

29. Durack JC et al. Perforation of the IVC: rule rather than the exception after longer indwelling times for the Gunther Tulip and Celect retrievable filters. Cardiovasc Interv Radiol 2012;35:299-308.

30. Dowell JD et al. Celect inferior vena cava wall strut perforation begets additional strut perforation. J Vasc Interv Radiol 2015;26:1510-1518.

UNIVERSITY OF CALIFORNIA, LOS ANGELES
Case 2:14-cv-02510-RPL-AB Document 1082-1   Filed 09/20/17   Page 27 of 28 Page ID #:
33075



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO            SANTA BARBARA • SANTA CRUZ

# APPENDIX B
## GLOSSARY TO THE REPORT OF MICHAEL C. FISHBEIN, M.D.

*adventitia (aka "tunica adventitia")*
> the outermost layer of the vein composed of a mixture of smooth muscle cells and collagenous fibers

*collagen*
> an insoluble fibrous protein that is the chief constituent of the fibrils (fibers) of connective tissue

*connective tissue*
> tissue that connects, supports, binds, or separates other tissues or organs; one example of connective tissue would be the neointima that forms at an IVC filter anchor site

*distensible*
> capable of being stretched, extended, or dilated

*endothelium*
> the layer of cells that line the inner surface of all blood vessels; "endothelialization" refers to the proliferation of endothelial cells over an area of vascular injury

*fibrosis*
> scarring by connective tissue, usually as a result of injury

*histology*
> a branch of anatomy involving the study of the microscopic structure of tissues

*internal elastic lamina*
> a layer of elastic tissue that forms the outermost part of the "tunica intima" of arteries and veins; it separates the tunica intima from the tunica media

*intima (aka "tunica intima")*
> the thin innermost layer of an artery or vein made up of endothelial cells covering a small amount of connective tissue; also known as the "tunica intima," in veins it is separated from the "tunica media" by an incomplete poorly-formed internal elastic lamina

*intimal hyperplasia*
> synonymous with neointima; see "neointima" below

*lumen*
> the interior space of an artery or vein through which blood flows; "intraluminal" means "within the lumen" and "extraluminal" means beyond or outside the lumen

UNIVERSITY OF CALIFORNIA, LOS ANGELES Case 2:14-cv-02523-R-PLA Document 135-1 Filed 09/20/17 Page 28 of 28 PageID #: 33076 UCLA



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO      SANTA BARBARA • SANTA CRUZ

*media (aka "tunica media")*

 the middle layer of an artery or vein; in veins the media is composed of poorly organized, noncompacted smooth muscle cells admixed with fibrous tissue; it is separated from the more interior "tunica intima" by an incomplete, poorly formed internal elastic lamina

*neointima*

 also known as "intimal hyperplasia," it is a new or thickened layer of intimal cells which may be formed within the arteries and veins in response to injury; this process sometimes is referred to in this context as myointimal remodeling (the remodeling of smooth muscle cells)

*photomicrograph*

 a photograph taken through a microscope

*pressure necrosis*

 death of underlying tissue caused by external compression such as that exerted by an IVC filter strut

*remodeling*

 alterations in structure, often in response to injury; in the IVC an example is the creation of neointima within the vein in response to injury

*stenosis*

 narrowing of the diameter of a blood vessel that is caused by an abnormal thickening of the walls; (for example, due to growth of neointima or scar tissue within the vein in response to the presence of an IVC filter strut)

*thrombosis*

 the formation or presence of a blood clot within a blood vessel

*transmural*

 a full-thickness process, such as a strut passing through an anatomical wall like the IVC wall