# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Elizabeth Jane Hill
No. 1:14-cv-06016-RLY-TAB

Arthur Gage
No. 1:13-cv-01875-RLY-TAB

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS' REPLY TO MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID KESSLER

The following exhibits are hereby submitted with the Cook Defendants' Reply to Motion to Exclude Expert Opinions of Dr. David Kessler:

| Exhibit | Description |
|---|---|
| 46 | Excerpts of Deposition of Harold "Wally" Pellerite |
| 47 | Excerpts of Deposition of Elisa Harvey (July 24, 2017) |
| 48 | Excerpts of Deposition of Mark Zuzga, M.D. (April 19, 2017) |
| 49 | Excerpts of Deposition of Anthony Moreno, M.D. (April 26, 2017) |
| 50 | Excerpts of Deposition of Mohammed Rajebi, M.D. (May 18, 2017) |
| 51 | Email string between Iversen to Kvistgaard re complaint analysis (translated) - CookMDL2570_0779210 |
| 52 | Expert Report of Rebecca Betensky |

| 53 | Excerpts of Deposition of Rebecca Betensky (April 21, 2017) |
|---|---|
| 54 | Excerpts of Deposition of Jon Fryzek (July 18, 2017) |

                                        Respectfully submitted,

Dated: September 20, 2017        /s/ Victoria R. Calhoon
                                        Andrea Roberts Pierson (# 18435-49)
                                        Victoria R. Calhoon (# 28492-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:   (317) 237-1000
                                        E-Mail: andrea.pierson@faegrebd.com
                                        E-Mail: victoria.calhoon@faegrebd.com

                                        Charles F. Webber (MN Bar #215247)
                                        Christin Jaye Eaton (MN Bar # 228795)
                                        FAEGRE BAKER DANIELS LLP
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402
                                        Telephone:  (612) 766-7000
                                        Facsimile:   (612) 766-1600
                                        E-Mail:  chuck.webber@faegrebd.com
                                        E-Mail:  christin.eaton@faegrebd.com

                                        James Stephen Bennett (# 22869-02)
                                        FAEGRE BAKER DANIELS LLP
                                        110 W. Berry Street, Suite 2400
                                        Fort Wayne, Indiana  46802
                                        Telephone: (260) 424-8000
                                        Facsimile:  (260) 460-1700
                                        E-Mail:  stephen.bennett@faegrebd.com

                                        *Counsel for the defendants, Cook Incorporated,*
                                        *Cook Medical LLC (f/k/a Cook Medical*
                                        *Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, a copy of the foregoing **EXHIBITS SUBMITTED WITH COOK DEFENDANTS' REPLY TO MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID KESSLER** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Victoria R. Calhoon