# EXHIBIT 50

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF INDIANA
2   INDIANAPOLIS DIVISION
3   IN RE: COOK MEDICAL, INC., IVC
    FILTERS MARKETING, SALES PRACTICES
4   AND PRODUCT LIABILITY LITIGATION
5   Case No. 1:14-ml-2570-RLY-TAB
    MDL No. 2570
6
7   This Document Relates to ALL ACTIONS
8   _____
9   VIDEO DEPOSITION OF MOHAMMAD R. RAJEBI, M.D.
    May 18, 2017
10  _____
11
12          Pursuant to Notice and the Federal Rules of
13  Civil Procedure, the video deposition of MOHAMMAD R.
14  RAJEBI, M.D., taken by Plaintiff, was held at Four
15  Seasons Hotel, 1111 14th Street, Denver, Colorado
16  80202, on Thursday, May 18, 2017, at 9:14 a.m.,
17  before Jason T. Meadors, RPR, CRR, CRC, and Notary
18  Public.
19
20
21
22
23
24
25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 231

1  you're bring something like that to me, I will say,
2  yes, tenting exists.  And unfortunately, I have
3  never encountered it.
4          But I don't -- and I'm not aware of any
5  interventional radiologist, and I don't know all the
6  2-, 3,000 interventional radiologists in this
7  country, but I've never seen an interventional
8  radiologist who would in real time practice would
9  differentiate between tenting and perforation.
10 That's a concept that is just in the papers.
11      Q    It -- it sounds to me as though you do not
12 believe that there is such a phenomenon of tenting.
13 Correct?
14      A    I think -- no.  I didn't say that.  I
15 said, it doesn't change the shape of the IVC.  It
16 might be inside the IVC it's causing some scarring,
17 like some scar is built between the wall and the tip
18 and that's what gives you the pathology -- you know,
19 because I've seen some pictures of pathology that
20 showed scarring of fibrosis around the leg, filtered
21 leg, so I think that's what's happening and people
22 interpret it as tilting -- as tenting.
23      Q    You talked earlier about the definition
24 that you use for perforation in your practice.
25      A    Yes.

Page 232

```
 1      Q    How long has that been the definition
 2   you've used?
 3      A    Since I've been dictating those IVC
 4   retrievals or CTs with IVC, I would say.
 5      Q    You've never applied any other definition
 6   of perforation --
 7      A    No.
 8      Q    -- in your practice?
 9      A    No.  I either say the IVC filter is inside
10   the IVC or I say the IVC filter has perforated.
11      Q    And what about the concept of penetration?
12   Is that something that in the course of your
13   practice you've ever noted on a vena cava?
14      A    No.  I think that's, again, it's more like
15   an article type thing.
16      Q    Not a -- a term that you define or use in
17   the course of your medical practice.
18      A    No, it's in -- if you go to clinical
19   papers, penetration and perforation has been used in
20   different papers from different source,
21   interchangeably.  And what has happened is that in
22   the line research, line paper, they have added more
23   to it, which doesn't make sense to me.
24      Q    Do you agree, Doctor, the various authors
25   in medical societies have used different definitions
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 233

1  for perforations?
2      A    Sure.
3      Q    Have you ever researched or studied the
4  question of how many definitions are out there for
5  perforation?
6      A    Let me tell you one thing.  I had an
7  orthopedic surgeon as my professor in medical
8  school, and he said, You know, we get bunions, of
9  like, in people, especially women, because of
10 high-heeled shoes, they get those bony things come
11 out of their side of their foot.  Do you know how
12 many techniques exist for that surgery?  It's a
13 bunionectomy.  21.  Do you know why?  Because none
14 of them work.
15           It's the same thing.  This is just a
16 definition for that purpose of that paper.  So if
17 somebody's doing a research project, they have to
18 have a definition of perforation.  That doesn't
19 apply to clinic.  If you go into an FDA approval,
20 for example, FDA is saying, Okay, you're putting
21 this aortic endograph, for aortic aneurysm.  There's
22 a concept that's called aortic aneurysm nick.  How
23 many millimeters of that nick is going to be in your
24 IFU?
25           It's a requirement that they have to come

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 234

1  up with. See? It's not something that's clinically
2  important, and we mention it. No. You go
3  backwards. You come up with a number, and you say,
4  Okay, we're going to use this.
5         So the problem, and the problem starts
6  right there, when you see multiple definition of a
7  condition, that means that's probably none of them
8  are accurate, and they have no clinical
9  implications. Because I'm not going to sit there
10 and measure, Oh, my God, this one is 2.9 millimeter.
11 This is not perforated, guys. Let's cut it out. No
12 one does that.
13     Q   It sounds as though you're familiar with
14 the fact that there are a number of different
15 definitions used in papers and the literature.
16 Correct?
17     A   Yes.
18     Q   And you're familiar with the fact that
19 there are different guidelines that use different
20 definitions for perforation, correct?
21     A   Yes.
22     Q   If I'm hearing you correctly, it sounds as
23 though you don't dispute that different doctors or
24 scientists might choose different definitions. In
25 your clinical practice, however, there's only one

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 235

1  correct definition.
2      A    Right.  It's -- and to be honest with you,
3  I've seen, you know, prominent interventional
4  radiologists practice around me, and they're the
5  same.  Nobody sits there and measures and says, Oh,
6  this is not perforated.  This is 3 millimeters.
7  That's just a matter of paper.
8      Q    The 3 millimeter standard.  That comes
9  from the Society for Interventional Radiologists,
10 correct?
11     A    Sure.
12     Q    It sounds as though you do not follow that
13 guideline in your clinical practice --
14     A    No.
15     Q    -- correct?  And you are critical of the
16 fact that they might adopt that definition as
17 opposed to the one that you think is most clinically
18 relevant.  Correct?
19     A    Critical.  I'm not critical of it.  They
20 can do whatever they want.
21     Q    Well, have you ever told anyone at SIR
22 that you think that definition's wrong?
23     A    No.  Nobody uses it, so it's not
24 important.
25     Q    When you say nobody uses that definition,