# EXHIBIT 54

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION
 3      -------------------------------x
        IN RE: COOK MEDICAL, INC.,      :
 4      IVC FILTERS MARKETING, SALES    : Case No.
        PRACTICES AND PRODUCT           : 1:14-ml-2570-RLY-TAB
 5      LIABILITY LITIGATION,           : MDL No. 2570
                                        :
 6                                      :
        -------------------------------x
 7          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 8                      July 18, 2017
                       Washington, D.C.
 9
10                         Volume 2
11      Deposition of:
12                    JON FRYZEK, Ph.D.,
13          Called for oral examination by counsel for
14      Plaintiff, pursuant to notice, at the offices
15      of Faegre Baker Daniels, 1050 K Street, 4th
16      Floor, Washington, D.C. beginning at 9:40 a.m.,
17      before Teague Gibson, a Notary Public.
18
19
20                    *   *   *   *   *
21
22
23
24
25
```

Confidential - Subject to Protective Order

```
 1   BY MR. SCHULTZ:
 2        Q    Sure.
 3        A    To my knowledge, my report does not
 4   discuss complication rates by age or gender.
 5        Q    And those were two of my examples of
 6   population characteristics.  Let me ask you more
 7   broadly.  Does your report express any opinion that
 8   any particular population characteristic affects the
 9   rate of any given compilation for IVC Filter
10   patients?
11        MS. EATON:  Object to the form of the question.
12        A    Please repeat the question.
13   BY MR. SCHULTZ:
14        Q    Sure.  Is there any place in your report
15   where you give an opinion that a particular
16   population characteristic affects, causally affects,
17   the rates for any given complication among IVC
18   Filter patients?
19        MS. EATON:  Object to the form of the question.
20        A    The report does report on a number of
21   populations that have different rates of
22   complications.
23   BY MR. SCHULTZ:
24        Q    Can you point me to that?
25        A    Section 38 discusses this.
```

1      Q    38A, for example.  Well, let's start with
2 the first sentence in 38.  It says:  The study
3 populations of the included papers varied greatly
4 with respect to indication for filter insertion.
5 Correct?
6      A    Correct.
7      Q    Is that statement, in and of itself, an
8 opinion that a particular population characteristic
9 can affect rates of complications for IVC Filter
10 patients?
11     A    This is a descriptive sentence of what the
12 studies were about, what populations the studies
13 were in.
14     Q    So, 38A says:  Many studies were conducted
15 with a series of all patients that were indicated
16 for a filter, either in place of anticoagulant
17 therapy or in combination with anticoagulant
18 therapy.  Each series included patients who received
19 an IVC Filter for multiple different reasons,
20 including cancer, surgery, prophylaxis, trauma and
21 other risk factors for pulmonary embolism.  The
22 filter complications and failures were not reported
23 in connection with the reason for implanting the
24 filters.
25          Can you conclude from these studies where

Confidential - Subject to Protective Order

1    the complications and failures were not reported in
2    connection with the reason for implanting the
3    filter, that the reason for implanting the filter
4    affected complication rates among the patients in
5    those studies?
6         A    Yes.
7         Q    How can you conclude that?
8         A    Because the results are not the same.
9         Q    And how can you verify, to a scientific or
10   statistical certainty, that it is the different
11   reason for implanting the filter that was, in fact,
12   the cause of the different rates that we see as
13   opposed to it being some other confounding factor?
14        A    I'm sorry.  I don't understand the
15   question.
16        Q    Well, similar to what we just talked
17   about, we've got -- if I'm following you, we've got
18   several studies cited, they involve people who
19   received IVC Filters for various different reasons,
20   correct?
21        A    Uh-huh.
22        Q    If I'm understanding you, you're saying
23   that because their complication or failure rates
24   were different among those patients who got filters
25   for different reasons, then the reason for getting

Confidential - Subject to Protective Order

1   the filter must be the cause of the different rates.
2   Is that what you're saying?
3       A    I'm saying that could be one of the
4   confounding factors.
5       Q    I see.  So, in fact, you're saying you
6   cannot draw conclusions from these studies as to the
7   extent to which the reason for placement of a filter
8   caused a particular complication rate?
9       A    Because these studies are made up of
10  different populations and have different results.
11  If the results were the same, then you could make a
12  judgment that confounding was probably not a factor.
13  But the results are different.  So, then you need to
14  assess for confounding.
15      Q    Now I understand.  Thank you.
16           So, let me kind of flip that around.  Now
17  that we see confounding may be the explanation for
18  the different rates that we see, can you be sure of
19  that, sitting here today?
20      MS. EATON:  Object to the form of the question.
21      A    Can I -- I'm sorry.  Can I be sure of?
22  BY MR. SCHULTZ:
23      Q    I understand there are potential
24  confounding factors.  You see people who get filters
25  for different reasons, they have different rates of