**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## ORDER GRANTING MOTION TO MAINTAIN REPLY IN SUPPORT OF MOTION TO EXCLUDE NO. 5: EXPERT OPINIONS OF DR. DAVID KESSLER AND ATTACHED EXHIBITS UNDER SEAL

      This matter has come before the Court on the Cook Defendants' Motion to Maintain Documents Under Seal. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

      IT IS THEREFORE ORDERED that the Cook Defendants' Reply in Support of Motion to Exclude No. 5: Expert Opinions of Dr. David Kessler ("Memorandum"), and Exhibits 46-49 and 51-53 to that Memorandum, are ordered to be maintained under seal.

      SO ORDERED this _____ day of September, 2017.

 

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.114259635.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.114259635.01