UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570
_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL
THE COOK DEFENDANTS' REPLY TO MOTION TO EXCLUDE NO. 6:
EXPERT OPINIONS OF DR. DAVID GARCIA**

    This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal The Cook Defendants' Reply To Motion To Exclude No. 6: Expert Opinions Of Dr. David Garcia.  The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that The Cook Defendants' Reply To Motion To Exclude No. 6: Expert Opinions Of Dr. David Garcia, is ordered to be maintained under seal.

    SO ORDERED this ____ day of _____, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.114274811.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.