# EXHIBIT  BB

**CONFIDENTIAL**



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                T 984.974.5058
CAMPUS BOX 7080                   F 984.974.0744
CHAPEL HILL, NC 27599-7080        todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

### Report On Elizabeth Jane Hill

I currently serve as the Director of Advanced Therapeutic Endoscopy at the University of North Carolina, where I focus on the treatment of complex gastrointestinal disorders.  I completed my undergraduate degree at the University of Florida in 1982, and obtained my medical degree from the University of Florida Medical School in 1986.  I then completed an internship and residency in internal medicine at the University of Alabama in 1990 (during which time I also served as chief medical resident from 1989-1990 and was elected to the Alpha Omega Alpha Honor Society). I received fellowship training in gastroenterology in 1992, also at the University of Alabama followed by completion of a Third-Tier Biliary Endoscopy Fellowship at Duke University Medical Center in 1993; this provided additional exposure and training in advanced endoscopic procedures, particularly endoscopic retrograde cholangiopancreatography (ERCP).

Following my training, I served as an Assistant Professor of Gastroenterology and Hepatology at the University of Alabama, and later the Director of Therapeutic Endoscopy at the University of Alabama, before being recruited to Mayo Clinic in Rochester, Minnesota, where I eventually served as the Director of ERCP, and as a full Professor of Medicine (in 2002).  In 2014, I began my current appointment as a Clinical Professor in the Department of Medicine, Division of Gastroenterology and Hepatology, at the University of North Carolina at Chapel Hill.

I have performed extensive clinical research over the years in endoscopic management of diseases throughout the gastrointestinal tract, with a primary interest in developing improved methods of treatment for a variety of conditions using interventional endoscopic techniques.  I have won numerous awards, including the award for Top Reviewer from the journal Endoscopy, and the Master Endoscopist Award from the American Society for Gastrointestinal Endoscopy, and the Mayo Clinic Distinguished Clinician Henry S. Plummer award.

I have authored 38 book chapters, and over 600 peer-reviewed publications. I am the editor of four books, including a comprehensive textbook entitled ERCP, entering its third edition. I have lectured nationally and internationally, and have served as in an editorial role for several major journals including the American Journal of Gastroenterology, the British Journal of Surgery, Endoscopy, and Clinical Gastroenterology and Hepatology.  I have also served as a scientific reviewer for many prestigious journals over the years, including the New England Journal of Medicine, The Lancet, and the American Journal of Medicine.



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

I am Board Certified in Internal Medicine and Gastrointestinal Medicine, am a member of several professional societies including the American Society for Gastrointestinal Endoscopy (ASGE) and the European Society of Gastrointestinal Endoscopy (ESGE). I also chaired the Standards of Practice committee for the ASGE. I currently maintain medical licenses in North Carolina, Arizona, Florida, and Minnesota.

Please see my current Curriculum Vitae for more complete information about my relevant experience and background, attached here as **Exhibit A**.

In the last four years, I have not provided expert testimony in deposition or trial in any lawsuit. I have charged $750/hr for my work in this case.

I am rendering these opinions based on my extensive clinical experience, my continual review of the relevant literature, and my review of Mrs. Hill's medical records. Please see **Exhibit B**, however, for a complete list of the specific materials I have been provided for review in this matter.

I may choose to use animations, prepared at my instruction and with my oversight, to help explain my opinions in this matter. I also intend to use Mrs. Hill's medical records and imaging during my testimony at trial.

## I.    Elizabeth Hill: Medical History – Pre-Filter

Prior to the placement of Mrs. Hill's Celect Vena Cava filter on November 17, 2010, and on numerous occasions, she complained of multiple gastrointestinal issues, including **abdominal pain, diarrhea, gas, bloating, nausea and constipation**. The following records highlight her complaints of gastrointestinal issues prior to November of 2010:

- 09/23/03 – Presented to Dr. Bellingar with complaints of cervical and abdominal pain. Colonoscopy and abdominal ultrasound ordered. [Dr. Bellingar 1131]
- 11/12/03 – Presented to Dr. Bidani who noted history of abdominal pain, change in bowel habits, with increased constipation. Colonoscopy ordered. [Dr. Bidani 81-82]
- 11/14/06 – Presented to Dr. Bidani who noted a history of diverticulosis, now complaining of increasing constipation, cramping, alternating with some diarrhea. She took MiraLax to help with symptoms. Also complained of increased symptoms of GERD associated with dysphagia. EGD and colonoscopy were ordered. [Dr. Bidani 77-78]



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                T 984.974.5058
CAMPUS BOX 7080                   F 984.974.0744
CHAPEL HILL, NC 27599-7080        todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

- 10/23/08 – Presented to Dr. Bellingar and reported GI bug over the weekend. Admits to diarrhea. [Dr. Bellingar 783-786]
- 12/18/08 – Presented to Dr. Bellingar for cervical and lumbar pain. Reported indigestion. [Dr. Bellingar 764-766]
- 02/10/09 – Presented to Dr. Bidani and stated she still had GERD which was exacerbated with diet. He noted that she has severe hemorrhoids with irritation and bleeds a small amount. She also complained of constipation. Takes Glycolax and MiraLax. Diagnoses included GERD, diverticular disease of colon, and hemorrhoids. EGD ordered. [Dr. Bidani 4-5]
- 03/25/09 – Follow-up with Dr. Bidani for EGD results, hemorrhoids and diverticulosis. EGD and biopsy findings showed erosions in the stomach and esophagitis. Dr. Bidani also noted that she had bleeding and hemorrhoids. Prescribed omeprazole and MiraLax. Colonoscopy ordered. [Dr. Bidani 6-7]
- 05/06/09 – Follow-up with Dr. Bidani for colonoscopy results, hemorrhoids and diverticulosis. Dr. Bidani noted that she had hemorrhoids and diverticulosis. [Dr. Bidani 8-9]
- 07/20/2009 – Presented to Dr. Bellingar with complaints of pain. Reported constipation with Vicodin. [Dr. Bellingar 536-539]
- 09/15/09 – Presented to Dr. Bellingar to discuss uterine growth - wanted blood test, had bloating and gas in pelvis. [Dr. Bellingar 521-524]
- 02/08/10 – Presented to Dr. Bellingar due to pain which referred/radiated to abdomen. Labs ordered. Prescribed Cipro. [Dr. Bellingar 481-484]
- 03/11/10 – Presented to Dr. Bellingar with abnormal labs, insomnia and pain. She reported symptoms of nausea and constipation. [Dr. Bellingar 462-465]
- 05/13/10 – Presented to Dr. Bellingar complaining of pain and nausea. Notes state she doesn't like eating in the a.m. Feels like food is stuck, constipation symptoms. Nausea mostly in the morning, sometimes throughout the day, right after eating every time. Feels like food not moving through intestines. She also admitted to abdominal bloating and change in appetite. Ordered labs, abdominal and pelvic ultrasounds. Referred to GI for barium swallow or endoscopy. [Dr. Bellingar 432-436]
- 05/26/10 – Presented to Dr. Bellingar for abdominal pain. Stated that symptoms were still present. [Dr. Bellingar 419-422]



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                      T 984.974.5058
CAMPUS BOX 7080                         F 984.974.0744
CHAPEL HILL, NC 27599-7080              todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

- 06/02/10 – Presented to Dr. Bidani for hernia. Noted to have severe GERD and nausea. She stated that she has been anxious as she felt that the food did not go down all the way. Ordered EGD and abdominal CT. [Dr. Bidani 10-11]
- 06/23/10 – Presented to Dr. Bidani for follow-up following EGD and CT. Noted to have esophagitis and gastritis and a small hiatal hernia. Biopsies were negative. Notes state: She has been having left upper quadrant pain over the past month. Zantac is helping her. Start Gaviscon tablet, 4 x/day. Continue Zantac. [Dr. Bidani 12-13]
- 06/23/10 – Presented to Dr. Bellingar for pain. Admitted to nausea and fatigue. Dr. Bidani noted to have stopped omeprazole and started Zantac and Gaviscon. [Dr. Bellingar 383-386]
- 07/21/2010 – Presented to Dr. Bellingar and advised of emesis on 07/20/2010. [Dr. Bellingar 375-378]

The medical records suggest that <u>prior</u> to the placement of Mrs. Hill's Celect Vena Cava filter on November 17, 2010, she underwent the following tests and procedures for her gastrointestinal issues:

- 10/29/03 – Abdominal ultrasound normal. [Dr. Bellingar 1044]
- 12/02/03 – Colonoscopy performed. Diagnoses: Severe sigmoid diverticulosis and internal hemorrhoids. [Dr. Bellingar 1042-1043]
- 11/21/06 – EGD with biopsy. Diagnosed with Gastritis and esophagitis. [Dr. Bidani 46-47]
- 11/22/06 – Colonoscopy with biopsies. Diagnosed with ileitis, diverticulosis and internal and external hemorrhoids. [Dr. Bidani 50-51]
- 02/16/09 – EGD with biopsies. Diagnosed: 1. Multiple gastric erosions 2. Esophagitis erosions 3. Duodenitis. Biopsies suggest peptic duodenitis. Prescribed Prilosec. [Dr. Bidani 55-57]
- 04/14/09 – Colonoscopy. Diagnosed with internal and external hemorrhoids, diverticulosis and an otherwise negative colonoscopy. [Dr. Bidani 53-54]
- 05/19/10 – Sonogram of abdomen. Impression: 1. Echogenicity of liver is compatible with mild diffuse fatty infiltration. 2. Head/body of pancreas normal – tail of pancreas obscured by bowel gas. 3. Normal gallbladder – remainder of exam negative. [Dr. Bellingar 426]

4



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

- 06/10/10 – CT scan of abdomen with contrast. Impression: There is diffuse fatty infiltration of liver and there is scoliosis thoracolumbar spine – CT scan otherwise normal. [Dr. Bidani 61]
- 06/15/10 – EGD with biopsies. Diagnosed with 1. Esophagitis. 2. Small hiatal hernia. 3. Gastritis. 4. No evidence of stricture. [Dr. Bidani 42-43]

In addition, the medical records indicate that prior to the placement of Mrs. Hill's Celect Vena Cava filter on November 17, 2010, Mrs. Hill was prescribed and took the following medications related to her gastrointestinal issues:

- Gaviscon [Bidani 12-13]
- Glycolax powder [CVS 010-011]
- Miralax/Polyethylene glycol [Bidani 6-7, 77-78; CVS 011-015][1]
- Prilosec/Omeprazole [Bidani 6-7, 55-56]
- Zantac/Ranitidine [Bidani 12-13; CVS 015-16]

## II.   Elizabeth Hill- Medical History- Post-Filter

The medical records reflect that Mrs. Hill had an IVC filter placed on November 17, 2010, prior to a complicated back surgery performed on December 6, 2010. [Mease Countryside 47, 118-120] CT scans from October 18, 2011, also evidence that her IVC filter had eroded through her duodenum. (Report of Interventional Radiologist, Anthony Venbrux, M.D.) The records also reflect that she underwent a second spinal surgery on July 5, 2013. [Mease Countryside 455-457.] Dr. Moreno noted that she developed a pseudomonas bacterial infection that was treated with Vancomycin and Cefepime throughout her hospital course. [MSS 23] Subsequent labwork showed pseudomonas aeruginosa for which she was prescribed Cipro. [Dr. Bellingar 126-127]

On August 12, 2013, roughly two years after CT scans indicate her IVC filter had eroded into her bowel, Mrs. Hill presented to the Emergency Department at Morton Plant Hospital complaining of nausea, vomiting, diarrhea and abdominal pain. [Morton Plant 351] She was thereafter admitted. A CT scan of the abdomen and pelvis with contrast was performed on August 12, 2013. It identified acute inflammatory changes within the distal small bowel suggestive for inflammatory

---

[1] The records reflect that she has taken this medication since at least November 2006.

5



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                T 984.974.5058
CAMPUS BOX 7080                   F 984.974.0744
CHAPEL HILL, NC 27599-7080        todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

bowel disease such as Crohn's disease. [Morton Plant 648]  On August 15, 2013, Dr. Umesh Choudhry performed an upper GI endoscopy and colonoscopy.  The upper GI endoscopy revealed the presence of a wire in the third portion of the duodenum that penetrated through her duodenal wall and extended to the opposite duodenal wall covering the entire lumen. [Morton Plant 126-127]  The exam, however, was otherwise noted to be normal. [Morton Plant 125]  Pathology reports, however, evidence that biopsies of the colon obtained during colonoscopy supportive of diagnosis of lymphocytic colitis. [Morton Plant 661].  A stool culture taken on August 12, 2013 revealed that she had a predominance of yeast. [Morton Plant 660]  Her records also indicate that she improved while inpatient, she was stable and no longer had nausea, vomiting, or abdominal pain as of August 14, 2013, and she was tolerating a full-liquid diet when she was discharged on August 20, 2013. [Morton Plant 326-329, 114-116]

On August 21, 2013, Mrs. Hill underwent removal of the IVC filter at Penn State Health Medical Center by Dr. Frank Lynch.  The medical records indicate that the procedure took 7.20 minutes of Fluoroscopy time.  She was discharged approximately 5 hours after the procedure.  No complications were noted, and no further follow-up was ordered. [Penn State 10-11; 51-52]

In her deposition, Mrs. Hill claimed that her GI symptoms persisted following the removal of her filter. [Deposition of Mrs. Hill, pp. 165:01-175:16.) Medical records also evidence that her pre-filter complaints of **abdominal pain, diarrhea, gas, bloating, nausea and constipation** continued following the removal of her filter in August of 2013.  These complaints are documented in the following visits:

- 12/04/13 – Presented to Dr. Sreeka Chandrupatla to establish care locally.  She reported intermittent abdominal pain, status post removal of IVC filter.  She also stated that she had occasional heartburn, abdominal pain after eating greasy food, constipation and change in bowel movement.  She uses MiraLax daily.  Plan CT and EGD. [PP Hill 000443-444]
- 12/09/13 – Seen by Dr. Bellingar complaining of intermittent gastric pain and sharp thoracic pain.  She is going to have a CT scan. [Dr. Bellingar 75-77]
- 12/18/13 – Follow-up with Dr. Chandrupatla complaining of abdominal pain.  [PP Hill 000442, 449]
- 01/28/14 – Follow-up with Dr. Chandrupatla complaining of epigastric pain. [PP Hill 000441]
- 03/12/14 – Follow-up with Dr. Chandrupatla.  Notes indicate: she has abdominal pain, intermittent and increases with meals within 30 minutes.  Can last about a few minutes at



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080            F 984.974.0744
CHAPEL HILL, NC 27599-7080   todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

times. Impression: Symptoms may be due to the abdominal spasms. Given prescription for Dicyclomine, 1x day to be taken before her largest meal. [Gastro Ctr. 19]

- 05/08/14 – Seen by Dr. Chandrupatla for IBS and spasms. Impression: Symptoms may be related to hypertensive esophageal pressures. Recommend Hyoscyamine prior to meals. Continue cholestyramine for another couple of weeks and can stop then if no benefit. [Gastro Ctr. 18]
- 05/15/14 – Presented to Dr. Ulhas Deven complaining of diarrhea that started the previous night – watery, feeling bloated, groin rash. [Dr. Deven 31-33]
- 06/16/14 – Seen by Dr. Umesh Choudhry for abdominal pain and evaluation of solid food dysphagia. Scheduled esophagus dilation. A review of the CT scan may be appropriate periodically. [Dr. Umes 8-10]
- 06/19/14 – Follow-up with Dr. Deven for diarrhea. [Dr. Deven 28-30]
- 07/17/14 – Follow-up with Dr. Deven for diarrhea. [Dr. Deven 25-27]
- 12/18/14 – Follow-up with Dr. Deven for diarrhea. [Dr. Deven 17-18]
- 02/10/15 – Seen by Dr. Choudhry for abdominal cramps, esophageal dysmotility and abnormal liver enzymes. Notes indicate she: continues to get epigastric cramping and discomfort especially at night. Tends to avoid some food specifically fatty, fried or spicy food. Constipation improved with MiraLax but continues to have flatulence and bloating. Plan upper abdominal ultrasound and check labs. [Dr. Umes 5-7]
- 02/24/15 – Presented to Dr. Deven for back and abdominal pain. [Dr. Deven 12-13]
- 05/26/15 – Follow-up with Dr. Choudhry for dysphagia and occasional episodes of fecal incontinence. Notes indicate: abdominal pain intermittent in frequency. Continues to experience a lot of flatulence accompanied by occasional fecal incontinence. Has been taking MiraLax daily as instructed. [Dr. Umes 2-4]
- 05/26/15 – Follow-up with Dr. Bellingar. Diagnoses included gastritis, hypertension, osteoporosis, anxiety disorder, elevated BMI, and benign neoplasm of skin. [Dr. Bellingar 24-27]
- 12/02/15 – Follow-up with Dr. Choudhry for abdominal pain, constipation and dysphagia. Notes indicate she had left upper quadrant and left periumbilical pain, similar to what she had in the past, and that she was concerned about diverticulitis. Also note she traveled to California and had an episode of impaction. [Dr. Umes (updated) 2-3]
- 03/22/16 – Follow-up with Dr. Bellingar. Diagnoses included GERD with esophagitis, elevated BMI, and benign neoplasm of skin. [Dr. Bellingar 747-751]



**THE UNIVERSITY**
**of NORTH CAROLINA**
**at CHAPEL HILL**

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                    T 984.974.5058
CAMPUS BOX 7080                       F 984.974.0744
CHAPEL HILL, NC 27599-7080            todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

- 06/08/16 – Follow-up with Dr. Choudhry for constipation and gaseous distention. She also complained of left upper quadrant and left periumbilical pain. She is concerned about diverticulitis. [Dr. Umes 17-19]
- 11/29/16 – Follow-up with Dr. Choudhry for constipation, flatulence, dysphagia. She reports that bowel movements are now once a day and there is no need to strain. Gas and bloating is still a lot of problem. She has had continued intermittent problems with dysphagia that is nonprogressive. She has discontinued use of MiraLax and started taking Senna. [ADV Choudhry 2-4]

The medical records also outline that following the removal of her filter on August 21, 2013, she underwent the following tests and procedures related to her gastrointestinal issues:

- 12/11/13 – CT abdomen with and without IV contrast. Findings: No pelvic masses are identified. No free fluid or free air are visualized. [Rad. Of Ocala 0004]
- 01/07/14 – EGD. Impression: Narrowed area in the duodenal sweep with erythema. Biopsies taken of the duodenum which showed mild chronic duodenitis. Mid body biopsy showed mild chronic gastritis. [Gastro Ctr. 16-17]
- 02/24/14 – EUS Gastroscope. Impression: Normal pancreatic duct without evidence of any dilation, no evidence of pancreatic mass. Normal gastric wall. [Gastro Ctr. 15]
- 04/21/14 – Upper GI and small bowel follow-through w/SCOUT. SCOUT: The bowel gas pattern is non-specific. Findings: No intrinsic or extrinsic impression on the duodenum. Impression: No significant abnormality appreciated on the upper GI and small bowel follow-through. She does have one small hiatal hernia but no reflux demonstrated. [Gastro Ctr. 3-4]
- 04/24/14 – High-resolution esophageal motility study. Impression: Elevated distal esophageal pressure. This may contribute to fluid retention in proximal esophagus, at transition zone. [Gastro Ctr. 7-12]
- 07/02/14 – Upper GI endoscopy. Diagnosis: Stricture and stenosis of esophagus noted. Unspecified gastritis and gastroduodenitis, without mention of hemorrhage. Dysphagia,unspecified. Impression: Benign-appearing esophageal stricture/dysmotility in the mid-distal esophagus. Dilated. Gastritis. Biopsied (negative for H. Pylori immunostain or intestinal metaplasia). Normal examined duodenum. [Dr. Umes 11-14, Dr. Umes (updated) 6]



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

- 02/25/15 – Right upper quadrant ultrasound. Impression: Heterogeneous liver. No focal abnormality seen. [Rad. Of Ocala 0014-15]
- 12/10/15 – CT abdomen/pelvis w/contrast. No acute disease. [Rad. Of Ocala 0016]
- 03/16/17- US Vascular flow arterial venous abdomen and/or pelvis limited. Impression: Patency of IVC with good flow suggesting absence of any significant degree of stenosis. [PP Hill 663]

Medical records from Mrs. Hill's most recent visits with health care provider, however, indicate her GI complaints are inconsistent and may be slightly improving. For example, in a February 2017 visit with Dr. Nassar, Mrs. Hill reports "no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency." [PP Hill 000593-595]

**III.    Independent Medical Exam**

On June 22, 2017, Mrs. Hill underwent an abdominal CT with IV contrast. I have been provided with the report from this abdominal CT scan, but have not yet personally seen the imaging studies. Diverticula were noted within the sigmoid colon, and no diverticulitis was noted to be present. No abnormal distention of the large or small bowel was noted. Specifically, no mention is made of narrowing or inflammation of the duodenum and no evidence of gastric distension or retained gastric contents that would suggest obstruction or narrowing of the duodenum.

**IV.    Opinions**

a.  Mrs. Hill had a multitude of GI issues and complaints that pre-dated the placement of her IVC filter. She had a long history of complaints of abdominal pain, nausea, bloating, diarrhea, and constipation. She had multiple GI procedures to evaluate her GI symptoms prior to having her IVC filter placed (specifically, upper endoscopies and colonoscopies). These procedures reported that she had esophagitis, gastritis, and duodenitis prior to the placement of her filter. She was also prescribed several medications to treat her GI symptoms prior to filter placement. These symptoms persist to this day.



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                    T 984.974.5058
CAMPUS BOX 7080                       F 984.974.0744
CHAPEL HILL, NC 27599-7080            todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

    b.  There is no evidence that Mrs. Hill suffered any injury as a result of the IVC filter erosion into her duodenum.

        i.  CT scans show this erosion happened sometime before October of 2011, but was not discovered by practitioners until August of 2013. CT imaging from August 12, 2013, further demonstrates that the filter's erosion into her duodenum was unchanged from prior imaging on October 18, 2011, per Dr. Venbrux, and Dr. Venbrux also found these CT images did not demonstrate any evidence of inflammation or disruption of fat and tissue planes, which would be suggestive of ongoing tissue reaction due to injury.

       ii.  Because the filter had eroded into her bowel almost two years prior to its discovery in August of 2013, and caused no appreciable symptom (no bleeding, no fever, no abscess formation), I would describe her physician's discovery of the filter's presence in Mrs. Hill's duodenum in August of 2013 as an incidental finding.

      iii.  I have performed a differential diagnosis, similar to what I would do in my clinical practice. After considering all the potential causes for Mrs. Hill's gastric symptoms in August of 2013 and beyond (including her filter, lymphocytic colitis, her pre-existing functional bowel issues, and/or non-specific gastrointestinal [GI] illness), I am able to rule out her filter as a cause of these symptoms.

      iv.  Specifically, it is my opinion, to a reasonable degree of medical certainty, that the symptoms of pain, nausea, vomiting and diarrhea that Mrs. Hill reported in August of 2013 were <u>not</u> related to her IVC filter erosion into her bowel:

          1.  Her filter had eroded her bowel almost two years prior to her presentation to the ER in August of 2013 and caused no appreciable symptoms. Nothing about the filter's position in her bowel changed between October of 2011 and August of 2013 that would explain a sudden onset of symptoms that could be attributed to her filter.



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

2.  Her filter eroded only into the 3rd portion of her duodenum, and CT scans from August 12, 2013, and the upper GI endoscopy and colonoscopy from August 15, 2013, reveal no inflammation or disruption of fat planes, or any other abnormalities in this area. When a person reports symptoms from an object eroding into their bowel, a localized reaction of the tissues is typically present (inflammation or hemorrhage, etc.) on imaging. It is also associated with a systemic inflammatory reaction (manifested by fever, abnormal laboratory findings, etc.)

    a.  The testing and imaging performed on Mrs. Hill to date and included in her medical records, however, has failed to evidence any demonstrable change to the tissue of her bowel where her filter erosion occurred, and laboratory testing at the time of her presentation to the ER did not display evidence of a systemic inflammatory process.

    b.  The report from the abdominal CT performed on June 22, 2017 also did not indicate any abnormality to Mrs. Hill's tissues. I have not yet reviewed the imaging, but reserve the right to supplement this report with more specific opinions about that imaging when that imaging does become available.

3.  Even if you assume *arguendo* that the CT scans and upper endoscopy and colonoscopy from August showed inflammation in the area where her filter was placed (which they do not), localized inflammation in this area of the bowel where the filter erosion was present would not lead to diarrhea. One would expect inflammation in the ilium to be more associated with diarrhea than inflammation in the third portion of her duodenum. Diarrhea associated with this location of the bowel would have to be malabsorbative in etiology,



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

and the filter erosion in this limited location would not affect enough of the small bowel to incite a malabsorbative process.[2]

4.  Localized inflammation of the bowel in the portion of her bowel where her filter eroded would also not likely lead to nausea or vomiting without evidence of obstruction. Notably, there is no evidence in the medical records that her stomach was full of retained food in the upper endoscopy performed in August at the time of her presentation, or that her bowel was distended. No obstruction to the bowel lumen is noted. Dr. Venbrux further confirmed no distention of the stomach was present on CT from August of 2013.

5.  Furthermore, biopsies taken during her August 15, 2013, upper endoscopy obtained from 3rd portion of her duodenum were also normal. There was no evidence of acute or chronic inflammatory changes. This suggests that the tissues were not abnormal or injured or reacting in any way to the presence of the foreign body.

6.  Notably, she was also diagnosed with lymphocytic colitis during her hospital stay in August of 2013. This would cause chronic, non-bloody diarrhea, and the abdominal pain she reported.[3]

7.  Her presentation to the ER at Morton Plant in August of 2013 was consistent with a non-specific GI illness. The cause of which may be viral, drug/antibiotic related, or idiopathic. The records also reflect that the presentation could have been explained by recent antibiotic use, which resulted in an altered fecal microbiome, which can produce nausea, vomiting, etc.

---

[2] F. Van Der Heide, *Acquired causes of intestinal malabsorption,* Best Pract. Res. Clin. Gastroenterol., 30(2): 213-24 (April 2016).
[3] Darrell S. Pardi, M.D., MS, FACG, *Diagnosis and Management of Microscopic Colitis,* Am. J. Gastroenterol. Vol 112:78-85 (January 2017).



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                    T 984.974.5058
CAMPUS BOX 7080                       F 984.974.0744
CHAPEL HILL, NC 27599-7080            todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

8.  The medical records from Morton Plant also indicate that her symptoms were resolving prior to discharge. Her filter, however, was still in place and its position remained unchanged. If her filter were truly the cause of her reported acute GI symptoms, they would not improve absent removal of the filter.

9.  Duodenal perforation from IVC filters is a rare occurrence, and symptomatic duodenal perforation is an even rarer.[4] Reports of pain accompanying duodenal perforations in the literature have been reported, but in these instances, pain is often accompanied by signs of systemic inflammatory reactions, and patients often have evidence of intense inflammatory tissue reactions.[5] In Mrs. Hill's case, no such inflammatory tissue reaction was evidence on CT in August. Her abdominal pain is better explained by her diagnosis of lymphocytic colitis, pre-existing functional bowel disease, and/or her altered microbiome.

10. The fact that her GI symptoms persisted after removal of the filter support that GI symptoms not related to filter.[6]

c.  The fecal incontinence she complains of post-filter (discussed in detail in the report of Leigh Ann Levy) is not related to her IVC filter in any way. As outlined above, her filter erosion would not likely be associated with diarrhea. Furthermore, the filter erosion was remote from the internal and external sphincter muscles. Even if one assumes that the filter irritated or injured her bowel tissue in some way (which it did not), it would not have impacted the functioning of her sphincter muscles in any manner that would explain fecal urgency. The more likely

---

[4] Malgor et al., a Systematic Review of Symptomatic Duodenal perforation by inferior vena cava filters, 2012.

[5] *Id.*

[6] Zhongzhi Jia, M.D., Alex Wu, M.D., Mathew Tam, M.D., James Spain, M.D., Ph.D., J. Mark McKinney, M.D., Weiping Wang, M.D., *Caval Penetration by Inferior Vena Cava Filters. A Systematic Literature Review of Clinical Significance and Management,* Circulation AHA, 132:944-952 (2015). Deposition of Elizabeth Jane Hill, dated November 10, 2016, page 165, line 5 through page 175, line 4.



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                  T 984.974.5058
CAMPUS BOX 7080                     F 984.974.0744
CHAPEL HILL, NC 27599-7080          todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

explanation for her complaints of fecal urgency would be her documented use of Miralax.[7]

    d.  There is no evidence Mrs. Hill suffered any permanent injury from her filter erosion, or the removal of her filter.

        i.  A January 2014 EGD reported a narrowed area in the duodenal sweep with erythema. The duodenal sweep (anatomically) is in the first and second segments of the duodenum. Her filter erosion, however, was in the third portion of her duodenum, nowhere near the area where narrowing was reported in this EGD in January of 2014. Even if we assume that she did in fact have narrowing at this portion of her bowel (which I do not believe she did for the reasons outlined below), narrowing at this location would *not* have been caused by her filter.

       ii.  I also believe that the totality of the imaging and procedures performed on Mrs. Hill does not support that she actually had narrowing of her duodenum in the duodenal sweep.

           1.  The actual degree of narrowing of the duodenal sweep, as seen endoscopically, is highly subjective.

           2.  In January of 2014, Dr. Choudhry was also able to fully advance his endoscope, which suggests a lack of clinically significant narrowing of her duodenum in this location.

           3.  Narrowing of her bowel is not present in any portion of her bowel on CT (12/10/15) or small bowel follow-through study performed on 4/21/14, after her filter was removed (including the duodenal sweep). These are superior modalities to endoscopy for diagnosis of anatomic narrowing.

---

[7] Robson KM, et al, *Fecal Incontinence in Adults: Etiology and Evaluation*, UpToDate Topic 2561 Version 24.0 (last updated August 10, 2016)



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080            F 984.974.0744
CHAPEL HILL, NC 27599-7080    todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

       iii.  There is also no evidence of chronic inflammation or scarring on CT of taken 12/11/13, or 12/10/15.

  e.  There is also no evidence she will ever suffer injury in future attributable to her IVC filter.

       i.  I do not believe she needs to undergo any further GI testing or evaluation as a result of her IVC filter erosion. If she were my patient, I would not schedule her for any GI tests or procedures in the future to monitor her bowel in the area of her past filter erosion.

       ii.  She has had extensive GI work-ups following her filter removal that have not evidenced any issues with bleeding, narrowing, or inflammation in her bowel. The evidence shows her duodenum is anatomically and histologically normal. There is no evidence to suggest that her duodenum will become anatomically or histologically abnormal in the future absent further insult (which is not possible since her filter has been removed). Neither my own clinical experience, nor the published literature, supports that a patient could suffer a future harm from a penetrating foreign body spontaneously, years after a foreign body is removed from their duodenum.

       iii.  I have personally seen patients whose IVC filters were eroding their duodenum on endoscopy. I did not refer this patient for further evaluation or follow-up absent any findings of hemorrhage or localized inflammatory reaction on endoscopy, or otherwise unexplainable abdominal pain.

  f.  It is not surprising that her filter erosion did not cause an injury or symptom.

       i.  The tissues in the bowel are elastic. They stretch and heal very easily. Focal penetration through the muscular layer would not be anticipated to cause stricture/stenosis.

       ii.  The filter strut affected a very focal segment of the intestinal wall in a location of the bowel which we know heals readily and without long term sequelae once any insult has been removed. For example, we routinely and



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                       T 984.974.5058
CAMPUS BOX 7080                          F 984.974.0744
CHAPEL HILL, NC 27599-7080               todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

intentionally perforate the small bowel with needles during fine needle aspiration biopsy. We also intentionally advance up to a 19 gauge biopsy needle through the duodenal wall to access other organs. (A 19 gauge needle is .91 mm in diameter]. Dr. Kenneth Perry's expert report notes that a Celect filter's primary leg has a diameter .4572 mm (.018"), making its circumference 1.436 mm. (Perry Report, p. 8.) The secondary arms of the Celect filter are .254 mm in diameter (.010"), making the circumference .798 mm for the secondary arms. (Perry Report, p. 8.)

iii. I have personally held an exemplar of the Celect filter placed in Mrs Hill, and it appears much smaller than many of the devices and less sharp than the needles that I intentionally place through the duodenal tissues. It has not been reported in the literature that any patient undergoing fine needle biopsy through the duodenal wall has ever later developed a stricture or duodenal stenosis following this procedure, where a needle even bigger than a filter is intentionally placed over and over (sometimes up to 10 punctures) all the way through the duodenum.

iv. In addition, we perform endoscopic transduodenal drainage, where we puncture the duodenum and place 10 mm diameter stents to drain adjacent fluid collections. I have drained gallbladders through the duodenum, pancreatic pseudocycysts through the duodenum, with these large stents. Following removal of the stents, I have never seen any localized sequelae including stricture, stenosis, or inflammatory change. The published literature also does not suggest that the use of these large transduodenal stents cause any injury to a patient's bowel.[8]

g. Mrs. Hill would have been fine and suffered no bowel complication even if the filter was not removed by Dr. Lynch. We know it had eroded years before its discovery, all the way though the bowel wall, and caused no clinical sequelae, and

---

[8] Baron TH. Endoscopic drainage of pancreatic pseudocysts. J Gastrointest Surg. 2008 Feb;12(2):369-72.



**THE UNIVERSITY**
**of NORTH CAROLINA**
**at CHAPEL HILL**

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.                    T 984.974.5058
CAMPUS BOX 7080                       F 984.974.0744
CHAPEL HILL, NC 27599-7080            todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

the literature supports that the vast number of filter erosion into the duodenum are largely asymptomatic in patients with filters that are not retrieved.[9]

h.  The causes of her current problems are likely functional and exacerbated by lymphocytic colitis, not related to filter. She has a functional bowel disorder-long history of dysphasia, dyspepsia, etc. There is actually nothing anatomically wrong with her GI tract, just something wrong with how the bowel actually works. Her functional bowel disorder caused her many GI symptoms before her filter was placed, as well as the symptoms she currently reports today, and it is likely she will continue to have GI symptoms intermittently for the foreseeable future.[10]

i.  I have reviewed the applicable literature on IVC filters and the duodenum (via a PubMed search), and have reviewed publications specifically outlining reports of IVC filter perforations into the duodenum in patients. These publications support my opinions, and outline that, on the whole, perforations into the duodenum by an IVC filter are asymptomatic, and that nothing in Mrs. Hill's records suggest she suffered any injury that can be attributable to her IVC filter erosion into her duodenum. They also confirm that when an IVC filter perforation do rarely cause a clinical problem in the bowel like hemorrhage or pain, this symptom does not persist after removal of the device.[11]

---

[9] Malgor et al, *A Systematic Review of Symptomatic Duodenal Perforation by Inferior Vena Cava Filters*, J Vasc Surg (2011) (Article in Press).
[10] See, e.g, Alexander C. Ford, MB, ChB, M.D., et al., *American College of Gastroenterology Monograph on the Management of Irritable Bowel Syndrome and Chronic Idiopathic Constipation,* Am. J. Gastroenterol. Vol 109, Supplement 1, S2-S26 (August 2014).
[11] Malgor et al, *A Systematic Review of Symptomatic Duodenal Perforation by Inferior Vena Cava Filters*, J Vasc Surg (2011) (Article in Press); Freezor et al, *Duodenal Perforation with an Inferior Vena Cava Filter: An Unusual Case of Abdominal Pain,* Journal of Vascular Surgery 1-3 (2001)*;* Appleberg, et al, *Duodenal Penetration by a Greenfield Caval Filter*, 61(12) ANZ Journal of Surgery 957-960 (1991); E. Rondonotti et al., *An Unusual Double-Balloon Enteroscopy Finding: Duodenal Perforation by an Inferior Vena Cava Filter,* Gastrointest. Endosc. 77(4) (February 2013). R.D. Malgor, G.L. Hines, L. Terrana, N. Labropoulos, *Persistent abdominal pain caused by an inferior vena cava filter protruding into the duodenum and the aortic wall,* Ann. Vasc. Surg. 26(6); 858.e3-6 (2012). Park et al.,



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DIVISION OF GASTROENTEROLOGY AND HEPATOLOGY
ADVANCED THERAPEUTIC ENDOSCOPY
130 MASON FARM RD.          T 984.974.5058
CAMPUS BOX 7080             F 984.974.0744
CHAPEL HILL, NC 27599-7080  todd_baron@med.unc.edu

TODD H. BARON, MD, F.A.S.G.E.
*Professor of Medicine*
*Director of Advanced Therapeutic Endoscopy*

j. Mrs. Hill's recent clinical notes suggesting her GI symptoms have abated somewhat are in keeping with an intermittent, fluctuation functional disease rather than being related to her prior IVC filter.

These opinions are offered to a reasonable degree of medical certainty. I reserve the right to supplement or amend these opinions if additional information becomes available.

Todd H. Baron, M.D.

June 28, 2017
Date

---

*Asymptomatic Duodenal Perforation from an Inferior Vena Cava Filter,* 1(3) ACG Case Reports Journal (2014).

# EXHIBIT A

# Curriculum Vitae and Bibliography
# Todd H. Baron, MD

## Personal Information

| | |
|---|---|
| Email Address: | todd_baron@med.unc.edu |
| Home Address: | 121 Angel Way |
| | Chapel Hill, NC 27516 |
| | 919-806-6933 |

## Education

| | |
|---|---|
| ▪ Duke University Medical Center, Duke University Fellow, Third-Tier Biliary Fellowship | 7/1992 – 6/1993 |
| ▪ University of Alabama at Birmingham Fellow, Gastroenterology | 7/1990 – 6/1992 |
| ▪ University of Alabama at Birmingham Resident, Chief Medical Resident, Internal Medicine | 7/1989 – 6/1990 |
| ▪ University of Alabama at Birmingham Resident, Internal Medicine | 7/1987 – 6/1989 |
| ▪ University of Alabama at Birmingham Internship, Internal Medicine | 7/1986 – 6/1987 |
| ▪ University of Florida Medical School, University of Florida MD | 8/1982 – 5/1986 |
| ▪ University of Florida, BS | 9/1978 – 5/1982 |

## Cerfications

**Board Certification(s)**

**American Board of Internal Medicine (ABIM)**

| | |
|---|---|
| Internal Medicine | 1989 – Present |
| Gastrointestinal Medicine | Initial 1993; |
| | Recert. 2003, 2013 |

**National Board of Medical Examiners (NBME)**

| | |
|---|---|
| Part III | 1987 – Present |
| Part I | 1985 – Present |
| Part II | 1985 – Present |

**Mayo Certification(s)**
**Mayo Clinic Quality Academy**

| | |
|---|---|
| Mayo Clinic Quality Fellow: Bronze Level Certification | 02/01/2011 |

## Medical Licensure

| | | |
|---|---|---|
| North Carolina | 35096 | 2014 – present |
| North Carolina | 35096 | 1992 – 1993 |
| Arizona | 28280 | 2002 – present |
| Florida | ME0079756 | 1999 – present |
| Minnesota | 41139 | 1998 – present |
| Alabama | 13365 | 1986 – 1998 |

## Professional Experience- Employment History

| | |
|---|---|
| **Clinical Professor** in the Department of Medicine, Division of Gastroenterology and Hepatology, University of North Carolina at Chapel Hill. | 1/1/2014 – Present |

| | |
|---|---|
| **Master's Faculty Privileges in Clinical & Translational Science** - Mayo Graduate School, Mayo Clinic College of Medicine | 6/2007 – 12/2013 |
| **Director of ERCP** - Division of Gastroenterology and Hepatology, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 2003 – 2013 |
| **Consultant -** Division of Gastroenterology and Hepatology, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 10/2001 – 12/2013 |
| **Senior Associate Consultant** - Division of Gastroenterology and Hepatology, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 10/1998 – 10/2001 |
| **Director of ERCP -** Division of Gastroenterology and Hepatology, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 1999-2002; 2003-2013 |
| **Master's Faculty Privileges in Clinical Research** Mayo Graduate School, Mayo Clinic College of Medicine | 11/2004 – 06/2007 |
| **Director of Endoscopy** - Division of Gastroenterology, Department of Internal Medicine, Mayo Clinic, Scottsdale, Arizona | 2002 – 2003 |
| **Associate Professor of Medicine** - Mayo Clinic College of Medicine | 7/1999 – 4/2003 |
| **Consultan**t – Division of Gastroenterology and Hepatology Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 2001 – 2002 |
| **Senior Associate Consultant** - Division of Gastroenterology and Hepatology, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 1998 – 2001 |
| **Associate Professor** - Division of Gastroenterology and Hepatology, University of Alabama, Birmingham, Birmingham, Alabama | 1997-1998 |
| **Director** - Therapeutic Endoscopy, University of Alabama, Birmingham, Birmingham, Alabama | 1995-1998 |
| **Assistant Professor** - Division of Gastroenterology and Hepatology, University of Alabama, Birmingham, Birmingham, Alabama | 1993-1997 |
| **General Medical and Gastrointestinal Medical Consultant** – Medsense (medsense is a private form for reviewing medical insurance claims for major corporations) | 1989-1990 |
| **Administrator** - Admissions/Bed Control Medicine Service, Birmingham VA, Medical Center | 1989-1990 |
| **Instructor in Medicine** - Department of Medicine, University of Alabama, Birmingham, Birmingham, Alabama | 1989-1990 |

## Honors/Awards

| | |
|---|---|
| Top Reviewer - **Endoscopy** | 2011 - 2013 |
| **Master Endoscopist Award** - American Society for Gastrointestinal Endoscopy | 5/2010 |
| **Evelyn and James Silver Memorial Postdoctoral Research Fellowship (Ashwin Rumalla, M.D.)** - American Liver Foundation | 1/2000 - 12/2000 |
| **Junior Faculty Awardee** - World Congress of Gastroenterology (American Society of Gastrointestinal Endoscopy) for Suction Sclerotherapy | 1/1994 - 12/1994 |
| **Ben Friedman Award for Best Teaching Resident** | 1/1988 - 1/1989 |
| **Osler Award for Clinical Diagnosis** | 1/1987 - 1/1988 |
| **Alpha Omega Alpha (AOA)** - University of Alabama | 1/1987 - 12/1987 |
| **Phi Beta Kappa** - University of Florida | 1/1982 - 12/1982 |

## Bibliography

**Books**

1. **Baron TH**, Kozarek RA, Carr-Locke DL. ERCP. 2nd ed Edition. Philadelphia: Elsevier/Saunders; 2013. 528 p. (Book)

2. Kozarek R, **Baron TH**, Song HY. Self-Expandable Stents in the Gastrointestinal Tract.   Kozarek R, **Baron TH**, Song HY. New York: Springer; 2013. 310 p. (Book)

3. **Baron TH**, Kozarek R, Carr-Locke DL. ERCP.   **Baron TH**, Kozarek R, Carr-Locke DL, editors. Philadelphia: Saunders Elsevier; 2008. 572 p. (Book)

4. **Baron TH**, Dunn GP. Palliative Gastroenterology.  Gastroenterology Clinics of North America. **Baron TH**, Dunn GP. Vol. 35. Philadelphia: W.B. Saunders Company; March 2006. xiii-xiv p. (Book)

**Book Chapters**

1. **Baron TH**. Plastic pancreatobiliary stents and nasopancreaticobiliary tubes: concepts and insertion techniques. In: **Baron TH**; Kozarek RA; Carr-Locke DL editor. ERCP. 2nd ed Edition. Philadelphia: Elsevier/Saunders; 2013. p. 188-99. (Book chapter)

2. Chahal P, **Baron TH**. ERCP for acute and chronic adverse events of pancreatic surgery and pancreatic trauma. In: **Baron TH**; Kozarek RA; Carr-Locke DL editor. ERCP. 2nd ed Edition. Philadelphia: Elsevier/Saunders; 2013. p. 402-9. (Book chapter)

3. **Baron TH**. Endoscopic drainage of pancreatic pseudocysts, absesses, and walled-off (organized) necrosis. In: **Baron TH**; Kozarek RA; Carr-Locke DL editor. ERCP. 2nd ed Edition. Philadelphia: Elsevier/Saunders; 2013. p. 500-12. (Book chapter)

4.  Hochberger J, Maiss J, **Baron TH**. ERCP training. In: **Baron TH**; Kozarek RA; Carr-Locke DL editor. ERCP. 2nd ed Edition. Philadelphia: Elsevier/Saunders; 2013. p. 66-72. (Book chapter)

5.  Bonin EA, **Baron TH**. Colonoscopy. In:  Yeo CJ editor. Shackelford's surgery of the alimentary tract. 7th Edition. Volume 2. Philadelphia: Elsevier/Saunders; 2013. p. 1945-60.  (Book chapter)

6.  **Baron TH Sr**. Acute pancreatitis and peripancreatic fluid collections. In:  Ginsberg GG; et al, editor. Clinical gastrointestinal endoscopy. 2nd Edition. St. Louis: Elsevier/Saunders; 2012. p. 644-59.  (Book chapter)

7.  Levy MJ, **Baron TH**. Pseudocyst management. In:  Cohen J. Successful Training in Gastrointestinal Endoscopy. Blackwell Publishing, Ltd, Oxford; 2011. p. 332-40. (Book chapter)

8.  Saleem A, El-Youssef M, **Baron TH**. Endoscopic retrograde cholangiopancreatography. In: Pediatric gastrointestinal and liver disease. 2011. p. 668-78. (Book chapter)

9.  Saleem A, El-Youssef M, **Baron TH**. Chapter 63: Endoscopic retrograde cholangiopancreatography. Section 7: Gastrointestinal Procedures/ERCP.  In:  Wyllie & Hyams. Pediatric Gastrointestinal and Liver Disease. 4th ed. St. Louis: Elsevier; 2010. p.688-678.e3 (Book chapter)

10. Ferreira LE, **Baron TH**. Endoscopic treatment of pancreatic disease. In:  Feldman M; Friedman LS; Brandt LJ editor. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology, diagnosis, management. 9th Edition. Philadelphia: Saunders/Elsevier; 2010. p. 1035-42.  (Book chapter)

11. Stockland AH, **Baron TH**. Endoscopic and radiologic treatment of biliary disease. In:  Feldman M; Friedman LS; Brandt LJ editor. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology, diagnosis, management. 9th Edition. Philadelphia: Saunders/Elsevier; 2010. p. 1185-98.  (Book chapter)

12. **Baron TH**. Endoscopic palliation of malignant obstruction. In:  Talley NJ; Kane SV; Wallace MB editor. Practical gastroenterology and hepatology. Small and large intestine and pancreas. Chichester; Hoboken: Wiley-Blackwell; 2010. (Practical Gastroenterology and Hepatology.). p. 219-23.  (Book chapter)

13. **Baron TH**, Kozarek RA. Gastrointestinal stenting. In:  Classen M; et al, editor. Gastroenterological endoscopy. 2nd Edition. Stuttgart; New York: Thieme; 2010. p. 393-402. (Book chapter)

14. **Baron TH**, Murad FM. Intestinal decompression. In:  Classen M; et al, editor. Gastroenterological endoscopy. 2nd Edition. Stuttgart; New York: Thieme; 2010. p. 425-30. (Book chapter)

15. **Baron TH**. Endoscopic techniques in management of the liver and biliary tree: endoscopic retrograde cholangiopancreatography and biliary manometry.  In:  Talley NJ; Lindor KD; Vargas HE. Practical gastroenterology and hepatology. Liver and biliary disease. Chichester; Hoboken: Wiley-Blackwell; 2010. p. 61-70. (Practical Gastroenterology and Hepatology.)  (Book chapter)

16. **Baron TH**, Ferreira LE. Endoscopic management of pancreatic disease.  In:  Feldman M, Friedman LS. Sleisenger and Fordtran's Gastrointestinal and Liver Disease: Pathophysiology, Diagnosis, Management. 2009. p.1035-1041. (Book chapter)

17. **Baron TH**, Stockland AH. Percutaneous and endoscopic management of biliary disease. In: Feldman M, Friedman LS. Sleisenger and Fordtran's Gastrointestinal and Liver Disease: Pathophysiology, Diagnosis, Management. 2009. p.1185-1197. (Book chapter)

18. **Baron TH**. Benign and malignant colorectal strictures. In: In: Waye JD; Rex DK; Williams CB editor. Colonoscopy: principles and practice. 2nd ed. Chichester; Hoboken: Wiley-Blackwell; 2009. p. 689-702. (Book chapter)

19. **Baron TH**. Endoscopic palliation of dysphagia: stenting. In: In: Jobe BA; Thomas CR Jr; Hunter JG editor. Esophageal cancer: principles and practice. New York: Demos Medical; 2009. p. 725-36. (Book chapter)

20. **Baron TH**, Ponsky JL. Plastic pancreatic and biliary stents: concepts and insertion techniques. In: In: **Baron TH**, Kozarek R, Carr-Locke DL, editors. ERCP. Philadelphia: Saunders Elsevier; 2008. p. 153-63. (Book chapter)

21. **Baron TH**. Interventional management of pancreatic fluid collections and abscesses. In: Beger HG, Matsuno S, Cameron JL, editors. Diseases of the pancreas: current surgical therapy. Berlin: Springer; 2008. p. 271-9. (Book chapter)

22. Vege SS, **Baron TH Sr**. Acute pancreatitis. In: Hauser SC, Pardi DS, Poterucha JJ, editors. Mayo Clinic gastroenterology and hepatology board review. 3rd Edition. Rochester: Mayo Clinic Scientific Press; 2008. p. 459-68. (Book chapter)

23. **Baron TH**. Endoscopic drainage of pancreatic pseudocysts, abscesses and organized (walled-off) necrosis. In: In: **Baron TH**, Kozarek R, Carr-Locke DL, editors. ERCP. Philadelphia: Saunders Elsevier; 2008. p. 475-91. (Book chapter)

24. **Baron TH**. Gastrointestinal stenting. In: Geschwind JFH, Soulen MC. Interventional oncology: principles and practice. New York: Cambridge; 2008. p. 544-51. (Book chapter)

25. **Baron TH**. Endoscopic and interventional palliation of pancreatic cancer. In: Beger HG, et al, editors. The pancreas: an integrated textbook of basic science, medicine, and surgery. 2nd Edition. Malden; Oxford: Blackwell Pub.; 2008. p. 682-8. (Book chapter)

26. Adler DG, Petersen BT, **Baron TH**. Cannulation of the major and minor papilla. In: In: **Baron TH**, Kozarek R, Carr-Locke DL, editors. ERCP. Philadelphia: Saunders Elsevier; 2008. p. 73-85. (Book chapter)

27. **Baron TH Sr**, Vege SS. Acute pancreatitis. In: Hauser SC, editor. Mayo Clinic gastroenterology and hepatology board review. 2nd Edition. Rochester: Mayo Clinic Scientific Press; 2006. p. 405-12. (Book chapter)

28. **Baron TH**. Percutaneous endoscopic gastrostomy (PEG) and percutaneous endoscopic jejunostomy (PEJ). In: Drossman DA, editor. Handbook of gastroenterologic procedures. 4th Edition. Philadelphia: Lippincott Williams & Wilkins; 2005. p. 147-55. (Book chapter)

29. **Baron TH**. Acute pancreatitis and peripancreatic fluid collections. In: Ginsberg GG, et al, editors. Clinical gastrointestinal endoscopy. Philadelphia: Elsevier Saunders; 2005. p. 751-68. (Book chapter)

30. Abu-Hamda EM, **Baron TH**. Clips and loops. In: Drossman DA, editor. Handbook of gastroenterologic procedures. 4th Edition. Philadelphia: Lippincott Williams & Wilkins; 2005. p. 97-102. (Book chapter)

31. **Baron TH Sr**. Acute pancreatitis. In:  Hauser SC, editor. Mayo Clinic gastroenterology and hepatology board review. Rochester: Mayo Clinic Scientific Press; 2004. p. 263-9.  (Book chapter)

32. **Baron TH**. Benign and malignant colorectal strictures. In:  Waye JD, Rex RK, Williams CB, editors. Colonoscopy: principles and practice. 1st Edition. Malden: Blackwell; 2003. p. 611-23. (Book chapter)

33. **Baron TH**, de Groen PC. Gastrointestinal vascular diseases: endoscopic treatment.  In:  Lanzer P, Topol CJ. Pan Vascular medicine. Berlin: Springer; 2002. p. 1712-24.  (Book chapter)

34. Blackard WG, Van Leeuwen DJ, **Baron TH**. Histology and cytology of liver, biliary tract and pancreas. In:  Van Leeuwen DJ, et al, editors. Imaging in Hepatobiliary and Pancreatic Disease: A Practical Clinical Approach. London: W. B. Saunders Company Ltd.; 2000. p. 427-41.  (Book chapter)

35. **Baron TH**, Morgan DE. Interventional strategies in pancreatic necrosis  In: Acute pancreatitis - novel concepts in biology and therapy, Buchler MW, Uhl W, Freiss H, Malfertheiner P (eds.), co. 1999, Blackwell Wiessenschafts-Verlag, Berlin-Vienna. p. 431-440. (Book chapter)

36. Blackard WG Jr, **Baron TH**. Biliary tract and gallbladder disease. In:  Blackwell RE, editor. Women's Medicine. Cambridge: Blackwell Science, Inc; 1996. p. 182-90.  (Book chapter)

37. Parkman HP, **Baron TH**, Richter JE, Fisher RS. Gastrointestinal Motility Disorders in Pregnancy Chapter 1 In Gastrointestinal Disorders During Pregnancy; Karlstadt RG, Surawicz CM, Croitiru (Eds.) Published by the American Journal of Gastroenterology, September, 1994. p. 4-14. (Book chapter)

38. Elson CO, Dieleman LA, **Baron TH**, Beagley KW, Truss CD. Immunosuppressive drugs and methotrexate in the treatment of inflammatory bowel disease. In:  Fruuhmorgen E, editor. Non-neoplastic diseases of the ano-rectum. Lancaster: Kluwer Academic Publishers; 1992. (chapter 35) p. 325-32.  (Book chapter)

**Peer-reviewed Articles**

1. Parekh PJ, Majithia R, Sikka SK, **Baron TH**. The "Scope" of Post-ERCP Pancreatitis. Mayo Clin Proc. 2017 Mar;92(3):434-448. doi: 10.1016/j.mayocp.2016.10.028. Review. PubMed PMID: 28160947.

2. Shah ND, Sasatomi E, **Baron TH**. Acute and Relapsing Hepatitis Caused by Glycogenic Hepatopathy. Clin Gastroenterol Hepatol. 2017 Feb 9. pii: S1542-3565(17)30148-9. doi: 10.1016/j.cgh.2017.02.004. [Epub ahead of print] PubMed PMID: 28189697.

3. Rodrigues-Pinto E, Grimm IS, **Baron TH**. Biliary bypass redux: lessons for the therapeutic endoscopist from the archives of surgery. Gastrointest Endosc. 2017 Feb;85(2):428-432. doi: 10.1016/j.gie.2016.08.024. PubMed PMID: 28089036.

4. Grooteman KV, Wong Kee Song LM, Vleggaar FP, Siersema PD, **Baron TH**. Non-adherence to the rule of 3 does not increase the risk of adverse events in esophageal dilation. Gastrointest Endosc. 2017 Feb;85(2):332-337.e1. doi: 10.1016/j.gie.2016.07.062. PubMed PMID: 27506393.

5. Shah ND, Sasatomi E, **Baron TH**. Endoscopic Ultrasound-guided Parenchymal Liver Biopsy: Single Center Experience of a New Dedicated Core Needle. Clin Gastroenterol Hepatol. 2017 Jan 23. pii: S1542-3565(17)30061-7. doi:10.1016/j.cgh.2017.01.011. [Epub ahead of print] PubMed PMID: 28126424.

6. Khan MA, Atiq O, Kubiliun N, Ali B, Kamal F, Nollan R, Ismail MK, Tombazzi C, Kahaleh M, **Baron TH**. Efficacy and safety of endoscopic gallbladder drainage in acute cholecystitis: Is it better than percutaneous gallbladder drainage? Gastrointest Endosc. 2017 Jan;85(1):76-87.e3. doi: 10.1016/j.gie.2016.06.032. Review. PubMed PMID: 27343412.

7. Itoi T, **Baron TH**, Khashab MA, Tsuchiya T, Irani S, Dhir V, Bun Teoh AY. Technical review of endoscopic ultrasonography-guided gastroenterostomy in 2017. Dig Endosc. 2016 Dec 29. doi: 10.1111/den.12794. [Epub ahead of print] Review. PubMed PMID: 28032663.

8. Law R, **Baron TH**. Choosing the Appropriate Esophageal Stent for Your Patient. Am J Gastroenterol. 2016 Dec;111(12):1669-1671. doi: 10.1038/ajg.2016.502. PubMed PMID: 27801885.

9. Rodrigues-Pinto E, Jalaj S, Grimm IS, **Baron TH**. Impact of EUS-guided fine-needle biopsy sampling with a new core needle on the need for onsite cytopathologic assessment: a preliminary study. Gastrointest Endosc. 2016 Dec;84(6):1040-1046. doi: 10.1016/j.gie.2016.06.034. PubMed PMID: 27345131.

10. **Baron TH**, Grimm IS. Plastic stents or covered self-expandable metal stents for benign biliary strictures: same song, different verse? Hepatobiliary Surg Nutr. 2016 Dec;5(6):506-508. doi: 10.21037/hbsn.2016.11.07. PubMed PMID: 28124009; PubMed Central PMCID: PMC5218915.

11. Rustagi T, Irani S, Reddy DN, Abu Dayyeh BK, **Baron TH**, Gostout CJ, Levy MJ, Martin J, Petersen BT, Ross A, Topazian MD. Radiofrequency ablation for intraductal extension of ampullary neoplasms. Gastrointest Endosc. 2016 Nov 17. pii: S0016-5107(16)30738-6. doi: 10.1016/j.gie.2016.11.002. [Epub ahead of print] PubMed PMID: 27866907.

12. Chen YI, Itoi T, **Baron TH**, Nieto J, Haito-Chavez Y, Grimm IS, Ismail A, Ngamruenphong S, Bukhari M, Hajiyeva G, Alawad AS, Kumbhari V, Khashab MA. EUS-guided gastroenterostomy is comparable to enteral stenting with fewer re-interventions in malignant gastric outlet obstruction. Surg Endosc. 2016 Nov 10. [Epub ahead of print] PubMed PMID: 27834024.

13. Lenz CJ, Bick BL, Katzka D, Nichols FC, Depew ZS, Wong Kee Song LM, **Baron TH**, Buttar NS, Maldonado F, Enders FT, Harmsen WS, Dierkhising RA, Topazian MD. Esophagorespiratory Fistulas: Survival and Outcomes of Treatment. J Clin Gastroenterol. 2016 Nov 7. [Epub ahead of print] PubMed PMID: 27824640.

14. Storm AC, Thompson CC, **Baron TH**, Griffith AS. Flexible endoscopic Zenker's diverticulotomy toolbox. Gastrointest Endosc. 2016 Nov;84(5):845-846. doi: 10.1016/j.gie.2016.05.036. PubMed PMID: 27255159.

15. Spaander MC, **Baron TH**, Siersema PD, Fuccio L, Schumacher B, Escorsell À, Garcia-Pagán JC, Dumonceau JM, Conio M, de Ceglie A, Skowronek J, Nordsmark M, Seufferlein T, Van Gossum A, Hassan C, Repici A, Bruno MJ. Esophageal stenting for benign and malignant disease: European Society of Gastrointestinal Endoscopy  (ESGE) Clinical Guideline. Endoscopy. 2016 Oct;48(10):939-48. doi: 10.1055/s-0042-114210. PubMed PMID: 27626318.

16. Irani S, Jalaj S, Ross A, Larsen M, Grimm IS, **Baron TH**. Use of a lumen-apposing metal stent to treat GI strictures (with videos). Gastrointest Endosc. 2016 Sep 12. pii: S0016-5107(16)30534-X. doi: 10.1016/j.gie.2016.08.028.  [Epub ahead of print] PubMed PMID: 27633158.

17. Rodrigues-Pinto E, **Baron TH**. Evaluation of the AXIOS stent for the treatment  of pancreatic fluid collections. Expert Rev Med Devices. 2016 Sep;13(9):793-805.  doi: 10.1080/17434440.2016.1222898. Review. PubMed PMID: 27545192.

18. Vazquez-Sequeiros E, **Baron TH**, Pérez-Miranda M, Sánchez-Yagüe A, Gornals J, Gonzalez-Huix F, de la Serna C, Gonzalez Martin JA, Gimeno-Garcia AZ, Marra-Lopez C, Castellot A, Alberca F, Fernandez-Urien I, Aparicio JR, Legaz ML, Sendino O, Loras C, Subtil JC, Nerin J,

Perez-Carreras M, Diaz-Tasende J, Perez G, Repiso A, Vilella A, Dolz C, Alvarez A, Rodriguez S, Esteban JM, Juzgado D, Albillos A; Spanish Group for FCSEMS in Pancreas Collections.. Evaluation of the short- and long-term effectiveness and safety of fully covered self-expandable metal stents  for drainage of pancreatic fluid collections: results of a Spanish nationwide registry. Gastrointest Endosc. 2016 Sep;84(3):450-457.e2. doi: 10.1016/j.gie.2016.02.044. PubMed PMID: 26970012.

19.  **Baron TH**, Grimm IS. Endoscopic Ultrasound-guided Transmural Drainage for Palliation of Malignant Distal Common Bile Duct Obstruction in Patients With an Inaccessible Papilla: Approaching the Tipping Point? Clin Gastroenterol Hepatol.  2016 Jul;14(7):1020-1. doi: 10.1016/j.cgh.2016.03.007. PubMed PMID: 26972983.

20.  Rodrigues-Pinto E, **Baron TH**. Endoscopic ultrasound-guided internalization of  a pancreaticocutaneous fistula without need for percutaneous manipulation. Endosc Ultrasound. 2016 Jul-Aug;5(4):276-8. doi: 10.4103/2303-9027.187895. PubMed PMID:  27503164; PubMed Central PMCID: PMC4989413.

21.  Rodrigues-Pinto E, **Baron TH**. Endoscopic Ultrasound-Guided Transesophageal Drainage of an Infected Aneurysm After Aortic Stent Graft Placement. Gastroenterology. 2016 Jul;151(1):30-1. doi: 10.1053/j.gastro.2016.04.039. PubMed PMID: 27178120.

22.  Ishaq S, Hassan C, Antonello A, Tanner K, Bellisario C, Battaglia G, Anderloni A, Correale L, Sharma P, **Baron TH**, Repici A. Flexible endoscopic treatment for Zenker's diverticulum: a systematic review and meta-analysis. Gastrointest Endosc. 2016 Jun;83(6):1076-1089.e5. doi: 10.1016/j.gie.2016.01.039. Review. PubMed PMID: 26802196.

23.  Rodrigues-Pinto E, Grimm IS, **Baron TH**. Novel approach to recanalizing an occluded cystic duct after cholecystoduodenostomy by lumen-apposing metal mesh stent for malignant obstructive jaundice. Gastrointest Endosc. 2016 Jun;83(6):1286-7. doi: 10.1016/j.gie.2015.11.044. PubMed PMID: 26684605.

24.  Chaiteerakij R, Barr Fritcher EG, Angsuwatcharakon P, Ridtitid W, Chaithongrat S, Leerapun A, **Baron TH**, Kipp BR, Henry MR, Halling KC, Rerknimitr R, Roberts LR. Fluorescence in situ hybridization compared with conventional cytology for the diagnosis of malignant biliary tract strictures in Asian patients. Gastrointest Endosc. 2016 Jun;83(6):1228-35. doi: 10.1016/j.gie.2015.11.037. PubMed PMID: 26684604.

25.  DaVee T, Irani S, Leggett CL, Berzosa Corella M, Grooteman KV, Wong Kee Song  LM, Wallace MB, Kozarek RA, **Baron TH**. Stent-in-stent technique for removal of embedded partially covered self-expanding metal stents. Surg Endosc. 2016 Jun;30(6):2332-41. doi: 10.1007/s00464-015-4475-4. PubMed PMID: 26416379.

26.  das Neves JF, das Neves Araújo MM, de Paiva Araújo F, Ferreira CM, Duarte FB, Pace FH, Ornellas LC, **Baron TH**, Ferreira LE. Colonoscopy sedation: clinical trial comparing propofol and fentanyl with or without midazolam. Braz J Anesthesiol. 2016 May-Jun;66(3):231-6. doi: 10.1016/j.bjane.2014.09.014. PubMed PMID: 27108817.

27.  Law R, **Baron TH**. Endoscopic ultrasound-guided biliary interventions: an update on recent developments. Curr Opin Gastroenterol. 2016 May;32(3):232-7. doi: 10.1097/MOG.0000000000000255. Review. PubMed PMID: 26959514.

28.  Rodrigues-Pinto E, Grimm IS, **Baron TH**. Endoscopic ultrasound fine-needle aspiration vs. fine-needle biopsy: tissue is always the issue. Endosc Int Open. 2016 May;4(5):E506-7. doi: 10.1055/s-0041-110952. PubMed PMID: 27227105; PubMed Central PMCID: PMC4874793.

29.  Neves JF, Araújo MM, Araújo Fde P, Ferreira CM, Duarte FB, Pace FH, Ornellas  LC, **Baron TH**, Ferreira LE. [Colonoscopy sedation: clinical trial comparing propofol and fentanyl with or without midazolam]. Rev Bras Anestesiol. 2016 May-Jun;66(3):231-6. doi: 10.1016/j.bjan.2014.09.004. Portuguese. PubMed PMID: 25818341.

30.  Rodrigues-Pinto E, Grimm IS, **Baron TH**. Efficacy of Endoscopically Created Bypass Anastomosis in Treatment of Afferent Limb Syndrome: A Single-Center Study. Clin

Gastroenterol Hepatol. 2016 Apr;14(4):633-7. doi: 10.1016/j.cgh.2015.11.010. PubMed PMID: 26674590.

31. Rodrigues-Pinto E, Grimm IS, **Baron TH**. Removal of buried gastroduodenal stents after drainage of pancreatic fluid collections: Silence of the LAMS (with video). Gastrointest Endosc. 2016 Apr;83(4):853-4. doi: 10.1016/j.gie.2015.11.017. PubMed PMID: 26975290.

32. Elmunzer BJ, Serrano J, Chak A, Edmundowicz SA, Papachristou GI, Scheiman JM, Singh VK, Varadarajulu S, Vargo JJ, Willingham FF, **Baron TH**, Coté GA, Romagnuolo J, Wood-Williams A, Depue EK, Spitzer RL, Spino C, Foster LD, Durkalski V; SVI study group and the United States Cooperative for Outcomes Research in Endoscopy (USCORE).. Rectal indomethacin alone versus indomethacin and prophylactic pancreatic stent placement for preventing pancreatitis after ERCP: study protocol for a randomized controlled trial. Trials. 2016 Mar 3;17(1):120. doi: 10.1186/s13063-016-1251-2. PubMed PMID: 26941086; PubMed Central PMCID: PMC4778337.

33. Law R, Grimm IS, Stavas JM, **Baron TH**. Conversion of Percutaneous Cholecystostomy to Internal Transmural Gallbladder Drainage Using an Endoscopic Ultrasound-Guided, Lumen-Apposing Metal Stent. Clin Gastroenterol Hepatol. 2016 Mar;14(3):476-80. doi: 10.1016/j.cgh.2015.10.026. PubMed PMID: 26528802.

34. Khan MA, Akbar A, **Baron TH**, Khan S, Kocak M, Alastal Y, Hammad T, Lee WM, Sofi A, Artifon EL, Nawras A, Ismail MK. Endoscopic Ultrasound-Guided Biliary Drainage: A Systematic Review and Meta-Analysis. Dig Dis Sci. 2016 Mar;61(3):684-703. doi: 10.1007/s10620-015-3933-0. Review. PubMed PMID: 26518417.

35. Tyberg A, Perez-Miranda M, Sanchez-Ocaña R, Peñas I, de la Serna C, Shah J, Binmoeller K, Gaidhane M, Grimm I, Baron T, Kahaleh M. Endoscopic ultrasound-guided gastrojejunostomy with a lumen-apposing metal stent: a multicenter, international experience. Endosc Int Open. 2016 Mar;4(3):E276-81. doi: 10.1055/s-0042-101789. PubMed PMID: 27004243; PubMed Central PMCID: PMC4798937.

36. Mangiavillano B, Pagano N, **Baron TH**, Arena M, Iabichino G, Consolo P, Opocher E, Luigiano C. Biliary and pancreatic stenting: Devices and insertion techniques in therapeutic endoscopic retrograde cholangiopancreatography and endoscopic ultrasonography. World J Gastrointest Endosc. 2016 Feb 10;8(3):143-56. doi: 10.4253/wjge.v8.i3.143. Review. PubMed PMID: 26862364; PubMed Central PMCID: PMC4734973.

37. Dabizzi E, De Ceglie A, Kyanam Kabir Baig KR, **Baron TH**, Conio M, Wallace MB. Endoscopic "rescue" treatment for gastrointestinal perforations, anastomotic dehiscence and fistula. Clin Res Hepatol Gastroenterol. 2016 Feb;40(1):28-40. doi: 10.1016/j.clinre.2015.04.006. Review. PubMed PMID: 26209869.

38. Ishii K, Itoi T, Tonozuka R, Itokawa F, Sofuni A, Tsuchiya T, Tsuji S, Ikeuchi N, Kamada K, Umeda J, Tanaka R, Honjo M, Mukai S, Fujita M, Moriyasu F, **Baron TH**, Gotoda T. Balloon enteroscopy-assisted ERCP in patients with Roux-en-Y gastrectomy and intact papillae (with videos). Gastrointest Endosc. 2016 Feb;83(2):377-86.e6. doi: 10.1016/j.gie.2015.06.020. PubMed PMID: 26234697.

39. **Baron TH**, Grimm IS. Relief of obstructive jaundice from pancreatic cancer: the end of the plastic stent era? Gut. 2016 Feb;65(2):191-2. doi: 10.1136/gutjnl-2015-310519. PubMed PMID: 26420418.

40. Tabibian JH, Yang JD, **Baron TH**, Kane SV, Enders FB, Gostout CJ. Weekend Admission for Acute Cholangitis Does Not Adversely Impact Clinical or Endoscopic Outcomes. Dig Dis Sci. 2016 Jan;61(1):53-61. doi: 10.1007/s10620-015-3853-z. PubMed PMID: 26391268.

41. Jeong D, Trembath DG, **Baron TH**. Endoscopic ultrasound-guided fine needle biopsy through the interstices of a colonic stent for the diagnosis of metastatic breast cancer using a forward-viewing linear echoendoscope. Endoscopy. 2016;48 Suppl 1:E283-4. doi: 10.1055/s-0042-110490. PubMed PMID: 27626209.

42.   Law R, Grimm IS, **Baron TH**. Endoscopic transgastric pancreatic fistula anastomosis as treatment for a refractory pancreatic duct leak after distal pancreatectomy. Endoscopy. 2016;48 Suppl 1:E210. doi: 10.1055/s-0042-109052. PubMed PMID: 27310891.

43.   Law R, Grimm IS, **Baron TH**. Modified percutaneous assisted transprosthetic endoscopic therapy for transgastric ERCP in a gastric bypass patient. Endoscopy.  2016;48 Suppl 1 UCTN:E16-7. doi: 10.1055/s-0041-110593. PubMed PMID: 26800194.

44.   Kim TH, Kim JH, Seo DW, Lee DK, Reddy ND, Rerknimitr R, Ratanachu-Ek T, Khor  CJ, Itoi T, Yasuda I, Isayama H, Lau JY, Wang HP, Chan HH, Hu B, Kozarek RA, **Baron TH**. International consensus guidelines for endoscopic papillary large-balloon dilation. Gastrointest Endosc. 2016 Jan;83(1):37-47. doi: 10.1016/j.gie.2015.06.016. Review. PubMed PMID: 26232360.

45.   Rodrigues-Pinto E, Grimm IS, **Baron TH**. Gastro-pancreaticojejunostomy for treatment of pancreatic ductal obstruction in a post-Whipple procedure patient. BMJ Open Gastroenterol. 2015 Dec 7;2(1):e000068. doi: 10.1136/bmjgast-2015-000068. PubMed PMID: 26697188; PubMed Central PMCID: PMC4681786.

46.   **Baron TH**, Grimm IS. Nonsurgical management of cholecystitis: a tailored approach. Gastrointest Endosc. 2015 Dec;82(6):1037-8. doi: 10.1016/j.gie.2015.04.016. PubMed PMID: 26614159.

47.   Irani S, **Baron TH**, Grimm IS, Khashab MA. EUS-guided gallbladder drainage with a lumen-apposing metal stent (with video). Gastrointest Endosc. 2015 Dec;82(6):1110-5. doi: 10.1016/j.gie.2015.05.045. PubMed PMID: 26142558.

48.   Khashab MA, Kumbhari V, Grimm IS, Ngamruengphong S, Aguila G, El Zein M, Kalloo AN, **Baron TH**. EUS-guided gastroenterostomy: the first U.S. clinical experience (with video). Gastrointest Endosc. 2015 Nov;82(5):932-8. doi: 10.1016/j.gie.2015.06.017. PubMed PMID: 26215646.

49.   Mukewar S, Gupta A, **Baron TH**, Gores G, Furutani K, Haddock MG, Hallemeier CL. Endoscopically inserted nasobiliary catheters for high dose-rate brachytherapy as part of neoadjuvant therapy for perihilar cholangiocarcinoma. Endoscopy. 2015 Oct;47(10):878-83. doi: 10.1055/s-0034-1392044. PubMed PMID: 25961442.

50.   Yang AL, **Baron TH**, Hart PA. An Uncommon Cause of Peripancreatic Fluid. Gastroenterology. 2015 Oct;149(4):e3-4. doi: 10.1053/j.gastro.2015.02.022. PubMed PMID: 26319035.

51.   **Baron TH**, Grimm IS, Gerber DA. Liver transplantation after endoscopic ultrasound-guided cholecystoduodenostomy for acute cholecystitis: A note of caution. Liver Transpl. 2015 Oct;21(10):1322-3. doi: 10.1002/lt.24168. PubMed PMID: 25980928.

52.   Law R, Grimm IS, **Baron TH**. EUS-guided gastroduodenostomy for gastric outlet obstruction related to chronic pancreatitis. Gastrointest Endosc. 2015 Sep;82(3):567-8. doi: 10.1016/j.gie.2015.04.010. PubMed PMID: 26005009.

53.   Law R, Grimm IS, **Baron TH**. Endoscopic transhepatic cholangiography with antegrade transanastomotic stent placement in a liver transplantation patient with Roux-en-Y hepaticojejunostomy. Gastrointest Endosc. 2015 Sep;82(3):568-9. doi: 10.1016/j.gie.2015.04.001. PubMed PMID: 25975530.

54.   Visrodia KH, Tabibian JH, **Baron TH**. Endoscopic management of benign biliary strictures. World J Gastrointest Endosc. 2015 Aug 25;7(11):1003-13. doi: 10.4253/wjge.v7.i11.1003. Review. PubMed PMID: 26322153; PubMed Central PMCID: PMC4549657.

55.   Mangiavillano B, Pagano N, **Baron TH**, Luigiano C. Outcome of stenting in biliary and pancreatic benign and malignant diseases: A comprehensive review. World J Gastroenterol. 2015 Aug 14;21(30):9038-54. doi: 10.3748/wjg.v21.i30.9038. Review. PubMed PMID: 26290631; PubMed Central PMCID: PMC4533036.

56.   Ofstead CL, Wetzler HP, Doyle EM, Rocco CK, Visrodia KH, **Baron TH**, Tosh PK. Persistent contamination on colonoscopes and gastroscopes detected by biologic cultures and rapid

indicators despite reprocessing performed in accordance with guidelines. Am J Infect Control. 2015 Aug;43(8):794-801. doi: 10.1016/j.ajic.2015.03.003. PubMed PMID: 26234219.

57. **Baron TH**, Grimm IS, Swanstrom LL. Interventional Approaches to Gallbladder Disease. N Engl J Med. 2015 Jul 23;373(4):357-65. doi: 10.1056/NEJMra1411372. Review. PubMed PMID: 26200981.

58. Artifon EL, Loureiro JF, **Baron TH**, Fernandes K, Kahaleh M, Marson FP. Surgery or EUS-guided choledochoduodenostomy for malignant distal biliary obstruction after ERCP failure. Endosc Ultrasound. 2015 Jul-Sep;4(3):235-43. doi: 10.4103/2303-9027.163010. PubMed PMID: 26374583; PubMed Central PMCID: PMC4568637.

59. Sweetser S, Woosley JT, **Baron TH**. Peculiar Pigmented Polyp. Gastroenterology. 2015 Jul;149(1):e1-2. doi: 10.1053/j.gastro.2014.11.035. PubMed PMID: 26026746.   60: Grimm IS, **Baron TH**. Biliary Stents for Palliation of Obstructive Jaundice: Choosing the Superior Endoscopic Management Strategy. Gastroenterology. 2015 Jul;149(1):20-2. doi: 10.1053/j.gastro.2015.05.028. PubMed PMID: 26021235.

60. Law R, Wong Kee Song LM, Irani S, **Baron TH**. Immediate technical and delayed clinical outcome of fistula closure using an over-the-scope clip device. Surg Endosc. 2015 Jul;29(7):1781-6. doi: 10.1007/s00464-014-3860-8. PubMed PMID: 25277480.

61. Law R, Wobker S, Grimm IS, **Baron TH**. Endoscopic ultrasonography-guided fine needle aspiration of kidney masses. Gastroenterology. 2015 Jun;148(7):1282-3. doi: 10.1053/j.gastro.2015.03.008. PubMed PMID: 25770084.

62. Khashab MA, **Baron TH**, Binmoeller KF, Itoi T. EUS-guided gastroenterostomy: a  new promising technique in evolution. Gastrointest Endosc. 2015 May;81(5):1234-6. doi: 10.1016/j.gie.2014.12.053. PubMed PMID: 25864896.

63. Law R, Grimm IS, **Baron TH**. Cholecystoduodenostomy and duodenal stenting for relief of biliary and gastric outlet obstruction. Gastrointest Endosc. 2015 May;81(5):1257-8. doi: 10.1016/j.gie.2014.09.034. PubMed PMID: 25440674.

64. Katanuma A, Itoi T, **Baron TH**, Yasuda I, Kin T, Yane K, Maguchi H, Yamazaki H, Sano I, Minami R, Manabu SY, Ikarashi S, Osanai M, Takahashi K. Bench-top testing of suction forces generated through endoscopic ultrasound-guided aspiration needles. J Hepatobiliary Pancreat Sci. 2015 May;22(5):379-85. doi: 10.1002/jhbp.201. PubMed PMID: 25557010.

65. Parekh PJ, Majithia R, Diehl DL, **Baron TH**. Endoscopic ultrasound-guided liver biopsy. Endosc Ultrasound. 2015 Apr-Jun;4(2):85-91. doi: 10.4103/2303-9027.156711. Review. PubMed PMID: 26020041; PubMed Central PMCID: PMC4445181.

66. Irani S, **Baron TH**, Law R, Akbar A, Ross AS, Gluck M, Gan I, Kozarek RA. Endoscopic treatment of nonstricture-related benign biliary diseases using covered self-expandable metal stents. Endoscopy. 2015 Apr;47(4):315-21. doi: 10.1055/s-0034-1391093. PubMed PMID: 25521570.

67. Ramchandani M, Lakhtakia S, Galasso D, Baron T, Sekaran A, Nageshwar Reddy D. Dyspepsia and weight loss in a 47-year-old man. Gut. 2015 Apr;64(4):610 discussion 683. doi: 10.1136/gutjnl-2014-308599. PubMed PMID: 25398773.

68. Sweetser S, **Baron TH**. Optimizing bowel cleansing for colonoscopy. Mayo Clin Proc. 2015 Apr;90(4):520-6. doi: 10.1016/j.mayocp.2015.01.015. Review. PubMed PMID: 25841255.

69. **Baron TH**, Zacks S, Grimm IS. Endoscopic ultrasound-guided cholecystoduodenostomy for acute cholecystitis in a patient with thrombocytopenia and end-stage liver disease awaiting transplantation. Clin Gastroenterol Hepatol. 2015 Feb;13(2):e13-4. doi: 10.1016/j.cgh.2014.09.001. PubMed PMID: 25218159.

70. Mangiavillano B, **Baron TH**. Changing our perspective in endoscopic ultrasound  (EUS) and ERCP. Endoscopy. 2015 Feb;47(2):176. doi: 10.1055/s-0034-1391076. PubMed PMID: 25635731.

71. Law R, **Baron TH**. Endoscopic management of pancreatic pseudocysts and necrosis. Expert Rev Gastroenterol Hepatol. 2015 Feb;9(2):167-75. doi: 10.1586/17474124.2014.943186. Review. PubMed PMID: 25222140.

72. Abu Dayyeh BK, **Baron TH**, Buttar N. Percutaneous-assisted transprosthetic endoscopic therapy for transmural closure of a large postoperative leak. Gastrointest Endosc. 2015 Feb;81(2):455-6. doi: 10.1016/j.gie.2014.05.005. PubMed PMID: 24981805.

73. Law R, **Baron TH**. Endoscopic removal of a large common bile duct stone: more than one way to skin a cat. Gastrointest Endosc. 2015 Feb;81(2):461-2. doi: 10.1016/j.gie.2014.04.031. PubMed PMID: 24929487.

74. Visrodia KH, Ofstead CL, Wetzler HP, Tosh PK, **Baron TH**. Reply to Whiteley et al. Infect Control Hosp Epidemiol. 2015 Feb;36(2):237-8. doi: 10.1017/ice.2014.57. PubMed PMID: 25633013.

75. **Baron TH**, DeSimio TM. New ex-vivo porcine model for endoscopic ultrasound-guided training in transmural puncture and drainage of pancreatic cysts and fluid collections (with videos). Endosc Ultrasound. 2015 Jan-Mar;4(1):34-9. doi: 10.4103/2303-9027.151326. PubMed PMID: 25789282; PubMed Central PMCID: PMC4362001.

76. Rodrigues-Pinto E, Grimm IS, **Baron TH**. Endoscopic ultrasound (EUS)-guided duodenogastroenterostomy: why not do it from the other side? Endoscopy. 2015;47 Suppl 1 UCTN:E594-5. doi: 10.1055/s-0034-1393650. PubMed PMID: 26671540.

77. Galasso D, **Baron TH**, Attili F, Zachariah K, Costamagna G, Larghi A. Endoscopic ultrasound-guided drainage and necrosectomy of walled-off pancreatic necrosis using a metal stent with an electrocautery-enhanced delivery system and hydrogen peroxide. Endoscopy. 2015;47 Suppl 1 UCTN:E68. doi: 10.1055/s-0034-1391244. PubMed PMID: 25926218.

78. Law R, **Baron TH**, Topazian MD. Transgastric endoscopic ultrasound with fine-needle aspiration and ERCP using percutaneous-assisted transprosthetic endoscopic therapy in a gastric bypass patient. Endoscopy. 2015;47 Suppl 1 UCTN:E104-5. doi: 10.1055/s-0034-1377281. PubMed PMID: 25734805.

79. Mukai S, Itoi T, **Baron TH**, Sofuni A, Itokawa F, Kurihara T, Tsuchiya T, Ishii K, Tsuji S, Ikeuchi N, Tanaka R, Umeda J, Tonozuka R, Honjo M, Gotoda T, Moriyasu F, Yasuda I. Endoscopic ultrasound-guided placement of plastic vs. biflanged metal stents for therapy of walled-off necrosis: a retrospective single-center series. Endoscopy. 2015 Jan;47(1):47-55. doi: 10.1055/s-0034-1377966. PubMed PMID: 25264765.

80. Barthet M, Binmoeller KF, Vanbiervliet G, Gonzalez JM, **Baron TH**, Berdah S. Natural orifice transluminal endoscopic surgery gastroenterostomy with a biflanged lumen-apposing stent: first clinical experience (with videos). Gastrointest Endosc. 2015 Jan;81(1):215-8. doi: 10.1016/j.gie.2014.09.039. PubMed PMID: 25527056.

81. Law R, **Baron TH**. Prevention of delayed perforation after resection of a massive lateral wall duodenal polyp by using an anchored, fully-covered self-expandable metal stent. Gastrointest Endosc. 2015 Jan;81(1):233-4. doi: 10.1016/j.gie.2014.04.048. PubMed PMID: 24929489.

82. **Baron TH**, Grimm IS, Calvo BF. An unusual perigastric cyst. Gastroenterology. 2014 Dec;147(6):1228-9. doi: 10.1053/j.gastro.2014.07.051. PubMed PMID: 25450082.

83. Law R, Wong Kee Song LM, **Baron TH**. Simultaneous transgastric and transcolonic débridement of walled-off pancreatic necrosis. Gastrointest Endosc. 2014 Dec;80(6):1172. doi: 10.1016/j.gie.2014.03.017. PubMed PMID: 24818544.

84. Adler DG, Nallamothu G, Cox K, Heilbrun M, Sharma A, **Baron TH**. Evaluation of TNM status changes between the first two CT scans in patients with pancreatic cancer. Am J Gastroenterol. 2014 Nov;109(11):1834-5. doi: 10.1038/ajg.2014.302. PubMed PMID: 25373589.

85.  Law R, Katzka DA, **Baron TH**. Zenker's Diverticulum. Clin Gastroenterol Hepatol. 2014 Nov;12(11):1773-82; quiz e111-2. doi: 10.1016/j.cgh.2013.09.016. Review. PubMed PMID: 24055983.

86.  **Baron TH**. Endoscopic retrograde cholangiopancreatography for cholangiocarcinoma. Clin Liver Dis. 2014 Nov;18(4):891-7. doi: 10.1016/j.cld.2014.07.008. Review. PubMed PMID: 25438289.

87.  Amr MA, Alzghari MJ, Polites SF, Khasawneh MA, Morris DS, **Baron TH**, Zielinski MD. Endoscopy in the early postoperative setting after primary gastrointestinal anastomosis. J Gastrointest Surg. 2014 Nov;18(11):1911-6. doi: 10.1007/s11605-014-2625-y. PubMed PMID: 25118643.

88.  Law R, Deters JL, Miller CA, Marler RJ, **Baron TH**. Endoscopic band ligation for closure of GI perforations in a porcine animal model (with video). Gastrointest Endosc. 2014 Oct;80(4):717-22. doi: 10.1016/j.gie.2014.06.014. PubMed PMID: 25085337.

89.  Visrodia KH, Ofstead CL, Yellin HL, Wetzler HP, Tosh PK, **Baron TH**. Reply to Petersen. Infect Control Hosp Epidemiol. 2014 Oct;35(10):1309-10. doi: 10.1086/678075. PubMed PMID: 25203190.

90.  **Baron TH**. Best endoscopic stents for the biliary tree and pancreas. Curr Opin Gastroenterol. 2014 Sep;30(5):453-6. doi: 10.1097/MOG.0000000000000100. Review. PubMed PMID: 25010683.

91.  Meine GC, **Baron TH**. Managing risks related to ERCP in elderly patients with difficult bile duct stones. Dig Dis Sci. 2014 Sep;59(9):2028-9. doi: 10.1007/s10620-014-3310-4. PubMed PMID: 25107444.

92.  Dumonceau JM, Andriulli A, Elmunzer BJ, Mariani A, Meister T, Deviere J, Marek T, **Baron TH**, Hassan C, Testoni PA, Kapral C; European Society of Gastrointestinal Endoscopy.. Prophylaxis of post-ERCP pancreatitis: European Society of Gastrointestinal Endoscopy (ESGE) Guideline - updated June 2014. Endoscopy. 2014 Sep;46(9):799-815. doi: 10.1055/s-0034-1377875. PubMed PMID: 25148137.

93.  Gorospe EC, Desai S, Al-Bawardy B, **Baron TH**, Wong Kee Song LM. Successful closure of a Billroth II duodenal stump leak with fistulization to the colon by use of stacked over-the-scope clips. Gastrointest Endosc. 2014 Sep;80(3):523-4. doi: 10.1016/j.gie.2014.06.012. PubMed PMID: 25028277.

94.  Onkendi EO, Naik ND, Rosedahl JK, Harmsen SW, Gostout CJ, **Baron TH** Sr, Sarr MG, Que FG. Adenomas of the ampulla of Vater: a comparison of outcomes of operative and endoscopic resections. J Gastrointest Surg. 2014 Sep;18(9):1588-96. doi: 10.1007/s11605-014-2543-z. PubMed PMID: 24916584.

95.  Law R, **Baron TH**. Reply to Fan et al. Endoscopy. 2014 Aug;46(8):714. doi: 10.1055/s-0034-1377345. PubMed PMID: 25061959.

96.  Saxena P, Singh VK, Messallam A, Kamal A, Zaheer A, Kumbhari V, Lennon AM, Canto MI, Kalloo AN, **Baron TH**, Khashab MA. Resolution of walled-off pancreatic necrosis by EUS-guided drainage when using a fully covered through-the-scope self-expandable metal stent in a single procedure (with video). Gastrointest Endosc. 2014 Aug;80(2):319-24. doi: 10.1016/j.gie.2014.04.041. PubMed PMID:25034838.

97.  Visrodia KH, Ofstead CL, Yellin HL, Wetzler HP, Tosh PK, **Baron TH**. The use of rapid indicators for the detection of organic residues on clinically used gastrointestinal endoscopes with and without visually apparent debris. Infect Control Hosp Epidemiol. 2014 Aug;35(8):987-94. doi: 10.1086/677148. PubMed PMID: 25026614.

98. Amr MA, Alzghari MJ, Polites SF, Khasawneh MA, Morris DS, **Baron TH**, Zielinski MD. Endoscopy in the Early Postoperative Setting after Primary Gastrointestinal Anastomosis. J Gastrointest Surg. 2014 Aug 14. [Epub ahead of print] PubMed PMID: 25118643.

99. Meine GC, **Baron TH**. Managing Risks Related to ERCP in Elderly Patients with Difficult Bile Duct Stones. Dig Dis Sci. 2014 Aug 9. [Epub ahead of print] PubMed PMID: 25107444.

100. Law R, Deters JL, Miller CA, Marler RJ, **Baron TH**. Endoscopic band ligation for closure of GI perforations in a porcine animal model (with video). Gastrointest Endosc. 2014 Jul 29. pii: S0016-5107(14)01847-1. doi: 10.1016/j.gie.2014.06.014. [Epub ahead of print] PubMed PMID: 25085337.

101. Dayyeh BK, **Baron TH**, Buttar N. Percutaneous-assisted transprosthetic endoscopic therapy for transmural closure of a large postoperative leak. Gastrointest Endosc. 2014 Jun 28. pii: S0016-5107(14)01456-4. doi: 10.1016/j.gie.2014.05.005. [Epub ahead of print] PubMed PMID: 24981805.

102. Law R, **Baron TH**. Prevention of delayed perforation after resection of a massive lateral wall duodenal polyp by using an anchored, fully-covered self-expandable metal stent. Gastrointest Endosc. 2014 Jun 11. pii: S0016-5107(14)01416-3. doi: 10.1016/j.gie.2014.04.048. [Epub ahead of print] PubMed PMID: 24929489.

103. Law R, **Baron TH**. Endoscopic removal of a large common bile duct stone: more than one way to skin a cat. Gastrointest Endosc. 2014 Jun 11. pii: S0016-5107(14)01399-6. doi: 10.1016/j.gie.2014.04.031. [Epub ahead of print] PubMed PMID: 24929487.

104. Onkendi EO, Naik ND, Rosedahl JK, Harmsen SW, Gostout CJ, **Baron TH** Sr, Sarr MG, Que FG. Adenomas of the Ampulla of Vater: A comparison of Outcomes of Operative and Endoscopic Resections. J Gastrointest Surg. 2014 Jun 11. [Epub ahead of print] PubMed PMID: 24916584.

105. Law R, **Baron TH**. Reply to fan et Al. Endoscopy. 2014 Aug;46(8):714. doi: 10.1055/s-0034-1377345. Epub 2014 Jul 25. PubMed PMID: 25061959.

106. Saxena P, Singh VK, Messallam A, Kamal A, Zaheer A, Kumbhari V, Lennon AM, Canto MI, Kalloo AN, **Baron TH**, Khashab MA. Resolution of walled-off pancreatic necrosis by EUS-guided drainage when using a fully covered through-the-scope self-expandable metal stent in a single procedure (with video). Gastrointest Endosc. 2014 Aug;80(2):319-24. doi: 10.1016/j.gie.2014.04.041. PubMed PMID: 25034838.

107. Gorospe EC, Desai S, Al-Bawardy B, **Baron TH**, Wong Kee Song LM. Successful closure of a Billroth II duodenal stump leak with fistulization to the colon by use of stacked over-the-scope clips. Gastrointest Endosc. 2014 Sep;80(3):523-4. doi: 10.1016/j.gie.2014.06.012. Epub 2014 Jul 12. PubMed PMID: 25028277.

108. Visrodia KH, Ofstead CL, Yellin HL, Wetzler HP, Tosh PK, **Baron TH**. The Use of Rapid Indicators for the Detection of Organic Residues on Clinically Used Gastrointestinal Endoscopes with and without Visually Apparent Debris. Infect Control Hosp Epidemiol. 2014 Aug;35(8):987-94. doi: 10.1086/677148. Epub 2014 Jun 20. PubMed PMID: 25026614.

109. **Baron TH**. Best endoscopic stents for the biliary tree and pancreas. Curr Opin Gastroenterol. 2014 Sep;30(5):453-6. doi: 10.1097/MOG.0000000000000100. PubMed PMID: 25010683.\

110. Grooteman KV, Wong Kee Song LM, Vleggaar FP, Siersema PD, **Baron TH**. Functional outcome of patients treated for radiation-induced complete esophageal obstruction after successful endoscopic recanalization (with video). Gastrointest Endosc. 2014 Jul;80(1):175-81. doi: 10.1016/j.gie.2014.03.007. Epub 2014 May 5. PubMed PMID: 24810592.

111. Sweetser S, **Baron TH**. Optimizing resection of sessile serrated polyps. Endoscopy. 2014;46 Suppl 1 UCTN:E231. doi: 10.1055/s-0034-1365379. Epub 2014 May 7. PubMed PMID: 4806372.

112. **Baron TH**, Irani S. Prevention of post-ERCP pancreatitis. Minerva Med. 2014 Apr;105(2):129-36. Review. PubMed PMID: 24727877.

113. Hart PA, Sweetser S, **Baron TH**. A diagnosis that's up in the air. Gastroenterology. 2014 May;146(5):1173, 1429-30. doi: 10.1053/j.gastro.2013.12.037. Epub 2014 Mar 25. PubMed PMID: 24680968.

114. **Baron TH**. Endoscopic management of biliary disorders: diagnostic and therapeutic. Surg Clin North Am. 2014 Apr;94(2):395-411. doi: 10.1016/j.suc.2013.12.005. Epub 2014 Jan 23. Review. PubMed PMID: 24679428.

115. van Halsema EE, van Hooft JE, Small AJ, **Baron TH**, García-Cano J, Cheon JH, Lee MS, Kwon SH, Mucci-Hennekinne S, Fockens P, Dijkgraaf MG, Repici A. Perforation in colorectal stenting: a meta-analysis and a search for risk factors. Gastrointest Endosc. 2014 Jun;79(6):970-82.e7; quiz 983.e2, 983.e5. doi: 10.1016/j.gie.2013.11.038. Epub 2014 Mar 18. PubMed PMID: 24650852.

116. **Baron TH**. Endoscopy: Gastrointestinal endoscopy reporting: time for standardization? Nat Rev Gastroenterol Hepatol. 2014 Mar;11(3):145-6. doi: 10.1038/nrgastro.2014.14. Epub 2014 Feb 11. PubMed PMID: 24514581.

117. Irani S, **Baron TH**, Gluck M, Gan I, Ross AS, Kozarek RA. Preventing migration of fully covered esophageal stents with an over-the-scope clip device (with videos). Gastrointest Endosc. 2014 May;79(5):844-51. doi: 10.1016/j.gie.2013.12.012. Epub 2014 Jan 25. PubMed PMID: 24472762.

118. Anderson B, **Baron TH**, Sweetser S. A woman with melena and transfusion-dependent anemia. Gastroenterology. 2014 Mar;146(3):621-873. doi: 10.1053/j.gastro.2013.10.066. Epub 2014 Jan 23. PubMed PMID: 24462410.

119. Halland M, **Baron TH** Sr, Ravi K. Dysphagia in a patient with a Zenker's Diverticulum: there is more to it than meets the eye. Gastroenterology. 2014 Feb;146(2):346, 590-1. doi: 10.1053/j.gastro.2013.09.051. Epub 2013 Dec 14. PubMed PMID: 24342811.

120. **Baron TH**. Reply. Clin Gastroenterol Hepatol. 2014 Mar;12(3):529. doi: 10.1016/j.cgh.2013.12.004. Epub 2013 Dec 10. PubMed PMID: 24333510.

121. Gorospe EC, Desai S, Al-Bawardy B, **Baron TH**, Buttar NS, Wong Kee Song LM. Over-the-scope clip closure of pancreaticocolonic fistula caused by severe necrotizing pancreatitis. Gastrointest Endosc. 2014 May;79(5):713. doi: 10.1016/j.gie.2013.10.042. Epub 2013 Dec 12. PubMed PMID: 24332403.

122. Siddiqui AA, Easler J, Strongin A, Slivka A, Kowalski TE, Muddana V, Chennat J, **Baron TH**, Loren DE, Papachristou GI. Hydrogen peroxide-assisted endoscopic necrosectomy for walled-off pancreatic necrosis: a dual center pilot experience. Dig Dis Sci. 2014 Mar;59(3):687-90. doi: 10.1007/s10620-013-2945-x. Epub 2013 Nov PubMed PMID: 24282052.

123. Azeem N, Gostout CJ, Knipschield M, **Baron TH**. Cholangioscopy with narrow-band imaging in patients with primary sclerosing cholangitis undergoing ERCP.Gastrointest Endosc. 2014 May;79(5):773-779.e2. PMID:24206748. DOI: 10.1016/j.gie.2013.09.017. Epub 2013 Oct 24.

124. Gorospe EC, Desai S, Al-Bawardy B, **Baron TH**, Buttar NS, Wong Kee Song LM. Over-the-scope clip closure of pancreaticocolonic fistula caused by severe necrotizing pancreatitis. Gastrointest Endosc. 2014 May;79(5):713. PMID:24332403. DOI: 10.1016/j.gie.2013.10.042. Epub 2013 Dec 12.

125. Irani S, **Baron TH**, Gluck M, Gan I, Ross AS, Kozarek RA. Preventing migration of fully covered esophageal stents with an over-the-scope clip device (with videos). Gastrointest Endosc. 2014 May;79(5):844-51. PMID:24472762. DOI: 10.1016/j.gie.2013.12.012. Epub 2014 Jan 25.

126. Hart PA, Sweetser S, **Baron TH**. A diagnosis That's Up in the Air. Minerva Med. 2014 May;146(5):1173-430. PMID:24680968. DOI: 10.1016/j.gie.2013.11.038. [Epub ahead of print] Epub 2014 Mar 25.

127. Mangiavillano B, Manes G, **Baron TH**, Frego R, Dinelli M, Radaelli F, Teruzzi V, Amato A, Pallotta S, Santoro T, Masci E. The Use of Double Lasso, Fully Covered Self-Expandable Metal Stents with New "Anchoring Flap" System in the Treatment of Benign Biliary Diseases. Dig dis Sci. 2014 Apr. PMID:24748231. [Epub ahead of print]

128. **Baron TH**, Irani S. Prevention of post-ERCP pancreatitis. Minerva Med. 2014 Apr;105(2):129-36 PMID:247278773.

129. **Baron TH**. Endoscopic Management of Biliary Disorders: Diagnostic and Therapeutic.Surg Clin North Am. 2014 Apr;94(2):395-411. PMID:24679428. DOI: 10.1016/j.suc.2013.12.005. Epub 2014 Jan 23. Review.

130. Anderson B, **Baron TH**, Sweetser S. A woman with melena and transfusion-dependent anemia. Gastroenterology. 2014 Mar;146(3):621-873. PMID:24462410. DOI: 10.1053/j.gastro.2013.10.066. Epub 2014 Jan 23.

131. Siddiqui AA, Easler J, Strongin A, Slivka A, Kowalski TE, Muddana V, Chennat J, **Baron TH**, Loren DE, Papachristou GI.Hydrogen peroxide-assisted endoscopic necrosectomy for walled-off pancreatic necrosis: a dual center pilot experience. Dig Dis Sci. 2014 Mar;59(3):687-90. PMID:24282052. DOI:10.1007/s10620-013-2945-x. Epub 2013 Nov 27.

132. **Baron TH**. Reply. Clin Gastroenterol Hepatol. 2014 Mar;12(3):529. PMID:24333510. DOI:10.1016/j.cgh.2013.12.004. Epub 2014 Dec 10.

133. **Baron TH.** Endoscopy: Gastrointestinal endoscopy reporting: time for standardization? Nat Rev Gastroenterol Hepatol. 2014 Mar;11(3):145-6. PMID:24514581.DOI:10.1038/nrgastro.2014.14. Epub 2014 Feb 11.

134. van Halsema EE, van Hooft JE, Small AJ, **Baron TH**, Garcia-Cano J, Cheon JH, Lee MS, Kwon SH, Mucci-Hennekinne S, Fockens P, Dijkraaf MG, Repici A. Perforation in colorectal-stenting: a meta-analysis and search for risk factors. Gastrointest Endosc. 2014 Mar; pii: S0016-5107(13)02634-5. PMID:24650852. DOI: 10.1016/j.gie.2013.11.038. [Epub ahead of print]

135. Halland M, **Baron TH Sr**, Ravi K. Dysphagia in a patient with a Zenker's Diverticulum: there is more to it than meets the eye. Gastroenterology. 2014 Feb;146(2):346, 590-1. PMID:24342811. DOI: 10.1053/j.gastro.2013.09.051. Epub 2013 Dec 14.

136. Puig CA, Waked TM, **Baron TH Sr**, Wong Kee Song LM, Gutierrez J, Sarr MG. The role of endoscopic stents in the management of chronic anastomotic and staple line leaks and chronic strictures after bariatric surgery. Surg Obes Relat Dis. 2014 Jan; pii: S1550-7289(14)00011-2. PMID: 24680763.DOI: 10.1016/j.soard.2013.12.018. [Epub ahead of print]

137. Law R, Leal C, Dayyeh BA, Leise MD, Balderramo D, **Baron TH**, Cardenas A. Role of immunosuppression in post-endoscopic retrograde cholangiopancreatography pancreatitis after liver transplantation: A retrospective analysis. Liver Transpl. 2013 Dec; 19(12):1354-60. PMID:24115362. DOI:10.1002/lt.23758.

138. **Baron TH**. Reply. Gastroenterology. 2013 Nov 22. PMID:24275242. DOI: 10.1053/j.gastro.2013.11.014.

139. Azeem N, Gostout CJ, Knipschield M, **Baron TH**. Cholangioscopy with narrow-band imaging in patients with primary sclerosing cholangitis undergoing ERCP. Gastrointest Endosc. 2013 Oct 24. PMID:24206748. DOI: 10.1016/j.gie.2013.09.017.

140. Sweetser S, Chandan VS, **Baron TH**. Dysphagia in Lynch syndrome. Gastroenterology. 2013 Nov; 145(5):945, 1167-8. Epub 2013 Sep 25. PMID:24075947. DOI:10.1053/j.gastro.2013.08.006.s0016-5107(13)02402-4.

141. Law R, Katzka DA, **Baron TH**. Zenker's Diverticulum. Clin Gastroenterol Hepatol. 2013 Sep 17. [Epub ahead of print] PMID:24055983. DOI:10.1016/j.cgh.2013.09.016. pii: S1542-3565(13)01323-2.

142. Dirlam Langlay AM, Ofstead CL, Mueller NJ, Tosh PK, **Baron TH**, Wetzler HP. Reported gastrointestinal endoscope reprocessing lapses: The tip of the iceberg. Am J Infect Control. 2013 Dec; 41(12):1188-94. Epub 2013 Sep 08. PMID:24021660. DOI:10.1016/j.ajic.2013.04.022.

143. Law R, **Baron TH**. ERCP. Gastrointest Endosc. 2013 Sep; 78(3):428-33. PMID:23948191. DOI:10.1016/j.gie.2013.06.018.

144. Salah W, **Baron TH Sr**. Gastric antral web: a rare cause of gastric outlet obstruction treated with endoscopic therapy. Gastrointest Endosc. 2013 Sep; 78(3):450. PMID:23948195. DOI:10.1016/j.gie.2013.07.009.

145. Law R, **Baron TH**. ERCP. Endoscopy. 2013 Sep; 45(9):745-9. Epub 2013 Aug 29 PMID:23990486. DOI:10.1055/s-0033-1344627.

146. **Baron TH**, Smyrk TC, Rex DK. Recommended intervals between screening and surveillance colonoscopies. Mayo Clin Proc. 2013 Aug; 88(8):854-8. PMID:23910411. DOI:10.1016/j.mayocp.2013.04.023.

147. Rajan E, Iyer PG, Oxentenko AS, Pardi DS, Alexander JA, **Baron TH**, Bruining DH, Hansel SL, Larson MV, Murray JA, Debritto J, Dierkhising RA, Gostout CJ. Training in small-bowel capsule endoscopy: assessing and defining competency. Gastrointest Endosc. 2013 Oct; 78(4):617-22. Epub 2013 Jul 25. PMID:23891415. DOI:10.1016/j.gie.2013.05.010.

148. Fujii LL, Topazian MD, Abu Dayyeh BK, **Baron TH**, Chari ST, Farnell MB, Gleeson FC, Gostout CJ, Kendrick ML, Pearson RK, Petersen BT, Truty MJ, Vege SS, Levy MJ. EUS-guided pancreatic duct intervention: outcomes of a single tertiary-care referral center experience. Gastrointest Endosc. 2013 Dec; 78(6):854-864.e1. Epub 2013 Jul 25. PMID:23891418. DOI:10.1016/j.gie.2013.05.016.

149. Law R, Wong Kee Song LM, Petersen BT, **Baron TH**. Single-session ERCP in patients with previous Roux-en-Y gastric bypass using percutaneous-assisted transprosthetic endoscopic therapy: a case series. Endoscopy. 2013 Aug; 45(8):671-5. Epub 2013 Jul 23. PMID:23881807. DOI:10.1055/s-0033-1344029.

150. Fujii LL, Bonin EA, **Baron TH**, Gostout CJ, Wong Kee Song LM. Utility of an endoscopic suturing system for prevention of covered luminal stent migration in the upper GI tract. Gastrointest Endosc. 2013 Nov; 78(5):787-93. Epub 2013 Jul 17. PMID:23871095. DOI:10.1016/j.gie.2013.06.014.

151. Bakken JC, Law R, Wigle D, **Baron TH**. Anastomotic dehiscence after esophagogastrectomy treated with stent and tissue matrix graft. Surg Endosc. 2013 Nov; 27(11):4383-4. Epub 2013 Jul 12. PMID:23846369. DOI:10.1007/s00464-013-3074-5.

152. De Ceglie A, Filiberti R, **Baron TH**, Ceppi M, Conio M. A meta-analysis of endoscopic stenting as bridge to surgery versus emergency surgery for left-sided colorectal cancer obstruction. Crit Rev Oncol Hematol. 2013 Nov; 88(2):387-403. Epub 2013 Jul 08. PMID:23845505. DOI: 10.1016/j.critrevonc.2013.06.006.

153. Law R, Topazian M, **Baron TH**. Endoscopic resection of hilar papillomatosis after Whipple procedure for ampullary adenoma. Gastrointest Endosc. 2013 Aug; 78(2):226. Epub 2013 Jun 28. PMID:23810329. DOI: 10.1016/j.gie.2013.06.008.

154. **Baron TH**, Kamath PS, McBane RD. New Anticoagulant and Antiplatelet Agents: A Primer for the Gastroenterologist. Clin Gastroenterol Hepatol. 2013 Jun 02. [Epub ahead of print] PMID:23735447. DOI: 10.1016/j.cgh.2013.05.020.

155. **Baron TH**. Managing severe acute pancreatitis. Cleve Clin J Med. 2013 Jun; 80(6):354-9. PMID:23733900. DOI:10.3949/ccjm.80gr.13001.

156. Coelho-Prabhu N, Shah ND, Van Houten H, Kamath PS, **Baron TH**. Endoscopic retrograde cholangiopancreatography: utilisation and outcomes in a 10-year population-based cohort. BMJ Open. 2013; 3(5). Epub 2013 May 31. PMID:23793659. DOI:10.1136/bmjopen-2013-002689.

157. **Baron TH**, Kamath PS, McBane RD. Management of antithrombotic therapy in patients undergoing invasive procedures. N Engl J Med. 2013 May 30; 368(22):2113-24. PMID:23718166. DOI:10.1056/NEJMra1206531.

158. Topazian M, Levy MJ, Patel S, Charlton MR, **Baron TH**. Hepatic artery pseudoaneursym formation following intraductal biliary radiofrequency ablation. Endoscopy. 2013; 45 Suppl 2 UCTN: E161-2. Epub 2013 May 28. PMID:23716112. DOI:10.1055/s-0032-1326644.

159. Law R, **Baron TH**. Bilateral metal stents for hilar biliary obstruction using a 6Fr delivery system: outcomes following bilateral and side-by-side stent deployment. Dig Dis Sci. 2013 Sep; 58(9):2667-72. Epub 2013 Apr 27. PMID:23625287. DOI:10.1007/s10620-013-2671-4.

160. Emura F, **Baron TH**, Gralnek IM. The pharynx: examination of an area too often ignored during upper endoscopy. Gastrointest Endosc. 2013 Jul; 78(1):143-9. Epub 2013 Apr 11. PMID:23582474. DOI:10.1016/j.gie.2013.02.021.

161. Sweetser S, **Baron TH**. Non-lifting sign from cold biopsy of sessile serrated polyp. Gastrointest Endosc. 2013 Jul; 78(1):167, discussion 167-8. Epub 2013 Apr 01. PMID:23557835. DOI:10.1016/j.gie.2013.02.012.

162. **Baron TH Sr**, Davee T. Endoscopic management of benign bile duct strictures. Gastroinest Endosc Clin N Am. 2013 Apr; 23(2):295-311. PMID:23540962. DOI:10.1016/j.giec.2013.01.001.

163. Petersen BT, Kahaleh M, Kozarek RA, Loren D, Gupta K, Kowalski T, Freeman M, Chen YK, Branch MS, Edmundowicz S, Gluck M, Binmoeller K, **Baron TH**, Shah RJ, Kinney T, Ross W, Jowell P, Carr-Locke D. A multicenter, prospective study of a new fully covered expandable metal biliary stent for the palliative treatment of malignant bile duct obstruction. Gastroenterol Res Pract. 2013; 2013:642428. Epub 2013 Mar 27. PMID:23606835. PMCID:3623117. DOI:10.1155/2013/642428.

164. Law R, **Baron T**, Abu Dayyeh B. The aberrant aberration. Gastroenterology. 2013 May; 144(5):e7-8. Epub 2013 Mar 22. PMID:23523848. DOI:10.1053/j.gastro.2013.01.007.

165. Gomez V, Cheville JC, **Baron TH**. Richter transformation of the ileum presenting with gastrointestinal bleeding. Clin Gastroenterol Hepatol. 2013 Nov; 11(11):e77. Epub 2013 Mar 21. PMID:23524128. DOI:10.1016/j.cgh.2013.02.029.

166. Itoi T, Gotoda T, **Baron TH**, Sofuni A, Itokawa F, Tsuji S, Tsuchiya T, Tanaka R, Tonozuka R, Honjo M, Ryozawa S, Kawai T, Moriyasu F, Isayama H. Creation of simulated papillae for endoscopic sphincterotomy and papillectomy training by using in vivo and ex vivo pig model (with videos). Gastroinest Endosc. 2013 May; 77(5):793-800. Epub 2013 Feb 26. PMID:23453186. DOI: 10.1016/j.gie.2012.12.015.

167. Akbar A, Abu Dayyeh BK, **Baron TH**, Wang Z, Altayar O, Murad MH. Rectal nonsteroidal anti-inflammatory drugs are superior to pancreatic duct stents in preventing pancreatitis after endoscopic retrograde cholangiopancreatography: a network meta-analysis. Clin Gastroenterol Hepatol. 2013 Jul; 11(7):778-83. Epub 2013 Jan 30. PMID:23376320. DOI: 10.1016/j.cgh.2012.12.043.

168. Azeem N, Tabibian JH, **Baron TH**, Orhurhu V, Rosen CB, Petersen BT, Gostout CJ, Topazian MD, Levy MJ. Use of a single-balloon enteroscope compared with variable-stiffness colonoscopes for endoscopic retrograde cholangiography in liver transplant patients with Roux-en-Y biliary anastomosis. Gastroinest Endosc. 2013 Apr; 77(4):568-77. Epub 2013 Jan 29. PMID:23369652. DOI: 10.1016/j.gie.2012.11.031.

169. Bingener J, Loomis EA, Gostout CJ, Zielinski MD, Buttar NS, Song LM, **Baron TH**, Ghahfarokhi LS, Rajan E. Feasibility of NOTES omental plug repair of perforated peptic ulcers: results from a clinical pilot trial. Surg Endosc. 2013 Jun; 27(6):2201-8. Epub 2013 Jan 26 PMID:23355151. PMCID:3657334. DOI:10.1007/s00464-012-2740-3.

170. Coelho-Prabhu N, Oxentenko AS, Osmon DR, **Baron TH**, Hanssen AD, Wilson WR, Steckelberg JM, Baddour LM, Harmsen WS, Mandrekar J, Berbari EF. Increased risk of prosthetic joint infection associated with esophago-gastro-duodenoscopy with biopsy. Acta Orthop. 2013 Feb; 84(1):82-6. Epub 2013 Jan 25. PMID:23350577. PMCID:3584609. DOI:10.3109/17453674.2013.769079.

171. van Halsema EE, Wong Kee Song LM, **Baron TH**, Siersema PD, Vleggaar FP, Ginsberg GG, Shah PM, Fleischer DE, Ratuapli SK, Fockens P, Dijkgraaf MG, Rando G, Repici A, van Hooft JE. Safety of endoscopic removal of self-expandable stents after treatment of benign esophageal diseases. Gastroinest Endosc. 2013 Jan; 77(1):18-28. PMID:23261092. DOI: 10.1016/j.gie.2012.09.001.

172. De C, Ferreira LEVV, **Baron TH**. Acute biliary conditions. Best Practice and Research: Clinical Gastroenterology. 2013; 27(5):745-56.

173. Dumonceau JM, Andriulli A, Deviere J, Mariani A, Rigaux J, **Baron TH**, Testoni PA, Spicak J. Endoscopic treatment of chronic pancreatitis: European Society of Gastrointestinal Endoscopy (ESGE) clinical guideline. Gastroenterologie a Hepatologie. 2013; 67(2):134-50.

174. Abu Dayyeh BK, Vandamme JJ, Miller RC, **Baron TH**. Esophageal self-expandable stent material and mesh grid density are the major determining factors of external beam radiation dose perturbation: results from a phantom model. Endoscopy. 2013; 45(1):42-7. Epub 2012 Dec 19. PMID:23254405. DOI:10.1055/s-0032-1325960.

175. Bick BL, Song LM, Buttar NS, **Baron TH**, Nichols FC, Maldonado F, Katzka DA, Enders FT, Topazian MD. Stent-associated esophagorespiratory fistulas: incidence and risk factors. Gastrointest Endosc. 2013 Feb; 77(2):181-9. Epub 2012 Dec 11. PMID:23245798. DOI:10.1016/j.gie.2012.10.004.

176. Park SJ, Kim JH, Hwang JC, Kim HG, Lee DH, Jeong S, Cha SW, Cho YD, Kim HJ, Kim JH, Moon JH, Park SH, Itoi T, Isayama H, Kogure H, Lee SJ, Jung KT, Lee HS, **Baron TH**, Lee DK. Factors predictive of adverse events following endoscopic papillary large balloon dilation: results from a multicenter series. Dig Dis Sci. 2013 Apr; 58(4):1100-9. Epub 2012 Dec 08. PMID:23225136. DOI:10.1007/s10620-012-2494-8.

177. Akbar A, **Baron TH**, Freese DK. Severe ischemic pancreatitis following the use of extracorporeal membrane oxygenation.  J Pediatr Gastroenterol Nutr. 2012 Dec; 55(6):e144. PMID:22314395. DOI:10.1097/MPG.0b013e31824cf56d.

178. Law R, Topazian M, **Baron TH**. Endoscopic treatment of intraluminal duodenal ("windsock") diverticulum: varying techniques from five cases.  Endoscopy. 2012 Dec; 44(12):1161-4. Epub 2012 Nov 27.  PMID:23188665. DOI:10.1055/s-0032-1325757.

179. Akbar A, Reddy DN, **Baron TH**. Placement of fully covered self-expandable metal stents to control entry-related bleeding during transmural drainage of pancreatic fluid collections (with video).  Gastrointest Endosc. 2012 Nov; 76(5):1060-3.  PMID:23078930. DOI:10.1016/j.gie.2012.07.014.

180. Freeman ML, Werner J, van Santvoort HC, **Baron TH**, Besselink MG, Windsor JA, Horvath KD, vanSonnenberg E, Bollen TL, Vege SS, International Multidisciplinary Panel of Speakers and Moderators. Interventions for necrotizing pancreatitis: summary of a multidisciplinary consensus conference. Pancreas. 2012 Nov; 41(8):1176-94. PMID:23086243. DOI:10.1097/MPA.0b013e318269c660.

181. Dzeletovic I, Topazian MD, **Baron TH**. Endoscopic balloon dilation to facilitate treatment of intraductal extension of ampullary adenomas (with video).  Gastrointest Endosc. 2012 Dec; 76(6):1266-9. Epub 2012 Sep 26.  PMID:23021163. DOI:10.1016/j.gie.2012.08.007.

182. **Baron TH**, Wong Kee Song LM. Placement of an esophageal self-expandable metal stent through a percutaneous endoscopic gastrostomy tract, for endoscopic therapy of upper gastrointestinal bleeding.  Endoscopy. 2012; 44 Suppl 2 UCTN:E319-20. Epub 2012 Sep 25. PMID:23012000. DOI:10.1055/s-0032-1309850.

183. Itoi T, Kamisawa T, Igarashi Y, Kawakami H, Yasuda I, Itokawa F, Kishimoto Y, Kuwatani M, Doi S, Hara S, Moriyasu F, **Baron TH**. The role of peroral video cholangioscopy in patients with IgG4-related sclerosing cholangitis. J Gastroenterol. 2013 Apr; 48(4):504-14. Epub 2012 Sep 06. PMID:22948487. DOI:10.1007/s00535-012-0652-6.

184. **Baron TH**, Song LM. Percutaneous assisted transprosthetic endoscopic therapy (PATENT): expanding gut access to infinity and beyond! (with video).  Gastrointest Endosc. 2012 Sep; 76(3):641-4.  PMID:22898421. DOI:10.1016/j.gie.2012.05.027.

185. Dzeletovic I, Ekbom DC, **Baron TH**. Flexible endoscopic and surgical management of Zenker's diverticulum.  Expert Rev Gastroenterol Hepatol. 2012 Aug; 6(4):449-65; quiz 466. PMID:22928898. DOI:10.1586/egh.12.25.

186. Coelho-Prabhu N, Nagorney DM, **Baron TH**. ERCP for the treatment of bile leak after partial hepatectomy and fenestration for symptomatic polycystic liver disease.  World J Gastroenterol. 2012 Jul 28; 18(28):3705-9.  PMID:22851862. PMCID:3406422. DOI:10.3748/wjg.v18.i28.3705.

187. **Baron TH**, Kozarek RA. Endotherapy for organized pancreatic necrosis: perspectives after 20 years.  Clin Gastroenterol Hepatol. 2012 Nov; 10(11):1202-7. Epub 2012 Jul 24. PMID:22835575. DOI:10.1016/j.cgh.2012.07.009.

188. **Baron TH**, Wong Kee Song LM, Zielinski MD, Emura F, Fotoohi M, Kozarek RA. A comprehensive approach to the management of acute endoscopic perforations (with videos). Gastrointest Endosc. 2012 Oct; 76(4):838-59. Epub 2012 Jul 24.  PMID:22831858. DOI:10.1016/j.gie.2012.04.476.

189. Akbar A, **Baron TH**. Covered self-expanding metal stent use in the pancreatic duct: a case series.  Endoscopy. 2012 Sep; 44(9):869-73. Epub 2012 Jul 02.  PMID:22752885. DOI:10.1055/s-0032-1309835.

190. Akbar A, Irani S, **Baron TH**, Topazian M, Petersen BT, Gostout CJ, Levy MJ, Gan I, Gluck M, Ross A, Kozarek RA. Use of covered self-expandable metal stents for endoscopic management of benign biliary disease not related to stricture (with video).  Gastrointest Endosc. 2012 Jul; 76(1):196-201.  PMID:22726483. DOI:10.1016/j.gie.2012.02.034.

191. **Baron TH**, Song LM, Ross A, Tokar JL, Irani S, Kozarek RA. Use of an over-the-scope clipping device: multicenter retrospective results of the first U.S. experience (with videos).  Gastrointest Endosc. 2012 Jul; 76(1):202-8.  PMID:22726484. DOI:10.1016/j.gie.2012.03.250.

192. Khashab MA, Fujii LL, **Baron TH**, Canto MI, Gostout CJ, Petersen BT, Okolo PI III, Topazian MD, Levy MJ. EUS-guided biliary drainage for patients with malignant biliary obstruction with an indwelling duodenal stent (with videos).  Gastrointest Endosc. 2012 Jul; 76(1):209-13. PMID:22726485. DOI:10.1016/j.gie.2012.03.170.

193. Song LM, **Baron TH**, Saleem A, Bruining DH, Alexander JA, Rajan E. Double-balloon enteroscopy as a rescue technique for failed direct percutaneous endoscopic jejunostomy when using conventional push enteroscopy (with video).  Gastrointest Endosc. 2012 Sep; 76(3):675-9. Epub 2012 Jun 23.  PMID:22728146. DOI:10.1016/j.gie.2012.04.448.

194. Coelho-Prabhu N, Dzeletovic I, **Baron TH**. Outcome of access sphincterotomy using a needle knife converted from a standard biliary sphincterotome. Endoscopy. 2012 Jul; 44(7):711-4. Epub 2012 Jun 21.  PMID:22723188. DOI:10.1055/s-0032-1309773.

195. Dzeletovic I, **Baron TH**. History of portal hypertension and endoscopic treatment of esophageal varices.  Gastrointest Endosc. 2012 Jun; 75(6):1244-9.  PMID:22624813. DOI:10.1016/j.gie.2012.02.052.

196. **Baron TH**, Song LM, Ferreira LE, Smyrk TC. Novel approach to therapeutic ERCP after long-limb Roux-en-Y gastric bypass surgery using transgastric self-expandable metal stents: experimental outcomes and first human case study (with videos).  Gastrointest Endosc. 2012 Jun; 75(6):1258-63.  PMID:22624815. DOI:10.1016/j.gie.2012.02.026.

197. Azeem N, **Baron TH**, Topazian MD, Zhong N, Fleming CJ, Kendrick ML. Outcomes of endoscopic and percutaneous drainage of pancreatic fluid collections arising after pancreatic tail resection.  J Am Coll Surg. 2012 Aug; 215(2):177-85. Epub 2012 May 26.  PMID:22634120. DOI:10.1016/j.jamcollsurg.2012.03.015.

198. Rao AS, LeRoy AJ, Bonin EA, Sweetser SR, **Baron TH**. Novel technique for placement of overlapping self-expandable metal stents to close a massive pancreatitis-induced duodenal fistula.  Endoscopy. 2012; 44 Suppl 2 UCTN:E163-4. Epub 2012 May 23.  PMID:22622723. DOI:10.1055/s-0031-1291760.

199. **Baron TH**, Levy MJ. Side-by-side dual echoendoscope and ultrathin endoscopy to facilitate EUS-ERCP biliary rendezvous.  Endoscopy. 2012; 44 Suppl 2 UCTN:E188-9. Epub 2012 May 23.  PMID:22622737. DOI:10.1055/s-0032-1306794.

200. Leggett CL, Gorospe EC, Murad MH, Montori VM, **Baron TH**, Wang KK. Photodynamic therapy for unresectable cholangiocarcinoma: a comparative effectiveness systematic review and meta-analyses.  Photodiagnosis Photodyn Ther. 2012 Sep; 9(3):189-95. Epub 2012 Apr 11. PMID:22959798. DOI:10.1016/j.pdpdt.2012.03.002.

201. Akbar A, **Baron TH**. Ischemic biliary injury following extra-corporeal membrane oxygenation (ECMO).  Dig Liver Dis. 2012 Aug; 44(8):705. Epub 2012 Mar 28.  PMID:22464653. DOI:10.1016/j.dld.2012.02.018.

202. Irani S, **Baron TH**. Biliary endoscopic retrograde cholangiopancreatography.  Endoscopy. 2012 Apr; 44(4):383-8. Epub 2012 Mar 21.  PMID:22438148. DOI:10.1055/s-0031-1291822.

203. Abu Dayyeh BK, **Baron TH**. Development of a hybrid percutaneous-endoscopic approach for the complete clearance of gallstones.  Clin Gastroenterol Hepatol. 2012 Aug; 10(8):947-9. Epub 2012 Mar 15.  PMID:22426088. DOI:10.1016/j.cgh.2012.03.006.

204. Samadder NJ, Bonin EA, Buttar NS, **Baron TH**, Gostout CJ, Topazian MD, Song LM. Placement of a covered stent for palliation of a cavitated colon cancer by using a novel over-the-scope technique (with video). Gastrointest Endosc. 2012 Dec; 76(6):1275-7. Epub 2012 Mar 7. PMID:22401820. DOI:10.1016/j.gie.2011.12.023.

205. **Baron TH**, Wong Kee Song LM, Repici A. Role of self-expandable stents for patients with colon cancer (with videos).  Gastrointest Endosc. 2012 Mar; 75(3):653-62.  PMID:22341111. DOI:10.1016/j.gie.2011.12.020.

206. Parodi A, Fisher D, Giovannini M, **Baron T**, Conio M. Endoscopic management of hilar cholangiocarcinoma. Nat Rev Gastroenterol Hepatol. 2012 Feb; 9(2):105-12. Epub 2012 Jan 24.  PMID:22269953. DOI:10.1038/nrgastro.2011.271.

207. Topazian M, Zhong N, **Baron TH**, Vege SS, Wang KK. Photodynamic therapy of intraductal papillary mucinous neoplasm.  Endoscopy. 2012 Feb; 44(2):213-5. Epub 2012 Jan 23. PMID:22271032. DOI:10.1055/s-0031-1291539.

208. Rao AS, Misra S, Buttar NS, **Baron TH**, Wong Kee Song LM. Combined endoscopic-interventional radiologic approach for the treatment of bleeding gastric varices in the setting of a large splenorenal shunt.  Gastrointest Endosc. 2012 Nov; 76(5):1064-5. Epub 2012 Jan 20. PMID:22260886. DOI:10.1016/j.gie.2011.10.013.

209. **Baron TH**. ABC's of writing medical papers in English.  Korean J Radiol. 2012 Jan-Feb; 13 Suppl 1:S1-11. Epub 2012 Apr 23.  PMID:22563279. PMCID:3341452. DOI:10.3348/kjr.2012.13.S1.S1.

210. DaVee T, Garcia JA, **Baron TH**. Precut sphincterotomy for selective biliary duct cannulation during endoscopic retrograde cholangiopancreatography. Annals of Gastroenterology. 2012; 25(4):291-302.

211. Abu Dayyeh BK, **Baron TH**. Endoscopic sphincterotomy: Indications, techniques, and adverse events.  Tech. Gastrointest. Endosc. 2012; 14(3):141-7.

212. Itoi T, Sofuni A, Itokawa F, Kurihara T, Tsuchiya T, Ishii K, Ikeuchi N, Moriyasu F, Kasuya K, Tsuchida A, Kamisawa T, **Baron TH**. Diagnostic and therapeutic peroral direct cholangioscopy in patients with altered GI anatomy (with videos).  Gastrointest Endosc. 2012 Feb; 75(2):441-9. Epub 2011 Dec 09.  PMID:22154415. DOI:10.1016/j.gie.2011.09.038.

213. Bonin EA, Lopes TL, **Baron TH**. Percutaneous cholecystoscopy and internal rendezvous for removal of gallstones and common bile duct stones (with video).  Gastrointest Endosc. 2012 Aug; 76(2):459-61. Epub 2011 Nov 23.  PMID:22115606. DOI:10.1016/j.gie.2011.07.074.

214. Saleem A, Levy MJ, Petersen BT, Que FG, **Baron TH**. Laparoscopic assisted ERCP in Roux-en-Y gastric bypass (RYGB) surgery patients.  J Gastrointest Surg. 2012 Jan; 16(1):203-8. Epub 2011 Nov 01.  PMID:22042568. DOI:10.1007/s11605-011-1760-y.

215. Saritas U, Ustundag Y, **Baron TH**. Prevention of post-ERCP pancreatitis.  Turk J Gastroenterol. 2011 Oct; 22(5):449-63.  PMID:22234751.

216. Meine GC, **Baron TH**. Endoscopic papillary large-balloon dilation combined with endoscopic biliary sphincterotomy for the removal of bile duct stones (with video).  Gastrointest Endosc. 2011 Nov; 74(5):1119-26; quiz 1115.e1-5. Epub 2011 Sep 23.  PMID:21944309. DOI:10.1016/j.gie.2011.06.042.

217. Zepeda-Gomez S, **Baron TH**. Benign biliary strictures: current endoscopic management.  Nat Rev Gastroenterol Hepatol. 2011 Oct; 8(10):573-81. Epub 2011 Sep 06.  PMID:21894200. DOI:10.1038/nrgastro.2011.154.

218. Bonin EA, **Baron TH**. Preoperative biliary stents in pancreatic cancer.  J Hepatobiliary Pancreat Sci. 2011 Sep; 18(5):621-9.  PMID:21667055. DOI:10.1007/s00534-011-0403-8.

219. Leonard DF, Dozois EJ, Smyrk TC, Suwanthanma W, **Baron TH**, Cima RR, Larson DW. Endoscopic and surgical management of serrated colonic polyps.  Br J Surg. 2011 Dec; 98(12):1685-94. Epub 2011 Aug 30.  PMID:22034178. DOI:10.1002/bjs.7654.

220. **Baron TH**. Esophageal avulsion following removal of a partially covered esophageal stent: lessons learned 10 years later.  Clin Gastroenterol Hepatol. 2012 Jan; 10(1):e1. Epub 2011 Aug 11.  PMID:21839712. DOI:10.1016/j.cgh.2011.07.028.

221. Sweetser S, Song LM, Mangan TF, **Baron TH**. Dysphagia caused by anterior cervical plate erosion (with videos).  Gastrointest Endosc. 2012 Apr; 75(4):917-8. Epub 2011 Aug 05. PMID:21820110. DOI:10.1016/j.gie.2011.05.016.

222. Leise MD, Bakken JC, Zielinski MD, **Baron TH**. Complete endoscopic removal of a necrotic spleen (with video).  Gastrointest Endosc. 2012 Mar; 75(3):694-5. Epub 2011 Jul 13. PMID:21741638. DOI:10.1016/j.gie.2011.04.026.

223. **Baron TH**. Pancreaticobiliary and gastrointestinal stents.  Gastrointest Endosc Clin N Am. 2011 Jul; 21(3):xv-xvi.  PMID:21684457. DOI:10.1016/j.giec.2011.04.013.

224. Saleem A, Leggett CL, Murad MH, **Baron TH**. Meta-analysis of randomized trials comparing the patency of covered and uncovered self-expandable metal stents for palliation of distal malignant bile duct obstruction.  Gastrointest Endosc. 2011 Aug; 74(2):321-327.e1-3. Epub 2011 Jun 17. PMID:21683354. DOI:10.1016/j.gie.2011.03.1249.

225. Kalaitzakis E, Levy M, Kamisawa T, Johnson GJ, **Baron TH**, Topazian MD, Takahashi N, Kanno A, Okazaki K, Egawa N, Uchida K, Sheikh K, Amin Z, Shimosegawa T, Sandanayake NS, Church NI, Chapman MH, Pereira SP, Chari S, Webster GJ. Endoscopic retrograde cholangiography does not reliably distinguish IgG4-associated cholangitis from primary sclerosing cholangitis or cholangiocarcinoma.  Clin Gastroenterol Hepatol. 2011 Sep; 9(9):800-803.e2. Epub 2011 Jun 06.  PMID:21699807. PMCID:3246637. DOI:10.1016/j.cgh.2011.05.019.

226. Boustiere C, Veitch A, Vanbiervliet G, Bulois P, Deprez P, Laquiere A, Laugier R, Lesur G, Mosler P, Nalet B, Napoleon B, Rembacken B, Ajzenberg N, Collet JP, **Baron T**, Dumonceau JM, European Society of Gastrointestinal Endoscopy. Endoscopy and antiplatelet agents. European Society of Gastrointestinal Endoscopy (ESGE) Guideline. Endoscopy. 2011 May; 43(5):445-61. Epub 2011 May 04.  PMID:21547880. DOI:10.1055/s-0030-1256317.

227. **Baron TH**. Covered self-expandable metal stents for benign biliary tract diseases.  Curr Opin Gastroenterol. 2011 May; 27(3):262-7.  PMID:21248636. DOI:10.1097/MOG.0b013e3283438a26.

228. Lopes TL, **Baron TH**. Endoscopic retrograde cholangiopancreatography in patients with Roux-en-Y anatomy.  J Hepatobiliary Pancreat Sci. 2011 May; 18(3):332-8.  PMID:21140174. DOI:10.1007/s00534-010-0361-6.

229. Ferreira LE, Song LM, **Baron TH**. Management of acute postoperative hemorrhage in the bariatric patient.  Gastrointest Endosc Clin N Am. 2011 Apr; 21(2):287-94.  PMID:21569980. DOI:10.1016/j.giec.2011.02.002.

230. Song LM, **Baron TH**. Stenting for acute malignant colonic obstruction: a bridge to nowhere? Lancet Oncol. 2011 Apr; 12(4):314-5.  PMID:21398179. DOI:10.1016/S1470-2045(11)70059-6.

231. Coelho DE, Ardengh JC, Carbalo MT, de Lima-Filho ER, **Baron TH**, Coelho JF. Clinicopathologic characteristics and endoscopic treatment of post-traumatic pancreatic pseudocysts.  Pancreas. 2011 Apr; 40(3):469-73.  PMID:21343833. DOI:10.1097/MPA.0b013e31820bf898.

232. Saleem A, Bakken J, **Baron TH**. Early massive bleeding after duodenal self-expandable metal stent placement for palliation of malignant gastric outlet obstruction (with video).  Gastrointest Endosc. 2011 Dec; 74(6):1426-7. Epub 2011 Mar 22.  PMID:21429490. DOI:10.1016/j.gie.2010.12.034.

233. Saleem A, Gostout CJ, Petersen BT, Topazian MD, Gajic O, **Baron TH**. Outcome of emergency ERCP in the intensive care unit.  Endoscopy. 2011 Jun; 43(6):549-51. Epub 2011 Mar 21. PMID:21425044. DOI:10.1055/s-0030-1256235.

234. Cotton PB, Eisen G, Romagnuolo J, Vargo J, **Baron T**, Tarnasky P, Schutz S, Jacobson B, Bott C, Petersen B. Grading the complexity of endoscopic procedures: results of an ASGE working party.  Gastrointest Endosc. 2011 May; 73(5):868-74. Epub 2011 Mar 05.  PMID:21377673. DOI:10.1016/j.gie.2010.12.036.

235. Saleem A, **Baron TH**. Small diameter delivery system allows expandable metal biliary stent placement using a pediatric colonoscope in surgically altered anatomy.  Endoscopy. 2011; 43 Suppl 2 UCTN:E69-70. Epub 2011 Feb 21.  PMID:21341188. DOI:10.1055/s-0030-1255894.

236. Zhong N, Topazian M, Petersen BT, **Baron TH**, Chari ST, Gleeson FC, Levy MJ, Kendrick ML, Vege SS. Endoscopic drainage of pancreatic fluid collections into fourth portion of duodenum: a new approach to disconnected pancreatic duct syndrome. Endoscopy. 2011; 43 Suppl 2 UCTN:E45-6. Epub 2011 Feb 01.  PMID:21287446. DOI:10.1055/s-0030-1255902.

237. Saleem A, Wang KK, **Baron TH**. Successful endoscopic treatment of intraductal extension of a villous adenoma with high-grade dysplasia, with 3-year follow-up.  Gastrointest Endosc. 2011 Sep; 74(3):714-6. Epub 2011 Jan 15.  PMID:21238958. DOI:10.1016/j.gie.2010.11.020.

238. Gardner TB, Coelho-Prabhu N, Gordon SR, Gelrud A, Maple JT, Papachristou GI, Freeman ML, Topazian MD, Attam R, Mackenzie TA, **Baron TH**. Direct endoscopic necrosectomy for the treatment of walled-off pancreatic necrosis: results from a multicenter U.S. series.  Gastrointest Endosc. 2011 Apr; 73(4):718-26. Epub 2011 Jan 14.  PMID:21237454. DOI:10.1016/j.gie.2010.10.053.

239. **Baron TH**. Management of benign esophageal strictures.  Gastroenterol Hepatol (N Y). 2011 Jan; 7(1):46-9.  PMID:21346853. PMCID:3038317.

240. Telford JJ, Carr-Locke DL, **Baron TH**, Poneros JM, Bounds BC, Kelsey PB, Schapiro RH, Huang CS, Lichtenstein DR, Jacobson BC, Saltzman JR, Thompson CC, Forcione DG, Gostout CJ, Brugge WR. Response. Gastrointest Endosc. 2011; 73(6):1330-1.

241. **Baron TH**. Transnasal endoscopy to facilitate nasobiliary tube placement: a simple and safe technique to avoid injury to the endoscopist.  Endoscopy. 2010; 42 Suppl 2:E323. Epub 2010 Dec 17.  PMID:21170829. DOI:10.1055/s-0029-1244007.

242. Sugumar A, Levy MJ, Kamisawa T, Webster GJ, Kim MH, Enders F, Amin Z, **Baron TH**, Chapman MH, Church NI, Clain JE, Egawa N, Johnson GJ, Okazaki K, Pearson RK, Pereira SP, Petersen BT, Read S, Sah RP, Sandanayake NS, Takahashi N, Topazian MD, Uchida K, Vege SS, Chari ST. Endoscopic retrograde pancreatography criteria to diagnose autoimmune pancreatitis: an international multicentre study.  Gut. 2011 May; 60(5):666-70. Epub 2010 Dec 03.  PMID:21131631. DOI:10.1136/gut.2010.207951.

243. Kamal AH, **Baron TH**. Large gallstone ileus. J Hosp Med. 2011 Jan; 6(1):47. Epub 2010 Dec 2 PMID:21241040. DOI:10.1002/jhm.593.

244. Sweetser S, Kashyap P, **Baron TH**. Percutaneous endoscopic gastrostomy tract salvage using natural orifice transluminal endoscopic surgery technique (with video).  Gastrointest Endosc. 2011 Apr; 73(4):839-40. Epub 2010 Nov 09.  PMID:21067744. DOI:10.1016/j.gie.2010.08.044.

245. Telford JJ, Carr-Locke DL, **Baron TH**, Poneros JM, Bounds BC, Kelsey PB, Schapiro RH, Huang CS, Lichtenstein DR, Jacobson BC, Saltzman JR, Thompson CC, Forcione DG, Gostout CJ, Brugge WR. A randomized trial comparing uncovered and partially covered self-expandable metal stents in the palliation of distal malignant biliary obstruction.  Gastrointest Endosc. 2010 Nov; 72(5):907-14.  PMID:21034891. DOI:10.1016/j.gie.2010.08.021.

246. Bonin EA, **Baron TH**. Update on the indications and use of colonic stents.  Curr Gastroenterol Rep. 2010 Oct; 12(5):374-82.  PMID:20703837. DOI:10.1007/s11894-010-0136-x.

247. Bakken JC, Wong Kee Song LM, de Groen PC, **Baron TH**. Use of a fully covered self-expandable metal stent for the treatment of benign esophageal diseases.  Gastrointest Endosc. 2010 Oct; 72(4):712-20.  PMID:20883848. DOI:10.1016/j.gie.2010.06.028.

248. Fatima J, Barton JG, Grotz TE, Geng Z, Harmsen WS, Huebner M, **Baron TH**, Kendrick ML, Donohue JH, Que FG, Nagorney DM, Farnell MB. Is there a role for endoscopic therapy as a definitive treatment for post-laparoscopic bile duct injuries?  J Am Coll Surg. 2010 Oct; 211(4):495-502.  PMID:20801692. DOI:10.1016/j.jamcollsurg.2010.06.013.

249. **Baron TH**. Management of simultaneous biliary and duodenal obstruction: the endoscopic perspective.  Gut Liver. 2010 Sep; 4 Suppl 1:S50-6. Epub 2010 Sep 10.  PMID:21103295. PMCID:2989552. DOI:10.5009/gnl.2010.4.S1.S50.

250. **Baron TH**. Endoscopic retrograde cholangiopancreatography.  Endoscopy. 2010 Nov; 42(11):938-43. Epub 2010 Sep 06.  PMID:20821363. DOI:10.1055/s-0030-1255729.

251. Ferreira LE, **Baron TH**. Endoscopic stenting for palliation of malignant biliary obstruction.  Expert Rev Med Devices. 2010 Sep; 7(5):681-91.  PMID:20822390. DOI:10.1586/erd.10.36.

252. Merchea A, Cullinane DC, Sawyer MD, Iqbal CW, **Baron TH**, Wigle D, Sarr MG, Zielinski MD. Esophagogastroduodenoscopy-associated gastrointestinal perforations: a single-center experience.  Surgery. 2010 Oct; 148(4):876-80; discussion 881-2. Epub 2010 Aug 14. PMID:20708766. DOI:10.1016/j.surg.2010.07.010.

253. Case DJ, **Baron TH**. Flexible endoscopic management of Zenker diverticulum: the Mayo Clinic experience.  Mayo Clin Proc. 2010 Aug; 85(8):719-22.  PMID:20675509. PMCID:2912732. DOI:10.4065/mcp.2009.0663.

254. Saleem A, LeRoy AJ, **Baron TH**. Modified rendezvous technique with successful reconnection of completely transected common bile duct using combined endoscopic and radiologic approach.  Endoscopy. 2010; 42 Suppl 2:E178-9. Epub 2010 Jul 16.  PMID:20640979. DOI:10.1055/s-0029-1244061.

255. Banerjee N, Hilden K, **Baron TH**, Adler DG. Endoscopic biliary sphincterotomy is not required for transpapillary SEMS placement for biliary obstruction.  Dig Dis Sci. 2011 Feb; 56(2):591-5. Epub 2010 Jul 15.  PMID:20632105. DOI:10.1007/s10620-010-1317-z.

256. Rao AS, Loftus CG, **Baron TH**. Buried bumper syndrome arising from a percutaneous endoscopic cecostomy tube.  Gastrointest Endosc. 2011 Jan; 73(1):168-9. Epub 2010 Jul 03. PMID:20598686. DOI:10.1016/j.gie.2010.04.039.

257. Saleem A, **Baron TH**, Gostout CJ, Topazian MD, Levy MJ, Petersen BT, Wong Kee Song LM. Endoscopic retrograde cholangiopancreatography using a single-balloon enteroscope in patients with altered Roux-en-Y anatomy.  Endoscopy. 2010 Aug; 42(8):656-60. Epub 2010 Jun 29. PMID:20589594. DOI:10.1055/s-0030-1255557.

258. Saleem A, **Baron TH**, Gostout CJ. Large-diameter therapeutic channel duodenoscope to facilitate simultaneous deployment of side-by-side self-expandable metal stents in hilar cholangiocarcinoma.  Gastrointest Endosc. 2010 Sep; 72(3):628-31. Epub 2010 Jun 25. PMID:20579649. DOI:10.1016/j.gie.2010.04.035.

259. Dumonceau JM, Andriulli A, Deviere J, Mariani A, Rigaux J, **Baron TH**, Testoni PA, European Society of Gastrointestinal Endoscopy. European Society of Gastrointestinal Endoscopy (ESGE) Guideline: prophylaxis of post-ERCP pancreatitis.  Endoscopy. 2010 Jun; 42(6):503-15. Epub 2010 May 26.  PMID:20506068. DOI:10.1055/s-0029-1244208.

260. Coelho-Prabhu N, **Baron TH**. Endoscopic retrograde cholangiopancreatography in the diagnosis and management of cholangiocarcinoma.  Clin Liver Dis. 2010 May; 14(2):333-48. PMID:20682239. DOI:10.1016/j.cld.2010.03.011.

261. Itoi T, Coelho-Prabhu N, **Baron TH**. Endoscopic gallbladder drainage for management of acute cholecystitis. Gastrointest Endosc. 2010 May; 71(6):1038-45.  PMID:20438890. DOI:10.1016/j.gie.2010.01.026.

262. ASGE Standards of Practice Committee, Banerjee S, Cash BD, Dominitz JA, **Baron TH**, Anderson MA, Ben-Menachem T, Fisher L, Fukami N, Harrison ME, Ikenberry SO, Khan K, Krinsky ML, Maple J, Fanelli RD, Strohmeyer L. The role of endoscopy in the management of patients with peptic ulcer disease.  Gastrointest Endosc. 2010 Apr; 71(4):663-8. PMID:20363407. DOI:10.1016/j.gie.2009.11.026.

263. ASGE Standards of Practice Committee, Harrison ME, Anderson MA, Appalaneni V, Banerjee S, Ben-Menachem T, Cash BD, Fanelli RD, Fisher L, Fukami N, Gan SI, Ikenberry SO, Jain R, Khan K, Krinsky ML, Maple JT, Shen B, Van Guilder T, **Baron TH**, Dominitz JA. The role of endoscopy in the management of patients with known and suspected colonic obstruction and pseudo-obstruction.  Gastrointest Endosc. 2010 Apr; 71(4):669-79.  PMID:20363408. DOI:10.1016/j.gie.2009.11.027.

264. Saleem A, **Baron TH**. Successful endoscopic treatment of biliary cast syndrome in an orthotopic liver transplant patient with a Roux-en-Y anastomosis via balloon enteroscopy.  Liver Transpl. 2010 Apr; 16(4):527-9.  PMID:20213831. DOI:10.1002/lt.22007.

265. Zielinski MD, Ferreira LE, **Baron TH**. Successful endoscopic treatment of colonic gallstone ileus using electrohydraulic lithotripsy.  World J Gastroenterol. 2010 Mar 28; 16(12):1533-6. PMID:20333797. PMCID:2846262.

266. Cotton PB, Eisen GM, Aabakken L, **Baron TH**, Hutter MM, Jacobson BC, Mergener K, Nemcek A Jr, Petersen BT, Petrini JL, Pike IM, Rabeneck L, Romagnuolo J, Vargo JJ. A lexicon for endoscopic adverse events: report of an ASGE workshop.  Gastrointest Endosc. 2010 Mar; 71(3):446-54.  PMID:20189503. DOI:10.1016/j.gie.2009.10.027.

267. Small AJ, Coelho-Prabhu N, **Baron TH**. Endoscopic placement of self-expandable metal stents for malignant colonic obstruction: long-term outcomes and complication factors.  Gastrointest Endosc. 2010 Mar; 71(3):560-72.  PMID:20189515. DOI:10.1016/j.gie.2009.10.012.

268. **Baron TH**. Colonic stenting: a palliative measure only or a bridge to surgery?  Endoscopy. 2010 Feb; 42(2):163-8. Epub 2010 Feb 05.  PMID:20140833. DOI:10.1055/s-0029-1243881.

269. Coelho-Prabhu N, **Baron TH**, Kamath PS. Endoscopic band ligation of rectal varices: a case series.  Endoscopy. 2010 Feb; 42(2):173-6. Epub 2010 Feb 05.  PMID:20140834. DOI:10.1055/s-0029-1243840.

270. Saleem A, Sawyer MD, **Baron TH**. Laparoscopy assisted transjejunal ERCP for treatment of pancreaticopleural fistula.  JOP. 2010; 11(1):69-71. Epub 2010 Jan 08.  PMID:20065558.

271. **Baron TH**. Direct percutaneous endoscopic jejunostomy.  Front Gastrointest Res. 2010; 27:209-14.

272. **Baron TH**. Endoscopic retrograde cholangiography.  Front Gastrointest Res. 2010; 27:303-10.

273. **Baron TH**. Management of benign biliary strictures.  Front Gastrointest Res. 2010; 27:356-62.

274. **Baron TH**. Endoscopic management of pancreatic fluid collections.  Front Gastrointest Res. 2010; 27:477-84.

275. Small AJ, Alberts SR, **Baron TH**. Response.  Gastrointest Endosc. 2010; 72(6):1330-2.

276. Artifon ELA, Lopes TL, de Silveira E, Couto D, Furuya C, Paione J, Fraga GP, Moura E, Sakai P, **Baron TH**. Endoscopic recanalization following accidental ligation of the common hepatic duct. A new technique.  Revista de Gastroenterologia de Mexico. 2010; 2(75):181-194.

277. Wong Kee Song LM, **Baron TH**. Stents for uncommon malignant and benign esophageal indications (extrinsic compression, esophagorespiratory fistulas, and proximal esophageal obstruction).  Tech. Gastrointest. Endosc. 2010; 12(4):210-5.

278. Chahal P, **Baron TH**. Expandable metal stents for endoscopic bilateral stent-within-stent placement for malignant hilar biliary obstruction.  Gastrointest Endosc. 2010 Jan; 71(1):195-9. Epub 2009 Nov 27.  PMID:19945101. DOI:10.1016/j.gie.2009.08.006.

279. **Baron TH**, Saleem A. Intraductal electrohydraulic lithotripsy by using SpyGlass cholangioscopy through a colonoscope in a patient with Roux-en-Y hepaticojejunostomy.  Gastrointest Endosc. 2010 Mar; 71(3):650-1. Epub 2009 Nov 17.  PMID:19922921. DOI:10.1016/j.gie.2009.08.016.

280. Zielinski MD, Cima RR, **Baron TH**. Endoscopic transgastric drainage of a postoperative intra-abdominal abscess after colon surgery.  Gastrointest Endosc. 2010 Apr; 71(4):880-2. Epub 2009 Nov 17.  PMID:19922928. DOI:10.1016/j.gie.2009.09.020.

281. ASGE Standards of Practice Committee, Anderson MA, Ben-Menachem T, Gan SI, Appalaneni V, Banerjee S, Cash BD, Fisher L, Harrison ME, Fanelli RD, Fukami N, Ikenberry SO, Jain R, Khan K, Krinsky ML, Lichtenstein DR, Maple JT, Shen B, Strohmeyer L, **Baron T**, Dominitz JA. Management of antithrombotic agents for endoscopic procedures.  Gastrointest Endosc. 2009 Dec; 70(6):1060-70. Epub 2009 Nov 03.  PMID:19889407. DOI:10.1016/j.gie.2009.09.040.

282. Navaneethan U, Vege SS, Chari ST, **Baron TH**. Minimally invasive techniques in pancreatic necrosis.  Pancreas. 2009 Nov; 38(8):867-75.  PMID:19855233. DOI:10.1097/MPA.0b013e3181b3b237.

283. Coelho-Prabhu N, **Baron TH**. Dysphagia and weight loss in an elderly person. Dysphagia aortica.  Gastroenterology. 2009 Nov; 137(5):e1-2. Epub 2009 Oct 02.  PMID:19800996. DOI:10.1053/j.gastro.2009.02.011.

284. Iqbal CW, **Baron TH**, Moir CR, Ishitani MB. Post-ERCP pancreatitis in pediatric patients.  J Pediatr Gastroenterol Nutr. 2009 Oct; 49(4):430-4.  PMID:20032630. DOI:10.1097/01.mpg.0000361657.54810.19.

285. Coelho-Prabhu N, **Baron TH**. Assessment of need for repeat ERCP during biliary stent removal after clinical resolution of postcholecystectomy bile leak. Am J Gastroenterol. 2010 Jan; 105(1):100-5. Epub 2009 Sep 22 PMID:19773748. DOI:10.1038/ajg.2009.546.

286. Saleem A, Bruining DH, **Baron TH**. Viral seeding of a percutaneous endoscopic gastrostomy tract from oral herpes.  Clin Gastroenterol Hepatol. 2010 Jan; 8(1):e7-8. Epub 2009 Aug 27. PMID:19716435. DOI:10.1016/j.cgh.2009.08.020.

287. Piesman M, Kozarek RA, Brandabur JJ, Pleskow DK, Chuttani R, Eysselein VE, Silverman WB, Vargo JJ, Waxman I, Catalano MF, **Baron TH**, Parsons WG, Slivka A, Carr-Locke DL. Improved oral intake after palliative duodenal stenting for malignant obstruction: a prospective multicenter clinical trial.  Am J Gastroenterol. 2009 Oct; 104(10):2404-11. Epub 2009 Aug 25. PMID:19707192. DOI:10.1038/ajg.2009.409.

288. **Baron TH**. Interventional palliative strategies for malignant bowel obstruction.  Curr Oncol Rep. 2009 Jul; 11(4):293-7.  PMID:19508834.

289. Vege SS, Gardner TB, Chari ST, **Baron TH**, Clain JE, Pearson RK, Petersen BT, Farnell MB, Sarr MG. Outcomes of intra-abdominal fungal vs. bacterial infections in severe acute pancreatitis.  Am J Gastroenterol. 2009 Aug; 104(8):2065-70. Epub 2009 Jun 02. PMID:19491825. DOI:10.1038/ajg.2009.280.

290. Rehman A, Iscimen R, Yilmaz M, Khan H, Belsher J, Gomez JF, Hanson AC, Afessa B, **Baron TH Sr**, Gajic O. Prophylactic endotracheal intubation in critically ill patients undergoing endoscopy for upper GI hemorrhage.  Gastrointest Endosc. 2009 Jun; 69(7):e55-9. PMID:19481643. PMCID:2737482. DOI:10.1016/j.gie.2009.03.002.

291. Chahal P, Tarnasky PR, Petersen BT, Topazian MD, Levy MJ, Gostout CJ, **Baron TH**. Short 5Fr vs long 3Fr pancreatic stents in patients at risk for post-endoscopic retrograde cholangiopancreatography pancreatitis.  Clin Gastroenterol Hepatol. 2009 Aug; 7(8):834-9. Epub 2009 May 15.  PMID:19447196. DOI:10.1016/j.cgh.2009.05.002.

292. **Baron TH**, Wong Kee Song LM. Endoscopic variceal band ligation.  Am J Gastroenterol. 2009 May; 104(5):1083-5.  PMID:19417747. DOI:10.1038/ajg.2008.17.

293. Chahal P, **Baron TH**, Topazian MD, Levy MJ. EUS-guided diagnosis and successful endoscopic transpapillary management of an intrahepatic pancreatic pseudocyst masquerading as a metastatic pancreatic adenocarcinoma (with videos).  Gastrointest Endosc. 2009 Aug; 70(2):393-6. Epub 2009 Apr 25.  PMID:19394005. DOI:10.1016/j.gie.2008.10.011.

294. Seaman DL, Chahal P, Sanderson SO, **Baron TH**, Topazian MD. Biliary cryptosporidiosis in a patient without HIV infection: endosonographic, cholangiographic, and histologic features (with video).  Gastrointest Endosc. 2009 Sep; 70(3):590-2. Epub 2009 Apr 22.  PMID:19389666. DOI:10.1016/j.gie.2008.10.062.

295. Morris ML, Tucker RD, **Baron TH**, Song LM. Electrosurgery in gastrointestinal endoscopy: principles to practice.  Am J Gastroenterol. 2009 Jun; 104(6):1563-74. Epub 2009 Apr 21. PMID:19491874. DOI:10.1038/ajg.2009.105.

296. American Society for Gastrointestinal Endoscopy, Ikenberry SO, Anderson MA, Banerjee S, **Baron TH**, Dominitz JA, Gan SI, Harrison ME, Jagannath S, Levy M, Lichtenstein D, Shen B, Fanelli RD, Stewart L, Khan K. Endoscopy by nonphysicians.  Gastrointest Endosc. 2009 Apr; 69(4):767-70.  PMID:19327469. DOI:10.1016/j.gie.2008.11.006.

297. Small AJ, Smyrk TC, **Baron TH**. Education and imaging. Hepatobiliary and pancreatic: Epithelioid hemangioendothelioma.  J Gastroenterol Hepatol. 2009 Mar; 24(3):495. PMID:19335787. DOI:10.1111/j.1440-1746.2009.05833.x.

298. Gardner TB, Chahal P, Papachristou GI, Vege SS, Petersen BT, Gostout CJ, Topazian MD, Takahashi N, Sarr MG, **Baron TH**. A comparison of direct endoscopic necrosectomy with transmural endoscopic drainage for the treatment of walled-off pancreatic necrosis.  Gastrointest Endosc. 2009 May; 69(6):1085-94. Epub 2009 Feb 24.  PMID:19243764. DOI:10.1016/j.gie.2008.06.061.

299. Vege SS, Gardner TB, Chari ST, Munukuti P, Pearson RK, Clain JE, Petersen BT, **Baron TH**, Farnell MB, Sarr MG. Low mortality and high morbidity in severe acute pancreatitis without organ failure: a case for revising the Atlanta classification to include "moderately severe acute pancreatitis".  Am J Gastroenterol. 2009 Mar; 104(3):710-5. Epub 2009 Feb 03. PMID:19262525. DOI:10.1038/ajg.2008.77.

300. Coelho-Prabhu N, Levy MJ, **Baron TH**. Successful transgastric drainage of a large mucinous adenocarcinoma of the stomach for palliation of malignant gastric luminal obstruction. Gastrointest Endosc. 2009 Apr; 69(4):e23-5. Epub 2009 Jan 18.  PMID:19152898. DOI:10.1016/j.gie.2008.08.003.

301. Neumann DA 2nd, Francis DL, **Baron TH**. Proximal black esophagus: a case report and review of the literature.  Gastrointest Endosc. 2009 Jul; 70(1):180-1. Epub 2009 Jan 18. PMID:19152880. DOI:10.1016/j.gie.2008.09.055.

302. Topazian M, **Baron TH**. Endoscopic fenestration of duodenal stents using argon plasma to facilitate ERCP.  Gastrointest Endosc. 2009 Jan; 69(1):166-9.  PMID:19111700. DOI:10.1016/j.gie.2008.08.026.

303. **Baron TH**. Biliary self-expandable metal stents.  ASGE Clin. Update. 2009; 17(2):1-4.

304. Barton JG, Barrett DA, Maricevich MA, Schnelldorfer T, Wood CM, Smyrk TC, **Baron TH**, Sarr MG, Donohue JH, Farnell MB, Kendrick ML, Nagorney DM, Lombardo KMR, Que FG. Intraductal papillary mucinous neoplasm of the biliary tract: A real disease?  HPB. 2009; 11(8):684-91.

305. **Baron TH**. Role of endoscopy in the management of esophageal diseases.  Minerva Gastroenterol Dietol. 2008 Dec; 54(4):415-27.  PMID:19047982.

306. Standards of Practice Committee of the American Society for Gastrointestinal Endoscopy, Lichtenstein DR, Jagannath S, **Baron TH**, Anderson MA, Banerjee S, Dominitz JA, Fanelli RD, Gan SI, Harrison ME, Ikenberry SO, Shen B, Stewart L, Khan K, Vargo JJ. Sedation and anesthesia in GI endoscopy.  Gastrointest Endosc. 2008 Nov; 68(5):815-26.  PMID:18984096. DOI:10.1016/j.gie.2008.09.029.

307. ASGE Standards of Practice Committee, Levy MJ, Anderson MA, **Baron TH**, Banerjee S, Dominitz JA, Gan SI, Harrison ME, Ikenberry SO, Jagannath S, Lichtenstein D, Shen B, Fanelli RD, Stewart L, Khan K. Position statement on routine laboratory testing before endoscopic procedures.  Gastrointest Endosc. 2008 Nov; 68(5):827-32.  PMID:18984097. DOI:10.1016/j.gie.2008.06.001.

308. **Baron TH**, Poterucha JJ. Use of a small-caliber angioplasty balloon for the management of an impassable choledochocholedochal anastomotic biliary stricture.  Liver Transpl. 2008 Nov; 14(11):1683-4.  PMID:18975279. DOI:10.1002/lt.21521.

309. Small AJ, Loftus CG, Smyrk TC, **Baron TH**. A case of IgG4-associated cholangitis and autoimmune pancreatitis responsive to corticosteroids.  Nat Clin Pract Gastroenterol Hepatol. 2008 Dec; 5(12):707-12. Epub 2008 Oct 28.  PMID:18957952. DOI:10.1038/ncpgasthep1296.

310. **Baron TH**. Endoscopic pancreatic necrosectomy.  Gastroenterol Hepatol (N Y). 2008 Sep; 4(9):617-20.  PMID:22798744. PMCID:3394485.

311. Anastassiades CP, **Baron TH**, Wong Kee Song LM. Endoscopic clipping for the management of gastrointestinal bleeding.  Nat Clin Pract Gastroenterol Hepatol. 2008 Oct; 5(10):559-68. Epub 2008 Aug 19.  PMID:18711412. DOI:10.1038/ncpgasthep1233.

312. Wong Kee Song LM, **Baron TH**. Endoscopic management of acute lower gastrointestinal bleeding.  Am J Gastroenterol. 2008 Aug; 103(8):1881-7.  PMID:18796089. DOI:10.1111/j.1572-0241.2008.02075.x.

313. Standards of Practice Committee, Lichtenstein DR, Jagannath S, **Baron TH**, Anderson MA, Banerjee S, Dominitz JA, Fanelli RD, Gan SI, Harrison ME, Ikenberry SO, Shen B, Stewart L, Khan K, Vargo JJ. Sedation and anesthesia in GI endoscopy.  Gastrointest Endosc. 2008 Aug; 68(2):205-16.  PMID:18656591. DOI:10.1016/j.gie.2008.06.002.

314. *Gardner TB, **Baron TH**. Optimizing cholangiography when performing endoscopic retrograde cholangiopancreatography.  Clin Gastroenterol Hepatol. 2008 Jul; 6(7):734-40. PMID:18602035. DOI:10.1016/j.cgh.2008.04.015.

315. Asge Standards Of Practice Committee, Anderson MA, Gan SI, Fanelli RD, **Baron TH**, Banerjee S, Cash BD, Dominitz JA, Harrison ME, Ikenberry SO, Jagannath SB, Lichtenstein DR, Shen B, Lee KK, Van Guilder T, Stewart LE. Role of endoscopy in the bariatric surgery patient. Gastrointest Endosc. 2008 Jul; 68(1):1-10.  PMID:18577471. DOI:10.1016/j.gie.2008.01.028.

316. Gleeson FC, Czaja AJ, **Baron TH**. Successful endoscopic management of biliary cast syndrome in nonliver transplant patients.  J Clin Gastroenterol. 2008 Jul; 42(6):752-5.  PMID:18496388. DOI:10.1097/01.mcg.0000225626.76544.67.

317. Small AJ, Que FG, **Baron TH**. Retrograde endoscopic cystgastrostomy for pancreatic pseudocyst drainage after a Prior Roux-en-Y gastric bypass.  Obes Surg. 2009 Feb; 19(2):243-6. Epub 2008 Jun 26. PMID:18581190. DOI:10.1007/s11695-008-9611-y.

318. Takahashi N, Papachristou GI, Schmit GD, Chahal P, LeRoy AJ, Sarr MG, Vege SS, Mandrekar JN, **Baron TH**. CT findings of walled-off pancreatic necrosis (WOPN): differentiation from pseudocyst and prediction of outcome after endoscopic therapy. Eur Radiol. 2008 Nov; 18(11):2522-9. Epub 2008 Jun 18.  PMID:18563416. DOI:10.1007/s00330-008-1039-1.

319. Solem CA, Loftus EV Jr, Fletcher JG, **Baron TH**, Gostout CJ, Petersen BT, Tremaine WJ, Egan LJ, Faubion WA, Schroeder KW, Pardi DS, Hanson KA, Jewell DA, Barlow JM, Fidler JL, Huprich JE, Johnson CD, Harmsen WS, Zinsmeister AR, Sandborn WJ. Small-bowel imaging in Crohn's disease: a prospective, blinded, 4-way comparison trial.  Gastrointest Endosc. 2008 Aug; 68(2):255-66. Epub 2008 Jun 02.  PMID:18513722. DOI:10.1016/j.gie.2008.02.017.

320. **Baron TH**. Optimizing endoscopic placement of expandable stents throughout the GI tract. Expert Rev Gastroenterol Hepatol. 2008 Jun; 2(3):399-409.  PMID:19072388. DOI:10.1586/17474124.2.3.399.

321. *Pannala R, Petersen BT, Gostout CJ, Topazian MD, Levy MJ, **Baron TH**. Endoscopic transpapillary gallbladder drainage: 10-year single center experience.  Minerva Gastroenterol Dietol. 2008 Jun; 54(2):107-13.  PMID:18319682.

322. **Baron TH**. Response to Dr. Matsushita et al.  Am J Gastroenterol. 2008 May 05. [Epub ahead of print]  PMID:18462480. DOI:10.1111/j.1572-0241.2008.01917.x.

323. Levy MJ, **Baron TH**, Clayton AC, Enders FB, Gostout CJ, Halling KC, Kipp BR, Petersen BT, Roberts LR, Rumalla A, Sebo TJ, Topazian MD, Wiersema MJ, Gores GJ. Prospective evaluation of advanced molecular markers and imaging techniques in patients with indeterminate bile duct strictures.  Am J Gastroenterol. 2008 May; 103(5):1263-73. PMID:18477350. PMCID:2911775. DOI:10.1111/j.1572-0241.2007.01776.x.

324. *Small AJ, **Baron TH**. Novel endoscopic approaches for assessing biliary tract diseases.  Curr Opin Gastroenterol. 2008 May; 24(3):357-62.  PMID:18408465. DOI:10.1097/MOG.0b013e3282fad830.

325. Small AJ, **Baron TH**. How safe and effective is a nitinol self-expanding metallic stent for palliation of malignant colonic obstruction?  Nat Clin Pract Gastroenterol Hepatol. 2008 Jul; 5(7):356-7. Epub 2008 Apr 29.  PMID:18446145. DOI:10.1038/ncpgasthep1144.

326. Pelaez-Luna M, Vege SS, Petersen BT, Chari ST, Clain JE, Levy MJ, Pearson RK, Topazian MD, Farnell MB, Kendrick ML, **Baron TH**. Disconnected pancreatic duct syndrome in severe acute pancreatitis: clinical and imaging characteristics and outcomes in a cohort of 31 cases. Gastrointest Endosc. 2008 Jul; 68(1):91-7. Epub 2008 Apr 18.  PMID:18378234. DOI:10.1016/j.gie.2007.11.041.

327. Simmons DT, **Baron TH**, LeRoy A, Petersen BT. Percutaneous pancreatography for treatment of complicated pancreatic duct strictures.  Pancreatology. 2008; 8(2):194-8. Epub 2008 Apr 01. PMID:18382102. DOI:10.1159/000123608.

328. **Baron TH**. Ampullary adenoma.  Curr Treat Options Gastroenterol. 2008 Apr; 11(2):96-102. PMID:18321436.

329. **Baron TH**. Clinical recognition and endoscopic retrieval of misplaced endotracheal tubes. Gastroenterol Hepatol (N Y). 2008 Apr; 4(4):282.  PMID:21960914. PMCID:3093734.

330. Asge Standards Of Practice Committee, Banerjee S, Shen B, **Baron TH**, Nelson DB, Anderson MA, Cash BD, Dominitz JA, Gan SI, Harrison ME, Ikenberry SO, Jagannath SB, Lichtenstein D, Fanelli RD, Lee K, van Guilder T, Stewart LE. Antibiotic prophylaxis for GI endoscopy. Gastrointest Endosc. 2008 May; 67(6):791-8. Epub 2008 Mar 28  PMID:18374919. DOI:10.1016/j.gie.2008.02.068.

331. Asge Standards Of Practice Committee, Banerjee S, Shen B, Nelson DB, Lichtenstein DR, **Baron TH**, Anderson MA, Dominitz JA, Gan SI, Harrison ME, Ikenberry SO, Jagannath SB, Fanelli RD, Lee K, van Guilder T, Stewart LE. Infection control during GI endoscopy. Gastrointest Endosc. 2008 May; 67(6):781-90. Epub 2008 Mar 19  PMID:18355826. DOI:10.1016/j.gie.2008.01.027.

332. Pelaez-Luna M, Levy MJ, Arora AS, **Baron TH**, Rajan E. Mirizzi syndrome presenting as painless jaundice: a rare entity diagnosed by EUS.  Gastrointest Endosc. 2008 May; 67(6):974-5; discussion 975. Epub 2008 Mar 07.  PMID:18329028. DOI:10.1016/j.gie.2007.12.001.

333. **Baron TH**, Chahal P, Ferreira LE. ERCP via mature feeding jejunostomy tube tract in a patient with Roux-en-Y anatomy (with video).  Gastrointest Endosc. 2008 Jul; 68(1):189-91. Epub 2008 Mar 04.  PMID:18308307. DOI:10.1016/j.gie.2007.11.016.

334. *Small AJ, **Baron TH**. Comparison of Wallstent and Ultraflex stents for palliation of malignant left-sided colon obstruction: a retrospective, case-matched analysis.  Gastrointest Endosc. 2008 Mar; 67(3):478-88.  PMID:18294511. DOI:10.1016/j.gie.2007.08.043.

335. Topazian M, **Baron TH**, Fidler JL, Chari S. Endoscopic retrieval of a migrated pancreatic stent from the retroperitoneum.  Gastrointest Endosc. 2008 Apr; 67(4):728-9; discussion 729. Epub 2008 Feb 19.  PMID:18243190. DOI:10.1016/j.gie.2007.10.010.

336. Ferreira LE, Topazian MD, **Baron TH**. Bouveret's syndrome: diagnosis and endoscopic treatment.  Clin Gastroenterol Hepatol. 2008 Mar; 6(3):e15. Epub 2008 Feb 06. PMID:18255348. DOI:10.1016/j.cgh.2007.12.055.

337. Small AJ, Young-Fadok TM, **Baron TH**. Expandable metal stent placement for benign colorectal obstruction: outcomes for 23 cases.  Surg Endosc. 2008 Feb; 22(2):454-62.  PMID:17704890. DOI:10.1007/s00464-007-9453-z.

338. *Ferreira LE, **Baron TH**. Comparison of safety and efficacy of ERCP performed with the patient in supine and prone positions.  Gastrointest Endosc. 2008 Jun; 67(7):1037-43. Epub 2008 Jan 18.  PMID:18206877. DOI:10.1016/j.gie.2007.10.029.

339. Asge Standards Of Practice Committee, Lee KK, Anderson MA, **Baron TH**, Banerjee S, Cash BD, Dominitz JA, Gan SI, Harrison ME, Ikenberry SO, Jagannath SB, Lichtenstein D, Shen B, Fanelli RD, Van Guilder T. Modifications in endoscopic practice for pediatric patients. Gastrointest Endosc. 2008 Jan; 67(1):1-9.  PMID:18155419. DOI:10.1016/j.gie.2007.07.008.

340. *Small AJ, Sawyer MD, **Baron TH**. Endoscopic treatment of a benign colocutaneous and enterocolic fistula by insertion of overlapping self-expandable metal stents.  Digestive Endoscopy. 2008; 20(1):33-6.

341. *Ferreira LE, Simmons DT, **Baron TH**. Zenker's diverticula: pathophysiology, clinical presentation, and flexible endoscopic management.  Dis Esophagus. 2008; 21(1):1-8. PMID:18197932. DOI:10.1111/j.1442-2050.2007.00795.x.

342. Ferreira LE, **Baron TH**. Post-sphincterotomy bleeding: who, what, when, and how.  Am J Gastroenterol. 2007 Dec; 102(12):2850-8.  PMID:18042116. DOI:10.1111/j.1572-0241.2007.01563.x.

343. ***Baron TH**, Ferreira LE. Covered expandable metal stent placement for treatment of a refractory pancreatic duct leak.  Gastrointest Endosc. 2007 Dec; 66(6):1239-41.  PMID:18061727. DOI:10.1016/j.gie.2007.04.023.

344. Standards Of Practice Committee, Dominitz JA, Ikenberry SO, Anderson MA, Banerjee S, **Baron TH**, Cash BD, Fanelli RD, Gan SI, Harrison ME 3rd, Lichtenstein D, Shen B, Van Guilder T, Lee KK. Renewal of and proctoring for endoscopic privileges.  Gastrointest Endosc. 2008 Jan; 67(1):10-6. Epub 2007 Nov 28.  PMID:18045594. DOI:10.1016/j.gie.2007.06.020.

345. Simmons DT, Petersen BT, Gostout CJ, Levy MJ, Topazian MD, **Baron TH**. Risk of pancreatitis following endoscopically placed large-bore plastic biliary stents with and without biliary sphincterotomy for management of postoperative bile leaks.  Surg Endosc. 2008 Jun; 22(6):1459-63. Epub 2007 Nov 20.  PMID:18027045. DOI:10.1007/s00464-007-9643-8.

346. **Baron TH**. Expandable gastrointestinal stents.  Gastroenterology. 2007 Nov; 133(5):1407-11. PMID:17983797. DOI:10.1053/j.gastro.2007.09.056.

347. Repici A, Adler DG, Gibbs CM, Malesci A, Preatoni P, **Baron TH**. Stenting of the proximal colon in patients with malignant large bowel obstruction: techniques and outcomes.  Gastrointest Endosc. 2007 Nov; 66(5):940-4.  PMID:17963881. DOI:10.1016/j.gie.2007.04.032.

348. Ikenberry SO, Harrison ME, Lichtenstein D, Dominitz JA, Anderson MA, Jagannath SB, Banerjee S, Cash BD, Fanelli RD, Gan SI, Shen B, Van Guilder T, Lee KK, **Baron TH**, Asge Standards Of Practice Committee. The role of endoscopy in dyspepsia.  Gastrointest Endosc. 2007 Dec; 66(6):1071-5. Epub 2007 Oct 29  PMID:18028927. DOI:10.1016/j.gie.2007.07.007.

349. Holm AN, de la Mora Levy JG, Gostout CJ, Topazian MD, **Baron TH**. Self-expanding plastic stents in treatment of benign esophageal conditions.  Gastrointest Endosc. 2008 Jan; 67(1):20-5. Epub 2007 Oct 22.  PMID:17945227. DOI:10.1016/j.gie.2007.04.031.

350. *Holm AN, **Baron TH**. Palliative use of percutaneous endoscopic gastrostomy and percutaneous endoscopic cecostomy tubes.  Gastrointest Endosc Clin N Am. 2007 Oct; 17(4):795-803. PMID:17967383. DOI:10.1016/j.giec.2007.07.002.

351. **Baron TH**. Endoscopic drainage of pancreatic pseudocysts.  J Gastrointest Surg. 2008 Feb; 12(2):369-72. Epub 2007 Sep 29.  PMID:17906903. DOI:10.1007/s11605-007-0334-5.

352. Standards of Practice Committee, Banerjee S, Nelson DB, Dominitz JA, Ikenberry SO, Anderson MA, Cash BD, Gan SI, Harrison ME 3rd, Shen B, **Baron TH**, Van Guilder T, Lee KK. Reprocessing failure.  Gastrointest Endosc. 2007 Nov; 66(5):869-71. Epub 2007 Sep 24. PMID:17892876. DOI:10.1016/j.gie.2007.06.019.

353. Small AJ, Petersen BT, **Baron TH**. Closure of a duodenal stent-induced perforation by endoscopic stent removal and covered self-expandable metal stent placement (with video). Gastrointest Endosc. 2007 Nov; 66(5):1063-5. Epub 2007 Sep 04.  PMID:17767928. DOI:10.1016/j.gie.2007.03.1082.

354. Ferreira LE, Fatima J, **Baron TH**. Clinically significant delayed postsphincterotomy bleeding: a twelve year single center experience.  Minerva Gastroenterol Dietol. 2007 Sep; 53(3):215-23. PMID:17912183.

355. Chahal P, **Baron TH**, Petersen BT, Topazian MD, Gostout CJ, Levy MJ. Pancreatic stent prophylaxis of post endoscopic retrograde cholangiopancreatography pancreatitis: spontaneous migration rates and clinical outcomes.  Minerva Gastroenterol Dietol. 2007 Sep; 53(3):225-30. PMID:17912184.

356. Standards of Practice Committee, Zuckerman MJ, Shen B, Harrison ME 3rd, **Baron TH**, Adler DG, Davila RE, Gan SI, Lichtenstein DR, Qureshi WA, Rajan E, Fanelli RD, Van Guilder T. Informed consent for GI endoscopy.  Gastrointest Endosc. 2007 Aug; 66(2):213-8. PMID:17643691. DOI:10.1016/j.gie.2007.02.029.

357. Standards of Practice Committee, Lichtenstein DR, Cash BD, Davila R, **Baron TH**, Adler DG, Anderson MA, Dominitz JA, Gan SI, Harrison ME 3rd, Ikenberry SO, Qureshi WA, Rajan E, Shen B, Zuckerman MJ, Fanelli RD, Vanguilder T. Role of endoscopy in the management of GERD.  Gastrointest Endosc. 2007 Aug; 66(2):219-24.  PMID:17643692. DOI:10.1016/j.gie.2007.05.027.

358. Chahal P, Prasad GA, Sanderson SO, Gostout CJ, Levy MJ, **Baron TH**. Endoscopic resection of nonadenomatous ampullary neoplasms.  J Clin Gastroenterol. 2007 Aug; 41(7):661-6. PMID:17667049. DOI:10.1097/01.mcg.0000225651.00308.79.

359. Chahal P, **Baron TH**, Poterucha JJ, Rosen CB. Endoscopic retrograde cholangiography in post-orthotopic liver transplant population with Roux-en-Y biliary reconstruction.  Liver Transpl. 2007 Aug; 13(8):1168-73.  PMID:17663414. DOI:10.1002/lt.21198.

360. ASGE Standards of Practice Committee, Gan SI, Rajan E, Adler DG, **Baron TH**, Anderson MA, Cash BD, Davila RE, Dominitz JA, Harrison ME 3rd, Ikenberry SO, Lichtenstein D, Qureshi W, Shen B, Zuckerman MJ, Fanelli RD, Lee KK, Van Guilder T. Role of EUS.  Gastrointest Endosc. 2007 Sep; 66(3):425-34 Epub 2007 Jul 23.  PMID:17643438. DOI:10.1016/j.gie.2007.05.026.

361. Papachristou GI, Smyrk TC, **Baron TH**. Endoscopic retrograde cholangiopancreatography tissue sampling: when and how?  Clin Gastroenterol Hepatol. 2007 Jul; 5(7):783-90. PMID:17628333. DOI:10.1016/j.cgh.2007.04.017.

362. **Baron TH**. Treatment of pancreatic pseudocysts, pancreatic necrosis, and pancreatic duct leaks. Gastrointest Endosc Clin N Am. 2007 Jul; 17(3):559-79, vii. PMID:17640583. DOI:10.1016/j.giec.2007.05.013.

363. Anthony T, **Baron T**, Mercadante S, Green S, Chi D, Cunningham J, Herbst A, Smart E, Krouse RS. Report of the clinical protocol committee: development of randomized trials for malignant bowel obstruction. J Pain Symptom Manage. 2007 Jul; 34(1 Suppl):S49-59. Epub 2007 Jun 04. PMID:17544243. DOI:10.1016/j.jpainsymman.2007.04.011.

364. Papachristou GI, Takahashi N, Chahal P, Sarr MG, **Baron TH**. Peroral endoscopic drainage/debridement of walled-off pancreatic necrosis. Ann Surg. 2007 Jun; 245(6):943-51. PMID:17522520. PMCID:1876949. DOI:10.1097/01.sla.0000254366.19366.69.

365. Prasad GA, Wang KK, **Baron TH**, Buttar NS, Wongkeesong LM, Roberts LR, LeRoy AJ, Lutzke LS, Borkenhagen LS. Factors associated with increased survival after photodynamic therapy for cholangiocarcinoma. Clin Gastroenterol Hepatol. 2007 Jun; 5(6):743-8. PMID:17545000. DOI:10.1016/j.cgh.2007.02.021.

366. Papachristou GI, **Baron TH**. Complication of therapeutic endoscopic retrograde cholangiopancreatography. Gut. 2007 Jun; 56(6):854, 868. PMID:17519488. PMCID:1954838. DOI:10.1136/gut.2006.098004.

367. Fatima J, **Baron TH**, Topazian MD, Houghton SG, Iqbal CW, Ott BJ, Farley DR, Farnell MB, Sarr MG. Pancreaticobiliary and duodenal perforations after periampullary endoscopic procedures: diagnosis and management. Arch Surg. 2007 May; 142(5):448-54; discussion 454-5. PMID:17515486.

368. Papachristou GI, Gleeson FC, Papachristou DJ, Petersen BT, **Baron TH**. Endoscopist administered sedation during ERCP: impact of chronic narcotic/benzodiazepine use and predictive risk of reversal agent utilization. Am J Gastroenterol. 2007 Apr; 102(4):738-43. PMID:17324132.

369. **Baron TH**, Topazian MD. Endoscopic transduodenal drainage of the gallbladder: implications for endoluminal treatment of gallbladder disease. Gastrointest Endosc. 2007 Apr; 65(4):735-7. PMID:17141230.

370. **Baron TH**. Acute colonic obstruction. Gastrointest Endosc Clin N Am. 2007 Apr; 17(2):323-39, vi. PMID:17556151. DOI:10.1016/j.giec.2007.03.001.

371. Chahal P, Papachristou GI, **Baron TH**. Endoscopic transmural entry into pancreatic fluid collections using a dedicated aspiration needle without endoscopic ultrasound guidance: success and complication rates. Surg Endosc. 2007 Oct; 21(10):1726-32. Epub 2007 Mar 01. PMID:17332952. DOI:10.1007/s00464-007-9236-6.

372. Verma D, Gostout CJ, Petersen BT, Levy MJ, **Baron TH**, Adler DG. Establishing a true assessment of endoscopic competence in ERCP during training and beyond: a single-operator learning curve for deep biliary cannulation in patients with native papillary anatomy. Gastrointest Endosc. 2007 Mar; 65(3):394-400. PMID:17321237.

373. Papachristou GI, **Baron TH**. Use of stents in benign and malignant esophageal disease. Rev Gastroenterol Disord. 2007 Spring; 7(2):74-88. PMID:17597675.

374. Batsis JA, **Baron TH**, Arora AS. Acute pancreatitis secondary to adenomatous transformation of the ampulla of Vater in a patient with familial adenomatous polyposis. Surg Laparosc Endosc Percutan Tech. 2007 Feb; 17(1):45-8. PMID:17318055.

375. Sedlack RE, **Baron TH**, Downing SM, Schwartz AJ. Validation of a colonoscopy simulation model for skills assessment.  Am J Gastroenterol. 2007 Jan; 102(1):64-74.  PMID:17100968.

376. **Baron TH**. Minimizing endoscopic complications: endoluminal stents.  Gastrointest Endosc Clin N Am. 2007 Jan; 17(1):83-104, vii.  PMID:17397778.

377. Chahal P, **Baron TH**, Topazian MD, Petersen BT, Levy MJ, Gostout CJ. Endoscopic retrograde cholangiopancreatography in post-Whipple patients.  Endoscopy. 2006 Dec; 38(12):1241-5. PMID:17163326. DOI:10.1055/s-2006-945003.

378. **Baron TH**. Double-balloon enteroscopy to facilitate retrograde PEG placement as access for therapeutic ERCP in patients with long-limb gastric bypass.  Gastrointest Endosc. 2006 Dec; 64(6):973-4.  PMID:17140907. DOI:10.1016/j.gie.2006.06.044.

379. Papachristou GI, **Baron TH**, Gleeson F, Levy MJ, Topazian MD. Endoscopic retrograde cholangiopancreatography catheter and accessory exchange using a short hydrophilic guide wire: a prospective study.  Endoscopy. 2006 Nov; 38(11):1133-6.  PMID:17111336. DOI:10.1055/s-2006-944739.

380. Maple JT, Petersen BT, **Baron TH**, Kasperbauer JL, Wong Kee Song LM, Larson MV. Endoscopic management of radiation-induced complete upper esophageal obstruction with an antegrade-retrograde rendezvous technique.  Gastrointest Endosc. 2006 Nov; 64(5):822-8. PMID:17055888. DOI:10.1016/j.gie.2006.06.026.

381. Simmons DT, Harewood GC, **Baron TH**, Petersen BT, Wang KK, Boyd-Enders F, Ott BJ. Impact of endoscopist withdrawal speed on polyp yield: implications for optimal colonoscopy withdrawal time.  Aliment Pharmacol Ther. 2006 Sep 15; 24(6):965-71.  PMID:16948808. DOI:10.1111/j.1365-2036.2006.03080.x.

382. Chahal P, **Baron TH**. Endoscopic palliation of cholangiocarcinoma.  Curr Opin Gastroenterol. 2006 Sep; 22(5):551-60.  PMID:16891889. DOI:10.1097/01.mog.0000239872.12081.a4.

383. Papachristou GI, **Baron TH**. Endoscopic treatment of an impacted pancreatic duct stone using a balloon catheter for electrohydraulic lithotripsy without pancreatoscopy.  J Clin Gastroenterol. 2006 Sep; 40(8):753-6.  PMID:16940891.

384. **Baron TH**, Burgart LJ, Pochron NL. An internally covered (lined) self-expanding metal esophageal stent: tissue response in a porcine model.  Gastrointest Endosc. 2006 Aug; 64(2):263-7.  PMID:16860080. DOI:10.1016/j.gie.2006.03.936.

385. **Baron TH**, Loftus CG. Successful transanal direct percutaneous ileostomy for management of small bowel pseudo-obstruction after subtotal colectomy.  Gastrointest Endosc. 2006 Nov; 64(5):837-8. Epub 2006 Jul 26.  PMID:17055892. DOI:10.1016/j.gie.2006.04.015.

386. Maple JT, **Baron TH**. Biliary-basket impaction complicated by in vivo traction-wire fracture: report of a novel management approach.  Gastrointest Endosc. 2006 Dec; 64(6):1031-3. Epub 2006 Jul 26.  PMID:17140927. DOI:10.1016/j.gie.2006.04.023.

387. **Baron TH**. Direct percutaneous endoscopic jejunostomy.  Am J Gastroenterol. 2006 Jul; 101(7):1407-9.  PMID:16863538. DOI:10.1111/j.1572-0241.2006.00434.x.

388. Joyce AM, Ahmad NA, Beilstein MC, Kochman ML, Long WB, **Baron T**, Sherman S, Fogel E, Lehman GA, McHenry L, Watkins J, Ginsberg GG. Multicenter comparative trial of the V-scope system for therapeutic ERCP.  Endoscopy. 2006 Jul; 38(7):713-6.  PMID:16810594. DOI:10.1055/s-2006-925446.

389. Small AJ, **Baron TH**. Successful endoscopic resection of ampullary adenoma with intraductal extension and invasive carcinoma (with video).  Gastrointest Endosc. 2006 Jul; 64(1):148-51. PMID:16813830. DOI:10.1016/j.gie.2006.02.034.

390. Simmons DT, **Baron TH**, Petersen BT, Gostout CJ, Haddock MG, Gores GJ, Yeakel PD, Topazian MD, Levy MJ. A novel endoscopic approach to brachytherapy in the management of Hilar cholangiocarcinoma.  Am J Gastroenterol. 2006 Aug; 101(8):1792-6. Epub 2006 Jun 16. PMID:16780552. DOI:10.1111/j.1572-0241.2006.00700.x.

391. American Society of Colon and Rectal Surgeons (ASCRS), American Society for Gastrointestinal Endoscopy (ASGE), Society of American Gastrointestinal and Endoscopic Surgeons (SAGES), Wexner SD, Beck DE, **Baron TH**, Fanelli RD, Hyman N, Shen B, Wasco KE. A consensus document on bowel preparation before colonoscopy: prepared by a task force from the American Society of Colon and Rectal Surgeons (ASCRS), the American Society for Gastrointestinal Endoscopy (ASGE), and the Society of American Gastrointestinal and Endoscopic Surgeons (SAGES). Surg Endosc. 2006 Jul; 20(7):1147-60. Epub 2006 Jun 08. PMID:16763922. DOI:10.1007/s00464-006-0152-y.

392. Wexner SD, Beck DE, **Baron TH**, Fanelli RD, Hyman N, Shen B, Wasco KE. A consensus document on bowel preparation before colonoscopy: prepared by a task force from the American Society of Colon and Rectal Surgeons (ASCRS), the American Society for Gastrointestinal Endoscopy (ASGE), and the Society of American Gastrointestinal and Endoscopic Surgeons (SAGES). Dis Colon Rectum. 2006 Jun; 49(6):792-809.  PMID:16741637. DOI:10.1007/s10350-006-0536-z.

393. Wexner SD, Beck DE, **Baron TH**, Fanelli RD, Hyman N, Shen B, Wasco KE, American Society of Colon and Rectal Surgeons, American Society for Gastrointestinal Endoscopy, Society of American Gastrointestinal and Endoscopic Surgeons. A consensus document on bowel preparation before colonoscopy: prepared by a task force from the American Society of Colon and Rectal Surgeons (ASCRS), the American Society for Gastrointestinal Endoscopy (ASGE), and the Society of American Gastrointestinal and Endoscopic Surgeons (SAGES). Gastrointest Endosc. 2006 Jun; 63(7):894-909.  PMID:16733101. DOI:10.1016/j.gie.2006.03.918.

394. Standards of Practice Committee, Egan JV, **Baron TH**, Adler DG, Davila R, Faigel DO, Gan SL, Hirota WK, Leighton JA, Lichtenstein D, Qureshi WA, Rajan E, Shen B, Zuckerman MJ, VanGuilder T, Fanelli RD. Esophageal dilation.  Gastrointest Endosc. 2006 May; 63(6):755-60. PMID:16650533. DOI:10.1016/j.gie.2006.02.031.

395. Ustundag Y, **Baron TH**, Smyrk TC. Bile duct cancer in the setting of intraductal papillary mucinous tumor appearing as an impacted bile duct stone on ERCP.  Gastrointest Endosc. 2006 May; 63(6):861-2.  PMID:16650557. DOI:10.1016/j.gie.2005.10.012.

396. Sedlack RE, Pochron NL, **Baron TH**. Percutaneous endoscopic gastrostomy placement without skin incision: results of a randomized trial.  JPEN J Parenter Enteral Nutr. 2006 May-Jun; 30(3):240-5. PMID:16639071.

397. Faigel DO, Pike IM, **Baron TH**, Chak A, Cohen J, Deal SE, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Petrini JL, Rex DK, Safdi MA, ASGE/ACG Taskforce on Quality in Endoscopy. Quality indicators for gastrointestinal endoscopic procedures: an introduction.  Am J Gastroenterol. 2006 Apr; 101(4):866-72.  PMID:16635230. DOI:10.1111/j.1572-0241.2006.00677.x.

398. Rex DK, Petrini JL, **Baron TH**, Chak A, Cohen J, Deal SE, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Safdi MA, Faigel DO, Pike IM, ASGE/ACG Taskforce on Quality in Endoscopy. Quality indicators for colonoscopy. Am J Gastroenterol. 2006 Apr; 101(4):873-85. PMID:16635231. DOI:10.1111/j.1572-0241.2006.00673.x.

399. Cohen J, Safdi MA, Deal SE, **Baron TH**, Chak A, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Petrini JL, Rex DK, Faigel DO, Pike IM, ASGE/ACG Taskforce on Quality in Endoscopy. Quality indicators for esophagogastroduodenoscopy. Am J Gastroenterol. 2006 Apr; 101(4):886-91. PMID:16635232. DOI:10.1111/j.1572-0241.2006.00676.x.

400. **Baron TH**, Petersen BT, Mergener K, Chak A, Cohen J, Deal SE, Hoffinan B, Jacobson BC, Petrini JL, Safdi MA, Faigel DO, Pike IM, ASGE/ACG Taskforce on Quality in Endoscopy. Quality indicators for endoscopic retrograde cholangiopancreatography. Am J Gastroenterol. 2006 Apr; 101(4):892-7. PMID:16635233. DOI:10.1111/j.1572-0241.2006.00675.x.

401. Jacobson BC, Chak A, Hoffman B, **Baron TH**, Cohen J, Deal SE, Mergener K, Petersen BT, Petrini JL, Safdi MA, Faigel DO, Pike IM, ASGE/ACG Taskforce on Quality in Endoscopy. Quality indicators for endoscopic ultrasonography. Am J Gastroenterol. 2006 Apr; 101(4):898-901. PMID:16635234. DOI:10.1111/j.1572-0241.2006.00674.x.

402. Papachristou GI, Smyrk TC, **Baron TH**. Cytomegalovirus infection in a liver transplant patient identified by endoscopically severe duodenal papillitis. Clin Gastroenterol Hepatol. 2006 Apr; 4(4):xxxii. PMID:16616341. DOI:10.1016/j.cgh.2005.12.029.

403. **Baron TH**. Combined endoscopic transgastric and transpapillary drainage of an infected biloma. Endoscopy. 2006 Apr; 38(4):436. PMID:16680658. DOI:10.1055/s-2006-925174.

404. Davila RE, Rajan E, **Baron TH**, Adler DG, Egan JV, Faigel DO, Gan SI, Hirota WK, Leighton JA, Lichtenstein D, Qureshi WA, Shen B, Zuckerman MJ, VanGuilder T, Fanelli RD, Standards of Practice Committee American Society for Gastrointestinal Endoscopy. ASGE guideline: colorectal cancer screening and surveillance. Gastrointest Endosc. 2006 Apr; 63(4):546-57. PMID:16564851. DOI:10.1016/j.gie.2006.02.002.

405. Leighton JA, Shen B, **Baron TH**, Adler DG, Davila R, Egan JV, Faigel DO, Gan SI, Hirota WK, Lichtenstein D, Qureshi WA, Rajan E, Zuckerman MJ, VanGuilder T, Fanelli RD, Standards of Practice Committee American Society for Gastrointestinal Endoscopy. ASGE guideline: endoscopy in the diagnosis and treatment of inflammatory bowel disease. Gastrointest Endosc. 2006 Apr; 63(4):558-65. PMID:16564852. DOI:10.1016/j.gie.2006.02.005.

406. Qureshi WA, Zuckerman MJ, Adler DG, Davila RE, Egan JV, Gan SI, Lichtenstein DR, Rajan E, Shen B, Fanelli RD, Van Guilder T, **Baron TH**, Standards of Practice Committee American Society for Gastrointestinal Endoscopy. ASGE guideline: modifications in endoscopic practice for the elderly. Gastrointest Endosc. 2006 Apr; 63(4):566-9. PMID:16564853. DOI:10.1016/j.gie.2006.02.001.

407. Hirota WK, Zuckerman MJ, Adler DG, Davila RE, Egan J, Leighton JA, Qureshi WA, Rajan E, Fanelli R, Wheeler-Harbaugh J, **Baron TH**, Faigel DO, Standards of Practice Committee American Society for Gastrointestinal Endoscopy. ASGE guideline: the role of endoscopy in the surveillance of premalignant conditions of the upper GI tract. Gastrointest Endosc. 2006 Apr; 63(4):570-80. PMID:16564854. DOI:10.1016/j.gie.2006.02.004.

408. Cohen J, Safdi MA, Deal SE, **Baron TH**, Chak A, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Petrini JL, Rex DK, Faigel DO, Pike IM. Quality indicators for esophagogastroduodenoscopy. Gastrointest Endosc. 2006 Apr; 63(4 Suppl):S10-5. PMID:16564907. DOI:10.1016/j.gie.2006.02.018.

409. Rex DK, Petrini JL, **Baron TH**, Chak A, Cohen J, Deal SE, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Safdi MA, Faigel DO, Pike IM. Quality indicators for colonoscopy. Gastrointest Endosc. 2006 Apr; 63(4 Suppl):S16-28. PMID:16564908. DOI:10.1016/j.gie.2006.02.021.

410. **Baron TH**, Petersen BT, Mergener K, Chak A, Cohen J, Deal SE, Hoffman B, Jacobson BC, Petrini JL, Safdi MA, Faigel DO, Pike IM. Quality indicators for endoscopic retrograde cholangiopancreatography. Gastrointest Endosc. 2006 Apr; 63(4 Suppl):S29-34. PMID:16564909. DOI:10.1016/j.gie.2006.02.019.

411. Faigel DO, Pike IM, **Baron TH**, Chak A, Cohen J, Deal SE, Hoffman B, Jacobson BC, Mergener K, Petersen BT, Petrini JL, Rex DK, Safdi MA. Quality indicators for gastrointestinal endoscopic procedures: an introduction. Gastrointest Endosc. 2006 Apr; 63(4 Suppl):S3-9. PMID:16564906. DOI:10.1016/j.gie.2006.02.017.

412. Jacobson BC, Chak A, Hoffman B, **Baron TH**, Cohen J, Deal SE, Mergener K, Petersen BT, Petrini JL, Safdi MA, Faigel DO, Pike IM. Quality indicators for endoscopic ultrasonography. Gastrointest Endosc. 2006 Apr; 63(4 Suppl):S35-8. PMID:16564910. DOI:10.1016/j.gie.2006.02.020.

413. **Baron TH**, Poterucha JJ. Insertion and removal of covered expandable metal stents for closure of complex biliary leaks. Clin Gastroenterol Hepatol. 2006 Mar; 4(3):381-6. PMID:16527703. DOI:10.1016/j.cgh.2005.11.001.

414. **Baron TH**. Palliation of malignant obstructive jaundice. Gastroenterol Clin North Am. 2006 Mar; 35(1):101-12. PMID:16530113. DOI:10.1016/j.gtc.2006.01.001.

415. Maple JT, Petersen BT, **Baron TH**, Harewood GC, Johnson CD, Schmit GD. Abdominal CT as a predictor of outcome before attempted direct percutaneous endoscopic jejunostomy. Gastrointest Endosc. 2006 Mar; 63(3):424-30. PMID:16500390. DOI:10.1016/j.gie.2005.10.035.

416. *Osborn NK, **Baron TH**. The history of the "French" gauge. Gastrointest Endosc. 2006 Mar; 63(3):461-2. PMID:16500397. DOI:10.1016/j.gie.2005.11.019.

417. Yusuf TE, **Baron TH**. Endoscopic transmural drainage of pancreatic pseudocysts: results of a national and an international survey of ASGE members. Gastrointest Endosc. 2006 Feb; 63(2):223-7. PMID:16427925. DOI:10.1016/j.gie.2005.09.034.

418. Simmons DT, Daly RC, **Baron TH**. Direct percutaneous endoscopic jejunostomy placement in a patient with intracorporeal left ventricular assist device. ASAIO J. 2006 Jan-Feb; 52(1):115-6. PMID:16436901. DOI:10.1097/01.mat.0000196510.78577.fe.

419. Harewood GC, **Baron TH**, Song LM. Factors predicting success of endoscopic variceal ligation for secondary prophylaxis of esophageal variceal bleeding. J Gastroenterol Hepatol. 2006 Jan; 21(1 Pt 2):237-41. PMID:16460480. DOI:10.1111/j.1440-1746.2006.04169.x.

420. Simmons DT, **Baron TH**. Electroincision of refractory esophagogastric anastomotic strictures. Dis Esophagus. 2006; 19(5):410-4. PMID:16984542. DOI:10.1111/j.1442-2050.2006.00605.x.

421. **Baron TH**, Bounds BC, Sedlack R, Weston AP, Raju GS, Triadafilopoulos G. Continuing medical education exam: April 2006. Gastrointest Endosc. 2006; 63(4):676-80.

422. Vege SS, Chari ST, Petersen BT, **Baron TH**, Munukuti N, Bollineni S, Rea JR. Endoscopic retrograde cholangiopancreatography-induced severe acute pancreatitis. Pancreatology. 2006; 6(6):527-30.

423. **Baron TH**. Snares, knives, and scissors.  Techniques in Gastrointestinal Endoscopy. 2006; 8(1):22-7.

424. Maple JT, Petersen BT, **Baron TH**, Gostout CJ, Wong Kee Song LM, Buttar NS. Direct percutaneous endoscopic jejunostomy: Outcomes in 307 consecutive attempts.  Am J Gastroenterol. 2005 Dec; 100(12):2681-8.  PMID:16393220.

425. Chen VK, Arguedas MR, **Baron TH**. Expandable metal biliary stents before pancreaticoduodenectomy for pancreatic cancer: A Monte-Carlo decision analysis.  Clin Gastroenterol Hepatol. 2005 Dec; 3(12):1229-37.

426. **Baron TH**. Endoscopy for bile duct stones.  Minerva Gastroenterol Dietol. 2005 Dec; 51(4):289-301.  PMID:16282958.

427. Ramage JI, Rumalla A, **Baron TH**, Pochron NL, Zinsmeister AR, Murray JA, Norton ID, Diehl N, Romero Y. A prospective, randomized, double-blind, placebo-controlled trial of endoscopic steroid injection therapy for recalcitrant esophageal peptic strictures.  Am J Gastroenterol. 2005 Nov; 100(11):2419-25.  PMID:16279894. DOI:10.1111/j.1572-0241.2005.00331.x.

428. Prasad GA, Abraham SC, **Baron TH**, Topazian MD. Hemobilia caused by cytomegalovirus cholangiopathy.  Am J Gastroenterol. 2005 Nov; 100(11):2592-5.  PMID:16279917. DOI:10.1111/j.1572-0241.2005.00275.x.

429. Qureshi W, Adler DG, Davila R, Egan J, Hirota W, Leighton J, Rajan E, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, **Baron TH**, Standards of Practice Committee. ASGE Guideline: the role of endoscopy in the management of variceal hemorrhage, updated July 2005.  Gastrointest Endosc. 2005 Nov; 62(5):651-5.  PMID:16246673. DOI:10.1016/j.gie.2005.07.031.

430. Davila RE, Rajan E, Adler DG, Egan J, Hirota WK, Leighton JA, Qureshi W, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, **Baron TH**, Faigel DO, Standards of Practice Committee. ASGE Guideline: the role of endoscopy in the patient with lower-GI bleeding.  Gastrointest Endosc. 2005 Nov; 62(5):656-60.  PMID:16246674. DOI:10.1016/j.gie.2005.07.032.

431. Hoyer RJ, Arora AS, **Baron TH**. Complications after traction removal of direct percutaneous endoscopic jejunostomy: three case reports.  Gastrointest Endosc. 2005 Nov; 62(5):802-5. PMID:16246705.

432. Monkemuller KE, Harewood GC, Curioso WH, Fry LC, Wilcox CM, Morgan DE, **Baron TH**. Biochemical analysis of pancreatic fluid collections predicts bacterial infection.  J Gastroenterol Hepatol. 2005 Nov; 20(11):1667-73.  PMID:16246183.

433. Norton ID, Petersen BT, Bosco J, Nelson DB, Meier PB, **Baron TH**, Lange SM, Gostout CJ, Loeb DS, Levy MJ, Wiersema MJ, Pochron N. A randomized trial of endoscopic biliary sphincterotomy using pure-cut versus combined cut and coagulation waveforms.  Clin Gastroenterol Hepatol. 2005 Oct; 3(10):1029-33.  PMID:16234050.

434. **Baron TH**. Colonic stenting: technique, technology, and outcomes for malignant and benign disease.  Gastrointest Endosc Clin N Am. 2005 Oct; 15(4):757-71.  PMID:16278137.

435. Abu-Ramda EM, **Baron TH**, Simmons DT, Petersen BT. A retrospective comparison of outcomes using three different precut needle knife techniques for biliary cannulation.  J Clin Gastroenterol. 2005 Sep; 39(8):717-21.

436. de la Mora-Levy JG, **Baron TH**. Endoscopic management of the liver transplant patient.  Liver Transpl. 2005 Sep; 11(9):1007-21.  PMID:16123974.

437. Qureshi W, Adler DG, Davila RE, Egan J, Hirota WK, Jacobson BC, Leighton JA, Rajan E, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, **Baron TH**, Faigel DO. ASGE guideline: guideline on the use of endoscopy in the management of constipation.  Gastrointest Endosc. 2005 Aug; 62(2):199-201.  PMID:16046978. DOI:10.1016/j.gie.2005.04.016.

438. Gibbs CM, **Baron TH**. Outcome following endoscopic transmural drainage of pancreatic fluid collections in outpatients.  J Clin Gastroenterol2005 Aug; 39(7):634-7.  PMID:16000934.

439. Simmons DT, **Baron TH**. Technology insight: Enteral stenting and new technology.  Nat Clin Pract Gastroenterol Hepatol. 2005 Aug; 2(8):365-74; quiz 1 p following 374.  PMID:16265404. DOI:10.1038/ncpgasthep0236.

440. Adler DG, **Baron TH**, Davila RE, Egan J, Hirota WK, Leighton JA, Qureshi W, Rajan E, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, Faigel DO, Standards of Practice Committee of American Society for Gastrointestinal Endoscopy. ASGE guideline: the role of ERCP in diseases of the biliary tract and the pancreas.  Gastrointest Endosc. 2005 Jul; 62(1):1-8.  PMID:15990812. DOI:10.1016/j.gie.2005.04.015.

441. Simmons DT, **Baron TH**. Endoluminal palliation.  Gastrointest Endosc Clin N Am. 2005 Jul; 15(3):467-84, viii.  PMID:15990052. DOI:10.1016/j.giec.2005.03.005.

442. Faigel DO, **Baron TH**, Adler DG, Davila RE, Egan J, Hirota WK, Jacobson BC, Leighton JA, Qureshi W, Rajan E, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, Asge. ASGE guideline: guidelines for credentialing and granting privileges for capsule endoscopy.  Gastrointest Endosc. 2005 Apr; 61(4):503-5.  PMID:15812400.

443. Qureshi WA, Rajan E, Adler DG, Davila RE, Hirota WK, Jacobson BC, Leighton JA, Zuckerman MJ, Hambrick RD, Fanelli RD, **Baron T**, Faigel DO, American Society for Gastrointestinal Endoscopy. ASGE Guideline: Guidelines for endoscopy in pregnant and lactating women. Gastrointest Endosc. 2005 Mar; 61(3):357-62.  PMID:15758903.

444. Jacobson BC, **Baron TH**, Adler DG, Davila RE, Egan J, Hirota WK, Leighton JA, Qureshi W, Rajan E, Zuckerman MJ, Fanelli R, Wheeler-Harbaugh J, Faigel DO, American Society for Gastrointestinal Endoscopy. ASGE guideline: The role of endoscopy in the diagnosis and the management of cystic lesions and inflammatory fluid collections of the pancreas.  Gastrointest Endosc. 2005 Mar; 61(3):363-70.  PMID:15758904.

445. Harewood GC, **Baron TH**, Rumalla A, Wang KK, Gores GJ, Stadheim LM, de Groen PC. Pilot study to assess patient outcomes following endoscopic application of photodynamic therapy for advanced cholangiocarcinoma.  J Gastroenterol Hepatoll. 2005 Mar; 20(3):415-20. PMID:15740486.

446. Vege SS, **Baron TH**. Management of pancreatic necrosis in severe acute pancreatitis.  Clinical Gastroenterology & Hepatology. 2005 Feb; 3(2):192-6.  PMID:15704054.

447. Zuckerman MJ, Hirota WK, Adler DG, Davila RE, Jacobson BC, Leighton JA, Qureshi WA, Rajan E, Hambrick RD, Fanelli RD, **Baron TH**, Faigel DO, Standards of Practice Committee of the American Society for Gastrointestinal Endoscopy. ASGE guideline: the management of low-molecular-weight heparin and nonaspirin antiplatelet agents for endoscopic procedures. Gastrointest Endosc. 2005 Feb; 61(2):189-94.  PMID:15729224.

448. Davila RE, Rajan E, Adler D, Hirota WK, Jacobson BC, Leighton JA, Qureshi W, Zuckerman MJ, Fanelli R, Hambrick D, **Baron TH**, Faigel DO, Asge. ASGE guideline: the role of endoscopy in the diagnosis, staging, and management of colorectal cancer.  Gastrointest Endosc. 2005 Jan; 61(1):1-7.  PMID:15672048.

449. Adler DG, Jacobson BC, Davila RE, Hirota WK, Leighton JA, Qureshi WA, Rajan E, Zuckerman MJ, Fanelli RD, **Baron TH**, Faigel DO, Asge. ASGE guideline: complications of EUS. Gastrointest Endosc. 2005 Jan; 61(1):8-12.  PMID:15672049.

450. **Baron TH**, Jung S. Pancreaticoduodenectomy following endoscopic placement of an expandable metal biliary stent.  Clin Gastroenterol Hepatol. 2005; 3(12):xxi.  PMID:16361036.

451. Chahal P, **Baron TH**. Cholangiocarcinoma.  Curr Treat Options Gastroenterol. 2005; 8(6):493-502.  PMID:16313867.

452. Simmons DT, **Baron TH**. Endoscopic retrieval of a capsule endoscope from a Zenker's diverticulum.  Dis Esophagus. 2005; 18(5):338-9.  PMID:16197536. DOI:10.1111/j.1442-2050.2005.00509.x.

453. **Baron TH**. Endoscopic US for metastases to the pancreas: Chasing the satellites.  Gastrointest Endosc. 2005; 61(6):697-9.

454. Telford JJ, Carr-Locke DL, **Baron TH**, Tringali A, Parsons WG, Gabbrielli A, Costamagna G. Palliation of patients with malignant gastric outlet obstruction with the enteral Wallstent: outcomes from a multicenter study.  Gastrointest Endosc. 2004 Dec; 60(6):916-20. PMID:15605006.

455. Gores GJ, Baskin-Bey ES, **Baron TH**, Alberts SR. Treatment endpoints for advanced cholangiocarcinoma.  Nat Clin Pract Gastroenterol Hepatol. 2004 Nov; 1(1):4-5. PMID:16265019.

456. Adler DG, Leighton JA, Davila RE, Hirota WK, Jacobson BC, Qureshi WA, Rajan E, Zuckerman MJ, Fanelli RD, Hambrick RD, **Baron T**, Faigel DO, Asge. ASGE guideline: The role of endoscopy in acute non-variceal upper-GI hemorrhage.  Gastrointest Endosc. 2004 Oct; 60(4):497-504.  PMID:15472669.

457. Kipp BR, Stadheim LM, Halling SA, Pochron NL, Harmsen S, Nagorney DM, Sebo TJ, Therneau TM, Gores GJ, de Groen PC, **Baron TH**, Levy MJ, Halling KC, Roberts LR. A comparison of routine cytology and fluorescence in situ hybridization for the detection of malignant bile duct strictures.  Am J Gastroenterol. 2004 Sep; 99(9):1675-81.  PMID:15330900. DOI:10.1111/j.1572-0241.2004.30281.x.

458. Yousfi M, Gostout CJ, **Baron TH**, Hernandez JL, Keate R, Fleischer DE, Sorbi D. Postpolypectomy lower gastrointestinal bleeding: Potential role of aspirin.  Am J Gastroenterol. 2004 Sep; 99(9):1785-9.  PMID:15330919.

459. **Baron TH**, Harewood GC. Endoscopic balloon dilation of the biliary sphincter compared to endoscopic biliary sphincterotomy for removal of common bile duct stones during ERCP: a metaanalysis of randomized, controlled trials.  Am J Gastroenterol. 2004 Aug; 99(8):1455-60. PMID:15307859. DOI:10.1111/j.1572-0241.2004.30151.x.

460. Harewood GC, **Baron TH**, Stadheim LM, Kipp BR, Sebo TJ, Salomao DR. Prospective, blinded assessment of factors influencing the accuracy of biliary cytology interpretation.  Am J Gastroenterol. 2004 Aug; 99(8):1464-9.  PMID:15307861. DOI:10.1111/j.1572-0241.2004.30845.x.

461. Harewood GC, Wright CA, **Baron TH**. Assessment of patients' perceptions of bowel preparation quality at colonoscopy.  Am J Gastroenterol. 2004 May; 99(5):839-43.  PMID:15128347. DOI:10.1111/j.1572-0241.2004.04176.x.

462. Abu-Hamda EM, **Baron TH**. Endoscopic management of cholangiocarcinoma.  Semin Liver Dis. 2004 May; 24(2):165-75.  PMID:15192789.

463. Levy MJ, **Baron TH**, Gostout CJ, Petersen BT, Farnell MB. Palliation of malignant extrahepatic biliary obstruction with plastic versus expandable metal stents: An evidence-based approach. Clinical Gastroenterology & Hepatology. 2004 Apr; 2(4):273-85.  PMID:15067620.

464. **Baron TH**, Harewood GC, Rumalla A, Pochron NL, Stadheim LM, Gores GJ, Therneau TM, De Groen PC, Sebo TJ, Salomao DR, Kipp BR. A prospective comparison of digital image analysis and routine cytology for the identification of malignancy in biliary tract strictures.  Clin Gastroenterol Hepatol. 2004 Mar; 2(3):214-9.  PMID:15017605.

465. **Baron TH**. Indications and results of endoscopic rectal stenting.  J Gastrointest Surg. 2004 Mar-Apr; 8(3):266-9.  PMID:15019920.

466. **Baron TH**, Kozarek RA. Endoscopic stenting of colonic tumours.  Best Practice & Research in Clinical Gastroenterology. 2004 Feb; 18(1):209-29.  PMID:15123093.

467. **Baron TH**, Kimery BD, Sorbi D, Gorkis LC, Leighton JA, Fleischer DE. Strategies to address increased demand for colonoscopy: Guidelines in an open endoscopy practice.  Clin Gastroenterol Hepatol. 2004 Feb; 2(2):178-82.  PMID:15017624.

468. Sodeman TC, Harewood GC, **Baron TH**. Assessment of the predictors of response to glucagon in the setting of acute esophageal food bolus impaction.  Dysphagia. 2004 Jan; 19(1):18-21. PMID:14745641.

469. Jacobson BC, Hirota WK, Goldstein JL, Leighton JA, Mallery JS, Waring JP, **Baron TH**, Faigel DO, American Society For Gastrointestinal Endoscopy. The role of EUS for evaluation of mediastinal adenopathy.  Gastrointest Endosc. 2003 Dec; 58(6):819-21.  PMID:14652546.

470. **Baron TH**, Mallery JS, Hirota WK, Goldstein JL, Jacobson BC, Leighton JA, Waring JP, Faigel DO. The role of endoscopy in the evaluation and treatment of patients with pancreaticobiliary malignancy.  Gastrointest Endosc. 2003 Nov; 58(5):643-9.  PMID:14595292.

471. Leighton JA, Goldstein J, Hirota W, Jacobson BC, Johanson JF, Mallery JS, Peterson K, Waring JP, Fanelli RD, Wheeler-Harbaugh J, **Baron TH**, Faigel DO. Obscure gastrointestinal bleeding. Gastrointest Endosc. 2003 Nov; 58(5):650-5.  PMID:14595294.

472. Sedlack R, Pochron N, **Baron T**. Percutaneous endoscopic gastrostomy placement without a skin incision: results of a prospective pilot study.  J Clin Gastroenterol. 2003 Nov-Dec; 37(5):368-71.  PMID:14564182.

473. Hirota WK, Petersen K, **Baron TH**, Goldstein JL, Jacobson BC, Leighton JA, Mallery JS, Waring JP, Fanelli RD, Wheeler-Harbough J, Faigel DO, Standards of Practice Committee of the American Society for Gastrointestinal Endoscopy. Guidelines for antibiotic prophylaxis for GI endoscopy.  Gastrointest Endosc. 2003 Oct; 58(4):475-82.  PMID:14520276.

474. Waring JP, **Baron TH**, Hirota WK, Goldstein JL, Jacobson BC, Leighton JA, Mallery JS, Faigel DO, American Society for Gastrointestinal Endoscopy Standards of Practice Committee. Guidelines for conscious sedation and monitoring during gastrointestinal endoscopy. Gastrointest Endosc. 2003 Sep; 58(3):317-22.  PMID:14528201.

475. Harewood GC, Wright CA, **Baron TH**. Impact on patient outcomes of experience in the performance of endoscopic pancreatic fluid collection drainage.  Gastrointest Endosc. 2003 Aug; 58(2):230-5.  PMID:12872091.

476. Zein CO, **Baron TH**, Morgan DE. Endoscopic pancreaticoduodenostomy for treatment of pancreatic duct disconnection because of severe acute pancreatitis.  Gastrointest Endosc. 2003 Jul; 58(1):130-4.  PMID:12838241.

477. Faigel DO, Eisen GM, **Baron TH**, Dominitz JA, Goldstein JL, Hirota WK, Jacobson BC, Johanson JF, Leighton JA, Mallery JS, Peterson KA, Raddawi HM, Varg JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, Standards of Practice Committee. American Society for Gastrointestinal Endoscopy. Tissue sampling and analysis. Gastrointest Endosc. 2003 Jun; 57(7):811-6.  PMID:12776025.

478. Jacobson BC, Hirota W, **Baron TH**, Leighton JA, Faigel DO, Standards of Practice Committee. American Society for Gastrointestinal Endoscopy. The role of endoscopy in the assessment and treatment of esophageal cancer.  Gastrointest Endosc. 2003 Jun; 57(7):817-22. PMID:12776026.

479. Ramage JI, **Baron TH**. Percutaneous endoscopic cecostomy: a case series.  Gastrointest Endosc. 2003 May; 57(5):752-5.  PMID:12709715.

480. **Baron TH**, Feitoza AB, Nagorney DM. Successful endoscopic treatment of a complete transection of the bile duct complicating laparoscopic cholecystectomy.  Gastrointest Endosc. 2003 May; 57(5):765-9.  PMID:12739556.

481. Adler DG, Pearson RK, **Baron TH**. Endoscopic drainage of a pancreatic pseudocyst in a symptomatic patient with subtotal gastrectomy and Roux-en-Y anastomosis.  Gastrointest Endosc. 2003 May; 57(5):787-90.  PMID:12739563.

482. Mallery JS, **Baron TH**, Dominitz JA, Goldstein JL, Hirota WK, Jacobson BC, Leighton JA, Raddawi HM, Varg JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, Eisen GM, Faigel DO, Standards of Practice Committee. American Society for Gastrointestinal Endoscopy. Complications of ERCP.  Gastrointest Endosc. 2003 May; 57(6):633-8.  PMID:12709688.

483. Dominitz JA, Eisen GM, **Baron TH**, Goldstein JL, Hirota WK, Jacobson BC, Johanson JF, Leighton JA, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, Faigel DO, Standards of Practice Committee. American Society for Gastrointestinal Endoscopy. Complications of colonoscopy.  Gastrointest Endosc. 2003 Apr; 57(4):441-5. PMID:12665750.

484. Faigel DO, Eisen GM, **Baron TH**, Dominitz JA, Goldstein JL, Hirota WK, Jacobson BC, Johanson JF, Leighton JA, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, Standards of Practice Committee. American Society for Gastrointestinal Endoscopy. Preparation of patients for GI endoscopy.  Gastrointest Endosc. 2003 Apr; 57(4):446-50.  PMID:12665751.

485. Rumalla A, Petersen BT, **Baron TH**, Burgart LJ, Herman LJ, Wiersema MJ, Gostout CJ. Development of a swine model for benign stenosis of the bile duct by endoscopic application of intraluminal thermal injury.  Gastrointest Endosc. 2003 Jan; 57(1):73-7.  PMID:12518135.

486. Loftus CG, Harewood GC, **Baron TH**. Assessment of predictors of response to neostigmine for acute colonic pseudo-obstruction.  Am J Gastroenterol. 2002 Dec; 97(12):3118-22. PMID:12492198.

487. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ, Waring JP, Fanelli RD, Wheeler-Harbaugh J, Standards of Practice Committee of the American Society for Gastrointestinal Endoscopy. Acute colonic pseudo-obstruction. Gastrointest Endosc. 2002 Dec; 56(6):789-92.  PMID:12447286.

488. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ, Waring JP, Fanelli RD, Wheeler-Harbaugh J, Standards of Practice Committee of the American Society for Gastrointestinal Endoscopy. Open access endoscopy.  Gastrointest Endosc. 2002 Dec; 56(6):793-5.  PMID:12447287.

489. Fan AC, **Baron TH**, Rumalla A, Harewood GC. Comparison of direct percutaneous endoscopic jejunostomy and PEG with jejunal extension.  Gastrointest Endosc. 2002 Dec; 56(6):890-4.  PMID:12447304.

490. **Baron TH**. Direct percutaneous endoscopic jejunostomy through a mature gastrostomy tract.  Gastrointest Endosc. 2002 Dec; 56(6):946-7.  PMID:12447324.

491. Fan AC, **Baron TH**, Utz JP. Combined tracheal and esophageal stenting for palliation of tracheoesophageal symptoms from mediastinal lymphoma.  Mayo Clin Proc. 2002 Dec; 77(12):1347-50.  PMID:12479523.

492. Faigel DO, **Baron TH**, Goldstein JL, Hirota WK, Jacobson BC, Johanson JF, Leighton JA, Mallery JS, Peterson KA, Waring JP, Fanelli RD, Wheeler-Harbaugh J, Standards Practice Committe American Society for Gastrointestinal Endoscopy. Guidelines for the use of deep sedation and anesthesia for GI endoscopy.  Gastrointest Endosc. 2002 Nov; 56(5):613-7.  PMID:12397263.

493. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ, Waring JP, Fanelli RD, Wheeler-Harbaugh J, Standards Practice Committe American Society for Gastrointestinal Endoscopy. The role of endoscopic therapy in the management of variceal hemorrhage.  Gastrointest Endosc. 2002 Nov; 56(5):618-20.  PMID:12397264.

494. Sanchez W, **Baron TH**. Palliative colonic stent placement.  Gastrointest Endosc. 2002 Nov; 56(5):735.  PMID:12397287.

495. **Baron TH**, Farnell MB, LeRoy AJ. Endoscopic transpapillary gallbladder drainage for closure of calculous gallbladder perforation and cholecystoduodenal fistula.  Gastrointest Endosc. 2002 Nov; 56(5):753-5.  PMID:12397293.

496. **Baron TH**, Rey JF, Spinelli P. Expandable metal stent placement for malignant colorectal obstruction.  Endoscopy. 2002 Oct; 34(10):823-30.  PMID:12244506.

497. Vazquez-Sequeiros E, **Baron TH**, Clain JE, Gostout CJ, Norton ID, Petersen BT, Levy MJ, Jondal ML, Wiersema MJ. Evaluation of indeterminate bile duct strictures by intraductal US.  Gastrointest Endosc. 2002 Sep; 56(3):372-9.  PMID:12196775.

498. Norton ID, Gostout CJ, **Baron TH**, Geller A, Petersen BT, Wiersema MJ. Safety and outcome of endoscopic snare excision of the major duodenal papilla.  Gastrointest Endosc. 2002 Aug; 56(2):239-43.  PMID:12145603.

499. Adler DG, **Baron TH**. Endoscopic palliation of colorectal cancer.  Hematol Oncol Clin North Am. 2002 Aug; 16(4):1015-29.  PMID:12418060.

500. Harewood GC, **Baron TH**, LeRoy AJ, Petersen BT. Cost-effectiveness analysis of alternative strategies for palliation of distal biliary obstruction after a failed cannulation attempt.  Am J Gastroenterol. 2002 Jul; 97(7):1701-7.  PMID:12135021.

501. Harewood GC, **Baron TH**. An assessment of the learning curve for precut biliary sphincterotomy.  Am J Gastroenterol. 2002 Jul; 97(7):1708-12.  PMID:12135022.

502. Fry LC, Monkemuller KE, **Baron TH**. Sclerosing cholangitis caused by Clonorchis sinensis. Gastrointest Endosc. 2002 Jul; 56(1):114.  PMID:12085048.

503. **Baron TH**, Harewood GC, Morgan DE, Yates MR. Outcome differences after endoscopic drainage of pancreatic necrosis, acute pancreatic pseudocysts, and chronic pancreatic pseudocysts.  Gastrointest Endosc. 2002 Jul; 56(1):7-17.  PMID:12085029.

504. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, American Society for Gastrointestinal Endoscopy. Guideline on the management of anticoagulation and antiplatelet therapy for endoscopic procedures.  Gastrointest Endosc. 2002 Jun; 55(7):775-9. PMID:12024126.

505. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, American Society for Gastrointestinal Endoscopy. Methods of granting hospital privileges to perform gastrointestinal endoscopy.  Gastrointest Endosc. 2002 Jun; 55(7):780-3.  PMID:12024127.

506. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, American Society for Gastrointestinal Endoscopy. Complications of upper GI endoscopy.  Gastrointest Endosc. 2002 Jun; 55(7):784-93.  PMID:12024128.

507. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, American Society for Gastrointestinal Endoscopy. Role of endoscopy in enteral feeding.  Gastrointest Endosc. 2002 Jun; 55(7):794-7.  PMID:12024129.

508. Eisen GM, **Baron TH**, Dominitz JA, Faigel DO, Goldstein JL, Johanson JF, Mallery JS, Raddawi HM, Vargo JJ 2nd, Waring JP, Fanelli RD, Wheeler-Harbough J, American Society for Gastrointestinal Endoscopy. Guideline for the management of ingested foreign bodies. Gastrointest Endosc. 2002 Jun; 55(7):802-6.  PMID:12024131.

509. Harewood GC, **Baron TH**. Cost analysis of magnetic resonance cholangiography in the management of inoperable hilar biliary obstruction.  Am J Gastroenterol. 2002 May; 97(5):1152-8.  PMID:12014720.

510. Nguyen AJ, **Baron TH**, Burgart LJ, Leontovich O, Rajan E, Gostout CJ. 2-Octyl-cyanoacrylate (Dermabond), a new glue for variceal injection therapy: results of a preliminary animal study. Gastrointest Endosc. 2002 Apr; 55(4):572-5.  PMID:11923777.

511. Adler DG, Young-Fadok TM, Smyrk T, Garces YI, **Baron TH**. Preoperative chemoradiation therapy after placement of a self-expanding metal stent in a patient with an obstructing rectal cancer: clinical and pathologic findings.  Gastrointest Endosc. 2002 Mar; 55(3):435-7. PMID:11868027.

512. Adler DG, **Baron TH**. Endoscopic palliation of malignant gastric outlet obstruction using self-expanding metal stents: Experience in 36 patients.  Am J Gastroenterol. 2002 Jan; 97(1):72-8. PMID:11808972.

513. Adler DG, Gostout CJ, **Baron TH**. Percutaneous transgastric placement of jejunal feeding tubes with an ultrathin endoscope.  Gastrointest Endosc. 2002 Jan; 55(1):106-10.  PMID:11756929.

514. Feitoza AB, **Baron TH**. Endoscopy and ERCP in the setting of previous upper GI tract surgery. Part II: Postsurgical anatomy with alteration of the pancreaticobiliary tree.  Gastrointest Endosc. 2002 Jan; 55(1):75-9.  PMID:11756919.

515. Feitoza AB, **Baron TH**. Endoscopy and ERCP in the setting of previous upper GI tract surgery. Part I: reconstruction without alteration of pancreaticobiliary anatomy.  Gastrointest Endosc. 2001 Dec; 54(6):743-9.  PMID:11726851.

516. Adler DG, **Baron TH**. Self-assessment in gastroenterology. Gastrointestinal hemorrhage: review questions.  Hospital Physician. Internal & Family Medicine Ed. 2001 Dec; 37(12):25-6.

517. **Baron TH**. Hemobilia-induced occlusion of a biliary metal expandable stent.  Gastrointest Endosc. 2001 Sep; 54(3):362.  PMID:11522981.

518. Adler DG, **Baron TH**, Geels W, Morgan DE, Monkemuller KE. Placement of PEG tubes through previously placed self-expanding esophageal metal stents.  Gastrointest Endosc. 2001 Aug; 54(2):237-41.  PMID:11474401.

519. **Baron TH**, Schofl R, Puespoek A, Sakai Y. Expandable metal stent placement for gastric outlet obstruction.  Endoscopy. 2001 Jul; 33(7):623-8.  PMID:11476083.

520. Adler DG, **Baron TH**. Endoscopic palliation of malignant dysphagia.  Mayo Clin Proc. 2001 Jul; 76(7):731-8.  PMID:11444406.

521. Wiersema MJ, **Baron TH**, Chari ST. Endosonography-guided pseudocyst drainage with a new large-channel linear scanning echoendoscope.  Gastrointest Endosc. 2001 Jun; 53(7):811-3.  PMID:11375600. DOI:10.1067/mge.2001.113272.

522. Adler DG, **Baron TH**. Self-assessment in gastroenterology. Acute and chronic pancreatitis: review questions.  Hospital Physician. Internal & Family Medicine Ed. 2001 Jun; 37(6):23-4.

523. **Baron TH**. Expandable metal stents for the treatment of cancerous obstruction of the gastrointestinal tract.  N Engl J Med. 2001 May 31; 344(22):1681-7.  PMID:11386268.

524. Kaya M, Petersen BT, Angulo P, **Baron TH**, Andrews JC, Gostout CJ, Lindor KD. Balloon dilation compared to stenting of dominant strictures in primary sclerosing cholangitis.  Am J Gastroenterol. 2001 Apr; 96(4):1059-66.  PMID:11316147. DOI:10.1111/j.1572-0241.2001.03690.x.

525. Rumalla A, **Baron TH**, Wang KK, Gores GJ, Stadheim LM, de Groen PC. Endoscopic application of photodynamic therapy for cholangiocarcinoma.  Gastrointest Endosc. 2001 Apr; 53(4):500-4.  PMID:11275896. DOI:10.1067/mge.2001.113386.

526. **Baron TH**. Establishing a systematic endoscopic approach to the management of anastomotic biliary strictures is needed.  Liver Transpl. 2001 Apr; 7(4):378-9.  PMID:11303301. DOI:10.1053/jlts.2001.0070378.

527. Rumalla A, **Baron TH**, Leontovich O, Burgart LJ, Yacavone RF, Therneau TM, de Groen PC, Sebo TJ. Improved diagnostic yield of endoscopic biliary brush cytology by digital image analysis.  Mayo Clin Proc. 2001 Jan; 76(1):29-33.  PMID:11155409.

528. **Baron TH**, Norton ID, Herman L. Endoscopic hemoclip placement for post/sphincterotomy bleeding.  Gastrointest Endosc. 2000 Nov; 52(5):662.  PMID:11060194.

529. **Baron TH**, Wiersema MJ. EUS-guided transesophageal pancreatic pseudocyst drainage. Gastrointest Endosc. 2000 Oct; 52(4):545-9. PMID:11023579.

530. **Baron TH**, Gostout CJ, Herman L. Hemoclip repair of a sphincterotomy-induced duodenal perforation.  Gastrointest Endosc. 2000 Oct; 52(4):566-68.  PMID:11023583.

531. Rumalla A, **Baron TH**. Results of direct percutaneous endoscopic jejunostomy, an alternative method for providing jejunal feeding.  Mayo Clin Proc. 2000 Aug; 75(8):807-10. PMID:10943234.

532. **Baron TH**, Yates RM 3rd, Morgan DE, Eckhoff DE, Bynon JS. Biliary cast syndrome: successful endoscopic treatment.  Gastrointest Endosc. 2000 Jul; 52(1):78-9.  PMID:10882967.

533. Egan LJ, **Baron TH**. Endoscopic removal of an embedded biliary Wallstent by piecemeal extraction.  Endoscopy. 2000 Jun; 32(6):492-4.  PMID:10863920.

534. Mauro MA, Koehler RE, **Baron TH**. Advances in gastrointestinal intervention: the treatment of gastroduodenal and colorectal obstructions with metallic stents.  Radiology. 2000 Jun; 215(3):659-69.  PMID:10831681.

535. Eckhoff DE, **Baron TH**, Blackard WG, Morgan DE, Crowe R, Sellers M, McGuire B, Contreras JL, Bynon JS. Role of ERCP in asymptomatic orthotopic liver transplant patients with abnormal liver enzymes.  Am J Gastroenterol. 2000 Jan; 95(1):141-4.  PMID:10638573.

536. Adler DG, **Baron TH**. Stents and lasers for colonoscopic lesions.  Curr Gastroenterol Rep. 2000; 2(5):399-405.  PMID:10998668.

537. Rumalla A, **Baron TH**. Endoscopic treatment of malignant colorectal obstruction.  Techniques in Gastrointestinal Endoscopy. 2000; 2:44-7.

538. **Baron TH**, Morgan DE. Endoscopic transgastric irrigation tube placement via PEG for debridement of organized pancreatic necrosis.  Gastrointest Endosc. 1999 Oct; 50(4):574-7. PMID:10502187.

539. Yates MR 3rd, **Baron TH**. Treatment of a radiation-induced sigmoid stricture with an expandable metal stent.  Gastrointest Endosc. 1999 Sep; 50(3):422-6.  PMID:10462671. DOI:10.1053/ge.1999.v50.97950.

540. Morgan DE, Logan K, **Baron TH**, Koehler RE, Smith JK. Pancreas divisum: implications for diagnostic and therapeutic pancreatography.  AJR Am J Roentgenol. 1999 Jul; 173(1):193-8. PMID:10397125.

541. **Baron TH**, Dean LS, Morgan DE, Holt TL. Proximal migration of a pancreatic duct stent: endoscopic retrieval using interventional cardiology accessories.  Gastrointest Endosc. 1999 Jul; 50(1):124-5.  PMID:10385741.

542. **Baron TH**, Morgan DE, Vickers SM, Lazenby AJ. Organized pancreatic necrosis: endoscopic, radiologic, and pathologic features of a distinct clinical entity.  Pancreas. 1999 Jul; 19(1):105-8. PMID:10416700.

543. **Baron TH**, Morgan DE. Current concepts - acute-necrotizing pancreatitis.  N Engl J Med. 1999 May 6; 340(18):1412-1417.  PMID:10228193.

544. Monkemuller KE, Morgan DE, **Baron TH**. Stenotrophomonas (Xanthomonas) maltophilia infection in necrotizing pancreatitis.  Int J Pancreatol. 1999 Feb; 25(1):59-63.  PMID:10211423.

545. **Baron TH**, Morgan DE, Yates MR III. Use of expandable metal stents for malignant gastrointestinal luminal obstruction.  Clinical Perspectives in Gastroenterology. 1999; 2:16-24.

546. Rumalla A, **Baron TH**. Evaluation and endoscopic palliation of cholangiocarcinoma. Management of cholangiocarcinoma.  Dig Dis. 1999; 17(4):194-200.  PMID:10754358.

547. Adkisson KW, **Baron TH**. Endoscopic biliary sphincterotomy.  Techniques in Gastrointestinal Endoscopy. 1999; 1:12-6.

548. **Baron TH**, Morgan DE. Endoscopic therapy of pseudocysts in chronic pancreatitis.  Techniques in Gastrointestinal Endoscopy. 1999; 1(4):162-7.

549. **Baron TH**, Vickers SM. Surgical gastrostomy placement as access for diagnostic and therapeutic ERCP.  Gastrointest Endosc. 1998 Dec; 48(6):640-1.  PMID:9852460.

550. **Baron TH**, Morgan DE, Vickers SM. Endoscopic transgastric drainage of a retroperitoneal lymphocele.  Gastrointest Endosc. 1998 Sep; 48(3):309-11.  PMID:9744613.

551. Monkemuller KE, **Baron TH**, Morgan DE. Transmural drainage of pancreatic fluid collections without electrocautery using the Seldinger technique.  Gastrointest Endosc. 1998 Aug; 48(2):195-200.  PMID:9717788.

552. Wilcox CM, Geels W, **Baron TH**. How many times can you reuse a "single-use" sphincterotome? A prospective evaluation.  Gastrointest Endosc. 1998 Jul; 48(1):58-60. PMID:9684666.

553. Pruitt A, Schutz SM, **Baron T**, McClendon D, Lang KA. Fractured hydrophilic guidewire during ERCP: a case series.  Gastrointest Endosc. 1998 Jul; 48(1):77-80.  PMID:9684672.

554. Yates MR 3rd, Morgan DE, **Baron TH**. Palliation of malignant gastric and small intestinal strictures with self-expandable metal stents.  Endoscopy. 1998 Mar; 30(3):266-72. PMID:9615875.

555. **Baron TH**, Dean PA, Yates MR 3rd, Canon C, Koehler RE. Expandable metal stents for the treatment of colonic obstruction: techniques and outcomes.  Gastrointest Endosc. 1998 Mar; 47(3):277-86.  PMID:9540883.

556. Lopez-Bent R, **Baron TH**, Stanley RJ. Image of the month. Pancreas divisum. Gastroenterology. 1997 Sep; 113(3):740, 1054.  PMID:9287962.

557. **Baron TH**, Morgan DE. Successful cytologic diagnosis of cholangiocarcinoma from within a recently placed biliary Wallstent.  Gastrointest Endosc. 1997 Sep; 46(3):288-9.  PMID:9378229.

558. **Baron TH**, Morgan DE. Dilation of a difficult benign pancreatic duct stricture using the Soehendra stent extractor.  Gastrointest Endosc. 1997 Aug; 46(2):178-80.  PMID:9283873.

559. **Baron TH**, Blackard WG, Morgan DE. Endoscopic removal of a "floating" biliary Gianturco Z stent five years after placement for a benign anastomotic stricture in a liver transplant patient. Gastrointest Endosc. 1997 Jul; 46(1):80-2.  PMID:9260713.

560. Morgan DE, **Baron TH**, Smith JK, Robbin ML, Kenney PJ. Pancreatic fluid collections prior to intervention: evaluation with MR imaging compared with CT and US.  Radiology. 1997 Jun; 203(3):773-8.  PMID:9169703.

561. Canon CL, **Baron TH**, Morgan DE, Dean PA, Koehler RE. Treatment of colonic obstruction with expandable metal stents: radiologic features.  AJR Am J Roentgenol. 1997 Jan; 168(1):199-205.  PMID:8976946.

562. **Baron TH**, Morgan DE. Endoscopic transrectal drainage of a diverticular abscess.  Gastrointest Endosc. 1997 Jan; 45(1):84-7.  PMID:9013177.

563. Blackard WG, Marks RD, **Baron TH**. Suction sclerotherapy for the treatment of esophageal varices.  Gastrointest Endosc. 1996 Dec; 44(6):725-8.  PMID:8979066.

564. **Baron TH**, Lee JG, Schenkman DI, Pappas TN, Leung JW. Suction sclerotherapy for the treatment of esophageal varices: a report of a preliminary feasibility study.  Dig Dis. 1996 Nov-Dec; 14(6):356-61.  PMID:9030467.

565. **Baron TH**, Thaggard WG, Morgan DE, Stanley RJ. Endoscopic therapy for organized pancreatic necrosis.  Gastroenterology. 1996 Sep; 111(3):755-64.  PMID:8780582.

566. **Baron TH**, Schroeder PL, Schwartzberg MS, Carabasi MH. Resolution of Mirizzi's syndrome using endoscopic therapy.  Gastrointest Endosc. 1996 Sep; 44(3):343-5.  PMID:8885360.

567. Shumate CR, **Baron TH**. Palliative procedures for pancreatic cancer: when and which one?  South Med J. 1996 Jan; 89(1):27-32.  PMID:8545688.

568. Thaggard WG, Johnson PN, **Baron TH**. Endoscopic management of spontaneous bile duct perforation and bile peritonitis complicating term pregnancy.  Am J Gastroenterol. 1995 Nov; 90(11):2054-5.  PMID:7485024.

569. **Baron TH**, Koehler RE, Rodgers WH, Fallon MB, Ferguson SM. Mast cell cholangiopathy: another cause of sclerosing cholangitis.  Gastroenterology. 1995 Nov; 109(5):1677-81.  PMID:7557153.

570. Blackard WG Jr, **Baron TH**. Leaking gallbladder remnant with cholelithiasis complicating laparoscopic cholecystectomy.  South Med J. 1995 Nov; 88(11):1166-8.  PMID:7481995.

571. **Baron TH**, Lee JG, Wax TD, Schmitt CM, Cotton PB, Leung JW. An in vitro, randomized, prospective study to maximize cellular yield during bile duct brush cytology.  Gastrointest Endosc. 1994 Mar-Apr; 40(2 Pt 1):146-9.  PMID:8013811.

572. **Baron TH**, Dalton CB, Cotton PB, May GR, Milton LG, Chari RS, Meyers WC. The effect of propofol on the canine sphincter of Oddi.  HPB Surg. 1994; 7(4):297-304.  PMID:8204549.  PMCID:2423715.

573. **Baron TH**, Truss CD, Elson CO. Low-dose oral methotrexate in refractory inflammatory bowel disease.  Dig Dis Sci. 1993 Oct; 38(10):1851-6.  PMID:8404406.

574. **Baron TH**, Ramirez B, Richter JE. Gastrointestinal motility disorders during pregnancy.  Ann Intern Med. 1993 Mar 1; 118(5):366-75.  PMID:8257464.

575. Marks RD, Arnold MD, **Baron TH**. Gross and microscopic findings in the human esophagus after esophageal variceal band ligation: a postmortem analysis.  Am J Gastroenterol. 1993 Feb; 88(2):272-4.  PMID:8424432.

576. **Baron TH**, Richter JE, Singh S, Tennyson GS, Andres JM. Unusual presentation of mucosal hypersensitivity secondary to gastroesophageal reflux disease.  Am J Gastroenterol. 1993 Feb; 88(2):289-92.  PMID:8424436.

577. **Baron TH**, Richter JE. Gastroesophageal reflux disease in pregnancy.  Gastroenterol Clin North Am. 1992 Dec; 21(4):777-91.  PMID:1478734.

**Non-peer-reviewed Articles**

1. **Baron TH**, Jung SM. Image of the month - Pancreaticoduodenectomy following endoscopic placement of an expandable metal biliary stent.  Clinical Gastroenterology & Hepatology. 2005 Dec; 3(12):XXI.

2. **Baron TH**. Palliation of dysphagia in esophageal cancer.  Business Briefing: US Gastroenterology Review. 2005 Apr:51-3.

3. Yusuf TE, **Baron TH**. AIDS cholangiopathy.  Current Treatment Options in Gastroenterology. 2004; 7(2):111-7.  PMID:15010025.

4. **Baron TH**. Pancreatic duct guidewire placement to facilitate selective biliary cannulation: is the way to a man's bile duct through the pancreas?  Evidence-Based Gastroenterology. 2004; 5(2):66-7.

5. **Baron TH**. Endoscopic drainage of pancreatic fluid collections and pancreatic necrosis.  Tech Gastrointest Endosc. 2004; 6:91-9.

6. **Baron TH**. Endoscopic drainage of pancreatic fluid collections and pancreatic necrosis.  Gastrointest Endosc Clin N Am. 2003 Oct; 13(4):743-64.  PMID:14986796.

7. **Baron TH**, Harewood GC. Enteral self-expandable stents.  Gastrointest Endosc. 2003 Sep; 58(3):421-33.  PMID:14528223.

8. **Baron TH**. Colorectal stents.  Tech Gastrointest Endosc. 2003; 5(4):182-90.

9. Yates MR III, **Baron TH**. Biliary tract disease in pregnancy.  Clin Liver Dis. 1999 Feb; 3:131-46.

10. Morgan DE, **Baron TH**. Practical imaging in acute pancreatitis.  Semin Gastrointest Dis. 1998 Apr; 9(2):41-50.  PMID:9566510.

11. Adkisson KW, **Baron TH**, Morgan DE. Pancreatic fluid collections: diagnosis and endoscopic management.  Semin Gastrointest Dis. 1998 Apr; 9(2):61-72.  PMID:9566512.

12. **Baron TH**, Morgan DE. The diagnosis and management of fluid collections associated with pancreatitis.  Am J Med. 1997 Jun; 102(6):555-63.  PMID:9217671.

13. Titus AS, **Baron TH**, Listinsky CM, Vickers SM. Solitary breast metastasis to the ampulla and distal common bile duct.  Am Surg. 1997 Jun; 63(6):512-5.  PMID:9168764.

14. **Baron TH**, Morgan DE. Organized pancreatic necrosis, definition, diagnosis, and management.  Gastroenterology International. 1997; 10:167-78.

15. **Baron TH**, Richter JE. The use of esophageal function tests.  Adv Intern Med. 1993; 38:361-86.  PMID:8438646.

**Editorials**

1. **Baron TH**, Kozarek RA. Fecal microbiota transplant: we know its history, but can we predict its future? Mayo Clin Proc. 2013 Aug; 88(8):782-5. PMID:23910405. DOI:10.1016/j.mayocp.2013.06.007.

2.  Katzka DA, **Baron TH**. Transoral flexible endoscopic therapy of Zenker's diverticulum: is it time for gastroenterologists to stick their necks out? Gastrointest Endosc. 2013 May; 77(5):708-10. PMID:23582529. DOI:10.1016/j.gie.2013.01.019.

3.  Dayyeh BK, **Baron TH**. Editorial: endoscopic stent placement as a bridge to surgery in malignant colorectal obstruction: a balance between study validity and real-world applicability. Am J Gastroenterol. 2011 Dec; 106(12):2181-2.  PMID:22138942. DOI:10.1038/ajg.2011.362.

4.  Cotton PB, Leung JW, Reddy DN, **Baron TH**, Carr-Locke DL, Lee JH, Singhania R. ERCP: pearls of wisdom from master endoscopists.  Gastrointest Endosc. 2011 Jun; 73(6):1255-8.

5.  **Baron TH**, Smyrk TC. Does injection-assisted polypectomy make a difference in assessing resection?  Clin Gastroenterol Hepatol. 2011 Oct; 9(10):821-3. Epub 2011 May 12. PMID:21621643. DOI:10.1016/j.cgh.2011.05.001.

6.  **Baron TH**, Itoi T. Making sense of meta-analyses on the use of protease inhibitors for the prevention of post-ERCP pancreatitis.  Gastrointest Endosc. 2011 Apr; 73(4):707-9. PMID:21457815. DOI:10.1016/j.gie.2010.11.031.

7.  Rao AS, **Baron TH**. Endoscopy: Nitrous oxide sedation for colonoscopy-no laughing matter.  Nat Rev Gastroenterol Hepatol. 2010 Oct; 7(10):539-41.  PMID:20890315. DOI:10.1038/nrgastro.2010.148.

8.  Rao AS, **Baron TH**. Pancreatic stent placement for prevention of post-endoscopic retrograde cholangiopancreatography pancreatitis: do we need further evidence? No, the defense rests. Endoscopy. 2010 Oct; 42(10):870-1. Epub 2010 Sep 30.  PMID:20886408. DOI:10.1055/s-0030-1255754.

9.  **Baron TH**, Kozarek RA. Preoperative biliary stents in pancreatic cancer--proceed with caution. N Engl J Med. 2010 Jan 14; 362(2):170-2.  PMID:20071708. DOI:10.1056/NEJMe0908773.

10. **Baron TH**. Photodynamic therapy: standard of care for palliation of cholangiocarcinoma?  Clin Gastroenterol Hepatol. 2008 Mar; 6(3):266-7. PMID:18328433. DOI:10.1016/j.cgh.2008.01.015.

11. **Baron TH**. Drainage of pancreatic fluid collections: is EUS really necessary?  Gastrointest Endosc. 2007 Dec; 66(6):1123-5. PMID:18061711. DOI:10.1016/j.gie.2007.05.014.

12. Simmons DT, **Baron TH**. pERCePtions on ERCP utilization in the United States.  Am J Gastroenterol. 2007 May; 102(5):976-7.  PMID:17489782. DOI:10.1111/j.1572-0241.2007.01121.x.

13. **Baron TH**. Natural orifice transluminal endoscopic surgery.  Br J Surg. 2007 Jan; 94(1):1-2. PMID:17205508.

14. **Baron TH**, Dunn GP. Palliative gastroenterology - Preface.  Gastroenterol Clin North Am. 2006 Mar; 35(1):XIII-XIV.

15. **Baron TH**. Self-expanding metal stents for enteric strictures.  Gastroenterol. Hepatol. 2006; 2(9):645-6.

16. Abu-Hamda EM, **Baron TH**. Cystic dilatation of the intraduodenal portion of the duct of Wirsung (Wirsungocele).  Gastrointest Endosc. 2004 May; 59(6):745-7.  PMID:15114332.

17. **Baron TH**. Endoscopic therapy with multiple plastic stents for benign biliary strictures due to chronic calcific pancreatitis - The good, the bad, and the ugly.  J Clin Gastroenterol. 2004 Feb; 38(2):96-8.  PMID:14745280.

18. **Baron TH**. Complications of endoscopic biliary sphincterotomy: The first cut is the deepest.  Clin Gastroenterol Hepatol. 2004; 2:968-70.  PMID:15551248.

19.  **Baron TH**. Endotherapy for complications of pancreatitis: Ready for prime time!.  Clinical Medicine and Research. 2004; 2(2):83-4. PMID:15931339. PMCID:1069075.

20.  **Baron TH**. Surgical versus endoscopic palliation of malignant gastric outlet obstruction: big incision, little incision, or no incision.  Gastroenterol. 2004; 127(4):1269.

21.  **Baron TH**. The variable stiffness colonoscope: A scope for all seasons?  Am J Gastroenterol. 2002 Dec; 97(12):2942-3. PMID:12492173.

22.  **Baron TH**, Fleischer DE. Past, present, and future of endoscopic retrograde cholangiopancreatography: Perspectives on the national institutes of health consensus conference.  Mayo Clin Proc. 2002 May; 77(5):407-12. PMID:12004989.

23.  **Baron TH**. A practical guide for choosing an expandable metal stent for GI malignancies: is a stent by any other name still a stent?  Gastrointest Endosc. 2001 Aug; 54(2):269-72. PMID:11474413.

24.  **Baron TH**. Predicting the severity of acute pancreatitis: is it time to concentrate on the hematocrit?  Am J Gastroenterol. 2001 Jul; 96(7):1960-1. PMID:11467620. DOI:10.1111/j.1572-0241.2001.03929.x.

25.  **Baron TH**. Endoscopic drainage of pancreatic pseudocysts.  Mayo Clinic Update. 2001; 17(1):5-6.

26.  **Baron TH**. Chemotherapy impregnated plastic biliary endoprostheses: one small step for management of cholangiocarcinoma.  Hepatology. 2000 Nov; 32(5):1170-1. PMID:11050071.

27.  **Baron TH**. Photodynamic therapy for cholangiocarcinoma.  Mayo Clinic Update. 2000; 16(1):3-4.

28.  **Baron TH**. Therapeutic endoscopy a Color atlas of operative techniques in the gastrointestinal tract. (book review).  Gastrointest Endosc. 1999; 50:457-8.  (Book review)

29.  **Baron TH**. Expandable metal stents for treatment of malignant gastroduodenal and colorectal obstruction.  Mayo Clinic Update. 1999; 15(3):7-8.

30.  **Baron TH**. Endoscopic balloon dilatation: savior of the endangered biliary sphincter?  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1998; 3:192-4.

31.  **Baron TH**, Morgan DE. Interpretation of ERCP (Book review) Gastrointest Endosc. 1998; 47:111-12.  (Book review)

32.  Monkemuller KE, **Baron TH**. Endoscopic sphincterotomy: pure cut is the way to go.  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1998; 3:195-7.

33.  Yates MR III, **Baron TH**. Pancreatic pseudocysts: to drain or not to drain?  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1998; 3:200-2.

34.  Monkemuller KE, **Baron TH**. Precut sphincterotomy: why, how, and when; or ever?  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1998; 3:79-82.

35.  **Baron TH**. Outpatient therapeutic ERCP: You can go home again!.  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1997; 2:124-6.

36.  **Baron TH**. Long-term follow-up after endoscopic sphincterotomy for bile duct stones: Is the honeymoon over after romancing the stones?  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1997; 2:129-31.

37.  **Baron TH**. Transpapillary and transmural drainage of pancreatic pseudocysts.  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1996; 1:158-9.

38.  **Baron TH**. Complications of endoscopic biliary sphincterotomy.  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1996; 1:299-301.

39.  **Baron TH**. Prevention of biliary stent occlusion using cyclical antibiotics and ursodeoxycholic acid.  Advances in Gastroenterology, Hepatology & Clinical Nutrition. 1996; 1:90-1.


## Letters

1.  Law R, **Baron TH**. Transoral Flexible Endoscopic Therapy of Zenker's Diverticulum. Dig Surg. 2013 Oct 29; 30(4-6):393. PMID:24193318. DOI:10.1159/000355507.

2.  **Baron TH**, Kamath PS, McBane RD. Antithrombotic therapy and invasive procedures. N Engl J Med. 2013 Sep 12; 369(11):1079-80. PMID:24024854. DOI:10.1056/NEJMc1308259.

3.  Penfield JD, Abu Dayyeh BK, **Baron TH**. A novel through-the-scope purge preparation for active lower GI bleeding. Am J Gastroenterol. 2013 Jun; 108(6):1017-8. PMID:23735928. DOI:10.1038/ajg.2013.65.

4.  Hart PA, **Baron TH**. What is the role of noninvasive treatment for infected pancreatic necrosis: still an unanswered question. Gastroenterology. 2013 Jun; 144(7):1574-5. Epub 2013 Apr 28. PMID:23628276. DOI:10.1053/j.gastro.2013.03.054.

5.  **Baron TH**, Abu Dayyeh BK, Zinsmeister AR. Rectal indomethacin to prevent post-ERCP pancreatitis.  N Engl J Med. 2012 Jul 19; 367(3):277-8; author reply 278-9.  PMID:22808973. DOI:10.1056/NEJMc1205928#SA1.

6.  Iturrino J, Sweetser S, **Baron TH**. Localized primary ileal lymphoma found on colonoscopic examination.  Am J Gastroenterol. 2012 Jun; 107(6):955-6.  PMID:22664855. DOI:10.1038/ajg.2012.58.

7.  Chahal P, **Baron TH**. Letter in response to the recently published study: prophylactic pancreatic stents: does size matter? A comparison of 4-Fr and 5-Fr stents in reference to post-ERCP pancreatitis and migration rate. Dig Dis Sci. 2012 Apr; 57(4):1105; author reply 1105-6. PMID:22302245. DOI:10.1007/s10620-012-2063-1.

8.  Sweetser S, Bruining DH, **Baron TH**. Midgut volvulus as an adverse event of postsphincterotomy bleeding.  Gastrointest Endosc. 2012 Apr; 75(4):929-30.  PMID:22440210. DOI:10.1016/j.gie.2011.11.031.

9.  **Baron TH**. Breaking the barrier too: fully covered self-expandable metal stents placed across the bifurcation in the management of malignant hilar obstruction.  Gastrointest Endosc. 2012 Mar; 75(3):698-9.  PMID:22341123. DOI:10.1016/j.gie.2011.10.028.

10.  Murad MH, **Baron TH**. Meta-analysis should be interpreted with Caution. Gastrointest Endosc. 2011 Nov; 74(5):1172-3. DOI:10.1016/j.gie.2011.06.039.

11.  **Baron TH**. Transnasal pharyngoscopy to assist nasobiliary tube placement: a simple technique to avoid injury to the patient, endoscopist, and endoscope Reply.  Endoscopy. 2011 Oct; 43(10):924.

12. Adler DG, **Baron TH**. Biliary self-expandable metal stents and the risk of post-ERCP pancreatitis: the jury is still out.  Gastrointest Endosc. 2011 May; 73(5):1070; author reply 1071. PMID:21521577. DOI:10.1016/j.gie.2010.11.013.

13. Aggarwal G, **Baron TH**, Sweetser S. Mechanical pancreatitis secondary to parastomal herniation.  Am J Gastroenterol. 2011 Jan; 106(1):167-8.  PMID:21212759. DOI:10.1038/ajg.2010.348.

14. Bakken JC, **Baron TH**. Metal stents and biliary obstruction secondary to lymphoma: a tale of caution.  Dig Dis Sci. 2010 Dec; 55(12):3636.  PMID:20824500. DOI:10.1007/s10620-010-1392-1.

15. **Baron TH**, Kozarek RA. Preoperative drainage in pancreatic cancer.  N Engl J Med. 2010 Apr 8; 362(14):1346.

16. **Baron TH**, Nelson DB. Response to: Infection control during endoscopy: a constant threat with large pools of patients with unknown status.  Gastrointest endosc. 2009; 69(1):186-7.

17. **Baron TH**. Plastic stents in the treatment of benign esophageal conditions - Response.  Gastrointest Endosc. 2008 Aug; 68(2):403.

18. **Baron TH**. Response:  Gastrointest Endosc. 2008 Aug; 68(2):403.  PMID:18656603. DOI:10.1016/j.gie.2008.02.058.

19. **Baron TH**. Effective injection site on endoscopic injection therapy for postsphincterotomy bleeding: Apex or oral? - Response.  Am J Gastroenterol. 2008 Jun; 103(6):1570.

20. **Baron TH**. Double-balloon enteroscopy to facilitate retrograde PEG placement as access for therapeutic ERCP in patients with long-limb gastric bypass - Response.  Gastrointest Endosc. 2007 Aug; 66(2):420.

21. Wexner SD, Rosen L, **Baron TH**. Risks of oral sodium phosphate for pre-colonoscopy bowel preparation in children: response to Drs. Hassall and Lobe.  Surg Endosc. 2007 Jun; 21(6):1040-1. Epub 2007 Apr 17.  PMID:17437159. DOI:10.1007/s00464-007-9397-3.

22. Frerichs JL, **Baron TH**. Upper endoscopy in severe scleroderma: a novel approach.  Dis Esophagus. 2007; 20(4):361.  PMID:17617888. DOI:10.1111/j.1442-2050.2007.00720.x.

23. **Baron TH**. Antibiotic prophylaxis for colonoscopy in cirrhotics.  Liver Transpl. 2006 Mar; 12(3):493.

24. Adler DG, **Baron TH**. Endoscopy or surgery for malignant G1 outlet obstruction? Gastrointestinal Endoscopy. 2005 Aug; 62(2):328.  PMID:16047015.

25. **Baron TH**. How can we improve the implementation of new endoscopic techniques? Concerning colonic stenting - Reply.  Endoscopy. 2003 Aug; 35(8):711-2.

26. **Baron TH**. Defined nomenclature of pancreatic fluid collections.  Gastrointest Endosc. 2003 Feb; 57(2):287-8.  PMID:12556812.

27. Adler DG, **Baron TH**. Trans-PEG ultra thin endoscopy for PEG/J placement - Response.  Gastrointest Endosc. 2003 Jan; 57(1):146-7.  PMID:12518162.

28. **Baron TH**. Putting PEG in patient with a self-expanding metal stent: a different approach.  Gastrointest Endosc. 2002; 55(1):142.  PMID:11756940.

29. Adler DG, Adler AL, Nolte T, Hermans J, Gostout CJ, **Baron TH**. Complications of urgent and emergency endoscopy in patients with GI bleeding as a function of time.  Am J Gastroenterol. 2001 Dec; 96(12):3452-4.  PMID:11774978. DOI:10.1111/j.1572-0241.2001.05350.x.

30. Adler DG, **Baron TH**. Photodynamic therapy for the palliation of esophageal cancer: Expensive endoscopic technique or inexpensive cancer treatment? Reply.  Mayo Clin Proc. 2001 Dec; 76(12):1277-8.

31. **Baron TH**. Biliary sludge.  Ann Intern Med. 1999 Oct 19; 131(8):630.  PMID:10523231.

32. Marks RD, **Baron TH**. Dilation of esophageal strictures and subgroup analyses.  Gastrointest Endosc. 1996 May; 43(5):531-2. PMID:8726778.

**Abstracts**

1. Azeem N, Tabibian JH, Orhurhu VJ, Rosen CB, **Baron TH**. Use of variable stiffness colonoscopes compared to the single balloon enteroscope for endoscopic retrograde cholangiography in liver transplant patients with roux-en-y anatomy.  Gastrointest Endosc. 2012 Apr; 75(4):137.

2. Van Halsema EE, Wong Kee Song LM, **Baron TH**, Siersema PD, Vleggaar FP, Ginsberg GG, Shah PM, Fleischer DE, Ratuapli SK, Fockens P, Rando G, Repici A, Van Hooft JE. Safety of endoscopic removal of self-expandable stents after treatment of benign esophageal diseases. Gastrointest Endosc. 2012 Apr; 75(4):168-9.

3. Law R, **Baron TH**. Post-ERCP pancreatitis following orthotopic liver transplantation: the Mayo Clinic experience.  Gastrointest Endosc. 2012 Apr; 75(4):319-20.

4. Jang SI, Park SJ, Kim JH, Hwang JC, Kim HG, Lee DH, Jeong S, Cha SW, Cho YD, Kim HJ, Kim JH, Moon JH, Park SH, Itoi T, Isayama H, Kogure H, Lee SJ, Jung KT, Sun LH, **Baron TH**, Lee D. Factors predictive of adverse events following endoscopic papillary large balloon dilation: results from a multicenter series.  Gastrointest Endosc. 2012 Apr; 75(4):383-4.

5. Irani S, Akbar A, Kozarek RA, Gluck M, Gan SI, Ross AS, Lin OS, Topazian M, Petersen BT, Gostout CJ, Levy MJ, **Baron TH**. Endoscopic treatment of benign biliary diseases using covered self-expandable metal stents (csems).  Gastrointest Endosc. 2012 Apr; 75(4):390-1.

6. Akbar A, **Baron TH**, Irani S, Topazian M, Petersen BT, Gostout CJ, Levy MJ, Gan SI, Gluck M, Ross AS, Kozarek RA. Use of covered self expandable metal stents (csems) for endoscopic management of non-stricture related benign biliary diseases.  Gastrointest Endosc. 2012 Apr; 75(4):393-4.

7. Abu Dayyeh BK, Vandamme JJ, Miller RC, **Baron TH**. Esophageal self-expandable metal stents material and mesh grid density are the biggest determinants of radiation dose enhancement in the setting of esophageal radiotherapy.  Gastrointest Endosc. 2012 Apr; 75(4):458.

8. Van Halsema EE, Fleischer DE, Wong Kee Song LM, **Baron TH**, Siersema PD, Vleggaar FP, Ginsberg GG, Shah PM, Ratuapli SK, Fockens P, Rando G, Repici A, Van Hooft JE. Technical aspects of endoscopic removal of stents placed for benign esophageal diseases.  Gastrointest Endosc. 2012 Apr; 75(4):458.

9. Rao AS, Misra S, Buttar N, **Baron TH**, Wong Kee Song LM. Combined endoscopic-interventional radiologic approach for the treatment of gastric variceal hemorrhage in patients with gastrorenal shunts.  Gastrointest Endosc. 2012 Apr; 75(4):465.

10. Nelsen EM, Tabibian JH, Enders F, **Baron TH**. Time of day: a predictor of ercp outcomes? Gastrointest Endosc. 2012 Apr; 75(4):506-7.

11. Coelho-Prabhu N, **Baron T**. Cannulation success and complications when performing precut sphincterotomy using a needle-knife converted from a standard biliary sphincterotome.  Am J Gastroenterol. 2011 Oct; 106:S59.

12. Bakken J, Wong Kee Song L, **Baron T**. Temporary use of a fully covered self-expandable metal stent for treatment of bariatric surgery complications.  Am J Gastroenterol. 2010 Oct; 105(Suppl 1):1380.

13. Kalaitzakis E, Johnson GJ, Levy M, Kamisawa T, **Baron TH**, Topazian MD, Takahashi N, Kanno A, Okazaki K, Egawa N, Uchida K, Sheikh K, Amin Z, Shimosegawa T, Sandanayake NS, Church NI, Chapman MH, Hatfield AR, Pereira SP, Chari S, Webster GJ. Utility of endoscopic retrograde cholangiography to diagnose IgG4-associated cholangitis: an international, double blind, randomised, multicentre study.  Gut. 2010 Apr; 59(Suppl 1):A73.

14. Small A, Coelho-Prabhu N, **Baron T**. Endoscopic placement of self-expandable metal stents for malignant colonic obstruction: long-term outcomes and complication factors.  Am J Gastroenterol. 2009 Oct; 104(Suppl 3):1340.

15. Coelho-Prabhu N, Oxentenko A, Osmon D, **Baron T**, Hanssen A, Wilson W, Steckelberg J, Baddour L, Harmsen W, Mandrekar J, Berbari E. Are gastrointestinal endoscopic procedures associated with an increased risk of prosthetic joint infection (PJI)?  Am J Gastroenterol. 2009 Oct; 104(Suppl 3):1387.

16. Sugumar A, Levy MJ, Kamisawa T, Kim MH, Enders F, Amin Z, **Baron TH**, Chapman MH, Church NI, Clain JE, Egawa N, Johnson GJ, Okazaki K, Pearson RK, Pereira SP, Petersen BT, Read S, Sah RP, Sandanayake NS, Takahashi N, Topazian MD, Uchida K, Vege SS, Webster G, Chari ST. Utility of endoscopic retrograde pancreatogram (ERP) to diagnose autoimmune pancreatitis (AIP): an international, double blind, randomized, multicenter study.  Gastrointest Endosc. 2009; 69(5):AB124.

17. *Coelho-Prabhu N, **Baron TH**. Is repeat ERCP required at the time of biliary stent removal after clinical resolution of an endoscopically managed post-cholecystectomy bile leak?  Gastrointest Endosc. 2009; 69(5):AB151.

18. Gardner TB, Coelho-Prabhu N, Gordon SR, Gelrud A, Maple JT, Papachristou GI, **Baron TH**. Direct endoscopic necrosectomy for the treatment of walled off pancreatic necrosis: results from a large United States series.  Gastrointest Endosc. 2009; 69(5):AB264.

19. *Sugumar A, **Baron TH**. Causes for reintervention after esophageal stent placement: a single center experience.  Gastrointest Endosc. 2009; 69(5):AB352.

20. Coelho-Probhu N, Cummins M, **Baron TH**, Kamath PS. Risk factors for rectal variceal bleeding. Hepatology. 2008 Oct; 48(4 Suppl S):717.

21. Chahal P, **Baron T**, Petersen B, Topazian M, Gostout C. Large cell width expandable metal stents for endoscopic bilateral stent within stent placement of malignant hilar biliary obstruction. Am J Gastroenterol. 2008 Sep; 103(Suppl S):S78-9.

22. Neumann DA, Ferguson DD, **Baron TH**. Proximal black esophagus: A case report.  Am J Gastroenterol. 2007 Sep; 102(Suppl 2):S135.

23. Badreddine RJ, Roberts LR, McBride JJ, Prasad GA, Borkenhagen LS, Lutzke LS, **Baron TH**, Wang KK. Hemobilia post intrabiliary photodynarnic therapy (PDT) for cholangiocarcinoma.  Am J Gastroenterol. 2007 Sep; 102(Suppl 2):S278-9.

24. Pannala R, **Todd BH**, Santhi VS. Coil migration and cholestatic jaundice: An uncommon late complication of hepatic artery psuedoaneurysm embolization.  Am J Gastroenterol. 2007 Sep; 102(Suppl 2):S416-7.

25. *Small AJ, **Baron TH**. Endoscopic treatment of malignant colonic obstruction using expandable metal stents: Experience in 169 patients.  Am J Gastroenterol. 2007 Sep; 102(Suppl 2):S544.

26. Kudva Y, Vege SS, Farnell MB, Chari ST, Kendrick ML, Que FG, Topazian MD, Pearson RK, Petersen BT, Levy MJ, Sabater E, Bjarnason H, Callstrom M, Deeds M, Anderson J, Armstrong A, Gastrineau D, **Baron TH**. Disconnected pancreatic duct syndrome (DPDS) requiring distal pancreatectomy is a new indication for pancreatic islet autotransplantation (PIA): initial experience.  Gastroenterology. 2007; 132(4 Suppl 2):A-106.

27. Telford JJ, Carr-Locke DL, Poneros JM, Bounds BC, Brugge WR, Kelsey PB, Schapiro RH, Huang CS, Lichtenstein DR, Saltzman JR, Thompson CC, Gostout CJ, Jacobson BC, **Baron TH**. A randomized trial comparing the covered and uncovered Wallstent in the palliation of malignant distal biliary obstruction: interim analysis.  Gastrointest Endosc. 2007; 65(5):AB123.

28. *Chahal P, **Baron TH**, Tarnasky PR, Petersen BT, Topazian MD. A prospective multicenter randomized trial of pancreatic duct stents to prevent acute post-ERCP pancreatitis.  Gastrointest Endosc. 2007; 65(5):AB129.

29. *Ferreira LE, **Baron TH**. Management of clinically significant bleeding following endoscopic sphincterotomy.  Gastrointest Endosc. 2007; 65(5):AB218.

30. *Simmons DT, **Baron TH**, Petersen BT, Topazian MD, Levy MJ, Gostout CJ. Safety of endoscopic placement of large-bore biliary stents without biliary sphincterotomy.  Gastrointest Endosc. 2007; 65(5):AB231.

31. Piesman M, Carr-Locke DL, **Baron TH**, Lee JH, Edmundowicz SA, Miqdadi J. A prospective, multi-center patency study of the Luminexx (Flexxus) endoscopic biliary stent.  Gastrointest Endosc. 2007; 65(5):AB238.

32. Pelaez-Luna M, Vege SS, Petersen BT, Topazian MD, Pearson RK, Chari ST, Clain JE, Levy MJ, Farnell M, Kendrick ML, **Baron TH**. Disconnected Pancreatic Duct Syndrome in Severe Acute Pancreatitis Does Not Always Require Immediate Surgery.  Clinical Experience from a Cohort of 31 Cases.  Gastrointest Endosc. 2007; 65(5):AB243.

33. *Small AJ, **Baron TH**. Comparison of Wallstent and Ultraflex stents for palliation of malignant colonic obstruction: a retrospective, case-matched analysis.  Gastrointest Endosc. 2007; 65(5):AB365.

34. Papachristou GI, Takahashi N, Chahal P, Sarr MG, **Baron TH**. Minimal access, endoscopic drainage/debridement of walled-off necrosis after necrotizing pancreatitis.  Pancreas. 2006 Nov; 33(4):488-9.

35. Vege SS, Pelaez Luna M, Petersen BT, Chari ST, Clain JE, Levy MJ, Pearson RK, Topazian MD, Farnell MB, Kendrick M, **Baron T**. Disrupted pancreatic duct syndrome in severe acute pancreatitis is not a cause of death.  Pancreas. 2006 Nov; 33(4):505.

36. *Chahal P, **Baron TH**, Gostout CJ, Petersen BT, Levy MJ, Topazian MD. Predictors of malignancy in ampullary neoplasms (Abstract 178).  Am J Gastroenterol. 2006 Sep; 101(9):S102.

37. *Chahal P, Papachistou GI, **Baron TH**, Petersen BT, Gostout CJ, Topazian MD. Transmural entry into pancreatic fluid collections using a dedicated aspiration needle without endoscopic ultrasound guidance: success and complication rates (Abstract 253).  Am J Gastroenterol. 2006 Sep; 101(9):S127.

38. Helou EF, Small AJ, Sawyer MD, **Baron TH**. Successful treatment of a benign anastomotic colon stricture with colocutaneous and coloenteric fistulae using overlapping self-expandable metal stents (SEMS) (Abstract 864).  Am J Gastroenterol. 2006 Sep; 101(9):S345-6.

39. Papachistou GI, **Baron TH**, Gleeson FC, Levy MJ, Topazian MD. Hydraulic ERCP catheter and accessory exchange using a short hydrophilic guidewire: prospective study of 100 patients. Gastrointest Endosc. 2006 Apr; 63(5):AB286.

40. Levy MJ, Rumalla A, **Baron TH**, Clayton AC, Gostout CJ, Halling KC, Kipp BR, Papachistou GI, Petersen BT, Roberts LR, Sebo TJ, Topazian MD, Wiersema MJ, Gores GJ. Prospective evaluation of intraductal ultrasound (IDUS), digital image analysis (DIA), fluorescence in situ hybridization (FISH), CA 19-9, and ERCP with routine cytology and intraductal biopsy in the evaluation of indeterminate bile duct strictures.  Gastrointest Endosc. 2006 Apr; 63(5):AB88.

41. Feng D, Ramakrishna G, Sarano ME, **Baron TH**, Pellikka PA, Malouf JF. Aortic valve replacement in patients with moderate to severe aortic stenosis does not prevent bleeding from gastrointestinal arteriovenous malformations (Abstract 1030-22).  J Am Coll Cardiol. 2006 Feb; 47(4 Suppl A):286A.

42. Chahal P, **Baron TH**, Gostout CJ, Petersen BT, Levy MJ, Topazian MD. Predictors of complications following endoscopic ampullectomy.  Gastrointest Endosc. 2006; 63(5):AB156.

43. Carr-Locke DL, Poneros J, Saltzman J, Thompson C, Kozarek R, Ayub K, Schembre DB, Gluck M, Brandabur J, Pleskow D, Chuttani R, Eysselein V, Silverman W, Vargo J, Zuccaro G, Waxman I, Catalano M, **Baron T**, Gostout C, Parsons W. A multi-site, single arm, prospective safety and effectiveness study of the WallFlex enteral duodenal stent for the palliation of malignant gastroduodenal obstruction.  Gastrointest Endosc. 2006; 63(5):AB249.

44. Papachistou GI, Gleeson F, Harewood GC, **Baron TH**. Endoscopist administered sedation during ERCP: dosing requirements and need for reversal agents.  Gastrointest Endosc. 2006; 63(5):AB294.

45. Verma D, Gostout CJ, Petersen BT, Levy MJ, **Baron TH**, Adler DG. Establishing a true assessment of endoscopic competence in ERCP during training and beyond: a single operator learning curve for deep biliary cannulation in patients with native papillary anatomy.  Gastrointest Endosc. 2006; 63(5):AB301.

46. Chahal P, **Baron TH**, Petersen BT, Topazian MD, Gostout CJ, Levy MJ. Pancreatic stent prophylaxis of post-ERCP pancreatitis: spontaneous migration rates and clinical outcomes. Gastrointest Endosc. 2006; 63(5):AB311.

47. Doubledee BJ, **Baron TH**, El-Youssef M. A comparision of MRCP and ERCP for evaluation of bile duct and pancreatic duct abnormalities in pediatric patients.  Gastrointest Endosc. 2006; 63(5):AB313.

48.   Simmons DT, Harewood GC, **Baron TH**, Petersen BT, Wang KK, Enders FB, Ott BJ. Impact of endoscopist withdrawal speed on polyp yield: implications for optimal colonoscopy withdrawal time.  Gastrointest Endosc. 2006; 63(5):AB82.

49.   Vege SS, Chari ST, Bollineni S, Munukuti N, **Baron TH**, Clain JE, Pearson RK, Petersen BT, Sarr MT. In severe acute pancreatitis, intra-abdominal fungal infection compared to intra-abdominal bacterial infection, is associated with higher morbidity but not higher mortality. Pancreas. 2005 Nov; 31(4):476.

50.   Reddy J, Wongkeesong LM, Buttar N, Gosotut C, Rajan E, Petersen B, **Baron T**. Endoscopic injection of 2-octyl cyanoacrylate (Dermabond) for the treatment of bleeding gastric varices.  Am J Gastroenterol. 2005 Sep; 100(9):S363.

51.   Maple JT, Petersen BT, **Baron TH**, Kasperbauer JL, Larson MV, Wongkeesong LM. Managment of radiation-induced complete esophageal obstruction with a concurrent antegrade-retrograde endoscopic rendezvous technique (Abstract 589).  Am J Gastroenterol. 2005 Sep; 100(9 Suppl):S223-4.

52.   Reddy J, Wongkeesong LM, Buttar N, Gostout C, Rajan E, Petersen B, **Baron T**. Endoscopic injection of 2-ocytl cyanoacrylate (DERMABOND) for the treatment of bleeding gastric varices (Abstract 994).  Am J Gastroenterol. 2005 Sep; 100(9 Suppl):S363.

53.   Maple JT, Petersen BT, **Baron TH**, Harewood GC, Johnson CD, Schmit GD. Abdominal computed tomography (CT) as a predictor of outcome prior to attempted direct percutaneous endoscopic jejunostomy (DPEJ) (Abstract 1000).  Am J Gastroenterol. 2005 Sep; 100(9 Suppl):S365.

54.   Chahal P, **Baron TH**. ERCP in post-Whipple patients (Abstract 1011).  Am J Gastroenterol. 2005 Sep; 100(9 Suppl):S369.

55.   Vege SS, Chari S, Bollineni S, Munukuti N, **Baron TH**, Clain JE, Pearson RK, Petersen BT, Sarr MG. In severe acute pancreatitis, intra-abdominal fungal infection compared to intra-abdominal bacterial infection, is associated with higher morbidity but not higher mortality.  Gastroenterol. 2005; 128(4 Suppl 2):A-175.

56.   Prasad G, Wang KK, **Baron T**, Buttar N, WongKeeSong M, Borkenhagen L, Lutzke L, Papenfuss S, Gores G, Roberts L. Factors predicting survival in patients with cholangiocarcinoma treated with photodynamic therapy.  Gastroenterol. 2005; 128(4 Suppl 2):A-454.

57.   Solem CA, Loftus LV, Fletcher JG, **Baron TH**, Gostout CJ, Petersen BT, Tremaine WJ, Egan LJ, Faubion WA, Schroeder KW, Pardi DS, Hanson KA, Jewell DA, Barlow JM, Fidler JL, Huprich JE, Johnson CD, Harmsen WS, Zinsmeister AR, Sandborn WJ. Small bowel (SB) imaging in Crohn's disease (CD): a prospective, blinded, 4-way comparison trial.  Gastroenterol. 2005 Apr; 128(4 Suppl 2):A-74.

58.   Yusuf TE, **Baron TH**. Utilization of EUS for endoscopic drainage of pancreatic pseudocysts: results of a national and an international survey.  Gastrointest Endosc. 2005; 61(5):AB197.

59.   Chahal P, **Baron T**, Rosen CB, Poterucha JJ. Endoscopic retrograde cholangiography in post orthotopic liver transplant population with roux-en-year-old biliary reconstruction: six-year institute experience.  Gastrointest Endosc. 2005; 61(5):AB200.

60. Joyce AM, Ahmad N, Kochman ML, Long WB, **Baron T**, Sherman S, Fogel E, Lehman GA, McHenry L, Watkins J, Ginsberg GG. Multicenter comparative trial of the V-system for therapeutic ERCP.  Gastrointest Endosc. 2005; 61(5):AB208.

61. Guillermo de la Mora J, Pochron NL, **Baron TH**. A new expandable metal hybrid esophageal stent: results from an animal model.  Gastrointest Endosc. 2005; 61(5):AB227.

62. de la Mora JG, **Baron T**, Gostout C, Pochron N. Outcomes of colonic stenting using a specifically designed expandable metal colonic stent (Ultraflex Precision).  Gastrointest Endosc. 2005; 61(5):AB247.

63. Levy MJ, Gores GJ, Halling KC, Kipp BR, Roberts LR, Sebo TJ, **Baron TH**, Clain JE, Gostout CJ, Harewood GC, Petersen BT, Rajan E, Reddy RP, Topazian MD, Wang KK, Wiersema MJ, Pochron NL. Prospective evaluation of digital image analysis (DIA) and fluorescence in situ hybridization (FISH) during EUS and ERCP.  Gastrointest Endosc. 2005; 61(5):AB289.

64. **Baron TH**, Simmons DT, Petersen B, Gostout CJ, Haddock MG, Gores GJ, Yeakel PD, Topazian MD, Levy MJ. A novel endoscopic approach to brachytherapy in the management of hilar cholangiocarcinoma.  Gastrointest Endosc. 2005; 61(5):AB97.

65. Sedlack RE, Petersen BT, **Baron TH**. Pancreaticobiliary obstruction due to periampullary duodenal diverticulitis: successful endoscopic management (Abstract 384).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S124.

66. Hoyer RJ, Arora AS, **Baron TH**. Complications after traction removal of direct percutaneous endoscopic jejunostomy (DPEJ): subcapsular abscess and gastrointestinal bleeding (Abstract 392).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S126-7.

67. Chen VK, Arguedas MR, **Baron TH**. Short metal versus plastic stents for malignant obstructive jaundice prior to possible Whipple's operation: a cost-minimization decision analysis (Abstract 744).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S241.

68. Solem CA, Loftus EV, Petersen BT, Gostout CJ, **Baron TH**, Sandborn WJ. Retrospective experience with capsule endoscopy (CE) in Crohn's disease (CD) (Abstract 830).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S270.

69. Harewood G, **Baron T**, WongKeeSong L. Factors predicting success of endoscopic variceal ligation for secondary prophylaxis of esophageal variceal bleeding (Abstract 880).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S288.

70. Harewood GC, Monkemuller KE, Curioso WH, Fry LC, Wilcox MC, Morgan DE, **Baron TH**. Clinical significance of biochemical analysis of pancreatic fluid collections (Abstract 153).  Am J Gastroenterol. 2004 Oct; 99(10 Suppl):S51.

71. Petersen BT, Yacavone R, Pochron N, Harmsen WS, Zinsmeister A, **Baron T**, Gostout C, Wiersema M. Pre-, intra-, and post-procedure risk factors for post-ERCP pancreatitis (Abstract S1516).  Gastrointest Endosc. 2004 Apr; 59(5):AB115.

72. Abu-Hamda E, Petersen BT, **Baron TH**, Larson MV, Levy MJ, Gostout CJ. Management of biliary obstruction in patients requiring duodenal self-expandable metal stent placement (Abstract T1468).  Gastrointest Endosc. 2004 Apr; 59(5):AB189.

73. Harewood GC, Wright C, **Baron T**. Assessment of patient perception of bowel preparation quality at colonoscopy.  Gastroenterol. 2004; 126(4 Suppl 2):A-607.

74. Pochron NL, Ramage JI, **Baron TH**, Diehl N, Zinsmeister AR, Rumalla A, Norton ID, Murray JA, Romero Y. A prospective randomized controlled trail of endoscopic steroid injection therapy for recurrent esophageal peptic strictures.  Gastrointest Endosc. 2004; 59(5):AB112.

75. Harewood G, **Baron T**, Rumalla A, Wang K, Gores G, Stadheim L, de Groen P. Prospective assessment of patient outcome following photodynamic therapy for advanced cholangiocarcinoma.  Gastrointest Endosc. 2004; 59(5):AB190.

76. **Baron T**, Harewood G. Endoscopic balloon dilation of the biliary sphincter compared to endoscopic biliary sphincterotomy for removal of common bile duct stones during ERCP: a meta-analysis of randomized, controlled trials.  Gastrointest Endosc. 2004; 59(5):AB197.

77. Gibbs CM, **Baron TH**. Endoscopic transmural drainage of pancreatic fluid collections in outpatients.  Gastrointest Endosc. 2004; 59(5):AB203.

78. Vege SS, Chari ST, Petersen BT, **Baron TH**, Jones JR, Munukuti PN, Zapiach M. Morbidity and mortality of ERCP-induced severe acute pancreatitis.  Gastrointest Endosc. 2004; 59(5):AB207.

79. Harewood G, **Baron T**, Stadheim L, Kipp B, Sebo T, Salomao D. Prospective, blinded assessment of factors influencing accuracy of biliary cytology interpretation.  Gastrointest Endosc. 2004; 59(5):AB99.

80. Sedlack RE, Sorbi D, Harrison ME, Fleischer DE, Yousfi M, **Baron T**. Validation of an EGD computer simulator.  Am J Gastroenterol. 2003 Sep; 98(9 Suppl):S276-7.

81. Levy MJ, Feitoza AB, **Baron TH**, Gostout CJ, Petersen BT, Wiersema MJ, Rumalla A, Ott BJ. Comparison of technical and clinical outcome with use of a malfunctioning versus properly functioning duodenoscope.  Am J Gastroenterol. 2003 Sep; 98(9 Suppl):S286.

82. Yousfi M, **Baron T**, Horn B, Fleischer DE, Sorbi D. Flexible sigmoidoscopy by physician assistants: Validation study of a computer-based simulator.  Am J Gastroenterol. 2003 Sep; 98(9 Suppl):S300.

83. Harewood G, Wright C, **Baron T**. Assessment of the learning curve for endoscopic pancreatic fluid collection drainage (Abstract S1496).  Gastrointest Endosc. 2003 Apr; 57(5):AB109.

84. Sedlack RE, Pochron NL, Johnson SM, **Baron TH**. Prospective randomized trial of PEG tube placement with and without skin incision (Abstract T1490).  Gastrointest Endosc. 2003 Apr; 57(5):AB184.

85. Yousfi M, Gostout CJ, **Baron TH Sr**, Hernandez JL, Fleischer DE, Sorbi D. Post-polypectomy lower gastrointestinal bleeding: potential role of aspirin (Abstract 621).  Gastrointest Endosc. 2003 Apr; 57(5):AB93.

86. Telford JJ, **Baron T**, Parsons WG, Tringali A, Costamagna G, Gabbrielli A, Carr-Locke DL. Enteral Wallstents for palliating malignant gastric outlet obstruction: results in 146 patients. Abstract 116.  Gastrointest Endosc. 57(5) 2003 .

87. Yousfi M, **Baron TH**, McWane T, Hernandez JL, Fleischer DE, Sorbi D. Variable rigidity colonoscopy: improving the cecal intubation rate?  Gastroenterology. 2003; 124(4 Suppl 1):A-357.

88. Yousfi M, Gostout CJ, Ott B, **Baron TH**, Fleischer DE, Sorbi D. Post-polypectomy lower gastro-intestinal bleeding: is advanced age a predictor?  Gastroenterology. 2003; 124(4 Suppl 1):A-357.

89.  Kimery BD, Sorbi D, Gorkis L, **Baron TH**, Leighton JA, Fleischer DE. Strategies to address increased demand for colonoscopy guidelines in an open access system.  Gastroenterology. 2003; 124(4 Suppl 1):A-69.

90.  Norton I, Bosco J, Meier P, **Baron T**, Lange S, Nelson D, Gostout C, Wiersema M, Levy M, Loeb D, Pochron N, Petersen B. A randomized trial of endoscopic sphincterotomy using pure-cut versus endocut electrical waveforms.  Gastroenterology. 2002 Apr;22:239.

91.  Soderman TC, **Baron TH**. Retrospective analysis of glucagon in food impactions.  J Investig Med. 2002 Mar; 50(2):151A.

92.  Loftus CG, Harewood GC, **Baron TH**. Assessment of predictors of response to neostigmine for acute colonic pseudo-obstruction (Abstract 337).  Am J Gastroenterol. 2002; 97:S111.

93.  Ramage JI Jr, Bharucha AE, **Baron TH Sr**. Percutaenous endoscopic cecostomy for recurrent Olgilvie's syndrome (Abstract 531).  Am J Gastroenterol. 2002; 97:S175.

94.  Kumar KS, Beri G, Wang K, **Baron TH**, Menon KV. Biliary papillomatosis treated with intraductal photodynamic therapy (Abstract 626).  Am J Gastroenterol. 2002; 97:S205.

95.  Fan AC, **Baron TH**, Rumalla A, Harewood GC. A comparison of direct percutaneous endoscopic jejunostomy versus percutaneous endoscopic gastrostomy with jejunal extension (Abstract 868). Am J Gastroenterol. 2002; 97:S285.

96.  Sedlack RE, **Baron TH**. Long-term follow-up of esophageal food ipactions: the truth is not that hard to swallow (Abstract 880).  Am J Gastroenterol. 2002; 97:S289.

97.  Yousfi MM, Sorbi S, **Baron T**, Fleischer DE. Flexible sigmoidoscopy assessing endoscopic skills using a computer-based simulator (Abstract 899).  Am J Gastroenterol. 2002; 97:S295.

98.  Rumalla A, **Baron TH**, Riehle DL, Pochron NL, Burgart LJ, Gores GJ, Therneau T, Harewood GC, de Groen PC, Sebo TJ. A prospective comparison of digital image analysis and routine cytology for the identification of malignancy in biliary tract strictures.  Gastroenterology. 2002; 122(4):A-481.

99.  Adler DG, **Baron TH**. Colonic stents for the treatment of acute large bowel obstruction the Mayo Clinic experience.  Gastrointest Endosc. 2002; 55(5):AB108.

100.  Sedlack RE, Pochron N, **Baron TH**. PEG placement without a skin incision: undercutting the competition.  Gastrointest Endosc. 2002; 55(5):AB119.

101.  Harewood G, **Baron TH**. An assessment of the learning curve for precut biliary sphincterotomy. Gastrointest Endosc. 2002; 55(5):AB148.

102.  Harewood G, **Baron TH**. Cost analysis of magnetic resonance cholangiography in the management of inoperable hilar biliary obstruction.  Gastrointest Endosc. 2002; 55(5):AB160.

103.  Faigel DO, Lieberman DA, Falk GW, DeGarmo P, Eisen G, Goldstein J, **Baron TH**. Endoscopic oncology: cancer as an indication for gastrointestinal endoscopy in the United States. Gastrointest Endosc. 2002; 55(5):AB164.

104.  Norton I, Bosco J, Meier P, **Baron T**, Lange S, Nelson D, Gostout C, Wiersema M, Levy M, Loeb D, Pochron N, Petersen B. A randomized trial of endoscopic sphincterotomy using pure-cut versus endocut electrical waveforms.  Gastrointest Endosc. 2002; 55(5):AB175.

105. Vazquez Sequeiros E, **Baron TH**, Clain JE, Gostout CJ, Norton ID, Petersen BT, Wiersema MJ. Papel de la ultrasonografia intraductal (USID) en el estudio de pacientes (PT) con estenosis de via biliar de origen no filiado.  Rev Esp Enferm Dig 93(S1):17, 2001 Jun.

106. Vazquez Sequeiros E, Wiersema LM, Sorbi D, Woodward TA, Rajan E, Raimondo M, Schwartz D, Norton ID, Affi A, Clain JE, **Baron TH**, Gunaratnam NT, Levy MJ, Ribeiro A, Harewood G. Influencia del grado de experiencia del ecoendoscopista y de la presencia de anomalias histopatologicas deceptivas (AHD) en la precision de la estadificacion endosonografica del carcinoma de esofago (CE).  Rev Esp Enferm Dig 93 (S1), 74-75, 2001 Jun.

107. Vazquez Sequeiros E, Wiersema LM, Sorbi D, Woodward TA, Rajan E, Raimondo M, Schwartz D, Norton ID, Affi A, Clain JE, **Baron TH**, Gunaratnam NT, Levy MJ, Ribeiro A, Harewood G. Influencia del grado de experiencia del ecoendoscopista y de la presencia de anomalias histopatologicas deceptivas (AHD) en la precision de la estadificacion endosonografica del carcinoma de esofago (CE).  Rev Esp Ecogr Dig 3 (2), 145-146, 2001 Apr-Jun.

108. Vazquez Sequeiros E, **Baron TH**, Clain JE, Gostout CJ, Norton ID, Petersen BT, Wiersema MJ. Papel de la ultrasonografia intraductal (USID) en el estudio de pacientes (PT) con estenosis de via biliar de origen no filiado.  Rev Esp Ecogr Dig 3(2):146-7, 2001 Apr-Jun.

109. Stadheim LM, Pochron NL, Huiras SA, Rumalla A, **Baron TH**, Gores GJ, LaRusso NF, de Groen PC, Burgart LJ, Sebo TJ, Halling KC, Roberts LR. A prospective comparison of fluorescence in situ hybridization (FISH) and routine cytology (RC) for the identification of malignancy in biliary tract strictures.  Gastroenterology. 2001 Apr; 120(5 Suppl 1):A.608.

110. Vazquez-Sequeiros E, **Baron TH**, Clain JE, Gostout CJ, Norton ID, Petersen BT, Wiersema MJ. Evaluation of indeterminate bile duct strictures (BDS) with an over the wire intraductal ultrasound probe (IDUS). (Abstract 3374).  Gastrointest Endosc. 2001 Apr; 53(5):AB100.

111. Adler DG, **Baron TH**, Gostout CJ. Percutaneous transgastrostomy placement of jejunal feeding tubes using an ultrathin endoscope. (Abstract 3437).  Gastrointest Endosc. 2001 Apr; 53(5):AB118.

112. **Baron TH**, Harewood GC, Morgan DE, Yates MR. Prospective evaluation of endoscopic drainage of pancreatic necrosis and pancreatic pseudocysts by a single endoscopist: outcome of 138 consecutive patients. (Abstract 3489).  Gastrointest Endosc. 2001 Apr; 53(5):AB133.

113. Harewood GC, **Baron TH**. Role of metallic biliary stents in locally advanced pancreatic carcinoma determined at laparotomy: a decision analysis model. (Abstract 3500).  Gastrointest Endosc. 2001 Apr; 53(5):AB136.

114. Nguyen AJ, **Baron TH**, Burgart LJ, Leontovich ON, Rajan E, Gostout CJ. Dermabond (trademark) (2-Octyl-Cyanoacrylate): a new glue for variceal injection therapy - results of a preliminary animal study. (Abstract 4390).  Gastrointest Endosc. 2001 Apr; 53(5):AB219. Abstract no. 4390.

115. Vazquez-Sequeiros E, Wiersema LM, Rajan E, Raimondo M, Affi A, Clain JE, Levy MJ, Sorbi D, Schwartz DA, **Baron TH**, Harewood GC, Woodward TA, Ribeiro A, Norton ID, Gunaratnam NT, Wiersema MJ. Influence of training and deceptive pathologic features (DPF) on accuracy of endoscopic ultrasound (EUS) staging in esophageal carcinoma (EC). (Abstract 3288). Gastrointest Endosc. 2001 Apr; 53(5):AB76.

116. Adler DG, Adler AL, Nolte T, Hermans J, Gostout CJ, **Baron TH**. Complications of urgent and emergent endoscopy in patients with upper and lower GI bleeding as a function of time: a review of 10,197 cases. (Abstract 3302).  Gastrointest Endosc. 2001 Apr; 53(5):AB80.

117. Rumalla A, Petersen BT, **Baron TH**, Burgart LJ, Norton ID, Wiersema MJ, Gostout CJ. Development of a porcine model of benign biliary stenosis (BBS) by endoscopic application of thermal injury.  Gastrointest Endosc. 2001 Apr; 53(5):AB91. Abstract no. 3340.

118. Harewood GC, LeRoy AJ, Petersen BT, **Baron TH**. Cost analysis of alternative treatment strategies for palliation of malignant distal biliary obstruction following failed cannulation. (Abstract 3356).  Gastrointest Endosc. 2001 Apr; 53(5):AB95.

119. Adler DG, **Baron TH**, Geels W, Morgan DE, Monkemuller KE. Placement of percutaneous endoscopic gastrostomy tubes through previously placed self-expanding esophageal metal stents.  Am J Gastroenterol. 2001; 96(9 Suppl):S1.

120. Adler DG, **Baron TH**. Endoscopic palliation of malignant gastric outlet obstruction using self-expanding metal stents: experience in thirty-six patients.  Am J Gastroenterol. 2001; 96(9 Suppl):S102.

121. Adler DG, Young-Fadok TM, Smyrk T, Garces YI, **Baron TH**. Preoperative chemoradiation therapy following placement of a self-expanding metal stent in a patient with an obstructing rectal cancer: clinical and pathologic findings.  Am J Gastroenterol. 2001; 96(9 Suppl):S171.

122. Sodeman TC, **Baron TH**. Evolution of gastric corrosive injury.  Am J Gastroenterol. 2001; 96(9 Suppl):S247-8.

123. Sodeman TC, **Baron TH**. Retrospective assessment of glucagon in esophageal food impactions. Am J Gastroenterol. 2001; 96(9 Suppl):S38.

124. Levy MJ, **Baron TH**, Yacavone RF, Norton ID, Petersen BT, Gostout CJ, Wiersema MJ. Endoscopic removal of biliary Wallstents.  Am J Gastroenterol. 2001; 96(9 Suppl):S90.

125. Stadheim LM, Gores GJ, **Baron TH**, Pochron NL, Kipp BR, Halling KC, Roberts LR. A prospective comparison of fluorescence in situ hybridization and routine cytology for the identification of malignancy in biliary tract strictures.  Am J Gastroenterol. 2001; 96(9 Suppl):S98.

126. Vazquez-Sequeiros E, **Baron TH**, Clain JE, Gostout CJ, Norton ID, Petersen BT, Wiersema MJ. Evaluation of indeterminate bile duct (BD) stenosis with a new over the wire intraductal ultrasound probe (IDUS). (Abstract 261).  Am J Gastroenterol. 2000 Sep; 95(9):2487-2488.

127. Sorbi D, Burgart LJ, Wiersema M, **Baron T**, Norton I, Wang L, Zinsmeister AR, Gostout CJ. Endoscopic determination of the aberrant crypt foci density by magnification chromoscopy: colorectal cancer vs. benign diseases of colon. (Abstract 480).  Am J Gastroenterol. 2000 Sep; 95(9):2551.

128. Rumalla A, **Baron TH**, Wang KK. Endoscopic application of photodynamic therapy for cholangiocarcinoma. (Abstract 4613).  Gastrointest Endosc. 2000 Apr; 51(4 part 2):AB183.

129. Norton ID, **Baron TH**, Geller A, Petersen BT, Wiersema MJ, Gostout CJ. Immediate and medium-term outcome of snare excision of the ampulla of Vater. (Abstract 4644).  Gastrointest Endosc. 2000 Apr; 51(4 part 2):AB191.

130. Rumalla A, **Baron TH**, Yacavone RF, Neven AK. Direct PEJ vs. transgastric PEJ for jejunal feeding: a retrospective analysis. (Abstract 4735).  Gastrointest Endosc. 2000 Apr; 51(4 part 2):AB217.

131. Rumalla A, **Baron TH**, Leontovich O, Burgart LJ, Yacavone RF, Therneau TM, de Groen PC, Sebo TJ. Digital image analysis (DIA) improves the diagnostic yield of endoscopic biliary brush cytology. (Abstract 7001).  Gastrointest Endosc. 2000 Apr; 51(4 part 2):AB241.

132. Yacavone RF, Rumalla A, **Baron TH**, Petersen BT. Endoscopic treatment options for the management of simple bile leaks: a cost-minimization analysis. (Abstract 3419).  Gastrointest Endosc. 2000 Apr; 51(4 part 2):AB87.

133. Linder JD, Arguedas MR, Linder SD, Geels W, Wilcox CM, **Baron TH**. Prevalence of and risk of bleeding from gastric varices found incidentally at upper endoscopy in patients with pancreatitis. Am J Gastroenterol. 2000; 95(9):2480.

134. Webb BM, **Baron TH**, Yacavone RF, Yates MR III. Endoscopic versus surgical palliation of malignant gastric outlet obstruction: a retrospective analysis.  Gastrointest Endosc. 2000; 51(4):AB221.

135. Rajan E, Herman LJ, Knipschield M, **Baron TH**, Conio M, Norton I, Petersen BT, Sorbi D, Wang KK, Wiersema MJ, Gostout CJ. A developmental endoscopy unit: paving the way for the future of endoscopy.  Gastrointest Endosc. 2000; 51(4):AB252.

136. Celli A, Parsons WP, Perrault J, Freese DK, Peterson BT, **Baron TH**, Gostout CJ, El-Youssef M. Therapeutic endoscopic retrograde cholangiopancreatography in children. (Abstract 33).  J Pediatr Gastroenterol Nutr. 1999 Oct; 29(4):497.

137. Monkemuller KE, Yates RM, Morgan DE, **Baron TH**. Endoscopic drainage (ED) of infected organized pancreatic necrosis (OPN). (Abstract 262).  Gastrointest Endosc. 1999 Apr; 49(4 part 2):AB119.

138. Monkemuller KE, Morgan DE, **Baron TH**. Minor papilla (MIP) precut papillotomy: conquering the small pancreatic duct orifice. (Abstract 298).  Gastrointest Endosc. 1999 Apr; 49(4 part 2):AB128.

139. Gunaratnam NT, Gostout CJ, Geller A, **Baron TH**, Wiersema MJ, Weaver AL, Frederickson MB, Chadbourne SM, Zinsmeister AR, Peterson BT. A prospective randomized study of multipurpose guidewires used during endoscopic retrograde cholangiopancreatography. (Abstract 661). Gastrointest Endosc. 1999 Apr; 49(4 part 2):AB225.

140. Morgan DE, **Baron TH**, Canon CL, Hagood TL. ERCP perforation: CT predictors of surgical cases.  Society of Gastrointestinal Radiologists 28th Annual Meeting and Postgraduate Course, 1999 Feb.

141. **Baron TH**, Canon CL, Morgan DE, Koehler RE. Expandable metal prostheses in colon disease. Society of Gastrointestinal Radiologists 27th Annual Meeting and Postgraduate Course, 1998 Feb 25, Rancho Mirage, CA.

142. Morgan DE, Logan K, Koehler RE, **Baron TH**. Pancreatic divisum: implications for diagnostic & therapeutic endoscopy.  RSNA Annual Meeting, 1998.

143. Morgan DE, Logan K, Koehler RE, **Baron TH**. A radiologist's guide to therapeutic endoscopy. AJR Am J Roentgenol. 1998; 170(4 Suppl):160.

144. Morgan DE, Logan K, Koehler RE, **Baron TH**. The uncinate branch: important anatomy or anatomic curiosity?  AJR Am J Roentgenol. 1998; 170(4 Suppl):58.

145. Monkemuller KE, **Baron TH**. Cytomegalovirus gastritis as an isolated cause of nausea and vomiting in a renal transplant patient.  Am J Gastroenterol. 1998; 93:1644.

146. Monkemuller KE, Morgan DE, **Baron TH**. Endoscopic drainage of infected pancreatic pseudocysts.  Am J Gastroenterol. 1998; 93:1658.

147. Monkemuller KE, **Baron TH**. Stenotrophomonas (Xanthomonas) maltophilia infection in necrotizing pancreatitis successfully treated by endoscopic drainage.  Am J Gastroenterol. 1998; 93:1730.

148. **Baron TH**, Geels WJ, Heudebert G. Learning curve for precut biliary sphincterotomy. Gastrointest Endosc. 1998; 47:AB108.

149. Monkemuller KE, **Baron TH**. Biochemical and microbiological evaluation of pancreatic fluid collections (PFCs) during endotherapy.  Gastrointest Endosc. 1998; 47:AB139.

150. Morgan DE, Adkisson KW, **Baron TH**, Berland LL. CT helps assess outcome and assists long-term management after endoscopic drainage of pancreatic necrosis: a prospective clinical and radiographic study.  Scientific Awards Session, Society of Computed Body Tomography and Magnetic Resonance, 1997 Apr 13.

151. Monkemuller KE, Morgan DE, **Baron TH**. Transmural drainage of pancreatic collections without electrocautery using the Seldinger technique: Ban the burn! JN - Gastrointestinal Endoscopy. 1997; 45:AB163.

152. Raymond RS, **Baron TH**. Needle Knife Fistulotomy (NKF): results of another method of precut for biliary cannulation.  Gastrointest Endosc. 1997; 45:AB145.

153. Adkisson KW, Morgan DE, **Baron TH**. Long-term outcome following successful endoscopic drainage of organized pancreatic necrosis (OPN): skunk-poking revisited.  Gastrointest Endosc. 1997; 45:AB153.

154. **Baron TH**, Morgan DE, Smith JK, Robbin ML, Kenney PJ, Heudebert G. Predicting drainability of pancreatic collections: prospective comparison of magnetic resonance imaging (MRI), computed tomography (CT), and ultrasound (US).  Gastrointest Endosc. 1997; 45:AB153.

155. Elton E, Howell DA, Lehman GA, **Baron TH**, Sherman S, Qaseem T, Parsons WG. Acute vs chronic pancreatitis: implications for endoscopic pseudocyst drainage.  Gastrointest Endosc. 1997; 45:AB157.

156. Wilson LJ, **Baron TH**. Novel uses of the Soehendra stent extractor (SSE).  Gastrointest Endosc. 1997; 45:AB43.

157. Wilcox CM, Geels W, **Baron T**. How many times can you reuse a sphincterotome?: A prospective study.  Gastrointest Endosc. 1997; 45:AB58.

158. Singh S, **Baron TH**. Pancreatico-pleural fistula: a rare cause of hemorrhagic pleural effusion successfully treated endoscopically.  ACG National Fellow's Forum, 1996 Apr, Scottdale, AZ.

159. Morgan DE, **Baron TH**, Thaggard WG, Stanley RJ. Non-surgical management of pancreatic necrosis.  The Society of Gastrointestinal Radiologists 25th Annual Meeting, 1996 Mar, Bermuda.

160. Lowenthal EA, Conry RM, **Baron TH**, Schwartzburg MS. Hepatic artery stenosis as a reversible cause of recurrent abdominal pain in sickle cell disease.  National Sickle Cell Programs Meeting, 1996, Mobile, AL.

161. Morgan DE, **Baron TH**, Thaggard WG, Stanley RJ. Non-surgical management of pancreatic necrosis therapeutic breakthrough.  AJR Am J Roentgenol. 1996; 166(3 Suppl):144.

162. Singh S, **Baron TH**, Crowe DR. Esophageal biopsies using a novel suction-pinch technique. Gastrointest Endosc. 1996; 43:345.

163. **Baron TH**, Morgan DE. Expandable metal stents for treatment of non-esophageal, non-colonic enteral obstruction.  Gastrointest Endosc. 1996; 43:348.

164. **Baron TH**, Dean PA, Shumate CR, Koehler RE. Canon C Expandable metal stents for treatment of colonic obstruction.  Gastrointest Endosc. 1996; 43:363.

165. Blackard WG, **Baron TH**. Expandable metal stents for palliation of obstructive jaundice secondary to metastatic malignancy.  Gastrointest Endosc. 1996; 43:374.

166. Howell DA, Lehman GA, **Baron TH**, Sherman S, Qaseem T, Earle DT, Biber BB, Thaggard WG. Complications of endoscopic drainage of pancreatic pseudocysts, management and avoidance. Gastrointest Endosc. 1996; 43:407.

167. Howell DA, Lehman GA, **Baron TH**, Sherman S, Qaseem T, Earle DT, Biber BB, Thaggard WG. Recurrent pseudocyst formation in patients managed with endoscopic drainage: pre-drainage features and management.  Gastrointest Endosc. 1996; 43:407.

168. Howell DA, Lehman GA, **Baron TH**, Sherman S, Qaseem T, Earle DT, Biber BB, Thaggard WG. Pancreatic ductal anatomy in patients undergoing endoscopic pseudocyst drainage: Implications of follow-up data. Gastrointest Endosc. 1996; 43:407.

169. Morgan DE, **Baron TH**, Smith JK, Robbin M. Magnetic resonance evaluation of pancreatic fluid collections prior to intervention: Comparison with CT ultrasound.  Radiology. 1996; 201(Suppl):383.

170. **Baron TH**, van Leeuwen DJ, Daniel C, Grizzle WE, Ostroff J, LoBuglio A. Gastropathy induced by a doxorubicin immunoconjugate.  Am J Gastroenterol. 1995; 90:1575.

171. **Baron TH**, Shumate CR, Dean PA, Canon C, Koehler RE. A pilot study of expandable metal stenting for treatment of malignant colonic obstruction.  Am J Gastroenterol. 1995; 90:1635.

172. **Baron TH**, Lee JG, Herrerra E. Endoscopic fine needle aspiration (EFNA): an underutilized diagnostic technique.  Gastrointest Endosc. 1995; 41:297.

173. Blackard WG, **Baron TH**. Suction sclerotherapy for the treatment of esophageal varices: preliminary results of a prospective pilot study.  Gastrointest Endosc. 1995; 41:299.

174. **Baron TH**, Blackard WG, Morgan DE, DR Crowe, Sigman KS, Bynon JS, Eckhoff DE, Poplawski SC. Role of ERCP in orthotopic liver transplant patients with abnormal liver function tests. Gastrointest Endosc. 1995; 41:389.

175. Howell DA, **Baron TH**, Lehman GA, Sherman S, Parsons WG, Thaggard WG, Biber BP, Koehler R. Endoscopic drainage of pancreatic pseudocysts in the setting of necrotizing pancreatitis: a multicenter analysis.  Gastrointest Endosc. 1995; 41:423.

176. Howell DA, Lehman GA, **Baron TH**, Sherman S, Parsons WG, Earle DT, Thaggard WG. Endoscopic treatment of pancreatic pseudocysts: a retrospective multicenter analysis. Gastrointest Endosc. 1995; 41:424.

177. Lee JG, **Baron TH**, Thaggard WG, Ochlke. Transpapillary endoscopic pancreatic duct (PD) stenting for treatment of communicating pseudocysts (Abstract A 0-91).  Society for Minimally Invasive Therapy, Seventh International Meeting. 1995; 23.

178. Saleh M, LoBuglio A, Sugarman S, Murray J, Onetto N, Warner, Mezza L, Davidson T, Grizzle W, **Baron T**, Van Leeuwen D, Canetta R, Hallstrom K. Gastrointestinal Effects of Chimeric BR96-Doxorubicin Conjugate American Cancer Research, 1994

179. **Baron TH**, Lee JG, Schenkman DI, Pappas T, Leung JWC. Suction sclerotherapy for the treatment of esophageal varices, something old, something new, something borrowed... Gastrointest Endosc. 1994;40:P16.

180. **Baron TH**, Lee JG, Wax TD, Schmitt CM, Cotton PB, Leung JWC. Maximizing cellular yield during bile duct brush cytology.  Am J Gastroenterol. 1993; 88(9):A175.

181. **Baron TH**, Dalton CB, Cotton PB, May GR, Chari RS, Meyers WC. Propofol: a new sedative-hypnotic for sphincter of Oddi manometry?  Gastroenterology. 1993;104:A348.

182. **Baron TH**, Halpern NB, Richter JE. The Toupet anti-reflux operation: Insights into anti-reflux mechanisms.  Gastroenterology. 1992;102:A36.

183. **Baron TH**, Truss CD, Elson CO. Steroid sparing effect of oral methotrexate in refractory inflammatory bowel disease (IBD).  Gastroenterology. 1991;100:A195.

* Indicates that the primary author was a mentee of this author

**TEACHING ACTIVITIES**

**International**

*Suggested format:*

05/2013: "Transmissin of multidrug-reistant organisms via contaminated duodenoscopes".  Digestive Disease Week. Orlando, Fl.
05/2013: Over-the-Scope Clip Closure on Pancreatico-Colonic Fistula Due to Severe Necrotizing Pancreatitis" – Video Forum.  Digestive Disease Week. Orland, FL.
05/2013: A Solution for the Migrating Stent: Use of the OTSC Devide to Hold Fully Covered Esophageal Stents in Place - Video Forum. DDW 2013, Orlando, Florida
05/2013: Endoscopic Therapy of a Gastric Antral Web Causing Gastric Outlet Obstruction - Video Forum DDW 2013, Orlando, Florida
05/2013: Endoscopic Resection of Hilar Papillomatosis After Whipple Procedure for Ampullary Adenoma DDW 2013, Orlando, Florida.
05/2013: Outcomes and Predictors of Rebleeding Following 2-Octyl-Cyanoacrylate. Injection for Acute Gastric Variceal Hemorrhage: Results of a 12-Year Experience - Topic Forum. DDW 2013, Orlando, Florida
10/2011: (1) Endoscopic treatment of windsock (intraluminal diverticulae): Varying approaches in four cases. (2) Use of partially and fully covered metal stents to establish percutaneous access for endoscopic necrosectomy. Video Case for Oral presentation. 19th United European Gastroenterology Week. Stockholm, Sweden.
10/2011: (1) Basic principles of colorectal stent placement. (2) The ABCs of writing medical papers in English. Invited Speaker 5th Meeting of the Society of Gastrointestinal Intervention (SGI 2011), Seoul, South Korea.

1994: Suction Sclerotherapy: A new technique for the treatment of esophageal varices; something old, something new, something borrowed. Poster, World Congress of Gastroenterology, Los Angeles, California.

**National**

03/2010: Stent Potpourri: Novel Devices, Uses, and Locations ASGE Masters Series Course - GI Stents: Expanding Indications and Opening New Horizons, Oak Brook, Illinois.

03/2010: Hands-on Training, ASGE Masters Series Course - GI Stents: Expanding Indications and Opening New Horizons. Oak Brook, Illinois

06/2009: Endoscopic Treatment of Gallstone Illeus of the Colon. ASGE 13th Annual Video Forum Chicago, Illinois

03/2009: Cholangioscopy: The New Old Frontier, Endoscopy Session I. Mayo Clinic Gastroenterology and Hepatology 2009. Wailea, Hawaii.

03/2009: Moderator - Endoscopy Session I. Mayo Clinic Gastroenterology and Hepatology 2009. Wailea, Hawaii.

03/2009: What's New in Lumenal Stenting. Endoscopy Session I. Mayo Clinic Gastroenterology and Hepatology 2009. Wailea, Hawaii.

05/2005: Endoscopic Resection of an Intraluminal Duodenal Diverticulum (Windsock Diverticulum). Baron TH, Topazian MD. 9th Annual ASGE Video Forum "Best Cases of 2005," DDW 2005. Chicago, Illinois.

05/2004: Prospective, blinded assessment of factors influencing accuracy of biliary cytology interpretation Oral presentation, co-authors Harewood GC, Stadheim L, Kipp B, Sebo T, Salomao D. Digestive Disease Week, American Society for Gastrointestinal Endoscopy. New Orleans, Louisiana.

10/2003: Co-Course Director. AASLD/ASGE Postgraduate Course: The Role of Endoscopy in Liver Disease and Liver Transplantation. Boston, Massachusetts.

2002: A Comparison of Direct Percutaneous Endoscopic Jejunostomy Versus Percutaneous Endoscopic Gastronomy with Jejunal Extension. Poster. 67th Annual ACG Meeting. Seattle, Washington.

2002: Severe Acid Injury to the Stomach, Evolution and Management with Direct Percutaneous Endoscopic Jejunostomy. **Baron TH**, Sodeman TC. 6th Annual ASGE Video Forum "Best Cases of 2002," DDW 2002. San Francisco, California.

2001: Endoscopic Resection of a Metastatic Renal Cell Carcinoma Presenting as a Duodenal Bulb Polyp **Baron TH**, Smyrk TC. 5th Annual ASGE Video Forum "Best Cases of 2001," DDW 2001. Atlanta, Georgia.

2001: Endoscopic Band Ligation of Duodenal Varices. **Baron TH**, Sodeman TC. 5th Annual ASGE Video Forum "Best Cases of 2001," DDW 2001. Atlanta, Georgia.

1998: Endoscopic Debridement of Organized Pancreatic Necrosis. **Baron TH**, Adkisson KW. 2nd Annual ASGE Video Forum "Best Cases of 1998," DDW 1998. New Orleans, Louisiana.

1998: Learning curve for precut biliary sphincterotomy. Poster. American Society for Gastrointestinal Endoscopy. New Orleans, Louisiana.

1997: Transmural drainage of pancreatic collections without electrocautery using the Seldinger technique: Ban the burn! Poster. American Society for Gastrointestinal Endoscopy. Washington, District of Columbia.

1997: Novel uses of the Soehendra stent extractor (SSE). Poster. American Society for Gastrointestinal Endoscopy. Washington, District of Columbia.

1997: Needle Knife Fistulotomy (NKF): results of another method of precut for biliary cannulation Poster American Society for Gastrointestinal Endoscopy. Washington, District of Columbia

1997: Long-term outcome following successful endoscopic drainage of organized pancreatic necrosis (OPN): skunk-poking revisited. Poster. American Society for Gastrointestinal Endoscopy. Washington, District of Columbia.

1997: Predicting drainability of pancreatic collections:  prospective comparison of magnetic resonance imaging (MRI), computed tomography (CT), and ultrasound (US). Poster. American Society for Gastrointestinal Endoscopy. Washington, District of Columbia.

1996: Role of ERCP in Orthotopic Liver Transplant Patients with Abnormal LFTs. Poster. American Society for Gastrointestinal Endoscopy. San Diego, California.

1995: Endoscopic Fine Needle Aspiration (EFNA): An Under-utilized Diagnostic Technique. Poster. American Society for Gastrointestinal Endoscopy. San Diego, California.

1994: Suction Sclerotherapy: A new technique for the treatment of esophageal varices; something old, something new, something borrowed... Poster. American Society for Gastrointestinal Endoscopy. New Orleans, Louisiana.

1993: Maximizing Cellular Yield During Bile Duct Brush Cytology. Oral. American College of Gastroenterology Annual Meeting. New York, New York.

1992: The Toupet Anti-Reflux Operation: Insights into Anti-Reflux Mechanisms. Poster. American Gastroenterological Association. San Francisco, California.

1991: Steroid Sparing Effect of Oral Methotrexate in Refractory Inflammatory Bowel Disease. Poster. American Gastroenterological Association. New Orleans, Louisiana

**Regional**

09/2005: Feeding Tubes, PEG, PEJ. ASGE First Year Fellows' Endoscopy Course - Midwest Region. Chicago, Illinois

01/2005: Endoscopic Resection of an Intraluminal Diverticulum. Clinical Vingette. Upper Midwest Regional Endoscopicy Society Annual Meeting. Brainerd, Minnesota.

01/2005: Percutaneous Endoscopic Cecostomy. Case Series. Upper Midwest Regional Endoscopy. Society Annual Meeting. Brainerd, Minnesota.

01/2002: Endoscopic Drainage of Pancreatic Fluid Collections. Upper Midwest Regional Endoscopy Society Annual Meeting. Brainerd, Minnesota.

2000: Direct percutaneous endoscopic jejunostomy, Brainerd, MN. Upper Midwest Regional Endoscopy Society Meeting. Brainerd, Minnesota.

1993: Update in Clinical Medicine. Alabama Public Television. Alabama.

1993: Community Continuing Medical Education Update - medically related. Princeton Hospital. Birmingham, Alabama

## Invited Presentations and Visiting Professorships

**Invited Presentations**

<u>2013</u>

12/2013: Endoscopic treatment of pancreatic necrosis. 28th International Workshop on Therapeutic Endoscopy.  Prince of Wales Hospital Shatin, Hong Kong.

12/2013: Faculty Member of Workshop. 28th International Workshop on Therapeutic Endoscopy, Prince of Wales Hospital, Shatin, Hong Kong.

11/2013: PSC: Diagnosis, Surveillance, and Management of Dominant Strictures. AASLD/ASGE Endoscopy Course. Washington, District of Columbia

10/2013: Biliary stenting: The best cooperative patterns of care. 7th Meeting of Society of Gastrointestinal Intervention (SGI). Seoul, South Korea.

10/2013: Ethical issues in publication. 7th Meeting of Society of Gastrointestinal Intervention (SGI). Seoul, South Korea.

10/2013: Locoregional Treatment of Bile Duct Cancer. 7th Meeting of Society of Gastrointestinal Intervention (SGI). Seoul, South Korea.

10/2013: New Treatment Modalities for Achalasia. 7th Meeting of Society of Gastrointestinal Intervention (SGI) Seoul, South Korea.

10/2013: Stenting in Benign Biliary Stricture. 7th Meeting of Society of Gastrointestinal Intervention (SGI). Seoul, South Korea

10/2013: What's new in ERCP?: present and future. 7th Meeting of Society of Gastrointestinal Intervention (SGI). Seoul, South Korea.

10/2013: (1) Endoscopic management of benign biliary strictures, (2) What's new in therapeutic ERCP? Asan International Digestive Disease Symposium (AIDDS) 2013. Seoul, South Korea.

10/2013: Flexible Endoscopic Therapy for Zenker's Diverticula. International Course of Gastroenterology - Lima 2013. Lima, Peru.

10/2013: Endoscopic Drainage of Pancreatic Fluid Collections (pseudocysts, abscesses, walled-off necrosis). International Course of Gastroenterology -Lima 2013. Lima, Peru

10/2013: Endoscopic Papillary Large Balloon Dilation for Removal of Difficult Bile Duct Stones. International Course of Gastroenterology -Lima 2013. Lima, Peru.

10/2013: Discussion/Expert Live Interactive Broadcast. International Course of Gastroenterology -Lima 2013. Lima, Peru.

09/2013: Pancreaticobiliary/Duodenal Stenting. Ask the Expert Hands-On Session. EndoFest 2013 Las Vegas, Nevada.

09/2013: Pancreaticobiliary - Know when to hold 'em, Know when to fold 'em: When it's not quick and it's not easy. Endofest 2013. Las Vegas, Nevada.

09/2013: Improving ERCP Techniques, Hands-on Workshop. EndoFest 2013. Las Vegas, Nevada

07/2013: Necrosectomy: Preventing Surgery or Delaying the Inevitable? PancreasFest 2013. Pittsburgh, Pennsylvania.

05/2013: Post-Bariatric Complications and Endoscopic Solutions (C109). DDW 2013. Orlando, Florida.

05/2013: Role of Preoperative Stenting in the Jaundiced Patient: When and Who to Stent. DDW 2013 Orlando, Florida

05/2013: Advanced Therapeutic Colonoscopy - Hands on Course. DDW 2013. Orlando, Florida.

05/2013: Luminal Stenting and Ablation - Hands on Course. DDW 2013. Orlando, Florida.

05/2013: Case-Based ERCP for the Practicing Endoscopist - Hands on Workshop. DDW 2013. Orlando, Florida.

05/2013: ASGE Annual Post Graduate Course. DDW 2013. Orlando, Florida.

03/2013: Pearls in the Management of Malignant GI Obstructions: Stent, Burn, or Cut?; Management of Endoscopic Complications: Bleeding andPerforations at Colonoscopy and ERCP. Digestive Diseases of the Caribbean 2013. San Juan, Puerto Rico.

03/2013: A Comprehensive Approach to the Management of Endoscopic Perforation. Israel Live 2013 Haifa, Israel.

03/2013: Live Endoscopy Cases. Israel Live 2013. Haifa, Israel

2012
12/2012: Complications: Getting Out of an Endoscopic Jam, Worst Nightmare; ERCP Workshop; Live Endoscopy I & II. New York Society for Gastrointestinal Endoscopy. New York, New York.

11/2012: Future of the Endoscopy (Extreme Endoscopy). 29th Annual Congress of Turkish Society of Gastroenterology. Antalya, Turkey

11/2012: Endoscopic Management (Stents, PDT, Radiofrequency ablation). 29th Annual Congress of Turkish Society of Gastroenterology. Antalya, Turkey.

10/2012: Diagnostic and interventional biliary endoscopy, State of the art chairman's introduction 20th United European Gastroenterology Week. Amsterdam, Netherlands.

10/2012: Live endoscopy cases. 20th United European Gastroenterology Week. Amsterdam, Netherlands

10/2012: Future trends in esophageal and biliary stenting of benign indication. Hanaro Symposium Amsterdam. Amsterdam, Netherlands

10/2012: (1) The ABCs of revising medical papers in English, (2) Endoscopic mnaagement of procedure-related bleeding. The 6th Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

09/2012: Endoscopic necrosectomy: indications and techniques. Hammersmith Hospital. London, England

09/2012: Participation in live endoscopy cases. London Live Endoscopy. London, England

09/2012: Interventional Endoscopy 2022 - What we'll be doing then that we're not doing now. London Live Endoscopy, University College Hospital. London, England.

06/2012: The role of stenting in managing benign and malignant GI strictures. 3rd International Live Endoscopy Course: Instituto Clinico Humanitas. Milano, Italy.

06/2012: Live endoscopy cases. 3rd International Live Endoscopy Course; Instituto Clinico Humanitas Milano, Italy.

06/2012: Endoscopic papillary large balloon dilation combined with endoscopic biliary sphincterotomy for the removal of bile duct stones; benign biliary strictures: current endoscopic management; covered self-expandable metal stents for benign biliary strictures;endoscopic intervention for

organized (walled off) pancreatic necrosis; removal of difficult colonoc polyps. Endoscopy Venezuelan Congress. Caracas, Venezuela

05/2012: Stents and Ablation. Faculty for hands-on workshop. Digestive Disease Week 2012. San Diego, California.

05/2012: ASGE World Cup video forum competition. Judge for competition. Digestive Disease Week 2012. San Diego, California.

05/2012: Ideal Outcomes in Advanced Endoscopy. State-of-the-art lecture. Digestive Disease Week 2012. San Diego, California.

05/2012: Gastrointestinal Stenting. Breakfast with Champions. Digestive Disease Week 2012. San Diego, California.

05/2012: Role of endoscopy: Is it Secondary? Clinical Symposium. Digestive Disease Week 2012. San Diego, California

05/2012: Colonic Obstruction and Enteral Stenting. Postgraduate Course. Digestive Disease Week 2012. San Diego, California

04/2012: (1) Preventing Post ERCP Pancreatitis; (2) Combined Biliary and Duodenal Stenting. Emirates Gastroenterology & Hepatology Conference. Dubai, United Arab Emirates.

04/2012: Interventional Innovations in Digestive Disease - Live Cases. The First Annual Peter D. Stevens Course. New York, New York.

04/2012: Endoscopic Necrosectomy. The First Annual Peter D. Stevens Course on Interventional Innovations in Digestive Care. New York, New York.

03/2012: Placement of expandable metal stents; Endoscopic papillary large-balloon dilation combined with endoscopic biliary sphincterotomy for the removal of bile duct stones; Covered self-expandable metal stents for benign biliary tract diseases; Endoscopic management of post-liver transplant biliary complications. IX Internation Course on Digestive Endoscopy. Catagena, Colombia.

02/2012: Faculty Member/Advances in Hepatobiliary Pancreatic Endoscopy. Asian Institute of Gastroenterology. Hyderabad, India.

2011

11/2011: (1) Biliary sphincterotomy and papillary balloon dilation: is it worthwhile? (2) Quality in ERCP; learning of biliopancreatic endoscopy (3) Endoscopic necrosectomy for pancreatic collections. Brazilian Digestive Disease Week. Porto Alegre, Brazil.

11/2011: Participation in live endoscopy cases. Brazilian Digestive Disease Week. Porto Alegre, Brazil

05/2011: Stents - Moderator for Hands-on Workshop. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: State-of-the-Art Lecture: Keys to Successful Complex Polypectomy. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: Extreme Biliary Endoscopy. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: Moderator - How I drain Pancreatic Necrosis. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: Moderator - Stump The Expert: ERCP. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: Endoluminal Stenting: New Technologies, Expert Techniques, Best Outcomes. Digestive Disease Week 2011. Chicago, Illinois.

05/2011: Managing Complicated Pancreatitis. Medical University of South Carolina. Charleston, South Carolina.

04/2011: Preoperative biliary drainage for cancer of the head of the pancreas. 5th Annual David Jick Memorial Symposium on Pancreatobiliary Disorders. St. Louis, Missouri.

02/2011: Endotherapy in acute pancreatitis: A critial appraisal. International Association of Pancreatology Cochin, India.

02/2011: Endoscopic necrosectomy, commentator. International Association of Pancreatology & the Indian Pancreas Club. Cochin, India.

2010

10/2010: The Cutting Edge of GI Fistula, Leak, and Stricture. The Society of Gastrointestinal Intervention. Seoul, South Korea.

06/2010: Drainage of pancreatic pseudocysts and collections: with or without EUS? First International Live Endoscopy Course. Milan, Italy.

05/2010: When and Why Should Endoscopic Therapy Be Considered? Clinical Symposium: Severe and Necrotizing Pancreatitis. AGA/DDW 2010. New Orleans, Louisiana.

05/2010: Clinical Symposium: Post-Transplant Stones, Leaks, Casts and Access to the Roux-Limb Session Detail: Post-Transplantation Complications and ERCO: Where Are We 20 Years Later? ASGE/DDW. New Orleans, Louisiana.

05/2010: Moderator: Chronic Pancreatitis: Dilemmas in Management, Diagnosis, Etc. ASGE/DDW 2010 New Orleans, Louisiana.

05/2010: Luminal Stenting. ASGE Breakfast and Champions Sessuin. ASGE/DDW 2010. New Orleans, Louisiana

05/2010: The Use of ERCP in Diagnosing and Treating Chronic Pancreatitis. DDW Combined Clinical Symposium, New Hope for Chronic Pancreatitis. Digestive Disease Week 2010. New Orleans, Louisiana.

04/2010: Endoscopic Management of Pancreatic Fluid Collections. 10th Therapeutic ERCP/EUS Workshop. New Haven, Connecticut

03/2010: Endoscopists - Live Cases. 3rd Annual Penn Live: GI Endoscopy and Liver Disease 2010. Philadelphia, Pennsylvania.

03/2010: Endoscopic Stenting for Strictures and Leaks. 3rd Annual Penn Live: GI Endoscopy and Liver Disease 2010. Philadelphia, Pennsylvania.

03/2010: Endoscopic Management of Pancreatic Pseudocysts and Pancreatic Necrosis. 3rd William "Bob" Long Lecture. 3rd Annual Penn Live: GI Endoscopy and Liver Disease 2010. Philadelphia, Pennsylvania.

03/2010: ERCP with single balloon enteroscope. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia

03/2010: Endoscopic Management of Pancreatic and Peripancreatic Collections. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia.

03/2010: Endoscopist - Live Cases. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia.

03/2010: Interactive Seminar: New Technologies and Emerging Technologies in Endoscopy. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia.

03/2010: Interactive Seminar: Surgical Lesions of the Biliary Tract: Multidisciplinary Vision. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia,

03/2010: Interactive Seminar: Acute Pancreatitis and Complications. New Trends and Innovations in Gastroenterology and Digestive Endoscopy. La Paz, Bolivia.

03/2010: Hands-On Session. Therapeutic Endoscopy Course 2010. Park City, Utah.

03/2010: Moderator - Live Endoscopy Cases. Therapeutic Endoscopy Course 2010. Park City, Utah.

03/2010: Beyond the Bassics:  Endoscopy after Bariatric Surgery. Therapeutic Endoscopy Course 2010. Park City, Utah.

03/2010: Keeping the Lumen Patent - Papilla, Bile & Pancreatic Ducts. Therapeutic Endoscopy Course 2010. Park City, Utah.

03/2010: Dilate Strictures. Fellows session. Therapeutic Endoscopy Course 2010, Fellows & Nurses Tech Day. Park City, Utah.

03/2010: Dilation. Nurses session. Therapeutic Endoscopy Course 2010, Fellows & Nurses Tech Day. Park City, Utah.

02/2010: ERCP: Management of difficult strictures. Snack with Experts, present with H. Neuhaus, J. Deviere, and I Mostafa. 12th Dusseldorf Internatinal Endoscopy Symposium. Dusseldorf, Germany.

02/2010: Selection and application of new GI stents.12th Dusseldorf Internatinal Endoscopy Symposium. Dusseldorf, Germany.

02/2010: Endoscopists - live demonstrations. 12th Dusseldorf Internatinal Endoscopy Symposium. Dusseldorf, Germany.

02/2010: Enteral Stenting. 2nd Annual Interventional Endoscopy Course for GI Nurses & Technicians. Las Vegas, Nevada.

02/2010: Enteral Stenting Beyond Palliation. Mayo Clinic Gastroenterology and Hepatology 2010. Scottsdale, Arizona.

01/2010: New ERCP Techniques, Instruments and Accessories in the Recent Literature. 17th International Symposium on Pancreatic & Biliary Endoscopy. Los Angeles, California

01/2010: Moderator - Live procedures. 17th International Symposium on Pancreatic & Biliary Endoscopy. Los Angeles, California.

01/2010: Management of Migrated Biliary Stents. 17th International Symposium on Pancreatic & Biliary Endoscopy. Los Angeles, California.

01/2010: Management of Pancreatic Necrosis.  17th International Symposium on Pancreatic & Biliary Endoscopy. Los Angeles, California.

01/2010: My Worst Nightmare II. 17th International Symposium on Pancreatic & Biliary Endoscopy. Los Angeles, California.

2009

11/2009: Palliation of advanced colorectal neoplasia. Gastro 2009 UEGW/WCOG. London, United Kingdom.

11/2009: Endoscopic stenting for palliation. Gastro 2009 UEGW/WCOG. London, United Kingdom.

11/2009: Endoscopic management of bariatric surgery. Co-chair Prof. Todd Deviere. Gastro 2009 UEGW/WCOG. London, United Kingdom

11/2009: Video Case Session. Chair. Gastro 2009 UEGW/WCOG. London, United Kingdom.

10/2009: Endoscopic Transpapillary Management of Pancreatic Pseudocyst. 33rd Annual Seminar for GI Nurses and Associates. Universal City, California.

10/2009: Esophageal Stents: One Size Does Not Fit All. 33rd Annual Seminar for GI Nurses and Associates. Universal City, California.

10/2009: Video Presentation. Gastroenterology and Hepatology Symposium 2009. Las Vegas, Nevada.

10/2009: Endoscopic Management of Pancreatitis Complications. Gastroenterology and Hepatology Symposium 2009. Las Vegas, Nevada.

10/2009: Management for simultaneous biliary and duodenal malignant obstruction - endoscopic perspective. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea

10/2009: The top tips on writting medical papers in English. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

10/2009: Endoscopic gastrostomy: Technical tips in difficult cases. Video session for enterostomy. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

10/2009: Management for simultaneous biliary and duodenal malignant obstruction - endoscopic perspective. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

10/2009: The top tips on writing medical papers in English. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

10/2009: Endoscopic gastrostomy: Technical tips in difficult cases. Video session for enterostomy. SGI 2009 - The 3rd Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

09/2009: Endoscopist - Live Cases. ERCP A-to-Z 2009: A Live Case Course. Rochester, Minnesota.

09/2009: Pancreatic Leaks, Fluid Collections and Necrosis. ERCP A-to-Z 2009: A Live Case Course. Rochester, Minnesota.

07/2009: Endoscopist - Live Cases. Live ERCP cases. Mayo Clinic EUS Course 2009. Rochester, Minnesota.

07/2009: What's New in Luminal Stenting. Mayo Clinic EUS Course 2009. Rochester, Minnesota.

06/2009: Luminal Stenting in the Esophagus, Duodenum and Colon: Bridging the Way to Better Outcomes. ASGE Postgraduate Course: Endoscopy at Home and Around the World: New Developments and Innovations for Your Practice. Chicago, Illinois.

06/2009: Breakout Session: Feeding Tubes (PEG, PEJ): Selecting the Correct Patients and Avoiding Complications. ASGE Postgraduate Course: Endoscopy at Home and Around the World: New Developments and Innovations for Your Practice. Chicago, Illinois.

06/2009: In Stent Karma. Clinical Symposium: Closing Leaks and Holes: What Can We Accomplish With the Endoscope? Digestive Disease Week 2009. Chicago, Illinois.

06/2009: Moderator: Controversies in Clinical Pancreatology: An Interactive, Case Based Debate Digestive Disease Week 2009. Chicago, Illinois.

06/2009: Luminal Stenting. DDW - ASGE Breakfast with Champions. Chicago,     Illinois.

06/2009: Hands-On Faculty. DDW - ASGE Endoluminal Tissue Approximation and Perforation Closure. Chicago, Illinois.

06/2009: Pancreatic and Biliary Stents. XVIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

05/2009: The Endoscopists' Corner:  Managing Recurrent Esophageal Strictures. AGA Institute Spring Postgraduate Course: Applying New Evidence to Clinical Practice. Chicago, Illinois.

05/2009: Stenting and Enteral Access. Clinical Challenge Session. AGA Institute Spring Postgraduate Course: Applying New Evidence to Clinical Practice. Chicago, Illinois.

04/2009: Enteral Stents. ASGE Colonoscopic Techniques: Advancing the Scope of Your Practice. Chicago, Illinois.

04/2009: Hands-On Faculty – Stents. ASGE Colonoscopic Techniques: Advancing the Scope of Your Pracitice. Chicago, Illinois.

03/2009: Management of Pancreatic Fluic Collections. Grand Rounds, Northwest Community Hospital. Chicago, Illinois.

02/2009: Endoscopist - Live Cases. 6th Annual Rocky Mountain Interventional Endoscopy Course. Denver, Colorado.

02/2009: Endoscopic Treatment of Pancreatic Fluid Collections. 6th Annual Rocky Mountain Interventional Endoscopy Course. Denver, Colorado.

02/2009: Endoscopy and Pancreatic Disease. Interventional Endoscopy Course for GI Nurses and Technicians. Las Vegas, Nevada.

02/2009: Enteral Stents. Interventional Endoscopy Course for GI Nurses and Technicians. Las Vegas, Nevada.


2008

12/2008: Management of Strictures: Luminal Stenting. 32nd Annual New York Course: Gastrointestinal Endoscopy - Breaking Ground. New York, New York.

12/2008: Stent Problems. 32nd Annual New York Course: Gastrointestinal Endoscopy - Breaking Ground. New York, New York.

12/2008: Evolution in Metal Stenting: Esophageal Stenting. Advanced Endoscopy: Evolutions in Enteral Stenting. 32nd Annual New York Course: Gastrointestinal Endoscopy - Breaking Ground. New York, New York.

12/2008: Endoscopist - Live Cases. 32nd Annual New York Course: Gastrointestinal Endoscopy - Breaking Ground. New York, New York.

11/2008: Endoscopist - Live Cases. Cases performed in Rochester, broadcast to Orlando. Mayo Clinic Endoscopy Live – 2008. Orlando, Florida.

10/2008: New Equipment and New Procedures: Training and Credentialing with Jon Cohen, M.D.  ASGE Improving Quality and Safety in Your Endoscopy Unit. Oak Brook, Illinois.

10/2008: Endoscopists - Live Cases. Twenty-First International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

10/2008: ERCP. Mini-Symposium: Cases From Which We Learn. Twenty-First International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

09/2008: Endoscopic Stent Placement. 7th Annual Symposium on Gastrointestinal Cancers. St. Louis, Missouri.

09/2008: Complications of ERCP. ASGE Endoscopy Complications Consensus Conference. Chicago, Illinois.

09/2008: Endoscopist - Live Cases. ERCP A-to-Z 2008: A Live Case Course. Rochester, Minnesota

09/2008: Malignant Biliary Strictures - Hilar and Distal - Choices and Advice. ERCP A-to-Z 2008: A Live Case Course. Rochester, Minnesota.

09/2008: Endoscopic Placement of Self-expandable Stents in the Gastrointestinal Tract. Minnesota SGNA Fall Conference. Rochester, Minnesota.

09/2008: Strictures, Stents, and Leaks. Regional Postgraduate Course, American College of Gastroenterology. Williamsburg, Virginia.

08/2008: Endoscopic Management of Malignant Esophageal Obstructions. Advanced Course on Endoscopy, Congreso Argentino de Gastroenterologia y Endoscopia Digestiva. Buenos Aires, Argentina.

08/2008: Treatment of Esophageal Varices. Lectures "Portal Hypertension Endoscopy". Congreso Argentino de Gastroenterologia y Endoscopia Digestiva. Buenos Aires, Argentina.

08/2008: Stenosis of the Biliary Tract. Minilectures "Stenosis of the Digestive Tract. Congreso Argentino de Gastroenterologia y Endoscopia Digestiva. Buenos Aires, Argentina.

08/2008: Stent Complications in Biliary Tract Tumors. Round Table "Treatment Biliary Tract Tumors". Congreso Argentino de Gastroenterologia y Endoscopia Digestiva. Buenos Aires, Argentina.

08/2008: Endoscopic Treatment. Plenary Session "Colon Cancer", Congreso Argentino de Gastroenterologia y Endoscopia Digestiva. Buenos Aires, Argentina.

07/2008: Enteral Stents. St. Louis Live Therapeutic Endoscopy Course. St. Louis, Missouri.

06/2008: Therapeutic Planning and Management of Pancreatic Collections and Fistulae State-of-the-Art lecture. Gastroenterology and Endotherapy 26th European Workshop. Brussels, Belgium.

06/2008: Co-Chairman: EUS Guided Therapy and Multimodal Managment session. Gastroenterology and Endotherapy 26th European Workshop. Brussels, Belgium.

06/2008: Co-Chairman: Tumor Palliation, Tumor Resection session. Gastroenterology and Endotherapy 26th European Workshop. Brussels, Belgium.

05/2008: Endoscopic Management of Pancreatic Pseudocysts. Breakout Session with Robert H. Hawes, M.D.  ASGE 2008 Postgraduate Course; Endoscopic Practice 2008: At the Interface of Evidence and Expert Opinion. San Diego, California.

05/2008: Avoiding and Managing the Poor Colon Prep. ASGE 2008 Postgraduate Course; Endoscopic Practice 2008: At the Interface of Evidence and Expert Opinion. San Diego, California.

05/2008: Luminal Stents: What is the Best Approach. Breakfast with Champions. Digestive Disease Week 2008. San Diego, California.

05/2008: Co-Moderator - ASGE Video Forum. Digestive Disease Week 2008. San Diego, California.

05/2008: "Best Practices" in Polypectomy: What Are the New Devices? AGA Clinical Symposium Digestive Disease Week 2008. San Diego, California.

05/2008: Moderator - Advances in Biliary Imaging Topic Forum. Digestive Disease Week 2008. San Diego, California.

05/2008: Managing Local Complications of Necrotizing Pancreatitis With Dr. Dia Simmons. Meet-the-Professor. Digestive Disease Week 2008. San Diego, California.

05/2008: Metal Stents in the GI Tract:  Placement and Palliation. SGNA 35th Annual Course. Salt Lake City, Utah.

04/2008: Biliary Endoscopy: The Latest Innovations.  Mayo Clinic Update in Gastroenterology. Chicago, Illinois.

04/28/2008: Approach to the patient with Pancreatic Fluid Collections. Seventh Annual GI Pow-Wow, Arapahoe Gastroenterology, PC. Littleton, Colorado.

03/2008: Stenting Hands-on Session. Colonoscopic Techniques:  Advancing the scope of your practice. Oak Brook, Illinois.

03/2008: Discussant - Pathogenesis of Chronic Pancreatitis. Discussant members:  Kazuichi Okazaki, Myung-Hwan Kim, Todd Baron. The International Pancreatic Research Forum 2008: Chronic Pancreatitis: New Insights from Pathogenesis to Treatment. Tokyo, Japan.

03/2008: Interventional Endoscopy for Treatment of Chronic Pancreatitis. The International Pancreatic Research Forum 2008: Chronic Pancreatitis: New Insights from Pathogenesis to Treatment. Tokyo, Japan.

03/2008: Chairman of Symposium II:  Update of Diagnosis of Chronic Pancreatitis. The International Pancreatic Research Forum 2008: Chronic Pancreatitis: New Insights from Pathogenesis to Treatment. Tokyo, Japan.

02/2008: Initial Endoscopic Therapy for Pancreatic Cancer. Gastroenterology and Hepatology Linked to Endoscopy:  Mayo Clinic's 6th Annual Winter Course in Scottsdale. Scottsdale, Arizona.

02/2008: Panel Session, Pancreatic Section. Panelists:  Todd Baron, John Camoriano, Suresh Chari, Ananya Das, G. Anton Decker, Kristin Mekeel, and Adyr Moss. Gastroenterology and Hepatology Linked to Endoscopy:  Mayo Clinic's 6th Annual Winter Course in Scottsdale. Scottsdale, Arizona

01/2008: Management of Pancreatic Fluid Collections. GI Grand Rounds, Brooke Army Medical Center San Antonio, Texas.

01/2008: Acute Pancreatitis. Internal Medicine Grand Rounds, Brooke Army Medical Center. San Antonio, Texas.

01/2008: Endoscopic Treatment of Pancreatic Fluid Collections. Amsterdam Live Endoscopy, First Annual Course. Amsterdam, Netherlands.

2007

12/2007: Endoscopist - Live Cases.  Amsterdam Live Endoscopy, First Annual Course. Amsterdam, Netherlands.

12/2007: Techniques and Complications of Stenting Colonic Tumors. Amsterdam Live Endoscopy, First Annual Course. Amsterdam, Netherlands

12/2007: Endoscopic Therapy of Cholangiocarcinoma. GI Grand Rounds, Massachusetts General Hospital. Boston, Massachusetts.

12/2007: Enteral Stents in the Management of Gastrointestinal Obstruction. What's New in Gastroenterology & Hepatology? Dallas, Texas.

11/2007: Endoscopic stent placement: trouble-shooting techniques. SGI 2007 The Inaugural Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

11/2007: Gastroduodenal Internvetion (II) Panel Discussion with Gyoo-Sik Jung. SGI 2007. The Inaugural Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea

11/2007: Moderation of a scientific session, a symposium, and a workshop in English. SGI 2007. The Inaugural Meeting of the Society of Gastrointestinal Intervention. Seoul, South Korea.

10/2007: Endoscopic Management of Pancreatic Necrosis. 93rd Annual Clinic Congress American College of Surgeons. New Orleans, Louisiana.

10/2007: Endoscopic Management of Pancreatic Necrosis. 93rd Annual Clinic Congress American College of Surgeons. New Orleans, Louisiana

10/2007: How Do I Do a Feeding Jejunostomy. Twentieth International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

10/2007: Endoscopists - Live Cases. Twentieth International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

09/2007: Endoscopist - Live Cases. ERCP A-to-Z 2007: A Live Case Course. Rochester, Minnesota.

09/2007: Management of Pancreatic Fluid Collections. ERCP A-to-Z 2007: A Live Case Course. Rochester, Minnesota.

09/2007: Gastroduodenal Stenting. ERCP A-to-Z 2007: A Live Case Course. Rochester, Minnesota.

09/2007: Metal Stenting for GI Luminal Disease. Gastroenterology Update 2007. Nashville, Tennessee.

08/2007: Endoscopic Management of Pancreatic Necrosis. University of Washington, Seattle. Frontiers in Gastroenterology and Hepatology. Seattle, Washington.

08/2007: Management of GI Obstruction. Cook Medical/University of Washington. Management of GI Obstruction. Seattle, Washington.

08/2007: Palliative Management of Hilar Obstruction. First Asan International Digestive Disease Symposium. Seoul, South Korea.

07/2007: Endoscopic Management of Pancreatitis Complications. Chair:  Myung-Hwan Kim, M.D. (Univ. of Ulsan, Korea). First Asan International Digestive Disease Symposium. Seoul, South Korea.

07/2007: Pancreatic Pseudocyst Drainage:  EUS versus ERCP Case Presentations. Debate:  Todd Baron (ERCP); Steve Edmundowicz (EUS); Michael Kendrick (Moderator). Mayo Clinic EUS Course 2007. Rochester, Minnesota

07/2007: Endoscopist - Live Cases. Live ERCP cases. Mayo Clinic EUS Course 2007. Rochester, Minnesota.

07/2007: Gastrointestinal Stent Placement. Radiology Grand Rounds, Asan Medical Center. Seoul, South Korea

06/2007: Hands-on Workshop. Advances in Endoscopy. Lake Buena Vista, Florida.

06/2007: Endoscopist - Live Cases. Performed in Rochester and broadcast to Orlando. Advances in Endoscopy. Lake Buena Vista, Florida.

05/2007: Endoscopic Management of Malignant Esophageal Obstruction. ASGE Postgraduate Course 2007: Gastrointestinal Endoscopy Best Practices: Today and Tomorrow. Washington, District of Columbia.

05/2007: PEG, PEJ and Nasoenteric Tube Placement. Breakout sessions. ASGE Postgraduate Course 2007: Gastrointestinal Endoscopy Best Practices: Today and Tomorrow. Washington, District of Columbia.

05/2007: Endoluminal Stents. Breakfast with Champions, Digestive Disease Week 2007. Washington, District  of Columbia.

05/2007: PSC Management session. Digestive Disease Week 2007. Washington, District of Columbia.

05/2007: Endoscopic Management of PSC. PSC Management session. Digestive Disease Week 2007. Washington, District of Columbia.

05/2007: Managing Local Complications of Severe Acute Pancreatitis: When, How, and Who Should Intervene Session. Digestive Disease Week 2007. Washington, District of Columbia.

05/2007: Endoscopic Management (Managing Local Complications of Severe Acute Pancreatitis: When, How, and Who Should Intervene Session). Digestive Disease Week 2007. Washington, District of Columbia.

05/2007: Endoscopic Management of Pancreatic Pseudocysts. Pancreas Club. How I Do It. Washington, District of Columbia.

05/2007: Evidence-Based Answers at the Point-of-Care. Up-to-Date Program. Washington, District of Columbia.

05/2007: Esophageal Stents. Advanced Endoscopy Series: Beyond the Basics. Oak Brook, Illinois.

04/2007: Hands-On Training. Advanced Endoscopy Series: Beyond the Basics. Oak Brook, Illinois.

02/2007: Endoscopic Treatment of Acute Pancreatitis. Gastroenterology and Hepatology 2007. Grand Bahama Island, Bahamas.

02/2007: Endoscopic Management of Ampullary Polyps. Gastroenterology and Hepatology 2007. Grand Bahama Island, Bahamas.

02/2007: Moderator - Live Cases. Gastroenterology and Hepatology 2007. Grand Bahama Island, Bahamas.

02/2007: Endoscopic Management of Pancreatic Necrosis. Grand Rounds, Minneapolis VA Medical Center, University of Minnesota. Minneapolis, Minnesota.

02/2007: Instructor. ASGE Advanced Therapeutic Endoscopy: Beyond the Basics. New York, New York.

2006

12/2006: Endoscopist/Moderator - Live Cases. The New York Society for Gastrointestinal Endoscopy: 30th Annual New York Course: Frontiers in Endoscopy. New York, New York.

12/2006: Management of Difficult Biliary Strictures. Breakout session with Drs. Franklin Kasmin and David Diehl. The New York Society for Gastrointestinal Endoscopy: 30th Annual New York Course: Frontiers in Endoscopy. New York, New York.

12/2006: Endoscopic Approaches to Manage Pancreatic Necrosis. GI Grand Rounds. GI Grand Rounds, University of Florida – Gainesville. Gainesville, Florida

11/2006: Advances in Endoscopy: Present and Future. Medical Grand Rounds, University of Florida – Gainesville. Gainesville, Florida.

11/2006: Endoscopic Stenting for Benign Diseases: Why, When, and How? Third Joined Workshop on Therapeutic Endoscopy. Torino, Italy.

11/2006: Colorectal Stenting: From Bridge to Surgery to Palliation. Third Joined Workshop on Therapeutic Endoscopy. Torino, Italy.

10/2006: Endoscopist - Live Cases. 19th International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

10/2006: Insert Difficult Percutaneous Feeding Tubes. 19th International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.

10/2006: Endoscopic Management of Pancreatitis and Pseudocyst. 32nd Topics in Gastroenterology and Liver Disease. Baltimore, Maryland.

10/2006: Endoscopic Palliation of Malignant Strictures. 32nd Topics in Gastroenterology and Liver Disease. Baltimore, Maryland.

10/2006: Therapeutic Endoscopy Cases. 32nd Topics in Gastroenterology and Liver Disease. Baltimore, Maryland.

10/2006: ERCP Cases. Luncheon with the Professor. 32nd Topics in Gastroenterology and Liver Disease. Baltimore, Maryland.

10/2006: New Stents. American College of Gastroenterology 71st Annual Scientific Meeting and Postgraduate Course. Las Vegas, Nevada.

10/2006: Endoscopic Management of Pancreatic Pseudocysts. Cine Clinic video. American College of Surgery - 92nd Annual Clinicl Congress. Chicago, Illinois.

10/2006: Instructor - Advanced Endoscopy Techniques Hands-On Course for practicing Gastroenterologists. Boston International Live Endoscopy Course: Focus on Technique and Innovation. Boston, Massachusetts.

10/2006: Endoscopist - Live Cases. Boston International Live Endoscopy Course: Focus on Technique and Innovation. Boston, Massachusetts.

09/2006: PEG & PEJ. ASGE First Year Fellows' Endoscopy Course. Oak Brook, Illinois.

09/2006: Endoscopist - Live Cases. ERCP A-to-Z 2006: A Live Case Course. Rochester, Minnesota.

09/2006: Biliary Cases. Panel discussion with John Baillie, Richard Kozarek, David Nagorney, and John Poterucha. ERCP A-to-Z 2006: A Live Case Course. Rochester, Minnesota.

09/2006: Gastroduodenal Stenting - Options and Corollary Procedures. ERCP A-to-Z 2006: A Live Case Course. Rochester, Minnesota.

09/2006: Management of Pancreatic Fluid Collections. ERCP A-to-Z 2006: A Live Case Course. Rochester, Minnesota.

09/2006: Interventional Endoscopy of the Pancreas. Third Annual Symposium on Interventional Endoscopy. Orange, California.

09/2006: Endoscopist - Live Cases. Perform live endoscopy cases. Third Annual Symposium on Interventional Endoscopy. Orange, California.

08/2006: Endoscopic Therapy for GERD. Expert Strategies for the Treatment of Upper Gastrointestinal Disorders:  Focus on New Treatment. Chicago, Illinois.

08/2006: GERD Devices. Expert Strategies for the Treatment of Upper Gastrointestinal Disorders:  Focus on New Treatment. Chicago, Illinois.

08/2006: Trans-luminal Surgery and Its Potential. Expert Strategies for the Treatment of Upper Gastrointestinal Disorders:  Focus on New Treatment. Chicago, Illinois.

08/2006: Pancreatic Pseudocyst Drainage: "EUS versus ERCP". Controversy: ERCP-Todd Baron; EUS-Mark Topazian; moderator: Michael Kendrick. Mayo Clinic EUS Course 2006. Rochester, Minnesota.

06/2006: Interventions in Acute Pancreatitis. 24th Annual American College of Veterinary Internal Medicine Forum. Louisville, Kentucky.

06/2006: Advances in Clipping and Stents. Hands on Course: Clips and Polyflex Stents. Houston, Texas.

05/2006: Expandable metal stenting for colonic obstruction: State-of-the-Art. Boston Scientific. Digestive Disease Week 2006. Los Angeles, California.

05/2006: Removable Metal Stents. Con Med. Digestive Disease Week 2006. Los Angeles, California.

05/2006: Endoluminal Stents. Breakfast with Champions. Digestive Disease Week 2006. Los Angeles, California.

05/2006: Review of UGI Bleeding and Clinic/Endoscopic Scoring Critera. AGA Clinical Symposium, Evidence Based Approach to the Management of Non-Variceal UGI Bleeding. Digestive Disease Week 2006. Los Angeles, California.

05/2006: Ampullary Polyps. Meet-the-Professor Luncheon. Digestive Disease Week 2006. Los Angeles, California.

05/2006: Endoscopist - Live Cases. Procedures performed in Toronto broadcast to Los Angeles. Gastrointestinal Endoscopy Live, Hear the Evidence...See the Practice, ASGE Annual Postgraudate Course 2006. Los Angeles, California.

05/2006: Endoscopic Mucosal Resection: An Overview. Society for Gastroenterology Nurses and Associates. San Antonio, Texas.

04/2006: Instructor. Faculty Member, ASGE Hands-On Course. New Advances in the Diagnosis and Treatment of Esophageal Disorders. Oak Brook, Illinois.

04/2006: Endoscopic Management of Benign and Malignant Esophageal Strictures Faculty Member, ASGE Hands-On Course. New Advances in the Diagnosis and Treatment of Esophageal Disorders. Oak Brook, Illinois.

01/2006: Endoscopy in Organized Pancreatic Necrosis - Benefit or Interference? 13th International Symposium on Pancreatic and Biliary Endoscopy. Los Angeles, California.

01/2006: Endoscopist - Live Cases. 13th International Symposium on Pancreatic and Biliary Endoscopy. Los Angeles, California.

01/2006: Simple Facts About the Pancreas. Bonus Session on GI Fellows' and Nursing Issues. 13th International Symposium on Pancreatic and Biliary Endoscopy. Los Angeles, California.

01/2006: Case Conference. 13th International Symposium on Pancreatic and Biliary Endoscopy. Los Angeles, California.

01/2006: My Worst Nightmare III. 13th International Symposium on Pancreatic and Biliary Endoscopy. Los Angeles, California.


2005
12/2005: Endoscopic Thearpy for Pancreatic Collections. Video Presentation. 20th International Workshop on Therapeutic Endoscopy. Shatin, Hong Kong.

12/2005: Endoscopist - Live Cases. 20th International Workshop on Therapeutic Endoscopy. Shatin, Hong Kong.

12/2005: Colonic Stenting. 20th International Workshop on Therapeutic Endoscopy. Shatin, Hong Kong.

11/2005: State of Biliary Stenting. Biliary Metal Stenting Evening Symposium. Kuala Lumpur, Malaysia.

11/2005: Biliary Stents - The State of the Art. Gastroenterological Society of Singapore. Singapore.

11/2005: Pancreatic Fluid Collections. Grand Rounds, Lennox Hill Hospital. New York, New York

11/2005: Endoscopic vs. Surgical Management of Pancreatic Fluid Collections. NYU Pancreatic Club. New York, New York.

11/2005: Biliary Stents for Benign and Malignant Disorders: Past, Present, Future. One-Day Live Interactive Endoscopy Workshop in Therapeutic and Diagnostic E.R.C.P. New York, New York.

11/2005: Guest Moderator of Live Cases. One-Day Live Interactive Endoscopy Workshop in Therapeutic and Diagnostic E.R.C.P. New York, New York.

11/2005: Pancreatic Necrosis...? Call the Surgeons. The Thinking Endoscopist. 5th International Advanced Endoscopy Workshop. Selangor, Malaysia

11/2005: Live Case Demonstrations. The Thinking Endoscopist; 5th International Advanced Endoscopy Workshop. Selangor, Malaysia.

10/2005: Live Cases. ERCP A-to-Z 2005: A Live Case Course. Rochester, Minnesota.

10/2005: Gastroduodenal stenting: which stent? which patient? is ERCP required? ERCP A-to-Z 2005: A Live Case Course. Rochester, Minnesota.

10/2005: Pancreatic leaks and fluid collections: managing the disrupted duct. ERCP A-to-Z 2005: A Live Case Course. Rochester, Minnesota.

09/2005: Endoscopic Issues in Hepatology. Breakout session. Mayo Clinic Update in Liver Transplantation. Minneapolis, Minnesota.

09/2005: Debate: Beta Blockade vs. Endoscopy for Primary Prevention of Variceal Bleeding with Patrick Kamath, M.D.  Mayo Clinic Update in Liver Transplantation. Minneapolis, Minnesota.

09/2005: Enteral Stenting. World Congress of Gastroenterology 2005. Montreal, Quebec, Canada.

07/2005: Pancreatic Pseudocyst Drainage (ERCP vs. EUS) with Mark Topazian, M.D.  EUS Course 2005. Rochester, Minnesota.

07/2005: Live Case Demonstrations. Performed ERCP's. EUS Course 2005. Rochester, Minnesota.

06/2005: Expandable Metal Colonic Stents. Enteral Stent Symposium. Chicago, Illinois.

06/2005: Colorectal Cancer Screening. Medstar Georgetown Medical Center. Medical Grand Rounds. Washington, District of Columbia

05/2005: The World of Metal Stenting. A World of Solutions, ConMed Endoscopic Technologies. Chicago, Illinois.

05/2005: Panelist. DPEJ. ASGE Enteral Nutrition Special Interest Group Presentation. Chicago, Illinois.

05/2005: Live Endoscopy Cases. ASGE Postgraduate Course 2005. Rochester, Minnesota.

05/2005: Palliation of Gastric Outlet Obstruction. AGA Clinical Symposium. Endoscopic Management of Patients with Pancreatic Cancer. Chicago, Illinois.

05/2005: Endoscopic Stenting of Advanced Colorectal Cancer. DDW Combined Clinical Symposium, SSAT and AGA. Minimally Invasive Approaches to Colorectal Cancer. Chicago, Illinois.

05/2005: Endoscopic Management. AGA Clinical Symposium. Organized Pancreatic Necrosis. Chicago, I llinois.

05/2005: Moderator. DDW Combined Clinical Symposium, ASGE, AGA, and SSAT. Treatment of Chronic Pancreatic Pain. Chicago, Illinois.

04/2005: Endoscopist - Live Cases. Endotherapy Workshop. Mexico City, Mexico.
04/2005: Endoscopic Drainage of Pancreatic Pseudocysts. Endotherapy Workshop. Mexico City, Mexico.
04/2005: Pancreatic Necrosis: Endoscopic Management. Endotherapy Workshop. Mexico City, Mexico.
04/2005: Group Discussion. Endotherapy Workshop. Mexico City, Mexico.
04/2005: How I Do It: Duodenal and Colonic Stents. American College of Gastroenterology, Region V Postgraduate Course. Therapeutic Endoscopy 2005. Sacramento, California.
04/2005: Endoscopist - Live Cases. American College of Gastroenterology, Region V Postgraduate Course. Therapeutic Endoscopy 2005. Sacramento, California.
03/2005: Enteral Stents. Advanced ERCP Procedures. Indianapolis, Indiana.
03/2005: Expandable Metal Biliary Stents. Luminexx Seminar. St. Louis, Missouri.
02/2005: Advances in Gastrointestinal Stents. Advances in Gastrointestinal Stents. Bloomington, Minnesota.
02/2005: Endoscopist, Live Case Presentations. Gastroenterology and Hepatology 2005. Kohala Coast, Hawaii.
02/2005: The Use of Endoscopic Mucosal Resection (EMR) in Clinical Practice. Gastroenterology and Hepatology 2005. Kohala Coast, Hawaii.
01/2005: PDT Photodynamic Therapy in Biliary Cancer. 2005 Gastrointestinal Cancers Symposium: Current Status and Future Direction for Prevention and Management. Hollywood, Florida.

2004
12/2004: Stenting in GIT. 6th Annual International Workshop on Therapeutic Endoscopy. Cairo, Egypt.
12/2004: Acute Pancreatitis. University of Iowa. GI Grand Rounds. Iowa City, Iowa.
12/2004: Endoscopic Management of Pancreatic Fluid Collections. University of Iowa. Miller Grand Rounds. Iowa City, Iowa.
11/2004: Expandable Metal Stents for Palliation of Malignant Biliary Obstruction. Con Med Metal Stent Program. Pittsburgh, Pennsylvania.
11/2004: Endoscopic Alternatives for Malignant Bowel Obstruction. International Conference on Malignant Bowel Obstruction. Pasadena, California.
10/2004: Enteral Stent Placement. 3rd Annual Symposium on Gastrointestinal Cancer. St. Louis, Missouri.
10/2004: PEG and PEJ Learning Luncheon. ACG 2004 Annual Postgraduate Course, Board Review and Update in Clinic Gastroenterology. Orlando, Florida.
10/2004: Panelist for Technical Update: Stenting and Polypectomy Workshop. ACG 2004 Annual Postgraduate Course, Board Review and Update in Clinic Gastroenterology. Orlando, Florida.
10/2004: Medical, Endoscopic, and Surgical Management of Obesity. ACG 2004 Annual Postgraduate Course, Board Review and Update in Clinic Gastroenterology. Orlando, Florida.
10/2004: Live Cases. ERCP A-to-Z, A Live Case Course. Rochester, Minnesota.
10/2004: Sphincterotomy: When and How to Open Biliary and Pancreatic Sphincters. ERCP A-to-Z, A Live Case Course. Rochester, Minnesota.
10/2004: Pancreatic Leaks and Fluid Collections: Managing the Disrupted Duct. ERCP A-to-Z, A Live Case Course. Rochester, Minnesota.
10/2004: Gastroduodenal Stenting: Which Stent? Which Patient? Is ERCP Required?  ERCP A-to-Z, A Live Case Course. Rochester, Minnesota.
10/2004: Medical and Endoscopic Management of Chronic Pancreatitis. Georgia Gastroenterologic and Endoscopic Society. Altanta, Georgia.
10/2004: Live Cases. Seventeenth International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.
10/2004: Mini-Symposium Cholagniocarcinoma, stents. Seventeenth International Course on Therapeutic Endoscopy. Toronto, Ontario, Canada.
09/2004: Update on Self Expanding Stents. Idaho Gut Club. Sun Valley, Idaho.
09/2004: Endoscopic Treatment of Peripancreatic Fluid Collections. Idaho Gut Club. Sun Valley, Idaho.
09/2004: Live Cases. Peformed in Rochester, Minnesota, broadcast to Orange, California. Inaugural Symposium on Interventional Endoscopy. Orange, California.
08/2004: Complications of ERCP, Prevention and Management. Greater Central Alabama Gut Club. Mountainbrook, Alabama.

08/2004: Innovations in GI Endoscopy: An Inside Look. The Doctors Mayo Society. Rochester, Minnesota.

07/2004: Pancreatic Pseudocyst Drainage. Mayo Clinic EUS Course 2004. Rochester, Minnesota.

07/2004: Live Cases. University of Sao Paulo Medical School. XIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

07/2004: Barrett's Esophagus Symposium: Ablation Therapy. University of Sao Paulo Medical School. XIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

07/2004: New Stents for Gastrointestinal Obstructive Treatment. University of Sao Paulo Medical School. XIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

07/2004: Treatment of Obesity Symposium: Perspectives of the Endoscopic Treatment. Mayo Clinic Experience. University of Sao Paulo Medical School. XIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

07/2004: New Perspectives in Endoscopy Surgery Symposium: Pancreaticobiliary Diseases: New Perspectives for Endoscopic Therapy. University of Sao Paulo Medical School. XIII International Course on Therapeutic Endoscopy. Sao Paulo, Brazil.

06/2004: Management of Small Ampullary Lesions: Endoscopy is Better. 6th World Congress of the International Hepato-Pancreatic-Biliary Association. Washington, District of Columbia.

06/2004: Case Discussion: New Tools for the Biliary Tree. Advances in Gastroenterology and Hepatology. St. Paul, Minnesota.

06/2004: More and Less Invasive Procedures. Panel Discussion with Mark Topazian, M.D. Advances in Gastroenterology and Hepatology. St. Paul, Minnesota.

05/2004: Complications of Esophageal and Enteral SEMS. Endoscopic Complications, ASGE Clinical Symposium. Digestive Disease Week 2004. New Orleans, Louisiana.

05/2004: Moderator, Session IV - Approach to the Obstructed Patient. Endoscopic Surgery, Endoscopy for the Next Millenium - A Problem Based Approach, ASGE Postgraduate Course. Digestive Disease Week 2004. New Orleans, Louisiana.

05/2004: Esophageal and Enteral Stents. Endoscopic Surgery, Endoscopy for the Next Millenium - A Problem Based Approach, ASGE Postgraduate Course, Digestive Disease Week 2004. New Orleans, Louisiana.

05/2004: Co-Moderator. Endoscopy in the Patient with Surigcally Altered Anatomy, ASGE Clinical Symposium, Digestive Disease Week 2004. New Orleans, Louisiana.

05/2004: ERCP in Patients with Altered Pancreaticobiliary Anatomy. Endoscopy in the Patient with Surigcally Altered Anatomy, ASGE Clinical Symposium, Digestive Disease Week 2004. New Orleans, Louisiana.

05/2004: An Endoscopist's Perspective. Management of GI Obstruction below the Esophagus, Digestive Disease Week 2004. Combined Clinical Symposium. New Orleans, Louisiana.

04/2004: Management of GI Bleeding in Cirrhosis: An Endoscopic Perspective. Hepatology: State of the Art. Coronado, California.

04/2004: Primary prophylaxis of variceal hemorrarhage. Debate with Patrick Kamath, M.D. Hepatology: State of the Art. Coronado, California.

03/2004: Pancreatic Fluid Collections: Endoscopic Management. Canadian Digestive Disease Week. Banff, Alberta, Canada

03/2004: Live Cases. ERCP 2004. Sacramento, California.

03/2004: How I Do It: Pancreatic Stents. ERCP 2004. Sacramento, California.

03/2004: Non-Operative Drainage of Pancreatic Pseudocysts. ERCP 2004. Sacramento, California

03/2004: Endoscopic Mucosal Resecation: Indications, Techniques, Pearls, and Pitfalls. GI and Hepatology 2004: Advances and Controversies. Lake Buena Vista, Florida.

03/2004: Enteral Feeding. Grand Rounds, Concord Hospital. Sydney, Australia.

02/2004: Endoscopic Drainage of Pancreatic Fluid Collections. Sydney Gut Club. Sydney, Australia.

01/2004: Biliary Stricture Management: The Next Generation. ACG Governors/ASGE Best Practices. Scottsdale, Arizona.

01/2004: Luminal Metal Stents. Breakout Session. ACG Governors/ASGE Best Practices. Scottsdale, Arizona.

01/2004: Esophageal Varices. BARD National Sales Meeting. Scottsdale, Arizona.

01/2004: Expandable Metal Stents. BARD National Sales Meeting. Scottsdale, Arizona

2003

11/2003: Direct PEG/PEJ. ASGE First Year Fellow's Course. Chicago, Illinois.
11/2003: UGI Stenting; Palliation. ASGE First Year Fellow's Course. Chicago, Illinois.
11/2003: Acute and Chronic Obstruction. ASGE First Year Fellow's Course. Chicago, Illinois.
10/2003: The Role of ERCP in Post-Liver Transplant Biliary Tract Complications. AASLD 54th Annual Meeting, AASLD/ASGE Endoscopy Course. Boston, Massachusetts.
10/2003: The Gastroenterologist to the Rescue. ACG Annual Scientific Meeting. Baltimore, Maryland.
10/2003: Palliation with Endoluminal Stents. ACG Annual Scientific Meeting. Baltimore, Maryland.
10/2003: Live Cases. State of the Art Topics in Gastroenterology and Hepatology. Scottsdale, Arizona.
09/2003: Pancreatic Stenting. Advanced Course on Endoscopic Diagnosis and Therapy in Benign Pancreatic Disease. Milan, Italy.
09/2003: Round Table: Endotherapy for Acute and Chronic Pancreatitis: Indications, Short- and Long-Term Results. Moderator with L. Familiari. Advanced Course on Endoscopic Diagnosis and Therapy in Benign Pancreatic Disease. Milan, Italy.
09/2003: Endotherapy for Acute Pancreatitis: Indications, Results, Failures. Advanced Course on Endoscopic Diagnosis and Therapy in Benign Pancreatic Disease. Milan, Italy.
09/2003: Pancreatic Stenting, Meet the Expert. Advanced Course on Endoscopic Diagnosis and Therapy in Benign Pancreatic Disease. Milan, Italy.
09/2003: PEG/PEJ. Mayo Clinic Nutrition in Health and Disease. Chicago, Illinois.
09/2003: Double Stenting for Malignant Duodenal and Biliary Strictures: Is Feasible? Is Safe? Second Joint Workshop on Therapeutic Endoscopy. Turin, Italy.
09/28/2003: Drainage of Acute Pancreatic Collections and Ductal Rupture: Role of Endotherapy. Second Joint Workshop on Therapeutic Endoscopy. Turin, Italy.
09/2003: Endoscopic Drainage of Pancreatic Fluid Collections. University of Cincinnati. Cincinnati, Ohio.
06/2003: Endoscopic Stenting with SEMS - ? Choice. University of California, Davis. GERD 2003. Sacramento, California.
06/2003: How I Do It: Esophageal Stenting. University of California, Davis. GERD 2003. Sacramento, California
06/2003: Live Cases. University of California, Davis. GERD 2003. Sacramento, California.
06/2003: Colorectal Stent Placement. Northwestern University. Chicago, Illinois.
05/2003: Moderator. AGA Postgraduate Course, Digestive Disease Week 2003. Orlando, Florida.
05/2003: Moderator. ASGE Clinical Symposium, Enteral Stents, Digestive Disease Week 2003. Orlando, Florida.
05/2003: Complicated Pancreatitis: When and how to intervene. DDW - AGA Postgraduate Course. Clinical Challenge with Gregory Haber, M.D.  Orlando, Florida.
05/2003: Pancreatic pseudocysts and abscesses. SSAT Post-Graduate Course, Digestive Disease Week 2003. Orlando, Florida.
05/2003: Indications and results of endoscopic rectal stenting. SSAT/AGA/ASGE Consensus Conference, Digestive Disease Week 2003. Orlando, Florida.
04/2003: GI Endoscopy in the ICU. A Multidisciplinary Update in Pulomonary and Critical Care Medicine. Phoenix, Arizona.
03/2003: Endoscopic management of pancreatic fluid collections. Gastrointestinal Medicine Grand Rounds, Beth Israel Hospital. New York.
03/2003: Moderator of Live Cases. Gastrointestinal Medicine Grand Rounds, Beth Israel Hospital. New York.
03/2003: Endoscopic Management Issues in the Liver Transplantation Patient. Mayo Clinic Update in Liver Diseases and Transplantation. Phoenix, Arizona.
02/2003: Moderator of Live Cases. Gastroenterology and Hepatology 2003, The 3rd Biennial Mayo Course. Freeport, Bahamas.
02/2003: Direct Percutaneous Jejunostomy. Gastroenterology and Hepatology 2003, The 3rd Biennial Mayo Course. Freeport, Bahamas.
02/2003: Discussant: Necrotizing Acute Pancreatitis. Gastroenterology and Hepatology 2003, The 3rd Biennial Mayo Course. Freeport, Bahamas.
02/2003: Enteral Stenting. Mayo Clinic Scottsdale Winter Gastroenterology Meeting: Gastroenterology Linked to Endoscopy and Hepatology. Scottsdale, Arizona.

01/2003: Enteral Access. American Society of Parenteral and Enteral Nutrition (ASPEN). San Antonio, Texas.

2002

12/2002: Endoscopic Management of Pancreatic Fluid Collections. Utah Gut Club. Utah.

11/2002: Advances in Therapeutic Endoscopy. Fifth Annual Mayo Clinic Internal Medicine Update. Sedona 2002. Sedona, Arizona.

10/2002: Strictures and stents. ACG Annual Postgraduate course. Seattle, Washington.

10/2002: Endoscopic palliation of malignant gastric outlet obstruction. ASGE Interim Postgraduate Course. Seattle, Washington.

09/2002: Palliation of malignant biliary strictures: Metal, plastic or laser? Cleveland Clinic GI update. Cleveland, Ohio

09/2002: Pancreatic pseudocyst: Endoscopic drainage first! Cleveland Clinic GI update. Cleveland, Ohio.

09/2002: Colonic Stenting. Second Annual Enteral Stent Symposium: Northwestern University. Chicago, Illinois.

05/2002: Endoscopic Oncology: Gastrointestinal Endoscopy and Cancer Management. Breakout session with Michael B. Kimmey, M.D. on Enteral Stenting 101. ASGE Annual Postgraduate Course. San Francisco, California.

05/2002: Endoscopic Therapy for Pancreas Pseudocysts: Endosonography is Unnecessary. DDW Combined Clinical Symposia, Interventional Endosonography. San Francisco, California.

05/2002: Co-Moderator with Mark Callery, M.D. DDW Combined Clinical Symposia, Palliative Care for GI Malignancy. San Francisco, California.

05/2002: Upper Gastrointestinal Malignancy – Endoscopic Palliation. DDW Combined Clinical Symposia, Palliative Care for GI Malignancy. San Francisco, California.

04/2002: SEMS Placement for Afferent/Efferent Limb Obstruction. III International Course on Therapeutic Digestive Endoscopy. Pamplona, Spain.

04/2002: Organized Pancreatic Necrosis: Endoscopic Management. III International Course on Therapeutic Digestive Endoscopy. Pamplona, Spain.

04/2002: Tracheoesophageal Fistulae (TEF): Endoscopic Management. III International Course on Therapeutic Digestive Endoscopy. Pamplona, Spain.

03/2002: PEG-PEJ. ASGE's First Year Fellows Endoscopy Course. Chicago, Illinois.

03/2002: ERCP. ASGE's First Year Fellows Endoscopy Course. Chicago, Illinois.

02/2002: Instructor. Faculty member. ASGE Hands-On Endoscopy Series: Advanced Endoscopic Retrograde Cholangiopancreatograph (ERCP) Training Course. Cincinnati, Ohio.

02/2002: Endoscopist. Focus 2002: New and Advanced Endoscopic Techniques: Live Case Endoscopy Course. Las Vegas, Nevada.

02/2002: Pancreatic Fluid Collections. Participant/lecturer. Focus 2002: New and Advanced Endoscopic Techniques: Live Case Endoscopy Course. Las Vegas, Nevada.

02/2002: Approach to PEGs and PEJs. Participant/lecturer. Focus 2002: New and Advanced Endoscopic Techniques: Live Case Endoscopy Course. Las Vegas, Nevada.

02/2002: Endoscopic Drainage of Pancreatic Fluid Collections. University of Texas Health Science Center. San Antonio, Texas.

02/2002: Enteral Stents for Treatment of Malignant Gastric Outlet Obstruction. Wilford Hall Medical Center. San Antonio, Texas.

01/2002: Palliation of Malignant GI Strictures. ACG/ASGE Back to Basics, IV. Scottsdale, Arizona.

01/2002: Enteral and Colonic Stenting. The Delaware Valley Society of Gastrointestinal Endoscopy. Philadelphia, Pennsylvania.

2002: Frontiers in Therapeutic Endoscopy. Mayo Clinic Scottsdale, Arizona SGNA Annual Fall Meeting. Scottsdale, Arizona.

2001

11/2001: Colonic Stenting. Enteral Stenting: Alternative Treatment Modalities. Chicago, Illinois.

10/2001: Transenteral pseudocyst drainage Breakout session with Glen A. Lehman, M.D. Innovations in Endoscopic Practices. Las Vegas, Nevada.

09/2001: Advances in Endoscopic Placement of Long-term Feeding Tubes. Mayo Clinic Nutrition in

Health and Disease. Minneapolis, Minnesota.

08/2001: Expandable Metal Stents for Duodenal Obstruction. Pancreas Cancer 2001. Seattle, Washington.

05/2001: Metal Stents. ASGE Clinical Symposium, Digestive Disease Week 2001. Atlanta, Georgia.

05/2001: Breakout Session with Gregory G. Ginsberg, M.D. on Enteral Stents. ASGE PG Course: Endoscopy in Context: A Multidisciplinary Approach. Atlanta, Georgia.

05/2001: Pancreatic Cysts, Pseudocysts, and Fluid Collections. ASGE PG Course: Endoscopy in Context: A Multidisciplinary Approach. Atlanta, Georgia.

05/2001: Percutaneous Endoscopic Jejunostomy (PEJ). DDW 2001 Nurses Program. Atlanta, Georgia.

05/2001: Stents in Colonoscopy. The Future of Colonoscopy: Virtual or Wireless? Atlanta, Georgia.

02/2001: Gastroenterology & Hepatology for the 21st Century. Endoscopist in Live Cases for the 2nd Biennial Mayo Course. Big Island of Hawaii, Hawaii.

01/2001: Current Management of Acute Pancreatitis. Mississippi Gastroenterology Society Annual Meeting.


2000

10/2000: PEG/PEJ. ASGE First Year Fellows Endoscopy Course. Chicago, Illinois.

10/2000: ERCP and Accessories. ASGE First Year Fellows Endoscopy Course. Chicago, Illinois.

10/2000: Expandable Duodenal Stent in a Patient with Pancreatic Cancer. Georgetown Theater, ACG 2000. New York, New York.

09/2000: Primary Sclerosing Cholangitis: Endoscopic Management. Mayo Clinic Update in Hepatology and Liver Transplantation. Minneapolis, Minnesota.

09/2000: Minnesota Pancreas & Biliary Club. Minneapolis, Minnesota.

08/2000: Endoscopic and Radiologic Treatment for Primary Sclerosing Cholangitis. AASLD Primary Sclerosing Cholangitis: Controversies & Consensus. Atlanta, Georgia.

07/2000: Endoscopic interventions for acute pancreatitis. Pancon 2000, First International Pancreatology Conference. Coimbatore, India.

07/2000: Endoscopic therapy for chronic pancreatitis. Pancon 2000, First International Pancreatology Conference. Coimbatore, India.

07/2000: Sphincter of Oddi manometry and acute recurrent pancreatitis. Pancon 2000, First International Pancreatology Conference. Coimbatore, India.

05/2000: Treatment of Infected Necrosis. AGA Clinical Symposium, Pancreas, Digestive Disease Week 2000. San Diego, California.

05/2000: Endoscopic Therapy of Pancreatitis. ASGE Breakout Session, Digestive Disease Week 2000. San Diego, California.

05/2000: Endoscopic Therapy for Pancreatic Pseudocysts. ASGE Postgraduate Course, Digestive Disease Week 2000. San Diego, California.

05/2000: Pancreatic Pseudocysts. Meet-the-Professor, Digestive Disease Week 2000. San Diego, California.

04/2000: Current Approaches to Antibiotic Therapy in Intra-abdominal Infections. Guest Speaker. National Critical Care Consultants Meeting. Colorado Springs, Colorado.

04/2000: Acute Necrotizing Pancreatitis. Guest Speaker. The Gastroenterology: Evening with the Experts 2000. San Antonio, Texas.

04/2000: Acute Necrotizing Pancreatitis. Guest Speaker. The Gastroenterology: Evening with the Experts 2000. Houston, Texas.

04/2000: Acute Necrotizing Pancreatitis. Guest Speaker. The Gastroenterology: Evening with the Experts 2000. Austin, Texas.

03/2000: Evolving Trends of Serious Gastrointestinal Infections. Guest Speaker. National Surgical Consultants Meeting. Banff, Alberta, Canada.

02/2000: Endoscopist: Live Case demonstration. Broadcast to Scottsdale, AZ. Future Focus: New Technology and Techniques in GI Endoscopy. Rochester, Minnesota.

02/2000: Advances in Therapeutic Endoscopy. Mountain Gastrointestinal Physician's Association Gut Club. Asheville, North Carolina.

01/2000: Management of Benign & Malignant Biliary Strictures. ACG & ASGE Governors Postgraduate Course, Back to Basics III. Tucson, Arizona.

01/2000: Enteral Stents. Guest Speaker. Global Sales Meeting for Boston Scientific. San Diego, California.

1990-1999

11/1999: Endoscopic management of organized pancreatic necrosis. Guest Speaker. New England Endoscopy Society Meeting. Boston, Maryland.

10/1999: Evolving trends in serious gastrointestinal infections. Guest Speaker. National Pharmacy Consultants Meeting. Atlanta, Georgia.

09/1999: Expandable metal stents for malignant gastroduodenal and colonic obstruction. Guest Speaker Kentucky Medical Association Annual Meeting. Lexington, Kentucky.

09/1999: Expandable metal stents for malignant gastroduodenal and colonic obstruction. Guest Speaker Kentucky Society of Gastrointestinal Endoscopy. Lexington, Kentucky.

09/1999: The patient with biliary obstruction: anything new with ERCP? Mayo Clinic Update in Hepatology and Liver Transplantation. Minneapolis, Minnesota.

09/1999: Endoscopic Drainage of Pancreatic Fluid Collections. Guest Speaker. Therapeutic ERCP. Workshop. Los Angeles, California.

08/1999: Use of expandable metal stents for enteral obstruction. Gastro 1999, ASGE postgraduate course. Vancouver, Canada.

06/1999: Instructor. Hands-on Fourth Annual ASGE advanced therapeutic ERCP Conference. Cincinnati, Ohio.

05/1999: Endoscopic drainage of pancreatic fluid collections. ASGE Symposium on Endoscopy, Acute Pancreatitis. Orlando, Florida.

04/1999: Endoscopic Management of Pancreatic Fluid Collections. University of Texas Southwestern Medical Center. Dallas, Texas.

04/1999: Use of Expandable Metal Stents for Enteral Obstruction. University of Texas Southwestern Medical Center. Dallas, Texas.

03/1999: Expandable Metal Stents for treatment of duodenal and colonic obstruction. Thomas Jefferson University. Philadelphia, Pennsylvania.

05/1998: Panelist, Clinical challenges: Approach to pancreatic necrosis. AGA Postgraduate course. New Orleans, Louisiana.

05/1998: Endoscopic drainage of pancreatic necrosis. SSAT Postgraduate course. New Orleans, Louisiana.

1998: Use of Expandable Metal Stents in the GI tract. Arkansas-Oklahoma Endoscopic Society Annual Meeting. Arkansas.

1998: Endoscopic Drainage of Pancreatic Fluid Collections. Arkansas-Oklahoma Endoscopic Society Annual Meeting. Arkansas.

1998: Management of pancreatic fluid collections. Gastrointestinal Grand Rounds, University of Maryland. Baltimore, Maryland

09/1997: Acute pancreatitis - novel concepts in biology and therapy. Interventional strategies in pancreatic necrosis, September 5th. Berne, Switzerland.

1997: Use of expandable metal stents for the treatment of non-esophageal, non-biliary luminal obstruction. Advanced Endoscopy Course, Medical University of South Carolina. Charleston, South Carolina.

1997: Expandable metal stents for treatment of non-esophageal enteral obstruction. American Society for Gastrointestinal Endoscopy Clinical Symposium. Washington, District of Columbia.

1997: Management of Pancreatic fluid collections. First annual ERCP teaching course, Wilford Hall Medical Center. San Antonio, Texas.

1997: Endoscopic management of pancreatic necrosis. Gastrointestinal Grand Rounds, New England Medical Center. Boston, Massachusetts.

1997: Instructor. Hands-on Second Annual ASGE advanced therapeutic ERCP Conference. Cincinnati, Ohio.

1996: New developments in Gastroenterology - Gaining access for enteral nutritional support. Alabama Society for parenteral and enteral nutrition. Alabama.

1996: Use of Expandable Metal Stents for Malignant Colorectal Obstruction. Gastrointestinal Medicine Grand Rounds, University of Texas at San Antonio. San Antonio, Texas.

1996: Diagnosis and Management of Pancreatic Necrosis. Medical Grand Rounds - Wilford Hall Medical

Center. San Antonio, Texas.

1996: Use of Expandable Metal Stents for Relief of Colonic Obstruction Prior to Resection. Montefore Medical Center, Controversies in Surgery. New York, New York.

1996: Use of Expandable Metal Stents in the Esophagus. Obstruction Texas Society of Gastrointestinal Nurses and Associates Annual Meeting. Fort Worth, Texas.

1995: Gastroenterology abstract presentations, Moderator. AFCR southern section meeting. New Orleans, Louisiana.

1995: Use of Expandable Metal Stents in the Gastrointestinal Tract. Alabama Society of Gastrointestinal Nurses and Associates Annual Meeting. Perdido Beach, Alabama.

1995: Instructor. Fourth International "Hands-On" Therapeutic ERCP Conference. Baltimore, Maryland.

1995: Use of Expandable Metal Stents for Malignant Colorectal Metal Stents in Gastroenterology (symposium). Brigham and Women's Hospital. Boston, Massachusetts.

1994: Update on Therapeutic ERCP. Alabama Chief Medical Residents Society Meeting. New Orleans, Louisiana.

1994: Upper GI tract disorders during pregnancy  (Taped session). Clinical advances in Gastroenterology. American College of Gastroenterology. Alabama.

1994: Endoscopic Management of Pancreatic Fluid Collections. Gastrointestinal Medicine Grand Rounds. University of Texas at San Antonio. San Antonio, Texas.

1994: Invited Moderator. Therapeutic Endoscopy Session, World Congress of Gastroenterology. Los Angeles, California.

**Visiting Professorships**

01/2013: Visiting Gastrointestinal Medicine Professor.  Cleveland Clinic. Cleveland, Ohio.

2003: University of Cincinnati. Cincinnati, Ohio.

2002: Visiting Gastrointestinal Medicine Professor. Wilford Hall Air Force Base, Div. Gastro. San Antonio, Texas

1996: Visiting Gastrointestinal Medicine Professor. Wilford Hall Air Force Base, Div. Gastro. San Antonio, Texas.

1994: Visiting  Gastrointestinal Medicine Professor. Wilford Hall Air Force Base, Div. Gastro. San Antonio, Texas

**Audio/Video/CD-ROM/etc.**

1.      **Baron TH**, Ferriera L. Endoscopic treatment of gallstone illeus of the colon [video]. Http://www.asge.org. 2009 Jun 1 Epub 2009 Jun 1.

2.      **Baron TH**. Enteral Stents.  VHJOE (www.vhjoe.org) 2003; 2(4).

## Educational Activities

**Curriculum/Course Development**

03/2010: GI Stents: Expanding Indications and Opening New Horizons. ASGE Masters Series Course American Society for Gastrointestinal Endoscopy. Oak Brook, Illinois

12/2009: ERCP Boot Camp for the GI Team. ASGE Masters Series Course; Co-directors Adam Slivka, MD and K. Jane Malick, BSN. American Society for Gastrointestinal Endoscopy. Oak Brook, Illinois.

03/2009: Gastroenterology and Hepatology 2009. Co-Director with Edward V. Loftus, Jr, M.D. and John J. Poterucha, M.D.  Mayo Clinic. Wailea, Hawaii.

09/2008: ERCP A-to-Z 2008, A Live Case Course. Co-director with Bret T. Petersen, M.D. and Mark D. Topazian, M.D.  Mayo Clinic. Rochester, Minnesota.

09/2007: ERCP A-to-Z 2007, A Live Case Course. Co-director with Bret T. Petersen, M.D. and Mark D. Topazian, M.D. Mayo Clinic. Rochester, Minnesota.

04/2007: Advanced Endoscopy Series: Beyond the Basics. Co-director with Dr. Charles Dye. American Society for Gastrointestinal Endoscopy. Oak Brook, Illinois.

02/2007: Gastroenterology and Hepatology 2007. Co-Director. Mayo Clinic. Grand Bahama Island, Bahamas.

10/2006: ERCP A-to-Z 2006, A Live Case Course. Co-director with Bret T. Petersen, M.D. and Mark D. Topazian, M.D.  Mayo Clinic College of Medicine. Rochester, Minnesota.

10/2005: ERCP A-to-Z 2005, A Live Case Course. Co-director with Bret T. Petersen, M.D. and Mark D. Topazian, M.D.  Mayo Clinic College of Medicine. Rochester, Minnesota.

09/2005: ASGE First Year Fellows' Endoscopy Course. Co-director with John Vargo, M.D.  American Society for Gastrointestinal Endoscopy. Chicago, Illinois.

10/2004: ERCP A-to-Z, A Live Case Course. Co-director. Mayo Clinic College of Medicine. Rochester, Minnesota.


**Teaching**

03/2008: Antibiotic and Anticoagulation Issues in Endoscopy. GI Grand Rounds, Mayo Clinic. Rochester, Minnesota.

02/2008: ERCP for Post-Liver Transplant Complications. Transplant Center Grand Rounds, Mayo Clinic. Rochester, Minnesota.

09/2006: Endoscopic Ampullectomy. GI Grand Rounds, Mayo Clinic College of Medicine. Rochester, Minnesota.

03/2006: Organized Pancreatic Necrosis:  Hope or Futility. GI Grand Rounds, Mayo Clinic College of Medicine. Rochester, Minnesota.

10/2005: Lower GI Bleed. GI Fellowship Lecture. Rochester, Minnesota.

10/2005: Meet the Masters: GI Stents. GI Grand Rounds, Mayo Clinic College of Medicine. Rochester, Minnesota.

05/2005: Advances in Interventional Endoscopy. Medical Grand Rounds – Jacksonville. Mayo Clinic College of Medicine. Jacksonville, Florida.

09/2004: Acute Pancreatitis. Mayo Clinic Gastroenterology and Hepatology Board Review. Mayo Clinic College of Medicine. Rochester, Minnesota.

09/2004: New and Innovative Techniques in GI Endoscopy. Mayo Clinic Gastroenterology and Hepatology Board Review. Mayo Clinic College of Medicine. Rochester, Minnesota.

2004: ERCP, MRCP, and EUS: Which One, Which Order? with Dr. Mark Topazian.  Gastroenterology and Hepatology Grand Rounds. Mayo Clinic College of Medicine. Rochester, Minnesota.

09/2003: Acute Pancreatitis. Mayo Clinic Gastroenterology and Hepatology Board Review. Mayo Clinic College of Medicine. Rochester, Minnesota.

09/2003: New and Innovative Techniques in GI Endoscopy. Mayo Clinic Gastroenterology and Hepatology Board Review. Mayo Clinic College of Medicine. Rochester, Minnesota.

09/2003: Colonoscopy and Colorectal Cancer Screening: Is There a Light at the End of the Tunnel? Mayo Clinic Scottsdale, Medical Grand Rounds. Scottsdale, Arizona.

2003: Frontiers in Therapeutic Gastrointestinal Endoscopy. Mayo Clinic Scottsdale, Medical Grand Rounds. Scottsdale, Arizona.

2002: Frontiers in Therapeutic Gastrointestinal Endoscopy. Mayo Clinic Scottsdale, Surgical Grand Rounds. Scottsdale, Arizona.

2001: Acute Pancreatitis. Mayo Clinic Gastroenterology and Hepatology Board Review. Rochester, Minnesota.

2001: Expandable Metal Stents for Malignant Gastrointestinal Obstruction. Mayo Clinic Rochester, Division of Gastroenterology and Hepatology, Grand Rounds. Rochester, Minnesota.

2001: A Patient with Biliptysis. Mayo Clinic Rochester, HB Interest Group Meeting. Rochester, Minnesota.

2001: ERCP: What Endoscopy Nurses Need to Know. Mayo Clinic Rochester, Mayo ERCP Nurses CME. Rochester, Minnesota

2001: Advances in Therapeutic Endoscopy. Mayo Clinic Rochester, Mayo Surgical Assistants CME. Rochester, Minnesota

2001: Case presentation involving stenting of sigmoid colon. Mayo Clinic Rochester, Morbidity and Mortality Conference. Rochester, Minnesota.

2000: Post-ERCP complications. Morbidity and Mortality Conference. Mayo Clinic. Rochester, Minnesota.
2000: Sphincter of Oddi dysfunction. Mayo GI Nurses CME. Mayo Clinic. Rochester, Minnesota.
1999: Esophageal Stents. Morbidity and Mortality Conference. Mayo Clinic. Rochester, Minnesota.
1999: Expandable metal stents for palliation of malignant dysphagia. Mayo GI Nurses CME. Mayo Clinic Rochester, Minnesota.
1999: Therapeutic ERCP. Mayo GI Nurses CME. Mayo Clinic. Rochester, Minnesota.
01/1994-01/1998:  Pathology lecturer, Biliary and Pancreatic diseases. UAB Medical School. Alabama.
1998: Acute Necrotizing Pancreatitis. Medical Grand Rounds. University of Alabama, UAB Medical Center Birmingham, Alabama.
01/1994-01/1997: Internal Medicine Board Review course, Gastrointestinal Medicine Section Instructor. American College of Physicians. Birmingham, Alabama.
1997: The role of ERCP in liver disease. UAB Liver center CME update. University of Alabama. Birmingham, Alabama
1997: Acute recurrent pancreatitis. Medical Grand Rounds. University of Alabama, UAB Medical Center. Birmingham, Alabama..
01/1994-01/1996: Director, CME update. UAB Gastroenterology. Alabama.
1996: Diagnosis and Management of Pancreatic Necrosis. Gastrointestinal Medical Grand Rounds. University of Alabama, UAB Hospital. Birmingham, Alabama.
1996: Update on therapeutic ERCP. Residents Conference. University of Alabama, UAB Hospital. Birmingham, Alabama.
01/1993-01/1995: Resident Teaching, Morning Report. UAB and Birmingham VAMC. Birmingham, Alabama.
1995: Endoscopic Management of Pancreatic Pseudocysts and Fluid Collections. Gastrointestinal Medicine Grand Rounds. University of Alabama. Birmingham, Alabama.
1995: Endoscopic Management of Pancreatic Fluid Collections. Medical Grand Rounds. University of Alabama, UAB Medical Center. Birmingham, Alabama.
1994: Etowah County Medical Society Lecturer
1994: Approach to the Patient with Jaundice. VA Medicine Conference (UAB Housestaff, Medicine Service). University of Alabama. Birmingham, Alabama.
1994: Elderly Woman with Acute Liver Failure. Discussant, UAB Medicine Clinicopathologic Conference University of Alabama. Birmingham, Alabama.
1994: Endoscopic Management of Cholangiocarcinoma. Surgery Grand Rounds. University of Alabama. Birmingham, Alabama.
1994: ERCP in the Diagnosis and Management of Pancreatic Disorders. UAB Annual CME Update University of Alabama. Birmingham, Alabama.
1994: ERCP: Indications and Nursing Care. UAB Nurses CME. University of Alabama. Birmingham, Alabama.
1994: Management of Distal Common Bile Duct Strictures. UAB Liver Center - CME Update. University of Alabama. Birmingham, Alabama.
1994: Sclerotherapy vs. Banding for Esophageal Varices. UAB Liver Center - CME Update. University of Alabama. Birmingham, Alabama.
1994: Hyperthyroidism and Liver Dysfunction. Morbidity and Mortality Conference. University of Alabama, UAB Hospital. Birmingham, Alabama.
1994: Sphincter of Oddi Manometry, Background and Clinical Applications. Gastrointestinal Medical Grand Rounds. University of Alabama, UAB Hospital. Birmingham, Alabama.
10/1993: American College of Gastroenterology Annual Meeting. New York, New York.
1993: Community Continuing Medical Education Update. Baptist Montclair Medical Center. Birmingham, Alabama.
1993: An In Vitro, Randomized Prospective Study to Maximize Cellular Yield During Bile Duct Brush Cytology. Clinical Conference. Duke University. Durham, North Carolina.
1993: Review of Esophageal and Biliary Manometry. Fellows Clinical Conference. Duke University. Durham, North Carolina

1993: Update on Diagnostic and Therapeutic ERCP. Surgical Residents Grand Rounds. University of Alabama. Birmingham, Alabama.

1993: The Use of ERCP in the Diagnosis and Management of Pancreaticobiliary Malignancies Oncology Grand Rounds. University of Alabama, UAB Hospital. Birmingham, Alabama.

01/1989-01/1993: Introduction to Physical Diagnosis, MS III  & Physician Asst. UAB Medical School, Duke University. Durham, North Carolina.

1992: Endoscopic management of Gastroesophageal Varices. Fellows Clinical Conference. Duke University. Durham, North Carolina.

1992: Review of the Budd-Chiari Syndrome and Hepatic Venous Outflow Obstruction. Gastrointestinal Medical Grand Rounds. Duke University. Durham, North Carolina.

1992: The Effect of Propofol on the Canine Sphincter of Oddi. Research Conference. Duke University Durham, North Carolina.

1992: Internal Medicine Board Review course, Gastrointestinal Medicine Section. Seminar Instructor for UAB House staff. University of Alabama. Birmingham, Alabama.

1992: Surgical Management of Gastroesophageal Reflux Disease. Gastrointestinal Medicine Grand Rounds. University of Alabama. Birmingham, Alabama.

1992: Update on Methotrexate Data. Clinical Research Conference. University of Alabama. Birmingham, Alabama.

1991: Zileuton in Inflammatory Bowel Disease. Chicago, Illinois.

1991: Pathogenesis, Diagnosis, and Management of Gallstones. Medical Grand Rounds, Cooper Green Hospital (UAB Affiliate). University of Alabama. Birmingham, Alabama.

1991: Prospective Study of the Toupet Anti-Reflux Operation. Clinical Research Conference. University of Alabama. Birmingham, Alabama.

1991: Review of the Budd-Chiari Syndrome and Hepatic Venous Outflow Obstruction Gastrointestinal Medicine Grand Rounds. University of Alabama. Birmingham, Alabama.

1990: American Society for Clinical Investigation. Washington, District of Columbia.

1990: Use of Methotrexate in Refractory IBD. Clinical Research Conference. University of Alabama. Birmingham, Alabama.

1990: Visiting Chief Medical Resident. University of Texas Southwestern. Dallas, Texas.

1989: Presentation and Management of Spinal Cord Compression. Senior Residents Conference. University of Alabama. Birmingham, Alabama.

**Academic Career Development**

NIH State of the Art Conference, ERCP for Diagnosis and Therapy            1/2002
Natcher Conference Center, National Institutes of Health
Bethesda, Maryland

**Mentorship**

| | |
|---|---|
| Grooteman, Katherina (Research Trainee) | 2012 - 2013 |
| Akbar, Ali, MD (Research Trainee) | 2011 – 2012 |
| Saleem, Antif, MD (Research Trainee) | 2009 - 2010 |
| Ferreira, Lincoln E, MD (Research Fellow) | 2006 - 2007 |
| Simmons, Dia T (GI Fellow) | 2004 – 2005 |
| Sedlack, Robert E, MD (GI Fellow) | 2001 - 2002 |
| Adler, Douglas G, MD (GI Fellow) | 2000 - 2001 |
| Rumalla, Ashwin, MD (GI Fellow) | 1999 – 2000 |

# Research Grants Awarded

**Completed Grants**

Program Director / Principal Investigator        03/2013 - 05/2013            Percent effort: 1
Endoscopic Band Ligation for Closure of Gastrointestinal Perforations Using Porcine Animal Model. Funded by Cook Endoscopy.

Total funded $15,000.


Co-Investigator                    01/2001 - 12/2001                    Percent effort: 0
A Prospective, Randomized Comparison of Endoscopic Colonic Stenting and Conventional Surgical
Therapy for Colonic Obstruction. Funded by American Digestive Health Foundation.
        Total funded 0.

Co-Investigator                    01/2010 - 12/2011                    Percent effort: 1
A Pilot Study to Assess the Feasibility of Double Balloon Enteroscopy as a Rescue Technique for Failed
Direct Percutaneous Endoscopic Jejunostomy Tube Placement. Funded by Fujinon
        Total funded $15,000.

Principal Investigator             06/2007 - 09/2008                    Percent effort: 2
Feasibility of Gastrostomy and Anchoring of the Stomach for Immediate Transgastric Endoscopy: An
Animal Model for the Therapeutic ERCP After Long-Limb Roux-En-Y Gastric Bypass Surgery. Funded by
Fujinon. (FUJINON #2, 1A6400)
        Total funded $25,000.

Co-Investigator                    03/2007 - 02/2009                    Percent effort: 1
A Multi-Center, Single-Arm, Prospective Study of the WallFlex Biliary Fully Covered Stent for the
Palliative Treatment of Malignant Bile Duct Obstruction. Funded by Boston Scientific Corporation.
(BOSTON #42, 1A6407)
        Total funded $25,000.

Co-Investigator                    02/2007 - 01/2008                    Percent effort: 1
Evaluation of the PillCam Colon Capsule Endoscopy (PCCE) in the visualization of the colon. Funded by
Given Imaging Ltd. (GIVEN #10, 1A6270)
        Total funded $30,000.

Principal Investigator             11/2005 - 10/2008                    Percent effort: 5
Multicenter, Prospective, Randomized Comparison of Covered and Uncovered Metal Stents for Palliation
of Malignant Obstruction of the Common Bile Duct. Funded by Boston Scientific Corporation. (BOSTON
#39; 1A5970)
        Total funded $25,000.

Principal Investigator             09/2005 - 09/2006                    Percent effort: 1
Clinical Evaluation of the Polyflex Stent for the Treatmant of Benign Refractory Esophageal Strictures.
Funded by Boston Scientific Corporation. (BOSTON #01; 1A5902)
        Total funded $10,000.

Principal Investigator             05/2005 - 04/2006                    Percent effort: 1
A Multi-site, Single Arm, Prospective Safety and Effectiveness Study of the Wallflex Enteral Duodenal
Stent for the Palliative Treatment of Malignant Gastroduodenal Obstructions. Funded by Boston Scientific
Corporation. (BOSTON #36; 1A5792)
        Total funded $10,000.

Principal Investigator             04/2005 - 04/2006                    Percent effort: 1
Services Agreement - Multicenter, open-label, randomized, controlled phase III clinical study of the
efficacy and safety of photodynamic therapy using porfimer sodium for injection as palliative treatment for
unresectable cholangiocarcinoma. Funded by Axcan Pharma. (AXCAN #10; 1A5603)
        Total funded $10,000.

Principal Investigator                    05/2004 - 10/2007                    Percent effort: 1
A Prospective, Multi-Center Patency Study of the Luminexx Endoscopic Biliary Stent. Funded by Bard Endoscopic Technologies. (BARD #15; 1A5230)
    Total funded $10,000.

Co-Investigator                          08/2003 - 08/2004                    Percent effort: 1
"Comparative Study of Two Percutaneous Gastrostomy Tube Placement Techniques". Funded by BARD Medical. (BARD #14; 1A4891)
    Total funded $10,000.

Principal Investigator                    06/2002 - 08/2003                    Percent effort: 1
Multi-Center Retrospective Chart Review o the WALLSTENT Enteral Endoprosheses for the Palliation of Malignant Gastric Outlet Obstruction. Funded by Boston Scientific Corporation. (BOSTON #17)
    Total funded $10,000.

Principal Investigator                    10/2001 - 09/2003                    Percent effort: 1
Modification of Standard Percutaneous Endoscopic Gastrostomy Tube Placement. Funded by Wilson-Cook Medical, Inc. (WILSON-COOK #1)
    Total funded $10,000.

Co-Investigator                          06/2001 - 05/2003                    Percent effort: 1
Multicenter Open-Label Prosepective STudy of the Wilson-Cook Za Stent for Palliation of Malignant Biliary Obstruction. Funded by Wilson-Cook Medical, Inc. (COOK #5)
    Total funded $5,000.

Co-Investigator                          06/2001 - 05/2003                    Percent effort: 1
Performance Evaluation of the Given Diagnostic Imaging System for GI Bleeding of Obscure Origin. Funded by Given Imaging Ltd. (GIVEN #1)
    Total funded $25,000.

Principal Investigator                    10/1999 - 09/2000                    Percent effort: 2
A Prospective Randomized Controlled Trial of Endocscopic Steroid Injection Therapy for Recurrent Peptic Esophageal Strictures. Funded by Astra Zeneca Pharmaceuticals. (ASTRA 27)
    Total funded $20,000.


**MAYO IRB PROTOCOLS-see notes where will this fall**

**Completed**

Co-Investigator                          7/2005 - 12/2014                     Percent effort: 0
MAY03-1-03, "Randomized, Phase II Trial of Atorvastatin, RAFTILOSE Synergy 1, and Sulindac Among Patients at Increased Risk for Sporadic Colorectal Neoplasia". NCI Division of Cancer Prevention. (1395-05)
    Total funded $0.

Co-Investigator                          12/2011 - 11/2014                    Percent effort: 0
Functional Outcomes and Quality of life associated with Cricopharyngeal Myotomy for Cricopharyngeal Bar or Zenker's Diverticulum: A Prospective Study. No funding requested. (11-007600)
    Total funded $0.

Principal Investigator                    10/2011 - 9/2014                     Percent effort: 0
A Reassessment of the Learning curve for Precut Biliary Sphincterotomy. No funding. (11-006694)
    Total funded $0.

Principal Investigator                    10/2012 - 9/2014                         Percent effort: 0
Long Term Success of the Over-the-Scope (OVESCO) Endoscopic Clip. No funding is needed. (12-007983)
        Total funded $0.

Principal Investigator                    8/2012 - 8/2014                         Percent effort: 0
Endoscopic Findings in Patients Undergoing Percutaneous Gastrostomy. No specific Mayo funds. (12-006570)
        Total funded $0.

Principal Investigator                    10/2008 - 8/2014                         Percent effort: 0
Cholangioscopy using Narrow Band Imaging (NBI) in Patients with Primary Sclerosing Cholangitis (PSC) Undergoing Endoscopic Retrograde Cholangiopancreatogram (ERCP). (08-006221)
        Total funded $0.

Co-Investigator                           10/2010 - 8/2014                         Percent effort: 0
Management of gastric variceal hemorrhage using 2-Octyl-cyanoacrylate (Dermabond). no funding. (10-006437)
        Total funded $0.

Co-Investigator                           8/2011 - 7/2014                          Percent effort: 0
Comparison of Wallstent and Wallflex Enteral Stents for Palliation of Gastroduodenal and Colonic Obstruction. chart review no funds needed. (11-005416)
        Total funded $0.

Co-Investigator                           6/2013 - 6/2014                          Percent effort: 0
Magnetic Resonance Cholangiographic Characteristics of Polysomy in Primary Sclerosing Cholangitis and Radiographic Features Associated with the Development of Polysomy and Cholangiocarcinoma. none required. (13-004372)
        Total funded $0.

Principal Investigator                    7/2011 - 6/2014                          Percent effort: 0
Prospective evaluation of luminal patency of a prototype 16 French plastic biliary stent in the palliation of malignant distal biliary strictures. Olympus America (scope to deploy stents provided). (11-003154)
        Total funded $0.

Principal Investigator                    6/2013 - 6/2014                          Percent effort: 0
use of an over-the-scope clip device to prevent migration of covered self-expandable metal stents. no funds necessary. (13-004016)
        Total funded $0.

Co-Investigator                           5/2012 - 4/2014                          Percent effort: 0
Characterization and treatment of airway-esophageal fistula. No funding will be utilized. (12-003871)
        Total funded $0.

Principal Investigator                    2/2013 - 2/2014                          Percent effort: 0
The learning curve of endoscopic cricopharyngeal myotomy for treating a Zenker diverticulum. No funding needed for this retrospective study. (12-009712)
        Total funded $0.

Co-Investigator                           3/2010 - 2/2014                          Percent effort: 0
Long-term follow-up of pancreatic fluid collections. Divisional development funds. (10-000487)
        Total funded $0.

Principal Investigator                    2/2013 - 2/2014                    Percent effort: 0
Rule of three in esophageal dilation. no funding required for this retrospective chart review. (12-009643)
        Total funded $0.

Principal Investigator                    1/2013 - 1/2014                    Percent effort: 0
Positive Fecal Occult Blood Test (FOBT) as an indication for endoscopy in the inpatient setting. No funds.
(12-010049)
        Total funded $0.

Co-Investigator                           8/2002 - 1/2014                    Percent effort: 0
"Mapping of Susceptibility Genes in Chronic Cholestatic Liver Diseases". NIDDK. (670-02)
        Total funded $0.

Principal Investigator                    12/2012 - 12/2013                  Percent effort: 0
Long-term outcome of stent-in-stent technique for removal of embedded esophageal self-expanding
metal stents. No funding required for retrospective study. (12-009805)
        Total funded $0.

Principal Investigator                    12/2012 - 12/2013                  Percent effort: 0
The success rate of dilations in total esophageal obstruction. No funding required for this retrospective
chart review. (12-009649)
        Total funded $0.

Principal Investigator                    12/2012 - 11/2013                  Percent effort: 0
Single-Session ERCP utilizing PATENT technique: A Case Series in Patients with Previous Roux-en-Y
Gastric Bypass. no funds needed. (12-009740)
        Total funded $0.

Co-Investigator                           10/2012 - 8/2013                   Percent effort: 0
The Overstitch Endoscopic Suturing System: Review of Clinical Outcomes. no funding required for this
chart review study. (12-008099)
        Total funded $0.

Principal Investigator                    9/2012 - 8/2013                    Percent effort: 0
Self-Expanding Metal Stents for Palliation of Hilar Biliary Obstruction. No funding needed. (12-007547)
        Total funded $0.

Co-Investigator                           9/2011 - 7/2013                    Percent effort: 0
Tracheo-esophageal fistula in patients with esophageal stents. GIH divisional funds awarded to Dr.
Topazian. (11-005657)
        Total funded $0.

Principal Investigator                    7/2012 - 7/2013                    Percent effort: 0
Utility of Third Endoscopy in Non Variceal Upper GI bleeding. No funds. (12-005287)
        Total funded $0.

Co-Investigator                           9/2009 - 6/2013                    Percent effort: 0
Endoscopic ethanol ablation of communicating pancreatic cystic neoplasms. GI divisional funds. (09-
004705)
        Total funded $0.

Principal Investigator                    7/2012 - 5/2013                    Percent effort: 0
Endoscopic balloon dilation to facilitate treatment of intraductal extension of ampullary adenomas. No
funds. (12-005503)
        Total funded $0.

Co-Investigator                    7/2009 - 4/2013                    Percent effort: 0
An Open Label Pilot Trial of Erlotinib (Tarceva) in Primary Sclerosing Cholangitis with Trisomy 7 or Polysomy. Genentech (support: only providing the drug. Please, see attached Genentech approval letter in section 12.4) and Drug will be provided by the company free of charge. The follow up appointments and the obtained tests are part of the regular standard of care for these patients. Therefore, no additional costs will be generated. (09-000516)
        Total funded $0.

Co-Investigator                    7/2009 - 1/2013                    Percent effort: 0
Feasibility of translumenal endoscopic omental patch closure of perforated viscus. Society of American Gastrointestinal and Endoscopic Surgeons and NOSCAR and Department of Surgery discretionary funds. (08-008389)
        Total funded $0.

Co-Investigator                    6/2004 - 12/2012                   Percent effort: 0
"Prospective Study of Clinical and Radilogic Features and Outcomes of Patients with Acute Pancreatitis". (1255-04)
        Total funded $0.

Co-Investigator                    1/2008 - 10/2012                   Percent effort: 0
Study of Nutrition in Acute Pancreatitis (SNAP). NIH. (07-007540)
        Total Funded $0.

Co-Investigator                    10/2011 - 9/2012                   Percent effort: 0
Endoscopic management of childhood pancreatic injuries. Department of Surgery SEAP funds. (11-005420)
        Total Funded $0.

Principal Investigator             6/2011 - 4/2012                    Percent effort: 0
Cannulation Success and Complications When Performing Precut Sphincterotomy Using a Needle-Knife Converted from a Standard Biliary Sphincterotome. no funds. (11-003580)
        Total Funded $0.

Principal Investigator             3/2010 - 4/2012                    Percent effort: 0
Treatment of benign Biliary strictures with temporary placement of fully covered self-expandable metal stents (SEMS). Volunteer research/ no mayo funding. (10-001894)
        Total Funded $0.

Co-Investigator                    1/2010 - 11/2011                   Percent effort: 0
A Pilot Study to Assess the Feasibility of Double Balloon Enteroscopy as a Rescue Technique for Failed Direct Percutaneous Endoscopic Jejunostomy Tube Placement. Fujinon. (09-008410)
        Total Funded $0.

Co-Investigator                    10/2007 - 7/2011                   Percent effort: 0
Alimaxx Stents For Benign Gastro Esophageal Disorders. (07-006791)
        Total Funded $0.

Co-Principal Investigator          5/2009 - 4/2011                    Percent effort: 0
Efficacy of Endoscopic Retrograde Cholangio-pancreatography (ERCP) in Treatment of Bile Leak following Hepatectomy in Polycystic Liver Disease. no Mayo funds as chart review only. (09-003019)
        Total Funded $0.

Principal Investigator              4/2010 - 3/2011              Percent effort: 0
Large diameter therapeutic channel duodenoscope to facilitate simultaneous deployment of Side-by-Side
Self Expandable Metal Stents (SEMS) in Hilar Cholangiocarcinoma (CC): Volunteer work/ no Mayo
funding. (10-001897)
        Total Funded $0.

Principal Investigator              3/2010 - 2/2011              Percent effort: 0
Bedside ERCP in the Intensive Care Unit (ICU). there is no mayo funding. (09-008241)
        Total Funded $0.

Co-Principal Investigator           3/2009 - 2/2011              Percent effort: 0
Flexible Endoscopic Management of Zenker's Diverticulum. No funding necessary. (09-001248)
        Total Funded $0.

Principal Investigator              1/2010 - 1/2011              Percent effort: 0
Laparoscopic-Assisted ERCP in post Gastric bypass surgery patients. N/A and N/A and not needed. (09-
008826)
        Total Funded $0.

Co-Investigator                     3/2007 - 12/2010             Percent effort: 0
Proteomic analysis of biliary markers for cholangiocarcinoma - marker discovery for distinguishing benign
and malignant strictures. NIDDK. (07-001871)
        Total Funded $0.

Principal Investigator              10/2009 - 10/2010            Percent effort: 0
Rate of endoscopic clip retention. not necessary. chart review. (09-006840)
        Total Funded $0.

Co-Investigator                     9/2004 - 10/2010             Percent effort: 0
"A Cross-Sectional Study of the Correlation Between CRP, Orosomucoid, Interleukin-6 (IL-6), Fecal
Lactoferrin and Fecal Calprotectin in Patients with Active Crohn's Disease". Celltech. (1893-04)
        Total Funded $0.

Principal Investigator              8/2009 - 8/2010              Percent effort: 0
Use of Single Balloon Enteroscopy for Management of Pancreaticobiliary Disorders. This research will be
done without funding. (09-005677)
        Total Funded $0.

Co-Investigator                     7/2008 - 6/2010              Percent effort: 0
Long-term results of treatment of bile duct injuries following laparoscopic cholecystectomy. (08-003968)
        Total Funded $0.

Principal Investigator              12/2003 - 1/2010             Percent effort: 0
"A Randomized Trial Comparing the Uncovered to the Covered Wallstent in the Palliation of Malignant
Bile Duct Strictures". (1904-03)
        Total Funded $0.

Co-Investigator                     11/2002 - 11/2009            Percent effort: 0
"A Prospective Trial of Methylene Blue in Barrett's Esophagus". (2114-02)
        Total Funded $0.

Co-Investigator                     1/2006 - 11/2009             Percent effort: 0
"Detection of Obscure GI Bleeding: Prospective Comparison of Timed Multiphase 64-Channel
Enterography and Wireless Capsule Endoscopy". (9-06)
        Total Funded $0.

Co-Principal Investigator          11/2008 - 10/2009          Percent effort: 0
Is repeat ERCP necessary after effective stenting for post cholecystectomy bile leaks?. (08-007190)
    Total Funded $0.

Principal Investigator          1/2006 - 10/2009          Percent effort: 0
"Use of Expandable Metal Stents in the Colon: A Retrospective Single Institution Experience". (61-06)
    Total Funded $0.

Co-Investigator          10/2007 - 9/2009          Percent effort: 0
In malnourished patients with cancer of the esophagus, what are the complication rates of different types of feeding tubes placed prior to initiation of neoadjuvant chemoradiation therapy?. (07-006784)
    Total Funded $0.

Co-Principal Investigator          11/2006 - 8/2009          Percent effort: 0
Long term outcomes in palliative esophageal stenting. (06-006470)
    Total Funded $0.

Co-Investigator          12/2005 - 7/2009          Percent effort: 0
"Prospective Randomized Study of Cryotherapy Versus Argon Plasma Coagulation Therapy for Treatment Of Watermelon Stomach". (2261-05)
    Total Funded $0.

Principal Investigator          8/2007 - 7/2009          Percent effort: 0
Multicenter U.S. Experience with Endoscopic Necrosectomy. (07-005789)
    Total Funded $0.

Co-Investigator          6/2006 - 5/2009          Percent effort: 0
Predictors of Malignancy in Ampullary Neoplasms. (06-004003)
    Total Funded $0.

Principal Investigator          9/2005 - 2/2009          Percent effort: 0
"A Randomized Trial of Pancreatic Duct Stents to Prevent Acute Post Endoscopic Retrograde Pancreatography Pancreatitis". (1744-05)
    Total Funded $0.

Co-Investigator          3/2007 - 2/2009          Percent effort: 0
A Multi-Center, Single Arm, Prospective Safety and Effectiveness Study of the WallFlex™ Biliary Fully-covered Stent for the Palliative Treatment of Malignant Bile Duct Obstruction. Boston Scientific Corporation. (06-006857)
    Total Funded $0.

Co-Investigator          12/2003 - 10/2008          Percent effort: 0
"Diagnostic Accuracy of Capsule Endoscopy in Small Bowel Crohn's Disease". (2018-03)
    Total Funded $0.

Co-Investigator          10/2007 - 9/2008          Percent effort: 0
Does the presence of an endoscopic biliary sphincterotomy reduce the risk of post ERCP complications in patients with Primary Sclerosing Cholangitis?. (07-006496)
    Total Funded $0.

Co-Investigator          10/2006 - 7/2008          Percent effort: 0
CT and MR evaluation of pancreatic fluid collections. (06-005610)
    Total Funded $0.

Co-Investigator          11/2007 - 6/2008          Percent effort: 0
Management of choledocholithiasis in patients after Roux-en-Y Gastric Bypass. (07-006756)

Total Funded $0.

Principal Investigator              5/2006 - 4/2008              Percent effort: 0
Outcome following embolization for the treatment of post-endoscopic pancreaticobiliary sphincterotomy
bleeding. (06-003194)
       Total Funded $0.

Principal Investigator              5/2004 - 4/2008              Percent effort: 0
"A Prospective, Controlled, Multi-Center Trial of the Flexxus Endoscopic Biliary Stent Patency". (913-04)
       Total Funded $0.

Principal Investigator              2/2007 - 4/2008              Percent effort: 0
Endoscopic transpapillary gallbladder drainage in patients with acute cholecystitis: Mayo Clinic
Experience. (06-006666)
       Total Funded $0.

Principal Investigator              6/2006 - 3/2008              Percent effort: 0
A retrospective study of the risk of recurrent acute pancreatitis during the six week waiting period for
cholecystectomy after acute gallstone pancreatitis. (06-002751)
       Total Funded $0.

Co-Investigator              4/2005 - 2/2008              Percent effort: 0
"Pancreatic Stent Placement for Prophylaxis of Post-ERCP Pancreatitis: Performance Characteristic Data
from a Single Center". (812-05)
       Total Funded $0.

Co-Investigator              3/2006 - 2/2008              Percent effort: 0
CLINICAL COURSE AND OUTCOMES OF SEVERE ACUTE PANCREATITIS RELATED TO
DISCONECTED/DISRUPTED PANCRETIC DUCT SYNDROME. (06-002722)
       Total Funded $0.

Principal Investigator              2/2007 - 1/2008              Percent effort: 0
Supine position as safe and effective as prone position for endoscopic retrograde cholangio-
pancreatograpy. (07-000955)
       Total Funded $0.

Co-Investigator              12/2006 - 10/2007              Percent effort: 0
Evaluation of the PillCam TM Colon Capsule Endoscopy (PCCE) in the visualization of the colon. Given
Imaging. (06-003887)
       Total Funded $0.

Principal Investigator              11/2006 - 10/2007              Percent effort: 0
Is large balloon dilation after biliary sphincteromy a safe method to remove large bile duct stones? (06-
006299)
       Total Funded $0.

Principal Investigator              11/2004 - 10/2007              Percent effort: 0
"Use of Intra-Operative Pancreatic Duct Stent for Prevention of Pancreatic Duct Leak After Distal
Pancreatectomy: A Randomized Controlled Trial". (1250-04)
       Total Funded $0.

Co-Investigator              5/2002 - 10/2007              Percent effort: 0
"Severe Acute Pancreatitis: Clinical Outcomes and Natural History". (969-02)
       Total Funded $0.

Co-Investigator                    3/2005 - 10/2007                    Percent effort: 0
"Perforation as a Complication of ERCP". (510-05)
    Total Funded $0.

Co-Investigator                    2/2006 - 10/2007                    Percent effort: 0
An Evaluation of Symptom Control Using Percutaneous Endoscopic Gastrostomy Tube Decompression
for Bowel Obstruction from Gynecologic Cancers. (06-002091)
    Total Funded $0.

Principal Investigator             11/2004 - 9/2007                    Percent effort: 0
"Percutaneous Transpancreatic Therapy for Treatment of Complicated Pancreatic Duct Strictures". (2441-04)
    Total Funded $0.

Principal Investigator             10/2004 - 9/2007                    Percent effort: 0
"Safety of Endoscopic Placement of Large-Bore Biliary Stents without Biliary Sphincterotomy". (2127-04)
    Total Funded $0.

Co-Investigator                    2/2001 - 9/2007                     Percent effort: 0
"Expression of hGRB in Ulcerative Colitis Patients who are Refractory to Corticosteroids Compared to
Patients who are Steroid Responsive". (215-01)
    Total Funded $0.

Principal Investigator             11/2005 - 8/2007                    Percent effort: 0
"Predictive Conscious Sedation Dosage Model for Endoscopic Retrograde Cholangiopancreatography
(ERCP) and Endoscopic Ultrasound (EUS)". (2356-05)
    Total Funded $0.

Principal Investigator             9/2005 - 7/2007                     Percent effort: 0
"Endoscopic Therapy for Organized Pancreatic Necrosis". (1823-05)
    Total Funded $0.

Co-Principal Investigator          3/2006 - 7/2007                     Percent effort: 0
Predictors of Complications following Endoscopic Ampullectomy. (06-002217)
    Total Funded $0.

Principal Investigator             8/2004 - 6/2007                     Percent effort: 0
"Colorectal Stenting with a New Specially Designed Self-Expandable Metallic Stent (Ultraflex-Precision)".
(1631-04)
    Total Funded $0.

Co-Principal Investigator          6/2006 - 6/2007                     Percent effort: 0
Transmural Entry into Pancreatic Fluid Collections Using a Dedicated Aspiration Needle Without
Endoscopic Ultrasound Guidance: Success and Complication Rates. (06-003982)
    Total Funded $0.

Principal Investigator             3/2005 - 3/2007                     Percent effort: 0
"Electroincision of Anastomotic Esophageal Strictures". (455-05)
    Total Funded $0.

Principal Investigator             2/2006 - 1/2007                     Percent effort: 0
"Analysis of Skill Acquisition During Advanced Endoscopy Fellowship". (220-06)
    Total Funded $0.

Principal Investigator                11/2005 - 11/2006                Percent effort: 0
Clinical Evaluation of the PolyFlex Stent for the Treatment of Benign Refractory Esophageal Strictures. (2191-05)
        Total Funded $0.

Principal Investigator                4/2004 - 11/2006                Percent effort: 0
A Comparison Between Endoscopic, Surgical and Radiological Treatment for Pancreatic Pseudocysts from One Institution. (948-04)
        Total Funded $0.

Co-Investigator                10/2004 - 10/2006                Percent effort: 0
Pediatric ERCP a 5 Year Single Center Experience. (2252-04)
        Total Funded $0.

Co-Investigator                11/2005 - 9/2006                Percent effort: 0
Hydraulic ERCP catheter and accessory exchange using a short hydrophilic guidewire. (05-004229)
        Total Funded $0.

Principal Investigator                9/2005 - 9/2006                Percent effort: 0
A Multi-Site, Single Arm, Prospective Safety and Effectiveness Study of the Wallflex Enteral Duodenal Stent for the Palliative Treatment of Malignant Gastroduodenal Obstructions. (1781-05)
        Total Funded $0.

Co-Investigator                2/2004 - 9/2006                Percent effort: 0
A Retrospective Review on the Use of the Polyflex Stent for GI Strictures at our Institution. (273-04)
        Total Funded $0.

Co-Investigator                10/2004 - 8/2006                Percent effort: 0
A Randomized, Controlled Pilot Clinical Trial of Full Diagnostic Evaluation Versus C-Reactive Protein Directed Management Without Further Diagnostic Testing in Patients With Active Crohn's Disease. (2132-04)
        Total Funded $0.

Principal Investigator                8/2005 - 8/2006                Percent effort: 0
Insertion and Removal of Covered Expandable Metal Stents for Closure of Complex Biliary Leaks. (1742-05)
        Total Funded $0.

Principal Investigator                8/2005 - 8/2006                Percent effort: 0
Intraductal Papillary Mucinous Neoplasms of the Biliary Tract. (1743-05)
        Total Funded $0.

Co-Investigator                5/2005 - 5/2006                Percent effort: 0
Endoscopic Retrograde Cholangiopancreatography in Patients with Pancreaticoduodenectomy. (1027-05)
        Total Funded $0.

Co-Investigator                4/2004 - 4/2006                Percent effort: 0
A Randomized, Prospective Controlled Study of Enteryx for the Treatment of Gastroesophigeal Reflux Disease. (14-04)
        Total Funded $0.

Co-Investigator                3/2005 - 3/2006                Percent effort: 0
Randomized, Sham-Controlled Clinical Trial of the Plicator(TM) for the Treatment of Symptomatic Gastroesophageal Reflux Disease. (514-05)
        Total Funded $0.

Co-Investigator                    3/2005 - 2/2006                    Percent effort: 0
Impact of Withdrawal Speed and Endoscopist Experience Level on Neoplasia Yield: Implications for Optimal Colonoscopy Withdrawal Time. (443-05)
        Total Funded $0.

Co-Investigator                    11/2004 - 11/2005                  Percent effort: 0
ERCP in Post Liver Transplant Population with Roux-en-Y Biliary Reconstruction: Six Year Experience of a Single Institute. (2556-04)
        Total Funded $0.

Principal Investigator             10/2003 - 11/2005                  Percent effort: 0
Effectiveness of the V-Endoscope. (2051-03)
        Total Funded $0.

Co-Investigator                    10/2002 - 9/2005                   Percent effort: 0
Comparative Study of Percutaneous Jejunostomy Feeding Tubes to Percutaneous Gastrostomy Tubes with Jejunal Extension. (1483-01)
        Total Funded $0.

Principal Investigator             9/2004 - 9/2005                    Percent effort: 0
Retrospective Review of Complications After Removal of Direct Percutaneous Endoscopic Jejunostomy. (2034-04)
        Total Funded $0.

Principal Investigator             8/2004 - 8/2005                    Percent effort: 0
A Novel Approach to Brachytherapy in the Management of Cholangiocarcinoma. The Mayo Clinic Experience. (1610-04)
        Total Funded $0.

Principal Investigator             8/2004 - 8/2005                    Percent effort: 0
Pale Gray Mucosa in the Distal Esophagus: A Distinctive Endoscopic Feature of Eosinophilic Esophagitis. (1712-04)
        Total Funded $0.

Principal Investigator             8/2004 - 8/2005                    Percent effort: 0
The Impact of Cholecystectomy on Preventing Relapses in Patients with Idiopathic Acute Recurrent Pancreatis. (1675-04)
        Total Funded $0.

Co-Investigator                    6/2003 - 4/2005                    Percent effort: 0
Assessment of Patient Perception of Colonoscopy Preparation Adequacy. (1153-03)
        Total Funded $0.

Principal Investigator             4/2004 - 4/2005                    Percent effort: 0
Endoscopic Therapy for Acalculous Cholecystitis: A Case Series. (873-04)
        Total Funded $0.

Co-Investigator                    4/2004 - 4/2005                    Percent effort: 0
Capsule Endoscopy in Inflammatory Bowel Disease. (783-04)
        Total Funded $0.

Co-Investigator                    3/2004 - 3/2005                    Percent effort: 0
Factors Predicting Success of Endoscopic Variceal Ligation for Secondary Prophylaxis of Esophageal Variceal Bleeding. (724-04)
        Total Funded $0.

Co-Investigator              12/2002 - 1/2005          Percent effort: 0
"Multi-Site Monitoring Project for Antimicrobial Resistance Among Helicobacter Pylori Isolates in the United States" MCS047. (2409-02)
    Total Funded $0.


Co-Investigator              3/2002 - 1/2005           Percent effort: 0
Comparative Study of Two Percutaneous Gastrostomy Tube Placement Techniques. (251-02)
    Total Funded $0.


Co-Investigator              12/2003 - 12/2004         Percent effort: 0
Respiratory Complications of Esophageal Stents Placed for Palliation of Malignant Dysphagia: Retrospective Analysis of the Mayo Clinic Experience between 1998-2003. (2352-03)
    Total Funded $0.


Co-Investigator              12/2003 - 12/2004         Percent effort: 0
Comparison of Colonic Stents vs. Conventional Surgical Therapy for the Management of Colorectal Obstruction: Short and Long-Term Outcomes. (2443-03)
    Total Funded $0.


Principal Investigator       8/2003 - 8/2004           Percent effort: 0
Retrospective Comparison of Varying Pre-Cut Needle Knife Techniques. (1518-03)
    Total Funded $0.


Co-Investigator              8/2003 - 8/2004           Percent effort: 0
Helicobacter Species in Bile: Correlation with Hepatobiliary Diseases. (1422-03)
    Total Funded $0.


Principal Investigator       6/2002 - 3/2004           Percent effort: 0
The Mayo Clinic Expedrience with Direct Percutaneous Endoscopic Jejunostomy Tube Placement. (1117-02)
    Total Funded $0.


Principal Investigator       3/2002 - 2/2004           Percent effort: 0
Retrospective Comparison of Endoscopic and Surgical Drainage of Pancreatic Fluid Collections. (679-02)
    Total Funded $0.


Co-Investigator              2/2003 - 2/2004           Percent effort: 0
Strategies to Address Increased Demand for Colonoscopy: Guidelines in an Open Access Practice. (212-03)
    Total Funded $0.


Co-Investigator              12/2002 - 12/2003         Percent effort: 0
Variable Rigidity Colonoscopy: High Performance at High Cost?. (2273-02)
    Total Funded $0.


Co-Investigator              9/2002 - 9/2003           Percent effort: 0
Percutaneous Endoscopic Cecostomy: A Case Series. (1840-02)
    Total Funded $0.


Co-Investigator              8/2001 - 7/2003           Percent effort: 0
A Comparison of Direct Percutaneous Endoscopic Jejunostomy Versus Percutaneous Endoscopic Gastrostomy with Jejunal Extension for Jejunal Feeding. (1615-01)
    Total Funded $0.

Co-Investigator                       6/2002 - 6/2003                       Percent effort: 0
Mediastinal Lymphomatous Infiltration Resulting in Tracheobronchial Obstruction, Esophageal
Obstruction and Tracheoesophageal Fistula: Successful Palliation with Combined Airway and
Esophageal Stent Placement. (954-02)
    Total Funded $0.

Co-Investigator                       8/2000 - 5/2003                       Percent effort: 0
Comparison of Conventional Perfusion Manometry Catheter and Solid State Manometry Catheter in the
Measurement of Sphincter of Oddi Pressures. (1343-00)
    Total Funded $0.

Co-Investigator                       7/1998 - 5/2003                       Percent effort: 0
"A Phase III, Double-Blind, Multicenter, Randomized, Placebo-Controlled Study of the Effects of a
Somatostatin Analogue-Lanreotide-as an Adjuvant to Endoscopic Band Ligation of Patients with Acute
Bleeding from Esophageal Varices Second... (1312-97)
    Total Funded $0.

Co-Investigator                       5/2001 - 5/2003                       Percent effort: 0
A Comparison of 'Mini' Endoscopy with Standard Video Endoscopy in the Investigation of Esophageal
Symptoms. (944-01)
    Total Funded $0.

Principal Investigator                4/2002 - 4/2003                       Percent effort: 0
Successful Endoscopic Treatment of a Complete Transection of the Common Bile Duct After
Laparoscopic Cholecystectomy. (825-02)
    Total Funded $0.

Co-Investigator                       11/1999 - 3/2003                      Percent effort: 0
A Comparison of Direct Pecutaneous Endoscopic Jenjunostomy (PEJ) to Percutaneous Endoscopic
Gastrostomy with Jenunal Extension (PEG-PEJ). (1869-99)
    Total Funded $0.

Principal Investigator                9/1999 - 3/2003                       Percent effort: 0
A Prospective Randomized Trial of Photodynamic Therapy for the Palliation of Unresectable/Inoperable
Cholangiocarcinoma. (966-99)
    Total Funded $0.

Co-Investigator                       2/2000 - 3/2003                       Percent effort: 0
A Randomized Comparison of Electrical Generators for Endoscopic Sphincterotomy. (24-00)
    Total Funded $0.

Co-Investigator                       5/2000 - 2/2003                       Percent effort: 0
Distinguishing Benign and Malignant Strictures of the Biliary Tract: Ploidy Assessment by Digital Image
Analysis. (838-00)
    Total Funded $0.

Principal Investigator                2/2002 - 2/2003                       Percent effort: 0
Multi-Center Retrospective Chart Review of the WALLSTENT Enteral Endoprosheses for the Palliation of
Malignant Gastric Outlet Obstruction. (430-02)
    Total Funded $0.

Co-Investigator                       2/2002 - 2/2003                       Percent effort: 0
Pancreatitis Recurrence After Empiric Cholecystectomy. (190-02)
    Total Funded $0.

Principal Investigator                    11/2000 - 1/2003                    Percent effort: 0
Chemoembolization of an Intraductular Hepatocellular Carcinoma for Resolution of Obstructive Jaundice. (1947-00)
        Total Funded $0.

Principal Investigator                    9/2001 - 1/2003                     Percent effort: 0
Modification of Standard Percutaneous Endoscopic Gastrostomy Tube Placement. A Pilot Study. (1485-01)
        Total Funded $0.

Co-Investigator                           3/2000 - 1/2003                     Percent effort: 0
Management of Periampullary Adenoma in Familial Adenomatous Polyposis Syndrome - A Prospective Study Comparing Endoscopy with Surgery. (32-00)
        Total Funded $0.

Co-Investigator                           3/1999 - 1/2003                     Percent effort: 0
Intestinal Metaplasia of the Gastric Cardia: Detection by High Resolution Chromoscopy. (193-99)
        Total Funded $0.

Principal Investigator                    2/2001 - 1/2003                     Percent effort: 0
Intraductal Papillary Mucinous Duct Ectasia (IPMT) Resulting in Necrotizing Pancreatitis and Pancreatic Pseudocyst. (289-01)
        Total Funded $0.

Principal Investigator                    2/2001 - 1/2003                     Percent effort: 0
Multicenter Open-Label Prospective Study of the Wilson-Cook ZA Stent for Palliation of Malignant Biliary Obstruction. (1768-00)
        Total Funded $0.

Co-Investigator                           11/2000 - 11/2002                   Percent effort: 0
Endoscopic Removal of Biliary Wallstents. (2116-00)
        Total Funded $0.

Co-Investigator                           11/2000 - 9/2002                    Percent effort: 0
"Investigation of Pain Patterns and Markers for Pain in Patients with Chronic Pancreatitis: a Randomized, Double Blind, Placebo Controlled Trial of Endoscopic Ultrasound-Guided Celiac Block in the Treatment of Abdominal Pain Secondary to Ch. (1970-99)
        Total Funded $0.

Co-Investigator                           10/2000 - 9/2002                    Percent effort: 0
Transgastrostomy Jejunoscpoy in Placement of Single Piece of Transgastric Jejunal Feeding Tubes. (1772-00)
        Total Funded $0.

Principal Investigator                    9/2001 -09/2002                     Percent effort: 0
Long Term Follow-Up of Esophageal Food Impactions. (1741-01)
        Total Funded $0.

Principal Investigator                    9/2001 - 9/2002                     Percent effort: 0
Neostigmine for the Treatment of Colonic Pseudoobstruction: The Mayo Clinic Experience. (1839-01)
        Total Funded $0.

Co-Investigator                           11/2000 - 8/2002                    Percent effort: 0
Multi-Stent Deployment in a Man with Acute Large Bowl Obstruction. (1957-00)
        Total Funded $0.

Principal Investigator            9/2000 - 8/2002             Percent effort: 0
Appropriate Use of Prohplactic Antibiotics for ERCP (Endoscopic Retrograde Cholangiopancreatography) in an Open Access Endoscopy System. (1643-00)
      Total Funded $0.

Co-Investigator                   9/2000 - 8/2002             Percent effort: 0
Complications of Urgent and Emergent Endoscopy as a Function of Time of Day. (1515-00)
      Total Funded $0.

Co-Investigator                   9/2000 - 8/2002             Percent effort: 0
Complications of Urgent and Emergent Endoscopy as a Function of Single or Multi-Modality Therapy for GI Bleeding. (1516-00)
      Total Funded $0.

Co-Investigator                   9/2000 - 8/2002             Percent effort: 0
Case Report: A 28-year-old Female with Rectal Cancer who Underwent Colonic Stenting and EUS Assisted Staging. (1682-00)
      Total Funded $0.

Co-Investigator                   7/2001 - 7/2002             Percent effort: 0
Needle-Knife Sphincterotomy: Results and Immediate Complications. (1466-01)
      Total Funded $0.

Co-Investigator                   6/2000 - 6/2002             Percent effort: 0
Detection of Cholangiocarcinoma by Fluorescence in Situ Hybridization (FISH) in Bile Samples. (1035-00)
      Total Funded $0.

Co-Investigator                   8/2000 - 5/2002             Percent effort: 0
An Assessment of Glucagon in Esophageal Food Impaction. (1392-00)
      Total Funded $0.

Co-Investigator                   2/2000 - 12/2001            Percent effort: 0
EUS Guided Transduodenal Drainage of a Pancreatic Pseudocyst with a Therapeutic Echoendoscope. (193-00)
      Total funded $0.

Principal Investigator            10/1999 - 11/2001           Percent effort: 0
Endoscopic Ultrasound Guided Transesophageal Drainage of a Pancreatic Pseudocyst in a Single Patient. (1756-99)
      Total funded $0.

Co-Investigator                   11/1999 - 10/2001           Percent Effort: 0
Evaluation of Biliary Tract Strictures with Digital Image Analysis. (1714-99)
      Total Funded $0

Co-Investigator                   12/1997 - 9/2001            Percent Effort: 0
Endoscopic Identification and Quantification of Aberrant Crypt Foci. (1677-97)
      Total funded $0.

## Professional Service

**Institutional/Departmental Administrative Responsibilities, Committee Memberships and Other Activities**

   **Mayo Clinic in Rochester**

          Mayo Clinic Rochester Committees

Mayo Clinic Rochester Surgical Committee
Member                                                1/2010 - Present

Division of Gastroenterology and Hepatology
Administrative Committee
Member                                                1/2008 – Present

Social Committee Member                               1/2003 - 11/2006
Member                                                1/2001 - 1/2002
Research Committee Member                             1/2000

**Journal Responsibilities**
**Journal Editorial Responsibilities**
Clinical Gastroenterology and Hepatology, Editorial Board Member    10/2013 - 10/2016
Colorectal Surgery, Editorial Reviewer, United Kingdom              2012-Present
Endoscopy, Editorial Reviewer                                      2012-Present
Gastrointestinal Intervention, Co-Editor-in-Chief                  2012-Present
Video Journal & Encyclopedia of GI Endoscopy, Section Editor, Germany  2012-Present
British Journal of Surgery, Editorial Reviewer                     2010-Present
American Journal of Gastroenterology, Associate Editor             6/2006 - Present
Gastrointestinal Endoscopy, Journal CME Editor                     1/2005 - Present
World Journal of Gastroenterology, Editorial Board Member          11/2004 – Present
American Journal of Gastroenterology, Editorial Board Member       1/2004 - Present
Gastrointestinal Endoscopy Chair, Editorial Board                  2009-2013
Gastrointestinal Endoscopy, Editorial Board Member                 5/2009 - 5/2013
WebEndoscopy, Editor-in-Chief                                      2012
Gastrointestinal Endoscopy Clinics of North America,               7/2011
    Guest Editor, Philadelphia, Pennsylvania, Pancreaticobiliary and
    Luminal Stents
American Journal of Transplantation, Editorial Reviewer            2010
Techniques in Gastrointestinal Endoscopy, Guest Editor             4/2001
Advances in Gastroenterology, Hepatology and Clinical              1/1995 – 1/1998
    Nutrition—ERCP, Section Editor

**Journal Other Responsibilities**
Mayo Clinic Proceedings, Gastroenterology Section Editor           2012 – Present
Annals of Medical and Health Sciences Research, Scientific Reviewer  2012 – Present
Annals of Surgery, Scientific Reviewer                             2012 - Present
Scandinavian Journal of Gastroenterology, Scientific Reviewer      2010 - Present
Surgery, Scientific Reviewer                                       2010 - Present
New England Journal of Medicine, Scientific Reviewer               8/2007 - Present
Pancreatology, Scientific Reviewer                                 1/2004-Present
Digestive and Liver Disease, Scientific Reviewer                   1/2001 - Present
Endoscopy, Scientific Reviewer                                     2000 – Present
Gastroenterology, Scientific Reviewer                              1999 – Present
The Lancet, Scientific Journal Reviewer                            1999 – Present
Digestive Disease and Science, Scientific Reviewer                 1998 – Present
American Journal of Medicine, Scientific Reviewer                  1/1990 – Present
Diagnostic Cytopathology, Scientific Reviewer                      8/2013
International Hepato-Pancreato-Biliary Association, Scientific Reviewer  8/2013
Pancreas, Reviewer                                                 8/2013
Journal of Parenteral and Enteral Nutrition, Reviewer              2013
World Journal of Surgery, Reviewer                                 2013
British Medical Journal Open, Reviewer                             2013
Gastrointestinal Endoscopy, Editorial Board, Committee Chair       5/2009 - 5/2013
Journal of Thoracic Oncology, Scientific Reviewer                  9/2012

| | |
|---|---|
| International Journal of Surgery, Reviewer | 8/2012 |
| Surgery, Reviewer | 8/2012 |
| Digestive and Liver Disease, Reviewer | 8/2012 |
| Gastroenterology Research and Practice, Reviewer | 8/2012 |
| Clinics and Research in Hepatology and Gastroenterology, Scientific Reviewer | 2012 |
| Liver Transplantation, Peer Reviewer | 2012 |
| European Journal of Gastroenterology and Hepatology, Scientific Reviewer | 2011 |
| Hepatology, Scientific Reviewer | 1/2011 |
| Liver Transplantation, Scientific Reviewer | 2010 |
| Nature Reviews Gastroenterology and Hepatology, Scientific Journal | 2010 |
| Clinical Gastroenterology and Hepatology, Editorial Review Board, Reviewer | 1/2002 - 5/2007 |
| European Journal of Surgical Oncology, Scientific Reviewer | 5/2006 |
| Diseases of the Esophagus, Scientific Reviewer | 1/2006 - 12/2006 |
| Nature Clinical Practice Gastroenterology and Hepatology, Scientific Reviewer | 01/2004 |
| Faculty of 1000 - Endoscopy Section, Faculty Member | 1/2004 |
| Diseases of the Colon and Rectum, Scientific Reviewer | 1/2004 - 12/2004 |
| Diseases of the Esophagus, Scientific Reviewer | 1/2004 - 12/2004 |
| Gastrointestinal Endoscopy, Editorial Review Board, Reviewer | 1/1999 - 12/2004 |
| American Journal of Gastroenterology, Scientific Reviewer | 1/1998 - 1/2004 |
| Liver Transplantation, Scientific Reviewer | 1/2003 |
| Liver Transplantation, Scientific Reviewer | 1/2001 |
| European Journal of Gastroenterology and Hepatology, Scientific Reviewer | 1/2001 |
| Southern Medical Journal, Scientific Reviewer | 1/2001 |
| Southern Medical Journal, Scientific Reviewer | 1/1999 |
| Mayo Clinic Proceedings, Scientific Reviewer | 1/1998 - 1/1999 |
| Gastrointestinal Endoscopy, Scientific Reviewer | 1/1995 - 1/1999 |
| Advances in Gastroenterology, Hepatology and Clinical Nutrition, Scientific Reviewer | 1/1995 - 12/1998 |
| Digestive Disease and Science, Scientific Reviewer | 1994 |
| Southern Medical Journal, Scientific Reviewer | 1/1994 - 12/1994 |
| Gastrointestinal Endoscopy, Scientific Reviewer | 1993 |
| The American Journal of the Medical Sciences, Scientific Reviewer | 1/1993 - 12/1993 |

## Professional & Community Memberships, Societies and Services

**Professional Memberships & Services**

**American College of Gastroenterology**

| | |
|---|---|
| Member | 1/1990 - Present |
| Ad Hoc Committee on Practice Parameters Member | 1/1994 – 12/1995 |

**American College of Physicians**

| | |
|---|---|
| Fellow | 1/1996 - Present |
| Member | 1/1986 - Present |

**American Gastroenterological Association**

| | |
|---|---|
| Member | 1/1990 - Present |

**American Society for Gastrointestinal Endoscopy**

| | |
|---|---|
| Member | 1/1990 - Present |
| Strategy Planning Advisory Group Core Group Member | 5/2006 – Present |
| Publications Committee Member | 5/2009 - 05/2012 |

| Quality Assurance Task Force Member | 5/2004 - 5/2009 |
| Standards of Practice Committee Chair | 5/2005 - 5/2008 |
| Member | 5/2001 - 5/2008 |
| | |
| Standards of Practice Committee Vice Chair | 5/2004 - 5/2005 |
| Scientific Program Committee ERCP-1 Section Chair | 5/2003 - 5/2005 |
| Member | 5/2002 - 5/2005 |
| Budget and Financial Planning Committee Member | 5/1999 -05/2002 |
| Constitution and Bylaws Committee Member | 5/1997 - 5/1998 |

**Gastroenterology Associations**

| World Endoscopy Organization Committee Member | 2013 - Present |
| Gastroenterology Associations Member | 2011 - 2012 |
| Society of American Gastrointestinal and Endoscopic Surgeons Member | 10/2006 - 2009 |

**Society of Gastrointesitnal Intervention**

| Editorial Committee Chairman | 1/2007 - Present |

**UAB Medical Center**

| Intern Selection Committee, Internal Medicine Member | 1/1993 - 12/1998 |
| Clinical Competence Committee, Internal Medicine Member | 1/1993 - 12/1998 |
| UAB Medical Center Member | 1/1993 - 12/1998 |
| Department of Medicine Clinical Practice Committee Member | 1/1995 - 12/1997 |
| Patient assessment committee for 1997 JCAHO visit Member | 1/1996 - 12/1996 |
| Update in Clinical Medicine, Alabama Public Television Member | 1/1993 - 12/1993 |
| Birmingham VA Medical Center Member | 1/1980-12/1990 |
| Admissions/Bed Control Medicine Service Member | 1/1980-12/1990 |
| Caradiac Intensive Care Unit Committee Member | 1/1980-12/1990 |
| Morbidity and Mortality (QA) Committee Member | 1/1980-12/1990 |
| Pharmacology and Therapeutic Committee Member | 1/1980-12/1990 |

**Community Memberships & Services**

| Big Brothers and Big Sisters of America Member | 1/1981 - 12/1983 |

# EXHIBIT B

## A. Hill Medical Records

1. Advanced Digestive Care [Dr. Umes 017-22]
2. Advanced Digestive Care Choudhry Umesh MD [ADV Choudhry 1-4]
3. Ameripath Florida Medical Records [AF 1-3]
4. Baycare Carlisle Imaging Center Medical Records [BCIC 1-6]
5. BayCare Pathology Records [BayCare 001-011]
6. Bayfront Health [Bayfront 1 - 464]
7. Bayfront Health – Pathology [Bayfront 465-471]
8. Belleair Surgery Center [Belleair SC 001-035]
9. Bellingar Bridget DO PA and Associates-Updated [BBA Bellinger 1-66]
10. Bellingar Psych Records [BB Psych 001-067]
11. Bridget Bellingar, D.O. [Dr. Bellingar 0001-1365]
12. Citrus Diagnostic Center (med recs and billing) [CDC 1-6]
13. Citrus Memorial Hospital Medical Records [CMH 001-137]
14. Claiborne Medical Center [CMC 1-15]
15. CVS Health Corporate Headquarters [CVSHCH 1-3]
16. CVS Pharmacy [CVS 001-020]
17. Diagnostic Imaging at Baywalk [DIAM 1-8]
18. Dr. A. J. Bidani med recs [Dr. Bidani 1-83]
19. Dr. Alfredo Jacome med recs [Dr. Jacome 1-18]
20. Dr. Antonio DiSclafani [Ocala Neurosurg.] [Dr. DiSclafani 1-5]
21. Dr. Daniel Hoh med recs [Dr. Hoh 1-9]
22. Dr. John Small [Dr. Small 001-052]
23. Dr. Kurt Erickson med recs [Dr. Erickson 1-18]
24. Dr. Mark Zuzga re med recs [Dr. Zuzga 1-5]
25. Dr. S. Chandrupatla med recs  [Gastro Ctr. 1-21]
26. Dr. Ulhas T Deven MD [Deven 1-97]
27. Dr. Ulhas Deven med recs [Dr. Deven 1 - 133]
28. Dr. Umesh Choudhry med recs [Dr. Umes 1-16]
29. Dr. Umesh Choudhry updated med recs [Dr. Umes (updated) 1-7]
30. Florida Ortho Associates [FLOA 001-012]
31. Florida Orthopedic Institute [FOI 001-052]
32. Florida Womens Health LLC (med recs and bill) [FWH 001-024]
33. Florida Womens Health (med recs and billing) [FWH Billing 1-18]
34. Frank Ramharrack MD - Medical [Ramharrack 001-021]
35. Mease Countryside 03-23-11 Final Report
36. Mease Countryside med recs [Mease Countryside 1-1169]
37. Mease Countryside 11-17-10 Final Report [Hill 1[P]]
38. Moreno Spine And Scoliosis [MSS 001-068]
39. Morton Plant Hospital [Morton Plant 1-678]
40. Morton Plant Hospital 08-15-13 Operative Report [Morton Plant 1[P] - 2[P]]
41. Nasser MD (med recs and billing) [rec'd from Plaintiff 5-30-17]
42. Neurology Institute Jacome MD (med recs and billing) [rec'd from Plaintiff 5-30-17]
43. Penn State Hershey 08-21-13 Radiology Procedure Report [Penn State 1[P] - 3[P]]

44.   Penn State Med. Ctr. med recs [Penn State 1-80]
45.   Penn State Pathology [PSMC 007-008]
46.   Pinellas Physiatry Associates Kari Pederson MD (med recs and billing) [PPA Pederson 1-60]
47.   Rieck Chiropractic Center PA (med recs and billing) [RCC 1-71]
48.   Rose Radiology (med recs and billing) [RR 1]
49.   Safety Harbor Surgery [SHS 001-052]
50.   Santoro Mental Health Records [Santoro 001-020]
51.   St. Joseph's Hospital - Tampa [SJHT 001-070]
52.   St. Luke's Cataract and Laser Institute [Gills] Medical [SLC 001-025]
53.   Sun Coast Endoscopy Center MR [SCEC 001-016]
54.   Suncoast Internal Medicine Consultants [SCIM 001-052]
55.   Therapeutic Rehab Specialists-Brad Young (med recs and billing) [TRS Young 1-31]
56.   TLC Rehab [TLC 001-084]
57.   Updegraff Vision - Medical [UV 001-048]
58.   Vascular Surg. Assoc. [Dr. Gabriel] med recs [Vas. Surg. 1-7]
59.   Walgreens thru 03.2017 [rec'd from Plaintiff 05.30.17]
60.   West Central Gastroenterology [WCG 001-027]
61.   West Florda Medical Associates - Dr. Deven [Dr. Deven 134-298]
62.   West Flordia Vein Center [Surg. Assoc] [W. Florida 1-15]
63.   Women's Health Associates Medical [WHA 001-022]
64.   Bay Health Care System Radiology [4 CDs]
      Disk 1:
      • 06.15.13 CT of t-spine w/o contrast
      • 06.20.13 chest x-ray – 2 views
      • 07.05.2013 lumbar spine – lied 2 or 3 views
      • 08.12.2013 CT abdomen/pelvis w/o contrast
      • 09.20.13 mammogram
      Disk 2:
      • 10.18.11 CT abdomen/pelvis
      • 11.10.11 hida scan; US abdomen
      • 08.20.12 mammogram
      • 09.05.12 dexa hip and spine
      • 06.06.13 US pelvis transvaginal
      Disk 3:
      • 03.27.09 US pelvis transvaginal
      • 07.28.09 mammogram
      • 09.22.09 US pelvis transvaginal
      • 02.19.10 dexa hip and spine
      • 05.19.10 US abdomen/pelvis
      • 06.10.10 CT abdomen
      • 07.30.10 mammogram
      • 11.17.10 IR IVC filter placement
      • 11.22.10 chest x-ray

- 12.06.10 chest x-ray; t-spine x-ray
- 12.07.2010 chest x-ray
- 03.23.11 IR venogram
- 08.18.11  mammogram

<u>Disk 4:</u>
- 2006-2008 mammogram

65.   Citrus Diagnostic Center Radiology [4 CDs]
- 05.20.16 Three phase bone scan study of the thoracic and lumbar spine; cervical spine x-ray; thoracic spine x-ray; lumbar spine x-ray

66.   Claiborne Medical Center Radiology [1 CD]
- 02.04.08 Cervical spine x-ray

67.   Penn State College of Medicine Radiology [1 CD]
- 08.21.13 peripheral venous testing; vena cava; vascular lab filter removal R/O DVT complete

68.   Radiology Associates of Ocala Radiology [1 CD]
- 10.28.13 MRI of C-Spine
- 12.11.13 CT of Abdomen
- 04.21.14 Upper GI / Small Bowel Series
- 08.11.14 MRI of L-Spine
- 08.11.14 X-Ray of L-Spine
- 08.11.14 X-Ray of C-Spine
- 08.11.14 X-Ray of left hand
- 01.27.15 X-Ray of left knee
- 01.27.15 X-Ray of right knee
- 01.27.15 X-Ray of bilateral hips Including Pelvis
- 02.25.15 Abdominal Ultrasound RUQ
- 12.10.15 CT of Abdomen & Pelvis
- 06.15.16 MRI of T-Spine
- 01.25.17 MRI of Right Shoulder
- 01.25.17 MRI of Right Elbow

69.   BayCare Outpatient Carlisle Imaging Center (IME Reports)
- Reports regarding:
  - 06.22.17 US Venous Lower Extremity Bilateral
  - 06.22.17 CT Abdomen Pelvis with Contrast

<u>Disk 1:</u>
- 06.22.17 US Venous Lower Extremity Bilateral (IME)
- 06.22.17 CT Abdomen Pelvis with Contrast (IME)

## B.  Hill Specific Documents
1.   Complaint [Short Form] [09.30.15]
2.   Plaintiff Fact Sheet [02.17.15]
3.   Plaintiff's Answers to Interrogatories [10.12.15]

## C.  Hill Color Photos

1. 2014-01-07 - Esophagogastroduodenoscopy Report (color)
2. 2014-07-02 - Upper GI endoscopy report (color)
3. Anthony Moreno Depo Ex.  9

**D. Depositions related to Hill matter**
1. Deposition of Dr. Bridget Bellingar and related exhibits [dated 01.19.17]
2. Deposition of Elizabeth Hill and related exhibits [dated 11.10.16]
3. Deposition of Dr. Mark Zuzga and related exhibits [dated 02.08.17]
4. Deposition of Dr. Mark Zuzga and related exhibits [dated 04.19.17]
5. Deposition of Dr. Anthony Moreno and related exhibits [dated 03.14.17]
6. Deposition of Dr. Anthony Moreno and related exhibits [dated 04.26.17]
7. Rough Transcript of Deposition of Alexander Marmureanu Vol. I [dated 06.20.17]
8. Rough Transcript of Deposition of Alexander Marmureanu Vol. II [dated 06.21.17]

**E. Expert Reports**
1. Expert Report of Dr. Kenneth Perry

**F. Plaintiff Expert Reports**
1. Expert Report of Leigh Anne Levy re Elizabeth Jane Hill [dated 03.11.17]
   - Leigh Anne Levy testimony tracking 2010-2017
   - Leigh Anne Levy CV
2. Expert Report of Alexander Marmureanu [dated 03.17.17]
   - Exhibit A: List of Reviewed IVC Literature
   - Case Specific Opinions Regarding Elizabeth Hill
   - Case Specific Opinions Regarding Arthur Gage
   - Analysis
   - Alexander Marmureanu CV
   - Alexander Marmureanu Legal Consulting Fees
   - Alexander Marmureanu Reliance List
3. Report of Mohammad Reza Rajebi [dated 03.17.17]
   - Addendum A: Discussion of Opinions regarding Elizabeth Hill
   - Addendum B: Discussion of Opinions regarding Arthur Gage
   - Mohammad Reza Rajebi CV

**G. Plaintiff Experts Marmureanu and Rajebi Cited Medical Literature**
1. Alkhouli, et al., *Inferior vena cava filters in the United States: less is more,* 188 INTERNATIONAL JOURNAL OF CARDIOLOGY 742-734 (2014)
2. Alkhouli, et al., *Inferior Vena Cava Thrombosis,* 9(7) J AM COLL CARDIOL INTV 629-643 (2016)
3. Andreoli, *Comparison of complication rates associated with permanent and retrievable inferior vena cava filters: a review of the MAUDE database,* IN PRESS; JVIR
4. Arabi, et al., *Retrievability of optional inferior vena cava filters with caudal migration and caval penetration report of 3 cases,* 21(6) JVIR  923-923 (2010)
5. Binkert, et al., *Inferior vena cava filter removal after 317-day implantation,* 16(3) JVIR  395-398 (2005)

6.  Birkmeyer, et al., *Preoperative placement of inferior vena cava filters and outcomes after gastric bypass surgery,* 252 (2) ANN SURG 313-318 (2010)

7.  Brunson, et al., *Inferior vena cava filters in patients with cancer and venous thromboembolism (VTE): patterns of use and outcomes,* 140S1 THROMBOSIS RESEARCH S132-S141 (2016)

8.  Chung, et al., *Acute iliofemoral deep vein thrombosis: evaluation of underlying anatomic abnormalities by spiral CT venography,* 15(3) JVIR 249-256 (2004)

9.  Coffey, et al., *The mesentery: structure, function, and role in disease,* 1 LANCET GASTROENTEROL HEPATOL 238-247 (2016)

10. De Gregario, et al., *Retrieval of Gunther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study,* 17(11), PART 1 JVIR 1781-1789 (2006)

11. Decousus, et al., *A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis,* 338(7) N ENGL J MED 409-415 (1998)

12. Decousus, et al., / (PREPIC Study Group), *Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: The PREPIC Randomized Study,* 112 CIRCULATION 416-422 (2005)

13. Desai, et al., *Complications of indwelling retrievable versus permanent inferior vena cava filters,* 2 J VASC SURG: VENOUS AND LYM DIS 166-173 (2014)

14. Dinglasan, et al., *Complicated inferior vena cava filter retrievals associated factors identified at preretrieval CT,* 266(1) RADIOLOGY 347-354 (2013)

15. Dowell, et al., *Symptomatic Perforation of a Gunther Tulip Inferior Vena Cava Filter with Subsequent Strut Fracture and Pulmonary Embolization,* 37 CARDIOVASC INTERVENT RADIOL 1643-1646 (2014)

16. Dowell, et al., *Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation,* 26(10) JVIR  1510-1518 (2015)

17. Durack, et al., *Perforation of the IVC Rule Rather than Exception After Longer Indwelling Time for the Gunther Tulip and Celect Retrievable Filters,* 35(2) CARDIOVASC INTERVENT RADIOL. 299-308 (2012)

18. Glocker, et al., *Factors affecting Cook Gunther Tulip and Cook Celect inferior vena cava filter retrieval success,* 2(1)J VASC SURG 21-25 (2014)

19. Go, et al., *Penetration of the inferior vena cava and adjacent organs after filter placement is associated with retrievable filter type and length of time in place,* 2 J VASC SURG: VENOUS AND LYM DIS 174-178 (2014)

20. Greenfield, *PREPIC Study Group, Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) Randomized Study,* 18(2) PERSPECTIVES IN VASCULAR SURGERY AND ENDOVASCULAR THERAPY 187-188 (2006)

21. Hansson, et al., *Recurrent venous thromboembolism after deep vein thrombosis: incidence and risk factors,* 160 ARCH INTERN MED 769-774 (2000)

22. Hemmila, et al., *Prophylactic Inferior Vena Cava Filter Placement Does Not Result in a Survival Benefit for Trauma Patients,* 262(4) ANN SURG 577-585 (2015)

23. Hoppe, et al., *Gunther Tulip Filter Retrievability Multicenter Study Including CT Follow-up: Final Report,* 17(6) JVIR 1017-1023 (2006)

24.  Jia, et al., *Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management,* 132 CIRCULATION 944-952 (2015)

25.  Jones, et al., *Endovascular management of Chronic inferior Vena Cava and Iliac Vein Obstruction,* 9(3) VASCULAR DISEASE MANAGEMENT E33-E38 (2012)

26.  Karmy-Jones, et al., *Practice patterns and outcomes of retrievable vena cava filters in trauma patients an AAST multicenter study,* 62(1) J TRAUMA 17-25 (2007)

27.  Koc, et al., *Interruption or congenital stenosis of the inferior vena cava: prevalence, imaging, and clinical findings,* 62 EUROPEAN JOURNAL OF RADIOLOGY 257-266 (2007)

28.  Kuo, et al., *Photothermal Ablation with the Excimer Laser Sheath Technique for Embedded Inferior Vena Cava Filter Removal: Initial Results from a Prospective Study,* 22(6) JVIR 813-823 (2011)

29.  Kuo, et al., *Complex Retrieval of Embedded IVC Filters: Alternative Techniques and Histologic Tissue Analysis,* 35(3) CARDIOVASC INTERVENT RADIOL 588-597 (2012)

30.  Kuo, et al., *Complex retrieval of fractured embedded and penetrating inferior vena cava filters a prospective study with histologic and electron microscopic analysis,* 24(5) J VASC INTERV RADIOL 622-630.E1 (2013)

31.  Kuo, et al., *Excimer laser-assisted removal of embedded inferior vena cava filters a single-center prospective study,* 6 CIRC CARDIOVASC INTERV PP. 560-566 (2013)

32.  Laborda, et al., *Laparoscopic demonstration of vena cava wall penetration by inferior vena cava filters in an ovine mode,* 22(6) JVIR 851-856 (2011)

33.  Lopera, *A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study,* 16(11) JVIR 1539-1544 (2005)

34.  Lynch, *Balloon assisted Removal of Tilted Inferior Vena Cava Filters with Embedded Tips,* 20(9) JVIR 1210-1214 (2009)

35.  Lynch, *A Method for Following Patients with Retrievable Inferior Vena Cava Filters: Results and Lessons Learned from the Firs 1,100 Patients,* 22(11) JVIR 1507-1512 (2011)

36.  Lyon, et al., *Short- and long-term retrievability of the Celect vena cava filter results from a multi-institutional registry,* 20(11) JVIR 1441-1448 (2009)

37.  Malek, et al., *Presentation and Treatment Outcomes of Patients with Symptomatic Inferior Vena Cava Filters,* 27(1) ANN VASC SURG 84-88 (2013)

38.  Malgor, et al., *A systematic review of symptomatic duodenal perforation by inferior vena cava filters,* 55(3) J VASC SURG 856-861.E3 (2012)

39.  Marquess, et al., *Factors associated with failed retrieval of the Gunther Tulip inferior vena cava filter,* 19(9) JVIR 1321-1327 (2008)

40.  McLoney, et al., *Complications of Celect Gunther tulip and Greenfield inferior vena cava filters on CT follow-up a single-institution experience,* 24(11) JVIR 1723-1729 (2013)

41.  Mismetti, et al., *Effect of a Retrievable Inferior Vena Cava Filter Plus Anticoagulation vs Anticoagulation Alone on Risk of Recurrent Pulmonary Embolism A Randomized Clinical Trial,* 313(16) JAMA 1627-1635 (2015)

42.   Oh, et al., *Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall,* 22(1) JVIR 70-74 (2011)

43.   Olorunsola, et al., *Caval penetration by retrievable inferior vena cava filters a retrospective comparison of Option and Gunther Tulip filters,* JVIR (2013); VOL. 24, NO. 4, PP. 566-571

44.   Owens, et al., *Intracardiac Migration of Inferior Vena Cava Filters Review of Published Data,* CHEST (2009)

45.   Parkin, et al., *Symptomatic perforation of a retrievable inferior vena cava filter after a dwell time of 5 years,* 50 J VASC SURG 417-419 (2009)

46.   Pereira, et al., *Disproportionate Fat Stranding: A Helpful CT Sign in Patients with Acute Abdominal Pain,* 24(3) RADIOGRAPHICS HTTP://PUBS.RSNA.ORG/DOI/FULL/10.1148/RG.243035084

47.   Prasad, et al., *The Inferior Vena Cava Filter: How could a medical device be so well accepted without any evidence of efficacy?,* 173(7) JAMA 493-495 (2013)

48.   Robins, et al., *Differences in Radial Expansion Force Amongst IVC Filter Models Support documented Perforation Rates,* EAST CAROLINA UNIVERSITY BRODY SCHOOL OF MEDICINE, GREENVILLE, NC, USA

49.   Rosenthal, et al., *Retrievability of the Gunther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma,* J ENDOVASC THER (2007); VOL. 14, PP. 406-410

50.   Rubenstein, et al., *Loop-Snare Technique for Difficult Inferior Vena Cava Filter Retrievals,* 18(10) JVIR 1315-1318 (2007)

51.   Ryu, et al., *A Comparison of Retrievability: Celect versus Option Filter,* 26(6) JVIR 865-869 (2015)

52.   Sadaf, et al., *Significant caval penetration by the celect inferior vena cava filter attributable to filter design,* JVIR (2007); VOL. 18, NO. 11, PP. 1447-1450

53.   Sag, et al., *Analysis of tilt of the Gunther Tulip filter,* JVIR (2008); VOL. 19, NO. 5, PP. 669-676

54.   Sangwaiya, et al., *Safety and effectiveness of the celect inferior vena cava filter: preliminary results,* JVIR (2009); VOL. 20, NO. 9, PP. 1188-1192

55.   Sarosiek, et al., *Association Between Inferior Vena Cava Filter Insertion in Trauma Patients and In-Hospital and Overall Mortality,* JAMA SURG. (2017); VOL. 152, NO. 1, PP. 75-81

56.   Shoeb, et al., *Assessing bleeding risk in patients taking anticoagulants,* 35 J THROM THOMBOLYSIS 312-319 (2013)

57.   Schulman, et al., *The duration of oral anticoagulant therapy after a second episode of venous thromboemholism. The Duration of Anticoagulation Thai Study Group,* 336(6) N ENGL J MED 393-398 (1997)

58.   Smith, et al., *Early Anticoagulation is Associated with Reduced Mortality for Acute Pulmonary Embolism,* 137(6) CHEST 1382-1390 (2010)

59.   Smouse, *A modified technique to minimize filter tilting during deployment of the Gunther Tulip filter: in vitro study,* 17 JVIR 1365-1366 (2006)

60.   Smouse, et al., *Long-term retrieval success rate profile for the Gunther Tulip vena cava filter,* JVIR (2009); VOL. 20, NO. 7, PP. 871-877

61.     Stavropoulos, *Embedded inferior vena cava filter removal use of endobronchial forceps,* 19(9) JVIR 1297-1301 (2008)

62.     Stein, et al., *Impact of vena cava filters on in-hospital case fatality rate from pulmonary embolism,* 125(5) AM J MED 478-484 (2012)

63.     Stein, et al., *Vena cava filters in unstable elderly patients with acute pulmonary embolism,* 127(3) AM J MED 222-225 (2014)

64.     Townsend, et al., *Images in vascular medicine- Persistent abdominal pain from a perforated inferior vena cava filter,* 12 VASCULAR MEDICINE 33-34 (2007)

65.     Van der Hulle, et al., *Recurrence risk after anticoagulant treatment of limited duration for late, second venous thromboembolism,* 100(2) HAEMATOLOGICA 188-193 (2015)

66.     Van Ha, et al., *Techniques used for difficult retrievals of the Gunther Tulip inferior vena cava filter experience in 32 patients,* IN PRESS JVIR (2008)

67.     Van Ha, *Inferior Vena Cava Filter Retrieval: Tips on the best methods for retrieving an IVC filter,* ENDOVASCULAR TODAY 41-47 (JULY 2009)

68.     Vestra, et al., *Are too many inferior vena cava filters used? Controversial evidences in different clinical settings: a narrative review,* INTERN EMERG MED NOV. 2016

69.     Viviane, *Estimates of Costs of Hospital Stay for Variceal and Nonvariceal Upper Gastrointestinal Bleeding in the United States,* 11(1) VALUE IN HEALTH 1-3 (2008)

70.     Walsh, *Safety and Effectiveness of Inferior Vena Cava Filters Used to Protect Against Pulmonary Embolus,* CALIFORNIA TECHNOLOGY ASSESSMENT FORUM (2011)

71.     Wang, et al., *Wang Response to Retrospective review of 120 Celect inferior vena cava filter retrievals: experience at a single institution,* 24(5) JVIR 753 (2013)

72.     Zhou, et al., *Retrospective Review of 120 Celect IVCF Retrievals:  Experience at a Single Institution,* JVIR  (2012); VOL. 23, NO. 12, PP. 1557-1563

73.     Zhou, et al., *Penetration of Celect Inferior Vena Cava Filters: Retrospective Review of CT Scans in 265 Patients,* AJR (2014); VOL. 202; PP. 643-647

74.     Zhu, et al., *Retrievability and device-related complications of the G2 filter: a retrospective study of 139 filter retrievals,* IN PRESS (2011)

## H.  Documents Cited in Plaintiff Expert Reports
### Marmureanu Cited Documents
1.     CookMDL2570_0008489
2.     CookMDL2570_0098039
3.     CookMDL2570_0120774
4.     CookMDL2570_0178489
5.     CookMDL2570_0180420
6.     CookMDL2570_0180428
7.     CookMDL2570_0181797
8.     CookMDL2570_0182596
9.     CookMDL2570_0182747
10.    CookMDL2570_0183415
11.    CookMDL2570_0187499
12.    CookMDL2570_0196121
13.    CookMDL2570_0335196

14.     CookMDL2570_0375085
15.     CookMDL2570_0375951
16.     CookMDL2570_0406837
17.     CookMDL2570_0444975
18.     CookMDL2570_0454098
19.     CookMDL2570_0454159
20.     CookMDL2570_0468774
21.     CookMDL2570_0484885
22.     CookMDL2570_0601061
23.     CookMDL2570_0601063
24.     CookMDL2570_0719710
25.     CookMDL2570_0719753
26.     CookMDL2570_0722714
27.     CookMDL2570_0723854
28.     CookMDL2570_0730282
29.     CookMDL2570_0745602
30.     CookMDL2570_0745619
31.     CookMDL2570_0754570
32.     CookMDL2570_0755530
33.     CookMDL2570_0763033
34.     CookMDL2570_0782085
35.     CookMDL2570_0831289
36.     CookMDL2570_0888424

**Rajebi Cited Documents**
1.      Cook IVCF 000002
2.      Cook IVCF 000492-000494 - correct citation for 000942
3.      Cook IVCF 000764-000798
4.      Cook IVCF 000803-000820
5.      Cook IVCF 000821
6.      Cook IVCF 000890-000904 - Tulip IDE Pilot Study Report
7.      CookMDL2570_0012453 -0012560 - cited as 012454
8.      CookMDL2570_0064892-0064893
9.      CookMDL2570_0168511-0168518
10.     CookMDL2570_0168637-0168770
11.     CookMDL2570_0174491-0174494
12.     CookMDL2570_0176942-0176944
13.     CookMDL2570_0180213-0180215
14.     CookMDL2570_0180271-0180272
15.     CookMDL2570_0180428-0180429
16.     CookMDL2570_0180566-0180578
17.     CookMDL2570_0181797-0181801
18.     CookMDL2570_0181809-0181817
19.     CookMDL2570_0183121
20.     CookMDL2570_0183258-0183265
21.     CookMDL2570_0183415-0183423
22.     CookMDL2570_0183920-0183921

23.     CookMDL2570_0186420-0186428
24.     CookMDL2570_0302723 - correct citation for 038272
25.     CookMDL2570_03232 60-0323270
26.     CookMDL2570_0332044-0332049 - correct citation for 0334044
27.     CookMDL2570_0374994
28.     CookMDL2570 _0375085-0375089
29.     CookMOL2570 _0375951 -0375965
30.     CookMDL2570_0379327 -0379330
31.     CookMDL2570_0380951 -0380959
32.     CookMDL2570_0380964-0380970
33.     CookMDL2570_0382334-0382336
34.     CookMDL2570_0384261
35.     CookMDL2570_0384317
36.     CookMDL2570_0427098
37.     CookMDL2570_0431650
38.     CookMDL2570_0454098-0454109
39.     CookMDL2570_0455054
40.     CookMDL2570_0456793-0456794
41.     CookMDL2570_04658 02-0465804
42.     CookMDL2570_0465938-0465943
43.     CookMDL2570_0469271-0469274
44.     CookMDL2570_0490785
45.     CookMDL2570_0719710-0719712
46.     CookMDL2570_0719753 -0719767
47.     CookMDL2570_0721124
48.     CookMDL2570_0721834-0721836
49.     CookMDL2570_0723255-0723256
50.     CookMDL2570_0726454-0726465
51.     CookMDL2570_0726479-0726482
52.     CookMDL2570_0731587
53.     CookMDL2570_0731656
54.     CookMDL2570_0731658
55.     CookMDL2570_0731721
56.     CookMDL2570_0733141
57.     CookMDL2570_0733902
58.     CookMDL2570_0735209
59.     CookMDL2570_0736846 -0736851
60.     CookMDL2570_075457 0-0754582
61.     CookMDL2570_0765319
62.     CookMDL2570_0780417
63.     CookMDL2570_0830424
64.     CookMDL2570_0830425
65.     CookMDL2570_0850922
66.     CookMDL2570_1120013
67.     CookMDL2570_1272054
68.     CookMDL2570_1275421

    69.    IVC00001178
    70.    IVC0000l242-00001243
    71.    IVC0000132 4-00001325

**I.  Additional Literature**
    1.    Appleberg, et al., *Duodenal Penetration by a Greenfield Caval Filter*, 61(12) Aust. N Z J Surg 957-960 (1991)
    2.    Bogue, et al., *Symptomatic caval penetration by a Celect inferior vena cava filter*, 39 Pediatr Radiol 1110-1113 (2009)

**J.  Miscellanoues**
    1.    Celect Vena Cava Filter Exemplar