**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: Cause Nos. 1:16-cv-01198; 1:16-cv-01473; 1:16-cv-02278; 1:16-cv-01134; 1:17-cv-00014; 1:16-cv-01964; 1:16-cv-00954; 1:15-cv-00237; 1:17-cv-00157; 1:17-cv-00154; 1:16-cv-00087; 1:16-cv-02862. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-2570-RLY-TAB MDL No. 2570 |

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants") respectfully request that the Court dismiss certain matters set forth herein without prejudice.  In support of this Motion, the Cook Defendant state:

1.    Third Amended Case Management Order No. 4 ("CMO No. 4"), entered by this Court on March 29, 2017,  provides that

> Each Plaintiff in this MDL as of the date of the entry of this Second Amended Case Management Order No. 4 shall submit a completed PPS to Defendants within sixty (60) days if the Plaintiff has not already provided a complete Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS") under Case Management Order No. 4 [Dkt. 354] or Amended Case Management No. 4 [Dkt. 614].  In cases in which Plaintiffs have not served a completed PPF or PFS, each Plaintiff shall submit a completed PPS to Defendants within sixty (60) days of the entry of this Order and, in future filed cases, within thirty (30) days of the case becoming part of this MDL.

CMO No. 4, ¶ 1(b).

2.      CMO No. 4 further provides, "[i]f a Plaintiff does not submit a PPS in the time specified in CMO No. 4 and the Case Management Plan entered by the Court, Defendants may move to dismiss that Plaintiff's case without prejudice." CMO No. 4, ¶ 1(g).

3.      Before filing such a motion, counsel for the Cook Defendants shall serve written notice upon Plaintiffs' Lead Counsel and counsel for the Plaintiff at issue that a PPS has not been served and a motion to dismiss may be filed.  If a PPS is not submitted within five (5) business days of receiving such notice, Cook Defendants may file the motion to dismiss.  If no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice.  CMO No. 4, ¶ 1(g).

4.      Attached as Exhibit A is a list containing each individual case the Cook Defendants seek to dismiss for failure to serve a PPS.[1]  For each case identified in Exhibit A, Cook sent a letter to each Plaintiff's counsel and the Plaintiffs' Lead Counsel notifying them that a PPS had not been received and a motion to dismiss may be filed if a PPS was not served within five days of the date of the letter.  A true and correct copy of each of these notice letters is attached as Group Exhibit B.

5.      As of the date of filing of this Motion, the Cook Defendants have not received a response to their letter or a completed PPS from the Plaintiffs in the cases listed in Exhibit A.

6.      Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and CMO No. 4, Cook respectfully requests that the cases listed in Exhibit A be dismissed without prejudice.

---

[1]  Exhibit A sets forth the case name, civil action number, date the case was transferred into the MDL, date the PPS was due, and the date the notice of failure to serve a PPS letter was sent to the Plaintiff's counsel and Plaintiffs' Lead Counsel.

US.114252552.01

WHEREFORE, Cook respectfully requests that these matters be dismissed, without prejudice, and for all other just and appropriate relief.


Dated: September 21, 2017

Respectfully Submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:       (317) 237-0300
Facsimile:       (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:       (260) 424-8000
Facsimile:       (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 21, 2017, a copy of the foregoing Motion to Dismiss Without Prejudice was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer _____

4