# **EXHIBIT A**

| Case Name | Civil Action No. | Date Transferred into MDL | Date PPS was Due | Date CMO-4 Letter was Sent |
|---|---|---|---|---|
| Barber, Roseanna | 1:16-cv-01198-RLY-TAB | 5/13/2016 | 2/14/2017 | 4/21/2017 |
| Childers, Ria | 1:16-cv-01473-RLY-TAB | 6/16/2016 | 2/14/2017 | 4/21/2017 |
| Dennis, Garrett | 1:16-cv-02278-RLY-TAB | 8/25/2016 | 2/14/2017 | 4/21/2017 |
| Hedlund, Raymond | 1:16-cv-01134-RLY-TAB | 5/6/2016 | 2/14/2017 | 4/21/2017 |
| Jones, Janet | 1:17-cv-00014-RLY-TAB | 1/3/2017 | 2/2/2017 | 4/21/2017 |
| Kovesdy, Frank R. & Debra A. | 1:16-cv-01964-RLY-TAB | 7/24/2016 | 2/14/2017 | 4/21/2017 |
| Kozak, John | 1:16-cv-00954-RLY-TAB | 4/28/2016 | 2/14/2017 | 4/21/2017 |
| Lyons, Terry B. and Pamela J. Kline | 1:15-cv-00237-RLY-TAB | 2/24/2015 | 2/14/2017 | 4/21/2017 |
| Maurer, Esther & Gregory | 1:17-cv-00157-RLY-TAB | 1/16/2017 | 2/15/2017 | 4/21/2017 |
| Politi, Christopher | 1:17-cv-00154-RLY-TAB | 1/16/2017 | 2/15/2017 | 4/21/2017 |
| Rhone, Patricia | 1:16-cv-00087-RLY-TAB | 1/9/2016 | 2/14/2017 | 4/21/2017 |
| Smith, Linda Marie & Roland | 1:16-cv-02862-RLY-TAB | 10/20/2016 | 2/14/2017 | 4/21/2017 |