# GROUP EXHIBIT B

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

| **For MDL Plaintiffs** |

Michael Gallagher
GALLAGHER LAW FIRM LLP
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

    Re:    Cook MDL Plaintiff Profile Deficiency

Dear Michael Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Barber, Roseanna
- Bishop-Jones, Vickie
- Brunet, Ada
- Dennis, Garrett
- Fenton, Brenda
- Maurer, Esther & Gregory
- Peacock, Robin
- Politi, Christopher
- Staples, Dennis
- Wiggins, Tyrone

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Michael Gallagher -2- 4/21/2017

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▼ Suite 1400
South Bend ▼ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Joseph A. Osborne
OSBORNE & ASSOCIATES LAW FIRM
433 Plaza Real, Suite 271
Boca Raton, FL 33432
JOsborne@oa-lawfirm.com

    Re:    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Joseph A. Osborne:

According to our records, we have not received the Plaintiff Profile Sheet for Childers, Ria ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*[signature]*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

| **For MDL Plaintiffs** |

Irwin B. Levin
COHEN & MALAD
One Indiana Square, # 1400
Indianapolis, IN 46204
ilevin@cohenandmalad.com

Re: Cook MDL Plaintiff Profile Deficiency

Dear Irwin B. Levin:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Champagne-Hernandez, Kimberly
- Covington, Carlene E.
- Hedlund, Raymond
- Middlebrooks, Shameicka

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLP
100 Herricks Road
Mineola, NY 11501
rkassan@thesandersfirm.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Randi Kassan:

According to our records, we have not received the Plaintiff Profile Sheet for Jones, Janet ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*[signature: Angela Kelver Hall]*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▼ Suite 1400
South Bend ▼ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Joseph Johnson
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
jjohnson@babbitt-johnson.com

    **Re:**    Cook MDL Plaintiff Profile Deficiency

Dear Joseph Johnson:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Brown, Rebecca
- Crosby, Krista L.
- Dodds, Joseph J. III
- Down, Richard John & Jill Ann
- Ellison, Teresa
- Gross, Michael R.
- Jackson, Stephen P.
- Kovesdy, Frank R. & Debra A.
- Liggett, Terry L.
- Loudermilk, Roy
- Powell, Patricia
- Pumarejo, Luis & Magdalena
- Riegle, Alan & Linda
- Snyder, Jerrin

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Joseph Johnson -2- 4/21/2017

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Yvonne Flaherty
LOCKRIDGE GRINDAL NAUEN
100 Washington Ave. S., Ste 2200
Minneapolis, MN 55401
ymflaherty@locklaw.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Yvonne Flaherty:

According to our records, we have not received the Plaintiff Profile Sheet for Kozak, John ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Teresa Toriseva
Toriseva Law
1446 National Road
Wheeling, WV 26003
tct@torisevalaw.com

      Re:    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Teresa Toriseva:

According to our records, we have not received the Plaintiff Profile Sheet for Lyons, Terry B. and Pamela J. Kline ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
          Ben Martin – bmartin@bencmartin.com
          David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

C. Moze Cowper
COWPER LAW
815-A Brazos Street, #517
Austin, TX 78701
mcowper@cowperlaw.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear C. Moze Cowper:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Marler, Robert
- Mitchell, Lorraine
- Rhone, Patricia
- Sponenberg, Eric
- Stone, Duncan & Teems, Catherine

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

August 21, 2017

<u>**VIA E-MAIL**</u>

**For MDL Plaintiffs**

Matthew R. McCarley
FEARS NACHAWATI LAW FIRM
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com

Re:   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. McCarley:

We have received your Plaintiff Profile Sheet for Smith, Linda Marie & Roland ("Plaintiff"). Based on our review of the submission, the submission is deficient for the following reasons:

- III.8     Plaintiff failed to answer if they have been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for treatment of the same condition(s) identified in III.1-7.
- VI.       Plaintiff failed to provide how the outcome(s) attributed to the device was determined.
- VIII.3    Plaintiff failed to provide information regarding hospitalizations for the five (5) year period before implantation of the Cook Interior Vena Cava Filter(s).
- VIII.5    Plaintiff failed to provide hospitalizations and outpatient procedures they had after the implantation of the Cook Inferior Vena Cava Filter(s).
- VIII.6    Plaintiff failed to provide information regarding any other health care provider from which the received treatment in the past seven (7) years not previously mentioned.
- VIII.8    Plaintiff failed to provide the number (if any) of Deep Vein Thromboses before and after implant of their Cook IVC Filter.
- VIII.9    Plaintiff failed to provide the number (if any) of Pulmonary Emboli before and after implant of their Cook IVC Filter.

Matthew R. McCarley -2- 8/21/2017

- VIII.10   Plaintiff failed to answer if they had any of the conditions listed in VIII.10 five years prior to their IVC Filter.
- VIII.14   Plaintiff failed to list each prescription medication (if any) they have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present.
- IX.3   Plaintiff failed to provide the name, address and relationship to them of all persons (other than their healthcare providers) who possess information concerning their injuries and/or current medical condition.
- *VC   Consortium Plaintiff failed to sign the verification page

Please correct these deficiencies and submit the missing information or documents by 09/10/2017 to both Liz.Whitelegg@FaegreBD.com and CookFilterFileclerk@FaegreBD.com. If you fail to do so by 09/10/2017, Cook may move for appropriate relief under Fed. R. Civ. P. 37, including possible sanctions.

Very truly yours,

Angela Kelner Hall

Angela K. Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com