IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

NORMAN F. SATTERLEE, III

Civil Case # 1:17-cv-02719

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for: Plaintiff Norman F. Satterlee, III.

Dated:  September 21, 2017                      Respectfully submitted,

                                                         By:  */s/ Christina Graziano*
                                                                 Christina Graziano
                                                                 HAUSFELD LLP
                                                                 1700 K Street NW, Suite 650
                                                                 Washington, DC 20006
                                                                 Telephone: (202) 540-7200
                                                                 Facsimile: (202) 540-7201
                                                                Email: cgraziano@hausfeld.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                */s/ Braden Beard*