UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) ) |   1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | ) ) |
| Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB | ) ) ) |
| Arthur Gage, 1:13-cv-1875-RLY-TAB _____ | ) ) ) ) |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES**

The Cook Defendants move for leave to file a reply brief in excess of 20 pages, specifically, the Cook Defendants' Reply to Motion to Exclude No. 1: Expert Opinions of Dr. Alexander Marmureanu.  The court, having reviewed the same, now **GRANTS** the Motion (Filing No. 6394).

**SO ORDERED** this 21st day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.