## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

### ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL REPLY TO MOTION TO EXCLUDE NO. 1: EXPERT OPINIONS OF DR. ALEXANDER MARMUREANU AND ATTACHED EXHIBIT

This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Reply to Motion to Exclude No. 1: Expert Opinions of Dr. Alexander Marmureanu and Attached Exhibit. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that Cook Defendants' Reply to Motion to Exclude No. 1: Expert Opinions of Dr. Alexander Marmureanu ("Reply"), and Exhibit AA to that Reply, are ordered to be maintained under seal.

SO ORDERED this _____ day of _____, 2017.

                                                     Tim A. Baker
                                                     United States Magistrate Judge
                                                     Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.