UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB  Arthur Gage 1:13-cv-1875 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON COOK DEFENDANTS' MOTIONS TO MAINTAIN DOCUMENTS UNDER SEAL**

The following Motions are **GRANTED**:

(1)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 2: Expert Opinions of Robert McMeeking, Ph.D., and Exhibit 3 to that Reply (Filing No. 6374);

(2)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 3: Expert Opinions of Dr. Mohammad Rajebi and Exhibits K, N, and Q to that Reply (Filing No. 6383);

(3)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply in Support of Motion to Exclude No. 5: Expert Opinions of Dr. David Kessler and Exhibits 46-49, 51-53 to that Memorandum (Filing Nos. 6389 and 6428);

1

(4)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 6: Expert Opinions of Dr. David Garcia (Filing No. 6391)

(5)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 8: Expert Opinions of Leigh Anne Levy and Exhibits Q, S, T, U, and V to that Reply (Filing No. 6392);

(6)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 7: Case-Specific Expert Opinions of Dr. Michael C. Fishbein and Exhibits C and D to that Reply (Filing No. 6393)

(7)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants Reply to Motion to Exclude No. 4: Expert Opinions of Dr. Rebecca Betensky (Filing No. 6406);

(8)   The Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Reply to Motion to Exclude No. 1: Expert Opinions of Dr. Alexander Marmureanu and Exhibit AA to that Reply (Filing No. 6448).

**SO ORDERED** this 22nd day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.