UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Elizabeth Jane Hill, | ) | |
| 1:14-cv-6016-RLY-TAB | ) | |
| | ) | |
| Arthur Gage | ) | |
| 1:13-cv-1875 | ) | |
| _____ | ) | |

**ORDER ON PLAINTIFFS' MOTION TO MAINTAIN
DOCUMENTS UNDER SEAL**

Plaintiffs move to maintain under seal Plaintiffs' Reply in Support of Plaintiffs'

Omnibus Motion to Exclude or Limit the Testimony of Certain Defense Experts and

unredacted Exhibits A and B to Plaintiffs' Reply.  The court having reviewed the same,

finds the motion should be **GRANTED** (Filing No. 6376).

**SO ORDERED** this 22nd day of September 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1