**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**JOINT MOTION FOR ORAL ARGUMENT ON _DAUBERT_ MOTIONS FOR**
**ENGINEERING EXPERT WITNESSES (MCMEEKING, ROBERTSON, CHOULES),**
**TO SET BRIEFING SCHEDULE ON SAME,**
**AND TO EXTEND FINAL EXHIBIT LIST DEADLINE**

The parties have conferred regarding oral argument and the briefing schedule on

engineering expert _Daubert_ motions, the final exhibit list deadline in _Hill_, and the jury

instruction process in _Hill_.  As a result of those discussions, the parties respectfully move this

Court for an order that: (1) schedules oral argument on the _Daubert_ motions for Dr. Robert

McMeeking, Dr. Scott Robertson, and Brian Choules at the pre-trial conference on October 12,

2017; (2) sets the briefing schedule for Dr. Scott Robertson and Brian Choules as outlined below;

and (3) extends the deadline for final exhibit lists by one week from September 25, 2017 to

October 2, 2017.  In support of this Motion, the parties state:

    1.    Due to the timing of the depositions of defense engineering expert Dr. Scott

Robertson and defense non-retained engineering expert Brian Choules, briefing will not close

until after the Court's September 25, 2017 hearing on other _Daubert_ motions.

1

2.      The parties have agreed upon and request the briefing schedule for the motions be as follows:

| | |
|---|---|
| Defendants' Response (Robertson): | September 25 (Plaintiffs' motion August 28) |
| Plaintiffs' Reply (Robertson): | October 9 |
| Plaintiffs' Motion (Choules): | September 25 |
| Defendants' Response (Choules): | October 2 |
| Plaintiffs' Reply (Choules): | October 9 |

3.      The motion to exclude plaintiff engineering expert Dr. McMeeking's testimony is fully briefed, but the parties respectfully request that the Court hear all three engineering witnesses together on October 12, 2017.

4.      Pursuant to Local Rule 7-5, the parties respectfully submit that oral argument on the *Daubert* motions for Dr. Robert McMeeking, Dr. Scott Robertson, and Brian Choules at the pre-trial conference on October 12, 2017 will assist the Court in resolving the issues raised in the motions.

5.      The parties propose one hour total argument on the three motions.

6.      In addition, the deadline for the parties to file final exhibit lists in *Hill* is September 25, 2017.  The parties respectfully request a one-week extension of the final exhibit list deadline in *Hill* to October 2, 2017.

7.      Additionally, the parties agreed that rather than filing and serving competing sets of jury instructions simultaneously on October 6, Plaintiff will file and serve her proposed instructions by September 26.  Cook will file and serve its proposed modifications to Plaintiff's instructions, as well as any proposed additional instructions, on the original due date of October 6.

8.      A proposed order granting this Motion has been filed contemporaneously with this Motion.

US.114256909.01

WHEREFORE, the parties respectfully request that this Court grant its motion and (1) schedule oral argument on the *Daubert* motions for Dr. Robert McMeeking, Dr. Scott Robertson, and Brian Choules at the pre-trial conference on October 12, 2017; (2) set the briefing schedule for Dr. Scott Robertson and Brian Choules as set forth above; and (3) extend the deadline for final exhibit lists in *Hill* to October 2, 2017.

Respectfully submitted,

Dated: September 22, 2017

/s/ *Andrea R. Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

*Counsel for Cook Defendants*

/s/ *Dave Matthews*
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave, Suite 100
Dallas, TX 75204
Tel: (214) 761-6614
Fax: (314) 744-7590
bmartin@bencmartin.com

Joseph N. Williams
RILEY WILLIAMS & PIATT LLC
301 Massachusetts Ave.
Indianapolis, IN 46204

3

Tel: (317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
312 Broadway, Suite 203
Laguna Beach, CA 92651
Tel: (949) 717-5120
Fax: (949) 715-5123
mheaviside@hrzlaw.com

*Counsel for Plaintiffs*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Pierson*

US.114256909.01