# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

## ORDER ON JOINT MOTION FOR ORAL ARGUMENT ON *DAUBERT* MOTIONS FOR ENGINEERING EXPERT WITNESSES (MCMEEKING, ROBERTSON, CHOULES), TO SET BRIEFING SCHEDULE ON SAME, AND TO EXTEND FINAL EXHIBIT LIST DEADLINE

The Court, having considered the parties' Joint Motion for Oral Argument on *Daubert* Motions for Engineering Expert Witnesses (McMeeking, Robertson, Choules), to Set Briefing Schedule on Same, and to Extend Final Exhibit List Deadline, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED:

a. That a hearing on the McMeeking, Robertson, and Choules *Daubert* motions will be held on October 12, 2017 at _____ a.m./p.m.;

b. That the deadline schedule for the submission of materials concerning *Daubert* motions on Dr. Scott Robertson and Brian Choules is as follows:

| | |
|---|---|
| Defendants' Response (Robertson): | September 25 (Plaintiffs' motion August 28) |
| Plaintiffs' Reply (Robertson): | October 9 |
| Plaintiffs' Motion (Choules): | September 25 |
| Defendants' Response (Choules): | October 2 |
| Plaintiffs' Reply (Choules): | October 9 |

US.114258744.01

- 2 -

    c.   That the deadline for filing final exhibit lists in *Hill* is extended to October 2, 2017.

    d.   That Plaintiff shall file and serve her proposed jury instructions and verdict forms on September 26, 2017.  Cook Defendants shall file and serve no later than October 6, 2017, their proposed modifications to Plaintiff's instructions and verdict forms as well as any additional instructions Cook Defendants request.


Dated:_____

    The Honorable Richard L. Young, Judge
    United States District Court for the
    Southern District of Indiana

<u>Distribution</u>:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.