# EXHIBIT X

Confidential - Subject to the Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF ILLINOIS
 2                    INDIANAPOLIS DIVISION
 3

        --------------------------------- )
 4      In Re:  COOK MEDICAL, INC.,        )  Case No.
        IVC FILTERS MARKETING,             )  1:14-ml-2570-
 5      SALES PRACTICES AND                )  RLY-TAB
        PRODUCTS LIABILITY LITIGATION      )
 6      --------------------------------- )   MDL No. 2570
        This Document Relates To:          )
 7                                         )
             1:14-cv-01875-RLY-TAB         )
 8           Arthur Gage                   )
        --------------------------------- )
 9

10        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11      VIDEOTAPED DEPOSITION OF MARK J. GOODWIN, M.D.
12

13                    January 11, 2017
14

15                 Advocate Heart Institute
                      Naperville, Illinois
16

17

18

19

20

21               GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
22                    deps@golkow.com
23

24
```

Confidential - Subject to the Protective Order

Page 46

1    A.   I don't recall.

2  BY MR. GALLAGHER:

3    Q.   All right, sir.

4    A.   Quite -- just as a comment. That's

5  probably supposed to be "retroperitoneal bleed."

6  Not "peritoneal bleed."

7        So, retroperitoneal bleed is most likely

8  what they, whoever ordered it, was looking for.

9  And you would do that on anyone who had been on any

10 blood thinner who had a urological procedure. Not

11 related to the filter. Just anyone who has been on

12 the blood thinner.

13       There is a certain percent,

14 approximately 1.7% of people on Heparin or who have

15 had any Heparin are going to have a retroperitoneal

16 bleed.

17       So, it's not a peritoneal. It's a

18 retroperitoneal bleed.

19   Q.   Okay. Do you understand that you're not

20 a party to this litigation?

21   A.   Oh, absolutely.

22   Q.   All right, sir.

23   A.   You and I are just getting along, trying

24 to --

Page 47

1    Q.   Yeah, yeah, but --

2    A.   -- bond with each other here.

3    Q.   Let me ask you this. If you look at the

4  findings.

5    A.   Yes, sir.

6    Q.   "The tip of inferior vena cava is in the

7  IVC just cephalad to the level of the left renal

8  vein." That first sentence there.

9        What does that mean anatomically?

10   A.   That means --

11   MS. PIERSON: Object to form.

12 BY THE WITNESS:

13   A.   That means that the tip is where I put

14 it, which is just above the renal vein. So, the

15 renal veins flow into the filter.

16 BY MR. GALLAGHER:

17   Q.   All right. Does that in any way

18 interfere with the flow out of the kidneys through

19 the renal vein into the inferior vena cava?

20   A.   No.

21   Q.   All right. If the filter is working

22 properly, then there is no interference in the

23 flow, is that what you're saying?

24   A.   Correct.

Page 48

1    Q.   All right, sir. Do you understand or

2  have you had any understanding with regard to

3  whether or not filters sometimes tilt?

4    A.   Yes. Sometimes filters tilt.

5    Q.   All right. And do you know whether or

6  not the particular filter in question, the Tulip

7  filter, has a tendency to tilt more than other

8  filters or the same as other filters or less than

9  other filters?

10   A.   In --

11   MS. PIERSON: Object to form.

12 BY THE WITNESS:

13   A.   In my experience, less.

14 BY MR. GALLAGHER:

15   Q.   All right.

16   MR. GALLAGHER: How have you been doing LTs,

17 learned treatises, articles?

18   MS. PIERSON: What do you mean, how have we

19 been doing them?

20   MR. GALLAGHER: Have you been marking them as

21 exhibits?

22   MS. PIERSON: If you're going to question the

23 witness about it, yes.

24   MR. GALLAGHER: Okay. All right.

Page 49

1        Mark this as Exhibit 3, please.

2        (WHEREUPON, a certain document was

3        marked as Goodwin Deposition

4        Exhibit No. 3: Article by Sag,

5        et al., "Analysis of Tilt of the

6        Günther Tulip Filter"; Bates Nos.

