UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB Arthur Gage, 1:13-cv-1875-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON JOINT MOTION FOR ORAL ARGUMENT ON *DAUBERT* MOTIONS FOR ENGINEERING EXPERT WITNESSES (McMEEKING, ROBERTSON, CHOULES), TO SET BRIEFING SCHEDULE ON SAME, AND TO EXTEND FINAL EXHIBIT LIST DEADLINE**

The parties jointly move for oral argument on *Daubert* Motion for Engineernig Expert Witnesses, to Set Schedule on the Same, and to Extend Final Exhibit List Deadline. The Motion (Filing No. 6500) is **GRANTED**.

**IT IS THEREFORE ORDERED:**

a. That a hearing on the McMeeking, Robertson, and Choules *Daubert* motions will be held on October 12, 2017, at 9:00 a.m.;

b. That the deadline schedule for the submission of materials concerning *Daubert* motions on Dr. Scott Robertson and Brian Choules is as follows:

1

|  |  |
|---|---|
| Defendants' Response (Robertson): | September 25 |
| Plaintiffs' Reply (Robertson): | October 9 |
| Plaintiffs' Motion (Choules): | September 25 |
| Defendants' Response (Choules): | October 2 |
| Plaintiffs' Reply (Choules): | October 9 |

c. That the deadline for filing final exhibit lists in *Hill* is extended to October 2, 2017.

c. That Plaintiff shall file and serve her proposed jury instructions and verdict forms on September 26, 2017. Cook Defendants shall file and serve no later than October 6, 2017, their proposed modifications to Plaintiff's instructions and verdict forms as well as any additional instructions Cook Defendants request.

SO ORDERED this 22nd day of September 2017.

Distributed Electronically to Registered Counsel of Record.

2