UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    Civil Case No. 1:13-cv-01875-RLY-TAB

**COOK DEFENDANTS' MOTION FOR
LEAVE TO FILE CORRECTED REPLY**

    Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby respectfully request leave to file a corrected reply to motion to exclude no. 6: expert opinion of Dr. David Garcia. The original reply is filed as Dkt. 6388. Attached as Exhibit 1 is a copy of the corrected reply, which shows the proposed correction at p. 6, adding Ex. J, June 26, 2017, Email from Dr. David Garcia to Ben Martin.  The previously filed reply failed to assign a correct Exhibit number to this email. Additionally, Exhibit J and Exhibit I were inadvertently not filed with the reply.  Both of these Exhibits are filed in conjunction with this Unopposed Motion for Leave to File Corrected Reply. The corrected reply does not alter the Cook Defendants' requested relief or argument.

    WHEREFORE, the Cook Defendants respectfully ask the Court to grant them leave to file the attached corrected reply to motion to exclude No. 6: expert opinions of Dr. David Garcia.

1

US.114302637.01

Dated: September 22, 2017	Respectfully submitted,

/s/ *J. Stephen Bennett*
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, a copy of the foregoing **COOK DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED REPLY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *J. Stephen Bennett*