**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
REPLY TO MOTION TO EXCLUDE NO. 6:
EXPERT OPINIONS OF DR. DAVID GARCIA**

The following exhibits are hereby submitted with the Cook Defendants' Reply to Motion to Exclude No. 6: Expert Opinions of Dr. David Garcia:

| Exhibit | Description |
|---|---|
| H | Deposition Excerpts of David Garcia Deposition (June 22, 2017) |
| I | Email from Ben Martin to Jessica Benson Cox (June 26, 2017) |
| J | Email from Dr. David Garcia to Ben Martin (June 26, 2017) |

                                            Respectfully submitted,

Dated: September 22, 2017      /s/ *J. Stephen Bennett*
                                            J. Joseph Tanner (# 11856-49)
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone: (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            E-mail:   joe.tanner@faegrebd.com
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  john.schlafer@faegrebd.com

                                            James Stephen Bennett (# 22869-02)
                                            FAEGRE BAKER DANIELS LLP
                                            110 W. Berry Street, Suite 2400
                                            Fort Wayne, Indiana  46802
                                            Telephone: (260) 424-8000
                                            Facsimile: (260) 460-1700
                                            stephen.bennett@faegrebd.com

                                            *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.114307778.01

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                    */s/ J. Stephen Bennett*