# Exhibit H

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF INDIANA
2          INDIANAPOLIS DIVISION
3   IN RE: COOK MEDICAL,
    INC., IVC filters
4   MARKETING, SALES
    PRACTICES AND PRODUCT
5   LIABILITY LITIGATION          Case No.
                                  1:14-ml-2570-RLY-TAB
6                                 MDL No. 2570
    This Document Related
7   to ALL ACTIONS

8
9
10       VIDEOTAPE DEPOSITION UPON ORAL EXAMINATION OF
11
              DAVID GARCIA, M.D.
12

13
14
15                   9:10 a.m.
16             Thursday, June 22, 2017
17          600 University Street, Suite 320
18                Seattle, Washington
19
20
21
22
23
24
25   REPORTED BY:  Diane Rugh, CRR, RMR, CRR No. 2399

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 46

1 use too much anymore. But I certainly occasionally
2 prescribe it. Also, as a consultant -- so Heparin is a
3 drug that's typically used in the hospital because it's
4 usually given intravenously. And in the hospital I'm
5 almost always a consultant, not the primary physician of
6 record, and so I'm not typically writing orders. I may
7 be recommending that orders be written. And certainly
8 I've recommended that Heparin be given and do so on an
9 average of once or twice a month, something like that.
10   Q. Once or twice a month?
11   A. Yeah.
12       (Exhibit 7 was marked.)
13   Q. (BY MS. COX) I'm going to hand you Exhibit 7.
14 And I believe this is an article that you have written;
15 is that correct?
16   A. Yes. I've coauthored it.
17   Q. And was it 2016?
18   A. Yes.
19   Q. So recently. This is an article about Heparin;
20 correct?
21   A. It is. It's about a particular complication of
22 Heparin caused Heparin-induced thrombocytopenia.
23   Q. And if you look on this thing, it says,
24       "Heparin-induced thrombocytopenia
25       [(HIT)] is a potentially fatal

Page 47

1       immune-mediated reaction to Heparin therapy
2       estimated to occur in 1-3 % of patients
3       exposed to [unfractionated] heparin [(UFH)]
4       and to a lesser degree" a different type of
5       Heparin.
6       Is that correct?
7   A. Yes.
8   Q. It also says,
9       "Patients who develop HIT have an
10       estimate 30-50 % increased risk of
11       developing venous or arterial thrombosis,
12       and up to half of affected patients may
13       suffer life or limb-threatening thrombosis
14       if left untreated."
15       Is that correct?
16   A. Yes.
17   Q. Do you have any way of predicting if your
18 patient will be one of these 1 to 3 percent who develop
19 HIT?
20   A. I don't know of any risk assessment model.
21 There are some -- there are some clinical settings where
22 we worry more about Heparin-induced thrombocytopenia;
23 for example, if Heparin is being given at a therapeutic
24 dose rather than a prophylactic dose, if the patient is
25 postsurgery -- postcardiac or orthopedic surgery as

Page 48

1 opposed to on a medical ward. But -- and I would say
2 that the 1 to 3 percent is an upper end of the risk
3 range. I think there are subpopulations, for example,
4 of nonsurgical patients receiving prophylactic Heparin
5 where the risk would be an order of magnitude lower than
6 that.
7   Q. But you do prescribe Heparin several times a
8 month and you do that because in your clinical judgment
9 the benefits of that medication might outweigh this 1 to
10 3 percent chance of getting this very dangerous
11 complication; correct?
12   A. Right. I do it partly because of the benefits
13 outweigh the risks. The benefits of Heparin are
14 extremely well-established. And I would also add that
15 this risk can be mitigated by monitoring a patient's
16 platelet count and catching it before the thrombotic
17 complications have occurred.
18   Q. As I hematologist do you also prescribe Warfarin
19 to your patients?
20   A. Yes.
21   Q. That's another anticoagulant?
22   A. Yes.
23   Q. Is that also referred to as a vitamin K
24 antagonist?
25   A. It is.

Page 49

1   Q. How often do you prescribe Warfarin?
2   A. Frequently.
3   Q. How many times a week?
4   A. Well, it's evolving because more and more now
5 we're using the direct oral anticoagulants in our
6 patients who need anticoagulation for certain reasons.
7 But I probably see at least one or two patients a week
8 who are taking Warfarin whether I'm the prescribing
9 doctor or not.
10       (Exhibit 8 was marked.)
11   Q. (BY MS. COX) I'm going to hand you Exhibit 8.
12 This is an article that you published in 2015; correct,
13 on the "Risk of thromboembolism, recurrent hemorrhage,
14 and death after warfarin therapy"?
15   A. Yes.
16   Q. If you look at the introduction, it says,
17       "Intracranial hemorrhage [(ICH)] is
18       the most feared complication of warfarin
19       anticoagulation therapy as it is frequently
20       devastating and often results in substantial
21       morbidity and mortality."
22       Did I read that correctly?
23   A. Yes.
24   Q. And intracranial hemorrhage, is that a brain
25 bleed?