# Exhibit I

**From:** Ben Martin [mailto:bmartin@bencmartin.com]
**Sent:** Monday, June 26, 2017 2:55 PM
**To:** Cox, Jessica Benson
**Cc:** Mark Chavez; David Matthews
**Subject:** additional PR's provided to Dr. garcia?

Jessica:  Here is the email I sent to Dr. Garcia and the one I received back.  I do not recall nor does Mark recall giving him any other PR's other than the ones he referenced in his report.  I have no record of giving him others.  David has no record of it and Mark has no record of it and we have all three checked.  Mark would have been the one to provide him the thrombotic complaint reports and so if he did not provide them there would be no other source for him to receive any others.