# Exhibit J

**From:** David Garcia
**Sent:** Monday, June 26, 2017 1:27 PM
**To:** Ben Martin <bmartin@bencmartin.com>
**Cc:** Mark Chavez <mchavez@thematthewslawfirm.com>; David Matthews <dmatthews@thematthewslawfirm.com>
**Subject:** Re: FW: Cook-IVC Filter-Garcia Documents

Hi Ben:

My memory about this is extremely vague.  I know that when we (you, I and other plaintiff counsel) were gathered for a FTF meeting in Seattle, I looked at some PRs.  My recollection of how MANY I reviewed is extremely vague and it is quite possible that I did not review more than the ones mentioned in my report.  My statement to Ms. Cox about the number of PRs reviewed was not intentionally misleading, but certainly may have been an inaccurate recollection of details.  Based on Mark's email from today, I have no reason to think that I reviewed more than 8 PRs.

1

Hope this helps,
David

On Mon, Jun 26, 2017 at 10:40 AM, Ben Martin <bmartin@bencmartin.com> wrote:

Dr. Garcia: We are trying to figure this out.  Dom you have any other clues for us?