# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action only:

> Elizabeth Jane Hill,
> No. 1:14-cv-06016-RLY-TAB

## MOTION FOR LEAVE TO
## FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a reply brief in excess of 20 pages, specifically the Cook Defendants' Reply in Support of their Motion for Summary Judgment in the *Hill* case. This reply brief will be electronically filed today, September 22, 2017. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1(e)(1) provides that reply briefs may not exceed 20 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a reply brief in excess of 20 pages in support of the Cook Defendants' motion for summary judgment in the *Hill* matter.

3. The Cook Defendants require a reply memorandum of more than 20 pages to fully address and brief all the arguments raised by Plaintiff Hill in response and opposition to the Cook Defendants' motion for summary judgment.

US.114307304.02

- 2 -

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 20-page maximum set forth in Local Rule 7.1(e).

5. Cook will be able to adequately address the issues and opposition arguments raised in 27 pages or less.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply memorandum in excess of 20 pages in support of their Motion for Summary Judgment in the *Hill* case.

Respectfully submitted,

Dated: September 22, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 2 -
US.114307304.02

- 3 -

## CERTIFICATE OF SERVICE

I certify that on September 22, 2017, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

                    */s/ Andrea Roberts Pierson*
                    Andrea Roberts Pierson