**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The following exhibits are hereby submitted with the Cook Defendants' Reply in Support of Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| Y | Excerpts of Deposition of Mark Zuzga, Volume 2 (April 19, 2017) |
| Z | Excerpts of Deposition of Mark Breedlove (January 16, 2015) |
| AA | Exhibit 7 to Deposition of Mark Breedlove (January 16, 2015), Cook Group Incorporated Organizational Chart, CookMDL2570_0000255-259 |
| BB | Exhibit 9 to Deposition of Mark Breedlove (January 16, 2015), Cook Entity List, CookMDL2570_0000131-222 |
| CC | Excerpts from trial transcript in *Amal Eghnayem v. Boston Scientific Corp.* USDC, Southern District of Florida, Case No. 14-24061-CIVIL-GOODWIN |

                    Respectfully submitted,

Dated: September 22, 2017          */s/ John T. Schlafer*
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          Email:  andrea.pierson@faegrebd.com
                                          Email:  john.schlafer@faegrebd.com

                                          James Stephen Bennett (# 22869-02)
                                          FAEGRE BAKER DANIELS LLP
                                          110 W. Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone: (260) 424-8000
                                          Facsimile: (260) 460-1700
                                          Email:  stephen.bennett@faegrebd.com

                                          *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.114279102.01

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                      */s/ John T. Schlafer*

US.114279102.01