# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02509 | Cause No. 1:17-cv-02880 |
| Cause No. 1:17-cv-02510 | Cause No. 1:17-cv-02902 |
| Cause No. 1:17-cv-02511 | Cause No. 1:17-cv-02909 |
| Cause No. 1:17-cv-02512 | Cause No. 1:17-cv-02913 |
| Cause No. 1:17-cv-02670 | Cause No. 1:17-cv-02914 |
| Cause No. 1:17-cv-02767 | Cause No. 1:17-cv-02915 |
| Cause No. 1:17-cv-02853 | Cause No. 1:17-cv-02916 |
| Cause No. 1:17-cv-02854 | Cause No. 1:17-cv-02917 |
| Cause No. 1:17-cv-02855 | Cause No. 1:17-cv-02919 |
| Cause No. 1:17-cv-02856 | Cause No. 1:17-cv-02925 |
| Cause No. 1:17-cv-02857 | Cause No. 1:17-cv-02931 |
| Cause No. 1:17-cv-02858 | Cause No. 1:17-cv-02946 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   September 25, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114326707.01

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114326707.01