**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to the Following Actions only:

      Elizabeth Jane Hill
      No. 1:14-cv-06016-RLY-TAB

      Arthur Gage
      No. 1:13-cv-01875-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'**
**RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO**
**EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF SCOTT ROBERTSON, Ph.D.**

The following exhibits are hereby submitted with the Cook Defendants' Response In Opposition
To Plaintiffs' Motion to Exclude or Limit the Expert Testimony of Scott Robertson, Ph.D:
:

| Exhibit | Description |
|---------|-------------|
| 1 | Excerpts of  Scott Robertson, Ph.D., Deposition (August 17, 2017) FILED UNDER SEAL |
| 2 | Excerpts from the Deposition of Mark Zuzga, M.D. (*Hill*) (April 19, 2017) |
| 3 | Excerpts from the Deposition of Frank Lynch, M.D. (*Hill*) (May 26, 2017) |
| 4 | Excerpts from the Deposition of Mark Goodwin, M.D. (*Gage*) (January 11, 2017) |
| 5 | Excerpts from the Deposition of Paul Crisostomo, M.D. (*Gage*) (January  13, 2017) |
| 6 | Excerpts from the Deposition of Jenifer Brown, Ph.D. (May 8, 2017) FILED UNDER SEAL |
| 7 | Excerpts from the Deposition of John Kaufman, M.D (August 2, 2017) FILED UNDER SEAL |

Respectfully submitted,

Dated: September 25, 2017

/s/ *Andrea Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated,*
*Cook Medical LLC (f/k/a Cook Medical*
*Incorporated), and William Cook Europe ApS*

US.114320889.01

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Pierson*

US.114320889.01