# EXHIBIT 2

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
Case No.: 1:14-cv-06016-RLY-TAB

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

VIDEO DEPOSITION
of
DR. MARK ZUZGA
taken on behalf of Defendants

DATE:   April 19, 2017

TIME:   3:13 p.m. to 7:17 p.m.

PLACE:  2580 Gulf to Bay Boulevard
        Clearwater, Florida 33765

BEFORE: Dawn A. Hillier, RMR, CRR, CLR
        Notary Public - State of
        Florida, at Large

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 2

APPEARANCES:

ATTORNEY FOR PLAINTIFF
   JOSEPH JOHNSON, ESQUIRE
   BABBITT & JOHNSON, P.A.
   1641 Worthington Road, Suite 100
   West Palm Beach, Florida 33402
   jjohnson@babbitt-johnson.com

ATTORNEYS FOR DEFENDANT

   ANDREA ROBERTS PIERSON, ESQUIRE
   ANNA C. RUTIGLIANO, ESQUIRE
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana 46204
   317.237.0300
   andrea.pierson@faegrebd.com
   anna.rutigliano@faegrebd.com

ATTORNEY FOR WITNESS

   ERIN REYNOLDS, ESQUIRE
   BUSH GRAZIANO RICE & PLATTER, P.A.
   PO Box 3423
   101 East Kennedy Boulevard, Suite 1700
   Tampa, Florida 33601

ALSO PRESENT:
   Paul Singletary, Videographer
   Joel Freedman, Videographer

## Page 3

INDEX
                                                    PAGE
WITNESS - DR. MARK ZUZGA                              5
   DIRECT EXAMINATION BY MR. JOHNSON                  6
   CROSS EXAMINATION BY MS. PIERSON                  47
   REDIRECT EXAMINATION BY MR. JOHNSON              182
   RECROSS EXAMINATION BY MS. PIERSON               222
   FURTHER REDIRECT EXAMINATION BY MR. JOHNSON      226
CERTIFICATE OF OATH                                 232
REPORTER'S CERTIFICATE                              233

EXHIBITS
Premarked Exhibit 24                                  9
Premarked Exhibit 23                                 11
Exhibit 33   Medical illustration                    17
Premarked Exhibit 26                                 18
Exhibit 34   Medical illustration                    21
Premarked Exhibit 14                                 26
Premarked Exhibit 18                                 29
Premarked Exhibit 15                                 34
Premarked Exhibit 11                                 37
Exhibit 35   Medical records                         94
Exhibit 36   Informed consent                       128
Exhibit 37   Second informed consent                132
Exhibit 38   Third informed consent                 136
Premarked Exhibit 13                                186
Exhibit 39   PowerPoint                             222

## Page 4

REPORTER'S KEY TO PUNCTUATION:

-- At end of question or answer references interruption.

... References a trail-off by the speaker.

No testimony omitted.

"Uh-huh" References an affirmative sound.

"Huh-uh" References a negative sound.

### Page 61

| Time | # | | |
|---|---|---|---|
| 00:58:26 | 1 | A | Correct. |
| 00:58:26 | 2 | Q | If a patient has a unique anatomy or some |
| 00:58:30 | 3 | | anomaly in their venous system or in their arteries, |
| 00:58:34 | 4 | | that can affect your treatment? |
| 00:58:36 | 5 | A | Yes. |
| 00:58:36 | 6 | Q | And it can affect the outcome from a |
| 00:58:38 | 7 | | procedure; correct? |
| 00:58:39 | 8 | A | Correct. |
| 00:58:40 | 9 | Q | If a patient experiences some kind of a trauma |
| 00:58:44 | 10 | | or an unexpected movement following a procedure, that |
| 00:58:47 | 11 | | can impact the procedure that you performed? |
| 00:58:51 | 12 | A | Sure. |
| 00:58:51 | 13 | Q | In other words, if you place a stent or a |
| 00:58:53 | 14 | | graph or a vena cava filter and in some way the patient |
| 00:58:57 | 15 | | experiences trauma or an unusual movement in their |
| 00:58:59 | 16 | | abdomen, that can impact its placement? |
| 00:59:02 | 17 | A | Sure. |
| 00:59:03 | 18 | Q | If a patient has an adverse reaction to a |
| 00:59:05 | 19 | | procedure or to a product, is that another example of |
| 00:59:09 | 20 | | something about the patient that can affect the outcome? |
| 00:59:15 | 21 | A | Sure. |
| 00:59:16 | 22 | Q | Setting aside vena cava filters for a second |
| 00:59:18 | 23 | | and blood clots for a moment, is it accurate to say, |
| 00:59:21 | 24 | | Dr. Zuzga, that things can happen that cause a less than |
| 00:59:25 | 25 | | ideal outcome for an individual patient? |

