# EXHIBIT 4

## Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------- )
In Re: COOK MEDICAL, INC.,   ) Case No.
IVC FILTERS MARKETING,       ) 1:14-ml-2570-
SALES PRACTICES AND          ) RLY-TAB
PRODUCTS LIABILITY LITIGATION )
---------------------------- ) MDL No. 2570
This Document Relates To:    )
                             )
1:14-cv-01875-RLY-TAB         )
Arthur Gage                   )
---------------------------- )

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF MARK J. GOODWIN, M.D.

January 11, 2017

Advocate Heart Institute
Naperville, Illinois

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

## Page 2

5  The videotaped deposition of MARK J. GOODWIN, M.D.,
6  called for examination, taken pursuant to the
7  Federal Rules of Civil Procedure of the United
8  States District Courts pertaining to the taking of
9  depositions, taken before CORINNE T. MARUT, C.S.R.
10 No. 84-1968, Registered Professional Reporter and a
11 Certified Shorthand Reporter of the State of
12 Illinois, at the offices of Advocate Heart
13 Institute, 801 South Washington Street, Naperville,
14 Illinois, on January 11, 2017, commencing at 9:22
15 a.m.

## Page 3

APPEARANCES:
ON BEHALF OF THE PLAINTIFF ARTHUR GAGE:
   THE GALLAGHER LAW FIRM, LLP
   2905 Sackett Street
   Houston, Texas  77098
   713-222-8080
   BY: MICHAEL T. GALLAGHER, ESQ.
       PAMELA McLEMORE, ESQ.
       pamm@gld-law.com

   FEARS NACHAWATI
   4925 Greenville Avenue, Suite 715
   Dallas, Texas  75206
   866-705-7584
   BY: MATTHEW McCARLEY, ESQ.
       mccarley@fnlawfirm.com

ON BEHALF OF THE COOK MEDICAL, INC. DEFENDANTS:
   FAEGRE BAKER DANIELS LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana  46204
   317-237-0300
   BY: ANDREA ROBERTS PIERSON, ESQ.
       andrea.pierson@faegrebd.com
       NICHOLAS B. ALFORD, ESQ.
       nicholas.alford@faegrebd.com

ALSO PRESENT:
   SHAWNA FUGATE, Paralegal,
     The Gallagher Law Firm, LLP

VIDEOTAPED BY: ANTHONY MICHELETTO

REPORTED BY: CORINNE T. MARUT, CSR No. 84-1968

## Page 4

INDEX
MARK J. GOODWIN, M.D.           EXAMINATION
   BY MR. GALLAGHER.............  6
   BY MS. PIERSON............... 62
   BY MR. GALLAGHER............. 157
   BY MS. PIERSON............... 158
   BY MR. GALLAGHER............. 159

EXHIBITS
GOODWIN DEPOSITION EXHIBIT          MARKED FOR ID
No. 1   4/25/11 Operative Report; no      22
        Bates numbers

No. 2   4/29/11 report of CT exam;        42
        Bates Nos.
        F052F394DB064C1A915A, GAGE, 13
        and 14

No. 3   article by Sag, et al.,           49
        "Analysis of Tilt of the
        G|nther Tulip Filter"; Bates
        Nos. Cook IVCF 008370

No. 4   Cross Notice of Videotaped        63
        Deposition of Mark J. Goodwin, MD

No. 5   Consent for                      102
        Procedure/Sedation; Bates Nos.
        Edward001157

No. 6   G|nther Tulip brochure; Bates    103
        Nos. Edward001170 - 001175

No. 7   Peripheral Procedure report;     142
        Bates Nos. Edward001158 - 001164


Page 93

1   A.  No.
2   Q.  And do you believe that tilt of a filter
3   affects the efficacy of the filter in any way?
4   A.  No. I think the first thing I stated
5   was that the most important thing is to prevent
6   clot from traveling that could cause a death, and
7   then I think filters do a great job of that.
8       I don't really think, like I said, in
9   the last -- I don't know how many years -- there's
10  only been one filter I have not been able to remove
11  and that had been in somebody almost four years.
12      So, I don't really see tilt as that big
13  of a deal.
14  Q.  In your experience practicing for some
15  30 years, is a tilted filter just as effective at
16  preventing PE?
17  A.  Yes.
18  Q.  In your experience do patients who have
19  tilt of their filter have any symptoms from that?
20  A.  No.
21  Q.  With respect to other risks for any
22  filter placement, would you agree, Doctor, that an
23  inability to retrieve the filter is -- is a known
24  complication with any filter?

Page 94

1   A.  I wouldn't call it complication. It's a
2   known risk of doing the procedure. Most can be
3   removed. Sometimes they can't and you have to be
4   alive to have gotten there. If you had died, we
5   wouldn't have to worry about removing the filter.
6       But if the filter is in, we can't with
7   100 percent certainty save your life. We could say
8   it will help to save your life. And, so, I think
9   that's just -- that's just a sequela of the
10  procedure itself.
11  Q.  That's a helpful clarification. Thank
12  you.
13      Would you agree that tenting of the
14  caval wall is a known possibility with any filter?
15  A.  Yes.
16  Q.  Is there any clinical significance of
17  that for patients?
18  A.  No.
19  Q.  Would you agree that penetration of the
20  caval wall, that that is a known possibility with
21  any filter?
22  A.  Yes.
23  Q.  And is there any clinical significance
24  to that in your mind?

Page 95

1   A.  No.
2   Q.  How about penetration of the caval wall,
3   is penetration of the caval wall from a filter a
4   known risk of any filter?
5   A.  Yes.
6   Q.  In your view does penetration of the
7   caval wall have any clinical significance for
8   patients?
9   A.  Not in my experience. I have read
10  probably one or two articles where it was a theory
11  of whether the leg had affected something. But for
12  the amount of filters going in, exceedingly,
13  exceedingly, exceedingly, exceedingly rare.
14  Q.  So, in your experience, the times that
15  there have been perforation are very rare?
16  A.  Yes.
17  Q.  And was there any clinical
18  significance --
19  A.  None.
20  Q.  -- to those?
21      Were the patients in pain?
22  A.  No.
23  Q.  Were they experiencing any bleeding?
24  A.  No.

Page 96

1   Q.  If a patient had penetration of their
2   caval wall but no organs or other surrounding
3   structures were touched, would that cause you any
4   concern as a physician?
5   A.  No.
6       MR. GALLAGHER: Objection.
7   BY MS. PIERSON:
8   Q.  And the things that I have just been
9   asking you about -- strike that. Let me start
10  again.
11      How about a little bit of migration or
12  movement of the filter. Is that a known risk with
13  any filter?
14  A.  Yes.
15  Q.  Does that cause any concerns or any
16  impact on the patient?
17  A.  Slight migration, no. If it becomes
18  dislodged and embolizes to the heart, yes.
19  Q.  Have you read Cook's Instructions for
20  Use for the Tulip?
21      (Clarification requested by the
22       reporter.)
23  BY THE WITNESS:
24  A.  No.