# EXHIBIT 5

## Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------- )
In Re: COOK MEDICAL, INC., ) Case No.
IVC FILTERS MARKETING,    ) 1:14-ml-2570-
SALES PRACTICES AND       ) RLY-TAB
PRODUCTS LIABILITY LITIGATION )
---------------------------- ) MDL No. 2570
This Document Relates To:  )
                           )
1:14-cv-01875-RLY-TAB     )
Arthur Gage               )
---------------------------- )

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF PAUL CRISOSTOMO, M.D.

January 13, 2017

Loyola University Medical Center
Maywood, Illinois

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

## Page 2

4  The videotaped deposition of PAUL CRISOSTOMO, M.D.,
5  called for examination, taken pursuant to the
6  Federal Rules of Civil Procedure of the United
7  States District Courts pertaining to the taking of
8  depositions, taken before CORINNE T. MARUT, C.S.R.
9  No. 84-1968, Registered Professional Reporter and a
10 Certified Shorthand Reporter of the State of
11 Illinois, at the offices of Loyola University
12 Medical Center, 2160 South First Avenue, Maywood,
13 Illinois, on January 13, 2017, commencing at 10:11
14 a.m.

## Page 3

1  APPEARANCES:
2  ON BEHALF OF THE PLAINTIFF ARTHUR GAGE:
3  THE GALLAGHER LAW FIRM, LLP
4  2905 Sackett Street
5  Houston, Texas 77098
6  713-222-8080
7  BY: MICHAEL T. GALLAGHER, ESQ.
8       PAMELA McLEMORE, ESQ.
9       pamm@gld-law.com
10
11 FEARS NACHAWATI
12 4925 Greenville Avenue, Suite 715
13 Dallas, Texas 75206
14 866-705-7584
15 BY: CHARLOTTE GULEWICZ, ESQ.
16      charlotte@fnlawfirm.com
17
18 ON BEHALF OF THE COOK MEDICAL, INC. DEFENDANTS:
19 FAEGRE BAKER DANIELS LLP
20 300 North Meridian Street, Suite 2700
21 Indianapolis, Indiana 46204
22 317-237-0300
23 BY: ANDREA PIERSON, ESQ.
24      andrea.pierson@faegrebd.com
25      NICHOLAS ALFORD, ESQ.
26      nicholas.alford@faegrebd.com
27
28
29 ON BEHALF OF THE DEPONENT:
30
31 LOYOLA UNIVERSITY HEALTH SYSTEM
32 2160 South First Avenue
33 Maywood, Illinois 60153
34 708-216-2150
35 BY: PATRICIA CARI NOWAK, ESQ.
36      patricia.nowak@luhs.org

## Page 4

1  ALSO PRESENT:
2     SHAWNA FUGATE, Paralegal,
3        The Gallagher Law Firm, LLP
4
5
6
7  VIDEOTAPED BY: ANTHONY MICHELETTO
8
9  REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968

Page 69

1  Q. How many times have you implanted the
2  Cook Tulip product?
3  A. Less than that. I don't know. 30, 40.
4  For some reason at Gottlieb Hospital they carry the
5  Tulip and here at Loyola we carry the Celect.
6  So...
7  Q. With respect to your use of the Cook
8  Tulip filter, do you believe that the Cook Tulip is
9  a safe and effective way to treat your patients?
10  A. Yes.
11  Q. And with respect to the Cook Celect
12  filter, do you believe that the Celect safely and
13  effectively treats your patients?
14  A. Yes.
15  Q. We talked a little bit about your past
16  use of Tulip and Celect products. Going forward
17  will you continue to use Tulip and Celect products?
18  A. Yes.
19  Q. There is nothing about those products
20  that causes you to believe that they should not be
21  used to treat patients?
22  A. Correct.
23  Q. Nothing about your experience with the
24  products that causes you to believe that they are

Page 70

1  defective or dangerous in any respect?
2  A. Correct, yes.
3  Q. Mr. Gallagher asked you some questions
4  about why a patient might need a filter, and I want
5  to follow up on that a little bit.
6  First, in your training to become a
7  vascular surgeon, did you have occasion to study
8  the reasons why and circumstances where a patient
9  might develop a PE or a pulmonary embolism?
10  A. Yes.
11  Q. Has that been an area of focus for you?
12  A. It's an area of interest, yes.
13  Q. And when you say that it's an area of
14  interest, what does that mean?
15  A. I've read about it perhaps more than
16  some of the more mundane disease processes. I
17  mean, there is a lot of diseases that occur in
18  vascular surgery. So, I've read about it maybe
19  perhaps a little bit more.
20  Q. Okay. Would you agree that ensuring
21  that a patient does not get a pulmonary embolism,
22  that's an important goal of any physician treating
23  a patient?
24  A. Yes.

Page 71

1  Q. In fact, I've heard these statistics
2  about the rates of pulmonary embolism being
3  something between 50,000 and 200,000 people who die
4  from PE each year.
5  Are you familiar with that research?
6  A. Yes.
7  Q. In your experience as a physician
8  treating patients, would you agree that pulmonary
9  embolism creates a significant risk of death?
10  A. Yes.
11  Q. And that this is a risk that certainly
12  as a physician treating patients at risk for PE you
13  want to try to avoid, right?
14  A. Yes.
15  Q. In a patient who has a history of DVTs
16  and an existing pulmonary embolism who cannot be
17  anticoagulated, is that the kind of patient in
18  which a filter is an appropriate choice?
19  A. Yes.
20  Q. In a circumstance where a patient has a
21  history of DVTs, existing DVTs and PEs, but cannot
22  take anticoagulants, is a filter a product that you
23  choose to save the patient's life potentially?
24  A. Yes.

Page 72

1  Q. In that circumstance, in the absence of
2  having a filter available as a way to treat
3  patients, is there anything else that you could do
4  to prevent a PE? If you don't have anticoagulants
5  available and you don't have filters, what's left?
6  A. So, you can do something called
7  pharmacomechanical thrombectomy without
8  anticoagulation.
9  Q. What is that?
10  A. A variety of devices we have that can
11  actually remove clot endovascularly.
12  Q. To use a device like that, you are --
13  you're not preventing clots. You're in fact
14  getting rid of the clots that are already there,
15  correct?
16  A. Yes.
17  Q. And to be able to use that product, you
18  have to know where the clot is and catch it before
19  it travels to the lungs, correct?
20  A. Yes.
21  Q. Are you familiar with the risk factors
22  for PE, patient risk factors?
23  A. Yes.
24  Q. I'd like to just read a list of these to