**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

    Arthur Gage
    No. 1:13-cv-01875-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL**
**RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO**
**EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF**
**SCOTT ROBERTSON, Ph.D. AND ATTACHED EXHIBITS**

    This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Response in Opposition to Plaintiffs' Motion to Exclude or Limit the Expert Testimony of Scott Robertson, Ph.D. and Attached Exhibits.  The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that the Cook Defendants' Response in Opposition to Plaintiffs' Motion to Exclude or Limit the Expert Testimony of Scott Robertson, Ph.D. ("Response") and Exhibits 1, 6, and 7 to that Response, are ordered to be maintained under seal.

SO ORDERED this _____ day of _____, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.