IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):
Leon Joseph Coufal

Civil Case No. 1:17-cv-02761-RLY-TAB

**EX PARTE MOTION FOR REFUND OF DUPLICATE FILING FEE**

COMES NOW Plaintiff Leon Joseph Coufal, and requests that the excess funds paid through Pay.gov as filing fees in the above-referenced cause be refunded, and would show as follows:

1.      On August 14, 2017, Plaintiff's attorney Howard L. Nations filed this case through the Court's ECF system.  Plaintiff's attorney paid the $400.00 filing fee by credit card through Pay.gov in connection with this filing.  Pay.gov sent notification of this payment under Pay.gov Tracking ID 2647QRBE, Agency Tracking ID 0756-4488196.  See the Pay.gov receipt attached hereto as Exhibit A and incorporated by reference.

2.      Before completing the filing transaction, a technical "glitch" occurred, causing a disruption in internet service and preventing the filing from being completed.

3.      Plaintiff's attorney immediately started the filing process anew, and in this process was required to pay another $400.00 filing fee through Pay.gov, and received Pay.gov Tracking ID 2647QSVQ, Agency Tracking ID 0756-4488243.  See the Pay.Gov receipt and ECF Notification attached hereto as Exhibit B and incorporated by reference.  Only this second filing fee is applied

to Plaintiff's case - the first filing fee, while charged to Plaintiff's Attorney's credit card, is not associated with any case filed in this district.

WHEREFORE, premises considered, Plaintiff Leon Joseph Coufal requests that the first filing fee, Pay.gov Tracking ID 2647QRBE, Agency Tracking ID 0756-4488196, be refunded, causing the $400.00 duplicated filing fee to be credited back to Plaintiff's Attorney Howard L. Nations' credit card.

Respectfully submitted,

THE NATIONS LAW FIRM

/s/ Howard L. Nations
Howard L. Nations
Texas State Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF
LEON JOSEPH COUFAL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 26th day of September, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

/s/ Howard L. Nations
Howard L. Nations