## Charles Bailey

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, August 14, 2017 9:39 AM
**To:** Charles Bailey
**Subject:** Pay.gov Payment Confirmation: INSD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact U.S. District Court Clerk's Office at (317) 229-3700.

Application Name: INSD CM ECF
Pay.gov Tracking ID: 2647QRBE
Agency Tracking ID: 0756-4488196
Transaction Type: Sale
Transaction Date: Aug 14, 2017 10:39:20 AM

Account Holder Name: Howard Nations
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************5904


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



EXHIBIT A