## Charles Bailey

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, August 14, 2017 9:48 AM |
| **To:** | Charles Bailey |
| **Subject:** | Pay.gov Payment Confirmation: INSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact U.S. District Court Clerk's Office at (317) 229-3700.

Application Name: INSD CM ECF
Pay.gov Tracking ID: 2647QSVQ
Agency Tracking ID: 0756-4488243
Transaction Type: Sale
Transaction Date: Aug 14, 2017 10:47:34 AM

Account Holder Name: Howard Nations
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************5904

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



1

**Charles Bailey**

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Monday, August 14, 2017 9:48 AM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-cv-02761-TWP-MJD COUFAL v. COOK INCORPORATED et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTICE***The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered by Nations, Howard on 8/14/2017 at 10:47 AM EDT and filed on 8/14/2017

| | |
|---|---|
| **Case Name:** | COUFAL v. COOK INCORPORATED et al |
| **Case Number:** | 1:17-cv-02761-TWP-MJD |
| **Filer:** | LEON JOSEPH COUFAL |
| **Document Number:** | 1 |
| **Judges Assigned:** | Tanya Walton Pratt (presiding), Mark J. Dinsmore (referral) |

**Docket Text:**
**COMPLAINT against COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, filed by LEON JOSEPH COUFAL. (Filing fee $400, receipt number 0756-4488243) (Attachments: # (1) Civil Cover Sheet)(Nations, Howard)**

**1:17-cv-02761-TWP-MJD Notice has been electronically mailed to:**

Howard L. Nations    charles@howardnations.com, becky.witt@howardnations.com, buck@howardnations.com, shelley@howardnations.com

**1:17-cv-02761-TWP-MJD Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC