IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| In re: Strickland v. Proffitt, et al.,<br>1:17-CV-6079-RLY-TAB | |

## APPEARANCE OF COUNSEL

### TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, William C. Dunnill, of the law firm of Steed Dunnill Reynolds Bailey Stephenson LLP, appear in this case as counsel for Defendants Baylor Medical Centers at Garland and McKinney and Baylor Scott & White Health. I am admitted or otherwise authorized to practice in this court in the above-captioned litigation.

Date: September 25, 2017.

Respectfully submitted,

**STEED DUNNILL REYNOLDS
BAILEY STEPHENSON LLP**

By: _____

**WILLIAM C. DUNNILL**
Texas Bar No. 00793655
billydunnill@steedlawfirm.com
**JOEL J. STEED**
Texas Bar No. 19098000
joelsteed@steedlawfirm.com

1010 W. Ralph Hall Parkway, Second Floor
Rockwall, Texas 75032
469/698-4200 / Fax: 469/698-4201

**ATTORNEYS FOR DEFENDANTS
BAYLOR MEDICAL CENTERS AT
GARLAND AND MCKINNEY AND BAYLOR
SCOTT & WHITE HEALTH**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 25th day of September, 2017, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in accordance with and pursuant to the Federal Rules of Civil Procedure and through the electronic filing manager as follows:

| | |
|---|---|
| Tim K. Goss | tim@freeseandgoss.com |
| Rich Freese | rich@freeseandgoss.com |
| Peter de la Cerda | peter@freeseandgoss.com |
| Kevin L. Edwards | kevin@freeseandgoss.com |
| FREESE & GOSS, PLLC | |
| 3500 Maple Avenue, Suite 1100 | |
| Dallas, Texas 75219 | |
| | |
| David P. Matthews | dmatthews@thematthewslawfirm.com |
| Julie L. Rhoades | jrhoades@thematthewslawfirm.com |
| MATTHEWS AND ASSOCIATES | |
| 2509 Sackett Street | |
| Houston, Texas 77098 | |

Richard A. Capshaw            richard@capslaw.com
CAPSHAW & ASSOCIATES
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
    *Attorneys for Plaintiff*

David Criss            dcriss@criss-law.com
CRISS LAW GROUP, PLLC
12222 Merit Drive, Suite 1350
Dallas, Texas 75251
    *Attorney for Defendant Trent Proffitt, M.D.*

T. Christopher Trent            ctrent@johnsontrent.com
Leslee N. Haas            lhaas@johnsontrent.com
JOHNSON, TRENT & TAYLOR, LLP
919 Milan Street, Suite 1700
Houston, Texas 77002

Brian J. Paul            brian.paul@faegrebd.com
FAEGRE BAKER DANIELS LLOP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
    *Attorney for Defendants Cook Incorporated a/k/a Cook Medical Incorporated,*
    *Cook Group Incorporated, and Cook Medical LLC*



**WILLIAM C. DUNNILL**