# EXHIBIT 2

```
                                                              Page 1

 1                    UNITED STATES COURT
                   SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION
 3
              CASE NO.:   1:14-ml-2570-RLY-TAB
 4              MDL No.   2570
 5    IN RE:  COOK MEDICAL, INC.,
      IVC FILTERS MARKETING, SALES
 6    PRACTICES AND PRODUCT
      LIABILITY LITIGATION
 7
      This Document Relates to
 8    Case No. 1:14-cv-06016-RLY-TAB
 9
             VIDEO DEPOSITION OF ELIZABETH JANE HILL
10
       Taken on Behalf of the Defendants, Cook Incorporated,
11    Cook Medical, LLC (f/k/a Cook Medical Incorporated) and
                      William Cook Europe ApS
12
       DATE TAKEN:     THURSDAY, NOVEMBER 10TH, 2016
13
       TIME:           8:54 A.M. - 4:28 P.M.
14
       PLACE:          VERITEXT
15                     37 NORTH ORANGE AVENUE
                       SUITE 500
16                     ORLANDO, FLORIDA   32801
17
18
19
20
                  STENOGRAPHICALLY REPORTED BY:
21
                    ANTHONY TRUJILLO, RMR, CRR
22                    Registered Merit Reporter
                      Certified Realtime Reporter
23
24
25
```

Page 106

1  Exhibit 7. Take a second to look at that.
2       Is that your signature at the bottom of
3  Exhibit 7?
4    A.  Yes, that is my signature.
5    Q.  And this says consent for procedure of IVC
6  filter -- inferior vena cava filter placement; is that
7  correct?
8    A.  Yes.
9    Q.  No. 3 says that the risks of this procedure
10 might include infection, bleeding, blood vessel and/or
11 nerve injury, and injury to other tissue and/or organs.
12      Do you see that?
13   A.  Yes, I do.
14   Q.  So you were aware that those were potential
15 risks before you had your IVC filter placed?
16      MR. JOHNSON: Form objection.
17   Q.  You can answer.
18   A.  It was not stressed to me. Again, it was
19 stressed to me there could be some procedural
20 complications.
21      (Exhibit 8 was marked for identification.)
22 BY MS. COX:
23   Q.  I'm going to hand you what's been marked as
24 Exhibit 8. This is the informed consent from Dr. Zuzga.
25      Do you recognize this?

Page 107

1       MR. JOHNSON: Form objection.
2    A.  No, I do not.
3    Q.  Is this your signature on the bottom of this
4  page?
5    A.  That is my signature.
6    Q.  And it's dated 11/17/10.
7    A.  Yes.
8    Q.  Is that the same day that you had your filter
9  placed?
10   A.  Yes.
11   Q.  So do you recall signing this form?
12   A.  I re- -- recall signing a form. I will add
13 that I was on a gurney without my cheaters, and I had
14 already had a medication.
15      MR. HEAVISIDE: Ma'am, just for the record,
16 what are cheaters?
17      THE WITNESS: I'm sorry. My -- my glasses. My
18 reading glasses. Thank you. My...
19 BY MS. COX:
20   Q.  I was following you. I knew -- I knew where
21 you were going.
22   A.  Thank you.
23      (Pause.)
24 BY MS. COX:
25   Q.  Do you recall -- the signature of the witness,

Page 108

1  Gr- -- do you recall that nurse?
2    A.  No.
3    Q.  Okay. This states that the risks of IVC filter
4  placement include injury to vessel or nerve and filter
5  migration, among other risks.
6       Do you see that?
7    A.  I do.
8    Q.  It also states that the benefits of the
9  procedure have been fully explained and that you
10 understand no results can be guaranteed or assured.
11      Do you see that?
12   A.  Yes.
13   Q.  Okay. So this was a form that you signed prior
14 to the IVC filter placement, correct?
15   A.  Yes.
16      MR. JOHNSON: Form.
17   Q.  Have you told me everything you recall about
18 your conversations with Dr. Zuzga and his male nurse and
19 anyone else prior to the placement of your IVC filter?
20   A.  Just that it would be an easy procedure. No
21 problems. Easy insert; easy removal.
22   Q.  Okay. So your actual IVC filter was implanted
23 on November 17th of 2010, correct?
24   A.  Correct.
25   Q.  Do you recall how long that took?

