# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Action only:

      Elizabeth Jane Hill
      No. 1:14-cv-06016-RLY-TAB

_____

### THE COOK DEFENDANTS' RESPONSE TO
### PLAINTIFF'S MOTION IN LIMINETO EXCLUDE
### <u>REFERENCE TO COLLATERAL SOURCES</u>

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") present the following response to Plaintiff's Motion In Limine To Exclude Reference To Collateral Sources [Dkt. 6292]. Cook does not object to the entry of an Order *in limine* barring the introduction of any testimony or other evidence that some or all of Plaintiff Elizabeth Hill's medical expenses have been paid by third parties. Cook reserves the right to object to, dispute or offer evidence concerning any other aspect of Plaintiff's claim for medical expenses.

US.114209381

- 2 -

Respectfully submitted,


Dated: September 26, 2017           /s/ *Andrea Pierson*
                                    Andrea Roberts Pierson (# 18435-49)
                                    John T. Schlafer (# 28771-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana  46204
                                    Telephone: (317) 237-0300
                                    Facsimile:  (317) 237-1000
                                    E-Mail:  andrea.pierson@faegrebd.com
                                    E-Mail:  john.schlafer@faegrebd.com

                                    *Counsel for the defendants, Cook Incorporated,*
                                    *Cook Medical LLC (f/k/a Cook Medical*
                                    *Incorporated), and William Cook Europe ApS*

US.114209381

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.


/s/ *Andrea Pierson*

US.114209381