**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

1:16-cv-02699-RLY-TAB *(Davis)*
1:16-cv-03511-RLY-TAB *(Dill)*
1:16-cv-03032-RLY-TAB *(Driggers)*
1:16-cv-02711-RLY-TAB *(Forester)*
1:16-cv-02712-RLY-TAB *(Gilbert)*

1:16-cv-02780-RLY-TAB *(Golder)*
1:16 -cv-02700-RLY-TAB *(Gray)*
1:16-cv-02713-RLY-TAB *(Green)*
1:16-cv-03015-RLY-TAB *(Hackney)*
1:16-cv-03040-RLY-TAB *(Hicks)*

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs:

Carlos Davis
Marshall Dill
Laura Driggers
Kurt Forester
Bessie Gilbert

Andrea Golder
Denise Gray
Mickie Green
Tenia Hackney
James Hicks

Dated: ___09/26/2017___

Respectfully submitted,

___*/s/ William B. Curtis*___
William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX 75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on __09/26/2017__, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.


_____/s/ William B. Curtis_____