# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

 Elizabeth Jane Hill
 No. 1:14-cv-06016-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION IN LIMINE "TO EXCLUDE ANY DEFENSE"**

The following exhibits are hereby submitted with the Cook Defendants' Opposition to Plaintiff's Motion in Limine "To Exclude Any Defense":

| Exhibit | Description |
|---|---|
| 1 | Excerpts of Deposition of Anthony Venbrux (July 14, 2017) |
| 2 | Expert Report of Anthony Venbrux, M.D. (June 29, 2017) |
| 3 | Expert Report of Todd H. Baron, M.D. (June 29, 2017) |
| 4 | Excerpts of Deposition of Alexander Marmureanu, M.D. Volume II (June 21, 2017) |

US.11433591

                        Respectfully submitted,

Dated: September 26, 2017        */s/ Andrea Pierson*
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        Email:  andrea.pierson@faegrebd.com
                                        Email:  john.schlafer@faegrebd.com

                                        *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Pierson*

US.114335591