**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Action:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Plaintiff, Elizabeth Hill, respectfully moves this Court for an order granting her leave to file a brief in excess of 35 pages, specifically, the "Plaintiff's Response in Opposition to the Cook Defendants' Omnibus Motions in Limine." This brief will be electronically filed today, September 26, 2017. In support, the Plaintff states:

1. Local Rule 7.1 provodes that supporting briefs (excluding table of contents, table of authorities, apependicies, and certificatesd of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7.1

2. Plaintiff hereby requests leave to file a brief in excess of 35 pages consisting of "Plaintiff's Response in Opposition to the Cook Defendants' Omnibus Motions in Limine."

3. Additional pages are necessary for Plaintiff to fully and adequately respond to Cook's Omnibus Motions in Limine which included 28 individual motions and collectively totaled ninety-seven (97) pages.

4. The undersigned counsel for the Plaintiff state that they will use their best efforts to present their arguments as efficiently as possible, but find it necessary to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. The Plaintff will able to adequately respond in 82 pages or less.

6. Pursuant to Local Rule 7.1(e)(3), Plaintiff has included a table of contents, statement of issues, and a table of authorities in her Response in Opposition to the Cook Defendants' Omnibus Motions in Limine.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Plaintiffs respectfully request the Court to grant her leave to file a memorandum in excess of 35 pages in response to the Cook Defendants' Omnibus Motions in Limine.

Dated: September 26, 2017.

Respectfully Submitted,

*/s/ Joseph N. Williams*_____
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*_____
Ben C. Martin