# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Action:

> *Hill v. Cook Medical, Inc. et al.,*
> Case No. 1:14-cv-6016-RLY-TAB

## ORDER ON MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Plaintiff Elizabeth Hill's Motion for Leave to File a Brief in Excess of Thirty-Five Pages, and being duly advised, now GRANTS the Motion, finding it was made for good cause and valid reasons.

It is THEREFORE ORDERED that the Plaintiff is granted leave to file a brief in excess of thirty-five pages in response to the Cook Defendants' Omnibus Motions in Limine.

All of which is Ordered this _____ day of September, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


            */s/ Ben C. Martin*_____
            Ben C. Martin