IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    *Hill v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-6016-RLY-TAB

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiff's Motion to Maintain Documents Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff Elizabeth Jane Hill's Memorandum in Opposition to Defendants' Motion to Exclude the Lyon Publication and Exhibit A – Excerpt from Expert Report of David Kessler attached to Plaintiff's Memorandum, shall remain under seal.

All of which is Ordered this _____day of September, 2017.

 

                                              Judge, United States District Court
                                              Southern District of Indiana
                                              Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.