**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

> *Hill v. Cook Medical, Inc. et al.,*
> Case No. 1:14-cv-6016-RLY-TAB

## PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal (1) Plaintiff's Response in Opposition to the Cook Defendants' Omnibus Motions in Limine" and (2) Exhibits 3-A through 26-D to Plaintiffs' Response.

Dated: September 26, 2017.

    Respectfully Submitted,

    */s/ Joseph N. Williams*_____
    Joseph N. Williams, Atty. No. 25874-49
    Riley Williams & Piatt, LLC
    301 Massachusetts Avenue
    Indianapolis, IN 46204
    Telephone: (317) 633-5270
    Facsimile: (317) 426-3348
    Email: jwilliams@rwp-law.com
    *Liaison Counsel to Plaintiffs' Steering Committee*
    *and on behalf of Plaintiffs' Steering Committee*

    */s/ Michael W. Heaviside*_____
    Michael W. Heaviside, Esq.
    Heaviside Reed Zaic, A Law Corporation
    910 17th Street NW, Suite 800
    Washington, DC 20006
    Telephone: (202) 233-1993

Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*_____
Ben C. Martin