IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

## ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiffs' Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records. Plaintiffs have requested the Court to maintain under seal (1) Plaintiff's Response in Opposition to the Cook Defendants' Omnibus Motions in Limine" and (2) unredacted Exhibits A through 3-A through 26-D to Plaintiffs' Response.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that (1) Plaintiff's Response in Opposition to the Cook Defendants' Omnibus Motion in Limine" and (2) unredacted Exhibits 3-A through 26-D to Plaintiffs' Response. shall remain under seal.

All of which is Ordered this _____ day of September, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

              */s/ Ben C. Martin*_____
              Ben C. Martin