# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02423 | Cause No. 1:17-cv-02958 |
| Cause No. 1:17-cv-02691 | Cause No. 1:17-cv-02960 |
| Cause No. 1:17-cv-02826 | Cause No. 1:17-cv-02961 |
| Cause No. 1:17-cv-02912 | Cause No. 1:17-cv-02963 |
| Cause No. 1:17-cv-02918 | Cause No. 1:17-cv-02966 |
| Cause No. 1:17-cv-02927 | Cause No. 1:17-cv-02969 |
| Cause No. 1:17-cv-02932 | Cause No. 1:17-cv-02973 |
| Cause No. 1:17-cv-02954 | Cause No. 1:17-cv-02975 |
| Cause No. 1:17-cv-02955 | Cause No. 1:17-cv-02976 |
| Cause No. 1:17-cv-02957 | Cause No. 1:17-cv-02977 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    September 27, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114361893.01