# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-02978
Cause No. 1:17-cv-02983
Cause No. 1:17-cv-02984
Cause No. 1:17-cv-02985
Cause No. 1:17-cv-02986
Cause No. 1:17-cv-02987
Cause No. 1:17-cv-02994
Cause No. 1:17-cv-02996
Cause No. 1:17-cv-02997
Cause No. 1:17-cv-02998
Cause No. 1:17-cv-02999

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

Dated:     September 27, 2017     /s/ Andrea Roberts Pierson
     Andrea Roberts Pierson (# 18435-49)
     John T. Schlafer (# 28771-49)
     FAEGRE BAKER DANIELS LLP
     300 North Meridian Street, Suite 2700
     Indianapolis, Indiana  46204
     Telephone:  (317) 237-0300
     Facsimile:  (317) 237-1000
     E-Mail:  andrea.pierson@faegrebd.com
     E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

ARP

2