UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION              MDL NO:  2570

_____

This Document Relates to:

    RONALD T. BROWN

Civil Case # 1:16-cv-02606-RLY-TAB

_____


**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff  RONALD T.

BROWN through his undersigned counsel, and the Defendants, COOK MEDICAL LLC, COOK

INCORPORATED and WILLIAM COOK APS, through their undersigned counsel, that the

above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

    Dated this 28th day of September, 2017.


                Respectfully submitted,


                  /s/ Joseph R. Johnson
                Joseph R. Johnson, Fla Bar #372250
                BABBITT & JOHNSON, P.A.
                1641 Worthington Road, Suite 100
                West Palm Beach, FL  33409
                (561) 684-2500 – telephone
                (561) 684-6308 – facsimile
                *Attorneys for Plaintiff*

_____/s/ John T. Schlafer_____

John T. Schlafer
Faegre Baker Daniels
Suite 2700
300 N. Meridian St.
Indianapolis, IN  46204
(317) 237-8274
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2017, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

____/s/ Joseph R. Johnson_____

JOSEPH R. JOHNSON