UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB <br><br> MDL NO: 2570 |

This Document Relates to:

    RONALD T. BROWN

Civil Case # 1:16-cv-02606-RLY-TAB

## ORDER

    Considering the parties' Stipulation of Dismissal Without Prejudice of Ronald T. Brown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Ronald T. Brown against Defendants Cook Medical LLC, Cook Incorporated and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-02606) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge