IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This document relates to Plaintiff:

*Wallace Horton*
*Civil case # 1:17-cv-3045*

_____

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WALLACE HORTON, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE Aps, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 29th day of September, 2017.

Respectfully submitted,

 */s/ William B. Curtis*
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

        */s/ John Schlafer*
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-8274
Fax: 317-237-1000
John.Schlafer@FaegreBD.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

        */s/ William Curtis*
WILLIAM CURTIS