**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiffs: | NOTICE OF CHANGE OF ADDRESS |

| Plaintiff | Case No. |
|---|---|
| Babb, Ivan W. | 1:16-cv-03296-RLY-TAB |
| Bell, Fred | 1:16-cv-02581-RLY-TAB |
| Brookins, Marcia | 1:16-cv-01035-RLY-TAB |
| DeLong, Estate of Georgia | 1:17-cv-01736-RLY-TAB |
| Grooms, Kathleen E. | 1:17-cv-03106-RLY-TAB |
| Hunt, Joseph M. | 1:16-cv-01037-RLY-TAB |
| King, Sandra J. | 1:16-cv-01038-RLY-TAB |
| Moorehead, Ingrid | 1:16-cv-01039-RLY-TAB |
| Penn, Jennifer | 1:16-cv-01041-RLY-TAB |
| Pierson, Thomas | 1:16-cv-01042-RLY-TAB |
| Vickroy, Rod J. | 1:16-cv-03481-RLY-TAB |

**NOTICE OF CHANGE OF ADDRESS**

Attorneys ERIC M. TERRY and TOR A. HOERMAN of TORHOERMAN LAW LLC, attorneys for the above Plaintiffs, hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that TORHOERMAN LAW LLC's new address effective immediately is 210 S. Main Street, Edwardsville, IL 62025. All phone numbers and emails remain the same.

Dated: September 29, 2017

Respectfully Submitted,

**TORHOERMAN LAW LLC**

By: */s/Eric M. Terry*
    Eric M. Terry
    Tor A. Hoerman
    TORHOERMAN LAW LLC
    210 S. Main Street
    Edwardsville, IL 62025
    Phone: (618) 656-4400
    Fax: (618) 656-4401
    Email: eric@thlawyer.com
           tor@thlawyer.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/Eric M. Terry
Eric M. Terry