**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:16-cv-02714-RLY-TAB *(Hulin)* | 1:16-cv-02971-RLY-TAB *(Lacefield)* |
| 1:16-cv-02717-RLY-TAB *(Hulver)* | 1:16 -cv-02725-RLY-TAB *(McLendon)* |
| 1:16-cv-03041-RLY-TAB *(Irwin)* | 1:16-cv-03012-RLY-TAB *(Monk)* |
| 1:16-cv-02724-RLY-TAB *(Jackson)* | 1:16-cv-02973-RLY-TAB *(Owens)* |
| 1:16-cv-03446-RLY-TAB *(Jester)* | 1:16-cv-02729-RLY-TAB *(Owens)* |

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs:

| | |
|---|---|
| Jeanyne Hulin | Karen Lacefield |
| Cathleen Hulver | Jasmine McLendon |
| Joshua Irwin | Charles Monk |
| Dorothy Jackson | Eric Owens |
| Antoine Jester | Ryan Owens |

Dated:  09/29/2017

Respectfully submitted,

 */s/ William B. Curtis*

William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  09/29/2017 , I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.

<u>        /s/ William B. Curtis              </u>