**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:16-cv-02747-RLY-TAB *(Picou)*         1:16-cv-02976-RLY-TAB *(Stover)*
1:16-cv-02974-RLY-TAB *(Reagan)*        1:16-cv-02765-RLY-TAB *(Talley)*
1:16-cv-02975-RLY-TAB *(Sanders)*       1:16-cv-02708-RLY-TAB *(Taylor)*
1:16-cv-03031-RLY-TAB *(Saraceno)*      1:16-cv-03034-RLY-TAB *(Tyler)*

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs:

| | |
|---|---|
| Joseph Picou | Dorothy Stover |
| Charles Reagan | Harriette Talley |
| Elaine Sanders | Gayle Taylor |
| Gene Saraceno | Renee Tyler |

Dated: 09/29/2017

    Respectfully submitted,

    */s/ William B. Curtis*
William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on  09/29/2017 , I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ William B. Curtis