IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND            Case No.

PRODUCTS LIABILITY LITIGATION             MDL N0. 2570

_____

This Document Relates to DEAN MILLER

_____

_____

## MOTION TO AMEND SHORT FORM COMPLAINT

  COMES NOW DEAN MILLER, asking the Court leave to file an AMENDED SHORT FORM COMPLAINT containing information regarding Plaintiff's implanting physician.

Respectfully submitted,

*/s/ Richard J. Plezia*_____

RICHARD J. PLEZIA

Texas Bar No. 16072800

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone: 713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintif**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2017, a copy of the foregoing Motion To Amend Short Form Complaint was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Richard J. Plezia*  
                                              RICHARD J. PLEZIA