IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                                 MDL N0. 2570

_____

This Document Relates to DEAN MILLER

_____

_____

## SHORT FORM COMPLAINT
_____

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Dean Miller**

_____

1

2. Spousal Plaintiff's spouse or other party making loss of

 consortium claim: **Not Applicable**

 _____

3. Other Plaintiff and capacity: **Not Applicable**

 _____

4. Plaintiffs state of residence at the time of implant: **Illinois**

 _____

5. Plaintiffs state of residence at the time of injury: **Illinois**

 _____

6. Plaintiffs current state of residence: **Illinois**

 _____

7. District Court and Division in which venue would be proper absent direct filing:

 **United States District Court for the Southern District of Illinois**

 _____

8. Defendants (Check Defendants against whom Complaint is made):

 ☒ **Cook Incorporated**

 ☒ **Cook Medical LLC**

    ☒    **William Cook Europe ApS**

9. Basis of Jurisdiction:

    ☒    **Diversity of Citizenship**

  a.  **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

    **23, 24, 25, 26, 27 and 28.**

    _____

    _____

  b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☒    **Cook Celect® Vena Cava Filter**

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other:

    _____

11. Date of Implantation as to each product: **April 10, 2014**

Cook Short Form Complaint

_____

12. Hospital where Plaintiff was implanted: **St. Joe's Hospital, Joliet, Illinois**

_____

13. Implanting Physician: **Govind Ramadurai, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: **Strict Products Liability - Failure to Warn**

☒ Count II: **Strict Products Liability – Design Defect**

☒ Count III: **Negligence**

☒ Count IV: **Negligence Per Se**

☒ Count V: **Breach of Express Warranty**

☒ Count VI: **Breach of Implied Warranty**

☒ Count VII: **Violations of Applicable Indiana and Illinois Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

4

Cook Short Form Complaint

☒  **Count XI:**  **Punitive Damages**

☐  Other:  _____

15. Attorney for Plaintiff(s):

    **Richard J. Plezia**

16. Address and bar information for Attorney for Plaintiff(s):

    **RICHARD J. PLEZIA & ASSOCIATES**

    2909 Hillcroft Ave., Suite 575

    Houston, Texas 77057

    Texas Bar No. 16072800

  Respectfully submitted,

  */s/ Richard J. Plezia*_____

  RICHARD J. PLEZIA

  Texas Bar No. 16072800

  **RICHARD J. PLEZIA & ASSOCIATES**

  2909 Hillcroft Ave., Suite 575

  Houston, Texas 77057

  Telephone:  713-800-1151

  Facsimile: 281-602-7735

  **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, a copy of the foregoing Original Short Form Petition was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Richard J. Plezia*_____
                                                RICHARD J. PLEZIA

Cook Short Form Complaint