IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND            Case No. 1:17-CV-2699

PRODUCTS LIABILITY LITIGATION             MDL N0. 2570

_____

This Document Relates to DEAN MILLER

_____

_____

**ORDER**

THE COURT, having considered Plaintiff's MOTION TO AMEND SHORT FORM COMPLAINT, grants said Motion.

_____

**JUDGE PRESIDING**

Proposed Order