# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GARRETT DENNIS | MDL No. 1:14-ml-2570-RLY-TAB |
|  | MDL No. 2570 |
| v. |  |
| COOK INCORPORATED; | Civil Case No. 1:16-cv-02278-RLY-TAB |
| COOK MEDICAL LLC; |  |
| WILLIAM COOK EUROPE APS |  |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Garrett Dennis and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Garrett Dennis in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF
GARRETT DENNIS**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 - Facsimile
Andrea.pierson@faegrebd.com

**ATTORNEY FOR COOK INCORPORATED, COOK MEDICAL LLC AND WILLIAM COOK EUROPE APS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: October 2, 2017

        /s/ Michael T. Gallagher
        Michael T. Gallagher
        Federal ID: 5395
        The Gallagher Law Firm
        2905 Sackett Street
        Houston, Texas 77098
        (713) 222-8080
        (713) 222-0066 - Facsimile
        donnaf@gld-law.com