UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION              MDL NO:  2570

_____

This Document Relates to:

RONALD T. BROWN

Civil Case # 1:16-cv-02606-RLY-TAB

_____


## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Ronald T. Brown,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

Ronald T. Brown against Defendants Cook Medical LLC, Cook Incorporated and William Cook

Europe APS,  in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-02606) are dismissed

in their entirety without prejudice as to the refiling of same, and each party shall bear its own

costs.

Signed this 2nd day of October, 2017.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana