IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff(s) ) ) | |
| ARTHUR GAGE ) ) | |
| Civil Case No. 1:14-cv-01875-RLY-TAB ) | |

**MOTION FOR SUBSTITUTION OF**
**BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST**

Comes now, Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, by and through her attorney of record, Michael T. Gallagher, and The Gallagher Law Firm. Trustee moves to substitute Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, as Plaintiff/Real Party-In-Interest pursuant to Fed. R. Civ. P. 17(a)(3). Trustee has contemporaneously filed a brief explaining the basis for the motion.

WHEREFORE, PREMISES CONSIDERED, Brenda Helms, Trustee, respectfully moves the Court to grant this Motion, and allow her to substitute as Plaintiff/Real Party-In-Interest.

        Respectfully submitted,

         /s/ *Michael T. Gallagher*

        Michael T. Gallagher
        Federal Bar No. 5395
        The Gallagher Law Firm, LLP
        2905 Sackett Street
        Houston, Texas 77098
        (713) 222-8080
        (713) 222-0066 - Facsimile
        donnaf@gld-law.com
        pamm@gld-law.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via First Class Mail, facsimile transmission, or electronic mail on October 2, 2017.

Andrea Roberts Pierson
J. Joseph Tanner
Jessica Benson Cox
Nicholas B. Alford
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
andrea.pierson@faegrebd.com
joe.tanner@faegrebd.com
jessica.cox@faegrebd.com
nicholas.alford@faegrebd.com

Ben C. Martin
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewlawfirm.com

                                                               */s/ Michael T. Gallagher*
                                                               _____
                                                               Michael T. Gallagher