# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s)** | ) ) |
| **ARTHUR GAGE** | ) ) |
| Civil Case No. 1:14-cv-01875-RLY-TAB | ) |

## ORDER ON MOTION FOR SUBSTITUTION OF BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST

Came On for consideration the Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest.

After considering same, the Court is of the opinion that the Motion should be GRANTED. It is, therefore

ORDERED, ADJUDGED and DECREED that Brenda Helms, Trustee, be substituted as Plaintiff/Real Party-In-Interest in the above referenced case.

Signed this ____ day of _____, 2017.

_____
Judge, Southern District of Indiana