`IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION </br></br>This Document Relates to Plaintiff(s) </br></br>ARTHUR GAGE </br></br>Civil Case No. 1:14-cv-01875-RLY-TAB | MDL No. 1:14-ml-2570-RLY-TAB </br>MDL No. 2570 |

## BRIEF IN SUPPORT OF MOTION FOR SUBSTITUTION OF BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST

### History of Case

1. This case was filed by Plaintiff, Arthur Gage, on November 14, 2014.

2. Defendants filed a Motion to Dismiss or in the Alternative Limit Damages alleging that the Plaintiff, Arthur Gage, was without authority to commence and prosecute this action based upon the filing of his voluntary bankruptcy petition on August 10, 2015.

### History of Related Bankruptcy Proceedings

3. On August 10, 2015, the Plaintiff Arthur Gage filed his Voluntary Petition under Chapter 7 of the Bankruptcy Code in Bankruptcy Petition No.: 15-27259 in the U.S. Bankruptcy Court for the Northern District of Illinois.

4. Shortly following the filing of the Voluntary Petition, Brenda Helms was appointed Chapter 7 Bankruptcy Trustee.

5. Following the filing by the Trustee of her report of No Distributions, the Bankruptcy Court entered its Final Decree and closed the bankruptcy case on November 13, 2015.

6. Defense has raised the issue of Plaintiff's standing to sue, based on the Debtor's failure to reveal the existence of the Plaintiff's claims against Cook Defendants on his original Debtor's Schedules of Assets and Liabilities and his Statement of Financial Affairs.

7. Upon receiving notice of the omissions in the 2015 filing, Trustee Brenda Helms was contacted by counsel for Arthur Gage, advising of the existence of the cause of actions against Cook Defendants.

8. Upon learning of the existence of the Debtor's claim, United States Trustee for the Northern District of Illinois, Patrick S. Layng, filed a motion to reopen bankruptcy case on July 18, 2017.

9. On August 14, 2017, the Bankruptcy Court entered its Order granting the U.S. Trustee's motion to reopen bankruptcy case.

10. On September 18, 2017, Trustee filed an Application to Employee Michael T. Gallagher as Special Counsel in the Bankruptcy Court.

11. On September 25, 2017, the Bankruptcy Court granted the Application to Employee Michael T. Gallagher as Special Counsel in the Bankruptcy Court.

**The Instant Cause of Action is Property of the
Bankruptcy Estate and the Trustee is Authorized by Law to Prosecute the Same**

12. Pursuant to 11 U.S.C. §541, the cause of action described in the Complaint is the property of the bankruptcy estate.

13. As noted above, Brenda Helms, Trustee, learned of the existence of the instant cause of action only in July 2017. Since that time, Brenda Helms, Trustee, has had the bankruptcy case reopened, plans to withdraw report of no distribution, and has filed an Application to Employ

The Gallagher Law Firm as Special Counsel. That Application was granted on September 25, 2017.

14. Pursuant to the provisions of 11 U.S.C. §323, Brenda Helms, Trustee, is the representative of the bankruptcy estate and has the capacity to sue and be sued in the name of the bankruptcy estate. In that capacity, Brenda Helms, Trustee, represents the interests of the entire body of unsecured creditors of Arthur Gage; a group which suffered unpaid losses in the bankruptcy proceeding.

15. Substitution of the Trustee as the real party plaintiff in interest is contemplated and required under Fed. R. Civ. P. 17.

16. In the instant case, Brenda Helms, Trustee, seeks exactly that relief contemplated in Federal Rules 17(a)(3) and 25(c).[1]

### Substitution of the Trustee as Party Plaintiff Will Work No Prejudice Upon the Defendants and is in the Best Interest of Justice

17. Substitution of Brenda Helms, Trustee, as the party plaintiff in these proceedings will work no prejudice upon Defendants. Indeed, Defendants have had timely notice of Arthur Gage's cause of action and has participated actively in the litigation to date.

18. By way of contrast to the manifest lack of any prejudice to the Defendants, there would be considerable injury to bankruptcy creditors if Brenda Helms, Trustee, is not allowed to substitute in as real party-in-interest plaintiff in this action.

Wherefore, Bankruptcy Trustee respectfully request that this Court:

---

[1] "(1) Designation in General. An action must be prosecuted in the name of the real party in interest.. …
(3) Joinder of the Real Party in Interest. **_The court may not dismiss_** an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution**_, the action proceeds as if it had been originally commenced_** by the real party in interest" Fed. R. Civ. P. 17(a)(Emphasis Added).

1. ORDER that Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, be substituted herein as the party plaintiff in the place and stead of the originally named Plaintiff Arthur Gage;

2. ORDER that Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, be permitted to file an Amended Complaint;

3. ORDER such other and further relief as the nature of this case and the interests of justice may require.

Respectfully submitted,

*/s/ Michael T. Gallagher*
_____

Michael T. Gallagher
Federal Bar No. 5395
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via First Class Mail, facsimile transmission, or electronic mail on October 2, 2017.

Andrea Roberts Pierson
J. Joseph Tanner
Jessica Benson Cox
Nicholas B. Alford
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
andrea.pierson@faegrebd.com
joe.tanner@faegrebd.com
jessica.cox@faegrebd.com
nicholas.alford@faegrebd.com

Ben C. Martin
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewlawfirm.com

                                    */s/ Michael T. Gallagher*
                                    _____
                                    Michael T. Gallagher