# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02968 | Cause No. 1:17-cv-03016 |
| Cause No. 1:17-cv-02991 | Cause No. 1:17-cv-03018 |
| Cause No. 1:17-cv-02995 | Cause No. 1:17-cv-03019 |
| Cause No. 1:17-cv-03008 | Cause No. 1:17-cv-03020 |
| Cause No. 1:17-cv-03010 | Cause No. 1:17-cv-03022 |
| Cause No. 1:17-cv-03011 | Cause No. 1:17-cv-03023 |
| Cause No. 1:17-cv-03012 | Cause No. 1:17-cv-03026 |
| Cause No. 1:17-cv-03013 | Cause No. 1:17-cv-03030 |
| Cause No. 1:17-cv-03014 | Cause No. 1:17-cv-03036 |
| Cause No. 1:17-cv-03015 | Cause No. 1:17-cv-03041 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:    October 2, 2017 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer