AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Kathryn Johnson, Individually and O/B/O Larry Johnson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-2773 |
| Cook Incorporated, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kathryn Johnson, Individually and O/B/O Larry Johnson .

Date: 10/03/2017

/s/ Matthew Haynie
*Attorney's signature*

Matthew Haynie, TX Bar No. 24087692
*Printed name and bar number*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

mhaynie@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

(214) 520-1181
*FAX number*