# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Hill, Elizabeth*
    1:14-cv-06016-RLY-TAB

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.  I certify that I am admitted to practice in this Court.

US.114428125.01

Respectfully submitted,

Date: October 3, 2017

/s/ *Munjot Sahu*
Munjot Sahu (#28761-49)
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
Patrick H. Reilly (# 28739-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-mail: munjot.sahu@ faegrebd.com
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com
E-Mail: patrick.reilly@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-Mail:  victoria.calhoon@faegrebd.com
E-Mail:  anna.rutigliano@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

Charles F. Webber (#215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S 7th Street
Minneapolis, MN  55402
Telephone:  (612) 766 7000
Facsimile:  (612) 766-1600
chuck.webber@FaegreBD.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on October 3, 2017. Notice of the filing of this document will be sent to all parties who are CM/ECF participants registered to receive service in this matter by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.   Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/*Munjot Sahu*