IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to

Hill, Elizabeth -
 1:14-cv-06016-RLY-TAB
_____

## <u>COOK DEFENDANTS' FINAL EXHIBIT LIST</u>

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated),

and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their final

exhibit list.

This list has been prepared before the parties have completed discovery in this action, and

before many pretrial motions have been ruled upon, including a portion of the Cook Defendants'

motion for summary judgment and several *Daubert* motions and motions *in limine*.  Therefore,

the Cook Defendants reserve the right to amend and supplement this list.  If the Cook Defendants

identify additional documents they intend to use at trial, the Cook Defendants' counsel will

timely identify such documents for the Court and counsel for the plaintiff.  In addition, the Cook

Defendants do not represent that they will offer all of the exhibits listed below at trial.

## <u>FINAL EXHIBIT LIST</u>

1. All documents identified in the spreadsheet attached hereto as Exhibit A.  In Exhibit
   A, the Cook Defendants have distinguished between documents they will use at trial,
   and documents they may use at trial.  The Cook Defendants reserve the right to use
   documents on the "may use" list, if necessary, based on rulings of the Court,
   plaintiff's opening statement, or information described in plaintiff's case-in-chief.

2. All documents necessary for impeachment or rebuttal purposes.

3. Demonstrative exhibits to be prepared and exchanged as trial approaches.

4. All documents identified on plaintiff's final exhibit list.

5. Documents not referenced on this Final Exhibit List for which the Court can take
judicial notice.

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com

*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 2, 2017.

Notice of the filing of this document will be sent to all parties who are CM/ECF participants

registered to receive service in this matter by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.   Lead Co-Counsel for Plaintiffs will

serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*

3

US.111399525.01