# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES   Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS         MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

_____

## ORDER ON MOTION FOR LEAVE TO FILE
## A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Brief in Excess of Thirty-Five Pages in support of The Cook Defendants' Omnibus Motions in Limine, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a brief in excess of thirty-five pages in support of The Cook Defendants' Omnibus Motions in Limine.

Date: 10/4/2017

                                 Tim A. Baker
                                 United States Magistrate Judge
                                 Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.114209181