IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAMELA L. BABIN

Civil Case # 1:17-cv-02718

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for: Plaintiff Pamela L. Babin.

Dated: October 5, 2017

                                                         Respectfully submitted,

                                       By:   */s/ Richard J. Serpe*
                                                 Richard J. Serpe, Esquire
                                                 Law Offices of Richard J. Serpe, P.C.
                                                 Crown Center, Suite 310
                                                 580 East Main Street
                                                 Norfolk, VA 23510
                                                 Telephone: (757) 233-0009
                                                 Fax: (757) 233-0455
                                                 rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 5, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                 */s/ Richard Serpe*