IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Ted Lamar Gilbert and Mary E Gilbert<br><br>Civil Case # _____ | Motion granted. Filing No. 6321 is withdrawn.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>October 4, 2017 |

**MOTION TO WITHDRAW DOCKET ENTRY 6321**
**(SHORT FORM COMPLAINT OF TED LAMAR GILBERT AND MARY E GILBERT)**

COMES NOW Plaintiffs Ted Lamar Gilbert and Mary E Gilbert, respectfully requesting that the court remove docket entry 6321, the Short Form Complaint of Ted Lamar Gilbert and Mary E Gilbert, in the master case of MDL No. 2570, because the case is improperly filed and needs to be refiled.

Respectfully submitted,

/S/ MATTHEW R. MCCARLEY
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
FEARS NACHAWATI, PLLC
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712
ATTORNEY FOR THE PLAINTIFF(S)