IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> Motion granted.  Filing No. 6234 is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> October 5, 2017

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND            Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION             MDL N0. 2570

_____

This Document Relates to VANASSE BUCK

_____

_____

## MOTION TO WITHDRAW DOCKET ENTRY 6234

### (SHORT FORM COMPLAINT OF VANESSA BUCK)

COMES NOW Plaintiff Vanessa Buck, respectfully requesting that the court remove docket entry 6234, the Short Form Complaint of Vanessa Buck, in the master case of MDL No. 2570, because the case is improperly filed and needs to be refiled.

1

Motion to Withdraw Docket Entry #6234

Respectfully submitted,

*/s/ Richard J. Plezia*_____

RICHARD J. PLEZIA

Texas Bar No. 16072800

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone:  713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintiff**