IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                                Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                                      MDL N0. 2570

_____

This ORDER Relates to MARIE WILSON

_____

_____

## ORDER

The court grants Plaintiff Marie Wilson's Motion To Withdraw the Complaint filed on the master docket [Filing No. 6315] due to improper filing of case initiating documents.

Date:  10/5/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made via ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.