IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> Motion granted. Filing No. 6317 is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> October 5, 2017

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND           Case No. 1:14-ML-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION            MDL N0. 2570

_____

This Document Relates to KRISTI CAMPBELL

_____

_____

### MOTION TO WITHDRAW

COMES NOW Plaintiff Kristi Campbell, and asks the court leave to withdraw the referenced case due to improper filing of case initiating documents.

Respectfully submitted,

*/s/ Richard J. Plezia*_____

RICHARD J. PLEZIA

Texas Bar No. 16072800

1

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone: 713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintif**