UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES   Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS   MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

_____

## ORDER ON MOTION FOR LEAVE TO FILE
## A REPLY BRIEF IN EXCESS OF TWENTY PAGES

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants") Motion for Leave to File a Reply Brief in Excess of Twenty Pages in support of the Cook Defendants' Motion for Summary Judgment, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a reply brief in excess of twenty pages in support of the Cook Defendants' Motion for Summary Judgment in the *Hill* matter.

Date: 10/5/2017

                                              Tim A. Baker
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.