IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
 1:16-cv-02105-RLY-TAB
 DAVID MICHAEL FRANZ

### ORDER

IT IS ORDERED that the Motion to Substitute Party and File Amended Short Form Complaint is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter as of the date of this order.

Date: 10/5/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

A copy of the foregoing was served to all registered counsel of record via the Court's ECF System. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.