IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                               MDL No. 2570

This Document Relates to:
    1:16-cv-2105-RLY-TAB
    NICOLE MURPHY, as Administrator of the Estate of DAVID MICHAEL FRANZ

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   NICOLE MURPHY, as Administrator of the Estate of DAVID MICHAEL FRANZ

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NICOLE MURPHY, as Administrator of the Estate of DAVID MICHAEL FRANZ

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   Plaintiff Nicole Murphy's current state of residence is Florida; Plaintiff-decedent David Michael Franz died in West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Florida, Orlando Division; and Northern District of West Virgina, Martinsburg Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated
   ☑ Cook Medical, LLC
   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip Vena Cava Filter

    ☐ Cook Celect Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of implantation as to each product:

    On or about April 9, 2003

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Orlando Regional Medical Center, Orlando, Florida

13. Implanting Physician(s):

    Juan Sauer, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

    ☒ Count I:    Strict Products Liability - Failure to Warn
    ☒ Count II:   Strict Products Liability - Design Defect
    ☒ Count III:  Negligence
    ☒ Count IV:   Negligence *Per Se*
    ☒ Count V:    Breach of Express Warranty
    ☒ Count VI:   Breach of Implied Warranty

- ☒ Count VII: Violations of Florida and West Virginia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☒ Count IX: Wrongful Death
- ☒ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

_____

15. Attorney for Plaintiffs:

    RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

16. Address and bar information for Attorney for Plaintiffs:

    Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

    LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: September 20, 2017

        Respectfully submitted,

        By: /s/Matthew R. Lopez
        Ramon Rossi Lopez (CA Bar No. 86361)
          (admitted *pro hac vice*)
        Matthew Ramon Lopez (CA Bar No. 263134)
          (admitted *pro hac vice*)
        **Lopez McHugh LLP**
        100 Bayview Circle, Suite 5600
        Newport Beach, CA 92660
        (949) 737-1501
        (949) 737-1504 (fax)

5

rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

***Attorneys for Plaintiffs***