UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:  Elizabeth Jane Hill
                                No. 1:14-cv-06016-RLY-TAB

## PLAINTIFF'S SUBMISSION ON TRIAL BRIEFS AND USE OF EVIDENCE PRESENTATION EQUIPMENT

CMO 19 requires submission of stipulations of facts, trial briefs, and notice to the Court of use of evidence presentation equipment.

### Trial Briefs

Plaintiff is not submitting any additional trial brief as all pertinent issues have been briefed thoroughly and are under advisement. If Defendants submit additional briefing on issues already briefed and the Court requires any clarification, Plaintiff will provide anything the Court requests.

### Stipulations of Fact

Stipulations of fact are being filed separately. If the parties cannot agree on a joint submission Plaintiff will file her proposed stipulations.

### Use of Evidence Presentation Equipment

Plaintiff and Defendant each have trial presentation technicians who are conferring and intend to confer jointly with the Court this week regarding what technology is available, what may be needed additionally, and sharing of equipment for efficiency.

Respectfully submitted this  9th  day of October, 2017.

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Joseph N. Williams*
      Joseph N. Williams