IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02524 | Cause No. 1:17-cv-03112 |
| Cause No. 1:17-cv-02787 | Cause No. 1:17-cv-03116 |
| Cause No. 1:17-cv-03076 | Cause No. 1:17-cv-03120 |
| Cause No. 1:17-cv-03080 | Cause No. 1:17-cv-03144 |
| Cause No. 1:17-cv-03081 | Cause No. 1:17-cv-03155 |
| Cause No. 1:17-cv-03097 | Cause No. 1:17-cv-03171 |
| Cause No. 1:17-cv-03098 | Cause No. 1:17-cv-03174 |
| Cause No. 1:17-cv-03107 | Cause No. 1:17-cv-03191 |
| Cause No. 1:17-cv-03108 | Cause No. 1:17-cv-03192 |
| Cause No. 1:17-cv-03111 | Cause No. 1:17-cv-03193 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   October 09, 2017

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114519319.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 09, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea R. Pierson