**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Hill v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6016-RLY-TAB

*Gage v. Cook Medical, Inc. et al.*,
Case No. 1:13-cv-1875-RLY-TAB

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiffs respectfully move the Court to maintain under seal Plaintiffs' Reply in Support of Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, Ph.D. Plaintiffs would also respectfully move the Court to maintain under seal Exhibits 1 and 2 to Plaintiffs' Reply. Plaintiffs' Reply contains numerous references and quotations to material that has been designated as "Confidential" and Exhibits 1 and 2 to Plaintiffs' Reply have been designated as "Confidential."

Dated: October 9, 2017.

Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice will be served on the parties listed below by first class U.S. Mail, postage prepaid:

Adam Daniel Pollock
Nicole G Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway, Suite 1600
Houston, TX 77019

Alexandra B Caggiano
Benjamin Robert Couture
Weinstein Couture PLLC
601 Union Street, Suite 2420
Seattle, WA 98101

Anthony J. Urban
Brian J. Urban
Law Offices Of Anthony Urban, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

C Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

Carrie R. Capouellez
Lopez McHugh LLP
214 Flynn Avenue
Moorestown, NJ 08057

Caleb H. Didriksen, III
Carl A Woods, III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Cassidy M. Stalley
Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC

PO Box 8250
Rapid City, SD 57709-8250

Christian F Pereira
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Benjamin D. Tronnes
Daniel F. Duffy
Bangs, McCullen, Butler, Foye & Simmons
PO Box 2670
Rapid City, SD 57709

David Carl Anderson
Anderson Law
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102

David J Britton
Law Office of David J Britton
2209 N 30th St, Ste 4
Tacoma, WA 98403

Heather K. D'Onofrio
The D'Onofrio Firm
10 Beatty Road, Suite 200
Media, PA 19063

John Cornew
409 E Maple Ave
Lindenwold, NJ 08021

James R. Olson
Max E. Corrick

Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Jennifer M Andrews
Naman Howell Smith & Lee LLC
306 West 7th Street, Suite 405
Fort Worth, TX 76102-4911

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041

Julie L. Rhoades
Lizy Santiago
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce St.
Houston, TX 77002

Kevin L. Edwards
Edwards & De La Cerda, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam, Suite 1700
Houston, TX 77002

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive, Suite 1
Rapid City, SD 57702

Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Neal L. Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Richard A Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Richard A. Freese
Langston Sweet & Freese PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Terence R. Quinn
Goodsell Quinn, LLP
246 Founders Park Dr., Suite 201
PO Box 9249
Rapid City, SD 57709-9249

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP
2650 North Military Trial, Suite 430
Boca Raton, FL 33431

*/s/ Ben C. Martin*
Ben C. Martin