IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff
**Virginia Little**
Civil Case # 1:16-CV-1299-RLY-TAB

### SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal

Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Virginia

Little, which occurred on June 3, 2017. Plaintiff respectfully informs this Court that a Motion for

Substitution of Parties will be filed by the appropriate representative of Virginia Little's estate.

Dated: October 9, 2017

Respectfully submitted,

**SHAW COWART, LLP**

By:  *Eth T Shaw*
_____
Ethan L. Shaw (TX Bar No. 18140480)
Justin W. Fishback (TX Bar No. 24056736)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jfishback@shawcowart.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

_____
Ethan L. Shaw