IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
**Virginia Little**
Civil Case # 1:16-CV-1299-RLY-TAB

### MOTION TO SUBSTITUE PARTY PLAINTIFF AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Corey B. Allen on behalf of his mother, Virginia Little.

1. Virginia Little filed a products liability lawsuit against Defendants on May 26, 2016 in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On October 9, 2017, Plaintiff filed and served a Suggestion of Death.

3. Corey B. Allen, surviving son of Virginia Little, is the proper party to substitute for Plaintiff-Decedent Virginia Little and has proper capacity to move forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

4. Corey B. Allen further seeks leave to file the attached amended short form complaint to substitute himself as Plaintiff on behalf of Plaintiff-Decedent Virginia Little and to add wrongful death and survival action claims. Virginia Little did not pass away until after the original filing of the Complaint and, therefore, the survival action claims could not be made until this time. (See Amended Short Form Complaint, attached hereto as Exhibit A).

Based on the foregoing, Corey B. Allen requests that this Court grant his request for substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: October 9, 2017

                                        Respectfully submitted,

                                        **SHAW COWART, LLP**

By: _/s/ Ethan L. Shaw_
Ethan L. Shaw (TX Bar No. 18140480)
Justin W. Fishback (TX Bar No. 24056736)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jfishback@shawcowart.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

_/s/ Ethan L. Shaw_
Ethan L. Shaw