# EXHIBIT B

| | |
|---|---|
| **From:** | Matt Schultz <mschultz@levinlaw.com> |
| **Sent:** | Tuesday, October 03, 2017 6:45 PM |
| **To:** | Campbell, Andrew L. |
| **Cc:** | Pierson, Andrea Roberts; Webber, Chuck; Tanner, John Joseph; David Matthews (dmatthews@thematthewslawfirm.com); Ben Martin; jwilliams@rwp-law.com; Michael Heaviside (mheaviside@hrzlaw.com); Joe R. Johnson (jjohnson@babbitt-johnson.com) |
| **Subject:** | RE: Cook/Hill - Exclusion of 510(k) Evidence |

Andy I have read your letter. The Cisson ruling is not a platform for you to preview Dr Kessler's direct examination. I am well aware of what the court excluded because I wrote and argued the motion to exclude it. See the wherefore clause in the motion. Everything that is excluded will be out. Everything that is not is fair game. Your document issues can be addressed on preadmits.

Matt Schultz
Attorney
Levin - Papantonio
[Samsung Galaxy Tablet]


-------- Original message --------
From: "Campbell, Andrew L." <Andrew.Campbell@FaegreBD.com>
Date: 10/3/17 3:17 PM (GMT-06:00)
To: Matt Schultz <mschultz@levinlaw.com>
Cc: "Pierson, Andrea Roberts" <Andrea.Pierson@FaegreBD.com>, "Webber, Chuck" <chuck.webber@FaegreBD.com>, "Tanner, John Joseph" <Joe.Tanner@faegrebd.com>, "David Matthews (dmatthews@thematthewslawfirm.com)" <dmatthews@thematthewslawfirm.com>, Ben Martin <bmartin@bencmartin.com>, jwilliams@rwp-law.com, "Michael Heaviside (mheaviside@hrzlaw.com)" <mheaviside@hrzlaw.com>, "Joe R. Johnson (jjohnson@babbitt-johnson.com)" <jjohnson@babbitt-johnson.com>
Subject: Cook/Hill - Exclusion of 510(k) Evidence

Matt,

Please see the attached regarding the impact of the Court's ruling on 510(k) evidence.

Thanks.

**Andrew L. Campbell**
*Partner*
andrew.campbell@FaegreBD.com

**Direct:**   +1 317 237 1011
**Cell:**  +1 317 417 4746

FaegreBD.com   Download vCard

**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA