**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-03194
Cause No. 1:17-cv-03195
Cause No. 1:17-cv-03196
Cause No. 1:17-cv-03197
Cause No. 1:17-cv-03198
Cause No. 1:17-cv-03199
Cause No. 1:17-cv-03200
Cause No. 1:17-cv-03202
Cause No. 1:17-cv-03203
Cause No. 1:17-cv-03204
Cause No. 1:17-cv-03207

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:          October 10, 2017                    /s/ Andrea R. Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

<u>/s/</u> Andrea R. Pierson

2