UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER ON THE COOK DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. REBECCA BETENSKY AND LEIGH ANN LEVY

Plaintiff, Elizabeth Jane Hill, has notified the court that for purposes of her trial, she is withdrawing Dr. Rebecca Betensky and Leigh Ann Levy as testifying experts. Therefore, the Cook Defendants' Motion to Exclude Expert Opinions of Dr. Rebecca Betensky (Filing No. 5665) and their Motion to Exclude Expert Opinions of Leigh Ann Levy (Filing No. 5690) are **DENIED as MOOT**.

**SO ORDERED** this 10th day of October 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.