IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:
        1:13-cv-1875-RLY-TAB    Gage
        1:14-cv-6016-RLY-TAB    Hill

_____

**ORDER GRANTING MOTIONS TO MAINTAIN DOCUMENTS UNDER SEAL**

This cause is before the Court on several motions to maintain filings under seal. Such

motions are disfavored in many circumstances and, in practice, are often over broad.

Nevertheless, the Court has granted a number of such motions in this case, which implicates

many trade secrets and other confidential information, and the pending motions to seal appear

generally well taken. Accordingly, these motions are granted. The Court notes, however, that to

the extent that information sealed by this order (or any other) is relevant to the various other

motions pending before the Court (such as dispositive motions or *Daubert* motions), the Court

may, as appropriate, publicly reference this information in ruling on these motions. Likewise, to

the extent such information is relevant to issues to be addressed at any trial in this matter, this

information may need to be publicly referenced.

This ruling relates to the following motions:

Plaintiffs' Motion to Maintain Document Under Seal [Filing No. 4559]

Plaintiffs' Motion to Maintain Document Under Seal [Filing No. 4640]

Plaintiffs' Motion to Maintain Document Under Seal [Filing No. 4751]

Defendants' Motion to Seal Plaintiffs' Objections and Appeal from Order Sustaining Defendants' Objection to Production of Net Worth Documents [Filing No. 4823]

Plaintiffs' Motion to Maintain Document Under Seal [Filing No. 5481]  This order grants Plaintiffs' request to maintain Filing Nos. 5480 through 5480-11 under seal.  However, pursuant to Defendants' consent to unsealing [Filing No. 5632], Filing No. 5480-12 shall be unsealed.

Defendants' Motion to Maintain Document Under Seal (Fishbein) [Filing No. 5674]

Defendants' Motion to Maintain Documents Under Seal (Betensky) [Filing No. 5676]

Defendants' Motion to Maintain Documents Under Seal (McMeeking) [Filing No. 5685]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 5686]

Defendants' Motion to Maintain Documents Under Seal (Marmureanu) [Filing No. 5687]

Defendants' Motion to Maintain Documents Under Seal (Garcia) [Filing No. 5689]

Defendants' Motion to Maintain Documents Under Seal (Rajebi) [Filing No. 5691]

Defendants' Motion to Maintain Documents Under Seal (Levy) [Filing No. 5696]

Defendants' Motion to Maintain Documents Under Seal (Kessler) [Filing No. 5699]

Plaintiffs' Motion to Maintain Exhibit A Under Seal [Filing No. 5707]

Defendants' Motion to Maintain Documents Under Seal [Filing No. 5741]

Defendants' Motion to Maintain Documents Under Seal [Filing No. 5751]

Defendants' Motion to Maintain Documents Under Seal [Filing No. 5755]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 5792]

Defendants' Motion to Maintain Documents Under Seal (Santoro) [Filing No. 5805]

Defendants' Motion to Maintain Documents Under Seal (Kessler) [Filing No. 5808]

Defendants' Motion to Maintain Documents Under Seal [Filing No. 5923]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 5942]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6040]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6102]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6104]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6113]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6117]

Plaintiffs' Motion to Maintain Documents Under Seal (Rajebi) [Filing No. 6118]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6120]

Plaintiffs' Motion to Maintain Documents Under Seal (Levy) [Filing No. 6122]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6125]

Defendants' Motion to Maintain Documents Under Seal (Defendants' Response to Plaintiffs' Motion to Exclude or Limit the Testimony of Certain Defense Experts and Exhibits to the Response) [Filing No. 6128]

Defendants' Motion to Maintain Documents Under Seal Regarding Revised Brief and Additional Breedlove Declaration [Filing No. 6133]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6150]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6154]

Defendants' Motion to Maintain Documents Under Seal (Defendants' Response to Plaintiff's Motion for Partial Summary Judgment and Exhibits to the Response) [Filing No. 6158]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6160]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6163]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6170]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6182]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6294]

Defendants' Motion to Maintain Under Seal Memorandum in Support of Omnibus Motions in Limine and Attached Exhibits [Filing No. 6299]

Defendants' Motion to Maintain Under Seal Memorandum in Support of Motion in Limine to Exclude Published Lyon Publication [Filing No. 6314]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6439]

Defendants' Motion to Maintain Under Seal Response to Plaintiffs' Motion in Limine to Exclude All Evidence of FDA 510(K) Clearance [Filing No. 6503]

Defendants' Motion to Maintain Under Seal Cook Defendants' Corrected Reply to Motion to Exclude No. 6: Expert Opinions of Dr. David Garcia [Filing No. 6508]

Defendants' Motion to Maintain Under Seal Reply in Support of Summary Judgment and Attached Exhibits (Hill) [Filing No. 6512]

Defendants' Motion to Maintain Under Seal Reply in Support of Summary Judgment Based on Federal Preemption [Filing No. 6513]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6519]

Defendants' Motion to Maintain Under Seal Response in Opposition to Plaintiffs' Motion to Exclude or Limit the Expert Testimony of Scott Robertson, Ph.D. and Attached Exhibits [Filing No. 6527]

Defendants' Motion to Maintain Under Seal Opposition to Plaintiff's Motion in Limine "To Exclude Any Defense" and Attached Exhibits [Filing No. 6544]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6547]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6559]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6560]

Defendants' Motion to Maintain Under Seal Response to Plaintiffs' Motion to Exclude Testimony of Cook's "Non-Retained" Expert Brian Choules, Ph.D. and Attached Exhibits [Filing No. 6670]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6721]


Date:  10/10/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana




Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.