**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> Pursuant to Defendants' statement consenting to the unsealing of Dkt. 4691-1 [Filing No. 4916] this motion is denied. Filing No. 4691 shall be unsealed.
>
> Tim A. Baker
> U.S. Magistrate Judge
> October 10, 2017

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

### Plaintiffs' Motion to Maintain Document Under Seal

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiffs respectfully move the Court to maintain under seal Exhibit E to its Motion to Permit Supplemental Expert Opinion on Documents That Were Not Timely Disclosed. Defendants have designated the document as "confidential."

Dated:   May 17, 2017    Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:      jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*