UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

### AGREED STIPULATION OF FACTS TO BE READ TO THE JURY BY THE COURT PRIOR TO OPENING STATEMENTS

The Cook Defendants respectfully submit their Agreed Stipulation of Facts to be Read to the Jury by the Court to provide the jury with context for the trial of this complex medical device product liability action, and to familiarize the jury with the basic factual background of this matter. Plaintiff has agreed to these stipulations.

### STIPULATED FACTS

1. Plaintiff is Elizabeth Hill.

2. Defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

3. Plaintiff Elizabeth Jane Hill was scheduled to undergo spinal reconstruction surgery in December 2010.

4. Prior to her spinal surgery, her spinal surgeon, Dr. Anthony Moreno, prescribed a medical device called a vena cava filter.

5. Mrs. Hill's vena cava filter was placed by Dr. Mark Zuzga, a vascular surgeon, on November 17, 2010.

- 2 -

6. The vena cava filter Dr. Zuzga placed was a Celect IVC filter.[1]

7. Mrs. Hill's Celect IVC filter was manufactured by Defendant William Cook Europe ApS ("WCE").[2] Defendant Cook Medical LLC ("Cook Medical") sold Mrs. Hill's Celect IVC filter directly to BayCare, the health care system that operates the facility where Mrs. Hill was implanted with the filter prior to her spinal surgery.[3] Defendant Cook Incorporated is a separate entity from Cook Medical and WCE.[4]

8. The Celect IVC filter became available for use as a permanent filter in the United States on April 20, 2007.

9. The Celect IVC filter became available for use as a retrievable filter in the United States on March 7, 2008.

10. Dr. Moreno performed Mrs. Hill's spinal reconstruction surgery on December 6, 2010.

11. Mrs. Hill did not develop a pulmonary embolism during or after her spinal surgery.

12. On March 23, 2011, Dr. Zuzga attempted to remove Mrs. Hill's Celect filter from her vena cava, but the attempt was unsuccessful.

13. Mrs. Hill had a second spinal surgery in July 2013.

14. On August 12, 2013, Mrs. Hill was hospitalized with nausea, diarrhea, and abdominal pain.

---

[1] 11/17/10 Operative Report (Dr. Zuzga 4-5).
[2] *See* 8/9/17 Breedlove Decl. ¶¶ 8, 9.
[3] *Id.* ¶ 10.
[4] *Id.* ¶ 11.

15. During an endoscopy performed on Mrs. Hill on August 15, 2013, a doctor determined that one of the struts of the Celect IVC filter had perforated Mrs. Hill's inferior vena cava into her duodenum.

16. The perforation was reported to Defendants on August 20, 2013.

17. Mrs. Hill's Celect IVC filter was removed by Dr. Frank Lynch on August 21, 2013.

Dated: October 11, 2017                Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegrebd.com
Email: john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
Abigail M. Butler (# 22295-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, a copy of the foregoing **AGREED STIPULATION OF FACTS TO BE READ TO THE JURY BY THE COURT PRIOR TO OPENING STATEMENTS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*