**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**UNOPPOSED MOTION TO AMEND**
**DEFENDANT PROFILE FORM PRODUCTION SCHEDULE**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court to amend the Defendant Profile Form ("DPF") Production Schedule laid out in the Third Amended Case Management Order No. 4 (Party Profile Forms and Fact Sheets Protocol) ("CMO No. 4"), Dkt. No. 4226, dated March 29, 2017. In support of this motion, the Cook Defendants state:

1. Section 2(b) of CMO No. 4 sets forth a schedule with which the Cook Defendants must comply in serving DPFs in non-Bellwether cases.

2. This schedule has required the production of one hundred (100) to two hundred (200) DPFs approximately every thirty (30) days since December 16, 2016. CMO No. 4 [Dkt. No. 4226]. The Cook Defendants have complied with Sections 2(b)(1)-(7) of this schedule.

3. Section 2(b)(8) states that the Cook Defendants shall have "[t]hree hundred (300) days from [December 16, 2016] to serve a DPF in the remaining cases pending at the time of entry." CMO No. 4 [Dkt. No. 4226].

4. Section 2(b)(9) states that "[o]nce the time for serving DPFs for all cases pending as of [December 16, 2016] has passed, the [Cook Defendants] shall have one hundred twenty (120) days from that point or forty-five (45) days from the service of the [Plaintiff Profile Sheet]

in each subsequently filed case, whichever is later, to serve their DPF." CMO No. 4 [Dkt. No. 4226].

5. Per Section 2(b)(8) of this schedule, the Cook Defendants have 439 DPFs—more than double the previously highest amount due—due on October 12, 2017.

6. Per Section 2(b)(9) of this schedule, the Cook Defendants have approximately 1,535 DPFs—more than triple the large number due in October—due on February 9, 2018.

7. Producing this volume of DPFs at one time is extremely burdensome for the Cook Defendants. In order to make their productions more manageable, the Cook Defendants propose the following amended schedule:

(a) The 439 DPFs previously due on October 12, 2017, would be due on November 12, 2017.

(b) DPFs for the next two hundred (200) oldest cases would be due on December 12, 2017.

(c) DPFs for the next four hundred (400) oldest cases would be due on February 12, 2018.

(d) DPFs for the next three hundred (300) oldest cases would be due on March 12, 2018.

(e) DPFs for the next three hundred (300) oldest cases would be due on April 12, 2018.

(f) DPFs for the remaining cases would be due on May 12, 2018 or 45 days from the date of service of the PPS, whichever is greater.

8. The Cook Defendants have consulted Plaintiffs' attorneys about this requested amendment, and Plaintiffs' attorneys have stated that Plaintiffs do not object to the amendment.

WHEREFORE, the Cook Defendants respectfully request that the Court amend their DPF production schedule in the manner specified in Paragraph 7 of this motion and grant them all other appropriate relief.

Dated: October 11, 2017	Respectfully submitted,

/s/  John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
Andrea.Pierson@FaegreBD.com
John.Schlafer@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

US.114510069.01

## CERTIFICATE OF SERVICE

I certify that on October 11, 2017 a copy of the foregoing Unopposed Motion to Amend Defendant Profile Form Production Schedule was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ John T. Schlafer
John T. Schlafer

US.114510069.01