**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**TO AMEND DEFENDANT PROFILE FORM PRODUCTION SCHEDULE**

This matter has come before the Court on the Cook Defendants' Unopposed Motion to Amend Defendant Profile Form Production Schedule ("Motion"). The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' schedule to serve Defendant Profile Forms should be amended in the manner requested in their Motion.

SO ORDERED this _____ day of _____, 2017.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.114510306.01