**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-03231
Cause No. 1:17-cv-03232

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:       October 12, 2017        /s/ John T. Schlafer_____
                                           Andrea Roberts Pierson (# 18435-49)
                                         John T. Schlafer (# 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana 46204
                                         Telephone: (317) 237-0300
                                         Facsimile: (317) 237-1000
                                         E-Mail: andrea.pierson@faegrebd.com
                                         E-Mail: john.schlafer@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 12, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

2