IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):

| |
|---|
| *Ashley Burke v. Cook Incorporated, et al.* No. 1:17-cv-1392-RLY-TAB |
| *John R. Conley v. Cook Incorporated, et al.* No. 1:17-cv-1429-RLY-TAB |
| *Jessica Gehner v. Cook Incorporated, et al.* No. 1:16-cv-1166-RLY-TAB |
| *Lynne Griebel v. Cook Incorporated, et al.* No. 1:17-cv-1300-RLY-TAB |
| *Joanne Heck and Shawn Heck v. Cook Incorporated, et al.* No. 1:17-cv-517-RLY-TAB |
| *Lee Helene and Suzanne Helene v. Cook Incorporated, et al.* No. 1:17-cv-1333-RLY-TAB |
| *Vickie Jacobs v. Cook Incorporated, et al.* No. 1:16-cv-1167-RLY-TAB |
| *Gregory MacNeary v. Cook Incorporated, et al.* No. 1:16-cv-1168-RLY-TAB |
| *Reesa M. Timms and Nathan Timms v. Cook Incorporated, et al.* No. 1:17-cv-1460-RLY-TAB |
| *Patricia A. Williams v. Cook Incorporated, et al.* No. 1:17-cv-1472-RLY-TAB |

## ORDER

Plaintiffs' Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that J. Mark Kell, Mark C. Aubuchon, and the firm of KELL LAMPIN LLC are hereby withdrawn as counsel of record in these actions and Michael S. Kruse and the firm of NIEMEYER, GREBEL & KRUSE, LLC, hereby substituted as the above captioned Plaintiffs' counsel of record.

Three of these cases were originally filed in the Evansville Division (3:16-cv-60-RLY-MPB, 3:16-cv-61-RLY-MPB, and 3:16-cv-62-RLY-MPB). Those cases were subsequently closed and transferred to the Indianapolis Division under new cause numbers. This order has been modified to include the Indianapolis Division cause numbers. (1:16-cv-1166-RLY-TAB, 1:16-cv-1167-RLY-TAB, and 1:16-cv-1168-RLY-TAB respectively).

DATED: 10/13/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.