UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC       )
FILTERS MARKETING, SALES         )
PRACTICES AND PRODUCT LIABILITY  )
LITIGATION MDL 2570,             )
_____ )    1:14-ml-02570-RLY-TAB
                                        )    MDL No. 2570
This Document Relates to:           )
                                          )
Elizabeth Jane Hill,               )
1:14-cv-6016-RLY-TAB          )
_____ )

**ENTRY FOR OCTOBER 12, 2017**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a hearing and pretrial conference.  Plaintiff appeared by David Matthews, Joe Williams, Mike Heaviside, Ben Martin, Laura Baughman, and Matt Schultz.  The Cook Defendants appeared by Andrea Pierson, Joe Tanner, John Schlafer, and Stephen Bennett.  The court heard argument from counsel on three Daubert Motions, and ruled as follows:

(1)    Cook Defendants' Motion to Exclude Expert Opinions of Robert McMeeking, Ph.D. (Filing No. 5678) is **UNDER ADVISEMENT**;

(2)    Plaintiff's Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, Ph.D. (Filing No. 5940) is **UNDER ADVISEMENT**;

(3)    Plaintiff's Motion to Exclude Testimony of Cook's "Non-Retained" Expert Brian Choules, Ph.D. (Filing No. 6516) is **UNDER ADVISEMENT**; and

1

(4)     The Cook Defendants' Omnibus Motions in Limine (Filing No. 6296) are

**GRANTED in part**, **DENIED in part**, and **UNDER ADVISEMENT in part**.

Rulings on each motion will be addressed in a separate entry.

**SO ORDERED** this 13th day of October 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.