UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

_____

**COOK DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT ON NEGLIGENT TESTING CLAIM**

The Cook Defendants[1] respectfully move the Court to enter summary judgment on Plaintiff's purported claim for negligent testing. The Cook Defendants are entitled to summary judgment on Plaintiff's claims on the grounds that there is no genuine issue of material fact and the Cook Defendants are entitled judgment as a matter of law. Specifically:

1. Plaintiff has never pled a claim for negligent testing;

2. To the extent that Plaintiff asserts a negligent testing claim, the claim is subsumed in her claim for negligent design, which the Court has concluded is no longer viable; and

3. Plaintiff can offer no expert testimony that any negligence in Cook's testing of the Celect IVC filter caused any of Plaintiff's claimed injuries.

This motion is supported by the Cook Defendants' Memorandum In Support Of Motion For Summary Judgment on Negligent Testing and exhibits filed herewith. For the foregoing

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

reasons, the Cook Defendants urge the Court to grant their motion and to enter summary judgment in favor of the Cook Defendants on Plaintiff's claim for negligent testing and provide all other just and appropriate relief.

Dated: October 16, 2017

Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2017, a copy of the foregoing COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                /s/ John T. Schlafer