UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT LIABILITY ) <br> LITIGATION MDL 2570, ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> Elizabeth Jane Hill, ) <br> 1:14-cv-6016-RLY-TAB ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR OCTOBER 16, 2017**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a continuation of the October 12 hearing. Plaintiff appeared by David Matthews, Joe Williams, Mike Heaviside, Ben Martin, and Matt Schultz. The Cook Defendants appeared by Andrea Pierson, Joe Tanner, John Schlafer, Charles Webber, Jessica Cox, and Anna Rutigliano. The court heard argument from counsel on the balance of the Cook Defendants' Omnibus Motions in Limine, the Plaintiff's Motion in Limine to Exclude Any Defense, and Plaintiff's Motion in Limine to Exclude Surgical Consent Forms. As stated in the court's previous Entry, the rulings on the Cook Defendants' Omnibus Motions in Limine (Filing No. 6296) will be addressed in a separate entry. Plaintiff's Motion in Limine to Exclude Any Defense (Filing No. 6291) is **UNDER ADVISMENT**, and Plaintiff's Motion in Limine to Exclude Surgical Consent Forms (Filing No. 6293) is **UNDER ADVISEMENT**.

In addition, the court addressed the procedures relating to videotaped depositions, the preadmission of exhibits, offers of proof, pre-trial stipulations, and the admission of confidential documents.  The court also explained its voir dire process, and informed the parties it will have one or two alternate jurors.  The court also ordered the parties to file a joint Statement of the Case by Thursday, October 19, 2017.

**SO ORDERED** this 17th day of October 2017.

                                                              _____
                                                              RICHARD L. YOUNG, JUDGE
                                                              United States District Court
                                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.