# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN RESPONSE TO ELIZABETH HILL'S SUPPLEMENTAL
BRIEF IN SUPPORT OF HER STRICT LIABILITY DESIGN DEFECT CLAIM**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Response to Elizabeth Hill's Supplemental Brief in Support of Her Strict Liability Design Defect Claim:

| Exhibit | Description |
|---|---|
| A | Excerpts from Frank C. Lynch Deposition (May 26, 2017) |
| B | Excerpts from Anthony Moreno, M.D. Deposition (April 26, 2017) |
| C | Excerpts from Anthony Venbrux Deposition (July 14, 2017) |
| D | 10/17/2017 email from Joseph Williams to Tina Doyle |
| E | Excerpts from Robert McMeeking Deposition (June 1, 2017) |

Respectfully submitted,

Dated: October 19, 2017

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2017, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                    /s/ Andrea Roberts Pierson

US.114698701.01