# Exhibit A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF INDIANA
2              INDIANAPOLIS DIVISION
3
    IN RE: COOK MEDICAL, INC.,    ) Case No.
4   IVC FILTERS MARKETING,        ) 1:14-ml-2570-RLY-TAB
    SALES PRACTICES AND PRODUCT   )
5   LIABILITY LITIGATION          ) MDL No. 2570
6
         VIDEOTAPED DEPOSITION OF FRANK C. LYNCH, M.D.
7
              Taken in the offices of McQuaide
8   Blasko, 1249 Cocoa Avenue, Suite 210, Hershey,
    Pennsylvania, on Friday, May 26, 2017, commencing
9   at 12:06 p.m. before Tiffany L. Mast, Court
    Reporter, and Kevin Frank, Videographer.
10
11       APPEARANCES:
12              FAEGRE BAKER DANIELS
                BY: ANDREA ROBERTS PIERSON, ESQUIRE
13              300 North Meridian Street
                Suite 2700
14              Indianapolis, Indiana 46204
                (317) 237-1424
15              andrea.pierson@FaegreBD.com
16              -- For Cook Medical, Inc.
17
                FAEGRE BAKER DANIELS
18              BY: ANNA RUTIGLIANO, ESQUIRE
19              300 North Meridian Street
20              Suite 2700
21              Indianapolis, Indiana 46204
22              (317) 237-1191
23              anna.rutigliano@FaegreBD.com
24
25              -- For Cook Medical, Inc.

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 30

1  similar risk benefit analysis?
2  A.    Yes.
3  Q.    What are you weighing in terms of the risks
4  and benefits when you retrieve a filter?
5  A.    Well, it's very similar to the assessment
6  that's made as to why a filter should be placed. So
7  if that original indication for placing the filter
8  has resolved, then it makes sense to remove the
9  device because it's no longer of benefit to the
10  patient and only prevents risk.
11        So again, if the patient, for some
12  reason, at the time of placement could not receive
13  standard therapy, but now is receiving standard
14  therapy, then it would make sense to remove the
15  filter since it's not providing them any additional
16  benefit.
17  Q.    In your experience, Doctor, who is in the
18  best position to weigh the risks and benefits of
19  placing and retrieving a filter?
20  A.    I think that varies a little bit, based on
21  practice circumstance. There are -- I speak from an
22  interventional radiologist's perspective, that there
23  are practices where the interventional radiologist
24  will rely heavily on the patient's primary care
25  physicians to make those assessments. And as to our

Page 31

1  referrals for patients getting IVC filters, that's
2  largely what happens, where we may not be aware of a
3  patient in the hospital that might benefit from an
4  IVC filter. And we don't actually seek those
5  patients out, but when a patient is referred to us,
6  we would help make that decision with the referring
7  clinician.
8        At our institution, we have taken a
9  more active role in following patients with the
10  devices, only because, historically, following
11  patients and ultimately retrieving the filters has
12  not been a very successful thing in medical practice
13  in the United States.
14        So early on, we took a more active
15  role in following those patients. And the decision
16  is often made, either primarily by us or in
17  collaboration with the patient's primary
18  caregivers. And that was a culture that we began
19  within our institution when the retrievable filter
20  technology was introduced. So we offered that
21  partnership forward, and it was receptively
22  received.
23  Q.    At the time that you treated Mrs. Hill in
24  August of 2013, did the risks that you've
25  described -- perforation, fracture, migration --

Page 32

1  were those complications that you had seen in your
2  own practice?
3  A.    Yes.
4  Q.    Specifically, the perforation of a vena cava
5  or an organ adjacent to it, like the small
6  intestine, had you, in your practice, seen that
7  happen with filters?
8  A.    Yeah. The terminology is sometimes vague
9  about perforation, penetration, rupture, or those
10  sort of things, but I -- in terms of seeing a filter
11  element penetrate through the cava wall, I've seen
12  that. I've seen the element penetrate farther into
13  adjacent organs and -- so yes.
14  Q.    You're familiar with the specific
15  complication that Mrs. Hill experienced of a
16  perforation through the cava wall and into the small
17  intestine --
18  A.    Uh-huh.
19  Q.    -- of her filter --
20  A.    Uh-huh.
21  Q.    -- correct?
22  A.    Uh-huh.
23  Q.    Sorry. You have to answer out loud.
24  A.    Yes. Yes. Yes.
25  Q.    Thank you.

Page 33

1        Dr. Lynch, had you seen that kind of
2  complication with other filters in your practice
3  before you treated Mrs. Hill?
4  A.    I have seen it. And to my recollection, I
5  believe I had seen it beforehand, as well.
6  Certainly, it was well-documented in literature that
7  that could occur, even in the realm of permanent
8  devices, so --
9  Q.    Was there anything about the kind of
10  complication Mrs. Hill experienced that was unique
11  to Cook or unique to Celect?
12  A.    No.
13  Q.    Had you seen that kind of complication in
14  your patients or in the patients of other physicians
15  who were referred to you?
16  A.    Both.
17  Q.    Okay. And before you treated Mrs. Hill, did
18  you have experience in using different kinds of
19  techniques for retrieving filters?
20  A.    Yes.
21  Q.    And tell us about that.
22        How did you get that experience?
23        And what techniques were you using
24  at the time?
25  A.    Many of the techniques were natural offshoots

9 (Pages 30 - 33)