# Exhibit C

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
 2                      INDIANAPOLIS DIVISION
 3      -----------------------------)
        IN RE:  COOK MEDICAL, INC.   )
 4      IVC FILTERS MARKETING, SALES )  Case No.
        PRACTICES AND PRODUCTS       )  1:14-ml-2570-
 5      LIABILITY LITIGATION         )  RLY-TAB
        ---------------------------- )
 6      This Document Relates to:    )  MDL No. 2570
        Elizabeth Hill               )
 7      1:14-cv-06016-RLY-TAB        )
        ---------------------------- )
 8
 9
10          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
11
12                      VIDEOTAPED DEPOSITION OF
13                       ANTHONY VENBRUX, M.D.
14
15                      Friday, July 14, 2017
16
17
18
19
20
21
22
23
24
```

Page 350

1    A    No. I have not seen that in my
2    clinical experience or in -- in my reading of the
3    literature. There are perforations reported, but
4    not in my experience.
5    Q    Your report cites the rates of
6    perforation in Cook's data summary, and notes the
7    rates of perforation included in Dr. Fryzek's
8    report, correct?
9    A    Correct, and they are extremely low.
10   Q    You're familiar with the fact that
11   both of those things note a perforation rate of
12   less than one percent, correct?
13   A    Yes, I do.
14   Q    In your clinical experience treating
15   patients with the Celect filter, have you found
16   the rate of perforation to be as low as what you
17   observed in Dr. Fryzek's report and in Cook's data
18   summary?
19   A    Yes.
20   Q    When Mr. Heaviside asked you questions
21   about the rate of perforation that's observed in
22   the Durack study, for example, is -- is that
23   reported experience consistent with your clinical
24   experience?

Page 351

1    A    No.
2    Q    What has been your clinical experience
3    with respect to perforation?
4    A    With respect to perforation? And,
5    again, the definition is not uniform.
6         So it is -- from a cavogram, I cannot
7    tell unless I see a strut or -- sorry. From a
8    cavogram, I cannot tell in general.
9         From cross-sectional imaging, however,
10   CT scans being the one most often used, you can
11   tell if you see a strut in an adjacent structure,
12   like the aorta, from the IVC to the aorta.
13        So my clinical experience is different
14   than what is reported in that.
15   Q    Okay. And your report includes
16   certain opinions that Mr. Heaviside has not asked
17   you about today with respect to the rates of
18   symptomatic perforation.
19   A    Correct.
20   Q    You do in fact have opinions about the
21   effective perforation and how frequently it
22   requires some additional medical treatment or
23   causes a patient some clinical sequela, correct?
24   A    Correct.

Page 352

1    Q    Okay. And those opinions are
2    contained within your report?
3    A    Correct.
4    Q    Do you have the Instructions for Use
5    for the Celect?
6         THE VIDEOGRAPHER: Two minutes left.
7         MS. PIERSON: Why don't you go ahead
8    and change it. Thank you.
9         THE VIDEOGRAPHER: Time now is 6:27.
10   We are going off the record. This is the end of
11   Disk No. 4.
12        (Pause in the proceedings.)
13        THE VIDEOGRAPHER: The time now is
14   6:31. We are back on the record. This is the
15   beginning of Disk No. 5.
16        BY MS. PIERSON:
17   Q    Dr. Venbrux, we put in front of you
18   the Instructions for Use for the Cook Celect
19   Filter. First some questions.
20        Is perforation included in the Cook
21   Celect Instructions for Use as a potential adverse
22   event?
23   A    Yes.
24   Q    Is it your opinion that that -- that

Page 353

1    this Instruction for Use and the reference to
2    vena cava perforation is an appropriate and
3    adequate warning to physicians of the risk of
4    vena cava perforation?
5    A    Yes.
6         MR. HEAVISIDE: Objection.
7         BY MS. PIERSON:
8    Q    Independent of the Instructions for
9    Use, at the time of Mrs. Hill's procedure in 2010,
10   was it generally known in the relevant medical
11   community that all filters had a rate of vena cava
12   perforation?
13        MR. HEAVISIDE: Objection.
14        MS. PIERSON: You can answer.
15        THE WITNESS: Yes.
16        BY MS. PIERSON:
17   Q    Based on your review of the
18   Instructions for Use in your experience over the
19   last 30 years treating patients, do the Celect
20   Instructions for Use appropriately and adequately
21   warn physicians of the known risk of vena cava
22   perforation with the Celect?
23   A    Yes.
24   Q    Dr. Venbrux, would you agree that the