# Exhibit D

**From:** Joseph N. Williams [mailto:jwilliams@rwp-law.com]
**Sent:** Tuesday, October 17, 2017 2:16 PM
**To:** Tina_Doyle@insd.uscourts.gov; Amy_Holtz@insd.uscourts.gov
**Cc:** Pierson, Andrea Roberts; Tanner, John Joseph; Ben Martin; Michael Heaviside; David Matthews; Matt Schultz
**Subject:** In re Cook (yesterday's pretrial conference)

Hi Tina & Amy – If one of you could please forward the below message to Judge Young, I would greatly appreciate it. Thanks!

---

Dear Judge Young:

After our hearing yesterday, I feel I need to clarify our position on Mrs. Hill's negligent design claim. I assure the court I am not trying to rehash old material, but given the importance of the issue I would be remiss in not bringing forth what I believe was some confusion during yesterday's discussion.

Mr. Schultz referenced a chronology that identified questions of fact on Mrs. Hill's negligent design claim. That chronology is found at Section H (titled, "Design Defect") of our amended statement of facts in opposition to Cook's motion for summary judgment [ECF No. 6181-1.] I have attached the document for your reference. These facts are tied to a corresponding section in our summary judgment response (§ I.B of ECF No. 6161).

Mr. Schultz also read from the *Tillman v. C.R. Bard, Inc.*, 96 F. Supp. 3d 1307 (M.D. Fla. 2015), which held that evidence of a propensity to perforate was sufficient to defeat summary judgment.

Thank you for hearing us out on this. After I read this briefing again today, I just wanted to make sure that our position was clear. If you have any questions, then please don't hesitate to let me know.

Sincerely,

joe

Joseph N. Williams



Riley Williams & Piatt, LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204

1

**(T)** 317.633.5270
**(F)** 317.426.3348
www.rwp-law.com

The information contained in this electronic message is confidential information intended for the use of the named recipient and may be the subject of attorney-client privilege. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify us by telephone at 317.633.5270 or by replying to this electronic message. Thank you.