UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO COLLATERAL SOURCES**

Plaintiff moves in limine to exclude the introduction of any testimony or other evidence that some or all of Plaintiff's medical expenses have been paid by third parties. The Cook Defendants do not object. Accordingly, Plaintiff's Motion (Filing No. 6292) is **GRANTED**.

**SO ORDERED** this 19th day of October 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.