UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER ON THE COOK DEFENDANTS' MOTION TO RECONSIDER THE COURT'S OCTOBER 10 ORDER DENYING THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STRICT LIABILITY DESIGN DEFECT CLAIM

On October 10, 2017, the court denied the Cook Defendants' Motion for Summary Judgment on Plaintiff's design defect claims. In their Response to Plaintiff's Motion for Clarification of that Order, the Cook Defendants asked the court to reconsider the Order with respect to Plaintiff's strict liability design defect claim. Because the summary judgment briefing was less than ideal, the court ordered Plaintiff to submit a brief addressing *all* of the elements of her strict liability design defect claim, with evidence, on or before October 18, 2017, at 2:00 CST. Plaintiff filed her brief, and the Cook Defendants filed their response. Although the evidence is thin, the court finds it is sufficient to raise a genuine issue of material fact on the two elements of Plaintiff's strict liability claim in dispute: design defect and causation. Accordingly, the Cook

1

Defendants' motion to reconsider its October 10 Order is **DENIED**.  Plaintiff's strict liability design defect claim will go to trial.

**SO ORDERED** this 20th day of October 2017.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.