UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO BIFURCATE**

The Cook Defendants move to bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury. The court finds bifurcation will conserve judicial resources and protect defendants from unfair prejudice. Accordingly, the Cook Defendants' Motion to Bifurcate (Filing No. 5860) is **GRANTED**.

**SO ORDERED** this 20th day of October 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.