# EXHIBIT B

# RE: Ps exhibit list

**Mark Chavez** [mchavez@thematthewslawfirm.com]
**Sent:** Tuesday, September 12, 2017 4:21 PM
**To:** David Matthews [dmatthews@thematthewslawfirm.com]; Pierson, Andrea Roberts
**Cc:** Sharp, Sarah E.

Andrea, responses to your questions are in red text below. Per our call today I have listed below Bates numbers for some specific documents/emails to discuss tomorrow. I will follow up with more later today.

Sample emails/documents:
1. CookMDL2570_0592488
2. CookMDL2570_0830510
3. CookMDL2570_0183415
4. CookMDL2570_0734236
5. IVC00001396 including attachment (IVC00001398)
6. CookMDL2570_0730621
7. CookMDL2570_0384261
8. CookMDL2570_0729118
9. CookMDL2570_0728984
10. IVC00001242
11. CookMDL2570_0384357
12. CookMDL2570_0455053 with attachment
13. CookMDL2570_0427098
14. CookMDL2570_0380878
15. CookMDL2570_0423786

Sample Complaint reports (PRs):
1. Complaint file for PR19381
2. Complaint file for PR20246
3. Complaint file for PR16336
4. Complaint file for PR19381
5. Complaint file for PR30343
6. Complaint file for PR34705
7. Complaint file for PR36199
8. Complaint file for PR39268
9. Complaint file for PR42092
10. Complaint file for PR47947

IFU's & Draft IFUs:
1.

Power point/marketing documents:
1. CookMDL2570_0731587
2. Cook IVCF 023893
3. CookMDL2570_002 5774
4. CookMDL2570_002 7701
5. CookMDL2570_0384262
6. CookMDL2570_0730292

**From:** David Matthews
**Sent:** Tuesday, September 12, 2017 8:58 AM
**To:** 'Pierson, Andrea Roberts'; Mark Chavez
**Cc:** Sharp, Sarah E.
**Subject:** RE: Ps exhibit list

Ok   We will follow up on that.   Talk in a few minutes.

**From:** Pierson, Andrea Roberts [mailto:Andrea.Pierson@FaegreBD.com]
**Sent:** Tuesday, September 12, 2017 8:49 AM
**To:** Mark Chavez; David Matthews
**Cc:** Sharp, Sarah E.
**Subject:** Ps exhibit list

For our call this morning.

Exhibits 1533 – 1550:  no bates numbers.  Are these Timperman document production? Yes, these were documents produced without Bates numbers via email from Wooden McLaughlin in response to our subpoena to Timperman.

Exhibits 3780 – 3824: no bates numbers; appear to be Cook animal testing documents, but can't easily isolate them without bates numbers Yes, these were documents listed in the materials reviewed by Dr. Fishbein. Exhibit 3780 is not a document and should be omitted, it was a place holder for the animal studies listed at 3781-3824.

Exhibits 2044, 2069, 2070, 7015-7017, 7024-7026, 7231: no bates numbers, some possibly are Cook documents, but not enough description to identify them. Responses below-

2044-Cook IVCF 015940

2069- https://www.fda.gov/downloads/MedicalDevices/NewsEvents/WorkshopsConferences/UCM485832.pdf
2070- https://www.fda.gov/downloads/Training/CDRHLearn/UCM512409.pdf

7015-7017-no Bates sent by Jim Boyers via email. Please reproduce with Bates or identify the Bates stamped copies if already reproduced.

7024-7026-Bates unknown, these are the venous drive thru podcasts. I was informed Cook's claims to have produced all podcasts but I am not sure if we obtained these from the production or Cook's website. If you could identify the Bates for mp4 files we could sub them out.

7231- CookMDL2570_0198469