UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill
    No. 1:14-cv-06016-RLY-TAB

_____

## THE COOK DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALEXANDER EMAIL

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court to issue an Order *in limine* excluding any evidence, testimony, or argument concerning a May 20, 2008 email from Jim Alexander to Rob Lyles, Bates number CookMDL2570_0427091, and designated as "Company Confidential" (hereafter "the email").

The Cook Defendants have contemporaneously filed a memorandum explaining the bases for this motion.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude at trial the testimony, evidence, and argument described above, and for all other just and proper relief.

- 2 -

                                             Respectfully submitted,

| | |
|---|---|
| Dated: October 20, 2017 | /s/ *Andrea Pierson* |
| | Andrea Roberts Pierson (# 18435-49) |
| | John T. Schlafer (# 28771-49) |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana  46204 |
| | Telephone: (317) 237-0300 |
| | Facsimile:  (317) 237-1000 |
| | E-Mail:  andrea.pierson@faegrebd.com |
| | E-Mail:  john.schlafer@faegrebd.com |
| | |
| | *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS* |

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Pierson*

US.114713095