UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions only:<br><br>Elizabeth Jane Hill<br>No. 1:14-cv-06016-RLY-TAB | |

## STIPULATIONS REGARDING MOTIONS IN LIMINE

The plaintiff, Elizabeth Hill ("Plaintiff"), and the Cook Defendants (Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS) stipulate regarding their Motions in Limine as follows.

(1) <u>Cook's Motion in Limine Number 5</u>[1]: The parties stipulate that, due to the Court's ruling on Plaintiff's Motion to Exclude All Evidence of FDA 510(k) Clearance, evidence of and argument regarding the 510(k) and PMA process are excluded in limine.

(2) <u>Cook's Motion in Limine Number 8</u>[2]: Due to the Court's ruling granting summary judgment on Plaintiff's failure to warn claim, Plaintiff stipulates that there will be no evidence or argument that the CFR imposed a duty on Cook to warn against off-label uses.

---

[1] Evidence or argument by Plaintiff that Cook should have used the FDA's Pre-Market Approval ("PMA") process to bring the Celect Filter to market instead of the 510(k) process.

[2] Testimony, evidence, or argument that CFR requires Cook to warn about off-label uses or retrieval techniques.

(3) <u>Cook's Motion in Limine Number 25[3]</u>:  Due to the Court's ruling granting summary judgment on Plaintiff's failure to warn claim, Plaintiff stipulates that there will be no evidence or argument regarding Cook's document retention or legal hold practices.

(4) <u>Cook's Motion in Limine Number 27[4]</u>:  The parties stipulate that there will be no evidence or argument referring to breast implant litigation or any other mass tort.

(5) <u>Plaintiff's Motion in Limine Regarding Collateral Sources:</u>  The Cook Defendants stipulate that they will not present evidence or argument that some or all of Plaintiff's medical expenses have been paid by third parties.  The Cook Defendants reserve the right to object to, dispute, or offer evidence concerning any other aspect of Plaintiff's claim for medical expenses.

The parties reserve their right to appeal the subject rulings but agree these stipulations are appropriate for trial in light of those rulings.  The parties reserve their right to proffer evidence outside the presence of the jury on any issues that are the subject of these stipulations. The parties may seek to introduce any evidence or argument that is subject to these stipulations if the opposing party opens the door to such evidence or argument. If that occurs, The party seeking to introduce the evidence will address the Court outside the presence of the jury before seeking to introduce such evidence or argument.  The parties reserve the right to move for reconsideration or move for admission of evidence relating to any ruling that may alter the stipulations.

---

[3] Testimony or evidence regarding Cook's document retention and legal hold practices.

[4] Any references to the breast implant litigation or any other mass tort.

So stipulated:

October 22, 2017

| | |
|---|---|
| */s/ Matthew D. Schultz* | */s/Andrea Roberts Pierson* |

Matthew D. Schultz, #579895TA
LEVIN PAPANTONIO
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel:  (850) 435-7140
mschultz@levinlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
3219 McKinney Ave., Suite 100
Dallas, TX 75204
Tel:    (214) 761-6614
Fax:    (314) 744-7590
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX  77098
Tel:    (7130 522-5250
Fax:    (713) 535-7136
dmatthews@thematthewslawfirm.com

Michael W. Heaviside
HEAVISIDE REED ZAIC
910 17th Street, N.W. Suite 800
Washington DC 20006
Tel:    (949)715-5120
Fax:    (949)715-5123
mheaviside@hrzlaw.com

*Lead Co-Counsel for Plaintiff*

Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Tel:    (317) 237-0300
Fax:    (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Tel:    (260) 424-8000
Fax:    (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for Cook Defendants*

US.114631843.01

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2017, a copy of the foregoing STIPULATIONS REGARDING MOTIONS IN LIMINE was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.114631843.01