IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND                    CASE NO. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                        MDL NO. 2570
_____

This Document Relates to Plaintiff(s),

Barbara Willis and Vernon Willis
Civil Case No. 1:17-cv-2312
_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

                                                                Respectfully Submitted,

                                                                **FLINT LAW FIRM LLC**

                                                                /s/ Brian S. Katz
                                                                Brian S. Katz, KY Bar No. 86633
                                                                FLINT LAW FIRM, LLC
                                                                2226 Broadway, Suite 1
                                                                Post Office Box 2903
                                                                Paducah, Kentucky 42002-2903
                                                                Phone: (270) 575-3939
                                                                Fax: (270) 575-3936
                                                                bkatz@flintfirm.com
                                                                *Attorney for Plaintiff*