# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

> *Hill v. Cook Medical, Inc. et al.,*
> Case No. 1:14-cv-6016-RLY-TAB

## PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal "Plaintiff's Response in Opposition to Cook's Bench Brief on Evidence Relevant to Consumer Expectations ("Bench Brief")."

Dated: October 24, 2017.

                                               Respectfully Submitted,

                                               */s/ Joseph N. Williams*_____
                                               Joseph N. Williams, Atty. No. 25874-49
                                               Riley Williams & Piatt, LLC
                                               301 Massachusetts Avenue
                                               Indianapolis, IN 46204
                                               Telephone: (317) 633-5270
                                               Facsimile: (317) 426-3348
                                               Email: jwilliams@rwp-law.com
                                               *Liaison Counsel to Plaintiffs' Steering Committee*
                                               *and on behalf of Plaintiffs' Steering Committee*

                                               */s/ Michael W. Heaviside*_____
                                               Michael W. Heaviside, Esq.
                                               Heaviside Reed Zaic, A Law Corporation
                                               910 17th Street NW, Suite 800
                                               Washington, DC 20006
                                               Telephone: (202) 233-1993

Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*_____
Ben C. Martin

2