IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

*Hill v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6016-RLY-TAB

## ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records. Plaintiffs have requested the Court to maintain under seal "Plaintiff's Response in Opposition to Cook's Bench Brief on Evidence Relevant to Consumer Expectations ("Bench Brief")."

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that "Plaintiff's Response in Opposition to Cook's Bench Brief on Evidence Relevant to Consumer Expectations ("Bench Brief")" shall remain under seal.

All of which is Ordered this ___day of October, 2017.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Ben C. Martin*_____
                                                  Ben C. Martin