UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC      )
FILTERS MARKETING, SALES            )
PRACTICES AND PRODUCT               )
LIABILITY LITIGATION                )        1:14-ml-02570-RLY-TAB
_____ )        MDL No. 2570
                                    )
This Document Relates to:           )
                                    )
Elizabeth Jane Hill,                )
1:14-cv-6016-RLY-TAB                )
_____ )

**COURTROOM MINUTES FOR OCTOBER 23, 2017**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

The Plaintiff appears in person and by Dave Matthews, Joe Williams, Ben Martin,

Michael Heaviside, Matt Schultz and Joseph Johnson and Defendants appear by counsel

Andrea Pierson, Charles Webber, Jessica Cox, James Bennett, Joseph Tanner and John

Schlafer.   Stating they are ready to proceed, the trial of this cause is commenced.   Those

jurors regularly drawn are examined by the court and counsel, and those jurors selected

are sworn.

The court preliminarily instructs the jury and opening argument of counsel is

heard.   The time for adjournment having arrived the court is adjourned until 9:00 a.m.

tomorrow.   The jury is admonished and allowed to separate

Distributed Electronically to Registered Counsel of Record