UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER ON THE COOK DEFENDANTS' MOTION IN LIMINE TO EXCLUDE LYON PUBLICATION

Prior to the commencement of Plaintiff's case-in-chief, the court heard argument on the Cook Defendants' Motion in Limine to Exclude Lyon Publication, and **GRANTED** the Motion (Filing No. 6311).

SO ORDERED this 24th day of October 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.