# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02953 | Cause No. 1:17-cv-03417 |
| Cause No. 1:17-cv-03301 | Cause No. 1:17-cv-03419 |
| Cause No. 1:17-cv-03403 | Cause No. 1:17-cv-03427 |
| Cause No. 1:17-cv-03406 | Cause No. 1:17-cv-03429 |
| Cause No. 1:17-cv-03408 | Cause No. 1:17-cv-03433 |
| Cause No. 1:17-cv-03409 | Cause No. 1:17-cv-03435 |
| Cause No. 1:17-cv-03413 | Cause No. 1:17-cv-03436 |
| Cause No. 1:17-cv-03414 | Cause No. 1:17-cv-03439 |
| Cause No. 1:17-cv-03415 | Cause No. 1:17-cv-03441 |
| Cause No. 1:17-cv-03416 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    October 25, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer