# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:17-cv-03123 | Cause No. | 1:17-cv-03134 |
| Cause No. | 1:17-cv-03125 | Cause No. | 1:17-cv-03135 |
| Cause No. | 1:17-cv-03126 | Cause No. | 1:17-cv-03136 |
| Cause No. | 1:17-cv-03127 | Cause No. | 1:17-cv-03137 |
| Cause No. | 1:17-cv-03128 | Cause No. | 1:17-cv-03138 |
| Cause No. | 1:17-cv-03129 | Cause No. | 1:17-cv-03139 |
| Cause No. | 1:17-cv-03130 | Cause No. | 1:17-cv-03140 |
| Cause No. | 1:17:cv-03131 | Cause No. | 1:17-cv-03150 |
| Cause No. | 1:17-cv-03132 | Cause No. | 1:17-cv-03151 |
| Cause No. | 1:17-cv-03133 | Cause No. | 1:17-cv-03152 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: October 26, 2017 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.114804887.01

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114804887.01