IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03156 | Cause No. 1:17-cv-03176 |
| Cause No. 1:17-cv-03158 | Cause No. 1:17-cv-03177 |
| Cause No. 1:17-cv-03161 | Cause No. 1:17-cv-03178 |
| Cause No. 1:17-cv-03162 | Cause No. 1:17-cv-03179 |
| Cause No. 1:17-cv-03164 | Cause No. 1:17-cv-03181 |
| Cause No. 1:17-cv-03166 | Cause No. 1:17-cv-03182 |
| Cause No. 1:17-cv-03167 | Cause No. 1:17-cv-03183 |
| Cause No. 1:17-cv-03172 | Cause No. 1:17-cv-03184 |
| Cause No. 1:17-cv-03173 | Cause No. 1:17-cv-03185 |
| Cause No. 1:17-cv-03175 | Cause No. 1:17-cv-03186 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     October 26, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114804966.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.JTS

/s/ John T. Schlafer

US.114804966.01