## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03229 | Cause No. 1:17-cv-03245 |
| Cause No. 1:17-cv-03233 | Cause No. 1:17-cv-03246 |
| Cause No. 1:17-cv-03234 | Cause No. 1:17-cv-03249 |
| Cause No. 1:17-cv-03235 | Cause No. 1:17-cv-03250 |
| Cause No. 1:17-cv-03236 | Cause No. 1:17-cv-03340 |
| Cause No. 1:17-cv-03238 | Cause No. 1:17-cv-03380 |
| Cause No. 1:17-cv-03239 | Cause No. 1:17-cv-03382 |
| Cause No. 1:17-cv-03240 | Cause No. 1:17-cv-03438 |
| Cause No. 1:17-cv-03242 | Cause No. 1:17-cv-03452 |
| Cause No. 1:17-cv-03243 | Cause No. 1:17-cv-03454 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   October 26, 2017

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114805044.01

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.JTS

/s/ Andrea R. Pierson

US.114805044.01