AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Southern District of Indiana

| | |
|---|---|
| Denise Ybarra, <br> *Plaintiff* <br> v. <br> Cook Incorporated, et al., <br> *Defendant* | ) ) ) ) ) Case No.  1:17-cv-3890 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Denise Ybarra

Date: 10/25/2017

s/ Don K. Ledgard
*Attorney's signature*

Don K. Ledgard (CA Bar No. 208350)
*Printed name and bar number*

Capretz & Associates
5000 Birch Street, Suite 4600
Newport Beach, California 92660

*Address*

dledgard@capretz.com
*E-mail address*

(949) 724-3000
*Telephone number*

(949) 757-2635
*FAX number*