**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

**IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND**         **Civil No. 1:14-ml-2570-RLY-TAB**
**PRODUCTS LIABILITY LITIGATION**                         **MDL No. 2570**

_____

This document relates to Plaintiff:

*Wallace Horton*
*Civil case # 1:17-cv-3045*
_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Wallace Horton.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Wallace Horton against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this 1st day of November, 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record