**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03264 | Cause No. 1:17-cv-03466 |
| Cause No. 1:17-cv-03314 | Cause No. 1:17-cv-03467 |
| Cause No. 1:17-cv-03322 | Cause No. 1:17-cv-03468 |
| Cause No. 1:17-cv-03326 | Cause No. 1:17-cv-03469 |
| Cause No. 1:17-cv-03337 | Cause No. 1:17-cv-03481 |
| Cause No. 1:17-cv-03443 | Cause No. 1:17-cv-03511 |
| Cause No. 1:17-cv-03447 | Cause No. 1:17-cv-03512 |
| Cause No. 1:17-cv-03461 | Cause No. 1:17-cv-03515 |
| Cause No. 1:17-cv-03464 | Cause No. 1:17-cv-03516 |
| Cause No. 1:17-cv-03465 | Cause No. 1:17-cv-03524 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       November 1, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.114911261.01

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.114911261.01