# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03264 | Cause No. 1:17-cv-03466 |
| Cause No. 1:17-cv-03314 | Cause No. 1:17-cv-03467 |
| Cause No. 1:17-cv-03322 | Cause No. 1:17-cv-03468 |
| Cause No. 1:17-cv-03326 | Cause No. 1:17-cv-03469 |
| Cause No. 1:17-cv-03337 | Cause No. 1:17-cv-03481 |
| Cause No. 1:17-cv-03443 | Cause No. 1:17-cv-03511 |
| Cause No. 1:17-cv-03447 | Cause No. 1:17-cv-03512 |
| Cause No. 1:17-cv-03461 | Cause No. 1:17-cv-03515 |
| Cause No. 1:17-cv-03464 | Cause No. 1:17-cv-03516 |
| Cause No. 1:17-cv-03465 | Cause No. 1:17-cv-03524 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:    November 1, 2017 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: john.schlafer@faegrebd.com |

US.114911290.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                  /s/ Andrea Roberts Pierson