IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570
_____

This Document Relates to:

Cause No. 1:14-cv-02570-RLY-TAB
Cause No. 1:16-cv-01134-RLY-TAB
Cause No. 1:16-cv-01136-RLY-TAB
Cause No. 1:16-cv-01137-RLY-TAB
Cause No. 1:16-cv-01138-RLY-TAB
Cause No. 1:16-cv-01140-RLY-TAB
Cause No. 1:17-cv-00588-RLY-TAB
Cause No. 1:17-cv-03076-RLY-TAB

---

**APPEARANCE OF COUNSEL**

---

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in these cases as counsel for the following:

Plaintiff Raymond Hedlund (1:16-cv-01134),

Plaintiff Jose Lona (1:16-cv-01136),

Plaintiff Dan O'Neill (1:16-cv-01137),

Plaintiff Thomas Sanchez (1:16-cv-01138),

Plaintiff Gregory Denton (1:16-cv-01140),

Plaintiffs Frances Carol Leslie and King David Leslie, II (1:17-cv-00588)

Plaintiffs Rosemary Fiasco and Michael McComas (1:17-cv-03027).

Date: November 2, 2017     /s/ Michael J. Quillin
*Attorney's signature*

Michael J. Quillin  #61877 MO
*Printed name and bar number*

The University Tower, 1034 S. Brentwood Blvd     .
23rd Floor, PH 1-A, St. Louis, MO 63117
*Address*

quillin@osclaw.com
*E-mail address*

(314) 405-9000
*Telephone number*

(314) 833-3073
*FAX number*