Confidential - Subject to Protective Order

1    IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
2      INDIANAPOLIS DIVISION
3

4 IN RE: COOK MEDICAL, INC.   )
  IVC FILTERS MARKETING, SALES ) Case No.
5 PRACTICES AND PRODUCTS    ) 1:14-ml-2570-
  LIABILITY LITIGATION      ) RLY-TAB
6 ----------------------------- )
  This Document Relates to:   ) MDL No. 2570
7 All Actions          )

8
9
10  CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
12    VIDEOTAPED EXPERT DEPOSITION OF
13
       JENNIFER BROWN, Ph.D.
14
15
       September 19, 2017
16
17
18      Indianapolis, Indiana
19
20
21
22    GOLKOW LITIGATION SERVICES
    877.370.3377 ph | 917.591.5672 fax
23      deps@golkow.com
24

Confidential - Subject to Protective Order

```
 1              As I understood you, you create an Excel
 2   document that's populated with data from all of the
 3   studies that meet inclusion criteria for both the
 4   CERs and for the Filter Data Summary?
 5        A.    I'm sorry.  Not for the CERs.
 6        Q.    Okay.
 7        A.    In the CERs, each article that meets
 8   inclusion criteria is summarized individually.  So,
 9   in paragraph form.
10        Q.    In the CER itself?
11        A.    Correct, yes.
12        Q.    And, so, for the IVC Filter Data
13   Summary, if I wanted to send a request for those,
14   what should I call them?
15        A.    For the data?
16        Q.    The Excel files.
17        A.    You could just ask for the Excel file
18   summarizing the data.
19        Q.    Okay.  Any other documents like that or
20   data like that that's generated in connection with
21   either the CERs or the Filter Data Summary?
22        A.    No.
23        Q.    The sixth -- oh, and I did request notes
24   here back in No. 5.
```

Confidential - Subject to Protective Order

```
 1                 Have you made notes of any description

 2   in the course of preparing to give testimony,

 3   expert testimony, in the case?

 4         A.      Description of -- I mean, I've taken

 5   notes just to refresh my memory of things.

 6         Q.      Right.  That's what I'm describing.

 7                 So, if you're reviewing a document and

 8   just taking notes on stuff that you may want to

 9   talk about or give opinions on.

10         A.      Yeah, like I've resummarized key points

11   from, let's say, a few articles that I've read.

12         Q.      And what form do those notes or

13   summaries take?

14         A.      It's in a notepad, and that's --

15         Q.      Handwritten?

16         A.      Horrible handwriting, yes.

17         Q.      All right.  Well, at least you don't

18   have to go through the process of untangling it all

19   today.

20                 All right.  And is that all contained in

21   one notepad?

22         A.      I think it might be in two now.  Only

23   because I forget one sometimes.  But, yes, I know

24   where they are.
```

Confidential - Subject to Protective Order

```
 1   talked about at the beginning of the deposition.
 2              You had a PowerPoint from a 2016
 3   American Venous Forum presentation that would be
 4   relevant to the subject matters you're testifying
 5   on, correct?
 6        A.    Correct.
 7        Q.    And then for data, underlying or raw
 8   data, if you will, for the IVC Filter Data Summary,
 9   you had the pdf with the -- that included the
10   document searches, abstracts, and search terms,
11   et cetera, correct?
12        A.    Correct.
13        Q.    You had the abstracts meeting inclusion,
14   and those are reflected in Excel files that
15   summarize the data, correct?
16        A.    Correct.
17        Q.    You have two notepads that include key
18   points and summaries that you have taken with
19   respect to your review of evidence in connection
20   with the case, correct?
21        MS. PIERSON:  Object to form.
22   BY THE WITNESS:
23        A.    Yes.
24   BY MR. SCHULTZ:
```