UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION           MDL No. 2570

This Document Relates to Plaintiff
    Elizabeth Jane Hill
    Civil Case No. 1:14-cv-06016-RLY-TAB

## JOINT PRETRIAL STIPULATIONS

The parties respectfully submit their Joint Pretrial Stipulations.

### PRETRIAL STIPULATIONS

1. The parties stipulate and agree that the parties are prohibited from making any reference or argument, or adducing any evidence or attempting to elicit any evidence suggesting and/or concerning the failure of either party to call any witness equally available to both parties.

2. Plaintiff will notify the Cook Defendants of the witnesses for the first day of trial by 5:00 p.m. on Friday October 20.  By noon on each day of trial, the parties shall notify each other of the witnesses to be called on the following trial day.  If no trial is to be held on Friday, the parties will notify each other of the witnesses to be called the following Monday by Friday at noon instead of Thursday at noon.

3. By 7:00 p.m. each day, the parties will notify each other of the exhibits they reasonably anticipate they may use on direct examination the following trial day.  If no trial is to be held the next day, no notice of exhibits need be given until the evening before the next trial day.

- 2 -

4. By Friday October 20, Plaintiff will notify the Cook Defendants which witnesses residing in Denmark she intends to call the week of October 23 and which she intends to call the week of October 30.

5. Plaintiff will notify Cook by noon the day before it intends to end its case in chief that it intends to end its case in chief the following day. Five hours after notice from Plaintiff, Cook will inform Plaintiff of the first witness it intends to call.

6. By 10:00 p.m. central the day that Plaintiff notifies Defendants she will close her case-in-chief the following day, the Cook Defendants will provide Plaintiff a final will call / may call witness list for the Cook Defendants' case.

7. The parties have agreed on Christian Schoenberg as a translator. Each party will cover Mr. Schoenberg's travel costs and fees incurred during that party's respective case in chief or rebuttal.

8. The parties agree to exchange any documents, aids, PowerPoint slides, computer simulations, animations etc., to be shown to the jury during opening by 7:00 p.m. the night before opening. Each party shall disclose before a witness takes the stand any demonstrative aids to be used with that witness. The parties agree to exchange any animations or computer simulations to be used on direct examination by 7 pm the night before it will be used. Demonstrative aids and documents used on cross-examination need not be exchanged beforehand.

9. Hard copies of exhibits shall be exchanged between the parties when the exhibit is introduced.

10. On October 16, 2017, the parties exchanged update expert invoices. The parties agree to cure any deficiencies in those exchanges and Cook agrees to provide an informal update of additional time incurred by 10:00 p.m. on October 20, 2017.

Dated: November 5, 2017     Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

*Counsel for the Cook Defendants*

*/s/ Matthew D. Schultz*
Matthew D. Schultz (FL Bar #640328)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone:  (850) 435-7140
Facsimile:    (850) 435-7020
Email:  mschultz@levinlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2017, a copy of the foregoing **JOINT PRETRIAL STIPULATIONS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*