IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
**Karen Kline on behalf of Dolores Davidson**

Civil Case # 1:16-CV-1277

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Karen Kline on behalf of Dolores Davidson, and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Karen Kline on behalf of Dolores Davidson in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

**SHAW COWART, LLP**

By: */s/ Ethan L. Shaw*
Ethan L. Shaw (TX Bar No. 18140480)
Justin W. Fishback (TX Bar No. 24056736)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jfishback@shawcowart.com

**ATTORNEYS FOR PLAINTIFF**

        /s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 – Facsimile
Andrea.pierson@faegrebd.com

**ATTORNEY FOR DEFENDANTS COOK INCORPORATED, COOK MEDICAL LLC AND WILLIAM COOK EUROPE APS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: November 6, 2017

        /s/ Ethan L. Shaw
Ethan L. Shaw