IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03002 | Cause No. 1:17-cv-03608 |
| Cause No. 1:17-cv-03514 | Cause No. 1:17-cv-03613 |
| Cause No. 1:17-cv-03571 | Cause No. 1:17-cv-03614 |
| Cause No. 1:17-cv-03593 | Cause No. 1:17-cv-03618 |
| Cause No. 1:17-cv-03594 | Cause No. 1:17-cv-03620 |
| Cause No. 1:17-cv-03595 | Cause No. 1:17-cv-03621 |
| Cause No. 1:17-cv-03596 | Cause No. 1:17-cv-03622 |
| Cause No. 1:17-cv-03597 | Cause No. 1:17-cv-03626 |
| Cause No. 1:17-cv-03598 | Cause No. 1:17-cv-03635 |
| Cause No. 1:17-cv-03607 | Cause No. 1:17-cv-03651 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:  November 8, 2017    /s/ John T. Schlafer
                   Andrea Roberts Pierson (# 18435-49)
                   John T. Schlafer (# 28771-49)
                   FAEGRE BAKER DANIELS LLP
                   300 North Meridian Street, Suite 2700
                   Indianapolis, Indiana  46204
                   Telephone:  (317) 237-0300
                   Facsimile:  (317) 237-1000
                   E-Mail:  andrea.pierson@faegrebd.com
                   E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.115030927.01