IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03002 | Cause No. 1:17-cv-03608 |
| Cause No. 1:17-cv-03514 | Cause No. 1:17-cv-03613 |
| Cause No. 1:17-cv-03571 | Cause No. 1:17-cv-03614 |
| Cause No. 1:17-cv-03593 | Cause No. 1:17-cv-03618 |
| Cause No. 1:17-cv-03594 | Cause No. 1:17-cv-03620 |
| Cause No. 1:17-cv-03595 | Cause No. 1:17-cv-03621 |
| Cause No. 1:17-cv-03596 | Cause No. 1:17-cv-03622 |
| Cause No. 1:17-cv-03597 | Cause No. 1:17-cv-03626 |
| Cause No. 1:17-cv-03598 | Cause No. 1:17-cv-03635 |
| Cause No. 1:17-cv-03607 | Cause No. 1:17-cv-03651 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    November 8, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.115030936.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson