IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff Lillian Verde

Civil Case # _1:17-CV-22354_____

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, seeks leave to file her First Amended Short Form Complaint, attached hereto.

1. Plaintiff seeks leave to file her amended short form complaint to add information pertaining to an additional Cook filter implanted in her. More specifically, Plaintiff seeks to add the following: Paragraph 10, add Lot No. 8226466; Paragraph 11, add the date of implant of 7/26/2006; Paragraph 12, add the address where the implant occurred, Banner University Medical Center, 1501 North Campbell Ave., Tucson, AZ 85724; and Paragraph 13, add implanting physician Paul R. Gordon, MD (2006).

2. Plaintiff's counsel has conferred with defendants' counsel and defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant her leave to file the First Amended Short Form Complaint, attached, which makes the additions discussed herein.

Dated: 11/8/17                                  Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com


By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*


I hereby certify that on this 11th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                         */s/ David C. DeGreeff*