IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to Plaintiff  Lillian Verde

Civil Case #  1:17-CV-22354_____

## ORDER

      IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Lillian Verde be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

      Signed this _____ day of November, 2017.

_____
HONORABLE TIM A. BAKER
UNITED STATES DISTRICT JUDGE