IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Bailey E. Bryan

Civil Case No. 1:17-cv-00812-RLY-TAB

### ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of all claims of Bailey E. Bryan herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Bailey E. Bryan against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:17-cv-00812-RLY-TAB are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

_____
JUDGE, UNITED STATES DISTRICT COURT