

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**

4:26 pm, Nov 08, 2017

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

**IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Brownlow v. Cook Incorporated, et al.,              )
  S.D. Texas, C.A. No. 4:17-02842                   )           MDL No. 2570
SD/IN Cause No. 1:17-cv-06081-RLY-TAB

### ORDER LIFTING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Brownlow*) on October 2, 2017.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in (*Brownlow*) filed a notice of opposition to the proposed transfer.  Plaintiff later filed a motion and brief to vacate the conditional transfer order.  The Panel has now been advised that plaintiff have withdrawn his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-53" filed on October 2, 2017, is LIFTED.  The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel