UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Roseanna Barber, 1:16-cv-1198-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER OF DISMISSAL

Considering the parties' stipulation of Dismissal Without Prejudice of All claims of Plaintiff, Roseanna Barber.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in MDL No. 1:14-ml-2570-RLY-TAB (Member Case 1:16-cv-1198-RLY-TAB) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

**SO ORDERED** this 9th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record