IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Document Relates to Plaintiffs:

   MARY A. KILBOURN-STEPHENS

Civil Case #   1:16-CV-03108-RLY-TAB

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Mary A. Kilbourn-Stephens,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Mary A. Kilbourn-Stephens against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-03108) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

 SO ORDERED this 9th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record