IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><u>Tammie Wire</u><br><br>Civil Case No. 1:17-cv-03031 | VOLUNTARY DISMISSAL GRANTED.<br><br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana<br><br>11/09/2017 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Tammie Wire ("Plaintiff") and hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit.

Dated:  September 18, 2017          Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar #66067
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
blair@bertramgraf.com

*Attorney for Plaintiff*