UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH JANE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:14-cv-6016-RLY-TAB |
| vs. ) | |
| ) | |
| COOK MEDICAL, LLC, COOK ) | |
| INCORPORATED, AND WILLIAM ) | |
| COOK EUROPE, ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

1. **Has the Plaintiff proven, by a preponderance of the evidence, that the design of the Celect IVC filter was defective?**

    Yes _____         No __X__

    If your answer to Question 1 is "yes," then go to Question 2. If your answer to Question 1 is "no," then the foreperson should sign and date this form.

2. **Has Plaintiff proven, by a preponderance of the evidence, that the Celect IVC filter's defective design was the legal cause of the loss, injury, or damage to Plaintiff?**

    Yes _____         No _____

1

If your answer to Question 2 is "yes," then go to Questions 3 and 4. If your answer to Question 2 is "no," then the foreperson should sign and date this form.

**3.    Has Cook proven, by a preponderance of the evidence, that Plaintiff knowingly, voluntarily, and deliberately exposed herself to the danger she has complained of despite having a reasonable opportunity to avoid it?**

        Yes \_\_\_\_                      No \_\_\_\_

**4.    Has Cook proven, by a preponderance of the evidence, that some unforeseeable natural cause or some other unforeseeable cause was the sole legal cause of loss, injury, or harm to Plaintiff?**

        Yes \_\_\_\_                      No \_\_\_\_

If you answered "yes" to Question 3 or Question 4, then your verdict is for Cook and you should sign and date this verdict form.

If you answered "no" to Question 3 and Question 4, please answer Question 5.

**5.    What is the total amount of Plaintiff's damages for incurred medical expenses and pain and suffering?**

                                                    $_____

**The Foreperson should sign and date this Verdict Form.**

_____  Dated: _11-9-17_
Foreperson's Signature