# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03003 | Cause No. 1:17-cv-03604 |
| Cause No. 1:17-cv-03004 | Cause No. 1:17-cv-03628 |
| Cause No. 1:17-cv-03005 | Cause No. 1:17-cv-03629 |
| Cause No. 1:17-cv-03021 | Cause No. 1:17-cv-03636 |
| Cause No. 1:17-cv-03575 | Cause No. 1:17-cv-03637 |
| Cause No. 1:17-cv-03599 | Cause No. 1:17-cv-03640 |
| Cause No. 1:17-cv-03600 | Cause No. 1:17-cv-03641 |
| Cause No. 1:17-cv-03601 | Cause No. 1:17-cv-03646 |
| Cause No. 1:17-cv-03602 | Cause No. 1:17-cv-03647 |
| Cause No. 1:17-cv-03603 | Cause No. 1:17-cv-03656 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    November 10, 2017          /s/ Andrea Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

US.115052427.01

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115052427.01