IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No: 2570

This Document Relates to Plaintiffs:

    SUSAN HERNANDEZ

Civil Case # 1:17-cv-01878-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff SUSAN HERNANDEZ and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK Aps.

Dated this 13th day of November, 2017.

Respectfully submitted,

   /s/ Joseph R. Johnson
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON