UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                              1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION MDL                   No: 2570

This Document Relates to:

    SUSAN HERNANDEZ

Civil Case # 1:16-cv-00462-RLY-TAB

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    SUSAN HERNANDEZ

Dated: November 13, 2017      /s/ Joseph R. Johnson
                                                Joseph R. Johnson, #372250, FL
                                                BABBITT & JOHNSON, P.A.
                                                Suite 100
                                                1641 Worthington Road (33409)
                                                P. O. Box 4426
                                                West Palm Beach, FL  33402-4426
                                                Tel:  (561) 684-2500
                                                Tel:  (561) 684-6308
                                                jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON