**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03124 | Cause No. 1:17-cv-03670 |
| Cause No. 1:17-cv-03587 | Cause No. 1:17-cv-03674 |
| Cause No. 1:17-cv-03632 | Cause No. 1:17-cv-03675 |
| Cause No. 1:17-cv-03633 | Cause No. 1:17-cv-03683 |
| Cause No. 1:17-cv-03653 | Cause No. 1:17-cv-03688 |
| Cause No. 1:17-cv-03654 | Cause No. 1:17-cv-03689 |
| Cause No. 1:17-cv-03657 | Cause No. 1:17-cv-03691 |
| Cause No. 1:17-cv-03658 | Cause No. 1:17-cv-03692 |
| Cause No. 1:17-cv-03661 | Cause No. 1:17-cv-03693 |
| Cause No. 1:17-cv-03662 | Cause No. 1:17-cv-03694 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   November 13, 2017 | /s/ Andrea Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.115081766.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115081766.01