

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
11:41 am, Nov 13, 2017
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Kelley v. Muhammad, et al., ) | |
| N.D. Oklahoma, C.A. No. 4:17-00560 ) | MDL No. 2570 |
| SD/IN Cause No. 1:17-cv-06084-RLY-TAB | |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Kelley*) on October 12, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Kelley* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-54" filed on October 12, 2017, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel