UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: Arthur Gage 1:14-cv-1875-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON MOTION FOR SUBSTITUTION OF BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST**

Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, moves to be substituted as the Plaintiff/Real Party-In-Interest in this case. The court, being duly advised, now **GRANTS** the Motion (Filing No. 6661).

**SO ORDERED** this 14th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.