UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: Elizabeth Jane Hill, 1:14-cv-6016-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' ORAL MOTION FOR JUDGMENT AS A MATTER OF LAW**

At the close of the Plaintiff's case-in-chief and at the close of the evidence in this case, the Cook Defendants orally moved for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure, and the court took the matter under advisement. The jury has since returned a verdict in favor of the Cook Defendants. Accordingly, their oral Motion for Judgment as a Matter of Law is **DENIED as MOOT**.

**SO ORDERED** this 14th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.