UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Valerie Graham 1:15-cv-764-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB       MDL No. 2570 |

### ORDER ON PLAINTIFF'S MOTION TO ALTER, AMEND OR FOR RELIEF FROM THE COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On August 2, 2017, the court granted summary judgment in favor of the Cook Defendants, ruling that Plaintiff's claims under the Kansas Product Liability Act ("KPLA") and the Kansas Consumer Protection Act ("KCPA") were time-barred. Plaintiff moves for reconsideration of that motion under Rule 59(e) or Rule 60(b).

The court reviewed the parties' submissions filed in support and in opposition to the present motion and underlying motion, and finds its ruling is sound. Plaintiff's Motion (Filing No. 6036) is therefore **DENIED**.

**SO ORDERED** this 15th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.