**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02974 | Cause No. 1:17-cv-03782 |
| Cause No. 1:17-cv-03100 | Cause No. 1:17-cv-03783 |
| Cause No. 1:17-cv-03510 | Cause No. 1:17-cv-03797 |
| Cause No. 1:17-cv-03584 | Cause No. 1:17-cv-03805 |
| Cause No. 1:17-cv-03752 | Cause No. 1:17-cv-03808 |
| Cause No. 1:17-cv-03753 | Cause No. 1:17-cv-03811 |
| Cause No. 1:17-cv-03754 | Cause No. 1:17-cv-03819 |
| Cause No. 1:17-cv-03755 | Cause No. 1:17-cv-03822 |
| Cause No. 1:17-cv-03756 | Cause No. 1:17-cv-03833 |
| Cause No. 1:17-cv-03773 | Cause No. 1:17-cv-03834 |

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:      November 20, 2017        /s/ Andrea Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

US.115184715.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Pierson

US.115184715.01