# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02971 | Cause No. 1:17-cv-03858 |
| Cause No. 1:17-cv-03806 | Cause No. 1:17-cv-03866 |
| Cause No. 1:17-cv-03807 | Cause No. 1:17-cv-03867 |
| Cause No. 1:17-cv-03809 | Cause No. 1:17-cv-03880 |
| Cause No. 1:17-cv-03813 | Cause No. 1:17-cv-03882 |
| Cause No. 1:17-cv-03815 | Cause No. 1:17-cv-03883 |
| Cause No. 1:17-cv-03829 | Cause No. 1:17-cv-03886 |
| Cause No. 1:17-cv-03836 | Cause No. 1:17-cv-03888 |
| Cause No. 1:17-cv-03838 | Cause No. 1:17-cv-03889 |
| Cause No. 1:17-cv-03840 | Cause No. 1:17-cv-03891 |
| | Cause No. 1:17-cv-03895 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   November 21, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.115201339.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson