UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIVES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) This Document Relates to All Actions   ) ) | No. 1:14-ml-02570-RLY-TAB MDL 2570 |

**AMENDED**
**ORDER SETTING TELEPHONIC STATUS CONFERENCES**

**This cause is set for a telephonic status conference at 9 a.m. on December 18, 2017.**

Plaintiffs shall participate in this conference by *LEAD COUNSEL ONLY,* who shall call the Court at 317-229-3660.

**This cause is set for a telephonic status conference at 10 a.m. on December 18, 2017.**

Defendants shall participate in this conference by *LEAD COUNSEL ONLY,* who shall call the Court at 317-229-3660.

The purpose of these conferences are to explore settlement and timing of additional settlement discussions, including another settlement conference, in light of the recent verdict in *Hill v. Cook Medical Incorporated et al.*, Case No. 1:14-cv-6016-RLY-TAB.

Dated: 11/21/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiff's Lead Counsel.