IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02798 | Cause No. 1:17-cv-03937 |
| Cause No. 1:17-cv-03784 | Cause No. 1:17-cv-03940 |
| Cause No. 1:17-cv-03786 | Cause No. 1:17-cv-03941 |
| Cause No. 1:17-cv-03788 | Cause No. 1:17-cv-03942 |
| Cause No. 1:17-cv-03863 | Cause No. 1:17-cv-03943 |
| Cause No. 1:17-cv-03878 | Cause No. 1:17-cv-03947 |
| Cause No. 1:17-cv-03913 | Cause No. 1:17-cv-03949 |
| Cause No. 1:17-cv-03917 | Cause No. 1:17-cv-03958 |
| Cause No. 1:17-cv-03919 | Cause No. 1:17-cv-03960 |
| Cause No. 1:17-cv-03924 | Cause No. 1:17-cv-03973 |
| Cause No. 1:17-cv-03928 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    November 27, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson