**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                              MDL No. 2570
LIABILITY LITIGATION

---

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

---

**AGREED MOTION FOR 7-DAY EXTENSION**
**OF COOK'S BILL OF COSTS DEADLINE**

The Cook Defendants, with the agreement of Plaintiff, respectfully move this Court for an order extending the deadline for Cook to file its Bill of Costs and supporting documentation by 7 days from November 29 to December 6, 2017.  In support of this motion, Cook states:

1.    The present deadline for Cook's Bill of Costs in the Hill case is November 29, 2017.  *See* Dkt. 7224; Fed. R. Civ. Pro. 54(d); Local R. 54-1(a).

2.    Cook has been working diligently to assemble the costs associated with the defense of this matter.

3.    Due to the Thanksgiving holiday and the logistics associated with gathering, locating, and receiving this information during the holiday period, Cook requires 7 extra days within which to file its Bill of Costs.

4.    In addition, the parties are discussing a resolution regarding costs that may obviate the need for the Court's involvement.

US.115301680.01

- 2 -

5.      The Cook Defendants believe that these logistical difficulties and ongoing

discussions constitute good cause for a short, 7-day extension of Cook's deadline to file its Bill

of Costs from November 29, 2017 to December 6, 2017.

6.      Cook's attorneys have consulted with Plaintiff's attorneys and are authorized to

represent Plaintiff's agreement to the 7-day extension requested herein.

7.      A proposed order granting this Agreed Motion has been filed contemporaneously

with this Motion.

WHEREFORE, the Cook Defendants, with Plaintiff's agreement, respectfully request

that this Court grant their motion and extend the deadline for Cook to file and serve its Bill of

Costs and supporting documentation from November 29, 2017, to December 6, 2017.


Dated: November 29, 2017                    Respectfully submitted,

                                            /s/ Andrea Roberts Pierson
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:        (317) 237-0300
                                            Facsimile:        (317) 237-1000
                                            andrea.pierson@faegrebd.com
                                            john.schlafer@faegrebd.com

                                            James Stephen Bennett
                                            FAEGRE BAKER DANIELS LLP
                                            110 W. Berry Street, Suite 2400
                                            Fort Wayne, Indiana  46802
                                            Telephone:        (260) 424-8000
                                            Facsimile:        (260) 460-1700
                                            stephen.bennett@faegrebd.com

                                            *Counsel for Cook Defendants*

US.115301680.01

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 29, 2017, a copy of the foregoing **AGREED MOTION FOR**

**7-DAY EXTENSION OF BILL OF COSTS DEADLINE** was filed electronically. Parties may

access this filing through the Court's electronic records system.


<u>/s/ Andrea Roberts Pierson</u>
Andrea Roberts Pierson

US.115301680.01