IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

**ORDER ON AGREED MOTION FOR**
**7-DAY EXTENSION OF BILL OF COSTS DEADLINE**

This matter came before the Court on an agreed motion filed by the Cook Defendants for an order extending the deadline for Cook to file its Bill of Costs and supporting documentation by seven days. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the agreed motion is in all respects granted, and

2. That the deadline for Cook to file its Bill of Costs is extended to December 6, 2017.

Dated: November __, 2017

                                                                      RICHARD L. YOUNG, JUDGE
                                                                      United States District Court
                                                                      Southern District of Indiana