IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                 MDL No. 2570
_____

This Document Relates to Plaintiff(s)

     JANICE ABRAMS

Civil Case #  1:15-cv-1895-RLY-TAB
_____

## **ORDER**

     IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Janice Abrams, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

     Signed this _____ day of _____, 2017.


_____
Honorable Richard L. Young
United States District Court Judge