UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,            Case No: 1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION       MDL NO: 2570

This Document Relates to:

    HEIDI BOATNER

Civil Case #1:15-CV-01187-RLY-TAB

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

    Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

    1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 12, Count XIV to read "Violations of Applicable **Texas** Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices" instead of "Violations of Applicable Washington, D.C., Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices." (see Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

    2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

    Based on the foregoing, Heidi Marie Boatner requests that this Court grant this

request for substitution of Florida in Paragraph 12, Count XIV, and for leave to file the Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached Amended Second Amended Master Short Form Complaint.

Dated:  November 30, 2017

/s/ Joseph R. Johnson_____
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson_____