UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                    Case No: 1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                 MDL NO: 2570

This Document Relates to:

    HEIDI BOATNER

Civil Case #1:15-CV-01187-RLY-TAB

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Heidi Marie Boatner be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge