IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

_____STEPHANIE S. CLARK and CHRISTOPHER P. CLARK_____

Civil Case #  1:16-cv-1458- RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiffs seek leave to file the attached Amended Short Form Complaint to correct Paragraph 14, Count VII, to read "Oregon" instead of "_____" (see Amended Short Form Complaint).

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Stephanie S. Clark and Christopher P. Clark request that this Court grant this request to correct Paragraph 14, Count VII, to read "Oregon," and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: November 30, 2017                                    /s/ Joseph R. Johnson_____
                                                                             Joseph R. Johnson, Bar No:  372250
                                                                             Babbitt & Johnson, P.A.
                                                                             1641 Worthington Road

        Suite 100
        West Palm Beach, FL  33402-4426
        Telephone:  (561) 684-2500
        Facsimile:  (561) 684-6308
        jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/ Joseph R. Johnson_____