IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                     MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    STEPHANIE S. CLARK and CHRISTOPHER P. CLARK

Civil Case #  1:16-cv-1458-RLY-TAB

_____

## ORDER

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Stephanie S. Clark and Christopher P. Clark, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

    Signed this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge