IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:   COOK MEDICAL, INC., IVC FILTERS       Case No:  1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

MICHAEL R. GROSS

Civil Case #  1:16-CV-3231-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 10 to read "X Cook Celect® Vena Cava Filter" instead of "X Gunther Tulip® Vena Cava Filter," to correct Paragraph 11 to read "03/07/2012" instead of "02/16/2013" and to correct Paragraph 13 to read "S. Zachery, M.D." instead of "Illegible."  (see Short Form Complaint).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Michael R. Gross requests that this Court grant this request to correct Paragraph 1 to read "X Cook Celect® Vena Cava Filter," Paragraph 11 to read "03/07/2012," and Paragraph 13 to read "X. Zachery, M.D." and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: November 30, 2017                /s/ Joseph R. Johnson_____
                                        Joseph R. Johnson, Bar No: 372250
                                        Babbitt & Johnson, P.A.
                                        1641 Worthington Road
                                        Suite 100
                                        West Palm Beach, FL 33402-4426
                                        Telephone: (561) 684-2500
                                        Facsimile: (561) 684-6308
                                        jjohnson@babbitt-johnson.com

                                        **Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        /s/ Joseph R. Johnson_____