IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No:  1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)

MICHAEL R. GROSS

Civil Case #  1:16-CV-03231-RLY-TAB

_____

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Michael R. Gross be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of November, 2017.

_____
Honorable Judge Richard L. Young
United States District Court Judge