IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                MDL No. 2570

---

This Document Relates to Plaintiff(s)


_____PHILLIES HAYES_____

Civil Case #  1:16-cv-1420- RLY-TAB


### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT


Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this

Court for an order amending the Complaint.

1.   Plaintiff seeks leave to file the attached Amended Short Form Complaint to correct

Paragraph 14, Count VII, to read "Illinois" instead of "_____"  (see Amended Short Form

Complaint).

2.   Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not

oppose the filing of this motion.

Based on the foregoing, Phillies Hayes requests that this Court grant this request to

correct Paragraph 14, Count VII, to read "Illinois," and for leave to file the Amended Short Form

Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.


Dated: November 30, 2017            /s/ Joseph R. Johnson_____
                                  Joseph R. Johnson, Bar No:  372250
                                  Babbitt & Johnson, P.A.
                                  1641 Worthington Road
                                  Suite 100
                                  West Palm Beach, FL  33402-4426

Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson_____