IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to Plaintiff(s)

    PHILLIES HAYES

Civil Case #  1:16-cv-1420-RLY-TAB
_____

## **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Phillies Hayes, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2017.


_____
Honorable Richard L. Young
United States District Court Judge