IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   ARTELIA MARIE LEAK

Civil Case # 1:16-CV-1491-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ARTELIA MARIE LEAK

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan_____

6. Plaintiff's/Deceased Party's current state of residence:
   Michigan_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Michigan

8. Defendants (Check Defendants against whom Complaint is made):

   | **X** | Cook Incorporated |
   |---|---|
   | **X** | Cook Medical LLC |
   | **X** | William Cook Europe ApS |

9. Basis of Jurisdiction:

   | **X** | Diversity of Citizenship |
   |---|---|
   | ☐ | Other: _____ |

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28, inclusive _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   N/A_____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    | **X** | Günther Tulip® Vena Cava Filter |
    |---|---|

   Cook Celect® Vena Cava Filter

  ☐ Gunther Tulip Mreye

  ☐ Cook Celect Platinum

  ☐ Other: _____

11. Date of Implantation as to each product:

 3/10/2004_____

 _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Hurley Medical Center, Flint, MI

13. Implanting Physician(s):

 Aram Minasian, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

  **X**  Count I:  Strict Products Liability – Failure to Warn

  **X**  Count II:  Strict Products Liability – Design Defect

  **X**  Count III:  Negligence

  **X**  Count IV:  Negligence Per Se

  **X**  Count V:  Breach of Express Warranty

  **X**  Count VI:  Breach of Implied Warranty

  **X**  Count VII:  Violations of Applicable **Michigan** ~~New Jersey~~ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  **X**  Count XI:  Punitive Damages

  ☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

  ☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

 Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

 Joseph R. Johnson-FLA Bar #372250
 Babbitt & Johnson, P.A.
 1641 Worthington Road Suite 100
 West Palm Beach, FL 33402-4426

         Respectfully submitted,

       By:
         <u>/s/ Joseph R. Johnson, Esq.</u>
         Babbitt & Johnson, P.A.
         1641 Worthington Road, Suite 100
         West Palm Beach, FL 33409
         561-684-2500
         jjohnson@babbitt-johnson.com