UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,    Case No: 1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION    MDL NO: 2570

This Document Relates to:

    TRACI LEHMAN

Civil Case #1:15-CV-01709-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

    Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

    1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 14, Count VII to read "Violations of Applicable Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices" instead of "Violations of Applicable Washington, D.C., Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices."  (see Amended Short Form Complaint).

    2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

    Based on the foregoing, Traci Lehman requests that this Court grant this request for substitution of Florida in Paragraph 14, Count VII, and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated:  November 30, 2017 /s/ Joseph R. Johnson_____
Joseph R. Johnson, Bar No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL  33402-4426
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson_____