IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

_____TRACI LEHMAN_____

Civil Case #  1:15-cv-1709-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   _____Traci Lehman_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   _____Indiana_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Indiana_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Indiana_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____USDC Southern District of Indiana_____

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical, LLC

   [X] William Cook Europe APS

9. Basis of Jurisdiction

   [X] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6 through 28, inclusive_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____N/A_____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

    X   Gunter Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of implantation as to each product:
    _____5/27/2011_____

    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Floyd Memorial Hospital and Health Services, 1850 State Street, New Albany, IN  47150

13. Implanting surgeon(s):

    Dr. Kevin White, Floyd Memorial Hospital and Health Services, 1850 State Street, New

    Albany, IN  47150

14. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:      Strict Products Liability - Failure to Warn

    X   Count II:     Strict Products Liability - Design Defect

    X   Count III:    Negligence

    X   Count IV:     Negligence Per Se

3

☒ Count V:        Breach of Express Warranty

☒ Count VI:       Breach of Implied Warranty

☒ Count VII:      Violations of Applicable **Indiana** ~~Washington, D.C~~. Law Prohibiting   Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:     Loss of Consortium

☐ Count IX:       Wrongful Death

☐ Count X:        Survival

☒ Count XI:       Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:        _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Joseph R. Johnson, Esq. FLA# 372250
    Babbitt Johnson Osborne & LeClainche
    1641 Worthington Road, Ste. 100
    West Palm Beach, FL 33402-4426

    <u>Joseph R. Johnson – FLA Bar# 372250</u>

4

Respectfully submitted,

By:
/s/<u>Joseph R. Johnson, Esq.</u>
Babbitt Johnson Osborne & LeClainche
1641 Worthington Road, Ste. 100
West Palm Beach, FL 33402-4426

*Attorneys for Plaintiffs*