IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

   FANNIE FRANKLIN

Civil Case #  1:16-cv-1949

_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FANNIE BRANKLIN and Defendants, C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 30th day of November, 2017.

Respectfully submitted,

   /s/ Joseph R. Johnson_____
Joseph R. Johnson, Fla Bar #372250
BABBITT & JOHNSON, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – telephone
(561) 684-6308 – facsimile
*Attorneys for Plaintiff*

   /s/ Blake A. Angelino
Blake A. Angelino
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Tel:  317-237-8274
Fax:  317-237-1000
Blake.Angelino@FaegreBD.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/ Joseph R. Johnson
JOSEPH R. JOHNSON