IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to Plaintiff(s)

    FANNIE FRANKLIN

Civil Case #  1:16-cv-01949
_____

# **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Fannie Franklin,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Fannie Franklin against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2570 (Member Case 1:16-cv-01949) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge