IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Mary Lazenby

Civil Case #1:17-cv-4112

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff MARY LAZENBY through her undersigned counsel, states that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 30th day of November, 2017.

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Matthew Haynie*
Matthew Haynie
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
mhaynie@baronbudd.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I electronically submitted Plaintiff's Notice of Voluntary Dismissal Without Prejudice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Matthew Haynie*
Matthew Haynie