UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> No: 2570 |

This Document Relates to:

    SUSAN HERNANDEZ

Civil Case # 1:16-cv-00462-RLY-TAB

### NOTICE OF WITHDRAWAL OF JOSEPH R. JOHNSON'S NOTICE OF APPEARANCE [DE 90]

TO:    The Clerk of Court and all parties of record:

    Attorney Joseph R. Johnson hereby withdraws his Notice of Appearance [DE 90] as counsel for Plaintiff, Susan Hernandez, filed on November 13, 2017.

Dated: December 1, 2017

    /s/ Joseph R. Johnson
Joseph R. Johnson, #372250, FL
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road (33409)
P. O. Box 4426
West Palm Beach, FL  33402-4426
Tel:  (561) 684-2500
Tel:  (561) 684-6308
jjohnson@babbitt-johnson.com

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson_____
JOSEPH R. JOHNSON