IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to:
     1:16-cv-6049-RLY-TAB    Gilbert
     1:17-cv-6065-RLY-TAB    Collins
     1:17-cv-6066-RLY-TAB    Halinski
     1:17-cv-6071-RLY-TAB    Lowicki
     1:17-cv-6072-RLY-TAB    Osorio
     1:17-cv-6073-RLY-TAB    Schmellick, Jr.
     1:17-cv-6076-RLY-TAB    Berman-Cheung
     1:17-cv-6077-RLY-TAB    Jewett
     1:17-cv-6078-RLY-TAB    Givney
     1:17-cv-6079-RLY-TAB    Strickland
     1:17-cv-6080-RLY-TAB    Pleasant
     1:17-cv-6081-RLY-TAB    Brownlow
     1:17-cv-6082-RLY-TAB    Tew
     1:17-cv-6083-RLY-TAB    Pierce
     1:17-cv-6084-RLY-TAB    Kelley
     1:17-cv-6085-RLY-TAB    Eacret
     1:17-cv-6086-RLY-TAB    Hendricks
_____

**ORDER ON TRANSFERRED CASE**

     This matter was transferred to the Southern District of Indiana by the Judicial Panel on Multidistrict Litigation for inclusion in the Cook Medical, Inc. IVC Filters litigation. All motions that were pending in this matter at the time the case was transferred were administratively terminated. Therefore, within 14 days the parties shall file a joint notice with this court identifying all motions they believe are still pending and in need of a ruling. All pending motions should be identified by date of filing and docket number. *Please use the docket*

*numbers assigned in the Southern District of Indiana.* Any briefs, responses, replies, and/or exhibits shall also be identified. Any motions not identified in the parties' submission are considered denied as moot.

If there were no pending motions requiring the Court's attention at the time of transfer, the parties need not file a notice. Pending motions filed directly in this Court after this matter was transferred need not be included in the notice.

Date: 12/1/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.