UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB |

**ENTRY VACATING STATUS HEARING**

Upon agreement of parties, the status hearing set for Friday, December 8, 2017 before the Honorable Richard L. Young, is VACATED. A new scheduling order for 2018 shall issue by separate order.

**SO ORDERED** this 4th day of December 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record