**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03664 | Cause No. 1:17-cv-04106 |
| Cause No. 1:17-cv-03865 | Cause No. 1:17-cv-04107 |
| Cause No. 1:17-cv-03874 | Cause No. 1:17-cv-04111 |
| Cause No. 1:17-cv-03890 | Cause No. 1:17-cv-04112 |
| Cause No. 1:17-cv-04016 | Cause No. 1:17-cv-04113 |
| Cause No. 1:17-cv-04076 | Cause No. 1:17-cv-04122 |
| Cause No. 1:17-cv-04077 | Cause No. 1:17-cv-04125 |
| Cause No. 1:17-cv-04103 | Cause No. 1:17-cv-04129 |
| Cause No. 1:17-cv-04105 | Cause No. 1:17-cv-04141 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:     December 6, 2017 | /s/ Andrea Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson