IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:
Plaintiff: PERRY JEWETT
Case No. 1:2017-cv-06077-RLY-TAB

### NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above-referenced case as counsel for Plaintiff Perry Jewett.

Dated:  December 6, 2017

    Respectfully submitted,

    DAVIS BETHUNE & JONES, LLC

    /s/ *Shawn G. Foster*
    Shawn G. Foster        MO #47663
    1100 Main Street, Suite 2930
    Kansas City, MO 64105
    (816) 421-1600; (816) 472-5972 fax
    sfoster@dbjlaw.net

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 6, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

             /s/ *Shawn G. Foster*
             Attorney for Plaintiff