IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Michael Alisero</u>
Civil Case 1:16-cv-2799

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seek leave to file the attached Amended Short Form Complaint to correct Paragraph 14, Count IX and Count X by removing both the Survival and Wrongful Death claims. (*See* Amended Short Form Complaint).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Michael Alisero requests that this Court grant this request to remove Paragraph 14th "Count IX Wrongful Death" claim and "Count X Survival" claim, and for leave to file the Amended Master Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: December 6, 2017

                              Respectfully submitted,

                              **Rosenbaum & Rosenbaum, P.C.**
                              */s/ Craig Rosenbaum*_____
                              Craig D. Rosenbaum
                              **ROSENBAUM & ROSENBAUM, P.C.**
                              100 Wall St., 15th Floor
                              New York, New York
                              Telephone: (212) 514.5007
                              Facsimile: (212) 212.9178
                              cr@rosenbaumnylaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 18, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                           */s/ Craig Rosenbaum*