IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Michael Alisero
Civil Case 1:16-cv-2799

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Michael Alisero

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   South Dakota

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    South Dakota

6. Plaintiff's/Deceased Party's current state of residence:

    South Dakota

7. District Court and Division in which venue would be proper absent direct filing:

    United States Court, District of South Dakota

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs in the master Complaint upon which venue and jurisdiction lie include 9, 10, 11, 12, 13, 14, 15, 16, 17,18,19, 23, 24, 25, 26, 27, and 28.

    b. Other allegations of jurisdiction and venue:

        Not applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☑ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

2

      Gunther Tulip Mreye
      Cook Celect Platinum

      Other: _____

11. Date of Implantation as to each product:

   February 17, 2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Rapid City Regional Hospital, Rapid City, South Dakota

13. Implanting Physician(s):

   Dr. Charles Voigt and Dr. David C Evans

14. Counts in the Master Complaint brought by Plaintiff(s):
   - ☑ Count I: Strict Products Liability – Failure to Warn
   - ☑ Count II: Strict Products Liability – Design Defect
   - ☑ Count III: Negligence
   - ☑ Count IV: Negligence Per Se
   - ☑ Count V: Breach of Express Warranty
   - ☑ Count VI: Breach of Implied Warranty
   - ☑ Count VII: Violations of Applicable South Dakota Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   - ☐ Count VIII: Loss of Consortium
   - ☐ Count IX: Wrongful Death
   - ☐ Count X: Survival
   - ☑ Count XI: Punitive Damages

□
　　Other: _____ (please state the facts supporting this Count in the space, immediately below)

□
　　Other: _____ (please state the facts supporting
　　　this Count in the space, immediately below)

_____

15. Attorney for Plaintiff(s):

　　Craig Rosenbaum, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

　　Craig Rosenbaum, New York State Bar, Registration #2761997

Dated: December 06, 2016

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　**Rosenabum & Rosenbaum, P.C.**

　　　　　　　　　　　 */s/ Craig Rosenbaum*
　　　　　　　　　　　Craig D. Rosenbaum
　　　　　　　　　　　**ROSENBAUM & ROSENBAUM, P.C.**
　　　　　　　　　　　100 Wall St., 15th Floor
　　　　　　　　　　　New York, New York
　　　　　　　　　　　Telephone: (212) 514.5007
　　　　　　　　　　　Facsimile: (212) 212.9178
　　　　　　　　　　　cr@rosenbaumnylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Craig Rosenbaum*