IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570
_____

This Document Relates to Plaintiff(s)

      FANNIE FRANKLIN

 Civil Case #  1:16-cv-01949

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Fannie Franklin,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

Fannie Franklin against Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil

Action No. MDL No. 2570 (Member Case 1:16-cv-01949) are dismissed in their entirety without

prejudice as to the refiling of same, and each party shall bear its own costs.

SO ORDERED this 7th day of December, 2017.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record