**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02972 | Cause No. 1:17-cv-04145 |
| Cause No. 1:17-cv-02992 | Cause No. 1:17-cv-04151 |
| Cause No. 1:17-cv-03089 | Cause No. 1:17-cv-04157 |
| Cause No. 1:17-cv-03093 | Cause No. 1:17-cv-04160 |
| Cause No. 1:17-cv-03565 | Cause No. 1:17-cv-04161 |
| Cause No. 1:17-cv-03831 | Cause No. 1:17-cv-04162 |
| Cause No. 1:17-cv-03969 | Cause No. 1:17-cv-04163 |
| Cause No. 1:17-cv-04071 | Cause No. 1:17-cv-04164 |
| Cause No. 1:17-cv-04127 | Cause No. 1:17-cv-04165 |
| Cause No. 1:17-cv-04143 | Cause No. 1:17-cv-04166 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 11, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.115516708.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer