**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-04171
Cause No. 1:17-cv-04172
Cause No. 1:17-cv-04173
Cause No. 1:17-cv-04200

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook
      Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook
      Medical"); and
      William Cook Europe ApS

Dated:       December 11, 2017       /s/ Andrea Pierson
                                    Andrea Roberts Pierson (# 18435-49)
                                    John T. Schlafer (# 28771-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana  46204
                                    Telephone:  (317) 237-0300
                                    Facsimile:  (317) 237-1000
                                    E-Mail:  andrea.pierson@faegrebd.com
                                    E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115516745.01