UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
Continued on attached page

) 1:16-cv-02901-RLY-TAB; 1:16-cv-03075-RLY-TAB; 1:16-cv-03079-RLY-TAB;
) 1:16-cv-03078-RLY-TAB; 1:16-cv-03235-RLY-TAB; 1:16-cv-03261-RLY-TAB;
) 1:16-cv-03271-RLY-TAB; 1:16-cv-03272-RLY-TAB; 1:16-cv-03287-RLY-TAB;
) 1:16-cv-03348-RLY-TAB; 1:16-cv-03390-RLY-TAB; 1:16-cv-03413-RLY-TAB
) 1:17-cv-00054-RLY-TAB; 1:17-cv-00056-RLY-TAB; 1:17-cv-00060-RLY-TAB;
) 1:17-cv-00063-RLY-TAB; 1:17-cv-00201-RLY-TAB; 1:17-cv-00217-RLY-TAB;
) 1:17-cv-00251-RLY-TAB; 1:17-cv-00418-RLY-TAB; 1:17-cv-00430-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | **Current Information:** |
|---|---|---|
| Name: | Andrew W. Callahan | Andrew W. Callahan |
| Law Firm, Company, and/or Agency: | Flint Law Firm, LLC | Flint Law Firm, LLC |
| Address: | 222 East Park Street, Suite 500<br>Post Office Box 189<br>Edwardsville, IL 62025 | 222 East Park Street, Suite 500<br>Post Office Box 189<br>Edwardsville, IL 62025 |
| Primary E-mail: | acallahan@flintfirm.com | acallahan@flintlaw.com |
| Secondary E-mail(s): | susie@flintfirm.com | susie@flintlaw.com |
| Telephone Number: | (618) 288-4777 | (618) 288-4777 |
| Facsimile: | (618) 288-2864 | (618) 288-2864 |

Date: 12/13/2017                         s/ Andrew W. Callahan

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### NOTICE OF CHANGE OF ATTORNEY INFORMATION

| | |
|---|---|
| Pending Case No(s).<br>Continued from first page | 1:17-cv-00590-RLY-TAB; 1:17-cv-00594-RLY-TAB; 1:17-cv-00597-RLY-TAB;<br>1:17-cv-00710-RLY-TAB; 1:17-cv-00786-RLY-TAB; 1:17-cv-00788-RLY-TAB;<br>1:17-cv-00957-RLY-TAB; 1:17-cv-01013-RLY-TAB; 1:17-cv-01045-RLY-TAB;<br>1:17-cv-01238-RLY-TAB; 1:17-cv-01280-RLY-TAB; 1:17-cv-01286-RLY-TAB;<br>1:17-cv-01375-RLY-TAB; 1:17-cv-01376-RLY-TAB; 1:17-cv-01509-RLY-TAB;<br>1:17-cv-02056-RLY-TAB; 1:17-cv-02059-RLY-TAB; 1:17-cv-02187-RLY-TAB';<br>1:17-cv-02189-RLY-TAB; 1:17-cv-02193-RLY-TAB; 1:17-cv-02248-RLY-TAB;<br>1:17-cv-02243-RLY-TAB; 1:17-cv-02244-RLY-TAB; 1:17-cv-02315-RLY-TAB;<br>1:17-cv-02312-RLY-TAB; 1:17-cv-02316-RLY-TAB; 1:17-cv-02415-RLY-TAB;<br>1:17-cv-02412-RLY-TAB; 1:17-cv-02413-RLY-TAB; 1:17-cv-02433-RLY-TAB;<br>1:17-cv-02431-RLY-TAB; 1:17-cv-02791-RLY-TAB; 1:17-cv-02916-RLY-TAB;<br>1:17-cv-02917-RLY-TAB; 1:17-cv-02915-RLY-TAB; 1:17-cv-02976-RLY-TAB;<br>1:17-cv-02973-RLY-TAB; 1:17-cv-02978-RLY-TAB; 1:17-cv-03497-RLY-TAB;<br>1:17-cv-03605-RLY-TAB; 1:17-cv-03606-RLY-TAB; 1:17-cv-03990-RLY-TAB;<br>1:17-cv-03985-RLY-TAB; 1:17-cv-04166-RLY-TAB; 1:17-cv-04164-RLY-TAB;<br>1:17-cv-04301-RLY-TAB; 1:17-cv-04338-RLY-TAB; 1:17-cv-04341-RLY-TAB;<br>1:17-cv-04344-RLY-TAB; 1:17-cv-04541-RLY-TAB; 1:17-cv-04544-RLY-TAB;<br>1:17-cv-04580-RLY-TAB; 1:17-cv-04586-RLY-TAB |