# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03699 | Cause No. 1:17-cv-04211 |
| Cause No. 1:17-cv-03701 | Cause No. 1:17-cv-04214 |
| Cause No. 1:17-cv-03707 | Cause No. 1:17-cv-04240 |
| Cause No. 1:17-cv-03713 | Cause No. 1:17-cv-04264 |
| Cause No. 1:17-cv-03716 | Cause No. 1:17-cv-04265 |
| Cause No. 1:17-cv-03719 | Cause No. 1:17-cv-04266 |
| Cause No. 1:17-cv-03720 | Cause No. 1:17-cv-04267 |
| Cause No. 1:17-cv-03729 | Cause No. 1:17-cv-04268 |
| Cause No. 1:17-cv-03730 | Cause No. 1:17-cv-04269 |
| Cause No. 1:17-cv-03737 | Cause No. 1:17-cv-04270 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 14, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer