# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03699 | Cause No. 1:17-cv-04211 |
| Cause No. 1:17-cv-03701 | Cause No. 1:17-cv-04214 |
| Cause No. 1:17-cv-03707 | Cause No. 1:17-cv-04240 |
| Cause No. 1:17-cv-03713 | Cause No. 1:17-cv-04264 |
| Cause No. 1:17-cv-03716 | Cause No. 1:17-cv-04265 |
| Cause No. 1:17-cv-03719 | Cause No. 1:17-cv-04266 |
| Cause No. 1:17-cv-03720 | Cause No. 1:17-cv-04267 |
| Cause No. 1:17-cv-03729 | Cause No. 1:17-cv-04268 |
| Cause No. 1:17-cv-03730 | Cause No. 1:17-cv-04269 |
| Cause No. 1:17-cv-03737 | Cause No. 1:17-cv-04270 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 14, 2017        /s/ Andrea Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana  46204
                                                    Telephone:  (317) 237-0300
                                                    Facsimile:  (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  john.schlafer@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Pierson

US.115567393.01