IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:
Plaintiff: MARQUITE WEATHERWAX
Case No. 1:17-cv-03358-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Marquite Weatherwax ("Plaintiff") and hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to all defendants. It was brought to plaintiff's attention that she has filed two lawsuits. Plaintiff will continue to litigate Case No. 1:17-cv-01461-LJM-TAB.

Dated: December 14, 2017

                                                                                              Respectfully submitted,

                                                                                               DAVIS BETHUNE & JONES, LLC

                                                                                               /s/ *Shawn G. Foster*
                                                                                               Shawn G. Foster    MO #47663
                                                                                               1100 Main Street, Suite 2930
                                                                                               Kansas City, MO 64105
                                                                                               (816) 421-1600; (816) 472-5972 fax
                                                                                               sfoster@dbjlaw.net

                                                                                               ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/ *Shawn G. Foster*
      Attorney for Plaintiff