# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 14-ml-2570-RLY-TAB<br><br>MDL DOCKET NO. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>Kristen Stokely,<br>Civil Case #No. 1:17-cv-03527 | **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

Date: December 18, 2017

Respectfully Submitted:

/s/ Matthew Haynie
Matthew Haynie
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
mhaynie@baronbudd.com

*Attorney for Plaintiff*

/s/ Johns T. Schlafer
John T. Schlafer
Andrea Roberts Pierson
**Faegre Baker Daniels LLP**
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
Tel.: 317-237-8274
Andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on December 18, 2017, which will serve a copy on all counsel of record.

Date: December 18, 2017                                             /s/ Matthew Haynie
                                                                                                           Matthew Haynie