# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03763 | Cause No. 1:17-cv-03776 |
| Cause No. 1:17-cv-03764 | Cause No. 1:17-cv-03778 |
| Cause No. 1:17-cv-03765 | Cause No. 1:17-cv-03780 |
| Cause No. 1:17-cv-03766 | Cause No. 1:17-cv-03787 |
| Cause No. 1:17-cv-03767 | Cause No. 1:17-cv-03789 |
| Cause No. 1:17-cv-03768 | Cause No. 1:17-cv-03790 |
| Cause No. 1:17-cv-03769 | Cause No. 1:17-cv-03794 |
| Cause No. 1:17-cv-03770 | Cause No. 1:17-cv-03795 |
| Cause No. 1:17-cv-03774 | Cause No. 1:17-cv-03796 |
| Cause No. 1:17-cv-03775 | Cause No. 1:17-cv-03798 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

| | |
|---|---|
| Dated:  December 18, 2017 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.115641796.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer