# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03799 | Cause No. 1:17-cv-04291 |
| Cause No. 1:17-cv-03800 | Cause No. 1:17-cv-04295 |
| Cause No. 1:17-cv-03810 | Cause No. 1:17-cv-04301 |
| Cause No. 1:17-cv-03814 | Cause No. 1:17-cv-04307 |
| Cause No. 1:17-cv-03816 | Cause No. 1:17-cv-04309 |
| Cause No. 1:17-cv-04197 | Cause No. 1:17-cv-04315 |
| Cause No. 1:17-cv-04242 | Cause No. 1:17-cv-04326 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 18, 2017    /s/ John T. Schlafer
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegrebd.com
    E-Mail: john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.115641944.01