IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL NO. 2570

_____

This Document Relates to:
| | |
|---|---|
| 1:16-cv-6049-RLY-TAB | Gilbert |
| 1:17-cv-6065-RLY-TAB | Collins |
| 1:17-cv-6066-RLY-TAB | Halinski |
| 1:17-cv-6071-RLY-TAB | Lowicki |
| 1:17-cv-6072-RLY-TAB | Osorio |
| 1:17-cv-6073-RLY-TAB | Schmellick, Jr. |
| 1:17-cv-6076-RLY-TAB | Berman-Cheung |
| 1:17-cv-6077-RLY-TAB | Jewett |
| 1:17-cv-6078-RLY-TAB | Givney |
| 1:17-cv-6079-RLY-TAB | Strickland |
| 1:17-cv-6080-RLY-TAB | Pleasant |
| 1:17-cv-6081-RLY-TAB | Brownlow |
| 1:17-cv-6082-RLY-TAB | Tew |
| 1:17-cv-6083-RLY-TAB | Pierce |
| 1:17-cv-6084-RLY-TAB | Kelley |
| 1:17-cv-6085-RLY-TAB | Eacret |
| 1:17-cv-6086-RLY-TAB | Hendricks |

_____

**JOINT NOTICE IDENTIFYING PENDING MOTIONS**

Pursuant to the Court's Order On Transferred Case [Docket No. 7312], Plaintiffs and Defendants, having agreed, hereby notify the Court of all motions in need of a ruling regarding the above-captioned matters. A summary of all pending motions is attached hereto as Exhibit A.

The parties agree that the plaintiffs the *Collins*, 1:17-cv-6065-RLY-TAB, and *Halinski*, 1:17-cv-6066-RLY-TAB, matters should be severed, not dismissed. The parties intend to

present a proposed stipulated order resolving the motions to remand and motions to dismiss (and sever) within five days.

This notice is being filed after consulting with Plaintiffs' counsel.

Dated: December 18, 2017                    Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:    (317)237-0300
Facsimile:    (317)237-1000
Andrea.Pierson@FaegreBD.com
John.Schlafer@FaegreBD.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:    (260)424-8000
Facsimile:    (260)460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2017, a copy of the foregoing **JOINT NOTICE IDENTIFYING PENDING MOTIONS** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson