IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:16-cv-6049-RLY-TAB | Gilbert |
| 1:17-cv-6065-RLY-TAB | Collins |
| 1:17-cv-6066-RLY-TAB | Halinski |
| 1:17-cv-6071-RLY-TAB | Lowicki |
| 1:17-cv-6072-RLY-TAB | Osorio |
| 1:17-cv-6073-RLY-TAB | Schmellick, Jr. |
| 1:17-cv-6076-RLY-TAB | Berman-Cheung |
| 1:17-cv-6077-RLY-TAB | Jewett |
| 1:17-cv-6078-RLY-TAB | Givney |
| 1:17-cv-6079-RLY-TAB | Strickland |
| 1:17-cv-6080-RLY-TAB | Pleasant |
| 1:17-cv-6081-RLY-TAB | Brownlow |
| 1:17-cv-6082-RLY-TAB | Tew |
| 1:17-cv-6083-RLY-TAB | Pierce |
| 1:17-cv-6084-RLY-TAB | Kelley |
| 1:17-cv-6085-RLY-TAB | Eacret |
| 1:17-cv-6086-RLY-TAB | Hendricks |

_____

**EXHIBIT A**
**TO**
**NOTICE IDENTIFYING PENDING MOTIONS**

| **1:16-cv-6049-RLY-TAB** | **Gilbert** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Plaintiff's Motion to Remand to State Court | Filed 08/16/2016 | Dkt. No. 12 | Exhibit 1 - Order from unrelated case. |
| | | | Exhibit 2 - Order from unrelated case. |
| | | | Exhibit 3 - Order from unrelated case. |
| Response to Motion to Remand | Filed 09/09/2016 | Dkt. No. 16 | Exhibit 1 - Declaration of Courtney Lung in Support of Defendants' Notice of Removal. |
| Errata: Signed Declaration of Courtney Lung in Support of Defendants' Notice of Removal | Filed 09/12/2016 | Dkt. No. 17 | |
| **1:17-cv-6065-RLY-TAB** | **Collins** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Dismiss (Plaintiffs' Third Amended Complaint) for Lack of Jurisdiction or, in the alternative, to Sever | Filed 12/23/2016 | Dkt. No. 7 | |
| Memorandum in Support of Motion to Dismiss for Lack of Jurisdiction or, in the alternative, to Sever | Filed 12/23/2016 | Dkt. No. 8 | |
| Memorandum in Opposition to Motion to Dismiss for Lack of Jurisdiction | Filed 01/06/2017 | Dkt. No. 29 | Exhibit 1 - Order from unrelated case. |
| | | | Exhibit 2 - Order from unrelated case. |
| | | | Exhibit 3 - Order from unrelated case. |
| | | | Exhibit 4 - Order from unrelated case. |
| | | | Exhibit 5 - Order from unrelated case. |
| Motion to Remand Case to State Court | Filed 01/09/2017 | Dkt. No. 33 | |

| Memorandum in Support Motion to Remand Case to State Court | Filed 01/09/2017 | Dkt. No. 34 | Exhibit 1 – Affidavit of Thomas Wade Chrisman |
|---|---|---|---|
| | | | Exhibit 2 – Notice of Hearing |
| | | | Exhibit 3 – Order from unrelated case. |
| Reply in Support of Motion to Dismiss for Lack of Jurisdiction | Filed 01/20/2017 | Dkt. No. 39 | |
| Memorandum in Opposition of Motion to Remand Case to State Court | Filed 01/23/2017 | Dkt. No. 43 | Group Exhibit 1 – Briefing on Transfer and Coordination or Consolidation Before the JPML |
| | | | Exhibit 2 – Affidavit of Andrea Pierson in Support of Memorandum in Opposition to Motion to Remand |
| Reply in Support of Motion to Remand (mistitled on the Docket as REPLY to Response to Motion re 7 MOTION to Dismiss for Lack of Jurisdiction) | Filed 01/30/2017 | Dkt. No. 46 | Exhibit 1 - Order from unrelated case. |
| **1:17-cv-6066-RLY-TAB** | **Halinski** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Dismiss (Plaintiffs' Third Amended Complaint) for Lack of Jurisdiction or, in the alternative, to Sever | 12/23/2016 | Dkt. No. 7 | |
| Memorandum in Support of Motion to Dismiss for Lack of Jurisdiction or, in the alternative, to Sever | 12/23/2016 | Dkt. No. 8 | |
| Motion to Remand Case to State Court | Filed 01/06/2017 | Dkt. No. 33 | |

