IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL NO. 2570

_____

This Document Relates to:
1:17-cv-6072-RLY-TAB        Osorio
1:17-cv-6077-RLY-TAB        Jewett
1:17-cv-6078-RLY-TAB        Givney
1:17-cv-6079-RLY-TAB        Strickland
1:17-cv-6081-RLY-TAB        Brownlow

_____

**OPPOSED MOTION FOR LEAVE TO COMPLETE BRIEFING**

Pursuant to the Court's Order On Transferred Case [Docket No. 7312], Plaintiffs and Defendants filed a Joint Notice Identifying Pending Motions Court [Docket No. 7370] relating to the above-captioned matters. Defendants respectfully request leave to complete briefing in *Strickland*, *Osorio*, *Jewett*, *Givney*, and *Brownlow*. In support of this motion the Defendants state as follows:

1.       In *Strickland*, *Osorio*, *Jewett*, *Givney*, and *Brownlow*, briefing is not complete because the matters were stayed pending transfer to MDL No. 2570 prior to completion of their respective briefing schedules.

2.       *Strickland*, 1:17-cv-6079-RLY-TAB, was stayed after the motion to remand was filed but before transfer into the MDL No. 2570. The order staying this matter is attached hereto as Exhibit 1. The briefing remains stayed. The Cook Defendants respectfully request a briefing schedule to be entered with a response to the Motion to Remand due January 15, 2018, and reply,

US.115534867.02

if any, due January 29, 2018.  The Cook Defendants also respectfully request a briefing schedule

be entered with a reply in support of the Motion to Sever due January 15, 2018.

3.      *Osorio*, 1:17-cv-6072-RLY-TAB, was stayed after the motion to remand was filed

but before transfer into the MDL No. 2570.   The docket evidencing transfer prior to the

completion of briefing is attached hereto as Exhibit 2.   The briefing remains incomplete.   The

Cook Defendants respectfully request a briefing schedule to be entered with a reply in support of

the Motion to Sever due January 15, 2018.

4.      *Jewett*, 1:17-cv-6077-RLY-TAB, was stayed after the motion to remand was filed

but before transfer into the MDL No. 2570. The order staying this matter is attached hereto as

Exhibit 3.   The briefing remains stayed.   The Cook Defendants respectfully request a briefing

schedule to be entered with a reply in support of the Motion to Sever due January 15, 2018.

5.      *Givney*, 1:17-cv-6078-RLY-TAB, was stayed after the motion to remand was

filed but before transfer into the MDL No. 2570.  The order staying this matter is attached hereto

as Exhibit 4.  The briefing remains stayed.  The Cook Defendants respectfully request a briefing

schedule to be entered with a reply in support of the Motion to Sever due January 15, 2018.

6.      *Brownlow*, 1:17-cv-6081-RLY-TAB, was stayed after the motion to remand was

filed but before transfer into the MDL No. 2570.  The order staying this matter is attached hereto

as Exhibit 5.  The briefing remains stayed.  The Cook Defendants respectfully request a briefing

schedule to be entered with a reply in support of the Motion to Sever due January 15, 2018.

7.      Before filing this motion, the Cook Defendants shared with plaintiffs' counsel

their desire to complete the briefing in these stayed cases, and plaintiffs' counsel stated they

objected.

US.115534867.02

**CONCLUSION**

The Defendants respectfully request leave to complete the briefing mentioned above.

Dated: December 18, 2017

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:     (317)237-0300
Facsimile:     (317)237-1000
Andrea.Pierson@FaegreBD.com
John.Schlafer@FaegreBD.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:     (260)424-8000
Facsimile:     (260)460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

US.115534867.02

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 18, 2017, a copy of the foregoing **OPPOSED MOTION FOR**

**LEAVE TO COMPLETE BRIEFING** was filed electronically. Parties may access this filing

through the Court's electronic records system.


<u>/s/ Andrea Roberts Pierson</u>·········
Andrea Roberts Pierson

US.115534867.02