# Exhibit 1

CLOSED,JURY,TDIS

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:17-cv-02059-B

Strickland v. Proffitt et al                                      Date Filed: 08/03/2017
Assigned to: Judge Jane J. Boyle                                  Date Terminated: 08/29/2017
Case in other court: 134th Judicial District Court of Dallas      Jury Demand: Both
              County, TX, DC-17-08867      Nature of Suit: 365 Torts/Pers Inj:
Cause: 28:1332 Diversity-Notice of Removal                        Product Liability
                                                       Jurisdiction: Diversity

**Plaintiff**

**Lee Strickland**                              represented by   **Tim K Goss**
                                                Freese & Goss PLLC
                                                3500 Maple Avenue
                                                Suite 1100
                                                Dallas, TX 75219
                                                214/761-6610
                                                Fax: 214/761-6688
                                                Email: goss39587@aol.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **David P Matthews**
                                                Matthews & Associates
                                                2905 Sackett
                                                Houston, TX 77098
                                                713/522-5250
                                                Fax: 713/535-7184
                                                Email:
                                                dmatthews@thematthewslawfirm.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Julie L Rhoades**
                                                Matthews & Associates
                                                2905 Sackett
                                                Houston, TX 77098
                                                713/222-8080
                                                Fax: 713/535-7184
                                                Email:
                                                jrhoades@thematthewslawfirm.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Richard A Capshaw**
                                                Capshaw & Associates

3500 Maple Avenue, Suite 1100
Dallas, TX 75219
214-761-6610
Fax: 214-761-6611
Email: richard@capslaw.com
*ATTORNEY TO BE NOTICED*

**Richard A Freese**
Freese & Goss PLLC
1901 6th Avenue North, Suite 3120
Birmingham, AL 35203
205-871-4144
Fax: 205-871-4104
Email: rich@freeseandgoss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Trent Proffitt**                          represented by   **David Criss**
                                                            Criss Law Group PLLC
                                                            12222 Merit Drive
                                                            Suite 1350
                                                            Dallas, TX 78251
                                                            214-691-0003
                                                            Fax: 214-691-0016
                                                            Email: dcriss@criss-law.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Baylor Medical Centers at Garland
and McKinney**

**Defendant**

**Baylor Scott & White Health**

**Defendant**

**Cook Incorporated**                       represented by   **Brian J Paul**
                                                            Faegre Baker Daniels LLP
                                                            300 North American Street
                                                            Suite 2700
                                                            Indianapolis, IN 46204
                                                            317-237-0300
                                                            Fax: 317-237-1000
                                                            Email: brian.paul@faegrebd.com
                                                            *ATTORNEY TO BE NOTICED*

**Leslee Nicole Haas**
Johnson, Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002
713-860-0532
Fax: 713-2222-2226
Email: lhaas@johnsontrent.com
*ATTORNEY TO BE NOTICED*

**T Christopher Trent**
Johnson, Trent, West & Taylor, LLP.
919 Milam St
Suite 1700
Houston, TX 77002
713/222-2323
Fax: 713/222-2226
Email: ctrent@johnsontrent.com
*ATTORNEY TO BE NOTICED*

Defendant
------------

**Cook Incorporated**                      represented by   **Brian J Paul**
*also known as*                                             (See above for address)
Cook Medical Incorporated                                  *ATTORNEY TO BE NOTICED*

                                                           **Leslee Nicole Haas**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **T Christopher Trent**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

Defendant
------------

**Cook Group Incorporated**                represented by   **Brian J Paul**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Leslee Nicole Haas**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **T Christopher Trent**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

Defendant
------------

**Cook Medical LLC**                       represented by   **Brian J Paul**
                                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**Leslee Nicole Haas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T Christopher Trent**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2017 | 1 | NOTICE OF REMOVAL WITH JURY DEMAND from 134th Judicial District Court of Dallas County, TX, case number DC-17-08867 filed by Cook Incorporated aka Cook Medical Incorporated, Cook Group Incorporated, COOK MEDICAL, LLC, Cook Incorporated. (Filing fee $400; receipt number 0539-8578029) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Cover Sheet, # 5 Cover Sheet Supplement) (Trent, T) (Entered: 08/03/2017) |
| 08/03/2017 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by COOK MEDICAL, LLC, Cook Group Incorporated, Cook Incorporated, Cook Incorporated aka Cook Medical Incorporated. (Trent, T) (Entered: 08/03/2017) |
| 08/03/2017 | 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 08/03/2017) |
| 08/09/2017 | 4 | Expedited MOTION to Remand to State Court filed by Lee Strickland (Attachments: # 1 Proposed Order) (Goss, Tim) Modified to include expedited request on 8/10/2017 (sss). (Entered: 08/09/2017) |
| 08/09/2017 | 5 | Brief/Memorandum in Support filed by Lee Strickland re 4 MOTION to Remand to State Court (Goss, Tim) (Entered: 08/09/2017) |
| 08/09/2017 | 6 | MOTION to Stay *all Proceedings Pending the JPML Decision on Transfer to MDL NO. 2570* filed by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC (Attachments: # 1 Proposed Order)Attorney Leslee Nicole Haas added to party Cook Group Incorporated(pty:dft), Attorney Leslee Nicole Haas added to party Cook Incorporated(pty:dft), Attorney Leslee Nicole Haas added to party Cook Medical LLC(pty:dft) (Haas, Leslee) (Entered: 08/09/2017) |

