# Exhibit 2

ACCO,(DTBx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
### CIVIL DOCKET FOR CASE #: 5:17-cv-01146-TJH-DTB

Maria Osorio v. Cook Group Incorporated et al
Assigned to: Judge Terry J. Hatter, Jr
Referred to: Magistrate Judge David T. Bristow
Case in other court: Riverside Superior Court, RIC1708386
Cause: 28:1441 Notice of Removal - Personal Injury

Date Filed: 06/12/2017
Date Terminated: 06/29/2017
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Maria Osorio**                          represented by   **Christian F Pereira**
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802
714-482-6301
Fax: 714-482-6302
Email: christian@lawcfp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya G Brenes**
Brenes Law Group PC
16A Journey Suite 200
Long Beach, CA 90802
949-397-9360
Fax: 949-607-4192
Email: mbrenes@breneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy A Brenes**
Brenes Law Group PC
27141 Aliso Creek Road Suite 270
Aliso Viejo, CA 92656
949-397-9360
Fax: 949-607-4192
Email: tbrenes@breneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cook Group Incorporated**                 represented by **Tarifa Belle Laddon**
*a corporation*                                             Faegre Baker Daniels LLP
                                                            11766 Wilshire Boulevard Suite 750
                                                            Los Angeles, CA 90025
                                                            310-500-2090
                                                            Fax: 310-500-2091
                                                            Email: tarifa.laddon@faegrebd.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Howard D Ruddell**
                                                            Faegre Baker Daniels LLP
                                                            11766 Wilshire Boulevard Suite 750
                                                            Los Angeles, CA 90025
                                                            310-500-2090
                                                            Fax: 310-500-2091
                                                            Email: howard.ruddell@faegrebd.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Medical LLC**                        represented by **Tarifa Belle Laddon**
*Erroneously Sued As*                                       (See above for address)
Cook Medical Incorporated                                   *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Howard D Ruddell**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Medical Engineering and**                 represented by **Tarifa Belle Laddon**
**Development Institute Incorporated**                      (See above for address)
*Erroneously Sued As*                                       *LEAD ATTORNEY*
Cook Med Institute                                          *ATTORNEY TO BE NOTICED*
*Erroneously Sued As*
Medical Engineering and Development                         **Howard D Ruddell**
Institute, Inc.                                             (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Research Incorporated**              represented by **Tarifa Belle Laddon**
*Erroneously Sued As*                                       (See above for address)
Med Institute, Inc.                                         *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Howard D Ruddell**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Denmark International, APS**
*a foreign entity most closely resembling
a corporation*

**Defendant**

**William Cook Europe APS**
*a foreign entity most closely resembling
a corporation*

**Defendant**

**Binh Quach**
*D.O., an individual*

**Defendant**

**Online Radiology Group, Inc.**
*a corporation*

**Defendant**

**Does**
*1 through 100 inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2017 | 1 | NOTICE OF REMOVAL from Riverside Superior Court, case number RIC1708386 with filing fee previously paid ($400.00 paid on 06-12-17, receipt number 0973-20003828), filed by Defendants Med Institute, Inc., Cook Group Incorporated, Cook Medical Incorporated, Medical Engineering and Development Institute, Inc.. (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh. B, # 3 Exhibit Exh. C) (Attorney Howard D Ruddell added to party Cook Group Incorporated(pty:dft), Attorney Howard D Ruddell added to party Cook Medical Incorporated (pty:dft), Attorney Howard D Ruddell added to party Med Institute, Inc.(pty:dft), Attorney Howard D Ruddell added to party Medical Engineering and Development Institute, Inc.(pty:dft))(Ruddell, Howard) (Entered: 06/12/2017) |
| 06/12/2017 | 2 | CIVIL COVER SHEET filed by Defendants Cook Group Incorporated, Cook Medical Incorporated, Medical Engineering and Development Institute, Inc.. (Ruddell, Howard) (Entered: 06/12/2017) |
| 06/12/2017 | 3 | NOTICE of Interested Parties filed by Defendants Cook Group Incorporated, Cook Medical Incorporated, Medical Engineering and Development Institute, Inc., identifying 1. Maria Osorio ; 2. Cook Group Incorporated; 3. Cook Medical LLC (formerly known as Cook Medical Incorporated); 4. Medical Engineering & Development Institute Incorporated; 5. Cook Research Incorporated; 6. Cook Denmark International APS; 7. William Cook Europe APS; 8. Binh Quach, D.O.; 9. Online Radiology Group, Inc.. (Ruddell, Howard) (Entered: 06/12/2017) |

| 06/12/2017 | 4 | NOTICE of Related Case(s) filed by Defendants Cook Group Incorporated, Cook Medical Incorporated, Medical Engineering and Development Institute, Inc.. Related Case(s): None (Ruddell, Howard) (Entered: 06/12/2017) |
|---|---|---|
| 06/12/2017 | 5 | CORPORATE DISCLOSURE STATEMENT *of Defendants Cook Group Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, Medical Engineering & Development Institute Incorporated and Cook Research Incorporated* filed by Defendants Cook Group Incorporated, Cook Medical Incorporated, Medical Engineering and Development Institute, Inc. identifying CGI as Corporate Parent. (Ruddell, Howard) (Entered: 06/12/2017) |
| 06/12/2017 | | CONFORMED COPY OF COMPLAINT against Defendants. Jury Demanded., filed by Plaintiff Maria Osorio. Filed in State Court on 5/9/17 Submitted with Attachment 1 Exhibit A to Notice of Removal (car) (Entered: 06/13/2017) |
| 06/12/2017 | | UNCONFORMED COPY OF ANSWER to Complaint - (Discovery) filed by Defendants Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and Development Institute Incorporated. Submitted with Attachment 2 to Notice of Removal(car) (Entered: 06/13/2017) |
| 06/13/2017 | 6 | NOTICE OF ASSIGNMENT of Eastern Division Removal Case. This case was initially assigned to District Judge Jesus G. Bernal and referred to Magistrate Judge David T. Bristow for discovery. Pursuant to General Order 16-05, this case has been randomly reassigned to District Judge Terry J. Hatter, Jr. The case number on all documents filed with the Court in this case should read as follows: 5:17-cv-1146 TJH (DTBx). (car) (Entered: 06/13/2017) |
| 06/13/2017 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 06/13/2017) |
| 06/13/2017 | 8 | NOTICE OF CLERICAL ERROR: Due to clerical error Notice to Parties of Court-Directed ADR Program (ADR-8) - form 7 was issued in error. Docket item 7 should be disregarded. (car) (Entered: 06/13/2017) |
| 06/13/2017 | 10 | NOTICE OF MOTION AND MOTION to Sever Claims Against California Medical Defendants Under Federal Rule of Civil Procedure 21 *; Memorandum of Points and Authorities in Support* filed by Defendant Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and Development Institute Incorporated. (Attachments: # 1 Exhibit Exh. A to Motion to Sever) (Ruddell, Howard) (Entered: 06/13/2017) |
| 06/13/2017 | 11 | NOTICE OF MOTION AND MOTION to Stay Case pending the JPML Decision on Transfer to MDL No. 2570 *; Memorandum of Points and Authorities in Support* filed by Defendants Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and Development Institute Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Ruddell, Howard) (Entered: 06/13/2017) |
| 06/13/2017 | 12 | NOTICE of Filing Answer in State Court filed by Defendants Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and Development Institute Incorporated. (Attachments: # 1 Exhibit A)(Ruddell, Howard) (Entered: 06/13/2017) |

| 06/13/2017 | 13 | PROOF OF SERVICE filed by Defendants Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and Development Institute Incorporated, re Notice of Removal (Attorney Civil Case Opening,, 1 , Certificate/Notice of Interested Parties,, 3 , Corporate Disclosure Statement, 5 , Civil Cover Sheet (CV-71) 2 , Notice of Related Case(s) 4 served on June 12, 2017. (Ruddell, Howard) (Entered: 06/13/2017) |
|---|---|---|
| 06/14/2017 | 14 | CORRECTED NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 06/14/2017) |
| 06/14/2017 | 15 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Sever Claims Against California Medical Defendants Under Federal Rule of Civil Procedure 21 *; Memorandum of Points and Authorities in Support* 10 , NOTICE OF MOTION AND MOTION to Stay Case pending the JPML Decision on Transfer to MDL No. 2570 *; Memorandum of Points and Authorities in Support* 11 . The following error(s) was found: Proposed Document was not submitted as separate attachment. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (shb) (Entered: 06/14/2017) |
| 06/14/2017 | 16 | NOTICE OF LODGING filed *[Proposed] Order* re NOTICE OF MOTION AND MOTION to Sever Claims Against California Medical Defendants Under Federal Rule of Civil Procedure 21 *; Memorandum of Points and Authorities in Support* 10 (Attachments: # 1 Proposed Order [Proposed] Order)(Ruddell, Howard) (Entered: 06/14/2017) |
| 06/14/2017 | 17 | NOTICE OF LODGING filed *[Proposed] Order* re NOTICE OF MOTION AND MOTION to Stay Case pending the JPML Decision on Transfer to MDL No. 2570 *; Memorandum of Points and Authorities in Support* 11 (Attachments: # 1 Proposed Order [Proposed] Order)(Ruddell, Howard) (Entered: 06/14/2017) |
| 06/14/2017 | 18 | MINUTE IN CHAMBERS NEW CASE BEFORE JUDGE HATTER by Judge Terry J. Hatter, Jr: This action has been assigned to the calendar of the HONORABLE TERRY J. HATTER, JR., United States District Judge. Please include the initials TJH in all documents pertaining to this case, as documents are routed using the judges initials, it is imperative that the correct initials TJH be used on all subsequent filings to prevent any delays in the processing of documents. Counsel shall not attempt to contact the Court or its chambers staff by telephone or by any other ex parte means, although counsel may contact the Courtroom Deputy, Yolanda Skipper, at: yolanda_skipper@cacd.uscourts.gov, with appropriate inquiries. She can be reached at (213) 894-5276. Judge Hatters courtroom is located on the 9th Floor, 350 W. 1st Street, United States Courthouse, Courtroom No. 9B. Additional information about Judge Hatters procedures and schedules can be found on the courts website at www.cacd.uscourts.gov. COUNSEL: READ THIS ORDER CAREFULLY. (shb) (Entered: 06/14/2017) |
| 06/15/2017 | 19 | CERTIFICATE OF SERVICE filed by Defendants Cook Group Incorporated, Cook Medical LLC, Cook Research Incorporated, Medical Engineering and |

| | | Development Institute Incorporated, re Notice of Removal (Attorney Civil Case Opening),, 1 *Notice to Parties and State Court of Removal of Civil Action to State Court* served on June 14, 2017. (Attachments: # 1 Exhibit)(Ruddell, Howard) (Entered: 06/15/2017) |
|---|---|---|
| 06/19/2017 | 20 | ORDER SETTING FINAL PRETRIAL CONFERENCE AND REFERRING DISCOVERY by Judge Terry J. Hatter, Jr. It is Ordered that all discovery matters which become at issue are referred to Magistrate Judge David T. Bristow for his/her consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters. It is Ordered, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the Final Pre-Trial Conference is placed on the Courts calendar for March 19, 2018 at 10:00 a.m. in Courtroom No. 9B in the U. S. Courthouse on First Street. (shb) (Entered: 06/19/2017) |
| 06/29/2017 | 21 | Conditional Transfer Order - 46 from the United States Judicial Panel on Multidistrict Litigation, MDL 2570, transferring case to USDC, Southern District of Indiana and assigned to Honorable Honorable Richard L. Young. Case transferred electronically. (MD JS-6. Case Terminated.) Southern District of Indiana Case No. 1:16-6072-RLY-TAB (shb) (Entered: 06/29/2017) |
| 07/06/2017 | 22 | TEXT-ONLY ENTRY - RECEIVED Notice of Receipt of Electronic Case Transfer from Southern District of Indiana, 1:17-ml-06072 filed 6/29/2017. (yl) (Entered: 07/06/2017) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/18/2017 15:35:47 | | | |
| **PACER Login:** | bangelino:5047197:3996667 | **Client Code:** | 303659.000006 21452 |
| **Description:** | Docket Report | **Search Criteria:** | 5:17-cv-01146-TJH-DTB End date: 12/18/2017 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |