# Exhibit 4

CLOSED,JURY,STAYED,TDIS

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:17-cv-01432-B

Givney v. Cook Incorporated et al
Assigned to: Judge Jane J. Boyle
Case in other court:  101st Judicial District Court of Dallas County, DC-17-04839
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 05/31/2017
Date Terminated: 06/05/2017
Jury Demand: Both
Nature of Suit: 365 Torts/Pers Inj: Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Gregory Givney**     represented by **Tim K Goss**
Freese & Goss PLLC
3500 Maple Avenue
Suite 1100
Dallas, TX 75219
214/761-6610
Fax: 214/761-6688
Email: goss39587@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P Matthews**
Matthews & Associates
2905 Sackett
Houston, TX 77098
713/522-5250
Fax: 713/535-7184
Email: dmatthews@thematthewslawfirm.com
*ATTORNEY TO BE NOTICED*

**Julie L Rhoades**
Matthews & Associates
2905 Sackett
Houston, TX 77098
713/222-8080
Fax: 713/535-7184
Email: jrhoades@thematthewslawfirm.com
*ATTORNEY TO BE NOTICED*

**Kevin L Edwards**
Edwards & de la Cerda LLC

3031 Allen St
Suite 100
Dallas, TX 75204
214/550-5238
Fax: 214/550-5223
Email: kevin@edwardsdelacerda.com
*ATTORNEY TO BE NOTICED*

**Lizy Santiago**
Matthews & Associates
2905 Sackett St
Houston, TX 77098
713-522-5250
Fax: 713-535-7184

**Richard A Capshaw**
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
214-761-6610
Fax: 214-761-6611
Email: richard@capslaw.com
*ATTORNEY TO BE NOTICED*

**Richard A Freese**
Freese & Goss PLLC
1901 6th Avenue North, Suite 3120
Birmingham, AL 35203
205-871-4144
Fax: 205-871-4104
Email: rich@freeseandgoss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cook Incorporated**                      represented by    **T Christopher Trent**
Johnson, Trent, West & Taylor, LLP.
919 Milam St
Suite 1700
Houston, TX 77002
713/222-2323
Fax: 713/222-2226
Email: ctrent@johnsontrent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian J Paul**
Faegre Baker Daniels LLP

        300 North American Street
        Suite 2700
        Indianapolis, IN 46204
        317-237-0300
        Fax: 317-237-1000
        Email: brian.paul@faegrebd.com
        *ATTORNEY TO BE NOTICED*

        **Leslee Nicole Haas**
        Johnson, Trent & Taylor, LLP
        919 Milam
        Suite 1700
        Houston, TX 77002
        713-860-0532
        Fax: 713-2222-2226
        Email: lhaas@johnsontrent.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Incorporated**     represented by    **T Christopher Trent**
*also known as*                                                          (See above for address)
Cook Medical Incorporated                     *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

        **Brian J Paul**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Leslee Nicole Haas**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Medical LLC**     represented by    **T Christopher Trent**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brian J Paul**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Leslee Nicole Haas**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Clare M Savage**     represented by    **C Timothy Reynolds**
*MD*                                                                   Steed Dunnill Reynolds Bailey

Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032
469-698-4200
Fax: 469-698-4201
Email: timreynolds@steedlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/31/2017 | 1 | NOTICE OF REMOVAL WITH JURY DEMAND filed by Cook Incorporated. (Filing fee $400; receipt number 0539-8442739) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Additional Page(s)) (Haas, Leslee) (Entered: 05/31/2017) |
| 05/31/2017 |   | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT 1-8 by Cook Incorporated, Cook Incorporated, Cook Medical LLC. (mcrd) (Entered: 05/31/2017) |
| 05/31/2017 | 2 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (mcrd) (Entered: 05/31/2017) |
| 05/31/2017 | 3 | MOTION to Sever *UNDER FEDERAL RULE OF CIVIL PROCEDURE 21* filed by Cook Incorporated, Cook Incorporated, Cook Medical LLC with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Proposed Order, # 3 Additional Page(s)) (Haas, Leslee) (Entered: 05/31/2017) |
| 05/31/2017 | 4 | MOTION to Stay *All Proceedings Pending The JPML Decision On Transfer To MDL NO. 2570* filed by Cook Incorporated, Cook Incorporated, Cook Medical LLC with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order, # 4 Additional Page(s)) (Haas, Leslee) (Entered: 05/31/2017) |
| 06/01/2017 | 5 | MOTION for Leave to File TO BE EXEMPT FROM REQUIREMENT OF LOCAL COUNSEL filed by Cook Incorporated (Attachments: # 1 Proposed Order) (Haas, Leslee) (Entered: 06/01/2017) |
| 06/05/2017 | 6 |   |

| | | |
|---|---|---|
| | | ELECTRONIC ORDER granting 5 Counsel for Defendants Cook Incorporated and Cook Medical LLC's Motion and Request for Leave To Be Exempt from Requirement of Local Counsel. (Ordered by Judge Jane J. Boyle on 6/5/2017) (chmb) (Entered: 06/05/2017) |
| 06/05/2017 | 7 | ELECTRONIC ORDER granting 4 Cook Defendants' Opposed Motion to Stay All Proceedings Pending the JPML Decision on Transfer to MDL No. 2570. Accordingly, the clerk is directed to administratively close this case pending a decision by the JPML. (Ordered by Judge Jane J. Boyle on 6/5/2017) (chmb) (Entered: 06/05/2017) |
| 06/05/2017 | | Civil Case Terminated per 7 Electronic Order. (aaa) (Entered: 06/05/2017) |
| 06/05/2017 | 8 | MOTION To Lift Stay only for Purposes of Determining Subject-Matter Jurisdiction re 7 Order on Motion to Stay, filed by Gregory Givney (Attachments: # 1 Proposed Order)Attorney Kevin L Edwards added to party Gregory Givney(pty:pla) (Edwards, Kevin) (Entered: 06/05/2017) |
| 06/05/2017 | 9 | Brief/Memorandum in Support filed by Gregory Givney re 8 MOTION To Lift Stay only for Purposes of Determining Subject-Matter Jurisdiction re 7 Order on Motion to Stay, (Edwards, Kevin) (Entered: 06/05/2017) |
| 06/05/2017 | 10 | MOTION to Remand filed by Gregory Givney (Attachments: # 1 Proposed Order) (Edwards, Kevin) (Entered: 06/05/2017) |
| 06/05/2017 | 11 | Brief/Memorandum in Support filed by Gregory Givney re 10 MOTION to Remand (Edwards, Kevin) (Entered: 06/05/2017) |
| 06/05/2017 | 12 | MOTION for Leave to File Motion to Remand filed by Gregory Givney with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Edwards, Kevin) (Entered: 06/05/2017) |
| 06/26/2017 | 13 | RESPONSE filed by Cook Incorporated, Cook Medical LLC re: 10 MOTION to Remand (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Proposed Order) (Haas, Leslee) (Entered: 06/26/2017) |
| 06/26/2017 | 14 | RESPONSE filed by Cook Incorporated, Cook Medical LLC re: 8 MOTION MOTION To Lift Stay only for Purposes of Determining Subject-Matter Jurisdiction re 7 Order on Motion to Stay, (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Proposed Order) (Haas, Leslee) (Entered: 06/26/2017) |
| 06/28/2017 | 15 | MOTION for Hearing re 8 MOTION To Lift Stay only for Purposes of Determining Subject-Matter Jurisdiction re 7 Order on Motion to Stay, 9 Brief/Memorandum in Support of Motion, 7 Order on Motion to Stay, filed by Gregory Givney. (Edwards, Kevin) (Entered: 06/28/2017) |
| 06/29/2017 | 16 | RESPONSE filed by Cook Incorporated, Cook Medical LLC re: 15 MOTION for Hearing re 8 MOTION MOTION To Lift Stay only for Purposes of Determining Subject-Matter Jurisdiction re 7 Order on Motion to Stay,, 9 Brief/Memorandum in Support of Motion, 7 Order on Motion to Stay, (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order) (Haas, Leslee) (Entered: 06/29/2017) |
| | | |

| | | |
|---|---|---|
| 08/02/2017 | 17 | NOTICE of *SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY* re: 14 Response/Objection, 4 MOTION to Stay *All Proceedings Pending The JPML Decision On Transfer To MDL NO. 2570* filed by Cook Incorporated (Attachments: # 1 Exhibit(s)) (Haas, Leslee) (Entered: 08/02/2017) |
| 08/28/2017 | 18 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2017, HEARING SESSION ORDER: The JPML has issued the attached order in MDL 2570, and that order has now been filed in the Southern District of Indiana. (ndt) (Entered: 08/28/2017) |
| 08/28/2017 | | Interdistrict Transfer to Southern District of Indiana; notice sent via email. All documents available electronically. If receiving court cannot upload, documents are available from PACER (record does not contain restricted documents). *Counsel advised to file future documents in Southern District of Indiana.* (ndt) (Entered: 08/28/2017) |
| 08/29/2017 | | Case transferred from NDTX has been opened in the Southern District of Indiana as case number 1:17-cv-06078. (ran) (Entered: 08/29/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/18/2017 17:41:12 | | | |
| **PACER Login:** | bangelino:5047197:3996667 | **Client Code:** | 303659.00000621452 |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cv-01432-B |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |