# Exhibit 5

CLOSED,MDL,Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:17-cv-02842

| | |
|---|---|
| Brownlow v. Cook Incorporated et al **Case has been transferred to Southern District of Indiana.** | Date Filed: 09/22/2017 |
| Assigned to: Judge Keith P Ellison | Date Terminated: 10/26/2017 |
| Case in other court: 152nd Judicial District, Harris County, Texas, 17-61248 | Jury Demand: Defendant |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Gary Brownlow**  represented by  **David P Matthews**
Matthews and Assoc
2905 Sackett
Houston, TX 77098
713-520-5250
Fax: 713-535-7131 fax
Email: dmatthews@dmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cook Incorporated**  represented by  **Thomas Christopher Trent**
*also known as*
Cook Medical Incorporated
Johnson Trent Taylor LLP
919 Milam Street
Ste 1700
Houston, TX 77002
713-222-2323
Fax: 713-222-2226
Email: ctrent@johnsontrent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslee Nicole Haas**
Johnson Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002
713-860-0532
Fax: 713-222-2226

        Email: lhaas@johnsontrent.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Group Incorporated**    represented by   **Leslee Nicole Haas**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Thomas Christopher Trent**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Wei-Tsuen Fang**
*MD*

**Defendant**

**Syed A Raza**
*MD*

**Defendant**

**Cook Medical LLC**    represented by   **Leslee Nicole Haas**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Thomas Christopher Trent**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Cook Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2017 | 1 | NOTICE OF REMOVAL from 152ND DISTRICT COURT OF HARRIS COUNTY, case number 2017-61248 (Filing fee $ 400 receipt number 0541-18959732) filed by Cook Incorporated, Cook Medical LLC and Cook Group Incorporated. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Haas, Leslee) (Entered: 09/22/2017) |
| 09/22/2017 | 2 | *Civil Cover Sheet* by Cook Incorporated, Cook Medical LLC and Cook Group Incorporated, filed.(Haas, Leslee) (Entered: 09/22/2017) |
| 09/22/2017 | 3 |  |

|  |  | CORPORATE DISCLOSURE STATEMENT by Cook Incorporated, Cook Medical LLC and Cook Group Incorporated, filed.(Haas, Leslee) (Entered: 09/22/2017) |
|---|---|---|
| 09/22/2017 | 4 | Additional EXHIBITS re: 1 Notice of Removal, by Cook Incorporated, Cook Medical LLC and Cook Group Incorporated, filed.(Haas, Leslee) (Entered: 09/22/2017) |
| 09/25/2017 | 5 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 12/15/2017 at 02:15 PM in Courtroom 3A Houston before Judge Keith P Ellison(Signed by Judge Keith P Ellison) Parties notified.(ckrus, 4) (Entered: 09/25/2017) |
| 10/12/2017 | 6 | MOTION to Sever Defendants Wei Tsuen Fang, M.D., and Syed A. Raza, M.D. by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, filed. Motion Docket Date 11/2/2017. (Haas, Leslee) (Entered: 10/12/2017) |
| 10/12/2017 | 7 | MEMORANDUM *IN SUPPORT OF OPPOSED* re: 6 MOTION to Sever Defendants Wei Tsuen Fang, M.D., and Syed A. Raza, M.D. by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, filed. (Attachments: # 1 Exhibit)(Haas, Leslee) (Entered: 10/12/2017) |
| 10/12/2017 | 8 | Opposed MOTION to Stay *ALL PROCEEDINGS PENDING THE JPML DECISION ON TRANSFER TO MDL NO. 2570* by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, filed. Motion Docket Date 11/2/2017. (Haas, Leslee) (Entered: 10/12/2017) |
| 10/12/2017 | 9 | MEMORANDUM IN SUPPORT OF re: 8 Opposed MOTION to Stay *ALL PROCEEDINGS PENDING THE JPML DECISION ON TRANSFER TO MDL NO. 2570* by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Haas, Leslee) (Entered: 10/12/2017) |
| 10/19/2017 | 10 | MOTION to Remand by GARY BROWNLOW, filed. Motion Docket Date 11/9/2017. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Matthews, David) (Entered: 10/19/2017) |
| 10/20/2017 | 11 | RESPONSE in Opposition to 10 MOTION to Remand, filed by Cook Group Incorporated, Cook Incorporated, Cook Medical LLC. (Haas, Leslee) (Entered: 10/20/2017) |
| 10/20/2017 | 12 | RESPONSE to 8 Opposed MOTION to Stay *ALL PROCEEDINGS PENDING THE JPML DECISION ON TRANSFER TO MDL NO. 2570* filed by GARY BROWNLOW. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Matthews, David) (Entered: 10/20/2017) |
| 10/24/2017 | 13 | RESPONSE to 6 MOTION to Sever Defendants Wei Tsuen Fang, M.D., and Syed A. Raza, M.D. filed by GARY BROWNLOW. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Matthews, David) (Entered: 10/24/2017) |

| 10/26/2017 | 14 | ELECTRONIC ORDER granting 8 Cook Defendants' Opposed Motion to Stay All Proceedings Pending the JPML Decision on Transfer to MDL No. 2570. Accordingly, the clerk is directed to administratively close this case pending a decision by the JPML.(Ordered by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 10/26/2017) |
|---|---|---|
| 11/08/2017 | 15 | JPML ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER (53), transferring case to Southern District of Indiana to be included in MDL Docket No. 2570. Parties notified. (ltien, 4) (Entered: 11/13/2017) |
| 11/13/2017 |  | Interdistrict transfer to Southern District of Indiana. Case transferred electronically. (ltien, 4) (Entered: 11/13/2017) |
| 11/13/2017 | 16 | RECEIPT of Transfer Letter re: transfer of case to USDC District of Indiana. New Case # assigned: 1:17cv6081 and received on 11/13/2017., filed. (mmapps, 4) (Entered: 11/13/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/18/2017 17:42:30 | | | |
| **PACER Login:** | bangelino:5047197:3996667 | **Client Code:** | 303659.00000621452 |
| **Description:** | Docket Report | **Search Criteria:** | 4:17-cv-02842 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |