IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2570
_____

This Document Relates to:
1:17-cv-6072-RLY-TAB      Osorio
1:17-cv-6077-RLY-TAB      Jewett
1:17-cv-6078-RLY-TAB      Givney
1:17-cv-6079-RLY-TAB      Strickland
1:17-cv-6081-RLY-TAB      Brownlow
_____

**SCHEDULING ORDER FOR MOTION TO REMAND AND MOTIONS TO SEVER**

Upon the motion of the Defendants, this Order sets the deadlines for filing the remainder of the briefing in the above-referenced cases.

It is ORDERED that the following deadlines are established:

1.  *Strickland*, 1:17-cv-6079-RLY-TAB

    a.  The Defendants' response to the Motion to Remand due **January 15, 2018**.

    b.  Plaintiff's shall file a reply, if any, by **January 29, 2018**.

    c.  The Defendants shall file a reply in support of their Motion to Sever by **January 15, 2018**.

2.  *Osorio*, 1:17-cv-6072-RLY-TAB

    The Defendants shall file a reply in support of their Motion to Sever by **January 15, 2018**.

3. *Jewett*, 1:17-cv-6077-RLY-TAB

The Defendants shall file a reply in support of their Motion to Sever by **January 15, 2018**.

4. *Givney*, 1:17-cv-6078-RLY-TAB

The Defendants shall file a reply in support of their Motion to Sever by **January 15, 2018**.

5. *Brownlow*, 1:17-cv-6081-RLY-TAB

The Defendants shall file a reply in support of their Motion to Sever by **January 15, 2018**.

SO ORDERED this _____ day of _____, 20____:

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

US.115652149.01