IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Plaintiff: MARQUITE WEATHERWAX<br>Case No. 1:17-cv-03358-RLY-TAB | APPROVED - Case voluntarily dismissed without prejudice.<br>Dated: 12/18/17<br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Marquite Weatherwax ("Plaintiff") and hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to all defendants.  It was brought to plaintiff's attention that she has filed two lawsuits.  Plaintiff will continue to litigate Case No. 1:17-cv-01461-LJM-TAB.

Dated:  December 14, 2017

                                            Respectfully submitted,

                                            DAVIS BETHUNE & JONES, LLC

                                            /s/ *Shawn G. Foster*
                                            Shawn G. Foster        MO #47663
                                            1100 Main Street, Suite 2930
                                            Kansas City, MO 64105
                                            (816) 421-1600; (816) 472-5972 fax
                                            sfoster@dbjlaw.net

                                            ATTORNEYS FOR PLAINTIFFS