IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    Kristen Stokely,

Civil Case #  1:17-cv-03527

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Kristen Stokely,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Kristen Stokely against all Defendants in Civil Action No. MDL No. 2570 (Member Case 1:17-cv-03527) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

SO ORDERED this 19th day of December 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record