**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03846 | Cause No. 1:17-cv-03861 |
| Cause No. 1:17-cv-03847 | Cause No. 1:17-cv-03870 |
| Cause No. 1:17-cv-03849 | Cause No. 1:17-cv-03873 |
| Cause No. 1:17-cv-03850 | Cause No. 1:17-cv-03957 |
| Cause No. 1:17-cv-03851 | Cause No. 1:17-cv-04293 |
| Cause No. 1:17-cv-03852 | Cause No. 1:17-cv-04343 |
| Cause No. 1:17-cv-03853 | Cause No. 1:17-cv-04352 |
| Cause No. 1:17-cv-03854 | Cause No. 1:17-cv-04357 |
| Cause No. 1:17-cv-03856 | Cause No. 1:17-cv-04358 |
| Cause No. 1:17-cv-03860 | Cause No. 1:17-cv-04364 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: December 21, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

US.115677393.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson