## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

---

This Document Relates to the Following Actions only:

      Collins, et al.
      Cause No. 1:17-cv-06065-RLY-TAB

      Halinski, et al.
      Cause No. 1:17-cv-06066-RLY-TAB

---

## JOINT MOTION REGARDING AGREED DISPOSITION
## OF MOTIONS PENDING IN *COLLINS* AND *HALINSKI*

The parties have conferred regarding their respective motions in *Collins* and *Halinski*.[1]
As a result of those discussions, the parties respectfully move the Court for an order (1) deeming
Plaintiffs' Motions to Remand as withdrawn; (2) deeming Cook's Motions to Dismiss as
withdrawn;  (3) granting Cook's Motion to Sever; (4) setting the deadline for each Plaintiff to
file a Short Form Complaint as 60 days from the Court's order on this Motion; and (5) setting the
deadline to file the first 40 of the Plaintiff Profile Sheets within 60 days of the Court's order on
this Motion and 40 more by each consecutive 30-day period on a rolling basis, the order of filing
which shall be alphabetical.

      In support of this Motion, the parties state:

---

[1] This includes Plaintiffs' Motions to Remand (Dkt. No. 33) and Cook's Motions to Dismiss for
Lack of Jurisdiction or, in the Alternative, to Sever (Dkt. No. 7).

1.      *Collins* and *Halinski* were originally filed in Missouri state court before being removed to the United States District Court for the Eastern District of Missouri and transferred to this Court by the Judicial Panel on Multidistrict Litigation.

2.      Together, plaintiffs are 142 individuals from Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana,[2] Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Minnesota, Mississippi, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Tennessee, South Carolina, South Dakota, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

3.      Defendants Cook Group Incorporated, Cook Incorporated, and Cook Medical LLC are organized and headquartered in Indiana, and are citizens of Indiana.  Defendant William Cook Europe ApS is incorporated and headquartered in Denmark, and is a citizen of Denmark.

4.      On June 19, 2017, the U.S. Supreme Court decided *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773, holding that certain state court decisions regarding personal jurisdiction over out-of-state corporations violated the federal Constitution's guarantee of due process. Defendants have raised the question of whether, under the *Bristol-Myers Squibb* decision, the courts in Missouri would have personal jurisdiction to hear the claims by the non-Missouri plaintiffs in this case.

5.      To avoid those questions, the parties stipulate and agree to the following:

   a.   Plaintiffs withdraw their Motions to Remand.

   b.   Cook withdraws its Motions to Dismiss.

---

[2] The Indiana Plaintiffs are Thomas Wade Chrisman (*Collins*), Geraldine Dailey (*Halinski*), and Larry Combs (*Halinski*).

c.   With respect to Cook's alternative Motion to Sever, the parties respectfully request that the Court grant Cook's Motion to Sever, and sever *Collins* and *Halinksi* into individual suits, one plaintiff per lawsuit.

d.   Plaintiffs agree to file their respective Short Form Complaints within 60 days of the Court's order on this Motion.

e.   Plaintiffs agree to file the first 40 of the Plaintiff Profile Sheets within 60 days of the Court's order on this Motion and 40 more by each consecutive 30-day period on a rolling basis, the order of filing which shall be alphabetical.

f.   The Indiana Plaintiffs—Thomas Wade Chrisman, Geraldine Dailey, and Larry Combs—agree to voluntarily dismiss their claims against Cook without prejudice after they submit Plaintiff Profile Sheets establishing that they are indeed Indiana citizens.

g.   Plaintiffs Chrisman, Dailey, and Combs agree to re-file their individual cases in Indiana state court within 60 days of the Court's order dismissing their cases without prejudice.

6.   The parties dispute the identity of the proper transferor court should the Court dissolve MDL No. 2570 before the resolution of Plaintiffs' individual suits.  The parties agree, however, that for plaintiffs who are citizens of states other than Missouri, the Eastern District of Missouri is not the proper transferor court.  The parties also agree that the proper transferor court is either this Court or the District Court and Division in which venue would have been proper as of the filing dates of Plaintiffs' respective lawsuits.  The parties respectfully request that the Court determine the proper transferor court if and when the MDL is resolved, and at the time of

3

the remand of any of Plaintiffs' individual suits.  The parties will submit briefing on this issue at the appropriate time.

7.      A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the parties respectfully request that this Court enter an order (1) deeming Plaintiffs' Motions to Remand as withdrawn; (2) deeming Cook's Motions to Dismiss as withdrawn;  (3) granting Cook's Motion to Sever; (4) setting the deadline for each Plaintiff to file a Short Form Complaint as 60 days from the Court's order on this Motion; and (5) setting the deadline to file the first 40 of the Plaintiff Profile Sheets within 60 days of the Court's order on this Motion and 40 more by each consecutive 30-day period on a rolling basis, the order of filing which shall be alphabetical.

Respectfully submitted,

Dated: December 22, 2017              /s/ *Andrea Roberts Pierson*
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone: (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

                                      *Counsel for Cook Defendants*

                                      /s/ *Ben C. Martin*
                                      Ben C. Martin
                                      LAW OFFICE OF BEN C. MARTIN
                                      3219 McKinney Ave, Suite 100
                                      Dallas, TX 75204
                                      Tel: (214) 761-6614
                                      Fax: (314) 744-7590
                                      bmartin@bencmartin.com

Joseph N. Williams
RILEY WILLIAMS & PIATT LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
Tel: (317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115668769.02