## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Collins, et al.
    Cause No. 1:17-cv-06065-RLY-TAB

    Halinski, et al.
    Cause No. 1:17-cv-06066-RLY-TAB

### ORDER ON JOINT MOTION REGARDING
### AGREED DISPOSITION OF MOTIONS PENDING IN *COLLINS* AND *HALINSKI*

The Court, having considered the parties' Joint Motion Regarding Disposition of Pending Motions in *Collins* and *Halinski*, now GRANTS the Motion, finding that it is made for good cause and valid reasons.

IT IS THEREFORE ORDERED:

a. Plaintiffs' Motions to Remand *Collins* and *Halinski* are hereby deemed WITHDRAWN;

b. Cook's Motions to Dismiss are hereby deemed WITHDRAWN.

c. Cook's Motions to Sever are GRANTED. *Collins* and *Halinksi* shall be severed into individual suits under Federal Rules of Civil Procedure 20 and 21, one plaintiff per lawsuit.

d. Plaintiffs shall file Short Form Complaints within 60 days of this Order.

e.  Plaintiffs shall file the first 40 of the Plaintiff Profile Sheets within 60 days of the Court's order on this Motion and 40 more by each consecutive 30-day period on a rolling basis, the order of filing which shall be alphabetical.

f.  The Indiana Plaintiffs—Thomas Wade Chrisman, Geraldine Dailey, and Larry Combs—shall voluntarily dismiss their claims against Cook without prejudice after they submit Plaintiff Profile Sheets establishing that they are indeed Indiana citizens. For purposes of any analysis of the statute of limitations, should Plaintiffs Thomas Wade Chrisman, Geraldine Dailey, and Larry Combs re-file in Indiana state court within 60 days of the entry of dismissing their cases, the date of filing shall be considered to be the date of filing of the complaint in the plaintiffs' original actions filed in Missouri state court.

g.  The proper transferor court will be determined at the time of any remand of Plaintiffs' respective lawsuits.

Dated:_____

> The Honorable Richard L. Young, Judge
> United States District Court for the
> Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.