**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:17-cv-03855
Cause No. 1:17-cv-03868
Cause No. 1:17-cv-03872
Cause No. 1:17-cv-04353
Cause No. 1:17-cv-04360
Cause No. 1:17-cv-04367

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS

| | |
|---|---|
| Dated:　　December 22, 2017 | /s/ Andrea Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.115724388.01

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson