IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff
    JANICE GILLIAM, DECEASED
    1:17-cv-02545-WTL-TAB
_____

**NOTICE OF SUGGESTON OF DEATH
OF SPOUSAL PLAINTIFF LEON GILLIAM**

    Plaintiff counsel hereby suggest upon the record the death of Spousal Plaintiff Leon Gilliam. The time, date and circumstances of Mr. Gilliam's death are set forth in the Certificate of Death attached hereto as Exhibit "A".

Dated: December 28, 2017           */s/ Ben C. Martin*
                                                 Ben C. Martin
                                                 Thomas Wm. Arbon
                                                 **THE LAW OFFICE OF BEN C. MARTIN**
                                                 3710 Rawlins Street, Suite 1230
                                                 Dallas, TX 75219
                                                 Telephone: (214) 761-6614
                                                 Facsimile: (214) 744-7590
                                                 bmartin@bencmartin.com
                                                 tarbon@bencmartin.com

                                                 *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I electronically transmitted the attached document to the Clerk's Office and on counsel of record using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling.

　　　　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　　　Ben C. Martin