# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

**DECEDENT**

1. Decedent's Legal Name: Leon Gilliam
2. Sex: Male
3. Date of Death: July 1, 2017
4. Time of Death: 6:52 pm
5a. Age-Last Birthday (Years): 69
6. Date of Birth: June 20, 1948
7. Birthplace: Sullivan County, TN
8a. Place of Death: ER/Outpatient
8b. Facility Name: Holston Valley Medical Center
8c. City or Town: Kingsport
8d. County of Death: Sullivan
9. Marital Status: Widowed
11a. Decedent's Usual Occupation: Security Guard
11b. Kind of Business/Industry: Security
13a. Residence-State: Tennessee
13b. County: Sullivan
13c. City or Town: Kingsport
13d. Street: 1642 Spruce Street
13e. Inside City Limits: Yes
13f. Zip Code: 37664
14. Was Decedent Ever in US Armed Forces: Yes
15. Decedent's Education: High school graduate or GED completed
16. Hispanic Origin: No, not Spanish/Hispanic/Latino
17. Decedent's Race: White

18. Father's Name: Leonard Fritz
19. Mother's Name Prior to First Marriage: Stella Gilliam
20a. Informant's Name: Marc Gilliam
20b. Relationship to Decedent: Son
20c. Mailing Address: 1729 McGee Street, Kingsport, TN 37660

**DISPOSITION**

21a. Method of Disposition: Burial
21b. Place of Disposition: Oak Hill Memorial Park
21c. Location: Kingsport, Tennessee
22a. Signature of Funeral Director: Brent D. Warner
22b. License Number: 4670
22c. Signature of Embalmer: N/A
22d. License Number: N/A
23a. Name and Address of Funeral Home: Carter-Trent Funeral Home, PO Box 1129, Kingsport, TN 37662
23b. License Number of Funeral Home: 898

**REGISTRAR**

24. Registrar's Signature: Monika Ray DR
25. Date Filed: July 12, 2017

**CERTIFIER**

26b. Medical Examiner
27b. License Number: MD 010544
27c. Date Signed: 07-07-17
27d. Name and Address: William D Hudson, MD, P.O. Box 238, Kingsport, TN 37662

**MEDICAL CERTIFICATION**

28. Part I.
   a. Ventricular Fibrillation
   b. Acute Myocardial Infarction
   c. Atherosclerotic Heart Disease

29a. Was an Autopsy Performed? No

30. Manner of Death: Natural
31. Did Tobacco Use Contribute to Death? Unknown

**EXHIBIT A**

09069431

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Lori B Ferranti, PhD, MSN, MBA, RN
State Registrar/Asst. Commissioner

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

Date Issued: JUL 12 2017

**CERTIFICATION OF VITAL RECORD**