# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04022 | Cause No. 1:17-cv-04378 |
| Cause No. 1:17-cv-04055 | Cause No. 1:17-cv-04379 |
| Cause No. 1:17-cv-04056 | Cause No. 1:17-cv-04381 |
| Cause No. 1:17-cv-04059 | Cause No. 1:17-cv-04390 |
| Cause No. 1:17-cv-04060 | Cause No. 1:17-cv-04406 |
| Cause No. 1:17-cv-04061 | Cause No. 1:17-cv-04411 |
| Cause No. 1:17-cv-04082 | Cause No. 1:17-cv-04414 |
| Cause No. 1:17-cv-04084 | Cause No. 1:17-cv-04416 |
| Cause No. 1:17-cv-04085 | Cause No. 1:17-cv-04425 |
| Cause No. 1:17-cv-04377 | Cause No. 1:17-cv-04431 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    December 29, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.115769174.01

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115769174.01