**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ROSEANNE LOWTHER-BERMAN

Civil Case # 1:17-cv-06087-RLY-TAB

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Roseanne Lowther-Berman and Defendant Albeir Y. Mousa, M.D. through their undersigned counsel, that only Albeir Y. Mousa, M.D. is voluntarily dismissed from the above-captioned action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 29th day of December, 2017.

Respectfully Submitted,

/s/ Teresa C. Toriseva

Teresa C. Toriseva, Esq. (WVSB #6947)
TORISEVA LAW
1446 National Road
Wheeling, West Virginia 26003
Telephone: (304) 238-0066
Facsimile: (304) 238-0149
ceo@torisevalaw.com
*Counsel for Plaintiff*

/s/ Caleb B. David

David L. Shuman, Esq. (WVSB #3389)
Caleb B. David, Esq. (WVSB #12732)
SHUMAN, McCUSKEY, & SLICER, P.L.L.C.
P.O. Box 3953
Charleston, West Virginia 25339-3953
Telephone: (304) 345-1400
Facsimile: (304) 343-1826
dshuman@shumanlaw.com
*Counsel for Defendant Albeir Y. Mousa, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Teresa C. Toriseva

Teresa C. Toriseva (WVSB #6947)