**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-02570-RLY-TAB
PRODUCTS  LIABILITY LITIGATION                    MDL No. 2570

---

This Document Relates to Plaintiff:

ROSEANNE LOWTHER-BERMAN

Civil Case # 1:17-cv-06087-RLY-TAB

---

## <u>ORDER</u>

IT IS HEREBY STIPULATED, ORDERED, ADJUDGED, AND DECLARED that the

claims only between Roseanne Lowther-Berman against Defendant Albeir Y. Mousa, M.D. in

Civil Action No. MDL 2570 (Member Case 1:17-cv-06087-RLY-TAB) are dismissed in their

entirety without prejudice as to the refiling of the same, and each party shall bear its own costs.

Dated this _____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge