IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:17-cv-04047    Cause No. 1:17-cv-04062
Cause No. 1:17-cv-04048    Cause No. 1:17-cv-04081
Cause No. 1:17-cv-04049    Cause No. 1:17-cv-04083
Cause No. 1:17-cv-04050    Cause No. 1:17-cv-04312
Cause No. 1:17-cv-04051    Cause No. 1:17-cv-04316
Cause No. 1:17-cv-04052    Cause No. 1:17-cv-04355
Cause No. 1:17-cv-04053    Cause No. 1:17-cv-04424
Cause No. 1:17-cv-04054    Cause No. 1:17-cv-04427
Cause No. 1:17-cv-04057    Cause No. 1:17-cv-04429
Cause No. 1:17-cv-04058    Cause No. 1:17-cv-04430

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 29, 2017

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

US.115775955.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer