**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-04449
Cause No. 1:17-cv-04451
Cause No. 1:17-cv-04465
Cause No. 1:17-cv-04473

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook
     Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook
     Medical"); and
     William Cook Europe ApS

Dated:     December 29, 2017     /s/ John T. Schlafer
     Andrea Roberts Pierson (# 18435-49)
     John T. Schlafer (# 28771-49)
     FAEGRE BAKER DANIELS LLP
     300 North Meridian Street, Suite 2700
     Indianapolis, Indiana  46204
     Telephone:  (317) 237-0300
     Facsimile:  (317) 237-1000
     E-Mail:  andrea.pierson@faegrebd.com
     E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

2

US.115775987.01