IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04047 | Cause No. 1:17-cv-04062 |
| Cause No. 1:17-cv-04048 | Cause No. 1:17-cv-04081 |
| Cause No. 1:17-cv-04049 | Cause No. 1:17-cv-04083 |
| Cause No. 1:17-cv-04050 | Cause No. 1:17-cv-04312 |
| Cause No. 1:17-cv-04051 | Cause No. 1:17-cv-04316 |
| Cause No. 1:17-cv-04052 | Cause No. 1:17-cv-04355 |
| Cause No. 1:17-cv-04053 | Cause No. 1:17-cv-04424 |
| Cause No. 1:17-cv-04054 | Cause No. 1:17-cv-04427 |
| Cause No. 1:17-cv-04057 | Cause No. 1:17-cv-04429 |
| Cause No. 1:17-cv-04058 | Cause No. 1:17-cv-04430 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    December 29, 2017

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson