# EXHIBIT A

Date of Implant: _____
*Reason for Implant*: _____
Brand Name: _____ Mfr. _____
Implanting Physician: _____
Medical Facility: _____

• *Attach medical evidence of product identification.*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): 7-14-2011
*Type of retrieval*: catherization
Retrieval physician: Dr. Mark Rheudasil
Medical Facility: St. Joseph Hospital
Reason for Retrieval: IVC Filter fractured and migrated


Date of retrieval (including any attempts): 10/22/15
*Type of retrieval*: open removal
Retrieval physician: Dr. Mark Rheudasil
Medical Facility: St. Joseph Hospital
Reason for Retrieval: IVC Filter fractured and migrated


Date of retrieval (including any attempts): _____
*Type of retrieval*: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____


Date of retrieval (including any attempts): _____
*Type of retrieval*: _____
Retrieval physician: _____
Medical Facility: _____
Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ✓ Migration | ☑ Other One unsuccessful attempt at percutaneous retrieval |
| ✓ Tilt | ☑ Other Retrieved by open surgery |
| ✓ Vena Cava Perforation | ☐ Other |
| ✓ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

06/18/11 CT of abdomen _____ by ER physician at Eastside Medical Center _____
(e.g. imagine studies, surgery, doctor visits)
06/23/11 CT Abdomen _____ by Dr. Mark Rheudasil _____

_____ by D _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
I am depressed; have gained weight; afraid of exertion and heart beating too fast; before the filter was removed I was worried about it continuing to fracture and the parts migrating or perforating my organs. The filter has been removed but I still worry about the pieces of the filter that could not be removed migrating and damaging other organs. I still have a lot of anxiety, especially when I do not feel well as I think the pieces of filter might be causing a problem. I no longer work in my yard or keep my grandchildren.

## VIII. PAST HISTORY

**Number of Deep Vein Thromboses:** 2     **Number of Pulmonary Emboli:** 0

Prior to, or following placement of the device, have you ever had or been diagnosed with:

- _____ Lupus
- _____ Crohn's Disease
- _____ Factor V Leiden
- _____ Protein Deficiency
- _____ Spinal fusion or other back procedures
- _____ Anti-thrombin deficiency
- _____ Prothrombin mutation

Are you claiming damages for lost wages: [ ] Yes  [✓] No
If so, for what time period: _____
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present? [ ] Yes [✓] No
If so, when, and has the bankruptcy trustee been notified of your pending claim?

_____

Do you have a computer? [✓] Yes [ ] No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
[✓] Yes [ ] No