# EXHIBIT B

[Redaction]

10) Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes ✓ No ☐

If yes:

a) Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?

I have a leg of the filter that has migrated to my abdomen and is pressing against my spine. I'm afraid of bending over or being hit in the abdomen. I constantly worried about the filter fracturing more causing an aneurysm or death. I am also anxious over the constant pain in my body. I am afraid

b) When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?
June, 2011

c) When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?
June, 2011

d) To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).
June, 2011

e) Are you currently experiencing symptoms related to your claimed bodily injuries?
Yes ✓ No ☐

If yes, please describe your current symptoms in detail.

Because a piece of metal wire from the Cook Celect filter pierced through Ms. Brand's right thigh, Ms. Brand has to endure the pain of walking on a daily basis. Further, because a second strut fractured and migrated to a spot near Ms. Brand's spine, she continues to suffer back pain. She cannot bend, sit, or do household chores such as vacuuming, bathing, or grooming, without experiencing pain. Ms. Brand's pain continues.

