# EXHIBIT D

Tuesday, April 18, 2017

