IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## COOK DEFENDANTS' MOTION FOR ORAL ARGUMENT ON MOTION TO CONTINUE OR STAY *BRAND* AND SELECT PRODUCT-IN-PLACE <u>REPRESENTATIVE BELLWETHER TRIALS</u>

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") move, pursuant to Local Rules 7-5, 16-3, and CMO 18, for oral argument at the January 11, 2018 Status Conference on the Cook Defendants' Motion to Continue or Stay *Brand* and Select Product-in-Place Representative Bellwether Trials. The Cook Defendants respectfully suggest that oral argument will assist the Court in resolving the issues raised in their Motion.

WHEREFORE, Cook respectfully requests that the Court set oral argument on the Motion on January 11, 2018, and grant Cook all other just and appropriate relief.

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
Email: andrea.pierson@FaegreBD.com
Email: john.schlafer@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile:  (260) 460-1700
E-Mail:  stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, a copy of the foregoing "Cook Defendants' Motion for Oral Argument on Cook Defendants' Motion to Continue or Stay *Brand* and to Select Product-in-Place Representative Bellwether Trials" was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson