# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-02921 | Cause No. 1:17-cv-04474 |
| Cause No. 1:17-cv-03592 | Cause No. 1:17-cv-04475 |
| Cause No. 1:17-cv-03871 | Cause No. 1:17-cv-04476 |
| Cause No. 1:17-cv-04115 | Cause No. 1:17-cv-04485 |
| Cause No. 1:17-cv-04116 | Cause No. 1:17-cv-04487 |
| Cause No. 1:17-cv-04117 | Cause No. 1:17-cv-04515 |
| Cause No. 1:17-cv-04118 | Cause No. 1:17-cv-04518 |
| Cause No. 1:17-cv-04120 | Cause No. 1:17-cv-04519 |
| Cause No. 1:17-cv-04121 | Cause No. 1:17-cv-04520 |
| Cause No. 1:17-cv-04244 | Cause No. 1:17-cv-04521 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    January 4, 2018        /s/ John T. Schlafer
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    John T. Schlafer (# 28771-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana 46204
                                                    Telephone: (317) 237-0300
                                                    Facsimile: (317) 237-1000
                                                    E-Mail: andrea.pierson@faegrebd.com
                                                    E-Mail: john.schlafer@faegrebd.com

US.115862381.01

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ John T. Schlafer

US.115862381.01