IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC, IVC FILTERS
PRODUCTS LIABILTY LITIGTION
MDL No. 2570

THIS DOCUMENT RELATES TO:

**LYNN RUND**
Case No.  1:17-cv-3596

No.  1:17-cv-3596

**DISMISSAL GRANTED.**
Dated: 1/04/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(2)**

Plaintiff, LYNN RUND, through counsel undersigned, respectfully requests that the Court enter an order dismissing Case No. 1:17-cv-3596 without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Defendant(s) do not oppose this Motion.

**I.   INTRODUCTION**

Plaintiff, through undersigned counsel, filed the aforementioned Complaint on October 6, 2017.  *See* Complaint filed in Case No. 1:17-cv-3596, attached as Exhibit A.  Because of an internal clerical error in medical records given to Plaintiff's counsel, this complaint was incorrectly filed. Plaintiff's counsel did not learn of this error until they received further medical information from the facility. Now, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs move to dismiss Case NO. 1:17-cv-3596 without prejudice pursuant to Rule 41(a)(2).

**II.   ARGUMENT**

An action may be dismissed without prejudice at a plaintiff's request by court order on terms that the Court considers proper.  Fed. R. Civ. P. 41(a)(2); *Stevedoring Services of America v. Armilla Int'l B.V.*, 889 F.2d 919, 921, 1989 U.S. App. LEXIS 17456, *3, 15 Fed. R. Serv. 3d (Callaghan) 982 (9th Cir. Cal. 1989); *Design Trend Int'l Interiors, Ltd. v. Huang*, 2007 U.S. Dist.