**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04119 | Cause No. 1:17-cv-04139 |
| Cause No. 1:17-cv-04130 | Cause No. 1:17-cv-04323 |
| Cause No. 1:17-cv-04131 | Cause No. 1:17-cv-04325 |
| Cause No. 1:17-cv-04132 | Cause No. 1:17-cv-04486 |
| Cause No. 1:17-cv-04133 | Cause No. 1:17-cv-04522 |
| Cause No. 1:17-cv-04134 | Cause No. 1:17-cv-04535 |
| Cause No. 1:17-cv-04135 | Cause No. 1:17-cv-04536 |
| Cause No. 1:17-cv-04136 | Cause No. 1:17-cv-04537 |
| Cause No. 1:17-cv-04137 | Cause No. 1:17-cv-04541 |
| Cause No. 1:17-cv-04138 | Cause No. 1:17-cv-04544 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     January 4, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer