# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| RUBY IDZIAK | ) MDL No. 1:14-ml-2570-RLY-TAB |
| | ) MDL No. 2570 |
| v. | ) |
| | ) |
| COOK INCORPORATED; | ) Civil Case No. 1:17-cv-04697-RLY-TAB |
| COOK MEDICAL LLC; | ) |
| WILLIAM COOK EUROPE APS | ) |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: January 5, 2018                             Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
