# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**SEPARATE INDEX OF NON-SEALED EXHIBITS TO THE PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

| **Exhibit** | **Description** |
|---|---|
| 5 | Defendants' Third Amended Fact Sheet dated 10/28/16 |
| 7 | Third Amended CMO No. 4 (Party Profile Forms and Fact Sheets Protocol) |