**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibits "1," "2", "3," "4," "6," and "8" to Plaintiff's Brief/Memorandum. Defendants have designated these documents as "Confidential."

Dated: January 5, 2018

                                                          Respectfully Submitted,

                                                          */s/ Joseph N. Williams*_____
                                                          Joseph N. Williams, Atty. No. 25874-49
                                                          Riley Williams & Piatt, LLC
                                                          301 Massachusetts Avenue
                                                          Indianapolis, IN 46204
                                                          Telephone: (317) 633-5270
                                                          Facsimile: (317) 426-3348
                                                          Email: jwilliams@rwp-law.com
                                                          *Liaison Counsel to Plaintiffs' Steering Committee*
                                                          *and on behalf of Plaintiffs' Steering Committee*

>*/s/ Michael W. Heaviside*_____
>Michael W. Heaviside, Esq.
>Heaviside Reed Zaic, A Law Corporation
>910 17th Street NW, Suite 800
>Washington, DC 20006
>Telephone: (202) 233-1993
>Email: mheaviside@hrzlaw.com
>
>*/s/ Ben C. Martin*_____
>Ben C. Martin, Esq.
>The Law Office of Ben C. Martin
>3710 Rawlins Street, Suite 1230
>Dallas, TX 75219
>Telephone: (214) 761-6614
>Facsimile: (214) 74407590
>Email: bmartin@bencmartin.com
>
>*/s/ David P. Matthews*_____
>David P. Matthews, Esq.
>Matthew and Associates
>2509 Sackett St.
>Houston, TX 77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>Email: dmatthews@thematthewslawfirm.com
>
>*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>*/s/ Ben C. Martin*_____
>Ben C. Martin

2