AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Vincent Goynes | ) | |
| *Plaintiff* | ) | Case No.   1:17-cv-06070-RLY-TAB |
| v. | ) | |
| Cook, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff(s) Vincent Goynes                                                                                          .

Date:     01/09/2018                                   /s/ Nathan Buttars
                                                                    *Attorney's signature*

                                                          Nathan Buttars Utah Bar # 13659
                                                             *Printed name and bar number*

                                                                   Lowe Law Group
                                                                 6028 S. Ridgeline Dr.
                                                                      Ste. #200
                                                                  Ogden, UT 84405
                                                                        *Address*

                                                            nate@lowelawgroup.com
                                                                   *E-mail address*

                                                                   (801) 917-8500
                                                                  *Telephone number*

                                                                   (801) 917-8484
                                                                     *FAX number*