AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Vincent Goynes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-06070-RLY-TAB |
| Cook, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff(s) Vincent Goynes.

Date:  01/09/2018

/s/ Aaron Stringer
*Attorney's signature*

Aaron Stringer Utah Bar # 12681
*Printed name and bar number*

Lowe Law Group
6028 S. Ridgeline Dr.
Ste. #200
Ogden, UT 84405
*Address*

aaron@lowelawgroup.com
*E-mail address*

(801) 917-8500
*Telephone number*

(801) 917-8484
*FAX number*