**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff:

ROSEANNE LOWTHER-BERMAN

Civil Case # 1:17-cv-06087-RLY-TAB

**ORDER**

IT IS HEREBY STIPULATED, ORDERED, ADJUDGED, AND DECLARED that the claims only between Roseanne Lowther-Berman against Defendant Albeir Y. Mousa, M.D. in Civil Action No. MDL 2570 (Member Case 1:17-cv-06087-RLY-TAB) are dismissed in their entirety without prejudice as to the refiling of the same, and each party shall bear its own costs.

Dated this 8th day of January, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record