UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:17-cv-6072-RLY-TAB   Osario 1:17-cv-6077-RLY-TAB   Jewett 1:17-cv-6078-RLY-TAB   Givney 1:17-CV-6079-RLY-TAB   Strickland 1:17-CV-6081-RLY-TAB   Brownlow _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON OPPOSED MOTION FOR LEAVE TO COMPLETE BRIEFING**

Briefing on the motions to remand and/or sever in the above matters were not fully briefed before they were stayed pending transfer to this MDL. The Cook Defendants request leave to complete briefing, and Plaintiffs oppose the motion. The court, having read and reviewed the parties' submissions, now **GRANTS in part**[1] the Cook Defendants' Motion (Filing No. 7371).

It is **ORDERED** that the following deadlines are established:

1.   *Strickland*, 1:17-cv-6079-RLY-TAB

---

[1] Plaintiffs represent they will be filing a separate Response in *Osario*, 1:17-cv-6072-RLY-TAB.

1

    a.    The Defendants' response to the Motion to Remand is due **January 22, 2018**.

    b.    Plaintiffs shall file a reply, if any, by **February 5, 2018**.

    c.    The Defendants shall file a reply in support of their Motion to Sever by **January 22, 2018**.

2. *Jewett*, 1:17-cv-6077-RLY-TAB

    The Defendants shall file a reply in support of their Motion to Sever by **January 22, 2018**.

3. *Givney*, 1:17-cv-6078-RLY-TAB

    The Defendants shall file a reply in support of their Motion to Sever by **January 22, 2018**.

4. *Brownlow*, 1:17-cv-6081-RLY-TAB

    The Defendants shall file a reply in support of their Motion to Sever by **January 22, 2018**.

5. *Osario*, 1:17-cv-6072-RLY-TAB

    The Plaintiffs shall file a response to the present Motion for Leave to Complete Briefing by **January 22, 2018**.

**SO ORDERED** this 9th day of January 2018.

                                                     RICHARD L. YOUNG, JUDGE
                                                     United States District Court
                                                     Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.