IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PARACTICES AND                    Case No.: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This Document Relates to Plaintiff

**TRACY MARCUS**

**Civil Case No. 1:17-cv-4602**

## APPEARANCE BY COUNSEL

To:   The Clerk of Court and all parties of record:

COMES NOW the Law Offices of David M. Houliston (David M. Houliston), admitted *pro hac vice* to practice in this Court pursuant to the Court's *Amended Order Establishing Policies and Procedures, Document 3309 of MDL No. 2570*, and enters his appearance as counsel for Plaintiff, Tracy Marcus.

Respectfully submitted:

**LAW OFFICES OF DAVID M. HOULISTON**

*/s/ David M. Houliston*
DAVID M. HOULISTON, ESQ.
*Attorney for Plaintiff*
500 Tijeras Avenue NW
Albuquerque, NM 87102
Phone: (505) 247-1223
Fax:     (505) 214-5204
david@houlistonlaw.com