UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to all actions _____ | ) ) ) ) | |

## SCHEDULING ORDER

The court sets the following hearings/conferences before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204:

- **JANUARY 19, 2018 at 10:00 a.m**. – Hearing on pending Motions for Summary Judgment and Daubert issues in the Gage v Cook matter, cause no. 1:14-cv-1875-RLY-TAB

- **FEBRUARY 15, 2018 at 10:00 a.m.** – Status hearing

- **MARCH 7, 2018 at 10:00 a.m.** – Status hearing

- **MARCH 22, 2018 at 10:00 a.m.** – Hearing on pending Motions in Limine in the Gage v Cook matter, cause no. 1:14-cv-1875-RLY-TAB

- **APRIL 12, 2018 at 10:00 a.m.** – Final Pretrial Conference in the Gage v Cook matter, cause no. 1:14-cv-1875-RLY-TAB

- **MAY 10, 2018 at 10:00 a.m.** – Status hearing

- **JUNE 14, 2018 at 10:00 a.m.** – Status hearing

- **JULY 12, 2018 at 10:00 a.m.** – Status hearing

All conferences will be held in person.  The court anticipates only lead counsel need appear for hearings, though any counsel, with a filed Notice of Appearance, may attend.  Lead counsel are directed to email a joint agenda 10 days in advance of scheduled hearings to Tina Doyle, Courtroom Deputy.

**SO ORDERED** this 9th day of January 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record