**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-04464        Cause No. 1:17-cv-04570
Cause No. 1:17-cv-04480        Cause No. 1:17-cv-04571
Cause No. 1:17-cv-04482        Cause No. 1:17-cv-04572
Cause No. 1:17-cv-04483        Cause No. 1:17-cv-04577
Cause No. 1:17-cv-04484        Cause No. 1:17-cv-04580
Cause No. 1:17-cv-04489        Cause No. 1:17-cv-04586
Cause No. 1:17-cv-04504        Cause No. 1:17-cv-04587
Cause No. 1:17-cv-04562        Cause No. 1:17-cv-04588
Cause No. 1:17-cv-04564

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook
      Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook
      Medical"); and
      William Cook Europe ApS

Dated:          January 10, 2018          /s/ John T. Schlafer
                                                Andrea Roberts Pierson (# 18435-49)
                                                John T. Schlafer (# 28771-49)
      FAEGRE BAKER DANIELS LLP
      300 North Meridian Street, Suite 2700
      Indianapolis, Indiana  46204
      Telephone:  (317) 237-0300
      Facsimile:  (317) 237-1000
      E-Mail:  andrea.pierson@faegrebd.com
      E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ John T. Schlafer

US.115972761.01