# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04464 | Cause No. 1:17-cv-04570 |
| Cause No. 1:17-cv-04480 | Cause No. 1:17-cv-04571 |
| Cause No. 1:17-cv-04482 | Cause No. 1:17-cv-04572 |
| Cause No. 1:17-cv-04483 | Cause No. 1:17-cv-04577 |
| Cause No. 1:17-cv-04484 | Cause No. 1:17-cv-04580 |
| Cause No. 1:17-cv-04489 | Cause No. 1:17-cv-04586 |
| Cause No. 1:17-cv-04504 | Cause No. 1:17-cv-04587 |
| Cause No. 1:17-cv-04562 | Cause No. 1:17-cv-04588 |
| Cause No. 1:17-cv-04564 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:    January 10, 2018 | /s/ Andrea Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.115972896.01

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson

US.115972896.01