UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                       MDL No. 2570

---

This Document Relates to Plaintiff
Ashley Gilbert
Civil Case No. 1:16-cv-6049-RLY-TAB

---

## COOK DEFENDANTS' MOTION TO DISMISS COURTNEY LUNG

The Cook Defendants[1] respectfully move to dismiss Plaintiff Ashley Gilbert's claims against Courtney Lung pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), or 12(b)(6).  The Cook Defendants are entitled to dismissal of Plaintiff's claims against Courtney Lung under Rules 12(b)(2) and 12(b)(5) because Plaintiff has not served Ms. Lung since filing the complaint over 18 months ago, and the Court lacks jurisdiction over Courtney Lung as a result.  The Cook Defendants are entitled to dismissal of Plaintiff's claims against Courtney Lung under Rule 12(b)(6) because, even if the Court allowed Plaintiff additional time to serve Courtney Lung, taking all Plaintiff's allegations as true, Plaintiff fails to state claims under Nevada law against Ms. Lung.  Alternatively, the Court should consider Ms. Lung's uncontroverted sworn testimony submitted with the Cook Defendants' Notice of Removal, find her joinder fraudulent, and dismiss all of Plaintiff's claims against her.

For these reasons, and as further explained in the contemporaneously filed Cook Defendants' Memorandum In Support Of Motion to Dismiss Courtney Lung, the Cook

---

[1] "The Cook Defendants" consist of Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated, and William Cook Europe ApS.

1

US.115901265.02

Defendants respectfully request that the Court dismiss Courtney Lung from this action, or drop her as a party, and provide all other just and appropriate relief.

Dated: January 12, 2018

Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, a copy of the foregoing motion was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer

US.115901265.02