UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiffs Tracy Lowicki and Ron Lowicki Civil Case No. 1:17-cv-6071-RLY-TAB | |

**COOK DEFENDANTS'**
**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

The Cook Defendants[1] respectfully move the Court for partial judgment on the pleadings dismissing all of Plaintiffs Tracy and Ron Lowicki's claims against Courtney Lung pursuant to Federal Rule of Civil Procedure 12(c).  The Cook Defendants are entitled to judgment on Plaintiffs' complaint because, even taking all of Plaintiffs' allegations as true, Plaintiffs have not pleaded and, as the undisputed Declaration of Ms. Lung that accompanied the Cook Defendants' Notice of Removal demonstrates, *cannot* plead a legally viable claim against Ms. Lung under Nevada law.

---

[1] "The Cook Defendants" consist of Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated, and William Cook Europe ApS.

1

For this reason, and as further explained in the contemporaneously filed Cook Defendants' Memorandum In Support Of Motion For Partial Judgment On The Pleadings, the Cook Defendants respectfully request that the Court enter judgment on the pleadings in the Cook Defendants favor and provide all other just and appropriate relief.

Dated: January 12, 2018

Respectfully submitted,

/s/ John T. Schlafer
Andrea Roberts Pierson, Co-Lead Counsel
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, a copy of the foregoing motion was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer