

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**
10:53 am, Jan 12, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Pavlock v. Cook Incorporated, et al., )
    S.D. Texas, C.A. No. 4:17-03851 )   MDL No. 2570
    1:18-cv-06088-RLY-TAB

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-listed actions (*Pavlock*) on January 4, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Pavlock* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-56" filed on January 4, 2018, is LIFTED. The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel