**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03923 | Cause No. 1:17-cv-04605 |
| Cause No. 1:17-cv-04298 | Cause No. 1:17-cv-04606 |
| Cause No. 1:17-cv-04527 | Cause No. 1:17-cv-04607 |
| Cause No. 1:17-cv-04589 | Cause No. 1:17-cv-04608 |
| Cause No. 1:17-cv-04592 | Cause No. 1:17-cv-04609 |
| Cause No. 1:17-cv-04593 | Cause No. 1:17-cv-04611 |
| Cause No. 1:17-cv-04594 | Cause No. 1:17-cv-04619 |
| Cause No. 1:17-cv-04595 | Cause No. 1:17-cv-04620 |
| Cause No. 1:17-cv-04602 | Cause No. 1:17-cv-04624 |
| Cause No. 1:17-cv-04603 | Cause No. 1:17-cv-04645 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated:          January 12, 2018          /s/ John T. Schlafer
                                          Andrea Roberts Pierson (# 18435-49)
                                          John T. Schlafer (# 28771-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  john.schlafer@faegrebd.com

US.116003116.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

2