# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03923 | Cause No. 1:17-cv-04605 |
| Cause No. 1:17-cv-04298 | Cause No. 1:17-cv-04606 |
| Cause No. 1:17-cv-04527 | Cause No. 1:17-cv-04607 |
| Cause No. 1:17-cv-04589 | Cause No. 1:17-cv-04608 |
| Cause No. 1:17-cv-04592 | Cause No. 1:17-cv-04609 |
| Cause No. 1:17-cv-04593 | Cause No. 1:17-cv-04611 |
| Cause No. 1:17-cv-04594 | Cause No. 1:17-cv-04619 |
| Cause No. 1:17-cv-04595 | Cause No. 1:17-cv-04620 |
| Cause No. 1:17-cv-04602 | Cause No. 1:17-cv-04624 |
| Cause No. 1:17-cv-04603 | Cause No. 1:17-cv-04645 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    January 12, 2018

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

US.116003561.01

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     /s/ Andrea Pierson

US.116003561.01