**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Cause No.: 1:17-cv-06087-RLY-TAB

### JOINT NOTICE OF WITHDRAWAL OF COOK'S MOTION TO SEVER AND PLAINTIFF'S MOTION TO REMAND, AND JOINT STATEMENT ON DIVERSITY JURISDICTION

Cook and Plaintiff Roseanne Lowther-Berman hereby notify the Court that Cook's Motion to Sever and Plaintiff's Motion to Remand – both of which were previously filed in the United States District Court for the Southern District of West Virginia prior to transfer to the MDL – are hereby withdrawn in light of the stipulation to dismiss Albeir Y. Mousa, M.D., filed by Plaintiff's counsel on December 29, 2017, and approved on January 9, 2018.  *See* Dkt. No. 41, attached as Exhibit A; Dkt. No. 7451, attached as Exhibit B.

The Parties jointly notify the Court that Plaintiff no longer challenges the existence of diversity jurisdiction given the dismissal of Dr. Mousa, who was the sole non-diverse defendant, and both Parties agree that the case should proceed as part of the MDL.

1

Dated: January 12, 2018						Respectfully submitted,

								/s/ John T. Schlafer
								Andrea Roberts Pierson (# 18435-49)
								John T. Schlafer (# 28771-49)
								FAEGRE BAKER DANIELS LLP
								300 North Meridian Street, Suite 2700
								Indianapolis, Indiana  46204
								Telephone:  (317) 237-0300
								Facsimile:  (317) 237-1000
								E-Mail:  andrea.pierson@faegrebd.com
								E-Mail:  john.schlafer@faegrebd.com

								*Attorneys for Defendants Cook Group Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS*

Dated: January 12, 2018						Respectfully submitted,

								*/s/* Joshua D. Miller
								Joshua D. Miller
								TORISEVA LAW
								1446 National Road
								Wheeling, West Virginia 26003
								Telephone:   (304) 238-0066
								Facsimile:    (304) 238-0149

								*Attorneys for Plaintiff Roseanne Lowther-Berman*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                                            /s/ John T. Schlafer

US.116006011.01