IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>    1:14-cv-06018-RLY-TAB | |

**P<small>LAINTIFF</small>'<small>S</small> N<small>OTICE OF</small> C<small>LARIFICATION ON</small> P<small>LAINTIFF</small>'<small>S</small> M<small>OTION TO</small> C<small>OMPEL</small> D<small>ISCOVERY</small>**

On January 5, 2018, Plaintiff filed her Motion to Compel Discovery. [ECF No. 7440]. Relevant here, Plaintiff seeks to compel seven depositions. Of these seven, five were directly involved in Cook's investigation of Ms. Brand's filter fracture. Dr. Griffin was among the five witnesses who participated in that investigation. In fact, Dr. Griffin's observations and opinions were made a part of Cook's Single Complaint Report related to Mrs. Brand's filter failure. Plaintiff's counsel asked Cook to make Dr. Griffin available for deposition, but (as of this date) Cook has not agreed.

By way of clarification, Plaintiff advises the court that Dr. Griffin is not an employee of Cook and Plaintiff will be issuing a subpoena for Dr. Griffin to secure his deposition. He was included in Plaintiff's motion to compel out of an abundance of caution and to inform both Cook and the Court that Plaintiff intends to take

Dated: January 5, 2018

Respectfully Submitted,

*/s/ Joseph N. Williams*_____
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>*/s/ Ben C. Martin*
> Ben C. Martin