IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Barbara Stover vs. Cook Medical, Inc., et al    **Date:** 11/30/17
**Docket No.:** 1:17-cv-02120
**Plaintiff(s) attorney and Contact information:**
Ben C. Martin/Thomas Wm. Arbon
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Barbara Lee Pattilo Stover
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: John A. Stover    Loss of Consortium?  ☐ Yes ☑ No
3. Date of birth: 4/19/37
4. Date of death (if applicable): N/A
5. Social Security No.: 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
6. Current Address: 312 N. Wilhelm, Stinnett, TX 79083
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   John A. Stover; DOM: June 28, 1956

8. Do you have children? ☒Yes ☐No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | Loretta Fisher, Midland, TX | 4/25/57 | No |
   | Rebecca Barnett, Borger, TX | 12/30/59 | No |
   | Gary Stover, Stinnett, TX 79083 | 04/02/62 | No |
   | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   John A. Stover - age 80 Years - Husband

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    some high school - Stinnett High School

11. Are you claiming damages for lost wages: ☐Yes ☒No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | N/A | | | |
    | | | | |
    | | | | |
    | | | | |

2

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

N/A

14. Have you ever served in any branch of the military? ☐Yes ☑No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

    If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:
    N/A

16. Do you have a computer? ☐Yes ☑No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☑No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 06/26/09
2. Reason for Implant: DVT/PE
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: E2344824
6. Placement Physician (Name/Address): William Bechtel, MD, 1501 S.Coulter St, Amarillo, TX
7. Medical Facility (Name/Address): Northwest Texas Healthcare System, 1501 Coulter St, Am

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). Greenfield
   b. When was this device or product implanted in you? 08/12/05
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? Bruce Baker, MD, 6700 SW 9th Ave E, Amarillo, TX
   d. Provide the name and address of facilities where the other device or product implanted in you? Baptist Saint Anthony, 1600 Wallace Blvd, Amarillo, TX
   e. State your understanding of why was the other device or product implanted in you? DVT/PE

• *Attach medical evidence of product identification*

### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 10/17/05 (removal of the Greenfield filter)
2. Type of retrieval: percutaneous
3. Retrieval physician (Name/Address): Bruce Baker, MD, 6700 SW 9th Ave E, Amarillo, TX
4. Medical Facility (Name/Address): Baptist Saint Anthony, 1600 Wallace Blvd, Amarillo, TX
5. Reason for Retrieval: no longer needed

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A


1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A


1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other embedded IVC filter |
| ☐ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

08/12/15 CT scan by Amarillo Urology Associates, LLP, 1900 MediPark, A
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The Plaintiff complains of daily abdominal and back pain.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 79    Height 5'1"    Weight 250
2. Provide your: Age 72    Weight 265    (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 1996-1998 | Bruce Baker, MD, Amarillo Diagnostic Clinic, 6700 SW 9th Ave E, Amarillo, TX |
| 2003-2009 | Bruce Baker, MD, Amarillo Diagnostic Clinic, 6700 SW 9th Ave E, Amarillo, TX |
| 2004 | Jesse Perales, MD, Golden Plains Medical Plaza, 202 S. McGree St, Borger, TX |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☐ Yes ☑ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2009 | Northwest Texas Healthcare System, 1501 Coulter St, Amarillo, TX 79106 |
| 2014-2016 | Amarillo Diagnostic Clinic, PA, 6700 SW 9th Ave, Amarillo, TX 79106 |
| 2015-2017 | Amarillo Urology Associates, LLP, 1900 Medi Park Drive, Amarillo, TX |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Bruce Baker, MD - pulmonologist | 6700 SW 9th Ave E, Amarillo, TX | 1996-Present |
| Michael A. Lary, MD - vascular surgeon | 6 Medical Dr, Amarillo, TX | 2015-Present |
| S. Lance Cox, MD - cardiologist | 6200 I-40 West Amarillo, TX 79106 | 2010-Present |
| Baay Peter, MD - cardiac surgeon | 6 Medical Dr, Amarillo, TX | 2013 |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐ Yes ☑ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   The Plaintiff contends that she is limited on how much time she is able to spend on her household chores such as cleaning her floors, bathroom, laundry and yard work.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   4

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   4

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☐ Yes ☑ No | | |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☐ Yes ☑ No | | |

7

| Anti-thrombin deficiency<br>☐Yes ☑No | | |
| --- | --- | --- |
| Prothrombin mutation<br>☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| **Approx. Date Range** | **Health Problem or Surgery** |
| --- | --- |
| 2014 | Cameron Hodges, MD, BSA Health System, 1900 Med Park Dr, Amarillo, TX - Bariatric Surgery |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

N/A

13. Do you now or have you ever smoked tobacco products? ☐Yes ☑No

    If yes: How long have/did you smoke? N/A

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Verapamil | high blood pressure | 25 Years | Walmart Borger, TX |
| Warfarin | blood clots | 2000 - Present | Walmart Borger, TX |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: N/A

    b. Case/Claim Number: N/A

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☑No. If yes, specify:

    a. Date (or year) of application: N/A

    b. Type of benefits sought: N/A

    c. Agency/Insurer from which you sought the benefits: N/A

    d. The nature of the claimed injury/disability: N/A

9

e. Whether the claim was accepted or denied: N/A

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Loretla Fisher | Midland, TX 806-790-0727 | Daughter |
| Becky Barnett | Borger, TX 806-231-8500 | Daughter |
| John Stover | 312 N. Wilhelm, Stinnett, TX 79083 | Spouse |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☒ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☒ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☑the documents are attached OR ☐I have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, Barbara L. Stover, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated 11/30/17 and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

Barbara Stover
[Signature of Claimant]

| DATE | TIME | STANDARD ORDERS ARTERIOGRAM, ANGIOGRAM POST ORDERS | Authorization is given to dispense another brand of drug identical in form and content unless checked |
|---|---|---|---|
| 1/26/09 | 12:47 | | |

**DO NOT USE ABBREVIATIONS**

DIAGNOSIS: Protobotic pre-surgical, No DVT

PROCEDURE: IVC Filter Placement

REFERRING PHYSICIAN: _____

- **U** write unit
- **IU** write international unit

POST-PROCEDURE:

1. Transfer to PACU or designated area_____
2. Strict bedrest x __6__ hours with __Lt__ leg kept straight x __6__ hours.
3. Check __Lt__ groin for hematoma and __Lt__ foot for pulses Q 15 mins x 4, Q 30 mins x 4, and Q 1hour x 3.

- **QD or QOD** write daily or every other day
- **MS, MSO4, MgSO4** write morphine, morphine sulfate, or magnesium sulfate

4. Vital signs Q 15 mins x 4, Q 30 mins X 4, Q hour x 3, then routine, or as previously written.
5. If patient taking medications containing metformin, instruct patient to hold medication x 48 hours post-procedure and document this on the Medication Reconciliation list.

- **µ** write microgram or mcg

6. ~~Resume pre-procedure diet.~~ Clear Liq Diet TM VK/hy

- **Lack of leading Zero** always write a zero before a decimal

7. Pain medication: Tylenol 650 po q30 PRN.
8. IV fluids of _____ @ _____ ml/hr or maintain IV saline lock.

- **Trailing Zero** never write a zero after the decimal

9. Any problems, notify Dr. Bechtol _____ or Radiologist PA _____, Diagnostic Imaging at ext. 1700.

- **Apothecary symbols** write metric system of measure

10. If outpatient, may be discharged at __5 pm__, if no problems noted.
    DC saline lock at time of discharge. Patient to be provided with home instruction sheet.

↑ HOB 20° only TM DS/hy⊙

Cook® Celect Filter

REF IGTCFS-65-FEM-CELECT-PERM
Health Care Center NWTH
Implantation Date 6-26-09
Patient Identification Stover Barbara



NWTH Radiology Department

COOK  William Cook Europe DK-4732 Bjaeverskov www.cookmedical.com  LOT E2344824

Doctors: All orders must have time, date and be signed by physician.

---

**Northwest Texas Healthcare System**
P.O. Box 1110
Amarillo, Texas

POST-PROCEDURE ARTERIOGRAM, ANGIOGRAM

75033b
04/27/2009
Page 1 of 1

PO0010

PATIENT IDENTIFICATION

78795556
STOVER, BARBARA L
DOB: 01/07/1938  71  SX: F  RAD
MRN: 561326   ADM/REG DT: 06/26/09
NORTHWEST TEXAS HEALTHCARE SYS

02/01/2017  2:26 PM

**Account Financial History By Service Date**
AMARILLO UROLOGY ASSOCIATES LLP

Page 1

**Selections:**
Service Dates: 01/01/2015 - 12/31/2016
Accounts: 658117
Activity Types: Charges, Payments, Adjustments, Transfers, Refunds

**Type Date Legend:**
Charges - Service Date, Credits - Post Date

| Account Date | Type | Name | Description | Provider | Proc Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 658117 | Stover, Barbara | | | | | | | | | |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 99202 | Office Visit Initial 2 or other out-patient visit | 07/28/2015 | 599.71 | 1.00 | 100.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 81001 | Urinalysis, Automated with Microscopic Exam | 07/28/2015 | 599.71 | 1.00 | 21.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | P9612 | Cath for Specimen Collection Only | 07/28/2015 | 599.71 | 1.00 | 10.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 1036F | Current Non - smoker | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 1123F | Advance Care Plan, discussed and documented | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 3017F | Colorectal Screening | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | 4040F | Pneumonia vaccine given or previously received | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8419 | BMI >30 or <22 calculated, no follow up plan documented | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8427 | List of current meds with dosages, patient verified | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8482 | Influenza immunization ordered or administered | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8753 | Most recent systolic blood pressure >= 140mmHg | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8754 | Most recent diastolic blood pressure < 90mmHg | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 07/28/2015 | CHG | Stover, Barbara | | MMH | G8952 | hypertensive blod preassure reading, f/u not needed, not do | 07/28/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 99215-25 | Office or Outpatient Visit Established 5 | 08/13/2015 | 599.71 | 1.00 | 340.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 81001 | Urinalysis, Automated with Microscopic Exam | 08/13/2015 | 599.71 | 1.00 | 21.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 36415 | Venipuncture | 08/13/2015 | 599.71 | 1.00 | 10.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 82565-QW | Creatinine-Serum | 08/13/2015 | 599.71 | 1.00 | 20.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | Q9967 | LOCM 300-399 mg/ml Iodine, 1ml | 08/13/2015 | 599.71 | 100.00 | 150.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 52000 | Cystourethroscopy | 08/13/2015 | 599.71 | 1.00 | 600.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 74178-TC | CT Abdomen and Pelvis with and without contrast | 08/13/2015 | 599.71 | 1.00 | 650.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 1036F | Current Non - smoker | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 1123F | Advance Care Plan, discussed and documented | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 3017F | Colorectal Screening | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | 4040F | Pneumonia vaccine given or previously received | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | | RK | G8417 | Calculated BMI above upper parameter, f/u documented | 08/13/2015 | 599.71 | 1.00 | 0.00 |

02/01/2017  2:26 PM

Account Financial History By Service Date
AMARILLO UROLOGY ASSOCIATES LLP

Page 2

**Account** 658117 Stover, Barbara

| Date | Type | Name/Description | Provider | Proc Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/2015 | CHG | Stover, Barbara | RK | G8427 | List of current meds with dosages, patient verified | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | RK | G8482 | Influenza immunization ordered or administered | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | RK | G8753 | Most recent systolic blood pressure >= 140mmHg | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | RK | G8754 | Most recent diastolic blood pressure < 90mmHg | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/12/2015 | CHG | Stover, Barbara | RK | G8950 | Prehypertensive or hypertensive blood pressure f/u needed | 08/13/2015 | 599.71 | 1.00 | 0.00 |
| 08/13/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.06 |
| 08/13/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 08/13/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.15 |
| 08/13/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -7.00 |
| 08/13/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.69 |
| 08/13/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -28.15 |
| 08/13/2015 | PMT | 8907558897 | | | Elec. Transfer from MC | 08/12/2015 | | | -63.49 |
| 08/25/2015 | PMT | 1167622317 | | | Elec. Transfer from MEDG01 | 08/25/2015 | | | -14.37 |
| 08/31/2015 | PMT | 8908650111 | | | Elec. Transfer from MC | 08/28/2015 | | | -471.99 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -199.29 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -2.25 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.69 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -7.00 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.06 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -13.03 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.14 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -135.80 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.23 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -402.76 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -3.16 |
| 08/31/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -417.96 |
| 08/31/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -3.71 |
| 09/15/2015 | PMT | 1170198986 | | | Elec. Transfer from MEDG01 | 09/15/2015 | | | -116.84 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 99215-25 | Office or Outpatient Visit Established 5 | 10/23/2015 | M54.9 | 1.00 | 340.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 81001 | Urinalysis, Automated with Microscopic Exam | 10/23/2015 | M54.9 | 1.00 | 21.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | P9612 | Cath for Specimen Collection Only | 10/23/2015 | R35.0 | 1.00 | 10.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 74176-TC | CT abdomen & pelvis w/o contrast | 10/23/2015 | M54.9 | 1.00 | 375.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 1036F | Current Non - smoker | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 1123F | Advance Care Plan, discussed and documented | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 3017F | Colorectal Screening | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | 4040F | Pneumonia vaccine given or previously received | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8420 | Calculated BMI within normal parameters and documented | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8427 | List of current meds with dosages, patient verified | 10/23/2015 | M54.9 | 1.00 | 0.00 |

02/01/2017  2:26 PM

Account Financial History By Service Date
AMARILLO UROLOGY ASSOCIATES LLP

Page 3

| Account Date | Type | Name/Description | Provider | Proc Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 658117 | Stover, Barbara | | | | | | | | |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8482 | Influenza immunization ordered or administered | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8752 | Most recent systolic blood pressure <140mmhg | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8754 | Most recent diastolic blood pressure < 90mmHg | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 10/22/2015 | CHG | Stover, Barbara | MMH | G8783 | Normal blood pressure reading documented, no f/u required | 10/23/2015 | M54.9 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 99213 | Office or Outpatient Visit Established 3 | 11/10/2015 | N20.0 | 1.00 | 173.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 81001 | Urinalysis, Automated with Microscopic Exam | 11/10/2015 | N20.0 | 1.00 | 21.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 1036F | Current Non - smoker | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 1123F | Advance Care Plan, discussed and documented | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 3017F | Colorectal Screening | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | 4040F | Pneumonia vaccine given or previously received | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8420 | Calculated BMI within normal parameters and documented | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8427 | List of current meds with dosages, patient verified | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8482 | Influenza immunization ordered or administered | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8752 | Most recent systolic blood pressure <140mmhg | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8754 | Most recent diastolic blood pressure < 90mmHg | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/09/2015 | CHG | Stover, Barbara | JP | G8783 | Normal blood pressure reading documented, no f/u required | 11/10/2015 | N20.0 | 1.00 | 0.00 |
| 11/12/2015 | PMT | 891596830 | | | Elec. Transfer from MC | 11/10/2015 | | | -198.57 |
| 11/12/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -199.29 |
| 11/12/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -2.25 |
| 11/12/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.69 |
| 11/12/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 11/12/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -7.00 |
| 11/12/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.06 |
| 11/12/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -271.56 |
| 11/12/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.66 |
| 11/13/2015 | CHG | Stover, Barbara | RF | 52356-LT | Cysto, ureteroscopy, Laser with stent | 11/16/2015 | N20.0 | 1.00 | 1,025.00 |
| 11/20/2015 | CHG | Stover, Barbara | RF | 52310 | Cysto, Remove Foreign Body, Stent | 11/23/2015 | Z46.6 | 1.00 | 590.00 |
| 11/25/2015 | PMT | 1179724212 | | | Elec. Transfer from COMM70 | 11/25/2015 | | | -48.83 |
| 11/30/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 11/30/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.12 |
| 11/30/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.69 |
| 11/30/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -102.98 |
| 11/30/2015 | PMT | 891780394 | | | Elec. Transfer from MC01 | 11/27/2015 | | | -59.12 |
| 12/03/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -6.65 |
| 12/03/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -609.39 |
| 12/03/2015 | PMT | 891836072 | | | Elec. Transfer from MC | 12/02/2015 | | | -325.84 |

02/01/2017  2:26 PM

Account Financial History By Service Date
AMARILLO UROLOGY ASSOCIATES LLP

Page 4

| Account Date | Type | Name / Description | Provider | Proc Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 658117 | Stover, Barbara | | | | | | | | |
| 12/09/2015 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -2.42 |
| 12/09/2015 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -438.91 |
| 12/09/2015 | PMT | 891899979 | | | Elec. Transfer from MC01 | 12/08/2015 | | | -118.45 |
| 12/09/2015 | PMT | 1182194368 | | | Elec. Transfer from COMM70 | 12/09/2015 | | | -14.00 |
| 12/17/2015 | PMT | 1183375531 | | | Elec. Transfer from COMM70 | 12/17/2015 | | | -83.12 |
| 12/22/2015 | PMT | 1184022585 | | | Elec. Transfer from MEDGAP | 12/22/2015 | | | -30.22 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 99212 | Office or Outpatient Visit Established 2 | 02/02/2016 | N20.0 | 1.00 | 103.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 81001 | Urinalysis, Automated with Microscopic Exam | 02/02/2016 | N20.0 | 1.00 | 21.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 1036F | Current Non - smoker | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 1123F | Advance Care Plan, discussed and documented | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 3017F | Colorectal Screening | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | 4040F | Pneumonia vaccine given or previously received | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8417 | Calculated BMI above upper parameter,f/u documented | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8427 | List of current meds with dosages, patient verified | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8482 | Influenza immunization ordered or administered | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8752 | Most recent systolic blood pressure <140mmhg | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8754 | Most recent diastolic blood pressure < 90mmHg | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/02/2016 | CHG | Stover, Barbara | RF | G8783 | Normal blood pressure reading documented, no f/u required | 02/02/2016 | N20.0 | 1.00 | 0.00 |
| 02/19/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 02/19/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.68 |
| 02/19/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -61.58 |
| 02/19/2016 | PMT | 892460563 | | | Elec. Transfer from MC | 02/18/2016 | | | -4.23 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 99214 | Office or Outpatient Visit Established 4 | 02/24/2016 | N20.0 | 1.00 | 254.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 81001 | Urinalysis, Automated with Microscopic Exam | 02/24/2016 | N20.0 | 1.00 | 21.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 36415 | Venipuncture | 02/24/2016 | N20.0 | 1.00 | 10.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 82565-QW | Creatinine-Serum | 02/24/2016 | N20.0 | 1.00 | 20.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | Q9967 | LOCM 300-399 mg/ml Iodine, 1ml | 02/24/2016 | N20.0 | 100.00 | 150.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 74400 | IVP, w or w/o tomography, w or w/o kub | 02/24/2016 | N20.0 | 1.00 | 225.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 1036F | Current Non - smoker | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 1123F | Advance Care Plan, discussed and documented | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 3017F | Colorectal Screening | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | 4040F | Pneumonia vaccine given or previously received | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8420 | Calculated BMI within normal parameters and documented | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8427 | List of current meds with dosages, patient verified | 02/24/2016 | N20.0 | 1.00 | 0.00 |

02/01/2017  2:26 PM

**Account Financial History By Service Date**
**AMARILLO UROLOGY ASSOCIATES LLP**

Page 5

| Account Date | Type | Name / Description | Provider | Proc Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 658117 | Stover, Barbara | | | | | | | | |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8482 | Influenza immunization ordered or administered | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8752 | Most recent systolic blood pressure <140mmhg | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8754 | Most recent diastolic blood pressure < 90mmHg | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 02/23/2016 | CHG | Stover, Barbara | RF | G8783 | Normal blood pressure reading documented, no f/u required | 02/24/2016 | N20.0 | 1.00 | 0.00 |
| 03/02/2016 | PMT | 1194941862 | | | Elec. Transfer from COMM | 03/02/2016 | | | -41.42 |
| 03/14/2016 | PMT | 8926104079 | | | Elec. Transfer from MC | 03/11/2016 | | | -186.08 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -150.58 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.65 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.68 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -7.00 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.06 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -13.02 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.14 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -137.00 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.21 |
| 03/14/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -121.95 |
| 03/14/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.65 |
| 03/30/2016 | PMT | 1199594051 | | | Elec. Transfer from MEDGAP | 03/30/2016 | | | -43.89 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 99212-25 | Office or Outpatient Visit Established 2 | 05/23/2016 | R10.9 | 1.00 | 103.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 81001 | Urinalysis, Automated with Microscopic Exam | 05/23/2016 | R10.9 | 1.00 | 21.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | P9612 | Cath for Specimen Collection Only | 05/23/2016 | R10.9 | 1.00 | 10.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 74176-TC | CT abdomen & pelvis w/o contrast | 05/23/2016 | R10.9 | 1.00 | 375.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 1036F | Current Non - smoker | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 1123F | Advance Care Plan, discussed and documented | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 3017F | Colorectal Screening | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | 4040F | Pneumonia vaccine given or previously received | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8417 | Calculated BMI above upper parameter,f/u documented | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8427 | List of current meds with dosages, patient verified | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8482 | Influenza immunization ordered or administered | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8753 | Most recent systolic blood pressure >= 140mmHg | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8754 | Most recent diastolic blood pressure < 90mmHg | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 05/19/2016 | CHG | Stover, Barbara | RF | G8952 | hypertensive bllod preassure reading, f/u not needed, not do | 05/23/2016 | R10.9 | 1.00 | 0.00 |
| 06/09/2016 | PMT | 893189667 | | | Elec. Transfer from MC01 | 06/08/2016 | | | -120.97 |
| 06/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -61.58 |
| 06/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.66 |

02/01/2017  2:26 PM

Account Financial History By Service Date
AMARILLO UROLOGY ASSOCIATES LLP

Page 6

Account: 658117   Stover, Barbara

| Date | Type | Name / Description | Provider | Proc Code | Description | Ref. Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.68 |
| 06/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 06/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -7.00 |
| 06/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.06 |
| 06/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -271.27 |
| 06/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.66 |
| 06/21/2016 | PMT | 1213401749 | | | Elec. Transfer from MEDGAP | 06/21/2016 | | | -29.03 |
| 08/23/2016 | CHG | Stover, Barbara | RF | 99212 | Office or Outpatient Visit Established 2 | 08/23/2016 | Z09 | 1.00 | 103.00 |
| 08/23/2016 | CHG | Stover, Barbara | RF | 81001 | Urinalysis, Automated with Microscopic Exam | 08/23/2016 | Z09 | 1.00 | 21.00 |
| 08/23/2016 | CHG | Stover, Barbara | RF | 1036F | Current Non - smoker | 08/23/2016 | Z09 | 1.00 | 0.00 |
| 08/23/2016 | CHG | Stover, Barbara | RF | 1123F | Advance Care Plan, discussed and documented | 08/23/2016 | Z09 | 1.00 | 0.00 |
| 08/23/2016 | CHG | Stover, Barbara | RF | 3017F | Colorectal Screening | 08/23/2016 | Z09 | 1.00 | 0.00 |
| 08/23/2016 | CHG | Stover, Barbara | RF | G8427 | List of current meds with dosages, patient verified | 08/23/2016 | Z09 | 1.00 | 0.00 |
| 09/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 09/09/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.66 |
| 09/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.68 |
| 09/09/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -61.58 |
| 09/09/2016 | PMT | 893774500 | | | Elec. Transfer from MC | 09/08/2016 | | | -36.71 |
| 09/26/2016 | PMT | 1229745638 | | | Elec. Transfer from MEDGAP | 09/26/2016 | | | -8.28 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 99213 | Office or Outpatient Visit Established 3 | 11/28/2016 | Z09 | 1.00 | 175.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 81001 | Urinalysis, Automated with Microscopic Exam | 11/28/2016 | Z09 | 1.00 | 21.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 1123F | Advance Care Plan, discussed and documented | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 1036F | Current Non - smoker | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 3017F | Colorectal Screening | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | 4040F | Pneumonia vaccine given or previously received | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | G8417 | Calculated BMI above upper parameter,f/u documented | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | G8427 | List of current meds with dosages, patient verified | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | G8482 | Influenza immunization ordered or administered | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | G8753 | Most recent systolic blood pressure >= 140mmHg | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 11/28/2016 | CHG | Stover, Barbara | JP | G8754 | Most recent diastolic blood pressure < 90mmHg | 11/28/2016 | Z87.440 | 1.00 | 0.00 |
| 12/15/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -0.09 |
| 12/15/2016 | ADJ | GSA | | | Government Sequestration Adjustment. | | | | -1.10 |
| 12/15/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -16.68 |
| 12/15/2016 | ADJ | MEDADJ | | | Medicare Adjustment | | | | -106.34 |
| 12/15/2016 | PMT | 894733209 | | | Elec. Transfer from MC01 | 12/14/2016 | | | -58.06 |
| 12/29/2016 | PMT | 1245925294 | | | Elec. Transfer from MEDGAP | 12/29/2016 | | | -13.73 |

02/01/2017  2:26 PM

**Account Financial History By Service Date**
**AMARILLO UROLOGY ASSOCIATES LLP**

Page 7

| Account Date | Type | Name / Description | Provider: | Proc Code | | | | Ref. Date: | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 658117 | | Stover, Barbara | | | | | | | | | |
| | Account Totals: | PMT: 2,087.24 | RFD: | XFR: 0.00 | | ADJ: 0.00 | | CHG: 4,022.76 | | 6,110.00 | 315.00 | 0.00 |
| | Report Totals: | PMT: 2,087.24 | RFD: | XFR: 0.00 | | ADJ: 0.00 | | CHG: 4,022.76 | | 6,110.00 | 315.00 | 0.00 |