**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*
IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that
is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed
in accordance with the requirements and guidelines set forth in the applicable Case Management
Order.

## I. CASE INFORMATION

**Caption:** David Faust vs. Cook Medical, Inc., et al          **Date:** 09/05/2017
**Docket No.:**  1:17-cv-01762
**Plaintiff(s) attorney and Contact information:**
Ben C. Martin/Thomas Wm. Arbon
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s),
      including maiden name (if applicable): David Michael Faust
   b. If you are completing this form in a representative capacity (e.g., on behalf of the
      estate of a deceased person), please list your full name and your relationship to the
      person listed in 1(a) above: N/A
      [If you are completing this form in a representative capacity, please respond to the
      remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Laurel A. Faust                          Loss of Consortium?  ☐Yes ☑No
3. Date of birth: 12/07/53
4. Date of death (if applicable): N/A
5. Social Security No.: 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
6. Current Address:  563 Walnut Street, Royersford, PA 19468
   a. If you have lived at this address for less than ten (10) years, provide each of your
      prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

Laurel A. Faust; DOM: 06/12/76

8. Do you have children? ☑Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Michael Faust, 11 Huntsman Kanata Ontario, Canada | 01/09/77 | No |
| Marc Faust, 563 Walnut Street, Royersford, PA 1946 | 08/22/81 | No |
| Matt Faust, 6111 2nd Avenue, Royersford, PA 19456 | 08/06/83 | No |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

Laurel A. Faust; spouse

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Associate Degree; Montgomery County Community College

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| Lake Regional MC | Storeroom Clerk | 77-Present | $22.63/hr |
| | | | |
| | | | |
| | | | |

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

N/A

14. Have you ever served in any branch of the military? ☐Yes ☑No

a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

N/A

16. Do you have a computer?  ☐Yes ☑No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☐No ☑Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 06/08/13
2. Reason for Implant: DVT
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: E3037398
6. Placement Physician (Name/Address): Jeffrey L. Hung, MD, 730 S.Hanover St, Pottstown, PA 19465
7. Medical Facility (Name/Address): Pottstown Memorial Medical Center, 1600 East High Stree

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s).  N/A
   b. When was this device or product implanted in you?  N/A
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product?  N/A
   d. Provide the name and address of facilities where the other device or product implanted in you?  N/A
   e. State your understanding of why was the other device or product implanted in you? N/A

• *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

   1. Date of retrieval (including any attempts): N/A
   2. Type of retrieval: N/A
   3. Retrieval physician (Name/Address): N/A
   4. Medical Facility (Name/Address): N/A
   5. Reason for Retrieval: N/A

(This section to be used if more than one retrieval attempted)

   1. Date of retrieval (including any attempts): N/A
   2. Type of retrieval: N/A
   3. Retrieval physician (Name/Address): N/A
   4. Medical Facility (Name/Address): N/A
   5. Reason for Retrieval: N/A

   1. Date of retrieval (including any attempts): N/A
   2. Type of retrieval: N/A
   3. Retrieval physician (Name/Address): N/A
   4. Medical Facility (Name/Address): N/A
   5. Reason for Retrieval: N/A

   1. Date of retrieval (including any attempts): N/A
   2. Type of retrieval: N/A
   3. Retrieval physician (Name/Address): N/A
   4. Medical Facility (Name/Address): N/A
   5. Reason for Retrieval: N/A

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other occlusive thrombosis of the infrarenal inferior ver |
| ☑ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☑ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

12/22/15 - CT of abdomen _____ by Pottstown Memorial MC, 1600 E.High St, Pottstown,

(e.g. imaging studies, surgery, doctor visits) _____ by _____

01/12/16 - CT of abdomen _____ by Pottstown Memorial MC, 1600 E.High St, Pottstown,

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The Plaintiff complains of pain in his leg, groin, and chest.  He also complains of fatigue.

## VIII. MEDICAL BACKGROUND

1.  Provide your current: Age  63 _____ Height 5'10 _____ Weight 194 _____
2.  Provide your: Age 59 _____ Weight 185 _____ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 11/29/11 | PMA Medical Specialists, LLC, 410 West Linfield Trappe Road, Limerick, PA 19468 |
| 2012 & 2013 | Pottstown Memorial MC, 1600 E.High St, Pottstown, PA 19464 |
| 2013 | Rothman Institute Orthopaedics, 400 Enterprise Dr, Royersford, PA 19468 |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

☑Yes ☐No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2014-2016 | Pottstown Memorial MC, 1600 E.High St, Pottstown, PA 19464 |
| 2013 | Gregory Chapis, MD, 1603 E. High St #A, Pottstown, PA 19464 |
| 2015-2016 | Phoenixville Surgical Associates, LLC, 420 W. Linfield Trappe Road, Suite 3200, Limerick, PA 19468 |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Jose Moreno, MD; urologist | 20 Sunnybrook Road, Pottstown, PA 19464 | 2016 |
| Mark B. Real, MD; PCP | 410 W. Linfield Trappe Rd, #100, Limerick, PA 19468 | 2015-2016 |
| Jeffrey Stevens, DO; hematologist | 1600 E. High St., Pottstown, PA 19464 | 2016 |
| Edward Pavillard, DO; vascular surgeon | 420 Linfield Trappe Rd, #320, Limerick, PA 19468 | 2015-2016 |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐Yes ☑No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   The Plaintiff can no longer play basketball. He also cannot stand for more than 10 minutes without getting tired.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   1

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   2

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No | | |
| Crohn's Disease<br>☐Yes ☑No | | |
| Factor V Leiden<br>☑Yes ☐No | 2013 | Pottstown Memorial MC, 1600 E.High St, Pottstown, PA 19464 |
| Protein Deficiency<br>☐Yes ☑No | | |
| Spinal fusion/back sx<br>☐Yes ☑No | | |

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 02/06/13 | H. William Schaaf, MD; 400 Enterprise Dr, Royersford, PA 19468 - left knee surgery |
| 2016 | All Health Chiropractic; 567 Church Street, Royersford, PA 19468 - back injury |
| 2016-present | Marta Jimenez, MD; neurologist; 1569 Medical Drive, Pottstown, PA 19464 - seen for head and neck pain |
| 2014 | Jonathan Frederick, MD, orthopaedic hand surgeon; 599 Arcola Road, Collegeville, PA 19426 - injured middle finger |
| 2014 | Pottstown Memorial MC, 1600 E.High St, Pottstown, PA 19464 - colonoscopy |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

N/A

_____

_____

_____

13. Do you now or have you ever smoked tobacco products? ☑Yes ☐No

   If yes: How long have/did you smoke? _10 years_

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Amrix | headaches | 2017 | Rite Aid; Royersford, PA |
| Xarelto | blood cots | 2013-2015; 2017 | Rite Aid; Royersford, PA |
| Gabapentin | headaches | 2017 | Rite Aid; Royersford, PA |
| | | | |
| | | | |
| | | | |
| | | | |

## IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

   a. Court in which lawsuit/claim was filed or initiated: _N/A_

   b. Case/Claim Number: _N/A_

   c. Nature of Claim/Injury: _N/A_

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☑No.  If yes, specify:

   a. Date (or year) of application: _N/A_

   b. Type of benefits sought:  _N/A_

   c. Agency/Insurer from which you sought the benefits: _N/A_

   d. The nature of the claimed injury/disability: _N/A_

e. Whether the claim was accepted or denied: N/A

3.  Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|------|--------------------|--------------------|
| Laurel A. Faust | 563 Walnut Street, Royersford, PA 19468 | Wife |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.  If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

2.  If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

3.  Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

    Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _David Faust_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _9/05/17_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_[signature]_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

Instructions for Use

Patient I.D. Card Included

IMPLANT CARD

Günther Tulip™ ⸱ Cava ⸱ilter
For Femoral Vein App. ⸱ch

POTTSTOWN MEDICAL CTR        RM:625/2
FAUST DAVID M
12/07/1953  59  W M  MIP
MR#:000322114  Act#:3794713
RAMAN MANJULA K MD   DOS:06/07/13

Cook® Tulip™ Vena Cava Filter

REF IGTCFS-65-1-FEM-TULIP

Health Care Center        PMMC

Implantation Date       6-9-13

Patient Identification    David Faust

E3037398

COOK MEDICAL

William Cook Europe
DK-4632 Bjeverskov
www.cookmedical.com

IGTCFS-65-1-FEM-TULIP-0906-338-01EN

William Cook Europe
Sandet 6, 4632 Bjaeverskov
DENMARK

© William Cook Europe 2009

COOK MEDICAL

POTTSTOWN MEDICAL CTR        RM:625/2
FAUST DAVID M
12/07/1953  59  W M  MIP
MR#:000322114  Act#:3794713
RAMAN MANJULA K MD   DOS:06/07/13



Fig.18



Fig.13



Fig.14



Fig.15



Fig.16

Fig.17

6. Introduce the retrieval loop system through the coaxial retrieval sheath system, advance and connect the white Tuohy-Borst side-arm adapter of the loop system to the sheath system. The Tuohy-Borst adapter can be tightened around the catheter to prevent loss of blood (Fig. 13).

7. Loosen the screw of the clear Y-fitting to enable advancement of the loop inside the catheter. Hold the clear Y-fitting and push the pin vise forward. Advance until the loop has fully expanded inside the vena cava and surrounds the filter (Fig. 14).

8. Pull back the loop until it engages the hook of the filter (Fig. 15).

   **CAUTION:** Do not pull on the filter beyond what is required to keep tension on the loop. Doing so may cause damage to the caval wall.

9. Hold the wire loop steady with the pin vise, then push the clear Y-fitting with the catheter forward until it touches the hook. To snare the filter in this position make sure to firmly lock the screw of the clear Y-fitting on the wire loop (Fig. 16).

   **NOTE:** If the retrieval wire loop is losing its shape during the attempt to engage the hook of the filter, it can be removed and gently reshaped. After reshaping, clean loop and proceed from step 6.

10. While holding steady the retrieval loop system with the clear Y-fitting, advance the white Tuohy-Borst side-arm adapter and the black inner sheath with the coaxial retrieval system. The filter collapses and the hooks disengage from the caval wall (Fig. 17).

    **CAUTION:** Advance the inner sheath over the filter to collapse it. Do not retract the loop snare. This may cause damage to the caval wall.

11. When the tip of the coaxial retrieval system is at the anchors, loosen the hub of the outer sheath, advance the outer sheath forward to cover the whole filter, and retrieve the complete assembly (Fig. 18).

    **CAUTION:** If the outer sheath is not advanced over the inner sheath to cover the anchors, the anchors may scratch or damage the caval wall.

## POST-RETRIEVAL CARE

After retrieval of filter, hospital standard of care should be followed for removing the sheath and providing hemostasis to prevent bleeding at the vascular access site.

## HOW SUPPLIED

Supplied sterilized by ethylene oxide gas in peel-open packages. Intended for one-time use. Sterile if package is unopened or undamaged. Do not use the product if there is doubt as to whether the product is sterile. Store in a dark, dry, cool place. Avoid extended exposure to light. Upon removal from package, inspect the product to ensure no damage has occurred.

## REFERENCES

These instructions for use are based on experience from physicians and (or) their published literature. Refer to your local Cook sales representative for information on available literature.

I-GTCFS-65-1-FEM-TULIP-0906-338-01EN

I-GTCFS-65-1-FEM-TULIP-0906-338-01EN

## CLINICAL STUDIES

To evaluate the safety of retrieving the Günther Tulip Vena Filter, a clinical study was conducted in which 41 patients (female (n=19); male (n=22)) were enrolled for possible retrieval of the filter. The results of this and other published and presented sources listed below demonstrate that the Günther Tulip Vena Cava Filter may be safely retrieved:

| References | Filters Inserted | Retrieval Attempts[1] | Successful Retrievals | Range (Days) | Mean (Days) | Adverse Events |
|---|---|---|---|---|---|---|
| Hanno Hoppe M et al. "Günther Tulip Filter Retrievability Multicenter Study Including CT Follow-up: Final Report", JVIR 2006; 17:1017-1023 | 41 | 26 | 26 | 2-20 | 11.4 | None |
| Kachura JR, "Inferior Vena Cava Filter Removal After 475-day Implantation", JVIR 2008; 10:1169-1169. | 1 | 1 | 1 | 475 | 475 | None |
| Binkert CA, Bansal A, Gates JD, "Inferior Vena Cava Filter Removal After 317 day Implantation," JVIR 2005; 16:1395-1398. | 1 | 1 | 1 | 317 | 317 | Mild caval stenosis following 317-day retrieval; follow-up OK |
| Lyon SM, "Retrievable (Günther Tulip) Filter: Scope in Inferior Vena Cava (IVC) Retrieval", Paper, 2005 Annual Meeting Society of Interventional Radiology." | 182 | 122 | 110 | 1-300 | 99.9 | 1 Mini IVC Stenosis, 2 Filter fractured (subclinical and therefore did not require treatment, embolization not required) |
| Piano G, et al. "Safety, Feasibility, and Outcome of Retrievable Vena Cava Filters in High-risk Surgical Patients," J Vasc Surg 2007; 45:784-788 | 60 | 54 | 52 | 32-162 | 63 | One patient had non-fatal PE with filter in place. Three patients required second retrieval attempt. All three were successful. |
| Terhaar OA, Lyon SM, Given MF, Fraser AG, Mc Grath F, Lee MJ, "Extended Interval for Retrieval of Günther Tulip Filters," JVIR 2004; 15:1257-1262. | 53 | 18 | 16 | 7-126 | 34 | None |
| Morris CS, Rogers FB, Najarian KE, Bhave AD, Shackford SR, "Current Trends In Vena Caval Filtration with the Introduction of a Retrievable Filter at a Level 1 Trauma Center," J Trauma, 2004; 57(1):32-36. | 58 | 14 | 13 | 11-41 | 19 | One patient had a non-fatal PE after filter retrieval. |

[1] The unsuccessful retrievals did not result in adverse events; the device was left in place to place as a permanent implant.

I-GTCFS-65-1-FEM-TULIP-0906-338-01EN

6   ENGLISH

## INSTRUCTIONS FOR USE

### Preparation

1. Flush the introducer sheath and dilator.



Fig. 2

2. Advance the introducer dilator through the middle of the silicone valve on the introducer sheath. Secure the introducer dilator to the introducer sheath by twisting the dilator hub clockwise (Fig. 2).



Fig. 3

3. Remove the filter protection tube (Fig. 3).

### Filter Placement

4. Puncture the femoral vein using the Seldinger technique.
5. Over the wire guide, dilate the puncture site with the dilator. Remove the dilator.
6. Advance the coaxial introducer sheath system over the wire guide.
7. Remove the wire guide.
8. Using either power or hand injection, perform cavography to verify position below (caudal to) the renal veins.

   WARNING: Do not exceed maximum pressure rating of 1000 psi and flow rate of 20 ml/sec.

Fig. 4

9. Remove the introducer dilator by twisting the dilator hub counter clockwise (Fig. 4).

I-GTCFS-65-1-FEM-TULIP-0906-338-01EN

ENGLISH   7

## INTENDED USE

The Günther Tulip Vena Cava Filter Set is intended for the prevention of recurrent pulmonary embolism (PE) via placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulant therapy is contraindicated;
- Failure of anticoagulant therapy in thromboembolic diseases;
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced; and
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

The Günther Tulip Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled "Optional Retrieval Procedure".

The product is intended for percutaneous placement via a femoral vein for filtration of inferior vena cava (IVC) blood to prevent pulmonary embolism.

The product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

## CONTRAINDICATIONS

**Filter Placement:**
- Megacava (diameter of the IVC > 30 mm).
- Vena cava filters should not be implanted in patients with risk of septic embolism.

**Optional Filter Retrieval**
- Retrieval of the filter with significant amounts of trapped thrombus (greater than 25% of the volume of the cone).
- Retrieval of the filter for patients with an on-going high risk for pulmonary embolism.

## WARNINGS

**Filter Placement**
- This Günther Tulip Vena Cava Filter Set is intended for femoral vein approach only and cannot be used for jugular vein approach.
- Manipulation of products requires fluoroscopic control.
- When injecting contrast medium, do not exceed maximum pressure rating of 1000 psi and flow rate of 20 ml/sec. Hand injection is also possible.
- **Excessive force should not be used to place filter.**

**Optional Filter Retrieval**
- Excessive force should not be used to retrieve the filter.
- An inferior vena cavagram evaluation for residual captured thrombus should be performed prior to attempted retrieval.
- Available data from retrievals in multicenter and single center studies demonstrate that the device can be safely retrieved. Please refer to the "Clinical Studies" section of this booklet for clinical study references to the retrieval of this filter.

## PRECAUTIONS

Possible allergic reactions should be considered.

**Filter Placement**
- For placement of the filter, the right femoral vein is preferable. An approach via the left femoral vein is possible.
- The filter for femoral vein approach is supplied preloaded on the filter introducer. Do not separate the preloaded filter introducer assembly to view or examine the components.
- Any attempt to reload may damage the introducer or filter.
- Use the radiopaque band of the sheath to ensure that the filter is completely out of the sheath before injection of contrast medium in the vena cava (handle and sheath hub are connected).
- Once the metal mount point is past the radiopaque marker on the sheath, the secondary legs of the filter are expanded. The filter may be repositioned only by advancing the filter; retracting the filter could damage the secondary legs or caval wall.

**Optional Filter Retrieval**
- For filter retrieval, a right jugular vein approach is preferable. An approach via the left jugular vein is possible; however, there are no available data which demonstrate the safety or effectiveness of filter retrieval via the left jugular vein.
- The filter has been designed to be retrieved with the Günther Tulip Vena Cava Filter Retrieval Set, GTRS- (not included). Cook has not performed testing to evaluate the safety or effectiveness of filter retrieval using other retrieval systems.
- Never re-deploy a retrieved filter.

## MR COMPATIBILITY

Non-clinical testing has demonstrated that the Günther Tulip Vena Cava Filter is MR Conditional. It can be scanned safely immediately after placement under the following conditions:
- Static magnetic field of 3.0 Tesla or less.
- Spatial gradient field of 525 Gauss/cm or less.
- Maximum whole body averaged specific absorption rate (SAR) of 3.0 W/kg for 15 minutes of scanning.

In non-clinical testing, the Günther Tulip Vena Cava Filter produced a temperature rise of less than 0.8°C at a maximum whole body averaged specific absorption rate (SAR) of 3.0 W/kg for 15 minutes of MR scanning in a 3.0 Tesla MR system using a transmit/receive body coil (Excite, Software G3.0-052B, General Electric Healthcare, Milwaukee, WI) MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the Günther Tulip Vena Cava Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

## POTENTIAL ADVERSE EVENTS

- Damage to the vena cava
- Pulmonary embolism
- Filter embolization
- Vena cava perforation
- Vena cava occlusion or thrombosis
- Hemorrhage
- Extravasation of contrast material at time of vena cavagram
- Hematoma at vascular access site
- Infection at vascular access site
- Thrombosis or stenosis at implant site
- Death

# GÜNTHER TULIP™ VENA CAVA FILTER

## *For Femoral Vein Approach*

**CAUTION:** U.S. Federal Law restricts this device to sale by or on the order of a physician (or properly licensed practitioner).

### DEVICE DESCRIPTION

The Günther Tulip Vena Cava Filter Set consists of a non-magnetic filter (30 mm diameter, 50 mm long), preloaded on a femoral filter introducer system, a 7.0 French coaxial introducer system (is compatible with a .035 inch wire guide), and a hydrophilic-coated dilator. The introducer dilator has 8 sideports and two radiopaque markers 30 mm apart (end to end).

### SET COMPONENTS

Fig. 1



THREE-WAY STOPCOCK
Plastic

DILATOR
Radiopaque hydrophilic coated 10.0 French 20 cm long

Tactile Bump

Preloaded filter introducer

FEM

COAXIAL INTRODUCER SHEATH SYSTEM

Radiopaque introducer sheath, 7.0 French 65 cm long with radiopaque band and radiopaque introducer dilator with 2 radiopaque markers at the distal end

Check-Flo Valve

Hook

Günther Tulip
Vena Cava Filter
supplied preloaded

Secondary Legs

Anchors

Primary Legs



Fig. 5

10. Place the filter introducer with the premounted filter into the hub of the introducer sheath and advance it into the sheath (Fig. 6).



Fig. 6

11. Advance the filter introducer until the silicone disc contacts the tactile bump. This will place the hook of the filter inside the sheath at the radiopaque band. Verify that the position of the hook is inside the sheath and still below the renal veins (Fig. 6).

Fig. 7

12. Stabilize the introducer, and withdraw the sheath and connect it to the handle. At this point the filter is expanded, still connected to the filter introducer (Figs. 7 and 8).

13. Proper position can now be verified by injection of contrast medium.

**WARNING:** The pre-exposed filter can be advanced, but never pulled back into the sheath. Doing so will damage the shape of the filter.

**CAUTION:** Filter release or injection of contrast medium must not be made unless the metal mounting point is completely free of the sheath. Use the radiopaque band for positioning.



Fig. 8

ENGLISH                                    I-HGTCFS-65-1-FEM-TUUP-0806-338-01EN

Fig. 9

14. When the filter position is correct, push the red safety button to prepare filter release (Fig. 9).

Fig. 10

15. Verify that the sheath hub and handle are connected to ensure that the metal mount point is completely free of the sheath before filter release. To release the filter, push the release button completely to ensure proper release of filter. Repositioning of the filter is no longer possible. The filter is now released (Fig. 10).

16. Perform a cavagram to verify filter position, and then withdraw the introducer sheath.

**Optional Retrieval Procedure**

**NOTE:** If a filter retrieval is going to be performed, please refer to Instructions for Use provided with the Günther Tulip Vena Cava Filter Retrieval Set (not included) for device description and caution statement.



Fig. 11

1. Hold the clear Y-fitting and pull back the plastic pin vise on the wire loop retriever to cover the loop. Tighten the screw of the clear Y-fitting to keep the loop inside the catheter (Fig. 11).

2. Puncture the right jugular vein using the Seldinger technique.

3. Position a flush catheter inferior to the filter and perform a diagnostic vena cavagram.

4. Exchange the flush catheter for the coaxial retrieval sheath system, advancing it over the wire guide.

Fig. 12

5. Remove the red inner dilator and the wire guide. Verify the position by injection of contrast medium (Fig. 12).

I-HGTCFS-65-1-FEM-TUUP-0806-338-01EN                                    **ENGLISH   9**