IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Forrest Gibbs vs. Cook Inc., at all    **Date:** 09/01/17
**Docket No.:** 1:17-cv-01785
**Plaintiff(s) attorney and Contact information:**
Ben C. Martin/Thomas Wm. Arbon
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

## II. PLAINTIFF INFORMATION

1. Please State:
    a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Forrest Ray Gibbs
    b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
    [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Tori Gibbs    Loss of Consortium?  ☐ Yes ☑ No
3. Date of birth: 01-23-68
4. Date of death (if applicable):
5. Social Security No.: 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
6. Current Address: 540 County Road 1444, Bonham, TX 75418
    a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Emily Denise Gibbs; DOM 06/02/99 (Divorced)

   Tori Gibbs; DOM: 06/08/12 (Separated)

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | Raegan Mac Gibbs, 540 County Road 1444, Bonham | 11/19/00 | Yes |
   | Mary Reese Gibbs, 540 County Road 1444, Bonham, | 07/08/08 | Yes |
   | Raylee McKenna Gibbs, 540 County Road 1444, Bon | 08/22/12 | Yes |
   | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    High School Graduate; Bonham High School 1986

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | Fannin County | Machine Operator | 1995 to Present | $32,000/yearly |
    | | | | |
    | | | | |
    | | | | |

2

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes ☒ No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

N/A

14. Have you ever served in any branch of the military? ☐ Yes ☒ No

   a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

   N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐ Yes ☒ No

   If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

   N/A

16. Do you have a computer? ☐ Yes ☒ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☒ Yes ☐ No ☐ Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 01/22/14
2. Reason for Implant: brain contusions sustained in an MVA
3. Brand Name: Cook
4. Mfr. Celect
5. Lot Number: E3132453
6. Placement Physician (Name/Address): Brent C. Morgan, M, 4001 West 15th Street, Suite 455, Plano, TX 75093
7. Medical Facility (Name/Address): Medical Center of Plano, 3901 West 15th Street, Plano, TX 75075

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). N/A
    b. When was this device or product implanted in you? N/A
    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? N/A
    d. Provide the name and address of facilities where the other device or product implanted in you? N/A
    e. State your understanding of why was the other device or product implanted in you? N/A

- *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 02/01/17
2. Type of retrieval: EGD
3. Retrieval physician (Name/Address): Laura Bruce Petry, MD, 2710 Swiss Ave, Dallas, TX 75204
4. Medical Facility (Name/Address): Baylor University Medical Center, Dallas, TX
5. Reason for Retrieval: 2 struts perforating the duodenum were clipped off and removed.

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): 07/2717
2. Type of retrieval: Percutaneous
3. Retrieval physician (Name/Address): Jaryd Stein, MD, 12400 Coit Road, Dallas, Texas 75251
4. Medical Facility (Name/Address): Precision Vascular & Interventional, 12400 Coit Road, Dallas, Texas 75251
5. Reason for Retrieval: Filter perforated IVC wall. 2 struts perforating duodenum clipped & remo

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other 2 struts perforated the duodenum. |
| ☐ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☑ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

01/31/17 - CT abd  by  Texoma Medical Center, 5016 US HWY 75, Denison

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

02/01/17 - Repair of duodenum  by  Baylor University Medical Center, 3500 Gaston Ave,

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Prior to the repair of Plaintiff's duodenum and the removal of the IVC filter, the Plaintiff experienced abdominal pain, which was caused from struts perforating the Plaintiff's IVC wall and duodenum. The Plaintiff suffered anxiety and stress knowing the IVC filter had perforated his duodenum.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 49   Height 6'2"   Weight 170
2. Provide your: Age 45   Weight 200   (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 12/30/2013 | Medical Center of Plano, Medical Center of Plano, 3901 West 15th Street, Plano, TX 75075 (MVA) |
|  |  |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☑ Yes ☐ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| See Attachment 1 |  |
|  |  |
|  |  |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

6

ATTACHMENT I
Page 6, No. 5

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

1) Medical Center of Plano
3901 West 15th Street
Plano, TX 75075
2014

2) Texoma Medical
5016 State US Hwy 75
Denison, TX 75020
01/31/17

3) Baylor University Medical Center
3500 Gaston Ave
Dallas, TX 75426
01/31/17-02/17

4) Texoma Medical
5016 State US Hwy 75
Denison, TX 75020
02/08/17

5) Baylor University Medical Center
3500 Gaston Ave
Dallas, TX 75426
02/09/17

6) Precision Vascular & Interventional
12400 Coit Road
Dallas, Texas 75251
07/27/17

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Laura Bruce Petrey, MD; general surgeon | 2710 Swiss Ave, Dallas, TX 75204 | 02/2017 |
| | | |
| | | |
| | | |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐ Yes ☑ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   The Plaintiff restricted his physical activities by not lifting more than 10 lbs because was afraid the IVC filter would fracture, migrate or cause further damage to his organs. He also lived in daily fear of bowel obstruction since the filter struts were perforating into his duodenum. Plaintiff has recently had the filter removed.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   1

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   0

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☐ Yes ☑ No | | |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☐ Yes ☑ No | | |

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| All listed above | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

N/A

8

13. Do you now or have you ever smoked tobacco products? ☐ Yes ☑ No

    If yes: How long have/did you smoke? N/A

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Attachment II | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐ Yes ☑ No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: N/A

    b. Case/Claim Number: N/A

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐ Yes ☑ No. If yes, specify:

    a. Date (or year) of application: N/A

    b. Type of benefits sought: N/A

    c. Agency/Insurer from which you sought the benefits: N/A

    d. The nature of the claimed injury/disability: N/A

9

ATTACHMENT II
Page 9, No. 9

---

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following:

| | | | |
|---|---|---|---|
| Temazepam | Sleeping | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Quetiapine | Depression | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Pregabalin | Anxiety | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Nifedipine | High Blood pressure | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Ranitidine | Stomach pain | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Escitalopram | Depression | 2014-2017 | Fannin Pharmacy, Bonham, TX |
| Lyrica | Nerve | 2014-2017 | Fannin Pharmacy, Bonham, TX |

e. Whether the claim was accepted or denied: N/A

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Kimberly Dawn Roberts | 805 County Rd, 1445 Bonham, TX 75418 | Sister |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR
   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR
   ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

~~Applies to me and:~~ ☐ ~~the documents are attached OR~~ ☑ ~~I have no documents OR~~

☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, **Forrest Gibbs**, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated **09/01/19** and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Forrest Ray Gibbs*
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

12