**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*

IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

_____

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** GINA TAYLOR, et al., v. COOK MEDICAL, LLC, et al.  **Date:** May 27, 2015
**Docket No.:** 1:15-cv-06024-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
Kimberly R. Lambert Adams
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600; Pensacola, Florida 32502
(850) 435-7056 (telephone); (850) 435-7020 (facsimile); kadams@levinlaw.com (email)

## II. PLAINTIFF INFORMATION

**Name:** Gina Taylor
**Spouse**: Jeffrey Taylor          **Loss of Consortium?**  ☑Yes ☐ No
**Address**: 106 Bay Boulevard, Pensacola, Florida 32503
**Date of birth**: January 11, 1962
**Social Security No.:** XXX-XX-8373

## III. DEVICE INFORMATION[1]

**Date of Implant**: December 17, 2009
***Reason for Implant***: Deep Vein Thrombosis
**Brand Name**: Cook Celect® Inferior Vena Cava Filter          **Mfr.** Cook Defendants
**Lot Number:** *See Below
**Placement Physician**: Harry R. Cramer, M.D.
**Medical Facility**:  Sacred Heart Hospital

**\* Plaintiff refers Defendants to her production of medical records pursuant to CMO No. 4 (1)(d), which have been produced to Defendants contemporaneously with service of this Plaintiff Profile Form.**

_____

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

**Date of Implant**: _____

*Reason for Implant*:

**Brand Name**: _____ **Mfr.**

**Implanting Physician**: _____

**Medical Facility**: _____

*• Attach medical evidence of product identification.*

| IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION |
|---|

**Date of retrieval (including any attempts)**: November 26, 2013 _____

*Type of retrieval*: _Open Surgical IVC Filter Removal

**Retrieval physician**: Mamerhi Oker, M.D.; William Jordan, Jr., M.D.

**Medical Facility**:  University of Alabama at Birmingham Hospital

**Reason for Retrieval**: Protruding IVC Filter; IVC Perforation; Duodenal Perforation _____

**Date of retrieval (including any attempts)**: _____

*Type of retrieval*: _____

**Retrieval physician**: _____

**Medical Facility**: _____

**Reason for Retrieval**: _____

**Date of retrieval (including any attempts)**: _____

*Type of retrieval*: _____

**Retrieval physician**: _____

**Medical Facility**: _____

**Reason for Retrieval**: _____

**Date of retrieval (including any attempts)**:

*Type of retrieval*: _____

**Retrieval physician**: _____

**Medical Facility**: _____

**Reason for Retrieval**: _____

| V.  OUTCOME ATTRIBUTED TO DEVICE |
|---|

| | |
|---|---|
| ☑ **Migration** | ☑ **Other** Perforation and Penetration of Vertebrae |
| ☐ **Tilt** | ☐ **Other** |
| ☑ **Vena Cava Perforation** | ☐ **Other** |
| ☑ **Fracture** | ☐ **Other** |
| ☑ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Computed Tomography Angiography                    by  Christopher Lecroy, M.D.
(e.g. imagine studies, surgery, doctor visits)
Open Surgery                                                        by  William Jordan, Jr., M.D.

Open Surgery                                                        by  Mamerhi Oker, M.D.

_____                    by  _____

## VII.  CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
Including, but not limited to severe and recurrent chest pains resulting in hospitalization, lingering physical distress and discomfort involving persistent cutaneous flushing and insomnia, physical and emotional discomfort resulting in loss of the ability to participate in activities, and debilitating emotional distress and fear that physical movement will result in further filter movement or migration and further complications.

## VIII.  PAST HISTORY

**Number of Deep Vein Thromboses:  1      Number of Pulmonary Emboli:  0**

**Prior to, or following placement of the device, have you ever had or been diagnosed with:**

|       |       |
|-------|-------|
| No    | **Lupus** |
| No    | **Crohn's Disease** |
| No    | **Factor V Leiden** |
| No    | **Protein Deficiency** |
| No    | **Spinal fusion or other back procedures** |
| No    | **Anti-thrombin deficiency** |
| No    | **Prothrombin mutation** |

**Are you claiming damages for lost wages: [ ] Yes          ☑ No**
**If so, for what time period:** Not Applicable
**Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: [ ] Yes ☑ No**
**If so, when, and has the bankruptcy trustee been notified of your pending claim?**
 Not Applicable

**Do you have a computer? ☑ Yes [ ] No**

**If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?**
**[  ] Yes ☑ No**

**Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:**

 Not Applicable

---

| **IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT.  INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.** |
| --- |

**Primary Care Physicians:**

**Name:**  Eric Hazbun, M.D.

**Address:**  13139 Sorrento Road, Pensacola, FL 32507

**Approximate Period of Treatment:**  2014 - Present


**Name:**  Wayne Willis, M.D.

**Address:**  3111 Peggy Bond Drive, Pensacola, FL 32504

**Approximate Period of Treatment:** 2000 - 2013


**Interventional Radiologists, Vascular Surgeons and/or Hematologists:**

**Name:**  Christopher Lecroy, M.D.

**Address:**  5147 N. 9th Avenue, #318, Pensacola, FL 32504

**Approximate Period of Treatment:**  2013 - Present


**Name:**  Harry R. Cramer, Jr., M.D.

**Address:**  1851 N. 9th Avenue, Pensacola, FL 32503

**Approximate Period of Treatment:**  2009


**Name:**  William Jordan, Jr., M.D.

**Address:** The Kirklin Clinic of UAB Hospital, 2000 6th Avenue South, Birmingham, AL 35233

**Approximate Period of Treatment:** 2013 - 2014 _____


**Name:** Thomas B. Tan, M.D. _____

**Address:** 4724 N Davis Hwy, Pensacola, FL 32563 _____

**Approximate Period of Treatment:** 2010 _____


**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____


**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____


**Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

**Name:** None _____

**Address:** _____

**Approximate Period of Treatment:** _____


**Name:** _____

**Address:** _____

**Approximate Period of Treatment:** _____

*Attach additional pages as needed to identify other health care providers you have seen.*

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, ___Gina Taylor___, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated ___May 27, 2015___ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, ___Jeffrey Taylor___, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated ___May 27, 2015___ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates:
Case No.:
 **1:15-cv-06024-RLY-TAB**

Plaintiff(s): **GINA TAYLOR AND JEFFREY TAYLOR**
                [Name of Plaintiff]

**PLAINTIFF FACT SHEET**

Each plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**.  You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37.  Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena Cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary. Information provided by Plaintiff will only be used for the purposes related to this litigation and may be disclosed only as permitted under the protective order in this litigation.

Nothing herein prohibits the plaintiff from withholding any materials or information protected by a claim of privilege, however, a privilege log will be made available to Cook Defendants' counsel.

## I. BACKGROUND INFORMATION

1.    Please state:

   a)    Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name: Gina Marr Taylor f/k/a Gina Marr

   b)    If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1 (a) above: Not Applicable

   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]

   c)    The name and address of your primary attorney: Kimberly R. Lambert Adams
316 South Baylen Street, Suite 600
Pensacola, Florida 32502

2.    Your Social Security Number: XXX-XX-8373

3.    Your date of birth: January 11, 1962

4.    Your current residential address:      106 Bay Boulevard, Pensacola, Florida 32503

5.      If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present: **Plaintiff has resided at her present residence for a period greater than ten (10) years.**

| Prior Address | Dates You Lived at this Address |
|---|---|
| | |
| | |
| | |

6.      Have you ever been married? Yes ☑ No ___

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

Jeffrey Taylor; 106 Bay Boulevard, Pensacola, FL 32503; Dates: June 14, 1998 - Present

Jeffrey McLaurin; 4626 Squirrel Circle, Gulf Shores, AL 37542; Dates: July 1988 - December 1997

7.      Do you have children? Yes ☑ No ___

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|---|---|---|---|
| Virginia Grier McLaurin | 6/7/1990 | 1101 E. Morehead St., #40; Charlotte, NC 28204 | Biological |
| Lucille Scott McLaurin | 1/17/1995 | (N/A) | Biological |
| Reed Wilson Taylor | 3/31/1999 | (N/A) | Biological |
| Frances Evan Taylor | 8/17/2000 | (N/A) | Biological |

8.      Identify the name and age of any person who currently resides with you and their relationship to you:

| Name | Age | Relationship |
|---|---|---|
| Jeffrey Taylor | 47 | Husband |
| Reed Wilson Taylor | 16 | Son |
| Frances Evan Taylor | 14 | Daughter |
| Lucille Scott McLaurin | 20 | Daughter |

9.      Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Booker T. Washington High School | 6000 College Pkwy. Pensacola, FL 32504 | 1976 - 1980 | High School Diploma | None |
| | | | | |
| University of Alabama | Tuscaloosa, AL 35487 | 1980 - 1984 | Bachelor of Science | Education |
| | | | | |

10.     Please provide the following information for your employment history over the past ten (10) years up until the present: **Plaintiff has not been employed over the past ten (10) years up through the present.**

| Name of Employer | Address | Job Title/Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

11.     Have you ever served in any branch of the military? Yes ___ No ☑

If yes, please provide the following information:

a.      Branch and dates of service, rank upon discharge and the type of discharge you received: Not Applicable

b.      Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? Yes ___ No ☑

If yes, state what that condition was: Not Applicable

12.     Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ___ No ☑

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:
 **Not Applicable**


## II. CLAIM INFORMATION

1) Have you ever received a Cook Inferior Vena Cava Filter? Yes ☑ No ___

   If yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter you have received:

   ☑ Cook Celect®

   [ ] Günther Tulip®

   [ ] Other (please identify): _____

2) For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

   a)   The date each Cook Inferior Vena Cava Filter was implanted in you: 12/17/2009

   b)   The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them:  Plaintiff is unaware of the product code and/or lot number of the Cook IVC Filter she received. However, Plaintiff did receive a Cook Celect Filter.
   c)   Location of the Cook Inferior Vena Cava Filter, if known:  Plaintiff is unaware of the present location of the removed portions of the Cook Inferior Vena Cava Filter

3) Describe your understanding of the medical condition for which you received the Cook Inferior Vena Cava Filter(s): Left Leg Deep Vein Thrombosis

4) Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s): Harry R. Cramer, M.D.; Sacred Heart Hospital, 5151 North 9th Avenue, Pensacola, FL 32504

5) Give the name and address of the hospital or other healthcare facility where the Cook Inferior Vena Cava Filter was implanted: Sacred Heart Hospital
 5151 North 9th Avenue, Pensacola, Florida 32504

6) Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer to (3) above?
   **No**

If yes, please identify any such device(s) or product(s).
**Not Applicable**

When was this device or product implanted in you? **Not Applicable**

Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter? **Not Applicable**

Who was the physician(s) who implanted this other device or product?
**Not Applicable**

Where was the other device or product implanted in you? **Not Applicable**

Why was the other device or product implanted in you? **Not Applicable**

7)  Prior to implantation with a Cook Inferior Vena Cava Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes ___ No ☑ Don't Know____

If yes:

a)  Provide the date you received the written and/or verbal information or instructions: **Not Applicable**

b)  Identify by name and address the person(s) who provided the information or instructions: **Not Applicable**

c)  What information or instructions did you receive? **Not Applicable**

d)  If you have copies of the written information or instructions you received, please attach copies to your response. **Not Applicable**

e)  Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)?  Yes ___ No ☑ Don't Know _____

f)  If yes to (e), by whom? **Not Applicable**

g)  If yes to (e), what potential complications were described to you?
**Not Applicable**

8)    Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you?  If so,
      *Plaintiff believes a portion of the Cook IVC filter remains implanted and/or embedded in her.

   a)    Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)?
         Yes ☑ No ___

   If yes, identify by name and address the doctor who recommended removal and state
   your understanding of why the doctor recommended removal.
   Christopher Lecroy, M.D., 5147 N. 9th Avenue, #318; Pensacola, FL 32504. I
   understood Dr. Lecroy's rationale for recommending removal of the device to be due
   to its penetration of my vena cava and its embedding in my vertebrae and duodenum.

9)    Has any physician ever told you that he or she removed any Cook Inferior Vena Cava
      Filter(s) from you, in whole or in part?

      Yes ☑ No ___ Don't Know _____

      If yes:

   a)  Identify the date, name of the medical provider and the name/address of the medical
       facility where you told of the potential complications resulting from or caused, in
       whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)?
       Date:        October 2013
       Physician:   Christopher Lecroy, M.D.
       Location:    Coastal Vascular & Interventional, PLLC
                    5147 N. 9th Avenue, #318
                    Pensacola, FL 32504.

   b)  Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion
       of it, removed?
       Date:         November 26, 2013
       Physicians:   Mamerhi Oker, M.D. and William Jordan, Jr., M.D.
       Location:     University of Alabama at Birmingham Hospital
                     1802 6th Avenue South
                     Birmingham, Alabama 35233

   c)  Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any
       portion of it, removed?
       I was in constant, severe pain, without the ability to walk or even sit-up without
       exacerbating the pain. It was my understanding that removal of the filter would
       alleviate my pain and improve my restricted mobility.

d)      Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes ___ No ___ Don't Know _☑_

e)      If yes, please state name and address of the person or entity having possession of same. **Although Plaintiff is unaware of any possession of the filter by anyone acting on her behalf at this time, she reserves the right to supplement her response accordingly as discovery continues.**

10)   Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes ☑ No ___

If yes:

a)      Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)? Plaintiff will rely on the statements and opinions of her physicians regarding the extent of her injuries. Further, Plaintiff believes she sustained protrusion and perforation of the vertebral body and duodenal perforation leaving anterior vertebral scar tissue and causing pain of a severe, constant, and/or recurrent nature, affecting multiple areas of the body including, but not limited to hips, pelvis, lower back, legs, abdomen, and chest.

b)      When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?
Approximately August 2013

c)      When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?
Approximately October 2013

d)      To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).
Approximately August 2013

e)      Are you currently experiencing symptoms related to your claimed bodily injuries?

Yes ☑ No ___

If yes, please describe your current symptoms in detail.
Including, but not limited to severe and recurrent chest pains resulting in hospitalization, lingering physical distress and discomfort involving persistent cutaneous flushing and insomnia, physical and emotional discomfort resulting in the loss of my ability to participate in activities, and debilitating emotional distress and fear that physical movement will result in further filter movement or migration and further complications.

f)      Are you currently seeing, or have you ever seen by a doctor or healthcare provider for any of the bodily injuries or symptoms listed above? Yes ☑ No ___

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Eric Hazbun, M.D.<br>13139 Sorrento Road<br>Pensacola, FL 32507 | Episodic/persistent cutaneous flushing | February 2014 - Present |
| Chris Lecroy, M.D.<br>5147 N. 9th Avenue, #318<br>Pensacola, FL 32504 | Abdominal pain; surgical incision site pain | February 2014 |
| Brent Videau, M.D.<br>1717 N. E Street, Suite 331<br>Pensacola, FL 32501 | Persistent/recurrent chest pains | February 2014 - September 2014 |

g)      Were you hospitalized at any time for the bodily injuries you listed above?

Yes ☑ No ___

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Baptist Hospital<br>1717 N E Street<br>Pensacola, FL 32501 | Severe hip pains | October 2013 |
| University of Alabama at Birmingham Hospital<br>1802 6th Avenue South<br>Birmingham, Alabama 35233 | IVC Filter removal, IVC Perforation, Duodenal Perforation | November 2013 |
| Sacred Heart Hospital<br>5151 N. 9th Avenue<br>Pensacola, FL 32504 | Persistent/recurrent chest pains | February 2014 |

11)    Are you making a claim for lost wages or lost earning capacity?

Yes ___ No ☑

If yes, state the annual gross income you derived from your employment for each year, beginning five (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:

**Not Applicable**

12)    Are you making a claim for lost out-of-pocket expenses?  Yes ☑ No ___

If yes, please identify and itemize all out-of-pocket expenses you have incurred. Including, but not limited to expenses incurred through any and all medical treatment, care and/or services, occupational and/or rehabilitative treatment, care and/or services, and diagnostics and therapeutic intervention(s) of any nature related to Cook IVC Filter and injuries and/or ailments sustained relative thereto to include, but not be limited to filter implantation, interim determinative care and services, attempted filter removal, and post-attempted removal and ongoing care and services. **Plaintiff reserves the right to supplement her response as discovery continues.**

13)    Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes ☑ No ___

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim. Jeffrey Taylor, Husband; 106 Bay Boulevard, Pensacola, Florida 32503. Consortium Plaintiff has sustained and continues to sustain a loss of society, companionship, services, support, care, and ability to live a normal life.

14)    Please indicate whether the Consortium Plaintiff alleges any of the damages set forth below: **Consortium Plaintiff reserves the right to supplement his response with further detail(s) and/or more specificity as appropriate as discovery continues.**

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | Yes |
| Impaired sexual relations | Yes |
| Lost wages/lost earning capacity | Yes |
| Lost out-of-pocket expenses | Yes |
| Physical injuries | No |
| Psychological injuries/emotional injuries | Yes |
| Other | |

15)    Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.

   **None**

16)    Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

      Yes ☑  No ___ Don't Know ____

      If yes, set forth: (a) the date of the communication, (b) the method of communication, (c) the name of the person with whom you communicated, and (d) the substance of the communication.

      **My attorney and attorney's staff has corresponded with counsel for Defendants on my behalf regarding this matter. To my knowledge, such communications have included, but may not be entirely limited to the following:**

      **1)** a) April 29, 2015; b) USPS & Electronic Mail; c) Christopher D. Lee & Teresa Hirschauer; d) Return of executed Waiver of the Service of Summons

      **2)** a) April 21, 2015; b) Electronic Mail; c) Counsel/Individuals registered to receive email via cookivcfmdl@woodmclaw.com; d) Completion of Service of Process

      **3)** a) April 2, 2015; b) Telephone/Voicemail; c) Kip McDonald; d) General inquiry regarding Service of Process

      **Plaintiff reserves the right to supplement her response if necessary as discovery continues.**

### III. MEDICAL BACKGROUND

1)    Provide your *current*: Age __53__ Height __5'4"__ Weight __106 lbs__

2)    Provide your: Age __47__ Weight __120 lbs__ (approximate, if unknown) *at the time* the Cook Inferior Vena Cava Filter was implanted in you.

3)    In chronological order, list any and all surgeries, procedures and/or hospitalizations you had in the ten (10) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| December 2009 | Knee (ACL) Surgery | Sacred Heart Hospital<br>5151 N. 9th Avenue<br>Pensacola, FL 32504 |
| October 2009 | Gallbladder Removal | Baptist Hospital<br>1000 West Moreno Street<br>Pensacola, FL 32501 |
| December 17, 2009 | Thrombectomy Vena Cava | Sacred Heart Hospital<br>5151 N. 9th Avenue<br>Pensacola, FL 32504 |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4)      In chronological order, list any and all surgeries, procedures and/or hospitalizations you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| October 2013 | Various diagnostics and therapeutic intervention for hip pain | ∗∗ Baptist Hospital<br>1717 N E Street<br>Pensacola, FL 32501 |
| October 2013 | Computed Tomography Angiography | Robert B. Lurate, M.D.<br>5147 N 9th Avenue<br>Pensacola, FL 32504 |
| October 2013; February 13, 2014 | Computed Tomography review; Abdominal Computed Tomography Angiography | Christopher J. Lecroy, M.D.<br>5151 N 9th Avenue<br>Pensacola, FL 23504 |
| February 18, 2014 | Thorax Computed Tomography Angiography | Brent D. Videau, M.D.<br>5151 N 9th Avenue<br>Pensacola, FL 23504 |

**∗∗Contemporaneous *surgeries, procedures and/or hospitalizations* rendered to and/or pertaining to Plaintiff during and/or surrounding her hospitalization at Baptist Hospital in October 2013 involving physicians who were/are not necessarily affiliated therewith are listed on CONTINUATION OF RESPONSES TO PLAINTIFFS' FACT SHEET, attached hereto as "EXHIBIT A".**

5)   To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past ten (10) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Emilio Antonetti, M.D.; OB/GYN | 4727 Davis Highway, #200 Pensacola, FL 32503 | 1998 – Present |
| George C. Rees, M.D.; General Surgery | 1717 N E Street Pensacola, FL 32501 | October 2009 |
| Glenn C. Terry, M.D.; Orthopedic Surgery | 6262 Veterans Pkwy Columbus, GA 31909 | 2011 |
| | | |

6)    *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ☑ No ___

If yes, please describe each activity in detail.
General day-to-day activities including housework, cleaning, grocery shopping, taking care of my four children, and volunteering. Additionally, I played both singles and doubles competitive tennis.

7)    *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ☑ No ___

If yes, please describe each activity in detail. I have continued to participate in the same day-to-day activities listed above, only with less frequency and intensity until August 2013. Then, only after removal of the filter and over a year of physical rehabilitation have I been able to resume playing non-competitive doubles tennis, however I am no longer able to play any singles tennis.

8)    To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

| No | Lupus |
|----|-------|
| No | Crohn's Disease |
| No | Factor V Leiden |
| No | Protein Deficiency |
| No | Spinal fusion or other back procedures |
| No | Anti-thrombin deficiency |
| No | Prothrombin mutation |

* * * * * * * * * * * * * *

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A)   Have you been diagnosed with and/or treated for any drug, alcohol, chemical and/or any other addiction or dependency during the five (5) years prior to the filing of this lawsuit through the present?   Yes ___ No ☑

If yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition:

**Not Applicable**

B)   Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the five (5) years prior to the filing of this lawsuit through the present?  Yes ___ No ☑

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

**Not Applicable**

* * * * * * * * * * * * * *

9)   Do you now or have you ever smoked tobacco products?  Yes ___ No ☑

If yes:

How long have/did you smoke?  Not Applicable _____

10)  Other than the implantation of the Cook Inferior Vena Cava Filter device that is the subject of your lawsuit, are you aware of any other Vena Cava Filter(s) implanted inside your body?   Yes ___ No ☑

If yes, please provide the following information:

a)    Product name: Not Applicable

b)    Date of procedure placing it and name and address of doctor who placed it:

 Not Applicable

c)    Condition sought to be treated through placement of the device:

 Not Applicable

d)    Any complications you encountered with the medical product or procedure:

 Not Applicable

e)    Does that product remain implanted inside of you today?    Yes ___ No ___

**\* Not Applicable**

11)   List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| Yaz | The Drug Shop 2040 N. 12th Avenue Pensacola, FL 32503 | Contraception | Early 2000s - 2009 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## IV. INSURANCE INFORMATION

1) Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
| United Healthcare | 042048800 | Jeffrey Taylor | 2000 - 2/2010 |
| Tricare Reserve Select | 573750308 | Jeffrey Taylor | 2/2010 - Present |
| | | | |
| | | | |
| | | | |

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes ___ No ✓

If yes, please specify the date on which you first became eligible: _Not Applicable_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V.  PRIOR CLAIM INFORMATION

1)  Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes ☑  No ____

If yes, please specify the following:

a)  Court in which lawsuit/claim was filed or initiated: Claim Only/Not Filed

b)  Case/Claim Number: Claim Only/Not Filed

c)  Nature of Claim/Injury: Personal Injury

2)  Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes ____  No ☑

If yes, please specify the following:

a)  Date (or year) of application:_____

b)  Type of benefits sought: _____

c)  Agency/Insurer from which you sought the benefits:_____

d)  The nature of the claimed injury/disability: _____

e)  Whether the claim was accepted or denied:_____

## VI. FACT WITNESSES

1) Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|---|---|---|---|
| Jeffrey Taylor | 106 Bay Boulevard Pensacola, FL 32503 | Husband | Information pertaining to my physical and mental condition |
| Tara Woodfin | 225 Chipley Avenue Pensacola, FL 32503 | Sister | Information pertaining to my physical and mental condition |
| | | | |
| | | | |
| | | | |

## VII. IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior Vena Cava Filter, please identify all research, including on-line research, that you conducted regarding the medical complaints or condition for which you received the Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy, etc.)  Identify the date, time, and source, including any websites visited.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

During approximately October and November of 2013, Plaintiff conducted on-line research regarding potential complications and/or adverse side-effects associated with the Cook IVC filter, including research into similar symptomology reported by other individuals who had also been implanted with an IVC filter. To the best of her recollection, Plaintiff is able to recall performing prospective research regarding options for removal of the Cook IVC filter to include visiting the websites of healthcare providers and institutions with which she considered consulting, including Stanford University, Mayo Clinic, the University of Alabama at Birmingham, and healthcare institutions of close proximity to her residence.

**Plaintiff reserves the right to supplement her response accordingly should she become aware of additional responsive information as discovery continues.**

## VIII. DOCUMENT REQUESTS

1)      DOCUMENTS. State whether you have any of the following documents in your possession, custody, and/or control.  If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

   a)   If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

      i.      Not Applicable ____☑____

      ii.      The documents are attached _____  [OR]  I have no documents__☑___

   b)   If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

      i.      Not Applicable ____☑____

      ii.      The documents are attached _____  [OR]  I have no documents __☑___

   c)   Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject of this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, newsletters, etc. sent or received by you. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

      i.      Not Applicable ____☑____

      ii.      The documents are attached _____  [OR]  I have no documents __☑___

   d)   Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s), and/or evidencing your physical condition from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

      i.      Not Applicable _____

       ii.     The documents are attached __☑__ [OR]  I have no documents_____

e)     Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

       i.     Not Applicable _____

       ii.     The documents are attached __☑__ [OR]  I have no documents_____

f)     Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

       i.     Not applicable ____☑_____

       ii.     The documents are attached _____ [OR]  I have no documents___☑___

g)     Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

       i.     Not applicable ____☑_____

       ii.     The documents are attached _____ [OR]  I have no documents___☑___

h)     Produce all documents describing risks and/or benefits of inferior vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

       i.     Not applicable _____

       ii.     The documents are attached _____ [OR]  I have no documents___☑___

i)     Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

       i.     Not applicable _____

       ii.     The documents are attached _____ [OR]  I have no documents___☑___

j)    If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

    i.    Not applicable _____

    ii.    The documents are attached __☑___ [OR] I have no documents_____

k)    If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the five (5) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.

    i.    Not applicable ___☑_____

    ii.    The documents are attached _____ [OR] I have no documents___☑___

l)    All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit.  This includes, but is not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

    i.    Not Applicable ___☑_____

    ii.    The documents are attached _____ [OR] I have no documents___☑___

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m)    Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

    i.    Not Applicable ___☑_____

    ii.    The documents are attached _____ [OR] I have no documents___☑___

## VERIFICATION

I,   __Gina Taylor_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated May 27, 2015 and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Gina M. Taylor_____

[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I,   __Jeffrey Taylor_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated May 27, 2015 and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____

[Signature of Consortium Plaintiff]

# EXHIBIT A

# CONTINUATION OF RESPONSES TO PLAINTIFFS' FACT SHEET

## III. MEDICAL BACKGROUND

4)

| Approximate Date | Description of Surgery or Hospitalization | Doctor or Healthcare Provider Involved (Including Address) |
|---|---|---|
| October 2013 | Diagnostics for hip pain including nerve conduction testing | Robert Jensen, M.D. 1040 Gulf Breeze Pkwy Gulf Breeze, FL 32561 |
| October 2013 | Diagnostics for hip pain including physical examination and review of x-rays | Christopher O'Grady, M.D. 1040 Gulf Breeze Pkwy Gulf Breeze, FL 32561 |
| October 2013 | Diagnostics for hip pain including physical examination | Josh Hackel, M.D. 1040 Gulf Breeze Pkwy Gulf Breeze, FL 32561 |
| October 2013 | Diagnostics for hip pain including physical examination and review of x-rays | Charles A. Roth, M.D. 1040 Gulf Breeze Pkwy Gulf Breeze, FL 32561 |
| October 2013 | Diagnostics for hip pain including spinal/neurological imaging | Charles L. Wolff, M.D. 5153 N 9th Avenue, #302 Pensacola, FL 32504 |
| October 2013 | Diagnostics for hip pain including injections for hip bursitis | Clark S. Metzger, M.D. 2130 E Johnson Ave #120 Pensacola, FL 32514 |
| October 2013 | Diagnostics for hip pain including physical examination | Michael J. Caluda, III, M.D. 4012 N 9th Avenue Pensacola, FL 32503 |
| October 2013 | Diagnostics for hip pain including physical and gastroenterological examination | Carl Speer, M.D. 1717 N E Street, # 308 Pensacola, FL 32501 |