# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

### *MDL No. 2570*
### IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Form,** you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Regina S. Elder and Thomas H. Elder, III, v. Cook Medical, Inc., et al   **Date:** April 13, 2015

**Docket No.:** 1:14-cv-00784-RLY-TAB

**Plaintiff(s) attorney and Contact information:**

Teresa C. Toriseva

Toriseva Law

1446 National Road

Wheeling, WV 26003

## II. PLAINTIFF INFORMATION

**Name:** Regina S. Elder

**Spouse:** Thomas H. Elder, III     **Loss of Consortium?** ☑Yes ☐ No

**Address:** 117 E. Swathmore Avenue, Apt. 1F, High Point, North Carolina 27263

**Date of birth:** 01/05/1959

**Social Security No.:** 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

## III. DEVICE INFORMATION[1]

**Date of Implant:** 3/7/2011

***Reason for Implant:*** History of Pulmonary Embolism and Chronic DVT.

**Brand Name:** Cook Celect IVC Filter     **Mfr.** Cook Medical

**Lot Number:** Not provided in record.

**Placement Physician:** Dudley Hudspeth, M.D.

**Medical Facility:** High Point Regional Health System

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

Date of Implant: _____

*Reason for Implant:* _____

Brand Name: _____ Mfr. _____

Implanting Physician: _____

Medical Facility: _____

*• Attach medical evidence of product identification.*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): 6/23/11

*Type of retrieval:* Exploratory laparotomy and removal of spindles of IVC filter from renal Parenchyma

Retrieval physician: Nestor Cruz, M.D.

Medical Facility: High Point Regional Health Systems

Reason for Retrieval: IVC Filter Migration. Perforation, and fracture of filter struts.  Removed 3 of the fractured strut pieces.

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ✓ **Migration** | ☐ **Other** |
| ✿ **Tilt** | ☐ **Other** |
| ✿ **Vena Cava Perforation** | ☐ **Other** |
| ✿ **Fracture** | ☐ **Other** |
| ✿ **Device is unable to be retrieved** | ☑ **Other** Partial removal of only 3 of the fractured struts |
| ✿ **Bleeding** | ☐ **Other** |
| ✿ **Organ Perforation** | ☐ **Other** |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

| | | |
|---|---|---|
| CT Study of Abdomen/Pelvis | by | High Point Regional Health Systems, May 18, 2011 |
| (e.g. imagine studies, surgery, doctor visits) | | |
| IVC Venogram | by | Nestor Cruz, M.D. -High Point Regional, June 13, 2011 |
| Cystourethroscopy/Double J Stent Placement | by | Ralph H. Duckett, M.D. - High Point Regional, June 20, 2011 |
| Exploratory Laparotomy and removal of IVC struts | by | Nestor Cruz, M.D/Bradley Stoneking, M.D./High Point Regional - June 23, 2011 |
| CT Studies | | High Point Regional, 6/27/11, 7/8/11, 12/9/11 |

## VII.  CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:

The IVC filter is unable to be retrieved from the Plaintiff's body.  She has fragments of the filter that remain within her body within her lung, one embedded in her spine, and right kidney.  Plaintiff lives in fear and suffers from anxiety that the remaining fragments and/or the filter will cause more medical problems or will cause her death. Plaintiff's quality of life has diminished since the placement of the IVC Cook filter.

## VIII.  PAST HISTORY

**Number of Deep Vein Thromboses:** Multiple   **Number of Pulmonary Emboli:** Multiple

**Prior to, or following placement of the device, have you ever had or been diagnosed with:**

| | |
|---|---|
| No | **Lupus** |
| No | **Crohn's Disease** |
| No | **Factor V Leiden** |
| No | **Protein Deficiency** |
| No | **Spinal fusion or other back procedures** |
| No | **Anti-thrombin deficiency** |
| No | **Prothrombin mutation** |

**Are you claiming damages for lost wages:** ☐ Yes   ☑ No
**If so, for what time period:**
**Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?:** ☐ Yes ☑ No
**If so, when, and has the bankruptcy trustee been notified of your pending claim?**

**Do you have a computer?** ☑ Yes ☐ No

**If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?**
☑ Yes ☐ No

Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:
ginaelder59@gmai.com

---

## IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.

**Primary Care Physicians:**

Name: Kip Corrington,M.D.

Address: 7607B Highway 68N, Oak Ridge, NC 27310

Approximate Period of Treatment: 2014-present

Name: Stewart Kossover, M.D.

Address: 1720 Westchester Drive, High Point, NC

Approximate Period of Treatment: 2005-2014

**Interventional Radiologists, Vascular Surgeons and/or Hematologists:**

Name: Dudgley Hudspeth, M.D.

Address: 1814 Westchester Drive, Suite 101, High Point, NC

Approximate Period of Treatment: March 2011

Name: Nestor Cruz, M.D.

Address: 1814 Westchester Drive, High Point, NC

Approximate Period of Treatment: 6/2011-3/2012

Name: Wayne Beauford, M.D.

**Address:** 507 N. Lindsay St., High Point, NC

**Approximate Period of Treatment:** 2/2011-8/2011

**Name:** Bradley Stoneking, M.D.

**Address:** 217 Gatewood Avenue, High Point, NC

**Approximate Period of Treatment:** May 2011-June 2011

**Name:** Ralph Duckett, M.D.

**Address:** 217 Gatewood Avenue, High Point, NC

**Approximate Period of Treatment:** May 2011-June 2011

**Name:** Richard Puschinsky, M.D.

**Address:** 624 Quaker Lane, Suite C-103, High Point, NC 27262

**Approximate Period of Treatment:** May 2011- June 2011

**Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

**Name:** Regina Mazingo

**Address:** 320 Boulevard Street, High Point, NC 27262

**Approximate Period of Treatment:** 2006-Present

**Name:** Andrew Farrah

**Address:** 320 Boulevard Street, High Point, NC 27262

**Approximate Period of Treatment:** Off and on for approx last 10 years

*Attach additional pages as needed to identify other health care providers you have seen.*

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, *Regina S. Elder*, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated *04-8-2015* and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Regina S. Elder*
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, *Thomas H. Elder*, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated *04-08-2015* and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Thomas H. Elder*
[Signature of Consortium Plaintiff]

Page 6 of 6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates:
Case No.:
1:14-cv-00784-RLY-TAB

Plaintiff: Regina S. Elder
        [Name of Plaintiff]

## PLAINTIFF FACT SHEET

Each plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact Sheet, you are **under oath and must answer every question**. You must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details as requested, please provide as much information as you can and then state that your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact Sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Cook Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena Cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary. Information provided by Plaintiff will only be used for the purposes related to this litigation and may be disclosed only as permitted under the protective order in this litigation.

Nothing herein prohibits the plaintiff from withholding any materials or information protected by a claim of privilege, however, a privilege log will be made available to Cook Defendants' counsel.

## I. BACKGROUND INFORMATION

1.  Please state:

    a)  Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name: Regina Maria Shular Smith Elder

    b)  If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1 (a) above: N/A

        [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]

    c)  The name and address of your primary attorney: Teresa C. Toriseva, Toriseva Law, 1446 National Rd., Wheeling, WV ⊞

2.  Your Social Security Number: 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

3.  Your date of birth: 01-05-1959

4.  Your current residential address: 117 E. Swathmore Ave., Apt 1F, High Point, NC 27263

5.    If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 117 E. Swathmore Ave., Apt 1F, High Point, NC 27263 | 2012-present |
| 2416 Cypress Court, High Point, NC 27265 | 2000-2012 |
| | |

6.    Have you ever been married? Yes ✓ No ☐

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

Frank Smith, 2116 Churchill Drive, Greensboro, NC 27410. Married: October 1982-October 1998

Thomas H. Elder, III, 117 E. Swathmore Ave., Apt 1F, High Point, NC 27263. Married: July 2006-Present

7.    Do you have children? Yes ✓ No ☐

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|---|---|---|---|
| Frank Gray Smith, II | 12/27/1985 | 347 S. Fairmont St, Apt 2, Pittsburgh, PA 15232 | Biological |
| Alexander Lee Smith | 9/10/1988 | 5855 Old Oak Ridge Drive, Apt 200. Greensboro, NC 27410 | Biological |
| Kristen LeeAnn Smith | 4/7/1990 | 2116 Churchill Drive, Greensboro, NC 27410 | Biological |
| Jeffrey Thomas Smith | 12/17/1991 | 2116 Churchill Drive, Greensboro, NC 27410 | Biological |

8.    Identify the name and age of any person who currently resides with you and their relationship to you:

Thomas H. Elder, III
Age: 67
Relationship: Spouse

9.    Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Richmond Senior High | 555 North US Highway, Rockingham, NC 28379 | 1974-1977 | Diploma | General |
| Appalachia State University | 287 Rivers St., Boone, NC 28608 | 1977-1979 | None | Nursing (Transferred) |
| University of North Carolina | 1400 Spring Garden Dr., Greensboro, NC 27412 | 1979-1982 | BS | Nursing |
| | | | | |

10.   Please provide the following information for your employment history over the past ten (10) years up until the present:

| Name of Employer | Address | Job Title/Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Spear Clinic | 1007 NC-150 Summerfield, NC | Medical Assistant | 8/2006-5/2009 | $16.00/Hr |
| Battleground Urgent Care | 3215 Battleground Ave., Greensboro, NC 27408 | Medical Assistant | 2004-2006 | $12.00/Hr |
| | | | | |
| | | | | |

11.   Have you ever served in any branch of the military? Yes ☐ No ☑

      If yes, please provide the following information:

      a.    Branch and dates of service, rank upon discharge and the type of discharge you received: _____

      b.    Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? Yes ☐ No ☐

      If yes, state what that condition was: _____

12.   Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ☑ No ☐

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

Greensboro, NC - Matter was dismissed after completion of drug course. Incident occurred in 2009 for prescription forgery.

## II. CLAIM INFORMATION

1) Have you ever received a Cook Inferior Vena Cava Filter? Yes ☑ No ☐

   If yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter you have received:

   ☑ Cook Celect®

   ☐ Günther Tulip®

   ☐ Other (please identify): _____

2) For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

   a) The date each Cook Inferior Vena Cava Filter was implanted in you: 3/7/2011

   b) The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them: Not provided in record _____

   c) Location of the Cook Inferior Vena Cava Filter, if known: _____
   Inferior Vena Cava

3) Describe your understanding of the medical condition for which you received the Cook Inferior Vena Cava Filter(s): Prevention of passing of blood clot _____

4) Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s): Dudley A. Hudspeth, M.D., 1814 Westchester Drive, Suite 101, High Point, NC

5) Give the name and address of the hospital or other healthcare facility where the Cook Inferior Vena Cava Filter was implanted: High Point Regional Health System, 601 N. Elm Street, High Point, North Carolina 27262

6) Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer to (3) above?

   No.

If yes, please identify any such device(s) or product(s).

When was this device or product implanted in you?

Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter?

Who was the physician(s) who implanted this other device or product?

Where was the other device or product implanted in you?

Why was the other device or product implanted in you?

7)   Prior to implantation with a Cook Inferior Vena Cava Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes ☐ No ☑ Don't Know ☐

If yes:

a)   Provide the date you received the written and/or verbal information or instructions:

b)   Identify by name and address the person(s) who provided the information or instructions:

c)   What information or instructions did you receive?

d)   If you have copies of the written information or instructions you received, please attach copies to your response.

e)   Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)?  Yes ☐ No ☐ Don't Know ☐

f)   If yes to (e), by whom?

g)   If yes to (e), what potential complications were described to you?

8)   Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you?  If so,

   a)   Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)?
        Yes ☑ No ☐

   If yes, identify by name and address the doctor who recommended removal and state
   your understanding of why the doctor recommended removal.

   Nestor Cruz, M.D. performed the removal of the 3 of the fractured struts from
   the Plaintiff's body.  Dr. Cruz indicated to Plaintiff that it is too risky of a
   procedure to have the migrated device or remaining pieces of the filter
   removed.                                                                    ■

9)   Has any physician ever told you that he or she removed any Cook Inferior Vena Cava
     Filter(s) from you, in whole or in part?

     Yes ☑ No ☐ Don't Know ☐

     If yes:

   a)  Identify the date, name of the medical provider and the name/address of the medical
       facility where you told of the potential complications resulting from or caused, in
       whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)?

       Upon information and belief, on May 2, 2011, Dr. Richard Puschinsky
       advised Plaintiff of the complications caused by the Cook IVC filter.
       High Point Medical Center, Suite C, High POInt, NC 27262

   b)  Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion
       of it, removed?

       Partial removal of the Cook IVC filter was performed on 6/23/2011 at High
       Point Regional, High Point, North Carolina 27261 by Nestor Cruz, M.D.

   c)  Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any
       portion of it, removed?

       Plaintiff was experiencing pain and it was learned that the fractured struts of
       the filter were puncturing her kidney.  Plaintiff also suffered a severe
       hematuria with a large clot within one of the broken struts. The other 2 struts
       were removed from the vena cava and the aorta.

d) Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes ☐ No ✓ Don't Know ☐

e) If yes, please state name and address of the person or entity having possession of same.

10) Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes ✓ No ☐

If yes:

a) Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?

Plaintiff has suffered pain and trauma from the implant and attempted explant of the Cook IVC filter. Plaintiff suffered from severe bleeding prior to removal of the filter. Plaintiff had to have an exploratory laparotomy to remove 3 of the fractured struts. Plaintiff has a scar laterally from her ▣

b) When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?
Approximately May 2011.

c) When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?
Upon learning of the perforation of the IVC filter on or about May 18, 2011.

d) To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).
Approximately May 18, 2011

e) Are you currently experiencing symptoms related to your claimed bodily injuries?
Yes ✓ No ☐

If yes, please describe your current symptoms in detail.

Plaintiff continue to suffer from pain in her lower back believed to be from a fractured strut that is embedded near her spine. Plaintiff continues to have an exacerbation of depression and anxiety.

f)    Are you currently seeing, or have you ever seen by a doctor or healthcare provider for any of the bodily injuries or symptoms listed above? Yes ☑ No ☐

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Max Cohan, M.D.<br>2105 Braxton Lane<br>Grenssboro, North Carolina 27410 | Back Pain | 2012 to Present |
| Thomas Saullo, M.D.<br>2105 Braxton Lane<br>Grenssboro, North Carolina 27410 | Back Pain | 2012 to Present |
| Kip Corrington, M.D.<br>7607 B. Highway 68 N<br>Oakridge, NC | Back Pain | 2014 to Present |

g)    Were you hospitalized at any time for the bodily injuries you listed above?
Yes ☐ No ☑

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| | | |
| | | |
| | | |

11) Are you making a claim for lost wages or lost earning capacity?

Yes ☐ No ☑

If yes, state the annual gross income you derived from your employment for each year, beginning five (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:

12) Are you making a claim for lost out-of-pocket expenses? Yes ☐ No ☑

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

13) Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes ☑ No ☐

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim.

Thomas Elder, III, 1117 E. Swathmore Ave., Apt 1F, High Point, NC 27263

14) Please indicate whether the Consortium Plaintiff alleges any of the damages set forth below:

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | Yes |
| Impaired sexual relations | Yes |
| Lost wages/lost earning capacity | Yes |
| Lost out-of-pocket expenses | Yes |
| Physical injuries | No |
| Psychological injuries/emotional injuries | Yes |
| Other | |

15) Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.

Dr. Edward Love
320 Boulevard Street
High Point, NC 27262
2005 to Present

16) Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

Yes ☐ No ☐ Don't Know ☑

If yes, set forth: (a) the date of the communication, (b) the method of communication, (c) the name of the person with whom you communicated, and (d) the substance of the communication.

### III. MEDICAL BACKGROUND

1) Provide your *current*: Age **56**   Height **5'3"**   Weight **105**

2) Provide your: Age **56**   Weight **105** (approximate, if unknown) *at the time* the Cook Inferior Vena Cava Filter was implanted in you.

3) In chronological order, list any and all surgeries, procedures and/or hospitalizations you had in the ten (10) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| 1/21/2009 | MRSA Infection/debridement involving subcutaneous tissue | Thomas Walsh, M.D., 4515 Premier Dr., Suite 305, High POint, NC |
| 3/16/2009 | Right upper lobectomy | Dr. Patrick Burney, 4515 Premier Drive, Suite 305, High Point, NC |
| 1/18/2011 | Right knee surgery | Kenneth Lennon, M.D., 4515 Premier Drive, Suite 104, High Point, NC |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4)    In chronological order, list any and all surgeries, procedures and/or hospitalizations you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| 5/18/11 | CT Abdomen/Pelvis | High Point Regional 601 N Elm Street High Point, NC 27262 |
| 6/3/11-6/20/11 | Blood Clots | Richard Puschinsky, M.D. High Point Regional 601 N Elm Street, High Point, NC 27262 |
| 6/13/2011 | IVC Venogram | Nestor Cruz, M.D. High Point Regional 601 N Elm Street, High Point, NC 27262 |
| 6/13/11 | Cystoscopy, retrograde pyleograms, and ureteroscopy and Double J stent placement | Ralph Ducket, M.D. High Point Regional 601 N Elm Street, High Point, NC 27262 |

5)      To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past ten (10) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Gregory Mieden, M.D. Neurology | 606 N. Elm Street High Point, NC | March 2011 |
| Christopher Spongberg, M.D. | 606 N. Elm Street High Point, NC | February 2011 |
|  |  |  |
|  |  |  |

6) *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ☑ No ☐

If yes, please describe each activity in detail.

Exercises, able to do household cleaning and tasks, lived what she was describe as a vibrant life.

7) *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ☐ No ☑

If yes, please describe each activity in detail.

8) To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

| | |
|---|---|
| No | Lupus |
| No | Crohn's Disease |
| No | Factor V Leiden |
| No | Protein Deficiency |
| No | Spinal fusion or other back procedures |
| No | Anti-thrombin deficiency |
| No | Prothrombin mutation |

* * * * * * * * * * * * * * *

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A)    Have you been diagnosed with and/or treated for any drug, alcohol, chemical and/or any other addiction or dependency during the five (5) years prior to the filing of this lawsuit through the present?    Yes ☑ No ☐

If yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition:
Recovering alcoholic. Has been sober for approximately 4 years.

B)    Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the five (5) years prior to the filing of this lawsuit through the present?  Yes ☑ No ☐

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:
Dr. Regina Maingo, 320 Boulevard, High Point, NC

* * * * * * * * * * * * * * *

9)    Do you now or have you ever smoked tobacco products? Yes ☑ No ☐

If yes:

How long have/did you smoke? 30 years

10)   Other than the implantation of the Cook Inferior Vena Cava Filter device that is the subject of your lawsuit, are you aware of any other Vena Cava Filter(s) implanted inside your body?    Yes ☐ No ☑

If yes, please provide the following information:

a)     Product name:_____

b)     Date of procedure placing it and name and address of doctor who placed it:

        _____

c)     Condition sought to be treated through placement of the device:

        _____

d)     Any complications you encountered with the medical product or procedure:

        _____

e)     Does that product remain implanted inside of you today?    Yes ☐ No ☐

11)     List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| Prozac 20 mg, 3 times per day | Walmart 2628 South Main St. Highpoint, NC | Depression | 5 Years |
| Risperidone, 1 mg per day | Walmart 2628 South Main St. Highpoint, NC | Mood Stabilizer | Approx last 5 years |
| Tazadone, 100 mg | Walmart 2628 South Main St. Highpoint, NC | Sleep | Approx last 5 years |
| Alprazolam, .5 mg | Walmart 2628 South Main St. Highpoint, NC | Anxiety | Approx 1 year |
| Methocarbam, 500 mg | Walmart 2628 South Main St. Highpoint, NC | Back Pain | Since 3/2012 |

## IV. INSURANCE INFORMATION

1)   Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
| BCBS NC<br>PO Box 35<br>Durham, NC 27702 | YPPW1354984201 | Regina Elder | 2006-2009 |
| UHC<br>PO BOx 740800<br>Atlanta, GA 30374 | Y289722332 | Regina Elder | 2009-2011 |
| Medicare BCBS | 243115165A | Regina Elder | 2014-2015 |
| Humana Gold<br>PO Box 14601<br>Lexington, KY 40572 | H49876185 | Regina Elder | 2015- Present |
|  |  |  |  |

3)   To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes ✔  No ☐

If yes, please specify the date on which you first became eligible: July 2011

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V. PRIOR CLAIM INFORMATION

1) Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes [  ] No [✔]

If yes, please specify the following:

a) Court in which lawsuit/claim was filed or initiated:_____

b) Case/Claim Number:_____

c) Nature of Claim/Injury:_____

2) Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes [✔] No [  ]

If yes, please specify the following:

a) Date (or year) of application: Approx. 2011_____

b) Type of benefits sought:  SSD_____

c) Agency/Insurer from which you sought the benefits: Social Security_____

d) The nature of the claimed injury/disability: Chronic back pain, severe depression, and anxiety

e) Whether the claim was accepted or denied: Accepted_____

## VI. FACT WITNESSES

1) Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|---|---|---|---|
| Thomas H. Elder, III | 117 E Swetmore Ave. Apt 1F High Point NC 27263 | Spouse | Medical Care & Treatment, current care consortium claim |
| Patricia Shular | PO Box 614 Cordova, NC 28330 | Mother | Helped Plaintiff following implant/explant procedures |
| Jeffrey Smith, Son | 2116 Churchd Drive, Greensboro, NC 27410 | Son | Present at hospital, care & treatment of Plaintiff |
| Karen Philbin | 1720 E. Chester Drive, High Point, NC 27265 | Friend/Neighbor | Helped Plaintiff and her husband following procedures |
|  |  |  |  |

## VII. IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior Vena Cava Filter, please identify all research, including on-line research, that you conducted regarding the medical complaints or condition for which you received the Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy, etc.) Identify the date, time, and source, including any websites visited. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

Upon information and belief, none. Believes that Dr. Nestor (previously provided) had shown them information in the hospital following explant of IVC struts.

## VIII. DOCUMENT REQUESTS

1)      DOCUMENTS. State whether you have any of the following documents in your possession, custody, and/or control.  If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

      a)      If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

           i.      Not Applicable ☑

           ii.      The documents are attached ☐  [OR]  I have no documents ☑

      b)      If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

           i.      Not Applicable ☑

           ii.      The documents are attached ☐  [OR]  I have no documents ☑

      c)      Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject of this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, newsletters, etc. sent or received by you. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

           i.      Not Applicable ☑

           ii.      The documents are attached ☐  [OR]  I have no documents ☑

      d)      Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s), and/or evidencing your physical condition from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present.  (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

           i.      Not Applicable ☑

ii.   The documents are attached ☐ [OR] I have no documents ☑

e)   Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

   i.   Not Applicable ☑

   ii.   The documents are attached ☐ [OR] I have no documents ☑

f)   Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

   i.   Not applicable ☑

   ii.   The documents are attached ☐ [OR] I have no documents ☑

g)   Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

   i.   Not applicable ☐

   ii.   The documents are attached ☑ [OR] I have no documents ☐

h)   Produce all documents describing risks and/or benefits of inferior vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

   i.   Not applicable ☑

   ii.   The documents are attached ☐ [OR] I have no documents ☑

i)   Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

   i.   Not applicable ☑

   ii.   The documents are attached ☐ [OR] I have no documents ☑

j)      If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

   i.      Not applicable [            ]

   ii.     The documents are attached [ ✓ ] [OR] I have no documents [      ]

k)      If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the five (5) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.

   i.      Not applicable [ ✓ ]

   ii.     The documents are attached [        ] [OR] I have no documents [ ✓ ]

l)      All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit. This includes, but is not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

   i.      Not Applicable [          ]

   ii.     The documents are attached [ ✓ ] [OR] I have no documents [      ]

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m)      Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

   i.      Not Applicable [ ✓ ]

   ii.     The documents are attached [        ] [OR] I have no documents [ ✓ ]

## VERIFICATION

I, _Regina S. Elder_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _4/8/15_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Regina S. Elder_

[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _Thomas H. Elder_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _4/8/15_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Thomas H. Elder_

[Signature of Consortium Plaintiff]

## REGINA ELDER

**Supplemental Page to Plaintiff Fact Sheet**

**Section III.  Medical Background**

(3)     Continued:

| Approximate Date | Description of Surgery or Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| 2/8/11 | CT angiography of the chest for pulmonary emboli | Premier Imagining 4515 Premier Drive High Point, NC |
| 2/8/11-2/17/11 | Multiple bilateral emboli | Wayne Beauford, M.D. High Point Regional 601 N Elm Street High Point, NC 27262 |
| 3/5/11-3/8/11 | Seizure | High Point Regional 601 N Elm Street High Point, NC 27262 |
| 3/7/2011 | Placement of Cook IVC Filter | Dudley Huspeth, M.D. High Point Regional 601 N Elm Street High Point, NC 27262 |

(4)  Continued:

| Approximate Date | Description of Surgery or Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| 6/23/2011-7/3/2011 | Exploratory Laparotomy with partial removal of the IVC filter "spindles" from renal parenchyma (kidney complication and developed pneumonia) | Nestor Cruz, M.D Bradley Stoneking, M.D. High Point Regional 601 N Elm Street High Point, NC 27262 |
| 12/9/2011 | Admission for back pain. CT Completed showing fragmentation of limbs of IVC filter | High Point Regional 601 N Elm Street High Point, NC 27262 |
| 5/15/12 | Surgery to remove protruding screws/wries from knee | Kenneth Lennon, M.D. High Point Surgical Center 600 Lindsey Street High Point, NC |
| 9/9/12 | Right Hip Replacement | Christopher Blackmon Southeastern Orthopedic Specialist 201 E. Wendover Avenue Greensboro, NC |

11)    Continued:

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| Suboxone, 8 mg | Walmart 2628 South Main St. Highpoint, NC | Back Pain | Approx. 1 year |
| Carbamazepine (Tegrotol), 100 mg | Walmart 2628 South Main St. Highpoint, NC | Seizures | Since 3/2011 |