IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04225 | Cause No. 1:17-cv-04252 |
| Cause No. 1:17-cv-04228 | Cause No. 1:17-cv-04282 |
| Cause No. 1:17-cv-04229 | Cause No. 1:17-cv-04285 |
| Cause No. 1:17-cv-04230 | Cause No. 1:17-cv-04317 |
| Cause No. 1:17-cv-04236 | Cause No. 1:17-cv-04613 |
| Cause No. 1:17-cv-04237 | Cause No. 1:17-cv-04639 |
| Cause No. 1:17-cv-04246 | Cause No. 1:17-cv-04649 |
| Cause No. 1:17-cv-04247 | Cause No. 1:17-cv-04652 |
| Cause No. 1:17-cv-04249 | Cause No. 1:17-cv-04653 |
| Cause No. 1:17-cv-04251 | Cause No. 1:17-cv-04661 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    January 16, 2018

/s/ Andrea Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Pierson