UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to 1:14-cv-1875-RLY-TAB _____ | ) ) ) ) | |

**SCHEDULING ORDER**

The motions hearing set for January 19, 2018 is VACATED AND RESET to **FEBRUARY 14, 2018 at 1:30 p.m.** in Room 349, of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 16th day of January 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record