IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04223 | Cause No. 1:17-cv-04253 |
| Cause No. 1:17-cv-04224 | Cause No. 1:17-cv-04254 |
| Cause No. 1:17-cv-04226 | Cause No. 1:17-cv-04255 |
| Cause No. 1:17-cv-04227 | Cause No. 1:17-cv-04256 |
| Cause No. 1:17-cv-04232 | Cause No. 1:17-cv-04257 |
| Cause No. 1:17-cv-04233 | Cause No. 1:17-cv-04258 |
| Cause No. 1:17-cv-04234 | Cause No. 1:17-cv-04259 |
| Cause No. 1:17-cv-04235 | Cause No. 1:17-cv-04260 |
| Cause No. 1:17-cv-04248 | Cause No. 1:17-cv-04280 |
| Cause No. 1:17-cv-04250 | Cause No. 1:17-cv-04281 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: January 17, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.116047577.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer