# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 14-ml-2570-RLY-TAB <br><br> MDL DOCKET NO. 2570 |
| THIS DOCUMENT RELATES TO: <br><br> Sherry Marlene McCall-Wade, <br><br> Civil Case # 1:17-cv-01248 | **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

Date: January 19, 2018

Respectfully Submitted:

*/s/ Robert Luke*
Robert Luke
**The Luke Law Firm**
1201 Shepherd Drive
Houston, TX 77007
Tel.: 713-457-6300
legal@lukefirm.com

*/s/ Daniel Barton*
Daniel Barton
**Barton Law Firm**
1201 Shepherd Drive
Houston, TX 77007
Tel.: 713-457-6300
dbarton@bartonlawgroup.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on January 19, 2018 which will serve a copy on all counsel of record.

Date: January 19, 2018                                      */s/ Robert Luke*
                                                                          Robert Luke