IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Sherry Marlene McCall-Wade,

 Civil Case #  1:17-cv-01248

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Sherry Marlene McCall-Wade,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Sherry Marlene McCall-Wade against all Defendants in Civil Action No. MDL No. 2570 (Member Case 1:17-cv-01248) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge