## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other**  Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  He is afraid he is going to have a heart attack and is anxious about whether to have the filter removed or leave it in.  The full extent of plaintiff's injuries are unknown at this time. |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____Not applicable_____   by  _____
(e.g. imaging studies, surgery, doctor visits)

_____   by  _____

_____   by  _____

_____   by  _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  He is afraid he is going to have a heart attack and is anxious about whether to have the filter removed or leave it in.  The full extent of plaintiff's injuries are unknown at this time._____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Pain and Swelling in Legs |
| ☐ **Tilt** | ☑ **Other** Difficulty Walking and Standing for Long Periods |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

N/A _____ by N/A _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Pain and swelling in legs; difficulty walking and standing for extended periods of time;

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age  52____ Height 5'1"_____ Weight 159 lbs.____
2. Provide your: Age 41_____ Weight 144 lbs_____(approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other**_ Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  He is afraid that if the filter moves or breaks he is going to bleed to death. The full extent of plaintiff's injuries are unknown at this time. |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full  extent of plaintiff's injuries are unknown at this time._____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other**__Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  Plaintiff is also experiencing shortness of breath.  The full extent of plaintiff's injuries are unknown at this time._____ |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full  extent of plaintiff's injuries are unknown at this time._____

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____


1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____


1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

---

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other**  Plaintiff is experiencing pain and swelling in her leg.  Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time._____ |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Continued Anticoagulant Therapy |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Continued need for anticoagulant therapy._____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age _48_____ Height _5'3"_____ Weight _179_____
2. Provide your: Age _45_____ Weight _185_____(approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Ongoing medical monitoring of device |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

N/A _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Damages related to ongoing medical monitoring. _____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age _34_   Height _5'8"_   Weight _240lbs_
2. Provide your: Age _24_   Weight _220lbs_ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more than 90 days,  too risky |
| ☐ **Tilt** | ☑ **Other** to attempt retrieval and future perforation and |
| ☐ **Vena Cava Perforation** | ☑ **Other**  fracture are likely |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Abdominal pain; extreme discomfort; chronic back pain since implantation; depression and consistent

worry that filter will migrate and/or fear of possible failure in the future.

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age _41_____   Height 6'1"_____  Weight _420_____
2. Provide your:  Age 39_____  Weight 380_____(approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X_ Other: PITE |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Imaging Studies _____ by Robert M Cimino, MD _____
(e.g., imaging studies, surgery, doctor visits)

N/A _____ by N/A _____

N/A _____ by N/A _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Leg swelling, pain in legs and pelvis _____

## VIII. MEDICAL BACKGROUND

1. Provide your _current_: Age _46_____ Height _5'7_____ Weight_190_____

2. Provide your: Age __33__ Weight__210_____ (approximate, if unknown) _at the time_ the Cook Inferior Vena Cava Filter was implanted in you.

2.  Type of retrieval: _____

3.  Retrieval physician (Name/Address): _____

4.  Medical Facility (Name/Address): _____

5.  Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | ☑ **Other**  Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  She is afraid that if the filter moves or breaks she is going to bleed to death. The full extent of plaintiff's injuries are unknown at this time. |
|---|---|
| ☐ **Migration** | |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  She is afraid that if the filter moves or breaks she is going to bleed to death.    The full  extent of plaintiff's injuries are unknown at this time._____   _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more than 90 days,  too risky |
| ☐ **Tilt** | ☑ **Other** to attempt retrieval and future perforation and |
| ☐ **Vena Cava Perforation** | ☑ **Other** fracture are likely |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Fear of migration and/or fracture or other possible failure in the future.

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age __50__    Height _5'4"_    Weight _199_
2. Provide your:  Age _38_    Weight _160_ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more than 90 days,  too risky |
| ☐ **Tilt** | ☑ **Other** to attempt retrieval |
| ☐ **Vena Cava Perforation** | ☐ **Other** _____ |
| ☐ **Fracture** | ☐ **Other** _____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other** _____ |
| ☐ **Bleeding** | ☐ **Other** _____ |
| ☐ **Organ Perforation** | ☐ **Other** _____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

doctor visits _____ by Danette Glenn, MD _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Fear of possible failure in the future leading to premature death.

_____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 59 Height 6'0" Weight 190
2. Provide your: Age 54 Weight 190 (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | __X__ Other: occlusion of the IVC filter & infected IVC filter |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_Imaging Studies & Radiology Procedure_   by _Freddy M. Katai, MD_
(e.g., imaging studies, surgery, doctor visits)

_____   by   _____

_____   by   _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

_Stress, anxiety, difficulty with breathing, blood infections in area of IVC filter._

## VIII.  MEDICAL BACKGROUND

1.   Provide your current: Age __41__   Height __5'8"__   Weight __228 lbs.__

2.   Provide your: Age __38__   Weight __297 lbs.__   (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

3.   In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s)

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ Other IVC w/ thrombosis  w/ IVC filter |
| ☐ **Tilt** | ☐ Other |
| ☐ **Vena Cava Perforation** | ☐ Other |
| ☐ **Fracture** | ☐ Other |
| ☐ **Device is unable to be retrieved** | ☐ Other |
| ☐ **Bleeding** | ☐ Other |
| ☐ **Organ Perforation** | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

balloon angioplasty
(e.g. imaging studies, surgery, doctor visits) by Suresh Alankar, MD

Inferior vena cavagram and by Suresh Alankar, MD
bilateral lower extremity and

iliac venogram by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Blood clots, swelling

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 29    Height 5'9    Weight 300
2. Provide your: Age 24    Weight 300    (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | ☑ **Other** <u>Plaintiff is experiencing high blood pressure, bladder issues, weight loss, pain, blood clots, possible auto-immune issues from the filter and swelling and neuropathy in her legs and feet which she did not experience before receiving the filter.  Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  She is afraid that if the filter moves or breaks she is going to bleed to death.   The full extent of plaintiff's injuries are unknown at this time.</u> |
|---|---|
| ☐ **Migration** | |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

<u>Blood clots</u>   by   <u>medical records (none in plaintiff's possession).</u>
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

<u>Plaintiff is experiencing high blood pressure, bladder issues, weight loss, pain, blood clots, possible auto-immune issues from the filter and swelling and neuropathy in her legs and feet which she did not experience before receiving the filter.  Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  She is</u>

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other tip adherent, hook entirely encased in tissue |
| ☑ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

removal surgery and pathology ___ by Dr. Scott Trerotola

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Painful removal surgery and post-surgical pain.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age _37_ Height _5'2"_ Weight _156_
2. Provide your: Age _30_ Weight _156~_ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5. Reason for Retrieval:_____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** _Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time._ |
| ☐ **Tilt** | ☐ **Other**_ |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_ |
| ☐ **Bleeding** | ☐ **Other**_ |
| ☐ **Organ Perforation** | ☐ **Other**_ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____Not applicable_____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries is unknown at this time.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** shortness of breath |
| ☐ **Tilt** | ☑ **Other** chest pain |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

doctor visit                                    by   Dr. Ralph Sims
(e.g. imaging studies, surgery, doctor visits)

_____    by   _____

_____    by   _____

_____    by   _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

shortness of breath, chest pains, inability to enjoy life and participate in activities as I did before filter was implanted

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  35      Height  5'7"      Weight  240
2. Provide your:  Age  30      Weight  200     (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X___ Other: Embedded |
| ___ Tilt | _X___ Other Partial thromboplastin time |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_Imaging studies_____ by _Benjamin C. Gillen, MD._____
(e.g., imaging studies, surgery, doctor visits)
_____ by _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

_Stress and anxiety due to filter embedded in my vena cava.  Pain in the abdomen._____

_____

_____

## VIII.  MEDICAL  BACKGROUND

1. Provide your current: Age __42_____   Height _5'9"___Weight __242 lbs___

2. Provide your: Age_34__  Weight _182 lbs_____ (approximate, if unknown) at the time the
   Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in
   the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s).
   Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s)
   involved with each hospitalization or outpatient procedure; and provide the approximate
   date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address |
|---|---|
| N/A | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries*
*leading up to implantation of the Cook Inverior Vena Cava Filter]*

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | X Other:   Filter incorporated into vena cava wall |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| Device is unable to be retrieved ☐ | Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ **by** _____
(e.g. imaging studies, surgery, doctor visits) by _____

_____ by _____

_____ _____ by _____

## VII. CURRENT COMPLAINTS

**Describe all injuries and physical complaints you attribute to the** device:

I'm paralyzed and worry that something could happen with the filter and I wouldn't be able to feel it.

## I.   MEDICAL BACKGROUND

6. Provide your current: Age <u>34</u> ____ Height <u>5'8"</u> ___ Weight <u>150 lbs</u>
7. Provide your: Age: <u>21</u>_____ Weight: <u>150</u>_____ (approximate, if unknown) <u>at the</u> <u>time</u> the Cook Inferior Vena Cava Filter was implanted in you.

    4.  Medical Facility (Name/Address): _____

    5.  Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** Embedment to vena cava wall. |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Surgery_____ by Dr. Thomas C. Naslund_____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook Inferior Vena Cava Filter. I am relying on the experts that will be retained by my lawyer to determine this information. However, the IVC Filter became embedded to my vena cava wall. I feared that the IVC filter would puncture inside and it would cause  internal bleeding. This has caused me to experience anxiety, mental anguish and stress about the status of my filter and any related injuries.

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☒ Other  FEAR OF THE UNKNOWN |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

N/A _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

FEAR OF THE  UNKNOWN AND WHAT COULD HAPPEN GIVEN THAT THE FILTER IS STILL IN

MY BODY.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age  30      Height  6'1"      Weight  360
2. Provide your: Age  24      Weight  310      (approximate, if unknown) at the
   time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Venous embolism, thrombosis of lower extremity |
| ☐ **Tilt** | ☑ **Other** Disorder of vena cava umbrella |
| ☐ **Vena Cava Perforation** | ☑ **Other** Leg Swelling |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits _____ by Frank A. Thompson, MD _____

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Left leg swelling, leg turns purple, shortness of breath, pain in left side from left leg to arm.  I worry about the filter causing me additional injuries due to the high failure rate of Cook filters.  I have pain suffering, anxiety, mental anguish and loss of enjoyment of life.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  44____  Height 6'2"_____  Weight 145_____
2. Provide your:  Age 43_____  Weight 145_____(approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| ___ Migration | __X__ Other: thrombus from filter to femoral vein |
|---|---|
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_Imaging study May 15, 2005_____ by _Thuan-Phuong Nguyen, MD_____
(e.g., imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

_Stress, anxiety, and pain in the area of the filter._____

## VIII.  MEDICAL  BACKGROUND

1.  Provide your current: Age ___36___ Height ___5.9'___ Weight ___255 lbs___
2.  Provide your: Age ___25___ Weight ___245 lbs___ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more than 90 days,  too risky |
| ☐ **Tilt** | ☑ **Other** to attempt retrieval and future perforation and |
| ☐ **Vena Cava Perforation** | ☑ **Other** fracture are likely |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Chronic pain in the groin at placement site, shortness of breath and fear of possible failure of the filter

in the future.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 59      Height 6'4"      Weight 400
2. Provide your: Age 50      Weight 275      (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X_ Other – Embedded |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Report from attempted removal _____ by Harold P. Dietzius, MD _____
(e.g., imaging studies, surgery, doctor visits)

Operative Notes _____ by Kristina Ann Giles, MD _____

_____ by _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Extensive, chronic pain on right side of neck; chest pain; stress and anxiety; pain in lower stomach

## VIII.  MEDICAL  BACKGROUND

1.  Provide your <u>current</u>: Age ___51___ Height ___5'10___ Weight ___254 lbs.___

2.  Provide your: Age ___46___ Weight ___250___ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3.  In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| January 4, 2012 | Spinal surgery; Dr. Stephen Scibelli, MD, 3627 University Boulevard S, Ste. 4115, Jacksonville, FL 32216; Memorial Hospital Jacksonville, 3625 University Boulevard S, Jacksonville, FL 32216 |

3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

| | |
|---|---|
| **V. OUTCOME ATTRIBUTED TO DEVICE** | |

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** <u>Caval Thrombosis</u> |
| ☐ **Tilt** | ☒ **Other** <u>Thrombosis/embolism in IVCF</u> |
| ☐ **Vena Cava Perforation** | ☒ **Other** <u>Pain post-implant</u> |
| ☐ **Fracture** | ☐ **Other** _____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other** _____ |
| ☐ **Bleeding** | ☐ **Other** _____ |
| ☐ **Organ Perforation** | ☐ **Other** _____ |

**VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED**

<u>Imaging studies, Surgery</u>_____ by <u>UPMC Health</u>_____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

**VII. CURRENT COMPLAINTS**

Describe all injuries and physical complaints you attribute to the device:

<u>I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook Inferior Vena Cava Filter. I am relying on the experts that will be retained by my lawyer to determine this information.  However, I suffer from loss of breath and accelerated heart rate when exerting myself in any way.  Further, I suffered from a caval thrombosis, thrombosis in the IVCF, and pain-post implant. I also experience anxiety, mental anguish and stress about the status of my filter and any related injuries.</u>

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more than 90 days,  too risky |
| ☐ **Tilt** | ☑ **Other** to attempt retrieval |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits
(e.g. imaging studies, surgery, doctor visits)

_____ by Dr. Donald Douglas

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Chronic fear that device may fracture and/or migrate; some edema in the lower extremities.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age 62        Height 6'1"        Weight 237
2. Provide your:  Age 58        Weight 235        (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X_ Other- caval thrombus (reason why removal surgery was aborted) |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Attempted IVC Filter Removal_____ by _Bryan Mustert, MD._____
(e.g., imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I feel stiffness in my chest._____

_____

_____

_____

## VIII.  MEDICAL  BACKGROUND

1.   Provide your current: Age ___68___   Height ___5'7"___   Weight ___170___

2.   Provide your: Age ___63___   Weight ___170___ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** continued anticoagulant therapy |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor _____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Continued need for anticoagulant therapy _____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age _61_   Height _5'5"_   Weight _146_
2. Provide your: Age _58_   Weight _145_   (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | ☑ **Other**  Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  Plaintiff is also experiencing shortness of breath.  The full extent of plaintiff's injuries are unknown at this time. |
|---|---|
| ☐ **Migration** | |
| ☐ **Tilt** | ☐ Other_____ |
| ☐ **Vena Cava Perforation** | ☐ Other_____ |
| ☐ **Fracture** | ☐ Other_____ |
| ☐ **Device is unable to be retrieved** | ☐ Other_____ |
| ☐ **Bleeding** | ☐ Other_____ |
| ☐ **Organ Perforation** | ☐ Other_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** <u>Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time.</u> |
| ☐ **Tilt** | ☑ **Other** <u>Plaintiff is experiencing pain in her whole body.</u> |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

<u>n/a</u>_____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

<u>Plaintiff is experiencing pain in her whole body.  Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries is unknown at this time.</u>

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age <u>34</u>     Height <u>5'1"</u>     Weight <u>208</u>
2. Provide your:  Age <u>34</u>   Weight <u>229</u>  (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other**  clogged filter |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Will Supplement_____ by _____

(e.g. imaging studies, surgery, doctor visits)    by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook IVC filter. I am relying on the experts that will be retained by my lawyer to determine this information.

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age   61      Height   6'0''      Weight   195 lbs.

5

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** Caval thrombosis |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Imaging studies_____ by Grady Health System_____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook Inferior Vena Cava Filter. I am relying on the experts that will be retained by my lawyer to determine this information.  However, I did have caval thrombosis. I also experience anxiety, mental anguish and stress about the status of my filter and any related injuries.

_____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

Other: Filter in place more than 90 days, too risky to attempt retrieval and future perforation and fracature a

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

To be scheduled. _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Shortness of breath and fear of possible failure in the future.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  25      Height  5'3"        Weight 102 lbs
2. Provide your:  Age  19 years  Weight  90 lbs          (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | X Other:   Filter is still inside of me |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ **by** _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

**Describe all injuries and physical complaints you attribute to the** device:

I am concerned that the filter is still inside of me. Coughing hurts and I get cramping sometimes.

## I.     MEDICAL BACKGROUND

6.  Provide your current: Age <u>52</u> ____ Height <u>5'5"</u> ____ Weight <u>180 lbs</u> _____

7.  Provide your: Age: <u>48</u> _____ Weight: <u>180</u> _____ (approximate, if unknown) <u>at the</u> <u>time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☐ **Other**  embedment_____ |
| ☐ **Tilt** | ☐ **Other** _____ |
| ☐ **Vena Cava Perforation** | ☐ **Other** _____ |
| ☐ **Fracture** | ☐ **Other** _____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other** _____ |
| ☐ **Bleeding** | ☐ **Other** _____ |
| ☐ **Organ Perforation** | ☐ **Other** _____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

surgery_____ by Stan Zipser, MD_____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook Inferior Vena Cava Filter. I am relying on the experts that will be retained by my lawyer to determine this information.  However, I had trouble walking due to lots of swelling; the filter was embedded and doctor had a lot of trouble getting it out, and it was painful.  I also experience anxiety, mental anguish and stress about the status of my filter and any related injuries.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Filter in place more that 90 days |
| ☐ **Tilt** | ☑ **Other** Too risky to attempt retrieval |
| ☐ **Vena Cava Perforation** | ☑ **Other** Future perforation and fracture are likely |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

doctor visit
(e.g. imaging studies, surgery, doctor visits)                by    Surgeon

_____                by _____

_____                by _____

_____                by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Arrhythmia as well as concern that filter is clogged and interfering with blood flow. Fear of future

fracture or other possible failure in the future.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  68        Height  5'11"         Weight  140
2. Provide your: Age  57        Weight  130        (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other |
| ☐ Tilt | ☑ Other One Failed Removal Attempt |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

REMOVAL _____ by Dr. Brian C. Lawler
(e.g. imaging studies, surgery, doctor visits)
Embeddment _____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Difficult removal and possible damage to IVC

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age  61      Height 5'6"        Weight  270
2. Provide your:  Age 57      Weight 270        (approximate, if unknown) at the
   time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Continued need for anticoagulation therapy. |
| ☐ **Tilt** | ☐ Other |
| ☐ **Vena Cava Perforation** | ☐ Other |
| ☐ **Fracture** | ☐ Other |
| ☐ **Device is unable to be retrieved** | ☐ Other |
| ☐ **Bleeding** | ☐ Other |
| ☐ **Organ Perforation** | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Lifetime need for anticoagulation therapy.

_____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age __48__   Height __6'2"__   Weight __290__
2. Provide your:  Age __40__   Weight __342__ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| | ☑ **Other**_ Plaintiff had discomfort and severe pain from the filter.  The full extent of plaintiff's injuries are unknown at this time._____ |
| ☐ **Migration** | |
| ☑ **Tilt** | ☐ **Other**_ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____Filter tilted._____ by ___ thrombolysis performed 6-13-16._____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff experienced severe discomfort, infection and pain.  The full extent of plaintiff's injuries is unknown at this time._____

1. Date of retrieval (including any attempts):    N/A
2. Type of retrieval:
3. Retrieval physician (Name/Address):
4. Medical Facility (Name/Address):
5. Reason for Retrieval:

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other**    **Thrombosis – left basilica vein** |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Hospital visit    by    Advocate Good Samaritan Hospital
(e.g. imaging studies, surgery, doctor visits)
   by
   by
   by

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I am not certain which specific symptoms or bodily injuries I may have suffered as a result of the Cook Inferior Vena Cava Filter. I am relying on the experts that will be retained by my lawyer to determine this information.  However, I have been diagnosed with Thrombosis – left basilica

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | ☑ **Other**  Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  Plaintiff is also having back pain but does not know if that is related to his filter.  The full extent of plaintiff's injuries are unknown at this time. |
|---|---|
| ☐ **Migration** | |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  Plaintiff is also having back pain but does not know if it is related to his filter.  The full  extent of plaintiff's injuries are unknown at this time._____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** See attached medical records. |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Radiology/Imaging.                              by   South Texas Health System.
(e.g. imaging studies, surgery, doctor visits)

_____   by   _____

_____   by   _____

_____   by   _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

See attached medical records.

_____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  N.A.   Height  N.A.   Weight  N.A.
2. Provide your:  Age  N.A.   Weight  N.A.  (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other Chest pain, shortness of breath, poor circulation |
| ☐ Tilt | ☑ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

N/A _____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I currently experience chest pains, shortness of breath, poor circulation in my legs, and pain in my back and side.  Sometimes my limbs go numb as well.  I have increased anxiety due to the fear of the unknown since this filter is potentially unstable in my body.

## VIII. MEDICAL BACKGROUND

1. Provide your current:  Age _34_____  Height _6'0_____  Weight _195_
2. Provide your:  Age _22_____  Weight _130_____  (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____


1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** __DVT, leg pain_____ |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

hospitalized_____ by ___Tennova Healthcare_____
(e.g. imaging studies, surgery, doctor visits)
hospitalized_____ by ___LaFollette Medical Center___

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

## V.  OUTCOME ATTRIBUTED TO DEVICE

| ☐ **Migration** | ☒ **Other** <u>Edema</u> |
|---|---|
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

<u>CT Scan abdomen and pelvis, Tips of IVC filter legs project beyond the margin of the inferior</u>
<u>vena cava, March 7, 2016</u>                    by <u>Dr. Geoffrey Rubin</u>
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

<u>Swelling, pain, cannot walk, stiffness, discomfort, to do daily activities, unable to stand for long perios, tips</u>
<u>of IVC filter legs project beyond the margin of the IVC,  perforation of vessels,  and Edema.</u>
_____
_____
_____

## VIII. MEDICAL BACKGROUND

1. Provide your current:  Age <u>67</u>     Height <u>6 ft. 2 inches</u>   Weight <u>350 lbs</u>
2. Provide your:  Age <u>55</u>     Weight <u>265 lbs</u>     (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

2. Type of retrieval: _____

3. Retrieval physician (Name/Address): _____

4. Medical Facility (Name/Address): _____

5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** <u>Shortness of Breath</u> |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

 Dr. Visit, April 28, 2016 _____ by <u>Dr. Khashyar Kash Vahdat</u> _____

(e.g. imaging studies, surgery, doctor visits)
 Dr. Visit, June 6, 2016 _____ by  Dr. Khashyar Kash Vahdat _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

 On the first attempt, the Dr. could not remove it.  It was lodged or stuck in my vein crookedly.  I had to undergo another procedure at a different hospital.  I had to be off my blood thinner for extended time to accommodate the second procedure.  I have high anxiety and post-traumatic stress disorder.  All this elevated by systems and triggers.  I have reoccurring issues with the fact that the vein is weaker now due to the filter yanked out.

## VIII. MEDICAL BACKGROUND

1. Provide your current:  Age <u>64 yrs.</u>   Height <u>4 ft. 12 inch.</u>   Weight <u> 232 lbs. </u>

2. Provide your:   Age <u>62 </u>   Weight <u>242.72 lbs </u> (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** continued anticoagulant therapy |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Continued need for anticoagulant therapy

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age _71_   Height _5'7"_   Weight _186_
2. Provide your: Age _69_   Weight _186_ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3.   Retrieval physician (Name/Address): _____

4.   Medical Facility (Name/Address): _____

5.   Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

1.   Date of retrieval (including any attempts): N/A _____

2.   Type of retrieval: _____

3.   Retrieval physician (Name/Address): _____

4.   Medical Facility (Name/Address): _____

5.   Reason for Retrieval: _____

1.   Date of retrieval (including any attempts): N/A _____

2.   Type of retrieval: _____

3.   Retrieval physician (Name/Address): _____

4.   Medical Facility (Name/Address): _____

5.   Reason for Retrieval: _____

1.   Date of retrieval (including any attempts): N/A _____

2.   Type of retrieval: _____

3.   Retrieval physician (Name/Address): _____

4.   Medical Facility (Name/Address): _____

5.   Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| ☐ **Migration** | ☑ **Other Occluded Filter** |
|---|---|
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

10/15/12 IVC angioplasty/catheterization ____ by Christopher J. Bosarge, MD _____

(e.g. imagine studies, surgery, doctor visits)

 10/16/12 Venogram and stent placement ____ by Christopher J. Bosarge, MD _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X_ Other filter embedded in IVC |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

 Imaging study, 04/05/2016            by Terry Tomlinson, MD
(e.g., imaging studies, surgery, doctor visits)

Consultation with Doctor, 04/11/2016        by Dr. Schwartz, MD

_____   by   _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Stenosis of Inferior Vena Cava, Severe scaring of Inferior Vena Cava, Severe swelling of legs, stress

and anxiety, extreme weakness, possibly blindness from extreme Coumadin use.

## VIII.  MEDICAL  BACKGROUND

1.  Provide your current: Age ___65___ Height _6'5"_ Weight ___250 lbs___

2.  Provide your: Age ___59___ Weight _245 lbs___ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

3.  In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☒ Other _unknown at this time_ |
| ☐ Tilt | ☒ Other _product in place_ |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

n/a _____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

I got Cramps The last couple of days
I've been sick with Bad Stomach
Cramps

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age _65_  Height _5'4"_  Weight _165_
2. Provide your: Age _58_  Weight _260_ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| □ **Migration** | ☑ **Other**_ Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time. |
| □ **Tilt** | □ **Other**_____ |
| □ **Vena Cava Perforation** | □ **Other**_____ |
| □ **Fracture** | □ **Other**_____ |
| □ **Device is unable to be retrieved** | □ **Other**_____ |
| □ **Bleeding** | □ **Other**_____ |
| □ **Organ Perforation** | □ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time._____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** embedded |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits _____ by Gary Rada, MD _____

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The IVC filter was placed in response to DVTs & PEs that developed after a surgical procedure. Once the filter was implanted Ms. Plant was told she need to stay on anticoagulant medication to prevent clots from blocking the filter. The anticoagulants make her nose bleed easily and she has had to restrict many activities such as swimming, snorkeling, gardening and exercise (bending, sit ups, running in place and jogging) due to her increase risk of bleeding. She must use care a step stool or ladder to clean to clean fans or to change high light bulbs, or inside air filters due to dizziness. She has altered her diet. The knowledge that the filter cannot be removed, that the filter could move, break or pierce her vein and

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age <u>58</u>     Height <u>5'0</u>     Weight <u>200</u>
2. Provide your: Age <u>49</u>     Weight <u>196</u>     (approximate, if unknown) <u>at the</u> <u>time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ___ Migration | _X_ Other   Embedded |
| ___ Tilt | ___ Other |
| ___ Vena Cava Perforation | ___ Other |
| ___ Fracture | ___ Other |
| ___ Device is unable to be retrieved | ___ Other |
| ___ Bleeding | ___ Other |
| ___ Organ Perforation | ___ Other |

## VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

___Imaging studies_____ by _Gary W. Health, MD._____
(e.g., imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

## VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Removal of filter extremely painful. Embedment caused physical damage to interior wall of vena

Cava during the removal._____

_____

## VIII.  MEDICAL  BACKGROUND

1.  Provide your current: Age __67___   Height __5'11"_____   Weight _____195_____

2.  Provide your: Age ___57____   Weight ___300_____ (approximate, if unknown) at the time
    the Cook Inferior Vena Cava Filter was implanted in you.

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other Filter in place more than 90 days, too risky to attempt retrieval and future perforation and fracture are likely |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

The extent of any possible device failure has not
been fully documented by Plaintiff's treating       by _____
medical providers.

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Chest pain, shortness of breath, cardiac issues and poor circulation in legs.

Cannot walk far and hurting in chest

Fear of possible failure in the future.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age _74_    Height _5'10"_    Weight _360 lb_
2. Provide your: Age _64_    Weight _250 lb_    (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** Embedded in the walls of the vena cava |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Ultrasound     by Luis L. Nadal, M.D.
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The IVC embedded in the walls of my vena cava.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  45      Height 5'2"       Weight  236
2. Provide your:  Age   43     Weight  180      (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ **Other** Filter in place more than 90 days, too risky to attempt retrieval & future perforation and fracture are likely. |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Fear of possible failure in the future.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  71    Height  5'2"    Weight  118
2. Provide your:  Age  60    Weight  295    (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☒ Other   Chest pain, shortness of breath |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

N/A _____ by _____
(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:
I currently experience chest pains and shortness of breath regularly.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age 86 ____ Height 5'3 ____ Weight 170
2. Provide your: Age 76 ____ Weight 170 ____ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other**_ Plaintiff is experiencing severe stomach pain.  Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time. |
| ☐ **Tilt** | ☐ **Other**_____ |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

n/a_____ by _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is experiencing severe stomach pain.  Plaintiff is also experiencing mental anguish and anxiety that the filter has failed or will fail causing additional medical problems.  The full extent of plaintiff's injuries are unknown at this time._____