

Product Safety & Liability Reporter™

Source:  Product Safety & Liability Reporter: News Archive > 2017 > 11/20/2017 > Leading the News > Medical Devices: Cook Medical Clot-Trap Plaintiffs Look Ahead After Trial Loss

**45 PSLR 1134**

*Medical Devices*
**Cook Medical Clot-Trap Plaintiffs Look Ahead After Trial Loss**

*By Julie A. Steinberg*

Plaintiffs with Cook Medical Inc. IVC filters are looking ahead after losing the first test trial in a combined federal proceeding against the maker of the blood clot-trapping device.

An IVC filter is placed into the inferior vena cava, the largest vein in the body, to catch blood clots that have broken loose from a deep vein in the legs and prevent them from traveling to the heart or lungs.

Plaintiffs allege the products at issue, the Cook Celect inferior vena cava filter and the Cook Gunther Tulip IVC filter, can fracture or perforate the inferior vena cava, and that removal may be difficult or impossible (*Hill v. Cook Medical, Inc.*, S.D. Ind., No. 14-6016, *verdict* 11/9/17).

The Celect filter implanted in Elizabeth J. Hill wasn't defectively designed, a jury in the U.S. District Court for the Southern District of Indiana found.

"We are, of course, disappointed by the verdict, but recognize this case was a case selected by the defendants to be the first case tried," Joseph Williams, one of the plaintiffs' attorneys, said in a statement sent to Bloomberg Law.

"We are pleased with this outcome. Our IVC filters are clinically successful devices critical to patient well-being," Mark Breedlove, vice president of the vascular division at Cook Medical, said in a statement.

> **Snapshot**
>
> • IVC filter not defectively designed, jury says in first federal test trial
>
> • Next trial set for April 2018

**2,800 Cases Pending**

About 2,800 cases are pending against Cook Medical in federal multidistrict proceedings in the Southern District of Indiana.

Hill claimed the device, which was implanted as a protective measure before a scheduled back surgery, migrated and perforated her vena cava and duodenum, part of the small intestine.

"The case was confounded by many issues unique to this particular plaintiff; particularly a long history of complex medical issues including severe scoliosis with multiple surgical reconstructions of the spine," said Williams, of Riley Williams & Piatt LLC in Indianapolis said. "We look forward to the next trial involving this product."

The next trial is set for April 30, 2018. Arthur Gage alleges he was implanted with a Gunther Tulip filter that perforated his vena cava and that removal would be too risky for him.

Riley Williams & Piatt LLC, and others represented the plaintiff.

Faegre Baker Daniels LLP represented Cook Medical.

To contact the reporter on this story: Julie A. Steinberg in Washington at jsteinberg@bna.com

To contact the editor responsible for this story: Steven Patrick at spatrick@bna.com

**For More Information**

Verdict form is at http://src.bna.com/uay.

Contact us at http://www.bna.com/contact-us or call 1-800-372-1033

ISSN 1522-5259

Copyright © 2018, The Bureau of National Affairs, Inc.. Reproduction or redistribution, in whole or in part, and in any form, without express written permission, is prohibited except as permitted by the BNA Copyright Policy.