# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Pavlock v. Cook Medical, Inc. et al.*,
Case No. 1:18-cv-06088-RLY-TAB

## ORDER ON MOTION TO STAY DECISION ON
## MOTION TO REMAND PENDING OUTSTANDING DISCOVERY
## AND
## OPPOSITION TO PLAINTIFF'S EMERGENCY REQUEST
## FOR EXPEDITED RULING

The Court, having considered Cook Defendants' Motion to Stay Decision on Motion to Remand Pending Outstanding Discovery *and* Opposition to Plaintiff's Emergency Request for Expedited Ruling, being duly advised, now GRANTS the Cook Defendants' Motion, finding that it was made for good cause and valid reasons, and DENIES Plaintiff's Emergency Request for Expedited Ruling.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.