UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570
_____

This Document Relates to:

   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION TO COMPEL**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's Motion to Compel.

| Exhibit | Description |
|---|---|
| A | 1/18/18 Letter from Andrew Campbell to Ben Martin regarding Motion to Compel |
| B | 1/15/18 Notices of Deposition and attachments for Darrell Talbert, Lykke Sylow Iverson, Annette Luneborg, Thomas Willads Jensen, Meg Senker Donley, Don Archie, and Dennis J. Griffin, MD |
| C | Deposition Excerpts of Tamara Clemmer Deposition (June 15, 2017) **FILED UNDER SEAL** |
| D | Deposition Excerpts of Arne Molgaard-Nielsen Deposition (October 5, 2016) **FILED UNDER SEAL** |
| E | Consulting Expert Retention Letter of Dennis Griffin, MD (redacted version) **FILED UNDER SEAL** |

                                            Respectfully submitted,

Dated: January 19, 2018          */s/ Andrea Roberts Pierson*
                                            Andrea Roberts Pierson (# 18435-49)
                                            J. Joseph Tanner (# 11856-49)
                                            Nicholas B. Alford (# 31867-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  joe.tanner@faegrebd.com
                                            E-Mail:  nicholas.alford@faegrebd.com

                                            Chuck Webber (#215247)
                                            FAEGRE BAKER DANIELS LLP
                                            90 South Seventh Street
                                            2200 Northwest Center
                                            Minneapolis, MN 55402
                                            Telephone: (612) 766-8719
                                            Facsimile: (612) 766-1600
                                            chuck.webber@faegrebd.com

                                            *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                */s/ Andrea Roberts Pierson*