# Exhibit A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Andrew L. Campbell**
*Partner*
**andrew.campbell@FaegreBD.com**
Direct **+1 317 237 1011**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Main **+1 317 237 0300**
Fax **+1 317 237 1000**

January 18, 2018

**VIA EMAIL ONLY -** bmartin@bencmartin.com

Ben C. Martin
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas  75219

      Re:    <u>MDL No. 2570 – *Brand v. Cook Medical, Inc., et al.*, Case No. 1:14-cv-06018-RLY-TAB</u>

Dear Ben:

We write to address your request for documents and case-specific depositions that are the subject of numerous emails and your Motion to Compel Discovery (Dct. 7440).

First, regarding the requested documents, we have reviewed the two Single Complaint Reports ("SCR") you identified in your December 12, 2017, email and Motion to Compel, and have found as follows:

- There are 25 attachments listed on the "first" SCR dated October 24, 2014 (8:53 AM), and attached as Exhibit 2 to the Motion to Compel.
- The same 25 attachments, plus 3 more, for a total of 28 attachments are listed on the "second" SCR dated October 24, 2014 (10:33 AM), and attached as Exhibit 3 to the Motion to Compel.
- Contrary to your assertion in the Motion to Compel, 23 of the 28 attachments have been produced.  Though Cook is under no obligation to specifically identify the documents for plaintiffs, for your convenience, enclosed is a chart that identifies these documents by bates number and production volume.
- The remaining 5 documents were withheld for privilege and/or work product protection. Enclosed is our slip-sheet production of these documents and a privilege log therefore as well as one additional document which is an email attachment to one of the documents withheld for privilege.

We trust that this resolves your concerns regarding the attachments to the identified SCRs.

Second, regarding your request for eight case-specific depositions,[1] please recall that Amended Case Management Order #19 (Amended Bellwether Trial Plan) limits the parties to "two [ ] fact witnesses" in

---

[1]   We understand that you are requesting case-specific depositions of Meg Donley, Don Archie, Lykke Iversen, Thomas Jensen, Annette Luneborg, Darrell Talbert, Dr. Timperman, and Dr. Griffin.

US.116005670.01

Ben C. Martin -2- January 18, 2018

addition to plaintiff(s), plaintiff's treating physicians, and sales representatives directly associated with the sale of the specific product implanted in the plaintiff. With regards to the two additional fact witnesses permitted under CMO #19, Cook reserves one of those depositions. As a result, we ask that you reconsider your list of case-specific depositions.[2]

Please note that our response to your Motion to Compel is due tomorrow, January 19. We would be happy to extend the time for our response in an attempt to resolve these issues. Otherwise, we will respond to your Motion as outlined above.

Very truly yours,

 */s/ Andrew L. Campbell*

Andrew L. Campbell

Enclosure
cc:   Andrea Pierson; Rochelle Symons

---

[2] Please note that Annette Luneborg is no longer employed by Cook.

US.116005670.01

| Attachment Name | Bates Beg | Bates End | Production Volume |
|---|---|---|---|
| PR38639 - Scanned Receipt.pdf | CookMDL2570_0743918 | CookMDL2570_0743919 | 20160218_CookMDL2570 |
| PR38639 -Scanned receipt.pdf | CookMDL2570_0743932 | CookMDL2570_0743933 | 20160218_CookMDL2570 |
| WCE 02 AUG 2011.pdf | CookMDL2570_0744291 | CookMDL2570_0744292 | 20160218_CookMDL2570 |
| PR38639-Acknowledgement letter.doc | CookMDL2570_0743972 | CookMDL2570_0743972 | 20160218_CookMDL2570 |
| PR38639-cpml email.msg | CookMDL2570_0744501 | CookMDL2570_0744502 | 20160218_CookMDL2570 |
| PR38639-product conf and info.msg | CookMDL2570_0744557 | CookMDL2570_0744558 | 20160218_CookMDL2570 |
| PR38639-RGA# given.msg | CookMDL2570_0744553 | CookMDL2570_0744553 | 20160218_CookMDL2570 |
| PR38639-RGA#Given2.msg | CookMDL2570_0744638 | CookMDL2570_0744639 | 20160218_CookMDL2570 |
| PR38639 Brand Timperman's revised review.msg | CookMDL2570_0744559 | CookMDL2570_0744559 | 20160218_CookMDL2570 |
| PR38639 Comments to filter fracture AMN.docx | CookMDL2570_0744289 | CookMDL2570_0744289 | 20160218_CookMDL2570 |
| PR38639 Dr Moririson medical records.pdf | CookMDL2570_0743857 | CookMDL2570_0743917 | 20160218_CookMDL2570 |
| Celect0110 05082011.xls | CookMDL2570_0074515 | CookMDL2570_0074515 | 20150716_CookMDL2570 |
| ImagesPR38639.docx | CookMDL2570_0744290 | CookMDL2570_0744290 | 20160218_CookMDL2570 |
| Info re Endelig evaluering af claim Brand PR38639.msg | CookMDL2570_0744687 | CookMDL2570_0744687 | 20160218_CookMDL2570 |
| REG01- celect 23oct2014.xlsx | CookMDL2570_0100343 | CookMDL2570_0100343 | 20150716_CookMDL2570 |
| TWJ Review af customized letter PR38639.msg | CookMDL2570_0744600 | CookMDL2570_0744602 | 20160218_CookMDL2570 |
| QERA 005 rev1, Celect fracture. pdf | CookMDL2570_0314102 | CookMDL2570_0314104 | 20150924_CookMDL2570 |
| 290_forceps_retrievpdf. pdf | CookMDL2570_0310560 | CookMDL2570_0310564 | 20150924_CookMDL2570 |
| 297 -difficult-Tulip. pdf | CookMDL2570_0310565 | CookMDL2570_0310572 | 20150924_CookMDL2570 |
| 364-G2 fractures. pdf | CookMDL2570_0310573 | CookMDL2570_0310577 | 20150924_CookMDL2570 |
| JVIR 2011 Filtres.pdf | CookMDL2570_0744327 | CookMDL2570_0744332 | 20160218_CookMDL2570 |
| Oh_RemviRetrvbiiVCFTentngPntrtion_JVIR0211.pdf | CookMDL2570_0310585 | CookMDL2570_0310589 | 20150924_CookMDL2570 |
| Timothy D. Townsend, Suman Rathun, Archana Gautam and Thomas W | CookMDL2570_0310594 | CookMDL2570_0310595 | 20150924_CookMDL2570 |

| ID | PRIVILEGE DESIGNATION | PRIVILEGE REASON | PRIV LOG DESCRIPTION | EFILE TYPE | CUSTODIAN | DOCDATE | FILETYPE | AUTHOR | RECIPIENTS | LOG DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| CookMDL2570_1302693 | Withheld for Privilege | Attorney Client_Work Product | Email chain between client and counsel related to review of case background | E-Mail | Trackwise | 2/21/2012 8:35:40 AM | OUTLOOK_MSG | Nielsen, Mette Neiendam | Kip S. M. McDonald; Talbert, Darrell; Mølgaard-Nielsen, Arne; Gildersleeve, Neva; Neda.Jandrich@cookmedical.com; Kathy_Schiffman@us.crawco.com; Cathy S. Butler; Kretz, Cynthia; Harden, Rita; Kelli R. Jachimiak; Torndahl, Inge K.; Jensen, Thomas Willads; Douglas B. King; Munkesoe, Camilla Wamberg; Talbert, Darrell; Mølgaard-Nielsen, Arne; Gildersleeve, Neva; Neda.Jandrich@cookmedical.com; Kathy_Schiffman@us.crawco.com; Cathy S. Butler; Kretz, Cynthia; Harden, Rita; Kelli R. Jachimiak; Torndahl, Inge K.; Jensen, Thomas Willads; Douglas B. King; Munkesoe, Camilla Wamberg | 1/17/2018 |
| CookMDL2570_1302694 | Withheld for Privilege | Attorney Client_Work Product | Attachment to email at CookMDL2570_1302693 between client and counsel with comments from client | Attachment | Trackwise | 1/17/2012 3:29:50 PM | WINWORD2007 | amoelgaard | | 1/17/2018 |
| CookMDL2570_1302695 | Withheld for Privilege | Attorney Client_Work Product | Medical chronology prepared by counsel in futherance of litigation preparation | E-File | Trackwise | 5/13/2013 10:21:00 AM | WINWORD2010 | _ | | 1/17/2018 |
| CookMDL2570_1302696 | Withheld for Privilege | Work Product | Medical report prepared by consulting expert in furtherance of litigation preparation | E-File | TrackWise | 6/29/2014 3:20:00 PM | WINWORD2010 | Dennis Griffin | | 1/17/2018 |
| CookMDL2570_1302697 | Withheld for Privilege | Work Product | Medical report prepared by consulting expert in furtherance of litigation preparation | E-File | TrackWise | 10/22/2014 12:50:06 PM | PDF | | | 1/17/2018 |
| CookMDL2570_1302698 | Withheld for Privilege | Work Product | Email among company employees regarding medical report prepared by consulting expert in furtherance of litigation preparation | E-Mail | TrackWise | 10/24/2014 7:52:10 AM | OUTLOOK_MSG | Nielsen, Mette Neiendam | Iversen, Lykke Sylow | 1/17/2018 |