**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No.: 1:17-cv-6072-RLY-TAB   *Osorio v. Cook Incorporated, et al*
Cause No.: 1:17-cv-6077-RLY-TAB   *Jewett, et al v. Baxter, MD, et al*
Cause No.: 1:17-cv-6078-RLY-TAB   *Givney v. Cook Incorporated, et al*
Cause No.: 1:17-cv-6079-RLY-TAB   *Strickland v. Proffitt, et al*
Cause No.: 1:17-cv-6081-RLY-TAB   *Brownlow v. Cook Incorporated, et al*

## COOK DEFENDANTS' STATEMENT REGARDING COURT'S ORDER GRANTING THEIR MOTION FOR LEAVE TO COMPLETE BRIEFING

In light of the Court's January 11, 2018 order granting plaintiffs' motion to remand in *Berman-Cheung*, Cause No. 1:17-cv-6076-RLY-TAB (Dkt. No. 7465), Cook respectfully waives its right to complete briefing in the *Osorio*, *Jewett*, *Givney*, *Strickland*, and *Brownlow* matters referenced above.

Dated: January 22, 2018                           Respectfully submitted,

/s/ *Andrea Pierson*
Andrea Roberts Pierson (# 18435-49)
John Joseph Tanner (# 11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-mail:  joe.tanner@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Pierson*