UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DENYING DEFENDANTS' MOTION TO CONTINUE OR STAY**
***BRAND* AND SELECT PRODUCT-IN-PLACE REPRESENTATIVE BELLWETHER TRIALS**

The Cook Defendants move to continue or stay *Brand*—currently set for trial as a bellwether case in September 2018—and choose instead to try a Product-in-Place ("PIP") representative bellwether trial. After considering the parties' submissions, the court finds the best course of action is to try *Brand* in September 2018. Accordingly, their Motion (Filing No. 7412) is **DENIED**. The parties should be prepared to discuss whether to try a PIP case as a fourth bellwether at the next motions hearing scheduled for February 14, 2018.

**SO ORDERED** this 23rd day of January 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.