UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Pavlock v. Cook Medical, Inc., et al.* 1:18-cv-6088-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO REMAND and DENYING THE COOK DEFENDANTS' MOTION TO STAY DECISION ON MOTION TO REMAND PENDING OUTSTANDING DISCOVERY**

On March 3, 2015, Dr. Adrian Wong implanted Plaintiff, Jeffrey Alan Pavlock, with a Celect IVC filter manufactured and distributed by the Cook Defendants. The filter eventually tilted, perforated his IVC, and protruded into his aorta and small intestine. He filed suit on January 19, 2017, in Harris County, Texas, alleging, *inter alia*, medical malpractice by Dr. Wong and products liability claims against the Cook Defendants. On December 22, 2017, the Cook Defendants filed a Notice of Removal, contending the court has jurisdiction based on diversity of citizenship between Plaintiff and the Cook Defendants. The Cook Defendants also contended that Dr. Wong, who is a citizen of the same state as Plaintiff (Texas), does not defeat diversity because he was improperly joined.

This matter is before the court on Plaintiff's Expedited Motion to Remand. The Motion is expedited due to the May 7, 2018 trial date in Texas state court and related pre-trial proceedings, including depositions of experts scheduled to take place between January 22 and February 23, 2018. The court, having considered the memorandums of law in support of and in opposition to the Motion, and the applicable law, finds Dr. Wong was not improperly joined under *Smallwood v. Ill. Cent. R. R. Co.*, 385 F.3d 568 (5th Cir. 2004) and its progeny. Plaintiff's Motion (Filing No. 13) is therefore **GRANTED**. The Clerk is **ORDERED** to **REMAND** this action to the 80th District Court of Harris County, Texas. In light of this ruling, the Cook Defendants' Motion to Stay Decision on Motion to Remand Pending Outstanding Discovery (Filing No. 50) is **DENIED**.

**SO ORDERED** this 23rd day of January 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.