IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## **Appearance**

To:    The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Tonya Brand.

Date:  January 24, 2018           Respectfully submitted:

                                                  RILEY WILLIAMS & PIATT, LLC

                                                  /s/ *Joseph N. Williams*
                                                  Joseph N. Williams, Atty. No. 25874-49
                                                  301 Massachusetts Avenue, Suite 300
                                                  Indianapolis, Indiana 46204
                                                  (317) 633-5270
                                                  (317) 426-3348 Fax
                                                  E-Mail:  jwilliams@rwp-law.com

                                                  *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on January 24, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams