IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

>Tonya Brand
>Civil Case No. 1:14-cv-06018-RLY-TAB

## Order Granting Plaintiff Tonya Brand's Emergency Motion to Compel

This matter comes before the Court on Plaintiff Tonya Brand's Emergency Motion to Compel. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that this matter is set for a telephonic hearing on the _____ day of January, 2018 at _____.m.

**It is Further Ordered, Adjudged, and Decreed** that Cook Defendants are ordered to respond to Plaintiff Tonya Brand's Interrogatories and the Defense Fact Sheet, and produce all responsive documents by _____, 2018.

**All of Which is Ordered** this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.