IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Tonya Brand respectfully moves the Court to maintain under seal Exhibit 2 to Plaintiff's Emergency Motion to Compel. Defendants have designated those documents as "confidential."

Dated:  January 24, 2018    Respectfully submitted,

    RILEY WILLIAMS & PIATT, LLC

    */s/ Joseph N. Williams*
    Joseph N. Williams, Atty. No. 25874-49
    301 Massachusetts Avenue
    Indianapolis, IN 46204
    Telephone: (317) 633-5270
    Facsimile: (317) 426-3348
    Email:   jwilliams@rwp-law.com
    *Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph N. Williams*
Joseph N. Williams