IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

---

This Document Relates to Plaintiff(s)

LA TERRA HUNTER_____

Civil Case # 1:16-CV-1446-RLY-TAB

---

## AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   _____LaTerra Hunter_____  _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____Florida___ _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    _____Florida_____

6. Plaintiff's/Deceased Party's current state of residence:
    _____ Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

    _____United States District Court for the Northern District of Florida__

8. Defendants (Check Defendants against whom Complaint is made):

    **X**      Cook Incorporated

    **X**      Cook Medical LLC

    **X**      William Cook Europe ApS

9. Basis of Jurisdiction:

    **X**      Diversity of Citizenship

    ☐      Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28, inclusive_____

    _____

    _____

    b. Other allegations of jurisdiction and venue:

    N/A_____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    **X**        Günther Tulip® Vena Cava Filter

    ☐        Cook Celect® Vena Cava Filter

- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    _____09/30/2009_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _____Sacred Heart Hospital_____

13. Implanting Physician(s):

    _____Christopher J. Bosarge, M.D._____

14. Counts in the Master Complaint brought by Plaintiff(s):

    **X**    Count I:    Strict Products Liability – Failure to Warn

    **X**    Count II:    Strict Products Liability – Design Defect

    **X**    Count III:    Negligence

    **X**    Count IV:    Negligence Per Se

    **X**    Count V:    Breach of Express Warranty

    **X**    Count VI:    Breach of Implied Warranty

    **X**    Count VII:    Violations of Applicable **Florida** _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

    ☐    Count IX:    Wrongful Death

| | | |
|---|---|---|
| ☐ | Count X: | Survival |
| **X** | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

15. Attorney for Plaintiff(s):

Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Joseph R. Johnson, Esq. FLA#372250
Babbitt & Johnson, P.A.
1641 Worthington Road Suite 100
West Palm Beach, FL 33402-4426

Respectfully submitted,

By:
/s/ Joseph R. Johnson, Esq.
Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500
jjohnson@babbitt-johnson.com