IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    LA'TERRA HUNTER

Civil Case #  1:16-cv-1446-RLY-TAB

_____

## **ORDER**

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by La'Terra Hunter, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of January, 2018.


_____
Honorable Richard L. Young
United States District Court Judge