IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
 1:17-cv-2761-RLY-TAB Coufal

## ORDER

 This matter is before the Court on Plaintiff's Motion for Refund of duplicate filing fee. Having reviewed said motion, the Court now grants same. The Clerk is instructed to issue a refund of $400 to the credit card used in this transaction. (Agency Tracking ID 0756-4488196)

 So Ordered: 1/25/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.