IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                    MDL NO. 2570

-----------------------------------------------------
This Document Relates to:

1:16-cv-02901-RLY-TAB;
1:16-cv-03075-RLY-TAB;
1:16-cv-03079-RLY-TAB;
1:16-cv-03078-RLY-TAB;
1:16-cv-03261-RLY-TAB;
1:16-cv-03271-RLY-TAB;
1:16-cv-03272-RLY-TAB;
1:16-cv-03287-RLY-TAB;
1:16-cv-03348-RLY-TAB;
1:16-cv-03390-RLY-TAB;
1:16-cv-03413-RLY-TAB;
1:17-cv-00054-RLY-TAB;
1:17-cv-00056-RLY-TAB;
1:17-cv-00060-RLY-TAB;
1:17-cv-00063-RLY-TAB;
1:17-cv-00201-RLY-TAB;
1:17-cv-00217-RLY-TAB;
1:17-cv-00251-RLY-TAB;
1:17-cv-00418-RLY-TAB;
1:17-cv-00430-RLY-TAB;
1:17-cv-00590-RLY-TAB;
1:17-cv-00594-RLY-TAB;
1:17-cv-00597-RLY-TAB.

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Attorney Andrew W. Callahan of Flint Law Firm, LLC moves to withdraw as counsel in the member cases listed above related to MDL No. 2570, and be substituted for Jacob A. Flint of Flint Law Firm, LLC in the member cases listed above related to MDL No. 2570.

                Respectfully submitted,

                **FLINT LAW FIRM, LLC**

By:    */s/ Andrew W. Callahan*
        Andrew W. Callahan, IL Bar No. 6298280
        222 E Park St., Suite 500
        P.O. Box 189
        Edwardsville, IL 62025
        Phone: (618) 288-4777
        Fax: (618) 288-2864
        acallahan@flintlaw.com


        */s/ Jacob A. Flint*
        Jacob A. Flint, IL Bar No. 6299777
        Flint Law Firm, LLC
        222 E. Park St., Suite 500
        P.O. Box 189
        Edwardsville, IL 62025
        Phone:  618-205-2017
        Fax:  618-288-2864
        jflint@flintlaw.com


## Certificate of Service

    I hereby certify that on this the 26th day of January 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Andrew W. Callahan*