# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                          MDL NO. 2570

---------------------------------------------------
This Document Relates to:

1:16-cv-02901-RLY-TAB; 1:16-cv-03075-RLY-TAB; 1:16-cv-03079-RLY-TAB;
1:16-cv-03078-RLY-TAB; 1:16-cv-03235-RLY-TAB; 1:16-cv-03261-RLY-TAB;
1:16-cv-03271-RLY-TAB; 1:16-cv-03272-RLY-TAB; 1:16-cv-03287-RLY-TAB;
1:16-cv-03348-RLY-TAB; 1:16-cv-03390-RLY-TAB; 1:16-cv-03413-RLY-TAB;
1:17-cv-00054-RLY-TAB; 1:17-cv-00056-RLY-TAB; 1:17-cv-00060-RLY-TAB;
1:17-cv-00063-RLY-TAB; 1:17-cv-00201-RLY-TAB; 1:17-cv-00217-RLY-TAB;
1:17-cv-00251-RLY-TAB; 1:17-cv-00418-RLY-TAB; 1:17-cv-00430-RLY-TAB;
1:17-cv-00590-RLY-TAB; 1:17-cv-00594-RLY-TAB; 1:17-cv-00597-RLY-TAB.

## **ORDER**

The Court, being duly advised in the premises, and upon Andrew W. Callahan's Motion to Withdraw as Counsel and Substitution of Counsel, hereby **ORDERS:**

Attorney Andrew W. Callahan will be withdrawn as counsel in the member cases listed above related to MDL No. 2570 and will no longer receive notices.

Attorney Jacob A. Flint of the Flint Law Firm, LLC, will continue as counsel for the in the member cases listed above related to MDL No. 2570.

**IT IS SO ORDERED**


Dated: _____            _____
                                                                              Judge