IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                           MDL NO. 2570

-------------------------------------------------------
This Document Relates to: 1:17-cv-04608-RLY-TAB & 1:17-cv-04609-RLY-TAB.

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Andrew W. Callahan of Flint Law Firm, LLC moves to withdraw as counsel in the member cases listed above related to MDL No. 2570, and be substituted for Jacob A. Flint of Flint Law Firm, LLC in the member cases listed above related to MDL No. 2570.

Respectfully submitted,

**FLINT LAW FIRM, LLC**

By:   */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
222 E Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
acallahan@flintlaw.com

*/s/ Jacob A. Flint*
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

1

## Certificate of Service

    I hereby certify that on this the 26th day of January 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrew W. Callahan