IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 2570 |

-----------------------------------------------------

This Document Relates to: 1:17-cv-04608-RLY-TAB & 1:17-cv-04609-RLY-TAB.

## ORDER

The Court, being duly advised in the premises, and upon Andrew W. Callahan's Motion to Withdraw as Counsel and Substitution of Counsel, hereby **ORDERS:**

Attorney Andrew W. Callahan will be withdrawn as counsel in the member cases listed above related to MDL No. 2570 and will no longer receive notices.

Attorney Jacob A. Flint of the Flint Law Firm, LLC, will continue as counsel for the in the member cases listed above related to MDL No. 2570.

**IT IS SO ORDERED**

Dated: _____          _____
                                                                          Judge