## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-04697
Cause No. 1:17-cv-04736
Cause No. 1:17-cv-04740
Cause No. 1:17-cv-04754

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
      William Cook Europe ApS


Dated:        January 26, 2018           /s/ Andrea Pierson_____
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Andrea Pierson</u>

US.116179165.01