# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to:<br>Ashley Gilbert<br>1:16-cv-6049-RLY-TAB | |

## DECLARATION OF TROY A. BRENES IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COURNEY LUNG [Docket No. 7467]

I, Troy A. Brenes declare I am an attorney at law duly licensed to practice before all the courts of the State of California and am attorney of record for Plaintiff Ashley Gilbert.

1. I am personally familiar with the facts of this case as well as the facts set forth herein. If called upon to testify to the truth and accuracy of these facts, I could and would competently do so under oath.

2. In meeting conferring with defendants in this case and others, Defense counsel for Cook Defendants and Ms. Lung disclosed Ms. Lung as the sales representative for Las Vegas responsible for marketing the Cook Celect filter to all health care providers prior to and up until Plaintiff was implanted with the Celect Filter in 2012.

3. Exhibit 2 to Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss Country Lung is a true and correct copy a PowerPoint produced by Defendants in discovery. The document indicates it was authored by Courtney Lung.

1

4. On April 14, 2016, Defense counsel Douglas King agreed to waive service on behalf of all defendants in this matter in exchange for Plaintiff agreeing not to oppose transfer of all cases then pending in Clark County Nevada to one judge. The parties also agreed that Defendants would not seek removal of these cases on the grounds of fraudulent joinder. These agreements were laid out in an email exchange date April 14, 2016 and were confirmed in a telephone conference between Troy Brenes and Douglas King on the April 14, 2016.

5. Exhibit 3 to Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss Country Lung is a true and correct copy of the email exchange between the parties in this matter laying out the agreements by all defendants, including Courtney Lung, to waive service of process and not to seek removal.

6. After receiving notice that Defendants had removed this matter in violation of the agreement amongst the parties, I contacted Douglas King to ascertain on what basis Defendants had broken that portion of the agreement. Mr. King only responded that the client had overruled the agreement regarding removal. At no time did Defendants state that they also intended to withdraw the agreement to waive service.

7. Exhibit 4 to Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss Country Lung is a true and correct copy of the July 28, 2016 email exchange between the parties regarding Defendants decision to break the agreement to not seek removal of these cases.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

8. Exhibit 5 to Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss Country Lung is a true and correct copy Courtney Lung's Answer to the Complaint in *Lowicki v. Lung et al.*, case number 1:17-cv-06071. Paragraph 3 admits "Ms. Lung has been a resident

of Clark County, Nevada for over 20 years and has been **selling** Cook Celect® vena cava filters, in her capacity as an employee of CML, since it was first cleared by the FDA for use in 2007."(emphasis added).

Executed on January 26, 2018 at Aliso Viejo, California.

Respectfully submitted,

Troy A. Brenes CA Bar No. 249776)
BRENES LAW GROUP, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656
Telephone:    (949)397-9360
Facsimile:     (949)607-4192
tbrenes@breneslawgroup.com

*Counsel for Ashley Gilbert*
