# EXHIBIT 3



**Troy Brenes** <tbrenes@breneslawgroup.com>

---

## RE: Request for Waiver of Service--Gilbert, Ellingson
1 message

---

**Douglas B. King** <doug.king@woodenmclaughlin.com>                     Thu, Apr 14, 2016 at 7:14 AM

To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: Sandy Davis Jansen <Sandy.Jansen@woodenmclaughlin.com>, "Gayle M. Williams"
<Gayle.Williams@woodenmclaughlin.com>, "Cathy S. Butler" <Cathy.Butler@woodenmclaughlin.com>,
"Marcee R. Voss" <Marcee.Voss@woodenmclaughlin.com>

Troy,

I am emailing you to follow up on the phone conversation we had on Friday, April 1, while you were, I believe,
heading out of town with your family for your kids' Spring Break.

I proposed that we would waive service in this new *Gilbert* case in exchange for your not opposing our request that
this case be transferred to the court in which your *Ellingson* case has been pending, so that the two cases, and any
new ones you file in NV, could be consolidated for purposes of discovery and pretrial proceedings. As I mentioned, it
seems to me that neither of us want to get into a situation in which we have conflicting schedules and hearing
dates, etc.

I also proposed that we would agree not to try to remove this case, e.g., on the grounds that your joinder of our
local sales rep Courtney Lung, a NV resident, is a fraudulent means to defeat diversity, in exchange for your not
naming Courtney in future suits, a proposal I would expand to say that we will not attempt to remove *Ellingson*,
*Gilbert* or any future lawsuits in exchange for your agreeing to dismiss Courtney from the two no-pending cases and
to not name her in future ones.

As I recall, you did not state any objection to my proposals, but said you wanted to check with your local counsel,
which you said you would do when you returned from your vacation.

As I understand it, none of our clients have been served in the *Gilbert* case to date. If we can agree to proceed as
outlined above, we can get both cases moving.

Please let us hear from you when you can.

Thank you for your cooperation.

https://mail.google.com/mail/u/0/?ui=2&ik=a1f4f10c3e&jsver=pkG7biCEwPU.en.&view...      1/12/2018

Regards,

Doug

**From:** Troy Brenes [mailto:tbrenes@breneslawgroup.com]
**Sent:** Monday, March 28, 2016 3:25 PM
**To:** Douglas B. King
**Subject:** RE: Request for Waiver of Service

Okay, will call you then.

On Mar 28, 2016 10:08 AM, "Douglas B. King" <doug.king@woodenmclaughlin.com> wrote:

Sounds like you're taking the family on Spring Break.

This shouldn't take long. Turns out my call is at 2 pm EDT, 1 pm CST

6 pm your time is 4 pm mine, so that would be good. Call my direct line at 317-860-5306 then and I will make a point of being at my desk and not on the phone

**From:** Troy Brenes [mailto:tbrenes@breneslawgroup.com]
**Sent:** Monday, March 28, 2016 11:36 AM
**To:** Douglas B. King
**Subject:** RE: Request for Waiver of Service

The best time would probably be anytime in next 30 minutes, or around 1 my time. About to get on the road with my family. Let me know a good time and the best number to call.

On Mar 28, 2016 7:17 AM, "Douglas B. King" <doug.king@woodenmclaughlin.com> wrote:

Troy,

I talked to my client on Friday and would like to talk to you about this. I know it's just 7:15 am out there, so let me know when would be a good time to talk. I am flexible today except for a conference call at 1 pm EST (10 am to you) that'll probably last about ½ hour.

Doug

Brenes Law Group Mail - RE: Request for Waiver of Service - Gilbert Ellingson    Page 4 of 6
Case 1:14-mi-02570-RLY-TAB   Document 7363-2 Filed 11/25/18   Page 4 of 6 PageID #:
40662
Page 3 of 5



**Douglas B. King**

Partner

211 North Pennsylvania Street

One Indiana Square, Suite 1800

Indianapolis, IN 46204

P 317.860.5306 888.639.6151

F 317.639.6444

www.WoodenMcLaughlin.com

**Think Green!** Please consider the environment before printing this email.

**Confidentiality Notice:** This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer. If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.



**Douglas B. King**

Partner

211 North Pennsylvania Street

One Indiana Square, Suite 1800

Indianapolis, IN 46204

P 317.860.5306 888.639.6151

F 317.639.6444

www.WoodenMcLaughlin.com

Think Green! Please consider the environment before printing this email.

**Confidentiality Notice:** This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer. If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

 **wooden mclaughlin**

## Douglas B. King
Partner

211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
P 317.860.5306 888.639.6151
F 317.639.6444

www.WoodenMcLaughlin.com

Think Green! Please consider the environment before printing this email.

**Confidentiality Notice:** This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer. If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Troy Brenes [mailto:tbrenes@breneslawgroup.com]
**Sent:** Tuesday, March 22, 2016 4:14 PM
**To:** Douglas B. King
**Subject:** Request for Waiver of Service

Doug:

I have started filing some additional Las Vegas cases in state court. Please let me know if you would be willing to accept service on behalf of the Cook Defendants. Thanks.

Troy A. Brenes

**Brenes Law Group**

16A Journey, Suite 200

Aliso Viejo, CA 92656

(888) 862-6104 Toll Free

(949) 397-9360 Telephone

(949) 607-4192 Facsimile

www.BrenesLawGroup.com

