# EXHIBIT 4



Troy Brenes <tbrenes@breneslawgroup.com>

# Re: Gilbert v. Cook
1 message

**Douglas B. King** <doug.king@woodenmclaughlin.com>  Thu, Jul 28, 2016 at 2:11 PM
To: Troy Brenes <tbrenes@breneslawgroup.com>

I was overruled by the client

Sent from my iPhone

On Jul 28, 2016, at 4:47 PM, Troy Brenes <tbrenes@breneslawgroup.com<mailto:tbrenes@breneslawgroup.com>> wrote:

I thought we had an agreement that you were not going to remove these cases.

Troy A. Brenes
Brenes Law Group P.C.
16A Journey, Suite 200
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com<http://www.breneslawgroup.com/>
< image001.png>


[cid:imagea60ceb.JPG@b74aff08.4aaede12]<http://www.woodmclaw.com>


Douglas B. King
Partner

211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
P 317.860.5306  888.639.6151
F 317.639.6444

www.WoodenMcLaughlin.com<http://www.WoodenMcLaughlin.com>


Think Green! Please consider the environment before printing this email.

Confidentiality Notice:  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

1/25/2018   Brenes Law Group Mail - Re: Gilbert v. Cook

https://mail.goog...

2 attachments



image001.png
34K

image860ceb.JPG
5K

wooden mclaughlin