# EXHIBIT B

| | |
|---|---|
| **From:** | David Matthews |
| **Sent:** | Monday, April 17, 2017 11:58 AM |
| **To:** | Matthews IVC |
| **Subject:** | FW: Judge Young's ruling on experts |
| **Importance:** | High |

---

From: Pierson, Andrea Roberts
Sent: Monday, April 17, 2017 11:57:28 AM (UTC-06:00) Central Time (US & Canada)
To: Ben Martin
Cc: Schlafer, John T.; Tanner, John Joseph; Bennett, James Stephen; Campbell, Andrew L.; Butler, Abigail M.; David Matthews; Joe Williams; Michael Heaviside; Matt Schultz
Subject: RE: Judge Young's ruling on experts

Can you and Mike talk now?  877-636-9498
4641620638

-----Original Message-----
From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Monday, April 17, 2017 12:19 PM
To: Pierson, Andrea Roberts
Cc: Schlafer, John T.; Tanner, John Joseph; Bennett, James Stephen; Campbell, Andrew L.; Butler, Abigail M.; David Matthews; Joe Williams; Michael Heaviside; Matt Schultz
Subject: Re: Judge Young's ruling on experts

Andrea if 11:45 CST works for you please provide a call in number and Mike and I will be on the line. I can squeeze in a noon CST call if that is better and possibly 12:30 CST then my day is gone in hearings and prep and the such.

Sent from my iPhone

> On Apr 17, 2017, at 8:34 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:
>
> Ben,
>
> I will call you this morning to discuss. I don't think our understanding of Judge Young's order is exactly the same as yours, but it's probably easier to cover by phone.
>
> Are you in now?
>
> Sent from my iPhone
>
>> On Apr 14, 2017, at 12:33 PM, Ben Martin <bmartin@bencmartin.com> wrote:
>>
>>

1

\>> Andrea our understanding of Judge Young's directive on the issue Cook has raised regarding duplicative experts and expert testimony is that we are to meet and confer on these matters and that ultimately the court wants us to narrow the areas of testimony where it may overlap.

\>>

\>> We met this morning on these things and will meet again over the weekend and expect by Monday afternoon to have put together our suggested list of experts and the topics they will cover at trial and on which they will then be deposed if you choose to depose them.

\>>

\>> We also assume and believe it implicit in the judge's ruling if not explicit in his ruling that Cook's experts and opinions will correspond to the areas of testimony that are being covered by plaintiffs' experts. If we drop the opinions of an expert or drop the expert completely and Cook them names experts to fill gaps that are not directly related to our experts' opinions then we intend to go back and add experts and opinions back into the cases.

\>>

\>> If we drop the opinions of an expert or drop the expert completely and Cook then names experts to fill gaps that are not directly related to our experts' opinions, that will require us to add the experts or opinions back in as rebuttal, rendering this an exercise in futility.

\>>

\>> We will reserve the right to change up the lineup and change up the witnesses for those we have dropped once the Hill case is tried--in other words for the Gage case.

\>>

\>> Joe, Mike, David, Ben, and Matt

\>>

\>> PS. Andrea if you will please remind me who all should be on emails from your side that I send your way I will gladly include them. It's been awhile since I received your email on that and I'm doing a bit of guesswork here. Thank you.

\>>

\>> Sent from my iPhone

\>>

\>>

\>> Sent from my iPhone

2