# EXHIBIT C

**From:** David Matthews
**Sent:** Tuesday, April 18, 2017 8:01 AM
**To:** Matthews IVC
**Subject:** FW: Experts

**From:** Pierson, Andrea Roberts
**Sent:** Tuesday, April 18, 2017 8:00:53 AM (UTC-06:00) Central Time (US & Canada)
**To:** Ben Martin; Bennett, James Stephen; Butler, Abigail M.; Campbell, Andrew L.; Schlafer, John T.; Tanner, John Joseph
**Cc:** Joe Williams; Matt Schultz; Michael Heaviside; David Matthews; Joe Johnson; Cox, Jessica Benson; Webber, Chuck
**Subject:** RE: Experts

Ben – I am out of pocket for a few days. We will review and get back to you as so as we can. Thanks. Andrea

**From:** Ben Martin [mailto:bmartin@bencmartin.com]
**Sent:** Tuesday, April 18, 2017 6:38 AM
**To:** Pierson, Andrea Roberts; Bennett, James Stephen; Butler, Abigail M.; Campbell, Andrew L.; Schlafer, John T.; Tanner, John Joseph
**Cc:** Joe Williams; Matt Schultz; Michael Heaviside; David Matthews; Joe Johnson
**Subject:** Experts

Andrea: In light of the Court's directive at the hearing last week Plaintiffs' counsel met Friday and again yesterday to discuss trimming the list of experts. Below is a table that reflects the decisions we have made in this regard. We have reduced the number from 13 to 7 plus an eighth (Dr. Rajebi) who is now limited to a single opinion given by no other expert.

As mentioned previously, we do reserve the right to revisit whether we need to expand or re-sort this list for Gage in light of what we experience in the Hill trial; but for now this is meant as a list for both.

The table breaks out the subject matters for each expert to demonstrate the absence of any overlap in the remaining opinions. I trust this addresses the concerns you raised with the Court. If you believe any overlapping opinions remain, please specifically identify the opinions (not the subject matters, but opinions) that you believe are cumulative so we can further meet and confer if necessary.

Ben

| Expert | Opinions | Notes |
|---|---|---|
| Betensky | *Biostatistics*<br>1. Statistical analysis of perforation ratios Tulip vs. Celect | All opinions |
| Fishbein | *M.D. -- Pathology*<br>1. Cellular and vein wall anatomy; structures adjacent to IVC<br>2. Perforation and tenting (from pathologist's perspective)<br>3. Pathological significance of Hill/Gage perforations<br>4. Review of pathology/histology in Cook animal studies | All opinions |
| Garcia | *M.D. -- Hematology* | All opinions |

1

|  | 1. Risk/benefit analysis of IVC filters – treatment of venous thromboembolism<br>2. Risk/benefit analysis of IVC filters – prevention of venous thromboembolism<br>3. Thrombogenic nature of IVC filters<br>4. Types of studies and study design -- quality and significance<br>5. Critical analysis of selected Cook studies<br>6. Medical review of Cook complaint reports (thrombotic) |  |
|---|---|---|
| Johnson/Milling | *Economist*<br>None | No opinions |
| Kessler | *Regulatory Compliance*<br>1. Regulatory framework/standards<br>2. Cook's regulatory (non)compliance (510(k), Adulteration, Misbranding) | All opinions |
| LaDisa | *Biomedical Engineering*<br>None | No opinions |
| Levy | *Lifecare Planning*<br>1. Future medical needs/lifecare plan (Hill and Gage) | All opinions |
| Litsky | *M.D./Bioengineering*<br>None | No opinions |
| Marmureanu | *M.D. – Cardiothoracic Surgery*<br>1. Gross anatomy<br>2. Implant and explant procedures<br>3. Specific causation and prognosis (Hill/Gage)<br>4. Warnings/IFU<br>5. Medical review of Cook complaint reports | All opinions |
| McMeeking | *Mechanical Engineering*<br>1. Engineering standards<br>2. Mechanical/design engineering analysis of Tulip and Celect | All opinions |
| Rajebi | *M.D. – Interventional Radiology*<br>1. Review of radiology and determination of perforations in OUS study | One opinion |
| Ritchie | *Materials Science/Metallurgy*<br>None | No opinions |

2