# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Arthur Gage
Civil Case No. 1:14-cv-01875-RLY-TAB

**PLAINTIFF ARTHUR GAGE'S**
**PRELIMINARY WITNESS LIST**

Pursuant to Second Amended Case Management Order No. 19, and the entry of July 11, 2017 signed by Judge Richard L. Young, Plaintiff Arthur Gage, by counsel, provides the following preliminary witness list:

**CASE SPECIFIC WITNESSES:**

1. Arthur Gage is the Plaintiff. He has been deposed twice. Please see his depositions. Mr. Gage is expected to testify regarding his injuries from the Cook filter and the implantation of his filter, the fact the filter cannot be removed and the reasons he has been told it cannot be removed, the pain and suffering associated with the filter, and discussions with his healthcare providers concerning the filter and problems related to the placement of the filter, as well as his general medical history.

2. Carol James – She has been deposed. Please see her deposition for her expected testimony. She may testify as to his knowledge of Mr. Gage's medical condition and general medical condition both before and after the implantation of his filter.

3. Orajean Daugherty – She has been deposed. Please see her deposition for her expected testimony. She may testify as to his knowledge of Mr. Gage's medical condition and general medical condition both before and after the implantation of his filter

4. Timothy Larkin, M.D. - This witness's deposition has been taken. Please refer to that testimony. Also, please refer to the medical records of Dr. Larkin.

5. Goodwin, Mark MD - This witness's deposition has been taken. Please refer to that testimony. Dr. Goodwin is the implanting physician.

6. Dr. Antonio Pangan - This witness's deposition has been taken. Please refer to that testimony. Also, please refer to the medical records of Dr. Pangan.

7. Dr. Paul Crisostomas - This witness's deposition has been taken. Please refer to that testimony. Also, please refer to the medical records of Dr. Crisostomas.

8. Edward Hospital - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

9. Loyola Hospital/Loyola University Medical Center - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

10. Hinsdale Hospital - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

11. Suburban Gastroenterology, LTD. - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

12. Good Samaritan Hospital - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

13. Midwest Heart Specialists - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

14. Loyola Center for Health - including but not limited to the Custodian of Billing Records, Custodian of Medical Records, and any healthcare provider who has rendered treatment to Plaintiff while being treating at this facility. Please refer to the medical records.

**COOK CORPORATE WITNESSES:**

15.    Torben Anderson. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

16.    Scott Blanchard. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

17.    Mark Breedlove. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

18.    Jennifer Brown. Plaintiff has taken Ms. Brown's deposition. Ms. Brown has factual information regarding the Cook filters as well as some expertise in the areas evident in her deposition. Defendant has also listed Ms. Brown as an expert and Plaintiff reserves her right to question the witness as an expert. Her

deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

19.    James Carlson. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

20.    Brian Choules. Plaintiff has taken Mr. Choules' deposition. Mr. Choules has factual information regarding the Cook filters as well as some expertise in the areas evident in her deposition. Defendant has Defendant has listed Mr. Choules as an expert and Plaintiff reserves her right to question to witness as an expert. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

21.    Jacob Clausen. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

22.    Bruce Fleck. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

23.    Mark Frye. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

24.     Henrik Gyllun. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

25.     Rita Harden. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

26.     Ted Heise. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

27.     Jack Hunt. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

28.     Ann Berg Jessen. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

29.     April Lavender. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

30.     Arne Molgaard-Nielsen. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent

with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

31.     Mette Neiendam Nielsen. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

32.     Tom Roberts. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

33.     James Smith. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

34.     Darrell Talbert. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

35.     Jesper Thyregod. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

36.     Kem Hawkins. This witness will be deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

37.     William Voorhees. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

38.     Defendants, by and through their various corporate representatives.

**PLAINTIFF'S EXPERTS:**

39.     Rebecca Betensky, Ph.D. Dr. Betensky is a statistician. Please see this expert's report, previously provided. Her deposition has been taken. Please see her deposition as to her testimony as to the specifics of her opinions to the extent questions were asked of her regarding her opinions. Please see her reliance list regarding documents reviewed by the witness.

40.     Michael Fishbein, MD. Dr. Fishbein is a forensic pathologist. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

41.     David Garcia, MD. Dr. Garcia is a hematologist. He also has expertise regarding clinical trials and studies and their methodology. He will testify regarding the lack of proof of efficacy as well as hematological aspects of the case, and the methodology of the Gunther Tulip pilot study, the Smouse retrievability study, and the Lyon Cook study. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

42.     David Kessler. Dr. Kessler is a regulatory expert. Dr. Kessler is a former FDA Commissioner. His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions. Please see the reliance list regarding this witness and the documents reviewed by the witness.

43.    Leigh Anne Levy, life care planner.  Her deposition has been taken.  Please see her deposition as to her testimony as to the specifics of his opinions to the extent questions were asked of him regarding her opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.

44.    Alexander Marmureanu, MD., cardiovascular and thorasic surgeon.  His deposition has been taken. Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.  Dr. Marmureanu will also discuss case specific matters, the anatomy, the causation of Mr. Gage's problems and future problems and will also testify as to the warnings given in the package insert of the Gunther Tulip filter, and complications associated with the Gunther Tulip filter and its retrieval system, as well as the lack of any proof of efficacy of the Gunther Tulip filter, and the frequency and severity of the various Gunther Tulip device failure modes, and the product's defects, and related matters.

45.    Robert McMeeking, PhD., structural materials and mechanical engineering.  Assessment of the forces and distortions of, instability, and stress levels of the Cook IVC filters.  His deposition has been taken.  Please see his deposition as to his testimony as to the specifics of his opinions to the extent questions were asked of him regarding his opinions.  Please see the reliance list regarding this witness and the documents reviewed by the witness.

46.    Reza Rajebi, MD.  Dr. Rajebi is a diagnostic radiologist.  His testimony is limited to a review and analysis of diagnostic images.  Please see his deposition as to the specific images reviewed and his opinions regarding those, and any further images obtained in discovery.

47.    Robert Johnson, PhD.    Dr. Johnson is an economist.  Please see his report.

**OTHER WITNESSES:**

48.    John Kaufman, MD.  His deposition is being taken within the next few days.  He is an interventional radiologist identified with Cook.  Please see his deposition, when taken.

49.    Bob H. Smouse.  His deposition is being taken within the next few days.  He is an interventional radiologist identified with Cook.  Please see his deposition, when taken.

50.     Paul Timperman, MD. He is a radiologist. He has been deposed. Dr. Timperman was a consultant

with and/or worked for Cook in the capacity of an analyst of radiological images. Dr. Timperman has been

asked about certain films and has given his opinions as to certain films shown to him at his deposition, and

Plaintiff intends to present that testimony.

51.     Any person listed on any Defendant's preliminary witness list.

52.     Any person listed as part of any Defendant's initial disclosures.

53.     Any person listed as part of any Defendant's discovery responses.

54.     Plaintiff reserves the right to supplement this witness list.

Respectfully submitted,

*/s/ Michael T. Gallagher*

Michael T. Gallagher
Federal Bar No. 5395
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via First Class Mail, facsimile transmission, or electronic mail on this the 1st day of August, 2017.

Andrea Roberts Pierson
J. Joseph Tanner
Jessica Benson Cox
Nicholas B. Alford
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
andrea.pierson@faegrebd.com
joe.tanner@faegrebd.com
jessica.cox@faegrebd.com
nicholas.alford@faegrebd.com

Ben C. Martin
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewlawfirm.com

/s/ Michael T. Gallagher
_____

Michael T. Gallagher