# EXHIBIT E

**From:** **Pam McLemore** pamm@gld-law.com
**Subject:** Experts for Gage Trial
**Date:** January 10, 2018 at 10:35 AM
**To:** Andrea Pierson Andrea.Pierson@FaegreBD.com, Jessica Cox Jessica.Cox@FaegreBD.com
**Cc:** David Matthews dmatthews@thematthewslawfirm.com, Pam McLemore pamm@gld-law.com, Mark Chavez mchavez@thematthewslawfirm.com, Shawna Fugate shawnaf@gld-law.com



Andrea,

I may use Dr. LaDisa and/or Dr. Litsky or Dr. Ritchie.  I am trying to obtain deposition dates from them as I now understand they may not have been previously deposed.

Inasmuch as the Court has already ruled on Dr. Marmureanu and Dr. Fishbein, and we are willing to abide by the Court's ruling, is it still necessary to argue on these two experts for whom rulings have already been made?

Mike