# EXHIBIT F

## Pam McLemore

| | |
|---|---|
| **From:** | Mike Gallagher |
| **Sent:** | Thursday, January 11, 2018 1:13 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Tanner, John Joseph; Cox, Jessica Benson; Bennett, James Stephen; McDonald, Kip S.M.; Matthews, David; Mark Chavez (mchavez@thematthewslawfirm.com) (mchavez@thematthewslawfirm.com); Shawna Fugate; Pam McLemore |
| **Subject:** | Re: Experts for Gage Trial |

Andrea,

1. We have confirmed that Litsky/Ritchie were previously withdrawn. Dr. LaDisa is available for deposition on January 30th, February 1st or February 6th. Please let us know if any of those dates work for you or if you would like for us to obtain additional dates.
2. Agree on Fishbein.
3. If you are going beyond the Daubert motion you previously filed for Marmureanu, Levy or McMeeking, let me know.
4. You are correct with regard to our experts. We have not heard back from you with regard to yours.

Mike


> On Jan 11, 2018, at 11:09 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:
>
> Mike -
>
> Sorry I missed your call this week. Let me know if we still need to talk and I can call you from the road this afternoon.
>
> A couple of thoughts on your message below.
>
> 1. It's too late to add new experts (Litsky/Ritchie)to the Gage case. They were withdrawn long ago, and their opinions on fracture have no relevance to Gage. If you plan to try to call them, you'll need to seek leave of Court. In your motion feel free to represent that we conferred and Cook objects.
> 2. We agree that the Fishbein ruling should carry over. No need to argue that motion.
> 3. We want argument on the Marmureanu and Levy motions, and we may want argument on the McMeeking motion (still considering that one).
> 4. We need to let the Court know which motions require argument and/or a decision. Based on the exchange of emails with Pam last week and this week, can I represent to the Court that we agree those 3 Daubert motions and the MSJ are the only ones that need argument? Can I also represent that Plaintiffs do not intend to call Rajebi, Betensky, Garcia, or Kessler, so the Daubert motions on those witnesses require no ruling?
>
> Please confirm I've got your position right on (4) so that we can jointly let the Court know.
>
> Thanks.
>
> Andrea
>
>
> -----Original Message-----

1

> From: Pam McLemore [mailto:Pamm@gld-law.com]
> Sent: Wednesday, January 10, 2018 11:36 AM
> To: Pierson, Andrea Roberts; Cox, Jessica Benson
> Cc: David Matthews; Pam McLemore; Mark Chavez; Shawna Fugate
> Subject: Experts for Gage Trial
>
> Andrea,
>
> I may use Dr. LaDisa and/or Dr. Litsky or Dr. Ritchie.  I am trying to obtain deposition dates from them as I now understand they may not have been previously deposed.
>
> Inasmuch as the Court has already ruled on Dr. Marmureanu and Dr. Fishbein, and we are willing to abide by the Court's ruling, is it still necessary to argue on these two experts for whom rulings have already been made?
>
> Mike