# EXHIBIT G

**From:** Pierson, Andrea Roberts Andrea.Pierson@FaegreBD.com
**Subject:** RE: Experts for Gage Trial
**Date:** January 12, 2018 at 2:23 PM
**To:** Pam McLemore Pamm@gld-law.com
**Cc:** Mike Gallagher Mike@gld-law.com, Tanner, John Joseph Joe.Tanner@faegrebd.com, Cox, Jessica Benson Jessica.Cox@FaegreBD.com, Bennett, James Stephen Stephen.Bennett@faegrebd.com, McDonald, Kip S.M. Kip.McDonald@FaegreBD.com, Matthews, David dmatthews@thematthewslawfirm.com, Mark Chavez (mchavez@thematthewslawfirm.com) (mchavez@thematthewslawfirm.com) mchavez@thematthewslawfirm.com, Shawna Fugate Shawnaf@gld-law.com

Pam --

Re our experts: I've seen the email traffic between you and Jessica on experts. Perhaps I misunderstand. What Daubert motions directed to Cook's experts should we include on the list of motions that should be argued next Friday?

Re LaDisa, see the PSC's 4-18-17 email on experts in Hill and Gage sent by Mr. Martin. It's the same one in which Ritchie/Litsky were withdrawn. In addition, the dates for disclosing experts, deposing witnesses, and filing Daubert motions in Gage passed long ago.

Thanks.

Andrea

-----Original Message-----
From: Pam McLemore [mailto:Pamm@gld-law.com]
Sent: Friday, January 12, 2018 2:55 PM
To: Pierson, Andrea Roberts
Cc: Mike Gallagher; Tanner, John Joseph; Cox, Jessica Benson; Bennett, James Stephen; McDonald, Kip S.M.; Matthews, David; Mark Chavez (mchavez@thematthewslawfirm.com) (mchavez@thematthewslawfirm.com); Shawna Fugate
Subject: Re: Experts for Gage Trial

Andrea,

With whom did you have the conversation with regard to Dr. LaDisa?

Where did you get your understanding with regard to your experts?

Pam

Sent from my iPhone

> On Jan 12, 2018, at 12:58 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:
>
> Mike -
>
> LaDisa was withdrawn in Gage at the same time plaintiffs withdrew Ritchie/Litsky. Our position on LaDisa is the same.
>
> The grounds for our motions against Marmureanu, Levy and McMeeking have not changed.
>
> My understanding is that you've proposed to have the motions directed to our experts decided on the papers. That's fine with us.
>
> Let me know if there are any other issues we need to discuss.
>
> Andrea
>
>
> -----Original Message-----
> From: Mike Gallagher [mailto:Mike@gld-law.com]
> Sent: Thursday, January 11, 2018 2:13 PM
> To: Pierson, Andrea Roberts
> Cc: Tanner, John Joseph; Cox, Jessica Benson; Bennett, James Stephen; McDonald, Kip S.M.; Matthews, David; Mark Chavez (mchavez@thematthewslawfirm.com) (mchavez@thematthewslawfirm.com); Shawna Fugate; Pam McLemore
> Subject: Re: Experts for Gage Trial
>
> Andrea,
>
> 1.  We have confirmed that Litsky/Ritchie were previously withdrawn. Dr. LaDisa is available for deposition on January 30th, February 1st or February 6th. Please let us know if any of those dates work for you or if you would like for us to obtain additional dates.
> 2.  Agree on Fishbein.
> 3.   If you are going beyond the Daubert motion you previously filed for Marmureanu, Levy or McMeeking, let me know.
> 4.  You are correct with regard to our experts. We have not heard back from you with regard to yours.