# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to: | ) |
| Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage,<br>1:14-cv-01875-RLY-TAB | ) |

## ORDER ON MOTION FOR CLARIFICATION OF DESIGNATION STATUS OF JOHN LADISA, PH.D.

Plaintiff, Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage, moves for this Court to clarify the designation status of John LaDisa, Ph.D.  The Court, after being duly advised, now clarifies for the parties in this matter that Dr. LaDisa can testify in the trial of this matter, subject to any Daubert challenges that may be filed by Defendant.

SO ORDERED this ____ day of _____, 2018.

_____
RICHARD L. YOUNG, JUDGE
United Stated District Court
Southern District of Indiana