IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL NO. 2570

_____

This Document Relates to:
Ashley Gilbert
1:16-cv-6049-RLY-TAB

_____

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Ashley Gilbert respectfully moves the Court to maintain under seal Exhibit 2 to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Courtney Lung. Defendants have designated these documents as "confidential."

Dated: January 26, 2018                    Respectfully submitted,

                                           /s/ Troy A. Brenes_____
                                           Troy A. Brenes CA Bar No. 249776)
                                           BRENES LAW GROUP, P.C.
                                           27141 Aliso Creek Rd., Suite 270
                                           Aliso Viejo, CA 92656
                                           Telephone:    (949)397-9360
                                           Facsimile:    (949)607-4192
                                           tbrenes@breneslawgroup.com

                                           Peter C. Wetherall
                                           NV Bar No. 4414
                                           Wetherall Group, Ltd.
                                           9345 West Sunset Road, Suite 100
                                           Las Vegas, NV 89148

                                           *Counsel for Ashley Gilbert*

## **CERTIFICATE OF SERVICE**

      I certify that on January 26, 2018, a copy of the foregoing **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL** was filed electronically. Parties may access this filing through the Court's electronic records system.

                                      /s/ Troy Alexander Brenes
                                      Troy Alexander Brenes