IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates to:
Ashley Gilbert
1:16-cv-6049-RLY-TAB

**ORDER GRANTING PLAINTIFFS'
MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advises in the premises, hereby finds that the Plaintiff's motion is Granted.

**It is therefore Ordered, Adjudged, and Decreed** that Exhibit 2 to Plaintiff Ashley Gilbert's Response in Opposition to Motion to Dismiss Courtney Lung shall remain under seal.

**All of which is Ordered** this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.