# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates to:

Tracy Lowicki and Ron Lowicki
1:17-cv-6071-RLY-TAB

## DECLARATION OF TROY A. BRENES IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

   I, Troy A. Brenes declare I am an attorney at law duly licensed to practice before all the courts of the State of California and am attorney of record for Plaintiffs.

   1.  I am personally familiar with the facts of this case as well as the facts set forth herein. If called upon to testify to the truth and accuracy of these facts, I could and would competently do so under oath.

   2.  In meeting and conferring with defendants in this case and others, Defense counsel for Cook Defendants and Ms. Lung disclosed Ms. Lung as the sales representative responsible for selling and marketing the Cook Celect filter to all health care providers in Las Vegas, Nevada prior to and up until Plaintiff was implanted with the Celect Filter in 2012.

   3.  Exhibit 2 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on the Pleadings is a true and correct copy of Tracy Lowicki's medical records relating to her removal of the malfunctioning Cook Celect filter.

   4.  Exhibit 3 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on

1

the Pleadings is a true and correct copy a PowerPoint produced by Defendants in discovery. The document indicates it was authored by Courtney Lung.

5. Exhibit 4 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on the Pleadings is a true and correct copy of proof that Plaintiff personally served Defendant Courtney Lung with the Complaint and Summons on May 26, 2017.

6. Exhibit 5 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on the Pleadings is a true and correct copy of the court's order from *Russing et al. v. Wyeth et al.*, CV-S-04-1597-PMP(RJJ).

7. Exhibit 2 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on the Pleadings is a true and correct copy of the court's order from *Van Brocklin v. Wyeth*, CV-N-04-0675-HDM (RDM).

8. Exhibit 2 to Plaintiff's Motion in Opposition to Defendants' Motion For Judgement on the Pleadings of the court's order from *Hellman et al. v. Wyeth et al.*, CV-S-04-1614-RLH (LRL).

Executed on January 26, 2018 in Aliso Viejo, California.

Respectfully submitted,

Troy A. Brenes CA Bar No. 249776)
BRENES LAW GROUP, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656
Telephone:   (949)397-9360
Facsimile:   (949)607-4192
tbrenes@breneslawgroup.com