# EXHIBIT 2

0000540510

UNIVERSITY MEDICAL CENTER
1800 West Charleston Boulevard
Las Vegas, Nevada 89102

ADMITTED: 09/15/2015

DISCHARGED: 09/20/2015

DISPOSITION: Home.

CONDITION AT DISCHARGE: Stable.

ACTIVITY: As tolerated.

VASCULAR SURGEON: Quynh Feikes, M.D.

PRIMARY CARE PHYSICIAN: Dr. Avaligo.

DISCHARGE DIAGNOSIS:
1. Chronic abdominal pain due to migration of inferior vena cava. Patient had exploratory laparotomy for removal of IVC filter done, and primary repair of inferior vena cava done on 09/15/2015.
2. Postoperative ileus that has resolved.
3. History of anxiety disorder.
4. History of hypothyroidism.

LABORATORY DATA: WBC 7.8, hemoglobin 10.9, platelet count 318, sodium 140, potassium 0.5, BUN 10, creatinine 0.7.

HOSPITAL COURSE: This is a 39-year-old female. She lives with her husband. Had history of hypothyroidism, anxiety disorder, chronic abdominal pain. She had a history of her foot on the left side in May of 2012, it was bunionectomy, and then she had thromboembolic phenomena resulting in deep venous thrombosis and pulmonary embolism requiring IVC filter. She was having chronic abdominal pain due to migration of IVC filter. Was brought to OR, had exploratory laparotomy done, had postop ileus. Initially, she had nasogastric tube that resolved. She is on p.o. diet. Ambulating well. Cleared by Dr. Feikes. Patient will be discharged home.

DISCHARGE INSTRUCTIONS:
1. Follow with primary care physician. Follow up with Dr. Feikes per instructions.
2. At home she takes aspirin 81 milligrams p.o. daily, which she will start when cleared by Dr. Feikes.
3. Her ibuprofen had been discontinued.
4. Levothyroxine 125 micrograms p.o. daily.
5. Zyrtec 1 daily.
6. Xanax 1 milligrams p.o. 3 times daily.
7. Multivitamin 1 p.o. daily.
8. For pain, patient will be given script for Percocet 5/325 1-2 p.o. q.6 hours p.r.n.
for pain.

LOWICKI, TRACY LEE

0000540510

9. Further instructions given to the patient by Dr. Feikes.

NT/MedQ
DD: 09/20/2015 10:47:01
DT: 09/20/2015 18:18:25

NADEEM TARIQ, MD

PATIENT: LOWICKI, TRACY          ACCOUNT#: 1525700088
MR#:     0000540510
ADM DATE: 09/15/2015
JOB#:    844038/670676507

DICTATED BY: NADEEM TARIQ, MD

DISCHARGE SUMMARY

Electronically Authenticated by:
Nadeem Tariq, MD on 10/03/2015 08:07 PM PDT

LOWICKI, TRACY LEE

0000540510

UNIVERSITY MEDICAL CENTER
1800 West Charleston Boulevard
Las Vegas, Nevada 89102

DATE OF SERVICE: 09/15/2015

SURGEON: Quynh Feikes, M.D.

ASSISTANT SURGEON:

PARTICIPATING SURGEON: Jane Burger, CST/CFA

ANESTHESIOLOGIST: Alina M Grigore, MD

PREOPERATIVE DIAGNOSIS: 1. Chronic abdominal pain.
2. Migrated inferior vena caval filter.

POSTOPERATIVE DIAGNOSIS: 1. Chronic abdominal pain.
2. Migrated inferior vena caval filter.

PRIMARY PROCEDURE: Explore laparotomy for removal of IVC filter and primary repair of IVC.

ANESTHESIA: General.

ESTIMATED BLOOD LOSS: Less than 200 cubic centimeters.

COMPLICATIONS: None.

INDICATIONS FOR PROCEDURE: The patient is a 39-year-old lady with history of DVT, PE in the past, who had an inferior vena caval filter placed. This had not been removed and subsequently patient had developed some chronic abdominal pain of unknown etiology. Subsequent workup revealed evidence of struts of the IVC that was actually projecting outside of the cava itself into what looks like the head of the pancreas. The patient was seen in the office where the findings were discussed with her and her husband. The offer was for a laparotomy and removal of this filter and any sort of vein repair that would be necessary. The patient now presents to the operating room to undergo this procedure.

FINDINGS: At time of laparotomy she had a good size inferior vena cava noted. There was a palpable mass inside the vena cava itself consistent with the filter itself. After dissection there was an area of inflammation adhesion noted on the medial aspect of the vein border itself, and after this dissection there was noted that there were actually struts protruding from the cava itself at about the 3 o'clock, 4 o'clock 4:00 region, as well as in about the 7 o'clock and posteriorly on the back of the cava. Once the cava itself was opened the filter was noted to have been embedded inside the vessel itself with the struts protruding out of it. This was removed with the filter intact.

PROCEDURE: After obtaining informed consent from the patient she was

LOWICKI, TRACY LEE

0000540510

taken to the operating room, placed on the OR table in the supine position. General anesthesia was administered. Endotracheal intubation was obtained. Monitoring lines were placed. The chest, abdomen and bilateral groins were then prepped and draped in a sterile manner. A time-out was instituted, and patient procedure was confirmed. Once done, an upper midline incision was made with knife and electrocautery, and dissection was then carried down until the peritoneal cavity was entered. This was further dissected. A Bookwalter retractor was then placed and once this was in position Kocher maneuver was then performed in order to expose the inferior vena cava itself. Once done, the proximal and inferior vena cava was looped with VessiLoop as well as the gonadal vein. The ureter was seen and retracted aside once done, and other struts were exposed outside the vena cava itself into what looked like the head of the pancreas. The patient was then heparinized with 5000 units of heparin IV. After allowing for several minutes of circulation, the vein was then clamped proximally and distally. An incision was made in the vein itself and extended with Potts scissors. The filter device was itself located and dissection of this from the vena caval wall was then carried out with a combination of blunt, as well as sharp dissection. The struts were removed individually from the vessel wall itself and the device was subsequently removed with all the legs intact. The area was irrigated out. The vein was then primarily repaired with a running 5-0 Prolene suture. Once the suture line was completed the clamps were then removed and there was good filling of the cava itself. There were no other areas of bleeding or any sort of drainage noted from the head of the pancreas at this point, but given where the struts were we elected to drain this area out with a 10 flat JP drain which was exited out the abdominal wall. Once the drain was placed the intestinal contents were placed back into position inside the peritoneal cavity. The NG tube was palpated being in correct position. The midline incision was then closed with looped #2 Vicryl suture. The subcutaneous tissue was closed with 2-0 Vicryl, and skin was closed with 3-0 Monocryl subcuticular stitch and sealed with Dermabond. Sterile dressing was applied. The patient tolerated the procedure without event, was left ventilated and brought back to the CVCU for further care. All sponge and needle counts were correct.

QF/MedQ
DD: 09/15/2015 17:43:58
DT: 09/15/2015 21:58:49

QUYNH FEIKES, M.D.

PATIENT: LOWICKI, TRACY
MR#: 0000540510
ADM DATE: 09/15/2015
JOB#: 210164/670135626
ACCOUNT#: 1525700088

DICTATED BY: QUYNH FEIKES, M.D.

OPERATIVE REPORT
Electronically Authenticated by:
Quynh Feikes, MD on 09/29/2015 05:58 PM PDT

LOWICKI, TRACY LEE