# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Troy Brenes, 249776<br>Brenes Law Group<br>16A Journey, Suite 200<br>Aliso Viejo, CA 92656<br>ATTORNEY FOR (Name): Plaintiff | (949)397-936<br><br>Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

**Clark County District Court - 8th District**
200 Lewis Ave
Las Vegas, NV 89155

PLAINTIFF:
Tracy Lowicki, et al.

DEFENDANT:
Courtney Lung, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>A-17-754402-C |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Summons

2. Party Served:          Courtney Lung, an individual

3. Person Served:         party in item 2

4. Date & Time of Delivery:   05/26/2017          10:39AM

5. Address, City and State:   10490 W Charleston
                              Las Vegas, NV 89145

6. Manner of Service:     Personal Service - By personally delivering copies.

Fee for Service: $ 169.95

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/1/2017
John White
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: *john white*

John White

OL# 11073800