IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to:<br>Tracy Lowicki and Ron Lowicki<br>1:17-cv-6071-RLY-TAB | |

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiffs Tracy Lowicki and Ron Lowicki respectfully moves the Court to maintain under seal Exhibit 3 to Plaintiff's Response in Opposition to Defendants' Motion For Partial Judgment on the Pleadings. Defendants have designated these documents as "confidential."

Dated: January 26, 2018                                        Respectfully submitted,

                                        /s/ Troy A. Brenes
                                    Troy A. Brenes CA Bar No. 249776)
                                    BRENES LAW GROUP, P.C.
                                    27141 Aliso Creek Rd., Suite 270
                                    Aliso Viejo, CA 92656
                                    Telephone:        (949)397-9360
                                    Facsimile:         (949)607-4192
                                    tbrenes@breneslawgroup.com

1

Peter C. Wetherall
NV Bar No. 4414
Wetherall Group, Ltd.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone:  (702)-838-8500
Facsimile:   (702)-837-5081

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I certify that on January 26, 2018, a copy of the foregoing **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL** was filed electronically. Parties may access this filing through the Court's electronic records system.

           /s/ Troy Alexander Brenes
           Troy Alexander Brenes