# 8IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibits "9," "10", and "11" to Reply in Support of Plaintiff's Motion to Compel Discovery. Defendants have designated these documents as "Confidential."

Dated: January 27, 2018

                                                                                 Respectfully Submitted,

                                                                                 */s/ Joseph N. Williams*_____
                                                                                 Joseph N. Williams, Atty. No. 25874-49
                                                                                 Riley Williams & Piatt, LLC
                                                                                 301 Massachusetts Avenue
                                                                                 Indianapolis, IN 46204
                                                                                 Telephone: (317) 633-5270
                                                                                 Facsimile: (317) 426-3348
                                                                                 Email: jwilliams@rwp-law.com
                                                                                 *Liaison Counsel to Plaintiffs' Steering Committee*
                                                                                 *and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Thomas Wm. Arbon_____
Thomas Wm. Arbon