# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

_____

This Document Relates to:

Cause No. 1:17-cv-04436        Cause No. 1:17-cv-04458
Cause No. 1:17-cv-04440        Cause No. 1:17-cv-04459
Cause No. 1:17-cv-04444        Cause No. 1:17-cv-04495
Cause No. 1:17-cv-04445        Cause No. 1:17-cv-04497
Cause No. 1:17-cv-04447        Cause No. 1:17-cv-04498
Cause No. 1:17-cv-04448        Cause No. 1:17-cv-04499
Cause No. 1:17-cv-04450        Cause No. 1:17-cv-04514
Cause No. 1:17-cv-04452        Cause No. 1:17-cv-04516
Cause No. 1:17-cv-04455        Cause No. 1:17-cv-04517
Cause No. 1:17-cv-04456        Cause No. 1:17-cv-04528

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:          January 29, 2018                  /s/ John T. Schlafer
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  John T. Schlafer (# 28771-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana  46204
                                                  Telephone:  (317) 237-0300
                                                  Facsimile:  (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.116216851.01