UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to ALL ACTIONS | |

### COOK DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT FOR INDIVIDUAL CLAIMS

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendants Cook Inc., Cook Medical LLC, f/k/a Cook Medical Inc., and Williams Cook Europe, ApS (collectively "Cook Defendants") hereby move this Court to grant them leave to file an Amended Answer to Plaintiffs' Master Consolidated Complaint for Individual Claims. A copy of the proposed Amended Answer is attached to this motion as Exhibit A.

In support of this Motion, the Cook Defendants state:

1. Where a party may not amend its pleading as a matter of course, Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so requires."

2. Plaintiffs filed their Master Consolidated Complaint for Individual Claims (Dkt. No. 213) on January 30, 2015. The Cook Defendants filed their original Answer to that Master Complaint (Dkt. 456) on May 20, 2015.

3. Since the Cook Defendants filed their original answer to Plaintiffs' Master Complaint, hundreds of additional cases have been filed in and transferred to the MDL, all

US.116146208.03

incorporating by reference Plaintiffs' Master Complaint. These new cases present new facts, new legal issues, and new affirmative defenses. In addition, formal and informal discovery have provided the Cook Defendants with additional information bearing on the factual allegations of Plaintiffs' Master Complaint.

4. As a consequence, the Cook Defendants now seek to amend their Answer to the Master Complaint to provide updated responses to Plaintiffs' allegations and to assert additional defenses based on the facts and the law developed since the original answer.

5. As noted above, Rule 15(b) provides that leave to amend a pleading shall be freely granted when justice so requires. Under the circumstances here, where Plaintiffs have collectively filed and amended hundreds of new complaints incorporating their original Master Complaint, the justice in permitting the Cook Defendants to amend their answer to the Master Complaint is particularly compelling.

6. Granting the Cook Defendants' motion will not delay the adjudication of this litigation, will not unfairly prejudice Plaintiffs, and will not change any of the schedules adopted by the Court.

7. The Cook Defendants' counsel forwarded a copy of the proposed Amended Answer to Plaintiffs' MDL Liaison Counsel on January 24, 2018, asking if Plaintiffs would consent to the filing of the Amended Answer and noting that the Cook Defendants intended to file a motion to amend on January 29, 2018. As of the date of this motion, Cook's counsel has received no response from Plaintiffs' counsel regarding Plaintiffs' position on the Amended Answer.

WHEREFORE, the Cook Defendants respectfully request that the Court grant them leave to amend their Answer to Plaintiffs' Master Consolidated Complaint for Individual Claims, along with all other appropriate relief.

Dated: January 29, 2018

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (#18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (#28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: andrea.pierson@faegrebd.com
E-mail: joe.tanner@faegrebd.com
E-mail: john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
E-mail: stephen.bennett@faegrebd.com

*Attorneys for defendants Cook Incorporated, Cook Medical LLC f/k/a Cook M edical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, a copy of the foregoing COOK DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT FOR INDIVIDUAL CLAIMS was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson