# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No.    1:14-cv-06018-RLY-TAB (Tonya Brand)

## DEFENDANT WILLIAM COOK EUROPE APS'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS AGAINST IT

Defendant William Cook Europe ApS ("WCE"), through its undersigned counsel, hereby moves this Honorable Court for summary judgment regarding Plaintiff Tonya Brand's claims against it. Specifically, Plaintiff failed to commence any action against WCE within the governing two-year statute of limitation set forth in Georgia Statute section 9-3-33, and her claim against WCE is therefore barred as a matter of law. This motion is directed *only* at Plaintiff's claims against Defendant WCE, and does not affect Plaintiff's claims against any other Cook defendant.

This motion is supported by William Cook Europe ApS's accompanying Memorandum In Support Of Motion For Summary Judgment and exhibits filed herewith. For the foregoing

US.116170841.03

reasons, WCE urges this Court to enter summary judgment in favor of WCE and to provide all other just and appropriate relief.

                                                        Respectfully Submitted,

Dated:   January 29, 2018                         /s/Andrea Roberts Pierson
                                                        Andrea Roberts Pierson (# 18435-49)
                                                        John T. Schlafer (# 28771-49)
                                                        Bruce Jones (admitted *pro hac vice*)
                                                        FAEGRE BAKER DANIELS LLP
                                                        300 North Meridian Street, Suite 2700
                                                        Indianapolis, Indiana  46204
                                                        Telephone:  (317) 237-0300
                                                        Facsimile:  (317) 237-1000
                                                        E-Mail:  andrea.pierson@faegrebd.com
                                                        E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson