UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff

>   *Tonya Brand*
>   No. 1:14-cv-06018-RLY-TAB

_____

**PROPOSED ORDER ON COOK DEFENDANTS' EXIGENT MOTION FOR ENLARGEMENT OF FEBRUARY 5, 2018 DEPOSITION DEADLINE**

Upon the motion of the Defendants, this order extends the deadline for filing Case Specific Fact Discovery and Treating Physician Discovery, Fact Discovery by twenty-eight (28) days.

It is ORDERED that the following deadline is established:

**Case Specific Fact Discovery and Treating Physician Discovery, Fact Discovery is due March 5, 2018.**

SO ORDERED this _____ day of _____, 20____.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.