**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Diana Watson
Cause No. 1:17-cv-3584-RLY-TAB

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their respective counsel, stipulate that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Diana Watson are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The parties expressly agree that, for purposes of any analysis of the statute of limitations and/or statute of repose, should Plaintiff re-file in Indiana state court within 60 days of the entry of this stipulation, the date of filing shall be considered to be October 6, 2017, the date of filing of Plaintiff's original action filed in this Court.

Dated: January 30, 2018

Respectfully submitted,

*/s/ Edward Blizzard (with permission)*
Edward Blizzard (TX Bar No. 02495000)
BLIZZARD & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: (713) 844-3750
Facsimile: (713) 844-3755
eblizzard@blizzardlaw.com
*Counsel for Plaintiff*

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018 a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                    */s/ Andrea Roberts Pierson*