IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Munjot Sahu of Faegre Baker Daniels LLP ("FBD") hereby moves the Court for leave to withdraw her appearance on behalf of Cook Medical LLC, Cook Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") in this action on the basis that she has accepted a position with another employer.  Andrea Roberts Pierson, James Stephen Bennett, Adrienne Franco Busby, Andrew Lorin Campbell, Jessica Benson Cox, Christin Jaye Eaton, Bruce G. Jones, Tarifa Belle Laddon, John Paul Mandler, John Joseph Tanner, Charles F. Webber, Brian J. Paul, Abigail M. Butler, Patrick H. Reilly, Anne Kramer Ricchiuto, John T. Schlafer, Howard D. Ruddell, Kip S.M. McDonald, Victoria Redstone Calhoon, Anna Rutigliano, and Nicholas Alford of FBD will continue to represent the Cook Defendants in this action.

US.116271298.01

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


*/s/ Munjot Sahu*
Andrea Roberts Pierson (#18435-49)
John T. Schlafer (# 28771-49)
Munjot Sahu (#28761-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
E-mail:   munjot.sahu@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com


*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Munjot Sahu

US.116271298.01