IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

## ORDER ON MOTION TO WITHDRAW APPEARANCE

This matter came before the Court on the motion of Munjot Sahu for leave to withdraw her appearance on behalf of Cook Medical LLC, Cook Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") in this action. The Court, being duly advised, and finding that the Cook Defendants will continue to be represented in this matter by Andrea Roberts Pierson, James Stephen Bennett, Adrienne Franco Busby, Andrew Lorin Campbell, Jessica Benson Cox, Christin Jaye Eaton, Bruce G. Jones, Tarifa Belle Laddon, John Paul Mandler, John Joseph Tanner, Charles F. Webber, Brian J. Paul, Abigail M. Butler, Patrick H. Reilly, Anne Kramer Ricchiuto, John T. Schlafer, Howard D. Ruddell, Kip S.M. McDonald, Victoria Redstone Calhoon, Anna Rutigliano, and Nicholas Alford of Faegre Baker Daniels LLP, hereby GRANTS the Motion. The appearance of Munjot Sahu in this action is hereby withdrawn.

Date: _____     _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copy to: All CM/ECF-registered counsel of record.