IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Allysha Tatum Ramon

Civil Case No. 1:17-cv-00951-RLY-TAB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
ALL CLAIMS OF ALLYSHA RAMON**

Come now, Plaintiff Allysha Tatum Ramon and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Allysha Tatum Ramon in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS are dismissed without prejudice, with each party to bear its own costs.

    Respectfully submitted,

    /s/ Howard L. Nations
    Howard L. Nations
    THE NATIONS LAW FIRM
    3131 Briarpark Drive, Suite 208
    Houston, TX 77042-3795
    (713) 807-8400 phone
    (713) 807-8423 fax
    ATTORNEYS FOR PLAINTIFFS

/s/ John T. Schlafer
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., #2700
Indianapolis, IN 46204
(317) 237-8274

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Howard L. Nations
Howard L. Nations