# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Wynkoop, Shannon | 1:16-cv-03406 | 2/15/2017 | 1/24/2018 | 7 |
| 2  | Ryon, Levi A. | 1:16-cv-06038 | 8/29/2017 | 1/24/2018 | 16 |
| 3  | Ryon, Lloyd D. | 1:16-cv-06039 | 9/5/2017 | 1/24/2018 | 16 |
| 4  | Gilbert, Ashley | 1:16-cv-06049 | 1/6/2017 | 1/24/2018 | 21 |
| 5  | Walton, Koula M. [ESTATE] | 1:17-cv-00811 | 4/17/2017 | 1/24/2018 | 7 |
| 6  | Allen, Ivy | 1:17-cv-00858 | 4/19/2017 | 1/24/2018 | 17 |
| 7  | Schoby, Louise | 1:17-cv-01020 | 5/3/2017 | 1/24/2018 | 6 |
| 8  | Alger, Lessie | 1:17-cv-01023 | 5/3/2017 | 1/24/2018 | 6 |
| 9  | Boatwright-Woods, Mary | 1:17-cv-01449 | 6/5/2017 | 1/24/2018 | 11 |
| 10 | Kenyon, Patrick | 1:17-cv-01479 | 6/5/2017 | 1/24/2018 | 11 |
| 11 | Denton, Archie | 1:17-cv-01516 | 6/8/2017 | 1/24/2018 | 12 |
| 12 | Moore, Kelly | 1:17-cv-01634 | 6/19/2017 | 1/24/2018 | 6 |
| 13 | Ramsey, Lonnie | 1:17-cv-01635 | 6/19/2017 | 1/24/2018 | 6 |
| 14 | Juniper, Dana | 1:17-cv-01706 | 7/7/2017 | 1/24/2018 | 19 |
| 15 | Williams, Amy | 1:17-cv-01790 | 6/30/2017 | 1/24/2018 | 19 |
| 16 | Howard, Elaine Y. | 1:17-cv-01936 | 8/10/2017 | 1/24/2018 | 13 |
| 17 | Kinney, Tiffany L. | 1:17-cv-01947 | 8/10/2017 | 1/24/2018 | 13 |
| 18 | Meyer, Lisa D. | 1:17-cv-01980 | 8/21/2017 | 1/24/2018 | 13 |
| 19 | Schaefer, Kristy M. | 1:17-cv-02012 | 8/11/2017 | 1/24/2018 | 13 |
| 20 | Teague, Ashley J. | 1:17-cv-02024 | 8/11/2017 | 1/24/2018 | 13 |
| 21 | Garner, Nancy | 1:17-cv-02055 | 8/14/2017 | 1/24/2018 | 13 |
| 22 | Gardner, Ebony | 1:17-cv-02073 | 8/14/2017 | 1/24/2018 | 13 |
| 23 | Dort, Scott E. | 1:17-cv-02081 | 8/14/2017 | 1/24/2018 | 13 |
| 24 | Sollo, Florence | 1:17-cv-02269 | 7/31/2017 | 1/24/2018 | 10 |

|    |                              |                |            |           |    |
|----|------------------------------|----------------|------------|-----------|----|
| 25 | Perkovich, Jennifer and Paul | 1:17-cv-02315  | 8/7/2017   | 1/24/2018 | 8  |
| 26 | Lamprey, Melissa             | 1:17-cv-02323  | 8/7/2017   | 1/24/2018 | 6  |
| 27 | McCoy, Nasir                 | 1:17-cv-02324  | 8/7/2017   | 1/24/2018 | 6  |
| 28 | Furney, Sherri               | 1:17-cv-02326  | 8/7/2017   | 1/24/2018 | 6  |
| 29 | Mullin, James W.             | 1:17-cv-02496  | 8/23/2017  | 1/24/2018 | 20 |
| 30 | Lane, Cherlnell              | 1:17-cv-02531  | 8/28/2017  | 1/24/2018 | 20 |
| 31 | Aleem, Khayriyyah            | 1:17-cv-02533  | 8/28/2017  | 1/24/2018 | 20 |
| 32 | Anderson, Timothy            | 1:17-cv-02667  | 9/6/2017   | 1/24/2018 | 15 |
| 33 | De Leonard, Shirley and Richard | 1:17-cv-02679 | 9/7/2017  | 1/24/2018 | 15 |
| 34 | Bullock, Joanne              | 1:17-cv-02687  | 9/7/2017   | 1/24/2018 | 12 |
| 35 | Rowan, Anna                  | 1:17-cv-02784  | 9/14/2017  | 1/24/2018 | 20 |
| 36 | Fitzgerald, Timothy P.       | 1:17-cv-02927  | 9/25/2017  | 1/24/2018 | 20 |
| 37 | Babcock, Gary C.             | 1:17-cv-02932  | 9/25/2017  | 1/24/2018 | 20 |
| 38 | Clark, Lorraine              | 1:17-cv-03049  | 10/2/2017  | 1/24/2018 | 6  |
| 39 | Myers, Russell               | 1:17-cv-03064  | 10/2/2017  | 1/24/2018 | 6  |
| 40 | Sutton, Jimmy Lee            | 1:17-cv-03111  | 10/7/2017  | 1/24/2018 | 12 |
| 41 | Belloma, Richard A.          | 1:17-cv-03127  | 10/23/2017 | 1/24/2018 | 13 |
| 42 | Burton, Fredrick T.          | 1:17-cv-03132  | 10/23/2017 | 1/24/2018 | 13 |
| 43 | Wallace, Daron               | 1:17-cv-03155  | 10/9/2017  | 1/24/2018 | 12 |
| 44 | Hooks, Alice F.              | 1:17-cv-03165  | 10/23/2017 | 1/24/2018 | 13 |
| 45 | Peterson, Craig              | 1:17-cv-03178  | 10/23/2017 | 1/24/2018 | 13 |
| 46 | Posy, Mirlande               | 1:17-cv-03223  | 11/10/2017 | 1/24/2018 | 13 |
| 47 | Randle, Casell               | 1:17-cv-03225  | 11/10/2017 | 1/24/2018 | 13 |
| 48 | Smith, Richard J.            | 1:17-cv-03228  | 10/9/2017  | 1/24/2018 | 13 |
| 49 | Williams, Cathey M.          | 1:17-cv-03242  | 11/13/2017 | 1/24/2018 | 13 |
| 50 | Young, Robin S.              | 1:17-cv-03243  | 11/13/2017 | 1/24/2018 | 13 |
| 51 | Harlow, Wanda                | 1:17-cv-03270  | 10/16/2017 | 1/24/2018 | 12 |
| 52 | Parker, Sandra               | 1:17-cv-03277  | 10/16/2017 | 1/24/2018 | 12 |
| 53 | Wood, Margaret               | 1:17-cv-03317  | 11/3/2017  | 1/24/2018 | 15 |
| 54 | Pantone, Guy                 | 1:17-cv-03331  | 10/19/2017 | 1/24/2018 | 12 |
| 55 | Anderson, Leonard            | 1:17-cv-03340  | 10/20/2017 | 1/24/2018 | 15 |
| 56 | Aberman, Brenda              | 1:17-cv-03341  | 10/20/2017 | 1/24/2018 | 15 |
| 57 | Bailey, Misty D.             | 1:17-cv-03376  | 10/23/2017 | 1/24/2018 | 12 |
| 58 | Corley, Omel                 | 1:17-cv-03379  | 10/23/2017 | 1/24/2018 | 12 |
| 59 | Miller, Merri                | 1:17-cv-03392  | 10/23/2017 | 1/24/2018 | 12 |
| 60 | Bailey, Monique              | 1:17-cv-03396  | 10/23/2017 | 1/24/2018 | 12 |
| 61 | Davis, Jessie                | 1:17-cv-03403  | 10/23/2017 | 1/24/2018 | 12 |
| 62 | Ranson, Elizabeth            | 1:17-cv-03407  | 10/23/2017 | 1/24/2018 | 12 |
| 63 | Walters, Patricia            | 1:17-cv-03409  | 10/23/2017 | 1/24/2018 | 12 |
| 64 | Myers, Sebrina               | 1:17-cv-03438  | 10/26/2017 | 1/24/2018 | 12 |

| | | | | | |
|---|---|---|---|---|---|
| 65 | Edgington, Anna | 1:17-cv-03452 | 10/27/2017 | 1/24/2018 | 12 |
| 66 | Jackson, Felicia | 1:17-cv-03462 | 10/27/2017 | 1/24/2018 | 12 |
| 67 | Reaves, Andrew | 1:17-cv-03463 | 10/27/2017 | 1/24/2018 | 12 |
| 68 | Sheals, Robert | 1:17-cv-03464 | 10/27/2017 | 1/24/2018 | 12 |
| 69 | Clayton, Pamela | 1:17-cv-03468 | 10/27/2017 | 1/24/2018 | 12 |
| 70 | Redd, Cynthia | 1:17-cv-03476 | 10/30/2017 | 1/24/2018 | 12 |
| 71 | Gray, Lee D. | 1:17-cv-03486 | 11/2/2017 | 1/24/2018 | 12 |
| 72 | Stokely, Kristen | 1:17-cv-03527 | 11/1/2017 | 1/24/2018 | 1 |
| 73 | Farris, Angela | 1:17-cv-03555 | 12/29/2017 | 1/24/2018 | 4 |
| 74 | Holmes, Angelee | 1:17-cv-03557 | 11/6/2017 | 1/24/2018 | 12 |
| 75 | Mitchell, Sarah | 1:17-cv-03566 | 11/6/2017 | 1/24/2018 | 12 |
| 76 | Champion, John B. | 1:17-cv-03576 | 11/6/2017 | 1/24/2018 | 12 |
| 77 | Wood, Ronald F. | 1:17-cv-03586 | 11/6/2017 | 1/24/2018 | 12 |
| 78 | Williams, Daniel C. | 1:17-cv-03587 | 11/6/2017 | 1/24/2018 | 12 |
| 79 | Copeland, Marquita | 1:17-cv-03592 | 11/6/2017 | 1/24/2018 | 12 |
| 80 | Marks, Mary E. | 1:17-cv-03593 | 11/6/2017 | 1/24/2018 | 12 |
| 81 | Sufka, Reuben | 1:17-cv-03594 | 11/6/2017 | 1/24/2018 | 12 |
| 82 | Thomas, Cheryl | 1:17-cv-03595 | 11/6/2017 | 1/24/2018 | 12 |
| 83 | Allen, Catherine | 1:17-cv-03597 | 11/6/2017 | 1/24/2018 | 6 |
| 84 | Hampton, Linda | 1:17-cv-03599 | 11/6/2017 | 1/24/2018 | 6 |
| 85 | Cooper, Chris | 1:17-cv-03600 | 11/6/2017 | 1/24/2018 | 6 |
| 86 | Redman, Kathleen | 1:17-cv-03602 | 11/6/2017 | 1/24/2018 | 6 |
| 87 | Turner, Larry | 1:17-cv-03603 | 11/6/2017 | 1/24/2018 | 6 |
| 88 | Walter, Nancy | 1:17-cv-03604 | 11/6/2017 | 1/24/2018 | 6 |
| 89 | Folts, Terry | 1:17-cv-03618 | 11/9/2017 | 1/24/2018 | 12 |
| 90 | Stone, Cathy J. | 1:17-cv-03621 | 11/9/2017 | 1/24/2018 | 12 |
| 91 | Worthington, Tina | 1:17-cv-03622 | 10/10/2017 | 1/24/2018 | 12 |
| 92 | Sunnenberg, Kathryn S. | 1:17-cv-03629 | 11/10/2017 | 1/24/2018 | 12 |
| 93 | Coats, Rosalie A. | 1:17-cv-03635 | 11/10/2017 | 1/24/2018 | 12 |
| 94 | Goodman, Valerie | 1:17-cv-03654 | 11/13/2017 | 1/24/2018 | 12 |
| 95 | Harris, Douglas | 1:17-cv-03657 | 11/13/2017 | 1/24/2018 | 12 |
| 96 | Estes, Betty | 1:17-cv-03683 | 11/13/2017 | 1/24/2018 | 12 |
| 97 | Miele, Laura | 1:17-cv-03688 | 11/13/2017 | 1/24/2018 | 12 |
| 98 | Fisher, Mary J. | 1:17-cv-03695 | 11/15/2017 | 1/24/2018 | 12 |
| 99 | Vazquez, Nixzaliz | 1:17-cv-03699 | 12/15/2017 | 1/24/2018 | 13 |
| 100 | Vetter, Diana | 1:17-cv-03713 | 12/15/2017 | 1/24/2018 | 13 |
| 101 | Davis, Terry L. Jr. | 1:17-cv-03714 | 12/15/2017 | 1/24/2018 | 13 |
| 102 | Thomas, Robert Jr. | 1:17-cv-03719 | 12/15/2017 | 1/24/2018 | 13 |
| 103 | Seay, Richard V. | 1:17-cv-03729 | 12/16/2017 | 1/24/2018 | 13 |
| 104 | Knox, Harold E. | 1:17-cv-03732 | 12/16/2017 | 1/24/2018 | 13 |
| 105 | Phillippi, William R. [ESTATE] | 1:17-cv-03733 | 11/16/2017 | 1/24/2018 | 12 |

| | | | | | |
|---|---|---|---|---|---|
| 106 | Shook, Carol | 1:17-cv-03754 | 11/17/2017 | 1/24/2018 | 12 |
| 107 | Jenville, Gloria | 1:17-cv-03756 | 11/17/2017 | 1/24/2018 | 12 |
| 108 | Polk, Lewis | 1:17-cv-03766 | 12/18/2017 | 1/24/2018 | 13 |
| 109 | Kemokai, Musu | 1:17-cv-03769 | 11/17/2017 | 1/24/2018 | 13 |
| 110 | Ryans, Freddie | 1:17-cv-03774 | 12/19/2017 | 1/24/2018 | 13 |
| 111 | Noll, Robert E. | 1:17-cv-03776 | 12/19/2017 | 1/24/2018 | 13 |
| 112 | Hudson, Robert A. | 1:17-cv-03778 | 12/19/2017 | 1/24/2018 | 13 |
| 113 | De Magana, Rosa Serrano | 1:17-cv-03796 | 12/19/2017 | 1/24/2018 | 13 |
| 114 | Spruill, Henry | 1:17-cv-03806 | 11/20/2017 | 1/24/2018 | 12 |
| 115 | Stewart, Monica | 1:17-cv-03809 | 11/20/2017 | 1/24/2018 | 12 |
| 116 | King, Dorothy V. | 1:17-cv-03810 | 12/19/2017 | 1/24/2018 | 13 |
| 117 | Johnson, Phyllis | 1:17-cv-03813 | 11/20/2017 | 1/24/2018 | 12 |
| 118 | Dupre, Gerard R. | 1:17-cv-03814 | 12/19/2017 | 1/24/2018 | 13 |
| 119 | Nigh, Glendora | 1:17-cv-03815 | 11/20/2017 | 1/24/2018 | 12 |
| 120 | Kiggins, Kim | 1:17-cv-03836 | 11/22/2017 | 1/24/2018 | 12 |
| 121 | Moore, Walter | 1:17-cv-03838 | 11/22/2017 | 1/24/2018 | 12 |
| 122 | Crawford, Stephen | 1:17-cv-03840 | 11/22/2017 | 1/24/2018 | 12 |
| 123 | King, Charisse | 1:17-cv-03841 | 11/22/2017 | 1/24/2018 | 13 |
| 124 | Conlon, Kathy F. | 1:17-cv-03844 | 11/22/2017 | 1/24/2018 | 13 |
| 125 | Phillips, Robert L. | 1:17-cv-03847 | 11/23/2017 | 1/24/2018 | 13 |
| 126 | Groves, Terron | 1:17-cv-03849 | 11/23/2017 | 1/24/2018 | 13 |
| 127 | Dellagatta, Donnie | 1:17-cv-03866 | 11/23/2017 | 1/24/2018 | 12 |
| 128 | Morin, Norman J. | 1:17-cv-03903 | 11/24/2017 | 1/24/2018 | 13 |
| 129 | Myers, Derrick | 1:17-cv-03908 | 11/24/2017 | 1/24/2018 | 13 |
| 130 | Horton, Teresa | 1:17-cv-03930 | 11/27/2017 | 1/24/2018 | 13 |
| 131 | McConito, Dorothy | 1:17-cv-03931 | 11/27/2017 | 1/24/2018 | 13 |
| 132 | Barnwell, Arthur Sr. | 1:17-cv-03932 | 11/27/2017 | 1/24/2018 | 13 |
| 133 | Echevarria, Jose | 1:17-cv-03933 | 11/27/2017 | 1/24/2018 | 13 |
| 134 | Palmer, Kayla | 1:17-cv-03958 | 11/29/2017 | 1/24/2018 | 12 |
| 135 | Foote, Tammara | 1:17-cv-03973 | 11/29/2017 | 1/24/2018 | 9 |
| 136 | Elamine, Kathy | 1:17-cv-03991 | 11/30/2017 | 1/24/2018 | 12 |
| 137 | Pitts, Earline | 1:17-cv-03992 | 11/30/2017 | 1/24/2018 | 12 |
| 138 | Calloway, Loretta | 1:17-cv-04017 | 12/1/2017 | 1/24/2018 | 12 |
| 139 | Phelps, Maurice | 1:17-cv-04020 | 12/1/2017 | 1/24/2018 | 12 |
| 140 | Rettger, Michael A. | 1:17-cv-04025 | 1/9/2018 | 1/24/2018 | 3 |
| 141 | Baker, Jason | 1:17-cv-04026 | 12/1/2017 | 1/24/2018 | 6 |
| 142 | Steed, Cheryl | 1:17-cv-04041 | 12/4/2017 | 1/24/2018 | 12 |
| 143 | Bowman, Rebecca | 1:17-cv-04042 | 12/4/2017 | 1/24/2018 | 12 |
| 144 | Spaght, Melvin E. | 1:17-cv-04047 | 12/4/2017 | 1/24/2018 | 13 |
| 145 | Trujillo, Michael | 1:17-cv-04050 | 12/4/2017 | 1/24/2018 | 13 |
| 146 | Gerber, Edward D. | 1:17-cv-04051 | 12/4/2017 | 1/24/2018 | 13 |

US.116196542.02

| | | | | | |
|---|---|---|---|---|---|
| 147 | Hale, Michael | 1:17-cv-04052 | 12/4/2017 | 1/24/2018 | 13 |
| 148 | Black, Lowan T. | 1:17-cv-04056 | 12/4/2017 | 1/24/2018 | 13 |
| 149 | Bender, Judy E. | 1:17-cv-04085 | 12/4/2017 | 1/24/2018 | 13 |
| 150 | Perry, Dolly | 1:17-cv-04088 | 12/4/2017 | 1/24/2018 | 6 |
| 151 | Fissell, Deborah | 1:17-cv-04089 | 12/4/2017 | 1/24/2018 | 6 |
| 152 | Williams, Christie | 1:17-cv-04090 | 12/4/2017 | 1/24/2018 | 6 |
| 153 | Shaikh, Nisar | 1:17-cv-04092 | 12/4/2017 | 1/24/2018 | 6 |
| 154 | Cleek, Michael | 1:17-cv-04093 | 12/4/2017 | 1/24/2018 | 6 |
| 155 | Dumont, Paul | 1:17-cv-04094 | 12/4/2017 | 1/24/2018 | 6 |
| 156 | Cordar, Johnny | 1:17-cv-04096 | 12/4/2017 | 1/24/2018 | 6 |
| 157 | Hanf, Janie | 1:17-cv-04100 | 12/4/2017 | 1/24/2018 | 6 |
| 158 | Lazenby, Mary | 1:17-cv-04112 | 12/6/2017 | 1/24/2018 | 1 |
| 159 | Ballaine, Colten | 1:17-cv-04115 | 12/6/2017 | 1/24/2018 | 13 |
| 160 | Averett, Lloyd | 1:17-cv-04116 | 12/6/2017 | 1/24/2018 | 13 |
| 161 | Keenan, Carol | 1:17-cv-04118 | 12/6/2017 | 1/24/2018 | 13 |
| 162 | Hensley, Kay M. | 1:17-cv-04120 | 12/6/2017 | 1/24/2018 | 13 |
| 163 | Hairston, Harry D. | 1:17-cv-04130 | 12/7/2017 | 1/24/2018 | 13 |
| 164 | Matson, Chad E. | 1:17-cv-04131 | 12/7/2017 | 1/24/2018 | 13 |
| 165 | Womack, Robert E. | 1:17-cv-04132 | 12/7/2017 | 1/24/2018 | 13 |
| 166 | Hawk, Derek A. | 1:17-cv-04134 | 12/7/2017 | 1/24/2018 | 13 |
| 167 | Wilson, Randall Lee | 1:17-cv-04137 | 12/7/2017 | 1/24/2018 | 13 |
| 168 | Bagley, Alfred | 1:17-cv-04138 | 12/7/2017 | 1/24/2018 | 13 |
| 169 | Anthony, Joe | 1:17-cv-04139 | 12/7/2017 | 1/24/2018 | 13 |
| 170 | Whitson, Sylvia | 1:17-cv-04157 | 12/8/2017 | 1/24/2018 | 12 |
| 171 | Ammons, Elvid H. | 1:17-cv-04176 | 12/11/2017 | 1/24/2018 | 13 |
| 172 | Heinzel, Kurt W. | 1:17-cv-04178 | 12/11/2017 | 1/24/2018 | 13 |
| 173 | Behm, Clilfford | 1:17-cv-04179 | 12/11/2017 | 1/24/2018 | 13 |
| 174 | Scheeringa, David M. | 1:17-cv-04180 | 12/11/2017 | 1/24/2018 | 13 |
| 175 | Sigur, Evelyn J. | 1:17-cv-04182 | 12/11/2017 | 1/24/2018 | 13 |
| 176 | Miller, Suzanne | 1:17-cv-04183 | 12/11/2017 | 1/24/2018 | 13 |
| 177 | Pitts, Eileen | 1:17-cv-04186 | 12/11/2017 | 1/24/2018 | 13 |
| 178 | Ingram, Patrick | 1:17-cv-04189 | 12/11/2017 | 1/24/2018 | 13 |
| 179 | Barton, John J. III | 1:17-cv-04190 | 12/11/2017 | 1/24/2018 | 13 |
| 180 | Smith, Charlotte A. | 1:17-cv-04192 | 12/11/2017 | 1/24/2018 | 13 |
| 181 | Frey, Steve | 1:17-cv-04197 | 1/8/2018 | 1/24/2018 | 3 |
| 182 | Nancarrow, Tracey | 1:17-cv-04211 | 12/13/2017 | 1/24/2018 | 12 |
| 183 | Lewis, Carolyn | 1:17-cv-04223 | 12/13/2017 | 1/24/2018 | 13 |
| 184 | Harris, Charlie M. | 1:17-cv-04224 | 12/13/2017 | 1/24/2018 | 13 |
| 185 | Bishop, Charles L. | 1:17-cv-04225 | 12/13/2017 | 1/24/2018 | 13 |
| 186 | Jones, Alicia M. | 1:17-cv-04226 | 12/13/2017 | 1/24/2018 | 13 |
| 187 | Fletcher, Donnie L. | 1:17-cv-04227 | 12/13/2017 | 1/24/2018 | 13 |

| | | | | | |
|---|---|---|---|---|---|
| 188 | Chatmon, Anthony B. | 1:17-cv-04228 | 12/13/2017 | 1/24/2018 | 13 |
| 189 | Carpenter, Conrad F. | 1:17-cv-04230 | 12/13/2017 | 1/24/2018 | 13 |
| 190 | Mathias, Lee E. | 1:17-cv-04232 | 12/14/2017 | 1/24/2018 | 13 |
| 191 | Geissinger, Patricia A. | 1:17-cv-04234 | 12/14/2017 | 1/24/2018 | 13 |
| 192 | Hamersly, Timothy M. | 1:17-cv-04235 | 12/14/2017 | 1/24/2018 | 13 |
| 193 | Cuicio, Sam | 1:17-cv-04236 | 12/14/2017 | 1/24/2018 | 13 |
| 194 | Berry, Timothy D. | 1:17-cv-04237 | 12/14/2017 | 1/24/2018 | 13 |
| 195 | Ball, James M. | 1:17-cv-04246 | 12/14/2017 | 1/24/2018 | 13 |
| 196 | Waggle, Letha R. | 1:17-cv-04248 | 12/14/2017 | 1/24/2018 | 13 |
| 197 | Centers, Garland | 1:17-cv-04249 | 12/14/2017 | 1/24/2018 | 13 |
| 198 | Donnely, Stephen M. | 1:17-cv-04250 | 12/14/2017 | 1/24/2018 | 13 |
| 199 | Brown, Kimberly T. | 1:17-cv-04251 | 12/14/2017 | 1/24/2018 | 13 |
| 200 | Bryant, Beverly H. | 1:17-cv-04252 | 12/14/2017 | 1/24/2018 | 13 |
| 201 | McDowell, Steven | 1:17-cv-04254 | 12/14/2017 | 1/24/2018 | 13 |
| 202 | Dwebi, Linda J. | 1:17-cv-04256 | 12/14/2017 | 1/24/2018 | 13 |
| 203 | Kleinschmidt, Timothy A. | 1:17-cv-04259 | 12/14/2017 | 1/24/2018 | 13 |
| 204 | Hollis, Eddie C. | 1:17-cv-04290 | 12/15/2017 | 1/24/2018 | 13 |
| 205 | Rosales, Kelly D. | 1:17-cv-04305 | 12/18/2017 | 1/24/2018 | 13 |
| 206 | Embrey, Tammy J. | 1:17-cv-04308 | 12/18/2017 | 1/24/2018 | 13 |
| 207 | Brown, Steve | 1:17-cv-04317 | 12/18/2017 | 1/24/2018 | 13 |
| 208 | Oltromonto, Anthony | 1:17-cv-04352 | 12/21/2017 | 1/24/2018 | 12 |
| 209 | Taylor, Sharon | 1:17-cv-04353 | 12/21/2017 | 1/24/2018 | 12 |
| 210 | Dwyer-Coco, Patricia | 1:17-cv-04357 | 12/22/2017 | 1/24/2018 | 12 |
| 211 | Sherod, Annie | 1:17-cv-04360 | 12/22/2017 | 1/24/2018 | 12 |
| 212 | Brown, Ezill | 1:17-cv-04389 | 12/27/2017 | 1/24/2018 | 12 |
| 213 | Stovall, Keyonna | 1:17-cv-04390 | 12/27/2017 | 1/24/2018 | 12 |
| 214 | Jones, Charlie | 1:17-cv-04391 | 12/27/2017 | 1/24/2018 | 12 |
| 215 | Everly, Gary | 1:17-cv-04400 | 12/27/2017 | 1/24/2018 | 6 |
| 216 | McClure, Lisa | 1:17-cv-04436 | 1/2/2018 | 1/24/2018 | 13 |
| 217 | Crone, Charleen M. and Donald L. | 1:17-cv-04451 | 1/2/2018 | 1/24/2018 | 14 |
| 218 | Markham, Currie | 1:17-cv-04482 | 1/3/2018 | 1/24/2018 | 5 |
| 219 | Skinner, Shelia M. | 1:17-cv-04516 | 1/4/2018 | 1/24/2018 | 13 |
| 220 | Butske, David | 1:17-cv-04518 | 1/4/2018 | 1/24/2018 | 12 |
| 221 | Hall, Stephen E. | 1:17-cv-04520 | 1/4/2018 | 1/24/2018 | 12 |
| 222 | Levy, Charles | 1:17-cv-04521 | 1/4/2018 | 1/24/2018 | 12 |
| 223 | Young, Roger | 1:17-cv-04522 | 1/4/2018 | 1/24/2018 | 12 |
| 224 | Shelley, Ida V. | 1:17-cv-04528 | 1/5/2018 | 1/24/2018 | 13 |
| 225 | Roper, Martin W. | 1:17-cv-04529 | 1/5/2018 | 1/24/2018 | 13 |
| 226 | Gettman, Barbara | 1:17-cv-06064 | 4/7/2017 | 1/24/2018 | 2 |
| 227 | Holdgreve, Dale | 1:17-cv-06064 | 4/7/2017 | 1/24/2018 | 2 |

| 228 | Johnson, Henry | 1:17-cv-06064 | 4/7/2017 | 1/24/2018 | 2 |
| --- | --- | --- | --- | --- | --- |
| 229 | Livingston, Detrice | 1:17-cv-06064 | 4/7/2017 | 1/24/2018 | 2 |
| 230 | Ferriso, Frederick | 1:17-cv-06069 | 6/30/2017 | 1/24/2018 | 18 |
| 231 | Hedrick, Ethel Lorrina [ESTATE] | 1:17-cv-06069 | 6/30/2017 | 1/24/2018 | 18 |
| 232 | Jackson, Frances [ESTATE] | 1:17-cv-06069 | 6/30/2017 | 1/24/2018 | 18 |
| 233 | Porter, George N. | 1:17-cv-06069 | 6/30/2017 | 1/24/2018 | 18 |
| 234 | Cheung, Richard [ESTATE] | 1:17-cv-06076 | 8/31/2017 | 1/24/2018 | 11 |
| 235 | Mayberry, Walter | 1:17-cv-03564 | 11/6/2017 | 1/24/2018 | 12 |

US.116196542.02