# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 1</u>**

US.116196584.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

David Mathew Haynie
BARON & BUDD PC
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
mhaynie@baronbudd.com; Rtellis@baronbudd.com;
rbudd@baronbudd.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David Mathew Haynie:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Lazenby, Mary
- Stokely, Kristen

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

David Mathew Haynie                                                    1/24/2018


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

---

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 2</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Roland K. Tellis
BARON & BUDD PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
Rtellis@baronbudd.com; ezucker@baronbudd.com;
lbaughman@baronbudd.com

       **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Roland K. Tellis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gettman, Barbara
- Hakim, Alfred
- Holdgreve, Dale
- Johnson, Henry
- Livingston, Detrice
- Novel, Wendy

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Roland K. Tellis                                                                    1/24/2018

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS                    Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570
_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>**
**<u>NOTICE LETTERS</u>**

**<u>Sub-Exhibit 3</u>**

US.116196584.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> **For MDL Plaintiffs**

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
blair@bertramgraf.com; afeliciano@bertramgraf.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Frey, Steve
- Harbert, Kevin J.
- Pierson, Jermaine
- Rettger, Michael A.
- Strong, Margo S.
- York-Leskiw, Kelly Ann

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Blair B. Matyszczyk                                                    1/24/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

### EXHIBIT B TO MOTION TO DISMISS
### NOTICE LETTERS

### Sub-Exhibit 4

# FAEGRE BAKER DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> **For MDL Plaintiffs**

Edward Blizzard
BLIZZARD & NABERS, L.L.P
440 Louisiana
Suite 170
Houston, TX 77002
eblizzard@blizzardlaw.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Edward Blizzard:

According to our records, we have not received the Plaintiff Profile Sheet for Farris, Angela ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 5</u>**

US.116196584.01

FaegreBD.com

## FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> | **For MDL Plaintiffs** |

Troy Brenes
BRENES LAW GROUP
16A Journey
Suite 200
Aliso Viejo, CA 92656
tbrenes@breneslawgroup.com

   **Re:**  <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Troy Brenes:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Markham, Currie
- Osorio, Maria

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Troy Brenes                                                                    1/24/2018

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 6</u>**

US.116196584.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alger, Lessie
- Allen, Catherine
- Baker, Jason
- Bryant, John
- Clark, Lorraine
- Cleek, Michael
- Cooper, Chris
- Cordar, Johnny
- Dumont, Paul
- Everly, Gary
- Fissell, Deborah
- Furney, Sherri
- Hampton, Linda
- Hanf, Janie
- Kimbell, Candy

William B. Curtis                                                                1/24/2018

- Lamprey, Melissa
- Lindy, Joanne
- McCoy, Nasir
- Moore, Kelly
- Myers, Russell
- O'Neal, Danny
- Owens, Alaimo
- Perry, Dolly
- Ramsey, Lonnie
- Rawls, Sharon
- Redman, Kathleen
- Schoby, Louise
- Shaikh, Nisar
- Starr, John
- Turner, Larry
- Walter, Nancy
- Williams, Christie
- Ziaja, Paul

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 7</u>**

US.116196584.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

<div style="border:1px solid black; display:inline-block">**For MDL Plaintiffs**</div>

John A. Dalimonte
DALIMONTE RUEB LAW GROUP, LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
john@drlawllp.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John A. Dalimonte:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Insley, Thomas B. Sr.
- Walton, Koula M. [ESTATE]
- Wynkoop, Shannon

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

John A. Dalimonte                                            1/24/2018

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 8**</u>

US.116196584.01

# FAEGRE BAKER
## DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |
| --- |

Andrew William Callahan
FLINT LAW FIRM, LLC
222 East Park Street
Suite 500
Edwardsville, IL 62025
acallahan@flintfirm.com; susie@flintlaw.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Andrew William Callahan:

According to our records, we have not received the Plaintiff Profile Sheet for Perkovich, Jennifer and Paul ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 9**</u>

## FAEGRE BAKER DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

Robert J. McLaughlin
HART MCLAUGHLIN & ELDRIDGE, LLC
121 Wacker Dr.
Suite 1050
Chicago, IL 60601
adammann@hmelegal.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Robert J. McLaughlin:

According to our records, we have not received the Plaintiff Profile Sheet for Foote, Tammara ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 10</u>**

US.116196584.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

For MDL Plaintiffs

Jennifer Nolte Williams
JACKSON ALLEN & WILLIAMS, LLP
3838 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
jwilliams@jacksonallenfirm.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Jennifer Nolte Williams:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Resino, Deborah
- Sollo, Florence

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Jennifer Nolte Williams                                                    1/24/2018

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 11**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

Matthew R. Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660
mlopez@lopezmchugh.com; ALopez@lopezmchugh.com;
mjones@lopezmchugh.com; rlopez@lopezmchugh.com

     **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. Lopez:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Acosta, Michelle
- Boatwright-Woods, Mary
- Cheung, Richard [ESTATE]
- Fallis, Joshua & Kimberly
- Hutchinson, Sharon Ann
- Kenyon, Patrick
- Little, Joey
- Pearlman, Barbara

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)

Matthew R. Lopez                                                              1/24/2018

days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 12**</u>

US.116196584.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> **For MDL Plaintiffs**

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alvey, Linda
- Arthur, John
- Bailey, Misty D.
- Bailey, Monique
- Bell, Samuel
- Betters, Alice
- Blair, Mary Lou
- Blake, Tamera
- Bowman, Rebecca
- Bradford, Annie
- Brown, Ezill
- Brown, Marie Mae [ESTATE]
- Brown, Michael
- Bullock, Joanne
- Butske, David

Debra J. Humphrey                                                      1/24/2018

- Calloway, Loretta
- Champion, John B.
- Clark, Ozell
- Clayton, Pamela
- Clemens, Donna
- Coats, Rosalie A.
- Copeland, Marquita
- Corley, Omel
- Crawford, Stephen
- Dantzler, Dorothy
- Davenport, Mabel
- Davis, Anthony
- Davis, Jessie
- Davis, Loretta
- Dellagatta, Donnie
- Denton, Archie
- Dupree, Lori
- Dwyer-Coco, Patricia
- Edgington, Anna
- Elamine, Kathy
- Estes, Betty
- Fisher, Mary J.
- Flowers, Tonya
- Folts, Terry
- Gaddis, Yvette D.
- Gause, Gary
- Gilligan, Susanne
- Goodman, Valerie
- Gray, Lee D.
- Griffin, Dock
- Hall, Stephen E.
- Harlow, Wanda
- Harris, Douglas
- Holmes, Angelee
- Howard, Devin
- Husman, Raymond
- Jackson, Felicia
- Jenville, Gloria

Debra J. Humphrey                                                    1/24/2018

- Johnson, Phyllis
- Jones, Charlie
- Jones, Milton D. III
- Karnes, Denise M.
- Kasten, Michael J.
- Kenney, Wallace
- Kiggins, Kim
- Levy, Charles
- Luzinski, Fred
- Maddelein, Susan
- Malphus, Milton
- Marks, Mary E.
- Mayberry, Walter
- McIntosh, Betty
- Miele, Laura
- Miller, Merri
- Mincy, Doris
- Mitchell, Sarah
- Moore, Walter
- Myers, Sebrina
- Nancarrow, Tracey
- Neveu, Janice M.
- Nigh, Glendora
- Oltromonto, Anthony
- Palmer, Kayla
- Pantone, Guy
- Parker, Sandra
- Parks, Jason
- Phelps, Maurice
- Phillippi, William R. [ESTATE]
- Pitts, Earline
- Ranson, Elizabeth
- Reaves, Andrew
- Redd, Cynthia
- Redmond, Kimberly
- Richardson, Khalia
- Ricks, Erica
- Riggins, Sylvia

Debra J. Humphrey                                                    1/24/2018

- Robinson, Kim
- Schleigh, Kimberly A.
- Seither, Donna L.
- Sheals, Robert
- Shelton, Janice
- Shern, Phillip J.
- Sherod, Annie
- Shook, Carol
- Spruill, Henry
- Steed, Cheryl
- Stewart, Monica
- Stone, Cathy J.
- Stovall, Keyonna
- Sufka, Reuben
- Sunnenberg, Kathryn S.
- Sutton, Jimmy Lee
- Taylor, Sharon
- Thomas, Cheryl
- Turner, Anita
- Valentine, William
- Vincigerra, Sussana
- Walden, Sally
- Wall, Vernon E.
- Wallace, Daron
- Walters, Donna
- Walters, Patricia
- Whitson, Sylvia
- Williams, Daniel C.
- Williams, Lee
- Wood, Ronald F.
- Woods, Lisa J.
- Worthington, Tina
- Young, Roger

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

Debra J. Humphrey                                                      1/24/2018

https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 13</u>**

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> **For MDL Plaintiffs**

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

     **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Albani, David J.
- Alexis, John J.
- Alhilali, Crystal
- Ammons, Elvid H.
- Anderson, Deloris
- Anthony, Joe
- Aprilah, Sandra
- Aultman, Ella F.
- Averett, Lloyd
- Ayala, Maria M.
- Bagley, Alfred
- Ball, James M.
- Ballaine, Colten
- Barbour, Melvin
- Barnwell, Arthur Sr.

David P. Matthews                                                    1/24/2018

- Barton, John J. III
- Beck, Cherie
- Behm, Clifford
- Belloma, Richard A.
- Bender, Judy E.
- Benson, Susan M.
- Berry, Timothy D.
- Bialas, Monika H.
- Biggs, Paul K.
- Bishop, Charles L.
- Black, Lowan T.
- Booker, James D.
- Bowen, Kathleen M.
- Bowens, Jerome A.
- Boylan, James [ESTATE]
- Brandes, John
- Branham, Delphine R.
- Bredall, Susanne M.
- Brown, Kimberly T.
- Brown, Steve
- Brownlow, Gary
- Bryant, Beverly H.
- Bumpas,Stefani J.
- Burns, Donna J.
- Burpee, Patrick
- Burton, Fredrick T.
- Burton, Thomas
- Capone, Francis J.
- Carpenter, Conrad F.
- Caspoli, Marco E.
- Cates, John O.
- Centers, Garland
- Chatmon, Anthony B.
- Chesnutt, Michael D.
- Clark, Eric
- Clark, Sandra J.
- Coleman, Michelle N.
- Conlon, Kathy F.

David P. Matthews                                                                1/24/2018

- Cooper, Hurlie L.
- Cox, Alfred L. Jr.
- Criego, Rose Mary
- Croll, Birgit
- Cross, Merita B.
- Cuicio, Sam
- Cunningham, Joe Y. Jr.
- Dalrymple, Curt
- Dalton, Dan B.
- David, Cynthia A.
- Davis, Terry L. Jr.
- Dawson, Harry W.
- De Magana, Rosa Serrano
- DeStefano, Karol
- Dickey, Arnold A. Jr.
- Dickson, Janet S.
- Dolce, Jack S.
- Donnely, Stephen M.
- Dort, Scott E.
- Dupre, Gerard R.
- Dwebi, Linda J.
- Eaton, Jacqulyne G.
- Echevarria, Jose
- Edwards, Betty
- Eikleberry, Wanda M.
- Embrey, Tammy J.
- Farias, Edith C.
- Farmer, Joanne P.
- Felicello, Michael
- Fletcher, Donnie L.
- Flood, Denise R.
- Fontenot, Dorothy A.
- Freitas, Joshua F.
- Frobes, Denise M.
- Frodle, Kenet J.
- Frye, Stephen
- Fuller, Billy J.
- Gardner, Ebony

David P. Matthews                                                      1/24/2018

- Garner, Nancy
- Geissinger, Patricia A.
- Gentry, Herman
- Gerber, Edward D.
- Gillogly, Tim W.
- Glaude, Katrina
- Grant, Christopher E.
- Grimmett, Christopher L.
- Groves, Terron
- Haag, Marilyn
- Hairston, Harry D.
- Hale, Michael
- Hamersly, Timothy M.
- Hancock, Betty J.
- Hanon, Robert E.
- Harris, Charlie M.
- Harvey, Stephen L.
- Hawk, Derek A.
- Heinzel, Kurt W.
- Hensley, Kay M.
- Hillard, Lewis E.
- Hollis, Eddie C.
- Hooks, Alice F.
- Horton, Teresa
- Howard, Elaine Y.
- Howard, Maurice G.
- Hudson, Robert A.
- Ingram, Patrick
- Jackson, Ida H.
- Johnson, Tiffany L.
- Jones, Alicia M.
- Keenan, Carol
- Kelly-Hall, Cynthia T.
- Kemokai, Musu
- Killian, Marilyn E.
- King, Charisse
- King, Dorothy V.
- Kinney, Tiffany L.

David P. Matthews                                                                    1/24/2018

- Klein, Kenneth R.
- Kleinschmidt, Timothy A.
- Knox, Harold E.
- Lambert, Johnnie R.
- Laughlin, Thurman E. Jr.
- Lewis, Carolyn
- Lewis-Prothro, Denise
- Loftis, John F.
- Longale, Ronald G.
- Lozano, Jorge A.
- Lunsford, Karen D.
- Macdonald, Liam
- Mack, Daniel A.
- Maier, Adolph
- Mathias, Lee E.
- Matson, Chad E.
- McCarty, Michelle
- McClure, Lisa
- McConito, Dorothy
- McCutchin, Judy G.
- McDowell, Steven
- McGhee, Dolores J.
- McKenzie, Geraldine
- McKown, Sherri C.
- Metz, Thomas G.
- Meyer, Lisa D.
- Miller, Suzanne
- Montgomery, Teresa R.
- Morin, Norman J.
- Mustardo, Robert
- Myers, Derrick
- Neely, Deon
- Noll, Robert E.
- Patterson, Douglas W.
- Pearson, Ernestine
- Pepper, Arlan G.
- Perez, Consuelo
- Peterson, Craig

David P. Matthews                                                                1/24/2018

- Phillips, Beatrice
- Phillips, Robert L.
- Pile, Andrew T.
- Pitts, Eileen
- Polk, Lewis
- Posy, Mirlande
- Potts, Lawrence A.
- Randle, Casell
- Rea, Julius A.
- Richardson, David L.
- Roper, Martin W.
- Roper, Olivia C.
- Rosales, Kelly D.
- Rumph, Kiimberly R.
- Ryans, Freddie
- Savarino, Lawrence A.
- Scaglione, Joseph L.
- Schaefer, Kristy M.
- Scheeringa, David M.
- Seay, Richard V.
- Sessa, Gaetano P.
- Shelley, Ida V.
- Sigur, Evelyn J.
- Skinner, Shelia M.
- Smith, Charlotte A.
- Smith, Richard J.
- Spaght, Melvin E.
- Teague, Ashley J.
- Thomas, Robert Jr.
- Thompson, Audrey A.
- Tramonte, Lorraine J.
- Trujillo, Michael
- Uhlinger, Donald
- Vazquez, Nixzaliz
- Vetter, Diana
- Waggle, Letha R.
- Warren, Larry D. Sr.
- Wheeler, Teja

David P. Matthews                                                                 1/24/2018

- Whitaker, Marvin E.
- Williams, Cathey M.
- Wilson, Michael J.
- Wilson, Randall Lee
- Womack, Robert E.
- Yankowsky, Rusti
- Young, Robin S.
- Zina, Douglas J.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 14**

US.116196584.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

<div style="border:1px solid black; display:inline-block">**For MDL Plaintiffs**</div>

John C. Duane
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29466
jduane@motleyrice.com; clwhetstone@motleyrice.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John C. Duane:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Arcand, Sandra and Arthur
- Crone, Charleen M. and Donald L.
- Franklin, Sharon H. & Paul A.
- Weber, Sheila [ESTATE]

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

John C. Duane                                                         1/24/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

### EXHIBIT B TO MOTION TO DISMISS
### NOTICE LETTERS

#### Sub-Exhibit 15

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Richard J. Plezia
RICHARD J. PLEZIA & ASSOCIATES
2909 Hillcroft Ave.
Suite 575
Houston, TX 77057
rick@rplezialaw.com; thomas@rplezialaw.com

Re:    Cook MDL Plaintiff Profile Deficiency

Dear Richard J. Plezia:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Aberman, Brenda
- Anderson, Leonard
- Anderson, Timothy
- Burham, Barbara
- Campbell, Kristi
- Chan, Wayne
- Chester, Carl [ESTATE]
- De Leonard, Shirley and Richard
- Ellis, Randy
- Griggs, Carrie
- Jackson, Larry
- Miller, Dean
- Mull, Linda
- Ojeda, Aldeheid
- Pauley, Tressa

Richard J. Plezia                                                            1/24/2018

- Ricketts, Harold Jr.
- Vargas, Benito A.
- Wilson, Marie
- Wood, Margaret
- Zeck, Henry

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 16**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Paul T. Boudreaux
RICHARDSON RICHARDSON BOUDREAUX
7447 South Lewis Avenue
Tulsa, OK 74136
paul@rrbok.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Paul T. Boudreaux:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Ryon, Levi A.
- Ryon, Lloyd D.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Paul T. Boudreaux                                                     1/24/2018

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 17</u>**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> | For MDL Plaintiffs |

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
acarter@sgpblaw.com

> **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Amy M. Carter:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Allen, Ivy
- Smith-Salinas, Alicia

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Amy M. Carter                                                                          1/24/2018

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

## <u>EXHIBIT B TO MOTION TO DISMISS</u>
## <u>NOTICE LETTERS</u>

### <u>Sub-Exhibit 18</u>

# FAEGRE BAKER DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

For MDL Plaintiffs

John J. Driscoll
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
john@thedriscollfirm.com; greg@thedriscollfirm.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John J. Driscoll:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Aguilar, Alma Delia
- Allen, Lumas [ESTATE]
- Atkins, Anthony
- Barton, Stephanie N.
- Blankenship, Ronald Dale
- Bradley, Brinda
- Bryan, Lakeen F.
- Carter, Sandra Marie
- Chatman, Cedric N.
- Clay, Carolyn
- Collins, Cleona Mae
- Converse, John
- Ferriso, Frederick
- Gunther, Margaret P.
- Hawkins, Whitney
- Hedrick, Ethel Lorrina [ESTATE]

John J. Driscoll                                                                                     1/24/2018

- Hevener, Angela Korean
- Hurt, Cynthia
- Jackson, Frances [ESTATE]
- Johnson, Ronald D. [ESTATE]
- Knaflich, Janet
- McCoy, Veronique
- Moran, Laquita
- Porter, George N.
- Pursley, Keri
- Quinn, A'Keria Nicole
- Routh, Clarence
- Stout, Terri
- Taylor, Linda M.
- Turquitt, Michael W.
- Vaughn, James C
- Walker, Vanessa
- White, Kevin D.
- Woods, Brenda A.
- Yonts, Wanda A.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 19</u>**

US.116196584.01

FaegreBD.com

## FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |
| --- |

Timothy Litzenburg
THE MILLER FIRM LLC
108 Railroad Ave.
Orange, VA 22960
jseldomridge@millerfirmllc.com; kunderwood@millerfirmllc.com

> **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Timothy Litzenburg:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Johnson, Sean
- Juniper, Dana
- Mulanax-Brown, Helena
- Wendt, William
- Williams, Amy

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Timothy Litzenburg                                                        1/24/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 20**</u>

US.116196584.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Samuel Wendt
WENDT LAW FIRM
1100 Main Street, Suite 2610
Kansas, MO 64105
sam@wendtlaw.com; micaela@wendtlaw.com

      **Re:**    Cook MDL Plaintiff Profile Deficiency

Dear Samuel Wendt:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Aleem, Khayriyyah
- Babcock, Gary C.
- Byrd, Pamela
- Cox, Joseph
- Fitzgerald, Timothy P.
- Harshbarger, Bonnie
- Haupt, Norman
- Holder, Jacqueline
- Jackson, Carl E.
- Landolt, George
- Lane, Cherlnell
- Mullin, James W.
- Ramos, Carol
- Rowan, Anna
- Salas, Ernesto G.
- Siciliani, Luna

Samuel Wendt                                                                                    1/24/2018

- Smith, Jenny
- Turner, Lora
- Whobrey, Herbert

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 21

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

<div style="border:1px solid black;">For MDL Plaintiffs</div>

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 West Sunset Road
Suite 100
Las Vegas, NV 89148
pwetherall@wetherallgroup.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Peter C. Wetherall:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gilbert, Ashley
- Lowicki, Tracy & Ron

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Peter C. Wetherall                                                     1/24/2018


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com