# EXHIBIT A

# BERTRAM & GRAF, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW

☒ Missouri Office:
4717 Grand Ave., Ste 800
Kansas City, MO 64112
1-800-200-6303
816-523-2205
F: 816-523-8258

☐ Colorado Office:
6500 South Quebec Street
Suite 300
Greenwood Village, CO 80111
303-721-9795
F: 720-307-3012

November 6, 2017

Kelly Ann York-Leskiw
P.O. Box 3394
Warminster, PA 18974

Re: Plaintiff Profile Sheet
*York-Leskiw v. Cook Incorporated, et al.*
Case No. 1:17-cv-04024; MDL 2570

Dear Kelly:

Please find enclosed the Plaintiff Profile Sheet ("PPS");

Please read this instructional letter carefully. **There is a strict deadline to file these documents with the Court. Failure to properly complete the requested information and/or the failure to return the enclosed documents to our office** *no later than* **November 17, 2017, may result in your case being dismissed by the Court.**

<u>Please review the information already contained in the PPS and answer all of the questions that have not been addressed</u>.


REDACTED

www.bertramgraf.com

     Once you have the completed and executed the PPS, please return it to us in the enclosed self-addressed, postage pre-paid, envelope.

     We appreciate your assistance in completing these forms regarding your IVC filter claim. If you have any questions or concerns, please do not hesitate to contact our office at 816-523-2205. Thank you.

Sincerely,

*[signature]*

Benjamin A. Bertram, Esq.

BAB/dt
Enclosure