# EXHIBIT B

York-Leskiw, Kelly Ann
**Case #:** 205631  ( )

REDACTED

Page 1 of 1

## Case Note - Page 13 of 35

**Date:** 11/07/2017  03:31 PM   REDACTED   **Topic:** Memo To File

I called client today and she kept hanging up.   Then I called back she just yelled and said put her on the do not call list, then hang up.  I sent her PPS by mail.