# EXHIBIT C

| York-Leskiw, Kelly Ann | REDACTED |
|---|---|
| Case #: 205631  ( ) | |

REDACTED

Page 1 of 1

## Case Note - Page 14 of 35

**Date:** 11/15/2017  08:55 AM   REDACTED    **Topic:** Memo To File

I rec'd the PPS packet returned from the USPS w/RETURN TO SENDER Kelly Ann York-Leskiw today. I have called the number we have on file for her and Left multiple voicemails.  She has picked up and hung up multiple times, then she yelled in the phone "remove me from your calling list".  I called her sister Kimberly's number I found in her medical records and I told her to have Kelly call me even if she isn't no longer interested in pursuing this matter.