# EXHIBIT D

York-Leskiw, Kelly Ann
Case #: 205631   (   )
REDACTED
REDACTED

Page 1 of 2

**Case Note - Page 19 of 35**

**Date:** 11/28/2017  05:01 PM   REDACTED      **Topic:** E-Mail

From: Adriana Feliciano
To: 'cookfiltermdl@faegrebd.com'
CC: Blair Matyszczyk; Ben Bertram
Subject: York-Leskiw, Kelly Ann - IVC [1:17-cv-04024] - Request for Extension (PPF)
Date Sent: 11/28/2017 5:00:36 PM

Counsel:

We kindly request a twenty (20) day extension to submit Plaintiff Kelly Ann York-Leskiw's Plaintiff Profile Sheet and supporting documents.  The new due date with this extension would be Friday, December 20, 2017.  Please let us know if you are agreeable to this extension.

Thank you,

Adriana Feliciano


Adriana Feliciano

Paralegal | Bertram & Graf, L.L.C.

4717 Grand Avenue, Suite 800

Kansas City, MO 64112

afeliciano@bertramgraf.com <mailto:afeliciano@bertramgraf.com>

www.bertramgraf.com <http://www.bertramgraf.com/>


Office: 816.523.2205 | Direct: 816.595.1272 | Fax: 816.523.8258


The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

REDACTED