# EXHIBIT E

| York-Leskiw, Kelly Ann | |
|---|---|
| Case #: 205631 ( ) | |
| REDACTED | Page 1 of 2 |

### Case Note - Page 23 of 35

**Date:** 12/21/2017  02:15 PM    REDACTED    **Topic:** E-Mail

From: Symons, Rochelle R.
To: Adriana Feliciano; Cook Filter MDL
CC: IVC Team
Subject: RE: York-Leskiw, Kelly Ann - IVC [1:17-cv-04024] - Request for Extension (PPF)
Date Received: 12/21/2017 12:02:30 PM

Hello Adriana, the extension you requested below is agreeable. Plaintiff York-Leskiw's PPS is now due 1/9/18.  Thank you,


Rochelle R. Symons
Paralegal
rochelle.symons@FaegreBD.com <mailto:rochelle.symons@FaegreBD.com>     Download vCard <https://www.faegrebd.com/vcard/rochelle.symons.vcf>
D: +1 317 237 1296

Faegre Baker Daniels LLP <https://www.FaegreBD.com>
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA



From: Adriana Feliciano [mailto:afeliciano@bertramgraf.com]
Sent: Thursday, December 21, 2017 10:58 AM
To: Cook Filter MDL
Cc: IVC Team
Subject: York-Leskiw, Kelly Ann - IVC [1:17-cv-04024] - Request for Extension (PPF)


Counsel:


We kindly request a twenty (20) day extension to submit Plaintiff Kelly Ann York-Leskiw's Plaintiff Profile Sheet and supporting documents.  The new due date with this extension would be Tuesday, January 9, 2017.  Please let us know if you are agreeable to this extension.


Thank you,

Adriana Feliciano



Adriana Feliciano

Paralegal | Bertram & Graf, L.L.C.

4717 Grand Avenue, Suite 800

Kansas City, MO 64112

afeliciano@bertramgraf.com <mailto:afeliciano@bertramgraf.com>

Case 1:14-ml-02570-RLY-TAB   Document 7601-5   Filed 02/01/18   Page 3 of 3 PageID #: 41132

York-Leskiw, Kelly Ann
Case #: 205631   ( )
REDACTED
REDACTED

Page 2 of 2

## Case Note - Page 23 of 35

www.bertramgraf.com <http://www.bertramgraf.com/>

Office: 816.523.2205 | Direct: 816.595.1272 | Fax: 816.523.8258

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (816) 523-2205.

Attachments:   image001.png