# EXHIBIT F

| York-Leskiw, Kelly Ann | REDACTED | |
|---|---|---|
| Case #: 205631 ( ) | | |

REDACTED

Page 1 of 1

## Case Note - Page 24 of 35

Date: 12/22/2017  01:06 PM    REDACTED          Topic: E-Mail

From: Ben Bertram
To: REDACTED
CC: REDACTED
Subject: York-Leskiw v. Cook Incorporated, et al. - Plaintiff Profile Sheet ("PPF") and Authorizations - URGENT
Date Sent: 12/22/2017 1:06:34 PM

Kelly-

We need you to complete and sign/return the PPS to us as soon as possible. REDACTED
REDACTED

If you have any questions about the PPS, the Authorizations, or this email, please contact me immediately.

Thank you for your cooperation in this matter.

Sincerely,

Benjamin A. Bertram
Attorney | Bertram & Graf, L.L.C.
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
benbertram@bertramgraf.com <mailto:benbertram@bertramgraf.com>
www.bertramgraf.com <http://www.bertramgraf.com/>

Office: 816.523.2205 | Direct: 816.595.1274 | Fax: 816.523.8258

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (816) 523-2205.

Attachments:   image001.png