# EXHIBIT G

# BERTRAM & GRAF, L.L.C.
## ATTORNEYS AND COUNSELORS AT LAW

☒ **Missouri Office:**
4717 Grand Ave., Ste 800
Kansas City, MO 64112
1-800-200-6303
816-523-2205
F: 816-523-8258

☐ **Colorado Office:**
6500 South Quebec Street
Suite 300
Greenwood Village, CO 80111
303-721-9795
F: 720-307-3012

January 10, 2018

**Via Certified Mail #70140510000130989040**

Kelly Ann York-Leskiw
P.O. Box 3394
Warminster, PA 18974

Re: **Notice of Intent to Withdraw as Counsel**
*York-Leskiw v. Cook Incorporated, et al.*
Case No. 1:17-cv-04024; MDL 2570

Dear Kelly:

My office has repeatedly attempted to contact you by phone, regular mail, and e-mail, but has not been able to reach you. [REDACTED]

If you do not complete and return the enclosed PPS and call me, or otherwise respond to this letter, on or before **January 25, 2018**, I will file a motion to withdraw with the court on behalf of Bertram & Graf, L.L.C. The motion to withdraw will apply to all counsel that currently represent you in the above-referenced case.

If the motion to withdraw is granted, your case would move forward on a "pro se" basis, which means that you would need to handle the matter on your own or retain alternate counsel to assist you.

**Time is of the essence and your prompt attention to this matter is greatly appreciated.** I look forward to hearing back from you.

Sincerely,

Benjamin A. Bertram, Esq.

Enclosure

www.bertramgraf.com