IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Kelly Ann York-Leskiw</u>

Civil Case No. 1:17-cv-04024

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having reviewed Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Kelly Ann York-Leskiw ("Plaintiff"):

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is GRANTED.

IT IS SO ORDERED THIS _____ day of _____, 2018.

_____

HON. RICHARD L. YOUNG

UNITED STATES DISTRICT JUDGE