IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
  1:14-cv-6016-RLY-TAB   Hill
  1:14-cv-6018-RLY-TAB   Brand
  1:16-cv-6049-RLY-TAB   Gilbert
  1:17-cv-6071-RLY-TAB   Lowicki

**ORDER GRANTING MOTIONS TO MAINTAIN DOCUMENTS UNDER SEAL**

This cause is before the Court on several motions to maintain filings under seal. Such motions are disfavored in many circumstances and, in practice, are often over broad. Nevertheless, the Court has granted a number of such motions in this case, which implicates many trade secrets and other confidential information, and the pending motions to seal appear generally well taken. Accordingly, these motions are granted. The Court notes, however, that to the extent that information sealed by this order (or any other) is relevant to the various other motions pending before the Court (such as dispositive motions or *Daubert* motions), the Court may, as appropriate, publicly reference this information in ruling on these motions. Likewise, to the extent such information is relevant to issues to be addressed at any trial in this matter, this information may need to be publicly referenced.

This ruling relates to the following motions:

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 6896]

The Cook Defendants' Motion to Maintain Under Seal Memorandum in Support of Motion in Limine to Exclude Alexander Email and Attached Exhibit [Filing No. 6971]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 7016]

The Cook Defendants' Motion to Maintain Documents Under Seal [Filing No. 7203]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 7443]

The Cook Defendants' Motion to Maintain Under Seal Exhibits C, D, and E to Response to Plaintiff's Motion to Compel) [Filing No. 7523]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 7553]

Plaintiff's Motion to Maintain Document Under Seal [Filing No. 7572]

Plaintiff's Motion to Maintain Document Under Seal [Filing No. 7575]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 7578]

Date: 2/2/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.