IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Diana Watson
Cause No. 1:17-cv-3584-RLY-TAB

APPROVED
Dated: 2/2/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their respective counsel, stipulate that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Diana Watson are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The parties expressly agree that, for purposes of any analysis of the statute of limitations and/or statute of repose, should Plaintiff re-file in Indiana state court within 60 days of the entry of this stipulation, the date of filing shall be considered to be October 6, 2017, the date of filing of Plaintiff's original action filed in this Court.

Dated: January 30, 2018

Respectfully submitted,

*/s/ Edward Blizzard (with permission)*
Edward Blizzard (TX Bar No. 02495000)
BLIZZARD & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: (713) 844-3750
Facsimile: (713) 844-3755
eblizzard@blizzardlaw.com
*Counsel for Plaintiff*