IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br>**Plaintiffs' Motion to Compel Depositions** |
| This Document Relates to<br>      1:14-cv-06018-RLY-TAB | |

> The parties have notified the Court that the issues raised in this motion have been resolved by agreement. Therefore, this motion is denied as moot.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 2/2/2018

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

COMES NOW the Plaintiff, Tonya Brand, pursuant to Federal Rules of Civil Procedure 26, 30 and 37 and Local Rule 37-1 and moves to compel the production of documents and the depositions of several Cook agents and/or employees. In support of this motion, the Plaintiff states:

"Ms. Brand was scheduled for spine surgery on March 19, 2009. On that day, Ms. Brand was taken to the OR and Mark Rheudasil, MD placed a Cook Celect into her inferior vena cava. Once the filter was in place, Thomas Morrison, II, MD performed the surgery on her spine. The Cook Celect IVC filter was implanted as a prophylactic measure ostensibly to prevent the development a pulmonary embolus." On June 17, 2011, Ms. Brand pulled a piece of metal out of her thigh which was later confirmed to be a piece of her IVC filter. Dr. Rheudasil's office reported the fact that Ms. Brand's filter had fractured to a Cook sales representative, Tamara Clemmer, on June 22, 2011. On or about Tuesday, June 28, 2011, Darrell Talbert, Cook's global product manager, met with Dr. Rheudasil for the specific purpose of discussing Ms. Brand's fractured filter. On July 14, 2011 there was an unsuccessful attempt to remove the fractured IVC filter. That surgery was performed by Mark Rheudasil, MD. On October 22, 2015, Dr. Rheudasil performed an open