UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

**JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO SET DEADLINE FOR FILING *DAUBERT* AND DISPOSITIVE MOTIONS**

The plaintiff, Tonya Brand, and the Cook Defendants,[1] by counsel, jointly move this Court for an order (1) enlarging certain discovery deadlines in the Second Amended Case Management Order #19 [Dkt. 5889] ("CMO 19"), and (2) establishing a deadline for *Daubert* and dispositive motions in Exhibit C to CMO 19. In support of this motion, the parties jointly state as follows:

1.  On August 23, 2017, this Court issued CMO 19, including its Exhibit C, which established the deadlines for the *Brand* case.

2.  CMO 19's Exhibit C includes deadlines for Case Specific Fact Discovery and Treating Physician Discovery (February 5, 2018) and Fact Discovery (February 26, 2018), which have not yet expired.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS. All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

1

3. A number of depositions remain to be completed in the *Brand* matter, including both treating physicians of Mrs. Brand and certain employees of the Cook Defendants whom plaintiffs believe possess relevant information about the Cook complaint report(s) for Mrs. Brand's filter. The parties require additional time to complete those depositions.

4. In addition, CMO 19's Exhibit C does not include a deadline for *Daubert* and dispositive motions, instead stating only "TBD." Exhibit C does, however, include deadlines for responses to those motions (August 6, 2018) and replies in support of those motions (August 13, 2018). As such, the parties require a deadline for *Daubert* and dispositive motions.

5. Counsel have in good faith discussed the above-described deadlines and are in agreement regarding the following:

   a. The parties require additional time to complete certain discovery and jointly request that the deadlines for discovery – referenced in CMO 19's Exhibit C as "Case Specific Fact Discovery and Treating Physician Discovery" and "Fact Discovery" – be enlarged to and including March 19, 2018;

   b. The parties respectfully request that the Court set July 17, 2018 as the deadline for filing *Daubert* and dispositive motions.

6. This motion is not made for the purpose of delay, neither party will be prejudiced by the requested relief, and good cause exists, as set forth above.

WHEREFORE, Plaintiff and the Cook Defendants jointly request that this Court grant the parties' Motion For Enlargement Of Time To Complete Discovery And To Set Deadline For Filing *Daubert* And Dispositive Motions.

US.116334565.02

| | |
|---|---|
| Dated: February 5, 2018 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joseph Williams* | */s/ Andrea Roberts Pierson* |
| Joseph Williams | Andrea Roberts Pierson |
| RILEY WILLIAMS & PIATT LLC | John T. Schlafer |
| 301 Massachusetts Avenue, Suite 300 | FAEGRE BAKER DANIELS LLP |
| Indianapolis, Indiana 46204 | 300 North Meridian Street, Suite 2700 |
| jwilliams@rwp-law.com | Indianapolis, Indiana 46204 |
| | Telephone: (317) 237-0300 |
| Ben C. Martin | Facsimile: (317) 237-1000 |
| LAW OFFICE OF BEN C. MARTIN | andrea.pierson@faegrebd.com |
| 3710 Rawlins Street, Suite 1230 | john.schlafer@faegrebd.com |
| Dallas, Texas 75219 | |
| bmartin@bencmartin.com | James Stephen Bennett |
| | FAEGRE BAKER DANIELS LLP |
| *Attorneys for Plaintiff Tonya Brand* | 110 West Berry Street, Suite 2400 |
| | Fort Wayne, Indiana 46802 |
| | Telephone: (260) 424-8000 |
| | Facsimile: (260) 460-1700 |
| | stephen.bennett@faegrebd.com |
| | |
| | *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS* |

US.116334565.02

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*