UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

> *Tonya Brand*
> No. 1:14-cv-06018-RLY-TAB

**PROPOSED ORDER ON PARTIES' JOINT MOTION
FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY
AND TO SET DEADLINE FOR FILING *DAUBERT* AND DISPOSITIVE MOTIONS**

The parties, by counsel, filed their Joint Motion For Enlargement Of Time To Complete Discovery And To Set Deadline For Filing *Daubert* And Dispositive Motions. The Court, having reviewed the Motion and being duly advised, now GRANTS said Motion.

It is ORDERED that the following deadlines are established:

**Discovery shall be completed by March 19, 2018.**

***Daubert* and Dispositive Motions are due on July 17, 2018.**

SO ORDERED this _____ day of _____, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
Copies to all non-registered counsel of record to be made by Plaintiff's Lead Counsel.

1

US.116334287.02