UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs

> *Tonya Brand*
> No. 1:14-cv-06018-RLY-TAB

**NOTICE OF WITHDRAWAL OF COOK'S EXIGENT MOTION FOR ENLARGEMENT OF FEBRUARY 5, 2018 DEPOSITION DEADLINE**

The Cook Defendants,[1] by counsel, hereby withdraw their Exigent Motion for Enlargement of February 5, 2018 Deposition Deadline filed on January 29, 2018 [Dkt. 7584]. The Cook Defendants withdraw the motion because the parties reached the agreement reflected in the Joint Motion For Enlargement Of Time To Complete Discovery And To Set Deadline For Filing Daubert And Summary Judgment Motions [Dkt. 7617] filed on February 5, 2018.

Dated: February 6, 2018

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS. All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

1

2

                                                      James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe APS*

2

## CERTIFICATE OF SERVICE

I certify that on February 6, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*