UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Maria Osorio 1:17-cv-6072-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON DEFENDANTS' MOTION TO SEVER CLAIMS**

On May 9, 2017, Plaintiff filed this action in the Superior Court of California, County of Riverside, alleging products liability claims against the Cook Defendants and medical malpractice claims against Online Radiology Group, Inc. and Binh Quach, D.O. ("Medical Defendants"). Even though the Plaintiff and the Medical Defendants are citizens of California, the Cook Defendants removed this action to the United States District Court for the Central District of California, Eastern Division, on the basis of diversity jurisdiction. In their Notice of Removal, the Cook Defendants argued that the citizenship of the Medical Defendants should be disregarded under the doctrine of procedural misjoinder.

On June 13, 2017, the Cook Defendants filed a Motion to Sever the Medical Defendants because: (1) the Medical Defendants are not necessary and indispensable

1

parties to this action under Federal Rule of Civil Procedure 19, (2) severance will promote judicial economy, and (3) Plaintiffs will not be prejudiced by severance.

In light of the court's January 11, 2018 Order granting Plaintiffs' Motion to Remand in *Berman-Cheung v. Cook Group, Inc. et al.*, Cause No. 1:17-cv-6076-RLY-TAB (Filing No. 44[1]), Defendants' Motion to Sever Claims filed in Cause No. 1:17-cv-6072-RLY-TAB (Filing No. 10) is **DENIED**. The citizenship of the Medical Defendants is the same as that of the Plaintiff; therefore, the court lacks diversity jurisdiction under 28 U.S.C. § 1332. Accordingly, the court *sua sponte* directs the Clerk to **REMAND** this cause to the Superior Court of the State of California, County of Riverside.

**SO ORDERED** this 6th day of February 2018.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The court's ruling was also filed in Cause No. 1:14-ml-2570, Filing No. 7465.