UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Perry and Kristi Jewett 1:17-cv-6077-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO SEVER and PLAINTIFFS' MOTION TO REMAND**

On April 5, 2017, Plaintiffs filed this action in South Dakota state court, alleging products liability claims against the Cook Defendants and medical negligence claims against Brian R. Baxter, M.D., Radiology Associates Imaging Group, LLC d/b/a Dakota Radiology, and Rapid City Regional Hospital, Inc. ("Medical Defendants"). Even though Plaintiff and the Medical Defendants are citizens of South Dakota, the Cook Defendants removed the action to the United States District Court for the District of South Dakota, Western Division, on the basis of diversity jurisdiction. In the Cook Defendants' Notice of Removal, they argued Plaintiffs' claims against the Medical Defendants were procedurally misjoined with Plaintiffs' claims against the Cook Defendants.

On May 8, 2017, the Cook Defendants filed a Motion to Sever the Medical Defendants because (1) the Medical Defendants are not necessary and indispensable

1

parties to this action under Federal Rule of Civil Procedure 19, (2) severance will promote judicial economy, and (3) Plaintiffs will not be prejudiced by severance. Plaintiffs oppose the motion and move for remand.

On January 11, 2018, the court entered an Order dealing with the same key facts and legal analysis as raised in the Cook Defendants' Motion to Sever—i.e., whether medical malpractice claims relating to the implant of one of the Cook Defendants' IVC filters brought by a plaintiff against implanting physicians should be severed from the product liability claims against the Cook Defendants. *See Berman-Cheung v. Cook Group, Inc. et al.*, Cause No. 1:17-cv-6076-RLY-TAB (Filing No. 44[1]). The court denied the Cook Defendants' motion to sever and, because the Plaintiff and the Medical Defendants were citizens of California, remanded the action to the California state court. *Id.* In light of that ruling, the Cook Defendants' Motion to Sever [Medical] Defendants (Filing No. 6) is **DENIED** and, because the presence of the Medical Defendants destroys diversity, Plaintiffs' Motion to Remand (Filing No. 11) is **GRANTED**. The Clerk is directed to **REMAND** this cause to the Seventh Judicial Circuit Court, State of South Dakota.

**SO ORDERED** this 6th day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The court's ruling was also filed in Cause No. 1:14-ml-2570, Filing No. 7465.

Distributed Electronically to Registered Counsel of Record.

3