UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Gary Brownlow 1:17-cv-6081-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO SEVER and
PLAINTIFF'S MOTION TO REMAND**

On September 15, 2017, Plaintiff filed this action in the District Court of Harris County, State of Texas, alleging products liability claims against the Cook Defendants and medical negligence claims against Wei Tsuen Fang, M.D. and Syed A. Raza, M.D. Even though Plaintiff and the Medical Defendants are citizens of Texas, the Cook Defendants removed the action to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity jurisdiction. In the Cook Defendants' Notice of Removal, they argued the Medical Defendants should be severed from the claims against the Cook Defendants and their citizenship should be disregarded.

On October 12, 2017, the Cook Defendants filed a Motion to Sever the Medical Defendants because (1) the Medical Defendants are not necessary and indispensable parties to this action under Federal Rule of Civil Procedure 19 and (2) Plaintiff's products

1

liability claims and medical malpractice claims do not arise out of the same transaction or occurrence and do not involve common questions of law or fact. Plaintiff opposes the motion and moves for remand.

On January 11, 2018, the court entered an Order dealing with the same key facts and legal analysis as raised in the Cook Defendants' Motion to Sever—i.e., whether medical malpractice claims relating to the implant of one of the Cook Defendants' IVC filters brought by a plaintiff against implanting physicians should be severed from the product liability claims against the Cook Defendants. *See Berman-Cheung v. Cook Group, Inc. et al.*, Cause No. 1:17-cv-6076-RLY-TAB (Filing No. 44[1]). The court denied the Cook Defendants' motion to sever and, because the Plaintiff and the Medical Defendants were citizens of California, remanded the action to the California state court. *Id.* In light of that ruling, the Cook Defendants' Motion to Sever [Medical] Defendants (Filing No. 6) is **DENIED** and, because the presence of the Medical Defendants destroys diversity, Plaintiff's Motion to Remand (Filing No. 10) is **GRANTED**. The Clerk is directed to **REMAND** this cause to the 152nd Judicial District Court of Harris County, Texas.

**SO ORDERED** this 6th day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The court's ruling was also filed in Cause No. 1:14-ml-2570, Filing No. 7465.

Distributed Electronically to Registered Counsel of Record.