UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

**ORDER ON THE COOK DEFENDANTS'
NOTICE OF WITHDRAWAL OF EXIGENT MOTION FOR ENLARGEMENT
OF FEBRUARY 5, 2018 DEPOSITION DEADLINE**

This matter comes before the Court on the Cook Defendants' Notice of Withdrawal of their Exigent Motion For Enlargement Of February 5, 2018 Deposition Deadline [Dkt. 7584] filed on January 29, 2018.  Having reviewed the notice, the Court finds that the motion is hereby WITHDRAWN.

SO ORDERED: 2/7/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
Copies to all non-registered counsel of record to be made by Plaintiff's Lead Counsel.

US.116334298.01