# EXHIBIT A

**From:** Matt Schultz [mailto:mschultz@levinlaw.com]
**Sent:** Tuesday, April 25, 2017 7:39 AM
**To:** Pierson, Andrea Roberts; Campbell, Andrew L.
**Cc:** Ben Martin; David Matthews; 'Michael Heaviside'; Joseph N. Williams; 'John Dalimonte (johndalimonte@kdlaw.net)'; Laura Baughman
**Subject:** McMeeking/LaDisa

Andrea, per our conversation yesterday I am confirming what I said I suspected was the case with Dr. McMeeking's use of Dr. LaDisa's report. Namely, he relies on Dr. LaDisa's findings pursuant to Rule 703.  This is manifest in his report, which cites and relies on both Dr. LaDisa's report and Dr. LaDisa's "computational analysis" FEA document (references 30 & 31). On page 49 of his report, Dr. McMeeking again notes his reliance on Dr. LaDisa's report.

As mentioned in yesterday's call, we will discuss whether to disclose Dr. LaDisa specifically on FEA or whether to wait and see whether rebuttal might be appropriate based on Cook disclosures. I hope to have an answer on that today.

Plaintiffs' counsel are reaching out to request that he hold the May 25 depo date, assuming it remains available and we decide to reincorporate his FEA opinion in light of your disclosure that Cook will have an FEA expert.

Matt

**Matt Schultz**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com