IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-04432 | Cause No. 1:18-cv-00034 |
| Cause No. 1:17-cv-04433 | Cause No. 1:18-cv-00036 |
| Cause No. 1:17-cv-04434 | Cause No. 1:18-cv-00045 |
| Cause No. 1:17-cv-04621 | Cause No. 1:18-cv-00066 |
| Cause No. 1:17-cv-04716 | Cause No. 1:18-cv-00068 |
| Cause No. 1:17-cv-04721 | Cause No. 1:18-cv-00069 |
| Cause No. 1:18-cv-00023 | Cause No. 1:18-cv-00078 |
| Cause No. 1:18-cv-00024 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   February 8, 2018

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson