**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Tommie Schinker

Case No. 1:17-cv-02518-RLY-TAB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above-captioned case are dismissed against all defendants with prejudice, each party to bear its own costs.

Dated: February 8, 2018

| | |
|---|---|
| By: */s/ Marlene J. Goldenberg*<br>Marlene J. Goldenberg<br>Stuart L. Goldenberg<br>GOLDENBERGLAW, PLLC<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: 612-436-5028<br>Facsimile: 612-367-8107<br>E-mail: mjgoldenberg@goldenberglaw.com<br>slgoldenberg@goldenberglaw.com<br>*Attorneys for Plaintiff* | By: */s/ John T. Schlafer*<br>John T. Schlafer<br>FAEGRE BAKER DANIELS, LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: 317-237-8274<br>E-mail: John.Schlafer@FaegreBD.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the Cm/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                  */s/ Marlene J. Goldenberg*
                  Marlene J. Goldenberg