# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Tommie Schinker

Case No. 1:17-cv-02518-RLY-TAB

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Considering the Parties' Joint Stipulation of Dismissal With Prejudice of all claims of Tommie Schinker herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DELCARED** that all claims against Defendants Cook Incorporated, Cook Medical LLP, and William Cook Europe ApS that had accrued and could have been asserted in this action as of the date of the Parties' Stipulation of Dismissal With Prejudice are dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this ____ day of February, 2018.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.