UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to:

   *Ashley Gilbert v. Cook Medical, Inc. et al.*,
   Case No. 1:16-cv-6049-RLY-TAB

_____

### ORDER MAINTAINING DOCUMENT DKT. NO. 7570-1 UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Document Under Seal [Dkt. No. 7572] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Document Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit 2 [Dkt. No. 7570-1]** to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Courtney Lung [Dkt. No. 7569] is ordered to be maintained **under seal.**

SO ORDERED this _____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.116422090