# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

———————————————————————

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

———————————————————————

This Document Relates to:

*Tracy Lowicki and Ron Lowicki v. Cook Medical, Inc. et al.,*
Case No. 1:17-cv-6071-RLY-TAB

———————————————————————

## ORDER MAINTAINING DOCUMENT DKT. NO. 7574-1 UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Document Under Seal [Dkt. No. 7575] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Document Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit 3 [Dkt. No. 7574-1]** to Plaintiff's Response in Opposition to Defendants' Motion for Partial Judgment on the Pleadings [Dkt. No. 7573] is ordered to be maintained **under seal.**

SO ORDERED this _____ day of _____, 2018.

—————————————————————

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.116430997