IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to Plaintiff(s)

    **ADVESTER M. MASON**

 Civil Case #    **1:17-cv-03779-RLY-TAB**

_____

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ADVESTER M. MASON, and Defendants COOK MEDICAL LLC, COOK INCORPORATED and WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 12th day of February, 2018.

          Respectfully submitted,

          *s/ David P. Matthews*
          David P. Matthews, Bar No. 13206200
          MATTHEWS & ASSOCIATES
          2905 Sackett Street
          Houston, TX 77098
          Telephone:  (713) 522-5250
          Facsimile:  (713) 535-7184
          matthewsivc@thematthewslawfirm.com
          dmatthews@thematthewslawfirm.com
          *Attorneys for Plaintiff*

          *s/John T. Schlafer*
          John T. Schlafer
          FAEGRE BAKER DANIELS LLP
          300 N. Meridian Street, Suite 2700
          Indianapolis, IN 46204
          Tel:  317-237-8274
          Fax:  317-237-1000
          John.Schlafer@FaegreBD.com
          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          *s/ David P. Matthews*
          DAVID P. MATTHEWS