IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    **ADVESTER M. MASON**

 Civil Case #   **1:17-cv-03779-RLY-TAB**

_____

## ORDER

    Considering the parties' Stipulation of Dismissal Without Prejudice of Advester M. Mason,

    IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECLARED that all claims between Plaintiff Advester M. Mason against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS, in Civil Action No. MDL No. 2570 (Member Case 1:17-cv-03779) are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

    Dated this _____ day of _____, 2018.

                                                 _____
                                                 Honorable Richard L. Young
                                                 United States District Court Judge