# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Spindle, Linwood | 1:17-cv-02334 | 8/9/2017 | 2/2/2018 | 1 |
| 2  | Sigers, Clintona | 1:17-cv-03171 | 10/9/2017 | 2/2/2018 | 2 |
| 3  | Saunders, Elsie | 1:17-cv-03204 | 10/11/2017 | 2/2/2018 | 2 |
| 4  | Forrester, Stephen Wayne | 1:17-cv-03254 | 10/13/2017 | 2/2/2018 | 2 |
| 5  | Bass, Tralve W. | 1:17-cv-03466 | 10/27/2017 | 2/2/2018 | 2 |
| 6  | Bailey, Joseph | 1:17-cv-04551 | 1/18/2018 | 2/2/2018 | 2 |
| 7  | Santos, Ann | 1:17-cv-04562 | 1/10/2018 | 2/2/2018 | 2 |
| 8  | Denton, Janice | 1:17-cv-04668 | 1/18/2018 | 2/2/2018 | 2 |
| 9  | Smith, Bryant | 1:17-cv-04700 | 1/22/2018 | 2/2/2018 | 2 |
| 10 | Gutierrez, Luz | 1:17-cv-04707 | 1/22/2018 | 2/2/2018 | 2 |
| 11 | Munn, Robert | 1:17-cv-04727 | 1/22/2018 | 2/2/2018 | 4 |
| 12 | Stephens, Lena R. | 1:17-cv-04728 | 1/22/2018 | 2/2/2018 | 4 |
| 13 | Ballard, Jackie | 1:17-cv-04736 | 1/25/2018 | 2/2/2018 | 2 |
| 14 | Mack, Sharon | 1:17-cv-04755 | 1/29/2018 | 2/2/2018 | 3 |
| 15 | Stallworth, Kathleen | 1:17-cv-04767 | 1/29/2018 | 2/2/2018 | 2 |
| 16 | Robbins, Melissa | 1:17-cv-04768 | 1/29/2018 | 2/2/2018 | 2 |

1