# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 1**

US.116446443.01

# FAEGRE BAKER DANIELS

FaegreBD.com                                                                                  USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**                                               **Faegre Baker Daniels LLP**
**angela.hall@FaegreBD.com**                                  300 N. Meridian Street ▾ Suite 2700
**Direct 574.239.1903**                                       Indianapolis ▾ Indiana 46204-1750
                                                                   Phone **+1 317 237 0300**
                                                                     Fax **+1 317 237 1000**

February 02, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| **For MDL Plaintiffs** |

Nathan Craig Van Der Veer
FARRIS, RILEY, & PITT, L.L.P
505 20th Street North
Suite 1700
Birmingham, AL 35203
nate@frplegal.com; klove@frplegal.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Nathan Craig Van Der Veer:

According to our records, we have not received the Plaintiff Profile Sheet for Spindle, Linwood ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 2**

US.116446443.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 02, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

**For MDL Plaintiffs**

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

> **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following
Plaintiffs:

- Bailey, Joseph
- Ballard, Jackie
- Bass, Tralve W.
- Denton, Janice
- Forrester, Stephen Wayne
- Gutierrez, Luz
- Mueller, Charles
- Robbins, Melissa
- Santos, Ann
- Saunders, Elsie
- Sigers, Clintona
- Smith, Bryant
- Stallworth, Kathleen
- Walker-Colins, Beverly

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to

Debra J. Humphrey                                                                                    2/2/2018

dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-
mail please submit them using the following Secure File Transfer site:
https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Angela Kelver Hall


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 3**

US.116446443.01

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**                                          **Faegre Baker Daniels LLP**
**angela.hall@FaegreBD.com**                          300 N. Meridian Street ▾ Suite 2700
**Direct 574.239.1903**                                   Indianapolis ▾ Indiana 46204-1750
                                                                          Phone **+1 317 237 0300**
                                                                              Fax **+1 317 237 1000**

February 02, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

                                                            ┌─────────────────────────┐
                                                            │ **For MDL Plaintiffs**  │
                                                            └─────────────────────────┘

Jeff Seldomridge
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
jseldomridge@millerfirmllc.com

        Re:    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Jeff Seldomridge:

According to our records, we have not received the Plaintiff Profile Sheet for Mack, Sharon ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 4**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 02, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Samuel Wendt
WENDT LAW FIRM
1100 Main Street, Suite 2610
Kansas, MO 64105
sam@wendtlaw.com; micaela@wendtlaw.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Samuel Wendt:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Munn, Robert
- Rankins, Robert
- Stephens, Lena R.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Samuel Wendt                                                                    2/2/2018


Cc:      Michael Heaviside - mheaviside@hrzlaw.com
         Ben Martin – bmartin@bencmartin.com
         David Matthews – dmatthews@thematthewslawfirm.com