UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                   MDL No. 2570
_____

This Document Relates to Plaintiff
    Brenda Helms, Bankruptcy Trustee for the
    Estate of Arthur Gage
    Civil Case No. 1:14-cv-01875- TWP-MJD

_____

**COOK DEFENDANTS' MOTION FOR BIFURCATION OF STATUTE OF LIMITATIONS DEFENSE AND SEPARATE JURIES**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move to bifurcate the trial in this action and to try separately and successively before separate juries (1) whether Plaintiff commenced this action within the two-year statute of limitations imposed by 735 Ill. Comp. Stat. Ann. 5/13-202 and 735 Ill. Comp. Stat. Ann. 5/13-213(d) (2017), and, if necessary, (2) the merits of Plaintiff's substantive claims against the Cook Defendants, including issues of liability, causation, and damages.  The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to bifurcate the trial of the statute of limitations issue from the trial of the merits of Plaintiff's claims, to employ different juries for the two phases of the trial, and to grant all other just and proper relief.

Dated: February 12, 2018                    Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (#11856-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
Joe.tanner@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

2

US.116440249.05

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson