IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Plaintiff
**Mary Rose Williams**

Civil Case # 1:16-CV-01397_____

### STIPULATION OF DISMISSAL

Comes now, Plaintiff, Mary Rose Williams, and Defendants Cook Incorporated, Cook

Medical LLC and William Cook Europe APS in the above entitled lawsuit and, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Mary Rose Williams in

this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS

are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

**SHAW COWART, LLP**

By:     */s/ Ethan L. Shaw*_____
          Ethan L. Shaw (TX Bar No. 18140480)
          Justin W. Fishback (TX Bar No. 24056736)
          1609 Shoal Creek Blvd., Ste. 100
          Austin, Texas 78701
          (512) 499-8900 telephone
          (512) 320-8906 facsimile
          elshaw@shawcowart.com
          jfishback@shawcowart.com

**ATTORNEYS FOR PLAINTIFF**

_/s/  John T. Schlafer_____

John T. Schlafer (#28771-49)
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 – Facsimile
john.schlafer@faegrebd.com

**ATTORNEY FOR DEFENDANTS COOK
INCORPORATED, COOK MEDICAL LLC
AND WILLIAM COOK EUROPE APS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 14, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:  February 14, 2018

_/s/ Ethan L. Shaw_____
Ethan L. Shaw