**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Dana Juniper
Cause No. 1:17-cv-01706

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Dana Juniper are hereby dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.  The parties expressly agree that for purposes of analysis of any statute of limitations or statute of repose, if Plaintiff re-files her case and simultaneously serves her Plaintiff Profile Sheet within 60 days of the entry of this stipulation, the date of filing shall be considered May 23, 2017, the date the Plaintiff filed her original action in this Court.

Dated: February 14, 2018

| | |
|---|---|
| */s/ Jeff T. Seldomridge*<br>Jeff T. Seldomridge (Va. Bar No. 89552)<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA 22960<br>Email: JSeldomridge@MillerFirmLLC.com<br>Tel:  540.672.4224 | /s/ *John T. Schlafer*<br>John T. Schlafer<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Email: John.Schlafer@FaegreBD.com<br>Tel:    317.237.8274 |

## **CERTIFICATE OF SERVICE**

I, Jeff T. Seldomridge, hereby certify that on this 14th day of February, 2018, I served a true and correct copy of the foregoing Stipulation on all counsel of record via the Court's electronic filing system.

*/s/ Jeff T. Seldomridge*
Jeff T. Seldomridge