**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA  INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to the Following:

IVY ALLEN
Civil Case #1:17-cv-00858

ALICIA SMITH-SALINAS
Civil Case #1:17-cv-04449

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS**

COMES NOW Plaintiffs, IVY ALLEN and ALICIA SMITH-SALINAS, by and through counsel, and file this Response to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Plaintiffs' cases should not be dismissed.

Plaintiffs Allen Ivy and Alicia Smith-Salinas submitted their Plaintiff Fact Sheets on January 5, 2018, along with corresponding documents.  Plaintiffs' completed Plaintiff Fact Sheets were submitted via email to CookFilterMDL@FaegreBD.com.  *See* **Exhibits A,** email to Cook Defendants with attached PFS for Ivy Allen, and **Exhibit B,** email to Cook Defendants with attached PFS for Alicia Smith-Salinas.  Therefore, pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management  Order No. 4, dismissal is improper.

1

WHEREFORE, Plaintiffs respectfully request the Court deny Cook Defendant's motion to dismiss the case without prejudice for the reasons stated above.

Dated: February 14, 2018

        Respectfully Submitted,

        /s/ Amy M. Carter
        Amy M. Carter, Esq.
        SIMON GREENSTONE PANATIER
           BARTLETT, PC
        Telephone: (214) 276-7680
        Facsimile: (214) 276/7699
        hdavis@sgpblaw.com

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, a copy of the foregoing Plaintiffs' Response to Defendants' Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Amy M. Carter