## IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

_____

This Document Relates to the Following:

IVY ALLEN
Civil Case #1:17-cv-00858

ALICIA SMITH-SALINAS
Civil Case #1:17-cv-04449

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This Matter, having come before the Court on the Defendants' Motion to Dismiss for Lack

of Plaintiff Fact Sheet, and it Appearing, upon argument of counsel and for good cause shown,

that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

DATED: _____ 2018             By: _____
                                                            J.