**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

**IN RE: COOK MEDICAL INC, IVC FILTERS**
**MARKETING, SALES PRACTICES AND**                    Civil No. 1:14-ml-2570-RLY-TAB
**PRODUCTS LIABILITY LITIGATION**                                         MDL No. 2570

_____

This document relates to Plaintiff:

*Sherri Furney*
*Civil case # 1:17-cv-02326-RLY-TAB*

_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SHERRI FURNEY, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs.

This dismissal does not affect case number 17-cv-4324, which shall remain in suit.

Dated this 15th day of February, 2018.

Respectfully submitted,

 */s/ William B. Curtis*
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

        */s/ John Schlafer*
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-8274
Fax: 317-237-1000
John.Schlafer@FaegreBD.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

        */s/ William Curtis*
WILLIAM CURTIS