IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to Plaintiff:

*Sherri Furney*
*Civil case # 1:17-cv-02326-RLY-TAB*

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Sherri Furney.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Sherri Furney against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs. This dismissal does not affect case number 17-cv-4324, which shall remain in suit.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge