IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA  INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to the Following:
JAMES W. MULLIN Civil Case #1:17-cv-02496
CHERLNELL LANE Civil Case #1:17-cv-02531
KHAYRIYYAH ALEEM Civil Case #1:17-cv-02533
ANNA ROWAN Civil Case #1:17-cv-02784
TIMOTHY P. FITZGERALD Civil Case #1:17-cv-02927
GARY C. BABCOCK Civil Case #1:17-cv-02932

**PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION TO DISMISS**

COMES NOW Plaintiffs, JAMES W. MULLIN, CHERLNELL LANE, KHAYRIYYAH ALEEM, ANNA ROWAN, TIMOTHY P. FITZGERALD and GARY C. BABCOCK, state as follows for their Response to Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as*  Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants"), Motion to Dismiss:

Plaintiff CHERLNELL LANE submitted her Plaintiff Fact Sheet on February 1, 2018, along with corresponding documents. Plaintiff GARY C. BABCOCK submitted his Plaintiff Fact Sheet on February 6, 2018, along with corresponding documents. Plaintiffs JAMES W. MULLIN, KHAYRIYYAH ALEEM, and TIMOTHY P. FITZGERALD submitted their Plaintiff Fact Sheets on February 7, 2018, along with corresponding documents. Plaintiff ANNA ROWAN submitted her Plaintiff Fact Sheet on February 14, 2018, along with corresponding

documents. Plaintiffs' completed Plaintiff Fact Sheets were submitted via email to CookFilterMDL@FaegreBD.com. *See* **Exhibits A**, email to the Cook Defendants with attached PFS for Cherlnell Lane, **Exhibit B**, email to the Cook Defendants with attached PFS for Gary C. Babcock, **Exhibit C**, email to the Cook Defendants with attached PFS for James W. Mullin, **Exhibit D**, email to the Cook Defendants with attached PFS for Khayriyyah Aleem, **Exhibit E**, email to the Cook Defendants with attached PFS for Timothy P. Fitzgerald, and **Exhibit F**, email to the Cook Defendants with attached PFS for Anna Rowan. As a result, the Cook Defendants' Motion to Dismiss against Plaintiffs referenced herein should be denied in its entirety as being moot. In addition, pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, dismissal is improper.

    WHEREFORE, Plaintiffs respectfully request the Court deny the Cook Defendant's Motion to Dismiss and for whatever additional relief the Court deems just and proper.

Dated: February 15, 2018

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

*s/Samuel M. Wendt*
Samuel M. Wendt  MO#53573
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2018, a copy of the foregoing Plaintiffs' Response to Defendants' Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Samuel M. Wendt