# Exhibit A

## Micaela R. Staley

| | |
|---|---|
| **From:** | Micaela R. Staley |
| **Sent:** | Thursday, February 1, 2018 3:00 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | Chernell Lane v. Cook Medical, Inc. et al - 17-cv-02531 - PPS - RESPONSE TO DEFICIENCY |
| **Attachments:** | FINAL.zip |

Counsel:

Ms. Lane's (aka Battle's) Plaintiff Profile Sheet and associated documents are attached for your review.

Thank you,

## Micaela R. Staley
Paralegal

 **WENDT**
LAW FIRM P.C.

City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet,** you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Lane v. Cook Medical, Inc., et al.                 **Date:** July 27, 2017

**Docket No.:**  1:17-cv-02531-RLY-TAB

**Plaintiff(s) attorney and Contact information:**

Samuel M. Wendt - Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
816-531-4415

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Cherinell Lane (Battles)
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: NA
      [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: NA                                     Loss of Consortium?  ☐Yes ☑No
3. Date of birth: 10/28/1982
4. Date of death (if applicable): NA
5. Social Security No.: 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
6. Current Address:  5441 S. Michigan Ave., Apt 206, Chicago, IL  60615
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
| --- | --- |
| 6441 S. King Dr., Apt 1B Chicago, IL 60637 | June 2011 - June 2012 |
| 6350 S. King Apt 2B Chicago, IL 60637 | June 2011 - July 2003 |
|  |  |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

(a) David M. Lane - married December 13, 2014

(b) Darion A. Denham - married November 12, 2011


8. Do you have children? ☑Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Solomon X. Lee | 1/23/2001 | YES |
| | | |
| | | |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

David M. Lane, 42, Husband



10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Some college

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: NA

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

_____

14. Have you ever served in any branch of the military? ☐Yes ☑No

a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

_____

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

_____

_____

16. Do you have a computer?  ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☑Yes ☐No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 05/17/2005
2. Reason for Implant: Preoperative Prophylaxis Prior PE/DVT
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: IGTCFS-80-JUG
6. Placement Physician (Name/Address): Dr. Giancarlo Piano
7. Medical Facility (Name/Address): University of Chicago Medicine

(This section to be used if more than one filter is at issue)

1. Date of Implant: _____
2. Reason for Implant: _____
3. Brand Name: _____
4. Mfr. _____
5. Lot Number: _____
6. Placement Physician (Name/Address): _____
7. Medical Facility (Name/Address): _____

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a.  If yes, please identify any such device(s) or product(s). _____

    b.  When was this device or product implanted in you? _____

    c.  Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____

    d.  Provide the name and address of facilities where the other device or product implanted in you? _____

    e.  State your understanding of why was the other device or product implanted in you? _____

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): July 6, 2005 _____
2. Type of retrieval: Outpatient removal - Failed removal _____
3. Retrieval physician (Name/Address): Giancarlo Piano, M.D _____
4. Medical Facility (Name/Address): University of Chicago Medicine _____
5. Reason for Retrieval: Temporary filter _____

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

1. Date of retrieval (including any attempts):_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval:_____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Continued need for anticoagulants |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☑ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Surgery _____ by _____
(e.g. imaging studies, surgery, doctor visits)
Doctor visits _____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Unsuccessful retrieval and continued need for anticoagulants.

_____

_____

_____

_____

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age _34_____ Height _5'5"_____ Weight _371_____
2. Provide your: Age _22_____ Weight _250_____(approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
| --- | --- |
| 2001-2005 | University of Chicago Medicine |
|  |  |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

☑Yes ☐No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
| --- | --- |
| 2006-2017 (Various) | University of Chicago Medical Center |
| 2006-2017 (Various) | Rush Medical Center |
| 2006-2017 (Various) | Northwestern Medical Center |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Various Doctors | Northwestern Memorial Hospital | 2009-Present |
| Various Doctors | Mercy Hospital | 2006-Present |
| Various Doctors | University of Chicago | 2000-Present |
| Various Doctors | Rush Hospital | 2000-Present |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

☐Yes ☑No

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

_____

_____

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   0 _____

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   2 _____

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No | | |
| Crohn's Disease<br>☐Yes ☑No | | |
| Factor V Leiden<br>☐Yes ☑No | | |
| Protein Deficiency<br>☐Yes ☑No | | |
| Spinal fusion/back sx<br>☐Yes ☑No | | |

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 2003, 2007 & 2008 | Pulmonary Embolism |
| 2004 | D&C - Polyp removal |
| 2005 | Gallbladder removal |
| 2007 | Endometrial Ablation |
| 2003 | Fibromyalgia |
| 2012 | TIA |
| 2013 | High Blood Pressure |
| 2016 | Right Knee |
| 2017 | Left Knee |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

_____

_____

_____

13. Do you now or have you ever smoked tobacco products? ☐Yes ☑No

  If yes: How long have/did you smoke? _____

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| SEE ATTACHMENT | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

  a.  Court in which lawsuit/claim was filed or initiated:_____

  b.  Case/Claim Number:_____

  c.  Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☑Yes ☐No.  If yes, specify:

  a.  Date (or year) of application: 2003 - 3 Appeals_____

  b.  Type of benefits sought:  SSI and SSD_____

  c.  Agency/Insurer from which you sought the benefits: Social Security Administration_____

  d.  The nature of the claimed injury/disability:  Fibromyalgia_____

        e.   Whether the claim was accepted or denied: Accepted

3.     Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Earnestine Battles | | Mother |
| | | |
| | | |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.   If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
      Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

2.   If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
      Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

3.   Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
      Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

4.  Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR
    ☐Does not apply to me

5.  Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR
    ☐Does not apply to me

6.  Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR
    ☐ Does not apply to me

7.  Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

    Applies to me and: ☑the documents are attached OR ☐I have no documents OR
    ☐ Does not apply to me

8.  If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR
    ☐ Does not apply to me

9.  If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

    Applies to me and: ☐the documents are attached OR ☐I have no documents OR
    ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

## **AUTHORIZATIONS**

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## **VERIFICATION**

I, _Cherlnell Lane_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _January 29, 2018_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Cherlnell Lane_____
[Signature of Claimant]

## **VERIFICATION OF LOSS OF CONSORTIUM (if applicable)**

I, _NOT APPLICABLE_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _NOT APPLICABLE_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_NOT APPLICABLE_____
[Signature of Consortium Plaintiff]

12

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| **Cherlnell Lane (Battles)** | 3/29/06-8/30/17 | | | |
| Aspirin 325mg #30 | 12/28/12, 1/28/13 (#90) | 1 month x 2 | Anti-Platelet | Walgreens |
| Clopidogrel 75mg #30 | 5/22/2013 | 1 month | Anti-Platelet | Walgreens |
| Enoxaparin 150mg/1ml #14 | 12/2/10, 2/1/11, 5/11/11 | 2 weeks x 3 | Anticoagulant | Walgreens |
| Lovenox 100mg/1ml #14 | 4/19/08, 4/25/08, 4/10/09 (#20) | 2 weeks x 3 | Anticoagulant | Walgreens |
| Lovenox 150mg/1ml #6 | 11/17/08 (#4), 11/19/08 (#24), 3/23/09, 8/1/09 (#20), 3/22/10 (#20), | 2 weeks x 4 | Anticoagulant | Walgreens |
| Pradaxa 150mg #60 | 5/31/11 | 1 month | Anticoagulant | Walgreens |
| Warfarin 1mg #30 | 5/20/08, 2/2/09, 6/1/09, 1/21/10, 2/27/10, 4/10/10, 6/20/10, 8/2/10, 9/20/10, 11/4/10, 12/18/10, 1/28/11, 3/7/11, 4/10/11, 5/19/11, 8/19/11, | 3 years | Anticoagulant | Walgreens |
| Warfarin 2mg #60 | 4/19/11 | 1 month | Anticoagulant | Walgreens |
| Warfarin 3mg #30 | 8/19/09 | 1 month | Anticoagulant | Walgreens |
| Warfarin 5mg #100 | 3/29/06, 6/24/06, 11/12/06, 1/23/07, 5/30/07, 9/13/07, 11/1/07, 11/19/07, 12/12/07, 1/4/08, 1/29/08, 2/19/08, 3/10/08, 3/28/08, 4/19/08, 5/12/08, 6/2/08, 7/27/09 (#30), 9/17/09 (#30), 10/21/09 (#30), 12/3/09 (#30), 1/21/10 (#30), 2/27/10 (#30), 4/20/10 (#30), 5/18/10 (#30), 6/10/10 (#30), 8/2/10 (#30), 9/20/10 (#30), 11/4/10 (#30), 12/18/10 (#30), 2/1/11, 2/27/11, 5/19/11, 7/26/11 (#90), | 5 years | Anticoagulant | Walgreens |
| Warfarin 6mg #30 | 3/10/08, 4/22/08, 9/2/11, | 1 month x 3 | Anticoagulant | Walgreens |
| Warfarin 7.5mg #30 | 3/23/09 | 1 month | Anticoagulant | Walgreens |
| Abilify 10mg #30 | 5/9/06, 6/24/06, 9/2/06, 10/24/06, 12/15/06, 1/23/07, 4/11/07, 9/26/07, 11/1/07, 11/30/07, 1/4/08, | 1 year, 8 months | Antipsychotic/Bipolar Disorder | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Abilify 20mg #30 | 4/11/07, 2/19/08, 5/5/08, 6/30/08, 8/1/08, 9/5/08, 10/14/08, 11/14/08, 12/20/08, 1/20/09, 2/25/09, 4/10/09, 5/18/09, 6/19/09, 7/27/09, 9/28/09, 11/9/09, 12/13/09, 2/6/10, 2/27/10, 4/10/10, 5/27/10, 7/7/10, 8/11/10, 10/1/10, 11/4/10, 2/27/11, 4/10/11, 6/13/11, 7/26/11, 9/5/11, 10/13/11, 12/15/11 (#90), 3/16/12, 4/24/12, 5/21/12, 7/24/12, 8/31/12, 10/11/12 (#90), 1/28/13, 3/20/13, 4/15/13, 9/17/13, 8/5/13, 10/22/13, 1/8/14, 12/26/14, | 6 years | Antipsychotic/Bipolar Disorder | Walgreens |
| Abilify 30mg #30 | 1/29/15, 3/23/15, 4/15/15, | 4 months | Antipsychotic/Bipolar Disorder | Walgreens |
| Acetaminophen w/Codeine #8 | 4/11/07, 10/6/07 (#30), 12/5/07 (#30), 1/28/08 (#30), 5/1/12 (#6), | 1 month x 5 PRN | Pain Medication | Walgreens |
| Amitriptyline 25mg #31 | 12/18/06, 1/23/07 | 2 months | Antidepressant with Abilify | Walgreens |
| Amlodipine Besylate 2.5mg #30 | 2/13/13 (#60), 4/10/13, 7/28/13, 9/11/13, 10/22/13, 1/8/14, | 1 year | Antihypertensive | Walgreens |
| Amox-Clavimox 875mg #20 | 1/3/11, 2/24/16 (#10), 12/10/16, 1/5/17, | 1 month x 4 times | Antibiotic | Walgreens |
| Amoxicillin 500mg #21 | 11/25/11, 12/7/11, 9/30/14, 10/14/16, 3/30/17 | 2 months x 2 times | Antibiotic | Walgreens |
| Aripiprazole 20mg #30 | 7/6/15, 9/9/15 | 2 months | Antipsychotic/Bipolar Disorder | Walgreens |
| Aripiprazole 30mg #30 | 11/28/15, 1/28/16, 4/5/16, 6/1/16, 7/11/16, 8/12/16, 9/27/16, 11/2/16, 11/25/16, 12/27/16, 2/24/17, 3/24/17, 5/1/17, 5/30/17, 6/23/17, 8/30/17, | 2 years | Antipsychotic/Bipolar Disorder | Walgreens |
| Azithromycin 250mg #5 | 10/25/06, 7/23/08, 8/8/08, 5/1/12, 10/2/13 (#6), | 1 week x 5 times | Antibiotic | Walgreens |
| Baclofen 10mg #90 | 5/12/16 (#60), 9/26/16, 11/16/16, 2/1/17, 3/1/17, 4/3/17, 5/6/17, 6/3/17, 7/3/17, 7/30/17, 8/27/17, | 1 year, 9 months | Muscle Relaxant | Walgreens |
| But/Acetaminophen Caff 50-300-40 CP | 6/7/16 (#10), | 1 week | Analgesic | Walgreens |
| Carisoprodol 350mg #30 | 1/1/07 | 1 month | Muscle Relaxant | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Cefdinir 300mg #14 | 1/2/11 | 1 week | Antibiotic | Walgreens |
| Cephalexin 500mg #28 | 7/21/06, 12/26/14 | 2 weeks x 2 times | Antibiotic | Walgreens |
| Ciprofloxacin 250mg #14 | 4/12/07, 6/2/11 | 1 week x 2 times | Antibiotic | Walgreens |
| Ciprofloxacin 500mg #14 | 9/17/06, 6/19/17 (#6) | 1 week x 2 times | Antibiotic | Walgreens |
| Clindamycin 300mg #30 | 10/28/09, 2/13/11 (#20), 3/14/11, 11/8/12 (#40), 1/15/14, | 1 month x 5 times | Antibiotic | Walgreens |
| Colcrys 0.6mg #30 | 6/24/11, 6/30/11 (#90), | 2 months | Anti-inflammatory, Gout | Walgreens |
| Cyclobenzaprine 10mg #15 | 10/25/07, 10/21/08, 11/21/08, 1/5/09, 2/10/09. 4/2/09, 5/18/09, 6/19/09, 7/27/09, 8/19/09, 9/28/09 (#30), 12/13/09 (#30), 1/21/10 (#30), 5/18/10 (#30), 6/22/10 (#30), 9/1/10 (#90), 12/18/10 (#30), 1/28/11 (#30), 2/27/11 (#30), 4/10/11 (#90), 7/26/11 (#90), 12/1/11 (#30), 1/27/12 (#90), 4/24/12 (#30), 6/19/12 (#30), 7/24/12 (#30)8/31/12 (#30), 10/3/12 (#26), 11/8/12 (#30), 12/23/12 (#30), 1/28/13 (#30), 3/16/13 (#30), 4/15/13 (#30), 5/7/13 (#90), 10/22/13 (#30), | 5 years + | Muscle Relaxant | Walgreens |
| D-Amphetamine 30mg #60 | 6/23/17, 7/18/17, 8/28/17 | 3 months | ADHD | Walgreens |
| Depakote 500mg DR #90 | 12/15/07, 1/29/08, 3/17/08, 4/22/08, 5/27/08, 6/30/08, 8/1/08, | 9 months | Antipsychotic/Bipolar Disorder | Walgreens |
| Diazepam 5mg #20 | 8/22/09, 7/30/11, 9/15/12 (#7), 8/9/14, | 1 month x 4 times | Anti-anxiety | Walgreens |
| Diazepam 10mg #90 | 8/10/11, | 1 month | Anti-anxiety | Walgreens |
| Dicyclomine 10mg #360 | 1/19/13, 4/10/13, 10/22/13 (#120), | 1 year | Anti-spasmodic/IBS | Walgreens |
| Dicyclomine 20mg #20 | 8/9/14 | 1 month | Anti-spasmodic/IBS | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Divalproex DR 500mg #90 | 9/5/08, 10/14/08, 11/14/08, 12/20/08, 1/20/09, 2/25/09, 4/10/09, 5/18/09, 6/19/09, 7/27/09, 9/28/09, 11/9/09, 12/13/09, 1/21/10, 2/27/10, 4/10/10, 5/27/10, 7/7/10, 8/11/10, 10/1/10, 11/4/10, 2/27/11, 4/10/11, 6/13/11, 7/26/11, 9/5/11, 10/13/11, 12/16/11 (#270), 3/16/12, 4/24/12, 5/21/12, 7/24/12, 8/31/12, 10/3/12, 11/3/12 (#60), 11/29/12, 1/17/13, 2/13/13, 4/10/13, 5/20/13, 7/28/13, 9/11/13, 10/22/13, 1/8/14, | 5 years + | Bipolar Disorder | Walgreens |
| Doxycycline Hyclate 100mg #14 | 8/7/10, 2/27/11 | 2 weeks x 2 times | Antibiotic | Walgreens |
| Ferrous Sulfate 325mg #60 | 4/30/06, 6/24/06, 11/12/06, 1/23/07, 5/30/07, 9/13/07, 11/1/07, 11/30/07, 1/4/08, 9/18/08, 12/17/08, 4/8/09, 7/27/09 | 3 years, 6 months | Iron Supplement | Walgreens |
| Fluconazole 150mg #10 | 2/6/09, 1/28/11 (#1), 4/28/12 (#16), 11/14/12 (#2), 6/14/13 (#4), 10/2/13 (#1),  1/8/14 (#2), 1/8/15 (#1), 1/12/15 (#1), 11/30/15 (#1), 2/24/16 (#1), 4/13/16 (#1), 9/8/16 (#1), 10/23/16 (#1), 10/24/16 (#1), 1/9/17 (#2), 4/11/17 (#1), 7/12/17 (#10) | 8 years off and on | Antifungal | Walgreens |
| Fluoxetine 20mg #30 | 8/26/16, 9/24/16, 11/2/16, 11/25/16, 12/27/16, 2/24/17, 3/24/17, 4/24/17, 5/26/17, 6/27/17, 7/25/17, 8/30/17 | 1 year | Antidepressant/SSRI | Walgreens |
| Furosemide 20mg #15 | 6/22/10 (#30), 2/13/11 (#30), 2/27/11 (#60), 2/11/12 (#5), 2/18/12, 3/17/12, 4/24/12, 5/21/12, 1/13/17 (#30), | 2 years + | Diuretic | Walgreens |
| Furosemide 40mg #60 | 3/14/11, | 1 month | Diuretic | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Gabapentin 300mg #90 | 8/13/07, 11/1/07, 11/30/07, 1/4/08, 2/27/10 (#60), 4/10/10 (#60), 9/1/10, 12/18/10, 1/28/11, 8/19/11 (#270), 1/27/12 (#180), 4/24/12 (#60), 5/21/12 (#60), 7/24/12 (#60), 8/31/12 (#60), 10/3/12 (#56), 11/8/12 (#60), 12/7/12 (#60), 1/4/13 (#60), 3/16/13 (#60), | 3 years + | Antianxity/Bipolar | Walgreens |
| Hydrochlorothiazide 25mg #30 | 1/9/13, 4/10/13, 8/5/13, 10/22/13, | 10 months | Diuretic | Walgreens |
| Hydrocodone APAP 5/325 #180 | 6/23/08, 9/18/08, 3/7/11 (#15), 12/11/16 (#12), 3/16/17, 4/27/17, 6/6/17 (#60), 8/17/17 (#60) | 1 year + | Narcotic Pain Medication | Walgreens |
| Hydrocodone APAP 5/500 #30 | 9/2/06, 10/25/07 (#20), 4/8/08, 10/1/08 (#90), 3/23/09 (#20), 8/19/09, | 3 years off and on PRN | Narcotic Pain Medication | Walgreens |
| Hydrocodone APAP 10/650 #12 | 4/10/10, 1/5/17 (#180), | 2 times PRN | Narcotic Pain Medication | Walgreens |
| Iburofen 600mg #30 | 6/14/07, 12/5/07, 11/25/11, 3/16/12 (#45), 8/9/14, 8/18/14 (#56), 5/12/15 (#15), | 8 years off and on PRN | NSAID | Walgreens |
| Ibuprofen 800mg #60 | 10/21/08, 12/5/08, 9/15/12 (#30), 10/3/12 (#90), | 4 years off and on PRN | NSAID | Walgreens |
| Klor-Con 8mEq #180 | 6/22/10 (#30), 2/18/12, 3/17/12, 6/6/12 | 4 months | Potassium Chloride Supplement | Walgreens |
| Latuda 20mg #30 | 4/16/15, 6/2/15, 7/6/15, 9/9/15, 1/27/16, 4/5/16, 6/1/16, 7/11/16, 8/12/16, 10/24/16, | 1 year, 7 months | Antipsychotic/Bipolar Disorder | Walgreens |
| Latuda 40mg #30 | 8/26/16, 9/24/16, 10/26/16, 11/21/16, 12/27/16, 2/1/17, 2/24/17, 3/24/17, 4/17/17, 5/12/17, 6/27/17, 7/26/17, 8/27/17 | 1 year | Antipsychotic/Bipolar Disorder | Walgreens |
| Levothyroxine 0.025mg #30 | 6/9/15, 7/6/15, 4/26/17, 5/22/17, 6/15/17, 7/12/17, 8/13/17 | 5 months + | Anti-Hypothyroidism | Walgreens |
| Loratadine 10mg #30 | 5/9/06, 6/24/06 | 2 months | Antihistamine | Walgreens |
| Lyrica 100mg #60 | 5/7/13, 6/18/13, 7/28/13, 9/11/13 (#120), 10/22/13 (#120), 5/11/15 (#120), | 6 months + | Bipolar Disorder | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Lyrica 200mg #60 | 8/22/13, 1/8/14, 1/20/16, 3/8/16, 4/4/16, 6/27/16 (#90), 8/12/16, 9/25/16 (#60), 11/9/16 (#90), 12/7/16 (#90), 1/3/17 (#90), 3/9/17 | 1 year + | Bipolar Disorder | Walgreens |
| Lyrica 300mg #90 | 7/30/15 (#60), 9/6/15, 12/10/15, 4/28/17 (#60), 6/6/17 (#60), 7/20/17 (#60), 8/17/17 (#60) | 5 months + | Bipolar Disorder | Walgreens |
| Medroxyprogesterone 150mg Inj | 10/25/07, 5/22/08, 8/22/08, 11/14/08, | 1 year | Birth Control | Walgreens |
| Methylprednisolone 4mg #21 | 4/8/08, 11/5/08, 10/10/16, | 1 month x 3 times | Steroid | Walgreens |
| Metoclopramide 10mg #30 | 6/14/07, 6/22/13 (#90), | 1 month x 2 times | Gut Motility Stimulator | Walgreens |
| Metoprolol Succinate ER 50mg #30 | 9/28/16, 4/24/17, 5/18/17, 6/15/17, 7/12/17 | 4 months + | Antihypertensive | Walgreens |
| Metoprolol Tart 25mg #30 | 9/28/16, 4/26/17, 5/22/17, 6/15/17, 7/12/17, 8/4/17, | 5 months + | Antihypertensive | Walgreens |
| Modafinil 200mg #60 | 12/16/16, 2/15/17, 3/21/17, 4/24/17, 5/23/17, | 6 months | Stimulant | Walgreens |
| Nortriptyline 25mg #30 | 10/14/08, 11/14/08, 12/20/08, 1/20/09, 2/25/09, 4/8/09, 5/18/09, 6/19/09, 7/27/09, 10/12/09 (#60), 12/13/09 (#60), 2/27/10 (#60), 4/10/10, 5/27/10, 7/7/10, 8/11/10, 9/20/10 (#60), 11/8/10, 12/18/10, 2/1/11, 2/27/11, 4/10/11, 6/2/11, 7/5/11, 8/10/11 (#90), 2/18/12, 4/2/12, 4/24/12 | 3 years + | Bipolar Disorder | Walgreens |
| Nortriptyline 50mg #30 | 11/8/10, 12/18/10, 11/10/11, 5/21/12, 8/31/12, 10/25/12 (#60), 11/29/12 (#60), 1/19/13 (#60), 2/13/13 (#60), 5/7/13 (#60), 5/20/13 (#120), 9/11/13 (#360), 1/8/14 (#120), | 3 years + | Bipolar Disorder | Walgreens |
| Nortriptyline 75mg #30 | 5/28/12, 6/28/12 | 2 months | Bipolar Disorder | Walgreens |
| Omeprazole 20mg #30 | 10/3/12, 12/12/12, 1/28/13, 4/10/13, 5/20/13, 10/22/13 (#90) | 1 year + | Proton Pump Inhibitor/GERD | Walgreens |

Cherlnell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Omeprazole 40mg #30 | 3/9/15, 4/20/15, 6/2/15, 9/28/15, 1/6/17, 2/1/17, 3/1/17, 4/4/17, 4/27/17, 5/22/17, 6/15/17, 7/21/17, 8/3/17, 8/29/17, | 2 years + | Proton Pump Inhibitor/GERD | Walgreens |
| Ondansetron 4mg #20 | 8/9/14, 10/28/16 (#60), | 1 month x 2 times | Antinausea | Walgreens |
| Ondansetron 8mg #90 | 6/2/11 | 3 months | Antinausea | Walgreens |
| Oxybutinin ER 10mg #60 | 5/4/16 (#30), 6/10/16 (#30), 7/8/16 (#30), 8/3/16, 8/31/16, 11/2/16, 12/29/16, 2/1/17, 3/1/17, 4/3/17, 5/15/17, 6/19/17, 7/12/17, 8/13/17 | 1 year + | Bladder Relaxant | Walgreens |
| Oxycodone 5/325mg #120 | 12/5/08 (#90), 2/2/09, 4/22/09, 6/1/09, 9/9/09, 11/16/09, 2/18/10 (#30), 3/12/10 (#30), 5/18/10, 7/27/10, 9/1/10, 12/8/10 (#60), 2/1/11, 3/22/11, 4/19/11, 6/28/11 (#30), 7/9/11, 9/9/11, 10/26/11, 12/2/11, 1/27/12 (#90), 3/16/12, 5/1/12, 5/30/12, 7/25/12, 8/31/12, 10/1/12, 11/11/12, 12/12/12, 2/13/13, 3/16/13, 5/7/13, 6/18/13, 8/2/13, 1/8/14, 3/20/14, 9/17/14, 10/20/14, 11/25/14, 12/26/14, 1/25/15, 2/21/15 (#180), 3/23/15, 5/26/15, 6/26/15 (#180), 8/21/15, 9/30/15, 11/4/15, 12/15/15, 1/15/16, 2/17/16, 3/19/16, 4/19/16, 5/25/16, 6/25/16, 7/28/16, 8/30/16, 9/28/16, 11/9/16, 12/2/16 | 8 years | Narcotic Pain Medication | Walgreens |
| Oxycodone/Acetaminophen 10/325 #10 | 7/30/11, 8/10/11 (#120), 5/31/16 (#45), 10/28/16 (#45), | 1 month x 4 times | Narcotic Pain Medication | Walgreens |
| Prednisone 5mg #18 | 2/19/15, | 1 week | Steroid | Walgreens |
| Prednisone 10mg #12 | 6/22/11, | 1 week | Steroid | Walgreens |
| Prednisone 20mg #14 | 12/15/07, 8/8/08 (#10), 8/15/08 (#28), 8/21/17 (#10) | 1 week x 4 times | Steroid | Walgreens |
| Prochlorperazine 10mg #30 | 4/12/07, 3/8/11 | 1 month x 2 times | Antipsychotic/Bipolar Disorder | Walgreens |
| Pseudoephedrine 30mg #24 | 5/9/06, 8/21/17 (#12), | 1 month x 2 times | Decongestant | Walgreens |

Cherinell Lane (Battles)
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|-----------|-------------|----------|----------------------|----------|
| Ranitidine 150mg #60 | 4/30/06, 6/24/06, 11/12/06, 1/23/07, 5/30/07-5/20/08, 10/14/08, 11/21/08, 2/10/09, 5/18/09, 8/19/09, 10/21/09, 12/13/09, 5/18/10, 7/7/10, 10/1/10, 11/4/10, 1/28/11, 3/22/11, 5/11/11, 6/30/11 (#180), 10/13/11 (#120), 12/1/11, 3/9/12, 4/24/12, 6/6/12, 7/24/12, 8/31/12, 10/3/12, 11/29/12, 1/17/13, 3/16/13, 4/15/13, 5/20/13, 4/26/17, | 11 years | Acid Reducer | Walgreens |
| Sertraline 100mg #30 | 9/26/07, 11/1/07, 11/30/07 1/4/08 | 5 months | Antidepressant/SSRI | Walgreens |
| Sulfameth/Trimethoprim 800/160 #6 | 4/19/08, 2/2/09, 12/31/13, 10/15/14 (#20), 4/13/16, 11/21/16 | 1 month x 6 times | Antibiotic | Walgreens |
| Tramadol 50mg #60 | 9/5/06, 3/12/10, 5/18/10, 7/7/10, | 6 months + | Narcotic Pain Medication | Walgreens |
| Trazodone 50mg #30 | 8/30/16 | 1 month | Sedative/Antidepressant | Walgreens |
| Trazodone 100mg #60 | 5/30/17, 6/22/17, 7/22/17, 8/17/17 | 4 months | Sedative/Antidepressant | Walgreens |
| Trazodone 150mg #30 | 9/21/16, 10/23/16, 11/18/16, 12/27/16, 2/1/17, 2/27/17, 4/10/17, 5/7/17, 6/3/17, | 10 months | Sedative/Antidepressant | Walgreens |
| Valacyclovir 500mg #20 | 1/12/15, 6/8/16 (#60), | 1 month x 2 times | Antiviral | Walgreens |
| Valacyclovir 1gm #20 | 8/1/16 | 1 time | Antiviral | Walgreens |
| Ventolin Inhaler | 12/15/07, 8/1/09, 8/19/09, 7/27/10, 12/23/12, 8/7/17, 8/20/17, | 1 month x 7 times | Bronchodilator | Walgreens |
| Vitamin D3 5,000 IU #30 | 7/12/17 | 1 month | Supplement | Walgreens |
| Vitamin D2 50,000 IU #4 | 4/19/11, 6/2/11, 7/21/11, 9/5/11, 10/13/11, 12/1/11, 2/28/12, 4/24/12, 5/21/12, 6/19/12, 7/31/12, 8/31/12, 11/8/12, 1/3/13, 1/28/13, 3/6/13, 4/10/13, 5/7/13, 4/14/15, 3/8/16, 8/30/16, 9/29/16, 10/23/16, 8/30/17, | 2 years + | Supplement | Walgreens |
| Zoloft 100mg #30 | 5/9/06, 6/24/06, 9/8/06, 10/24/06, 12/22/06, 1/23/07, 4/11/07 | 1 year | Antidepressant/SSRI | Walgreens |