# Exhibit D

## Micaela R. Staley

| | |
|---|---|
| **From:** | Micaela R. Staley |
| **Sent:** | Wednesday, February 7, 2018 4:46 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | Aleem v. Cook Medical, Inc. et al - 17-cv-02533 - PPS - RESPONSE TO DEFICIENCY |
| **Attachments:** | FINAL.zip |

Counsel:

Ms. Aleem's Plaintiff Profile Sheet and associated documents are attached for your review.

Thank you,

## Micaela R. Staley
Paralegal



City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Aleem v. Cook Medical, Inc., et al.  **Date:** July 27, 2017
**Docket No.:** 1:17-cv-02533-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
Samuel M. Wendt - Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
816-531-4415

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Khayriyyah Aleem
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: NA
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: NA                                         Loss of Consortium? ☐ Yes ☑ No
3. Date of birth: 07/20/1943
4. Date of death (if applicable): NA
5. Social Security No.: 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
6. Current Address: 6402 Paddington Ct., Apt. 102 Centreville, VA 20121
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 6404 Paddington Ct., Apt. 104, Centreville, VA 20121 | March 1997-August 2011 |
|  |  |
|  |  |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Charles Tyler Jr., married 5/27/1973 - April 2011

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | Roderick Malone - Deceased | 7/7/1957 | No |
   | Cheryl Brown | 6/23/1959 | No |
   | | | |
   | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   None

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    High School Diploma

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: NA

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | NA | | | |
    | | | | |
    | | | | |
    | | | | |

2

    a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

    b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

14. Have you ever served in any branch of the military? ☐Yes ☑No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

16. Do you have a computer? ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☑No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 04/17/2014
2. Reason for Implant: Deep Vein Thrombosis
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: Unknown
6. Placement Physician (Name/Address): Salman Mufti, M.D.
7. Medical Facility (Name/Address): Inova Fairfax Hospital-Heart and Vascular Insitute 3300 Gallows Road Falls Church, VA 22042

(This section to be used if more than one filter is at issue)

1. Date of Implant: _____
2. Reason for Implant: _____
3. Brand Name: _____
4. Mfr. _____
5. Lot Number: _____
6. Placement Physician (Name/Address): _____
7. Medical Facility (Name/Address): _____

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). _____
    b. When was this device or product implanted in you? _____
    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____
    d. Provide the name and address of facilities where the other device or product implanted in you? _____
    e. State your understanding of why was the other device or product implanted in you?
_____

• ***Attach medical evidence of product identification***

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): NA_____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other Continued anticoagulant therapy |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

doctor visits _____ by _____
(e.g. imaging studies, surgery, doctor visits)
pharmacy records _____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Indefinite need for anticoagulant therapy.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age _74_ Height _5' 4 1/2"_ Weight _167_
2. Provide your: Age _70_ Weight _225_ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2010-2014<br>Various | Inova Fairfax Hopsital<br>3300 Gallows Road<br>Falls Church, VA  22042 |
|  |  |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☐ Yes ☑ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2014-Present<br>numerous visits -<br>over 10 admissions | Inova Fairfax Hopsital<br>3300 Gallows Road<br>Falls Church, VA  22042 |
|  |  |
|  |  |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

6

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Dr. Edward Kreigler<br>Family Practice | 7617 Little River Trpk., Suite 710<br>Annadale, VA 22003 | 1982-2017 |
| Paula Panell-Salas<br>Cardiologist | 2901 Telastar Ct.<br>Falls Church, VA | 2010-2017 |
| David Pontell<br>Wound Specialist | 3299 Woodburn Rd., Suite 180<br>Annadale, VA 22003 | 1997-2017 |
| Richard Seestedt<br>Neurologist | 3220 Hamaker Ct., Suite 400<br>Fairfax, VA 22031 | 2013-2017 |

7. Since the date that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐Yes ☑No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   _____

   _____

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   1

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   0

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No | | |
| Crohn's Disease<br>☐Yes ☑No | | |
| Factor V Leiden<br>☐Yes ☑No | | |
| Protein Deficiency<br>☑Yes ☐No | 2015-2017 | Franco Musio, 13135 Lee Jackson Memorial Highway, Suite 135 |
| Spinal fusion/back sx<br>☐Yes ☑No | | |

7

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 2011 | Quintuple Heart Bypass |
| 2011 | Right toes amputated. |
| 2013 | Left eye removal. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

_____

_____

_____

8

13. Do you now or have you ever smoked tobacco products? ☐Yes ☑No

    If yes: How long have/did you smoke? _____

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| See attachment | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: _____

    b. Case/Claim Number: _____

    c. Nature of Claim/Injury: _____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☑No. If yes, specify:

    a. Date (or year) of application: _____

    b. Type of benefits sought: _____

    c. Agency/Insurer from which you sought the benefits: _____

    d. The nature of the claimed injury/disability: _____

9

  e. Whether the claim was accepted or denied:_____

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☒ the documents are attached OR ☐ I have no documents OR
   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☒ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☒ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Khayriyyah Aleem__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __February 7, 2018__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, __NOT APPLICABLE__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __NOT APPLICABLE__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

__NOT APPLICABLE__
[Signature of Consortium Plaintiff]

12

# MEDICATION SUMMARY

# ALEEM KHAYRIYYAH

# IVC FILTER CASE

| Drug Name | Dates | Reason for medication | Provider |
|---|---|---|---|
| Aleem, Khayriyyah 3/16/2010 through 5/11/2017 | | | |
| Acetazolamide 500mg | 8/14/13-11/18/13 | Diuretic | Giant Pharmacy |
| Amlodipine 5mg | 4/29/10-12/30/12 | Calcium channel blocker | Giant Pharmacy |
| Atorvastatin 10mg | 8/29/12-7/14/16 | Statin | Giant Pharmacy |
| Atropine Sulfate 1% solution | 8/14/13-9/22/13 | Glaucoma | Giant Pharmacy |
| Bactroban 2% cream | 3/16/10-2/19/13 | Antibiotic Topical | Giant Pharmacy |
| Benicar 40mg | 3/16/10-4/21/10 | Antihypertensive | Giant Pharmacy |
| Carisoprodol 350mg | 1/11/11-3/19/11 | Muscle Relaxant | Giant Pharmacy |
| Carvedilol 25mg | 4/26/10-4/12/17 | Antihypertensive | Giant Pharmacy |
| Catapres-TTS 0.3mg | 3/16/10-9/24/16 | Antihypertensive | Giant Pharmacy |
| Combigan Eye Ointment | 8/14/13-9/17/13 | Glaucoma | Giant Pharmacy |
| Cymbalta 20mg (Duloxetine) | 9/13/10-9/24/16 | Antidepressant | Giant Pharmacy |
| Detrol LA 4mg | 3/16/10-1/2/14 | Bladder Relaxant | Giant Pharmacy |
| Dipyridamole 75mg | 3/16/10-8/31/11 | Blood Thinner | Giant Pharmacy |
| Eliquis 25mg | 3/20/15-9/24/16 | Blood Thinner | Giant Pharmacy |
| Enoxaparin Sodium 120mg Syr | 5/23/12-8/9/12 | Blood Thinner | Giant Pharmacy |
| Furosemide 40mg | 3/16/10-2/25/15 | Diuretic | Giant Pharmacy |
| Gabapentin 300mg | 11/15/15-10/13/16 | Nerve Pain | Giant Pharmacy |

1

| Drug Name | Dates | Reason for medication | Provider |
|---|---|---|---|
| Aleem, Khayriyyah 3/16/2010 through 5/11/2017 | | | |
| HCTZ 12.5mg | 4/29/10-8/9/12 | Diuretic | Giant Pharmacy |
| Humulin R 10ml | 3/16/10-7/15/16 | Insulin for Diabetes | Giant Pharmacy |
| Hydralazine 25mg | 9/30/14-9/24/16 | Vasodilator/Antihypertensive | Giant Pharmacy |
| Hydromorphone 2mg | 1/10/13-4/5/17 | Pain Relief | Giant Pharmacy |
| Hydroxyzine 10mg | 5/27/15-8/28/15, 7/15/16 | Antihistimine | Giant Pharmacy |
| Isosorbide Mononitrate 30mg ER | 5/13/10-5/12/17 | Angina | Giant Pharmacy |
| Latanoprost 0.0005% solution | 9/20/2013 | Glaucoma | Giant Pharmacy |
| Lantus U-100 | 3/21/10-8/3/14 | Diabetes | Giant Pharmacy |
| Levemir 100 u/ml | 12/8/15-7/14/16 | Insulin for Diabetes | Giant Pharmacy |
| Lisinopril 10mg | 1/16/12-9/24/16 | Antihypertensive | Giant Pharmacy |
| Losartan Potassium 25mg | 3/5/13-5/11/13 | Antihypertensive | Giant Pharmacy |
| Lovastatin 40mg | 3/16/10-4/21/10 | Statin | Giant Pharmacy |
| Meclizine HCL 25mg | 8/30/10-1/20/11 | Antihistimine | Giant Pharmacy |
| Metformin 500mg | 3/16/10-6/6/13 | Diabetes | Giant Pharmacy |
| Metoprolol Tartrate 50mg | 3/16/10-4/13/11 | Beta blocker | Giant Pharmacy |
| Midrodine 10mg | 4/9/16-10/26/16 | Antihypertensive | Giant Pharmacy |
| Modafinil 200mg | 5/21/13-2/14/15 | Stimulant | Giant Pharmacy |
| Mupirocin Calcium 2% Cream | 6/7/13-5/18/17 | Topical antibiotic | Giant Pharmacy |
| Naproxen 500mg | 6/3/10-8/17/10 | Pain Relief | Giant Pharmacy |
| Nitrostat 0.4mg sublingual | 9/25/13-5/11/17 | Angina | Giant Pharmacy |

| Drug Name | Dates | Reason for medication | Provider |
|---|---|---|---|
| Aleem, Khayriyyah 3/16/2010 through 5/11/2017 | | | |
| Oxcarbazepine 300mg | 12/8/15-3/23/17 | Anticonvulsive | Giant Pharmacy |
| Plavix 75mg (Clopidogrel) | 3/17/12-9/24/16 | Blood Thinner | Giant Pharmacy |
| Prednisone 10mg | 1/31/17-5/17/17 | Steroid | Giant Pharmacy |
| Sildenafil Citrate 20mg | 2/11/16-4/13/17 | | Giant Pharmacy |
| Simvastatin 80mg | 5/13/10-12/22/12 | Statin | Giant Pharmacy |
| Tramadol 50mg | 3/16/10-10/19/16 | Pain Relief | Giant Pharmacy |
| Xarelto | 5/30/14-1/11/15 | | Giant Pharmacy |
| Warfarin 5mg | 5/23/12-8/13/13 | Blood Thinner | Giant Pharmacy |