# Exhibit E

## Micaela R. Staley

| | |
|---|---|
| **From:** | Micaela R. Staley |
| **Sent:** | Wednesday, February 7, 2018 4:23 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | Tim Fitzgerald v. Cook Medical, Inc. et al - 17-cv-02927 - PPS - RESPONSE TO DEFICIENCY |
| **Attachments:** | FINAL.zip |

Counsel:

Mr. Fitzgerald's Plaintiff Profile Sheet and associated documents are attached for your review.

Thank you,

## Micaela R. Staley
Paralegal



City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Fitzgerald v. Cook Medical, Inc., et al.    **Date:** August 24, 2017
**Docket No.:** 1:17-cv-02927-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
Samuel M. Wendt - Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
816-531-4415

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Timothy Fitzgerald
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: NA
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Deborah Fitzgerald    Loss of Consortium? ☐ Yes ☑ No
3. Date of birth: 08/12/1973
4. Date of death (if applicable):
5. Social Security No.: 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
6. Current Address: 70 Iron Creek Ct. N, Apt. 202 Collierville, TN 38017
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 8878 Canna Drive, Lakeland, OH 45140 | 2003-2014 |
|  |  |
|  |  |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Deborah F. Fitzgerald married September 1, 2000

   Kimberly Weed - divorced

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | Justin P. Fitzgerald | 10/12/1993 | NO |
   | Hunter D. Fitzgerald | 12/19/1994 | NO |
   | Karen N. Fitzgerald | 10/4/1996 | NO |
   | Sidney A. Fitzgerald | 6/23/2005 | YES |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   NA

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    High school graduate with some college

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: _____

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |

2

    a.    Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes ☑ No

    b.    If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

_____

14. Have you ever served in any branch of the military? ☐ Yes ☑ No

    a.    If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

_____

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐ Yes ☑ No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

_____
_____

16. Do you have a computer? ☐ Yes ☑ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☑ Yes ☐ No ☐ Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 03/03/2010
2. Reason for Implant: prophylactic placement before back surgery
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: E2515932
6. Placement Physician (Name/Address): Albert J. Weisbrot, M.D. - 375 Dixmyth Ave, Cincinnati, OH 45220
7. Medical Facility (Name/Address): Tri-Health Good Samaritan Hospital 375 Dixmyth Ave, Cincinnati, OH 45220

(This section to be used if more than one filter is at issue)

1. Date of Implant: _____
2. Reason for Implant: _____
3. Brand Name: _____
4. Mfr. _____
5. Lot Number: _____
6. Placement Physician (Name/Address): _____
7. Medical Facility (Name/Address): _____

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). _____
   b. When was this device or product implanted in you? _____
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____
   d. Provide the name and address of facilities where the other device or product implanted in you? _____
   e. State your understanding of why was the other device or product implanted in you?
   _____

• *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): Cancelled - too dangerous to remove
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____


1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____


1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other |
| ☐ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☑ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

doctor visit _____ by Justin Monroe, M.D._____

(e.g. imaging studies, surgery, doctor visits)
imaging studies-radiology reports _____ by Methodis Lebonheur Germantown Radiology Dept

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Perforation of IVC and device is too dangerous to remove.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  44   Height  6'0"   Weight  250
2. Provide your: Age  36   Weight  299   (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2005-2010<br>2005-2010 | Bethesda North Hospital-10500 Montgomery Rd, Cincinnati, OH 45242<br>Mercy Hospitals - Cincinnati, OH |
| 2005-2010 | The Christ Hospital - 2139 Auburn Ave, Cincinnati, OH 45219 |
| 2005-2010 | TriHealth Good Samaritan Hospital - 375 Dixmyth Ave, Cincinnati, OH 45220 |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☑ Yes ☐ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2010-2012 | Dr. Strambough<br>TriHealth-Good Samaritan Hospital |
| 2015-2017 | Dr. Justin Monroe<br>Methodist Hospital - Germantown |
| 2017-2018 | Dr. Dias Perea - Memphis Cardiovascular Group<br>6029 Walnut Grove Road, Suite 401, Memphis, TN 38120 |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

6

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| All previously provided | | |
| | | |
| | | |
| | | |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☑ Yes ☐ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   Limit how long i keep my heart rate up - much more cautious with my exercise routines.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   0

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   0

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☐ Yes ☑ No | | |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☑ Yes ☐ No | 2010-2012 | Dr. Strambough |

7

| | | |
|---|---|---|
| Anti-thrombin deficiency<br>☐Yes ☑No | | |
| Prothrombin mutation<br>☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 2010-2012 | Various back surgeries |
| 2015-2017 | gastrointestinal procedures |
| 2017-2018 | Cardiovascular treatment |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☑Yes ☐No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

Bipolar-Anxiety diagnosed around 2002/2003

8

13. Do you now or have you ever smoked tobacco products? ☑ Yes ☐ No

    If yes: How long have/did you smoke? Intermittent since early 20s

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| See attachment | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐ Yes ☑ No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated:_____

    b. Case/Claim Number:_____

    c. Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐ Yes ☑ No. If yes, specify:

    a. Date (or year) of application:_____

    b. Type of benefits sought: _____

    c. Agency/Insurer from which you sought the benefits:_____

    d. The nature of the claimed injury/disability: _____

9

e. Whether the claim was accepted or denied:_____

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Deborah Fitzgerald | 70 Iron Creek Ct.N Apt 202 Collierville, TN | Wife |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

11

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Timothy Fitzgerald__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __February 7, 2018__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, __NOT APPLICABLE__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __NOT APPLICABLE__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

__NOT APPLICABLE__
[Signature of Consortium Plaintiff]

12

Timothy Fitzgerald
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Timothy Fitzgerald | | | | |
| Abilify 5mg #30 | 8/28/12, 10/9/12, 11/17/12, 1/14/13, 2/24/13 | 7 months | Antipsychotic | Kroger Pharmacy |
| Amitriptyline 25mg #60 | 8/21/12 | 1 month | Antidepressant | Kroger Pharmacy |
| Amox-Clavemox 875/125mg #28 | 11/20/15 | 1 month | Antibiotic | Kroger Pharmacy |
| Amoxicillin 500mg #30 | 1/6/10 | 1 month | Antibiotic | Kroger Pharmacy |
| Amoxicillin 875mg #20 | 11/5/12 | 10 days | Antibiotic | Kroger Pharmacy |
| Azithromycin 250mg #6 | 8/31/10 | 1 week | Antibiotic | Kroger Pharmacy |
| Benzonatate 200mg #30 | 9/28/11 | 1 month | Cough Suppressant | Kroger Pharmacy |
| Butorphanol Spray | 1/13/10 | 1 month | Narcotic Pain Medication | Kroger Pharmacy |
| Celebrex 200mg #60 | 12/23/10, 1/24/11, 2/17/11, 3/29/11, 5/16/11, 8/15/11 | 9 months | NSAID | Kroger Pharmacy |
| Cephalexin 500mg #56 | 6/19/10, 5/24/11, | 1 month x 2 | Antibiotic | Kroger Pharmacy |
| Ciprofloxacin 500mg #10 | 5/14/10, 12/31/15 (#28), 5/2/16 (#14) | 1 month x 3 | Antibiotic | Kroger Pharmacy |
| Clarithromycin 500mg #20 | 9/28/11, 11/25/15 (#10) | 1 month x 2 | Antibiotic | Kroger Pharmacy |
| Clindamycin 150mg #80 | 12/10/16 | 1 month | Antibiotic | Kroger Pharmacy |
| Clonazepam 1mg #30 | 3/18/11, 4/15/11, 5/14/11, 6/18/11, 7/19/11, 8/22/11 | 6 months | Sedative/Antianxiety | Kroger Pharmacy |
| Clonidine 0.2mg #30 | 3/18/11, 4/8/11, 5/4/11, 6/21/11, 7/19/11, 8/22/11 | 6 months | Antihypertensive/Sedative | Kroger Pharmacy |
| Colestipol Micronized 1gm #90 | 5/24/17 | 1 month | Cholesterol medication | Kroger Pharmacy |
| Cyclobenzaprine 10mg #60 | 3/25/10, 4/18/10, 5/5/10, 6/4/10, 6/27/10, 7/11/10, 5/30/12, 6/20/12 | 5 months | Muscle Relaxant | Kroger Pharmacy |
| Cymbalta 60mg #60 | 12/23/10, 1/24/11, 2/17/11, 3/29/11, 6/5/11, 8/15/11, 1/30/12, 3/26/12, 8/14/12 | 1 year, 9 months | Antidepressant | Kroger Pharmacy |
| Diazepam 5mg #30 | 2/23/10, 12/2/10 (#1) | 1 month x 2 | Antianxiety | Kroger Pharmacy |
| Diazepam 10mg #1 | 1/25/11, 7/19/11, 8/25/11 (#2) | 1 month x 3 | Antianxiety | Kroger Pharmacy |
| Dicyclomine 10mg #60 | 6/24/16, 8/12/16, 9/4/16 | 4 months | Antispasmotic, IBS | Kroger Pharmacy |
| Dronabinol 5mg #60 | 8/8/17, 8/18/17 (#72) | 2 month | Antinausea | Kroger Pharmacy |
| Etodolac 500mg #60 | 10/19/13, 12/31/13 | 3 months | NSAID | Kroger Pharmacy |

1

Timothy Fitzgerald
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Exalgo ER 8mg #28 | 3/25/2011 | 1 month | NSAID | Kroger Pharmacy |
| Exalgo ER 12mg #30 | 12/31/10, 1/24/11, 2/21/11 | 3 months | NSAID | Kroger Pharmacy |
| Famotidine 20mg #10 | 5/20/13 | 1 week | Antacid | Kroger Pharmacy |
| Fluconazole 200mg #10 | 9/28/11 | 1 week | Antifungal | Kroger Pharmacy |
| Gabapentin 600mg #30 | 10/7/10, 10/22/10 (#77) | 2 months | Nerve Pain Reliever | Kroger Pharmacy |
| Gabapentin 800mg #120 | 11/11/10, 12/20/10, 2/5/11, 3/23/11, 5/11/11 | 7 months | Nerve Pain Reliever | Kroger Pharmacy |
| Hydrochlorothiazide 25mg #30 | 5/12/10, 6/13/10, 7/14/10, 8/15/10, 9/22/10, 11/22/10, 12/23/10, 1/24/11, 2/24/11, 3/29/11, 5/5/11, 6/5/11, 8/1/11, 9/28/11 | 1 year, 5 month | Diuretic/Antihypertensive | Kroger Pharmacy |
| Hydrocodone-Acetaminophen #80 | 1/22/10, 2/6/10, 3/13/10, 3/21/10, 3/29/10, 4/6/10 (#90), 4/22/10 (#90), 5/5/10, 5/19/10, 6/4/10, 6/18/10 (#90), 7/6/10 (#90), 7/20/10 (#90), 8/4/10 (#90), 8/16/10 (#90), 10/6/10 (#90), 12/2/10 (#1), 1/25/11 (#1), 5/24/11 (#8), 6/7/12, 12/31/15 (#28), 11/5/16 (#18), 11/16/16 (#20), 12/10/16 (#12), 6/24/17 (#50), 7/13/17 (#20), 7/18/17 (#20) | 1 year and PRN | Narcotic Pain Medication | Kroger Pharmacy |
| Hydromorphone 2mg #42 | 10/7/10, 10/22/10 (#63), 12/2/10 (#90), 12/31/10 (#90) 1/31/11 (#60), 2/21/11 (#90), 3/23/11 (#28), 4/8/11 (#84), 5/27/11 (#60), 7/19/11 (#60), 8/25/11 (#60) | 11 months | Narcotic Pain Medication | Kroger Pharmacy |
| Hydromorphone 4mg #30 | 5/2/16 | 1 month | Narcotic Pain Medication | Kroger Pharmacy |
| Hydroxyzine 25mg #30 | 5/20/13, 11/6/15 | 1 month x 2 | Antihistamine | Kroger Pharmacy |
| Levaquin 500mg #14 | 2/28/11 | 1 week | Antibiotic | Kroger Pharmacy |
| Lidoderm Patch 5% #30 | 1/18/11 | 1 month | Topical Pain Medication | Kroger Pharmacy |
| Lorazepam 0.5mg #80 | 3/21/10, 3/29/10, 4/19/10, 5/24/10, 6/4/10, 6/14/10, | 4 months | Antianxiety | Kroger Pharmacy |

2

Timothy Fitzgerald
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Lorazepam 1mg #30 | 7/7/10 (#90), 7/30/10 (#90), 7/17/12 (#60), 12/3/15, 1/18/16, 3/8/16, 6/27/16, 8/3/16, 9/8/16, 11/5/16, 12/3/16, 12/31/16, 1/31/17, 3/2/17, 4/5/17, 5/6/17, 6/3/17, 7/12/17, 8/14/17 | 2 years + off and on | Antianxiety | Kroger Pharmacy |
| Meloxicam 15mg #30 | 6/20/12 | 1 month | NSAID | Kroger Pharmacy |
| Methocarbamol 500mg #20 | 3/23/15 | 1 month | Muscle Relaxant | Kroger Pharmacy |
| Methocarbamol 750mg #90 | 3/18/11, 4/8/11, 5/11/11, 6/5/11, 7/19/11, 8/22/11, 10/28/11 | 8 months | Muscle Relaxant | Kroger Pharmacy |
| Nambumetone 750mg #60 | 4/16/15 | 1 month | NSAID | Kroger Pharmacy |
| Naprelan CR 750mg #30 | 8/22/12 | 1 month | NSAID | Kroger Pharmacy |
| Ondansetron 4mg #12 | 5/13/17, 5/25/17, 6/1/17, 8/29/17 | 4 months | Antinausea | Kroger Pharmacy |
| Ondansetron 8mg #12 | 2/12/16, 2/21/16 (#3), 11/5/16 (#12), 6/24/17, 7/18/17 | 1 month x 4 | Antinausea | Kroger Pharmacy |
| Oxycodone CR 20mg #60 | 2/12/10, 3/14/10, 4/6/10, 5/19/10, 6/14/10, 7/7/10, 8/27/10 (#40) | 7 months | Narcotic Pain Medication | Kroger Pharmacy |
| Oxycodone ER 40mg #10 | 3/21/10 | 1 week | Narcotic Pain Medication | Kroger Pharmacy |
| Oxycodone-Acetaminophen #20 | 1/6/10, 1/14/10 (#10), 3/21/10 (#100), 8/27/10 (#90), 9/15/10 (#80), 5/30/12, 11/16/15, 2/16/16 (#30), 5/2/16 (#16), 1/24/17 (#28), 5/13/17 (#12), 8/29/17 (#40) | 10 months and PRN | Narcotic Pain Medication | Kroger Pharmacy |
| Oxycontin 10mg #60 | 9/15/10 | 1 month | Narcotic Pain Medication | Kroger Pharmacy |
| Pantoprazole Sod DR 40mg #30 | 6/24/17 | 1 month | Proton Pump Inhibitor-GERD | Kroger Pharmacy |
| Paxil 10mg/5ml suspension #300 | 4/21/17, 6/2/17, 6/5/17 (#50), 7/12/17 (#60), 7/14/17 (#190), 8/3/17 (#250), 8/14/17 (#250) | 5 months | SSRI, antidepressant/antianxiety | Kroger Pharmacy |
| Penicillin VK 500mg #22 | 4/2/10 | 10 days | Antibiotic | Kroger Pharmacy |
| Pramipexole 0.25mg #60 | 5/27/11, 7/19/11 | 1 month x 2 | Dopamine Promoter/Restless Leg Syndrome | Kroger Pharmacy |
| Prednisone 20mg #20 | 5/20/13 | 10 days | Steroid | Kroger Pharmacy |

3

Timothy Fitzgerald
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Pristiq ER 50mg #30 | 7/17/12, 8/23/12, 9/28/12, 10/28/12, 12/26/12 1/24/13, 2/24/13, 4/12/13, 8/1/13, 9/3/13, 9/28/13, 11/1/13, 11/26/13, 1/27/14, 12/10/14, 4/8/15, 6/12/15, 7/12/15, 9/10/15, | 3 years + | Antidepressant | Kroger Pharmacy |
| Pristiq ER 100mg #30 | 2/4/14, 3/6/14, 4/15/14, 1/5/15, 2/4/15, 10/7/15, 11/9/15, 5/3/16, 5/27/16, 7/5/16, 8/3/16, 9/4/16, 10/5/16, 11/2/16, 11/23/16, 12/30/16, 1/31/17, 3/2/17, | 3 years + | Antidepressant | Kroger Pharmacy |
| Prochlorperazine 5mg #10 | 7/24/17 | 1 week | Antianxiety | Kroger Pharmacy |
| Promethazine 12.5mg #18 | 12/10/16 | 1 week | Antihistamine | Kroger Pharmacy |
| Promethazine 25mg #60 | 1/14/10, 2/23/10, 3/21/10, 4/18/10, 5/5/10, 6/22/10, 7/7/10, 7/30/10, 8/28/10, 9/15/10, 12/31/15 (#30), 2/23/16 (#30) | 10 months + | Antihistamine | Kroger Pharmacy |
| Sulfamethoxazole #10 | 11/25/15 | 1 week | Antibiotic | Kroger Pharmacy |
| Tizanidine 4mg #30 | 4/16/15, 5/14/15, 6/12/15 | 3 months | Muscle Relaxant | Kroger Pharmacy |
| Tramadol 50mg #15 | 3/23/15, 4/16/15 (#45) | 2 months | Narcotic Pain Medication | Kroger Pharmacy |
| Trimethobenzamide 300mg #20 | 5/17/17, 6/19/17 | 2 months | Antinausea | Kroger Pharmacy |
| Venlafaxine ER 75mg #30 | 7/7/10, 7/30/10, 9/15/10 (#60), 4/17/17 (#60) | 3 months | Nerve Pain Reliever | Kroger Pharmacy |
| Ziprasidone 20mg #30 | 1/27/15, 3/3/15, 4/7/15, 5/14/15, 6/12/15, 7/12/15, 8/10/15, 9/10/15, 10/10/14, 11/9/15, 12/14/15, 1/18/16, 2/28/16, 3/28/16, 5/3/16, 5/26/16, 7/5/16, 8/3/16, 9/4/16, 10/3/16, 11/2/16, 11/25/16, 12/30/16, 1/31/17, 3/2/17, 4/13/17, 5/6/17, 6/2/17 | 2 years, 6 months | Bipolar Disorder | Kroger Pharmacy |
| Ziprasidone 60mg #30 | 4/12/13, 5/15/13, 6/17/13, 7/23/13, 8/1/13, 9/3/13, 9/28/13, 11/1/13, 12/12/14, 1/27/15 | 1 year, 9 months | Bipolar Disorder | Kroger Pharmacy |

4

Timothy Fitzgerald
Prescription Summary

| Drug Name | Dates Filled | Duration | Reason For Medication | Provider |
|---|---|---|---|---|
| Ziprasidone 80mg #30 | 12/3/13, 1/2/14, 1/27/14, 2/21/14, 4/1/14, 4/29/14, 1/27/15, 3/3/15, 4/7/15, 5/14/15, 6/12/15, 7/12/15, 8/10/15, 9/10/15, 10/10/14, 11/9/15, 12/14/15, 1/18/16, 2/28/16, 3/28/16, 5/3/16, 5/26/16, 7/5/16, 8/3/16, 9/4/16, 10/3/16, 11/2/16, 11/25/16, 12/30/16, 1/31/17, 3/2/17, 4/13/17, 5/6/17, 6/2/17 | 3 years, 7 months | Bipolar Disorder | Kroger Pharmacy |
| Zolpidem Tartrate 10mg #30 | 7/2/10 (#7), 7/7/10, 8/4/10, 2/17/11 | 1 month x 4 | Sedative for Insomnia | Kroger Pharmacy |
| Zyvox 600mg #28 | 6/4/10 | 1 month | Antibiotic | Kroger Pharmacy |

5