# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

_____

This Document Relates to the Following:
JAMES W. MULLI N Civil Case #1:17-cv-02496
CHERLNELL LANE Civil Case #1:17-cv-02531
KHAYRIYYAH ALEEM Civil Case #1:17-cv-02533
ANNA ROWAN Civil Case #1:17-cv-02784
TIMOTHY P. FITZGERALD Civil Case #1:17-cv-02927
GARY C. BABCOCK Civil Case #1:17-cv-02932

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This Matter, having come before the Court on Defendants' Motion to Dismiss for Lack of

Plaintiff Fact Sheet, and for good cause shown, that the Motion should be denied.


IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.



DATED: _____ 2018          By: _____