**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS    Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND           MDL No. 2570
PRODUCTSLIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

MARY BOATWRIGHT-WOODS
Civil Case No. 1:17-cv-01449-RLY-TAB

PATRICK KENYON
Civil Case No. 1:17-cv-01479-RLY-TAB

DARA BERMAN-CHEUNG, SAM BERMAN-CHEUNG,
BAILEY BERMAN-CHEUNG
Civil Case No. 1:17-cv-06076-RLY-TAB

_____

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiffs MARY BOATWRIGHT-WOODS ("Mary Woods"), PATRICK KENYON "Patrick Kenyon"), and DARA BERMAN-CHEUNG, SAM BERMAN CHEUNG, and BAILEY BERMAN CHEUNG ("Berman Plaintiffs"), by and through counsel, and file this Response to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Plaintiffs' cases should not be dismissed.

First, the Berman Plaintiffs' case was recently remanded back to the state court where it was originally filed, on January 11, 2018, and, as such, is not subject to CMO 4 in this Court.

1

2

  Plaintiff's counsel had difficulty reaching Mary Boatwright-Woods for several months, despite diligent efforts.  Recently, contact was made with Ms. Woods.  Plaintiff's counsel expects to have the PFS served to the defendants prior to the hearing of this matter.

  Plaintiff's counsel has had difficulty reaching Patrick Kenyon for several months, despite diligent efforts.  Plaintiff's counsel's efforts are ongoing.  Plaintiff's counsel expects to have the PFS served to the defendants prior to the hearing of this matter.

Dated: February 15, 2018       Respectfully submitted,

                 /s/ *Matthew R. Lopez*
                Ramon Rossi Lopez
                Matthew R. Lopez
                Amorina P. Lopez
                LOPEZ MCHUGH LLP

                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez