**EXHIBIT 1**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

    Re:    Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alvey, Linda
- Arthur, John
- Bailey, Misty D.
- Bailey, Monique
- Bell, Samuel
- Betters, Alice
- Blair, Mary Lou
- Blake, Tamera
- Bowman, Rebecca
- Bradford, Annie
- Brown, Ezill
- Brown, Marie Mae [ESTATE]
- Brown, Michael
- Bullock, Joanne
- Butske, David

- Calloway, Loretta
- Champion, John B.
- Clark, Ozell
- Clayton, Pamela
- Clemens, Donna
- Coats, Rosalie A.
- Copeland, Marquita
- Corley, Omel
- Crawford, Stephen
- Dantzler, Dorothy
- Davenport, Mabel
- Davis, Anthony
- Davis, Jessie
- Davis, Loretta
- Dellagatta, Donnie
- Denton, Archie
- Dupree, Lori
- Dwyer-Coco, Patricia
- Edgington, Anna
- Elamine, Kathy
- Estes, Betty
- Fisher, Mary J.
- Flowers, Tonya
- Folts, Terry
- Gaddis, Yvette D.
- Gause, Gary
- Gilligan, Susanne
- Goodman, Valerie
- Gray, Lee D.
- Griffin, Dock
- Hall, Stephen E.
- Harlow, Wanda
- Harris, Douglas
- Holmes, Angelee
- Howard, Devin
- Husman, Raymond
- Jackson, Felicia
- Jenville, Gloria

- Johnson, Phyllis
- Jones, Charlie
- Jones, Milton D. III
- Karnes, Denise M.
- Kasten, Michael J.
- Kenney, Wallace
- Kiggins, Kim
- Levy, Charles
- Luzinski, Fred
- Maddelein, Susan
- Malphus, Milton
- Marks, Mary E.
- Mayberry, Walter
- McIntosh, Betty
- Miele, Laura
- Miller, Merri
- Mincy, Doris
- Mitchell, Sarah
- Moore, Walter
- Myers, Sebrina
- Nancarrow, Tracey
- Neveu, Janice M.
- Nigh, Glendora
- Oltromonto, Anthony
- Palmer, Kayla
- Pantone, Guy
- Parker, Sandra
- Parks, Jason
- Phelps, Maurice
- Phillippi, William R. [ESTATE]
- Pitts, Earline
- Ranson, Elizabeth
- Reaves, Andrew
- Redd, Cynthia
- Redmond, Kimberly
- Richardson, Khalia
- Ricks, Erica
- Riggins, Sylvia

Debra J. Humphrey                                                                1/24/2018

- Robinson, Kim
- Schleigh, Kimberly A.
- Seither, Donna L.
- Sheals, Robert
- Shelton, Janice
- Shern, Phillip J.
- Sherod, Annie
- Shook, Carol
- Spruill, Henry
- Steed, Cheryl
- Stewart, Monica
- Stone, Cathy J.
- Stovall, Keyonna
- Sufka, Reuben
- Sunnenberg, Kathryn S.
- Sutton, Jimmy Lee
- Taylor, Sharon
- Thomas, Cheryl
- Turner, Anita
- Valentine, William
- Vincigerra, Sussana
- Walden, Sally
- Wall, Vernon E.
- Wallace, Daron
- Walters, Donna
- Walters, Patricia
- Whitson, Sylvia
- Williams, Daniel C.
- Williams, Lee
- Wood, Ronald F.
- Woods, Lisa J.
- Worthington, Tina
- Young, Roger

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com