IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

STEVE FREY
Civil Case No. 1:17-cv-04197-RLY-TAB

MICHAEL RETTGER
Civil Case No. 1:17-cv-04025-RLY-TAB

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiffs STEVE FREY ("Steve Frey") and MICHAEL RETTGER ("Michael Rettger"), by and through counsel, and file this Response to Defendants' Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Plaintiffs' cases should not be dismissed.

Plaintiffs' counsel has had significant difficulty reaching Plaintiffs Frey and Rettger for several months, despite diligent efforts. Recently, contact was made with Mr. Frey and a substantially complete PPS along with medical records have been submitted to Defendants' counsel. However, Mr. Frey was not able to provide the signature page applicable to the PPS, or the signed authorizations, prior to the filing of this response. It is anticipated these documents will be available to Plaintiffs' counsel by the end of this week, or possibly early next week. Plaintiff acknowledges that his submission of his PPS was untimely and that it remains deficient to the

extent Defendants have not received the signed verifications and authorizations.  Again, Plaintiffs' counsel expects to receive those documents in the very near future and will forward the same to Defendants' counsel as soon as they are received.  Plaintiff respectfully suggests that Defendants have not been unduly prejudiced by the delay in producing his PPS and that dismissal of his case would be a harsh remedy.

Plaintiffs' counsel continues to experience difficulty reaching Michael Rettger.  Plaintiffs' counsel's efforts are ongoing.  At this point, it is unclear whether Mr. Rettger intends to continue pursuing this matter and, as such, Plaintiffs' counsel is unable to provide the Court or Defendants with an estimated date by which a substantially complete PPS will be served.  It is possible there are unique circumstances that Plaintiffs' counsel and Defendants are unware of that may explain Mr. Rettger's failure to timely serve a PPS in accordance with CMO 4.  Because Plaintiffs' counsel does not know whether Mr. Rettger intends to continue pursuing his case, and no authority has been given to dismiss the matter on his behalf, we must oppose dismissal of his case at this time.

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
Blair B. Matyszczyk, MO Bar #66067
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/Benjamin A. Bertram
      *Attorney for Plaintiff*