**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This Document Relates to the Following Actions:

| | | | | | |
|---|---|---|---|---|---|
| 1:17-cv-01936 | 1:17-cv-03699 | 1:17-cv-03849 | 1:17-cv-04130 | 1:17-cv-04223 | 1:17-cv-04252 |
| 1:17-cv-01947 | 1:17-cv-03713 | 1:17-cv-03903 | 1:17-cv-04131 | 1:17-cv-04224 | 1:17-cv-04254 |
| 1:17-cv-01980 | 1:17-cv-03714 | 1:17-cv-03908 | 1:17-cv-04132 | 1:17-cv-04225 | 1:17-cv-04256 |
| 1:17-cv-02012 | 1:17-cv-03719 | 1:17-cv-03930 | 1:17-cv-04134 | 1:17-cv-04226 | 1:17-cv-04259 |
| 1:17-cv-02024 | 1:17-cv-03729 | 1:17-cv-03931 | 1:17-cv-04137 | 1:17-cv-04227 | 1:17-cv-04290 |
| 1:17-cv-02055 | 1:17-cv-03732 | 1:17-cv-03932 | 1:17-cv-04138 | 1:17-cv-04228 | 1:17-cv-04305 |
| 1:17-cv-02073 | 1:17-cv-03766 | 1:17-cv-03933 | 1:17-cv-04139 | 1:17-cv-04230 | 1:17-cv-04308 |
| 1:17-cv-02081 | 1:17-cv-03769 | 1:17-cv-04047 | 1:17-cv-04176 | 1:17-cv-04232 | 1:17-cv-04317 |
| 1:17-cv-03127 | 1:17-cv-03774 | 1:17-cv-04050 | 1:17-cv-04178 | 1:17-cv-04234 | 1:17-cv-04436 |
| 1:17-cv-03132 | 1:17-cv-03776 | 1:17-cv-04051 | 1:17-cv-04179 | 1:17-cv-04235 | 1:17-cv-04516 |
| 1:17-cv-03165 | 1:17-cv-03778 | 1:17-cv-04052 | 1:17-cv-04180 | 1:17-cv-04236 | 1:17-cv-04528 |
| 1:17-cv-03178 | 1:17-cv-03796 | 1:17-cv-04056 | 1:17-cv-04182 | 1:17-cv-04237 | 1:17-cv-04529 |
| 1:17-cv-03223 | 1:17-cv-03810 | 1:17-cv-04085 | 1:17-cv-04183 | 1:17-cv-04246 | |
| 1:17-cv-03225 | 1:17-cv-03814 | 1:17-cv-04115 | 1:17-cv-04186 | 1:17-cv-04248 | |
| 1:17-cv-03228 | 1:17-cv-03841 | 1:17-cv-04116 | 1:17-cv-04189 | 1:17-cv-04249 | |
| 1:17-cv-03242 | 1:17-cv-03844 | 1:17-cv-04118 | 1:17-cv-04190 | 1:17-cv-04250 | |
| 1:17-cv-03243 | 1:17-cv-03847 | 1:17-cv-04120 | 1:17-cv-04192 | 1:17-cv-04251 | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

In response to the Motion to Dismiss filed on February 1, 2018 by Defendants, Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), the Plaintiffs, whose names appear on the attached Exhibit A (collectively referred to as "Plaintiffs"), state as follows:

In accordance with Case Management Order No. 4 ("CMO 4"), Plaintiffs have each submitted a completed Plaintiff Profile Sheet on the date reflected on Exhibit A, via email to CookFilterMDL@FaegreBD.com. Plaintiffs' Counsel received a verbal acknowledgment, as

1

well as emails confirming receipt by the Cook Defendants of the Plaintiff Profile Sheets submitted. The emails confirming receipt by the Cook Defendants are attached as Exhibit B. Because Plaintiffs have each submitted a Plaintiff Profile Sheet, the Motion to Dismiss filed by the Cook Defendants is now moot and should be denied.

    WHEREFORE, Plaintiffs respectfully request that the Court deny the Motion to Dismiss filed by the Cook Defendants and for any other relief the Court deems appropriate.

Dated this 16th day of February, 2018.

                              Respectfully submitted,

                              *s/ David P. Matthews*
                              David P. Matthews, Bar No. 13206200
                              Julie L. Rhoades, Bar No. 16811710
                              MATTHEWS & ASSOCIATES
                              2905 Sackett Street
                              Houston, TX 77098
                              Telephone:  (713) 522-5250
                              Facsimile:  (713) 535-7184
                              matthewsivc@thematthewslawfirm.com
                              dmatthews@thematthewslawfirm.com
                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16${}^{th}$ day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ David P. Matthews*
DAVID P. MATTHEWS
