Exhibit A

| Last Name | First Name | Cause Number | Date Fact Sheet Filed |
|---|---|---|---|
| Ammons | Elvid | 1:17-cv-04176-RLY-TAB | 01-Feb-18 |
| Anthony | Joe | 1:17-cv-04139-RLY-TAB | 01-Feb-18 |
| Averett | Lloyd | 1:17-cv-04116-RLY-TAB | 01-Feb-18 |
| Bagley | Alfred | 1:17-cv-04138-RLY-TAB | 01-Feb-18 |
| Ball | James | 1:17-cv-04246-RLY-TAB | 01-Feb-18 |
| Ballaine | Colten | 1:17-cv-04115-RLY-TAB | 01-Feb-18 |
| Barnwell | Arthur | 1:17-cv-03932-RLY-TAB | 01-Feb-18 |
| Barton | John | 1:17-cv-04190-RLY-TAB | 01-Feb-18 |
| Behm | Clifford | 1:17-cv-04179-RLY-TAB | 01-Feb-18 |
| Belloma | Richard | 1:17-cv-03127-RLY-TAB | 01-Feb-18 |
| Bender | Judy | 1:17-cv-04085-RLY-TAB | 02-Feb-18 |
| Berry | Timothy | 1:17-cv-04237-RLY-TAB | 02-Feb-18 |
| Bishop | Charles | 1:17-cv-04225-RLY-TAB | 01-Feb-18 |
| Black | Lowan | 1:17-cv-04056-RLY-TAB | 02-Feb-18 |
| Brown | Kimberly | 1:17-cv-04251-RLY-TAB | 01-Feb-18 |
| Brown | Steve | 1:17-cv-04317-RLY-TAB | 09-Feb-18 |
| Bryant | Beverly | 1:17-cv-04252-RLY-TAB | 01-Feb-18 |
| Burton | Fredrick | 1:17-cv-03132-RLY-TAB | 02-Feb-18 |
| Carpenter | Conrad | 1:17-cv-04230-RLY-TAB | 01-Feb-18 |
| Centers | Garland | 1:17-cv-04249-RLY-TAB | 01-Feb-18 |
| Chatmon | Anthony | 1:17-cv-04228-RLY-TAB | 01-Feb-18 |
| Conlon | Kathy | 1:17-cv-03844-RLY-TAB | 02-Feb-18 |
| Cuicio | Sam | 1:17-cv-04236-RLY-TAB | 09-Feb-18 |
| Davis | Terry | 1:17-cv-03714-RLY-TAB | 01-Feb-18 |
| Donnely | Stephen | 1:17-cv-04250-RLY-TAB | 02-Feb-18 |
| Dort | Scott | 1:17-cv-02081-RLY-TAB | 02-Feb-18 |
| Dupre | Gerard | 1:17-cv-03814-RLY-TAB | 02-Feb-18 |
| Dwebi | Linda | 1:17-cv-04256-RLY-TAB | 02-Feb-18 |
| Echevarria | Jose | 1:17-cv-03933-RLY-TAB | 02-Feb-18 |
| Embrey | Tammy | 1:17-cv-04308-RLY-TAB | 09-Feb-18 |
| Fletcher | Donnie | 1:17-cv-04227-RLY-TAB | 02-Feb-18 |
| Gardner | Ebony | 1:17-cv-02073-RLY-TAB | 09-Feb-18 |
| Garner | Nancy | 1:17-cv-02055-RLY-TAB | 13-Feb-18 |
| Geissinger | Patricia | 1:17-cv-04234-RLY-TAB | 09-Feb-18 |
| Gerber | Edward | 1:17-cv-04051-RLY-TAB | 13-Feb-18 |
| Groves | Terron | 1:17-cv-03849-RLY-TAB | 09-Feb-18 |

Exhibit A

| Hairston | Harry | 1:17-cv-04130-RLY-TAB | 13-Feb-18 |
| Hale | Michael | 1:17-cv-04052-RLY-TAB | 09-Feb-18 |
| Hamersly | Timothy | 1:17-cv-04235-RLY-TAB | 09-Feb-18 |
| Harris | Charlie | 1:17-cv-04224-RLY-TAB | 09-Feb-18 |
| Hawk | Derek | 1:17-cv-04134-RLY-TAB | 02-Feb-18 |
| Heinzel | Kurt | 1:17-cv-04178-RLY-TAB | 02-Feb-18 |
| Hensley | Kay | 1:17-cv-04120-RLY-TAB | 02-Feb-18 |
| Hollis | Eddie | 1:17-cv-04290-RLY-TAB | 02-Feb-18 |
| Hooks | Alice | 1:17-cv-03165-RLY-TAB | 12-Feb-18 |
| Horton | Teresa | 1:17-cv-03930-RLY-TAB | 01-Feb-18 |
| Howard | Elaine | 1:17-cv-01936-RLY-TAB | 13-Feb-18 |
| Hudson | Robert | 1:17-cv-03778-RLY-TAB | 02-Feb-18 |
| Ingram | Patrick | 1:17-cv-04189-RLY-TAB | 01-Feb-18 |
| Jones | Alicia | 1:17-cv-04226-RLY-TAB | 13-Feb-18 |
| Keenan | Carol | 1:17-cv-04118-RLY-TAB | 09-Feb-18 |
| Kemokai | Musu | 1:17-cv-03769-RLY-TAB | 13-Feb-18 |
| King | Charisse | 1:17-cv-03841-RLY-TAB | 13-Feb-18 |
| King | Dorothy | 1:17-cv-03810-RLY-TAB | 13-Feb-18 |
| Kinney | Tiffany | 1:17-cv-01947-RLY-TAB | 13-Feb-18 |
| Kleinschmidt | Timothy | 1:17-cv-04259-RLY-TAB | 13-Feb-18 |
| Knox | Harold | 1:17-cv-03732-RLY-TAB | 13-Feb-18 |
| Lewis | Carolyn | 1:17-cv-04223-RLY-TAB | 01-Feb-18 |
| Mathias | Lee | 1:17-cv-04232-RLY-TAB | 12-Feb-18 |
| Matson | Chad | 1:17-cv-04131-RLY-TAB | 12-Feb-18 |
| McClure | Lisa | 1:17-cv-04436-RLY-TAB | 13-Feb-18 |
| McConico | Dorothy | 1:17-cv-03931-RLY-TAB | 12-Feb-18 |
| McDowell | Steven | 1:17-cv-04254-RLY-TAB | 12-Feb-18 |
| Meyer | Lisa | 1:17-cv-01980-RLY-TAB | 13-Feb-18 |
| Miller | Suzanne | 1:17-cv-04183-RLY-TAB | 12-Feb-18 |
| Morin | Norman | 1:17-cv-03903-RLY-TAB | 13-Feb-18 |
| Myers | Derrick | 1:17-cv-03908-RLY-TAB | 12-Feb-18 |
| Noll | Robert | 1:17-cv-03776-RLY-TAB | 12-Feb-18 |
| Peterson | Craig | 1:17-cv-03178-RLY-TAB | 13-Feb-18 |
| Phillips | Robert | 1:17-cv-03847-RLY-TAB | 13-Feb-18 |
| Pitts | Eileen | 1:17-cv-04186-RLY-TAB | 01-Feb-18 |
| Polk | Lewis | 1:17-cv-03766-RLY-TAB | 13-Feb-18 |
| Posy | Mirlande | 1:17-cv-03223-RLY-TAB | 13-Feb-18 |
| Randle | Casell | 1:17-cv-03225-RLY-TAB | 13-Feb-18 |
| Roper | Martin | 1:17-cv-04529-RLY-TAB | 13-Feb-18 |

Exhibit A

| Rosales | Kelly | 1:17-cv-04305-RLY-TAB | 09-Feb-18 |
|---|---|---|---|
| Ryans | Freddie | 1:17-cv-03774-RLY-TAB | 13-Feb-18 |
| Schaefer | Kristy | 1:17-cv-02012-RLY-TAB | 13-Feb-18 |
| Scheeringa | David | 1:17-cv-04180-RLY-TAB | 09-Feb-18 |
| Seay | Richard | 1:17-cv-03729-RLY-TAB | 13-Feb-18 |
| Serrano De Magana | Rosa | 1:17-cv-03796-RLY-TAB | 09-Feb-18 |
| Shelley | Ida | 1:17-cv-04528-RLY-TAB | 02-Feb-18 |
| Sigur | Evelyn | 1:17-cv-04182-RLY-TAB | 02-Feb-18 |
| Skinner | Shelia | 1:17-cv-04516-RLY-TAB | 01-Feb-18 |
| Smith | Richard | 1:17-cv-03228-RLY-TAB | 01-Feb-18 |
| Smith | Charlotte | 1:17-cv-04192-RLY-TAB | 09-Feb-18 |
| Spaght | Melvin | 1:17-cv-04047-RLY-TAB | 09-Feb-18 |
| Teague | Ashley | 1:17-cv-02024-RLY-TAB | 01-Feb-18 |
| Thomas | Robert | 1:17-cv-03719-RLY-TAB | 01-Feb-18 |
| Trujillo | Michael | 1:17-cv-04050-RLY-TAB | 01-Feb-18 |
| Vazquez | Nixzaliz | 1:17-cv-03699-RLY-TAB | 09-Feb-18 |
| Vetter | Diana | 1:17-cv-03713-RLY-TAB | 09-Feb-18 |
| Waggle | Letha | 1:17-cv-04248-RLY-TAB | 09-Feb-18 |
| Williams | Cathey | 1:17-cv-03242-RLY-TAB | 01-Feb-18 |
| Wilson | Randall | 1:17-cv-04137-RLY-TAB | 09-Feb-18 |
| Womack | Robert | 1:17-cv-04132-RLY-TAB | 02-Feb-18 |
| Young | Robin | 1:17-cv-03243-RLY-TAB | 01-Feb-18 |