# Exhibit B



**MATTHEWS & ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098

# IVC FILTER LITIGATION TEAM
## ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS, PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com

### CONFIDENTIAL ATTORNEY COMMUNICATION

January 31, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

Re:    Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter dated January 24, 2018, the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 01/31/2018:**
• Albani, David J.
• Alexis, John J.
• Alhilali, Crystal
• Anderson, Deloris
• Barbour, Melvin
• Beck, Cherie
• Biggs, Paul K.
• Booker, James D.
• Bowens, Jerome A.
• Brandes, John
• Brooks, Brian
• Brownlow, Gary
• Bumpas,Stefani J.
• Burns, Donna J.
• Burpee, Patrick
• Burton, Thomas
• Capone, Francis J.

Faegre Baker Daniels
January 31, 2018

- Caspoli, Marco E.
- Cates, John O.
- Chesnutt, Michael D.
- Clark, Eric
- Clark, Sandra J.
- Coleman, Michelle N.
- Cooper, Hurlie L.
- Cox, Alfred L. Jr.
- Criego, Rose Mary
- Cross, Merita B.
- Cunningham, Joe Y. Jr.
- Dalrymple, Curt
- Dalton, Dan B.
- David, Cynthia A.
- DeStefano, Karol
- Dickey, Arnold A. Jr.
- Dolce, Jack S.
- Edwards, Betty
- Eikleberry, Wanda M.
- Farias, Edith C.
- Farmer, Joanne P.
- Felicello, Michael
- Flood, Denise R.
- Fontenot, Dorothy A.
- Freitas, Joshua F.
- Frobes, Denise M.
- Gentry, Herman
- Gillogly, Tim W.
- Glaude, Katrina
- Grant, Christopher E.
- Grimmett, Christopher
- Hillard, Lewis E.
- Howard, Maurice G.
- Jackson, Ida H.
- Johnson, Tiffany L.
- Kelly-Hall, Cynthia T.
- Lambert, Johnnie R.
- Lewis-Prothro, Denise
- Longale, Ronald G.
- Lozano, Jorge A.
- Maier, Adolph
- McCarty, Michelle

Faegre Baker Daniels
January 31, 2018

- McGhee, Dolores J.
- McKenzie, Geraldine
- Metz, Thomas G.
- Mustardo, Robert
- Neely, Deon
- Patterson, Douglas W.
- Pearson, Ernestine
- Pepper, Arlan G.
- Pile, Andrew T.
- Rea, Julius A.
- Richardson, David L.
- Rumph, Kimberly R.
- Sessa, Gaetano P.
- Warren, Larry D. Sr.
- Zina, Douglas J.

Additionally, please be advised that due to a data entry error we do not have a completed Plaintiff Profile Sheet and authorizations for all of our clients. Therefore, we respectfully request a 30 day extension to cure the deficiencies for the Plaintiffs listed below:

- Ammons, Elvid H.
- Anthony, Joe
- Aprilah, Sandra
- Aultman, Ella F.
- Averett, Lloyd
- Ayala, Maria M.
- Bagley, Alfred
- Ball, James M.
- Ballaine, Colten
- Barnwell, Arthur Sr.
- Barton, John J. III
- Behm, Clifford
- Belloma, Richard A.
- Bender, Judy E.
- Benson, Susan M.
- Berry, Timothy D.
- Bialas, Monika H.
- Bishop, Charles L.
- Black, Lowan T.
- Bowen, Kathleen M.
- Boylan, James [ESTATE]
- Branham, Delphine R.

Faegre Baker Daniels
January 31, 2018

- Bredall, Susanne M.
- Bryant, Beverly H.
- Brown, Steve
- Burton, Fredrick T.
- Carpenter, Conrad F.
- Centers, Garland
- Chatmon, Anthony B.
- Conlon, Kathy F.
- Croll, Birgit
- Cuicio, Sam
- Davis, Terry L. Jr.
- Dawson, Harry W.
- De Magana, Rosa Serrano
- Dickson, Janet S.
- Donnely, Stephen M.
- Dort, Scott E.
- Dupre, Gerard R.
- Dwebi, Linda J.
- Eaton, Jacqulyne G.
- Echevarria, Jose
- Embrey, Tammy J.
- Fletcher, Donnie L.
- Frodle, Kenet J.
- Frye, Stephen
- Fuller, Billy J.
- Gardner, Ebony
- Garner, Nancy
- Geissinger, Patricia A.
- Gerber, Edward D.
- Groves, Terron
- Haag, Marilyn
- Hairston, Harry D.
- Hale, Michael
- Hamersly, Timothy M.
- Hancock, Betty J.
- Hanon, Robert E.
- Harris, Charlie M.
- Harvey, Stephen L.
- Hawk, Derek A.
- Heinzel, Kurt W.
- Hensley, Kay M.
- Hollis, Eddie C.

4

Faegre Baker Daniels
January 31, 2018

- Hooks, Alice F.
- Horton, Teresa
- Howard, Elaine Y.
- Hudson, Robert A.
- Ingram, Patrick
- Jones, Alicia M.
- Keenan, Carol
- Kemokai, Musu
- Killian, Marilyn E.
- King, Charisse
- King, Dorothy V.
- Kinney, Tiffany L.
- Klein, Kenneth R.
- Kleinschmidt, Timothy A.
- Knox, Harold E.
- Laughlin, Thurman E. Jr.
- Lewis, Carolyn
- Loftis, John F.
- Lunsford, Karen D.
- Macdonald, Liam
- Mack, Daniel A.
- Mathias, Lee E.
- Matson, Chad E.
- McClure, Lisa
- McConito, Dorothy
- McCutchin, Judy G.
- McDowell, Steven
- McKown, Sherri C.
- Meyer, Lisa D.
- Miller, Suzanne
- Montgomery, Teresa R.
- Morin, Norman J.
- Myers, Derrick
- Noll, Robert E.
- Perez, Consuelo
- Peterson, Craig
- Phillips, Beatrice
- Phillips, Robert L.
- Pitts, Eileen
- Polk, Lewis
- Posy, Mirlande
- Potts, Lawrence A.

Faegre Baker Daniels
January 31, 2018

- Randle, Casell
- Roper, Martin W.
- Roper, Olivia C.
- Rosales, Kelly D.
- Ryans, Freddie
- Savarino, Lawrence A.
- Scaglione, Joseph L.
- Schaefer, Kristy M.
- Scheeringa, David M.
- Seay, Richard V.
- Shelley, Ida V.
- Sigur, Evelyn J.
- Skinner, Shelia M.
- Smith, Charlotte A.
- Smith, Richard J.
- Spaght, Melvin E.
- Teague, Ashley J.
- Thomas, Robert Jr.
- Thompson, Audrey A.
- Tramonte, Lorraine J.
- Trujillo, Michael
- Uhlinger, Donald
- Vazquez, Nixzaliz
- Vetter, Diana
- Waggle, Letha R.
- Wheeler, Teja
- Whitaker, Marvin E.
- Williams, Cathey M.
- Wilson, Michael J.
- Wilson, Randall Lee
- Womack, Robert E.
- Yankowsky, Rusti
- Young, Robin S.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Lizy Santiago

LS/mlv

6

Faegre Baker Daniels
January 31, 2018


cc:     Michael Heaviside – mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com

**Monica Villarreal**

| | |
|---|---|
| **From:** | mvillarreal@thematthewslawfirm.com |
| **Sent:** | Wednesday, January 31, 2018 7:02 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 4 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

Dear Counsel,

In response to your deficiency notice of January 24, 2018, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

**Secure File Downloads:**
Available until: **06 February 2018**

Click links to download:

    **M&A_PPS_Round 1.zip**
    259.88 MB

    **M&A_PPS_Round 2.zip**
    149.38 MB

    **M&A_PPS_Round 3.zip**
    174.92 MB

    **20180131_Matthews & Associates_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
    71.03 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

## Marisol Salazar

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Wednesday, January 31, 2018 6:45 PM |
| **To:** | Danner, Michelle R.; 'CookFilterMDL@FaegreBD.com'; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Ivonne Salazar; Marisol Salazar; mheaviside@hrzlaw.com; 'Ben Martin' |
| **Subject:** | RE: Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180131_Matthews & Associates_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |
| **Importance:** | High |

Dear Counsel,

In response to your deficiency notice dated January 24, 2018, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,


Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvertent disclosure of this message does not constitute a waiver of any privilege.


From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*

1

michelle.danner@FaegreBD.com   Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com   Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**MATTHEWS &**
**ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098

# IVC FILTER LITIGATION TEAM
### ATTORNEYS  AND  COUNSELORS  AT  LAW

**FREESE & GOSS,**
**PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com



## CONFIDENTIAL ATTORNEY COMMUNICATION

February 1, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

Re:     Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter dated January 24, 2018, the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 02/01/2018:**

- Ammons, Elvid H.
- Anthony, Joe
- Aprilah, Sandra
- Aultman, Ella F.
- Averett, Lloyd
- Ayala, Maria M.
- Bagley, Alfred
- Ball, James M.
- Ballaine, Colten
- Barnwell, Arthur Sr.
- Barton, John J. III
- Behm, Cliifford
- Belloma, Richard A.
- Benson, Susan M.
- Bialas, Monika H.
- Bishop, Charles L.

Faegre Baker Daniels
February 1, 2018

- Bowen, Kathleen M.
- Boylan, James [ESTATE]
- Branham, Delphine R.
- Bredall, Susanne M.
- Brown, Kimberly T.
- Bryant, Beverly H.
- Carpenter, Conrad F.
- Centers, Garland
- Chatmon, Anthony B.
- Davis, Terry L. Jr.
- Horton, Teresa
- Ingram, Patrick
- Lewis, Carolyn
- McKown, Sherri C.
- Pitts, Eileen
- Skinner, Shelia M.
- Smith, Richard J.
- Teague, Ashley J.
- Thomas, Robert Jr.
- Thompson, Audrey A.
- Tramonte, Lorraine J.
- Trujillo, Michael
- Uhlinger, Donald
- Wheeler, Teja
- Whitaker, Marvin E.
- Williams, Cathey M.
- Young, Robin S.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Lizy Santiago

LS/mlv

cc:   Michael Heaviside – mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com

2

**Monica Villarreal**

| | |
|---|---|
| **From:** | mvillarreal@thematthewslawfirm.com |
| **Sent:** | Thursday, February 01, 2018 8:13 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 4 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

Dear Counsel,

In response to your deficiency notice of January 24, 2018, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

**Secure File Downloads:**
Available until: **07 February 2018**

Click links to download:

> **20180201_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
> 71.25 KB
>
> **M&A_PPS_Round 1.zip**
> 343.96 MB
>
> **M&A_PPS_Round 2.zip**
> 108.17 MB
>
> **M&A_PPS_Round 3.zip**
> 185.82 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

## Marisol Salazar

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Thursday, February 01, 2018 7:43 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; Danner, Michelle R.; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Marisol Salazar; Ivonne Salazar |
| **Subject:** | Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180201_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |
| | |
| **Importance:** | High |

Dear Counsel,

In response to your deficiency notice dated January 24, 2018, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvertent disclosure of this message does not constitute a waiver of any privilege.

From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com   Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA



**MATTHEWS & ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098

# IVC FILTER LITIGATION TEAM
### ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS, PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com

## CONFIDENTIAL ATTORNEY COMMUNICATION

February 2, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

Re:   Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter, please be advised that the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 02/02/2018:**

- Bender, Judy E.
- Berry, Timothy D.
- Black, Lowan T.
- Burton, Fredrick T.
- Conlon, Kathy F.
- Dawson, Harry W.
- Dickson, Janet S.
- Donnely, Stephen M.
- Dort, Scott E.
- Dupre, Gerard R.
- Dwebi, Linda J.
- Eaton, Jacqulyne G.
- Echevarria, Jose
- Fletcher, Donnie L.
- Frodle, Kenet J.
- Haag, Marilyn

Faegre Baker Daniels
February 2, 2018

- Hanon, Robert E.
- Harvey, Stephen L.
- Hawk, Derek A.
- Heinzel, Kurt W.
- Hensley, Kay M.
- Hollis, Eddie C.
- Hudson, Robert A.
- Shelley, Ida V.
- Sigur, Evelyn J.
- Womack, Robert E.
- Yankowsky, Rusti

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Lizy Santiago

LS/mlv

cc:    Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com

2

**Monica Villarreal**

| | |
|---|---|
| **From:** | mvillarreal@thematthewslawfirm.com |
| **Sent:** | Friday, February 02, 2018 7:50 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**You have received 2 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

---

Dear Counsel,

In response to your deficiency notice letter, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

## Secure File Downloads:
Available until: **08 February 2018**

Click links to download:

   **20180202_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
   54.57 KB

   **Matthews & Associates - 02.02.2018.zip**
   268.42 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1

## Marisol Salazar

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Friday, February 02, 2018 7:24 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; Danner, Michelle R.; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Marisol Salazar; Ivonne Salazar |
| **Subject:** | Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180202_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |
| | |
| **Importance:** | High |

Dear Counsel,

In response to your deficiency notice letter, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,


Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvertent disclosure of this message does not constitute a waiver of any privilege.


From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**MATTHEWS & ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098



# IVC FILTER LITIGATION TEAM
## ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS, PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com

## CONFIDENTIAL ATTORNEY COMMUNICATION

February 9, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

Re:    Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter dated January 24, 2018, the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 02/09/2018:**

ʃ    Brown, Steve
ʃ    Cuicio, Sam
ʃ    Embrey, Tammy
ʃ    Gardner, Ebony
ʃ    Geissinger, Patricia
ʃ    Groves, Terron
ʃ    Hale, Michael B.
ʃ    Hamersly, Timothy
ʃ    Harris, Charlie
ʃ    Keenan, Carol
ʃ    Killian, Marilyn
ʃ    Lunsford, Karen
ʃ    Macdonald, Liam
ʃ    Rosales, Kelly D.
ʃ    Scheeringa, David M.

Faegre Baker Daniels
February 9, 2018

⟩ Serrano de Magana, Rosa
⟩ Smith, Charlotte A.
⟩ Spaght, Melvin E.
⟩ Vazquez, Nixzaliz
⟩ Vetter, Diana
⟩ Waggle, Letha R.
⟩ Wilson, Randall

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Lizy Santiago

LS/mlv

cc:    Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com

2

## Monica Villarreal

| | |
|---|---|
| **From:** | mvillarreal@thematthewslawfirm.com |
| **Sent:** | Friday, February 09, 2018 5:04 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 2 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

Dear Counsel,

In response to your deficiency notice of January 24, 2018, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

### Secure File Downloads:
Available until: **15 February 2018**

Click links to download:

   **20180209_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
   54.31 KB

   **Matthews & Associates - 02.09.2018.zip**
   250.41 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

**Marisol Salazar**

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Friday, February 09, 2018 4:34 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; Danner, Michelle R.; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Marisol Salazar; Ivonne Salazar |
| **Subject:** | RE: Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180209_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |
| | |
| **Importance:** | High |

Dear Counsel,

In response to your deficiency notice letter, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,


Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvertent disclosure of this message does not constitute a waiver of any privilege.


From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

1

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com     Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**MATTHEWS &
ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098

**IVC FILTER LITIGATION TEAM**
ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS,
PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com



### CONFIDENTIAL ATTORNEY COMMUNICATION

February 12, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

Re:     Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter dated January 24, 2018, the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 02/12/2018:**

⟩ Fuller, Billy
⟩ Hooks, Alice
⟩ Mack, Daniel
⟩ Mathias, Lee
⟩ Matson, Chad
⟩ McConito, Dorothy
⟩ McDowell, Steven
⟩ Miller, Suzanne
⟩ Montgomery, Teresa
⟩ Myers, Derrick
⟩ Noll, Robert
⟩ Roper, Olivia

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Faegre Baker Daniels
February 12, 2018


Lizy Santiago

LS/mlv

cc:    Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com

**Monica Villarreal**

**From:** mvillarreal@thematthewslawfirm.com
**Sent:** Monday, February 12, 2018 6:57 PM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**You have received 2 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

Dear Counsel,

In response to your deficiency notice of January 24, 2018, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

\*\*\*CONFIDENTIALITY NOTICE\*\*\* This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

## Secure File Downloads:
Available until: **18 February 2018**

Click links to download:

**Matthews & Associates - 02.12.2018.zip**
96.46 MB

**20180212_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
53.62 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

**Marisol Salazar**

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Monday, February 12, 2018 6:26 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; Danner, Michelle R.; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Marisol Salazar; Ivonne Salazar |
| **Subject:** | Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180212_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |

Dear Counsel,

In response to your deficiency notice letter, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,


Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvertent disclosure of this message does not constitute a waiver of any privilege.


From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com     Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com     Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**MATTHEWS &
ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098



# IVC FILTER LITIGATION TEAM
### ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS,
PLLC**
3500 MAPLE AVE., SUITE 1100
DALLAS, TEXAS 75219



Reply to Houston Office
Toll-Free 1-888-520-5270
Fax: 713-535-7133
ivc@thematthewslawfirm.com

## CONFIDENTIAL ATTORNEY COMMUNICATION

February 13, 2018

**VIA EMAIL:** Angela.hall@FaegreBD.com; CookFilterMDL@FaegreBD.com
Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian Street
Indianapolis, IN 46204

      Re:    Cook MDL Plaintiff Profile Deficiency – Various Plaintiffs

Dear Ms. Hall:

In response to your deficiency notice letter dated January 24, 2018, the Plaintiff Profile Sheets, Authorizations, Verifications and medical records for the Plaintiffs listed below have been uploaded to the Secure File Transfer Site: https://sft.faegrebd.com/envelope/CookFilterMDL.:

**PPS SUBMITTED 02/13/2018:**

- Croll, Birgit
- Frye, Stephen
- Garner, Nancy
- Gerber, Edward
- Hairston, Harry
- Hancock, Betty
- Howard, Elaine
- Jones, Alicia
- Kemokai, Musu
- King, Charisse
- King, Dorothy
- Kinney, Tiffany
- Klein, Kenneth
- Kleinschmidt, Timothy
- Knox, Harold

Faegre Baker Daniels
February 13, 2018

     )  Laughlin, Thurman
     )  Loftis, John
     )  McClure, Lisa
     )  McCutchin, Judy
     )  Meyer, Lisa
     )  Morin, Norman
     )  Perez, Consuelo
     )  Peterson, Craig
     )  Phillips, Beatrice
     )  Phillips, Robert
     )  Polk, Lewis
     )  Posy, Mirlande
     )  Potts, Lawrence
     )  Randle, Casell
     )  Roper, Martin
     )  Ryans, Freddie
     )  Savarino, Lawrence
     )  Scaglione, Joseph
     )  Schaefer, Kristy
     )  Seay, Richard
     )  Wilson, Michael

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Lizy Santiago

LS/mlv

cc:    Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com

**Monica Villarreal**

| | |
|---|---|
| **From:** | mvillarreal@thematthewslawfirm.com |
| **Sent:** | Tuesday, February 13, 2018 6:34 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 2 secure files from mvillarreal@thematthewslawfirm.com.**
Use the secure links below to download.

Dear Counsel,

In response to your deficiency notice of January 24, 2018, attached please find our response.

If anything else is needed, please do not hesitate to contact our office.

Sincerely,

Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

**Secure File Downloads:**
Available until: **19 February 2018**

Click links to download:

> **20180213_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf**
> 54.85 KB

> **Matthews & Associates - 02.13.2018.zip**
> 377.85 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

**Marisol Salazar**

| | |
|---|---|
| **From:** | Monica Villarreal |
| **Sent:** | Tuesday, February 13, 2018 6:02 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; Danner, Michelle R.; Hall, Angela Kelver |
| **Cc:** | Lizy Santiago; Marisol Salazar; Ivonne Salazar |
| **Subject:** | RE: Cook - Plaintiff Profile Sheet - Various Plaintiffs |
| **Attachments:** | 20180213_MA_Deficiency Response Ltr. - No PPS Various Plaintiffs.pdf |
| | |
| **Importance:** | High |

Dear Counsel,

In response to your deficiency notice letter, attached please find our deficiency response. Additionally, this will confirm that Plaintiff Profile Sheets, Authorizations/Verifications and medical records have been uploaded to the following link:

https://sft.faegrebd.com/envelope/CookFilterMDL

If anything else is needed, please do not hesitate to contact our office.

Sincerely,


Monica L. Villarreal, Paralegal
Matthews & Associates
2905 Sackett St.| Houston, TX 77098
(713) 522-5250 main | (713) 238-7730 direct |
(888) 520-5202 toll free | (713) 535-7133 fax |
www.dmlawfirm.com

***CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private.  If you are not the named addressee(s), please delete this message and do not retain a copy.  Inadvert disclosure of this message does not constitute a waiver of any privilege.


From: Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
Sent: Wednesday, January 24, 2018 2:11 PM
To: Matthews IVC; Lizy Santiago
Subject: Cook - Plaintiff Profile Sheet

Counsel,

The attached letter replaces the one I sent in my below email.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

From: Danner, Michelle R.
Sent: Wednesday, January 24, 2018 12:15 PM
To: 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com'
Subject: Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com   Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**

300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA