IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Action is dismissed without prejudice.
> Dated: 2/16/18
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Allysha Tatum Ramon

Civil Case No. 1:17-cv-00951-RLY-TAB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
ALL CLAIMS OF ALLYSHA RAMON**

Come now, Plaintiff Allysha Tatum Ramon and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Allysha Tatum Ramon in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax
ATTORNEYS FOR PLAINTIFFS