**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Dana Juniper
Cause No. 1:17-cv-01706

> APPROVED. Action is dismissed without prejudice.
> Dated: 2/16/18
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

### RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Dana Juniper are hereby dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.  The parties expressly agree that for purposes of analysis of any statute of limitations or statute of repose, if Plaintiff re-files her case and simultaneously serves her Plaintiff Profile Sheet within 60 days of the entry of this stipulation, the date of filing shall be considered May 23, 2017, the date the Plaintiff filed her original action in this Court.

Dated: February 14, 2018

*/s/ Jeff T. Seldomridge*
Jeff T. Seldomridge (Va. Bar No. 89552)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Email: JSeldomridge@MillerFirmLLC.com
Tel:  540.672.4224

/s/ *John T. Schlafer*
John T. Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Email: John.Schlafer@FaegreBD.com
Tel:    317.237.8274