IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Leonard and Rhonda Madden

Case No. 1:18-cv-00287-RLY-TAB

## ORDER
(Dismissing Case with Prejudice)

Pending in MDL 2570, 1:18-cv-00287, is a Joint Stipulation of Dismissal with Prejudice, seeking dismissal of this action with prejudice. After careful consideration, it is

**ORDERED** that the action **DISMISSED WITH PREJUDICE and STRICKEN** from the docket and any motions pending in the case are **DENIED AS MOOT**.

2/16/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record