# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:17-cv-03597 Allen, Catherine
1:17-cv-04026 Baker, Jason
1:17-cv-04093 Cleek, Michael
1:17-cv-03600 Cooper, Chris
1:17-cv-04094 Dumont, Paul
1:17-cv-04400 Everly, Gary
1:17-cv-04089 Fissell, Deborah McAvoy
1:17-cv-03599 Hampton, Linda Lee
1:17-cv-04100 Hanf, Janie L.
1:17-cv-04088 Perry, Dolly
1:17-cv-03603 Turner, Larry
1:17-cv-04090 Williams, Christie
1:17-cv-02326 Furney, Sherri
1:17-cv-03602 Redman, Kathleen
1:17-cv-03604 Walter, Nancy
1:17-cv-01020 Schoby, Louise
1:17-cv-01023 Alger, Lessie
1:17-cv-01634 Moore, Kelly
1:17-cv-01635 Ramsey, Lonnie
1:17-cv-02323 Lamprey, Melissa
1:17-cv-02324 McCoy, Nasir
1:17-cv-03049 Clark, Lorraine
1:17-cv-03064 Myers, Russell
1:17-cv-04092 Shaikh, Nisar
1:17-cv-04096 Cordar, Johnny

## **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs ("Plaintiffs") file this Response to the Motion to Dismiss [DOC 7600] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court not dismiss certain matters, dismiss Sherri Furney's case without prejudice and grant additional time for Plaintiffs to submit PPS set forth herein. In support of this Motion, the Plaintiffs state:

1. On February 1, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including twenty-five (25) Plaintiffs represented by the Curtis Law Group, for failure to provide Plaintiff Profile Sheets. Attached as Exhibit A is the notice letter sent by the Cook Defendants dated January 24, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on February 1, 2018.

4. Since the filing of the Cook Defendants' Motion, twelve (12) of the twenty-five (25) Plaintiff Profile Sheets have been provided to the Cook Defendants.

5. On February 8, 2018, the following twelve (12) Plaintiffs' Profile Sheets, signed authorizations and medical records were uploaded to the Cook Defendants' FTP site:

1. 1:17-cv-03597  Allen, Catherine
2. 1:17-cv-04026  Baker, Jason
3. 1:17-cv-04093  Cleek, Michael
4. 1:17-cv-03600  Cooper, Chris
5. 1:17-cv-04094  Dumont, Paul
6. 1:17-cv-04400  Everly, Gary
7. 1:17-cv-04089  Fissell, Deborah McAvoy
8. 1:17-cv-03599  Hampton, Linda Lee
9. 1:17-cv-04100  Hanf, Janie L.
10. 1:17-cv-04088  Perry, Dolly
11. 1:17-cv-03603  Turner, Larry
12. 1:17-cv-04090  Williams, Christie

6. Additionally, Plaintiff, Sherri Furney, another Plaintiff listed in the Cook Defendants' January 24, 2018 deficiency notice letter, was accidentally filed in two cases by two law firms. She has completed and filed a PFS in case number 1:17-cv-04324, with the law firm of Wright & Schulte, LLC. Attached as Exhibit B is the email correspondence showing the PPS has been previously filed.

7. Therefore, in the Curtis Law Group's case number, 1:17-cv-02326, Plaintiff Sherri Furney respectfully requests to be dismissed without prejudice and be allowed to continue her case in case number1:17-cv-04324, with the law firm of Wright & Schulte, LLC.

8. For the twelve (12) remaining plaintiffs that have yet to file PPS, Plaintiffs' counsel has used due diligence to contact these Plaintiffs but have yet to hear back; they are listed as follows:

1. 1:17-cv-03602  Redman, Kathleen
2. 1:17-cv-03604  Walter, Nancy
3. 1:17-cv-01020  Schoby, Louise
4. 1:17-cv-01023  Alger, Lessie
5. 1:17-cv-01634  Moore, Kelly
6. 1:17-cv-01635  Ramsey, Lonnie
7. 1:17-cv-02323  Lamprey, Melissa
8. 1:17-cv-02324  McCoy, Nasir
9. 1:17-cv-03049  Clark, Lorraine
10. 1:17-cv-03064  Myers, Russell
11. 1:17-cv-04092  Shaikh, Nisar
12. 1:17-cv-04096  Cordar, Johnny

9. Accordingly, Plaintiffs' counsel needs more time to locate these remaining twelve (12) Plaintiffs to obtain the necessary information to accurately complete their PPS; specifically, Plaintiffs' Counsel humbly asks the Court for an additional forty-five (45) days to find the missing Plaintiffs and to produce PPS.

WHEREFORE, the Plaintiffs respectfully request that the Court deny the Cook Defendants' Motion to Dismiss as it pertains to the following twelve (12) Plaintiffs:

1. 1:17-cv-03597    Allen, Catherine
2. 1:17-cv-04026    Baker, Jason
3. 1:17-cv-04093    Cleek, Michael
4. 1:17-cv-03600    Cooper, Chris
5. 1:17-cv-04094    Dumont, Paul
6. 1:17-cv-04400    Everly, Gary
7. 1:17-cv-04089    Fissell, Deborah McAvoy
8. 1:17-cv-03599    Hampton, Linda Lee
9. 1:17-cv-04100    Hanf, Janie L.
10. 1:17-cv-04088   Perry, Dolly
11. 1:17-cv-03603   Turner, Larry
12. 1:17-cv-04090   Williams, Christie

As they have submitted their PPS subsequent to the filing of the Motion to Dismiss making the issue of not having a submitted PPS now moot.

FURTHER Plaintiff, Sheri Furney prays that she be allowed to continue her representation in case number 1:17-cv-04324, with the law firm of Wright & Schulte, LLC and that her case with the Curtis Law Group in case number 1:17-cv-02326 be dismissed without prejudice.

FURTHER Plaintiffs pray that the Court will grant an additional forty-five (45) days for the remaining twelve (12) Plaintiffs to be located as well as to submit PPS and for all other just and appropriate relief.

Dated: February 16, 2018

Respectfully submitted,

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
CURTIS LAW GROUJP
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS'**

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ William B. Curtis