# EXHIBIT A

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                                          USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| **For MDL Plaintiffs** |

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

    Re:    Cook MDL Plaintiff Profile Deficiency

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alger, Lessie
- Allen, Catherine
- Baker, Jason
- Bryant, John
- Clark, Lorraine
- Cleek, Michael
- Cooper, Chris
- Cordar, Johnny
- Dumont, Paul
- Everly, Gary
- Fissell, Deborah
- Furney, Sherri
- Hampton, Linda
- Hanf, Janie
- Kimbell, Candy

Case 1:14-ml-02570-RLY-TAB Document 7682-1 Filed 02/16/18 Page 3 of 3 PageID #: 41808
Case 1:14-ml-02570-RLY-TAB Document 7600-1 Filed 02/01/18 Page 18 of 65 PageID #: 41305

William B. Curtis                                                                1/24/2018

- Lamprey, Melissa
- Lindy, Joanne
- McCoy, Nasir
- Moore, Kelly
- Myers, Russell
- O'Neal, Danny
- Owens, Alaimo
- Perry, Dolly
- Ramsey, Lonnie
- Rawls, Sharon
- Redman, Kathleen
- Schoby, Louise
- Shaikh, Nisar
- Starr, John
- Turner, Larry
- Walter, Nancy
- Williams, Christie
- Ziaja, Paul

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com