# EXHIBIT B

# Jake Gebelle

| | |
|---|---|
| **From:** | jgebelle@yourlegalhelp.com |
| **Sent:** | Thursday, February 08, 2018 5:00 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 4 secure files from jgebelle@yourlegalhelp.com.**
Use the secure links below to download.

To submit documents, please do the following.

Step 1: Enter your email address in the "From" box, above.

Step 2: Press the "Choose File" button and select the documents you wish to send from your computer. Internet Explorer users who wish to send multiple documents will need to either attach files one at a time or place the files in a compressed (.zip) folder prior to attaching.

Step 3: Once all of your documents are selected and listed in the "Files" box, delete this message and enter your own transmittal message.

Step 4: Click send.

If you have any problems with this process, email your questions to CookFilterMDL@FaegreBD.com. We will respond as soon as possible.

**Secure File Downloads:**
Available until: **14 February 2018**

Click links to download:

   **Furney, Sherri - Auths.pdf**
   6.54 MB

   **Furney, Sherri - Ohio Health Records.pdf**
   222.79 KB

   **Furney, Sherri - OSU Medical Records.pdf**
   675.64 KB

   **Furney, Sherri - PPS (COOK).pdf**
   323.73 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

# Jake Gebelle

| | |
|---|---|
| **From:** | Jake Gebelle |
| **Sent:** | Thursday, February 08, 2018 4:29 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'CookFilterFileclerk@FaegreBD.com'; 'Liz.Whitelegg@FaegreBD.com' |
| **Subject:** | Sherri Furney, et al. v. Cook Incorporated, et al. - 17-cv-4324 - PPS, Auths, and Medical Records |

Counsel,

The above referenced information has been submitted via https://sft.faegrebd.com/envelope/CookFilterMDL for (1) Sherri Furney. Please contact me if you need anything further.

Best regards,

Jake Gebelle



## Jacob A. Gebelle
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, Ohio 45377
Phone: (937) 435-7500
Toll-Free: 1-800-399-0795
Fax: (937) 435-7511

jgebelle@yourlegalhelp.com

www.yourlegalhelp.com

The information contained in this electronic message may contain attorney privileged and confidential information intended only for the use of the individual to whom it is addressed. This email is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 – 2521. If you received this message in error, please immediately notify the sender by responding to this message. Dissemination, distribution, or copying of this message is strictly prohibited.