IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND RLY- PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-MDL No. 2570 |

This Document Relates to the Following:

1:16-cv-06049 ASHLEY GILBERT

1:17-cv-04482 CURRIE MARKAHM

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, ASHLEY GILBERT and CURRIE MARKHAM ("Plaintiffs"), by and through counsel, file this Response to Defendants' Motion to Dismiss [Docket No. 7600], and would show the Court that Plaintiffs' cases should not be dismissed. In support of their Opposition, Plaintiffs state:

1. On March 16, 2016, Ashley Gilbert filed her case in Nevada state court. 1:16-cv-06049, Dkt. No. 1-1. Defendants removed her case to federal court on July 27, 2016. *Id.* Dkt. 1. Plaintiff then filed a motion for remand on August 23, 2016. *Id.* Dkt. 12.

2. Pursuant to the Court's order regarding Transferred Cases [Docket No. 7312], Plaintiffs and defendants filed a joint notice [Docket No. 7370] on December 18, 2017, notifying the Court that Plaintiff's motion for remand had been adequately briefed and was ready for determination by the Court.

3. It had been Plaintiff's understanding that she was not required to submit a plaintiff fact sheet ("PFS"), as it was disputed whether this court had jurisdiction over her case.

Given that Defendants had never raised a concern that Plaintiff had not submitted a PFS, Plaintiff believed Defendants concurred.

4. On January 24, 2018, Defendants sent an email to Plaintiff's counsel indicating, for the first time, that they believed Ms. Gilbert needed to submit a PFS despite the issue of federal court jurisdiction over this matter still being undecided.

5. Plaintiff's counsel immediately contacted Ms. Gilbert and asked her to immediately complete and submit a PFS. Ms. Gilbert mailed the plaintiff fact sheet and corresponding documents on January 29, 2018. Plaintiff's counsel received the documents on February 1, 2018 and immediately submitted them via email to CookFilterMDL@FaegreBD.com.  See **Exhibit A,** email to Cook Defendants with attached PFS for Ashley Gilbert.[1]

6. Currie Markham filed a complaint in this court on December 4, 2017. Despite Plaintiff's best efforts, she could not complete the PFS and obtain all of the requested information within the ordered time period.

7. On January 24, 2018, Defendants sent an email requesting that Currie Markham submit her PFS and associated documents. Plaintiff and Plaintiff's counsel made their best efforts to comply with request as quickly as possible.

8. On February 1, 2018, Currie Markham's Plaintiff Fact Sheets was submitted via email to CookFilterMDL@FaegreBD.com.  See **Exhibit B,** email to Cook Defendants with attached PFS and corresponding documents for Currie Markham.

9. On February 1, 2018, the Cook Defendants filed their Motion to Dismiss against

---

[1] In the interest of preserving Ms. Gilbert's privacy, Plaintiff has removed some of the 70 pages of medical and billing records that were also submitted with Plaintiff's PFS.

multiple Plaintiffs, including Ashley Gilbert and Currie Markham.

10. Case Management Order No. 4 states that "[i[f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

11. Plaintiffs have timely responded, within fifteen (15) days, to the Motion to Dismiss that was filed on February 1, 2018. Plaintiff also submitted their outstanding PFS materials on the same day in which Defendants filed their motion. Therefore, pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, dismissal is improper.

WHEREFORE, Plaintiffs respectfully request the Court deny Cook Defendant's motion to dismiss the case without prejudice for the reasons stated above.

Dated: February 16, 2018

                                          Respectfully Submitted,

                                        /s/ Troy A. Brenes
                                           Troy A. Brenes, Esq.
                                           BRENES LAW GROUP, P.C.
                                        27141 Aliso Creek Rd., Ste 270
                                        Aliso Viejo, CA 92656
                                        Telephone: (949) 397-9360
                                        Facsimile: (949) 607-4192
                                        tbrenes@breneslawgroup.com

                                        *Attorney for Plaintiffs*