## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

Cause No. 1:18-cv-00081
Cause No. 1:18-cv-00156
Cause No. 1:18-cv-00167

_____

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      February 19, 2018      /s/ Andrea R. Pierson
      Andrea Roberts Pierson (# 18435-49)
      John T. Schlafer (# 28771-49)
      FAEGRE BAKER DANIELS LLP
      300 North Meridian Street, Suite 2700
      Indianapolis, Indiana  46204
      Telephone:  (317) 237-0300
      Facsimile:  (317) 237-1000
      E-Mail:  andrea.pierson@faegrebd.com
      E-Mail:  john.schlafer@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Andrea R. Pierson</u>

2