**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA  INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to the Following:
Robert Munn Civil Case #1:17-cv-04727
Lena R. Stephens Civil Case #1:17-cv-04728

**PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION TO DISMISS**

COMES NOW Plaintiffs, ROBERT MUNN and LENA R. STEPHENS, state as follows for their Response to Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants"), Motion to Dismiss:

Plaintiff ROBERT MUNN submitted his Plaintiff Fact Sheet on February 13, 2018, along with corresponding documents. Plaintiff LENA R. STEPHENS submitted her Plaintiff Fact Sheet on February 13, 2018, along with corresponding documents. Plaintiffs' completed Plaintiff Fact Sheets were submitted via email to CookFilterMDL@FaegreBD.com. *See* **Exhibits A**, email to the Cook Defendants with attached PFS for Robert Munn, and **Exhibit B**, email to the Cook Defendants with attached PFS for Lena R. Stephens. As a result, the Cook Defendants' Motion to Dismiss against Plaintiffs referenced herein should be denied in its entirety as being moot. In addition, pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, dismissal is improper.

WHEREFORE, Plaintiffs respectfully request the Court deny the Cook Defendant's Motion to Dismiss and for whatever additional relief the Court deems just and proper.

Dated: February 19, 2018

>Respectfully submitted,
>
>**WENDT LAW FIRM, P.C.**
>
><u>*s/Samuel M. Wendt*</u>
>Samuel M. Wendt  MO#53573
>1100 Main Street, Suite 2610
>Kansas City, MO 64105
>Phone: (816) 531-4415
>Fax: (816) 531-2507
>E-mail: sam@wendtlaw.com
>**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, a copy of the foregoing Plaintiffs' Response to Defendants' Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Samuel M. Wendt