IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA  INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to the Following:
Robert Munn Civil Case #1:17-cv-04727
Lena R. Stephens Civil Case #1:17-cv-04728

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This Matter, having come before the Court on Defendants' Motion to Dismiss for Lack of Plaintiff Fact Sheet, and for good cause shown, that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

DATED: _____ 2018        By: _____