**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

|    | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|-----------|--------------|-------------------------|------------------------------|
| 1  | Aker, Elmer | 1:16-cv-01246 | 2/14/2017 | 2/9/2018 | 9 |
| 2  | Willey, James L. [ESTATE] | 1:16-cv-01255 | 2/14/2017 | 2/9/2018 | 9 |
| 3  | Bourassa, Deborah & William | 1:16-cv-01701 | 2/14/2017 | 2/9/2018 | 2 |
| 4  | Merrill, Elizabeth | 1:16-cv-01844 | 2/14/2017 | 2/9/2018 | 2 |
| 5  | Reda, Breanne | 1:16-cv-01850 | 2/14/2017 | 2/9/2018 | 2 |
| 6  | Covington, Carlene E. | 1:16-cv-02011 | 2/14/2017 | 2/9/2018 | 13 |
| 7  | Franz, David Michael [ESTATE] | 1:16-cv-02105 | 5/16/2017 | 2/9/2018 | 6 |
| 8  | McClaflin, Lawrence | 1:16-cv-02320 | 2/14/2017 | 2/9/2018 | 11 |
| 10 | Holden, Serena & Shawn | 1:16-cv-02402 | 2/14/2017 | 2/9/2018 | 2 |
| 13 | Garrison, Nathan | 1:16-cv-02591 | 2/14/2017 | 2/9/2018 | 8 |
| 14 | Mayes, Kyle | 1:16-cv-02850 | 3/23/2017 | 2/9/2018 | 2 |
| 15 | Walker, Michell M. | 1:16-cv-02958 | 2/14/2017 | 2/9/2018 | 4 |
| 16 | Reynolds, Kris & Palmer, Heidi | 1:16-cv-02961 | 2/14/2017 | 2/9/2018 | 2 |
| 18 | Comby, Brenda Elliott & Henry | 1:16-cv-03469 | 5/31/2017 | 4/21/2017 | 5 |
| 21 | Collins, Mariah | 1:17-cv-00021 | 5/11/2017 | 2/9/2018 | 12 |
| 22 | Reyes, David | 1:17-cv-00483 | 3/17/2017 | 4/21/2017 | 1 |
| 23 | Lindsey- Kempf, Susan D. | 1:17-cv-00845 | 4/19/2017 | 2/9/2018 | 7 |
| 24 | Devring, John | 1:17-cv-00904 | 4/24/2017 | 2/9/2018 | 2 |
| 25 | Tucker, Collin | 1:17-cv-01037 | 5/3/2017 | 12/21/2017 | 2 |
| 26 | Gilbert, Ted Lamar & Mary | 1:17-cv-03312 | 10/19/2017 | 12/21/2017 | 3 |
| 27 | Hunt, Charissa | 1:17-cv-03450 | 10/27/2017 | 12/21/2017 | 3 |
| 28 | Griffith, Robert B. and Teresa | 1:17-cv-03485 | 10/30/2017 | 12/21/2017 | 3 |
| 29 | Gilliam, Venay | 1:18-cv-00030 | 2/5/2018 | 2/9/2018 | 10 |

US.116538327.01