**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 1**</u>

US.116538441.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

William Curtis
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear William Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Badger, Estell
- Casey, James R. Jr.
- Johnson, Betty
- Knipfer, Timothy
- Reyes, David

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 2</u>**

US.116538441.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

       **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bourassa, Deborah & William
- Devring, John
- Gaut, Todd & Dana
- Holden, Serena & Shawn
- Mayes, Kyle
- Merrill, Elizabeth
- Neal, Cheryl
- Reda, Breanne
- Reynolds, Kris & Palmer, Heidi

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Matthew R. McCarley                                                                 2/9/2018

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-
mail please submit them using the following Secure File Transfer site:
https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 3**</u>

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Angela Kelver Hall
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

December 21, 2017

<u>**VIA E-MAIL**</u>

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com

  **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gilbert, Ted Lamar & Mary
- Griffith, Robert B. and Teresa
- Hunt, Charissa
- Matelski, Richard
- Tucker, Collin

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Matthew R. McCarley                                                                                    12/21/2017


Very truly yours,

Angela Kelver Hall

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 4**</u>

FaegreBD.com                    **FAEGRE BAKER DANIELS**                    USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

Rand P. Nolen
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056
rand_nolen@fleming-law.com; kelsey_stokes@fleming-law.com

       **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Rand P. Nolen:

According to our records, we have not received the Plaintiff Profile Sheet for Walker, Michell M. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 5**</u>

# FAEGRE BAKER
## DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone **+1 574 234 4149**
Fax **+1 574 239 1900**

April 21, 2017

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Kirk J. Goza
GOZA & HONNOLD, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
kgoza@gohonlaw.com

   **Re:**  <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Kirk J. Goza:

According to our records, we have not received the Plaintiff Profile Sheet for Comby, Brenda Elliott & Henry ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 6</u>**

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

Matthew R. Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660
mlopez@lopezmchugh.com; alopez@lopezmchugh.com;
mjones@lopezmchugh.com; rlopez@lopezmchugh.com

       **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. Lopez:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Franz, David Michael [ESTATE]
- Mycek, Carolyn

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Matthew R. Lopez                                                    2/9/2018


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 7**

US.116538441.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

## <u>VIA E-MAIL AND FIRST CLASS MAIL</u>

| For MDL Plaintiffs |

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Kuhn, Sharon
- Lindsey- Kempf, Susan D.
- Royce, Matthew

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Debra J. Humphrey                                                        2/9/2018

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 8</u>**

US.116538441.01

# FAEGRE BAKER
## DANIELS

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Peyton Murphy
MURPHY LAW FIRM
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Peyton@MurphyLawFirm.com; kacia@murphylawfirm.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Peyton Murphy:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Croop, Ashley
- Garrison, Nathan

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Peyton Murphy

2/9/2018

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 9**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Aker, Elmer
- Willey, James L. [ESTATE]

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Nicholas R. Farnolo                                                                2/9/2018


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

US.116538441.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Charles T, Paglialunga
PAGLIALUNGA & HARRIS, PS
4660 La Jolla Village Dr., Suite 500
San Diego, CA 92111
chuck@phlawfirm.com

> **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Charles T, Paglialunga:

According to our records, we have not received the Plaintiff Profile Sheet for Gilliam, Venay ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 11

## FAEGRE BAKER DANIELS

FaegreBD.com                                                                USA ⬩ UK ⬩ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ⬩ Suite 2700
Indianapolis ⬩ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Peter Goss
THE GOSS LAW FIRM, P.C.
4510 Belleview
Suite 201
Kansas City, MO 64111
pgoss@goss-lawfirm.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Peter Goss:

According to our records, we have not received the Plaintiff Profile Sheet for McClaflin, Lawrence ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

---

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 12

US.116538441.01

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                              USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Timothy Litzenburg
THE MILLER FIRM LLC
108 Railroad Ave.
Orange, VA 22960
jseldomridge@millerfirmllc.com; kunderwood@millerfirmllc.com

       **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Timothy Litzenburg:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Ashworth, James
- Collins, Mariah

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Timothy Litzenburg                                                    2/9/2018


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 13

US.116538441.01

# FAEGRE BAKER
## DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 09, 2018

**<u>VIA FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |

Carlene E. Covington
72 Costar Street
Rochester, NY 14608-1113

> **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Carlene E. Covington:

According to our records, we have not received your Plaintiff Profile Sheet. Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss your case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss your case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com