# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Mariah Collins
Cause No. 1:17-cv-00021

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Mariah Collins are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The parties expressly agree that for purposes of analysis of any statute of limitations or statute of repose, if Plaintiff re-files her case and simultaneously serves her Plaintiff Profile Sheet within 60 days of the entry of this stipulation, the date of filing shall be considered January 4, 2017, the date the Plaintiff filed her original action in this Court.

Dated: February 20, 2018

*/s/ Jeff T. Seldomridge*
Jeff T. Seldomridge (Va. Bar No. 89552)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Email: JSeldomridge@MillerFirmLLC.com
Tel:  540.672.4224

/s/ *John T. Schlafer*
John T. Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Email: John.Schlafer@FaegreBD.com
Tel:   317.237.8274

## **CERTIFICATE OF SERVICE**

I, Jeff T. Seldomridge, hereby certify that on this 20th day of February, 2018, I served a true and correct copy of the foregoing Stipulation on all counsel of record via the Court's electronic filing system.

*/s/ Jeff T. Seldomridge*
Jeff T. Seldomridge
