UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: Arthur Gage 1:14-cv-1875-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR FEBRUARY 14, 2018**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for oral argument on Cook's Motion to Exclude Expert Opinions of Dr. Marmureanu, Cook's Motion to Exclude Expert Opinions of Dr. Fishbein, and Cook's Motion for Summary Judgment. After hearing argument from the parties, the court took those motions **UNDER ADVISEMENT** (Filing Nos. 5662, 5666, and 5745 respectively).

**SO ORDERED** this 21st day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.