UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY ON STATUS CONFERENCE HELD ON FEBRUARY 14-15, 2018**

**RICHARD L. YOUNG, JUDGE**

After the court heard oral argument on pending motions in the *Arthur Gage* bellwether on February 14, the court held a status conference which concluded on February 15. During the status conference, the court heard oral argument on the Cook Defendants' Motion for Leave to Amend Answer to Plaintiffs' Master Consolidated Complaint for Individual Claims, and took the Motion (Filing No. 7581) **UNDER ADVISEMENT**. The parties also discussed the Cook Defendants' Motion to Dismiss cases with no Plaintiff Profile Form ("PPF") which, according to Cook, total at least 235. (Filing No. 7600). Plaintiff's counsel indicated that a large number of PPFs will be filed in the next few days.

In other matters, the Cook Defendants urge the court to try one or more representative Product-in-Place ("PIP") cases as bellwethers because, they contend, those cases make up roughly one-third of the cases filed in the MDL. Plaintiffs strongly dispute Cook's contention, and argue a PIP case(s) should not be tried. At the conclusion

1

of the discussion, the court **ORDERED** the parties to meet and confer over the selection of a fourth bellwether for trial as soon as possible. Additionally, for purposes of the *Tonya Brand* bellwether set for trial in September 2018, the Cook Defendants represent they will make every effort to make the Cook company witnesses available for trial.

**SO ORDERED** this 21st day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.