**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to Plaintiff(s):

MARY BOATWRIGHT-WOODS
Civil Case No. 1:17-cv-01449-RLY-TAB

PATRICK KENYON
Civil Case No. 1:17-cv-01479-RLY-TAB

DARA BERMAN-CHEUNG, SAM BERMAN-CHEUNG,
BAILEY BERMAN-CHEUNG
Civil Case No. 1:17-cv-06076-RLY-TAB

---

### PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff MARY BOATWRIGHT-WOODS ("Mary Woods"), by and through counsel, and file this Supplemental Response to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Mrs. Woods' case should not be dismissed.

As noted in Plaintiff's Response filed February 15, 2018, Plaintiff's counsel expected to have Mrs. Woods' final and verified Plaintiff Profile Sheet ("PPS") submitted in the near future. Accordingly, Mrs. Woods' completed and verified PPS was submitted to Defendants via the Secure File Transfer site and notice was provided via e-mail to CookFilterMDL@FaegreBD.com on February 20, 2018. *See* **Exhibits 1**, e-mail to Cook Defendants with attached PPS for Mary Woods.

1

Dated: February 21, 2018					Respectfully submitted,

                /s/ *Matthew R. Lopez*
                Ramon Rossi Lopez
                Matthew R. Lopez
                Amorina P. Lopez
                LOPEZ MCHUGH LLP

                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

 I hereby certify that on this 21st day of February, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                /s/ *Matthew R. Lopez*
                Matthew R. Lopez