# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

MARY BOATWRIGHT-WOODS
Civil Case No. 1:17-cv-01449-RLY-TAB

PATRICK KENYON
Civil Case No. 1:17-cv-01479-RLY-TAB

DARA BERMAN-CHEUNG, SAM BERMAN-CHEUNG,
BAILEY BERMAN-CHEUNG
Civil Case No. 1:17-cv-06076-RLY-TAB

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The matter, having come before the Court on the Defendants' Motion to Dismiss for Lack of Plaintiff Fact Sheet, and for good cause shown, that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

DATED:_____, 2018          By:_____