UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | ) ) ) ) ) | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO
CONDUCT INDEPENDENT MEDICAL EXAMINATION**

The Cook Defendants propose that the deadlines in Case Management Order ("CMO") #19 (Bellwether Trial Plan) and #21 (Independent Medical Examination Protocol) related to the independent medical examination of Plaintiff be reconciled. There being no objection, the motion (Filing No. 7634) is **GRANTED**. The IME deadlines are reconciled as follows:

  a. Pursuant to CMO #19, Plaintiff's expert disclosure deadline is April 18, 2018. Simultaneous with the disclosure of her expert reports, Plaintiff must disclose the information required by Paragraph 2 of CMO 21.

  b. The Cook Defendants shall provide to Plaintiff the IME protocol described in Paragraph 4 of CMO 21 within 7 days of receipt of Plaintiff's expert reports, *i.e.,* by April 25, 2018, and the parties shall negotiate its scope upon receipt and no later than the close of business on April 27, 2018.

  c. Plaintiff shall submit to the Cook Defendant's IME(s) on or before May 4, 2018. If Plaintiff is unable to submit to the IME within that time, or if the IME facilities and physicians are unable to conduct the IME(s) within that

time, the Cook Defendants' expert disclosure deadline shall be adjusted accordingly to ensure no less than two weeks between conducting the last IME of Plaintiff and production of the Cook Defendants' expert reports.

**SO ORDERED** this 22nd day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.