IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING,
SALES PRACTICES AND PRODUCT LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| MEAGAN DYRENG and<br>TRAVIS DYRENG,<br><br>Case No.: 1:17-cv-4-RLY-TAB | )<br>)<br>)<br>)   MDL 2570<br>)<br>)   Judge Richard L. Young |

## ORDER ON MOTION TO SUBSTITUE COUNSEL

Based upon good cause appearing, it is hereby ORDERED that Attorney Anne Vankirk be substituted as attorney of record for Attorney Karolina (Kulesza) Southard in Civil Action 1:17-cv-4 in MDL 2570.  Attorney Southard's appearance is hereby withdrawn.

Dated:  2/23/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.