IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING,
SALES PRACTICES AND PRODUCT LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| DARRELL ROBERTSON and STEPHANIE WALLER, | ) ) ) |
| Case No.: 1:17-cv-881 | ) ) ) ) |

MDL 2570

Judge Richard L. Young

**ORDER ON MOTION TO SUBSTITUE COUNSEL**

Based upon good cause appearing, it is hereby ORDERED that Attorney Anne Vankirk be substituted as attorney of record for Attorney Karolina (Kulesza) Southard in Civil Action 1:17-cv-881 in MDL 2570.   Attorney Southard's appearance is hereby withdrawn.

Dated:  2/23/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.