IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|   | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| 1 | Wendt, William | 1:17-cv-01349 | 5/29/2017 | 1/24/2018 | 1 |
| 2 | Jatta, Jessica | 1:17-cv-02393 | 8/14/2017 | 1/24/2018 | 2 |
| 3 | Blake, Tamera | 1:17-cv-03377 | 10/23/2017 | 1/24/2018 | 3 |
| 4 | Lang, Jacqueline S. | 1:17-cv-04142 | 2/9/2018 | 2/15/2018 | 4 |
| 5 | Hendricks, Nicholas | 1:17-cv-06086 | 2/14/2018 | 1/24/2018 | 5 |
| 6 | Burt, Gwendolyn | 1:18-cv-00078 | 2/9/2018 | 2/15/2018 | 6 |

US.116630474.01