IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 1**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Timothy Litzenburg
THE MILLER FIRM LLC
108 Railroad Ave.
Orange, VA 22960
jseldomridge@millerfirmllc.com; kunderwood@millerfirmllc.com

Re: Cook MDL Plaintiff Profile Deficiency

Dear Timothy Litzenburg:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Johnson, Sean
- Juniper, Dana
- Mulanax-Brown, Helena
- Wendt, William
- Williams, Amy

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 2**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Amanda@mcglynnglisson.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Jatta, Jessica ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 3**

US.116630592.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

    Re:    Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alvey, Linda
- Arthur, John
- Bailey, Misty D.
- Bailey, Monique
- Bell, Samuel
- Betters, Alice
- Blair, Mary Lou
- Blake, Tamera
- Bowman, Rebecca
- Bradford, Annie
- Brown, Ezill
- Brown, Marie Mae [ESTATE]
- Brown, Michael
- Bullock, Joanne
- Butske, David

- Calloway, Loretta
- Champion, John B.
- Clark, Ozell
- Clayton, Pamela
- Clemens, Donna
- Coats, Rosalie A.
- Copeland, Marquita
- Corley, Omel
- Crawford, Stephen
- Dantzler, Dorothy
- Davenport, Mabel
- Davis, Anthony
- Davis, Jessie
- Davis, Loretta
- Dellagatta, Donnie
- Denton, Archie
- Dupree, Lori
- Dwyer-Coco, Patricia
- Edgington, Anna
- Elamine, Kathy
- Estes, Betty
- Fisher, Mary J.
- Flowers, Tonya
- Folts, Terry
- Gaddis, Yvette D.
- Gause, Gary
- Gilligan, Susanne
- Goodman, Valerie
- Gray, Lee D.
- Griffin, Dock
- Hall, Stephen E.
- Harlow, Wanda
- Harris, Douglas
- Holmes, Angelee
- Howard, Devin
- Husman, Raymond
- Jackson, Felicia
- Jenville, Gloria

- Johnson, Phyllis
- Jones, Charlie
- Jones, Milton D. III
- Karnes, Denise M.
- Kasten, Michael J.
- Kenney, Wallace
- Kiggins, Kim
- Levy, Charles
- Luzinski, Fred
- Maddelein, Susan
- Malphus, Milton
- Marks, Mary E.
- Mayberry, Walter
- McIntosh, Betty
- Miele, Laura
- Miller, Merri
- Mincy, Doris
- Mitchell, Sarah
- Moore, Walter
- Myers, Sebrina
- Nancarrow, Tracey
- Neveu, Janice M.
- Nigh, Glendora
- Oltromonto, Anthony
- Palmer, Kayla
- Pantone, Guy
- Parker, Sandra
- Parks, Jason
- Phelps, Maurice
- Phillippi, William R. [ESTATE]
- Pitts, Earline
- Ranson, Elizabeth
- Reaves, Andrew
- Redd, Cynthia
- Redmond, Kimberly
- Richardson, Khalia
- Ricks, Erica
- Riggins, Sylvia

- Robinson, Kim
- Schleigh, Kimberly A.
- Seither, Donna L.
- Sheals, Robert
- Shelton, Janice
- Shern, Phillip J.
- Sherod, Annie
- Shook, Carol
- Spruill, Henry
- Steed, Cheryl
- Stewart, Monica
- Stone, Cathy J.
- Stovall, Keyonna
- Sufka, Reuben
- Sunnenberg, Kathryn S.
- Sutton, Jimmy Lee
- Taylor, Sharon
- Thomas, Cheryl
- Turner, Anita
- Valentine, William
- Vincigerra, Sussana
- Walden, Sally
- Wall, Vernon E.
- Wallace, Daron
- Walters, Donna
- Walters, Patricia
- Whitson, Sylvia
- Williams, Daniel C.
- Williams, Lee
- Wood, Ronald F.
- Woods, Lisa J.
- Worthington, Tina
- Young, Roger

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 4**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com; karin.scheehle@gknet.com;
tarbon@bencmartin.com; cguerra@bencmartin.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Lang, Jacqueline S. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 5**

US.116630592.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P.O. Box 1680
Pineville, WV 24874
tim@luparduslaw.com

    **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Timothy P. Lupardus:

According to our records, we have not received the Plaintiff Profile Sheet for Hendricks, Nicholas ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 6**

US.116630592.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 15, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| **For MDL Plaintiffs** |

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

    **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for Burt, Gwendolyn ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

    Cc:    Michael Heaviside - mheaviside@hrzlaw.com
            Ben Martin – bmartin@bencmartin.com
            David Matthews – dmatthews@thematthewslawfirm.com