**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

**EXHIBIT 1 TO MOTION TO DISMISS
NO-RESPONSE-PLAINTIFF SCHEDULE**

|    | Case Name | Cause Number | Plaintiff Counsel Firm Name |
|----|-----------|--------------|------------------------------|
| 1  | Denton, Archie | 1:17-cv-01516 | MARC J. BERN & PARTNERS, LLP |
| 2  | Furney, Sherri | 1:17-cv-02326 | CURTIS LAW GROUP |
| 3  | Bullock, Joanne | 1:17-cv-02687 | MARC J. BERN & PARTNERS, LLP |
| 4  | Sutton, Jimmy Lee | 1:17-cv-03111 | MARC J. BERN & PARTNERS, LLP |
| 5  | Wallace, Daron | 1:17-cv-03155 | MARC J. BERN & PARTNERS, LLP |
| 6  | Harlow, Wanda | 1:17-cv-03270 | MARC J. BERN & PARTNERS, LLP |
| 7  | Bailey, Misty D. | 1:17-cv-03376 | MARC J. BERN & PARTNERS, LLP |
| 8  | Corley, Omel | 1:17-cv-03379 | MARC J. BERN & PARTNERS, LLP |
| 9  | Davis, Jessie | 1:17-cv-03403 | MARC J. BERN & PARTNERS, LLP |
| 10 | Ranson, Elizabeth | 1:17-cv-03407 | MARC J. BERN & PARTNERS, LLP |
| 11 | Walters, Patricia | 1:17-cv-03409 | MARC J. BERN & PARTNERS, LLP |
| 12 | Myers, Sebrina | 1:17-cv-03438 | MARC J. BERN & PARTNERS, LLP |
| 13 | Jackson, Felicia | 1:17-cv-03462 | MARC J. BERN & PARTNERS, LLP |
| 14 | Reaves, Andrew | 1:17-cv-03463 | MARC J. BERN & PARTNERS, LLP |
| 15 | Sheals, Robert | 1:17-cv-03464 | MARC J. BERN & PARTNERS, LLP |
| 16 | Clayton, Pamela | 1:17-cv-03468 | MARC J. BERN & PARTNERS, LLP |
| 17 | Gray, Lee D. | 1:17-cv-03486 | MARC J. BERN & PARTNERS, LLP |
| 18 | Holmes, Angelee | 1:17-cv-03557 | MARC J. BERN & PARTNERS, LLP |
| 19 | Mayberry, Walter | 1:17-cv-03564 | MARC J. BERN & PARTNERS, LLP |
| 20 | Mitchell, Sarah | 1:17-cv-03566 | MARC J. BERN & PARTNERS, LLP |
| 21 | Champion, John B. | 1:17-cv-03576 | MARC J. BERN & PARTNERS, LLP |
| 22 | Wood, Ronald F. | 1:17-cv-03586 | MARC J. BERN & PARTNERS, LLP |
| 23 | Williams, Daniel C. | 1:17-cv-03587 | MARC J. BERN & PARTNERS, LLP |
| 24 | Copeland, Marquita | 1:17-cv-03592 | MARC J. BERN & PARTNERS, LLP |
| 25 | Marks, Mary E. | 1:17-cv-03593 | MARC J. BERN & PARTNERS, LLP |
| 26 | Sufka, Reuben | 1:17-cv-03594 | MARC J. BERN & PARTNERS, LLP |
| 27 | Thomas, Cheryl | 1:17-cv-03595 | MARC J. BERN & PARTNERS, LLP |
| 28 | Folts, Terry | 1:17-cv-03618 | MARC J. BERN & PARTNERS, LLP |
| 29 | Stone, Cathy J. | 1:17-cv-03621 | MARC J. BERN & PARTNERS, LLP |

| | | | |
|---|---|---|---|
| 30 | Worthington, Tina | 1:17-cv-03622 | MARC J. BERN & PARTNERS, LLP |
| 31 | Sunnenberg, Kathryn S. | 1:17-cv-03629 | MARC J. BERN & PARTNERS, LLP |
| 32 | Coats, Rosalie A. | 1:17-cv-03635 | MARC J. BERN & PARTNERS, LLP |
| 33 | Goodman, Valerie | 1:17-cv-03654 | MARC J. BERN & PARTNERS, LLP |
| 34 | Estes, Betty | 1:17-cv-03683 | MARC J. BERN & PARTNERS, LLP |
| 35 | Miele, Laura | 1:17-cv-03688 | MARC J. BERN & PARTNERS, LLP |
| 36 | Fisher, Mary J. | 1:17-cv-03695 | MARC J. BERN & PARTNERS, LLP |
| 37 | Phillippi, William R. [ESTATE] | 1:17-cv-03733 | MARC J. BERN & PARTNERS, LLP |
| 38 | Shook, Carol | 1:17-cv-03754 | MARC J. BERN & PARTNERS, LLP |
| 39 | Jenville, Gloria | 1:17-cv-03756 | MARC J. BERN & PARTNERS, LLP |
| 40 | Spruill, Henry | 1:17-cv-03806 | MARC J. BERN & PARTNERS, LLP |
| 41 | Stewart, Monica | 1:17-cv-03809 | MARC J. BERN & PARTNERS, LLP |
| 42 | Johnson, Phyllis | 1:17-cv-03813 | MARC J. BERN & PARTNERS, LLP |
| 43 | Nigh, Glendora | 1:17-cv-03815 | MARC J. BERN & PARTNERS, LLP |
| 44 | Kiggins, Kim | 1:17-cv-03836 | MARC J. BERN & PARTNERS, LLP |
| 45 | Moore, Walter | 1:17-cv-03838 | MARC J. BERN & PARTNERS, LLP |
| 46 | Crawford, Stephen | 1:17-cv-03840 | MARC J. BERN & PARTNERS, LLP |
| 47 | Palmer, Kayla | 1:17-cv-03958 | MARC J. BERN & PARTNERS, LLP |
| 48 | Elamine, Kathy | 1:17-cv-03991 | MARC J. BERN & PARTNERS, LLP |
| 49 | Pitts, Earline | 1:17-cv-03992 | MARC J. BERN & PARTNERS, LLP |
| 50 | Calloway, Loretta | 1:17-cv-04017 | MARC J. BERN & PARTNERS, LLP |
| 51 | Nancarrow, Tracey | 1:17-cv-04211 | MARC J. BERN & PARTNERS, LLP |
| 52 | Taylor, Sharon | 1:17-cv-04353 | MARC J. BERN & PARTNERS, LLP |
| 53 | Dwyer-Coco, Patricia | 1:17-cv-04357 | MARC J. BERN & PARTNERS, LLP |
| 54 | Stovall, Keyonna | 1:17-cv-04390 | MARC J. BERN & PARTNERS, LLP |
| 55 | Jones, Charlie | 1:17-cv-04391 | MARC J. BERN & PARTNERS, LLP |
| 56 | Butske, David | 1:17-cv-04518 | MARC J. BERN & PARTNERS, LLP |
| 57 | Hall, Stephen E. | 1:17-cv-04520 | MARC J. BERN & PARTNERS, LLP |
| 58 | Levy, Charles | 1:17-cv-04521 | MARC J. BERN & PARTNERS, LLP |