IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

### EXHIBIT 2 TO MOTION TO DISMISS
### CANNOT-CONTACT-PLAINTIFF SCHEDULE

|    | Case Name          | Cause Number    | Plaintiff Counsel Firm Name |
|----|--------------------|-----------------|-----------------------------|
| 1  | Alger, Lessie      | 1:17-cv-01023   | CURTIS LAW GROUP            |
| 2  | Clark, Lorraine    | 1:17-cv-03049   | CURTIS LAW GROUP            |
| 3  | Cordar, Johnny     | 1:17-cv-04096   | CURTIS LAW GROUP            |
| 4  | Kenyon, Patrick    | 1:17-cv-01479   | LOPEZ MCHUGH LLP            |
| 5  | Lamprey, Melissa   | 1:17-cv-02323   | CURTIS LAW GROUP            |
| 6  | McCoy, Nasir       | 1:17-cv-02324   | CURTIS LAW GROUP            |
| 7  | Moore, Kelly       | 1:17-cv-01634   | CURTIS LAW GROUP            |
| 8  | Myers, Russell     | 1:17-cv-03064   | CURTIS LAW GROUP            |
| 9  | Ramsey, Lonnie     | 1:17-cv-01635   | CURTIS LAW GROUP            |
| 10 | Redman, Kathleen   | 1:17-cv-03602   | CURTIS LAW GROUP            |
| 11 | Rettger, Michael A.| 1:17-cv-04025   | BERTRAM & GRAF, L.L.C.      |
| 12 | Schoby, Louise     | 1:17-cv-01020   | CURTIS LAW GROUP            |
| 13 | Shaikh, Nisar      | 1:17-cv-04092   | CURTIS LAW GROUP            |
| 14 | Walter, Nancy      | 1:17-cv-03604   | CURTIS LAW GROUP            |