# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

## EXHIBIT 3 TO MOTION TO DISMISS
## NON-COMPLAINT-PLAINTIFF SCHEDULE

|    | Case Name | Cause Number | Plaintiff Counsel Firm Name |
|----|-----------|--------------|------------------------------|
| 1  | Aleem, Khayriyyah | 1:17-cv-02533 | WENDT LAW FIRM |
| 2  | Ammons, Elvid H. | 1:17-cv-04176 | MATTHEWS & ASSOCIATES |
| 3  | Anthony, Joe | 1:17-cv-04139 | MATTHEWS & ASSOCIATES |
| 4  | Averett, Lloyd | 1:17-cv-04116 | MATTHEWS & ASSOCIATES |
| 5  | Babcock, Gary C. | 1:17-cv-02932 | WENDT LAW FIRM |
| 6  | Bagley, Alfred | 1:17-cv-04138 | MATTHEWS & ASSOCIATES |
| 7  | Ballaine, Colten | 1:17-cv-04115 | MATTHEWS & ASSOCIATES |
| 8  | Barnwell, Arthur Sr. | 1:17-cv-03932 | MATTHEWS & ASSOCIATES |
| 9  | Barton, John J. III | 1:17-cv-04190 | MATTHEWS & ASSOCIATES |
| 10 | Behm, Clilfford | 1:17-cv-04179 | MATTHEWS & ASSOCIATES |
| 11 | Belloma, Richard A. | 1:17-cv-03127 | MATTHEWS & ASSOCIATES |
| 12 | Bender, Judy E. | 1:17-cv-04085 | MATTHEWS & ASSOCIATES |
| 13 | Berry, Timothy D. | 1:17-cv-04237 | MATTHEWS & ASSOCIATES |
| 14 | Bishop, Charles L. | 1:17-cv-04225 | MATTHEWS & ASSOCIATES |
| 15 | Black, Lowan T. | 1:17-cv-04056 | MATTHEWS & ASSOCIATES |
| 16 | Boatwright-Woods, Mary | 1:17-cv-01449 | LOPEZ MCHUGH LLP |
| 17 | Bowman, Rebecca | 1:17-cv-04042 | MARC J. BERN & PARTNERS, LLP |
| 18 | Brown, Ezill | 1:17-cv-04389 | MARC J. BERN & PARTNERS, LLP |
| 19 | Brown, Kimberly T. | 1:17-cv-04251 | MATTHEWS & ASSOCIATES |
| 20 | Brown, Steve | 1:17-cv-04317 | MATTHEWS & ASSOCIATES |
| 21 | Bryant, Beverly H. | 1:17-cv-04252 | MATTHEWS & ASSOCIATES |
| 22 | Burton, Fredrick T. | 1:17-cv-03132 | MATTHEWS & ASSOCIATES |
| 23 | Carpenter, Conrad F. | 1:17-cv-04230 | MATTHEWS & ASSOCIATES |
| 24 | Centers, Garland | 1:17-cv-04249 | MATTHEWS & ASSOCIATES |
| 25 | Chatmon, Anthony B. | 1:17-cv-04228 | MATTHEWS & ASSOCIATES |
| 26 | Cleek, Michael | 1:17-cv-04093 | CURTIS LAW GROUP |
| 27 | Conlon, Kathy F. | 1:17-cv-03844 | MATTHEWS & ASSOCIATES |
| 28 | Cooper, Chris | 1:17-cv-03600 | CURTIS LAW GROUP |

| | | | |
|---|---|---|---|
| 29 | Crone, Charleen M. and Donald L. | 1:17-cv-04451 | MOTLEY RICE LLC |
| 30 | Davis, Terry L. Jr. | 1:17-cv-03714 | MATTHEWS & ASSOCIATES |
| 31 | Dellagatta, Donnie | 1:17-cv-03866 | MARC J. BERN & PARTNERS, LLP |
| 32 | Donnely, Stephen M. | 1:17-cv-04250 | MATTHEWS & ASSOCIATES |
| 33 | Dort, Scott E. | 1:17-cv-02081 | MATTHEWS & ASSOCIATES |
| 34 | Dupre, Gerard R. | 1:17-cv-03814 | MATTHEWS & ASSOCIATES |
| 35 | Dwebi, Linda J. | 1:17-cv-04256 | MATTHEWS & ASSOCIATES |
| 36 | Echevarria, Jose | 1:17-cv-03933 | MATTHEWS & ASSOCIATES |
| 37 | Edgington, Anna | 1:17-cv-03452 | MARC J. BERN & PARTNERS, LLP |
| 38 | Fitzgerald, Timothy P. | 1:17-cv-02927 | WENDT LAW FIRM |
| 39 | Fletcher, Donnie L. | 1:17-cv-04227 | MATTHEWS & ASSOCIATES |
| 40 | Frey, Steve | 1:17-cv-04197 | BERTRAM & GRAF, L.L.C. |
| 41 | Gardner, Ebony | 1:17-cv-02073 | MATTHEWS & ASSOCIATES |
| 42 | Garner, Nancy | 1:17-cv-02055 | MATTHEWS & ASSOCIATES |
| 43 | Geissinger, Patricia A. | 1:17-cv-04234 | MATTHEWS & ASSOCIATES |
| 44 | Gerber, Edward D. | 1:17-cv-04051 | MATTHEWS & ASSOCIATES |
| 45 | Hairston, Harry D. | 1:17-cv-04130 | MATTHEWS & ASSOCIATES |
| 46 | Hamersly, Timothy M. | 1:17-cv-04235 | MATTHEWS & ASSOCIATES |
| 47 | Harris, Charlie M. | 1:17-cv-04224 | MATTHEWS & ASSOCIATES |
| 48 | Harris, Douglas | 1:17-cv-03657 | MARC J. BERN & PARTNERS, LLP |
| 49 | Hawk, Derek A. | 1:17-cv-04134 | MATTHEWS & ASSOCIATES |
| 50 | Heinzel, Kurt W. | 1:17-cv-04178 | MATTHEWS & ASSOCIATES |
| 51 | Hollis, Eddie C. | 1:17-cv-04290 | MATTHEWS & ASSOCIATES |
| 52 | Horton, Teresa | 1:17-cv-03930 | MATTHEWS & ASSOCIATES |
| 53 | Howard, Elaine Y. | 1:17-cv-01936 | MATTHEWS & ASSOCIATES |
| 54 | Ingram, Patrick | 1:17-cv-04189 | MATTHEWS & ASSOCIATES |
| 55 | Jones, Alicia M. | 1:17-cv-04226 | MATTHEWS & ASSOCIATES |
| 56 | Kemokai, Musu | 1:17-cv-03769 | MATTHEWS & ASSOCIATES |
| 57 | King, Charisse | 1:17-cv-03841 | MATTHEWS & ASSOCIATES |
| 58 | King, Dorothy V. | 1:17-cv-03810 | MATTHEWS & ASSOCIATES |
| 59 | Kinney, Tiffany L. | 1:17-cv-01947 | MATTHEWS & ASSOCIATES |
| 60 | Kleinschmidt, Timothy A. | 1:17-cv-04259 | MATTHEWS & ASSOCIATES |
| 61 | Knox, Harold E. | 1:17-cv-03732 | MATTHEWS & ASSOCIATES |
| 62 | Lane, Cherlnell | 1:17-cv-02531 | WENDT LAW FIRM |
| 63 | Markham, Currie | 1:17-cv-04482 | BRENES LAW GROUP |
| 64 | McClure, Lisa | 1:17-cv-04436 | MATTHEWS & ASSOCIATES |
| 65 | McDowell, Steven | 1:17-cv-04254 | MATTHEWS & ASSOCIATES |
| 66 | Meyer, Lisa D. | 1:17-cv-01980 | MATTHEWS & ASSOCIATES |
| 67 | Miller, Merri | 1:17-cv-03392 | MARC J. BERN & PARTNERS, LLP |
| 68 | Miller, Suzanne | 1:17-cv-04183 | MATTHEWS & ASSOCIATES |
| 69 | Morin, Norman J. | 1:17-cv-03903 | MATTHEWS & ASSOCIATES |

| | | | |
|---|---|---|---|
| 70 | Oltromonto, Anthony | 1:17-cv-04352 | MARC J. BERN & PARTNERS, LLP |
| 71 | Parker, Sandra | 1:17-cv-03277 | MARC J. BERN & PARTNERS, LLP |
| 72 | Peterson, Craig | 1:17-cv-03178 | MATTHEWS & ASSOCIATES |
| 73 | Pitts, Eileen | 1:17-cv-04186 | MATTHEWS & ASSOCIATES |
| 74 | Polk, Lewis | 1:17-cv-03766 | MATTHEWS & ASSOCIATES |
| 75 | Posy, Mirlande | 1:17-cv-03223 | MATTHEWS & ASSOCIATES |
| 76 | Randle, Casell | 1:17-cv-03225 | MATTHEWS & ASSOCIATES |
| 77 | Redd, Cynthia | 1:17-cv-03476 | MARC J. BERN & PARTNERS, LLP |
| 78 | Roper, Martin W. | 1:17-cv-04529 | MATTHEWS & ASSOCIATES |
| 79 | Ryans, Freddie | 1:17-cv-03774 | MATTHEWS & ASSOCIATES |
| 80 | Ryon, Levi A. | 1:16-cv-06038 | RICHARDSON RICHARDSON BOUDREAUX |
| 81 | Ryon, Lloyd D. | 1:16-cv-06039 | RICHARDSON RICHARDSON BOUDREAUX |
| 82 | Schaefer, Kristy M. | 1:17-cv-02012 | MATTHEWS & ASSOCIATES |
| 83 | Seay, Richard V. | 1:17-cv-03729 | MATTHEWS & ASSOCIATES |
| 84 | Shelley, Ida V. | 1:17-cv-04528 | MATTHEWS & ASSOCIATES |
| 85 | Sherod, Annie | 1:17-cv-04360 | MARC J. BERN & PARTNERS, LLP |
| 86 | Sigur, Evelyn J. | 1:17-cv-04182 | MATTHEWS & ASSOCIATES |
| 87 | Skinner, Shelia M. | 1:17-cv-04516 | MATTHEWS & ASSOCIATES |
| 88 | Smith, Charlotte A. | 1:17-cv-04192 | MATTHEWS & ASSOCIATES |
| 89 | Smith, Richard J. | 1:17-cv-03228 | MATTHEWS & ASSOCIATES |
| 90 | Spaght, Melvin E. | 1:17-cv-04047 | MATTHEWS & ASSOCIATES |
| 91 | Teague, Ashley J. | 1:17-cv-02024 | MATTHEWS & ASSOCIATES |
| 92 | Thomas, Robert Jr. | 1:17-cv-03719 | MATTHEWS & ASSOCIATES |
| 93 | Trujillo, Michael | 1:17-cv-04050 | MATTHEWS & ASSOCIATES |
| 94 | Vazquez, Nixzaliz | 1:17-cv-03699 | MATTHEWS & ASSOCIATES |
| 95 | Williams, Cathey M. | 1:17-cv-03242 | MATTHEWS & ASSOCIATES |
| 96 | Wilson, Randall Lee | 1:17-cv-04137 | MATTHEWS & ASSOCIATES |
| 97 | Young, Robin S. | 1:17-cv-03243 | MATTHEWS & ASSOCIATES |
| 98 | Young, Roger | 1:17-cv-04522 | MARC J. BERN & PARTNERS, LLP |