# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

## EXHIBIT 5 TO MOTION TO DISMISS
## MOTION WITHDRAWN AS TO THE LISTED PLAINTIFFS

|    | Case Name | Cause Number | Plaintiff Counsel Firm Name |
|----|-----------|--------------|-----------------------------|
| 1  | Gilbert, Ashley | 1:16-cv-06049 | WETHERALL GROUP, LTD. |
| 2  | Allen, Ivy | 1:17-cv-00858 | SIMON GREENSTONE PANATIER BARTLETT, P.C. |
| 3  | Juniper, Dana | 1:17-cv-01706 | THE MILLER FIRM LLC |
| 4  | Williams, Amy | 1:17-cv-01790 | THE MILLER FIRM LLC |
| 5  | Meyer, Lisa D. | 1:17-cv-01980 | MATTHEWS & ASSOCIATES |
| 6  | Mullin, James W. | 1:17-cv-02496 | WENDT LAW FIRM |
| 7  | Rowan, Anna | 1:17-cv-02784 | WENDT LAW FIRM |
| 8  | Hooks, Alice F. | 1:17-cv-03165 | MATTHEWS & ASSOCIATES |
| 9  | Pantone, Guy | 1:17-cv-03331 | MARC J. BERN & PARTNERS, LLP |
| 10 | Bailey, Monique | 1:17-cv-03396 | MARC J. BERN & PARTNERS, LLP |
| 11 | Stokely, Kristen | 1:17-cv-03527 | BARON & BUDD PC |
| 12 | Allen, Catherine | 1:17-cv-03597 | CURTIS LAW GROUP |
| 13 | Hampton, Linda | 1:17-cv-03599 | CURTIS LAW GROUP |
| 14 | Turner, Larry | 1:17-cv-03603 | CURTIS LAW GROUP |
| 15 | Vetter, Diana | 1:17-cv-03713 | MATTHEWS & ASSOCIATES |
| 16 | Noll, Robert E. | 1:17-cv-03776 | MATTHEWS & ASSOCIATES |
| 17 | De Magana, Rosa Serrano | 1:17-cv-03796 | MATTHEWS & ASSOCIATES |
| 18 | Phillips, Robert L. | 1:17-cv-03847 | MATTHEWS & ASSOCIATES |
| 19 | Groves, Terron | 1:17-cv-03849 | MATTHEWS & ASSOCIATES |
| 20 | McConito, Dorothy | 1:17-cv-03931 | MATTHEWS & ASSOCIATES |
| 21 | Foote, Tammara | 1:17-cv-03973 | HART MCLAUGHLIN & ELDRIDGE, LLC |
| 22 | Phelps, Maurice | 1:17-cv-04020 | MARC J. BERN & PARTNERS, LLP |
| 23 | Baker, Jason | 1:17-cv-04026 | CURTIS LAW GROUP |
| 24 | Steed, Cheryl | 1:17-cv-04041 | MARC J. BERN & PARTNERS, LLP |
| 25 | Hale, Michael | 1:17-cv-04052 | MATTHEWS & ASSOCIATES |
| 26 | Perry, Dolly | 1:17-cv-04088 | CURTIS LAW GROUP |
| 27 | Fissell, Deborah | 1:17-cv-04089 | CURTIS LAW GROUP |

US.116619462.01

| | | | |
|---|---|---|---|
| 28 | Williams, Christie | 1:17-cv-04090 | CURTIS LAW GROUP |
| 29 | Dumont, Paul | 1:17-cv-04094 | CURTIS LAW GROUP |
| 30 | Hanf, Janie | 1:17-cv-04100 | CURTIS LAW GROUP |
| 31 | Lazenby, Mary | 1:17-cv-04112 | BARON & BUDD PC |
| 32 | Keenan, Carol | 1:17-cv-04118 | MATTHEWS & ASSOCIATES |
| 33 | Hensley, Kay M. | 1:17-cv-04120 | MATTHEWS & ASSOCIATES |
| 34 | Matson, Chad E. | 1:17-cv-04131 | MATTHEWS & ASSOCIATES |
| 35 | Womack, Robert E. | 1:17-cv-04132 | MATTHEWS & ASSOCIATES |
| 36 | Whitson, Sylvia | 1:17-cv-04157 | MARC J. BERN & PARTNERS, LLP |
| 37 | Scheeringa, David M. | 1:17-cv-04180 | MATTHEWS & ASSOCIATES |
| 38 | Lewis, Carolyn | 1:17-cv-04223 | MATTHEWS & ASSOCIATES |
| 39 | Mathias, Lee E. | 1:17-cv-04232 | MATTHEWS & ASSOCIATES |
| 40 | Cuicio, Sam | 1:17-cv-04236 | MATTHEWS & ASSOCIATES |
| 41 | Ball, James M. | 1:17-cv-04246 | MATTHEWS & ASSOCIATES |
| 42 | Waggle, Letha R. | 1:17-cv-04248 | MATTHEWS & ASSOCIATES |
| 43 | Rosales, Kelly D. | 1:17-cv-04305 | MATTHEWS & ASSOCIATES |
| 44 | Embrey, Tammy J. | 1:17-cv-04308 | MATTHEWS & ASSOCIATES |
| 45 | Everly, Gary | 1:17-cv-04400 | CURTIS LAW GROUP |
| 46 | Hudson, Richard | 1:17-cv-06066 | NIEMEYER, GREBEL & KRUSE, LLC |
| 47 | Jackson, Frances [ESTATE] | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| 48 | Cheung, Richard [ESTATE] | 1:17-cv-06076 | LOPEZ MCHUGH LLP |

US.116619462.01