**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brenda Helms, Bankruptcy Trustee for the
Estate of Arthur Gage,
v. Cook Medical, Inc. et al.,*

Case No. 1:14-cv-01875-RLY-TAB

_____

**COOK DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PRETRIAL
DEADLINES & CONTINUE THE HEARING ON MOTIONS *IN LIMINE***

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), respectfully request the Court enlarge the following pretrial deadlines in accordance with the table below:

| Task | Current Deadline | Proposed Deadline | Enlargement |
|---|---|---|---|
| Motions *in Limine* | February 26, 2018 | March 19, 2018 | 21-days |
| Counter Deposition Designations and Objections | March 6, 2018 | March 20, 2018 | 14-days |
| Responses to Motions *in Limine* | March 12, 2018 | April 2, 2018 | 21-days |
| Final Witness List and Notice of Witnesses to Attend Trial | March 19, 2018 | April 2, 2018 | 14-days |
| Re-Direct Deposition Designations, Responses to Objections, and Objections to Counter Designations | March 20, 2018 | April 3, 2018 | 14-days |
| Final Exhibit List | March 23, 2018 | April 6, 2018 | 14-days |
| Objections to Re-Direct and Responses to Objections to Counter Designations | March 28, 2018 | April 11, 2018 | 14-days |
| Responses to Objections to Re-Direct Designations & Submit to Court for Rulings | April 2, 2018 | April 16, 2018 | 14-days |

Cook further requests that the Court continue the hearing on motions *in limine* from March 22, 2018, to April 12, 2018, so that it falls on the same day as the Final Pretrial Conference.

In support of this Motion, Cook states as follows:

1. Cook has conferred with Plaintiff's counsel by telephone and understands that they do not oppose this Motion.

2. At the February 15, 2018 Status Conference, counsel for Cook asked the Court if the parties should halt trial preparations in light of the arguments on summary judgment. (See February 15, 2018 Transcript of Motion Hearing, at 58:9-10.) Based on the subsequent discussions with the Court, the parties ceased trial preparations.

3. The Court's recent Summary Judgment Order provides the Plaintiff ten (10) days to determine whether to proceed with this case. In order to provide the parties adequate time consider the Court's ruling and implications for any future trial, Cook (with Plaintiff's agreement) respectfully requests enlargements of time consistent with the above table, and a continuance of the Motion *in Limine* Hearing to April 12, 2018, so that it occurs on the same day as the Final Pretrial Conference.

4. This motion is not made for the purpose of undue delay, but instead, is intended to promote the efficient use of the parties' and the Court's resources.

Cook therefore respectfully requests that the Court enlarge the pretrial deadlines consistent with the above table, and continue of the Motion in Limine Hearing to April 12, 2018, pursuant to the attached Proposed Order.

             Respectfully submitted,

Dated:  February 26, 2018    /s/ Andrea Roberts Pierson
             Andrea Roberts Pierson (# 18435-49)
             J. Joseph Tanner (# 11856-49)
             FAEGRE BAKER DANIELS LLP
             300 North Meridian Street, Suite 2700
             Indianapolis, Indiana  46204
             Telephone:  (317) 237-0300
             Facsimile:  (317) 237-1000
             E-Mail:  andrea.pierson@faegrebd.com
             E-Mail:  joe.tanner@faegrebd.com

             *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.116651443.01