# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage,*
*v. Cook Medical, Inc. et al.,*

Case No. 1:14-cv-01875-RLY-TAB

## [PROPOSED] ORDER

On February 26, 2018, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), filed their Unopposed Motion to Enlarge Pretrial Deadlines & Continue the Hearing on Motions *in Limine*. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** Cook's Motion.

**IT IS THEREFORE ORDERED** that:

1. The following pretrial deadlines are amended to the following dates:

| Task | New Deadline |
|---|---|
| Motions *in Limine* | March 19, 2018 |
| Counter Deposition Designations and Objections | March 20, 2018 |
| Responses to Motions *in Limine* | April 2, 2018 |
| Final Witness List and Notice of Witnesses to Attend Trial | April 2, 2018 |
| Re-Direct Deposition Designations, Responses to Objections, and Objections to Counter Designations | April 3, 2018 |
| Final Exhibit List | April 6, 2018 |
| Objections to Re-Direct and Responses to Objections to Counter Designations | April 11, 2018 |

| | |
|---|---|
| Responses to Objections to Re-Direct Designations & Submit to Court for Rulings | April 16, 2018 |

    2.    The Motion in Limine Hearing is continued from March 22, 2018 to April 12, 2018, and will happen on the same day as the Final Pretrial Conference.

**SO ORDERED** this _____ day of _____, 2018.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record