**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Documents Relates to the Following Actions:

1:17-cv-04767; 1:17-cv-04562; 1:17-cv-04070; 1:17-cv-03254; 1:17-cv-04668; 1:17-cv-03466;

1:17-cv-04707; 1:17-cv-04700; 1:17-cv-04736; 1:17-cv-04570; 1:17-cv-04768; 1:17-cv-03204;

1:17-cv-03171

## OPPOSITION TO MOTION TO DISMISS

Plaintiffs in the above-referenced actions respectfully request that this Court deny Defendants Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS's (collectively, the "Cook Defendants") motion to dismiss [Dkt. 7643]. In support of this opposition, Plaintiffs state as follows:

1. On February 2, 2018, the Cook Defendants served 13 Plaintiffs represented by the undersigned counsel with notice of their failure to serve a Plaintiff Profile Form ("PPF") in compliance with CMO No. 4. Attached as **Exhibit 1** is the Cook MDL Plaintiff Profile Deficiency notice served on February 2, 2018. Prior to this, January 24, 2018, the Cook Defendants had served 124 Plaintiffs represented by the undersigned counsel with notice of their failure to serve a Plaintiff Profile Form ("PPF") in compliance with CMO No. 4. Attached as **Exhibit 2** is the Cook MDL Plaintiff Profile Deficiency notice served on January 24, 2018.

2. The undersigned counsel had notified the Cook Defendants that due to the unexpected large number of Plaintiffs subject to dismissal upon a 5-day notice, further delay was

incurred due to the suddenly necessary review of 124 individual client files to see if the PPF had not been served. *See* **Exhibit 3** ("We are serving our plaintiffs' PPFs daily and will continue to do so. We have prioritized the outstanding PPFs listed in your letter and will serve these as soon as possible, starting right now . . . Our review of each listed plaintiffs' file listed in your letter, which we prioritized upon receipt of your letter over our ongoing PPF submission of PPFs, has caused a temporary but substantial delay in our team's ability to process, draft, and serve the lengthy PPFs for our plaintiffs during the last 5 days."). The initial service of the 124 Plaintiffs placed a great burden on counsel to address the issues in the original Plaintiff Profile Deficiency notice within the allotted time.

3.  On January 31, 2018, the Cook Defendants notified the undersigned that they could not agree to the extension requested. *See* January 31, 2018 email from Angela Kelver Hall, attached as **Exhibit 3**.

4.  On February 14, 2018, the undersigned counsel's law firm again requested for an extension of time to comply with the Cook Defendants' January 24, 2018 Notice. *See* February 14, 2018 email, attached as **Exhibit 4**. The undersigned did not receive a response.

5.  To date, the undersigned has served PPFs for the following above-referenced;

    a. 1:17-cv-04767
    b. 1:17-cv-04562
    c. 1:17-cv-04070
    d. 1:17-cv-03254
    e. 1:17-cv-04668

6.  Counsel has contacted the rest of the listed Plaintiffs and seek to obtain their missing PPFs as soon as possible.

7.  The manner in which the Cook Defendants served their notice to dismiss for the original 124 Plaintiffs pursuant to CMO No. 4 – unexpectedly and all at once in one letter – without

verifying that each PPF's status then serving these 13 additional Plaintiffs in little over a week's time– has prejudiced and caused the undersigned counsel to undergo an unwieldly and burdensome review of each file to properly respond.  Due to large numbers of clients served in the January 24, 2018 notice, it has affected Counsel's ability to address these 13 additional Plaintiffs that were served noticed to dismiss on February 2, 2018. Cook Defendants failed to give Plaintiff adequate time to remedy the original problems and only further burdened Plaintiffs' counsel with additional request that were served shortly after.

8. Plaintiffs respectfully request that this Court deny the Cook Defendants' motion and allow Plaintiffs to submit any outstanding PPFs within 45 days.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Cook Defendants' motion in its entirety, and for all other just and appropriate relief.

Dated: February 26, 2018                            Respectfully Submitted,

/s/ Debra J. Humphrey_____
MARC J. BERN & PARTNER LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel:    (212) 702-5000
Fax:   (212) 818-0164
dhumphrey@bernllp.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2018, a copy of the foregoing Opposition to Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

      /s/ Debra J. Humphrey_____