**EXHIBIT 1**

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                  USA ▾ UK ▾ CHINA

Angela Kelver Hall                                                            Faegre Baker Daniels LLP
angela.hall@FaegreBD.com                                        300 N. Meridian Street ▾ Suite 2700
Direct 574.239.1903                                                    Indianapolis ▾ Indiana 46204-1750
                                                                                    Phone +1 317 237 0300
                                                                                         Fax +1 317 237 1000

February 02, 2018

### VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bailey, Joseph
- Ballard, Jackie
- Bass, Tralve W.
- Denton, Janice
- Forrester, Stephen Wayne
- Gutierrez, Luz
- Mueller, Charles
- Robbins, Melissa
- Santos, Ann
- Saunders, Elsie
- Sigers, Clintona
- Smith, Bryant
- Stallworth, Kathleen
- Walker-Colins, Beverly

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to

dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews -- dmatthews@thematthewslawfirm.com