**EXHIBIT 4**

# Debra J. Humphrey

| | |
|---|---|
| **From:** | Annery Nunez |
| **Sent:** | Wednesday, February 14, 2018 5:27 PM |
| **To:** | Hall, Angela Kelver; Debra J. Humphrey; Danner, Michelle R.; mheaviside@hrzlaw.com; Ben Martin; dmatthews@thematthewslawfirm.com |
| **Cc:** | Kevin Wang; Jashawn Couch; Debra J. Humphrey |
| **Subject:** | RE: Cook - Plaintiff Profile Sheet (Marc J. Bern) |

Good Afternoon Ms. Hall,

In response to your COOK MDL Plaintiff Profile Deficiency letter dated January 24, 2018:

We are serving our Plaintiffs' PPFs daily and will continue to do so.  We have prioritized the outstanding PPF's listed in your letter and will serve these as soon as possible, making every diligent effort to comply with your requests.

Please note that the Plaintiff Profile Form Overdue Letter is addressed to pertain to several Plaintiffs who have already served PPF forms. We will disregard those Plaintiffs in the letter. We have been working with our clients and there has been a slight delay in client returns of the Plaintiff Profile Form.  We respectfully request an extension of 30 additional days or any other possible agreement date to submit the outstanding PPFs.  Your professional courtesy in this matter is greatly appreciated.

We will provide a list of the clients pending returns first thing tomorrow 2/15/18.


Thank you,

**Annery Nunez**
*Legal Assistant*



One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
ANunez@BernLLP.com
www.bernllp.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com

**From:** Hall, Angela Kelver [mailto:Angela.Hall@FaegreBD.com]
**Sent:** Wednesday, January 31, 2018 5:59 PM
**To:** Debra J. Humphrey <dhumphrey@bernllp.com>; Danner, Michelle R. <Michelle.Danner@FaegreBD.com>; mheaviside@hrzlaw.com; Ben Martin <bmartin@bencmartin.com>; dmatthews@thematthewslawfirm.com
**Cc:** Kevin Wang <kwang@bernllp.com>; Annery Nunez <anunez@bernllp.com>; Jashawn Couch <jcouch@bernllp.com>; Joseph J. Cappelli <jcappelli@bernllp.com>
**Subject:** RE: Cook - Plaintiff Profile Sheet (Marc J. Bern)

Hi Debra,

Thank you for your message. While we can't agree to an extension per se, here is our proposal:

We are planning to file the motion to dismiss tomorrow, February 1. CMO No. 4, which governs the procedure surrounding failure to serve a PPF, provides plaintiffs 15 days after the filing of the motion to dismiss to file a response before the court will enter dismissal. The parties have a status conference on 2/15. If you submit the PPFs before 2/15, we will notify the court at the 2/15 status conference that we are withdrawing our motion as it relates to these cases.

Let me know if you want to discuss further. Thank you, Angie Hall


Angela Kelver Hall
*Partner*
*Please note my contact information has changed*
angela.hall@FaegreBD.com   Download vCard
D: +1 317 237 1006 | M: +1 574 274 7650 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**From:** Debra J. Humphrey [mailto:dhumphrey@bernllp.com]
**Sent:** Tuesday, January 30, 2018 3:42 PM
**To:** Danner, Michelle R.; mheaviside@hrzlaw.com; Ben Martin; dmatthews@thematthewslawfirm.com; Hall, Angela Kelver
**Cc:** Kevin Wang; Annery Nunez; Jashawn Couch; Joseph J. Cappelli
**Subject:** FW: Cook - Plaintiff Profile Sheet (Marc J. Bern)

Dear Counsel:

We received the attached letter and reviewed through each case listed therein.

We are serving our plaintiffs' PPFs daily and will continue to do so.  We have prioritized the outstanding PPFs listed in your letter and will serve these as soon as possible, starting right now.   Please note that of the 124 plaintiffs you listed, we have already served several (or more) of these plaintiffs' PPFs.

Our review of each listed plaintiffs' file listed in your letter, which we prioritized upon receipt of your letter over our ongoing PPF submission of PPFs, has caused a temporary but substantial delay in our team's ability to process, draft, and serve the lengthy PPFs for our plaintiffs during the last 5 days.   Would you kindly give us an additional 30 days to submit

the outstanding PPFs to the extent we have not already done so (to **March 1, 2018**)? Your professional courtesy is greatly appreciated.

Either Kevin Wang (cc-ed) or I will provide you with a short list of plaintiffs with specific issues that need to be addressed before we are able to serve the PPF.

Thank you,
Debra

**Debra J. Humphrey, Esq.**
Partner



One Grand Central Place
60 E. 42nd St., Ste 950
New York, NY 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000 Ext. 906

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com.

**From:** Danner, Michelle R. [mailto:Michelle.Danner@FaegreBD.com]
**Sent:** Wednesday, January 24, 2018 12:13 PM
**To:** Debra J. Humphrey <dhumphrey@bernllp.com>
**Subject:** Cook - Plaintiff Profile Sheet

Counsel,

Please see the attached letter.

Thank you,

Michelle R. Danner
*Senior Paralegal*
michelle.danner@FaegreBD.com    Download vCard
D: +1 317 237 1370 | F: +1 317 237 8417

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA