IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**SEPARATE INDEX OF NON-SEALED EXHIBITS TO
PLAINTIFF'S RESPONSE OPPOSING WILLIAM COOK EUROPE APS'S
MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS AGAINST
IT AND BRIEF IN SUPPORT**

| **Exhibit** | **Description** |
|---|---|
| 6 | Plaintiff's Complaint at Law for Money Damages and Demand for Jury Trial |
| 7 | Joint Preliminary Report and Discovery Plan filed on August 1, 2013, at ¶ 5(a) |
| 8 | Plaintiffs' First Amended Complaint at Law for Money Damages and Demand for Jury Trial |
| 9 | WCE's executed Waiver of Service of Summons |
| 10 | The Cook Defendants' Answer to the Plaintiff's First Amended Complaint |
| 11 | Declaration of Ben C. Martin |