**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibits "1," "2", "3," "4," "5," and "12" to Plaintiff's Response Opposing William Cook Europe APS'S Motion for Summary Judgment as to All Claims against it and Brief in Support. Defendants have designated these documents as "Confidential."

Dated: February 26, 2018

                                                Respectfully Submitted,

                                                */s/ Joseph N. Williams*_____
                                                Joseph N. Williams, Atty. No. 25874-49
                                                Riley Williams & Piatt, LLC
                                                301 Massachusetts Avenue
                                                Indianapolis, IN 46204
                                                Telephone: (317) 633-5270
                                                Facsimile: (317) 426-3348
                                                Email: jwilliams@rwp-law.com
                                                *Liaison Counsel to Plaintiffs' Steering Committee*
                                                *and on behalf of Plaintiffs' Steering Committee*

        */s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 26th day of February, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Ben C. Martin*_____
Ben C. Martin