IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03532 | Cause No. 1:18-cv-00213 |
| Cause No. 1:17-cv-03533 | Cause No. 1:18-cv-00221 |
| Cause No. 1:17-cv-03534 | Cause No. 1:18-cv-00223 |
| Cause No. 1:17-cv-03609 | Cause No. 1:18-cv-00226 |
| Cause No. 1:17-cv-04732 | Cause No. 1:18-cv-00229 |
| Cause No. 1:18-cv-00203 | Cause No. 1:18-cv-00230 |
| Cause No. 1:18-cv-00206 | Cause No. 1:18-cv-00231 |
| Cause No. 1:18-cv-00207 | Cause No. 1:18-cv-00235 |
| Cause No. 1:18-cv-00209 | Cause No. 1:18-cv-00237 |
| Cause No. 1:18-cv-00212 | Cause No. 1:18-cv-00241 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: February 27, 2018

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.116661215.01

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson

US.116661215.01