IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiff KENNITH CUMMINGS

Civil Case # 1:17-cv-03311

**Motion for Extension of Time to File Plaintiff Profile Sheet or, in the alternative, Motion for Voluntary Dismissal <u>Without</u> Prejudice**

COMES NOW the Plaintiff Kennith Cummings, by and though his attorneys, for his Motion for Extension of Time to File Plaintiff Profile Sheet or, in the alternative, Motion for Voluntary Dismissal <u>Without</u> Prejudice. Plaintiff states as follows:

1. Plaintiff's counsel has made repeated attempts to contact Plaintiff in order to complete his Plaintiff Profile Sheet (PPS) in accordance with this Court's Third Amended Case Management Order No. 4.

2. Due to medical difficulties including a hospitalization, Plaintiff has been unable to complete his PPS.

3. Due to Plaintiff's medical hardship, counsel requests an extension of time of 60 days from today to complete Plaintiff's PPS, up to and including April 28, 2018.

4. This Motion is not made for the purpose of undue delay or to prejudice any other party.

5. In the alternative, counsel requests this Court allow a voluntary dismissal without prejudice by Plaintiff.

**Wherefore**, Plaintiff prays that this Court **GRANT** his Motion for Extension of Time to File Plaintiff Profile Sheet providing an extension of time up to and including April 28, 2018 or, in the alternative, grant his Motion for Voluntary Dismissal Without Prejudice, and any other relief this Court deems just and reasonable.

Respectfully submitted,

DAVIS BETHUNE & JONES, LLC

/s/ *Shawn Foster*
Shawn G. Foster        MO #47663
1100 Main Street, Suite 2930
Kansas City, MO 64105
(816) 421-1600
(816) 472-5972 fax
sfoster@dbjlaw.net

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 27, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

              /s/ *Shawn G. Foster*
              Attorney for Plaintiff