# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Carol Erline Foster
Cause No. 1:17-cv-61-RLY-TAB

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their respective counsel, stipulate that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Carol Erline Foster are hereby dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.  The parties expressly agree that, for purposes of any analysis of the statute of limitations and/or statute of repose, should Plaintiff re-file in Indiana state court within 60 days of the entry of this stipulation, the date of filing shall be considered to be January 6, 2017, the date of filing of Plaintiff's original action filed in this Court.

Dated: February 28, 2018              Respectfully submitted,

*/s/  William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
jeanette@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
(713) 522-5250
(713) 535-7132 (Fax)
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Tim K. Goss
Texas Bar No. 08222660
Freese & Goss, PLLC
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 761-6610
(214) 761-6688 (Fax)
tim@freeseandgoss.com
*Counsel for Plaintiff*

/s/ *John T. Schlafer*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com
*Counsel for Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018 a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *John T. Schlafer*