IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00137 | Cause No. 1:18-cv-00265 |
| Cause No. 1:18-cv-00146 | Cause No. 1:18-cv-00267 |
| Cause No. 1:18-cv-00189 | Cause No. 1:18-cv-00268 |
| Cause No. 1:18-cv-00247 | Cause No. 1:18-cv-00273 |
| Cause No. 1:18-cv-00248 | Cause No. 1:18-cv-00274 |
| Cause No. 1:18-cv-00249 | Cause No. 1:18-cv-00275 |
| Cause No. 1:18-cv-00252 | Cause No. 1:18-cv-00277 |
| Cause No. 1:18-cv-00257 | Cause No. 1:18-cv-00278 |
| Cause No. 1:18-cv-00259 | Cause No. 1:18-cv-00279 |
| Cause No. 1:18-cv-00261 | Cause No. 1:18-cv-00280 |
| Cause No. 1:18-cv-00264 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    February 28, 2018

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson