IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action Only:

Halinski, et al.
**Larry Combs Only**
1:17-cv-06066-RYL-TAB

**Joint Stipulation of Dismissal Without Prejudice as to Larry Combs Only**

Plaintiff, Larry Combs, and Defendants, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this matter with respect to Larry Combs only, without prejudice, with the parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joseph N. Williams* | /s/ *John T. Schlafer* |
| Joseph N. Williams (#25874-49) | Andrea Roberts Pierson (# 18435-49) |
| RILEY WILLIAMS & PIATT, LLC | John T. Schlafer (# 28771-49) |
| 301 Massachusetts Avenue | FAEGRE BAKER DANIELS LLP |
| Indianapolis, IN 46204 | 300 North Meridian Street, Suite 2700 |
| (317) 633-5270 | Indianapolis, Indiana  46204 |
| Fax:  (317) 426-3348 | Telephone: (317) 237-0300 |
| jwilliams@rwp-law.com | Facsimile:  (317) 237-1000 |
| *Counsel for Plaintiff Larry Combs* | E-Mail:  andrea.pierson@faegrebd.com |
| | E-Mail: john.schlafer@faegrebd.com |
| | *Counsel for Cook Defendants* |