# EXHIBIT B

# Duane, John C.

| | |
|---|---|
| **From:** | Duane, John C. |
| **Sent:** | Tuesday, February 06, 2018 5:43 PM |
| **To:** | 'angela.hall@faegreBD.com' |
| **Subject:** | Re: Charlene Crone, et al. v. Cook Medical Inc., et al. |
| **Attachments:** | 2018-01-24 - MOTLEY RICE LLC - No PPS Letter.pdf |

Hi Angela,

In response to your letter of January 24, 2018, regarding the Plaintiff Profile Deficiency for our client, Charlene Crone, today we served the client's Plaintiff Profile Sheet, Executed Authorizations, and medical records.

In the intervening time period, Defendants filed a Motion to Dismiss pursuant to Rule 41(b) and Third Amended Case Management Order No. 4 in the Crone case on February 1, 2018.

I wanted to check with you as to whether the Defendants would agree to withdraw the pending Motion to Dismiss as to Mrs. Crone's case in light of the service of the client's PPS documents pursuant to Third Amended Case Management Order No. 4.

Thanks in advance for your consideration,
John

**John Duane** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9237 | f. 843.216.9450 | jduane@motleyrice.com