# EXHIBIT C

**Duane, John C.**

| | |
|---|---|
| **From:** | Hall, Angela Kelver <Angela.Hall@FaegreBD.com> |
| **Sent:** | Thursday, February 08, 2018 4:57 PM |
| **To:** | Duane, John C. |
| **Cc:** | Angelino, Blake A.; Danner, Michelle R. |
| **Subject:** | EXTERNAL-RE: Charlene Crone, et al. v. Cook Medical Inc., et al. |

John, we will withdraw.

Angela Kelver Hall
*Partner*
*Please note my contact information has changed*
angela.hall@FaegreBD.com    Download vCard
D: +1 317 237 1006 | M: +1 574 274 7650 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Duane, John C. [mailto:jduane@motleyrice.com]
**Sent:** Tuesday, February 06, 2018 5:43 PM
**To:** Hall, Angela Kelver
**Subject:** Re: Charlene Crone, et al. v. Cook Medical Inc., et al.


Hi Angela,

In response to your letter of January 24, 2018, regarding the Plaintiff Profile Deficiency for our client, Charlene Crone, today we served the client's Plaintiff Profile Sheet, Executed Authorizations, and medical records.

In the intervening time period, Defendants filed a Motion to Dismiss pursuant to Rule 41(b) and Third Amended Case Management Order No. 4 in the Crone case on February 1, 2018.

I wanted to check with you as to whether the Defendants would agree to withdraw the pending Motion to Dismiss as to Mrs. Crone's case in light of the service of the client's PPS documents pursuant to Third Amended Case Management Order No. 4.

Thanks in advance for your consideration,
John

**John Duane** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9237 | f. 843.216.9450 | jduane@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.