# EXHIBIT D

## Duane, John C.

| | |
|---|---|
| **From:** | Angelino, Blake A. <Blake.Angelino@FaegreBD.com> |
| **Sent:** | Monday, February 12, 2018 10:29 AM |
| **To:** | Duane, John C.; Hall, Angela Kelver |
| **Cc:** | Danner, Michelle R.; Whetstone, Crystal |
| **Subject:** | RE: EXTERNAL-RE: Charlene Crone, et al. v. Cook Medical Inc., et al. |

John,

We will be informing the court on the 15th which Plaintiffs remain deficient and must be dismissed. Your client will not be on that list.

Please let me know if you have any other questions or concerns!

Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Duane, John C. [mailto:jduane@motleyrice.com]
**Sent:** Monday, February 12, 2018 9:04 AM
**To:** Hall, Angela Kelver
**Cc:** Angelino, Blake A.; Danner, Michelle R.; Whetstone, Crystal
**Subject:** RE: EXTERNAL-RE: Charlene Crone, et al. v. Cook Medical Inc., et al.


Hi Angela,

Just to follow up on the below, will the Defendants be filing something with the Court regarding the withdrawal of the motion to dismiss in the Crone case this week?

My understanding from Third Amended Case Management Order No. 4 is that the Plaintiff otherwise must file a response to the motion to dismiss by Friday, February 16, 2018.

Thanks,
John

**John Duane** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9237 | f. 843.216.9450 | jduane@motleyrice.com

---

**From:** Hall, Angela Kelver [mailto:Angela.Hall@FaegreBD.com]
**Sent:** Thursday, February 08, 2018 4:57 PM
**To:** Duane, John C. <jduane@motleyrice.com>
**Cc:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>; Danner, Michelle R. <Michelle.Danner@FaegreBD.com>
**Subject:** EXTERNAL-RE: Charlene Crone, et al. v. Cook Medical Inc., et al.

John, we will withdraw.

Angela Kelver Hall
*Partner*
*Please note my contact information has changed*
angela.hall@FaegreBD.com   Download vCard
D: +1 317 237 1006 | M: +1 574 274 7650 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Duane, John C. [mailto:jduane@motleyrice.com]
**Sent:** Tuesday, February 06, 2018 5:43 PM
**To:** Hall, Angela Kelver
**Subject:** Re: Charlene Crone, et al. v. Cook Medical Inc., et al.


Hi Angela,

In response to your letter of January 24, 2018, regarding the Plaintiff Profile Deficiency for our client, Charlene Crone, today we served the client's Plaintiff Profile Sheet, Executed Authorizations, and medical records.

In the intervening time period, Defendants filed a Motion to Dismiss pursuant to Rule 41(b) and Third Amended Case Management Order No. 4 in the Crone case on February 1, 2018.

I wanted to check with you as to whether the Defendants would agree to withdraw the pending Motion to Dismiss as to Mrs. Crone's case in light of the service of the client's PPS documents pursuant to Third Amended Case Management Order No. 4.

Thanks in advance for your consideration,
John

**John Duane** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9237 | f. 843.216.9450 | jduane@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.