# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

CHARLENE M. CRONE and DONALD L. CRONE

Civil Case No: 1:17-cv-04451

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

The matter, having come before the Court on the Defendants' Motion to Dismiss for lack of a Plaintiff's Profile Sheet, and for good cause shown, that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

DATED:_____, 2018            By:_____