IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to:<br><br>1:17-cv-6077-RLY-TAB    Jewett | **MOTION TO WITHDRAW** |

COMES NOW Daniel F. Duffy, Benjamin J. Tronnes, and Bangs, McCullen, Butler, Foye & Simmons, L.L.P., attorneys of record for Defendant Rapid City Regional Hospital, Inc., in the above-captioned matter, hereby request that the Court, pursuant to the Court's *Order on the Cook Defendants' Motion to Sever and Plaintiffs' Motion to Remand* [Docket No. 7620], allow them to withdraw as attorneys of record from the MDL-Cook Medical, Inc. case because the *Jewett v. Cook Medical, Inc., et al.*, case has been remanded to the Seventh Judicial Circuit Court, State of South Dakota, and is no longer is a part of the MDL – Cook Medical, Inc. litigation.  Attorneys Duffy, Tronnes and the Bangs-McCullen Law Firm will continue to represent Defendant Rapid City Regional Hospital, Inc., in the South Dakota Circuit Court action.  A proposed Order is attached hereto as Exhibit A.

1

Dated: March 1, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel F. Duffy
　　　　　　　　　　　　　　　　　　　　Bangs, McCullen, Butler,
　　　　　　　　　　　　　　　　　　　　Foye & Simmons, LLP
　　　　　　　　　　　　　　　　　　　　P.O. Box 2670
　　　　　　　　　　　　　　　　　　　　Rapid City, SD 57709-2670
　　　　　　　　　　　　　　　　　　　　Telephone: (605) 343-1040
　　　　　　　　　　　　　　　　　　　　Facsimile: (605) 343-1503


　　　　　　　　　　　　　　　　　　　　/s/Benjamin J. Tronnes
　　　　　　　　　　　　　　　　　　　　Bangs, McCullen, Butler,
　　　　　　　　　　　　　　　　　　　　Foye & Simmons, LLP
　　　　　　　　　　　　　　　　　　　　P.O. Box 2670
　　　　　　　　　　　　　　　　　　　　Rapid City, SD 57709-2670
　　　　　　　　　　　　　　　　　　　　Telephone: (605) 343-1040
　　　　　　　　　　　　　　　　　　　　Facsimile: (605) 343-1503

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Rapid City
　　　　　　　　　　　　　　　　　　　　Regional Hospital, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2018, a copy of the foregoing **MOTION TO WITHDRAW** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Daniel F. Duffy
Daniel F. Duffy
