IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL NO. 2570

_____

This Document Relates to:      **ORDER ON MOTION TO WITHDRAW**

1:17-cv-6077-RLY-TAB     Jewett

_____


     This matter came before the Court on the Motion to Withdraw of Daniel F. Duffy,

Benjamin J. Tronnes, and Bangs, McCullen, Butler, Foye & Simmons, L.L.P., attorneys of

record for Defendant Rapid City Regional Hospital, Inc., in this action, pursuant to the Court's

*Order on the Cook Defendants' Motion to Sever and Plaintiffs' Motion to Remand* [Docket No.

7620]. The Court, being duly advised, and because the *Jewett v. Cook Medical, Inc., et al.*, case

has been remanded to the Seventh Judicial Circuit Court, State of South Dakota, and is no longer

is a part of the MDL – Cook Medical, Inc. litigation:

     Hereby GRANTS the Motion to Withdraw.


Dated: _____       _____
                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana


Exhibit A