IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL NO. 2570

_____

This Document Relates to:                         **ORDER ON MOTION TO WITHDRAW**

1:17-cv-6077-RLY-TAB     Jewett
_____

     This matter came before the Court on the Motion to Withdraw of Daniel F. Duffy, Benjamin J. Tronnes, at Bangs, McCullen, Butler, Foye & Simmons, L.L.P., attorneys of record for Defendant Rapid City Regional Hospital, Inc., in this action, pursuant to the Court's *Order on the Cook Defendants' Motion to Sever and Plaintiffs' Motion to Remand* [Docket No. 7620]. The Court, being duly advised, and because the *Jewett v. Cook Medical, Inc., et al.*, case has been remanded to the Seventh Judicial Circuit Court, State of South Dakota, and is no longer is a part of the MDL – Cook Medical, Inc. litigation:

     Hereby GRANTS the Motion to Withdraw.

Dated:  3/2/2018

                                                       Tim A. Baker
                                                       United States Magistrate Judge
                                                       Southern District of Indiana

Distribution to all registered counsel of record will be made electronically via ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.