UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| *Dorothy A. Pierce* | ) | |
| 1:17-cv-6083-RLY-TAB | ) | |
| _____ | ) | |

**ORDER ON THE COOK DEFENDANTS' MOTION TO SEVER**

On July 20, 2017, Plaintiff filed the present action in California state court

alleging products liability claims against Cook Group Incorporated; Cook Medical, LLC

f/k/a Cook Medical Incorporated; and Cook Incorporated; and medical malpractice

claims against Nelson C. Frink, M.D.  Even though Plaintiff and Dr. Frink are citizens of

California, the Cook Defendants removed the action to the United States District Court

for the Eastern District of California on the basis of diversity jurisdiction.  In the Cook

Defendants' Notice of Removal, they argued Plaintiff's claims against the Cook

Defendants were procedurally misjoined with Plaintiff's claims against Dr. Frink.

On August 25, 2017, the Cook Defendants filed a Motion to Sever Claims Against

Dr. Frink because, *inter alia*: (1) he is not a necessary and indispensable party to this

action under Federal Rule of Civil Procedure 19; (2) severance will promote fairness and

1

judicial economy; and (3) Plaintiff will not be prejudiced by severance of Dr. Frink. Plaintiff opposes the motion and, on August 28, 2017, filed a Motion to Remand.

On October 31, 2017, Judge William B. Shubb from the Eastern District of California issued an Order staying the case pending transfer to the MDL court and denying without prejudice Plaintiff's Motion to Remand. Accordingly, only the Motion to Sever is presently before the court.

On January 11, 2018, the court entered an Order dealing with the same key facts and legal analysis as raised in the Cook Defendants' Motion to Sever—i.e., whether medical malpractice claims relating to the implant of one of the Cook Defendants' IVC filters brought by a plaintiff against implanting physicians should be severed from the product liability claims against the Cook Defendants. *See Berman-Cheung v. Cook Group, Inc. et al.*, Cause No. 1:17-cv-6076-RLY-TAB (Filing No. 44[1]). The court denied the Cook Defendants' motion to sever and, because the Plaintiff and the Medical Defendants were citizens of California, remanded the action to the California state court. *Id.* In light of that ruling, the Cook Defendants' Motion to Sever (Filing No. 6) is **DENIED**. The joinder of Dr. Frink in this action destroys diversity; therefore, the MDL court lacks diversity jurisdiction. Accordingly, the Clerk is directed to **REMAND** this

---

[1] The court's ruling was also filed in Cause No. 1:14-ml-2570, Filing No. 7465.

cause to the Superior Court of Yuba County, California.

**SO ORDERED** this 2nd day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.