# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|   | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| 1 | Tyynismaa, Veronica | 1:17-cv-01252 | 5/22/2017 | 2/22/2018 | 4 |
| 2 | Caynor, Rhonda | 1:17-cv-03651 | 2/26/2018 | 2/2/2018 | 3 |
| 3 | Kelley, Linda | 1:17-cv-06084 | 2/23/2018 | 1/24/2018 | 2 |
| 4 | Eacret, Carl | 1:17-cv-06085 | 2/23/2018 | 1/24/2018 | 2 |
| 5 | Ferguson, John | 1:18-cv-00022 | 2/2/2018 | 2/22/2018 | 1 |
| 6 | Smith, Elizabeth A. | 1:18-cv-00114 | 2/12/2018 | 2/22/2018 | 1 |
| 7 | Lindholm, Tammi | 1:18-cv-00116 | 2/12/2018 | 2/22/2018 | 1 |
| 8 | Helsley, Brandon | 1:18-cv-00117 | 2/12/2018 | 2/22/2018 | 1 |