UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Linda Kelley* 1:17-cv-6084-RLY-TAB _____ | ) ) ) ) ) | |

**ORDER ON THE COOK DEFENDANTS' MOTION TO SEVER and
PLAINTIFF'S MOTION TO REMAND**

On August 31, 2017, Plaintiff filed the present action in Oklahoma state court alleging products liability claims against Cook Incorporated; Cook Medical, LLC; Cook Group Incorporated; and medical malpractice claims against Kamran I. Muhammad, M.D. Even though Plaintiff and Dr. Muhammad are citizens of Oklahoma, the Cook Defendants removed the action to the United States District Court for the Northern District of Oklahoma on the basis of diversity jurisdiction. In the Cook Defendants' Notice of Removal, they argued Plaintiff's claims against the Cook Defendants were procedurally misjoined with Plaintiff's claims against Dr. Muhammad.

On October 6, 2017, the Cook Defendants filed a Motion to Sever Claims Against Dr. Muhammad because, *inter alia*: (1) he is not a necessary and indispensable party to this action under Federal Rule of Civil Procedure 19; (2) severance will promote fairness

1

and judicial economy; and (3) Plaintiff will not be prejudiced by severance of Dr. Muhammad.  Plaintiff opposes the motion and moves for remand.

On January 11, 2018, the court entered an Order dealing with the same key facts and legal analysis as raised in the Cook Defendants' Motion to Sever—i.e., whether medical malpractice claims relating to the implant of one of the Cook Defendants' IVC filters brought by a plaintiff against implanting physicians should be severed from the product liability claims against the Cook Defendants.  *See Berman-Cheung v. Cook Group, Inc. et al.*, Cause No. 1:17-cv-6076-RLY-TAB (Filing No. 44[1]).  The court denied the Cook Defendants' motion to sever and, because the Plaintiff and the Medical Defendants were citizens of California, remanded the action to the California state court.  *Id.*  In light of that ruling, the Cook Defendants' Motion to Sever (Filing No. 13) is **DENIED** and, because the presence of Dr. Muhammad destroys diversity, Plaintiff's Motion to Remand (Filing No. 17) is **GRANTED**.  The Clerk is directed to **REMAND** this cause to the District Court of Tulsa County, Oklahoma.

**SO ORDERED** this 5th day of March 2018.

                                      RICHARD L. YOUNG, JUDGE
                                      United States District Court
                                      Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The court's ruling was also filed in Cause No. 1:14-ml-2570, Filing No. 7465.