# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVIS KEELER ) | |
| Plaintiff, ) | Case No.: 1:18−cv−00223−RLY−TAB |
| v. ) | |
| ) | Related Case No.: 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | MDL No.: 2570 |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: TRAVIS KEELER.

Respectfully submitted,

*[signature]*

Robert L. Kinsman (MO Bar No. 67427)
  (admitted *pro hac vice*)
**Krause & Kinsman, LLC**
4717 Grand Ave., Suite 250
Kansas City, MO 64112
(816) 760-2700
(816) 760-2800
robert@krauseandkinsman.com
www.krauseandkinsman.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/ Robert L. Kinsman