# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    MICHELL M. WALKER

Civil Case #   1:16-cv-02958-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83-7(c), the undersigned counsel, Rand P. Nolen, files this his Motion to Withdraw as Counsel of Record for Plaintiff Michell M. Walker on March 30, 2018, and in support show the following:

1. The undersigned attorney was retained by Plaintiff to investigate and prosecute this case.

2. The undersigned has prosecuted Plaintiff's case, and filed this lawsuit on or about October 31, 2016.

3. On or about December 7, 2016, Plaintiff Michell M. Walker died.

4. Mr. Walker died intestate, was never married, and had no children.  Mr. Walker's Mother, Glenda Calton, survived him.

5. "If there is no surviving descendant, to the decedent's parents equally if both survive, or to the surviving parent if only one survives." CO Rev Stat § 15-11-103(3)(2017).

6. Ms. Carlton has been advised numerous times that action by her was required in order to continue the prosecution of this case, including via written correspondence (with copies to Mr.

Walker's surviving sibling, James Calton) by the undersigned on the following occasions:

- June 21, 2017
- October 5, 2017
- November 1, 2017
- November 17, 2017
- February 9, 2018.

7. The October 5th, November 1st and 17th, and February 9th letters requested either that the probate be opened or that the undersigned be permitted to dismiss the case.

8. To date, and despite representations by the family that probate would be initiated, they have not done so and Ms. Calton has not authorized the undersigned to dismiss the case.

9. Currently pending before the Court is Cook Medical LLC's Motion To Dismiss (Dkt. No. 7687), which seeks dismissal of this case for Plaintiff's failure to provide a Plaintiff Profile Form ("PPF").

10. The undersigned cannot obtain a valid PPF because the client is dead and his surviving heir, Ms. Calton, has taken no known action to be appointed as the executrix of his estate, and she has also not authorized the undersigned to voluntarily dismiss this case.

11. The motion is supported by the true and correct Affidavit of Rand P. Nolen, attached as Exhibit "A."

12. A true and correct copy of this motion, along with the supporting affidavit have been forwarded via First Class Mail and Certified Mail RRR to Ms. Glenda Calton's last known address and to the decedent's brother's last known address as follows:

Ms. Glenda Calton
4725 South Lowell Blvd., Apt. 2-136
Littleton, CO 80123-1664
Telephone Number (720) 429-0697

44384-313204-001 Wal 18-03-05 MoWith rpn.docx

Mr. James Calton
19219 East Carolina Dr., Unit 102
Aurora, CO 80017
Telephone Number (720) 757-7311

13. Southern District of Indiana Local Rule 83-7(c) provides:

Withdrawal of Appearance. (1) An attorney must file a written motion to withdraw his or her appearance. (2) The motion must fix a date for the withdrawal and must contain satisfactory evidence that the attorney provided the client with written notice of his or her intent to withdraw at least 7 days before the withdrawal date. (3) If an attorney's withdrawal will leave a party without counsel, the motion must also include the party's contact information, including a current address and telephone number.

14. This case is not presently set for trial.

15. The undersigned attorney has complied with Local Rule 83-7 by filing their motion in writing, providing a fixed date for withdrawal, providing an affidavit that Rand P. Nolen has sent this motion and his affidavit to both Ms. Glenda Calton and Mr. James Calton via First Class Mail and Certified Mail RRR, and the attorneys have provided the contact information for both Ms. Glenda Calton and Mr. James Calton.

16. For all of the forgoing reasons, Rand P. Nolen asks the Court to grant his Motion to Withdraw as Counsel of Record.

Dated: March 5, 2018

                                      Respectfully submitted,

                                      By: */s/ Rand P. Nolen*
                                           Rand P. Nolen (Pro Hac Vice)
                                           **FLEMING, NOLEN & JEZ, L.L.P.**
                                           2800 Post Oak Blvd., Suite 4000
                                           Houston, Texas 77056-3109
                                           Telephone:  (713) 621-7944
                                           Facsimile:   (713) 621-9638
                                           Email:  rand_nolen@fleming-law.com
                                           *Attorneys for Plaintiff*

44384-313204-001 Wal 18-03-05 MoWith rpn.docx

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 5, 2018, I conferred with counsel for Defendant Cook Incorporated, Cook Medical LLC, Attorney Blake A. Angelino of Faegre Baker Daniels LLP, blake.angelino@FaegreBD.com , D: +1 312 356 5145, C: +1 315 264 4086, regarding the filing of this motion and that as of the time of filing this motion, no response had been received as to whether or not the defendant was opposed or unopposed.

                                                                                 /s/ Rand P. Nolen

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Further, I hereby certify that on March 5, 2018, a copy of the forgoing was served via FIRST CLASS MAIL and CERTIFIED MAIL RRR on the following:

Ms. Glenda Calton
4725 South Lowell Blvd., Apt. 2-136
Littleton, CO 80123-1664
Telephone Number (720) 429-0697

Mr. James Calton
19219 East Carolina Dr., Unit 102
Aurora, CO 80017
Telephone Number (720) 757-7311

                                                                                 /s/ Rand P. Nolen