# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
__MICHELL M. WALKER__

Civil Case #__1:16-cv-02958-RLY-TAB__

## AFFIDAVIT OF RAND P. NOLEN

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, personally appeared Rand P. Nolen, who, after being duly sworn, deposed and said:

"My name is Rand P. Nolen. I am over twenty-one (21) years of age. I have never been convicted of a felony or crime of moral turpitude. I am competent to make this affidavit, and the matters herein are within my personal knowledge and are true and correct.

"I am an attorney licensed to practice in the State Bar of Texas, as well as the United States District Courts for the Southern, Western, Northern and Eastern Districts of Texas; United States Court of Appeals for the First, Third, Fifth, Seventh, and Tenth Circuits; United States Court Of Federal Claims; and the United States Supreme Court. I am board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization.

"I am counsel of record for Plaintiff Michell M. Walker on March 30, 2018, in the above referenced case. I was retained by Plaintiff to investigate and prosecute this case. I filed this lawsuit on or about October 31, 2016.

"I was advised that on December 7, 2016, Michell M. Walker died. My understanding is that Mr. Walker died intestate, was never married, and had no children. Mr. Walker's Mother, Glenda Calton, survived him.

"Since Mr. Walker died, I have advised Ms. Carlton numerous times in writing that action by her was required in order to continue the prosecution of this case, and I have provided copies of my correspondence to Ms. Carlton to Mr. Walker's surviving sibling, James Calton. I wrote to Ms. Calton informing her of the need for probate on the following occasions:

- June 21, 2017
- October 5, 2017
- November 1, 2017
- November 17, 2017
- February 9, 2018.

"Further, my October 5th, November 1st and 17th, and February 9th letters requested either that the probate be opened or that the I be permitted to dismiss the case. To date, and despite representations by the family that probate would be initiated, I am unaware that they have done so and Ms. Calton has not authorized the me to dismiss the case.

"A true and correct copy of my MOTION TO WITHDRAW AS COUNSEL, along with this supporting affidavit have been served via First Class Mail and Certified Mail RRR to Ms. Glenda Calton's last known address and to the decedent's brother's last known address as follows:

Ms. Glenda Calton
4725 South Lowell Blvd., Apt. 2-136
Littleton, CO 80123-1664
Telephone Number (720) 429-0697

Mr. James Calton
19219 East Carolina Dr., Unit 102
Aurora, CO 80017
Telephone Number (720) 757-7311"

FURTHER AFFIANT SAYETH NAUGHT.

SWORN TO AND SUBSCRIBED this 5th day of March 2018.

_____
Rand P. Nolen

_____
Notary Public, in and for the State of Texas



PAMELA A. MYERS
Notary Public, State of Texas
My Commission Expires
May 09, 2019