# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    MICHELL M. WALKER

Civil Case #  1:16-cv-02958-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On this day came on to be heard Rand P. Nolen's Motion to Withdraw as Counsel of Record for Plaintiff Michell M. Walker.  After reviewing the motion, the affidavit in support, and for good cause shown, the COURT,

**FINDS** the MOTION TO WITHDRAW AS COUNSEL is meritorious, and **GRANTS** the motion permitting Rand P. Nolen to withdraw as counsel of record for Plaintiff Michell M. Walker on March 30, 2018.  Because Plaintiff is deceased and because to the extent that the case may be prosecuted by his next of kin who will now be proceeding pro se, the Clerk of this Court is hereby directed to serve a true and correct copy of this **ORDER** via United States Mail on Plaintiff's Mother:

Ms. Glenda Calton
4725 South Lowell Blvd., Apt. 2-136
Littleton, CO 80123-1664
Telephone Number (720) 429-0697

SIGNED ON THIS ___ DAY OF _____ , 2018 at INDIANAPOLIS, INDIANA.

RICHARD L. YOUNG, JUDGE
UNITED STATES DISTRICT JUDGE