# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT 2 TO MOTION TO DISMISS**
**NON-COMPLIANT-PLAINTIFF SCHEDULE**

|   | Plaintiff | Cause Number |
|---|---|---|
| 1 | Santos, Ann | 1:17-cv-04562 |
| 2 | Denton, Janice | 1:17-cv-04668 |
| 3 | Stallworth, Kathleen | 1:17-cv-04767 |

1