**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT 1 TO REPLY IN SUPPORT OF MOTION TO DISMISS**
**NO-RESPONSE-PLAINTIFF SCHEDULE**

|   | Plaintiff | Cause Number |
|---|---|---|
| 1 | Sigers, Clintona | 1:17-cv-03171 |
| 2 | Saunders, Elsie | 1:17-cv-03204 |
| 3 | Bass, Tralve W. | 1:17-cv-03466 |
| 4 | Smith, Bryant | 1:17-cv-04700 |
| 5 | Gutierrez, Luz | 1:17-cv-04707 |
| 6 | Ballard, Jackie | 1:17-cv-04736 |
| 7 | Robbins, Melissa | 1:17-cv-04768 |

1