# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00170 | Cause No. 1:18-cv-00310 |
| Cause No. 1:18-cv-00181 | Cause No. 1:18-cv-00312 |
| Cause No. 1:18-cv-00217 | Cause No. 1:18-cv-00313 |
| Cause No. 1:18-cv-00236 | Cause No. 1:18-cv-00319 |
| Cause No. 1:18-cv-00253 | Cause No. 1:18-cv-00320 |
| Cause No. 1:18-cv-00290 | Cause No. 1:18-cv-00326 |
| Cause No. 1:18-cv-00295 | Cause No. 1:18-cv-00331 |
| Cause No. 1:18-cv-00299 | Cause No. 1:18-cv-00333 |
| Cause No. 1:18-cv-00300 | Cause No. 1:18-cv-00334 |
| Cause No. 1:18-cv-00309 | Cause No. 1:18-cv-00338 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: March 6, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.116798945.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer

US.116798945.01