**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                 MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00170 | Cause No. 1:18-cv-00310 |
| Cause No. 1:18-cv-00181 | Cause No. 1:18-cv-00312 |
| Cause No. 1:18-cv-00217 | Cause No. 1:18-cv-00313 |
| Cause No. 1:18-cv-00236 | Cause No. 1:18-cv-00319 |
| Cause No. 1:18-cv-00253 | Cause No. 1:18-cv-00320 |
| Cause No. 1:18-cv-00290 | Cause No. 1:18-cv-00326 |
| Cause No. 1:18-cv-00295 | Cause No. 1:18-cv-00331 |
| Cause No. 1:18-cv-00299 | Cause No. 1:18-cv-00333 |
| Cause No. 1:18-cv-00300 | Cause No. 1:18-cv-00334 |
| Cause No. 1:18-cv-00309 | Cause No. 1:18-cv-00338 |

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:          March 6, 2018                              /s/ Andrea R. Pierson
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          John T. Schlafer (# 28771-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana 46204
                                                          Telephone: (317) 237-0300
                                                          Facsimile: (317) 237-1000
                                                          E-Mail: andrea.pierson@faegrebd.com
                                                          E-Mail: john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson
_____

2