UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage,*
*v. Cook Medical, Inc. et al.,*

Case No. 1:14-cv-01875-RLY-TAB

**COOK'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**SECOND AND RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), respectfully seek leave to file a Second and Renewed Motion for Summary Judgment. In support of this motion, Cook states as follows:

1. Cook has conferred with Plaintiff's counsel by telephone and they do not oppose this Motion.

2. In the Court's February 26, 2018 Entry on the Cook Defendants' Motion for Summary Judgment, the Court granted in part and denied in part Cook's Motion for Summary Judgment. Specifically, the Court granted summary judgment with respect to Plaintiff's defective design, failure-to-warn, negligent manufacturing, and express warranty claims, and denied summary judgment with respect to Plaintiff's implied warranty claim. The Court also did not address Cook's motion as it related to Plaintiff's claim for punitive damages. (*See* February 26, 2018 Entry on the Cook Defendants' Motion for Summary Judgment.)

3. After the entry of the Court's February 26, 2018 Order, Cook assessed Plaintiff's breach of implied warranty claim as the sole claim remaining in Plaintiff's case. Cook also found additional information regarding the terms and conditions governing the sale of Mr. Gage's filter that is dispositive of any breach of warranty claim.

4. For the sake of fully briefing Plaintiff's breach of implied warranty claim as a standalone claim in this case, Cook now wishes to submit its Second and Renewed Motion for Summary Judgment and accompanying Memorandum in Support thereof (attached hereto as Exhibit A), which detail the terms and conditions and explain why they are dispositive of any breach of warranty claim.

5. This Court has previously granted leave for parties to file a second summary judgment motion when the filing of such motion is unopposed. *See Shanehsaz v. Johnson*, No. 1:16-cv-00952-MJD-LJM, 2017 WL 2901213, at *1 (S.D. Ind. Feb. 16, 2017). Moreover, this Court has previously granted similar relief to the parties in this MDL. For example, in *Hill*, the Court denied Defendants' Motion for Summary Judgment on Plaintiff's negligent testing and strict liability design defect claims. This prompted Cook to file Cook Defendants' Motion for Summary Judgment on Negligent Testing Claim after the dispositive motion deadline [Dkt. No. 6839]. The Court considered, and granted, Cook's motion on October 17, 2017 [Dkt. No. 6849]. Additionally, in this same October 17, 2017 Order, the Court noted that Plaintiff's briefing on its strict liability design defect claim was incomplete, and ordered Plaintiff to file additional materials addressing all of the elements of her strict liability design defect claim. Cook respectfully seeks leave from the Court to file a supplemental summary judgment brief, as the Court has previously permitted in this litigation.

6. This motion is made for good cause because the Cook Defendants recently discovered the terms and conditions providing the basis for their Second and Renewed Motion for Summary Judgment. Moreover, Cook Defendants respectfully submit that their Second and Renewed Motion for Summary Judgment will conserve judicial and party resources because the terms and conditions are dispositive of Plaintiff's remaining warranty claim. Finally, Cook has conferred with Plaintiff's counsel and they do not oppose leave being given to file the Cook Defendants' Second and Renewed Motion for Summary Judgment.

Respectfully submitted,

Dated: March 6, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

      /s/ Andrea Roberts Pierson

US.116760013.01