**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage,*
*v. Cook Medical, Inc. et al.,*

Case No. 1:14-cv-01875-RLY-TAB

## [PROPOSED] ORDER

On March 6, 2018, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), filed Cook's Unopposed Motion For Leave To File Second And Renewed Motion For Summary Judgment. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** Cook's Motion, it appearing to the Court that the Motion is made for good cause.

**IT IS THEREFORE ORDERED** that Cook is hereby granted leave to file the Cook Defendants' Second and Renewed Motion for Summary Judgment and the accompanying Memorandum in Support, attached to the motion as Exhibit A.

**SO ORDERED** this _____ day of _____, 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record