# EXHIBIT A

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone +1 574 234 4149
Fax +1 574 239 1900

April 21, 2017

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

For MDL Plaintiffs

William Curtis
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com

      Re:    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear William Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Badger, Estell
- Casey, James R. Jr.
- Johnson, Betty
- Knipfer, Timothy
- Reyes, David

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days of your receipt of this letter to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

We note that due to the recent staffing transition, our records may not be complete. If we have sent you this notice in error, please let us know as soon as possible. We apologize in advance for any inconvenience.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside – mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com