# EXHIBIT B



**WILLIAM B. CURTIS**
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

February 26, 2017

David Reyes
2747 S. Kihei Rd., #H202
Kihei, HI  96753

    Re:    Cook IVC Plaintiff Profile Sheet

Dear David Reyes:

    You and I last spoke in April of 2017 to discuss the form we asked you to complete, more specifically, the Plaintiff Profile Sheet. This form is required for any Plaintiff that has filed a lawsuit. As of this date we have not received this information back from you and the defendant has now filed a *motion to dismiss* your lawsuit because the signed and completed form was not produced as required by the Court's Order.

    In order to avoid dismissal please return the completed and signed Plaintiff Profile Sheet to me by March 1, 2018. I have enclosed another copy for your convenience with a return FedEx label.

    You may also fax it back to me at 214-890-1010, or email at jgomez@curtis-lawgroup.com.

    **Again, to avoid dismissal of your lawsuit, you must return the form to me by March 1, 2018.**

    Thank you.

    Very truly yours,

    *Josmary Gomez*

    Josmary A. Gomez
    Paralegal to William B. Curtis
    jgomez@curtis-lawgroup.com

/jg
Enclosure