IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

**EXHIBIT 3 TO MOTION TO DISMISS
MOTION WITHDRAWN AS TO THE LISTED PLAINTIFFS**

|   | Plaintiff | Cause Number |
|---|---|---|
| 1 | Forrester, Stephen Wayne | 1:17-cv-03254 |
| 2 | Munn, Robert | 1:17-cv-04727 |
| 3 | Stephens, Lena R. | 1:17-cv-04728 |

1

US.116787300.01