# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| *Sheila Gardiner,* ) | |
| ) | Case No: 1:14-ml-2570-RLY-TAB |
| vs. ) | MDL no. 2570 |
| ) | Case No: 1:18-cv-00276-RLY-TAB |
| *Cook Incorporated, et al.* ) | |

**SUMMONS IN A CIVIL ACTION**

TO:

***Cook Incorporated***
*C/O Corporation Service Company*
*135 North Pennsylvania Street, Suite 1610*
*Indianapolis, IN 46204*

***Cook Medical LLC***, *formerly known as Cook Medical Incorporated*
*C/O Corporation Service Company*
*135 North Pennsylvania Street, Suite 1610*
*Indianapolis, IN 46204*

***William Cook Europe APS***
*C/O Corporation Service Company*
*135 North Pennsylvania Street, Suite 1610*
*Indianapolis, IN 46204*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Basil E. Adham*
*Johnson Law Group*
*2925 Richmond Ave., Suite 1700*
*Houston, Texas 77098*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/7/2018

_____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: 1:18-cv-00276-RLY-TAB/ Case No: 1:14-ml-2570-RLY-TAB

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                    *Server's Signature*

                                    _____
                                    *Printed name and title*

                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc.