IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND

PRODUCTS LIABILITY LITIGATION                MDL N0. 2570

_____

This Document Relates to DEAN MILLER         Case No. 1:17-CV-2699-RLY-TAB

_____

_____

## ORDER

    THE COURT, having considered Plaintiff's MOTION TO AMEND SHORT FORM COMPLAINT, grants said Motion.  Plaintiff's Amended Short Form Complaint is deemed filed as of the date of this order.
    Date:  3/9/2018

                                                _____
                                                Tim A. Baker
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution to all registered counsel of record will be made via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.