IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                       Case No. 1:14-ml-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                                               MDL N0. 2570

_____

This Document Relates to DEAN MILLER                 Case No. 1:17-cv-2699-RLY-TAB

_____

_____

## SHORT FORM COMPLAINT
_____

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Dean Miller**

_____
1

Cook Short Form Complaint

2. Spousal Plaintiff's spouse or other party making loss of consortium claim: **Not Applicable**

   _____

3. Other Plaintiff and capacity: **Not Applicable**

   _____

4. Plaintiffs state of residence at the time of implant: **Illinois**

   _____

5. Plaintiffs state of residence at the time of injury: **Illinois**

   _____

6. Plaintiffs current state of residence: **Illinois**

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Southern District of Illinois**

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ **Cook Incorporated**

   ☒ **Cook Medical LLC**

  ☒  **William Cook Europe ApS**

9. Basis of Jurisdiction:

  ☒  **Diversity of Citizenship**

a. **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

**23, 24, 25, 26, 27 and 28.**

_____

_____

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

  ☐  Günther Tulip® Vena Cava Filter

  ☒  **Cook Celect® Vena Cava Filter**

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other:

_____

11. Date of Implantation as to each product: **April 10, 2014**

_____

12. Hospital where Plaintiff was implanted: **St. Joe's Hospital, Joliet, Illinois**

_____

13. Implanting Physician: **Govind Ramadurai, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ **Count I:** **Strict Products Liability - Failure to Warn**

    ☒ **Count II:** **Strict Products Liability – Design Defect**

    ☒ **Count III:** **Negligence**

    ☒ **Count IV:** **Negligence Per Se**

    ☒ **Count V:** **Breach of Express Warranty**

    ☒ **Count VI:** **Breach of Implied Warranty**

    ☒ **Count VII:** **Violations of Applicable Indiana and Illinois Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

4

Cook Short Form Complaint

&boxtimes;   Count XI:   Punitive Damages

☐   Other: _____

15. Attorney for Plaintiff(s):

**Richard J. Plezia**

16. Address and bar information for Attorney for Plaintiff(s):

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Texas Bar No. 16072800


Respectfully submitted,


*/s/ Richard J. Plezia*_____

RICHARD J. PLEZIA

Texas Bar No. 16072800

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone:  713-800-1151

Facsimile: 281-602-7735

**Counsel for Plaintiff**

5

Cook Short Form Complaint