IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

|   | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| 1 | Castro, Lisa and Melendez, Luis | 1:18-cv-00217 | 2/26/2018 | 3/1/2018 | 1 |
| 2 | Demsko, Jane M. | 1:18-cv-00221 | 2/26/2018 | 3/1/2018 | 2 |
| 3 | DeCann, Dustin | 1:18-cv-00229 | 2/26/2018 | 3/1/2018 | 3 |
| 4 | Kingery, Elizabeth | 1:18-cv-00243 | 2/26/2018 | 3/1/2018 | 4 |