IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 1**

US.116759490.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

March 01, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

**For MDL Plaintiffs**

Joshua S. Kincannon
LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC
4 Paragon Way, Suite 100
Freehold, NJ 07728
jkincannon@lomurrofirm.com

    Re:    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Joshua S. Kincannon:

According to our records, we have not received the Plaintiff Profile Sheet for Castro, Lisa and Melendez, Luis ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 2**

US.116759490.01

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

March 01, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

**For MDL Plaintiffs**

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com; karin.scheehle@gknet.com;
tarbon@bencmartin.com; cguerra@bencmartin.com

Re:   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Demsko, Jane M. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

### EXHIBIT B TO MOTION TO DISMISS
### NOTICE LETTERS

### Sub-Exhibit 3

US.116759490.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

March 01, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Robert J. Fenstersheib
ROBERT J. FENSTERSHEIB
520 W. Hallandale Beach Blvd.
Hallandale, FL 307300
rjf@fenstersheib.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Robert J. Fenstersheib:

According to our records, we have not received the Plaintiff Profile Sheet for DeCann, Dustin ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 4**

US.116759490.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

March 01, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Amanda L. Washington
MCGLYNN, GLISSON, MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

　　　　Re:　　Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Kingery, Elizabeth ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:　　Michael Heaviside - mheaviside@hrzlaw.com
　　　　Ben Martin – bmartin@bencmartin.com
　　　　David Matthews – dmatthews@thematthewslawfirm.com