IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
**COREY B. ALLEN, as Administrator of the Estate of VIRGINIA LITTLE**
Civil Case # 1:16-CV-1299-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Corey B. Allen, as Administrator of the Estate of Virginia Little

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Corey B. Allen, as Administrator of the Estate of Virginia Little

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Kentucky

6. Plaintiff's/Deceased Party's current state of residence:

   Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Kentucky, Pikeville Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ☑ Cook Incorporated
   - ☑ Cook Medical, LLC
   - ☑ William Cook Europe APS

9. Basis of Jurisdiction
   - ☑ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip Vena Cava Filter
- ☑ Cook Celect Vena Cava Filter
- ☐ Günther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of implantation as to each product:

    April 8, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Pikeville Medical Center, 911 South Bypass Road, Pikeville, KY 41501

13. Implanting Physician(s)

    Dr. Rami Sartawi, 911 Bypass Rd., Fl. 2, Pikeville, KY 41501

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I:     Strict Products Liability - Failure to Warn
    - ☑ Count II:    Strict Products Liability - Design Defect
    - ☑ Count III:   Negligence
    - ☑ Count IV:    Negligence *Per Se*
    - ☑ Count V:     Breach of Express Warranty
    - ☑ Count VI:    Breach of Implied Warranty

☑ Count VII:     Violations of Applicable Kentucky Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☐ Count VIII:    Loss of Consortium
☑ Count IX:      Wrongful Death
☑ Count X:       Survival
☑ Count XI:      Punitive Damages
☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff:

Ethan L. Shaw and Justin W. Fishback

16. Address and bar information for Attorney for Plaintiff:

Shaw Cowart, LLP
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701

Ethan L. Shaw  - Texas Bar No. 18140480

Justin W. Fishback – Texas Bar No. 24056736

Date: October 9, 2017                    Respectfully submitted,

                                                                        **SHAW COWART, LLP**

By: _/s/ Ethan L. Shaw_
Ethan L. Shaw (TX Bar No. 18140480)
Justin W. Fishback (TX Bar No. 24056736)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jfishback@shawcowart.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

_/s/ Ethan L. Shaw_
Ethan L. Shaw

5