# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to the Following Actions:

1:16-cv-03406; 1:16-cv-06038; 1:16-cv-06039; 1:16-cv-06049; 1:17-cv-00811; 1:17-cv-00858;
1:17-cv-01020; 1:17-cv-01023; 1:17-cv-01449; 1:17-cv-01479; 1:17-cv-01516; 1:17-cv-01634;
1:17-cv-01635; 1:17-cv-01706; 1:17-cv-01790; 1:17-cv-01936; 1:17-cv-01947; 1:17-cv-01980;
1:17-cv-02012; 1:17-cv-02024; 1:17-cv-02055; 1:17-cv-02073; 1:17-cv-02081; 1:17-cv-02269;
1:17-cv-02315; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02326; 1:17-cv-02496; 1:17-cv-02531;
1:17-cv-02533; 1:17-cv-02667; 1:17-cv-02679; 1:17-cv-02687; 1:17-cv-02784; 1:17-cv-02927;
1:17-cv-02932; 1:17-cv-03049; 1:17-cv-03064; 1:17-cv-03111; 1:17-cv-03127; 1:17-cv-03132;
1:17-cv-03155; 1:17-cv-03165; 1:17-cv-03178; 1:17-cv-03223; 1:17-cv-03225; 1:17-cv-03228;
1:17-cv-03242; 1:17-cv-03243; 1:17-cv-03270; 1:17-cv-03277; 1:17-cv-03317; 1:17-cv-03331;
1:17-cv-03340; 1:17-cv-03341; 1:17-cv-03376; 1:17-cv-03379; 1:17-cv-03392; 1:17-cv-03396;
1:17-cv-03403; 1:17-cv-03407; 1:17-cv-03409; 1:17-cv-03438; 1:17-cv-03452; 1:17-cv-03462;
1:17-cv-03463; 1:17-cv-03464; 1:17-cv-03468; 1:17-cv-03476; 1:17-cv-03486; 1:17-cv-03527;
1:17-cv-03555; 1:17-cv-03557; 1:17-cv-03564; 1:17-cv-03566; 1:17-cv-03576; 1:17-cv-03586;
1:17-cv-03587; 1:17-cv-03592; 1:17-cv-03593; 1:17-cv-03594; 1:17-cv-03595; 1:17-cv-03597;
1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03603; 1:17-cv-03604; 1:17-cv-03618;
1:17-cv-03621; 1:17-cv-03622; 1:17-cv-03629; 1:17-cv-03635; 1:17-cv-03654; 1:17-cv-03657;
1:17-cv-03683; 1:17-cv-03688; 1:17-cv-03695; 1:17-cv-03699; 1:17-cv-03713; 1:17-cv-03714;
1:17-cv-03719; 1:17-cv-03729; 1:17-cv-03732; 1:17-cv-03733; 1:17-cv-03754; 1:17-cv-03756;
1:17-cv-03766; 1:17-cv-03769; 1:17-cv-03774; 1:17-cv-03776; 1:17-cv-03778; 1:17-cv-03796;
1:17-cv-03806; 1:17-cv-03809; 1:17-cv-03810; 1:17-cv-03813; 1:17-cv-03814; 1:17-cv-03815;
1:17-cv-03836; 1:17-cv-03838; 1:17-cv-03840; 1:17-cv-03841; 1:17-cv-03844; 1:17-cv-03847;
1:17-cv-03849; 1:17-cv-03866; 1:17-cv-03903; 1:17-cv-03908; 1:17-cv-03930; 1:17-cv-03931;
1:17-cv-03932; 1:17-cv-03933; 1:17-cv-03958; 1:17-cv-03973; 1:17-cv-03991; 1:17-cv-03992;
1:17-cv-04017; 1:17-cv-04020; 1:17-cv-04025; 1:17-cv-04026; 1:17-cv-04041; 1:17-cv-04042;
1:17-cv-04047; 1:17-cv-04050; 1:17-cv-04051; 1:17-cv-04052; 1:17-cv-04056; 1:17-cv-04085;
1:17-cv-04088; 1:17-cv-04089; 1:17-cv-04090; 1:17-cv-04092; 1:17-cv-04093; 1:17-cv-04094;
1:17-cv-04096; 1:17-cv-04100; 1:17-cv-04112; 1:17-cv-04115; 1:17-cv-04116; 1:17-cv-04118;
1:17-cv-04120; 1:17-cv-04130; 1:17-cv-04131; 1:17-cv-04132; 1:17-cv-04134; 1:17-cv-04137;
1:17-cv-04138; 1:17-cv-04139; 1:17-cv-04157; 1:17-cv-04176; 1:17-cv-04178; 1:17-cv-04179;
1:17-cv-04180; 1:17-cv-04182; 1:17-cv-04183; 1:17-cv-04186; 1:17-cv-04189; 1:17-cv-04190;
1:17-cv-04192; 1:17-cv-04197; 1:17-cv-04211; 1:17-cv-04223; 1:17-cv-04224; 1:17-cv-04225;

1:17-cv-04226; 1:17-cv-04227; 1:17-cv-04228; 1:17-cv-04230; 1:17-cv-04232; 1:17-cv-04234; 1:17-cv-04235; 1:17-cv-04236; 1:17-cv-04237; 1:17-cv-04246; 1:17-cv-04248; 1:17-cv-04249; 1:17-cv-04250; 1:17-cv-04251; 1:17-cv-04252; 1:17-cv-04254; 1:17-cv-04256; 1:17-cv-04259; 1:17-cv-04290; 1:17-cv-04305; 1:17-cv-04308; 1:17-cv-04317; 1:17-cv-04352; 1:17-cv-04353; 1:17-cv-04357; 1:17-cv-04360; 1:17-cv-04389; 1:17-cv-04390; 1:17-cv-04391; 1:17-cv-04400; 1:17-cv-04436; 1:17-cv-04451; 1:17-cv-04482; 1:17-cv-04516; 1:17-cv-04518; 1:17-cv-04520; 1:17-cv-04521; 1:17-cv-04522; 1:17-cv-04528; 1:17-cv-04529; 1:17-cv-06064; 1:17-cv-06069; and 1:17-cv-06076.

_____

## MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF THE COOK DEFENDANTS' MOTION TO DISMISS

Plaintiffs in the causes of action listed above seek leave to file a sur-reply to Defendant's Reply In Support Of the Cook Defendants' Motion to Dismiss in order to address misrepresentations and/or mischaracterizations in Defendant's reply in Support of the Cook Defendants' Motion to Dismiss.

A copy of the proposed Sur-reply is attached hereto as Exhibit 1.

Dated: March 9, 2018

                    Respectfully submitted,

                    *s/ David P. Matthews*
                    David P. Matthews, Bar No. 13206200
                    Julie L. Rhoades, Bar No. 16811710
                    MATTHEWS & ASSOCIATES
                    2905 Sackett Street
                    Houston, TX 77098
                    Telephone: (713) 522-5250
                    Facsimile: (713) 535-7184
                    matthewsivc@thematthewslawfirm.com
                    dmatthews@thematthewslawfirm.com
                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, a copy of the foregoing document was filed electronically with the Clerk of the Court, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*s/ David P. Matthews*
DAVID P. MATTHEWS