# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Actions:

1:16-cv-03406; 1:16-cv-06038; 1:16-cv-06039; 1:16-cv-06049; 1:17-cv-00811; 1:17-cv-00858;
1:17-cv-01020; 1:17-cv-01023; 1:17-cv-01449; 1:17-cv-01479; 1:17-cv-01516; 1:17-cv-01634;
1:17-cv-01635; 1:17-cv-01706; 1:17-cv-01790; 1:17-cv-01936; 1:17-cv-01947; 1:17-cv-01980;
1:17-cv-02012; 1:17-cv-02024; 1:17-cv-02055; 1:17-cv-02073; 1:17-cv-02081; 1:17-cv-02269;
1:17-cv-02315; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02326; 1:17-cv-02496; 1:17-cv-02531;
1:17-cv-02533; 1:17-cv-02667; 1:17-cv-02679; 1:17-cv-02687; 1:17-cv-02784; 1:17-cv-02927;
1:17-cv-02932; 1:17-cv-03049; 1:17-cv-03064; 1:17-cv-03111; 1:17-cv-03127; 1:17-cv-03132;
1:17-cv-03155; 1:17-cv-03165; 1:17-cv-03178; 1:17-cv-03223; 1:17-cv-03225; 1:17-cv-03228;
1:17-cv-03242; 1:17-cv-03243; 1:17-cv-03270; 1:17-cv-03277; 1:17-cv-03317; 1:17-cv-03331;
1:17-cv-03340; 1:17-cv-03341; 1:17-cv-03376; 1:17-cv-03379; 1:17-cv-03392; 1:17-cv-03396;
1:17-cv-03403; 1:17-cv-03407; 1:17-cv-03409; 1:17-cv-03438; 1:17-cv-03452; 1:17-cv-03462;
1:17-cv-03463; 1:17-cv-03464; 1:17-cv-03468; 1:17-cv-03476; 1:17-cv-03486; 1:17-cv-03527;
1:17-cv-03555; 1:17-cv-03557; 1:17-cv-03564; 1:17-cv-03566; 1:17-cv-03576; 1:17-cv-03586;
1:17-cv-03587; 1:17-cv-03592; 1:17-cv-03593; 1:17-cv-03594; 1:17-cv-03595; 1:17-cv-03597;
1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03603; 1:17-cv-03604; 1:17-cv-03618;
1:17-cv-03621; 1:17-cv-03622; 1:17-cv-03629; 1:17-cv-03635; 1:17-cv-03654; 1:17-cv-03657;
1:17-cv-03683; 1:17-cv-03688; 1:17-cv-03695; 1:17-cv-03699; 1:17-cv-03713; 1:17-cv-03714;
1:17-cv-03719; 1:17-cv-03729; 1:17-cv-03732; 1:17-cv-03733; 1:17-cv-03754; 1:17-cv-03756;
1:17-cv-03766; 1:17-cv-03769; 1:17-cv-03774; 1:17-cv-03776; 1:17-cv-03778; 1:17-cv-03796;
1:17-cv-03806; 1:17-cv-03809; 1:17-cv-03810; 1:17-cv-03813; 1:17-cv-03814; 1:17-cv-03815;
1:17-cv-03836; 1:17-cv-03838; 1:17-cv-03840; 1:17-cv-03841; 1:17-cv-03844; 1:17-cv-03847;
1:17-cv-03849; 1:17-cv-03866; 1:17-cv-03903; 1:17-cv-03908; 1:17-cv-03930; 1:17-cv-03931;
1:17-cv-03932; 1:17-cv-03933; 1:17-cv-03958; 1:17-cv-03973; 1:17-cv-03991; 1:17-cv-03992;
1:17-cv-04017; 1:17-cv-04020; 1:17-cv-04025; 1:17-cv-04026; 1:17-cv-04041; 1:17-cv-04042;
1:17-cv-04047; 1:17-cv-04050; 1:17-cv-04051; 1:17-cv-04052; 1:17-cv-04056; 1:17-cv-04085;
1:17-cv-04088; 1:17-cv-04089; 1:17-cv-04090; 1:17-cv-04092; 1:17-cv-04093; 1:17-cv-04094;
1:17-cv-04096; 1:17-cv-04100; 1:17-cv-04112; 1:17-cv-04115; 1:17-cv-04116; 1:17-cv-04118;
1:17-cv-04120; 1:17-cv-04130; 1:17-cv-04131; 1:17-cv-04132; 1:17-cv-04134; 1:17-cv-04137;
1:17-cv-04138; 1:17-cv-04139; 1:17-cv-04157; 1:17-cv-04176; 1:17-cv-04178; 1:17-cv-04179;
1:17-cv-04180; 1:17-cv-04182; 1:17-cv-04183; 1:17-cv-04186; 1:17-cv-04189; 1:17-cv-04190;
1:17-cv-04192; 1:17-cv-04197; 1:17-cv-04211; 1:17-cv-04223; 1:17-cv-04224; 1:17-cv-04225;

1:17-cv-04226; 1:17-cv-04227; 1:17-cv-04228; 1:17-cv-04230; 1:17-cv-04232; 1:17-cv-04234; 1:17-cv-04235; 1:17-cv-04236; 1:17-cv-04237; 1:17-cv-04246; 1:17-cv-04248; 1:17-cv-04249; 1:17-cv-04250; 1:17-cv-04251; 1:17-cv-04252; 1:17-cv-04254; 1:17-cv-04256; 1:17-cv-04259; 1:17-cv-04290; 1:17-cv-04305; 1:17-cv-04308; 1:17-cv-04317; 1:17-cv-04352; 1:17-cv-04353; 1:17-cv-04357; 1:17-cv-04360; 1:17-cv-04389; 1:17-cv-04390; 1:17-cv-04391; 1:17-cv-04400; 1:17-cv-04436; 1:17-cv-04451; 1:17-cv-04482; 1:17-cv-04516; 1:17-cv-04518; 1:17-cv-04520; 1:17-cv-04521; 1:17-cv-04522; 1:17-cv-04528; 1:17-cv-04529; 1:17-cv-06064; 1:17-cv-06069; and 1:17-cv-06076.

_____

## ORDER ON MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF THE COOK DEFENDANTS' MOTION TO DISMISS

The Court, having considered Plaintiff's Motion for Leave to File a Sur-Reply to Defendant's Reply in Support of the Cook Defendants' Motion to Dismiss, and being duly advised in the premises, hereby finds that the Plaintiffs' motion is GRANTED.

It is therefore Ordered, Adjudged, and Decreed that the Plaintiffs are granted leave to file a Sur-Reply to Defendant's Reply in Support of the Cook Defendants' Motion to Dismiss.

Signed this ____ day of _____, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record