IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff  Lillian Verde

Civil Case #  1:17-CV-22354

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

    Lillian Verde

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Arizona

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Arizona and Ohio

6. Plaintiff's/Deceased Party's current state of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    USDC for the District of Arizona and USDC for the Northern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated
    ☑ Cook Medical, LLC
    ☑ William Cook Europe APS

9. Basis of Jurisdiction
    ☑ Diversity of Citizenship
    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6 through 28

    b. Other allegations of jurisdiction and venue:

        Order establishing policies and procedures

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip Vena Cava Filter
☐ Cook Celect Vena Cava Filter
☐ Günther Tulip Mreye
☐ Cook Celect Platinum
☑ Other:     Lot No. 8226466

11. Date of implantation as to each product:

    7/26/2006 and 2/14/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Banner University Medical Center, 1501 North Campbell Ave., Tucson, AZ 85724
    Tucson Medical Center, 5301 E. Grant Rd., Tucson, AZ 85712

13. Implanting Physician(s):

    Paul R. Gordon, MD (2006) and John P. Pacanowski, MD (2008)

14. Counts in the Master Complaint brought by Plaintiff(s):
    ☑ Count I:     Strict Products Liability - Failure to Warn
    ☑ Count II:    Strict Products Liability - Design Defect
    ☑ Count III:   Negligence
    ☑ Count IV:    Negligence *Per Se*
    ☑ Count V:     Breach of Express Warranty
    ☑ Count VI:    Breach of Implied Warranty
    ☑ Count VII:   Violations of Applicable Arizona and Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium
☐ Count IX: Wrongful Death
☐ Count X: Survival
☑ Count XI: Punitive Damages
☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff:

    David C. DeGreeff, Wagstaff & Cartmell LLP


16. Address and bar information for Attorney for Plaintiff:

    MO Bar No. 55019, Wagstaff & Cartmell LLP, 4740 Grand Ave., Suite 300

    Kansas City, MO 64112

Date: 11/8/2017

                                    Respectfully submitted,

                                    By: /s/ Thomas P. Cartmell
                                    Thomas P. Cartmell (MO Bar No. 45366 )
                                     (admitted *pro hac vice*)
                                    **Wagstaff & Cartmell, LLP**
                                    4740 Grand Ave., Suite 300
                                    Kansas City, MO 64112
                                    (816) 701-1100
                                    (816) 531-2372 (fax)
                                    tcartmell@wcllp.com

By: /s/ David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***
