UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage v. Cook Medical, Inc. et al. 1:14-cv-1875-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER ON COOK'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AND RENEWED MOTION FOR SUMMARY JUDGMENT

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS filed an Unopposed Motion for Leave to File Second and Renewed Motion for Summary Judgment. The court has reviewed the Motion (Filing No. 7767), and finds it should be **GRANTED**. Cook's Second and Renewed Motion for Summary Judgment, attached to the Motion for Leave (Filing No. 7767-1), is treated as filed.

**SO ORDERED** this 9th day of March 2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.