# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage,*
*v. Cook Medical, Inc. et al.,*

Case No. 1:14-cv-01875-RLY-TAB

## THE COOK DEFENDANTS' SECOND AND RENEWED MOTION FOR SUMMARY JUDGMENT

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), respectfully move the Court to enter summary judgment on Plaintiff's claim for breach of warranty and Plaintiff's request for punitive damages. Cook is entitled to summary judgment on Plaintiff's claim on the grounds that there is no genuine issue of material fact and Cook is therefore entitled to judgment as a matter of law. Specifically:

1. Plaintiff's breach of warranty claim is time-barred because the terms and conditions applicable to the sale of Plaintiff's device limit the statute of limitations period for breach of warranty claims to one year and one day from the delivery of the product, and Plaintiff filed suit more than three and a half years after product delivery;

2. The terms and conditions applicable to the sale of Plaintiff's device expressly disclaim the implied warranty of merchantability;

      3.      Plaintiff failed to provide reasonable notice of the alleged breach of warranty, as required under both Indiana and Illinois law;

      4.      Plaintiff can offer no expert testimony that any alleged breach of warranty caused any of Plaintiff's claimed injuries;

      5.      Plaintiff's punitive damages claim cannot survive because neither punitive nor exemplary damages are recoverable in a breach of implied warranty claim sounding in contract; and

      6.      Plaintiff has no expert testimony on defect in light of Dr. McMeeking's trial testimony in *Hill*.

This Motion is supported by the Cook Defendants' Memorandum in Support of its Second and Renewed Motion for Summary Judgment and exhibits filed therewith. For the foregoing reasons, Cook urges the Court to grant its Motion and enter summary judgment in favor of Cook on Plaintiff's claims for breach of warranty and punitive damages, and provide all other just and appropriate relief.

                                                  Respectfully submitted,

Dated: March 6, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: joe.tanner@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.116772654.01