UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br> _____ <br><br> This Document Relates to: <br> Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage v. Cook Medical, Inc., et al. <br> 1:14-cv-1875-RLY-TAB <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## ENTRY FOR MARCH 9, 2018

### RICHARD L. YOUNG, JUDGE

The parties appeared for a conference call on the Cook Defendants' Second and Renewed Motion for Summary Judgment. The parties argued the merits of the Motion. The court indicated it would issue a ruling as soon as possible.

**SO ORDERED** this 9th day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1