# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES            Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                             MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Actions only:

    Elizabeth Jane Hill,
    No. 1:14-cv-06016-RLY-TAB

_____

## ORDER ON AGREED MOTION FOR
## 7-DAY EXTENSION OF BILL OF COSTS DEADLINE

This matter came before the Court on an agreed motion filed by the Cook Defendants for an order extending the deadline for Cook to file its Bill of Costs and supporting documentation by seven days. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the agreed motion is in all respects granted, and

2. That the deadline for Cook to file its Bill of Costs is extended to December 6, 2017.

Dated: 3/9/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.

US.115302167.01