IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JACQUELINE S. LANG

Civil Case #: 3:17-cv-00180-RLY-TAB

**PLAINTIFF JACQUELINE LANG'S RESPONSE TO THE COOK DEFENDANTS' <u>MOTION TO DISMISS</u>**

COMES NOW Jacqueline Lang (hereinafter referred to as "Plaintiff") and files her Response to Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), Motion to Dismiss. In support of her Motion, Plaintiff states as follows:

Plaintiff's completed and verified Plaintiff Profile Sheet was submitted to the Cook Defendants on March 9, 2018, along with corresponding documents via email to Andrea.Pierson@FaegreBD.com, Angela.Hall@FaegreBD.com, and Michelle.Danner@FaegreBD.com. ***See completed and verified Plaintiff Profile Sheet and email attached hereto as Exhibit A.*** In addition, Plaintiff's completed and verified Plaintiff Profile Sheet was submitted to the Cook Defendants on March 9, 2018, along with corresponding documents via the Cook Defendants' Secure File Transfer site https://sft.faegrebd.com/envelope/CookFilterMDL. ***See Exhibit B.***

1

As a result of the Plaintiff's completed and verified Plaintiff Profile Sheet, along with corresponding documents, the Cook Defendants' Motion to Dismiss against Plaintiff Jacqueline Lang should be denied in its entirety as being moot.

WHEREFORE, Plaintiff Jacqueline Lang respectfully requests the Court deny the Cook Defendants' Motion to Dismiss.

Dated: March 9, 2018.

                                  Respectfully submitted,

**LAW OFFICE OF BEN C. MARTIN**

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
Thomas Wm. Arbon, TX Bar No. 01284275
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of March, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>CLIFF W. MARCEK, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>LAW OFFICES OF DAVID J. BRITTON<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>HARRIS, RENY & TORZEWSKI<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 |
| Brian J. Urban<br>LAW OFFICES OF ANTHONY URBAN, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>TIM MOORE, ATTORNEY AT LAW, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>HOUSSIERE DURANT & HOUSSIERE, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>ROSEN & SPEARS<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>CORRIE YACKULIC LAW FIRM PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| George Jerre Duzane<br>DUZANE, KOOPERMAN & MONDELLI<br>603 Woodland Street<br>Nashville, TN 37206-4211 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH 44140 |

| | |
|---|---|
| Joseph A. Napiltonia<br>LAW OFFICE OF JOE NAPILTONIA<br>213 Third Avenue North<br>Franklin, TN 37064 | Robert M. Hammers, Jr.<br>JASON T. SCHNEIDER, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Lucas J. Foust<br>FOUST LAW OFFICE<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>MORGAN & MORGAN, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Wilnar J. Julmiste<br>ANDERSON GLENN LLP – BOCA RATON, FL<br>2201 NW Corporate Boulevard, Suite 100<br>Boca Raton, FL 33431 | |

*/s/ Ben C. Martin*
Ben C. Martin

4