# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Friday, March 9, 2018 1:07 PM |
| **To:** | 'Danner, Michelle R.'; 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts' |
| **Cc:** | Ben Martin; Tom Arbon; 'Timothy Bolton'; Henry Coke |
| **Subject:** | FW: Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Motion (Other) |
| **Attachments:** | PPS - Lang, Jacqueline.pdf; Cook Authorizations - Lang, Jacqueline.pdf; CMO 4 - Lang, Jacqueline.pdf; CMO 13 - Lang, Jacqueline.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Jacqueline Lang, with attached documents and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Jacqueline Lang: (1) Plaintiff Profile Sheet; (2) Medical records, including product identification and the alleged injury; and (3) Executed Cook medical authorizations.

Finally, Plaintiff will file a Response to Cook's Motion to Dismiss, attaching the above documents as an Exhibit to her Response.

Thank you.


**Christina Guerra – Paralegal**
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@bencmartin.com
**Website:** www.bencmartin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet,** you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Jacqueline Lang vs. Cook Medical, Inc., et al     **Date:** 03/09/18
**Docket No.:** 3:17-cv-00180
**Plaintiff(s) attorney and Contact information:**
Ben C. Martin/Thomas Wm. Arbon
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Jacqueline Suzanne Lang (Lang maiden name)
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: N/A                                Loss of Consortium?  ☐ Yes ☑ No
3. Date of birth:
4. Date of death (if applicable): N/A
5. Social Security No.:
6. Current Address:
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| See Attachment I | |
| | |
| | |

1

ATTACHMENT I

Page 1, No. 6

6. Current Address:

    a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

68 Oak View Dr
Festus, MO 63028
2003-2005

1302 Jungermann Rd
Arnold, MO 63010
2005-2007

5200 Lakewood Ter
Imperial, MO 63052
2007-2009

4203 Kahlua Ln, Apt F
Saint Louis, MO 63129
2009

206 Timberwyck St., Apt 14
Festus, MO 63028
2009

114 Virginia Ave
Crystal City, MO 63019
2008-2011

P.O.Box 991
Fenton, MO 63026
2010-2011

2726 Salin Rd
Penton, MO 63026
2010-2014

305 Mount Everest Dr, Apt. A
Fenton, MO 63026
2011

4122 Birch Ct
Imperial, MO 63052
2012

4029 Tholozan Ave
Saint Louis, MO 63116
2013

3607 Highway D
DeFiance, MO 63341
2014-2015

1307 Auburn Hills Dr.
Saint Charles, MO 63304
2014-2016

908 Pevely Point Dr, Apt 111
Pevely, MO 63070
2015-2017

1 Oak View Dr #66
Festus, MO 63028
2017

104 Northridge Pl
Wright City, MO 63390
2018

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   (a) N/A

   (b) Stephen Westbrook; DOM: 09/10

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | See Attachment I I | | |
   | | | |
   | | | |
   | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    Some College, Jefferson College, Hillsboro, MO

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | Valve Village | Stocker | 2012 | $7.25/hr |
    | McDonalds | Manager | 2010 | $10.00/hr |
    | Jack in Box | Crew leader | 2011 | $8.50/jr |
    | | | | |

2

ATTACHMENT 11

Page 2, No. 8

| | | |
|---|---|---|
| 8. | Do you have children?  X Yes | |
| 1. | Hunter Westbrook, | Yes |
| 2. | Hannah Westbrook, | Yes |
| 3. | Hayden Westbrook, | Yes |
| 4. | Houston Gurley, | Yes |
| 5. | Harleigh Rabenort, | Yes |
| 6 | Holten Rabenort, | Yes |

    a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☒No

    b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

    N/A

14. Have you ever served in any branch of the military? ☐Yes ☒No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☒No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

N/A

16. Do you have a computer? ☒Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☒Yes ☐No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 11/08/12
2. Reason for Implant: DVT
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: N/A
6. Placement Physician (Name/Address): Bruce Kirke Bieneman, MD, 3635 Vista Ave, St. Louis, MO 63110
7. Medical Facility (Name/Address): St.. Anthony's Medical Center, 10010 Kennerly Rd, St. Louis, MO 63128

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). IVC filter
    b. When was this device or product implanted in you? Unknown but post 11/9/2012
    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? Unknown
    d. Provide the name and address of facilities where the other device or product implanted in you? SSM Health St. Clare Hospital-Fenton, 1015 Bowles Ave, Fenton, MO
    e. State your understanding of why was the other device or product implanted in you? DVT

- *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 11/09/12
2. Type of retrieval: Percutaneously
3. Retrieval physician (Name/Address): Bruce Kirke Bieneman, MD, 3635 Vista Ave, St. Louis, MO 63110
4. Medical Facility (Name/Address): St.. Anthony 's Medical Center, 10010 Kennerly Rd, St. Louis, MO 63128
5. Reason for Retrieval: IVC filter migrated into the right renal vein; strut perforation

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): 01/2013
2. Type of retrieval: Unknown
3. Retrieval physician (Name/Address): Known
4. Medical Facility (Name/Address): SSM Health St. Clare Hospital-Fenton, 1015 Bowles Ave, Fenton, MO
5. Reason for Retrieval: No longer needed

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

4

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☑ **Migration** | ☑ **Other** hook of the IVC filter in the right renal vein |
| ☑ **Tilt** | ☑ **Other** IVC filter rotated |
| ☑ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

11/09/12 IVC CT of Abdomen _____ by St. Anthony's Medical Center, 10010 Kennerly Rd, S
(e.g. imaging studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The Plaintiff continues to experience chest pain on a daily basis.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  34     Height 5'2     Weight 247
2. Provide your: Age 28     Weight 200     (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2007, 2008, 2009 & 2010 | SSM Health St. Clare Hospital-Fenton, 1015 Bowles Ave, Fenton, MO |
| 2010, 2011, 2012 | St.. Anthony's Medical Center, 10010 Kennerly Rd, St. Louis, MO 63128 |
| 2012 | St. John's Mercy Hospital-St. Louis, 615 S. New Ballas Rd, Saint Louis, MO 63141 |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☐ Yes ☑ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| See Attachment III | |
| | |
| | |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

6

ATTACHMENT I I I

Page 6, No. 5

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

St. Anthony 's Medical Center
10010 Kennerly Rd
St. Louis, MO 63128
314/525-1000
2012, 2013

SSM Health St. Clare Hospital-Fenton
1015 Bowles Ave
Fenton, MO 63026
636/496-2000
2012 and 2013

St. John's Mercy Hospital – St. Louis
615 S. New Ballas Rd
Saint Louis, MO 63141
314/251-6000
2015

St. Anthony 's Medical Center
10010 Kennerly Rd
St. Louis, MO 63128
314/525-1000
2017

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Heidi Rodgers, MD - Oncologist | 607 S. New Ballas Rd, #3300, Saint Louis, MO 314/251-4400 | 2012 - Present |
| William Morris, MD - Oncologist | 10012 Kennerly Rd Saint Louis, MO 314/849-6066 | 2012 |
| Ilia Sumoza, MD - Oncologist | 1011 Bowles Ave Fenton, MO 63026 636/496-4600 | 2012-2013 |
| Catherine Moore, DO - primary care physician | 12680 Olive Blvd, #300 Saint Louis, MO 314/251-8888 | 2015-2016 |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐ Yes ☑ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   The Plaintiff performs her household chores, such as gardening, grocery shopping, and cleaning her home, while experiencing chest pain.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   Not sure possibly 6

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   Not sure possibly 4

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☑ Yes ☐ No | 2012 | Heidi Rodgers, MD, 607 S. New Ballas Rd, #300, Saint Louis, MO |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☐ Yes ☑ No | | |

7

| | | |
|---|---|---|
| Anti-thrombin deficiency<br>☐Yes ☑No | | |
| Prothrombin mutation<br>☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| **Approx. Date Range** | **Health Problem or Surgery** |
|---|---|
| | All listed above |
| | |
| | To the best of Plaintiff's recollection and knowledge, she does not recall additional health problems or surgeries, other than those listed |
| | above. See III, IV, VIII.3, VIII.5, VIII.6, and Attachment III |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☑Yes ☐No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

Depression; 2017; Ernest A. Graypel, MD, St. Anthony's Medical Center, 10010

Kennerly Rd, St. Louis, MO 63128;

8

13. Do you now or have you ever smoked tobacco products? ☑Yes ☐No

    If yes: How long have/did you smoke? 10 years

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Coumadin | Blood Clots | 2012- 2013 | Walmart, Festus, MO 63028 |
| Xarelto | Blood Clots | 2016 - Current | Walgreens Festus, MO 63028 |
| Levothyroxine | Hypothyroidism | 2000 - Current | Walgreens, Festus, MO 63028 |
| Kepra | Seizures | 2003 - Current | Walgreens, Festus, MO 63028 |
| Oxycodone | Back pain | 2016 - 2017 | Peverly Medicine Shoppe, Festus, MO 63028 |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: N/A

    b. Case/Claim Number: N/A

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☑Yes ☐No. If yes, specify:

    a. Date (or year) of application: 2016 and 2017

    b. Type of benefits sought: Social Security Disability

    c. Agency/Insurer from which you sought the benefits: Social Security Disability

    d. The nature of the claimed injury/disability: Back pain

9

    e. Whether the claim was accepted or denied: Denied

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Sara Pullen | 1945 Erin Dr, Fetus, MO | Friend |
| Julia Browning | Fenton, MO | Sister |
| Jennifer Temme | Fenton, MO | Sister |
| Jessica Lang | Imperial, MO | Sister |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR
   ☒Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR
   ☒Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐the documents are attached OR ☒I have no documents OR
   ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☐ the documents are attached OR ☒ I have no documents OR
   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☒ the documents are attached OR ☐ I have no documents OR
   ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☒ Does not apply to me

11

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
    ☐ Does not apply to me

### AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

### VERIFICATION

I, *Jacqueline Lang*, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated *3/9/18* and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*[signature]*
[Signature of Claimant]

### VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]



IP ENCOUNTER REPORT

Lang, Jacqueline S
MRN:                              , Sex: F
Acct #: 405072.
Adm: 11/9/2012, D/C: 11/12/2012

## Radiology Results

**SP IVC Filter Removal [31546866]**                         Resulted: 11/12/12 1731, Result status: Final result

Ordering provider: Bruce Kirke Bieneman, MD  11/09/12 2058
Performed: 11/09/12 2130 - 11/09/12 2328
Resulting lab: SAMC IMAGING
Narrative:
INFERIOR VENA CAVAL FILTER REMOVAL

Resulted by: Bruce Kirke Bieneman, MD
Accession number: 3824584

Date of examination: November 9, 2012.

Clinical history: Patient with prior history of deep venous thrombosis and noncompliant on Coumadin with an inferior vena cava filter placed 24 hours earlier and now migrated into the right renal vein essentially constituting a renal vein foreign body requiring removal.

Description of procedure:
Informed consent was obtained including a detailed description of the risks and benefits of IVC filter removal. The interval migration of the IVC filter following placement was explained to the patient in detail. The patient was placed on the procedure table in the supine position. The right neck was prepped and draped in sterile fashion. 1% lidocaine was used for local skin anesthesia and conscious sedation was administered for 1 hour following the appropriate protocol with intravenous administration of Versed 6 mg and Fentanyl 200 mcg. Ultrasound of the right neck demonstrated a patent and compressible right internal jugular vein and the images were permanently recorded in PACS. Utilizing ultrasound guidance with permanent image recording and direct real time needle visualization, the right internal jugular vein was percutaneously entered using micropuncture technique and subsequently a 0.018 wire advanced into the superior vena cava. A micropuncture sheath was then advanced over wire and subsequently a 0.035 Bentson wire advanced via the sheath into the inferior vena cava. Successive dilatation over wire was performed until a 10-French sheath was advanced into the inferior vena cava. A 5-French multipurpose angled catheter was then advanced through the sheath and a inferior vena cavagram performed. A selective right renal vein venogram was also performed. This demonstrated the IVC filter tilted with the hook of the filter in the right renal vein. Using a 30 mm goose neck loop snare, the hook of the filter was snared and the filter successfully retrieved into the sheath. A post removal venogram was performed of both the inferior vena cava and right renal vein which failed to reveal any evidence of caval injury or renal vein laceration. The right internal jugular vein sheath was removed and hemostasis achieved with direct pressure at the entry site in the right neck. The patient tolerated the procedure well and there was no evidence of immediate postprocedure complication. The fluoroscopy time was 12.9 minutes with a total estimated exposure of 1429 mGy. 50 ml Omnipaque-300 was used in performance of the procedure.

Findings:
Selective right renal venogram and inferior vena cavagram demonstrated IVC filter with the proximal hook of the filter migrated into the right renal vein. The venogram suggested strut penetration along the left lateral wall of the inferior vena cava. The filter was successfully removed without incident. There was no evidence of postprocedure extravasation or renal vein injury.

IMPRESSION

1. Successful IVC filter foreign body removal.


**CT Chest With Contrast [31616654]**                        Resulted: 11/10/12 1547, Result status: Final result

Ordering provider: William Morris, MD  11/10/12 1207
Performed: 11/10/12 1451 - 11/10/12 1451

Resulted by: Bradley K Baker, MD
Accession number: 3824915

Lang, Jacqueline S (MR # 547648) Printed at 1/22/18  3:33 PM