# EXHIBIT B

| | |
|---|---|
| **From:** | cguerra@bencmartin.com |
| **Sent:** | Friday, March 9, 2018 1:50 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 5 secure files from cguerra@bencmartin.com.**
Use the secure links below to download.

---

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Jacqueline Lang, with attached documents and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Jacqueline Lang: (1) Plaintiff Profile Sheet; (2) Medical records, including product identification and the alleged injury; and (3) Executed Cook medical authorizations.

Finally, Plaintiff will file a Response to Cook's Motion to Dismiss, attaching the above documents as an Exhibit to her Response.

Thank you.

Christina Guerra – Paralegal
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Office: (214) 761-6614
Fax: (214) 744-7590
Email: cguerra@bencmartin.com
Website: www.bencmartin.com

**Secure File Downloads:**
Available until: **15 March 2018**

Click links to download:

**PPS - Lang, Jacqueline.pdf**
429.83 KB

**Cook Authorizations - Lang, Jacqueline.pdf**
640.34 KB

**CMO 4 - Lang, Jacqueline.pdf**
40.80 KB

**CMO 13 - Lang, Jacqueline.pdf**
263.78 KB

**LANG JACQUELINE ST ANTHONYS MEDICAL CENTER MR.pdf**
19.94 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

1