IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JACQUELINE S. LANG

Civil Case #: 3:17-cv-00180-RLY-TAB

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

This matter has come before the Court on the Cook Defendants' Motion to Dismiss for lack of a Plaintiff Profile Sheet. The Court, having reviewed the Cook Defendants' Motion and Plaintiff Jacqueline Lang's Response, finds that for good cause shown, the Cook Defendants' Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

SO ORDRED this ___ day of March, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies of all registered counsel of record via the Court's ECF system. All non-registered counsel of record will be served by Plaintiff's Co-Lead Counsel.