UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage v. Cook Medical, Inc. et al. 1:14-cv-1875-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON COOK'S SECOND AND RENEWED MOTION FOR SUMMARY JUDGMENT**

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS, filed a Second and Renewed Motion for Summary Judgment. They contend that Plaintiff's claim for breach of the implied warranty of merchantability is time-barred because the terms and conditions applicable to the sale of Plaintiff's device limit the statute of limitations period for breach of warranty claims to one year and one day from delivery of the product, and Plaintiff filed suit more than three and-a-half years after product delivery. They further contend, *inter alia*, that the terms and conditions applicable to the sale of Plaintiff's device expressly disclaim the implied warranty of merchantability. During the teleconference held today, Plaintiff's counsel orally responded to the Motion, but was unable to controvert Defendants' evidence.

1

Having considered Cook's Motion, its supporting memorandum, Plaintiff's oral response, the designated evidence, and the applicable law, the court finds the Motion (Filing No. 7767-1) should be **GRANTED** with respect to the breach of implied warranty claim, and, consequently, to Plaintiff's claim for punitive damages. As these were the last two claims remaining in this case, the court will issue final judgment forthwith.

**SO ORDERED** this 9th day of March 2018.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.