UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to: Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage v. Cook Medical, Inc. et al. 1:14-cv-1875-RLY-TAB  _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PRETRIAL DEADLINES & CONTINUE THE HEARING ON THE MOTIONS *IN LIMINE***

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS (collectively "the Cook Defendants" or "Cook") filed an Unopposed Motion to Enlarge Pretrial Deadlines & Continue the Hearing on Motions *in Limine*. Since the filing of this Motion, the court granted Cook's Motion for Summary Judgment on the two remaining claims in this case: breach of the implied warranty of merchantability and punitive damages. Accordingly, this Motion (Filing No. 7717) is **DENIED as MOOT**.

**SO ORDERED** this 9th day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record