UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: <br> Brenda Helms, Bankruptcy Trustee for the Estate of Arthur Gage v. Cook Medical, Inc. et al. <br> 1:14-cv-1875-RLY-TAB <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## FINAL JUDGMENT

The court granted Defendants' Second and Renewed Motion for Summary Judgment on the only remaining claims in this case: Plaintiff's claims for breach of the implied warranty of merchantability and punitive damages. Accordingly, the court issues final judgment in favor of Defendants and against the Plaintiff.

**SO ORDERED** this 9th day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record