IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

1:17-cv-04093 Cleek, Michael
1:17-cv-03600 Cooper, Chris
1:17-cv-04092 Shaikh, Nisar
1:17-cv-04096 Cordar, Johnny
1:17-cv-02326 Furney, Sherri

### PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs ("Plaintiffs") file this Supplemental Response to the Motion to Dismiss [DOC 7600] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court not dismiss certain matters, and grant additional time for Plaintiffs to submit PPS based on new information made available since the Plaintiffs filed their initial response ("Response") [DOC 7682] as set forth herein. In support of this Motion, the Plaintiffs state:

1. On February 1, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including twenty-five (25) Plaintiffs represented by the Curtis Law Group, for failure to provide Plaintiff Profile Sheets.

2. On February 16, 2018, the Plaintiffs filed their Response to the Cook Defendants Motion to Dismiss which outlined twelve (12) Plaintiffs that Counsel for Plaintiffs were unable to contact, which included the following Plaintiffs:

1

      1:17-cv-04092 Shaikh, Nisar
      1:17-cv-04096 Cordar, Johnny

3. Since the filing of Plaintiff's initial Response motion, Plaintiff Nisar Shaikh has been located and his Plaintiffs Profile Sheet, signed authorizations and medical records were uploaded to the Cook Defendants' FTP site on March 1, 2018.

4. Additionally, Plaintiffs' Counsel has been in contact with Plaintiff Johnny Cordar and he has been resent his PPS in which he assured he will expeditiously return to Plaintiffs' Counsel.

5. Accordingly, Plaintiffs' Counsel needs more time for Plaintiff Johnny Cordar to fill out and return his PPS. Plaintiffs' Counsel humbly asks the Court for an additional fourteen (14) days for Plaintiff Johnny Cordar to return his PPS and for Plaintiff's Counsel to file it.

6. Plaintiffs' Response, filed on February 16, 2018, also outlined twelve (12) Plaintiffs that filed Plaintiff Profile Sheets, which included the following two Plaintiffs:

      1:17-cv-04093 Cleek, Michael
      1:17-cv-03600 Cooper, Chris

7. Since the PPS filings, Plaintiffs' Counsel has become aware of deficiencies that exist with Plaintiff Michael Cleek's and Plaintiff Chris Cooper's PPS.

8. Plaintiffs' Counsel humbly asks the Court for an additional forty-five (45) days for Plaintiff to cure the deficiencies in Michael Cleek's PPS.

9. Furthermore, Plaintiffs' Counsel has served an amended PPS for Plaintiff Chris Cooper on March 8, 2018 and requests that his case not be dismissed.

10. Additionally, as previously stated in Plaintiff Counsel's initial Response motion, Sherri Furney, a Plaintiff previously listed in the Cook Defendants' Motion to Dismiss and Reply Motion, was accidentally filed in two cases by two law firms. She has completed and filed a PFS in case number

1:17-cv-04324, with the law firm of Wright & Schulte, LLC.

11.     Plaintiff's Counsel respectfully requests, Plaintiff Sherri Furney be allowed to continue her case in case number 1:17-cv-04324, with the law firm of Wright & Schulte, LLC.

12.     In the Curtis Law Group's case number, 1:17-cv-02326, a Stipulation of Dismissal was filed on February 15, 2017 [doc. 7668].

WHEREFORE, the Plaintiffs respectfully request that the Court deny the Cook Defendants' Motion to Dismiss as it pertains to Nisar Shaikh as Plaintiff has submitted their PPS, making the issue of not having a submitted PPS, as outlined in the Cook Defendants Motion to Dismiss, moot.

FURTHER Plaintiff, Johnny Cordar prays the Court will grant him an additional fourteen (14) days for Plaintiff to submit his PPS.

FURTHER Plaintiff, Michael Cleek prays that the Court will grant him an additional forty-five (45) days for Plaintiff to cure the deficiencies in his PPS and request that Plaintiff Chris Cooper's case proceed as he has since cured his Deficient PPS.

FURTHER Plaintiff, Sherri Furney prays that she be allowed to continue her representation in case number 1:17-cv-04324, with the law firm of Wright & Schulte, LLC and for all other just and appropriate relief.

Dated: March 9, 2018

                                                Respectfully submitted,

                                         */s/ William B. Curtis*
                                         WILLIAM B. CURTIS
                                         Texas State Bar No. 00783918
                                         CURTIS LAW GROUP
                                         12225 Greenville Avenue, Suite 750
                                         Dallas, TX 75243
                                         Telephone (214) 890-1000
                                         Facsimile (214) 890-1010
                                         Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFFS'**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                                               /s/ William B. Curtis