IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:17-cv-02393 Jatta, Jessica

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff ("Plaintiff") files this Response to the Motion to Dismiss [DOC 7709] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for Plaintiff to submit a PPS as set forth herein. In support of this Motion, the Plaintiffs state:

1. On February 23, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including one Plaintiff, Jessica Jatta, represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants dated January 24, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded, within fifteen (15) days, to the Cook

Defendants' Motion to Dismiss that was filed on February 23, 2018.

4. Plaintiff's counsel has used due diligence to contact Plaintiff Jessica Jatta but has yet to hear back.

5. Numerous attempts to contact Plaintiff Jessica Jatta, have been made to no avail. The efforts have been continuous, but Plaintiff has yet to return a PPS. Attached as Exhibit B are the two letters sent to Plaintiff dated September 5, 2017 and February 1, 2018.

6. Accordingly, Plaintiff's counsel needs more time to locate Plaintiff Jessica Jatta to obtain the necessary information to accurately complete her PPS; specifically, Plaintiff's Counsel humbly asks the Court for an additional forty-five (45) days to find the missing Plaintiff and to produce a PPS.

WHEREFORE, the Plaintiff respectfully requests that the Court deny the Cook Defendants' Motion to Dismiss as it pertains to Plaintiff Jessica Jatta.

FURTHER Plaintiff prays that the Court will grant an additional forty-five (45) days for Plaintiff Jessica Jatta to be located as well as to submit a PPS and for all other just and appropriate relief.

Dated: March 12, 2018

Respectfully submitted,

/s/ William B. Curtis
WILLIAM B. CURTIS
Texas State Bar No. 00783918
CURTIS LAW GROUJP
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*