# EXHIBIT A

Case 1:14-ml-02570-RLY-TAB   Document 7309-1   Filed 09/23/18   Page 2 of 17 PageID #: 42016

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com                                                    USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Amanda@mcglynnglisson.com

       **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Jatta, Jessica ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com