# EXHIBIT B

Daniel J. McGlynn
Christopher D. Glisson
Benjamin P. Mouton

John R. Morganti
Eric E. Helm
Amanda L. Washington
Morgan E. Levy
Paul B. Lauve (Ret.)

Of Counsel
Patrick B. Kennedy

# McGlynn & Glisson & Mouton
*Attorneys at Law*

www.mcglynnglisson.com
www.mgandm.com

September 5, 2017

**URGENT**

Ms. Jessica Jatta
613 Meadow View Road #1012
Bristol, TN 37620

Re:  IVC Filter Case

Dear Ms. Jatta:

Please be advised that my firm, in association with Vaughan Legal Support Services, LLC, and Curtis Law Group, is representing you in your IVC filter case.

I have attempted to contact you by phone and left numerous messages regarding the questionnaire and authorizations we sent to you on July 11, 2017 which we still have not received. It is imperative that we submit these documents to the court **immediately** or your case will be dismissed. If you mailed these documents previously, we did not receive them and it will be necessary for us to re-send the paperwork for you to fill out and return to us again. Please contact us today to discuss this matter if you wish to continue to pursue your case with our firm.

I appreciate your assistance in this matter and, with kindest regards, remain

Very truly yours,

MCGLYNN, GLISSON & MOUTON

Amanda L. Washington

ALW/pr



Daniel J. McGlynn
Christopher D. Glisson
Benjamin P. Mouton

John R. Morganti
Eric E. Helm
Amanda L. Washington
Morgan E. Levy
Renee H. Pennington
Julie H. Ralph*
Paul B. Lauve (Ret.)

Of Counsel
Patrick B. Kennedy

*Only Lic. in AL & MS

340 Florida Street
Baton Rouge, Louisiana 70801
Mailing Address: Post Office Box 1909
Baton Rouge, LA 70821
Telephone: 225.344.3555
800.725.3555
Fax 225.344.3666

Mickey Skyring
Office Manager

www.mcglynnglisson.com

February 1, 2018

**URGENT: RESPONSE REQUIRED**

Ms. Jessica Jatta
613 Meadow View Road #1012
Bristol, TN 37620

Re:   IVC Filter Case

Dear Ms. Jatta:

Please be advised that my firm, in association with Vaughan Legal Support Services, LLC, and Curtis Law Group, is representing you in your IVC filter case.

I have attempted to contact you by phone and left numerous messages regarding the questionnaire and authorizations we sent to you on July 11, 2017 which we still have not received. It is imperative that we submit these documents to the court **immediately** or *your case will be dismissed*. If you mailed these documents previously, we did not receive them and it will be necessary for us to re-send the paperwork for you to fill out and return to us again. Please contact us *today* to discuss this matter if you wish to continue to pursue your case with our firm.

I appreciate your assistance in this matter and, with kindest regards, remain

Very truly yours,

MCGLYNN, GLISSON & MOUTON

Amanda L. Washington

ALW/pr