UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: | ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

1:17-cv-02334; 1:17-cv-03171; 1:17-cv-03204; 1:17-cv-03254; 1:17-cv-03466; 1:17-cv-04551;  1:17-cv-04562; 1:17-cv-04668; 1:17-cv-04700; 1:17-cv-04707; 1:17-cv-04727; 1:17-cv-04728; 1:17-cv-04736; 1:17-cv-04755; 1:17-cv-04767; and 1:17-cv-04768.
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 7643)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the 16 cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

In their Reply, the Cook Defendants **withdrew** the motion with respect to (1) Steven Wayne Forrester, 1:17-cv-03254; (2) Robert Munn, 1:17-cv-04727; and (3) Lena R. Stephens, 1:17-cv-04728.  This leaves 13 cases for which the Cook Defendants seek dismissal.  In those cases with no PPF on file, Plaintiffs are **ORDERED** to file PPFs within **forty-five (45) days** from the date of this Order; in those cases where Plaintiffs have submitted deficient PPFs, Plaintiffs are **ORDERED** to cure the deficiencies within

1

**forty-five (45) days** from the date of this Order. Failure to comply with either condition shall result in dismissal.

**SO ORDERED** this 12th day of March 2018.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.