UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | 1:14-ml-02570-RLY-TAB |
| PRACTICES AND PRODUCT | ) | MDL No. 2570 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | |
| | ) | |
| This Document Relates to: | ) | |

1:16-cv-03406; 1:16-cv-06038; 1:16-cv-06039; 1:16-cv-06049; 1:17-cv-00811; 1:17-cv-00858; 1:17-cv-01020; 1:17-cv-01023; 1:17-cv-01449; 1:17-cv-01479; 1:17-cv-01516; 1:17-cv-01634; 1:17-cv-01635; 1:17-cv-01706; 1:17-cv-01790; 1:17-cv-01936; 1:17-cv-01947; 1:17-cv-01980; 1:17-cv-02012; 1:17-cv-02024; 1:17-cv-02055; 1:17-cv-02073; 1:17-cv-02081; 1:17-cv-02269; 1:17-cv-02315; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02326; 1:17-cv-02496; 1:17-cv-02531; 1:17-cv-02533; 1:17-cv-02667; 1:17-cv-02679; 1:17-cv-02687; 1:17-cv-02784; 1:17-cv-02927; 1:17-cv-02932; 1:17-cv-03049; 1:17-cv-03064; 1:17-cv-03111; 1:17-cv-03127; 1:17-cv-03132; 1:17-cv-03155; 1:17-cv-03165; 1:17-cv-03178; 1:17-cv-03223; 1:17-cv-03225; 1:17-cv-03228; 1:17-cv-03242; 1:17-cv-03243; 1:17-cv-03270; 1:17-cv-03277; 1:17-cv-03317; 1:17-cv-03331; 1:17-cv-03340; 1:17-cv-03341; 1:17-cv-03376; 1:17-cv-03379; 1:17-cv-03392; 1:17-cv-03396; 1:17-cv-03403; 1:17-cv-03407; 1:17-cv-03409; 1:17-cv-03438; 1:17-cv-03452; 1:17-cv-03462; 1:17-cv-03463; 1:17-cv-03464; 1:17-cv-03468; 1:17-cv-03476; 1:17-cv-03486; 1:17-cv-03527; 1:17-cv-03555; 1:17-cv-03557; 1:17-cv-03564; 1:17-cv-03566; 1:17-cv-03576; 1:17-cv-03586; 1:17-cv-03587; 1:17-cv-03592; 1:17-cv-03593; 1:17-cv-03594; 1:17-cv-03595; 1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03603; 1:17-cv-03604; 1:17-cv-03618; 1:17-cv-03621; 1:17-cv-03622; 1:17-cv-03629; 1:17-cv-03635; 1:17-cv-03654; 1:17-cv-03657; 1:17-cv-03683; 1:17-cv-03688; 1:17-cv-03695; 1:17-cv-03699; 1:17-cv-03713; 1:17-cv-03714; 1:17-cv-03719; 1:17-cv-03729; 1:17-cv-03732; 1:17-cv-03733; 1:17-cv-03754; 1:17-cv-03756; 1:17-cv-03766; 1:17-cv-03769; 1:17-cv-03774; 1:17-cv-03776; 1:17-cv-03778; 1:17-cv-03796; 1:17-cv-03806; 1:17-cv-03809; 1:17-cv-03810; 1:17-cv-03813; 1:17-cv-03814; 1:17-cv-03815; 1:17-cv-03836; 1:17-cv-03838; 1:17-cv-03840; 1:17-cv-03841; 1:17-cv-03844; 1:17-cv-03847; 1:17-cv-03849; 1:17-cv-03866; 1:17-cv-03903; 1:17-cv-03908; 1:17-cv-03930; 1:17-cv-03931; 1:17-cv-03932; 1:17-cv-03933; 1:17-cv-03958; 1:17-cv-03973; 1:17-cv-03991; 1:17-cv-03992; 1:17-cv-04017; 1:17-cv-04020; 1:17-cv-04025; 1:17-cv-04026; 1:17-cv-04041; 1:17-cv-04042; 1:17-cv-04047; 1:17-cv-04050; 1:17-cv-04051; 1:17-cv-04052; 1:17-cv-04056; 1:17-cv-04085; 1:17-cv-04088; 1:17-cv-04089; 1:17-cv-04090; 1:17-cv-04092; 1:17-cv-04093; 1:17-cv-04094; 1:17-cv-04096; 1:17-cv-04100; 1:17-cv-04112; 1:17-cv-

04115; 1:17-cv-04116; 1:17-cv-04118; 1:17-cv-04120; 1:17-cv-04130; 1:17-cv-04131;
1:17-cv-04132; 1:17-cv-04134; 1:17-cv-04138; 1:17-cv-04139; 1:17-cv-
04157; 1:17-cv-04176; 1:17-cv-04178; 1:17-cv-04179; 1:17-cv-04180; 1:17-cv-04182;
1:17-cv-04183; 1:17-cv-04186; 1:17-cv-04189; 1:17-cv-04190; 1:17-cv-04192; 1:17-cv-
04197; 1:17-cv-04211; 1:17-cv-04223; 1:17-cv-04224; 1:17-cv-04225; 1:17-cv-04226;
1:17-cv-04227; 1:17-cv-04228; 1:17-cv-04230; 1:17-cv-04232; 1:17-cv-04234; 1:17-cv-
04235; 1:17-cv-04236; 1:17-cv-04237; 1:17-cv-04246; 1:17-cv-04248; 1:17-cv-04249;
1:17-cv-04250; 1:17-cv-04251; 1:17-cv-04252; 1:17-cv-04254; 1:17-cv-04256; 1:17-cv-
04259; 1:17-cv-04290; 1:17-cv-04305; 1:17-cv-04308; 1:17-cv-04317; 1:17-cv-04352;
1:17-cv-04353; 1:17-cv-04357; 1:17-cv-04360; 1:17-cv-04389; 1:17-cv-04390; 1:17-cv-
04391; 1:17-cv-04400; 1:17-cv-04436; 1:17-cv-04451; 1:17-cv-04482; 1:17-cv-04516;
1:17-cv-04518; 1:17-cv-04520; 1:17-cv-04521; 1:17-cv-04522; 1:17-cv-04528; 1:17-cv-
04529; 1:17-cv-06064; 1:17-cv-06069; and 1:17-cv-06076.

_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
### (Filing No. 7600)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case

Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical

Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court

dismiss those cases in which a completed Plaintiff Profile Form ("PPF") has not been

submitted.  At the time the motion was filed, those cases numbered 235.  Some, but not

all, Plaintiffs filed Responses to the motion and some, but not all, filed PPFs.

In Cook's Reply, it withdrew[1] 47 cases from the motion to dismiss.  They are:

| | | |
|---|---|---|
| 1. | Ashley Gilbert | 1:16-cv-6049 |
| 2. | Allen Ivy | 1:17-cv-858 |
| 3. | Dana Juniper | 1:17-cv-1706 |

_____

[1] The Estate of Richard Cheung, 1:17-cv-6076, was listed as no. 48 in the exhibit; however, this
case was remanded to state court.  Therefore, it is not subject to CMO 4.

| | | |
|---|---|---|
| 4. | Amy Williams | 1:17-cv-1790 |
| 5. | Lisa D. Meyer | 1:17-cv-1980 |
| 6. | James W. Mullin | 1:17-cv-2496 |
| 7. | Anna Rowan | 1:17-cv-2784 |
| 8. | Alice F. Hooks | 1:17-cv-3165 |
| 9. | Guy Pantone | 1:17-cv-3331 |
| 10. | Monique Bailey | 1:17-cv-3396 |
| 11. | Kristen Stokely | 1:17-cv-3527 |
| 12. | Catherine Allen | 1:17-cv-3597 |
| 13. | Linda Hampton | 1:17-cv-3599 |
| 14. | Larry Turner | 1:17-cv-3603 |
| 15. | Diana Vetter | 1:17-cv-3713 |
| 16. | Robert E. Noll | 1:17-cv-3776 |
| 17. | Rosa Serrano De Magana | 1:17-cv-3796 |
| 18. | Robert L. Phillips | 1:17-cv-3847 |
| 19. | Terron Groves | 1:17-cv-3849 |
| 20. | Dorothy McConito | 1:17-cv-3931 |
| 21. | Tammara Foote | 1:17-cv-3973 |
| 22. | Maurice Phelps | 1:17-cv-4020 |
| 23. | Jason Baker | 1:17-cv-4026 |
| 24. | Cheryl Steed | 1:17-cv-4041 |
| 25. | Michael Hale | 1:17-cv-4052 |

| 26. | Dolly Perry | 1:17-cv-4088 |
|-----|-------------|--------------|
| 27. | Deborah Fissell | 1:17-cv-4089 |
| 28. | Christie Williams | 1:17-cv-4090 |
| 29. | Paul Dumont | 1:17-cv-4094 |
| 30. | Janie Hanf | 1:17-cv-4100 |
| 31. | Mary Lazenby | 1:17-cv-4112 |
| 32. | Carol Keenan | 1:17-cv-4118 |
| 33. | Kay M. Hensley | 1:17-cv-4120 |
| 34. | Chad E. Matson | 1:17-cv-4131 |
| 35. | Robert E. Womack | 1:17-cv-4132 |
| 36. | Sylvia Whitson | 1:17-cv-4157 |
| 37. | David M. Scheeringa | 1:17-cv-4180 |
| 38. | Carolyn Lewis | 1:17-cv-4223 |
| 39. | Lee E. Mathias | 1:17-cv-4232 |
| 40. | Sam Cuicio | 1:17-cv-4236 |
| 41. | James M. Ball | 1:17-cv-4246 |
| 42. | Letha R. Waggle | 1:17-cv-4248 |
| 43. | Kelly D. Rosales | 1:17-cv-4305 |
| 44. | Tammy J. Embrey | 1:17-cv-4308 |
| 45. | Gary Everly | 1:17-cv-4400 |
| 46. | Richard Hudson | 1:17-cv-6066 |
| 47. | Estate of Frances Jackson | 1:17-cv-6069 |

This leaves 187 cases for which the Cook Defendants seek dismissal. In those cases with no PPF on file, Plaintiffs are **ORDERED** to file PPFs within **forty-five (45) days** from the date of this Order; in those cases where Plaintiffs have submitted deficient PPFs, Plaintiffs are **ORDERED** to cure the deficiencies within **forty-five (45) days** from the date of this Order. Failure to comply with either condition shall result in dismissal.

**SO ORDERED** this 12th day of March 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.