Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF INDIANA

 3                     INDIANAPOLIS DIVISION

 4

 5   ----------------------------  )

 6   IN RE:  COOK MEDICAL, INC.    )

 7   IVC FILTERS MARKETING, SALES  )   Case No.

 8   PRACTICES AND PRODUCTS        )   1:14-ml-2570-

 9   LIABILITY LITIGATION          )   RLY-TAB

10   ----------------------------  )

11   This Document Relates to:     )   MDL No. 2570

12   All Actions                   )

13   ----------------------------  )

14

15        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

16

17                  VIDEOTAPED DEPOSITION OF

18                      DARRELL TALBERT

19

20                      March 2, 2018

21

22

23

24
```

Confidential - Subject to Protective Order

```
 1      A.   No.
 2           MS. PIERSON:  Object to the form.
 3   BY MR. WILLIAMS:
 4      Q.   Okay.  So the doctor pushed the button
 5   when the filter was in the wrong spot and that was the
 6   conclusion that was reached by the Cook evaluators as
 7   to why Mr. Snyder experienced a complication?
 8           MS. PIERSON:  Objection.
 9   BY THE WITNESS:
10      A.   I -- I don't know.  I don't know what
11   the -- what they are saying, other than the fact that
12   they say that it was released higher than desired.
13   BY MR. WILLIAMS:
14      Q.   Okay.  And the fact that it was released
15   higher than desired was the reason that he experienced
16   the complication?
17      A.   That's what it says here.
18      Q.   Okay.
19           All right.  Mr. Talbert, I've been told
20   that Cook has no ability to determine the amount of
21   money it has spent on research and development
22   isolated to the Cook Celect IVC filter.
23           Is that true?
24      A.   It's not -- there -- there is not an
```

Confidential - Subject to Protective Order

1  accurate way to account for that spend specific to a
2  particular filter product.
3      Q.   Okay.  You'll have to forgive me because I
4  didn't go to business school, so I may be misstating
5  this, but if you are trying to determine in business
6  if a certain product is profitable, how do you do
7  that?
8      A.   So, if you were trying to -- to -- to look
9  at one specific product and figure out if it was
10 profitable, you'd look at the profit and loss
11 statement.  In this case the -- we look -- they look
12 at those things, but they look at it on an aggregated
13 basis.  So as it's not specific to just this device,
14 they -- they aggregate R&D expenses and -- into
15 devices that are within particular business units or,
16 in this case now the Vascular Division.
17      So R&D expenses, as I understand it, are
18 tracked within all of the products that are currently
19 being worked on within that Vascular Division, so all
20 of the products that are being designed, or
21 development, or tested, or in clinical studies or even
22 being sold, all of the R&D that went into those
23 products are within those buckets, not specific to
24 each product.

Confidential - Subject to Protective Order

1     Q.    So, if somebody wanted to ask you -- well,
2  let me put it this way, you could -- one way you could
3  determine if a product was profitable was to look
4  at all of the money it costs to develop, design,
5  manufacture, ship, market the product and then
6  subtract that from the gross revenue, right?
7     A.    That -- that would be one way to do it.
8     Q.    Okay.  And you're telling me that if I
9  asked someone at Cook is the Celect IVC filter
10 profitable, they wouldn't be able to do that because
11 they have combined R&D expenses, research and
12 development expenses with a whole lot of other
13 products?
14    A.    I -- I don't know if they would be able to
15 tell you that spec -- specific accurately for that
16 product, from my understanding.
17    Q.    And there is no way from your
18 understanding that Cook can tell us how much money it
19 spent, for example, designing the Celect IVC filter?
20    A.    So, from my understanding, there is no way
21 to accurately do that.  There could be -- there could
22 be timeframes when certain projects or certain
23 aspects -- aspects of pro -- projects where they --
24 where they've tracked specific projects, but -- but

Confidential - Subject to Protective Order

 1   not across the -- on a regular basis could the --

 2   could they accurately provide what's being spent

 3   specific to the Celect or -- or any -- any product at

 4   Cook.

 5        Q.    Well, then how do they know if the -- if

 6   the money they are spending on R&D is well spent?

 7        A.    That's -- that's up to them.  It's not

 8   just about R&D.  We -- we all try to be good stewards

 9   of the money and -- and that's the -- the accounting

10   and finance folks' job.  And if they had some concerns

11   or if they wanted to know -- needed to, you know,

12   bring that up to us, they would -- they would let us

13   know, and I haven't ever been approached on -- on

14   money or -- or R&D or -- or that spend.

15        Q.    Okay.  So, the -- the information that you

16   are giving me now about this, where did you get that

17   information?

18        A.    I spoke with the -- the finance teams.

19        Q.    Okay.  And -- and who on the finance teams

20   did you speak with?

21        A.    Kelly Fisher and Jordan Rexing.

22        Q.    What's Kelly's position?

23        A.    I'm not sure of her specific title.  I --

24   I believe it is Director of Finance.

Confidential - Subject to Protective Order

```
 1      Q.    Okay.  And Jordan...?
 2      A.    Jordan Rexing.
 3      Q.    Rexing.
 4      A.    R-e-x-i-n-g.
 5      Q.    Okay.  And what is Jordan's position?
 6      A.    He -- he is the finance liaison that --
 7   that works with us in the -- the Vascular Division.
 8   So he reports to finance, but -- but he helps us with
 9   reporting and -- and different reports.
10      Q.    So if Cook wanted to do an audit to
11   determine how much money they've spent on research and
12   development with the Celect filter, they could not do
13   that, fair?
14      A.    They could do the audit and they could
15   come up with the figures, but to -- the information
16   they provided, it -- it wouldn't necessarily be
17   accurate.  It wouldn't capture all of the money that
18   is spent specifically on the R&D for -- for that
19   device or any other device, for that matter.
20      Q.    Are you telling me that they could do an
21   estimate?
22      A.    They could provide an estimate, but based
23   upon what I'm told is that that wouldn't -- that
24   wouldn't be accurate.
```

Confidential - Subject to Protective Order

1   Q.   By its very nature, an estimate is not
2   precisely accurate.
3       But even if an estimate was provided, are
4   you telling me there are still some aspects of
5   research and development specific to the Celect filter
6   that wouldn't be captured in that analysis?
7   A.   From -- from what I was told, yes.
8   MR. WILLIAMS:  Okay.  I don't have anything else
9   on that issue right now.
10   MS. PIERSON:  All right.  We'll go off.
11   THE VIDEOGRAPHER:  Stand by.
12       Off the record.  It's 4:50.
13       (Time Noted:  4:50 p.m.)
14       FURTHER DEPONENT SAITH NOT.