**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:  All Cases

_____

## ORDER

The Cook Defendants filed a Motion For Protective Order Regarding General

Company Discovery.  The Court, having reviewed the Motion and being duly advised,

finds that the Motion should be granted for the reasons stated in the Motion.

Accordingly, the Cook Defendants are relieved from any obligation to respond to the

general company discovery propounded by Plaintiffs on January 24, 2018, and Plaintiffs

are barred from serving any additional general company discovery until and unless they

first make a showing of good cause.

IT IS SO ORDERED.


DATED: _____                   _____