IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. This case is dismissed without prejudice.
Dated: 3/12/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Carol Erline Foster
Cause No. 1:17-cv-61-RLY-TAB

### RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their respective counsel, stipulate that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Carol Erline Foster are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The parties expressly agree that, for purposes of any analysis of the statute of limitations and/or statute of repose, should Plaintiff re-file in Indiana state court within 60 days of the entry of this stipulation, the date of filing shall be considered to be January 6, 2017, the date of filing of Plaintiff's original action filed in this Court.

Dated: February 28, 2018

Respectfully submitted,

*/s/ William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
jeanette@blankenshiplaw.com