IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Action Only:<br><br>Halinski, et al.<br>**Larry Combs Only**<br>1:17-cv-06066-RYL-TAB | APPROVED.  This case is dismissed without prejudice.<br>Dated:  3/12/2018<br><br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |

**Joint Stipulation of Dismissal Without Prejudice as to Larry Combs Only**

Plaintiff, Larry Combs, and Defendants, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this matter with respect to Larry Combs only, without prejudice, with the parties to bear their own costs.

Respectfully submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com
*Counsel for Plaintiff Larry Combs*

/s/ *John T. Schlafer*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com
*Counsel for Cook Defendants*