**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Mariah Collins
Cause No. 1:17-cv-00021

APPROVED. This case is dismissed without prejudice.
Dated: 3/12/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Mariah Collins are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. The parties expressly agree that for purposes of analysis of any statute of limitations or statute of repose, if Plaintiff re-files her case and simultaneously serves her Plaintiff Profile Sheet within 60 days of the entry of this stipulation, the date of filing shall be considered January 4, 2017, the date the Plaintiff filed her original action in this Court.

Dated: February 20, 2018

| | |
|---|---|
| */s/ Jeff T. Seldomridge* | /s/ *John T. Schlafer* |
| Jeff T. Seldomridge (Va. Bar No. 89552) | John T. Schlafer |
| The Miller Firm, LLC | Faegre Baker Daniels LLP |
| 108 Railroad Avenue | 300 N. Meridian Street, Suite 2700 |
| Orange, VA 22960 | Indianapolis, IN 46204 |
| Email: JSeldomridge@MillerFirmLLC.com | Email: John.Schlafer@FaegreBD.com |
| Tel: 540.672.4224 | Tel:    317.237.8274 |