IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Cause No.   1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

APPROVED.  The Motion [7582] for Summary Judgment is WITHDRAWN.
Dated: 3/13/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF WITHDRAWAL OF MOTION

Defendant William Cook Europe ApS ("WCE"), through its undersigned counsel, hereby withdraws from consideration its motion for summary judgment regarding Plaintiff Tonya Brand's claims against WCE, filed as Dkt. No. 7582.  The Court need not address or take any further action with respect to this motion.  This withdrawal is without prejudice to any motion that WCE or any other defendant in this action may wish to bring at a later time.

Respectfully Submitted,

Dated:   March 9, 2018

/s/Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Bruce Jones (admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com