IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to Plaintiff(s)

    JANICE ABRAMS

Civil Case #  1:15-cv-1895-RLY-TAB

_____

## ORDER

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Janice Abrams, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Date:  3/13/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record to be made via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.