IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

_____JANICE ABRAMS_____

Civil Case #  1:15-cv-1895-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   _____Janice Abrams_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   _____South Carolina_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____South Carolina_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____South Carolina_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____USDC of South Carolina _____

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical, LLC

   [X] William Cook Europe APS

9. Basis of Jurisdiction

   [X] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6 through 28, inclusive_____

   b. Other allegations of jurisdiction and venue:

   ____N/A_____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

    ☐  Gunter Tulip® Vena Cava Filter

    X  Cook Celect® Vena Cava Filter

    ☐  Gunther Tulip Mreye

    ☐  Cook Celect Platinum

    ☐  Other: _____

11. Date of implantation as to each product:
    _____11/10/2008_____

    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Self Regional Healthcare, 1325 Spring Street, Greenwood, South Carolina  29646

13. Implanting surgeon(s):

    Dr. John R. Hobson, Jr., Self Regional Healthcare, 1325 Spring Street, Greenwood, South Carolina  29646

14. Counts in the Master Complaint brought by Plaintiff(s):

    X  Count I:       Strict Products Liability - Failure to Warn

    X  Count II:      Strict Products Liability - Design Defect

    X  Count III:     Negligence

    X  Count IV:      Negligence Per Se

3

☒ Count V:   Breach of Express Warranty

☒ Count VI:   Breach of Implied Warranty

☒ Count VII:   Violations of Applicable **South Carolina** ~~Washington, D.C.~~ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:   Wrongful Death

☐ Count X:   Survival

☒ Count XI:   Punitive Damages

☐ Other:   _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:   _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Joseph R. Johnson, Esq. FLA# 372250
    Babbitt Johnson Osborne & LeClainche
    1641 Worthington Road, Ste. 100
    West Palm Beach, FL 33402-4426

    <u>Joseph R. Johnson – FLA Bar# 372250</u>

Respectfully submitted,

By:
/s/Joseph R. Johnson, Esq.
Babbitt Johnson Osborne & LeClainche
1641 Worthington Road, Ste. 100
West Palm Beach, FL 33402-4426

*Attorneys for Plaintiffs*