UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY-TAB <br><br> MDL NO: 2570 |

This Document Relates to:

    HEIDI BOATNER

Civil Case #1:15-CV-1187-RLY-TAB

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Heidi Marie Boatner be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Date: 3/13/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record to be made via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.