IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC. IVC FILTERS        Case No:  1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s)

MICHAEL R. GROSS

Civil Case #  1:16-CV-03231-RLY-TAB

_____

### ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by

Michael R. Gross be and the same is hereby GRANTED, and the Clerk of the Court is directed to

file the Amended Short Form Complaint into the record in this matter.

Date:  3/13/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record to be made via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.