IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    PHILLIES HAYES

Civil Case #  1:16-cv-1420-RLY-TAB

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Phillies Hayes, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date:  3/13/2018

                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Copies to all registered counsel of record to be made via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.