Civil Action Number: 1:18-cv-00276-RLY-TAB/ Case No: 1:14-ml-2570-RLY-TAB           Civil Summons (Page 2)

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* __3-12-18__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Suzanne Turpin__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Cook Medical LLC__ on *(date)* __3-13-18__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __3-13-18__          __Donald Lee__
                                    Server's Signature

__Donald Lee, Deputy Constable__
Printed name and title
9130 Sand Key Lane
Indianapolis, IN 46256
Server's address

Additional information regarding attempted service, etc.