Case 1:14-ml-02570-RLY-TAB   Document 7774   Filed 03/07/18   Page 2 of 2 PageID #: 42478

Civil Action Number: 1:18-cv-00276-RLY-TAB/ Case No: 1:14-ml-2570-RLY-TAB                Civil Summons (Page 2)

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _3-12-18_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Suzanne Turpin_, who is
designated by law to accept service of process on behalf of *(name of organization)* _William Cook Europe APS_ on *(date)* _3-13-18_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _3-13-18_

_Donald Lee_
Server's Signature

_Donald Lee, Deputy Constable_
Printed name and title

_9130 Sand key Lane_
_Indianapolis, IN 46256_
Server's address

Additional information regarding attempted service, etc.