IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Cases

## ORDER ON MOTION TO WITHDRAW APPEARANCE

This matter came before the Court on the motion of Munjot Sahu for leave to withdraw her appearance on behalf of Cook Medical LLC, Cook Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") in this action. The Court, being duly advised, and finding that the Cook Defendants will continue to be represented in this matter by Andrea Roberts Pierson, James Stephen Bennett, Adrienne Franco Busby, Andrew Lorin Campbell, Jessica Benson Cox, Christin Jaye Eaton, Bruce G. Jones, Tarifa Belle Laddon, John Paul Mandler, John Joseph Tanner, Charles F. Webber, Brian J. Paul, Abigail M. Butler, Patrick H. Reilly, Anne Kramer Ricchiuto, John T. Schlafer, Howard D. Ruddell, Kip S.M. McDonald, Victoria Redstone Calhoon, Anna Rutigliano, and Nicholas Alford of Faegre Baker Daniels LLP, hereby GRANTS the Motion. The appearance of Munjot Sahu in this action is hereby withdrawn.

Date: 3/16/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.
Copies to all non-registered counsel of record to be made by Plaintiffs' Lead Counsel.