IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
YOLANDA SMITH
Civil Case #  1:18-cv-00197-RLY-TAB

### **UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Counsel respectfully moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached Short Form Complaint to correct Paragraph 10 to read "✔ Cook Celect® Vena Cava Filter" instead of "✔ Gunther Tulip® Vena Cava Filter" (see Short Form Complaint).

2. Plaintiff's counsel has conferred with Defendants' counsel, and Defendants do not oppose the filing of this motion.

Based on the foregoing, Yolanda Smith requests that this Court grant this request to correct Paragraph 10 to read "✔ Cook Celect® Vena Cava Filter" instead of "✔ Gunther Tulip® Vena Cava Filter", and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: March 16, 2018                     /s/ Carlos M. Hernández-Burgos
                                                           Carlos M. Hernández-Burgos
                                                           USDC-PR 224814
                                                           LAW OFFICE OF CHRISTOPHER K.
                                                           JOHNSTON, LLC
                                                           Hato Rey Center
                                                           268 Ponce de León Avenue, Suite 1020
                                                           San Juan, PR 00918
                                                           Tel: (844) 345-3784
                                                           Fax: (844) 644-1230
                                                           carlos.h@masstortslaw.com

                                                           **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of March, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                             /s/ Carlos M. Hernández-Burgos