IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
YOLANDA SMITH
Civil Case #  1:18-cv-00197-RLY-TAB

**ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Yolanda Smith, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018.

_____
Honorable Judge Richard L. Young
United States District Court Judge