**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:18-cv-00022 Ferguson, John
1:18-cv-00114 Smith, Elizabeth A.
1:18-cv-00116 Lindholm, Tammi
1:18-cv-00117 Helsley, Brandon

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs ("Plaintiffs") file this Response to the Motion to Dismiss [DOC 7753] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for Plaintiffs to submit a PPS as set forth herein. In support of this Motion, the Plaintiffs state:

1. On March 2, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Four Plaintiffs, represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants dated February 22, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

    3.    Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on March 2, 2018.

    4.    Plaintiffs' counsel has used due diligence to contact Plaintiffs as follows:

- Elizabeth A. Smith, 1:18-cv-00114, has passed away. Plaintiff's counsel was finally able to locate her family and complete the profile sheet. The profile sheet was produced on March 8, 2018. See attached Exhibit B.

- Tammi Lindholm, 1:18-cv-00116, was non-responsive for some time, however, Plaintiff's counsel was able to make contact and have the profile sheet completed. The profile sheet was produced on March 7, 2018. See attached Exhibit C.

- John Ferguson, 1:18-cv-00022, was sent the required documents for him to fill out and return but the mailing was returned by FedEx on January 25, 2018. A follow up phone call as well as an email was sent to client with no response.

- Brandon Helsley, 1:17-cv-00117, was sent the required documents for him to fill out and return but the mailing was returned by the post office on February 22, 2018. A follow up phone call as well as an email was sent to client with no response.

    5.    Accordingly, Plaintiffs' counsel needs more time to locate Plaintiffs (John Ferguson and Brandon Helsley) to obtain the necessary information to accurately complete their PPS; specifically, Plaintiff's Counsel humbly asks the Court for an additional forty-five (45) days to find the missing Plaintiffs below, and to produce a PPS.

WHEREFORE, the Plaintiff respectfully requests that the Court deny the Cook Defendants' Motion to Dismiss as it pertains to the following Plaintiffs:

    1:18-cv-00114 Smith, Elizabeth A.
    1:18-cv-00116 Lindholm, Tammi

FURTHER Plaintiffs pray that the Court will grant an additional forty-five (45) days for Plaintiffs to be located as well as to submit their PPS and for all other just and appropriate relief.

        1:18-cv-00117 Helsley, Brandon
        1:18-cv-00022 Ferguson, John

Dated: March 16, 2018

        Respectfully submitted,

        */s/ William B. Curtis*
        WILLIAM B. CURTIS
        Texas State Bar No. 00783918
        CURTIS LAW GROUP
        12225 Greenville Avenue, Suite 750
        Dallas, TX  75243
        Telephone (214) 890-1000
        Facsimile (214) 890-1010
        Email: bcurtis@curtis-lawgroup.com

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*