# EXHIBIT A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 22, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

    Re:    Cook MDL Plaintiff Profile Deficiency

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Ferguson, John
- Garcia, Jorge
- Helsley, Brandon
- Lindholm, Tammi
- Smith, Elizabeth A.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

William B. Curtis 2/22/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com