# EXHIBIT B

## Josmary Gomez

**From:** Susan Johnson
**Sent:** Thursday, March 08, 2018 7:14 PM
**To:** cookfiltermdl@faegreBD.com
**Cc:** Josmary Gomez
**Subject:** Cook IVC MDL 2570: plaintiff profile sheet- Elizabeth Smith

Counsel,

Today I uploaded to your FTP site plaintiff Elizabeth Smith's profile sheet, signed authorizations and medical records.

SUSAN JOHNSON
PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com

1