IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to:

1:17-cv-03651-RLY-TAB, Rhonda Caynor

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Rhonda Caynor ("Plaintiff") files this Response to the Motion to Dismiss [Doc. No. 7687] filed by Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). Plaintiff respectfully requests this court grant additional time to submit a PPS as set forth herein.

1. On March 2, 2018, the Cook Defendants filed a Motion to Dismiss relating to eight filed actions, one of which was Plaintiff Rhonda Caynor for failing to serve Defendants with a Plaintiff Profile Sheet ("PPS").

2. The Third Amended Case Management Order No. 4 ("CMO No. 4") entered by this Court on March 29, 2017 states "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss filed on March 2, 2018.

4. Plaintiff's counsel has attempted to contact Plaintiff Rhonda Caynor on numerous occasions regarding her PPS which was initially due on November 27, 2017. Defendants' counsel has been gracious in granting Plaintiff's counsel several extensions on the PPS due date.

5. Plaintiff's counsel first reached out to Plaintiff Rhonda Caynor about the PPS on October 11, 2017. Additional correspondence was sent to Plaintiff on November 28, 2018,

December 27, 2017, January 5, 2018, and January 30, 2018 warning Plaintiff of the possibility the Cook Defendants may file a motion to dismiss. This correspondence was sent via U.S. mail, certified mail, and Fed Ex. On March 7, 2018 Plaintiff's counsel sent a letter attaching the Motion to Dismiss that was filed on March 2, 2018. This last letter was personally served on Plaintiff Rhonda Caynor by a process server.

6. Despite Plaintiff's counsel's repeated attempts, Plaintiff has not responded or returned a PPS.

7. At this juncture, Plaintiff's counsel respectfully requests an additional forty-five (45) days to obtain the necessary information to complete and serve Plaintiff's PPS. Plaintiff's counsel is hopeful that the last efforts on March 2, 2018 to contact Plaintiff will be successful in encouraging Plaintiff to respond and return a PPS.

WHEREFORE, Plaintiff respectfully requests this Court deny the Cook Defendants' Motion to Dismiss as it pertains to Plaintiff Rhonda Caynor.

FURTHER, Plaintiff respectfully requests this Court grant an additional forty-five (45) days for Plaintiff Rhonda Caynor to submit a PPS.

Respectfully submitted,

Dated: March 16, 2018　　　　　　　　**GOMEZ TRIAL ATTORNEYS**

 */s/ Kristen Barton*
John H. Gomez (SBN 171485)
Ahmed S. Diab (SBN 262319)
Kristen Barton (SBN 303228)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
adiab@gomeztrialattorneys.com
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to all non-CM/ECF participants.

*/s/ Kristen Barton*