IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                MDL NO. 2570

-----------------------------------------------------
This Document Relates to:

1:17-cv-02413-RLY-TAB; 1:17-cv-02415-RLY-TAB; 1:17-cv-02431-RLY-TAB;
1:17-cv-02433-RLY-TAB; 1:17-cv-02791-RLY-TAB; 1:17-cv-02915-RLY-TAB;
1:17-cv-02916-RLY-TAB; 1:17-cv-02917-RLY-TAB; 1:17-cv-02973-RLY-TAB;
1:17-cv-02976-RLY-TAB; 1:17-cv-02978-RLY-TAB; 1:17-cv-03497-RLY-TAB;
1:17-cv-03605-RLY-TAB; 1:17-cv-03606-RLY-TAB; 1:17-cv-03985-RLY-TAB;
1:17-cv-03990-RLY-TAB; 1:17-cv-04164-RLY-TAB; 1:17-cv-04166-RLY-TAB;
1:17-cv-04301-RLY-TAB; 1:17-cv-04338-RLY-TAB; 1:17-cv-04341-RLY-TAB;
1:17-cv-04344-RLY-TAB; 1:17-cv-04541-RLY-TAB; 1:17-cv-04544-RLY-TAB;
1:17-cv-04580-RLY-TAB; 1:17-cv-04586-RLY-TAB.

## ORDER

The Court, being duly advised in the premises, and upon Andrew W. Callahan's Motion to Withdraw as Counsel and Substitution of Counsel, hereby grants the motion and **ORDERS:**

Attorney Andrew W. Callahan will be withdrawn as counsel in the member cases listed above related to MDL No. 2570 and will no longer receive notices.

The appearance of Attorney Jacob A. Flint of the Flint Law Firm, LLC, will be entered and he will be substituted as counsel of record for the Plaintiffs in the member cases listed above related to MDL No. 2570.

**IT IS SO ORDERED.**
3/19/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record to be made via ECF.
Copies to all non-registered counsel of record will be made by Plaintiffs' Lead Counsel.