IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Kelly Ann York-Leskiw<br><br>Civil Case No. 1:17-cv-04024 | |

> If Plaintiff is not communicating with her counsel or otherwise prosecuting this case, the proper course is not to simply have her counsel withdraw, but rather to dismiss the case. Plaintiff Kelly Ann York-Leskiw shall show cause, if any, within 14 days why her case should not be dismissed.
>
> Tim A. Baker
> U.S. Magistrate Judge
> March 19, 2018

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Rule 83-7(c) of the Local Rules of the United States District Court for the Southern District of Indiana, counsel for Plaintiff Kelly Ann York-Leskiw ("Plaintiff"), including attorneys Benjamin A. Bertram and Blair B. Matyszczyk of Bertram & Graf, L.L.C., hereby request that the Court allow for their withdrawal as counsel of record, and in support thereof, state the following:

1. Plaintiff, Kelly Ann York-Leskiw, has failed to respond to multiple attempts to contact her by phone, U.S. Mail, and email regarding compliance with discovery deadlines in the above-captioned case. Plaintiff's last known address is P.O. Box 3394, Warminster, Pennsylvania 18974, and all communications by mail have been sent to this address.

2. On November 6, 2017, a letter was sent via U.S. Mail to Plaintiff regarding the return of her Plaintiff Profile Sheet ("PPS") (letter attached hereto as **Exhibit A**). Counsel did not receive a response from Plaintiff.