# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 MICHELL M. WALKER

Civil Case #  1:16-cv-02958-RLY-TAB

**MOTION TO WITHDRAW**

> Plaintiff has died and the surviving heirs have taken no action to be appointed as administrators of the estate. Accordingly, the proper course is not to simply have counsel withdraw, but rather to dismiss the case. Plaintiff Michell M. Walker shall show cause, if any, within 14 days why this case should not be dismissed.
>
> Tim A. Baker
> US Magistrate Judge
> March 19, 2018

Pursuant to Local Rule 83-7(c), the undersigned counsel, Rand P. Nolen, files this his Motion to Withdraw as Counsel of Record for Plaintiff Michell M. Walker on March 30, 2018, and in support show the following:

1. The undersigned attorney was retained by Plaintiff to investigate and prosecute this case.

2. The undersigned has prosecuted Plaintiff's case, and filed this lawsuit on or about October 31, 2016.

3. On or about December 7, 2016, Plaintiff Michell M. Walker died.

4. Mr. Walker died intestate, was never married, and had no children. Mr. Walker's Mother, Glenda Calton, survived him.

5. "If there is no surviving descendant, to the decedent's parents equally if both survive, or to the surviving parent if only one survives." CO Rev Stat § 15-11-103(3)(2017).

6. Ms. Carlton has been advised numerous times that action by her was required in order to continue the prosecution of this case, including via written correspondence (with copies to Mr.