AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| In Re: Cook Medical, Inc., IVC Filters | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.  1:17-cv-04345-RLY-TAB |
| | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Cooper

Date: 03/14/2018

*Attorney's signature*

Garry Trinh, Nevada Bar No. 14289
*Printed name and bar number*

Morris Anderson
716 S Jones Blvd
Las Vegas, NV 89107

*Address*

garry@bighornlaw.com
*E-mail address*

(702) 333-1111
*Telephone number*

(702) 507-0092
*FAX number*