**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

Cause No. 1:18-cv-00374
Cause No. 1:18-cv-00433
Cause No. 1:18-cv-00438
Cause No. 1:18-cv-00441
Cause No. 1:18-cv-00478
Cause No. 1:18-cv-00480

_____

**<u>APPEARANCE OF COUNSEL</u>**

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:          March 20, 2018                    /s/ Andrea R. Pierson_____
                                                 Andrea Roberts Pierson (# 18435-49)
                                                 John T. Schlafer (# 28771-49)
                                                 FAEGRE BAKER DANIELS LLP
                                                 300 North Meridian Street, Suite 2700
                                                 Indianapolis, Indiana  46204
                                                 Telephone:  (317) 237-0300
                                                 Facsimile:  (317) 237-1000
                                                 E-Mail:  andrea.pierson@faegrebd.com
                                                 E-Mail:  john.schlafer@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson

2