7        Cook IVCF 008370.)

8    MS. PIERSON: Mike, can I ask you one

9  question. Before you put it in front of the jury

10 on the Elmo, will you lay some foundation for it

11 just so we don't have to go back and --

12   MR. GALLAGHER: Yeah.

13   MS. PIERSON: If I object and we will have to

14 cut it off. So, take it down so it's not on the

15 video right now, let him ask his foundational

16 questions and then we'll put it up and we will do

17 the same for you.

18 BY MR. GALLAGHER:

19   Q.   I want to show you what's been marked as

20 Exhibit No. 3, which is an article that appeared in

21 the Journal of the Society of Interventional

22 Radiology by -- principal author is Dr. Alan Sag,

23 and it was published in 2008, which is a couple --

24 approximately two years before -- three years

Confidential - Subject to the Protective Order

Page 50

1  before the implantation.
2      MS. PIERSON: Object to form.
3      MR. GALLAGHER: Okay. Sure.
4          Can you focus and enlarge it a little
5  bit.
6      MS. PIERSON: Just for the record, the witness
7  didn't establish any foundation. It's counsel's
8  comments that you're attempting to lay as
9  foundation.
10     MR. GALLAGHER: You're entitled to object to
11 form. You're entitled to object to the leading and
12 you're entitled to object to responsiveness. But
13 that's it. And then we'll let the judge decide --
14     MS. PIERSON: We will.
15     MR. GALLAGHER: -- whether or not the jury
16 gets to see this.
17     MS. PIERSON: We will and I'll make whatever
18 objections I think are appropriate.
19     MR. GALLAGHER: Are you -- certainly, but
20 you're limited to those three and if we continue
21 with the talking objections, we're going to have to
22 take a recess and you and I are going to have a
23 discussion.
24     MS. PIERSON: That would be just fine.

Page 51

1  BY MR. GALLAGHER:
2      Q.   At any rate, are you familiar with the
3  Journal of the Society of Interventional Radiology?
4      A.   I don't read it routinely.
5      Q.   All right, sir. It's a cardiologist and
6  it's not -- I mean, you're a cardiologist and this
7  is an interventional radiology journal, so it's not
8  one that you would ordinarily read?
9      A.   Correct.
10     Q.   All right, sir. At any rate, do you
11 recognize this journal to be a journal that
12 includes within it peer-reviewed articles?
13     MS. PIERSON: Object to form.
14 BY THE WITNESS:
15     A.   I assume so.
16 BY MR. GALLAGHER:
17     Q.   All right, sir. And if you look at the
18 list of authors, you see that there are multiple
19 authors in addition to Alan Sag. You've got
20 Dr. Joseph Stavas, Charles T. Burke,
21 Robert M. Dixon, Joel Marquess and Matthew Mauro,
22 who are also listed as authors. Is that correct?
23     A.   Yes.
24     MS. PIERSON: Object to form.

Page 52

1  BY MR. GALLAGHER:
2      Q.   All right, sir. And if you look at the
3  purpose of the study, what is the -- what is the
4  stated purpose of the study?
5      A.   I don't know. I haven't read it.
6      Q.   Well, it's there for you to look at.
7      A.   Okay.
8      Q.   And it's in the second -- it's in the
9  first paragraph.
10     A.   Okay.
11     Q.   And the purpose is what?
12     A.   To determine frequency and sequelae of
13 Tulip filter tilts.
14     Q.   Measured at the time of intended
15 retrieval?
16     A.   Correct.
17     Q.   All right, sir. So, is this, to your
18 understanding, then, a study that relates to the
19 phenomenon that's identified here as tilt?
20     MS. PIERSON: Object to form.
21 BY THE WITNESS:
22     A.   I assume so.
23 BY MR. GALLAGHER:
24     Q.   All right, sir. Well, it states that

Page 53

1  it's a study?
2      A.   Yeah, but -- from my personal opinion,
3  it has no clinical relevance.
4      Q.   Well, I didn't ask you that and
5  that's --
6      A.   Okay.
7      Q.   I'll object because it's non-responsive.
8          At least the purpose of the study is to
9  determine tilt?
10     MS. PIERSON: Object to form.
11 BY MR. GALLAGHER:
12     Q.   That's one of the stated purposes, "To
13 determine the frequency, dimension, predictors,
14 sequelae of Günther Tulip filter tilt measured at
15 the time of intended retrieval."
16         Have I read that correctly?
17     A.   Correct.
18     MS. PIERSON: Object to form.
19 BY MR. GALLAGHER:
20     Q.   All right, sir. And if you look at the
21 results of this study, Dr. Sag reports that tilt
22 occurred at the first retrieval attempt in 159 of
23 the 175 patients, 91%.
24     MS. PIERSON: Object to form. There is no

Confidential - Subject to the Protective Order

Page 54

1 foundation.
2 BY MR. GALLAGHER:
3    Q.   Have I read that correctly?
4    MS. PIERSON: It's leading.
5    MR. GALLAGHER: You can object to form.
6 BY MR. GALLAGHER:
7    Q.   Have I read that correctly?
8    A.   Could you read that again?
9    Q.   Yeah. The results. It's in the third
10 paragraph. "Tilt occurred at the first retrieval
11 attempt in 159 of the 175 patients or 91%."
12        Did I read that correctly?
13    MS. PIERSON: Object to form.
14 BY THE WITNESS:
15    A.   Yes.
16 BY MR. GALLAGHER:
17    Q.   All right, sir. So, at least this
18 study, which you've never read before and with
19 which you say has no clinical relevance, that was
20 published in the Journal of Vascular Interventional
21 Radiology, concluded that 91% of the patients
22 studied had tilt at the first retrieval attempt?
23    MS. PIERSON: Object to form.
24 BY MR. GALLAGHER:

Page 55

1    Q.   That's what this author concluded?
2    MS. PIERSON: Same objection.
3 BY THE WITNESS:
4    A.   No, that's not what they concluded.
5 What they said was that there is some tilt there,
6 some of which were 2 degrees. So, imagine
7 2 degrees on something pointing straight up with a
8 maximum of 14.
9        The conclusion is that the tilt had no
10 bearing on the ability to remove a filter.
11 BY MR. GALLAGHER:
12    Q.   That's the conclusion?
13    A.   You asked me what the conclusion was.
14    Q.   Okay. The result was that there were
15 159 of 175 patients had tilt just one degree or
16 another, which was 91%?
17    MS. PIERSON: Object to form.
18 BY THE WITNESS:
19    A.   They had a minimal degree of tilt and it
20 had no clinical relevance on the ability to remove
21 the filter.
22        In the last seven years there is only
23 one filter I have not been able to take out
24 regardless of the amount of tilt.

Page 56

1 BY MR. GALLAGHER:
2    Q.   All right, sir. And if you look at the
3 first paragraph on the third column, he said, "In
4 sum, GTF tilt may have technical and clinical
5 implications; this has, as yet, received limited
6 attention in the literature."
7        Have I read that correctly?
8    MS. PIERSON: Object to form.
9 BY THE WITNESS:
10    A.   You've read what they stated. That
11 doesn't mean I agree with it.
12 BY MR. GALLAGHER:
13    Q.   I understand that.
14    A.   Okay.
15    Q.   But at least this is an article that was
16 published in the journal relative to tilt with the
17 Günther Tulip filter?
18    MS. PIERSON: Object to form.
19 BY MR. GALLAGHER:
20    Q.   The title of the article is "Analysis of
21 Tilt of the Günther Tulip Filter"?
22    MS. PIERSON: Same objection.
23 BY THE WITNESS:
24    A.   I just reserve the right to disagree

Page 57

1 that the tilt has any clinical significance.
2 BY MR. GALLAGHER:
3    Q.   I understand that.
4    A.   Okay. Because it has none.
5    Q.   Do you know -- I object to that as being
6 non-responsive.
7        Do you know whether or not, in your
8 discussions with Cook representatives -- and you
9 have had multiple discussions with representatives
10 of Cook Medical, have you not?
11    A.   No. I don't even -- if a Cook rep were
12 in right now, I don't even know a Cook rep. Our
13 current Cook rep I don't know.
14    Q.   Have you ever -- have you ever been
15 entertained by rep --
16    A.   You said that I have had multiple things
17 with Cook. So, with Cook, in terms of there was a
18 critical limb ischemia symposium in Wyoming,
19 Michigan last year with Dr. Mustapha. It was
20 myself that was part of a faculty with Dr. Andrej
21 Schmidt and Mustapha discussed new ways of saving
22 limbs. That's the only thing I've done with Cook.
23    MR. GALLAGHER: I want to mark as
24 Exhibit No. 4 --

Confidential - Subject to the Protective Order

Page 86

1    Q.   And how about the Celect?
2    A.   Same thing.
3    Q.   Have you used those products in your
4  patients continuously since they've been available?
5    A.   Yes.
6    Q.   In the time that you have prescribed a
7  Tulip for your patients, have you had good results
8  with it?
9    A.   Yes.
10    Q.   Tell me, what are the benefits that you
11  believe a Tulip filter or filters in general bring
12  to your patients.
13    A.   I think, once again, you're talking
14  about a life-threatening situation.  So, when you
15  have a person who cannot be on a blood thinner and
16  still is at risk for a life-threatening situation,
17  the first and foremost thing is to keep that person
18  alive and that's to prevent another clot from going
19  into the lung and straining the right heart.  So, I
20  think filters from that standpoint work.
21       The trade-off, as with any device, is
22  there is risks and benefits.
23       I think for me the biggest issue, the
24  advantage I like about the Tulip is I find it easy

Page 87

1  to retrieve.  So, in those patients where we can
2  retrieve it, we try to retrieve it.  Can't be
3  retrieved in everybody.
4       So, I think it's safe to put in.  I
5  think it works and I think it's easy to retrieve.
6    Q.   In your 30 years of practicing medicine
7  and using the Tulip, have you ever had any
8  complications with a Tulip with your patients?
9    A.   No.
10    Q.   Do you have confidence in the Tulip?
11    A.   Yes.
12    Q.   Would you prescribe it for a patient if
13  you needed to do a procedure today?
14    A.   I'd put it in me.
15    Q.   Okay.  And how about the Celect, with
16  respect to the Celect product, have you had any
17  complications with patients with the Celect?
18    A.   No.
19    Q.   And, again, if you had to do a procedure
20  today, would you choose a Celect for your patients?
21    A.   Sure.
22    Q.   If you needed a vena cava filter, would
23  you choose a Celect?
24    A.   Yeah, I could use either one on me.

Page 88

1    Q.   Okay.  Now, earlier today Mr. Gallagher
2  asked you some questions about some of the risks or
3  complications that can happen with filters
4  generally.  I'd like to ask you some questions
5  along those lines.
6       First, Mr. Gallagher mentioned the word
7  "tilt" to you.  What does tilt mean in your world
8  with respect to a filter?
9    A.   Once again, I don't think tilt is that
10  big a deal.
11       So, a vena cava is a tube and we put it
12  in.  There is legs that open up and it sits like
13  this.  So, any little tilt, any -- if the thing is
14  not 180 degrees perfectly centered, it's considered
15  a tilt.
16       So, you can imagine the vena cava itself
17  is not a straight column.  It has bends to it.  It
18  is beating and pulsating and the patient itself is
19  moving, he or she.  So, it's almost impossible that
20  it's going to be centered perfectly 100 percent of
21  the time.  As a matter of fact, I would say it is
22  impossible.
23       So, to me the issue of tilt is does tilt
24  really have any clinical significance, and in my

Page 89

1  experience it doesn't.
2    Q.   When a filter is tilted slightly to the
3  side, can that be caused by the way that the filter
4  is placed by the surgeon who is placing it?
5    A.   Yes.
6    Q.   Or physician I should say?
7    A.   So, you put it too high and the feet get
8  into the renal vein.  Then it's going to -- imagine
9  if one of the foot goes here and the other foot is
10  against the wall.  It's going to tilt it this
11  direction.
12       Sometimes the anatomy of the patient.
13  Like I said, these are curved structures.  So, to
14  have something sit perfectly is -- you know, it's
15  ideal but I think impossible.
16       So, I think most of the issues are
17  either patient anatomy or how they're deployed.
18    Q.   Okay.  Do all physicians have some rate
19  of tilt in the deployment?
20    A.   Yes.
21    Q.   No physician is immune to it --
22    A.   Correct.
23    Q.   -- including you.
24       In terms of other causes of tilt or

Confidential - Subject to the Protective Order

**Page 90**

1 potential causes, if a patient has a trauma to
2 their vena cava, if they are in a car accident, for
3 example, or they get punched hard in the vena cava,
4 can that change the position of their filter?
5     A.   I've not seen that.  I assume it seems
6 possible it could, but I have not seen that.
7     Q.   Okay.  And what about if a patient has
8 compromised caval tissues.  For example, if they
9 are extremely dehydrated and their caval tissues
10 collapse, can that affect the position of their
11 filter as well?
12     A.   Yeah, in certain circumstances it could.
13 Those would be pretty rare and pretty extreme, but
14 they could.
15     Q.   Along those lines, things that
16 compromise the caval tissues, is it accurate to say
17 that a patient who is in poor health may have less
18 robust caval tissues?
19     A.   Yeah, I think generally the worse your
20 health -- it's sort of catch-22.  The worse your
21 health, generally your tissues, your ability to
22 heal are worse.
23          On the other hand, typically that subset
24 of patients has a high risk of bleeding from blood

**Page 91**

1 thinners.  So, there is a trade-off.
2     Q.   They're a compromised patient in terms
3 of strength of their tissues whether they are on
4 anticoagulants or they have a filter --
5     A.   Correct.
6     Q.   -- correct?
7          And specifically with respect to
8 patients who have had cancer or multiple cancer
9 diagnoses, are those patients who have compromised
10 or can have compromised caval tissues?
11     A.   If they've had radiation or severely
12 aggressive tumor, perhaps they could.  That would
13 probably be the only subset that I would be
14 concerned about.
15     Q.   Okay.  If we were talking about a
16 patient who had prostate cancer, stomach cancer and
17 a variety of other cancers, would you expect that
18 they may have some effects from radiation on their
19 caval tissues?
20     A.   They could have effect from radiation on
21 their caval tissues.
22          There is also for certain tumors,
23 certain cancers make a protein that make you more
24 likely to form clots, which makes you more likely

**Page 92**

1 to get DVTs, which makes it more likely to get PEs,
2 which sometimes may make it more likely to develop
3 clots.
4          So, malignancies or cancer creates a
5 different variable.  One is the tissues.  One is
6 are they more prone, how much more prone are they
7 to develop clots.
8     Q.   Does a patient who has recurrent PEs or
9 PEs that travel at least through the inferior vena
10 cava, are they likely to have compromised caval
11 tissues in their inferior vena cava?
12     A.   Not necessarily.
13     Q.   Okay.  Nothing about traveling up
14 either --
15     A.   No.
16     Q.   -- through the cava or to the lungs
17 affects the quality of their tissues?
18     A.   Correct.
19     Q.   Thank you.  Helpful to know.
20          So, I want to talk with you about other
21 known risks of placement of a filter.
22          First of all, the risk that we were just
23 talking about, tilt, is that unique to Cook
24 products or the Tulip product?

**Page 93**

1     A.   No.
2     Q.   And do you believe that tilt of a filter
3 affects the efficacy of the filter in any way?
4     A.   No.  I think the first thing I stated
5 was that the most important thing is to prevent
6 clot from traveling that could cause a death, and
7 then I think filters do a great job of that.
8          I don't really think, like I said, in
9 the last -- I don't know how many years -- there's
10 only been one filter I have not been able to remove
11 and that had been in somebody almost four years.
12          So, I don't really see tilt as that big
13 of a deal.
14     Q.   In your experience practicing for some
15 30 years, is a tilted filter just as effective at
16 preventing PE?
17     A.   Yes.
18     Q.   In your experience do patients who have
19 tilt of their filter have any symptoms from that?
20     A.   No.
21     Q.   With respect to other risks for any
22 filter placement, would you agree, Doctor, that an
23 inability to retrieve the filter is -- is a known
24 complication with any filter?

Confidential - Subject to the Protective Order

Page 118

1 make a decision whether we should do something.
2 And that all comes down to the risk of a procedure
3 and the benefit of a procedure.
4    Q.   Dr. Goodwin, you mentioned that you're a
5 professor of bioethics at Notre Dame.  Tell --
6    A.   I teach it.  I'm not a full professor.
7 I teach it.
8    Q.   Tell the jury, what is bioethics?
9    A.   I didn't mean to go off there.
10       Bioethics is the study or field of the
11 ethics surrounding medical decision making, both
12 inpatient, outpatient and across the spectrum, and
13 has to do with morals, values as a society of how
14 we make decisions from end of life to cancer
15 treatment to putting people in hospice.
16    Q.   The decision of what treatment method to
17 use for a patient, whether it's anticoagulants,
18 filters or something else, do all of those
19 decisions involve questions of bioethics for you?
20    A.   I guess taking it to its logical
21 consent, yes.  As a general rule, to me, decision
22 making for a patient is doing what's best for the
23 patient.
24       Bioethics has more to do when we're

Page 119

1 faced with ethical dilemmas when a patient can't
2 speak for themselves, they've had a stroke or maybe
3 they are senile or demented, of how aggressive to
4 be.
5       But technically any medical decision
6 making from informed consent through is technically
7 some element of bioethics.
8    Q.   Dr. Goodwin, when you choose to place a
9 filter in a patient, do you guarantee a result to
10 the patient?
11    A.   No.
12    Q.   Why not?
13    A.   I've never had a problem going in.  But
14 I can drive to and from work every day and still
15 get hit by somebody else.
16       You know, enough things can happen in
17 medicine that are unpredictable.  So, there is no
18 way of 100 percent guaranteeing anything in
19 medicine.
20    Q.   Are you aware of any medical device that
21 has no rate of complication?
22    A.   No.
23    Q.   Are you aware of any filter on the
24 market that has no rate of complication?

Page 120

1    A.   No.
2    Q.   Are you aware of any physician or
3 interventional cardiologist who has no rate of
4 complication?
5    A.   No.
6    Q.   Okay.  Generally speaking, for patients
7 who receive filters, including the Cook Tulip
8 filter, do the benefits of the filter in your mind
9 outweigh the risks?
10    A.   Yes.
11    Q.   And when we talk about the benefits, are
12 we talking about the benefit of preventing a PE
13 that could kill the patient?
14    A.   Correct.
15    Q.   And when you contrast that with the
16 risks, are you contrasting it with some of the
17 risks that we talked about earlier, like tilt or
18 tenting or penetration or perforation, that have no
19 clinical significance to the patient?
20    A.   I've never heard of anyone dying from
21 having a filter in.
22    Q.   But people die all the time from PE,
23 don't they?
24    A.   From PE.  So, having a filter in

Page 121

1 doesn't -- ideally, like I said, I believe in
2 taking them out when they can come out.  But, once
3 again, you have to be alive to have the filter to
4 be able to come out.  And I've never seen a filter
5 kill somebody.
6    Q.   There is a reference in the patient
7 handout --
8       MR. GALLAGHER:  Object.  Non-responsive.
9 BY MS. PIERSON:
10    Q.   -- that we talked about earlier --
11    A.   I'm sorry?  Oh, that was jury stuff.
12 I'm sorry.
13    Q.   There is a reference --
14    A.   I thought he was asking me a question.
15    Q.   There is a reference in the patient
16 handout that we talked about earlier that advises
17 patients that 20 to 50,000 people per year die from
18 pulmonary embolism.  Are you familiar with that
19 statistic?
20    A.   I actually thought it was higher.
21    Q.   In your studies and research about
22 pulmonary embolism, would you agree that the
23 risks --
24    A.   It's 50 to 200,000.  You had said 20 or