### Page 62

| Time | # | | |
|---|---|---|---|
| 00:59:28 | 1 | A | Yes. |
| 00:59:28 | 2 | Q | Things that are outside your control? |
| 00:59:31 | 3 | A | Yes. |
| 00:59:31 | 4 | Q | Things that are outside the control of the |
| 00:59:33 | 5 | | patient? |
| 00:59:34 | 6 | A | Yes. |
| 00:59:34 | 7 | Q | And things that are outside the control of any |
| 00:59:36 | 8 | | manufacturer who made any product to use during the |
| 00:59:39 | 9 | | procedure? |
| 00:59:40 | 10 | A | Yes. |
| 00:59:40 | 11 | Q | Sometimes even when everything goes exactly |
| 00:59:43 | 12 | | right in a procedure, it still doesn't turn out exactly |
| 00:59:47 | 13 | | the way you planned; correct? |
| 00:59:50 | 14 | A | Correct. |
| 00:59:51 | 15 | Q | How long have you been using vena cava |
| 00:59:55 | 16 | | filters? |
| 00:59:56 | 17 | A | Since I was a fellow, so 14, 15 years. |
| 01:00:01 | 18 | Q | Since about 2002? |
| 01:00:02 | 19 | A | Something like that. |
| 01:00:04 | 20 | Q | Do you use vena cava filters to treat your |
| 01:00:06 | 21 | | patients today? |
| 01:00:07 | 22 | A | Yes. |
| 01:00:07 | 23 | Q | Today, do you use filters manufactured by Cook |
| 01:00:11 | 24 | | to treat your patients? |
| 01:00:13 | 25 | A | Yes. |

### Page 63

| Time | # | | |
|---|---|---|---|
| 01:00:13 | 1 | Q | You believe in the safety and efficacy of vena |
| 01:00:16 | 2 | | cava filters? |
| 01:00:17 | 3 | A | Yes. |
| 01:00:17 | 4 | Q | You believe in the safety and efficacy of vena |
| 01:00:20 | 5 | | cava filters manufactured by Cook Medical? |
| 01:00:23 | 6 | A | Yes. |
| 01:00:23 | 7 | Q | You believe that vena cava filters can be |
| 01:00:25 | 8 | | life-saving devices for patients who experience a DVT? |
| 01:00:30 | 9 | A | Correct. |
| 01:00:31 | 10 | Q | You -- that includes Cook filters? |
| 01:00:33 | 11 | A | Yes. |
| 01:00:33 | 12 | Q | And it includes the Cook Celect filter? |
| 01:00:36 | 13 | A | Yes. |
| 01:00:37 | 14 | Q | Dr. Zuzga, I want to shift gears for a second |
| 01:00:40 | 15 | | and talk about blood clots and pulmonary embolisms, if |
| 01:00:43 | 16 | | we could. |
| 01:00:44 | 17 | A | Sure. |
| 01:00:45 | 18 | Q | First, if you would explain to the jury, what |
| 01:00:47 | 19 | | is a pulmonary embolism? |
| 01:00:48 | 20 | A | A pulmonary embolism is a blood clot that's |
| 01:00:51 | 21 | | usually traveled from elsewhere in the body and becomes |
| 01:00:53 | 22 | | lodged in the lungs and causes an inability to breathe. |
| 01:00:58 | 23 | Q | Are pulmonary embolisms life threatening? |
| 01:01:01 | 24 | A | Yes. |
| 01:01:02 | 25 | Q | How are pulmonary embolisms different than |

### Page 64

| Time | # | | |
|---|---|---|---|
| 01:01:05 | 1 | | just an ordinary blood clot or a deep vein thrombosis? |
| 01:01:08 | 2 | A | A DVT is either in the arm or leg where it |
| 01:01:11 | 3 | | stays. It can cause symptoms with swelling, but if that |
| 01:01:13 | 4 | | blood clot becomes dislodged and it goes to the lungs, |
| 01:01:16 | 5 | | that's where you can have a cardiopulmonary collapse. |
| 01:01:19 | 6 | Q | Give us a sense of how prevalent the risk of |
| 01:01:23 | 7 | | PE is? |
| 01:01:26 | 8 | A | Every patient is different. I couldn't give |
| 01:01:27 | 9 | | you one or the other. |
| 01:01:29 | 10 | Q | Certain patients are at greater risk of |
| 01:01:31 | 11 | | developing a pulmonary embolism than others; correct? |
| 01:01:34 | 12 | A | Correct. |
| 01:01:35 | 13 | Q | I want to show you just a couple of slides and |
| 01:01:39 | 14 | | ask you about some statistics related to pulmonary |
| 01:01:43 | 15 | | embolism. |
| 01:01:44 | 16 | | First, on the slide in front of you, there's |
| 01:01:47 | 17 | | some statistics from the National Institute of Health. |
| 01:01:50 | 18 | | Tell the jury, if you would, what's the National |
| 01:01:53 | 19 | | Institute of Health? |
| 01:01:55 | 20 | A | National Institute of Health, I think they're |
| 01:01:56 | 21 | | just a government-funded service that does different |
| 01:01:58 | 22 | | research on different conditions on Americans. |
| 01:02:01 | 23 | Q | The quote that's in front of you says that [as |
| 01:02:03 | 24 | | read]: Deep vein thrombosis and pulmonary embolism are |
| 01:02:07 | 25 | | preventable blood clots which affect over 600,000 |