Page 109

1    A.  No, because I was under conscious sedation.
2    Q.  How long --
3    A.  I think it was quick.
4    Q.  Okay. How long were you in the hospital after?
5    A.  A couple of hours.
6    Q.  Did you see Dr. Zuzga after it was over?
7    A.  No.
8    Q.  Did you see anyone after it was over?
9    A.  I was in the recovery room with the nurses.
10   Q.  Okay.
11   A.  And they discharged me to my husband.
12   Q.  Do you remember being given any special
13 instructions?
14   A.  Take it easy.
15      (Exhibit 9 was marked for identification.)
16 BY MS. COX:
17   Q.  I'm going to hand you what's been marked as
18 Exhibit 9.
19      Is that your signature on the bottom of the
20 page?
21   A.  Yes, it is.
22   Q.  This lists discharge instructions after your
23 IVC filter placement.
24      It says that you can shower after two days.
25 Talks about how you take a shower. Talks about how you

28 (Pages 106 - 109)

Page 246

1  A. Yes.
2  Q. I don't remember roughly when that was but
3  sometime before the actual procedure?
4  A. It was about five weeks.
5  Q. Did Dr. Zuzga give you the opportunity to ask
6  questions?
7  A. He just chatted with me.
8  Q. Did you have an opportunity to ask questions?
9  A. Yes.
10 Q. Before the procedure -- let's talk about when
11 your filter was actually implanted.
12     This isn't the first time you had a medical
13 procedure, correct?
14 A. No.
15 Q. We -- your counsel talked a little bit about
16 your signing of the informed consent documents prior to
17 the procedure.
18     Do you recall those questions?
19 A. Yes.
20 Q. At any time before your procedure when you were
21 asked to sign those documents did you tell someone you
22 felt uncomfortable signing them?
23 A. I was drugged. I just wanted to get the
24 procedure done and be over and go home.
25 Q. Did you ever tell anyone you felt uncomfortable

Page 247

1  signing them?
2  A. No.
3  Q. And you're a healthcare professional, right?
4  A. Yes, I am.
5  Q. So you know the importance of those documents,
6  correct?
7  A. Yes.
8  Q. And you know why that you have to sign them,
9  correct?
10 A. Yes.
11 Q. Do you work with patients all the time to sign
12 things like informed consents?
13 A. Yes.
14 Q. Now, I want to ask you a question about your
15 conversation with Dr. Lynch about your filter.
16     Earlier when we talked I asked you what you
17 remember Dr. Lynch saying about your filter after it was
18 removed.
19     And I believe the conversation went something
20 that he talked to your husband after the filter was
21 removed, and he came and saw you for a brief time after
22 the -- the filter was removed; is that correct?
23 A. Uh-huh.
24 Q. Tell me -- you -- you just mentioned that
25 Dr. Lynch told you he thought there was a problem with

Page 248

1  the Cook filter?
2  A. Uh-huh.
3  Q. What -- what do you remember Dr. Lynch saying
4  exactly?
5  A. That they have perforated -- perforated.
6  They've migrated. They've broken. But he's been able
7  to retrieve them and return people to their normal daily
8  living.
9  Q. Now, earlier when I was asking you questions,
10 you didn't remember that -- that Dr. Lynch had talked to
11 you about problems with Cook filter. But when your
12 attorney was asking you questions, you remembered this
13 detail about there being issues with your Cook filter.
14     I'm just trying to figure out when -- what
15 jogged your memory.
16     MR. JOHNSON: Form objection.
17     You can answer.
18 A. I don't know. I do remember bits and pieces.
19 Q. Okay. Earlier I asked you if there's any
20 details that we left out, and you said no. So I want to
21 make sure I know every detail about your conversation
22 with Dr. Lynch before I leave here today.
23     Can you tell me exactly what you remember
24 Dr. Lynch telling you about your filter?
25 A. That there had been issues with the Cook

Page 249

1  filter, with it causing problems, breaking, migrating,
2  piercing.
3  Q. Did Dr. Lynch tell you --
4  A. But I -- I was so focused on -- he had gotten
5  it out, and that he said it would (indicating) heal.
6  I -- I wasn't going to leak because I kept thinking, I'm
7  still going to leak out.
8  Q. Did Dr. Lynch ever tell you that your filter
9  had broken?
10 A. Do I remember if he said it was broken? No. I
11 remember he said it had migrated and punctured me.
12 Q. Dr. Lynch told you that your filter had
13 migrated?
14 A. Uh-huh.
15 Q. You said Dr. Lynch told you there was a problem
16 with Cook filters.
17     Did he say there was a problem with Cook
18 specifically or with all IVC filters?
19 A. I believe with Cook because that's what I had.
20 Q. He didn't discuss that those -- that he --
21 okay.
22     Let me ask it this way: Are you sure he said
23 it was a problem with Cook filters specifically or with
24 the type of filter that you had implanted in you?
25     MR. JOHNSON: Form objection. It's been asked

63 (Pages 246 - 249)