| Memorandum in Support of Motion to Remand Case to State Court | Filed 01/06/2017 | Dkt. No. 34 | Exhibit 1 – Notice of Hearing |
|---|---|---|---|
| | | | Exhibit 2 – Order from separate case. |
| | | | Exhibit 3 – Order from separate case. |
| Response in Opposition to Motion to Dismiss | 1/6/2017 | Dkt. No. 35 | Exhibit 1 - Order from separate case. |
| | | | Exhibit 2 - Order from separate case. |
| | | | Exhibit 3 - Order from separate case. |
| | | | Exhibit 4 - Order from separate case. |
| Reply in Support of Motion to Dismiss | 1/20/2017 | Dkt. No. 41 | |
| Memorandum in Opposition to Motion to Remand | Filed 1/23/2017 | Dkt. No. 46 | Exhibit 1 – Ben C. Martin's Briefing on Transfer and Coordination or Consolidation Before the JPML |
| | | | Exhibit 2 – Affidavit of Andrea Pierson in Support of Memorandum in Opposition to Plaintiff's Motion to Remand |
| Reply in Support of Motion to Remand (mistitled on the Docket as REPLY to Response to Motion re 7 MOTION to Dismiss for Lack of Jurisdiction) | Filed 01/30/2017 | Dkt. No. 49 | Exhibit 1 - Order from unrelated case. |
| **1:17-cv-6071-RLY-TAB** | **Lowicki** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| No pending motions. | | | |
| **1:17-cv-6072-RLY-TAB** | **Osorio** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |

| Motion to Sever Claims Against California Medical Defendants Under Federal Rule of Civil Procedure 21; Memorandum of Points and Authorities in Support | Filed 06/13/2017 | Dkt. No. 10 | Exhibit 1 – Transfer Order Establishing MDL No. 2570 |
|---|---|---|---|

| **1:17-cv-6073-RLY-TAB** | **Schmellick, Jr.** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| No pending motions | | | |

| **1:17-cv-6076-RLY-TAB** | **Berman-Cheung** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Claims Against California Medical Defendants | Filed 05/04/2017 | Dkt. No. 7 | Exhibit 1 – Transfer Order Establishing MDL No. 2570 |
| | | | |
| | | | |
| | | | |
| Motion to Remand and Request for Award of Costs and Attorneys' Fees | Filed 06/02/2017 | Dkt. No. 26 | Exhibit 1 – Declaration in Support of Remand; Request for Award of Costs and Attorneys' Fees |
| | | | Exhibit 2 – Proposed Order |
| Opposition to Motion to Sever | Filed 06/23/2017 | Dkt. No. 30 | |
| Opposition to Motion to Remand | Filed 06/23/2017 | Dkt. No. 31 | Exhibit A - Transfer Order Establishing MDL No. 2570 |
| | | | Exhibit B – Conditional Transfer Order (CTO-41) |
| | | | Exhibit C – Notice of Hearing Session of JPML |
| | | | Exhibit D – Order granting Motion to Stay in *Jewett v. Baxter, et al* |
| | | | Exhibit E – CM/ECF Notice of Electronic Filing Granting Motion to Stay in *Givney v. Cook Incorporated et al.* |

| | | | Exhibit F - Plaintiff's Memorandum In Support of Motion for Transfer and coordination or Consolidation |
|---|---|---|---|
| Reply in Support of Motion to Remand | Filed 06/30/2017 | Dkt. No. 32 | |
| Reply in Support of Motion to Sever | Filed 06/30/2017 | Dkt. No. 33 | Exhibit 1 – Plaintiff's Memorandum In Support of Motion for Transfer and coordination or Consolidation |
| Re-Filed Motion to Remand | Filed 08/30/2017 | Dkt. No. 39 | |
| Re-Filed Memorandum in Support of Motion to Remand | Filed 08/30/2017 | Dkt. No. 40 | |
| Declaration of Amorina Lopez Requesting Award of Costs and Attorneys' Fees; in Support of Plaintiffs' Motion to Remand | Filed 08/30/2017 | Dkt. No. 41 | Exhibit 1 – Notice of Removal |
| Reply in Support of Motion to Remand | Filed 09/20/2017 | Dkt. No. 42 | |

| **1:17-cv-6077-RLY-TAB** | **Jewett** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever | Filed 05/08/2017 | Dkt. No. 6 | |
| Memorandum in Support of Motion to Sever | Filed 05/08/2017 | Dkt. No. 7 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
| Motion to Remand | Filed 05/10/2017 | Dkt. No 11 | |
| Memorandum in Support of Motion to Remand | Filed 05/10/2017 | Dkt. No. 12 | |
| Memorandum in Opposition to Motion to Sever | Filed 05/11/2017 | Dkt. No. 14 | Exhibit 1 – Proposed Order |
| Memorandum in Opposition to Motion to Remand | Filed 05/31/2017 | Dkt. No. 22 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |

| **1:17-cv-6078-RLY-TAB** | **Givney** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Under Federal Rule of Civil | Filed 05/31/2017 | Dkt. No. 3 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |

| | | | |
|---|---|---|---|
| Procedure 21 | | | |
| | | | Exhibit 2 – Proposed Order |
| | | | Exhibit 3 – Cook Defendants' Memorandum in Support of Opposed Motion to Sever Under Federal Rule of Civil Procedure 21 |
| Motion to Remand | Filed 06/05/2017 | Dkt. No 10 | Exhibit 1 – Proposed Order |
| Memorandum in Support of Motion to Remand | Filed 06/05/2017 | Dkt. No. 11 | |
| Response in Opposition to Motion to Remand | Filed 06/26/2017 | Dkt. No. 13 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
| | | | Exhibit 2 – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer |
| | | | Exhibit 3 – Order granting defendants' motion to stay ` |
| | | | Exhibit 4 – Proposed Order |
| Response in Opposition to Motion to Sever | Filed 11/10/2017 | Dkt. No. 21 | Exhibit 1 – Attached Case |
| | | | Exhibit 2 – Answer of Cook Defendants to Plaintiffs' Master Consolidated complaint for Individual Claims |
| | | | Exhibit 3 – Attached Case |
| Plaintiff's Notice of Supplemental Authority as to Plaintiff's Motion to Remand | Filed 12/07/2017 | Dkt. No. 23 | Exhibit 1 – Attached case |
| | | | Exhibit 2 – Attached case |
| | | | Exhibit 3 – Attached case |
| **1:17-cv-6079-RLY-TAB** | **Strickland** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Expedited Motion to Remand | Filed | Dkt. No. 4 | Exhibit 1 – Proposed Order |

|  | 08/09/2017 |  |  |
| --- | --- | --- | --- |
| Brief in Support of Expedited Motion to Remand | Filed 08/09/2017 | Dkt. No. 5 |  |
| Motion to Sever | Filed 08/09/2017 | Dkt. No. 8 | Exhibit 1 - Transfer Order establishing MDL No. 2570. |
|  |  |  | Exhibit 2 - Plaintiff's Memorandum In Support of Motion for Transfer and coordination or Consolidation |
|  |  |  | Exhibit 3 – Proposed Order |
| Memorandum in Support of Motion to Sever | Filed 08/09/2017 | Dkt. No. 9 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
|  |  |  | Exhibit 2 - Plaintiff's Memorandum In Support of Motion for Transfer and coordination or Consolidation |
| Response in Opposition to Motion to Sever | Filed 11/10/2017 | Dkt. No. 22 | Exhibit 1 – Attached Case |
|  |  |  | Exhibit 2 – Answer of Cook Defendants to Plaintiffs' Master Consolidated complaint for Individual Claims |
|  |  |  | Exhibit 3 – Attached Case |
| Plaintiff's Notice of Supplemental Authority as to Plaintiff's Motion to Remand | Filed 12/07/2017 | Dkt. No. 24 | Exhibit 1 – Attached case |
| **1:17-cv-6080-RLY-TAB** | **Pleasant** |  |  |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever | Filed 06/07/2017 | Dkt. No. 7 | Exhibit 1 – Proposed Order |
| Memorandum in Support of Motion to Sever | Filed 06/07/2017 | Dkt. No. 8 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
|  |  |  | Exhibit 2 – Plaintiff's Memorandum in Support of Motion for Transfer and coordination or Consolidation |
| Motion to Remand | Filed 06/23/2017 | Dkt. No 13 | Exhibit 1 – Brief in Support of Motion to Remand |

| | | | Exhibit 2 – Appendix |
|---|---|---|---|
| | | | Exhibit 3 – Proposed Order |
| Response in Opposition to Motion to Sever | Filed 06/27/2017 | Dkt. No. 15 | Exhibit 1 – Brief in Support of Response in Opposition to Motion to Sever |
| | | | Exhibit 2 – Appendix |
| Reply in Support of Motion to Sever | Filed 07/10/2017 | Dkt. No. 17 | |
| Response in Opposition to Motion to Remand | Filed 07/13/2017 | Dkt. No. 18 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
| | | | Exhibit 2 – Conditional Transfer Order (CTO-44) |
| | | | Exhibit 3 – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer in *Givney v. Cook Incorporated et al.* |
| | | | Exhibit 4 – Order granting defendants' motion to stay in *Jewett v. Baxter, et al.* |
| | | | Exhibit 5 – Plaintiff's Memorandum in Support of Motion for Transfer and coordination or Consolidation |
| Reply in Support of Motion to Remand | Filed 07/26/2017 | Dkt. No. 19 | |
| **1:17-cv-6081-RLY-TAB** | **Brownlow** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Defendants Wei Tsuen Fang, M.D., and Syed A. Raza, M.D. | Filed 10/12/2017 | Dkt. No. 6 | |
| Memorandum in Support of Motion to Sever Defendants Wei Tsuen Fang, M.D., and Syed A. Raza, M.D. | Filed 10/12/2017 | Dkt. No. 7 | Exhibit 1 – Transfer Order establishing MDL No. 2570. |
| Motion to Remand | Filed | Dkt. No | Exhibit 1 – Attached case. |

| | 10/19/2017 | 10 | |
|---|---|---|---|
| | | | Exhibit 2 – Attached case. |
| | | | Exhibit 3 – Attached case. |
| | | | Exhibit 4 – Order from unrelated case. |
| | | | Exhibit 5 – Order from unrelated case. |
| | | | Exhibit 6 – Order from unrelated case. |
| | | | Exhibit 7 – Order from unrelated case. |
| | | | Exhibit 8 – Order from unrelated case. |
| | | | Exhibit 9 – Order from unrelated case. |
| Response in Opposition to Motion to Remand | Filed 10/20/2017 | Dkt. No. 11 | |
| Response in Opposition to Motion to Sever | Filed 10/20/2017 | Dkt. No. 13 | Exhibit 1 – Attached case. |
| | | | Exhibit 2 – Answer of Cook Defendants to Plaintiffs' Master Consolidated Complaint for Individual Claims |
| | | | Exhibit 3 – Attached case. |
| **1:17-cv-6082-RLY-TAB** | **Tew** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Claims Against Kevin M. Rice, M.D. | Filed 08/30/2017 | Dkt. No. 7 | Exhibit 1 – Memorandum of Points and Authorities in Support of Motion to Sever |
| | | | Exhibit 2 – Transfer Order establishing MDL No. 2570 |
| | | | Exhibit 3 – Proposed Order |
| Motion to Remand | Filed 08/31/2017 | Dkt. No. 9 | Exhibit 1 – Memorandum in Support of Motion to Remand |
| | | | Exhibit 2 – Answer of Kevin M. Rice, M.D. |

| Response in Opposition to Motion to Sever Claims Against Kevin M. Rice, M.D. | Filed 09/28/2017 | Dkt. No. 14 | Exhibit 1 – Proposed Order |
|---|---|---|---|
| Response in Opposition to Motion to Remand | Filed 10/02/2017 | Dkt. No. 15 | Exhibit A – Transfer Order establishing MDL No. 2570. |
| | | | Exhibit B – Conditional Transfer Order (CTO-52) |
| | | | Exhibit C – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer in *Givney v. Cook Incorporated et al.* |
| | | | Exhibit D – Order granting defendants' motion to stay in *Jewett v. Baxter, et al.* |
| | | | Exhibit E – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer in *Strickland v. Cook Incorporated et al.* |
| Reply in Support of Motion to Sever Claims Against Kevin M. Rice, M.D. | Filed 10/06/2017 | Dkt. No. 16 | Exhibit 1 – Plaintiff's Memorandum in Support of Motion for Transfer and coordination or Consolidation |

| **1:17-cv-6083-RLY-TAB** | **Pierce** | | |
|---|---|---|---|
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Claims Against Nelson C. Frink, M.D. | Filed 08/25/2017 | Dkt. No. 6 | Exhibit 1 – Memorandum of Points and Authorities in Support of Motion to Sever |
| | | | Exhibit 2 – Transfer Order establishing MDL No. 2570 |
| | | | Exhibit 3 – Proposed Order |

| | | | |
|---|---|---|---|
| Motion to Remand | Filed 08/28/2017 | Dkt. No 8 | Exhibit 1 – Memorandum in Support of Motion to Remand |
| | | | Exhibit 2 – Exhibit 1 – Answer of Nelson Frink, M.D. |
| | | | Exhibit 3 – Exhibit 2 – Order from unrelated case. |
| | | | Exhibit 4 – Exhibit 3 – Order from unrelated case. |
| | | | Exhibit 5 – Exhibit 4 – Order from unrelated case. |
| | | | Exhibit 6 – Exhibit 5 – Order from unrelated case. |
| | | | Exhibit 7 – Exhibit 6 – Order from unrelated case. |
| | | | Exhibit 8 – Proposed Order |
| Response in Opposition to Motion to Sever | Filed 09/28/2017 | Dkt. No. 12 | Exhibit 1 – Proposed Order |
| Response in Opposition to Motion to Remand | Filed 10/16/2017 | Dkt. No. 16 | Exhibit A – Transfer Order establishing MDL No. 2570. |
| | | | Exhibit B – Conditional Transfer Order (CTO-50) |
| | | | Exhibit C – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer in *Givney v. Cook Incorporated et al.* |
| | | | Exhibit D – Order granting defendants' motion to stay in *Jewett v. Baxter, et al.* |

|  |  |  | Exhibit E – CM/ECF Notice of Electronic Filing – Electronic Order Granting Cook Defendants' Opposed Motion to Stay All Proceedings Pending JPML Decision on Transfer in *Strickland v. Cook Incorporated et al.* |
| --- | --- | --- | --- |
| Reply in Support of Motion to Sever | Filed 10/23/2017 | Dkt. No. 17 | Exhibit A – Plaintiff's Memorandum in Support of Motion for Transfer and coordination or Consolidation |
|  |  |  | Exhibit B – Entry on the Cook Defendants' Motion for Summary Judgment |

| **1:17-cv-6084-RLY-TAB** | **Kelley** | | |
| --- | --- | --- | --- |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Claims Against Kamran I. Muhammad, M.D. Under FRCP 21 | Filed 10/06/2017 | Dkt. No. 13 | |
| Motion to Remand | Filed 10/09/2017 | Dkt. No. 17 | |
| Response in Opposition to Motion to Sever Claims | Filed 10/13/2017 | Dkt. No. 23 | |
| Reply in Support of Motion to Sever Claims Against Kamran I. Muhammad, M.D. Under FRCP 21 | Filed 10/27/2017 | Dkt. No. 27 | |
| Response in Opposition to Motion to Remand | Filed 10/30/2017 | Dkt. No. 28 | |
| Reply in Support of Motion to Remand | Filed 11/02/2017 | Dkt. No. 31 | |

| **1:17-cv-6085-RLY-TAB** | **Eacret** | | |
| --- | --- | --- | --- |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| Motion to Sever Claims Against Kevin Baker, D.O. Under FRCP 21 | Filed 10/06/2017 | Dkt. No. 11 | |

| Motion to Remand | Filed 10/09/2017 | Dkt. No. 14 | |
|---|---|---|---|
| Response in Opposition to Motion to Sever Claims | Filed 10/13/2017 | Dkt. No. 20 | |
| Reply in Support of Motion to Sever Claims Against Kevin Baker, D.O. Under FRCP 21 | Filed 10/27/2017 | Dkt. No. 24 | |
| Response in Opposition to Motion to Remand | Filed 10/30/2017 | Dkt. No. 25 | |
| Reply in Support of Motion to Remand | Filed 11/02/2017 | Dkt. No. 28 | |
| **1:17-cv-6086-RLY-TAB** | **Hendricks** | | |
| **Pending Motions and Related Briefing** | **Date of Filing** | **Docket Number** | **Exhibits** |
| No pending motions. | | | |