| 08/09/2017 | 7 | Brief/Memorandum in Support filed by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC re 6 MOTION to Stay *all Proceedings Pending the JPML Decision on Transfer to MDL NO. 2570* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s)) (Haas, Leslee) (Entered: 08/09/2017) |
|---|---|---|
| 08/09/2017 | 8 | MOTION to Sever filed by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order) (Haas, Leslee) Modified in error on 8/10/2017. Disregard previous modification. (sss). (Entered: 08/09/2017) |
| 08/09/2017 | 9 | Brief/Memorandum in Support filed by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC re 8 MOTION to Sever (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Haas, Leslee) (Entered: 08/09/2017) |
| 08/10/2017 | 10 | Court Request for Recusal: Senior Judge A. Joe Fish recused. Pursuant to instruction in Special Order 3-249, the Clerk has reassigned the case to Judge Jane J. Boyle for all further proceedings. Future filings should indicate the case number as: 3:17-cv-2059-B. (ctf) (Entered: 08/10/2017) |
| 08/16/2017 | 11 | RESPONSE filed by Lee Strickland re: 6 MOTION to Stay *all Proceedings Pending the JPML Decision on Transfer to MDL NO. 2570* (Attachments: # 1 Proposed Order Denying Stay) (Goss, Tim) (Entered: 08/16/2017) |
| 08/16/2017 | 12 | Brief/Memorandum in Support filed by Lee Strickland re 7 Brief/Memorandum in Support of Motion, 11 Response/Objection, 6 MOTION to Stay *all Proceedings Pending the JPML Decision on Transfer to MDL NO. 2570* (Goss, Tim) (Entered: 08/16/2017) |
| 08/16/2017 | 13 | Appendix in Support filed by Lee Strickland re 7 Brief/Memorandum in Support of Motion, 12 Brief/Memorandum in Support of Motion, 11 Response/Objection, 6 MOTION to Stay *all Proceedings Pending the JPML Decision on Transfer to MDL NO. 2570* (Goss, Tim) (Entered: 08/16/2017) |
| 08/16/2017 | 14 | ANSWER to Complaint filed by Trent Proffitt. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Attorney David Criss added to party Trent Proffitt(pty:dft) (Criss, David) (Entered: 08/16/2017) |
| 08/16/2017 | 15 | NOTICE of *Opposition to CTO-49* filed by Trent Proffitt (Criss, David) (Entered: 08/16/2017) |
| 08/17/2017 | 16 | ELECTRONIC ORDER: Defendants Cook Incorporated, Cook Medical LLC, and Cook Group Incorporated's (Cook Defendants) Opposed Motion to Stay All Proceedings Pending the JPML Decision on Transfer to MDL No. 2570 6 is GRANTED. Accordingly, the Clerk is directed to administratively close this case pending a decision by the JPML. (Ordered by Judge Jane J. Boyle on 8/17/2017) (rekc) (Entered: 08/18/2017) |
| 08/29/2017 | 17 | |

| | | |
|---|---|---|
| | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER: The JPML has issued the attached order in MDL 2570, and that order has now been filed in the Southern District of Indiana. (epm) (Entered: 08/29/2017) |
| 08/29/2017 | | Interdistrict Transfer to Southern District of Indiana; notice sent via email. All documents available electronically. If receiving court cannot upload, documents are available from PACER (record does not contain restricted documents). *Counsel advised to file future documents in Southern District of Indiana.* (epm) (Entered: 08/29/2017) |
| 08/30/2017 | | Case transferred from NDTX has been opened in Southern District of Indiana 1:17-ml-06079 Division. (epm) (Entered: 08/30/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/18/2017 17:32:18 | | | |
| **PACER Login:** | bangelino:5047197:3996667 | **Client Code:** | 303659.000006 21452 |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cv-02059-B |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |