# EXHIBIT A

| | |
|---|---|
| **From:** | Chuck Paglialunga |
| **To:** | Angelino, Blake A. |
| **Cc:** | Danner, Michelle R.; Pierson, Andrea Roberts; James Humann |
| **Subject:** | RE: Venay Gilliam (1:18-cv-00030) |
| **Date:** | Monday, March 05, 2018 3:15:26 PM |

Thank you. We should be able to get it to you within 15 days.

**From:** Angelino, Blake A. [mailto:Blake.Angelino@FaegreBD.com]
**Sent:** Monday, March 05, 2018 2:34 PM
**To:** Chuck Paglialunga <Chuck@phlawfirm.com>
**Cc:** Danner, Michelle R. <Michelle.Danner@FaegreBD.com>; Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
**Subject:** RE: Venay Gilliam (1:18-cv-00030)

Hi Charles,

We agree to a one-time 15-day extension.  As we've already filed the motion to dismiss as to your client, we will not be withdrawing the motion but we won't ask the court to dismiss your case.

Please let me know if you have any questions or concerns.

Thanks and have a great night,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

**From:** Chuck Paglialunga [mailto:Chuck@phlawfirm.com]
**Sent:** Monday, March 05, 2018 5:09 PM
**To:** Pierson, Andrea Roberts
**Cc:** James Humann; Shannon Price
**Subject:** Venay Gilliam (1:18-cv-00030)

Dear Ms. Pierson,

On 2/19/18, you filed a motion to dismiss (Docket # 7687) the complaint of  Venay Gilliam (1:18-cv-00030).  It is our understanding a response is due to tomorrow, 3/5/18.  We have been working with Ms. Gilliam to obtain her executed Plaintiff Profile Form.  However, while we have expected to receive the signed PPF from Ms. Gilliam before the deadline, she has been unable to return the signed documents to our office because of health reasons.  We therefore request a brief 15-day extension of time.

Please advise if you will stipulate to this extension.

Thanks in advance for your prompt response.

***Charles T. Paglialunga***
**Paglialunga & Harris, PS**
[www.phlawfirm.com](www.phlawfirm.com)
[chuck@phlawfirm.com](chuck@phlawfirm.com)
Direct:  866-400-1413
Office:  888-604-3438
Fax: 888-411-0826

CONFIDENTIALITY NOTICE: The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This message is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution [other than to the addressee(s)], copying or taking of any action because of this information is strictly prohibited and will result in legal action.

| | |
|---|---|
| **From:** | James Humann |
| **To:** | "CookFilterMDL@FaegreBD.com" |
| **Cc:** | "CookFilterFileclerk@FaegreBD.com"; Shannon Price; Chuck Paglialunga; Staci Gramlich |
| **Subject:** | Cook IVC Filter MDL - Plaintiff Profile Form - VENAY GILLIAM v. COOK INCORPORATED, et al (1:18-cv-00030-RLY-TAB) |
| **Date:** | Wednesday, March 14, 2018 3:34:00 PM |
| **Attachments:** | 2018-3-8-PPF - Venay Gilliam.pdf<br>Bon Secours St. Francis - Records.pdf |

Dear Counsel,

Attached please find the Plaintiff Profile Form and applicable medical records for Cook IVC filter Plaintiff Venay Gilliam (1:18-cv-00030-RLY-TAB).

Please let us know if you have any questions or comments.

Sincerely,

James W. Humann, Esq.
Paglialunga & Harris, PS
www.reachforjustice.com
james.humann@phlawfirm.com
Direct:  866-358-9289
Fax: (206) 732-6567
TEXT (206) 745-4964

CONFIDENTIALITY NOTICE: The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This message is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution [other than to the addressee(s)], copying or taking of any action because of this information is strictly prohibited and will result in legal action.

| | |
|---|---|
| **From:** | James Humann |
| **To:** | "CookFilterMDL@FaegreBD.com" |
| **Cc:** | "CookFilterFileclerk@FaegreBD.com"; Shannon Price; Chuck Paglialunga; Staci Gramlich |
| **Subject:** | Cook IVC Filter MDL - Authorization Forms - VENAY GILLIAM v. COOK INCORPORATED, et al (1:18-cv-00030-RLY-TAB) |
| **Date:** | Wednesday, March 14, 2018 3:54:00 PM |
| **Attachments:** | 2018-3-14-Auth Forms-Venay Gilliam.pdf |

Dear Counsel,

Attached please find the Authorization Forms Cook IVC filter Plaintiff Venay Gilliam (1:18-cv-00030-RLY-TAB).

Please let us know if you have any questions or comments.

Sincerely,

James W. Humann, Esq.
Paglialunga & Harris, PS
www.reachforjustice.com
james.humann@phlawfirm.com
Direct:  866-358-9289
Fax: (206) 732-6567
TEXT (206) 745-4964

CONFIDENTIALITY NOTICE: The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This message is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution [other than to the addressee(s)], copying or taking of any action because of this information is strictly prohibited and will result in legal action.

| | |
|---|---|
| **From:** | James Humann |
| **To:** | "Blake.Angelino@FaegreBD.com"; "Andrea.Pierson@FaegreBD.com"; "Michelle.Danner@FaegreBD.com" |
| **Cc:** | Chuck Paglialunga; Amanda Johnson; Shannon Price |
| **Subject:** | VENAY GILLIAM v. COOK INCORPORATED, et al (1:18-cv-00030-RLY-TAB) |
| **Date:** | Friday, March 16, 2018 12:21:00 PM |

Dear Counsel,

Thank you for your professional courtesy in granting us a 15-day extension to serve Ms. Venay Gilliam's PPF, medical records, and Authorization Forms (1:18-cv-00030).   As you are likely aware by now, the outstanding discovery documents were served on 3/14/18.

As we have served Ms. Gilliam's PPF and Authorization Forms and are in compliance with CMO No. 4, this correspondence is intended to confirm that the instant case will not be included in Defendants' list of cases to be dismissed for deficient discovery responses.

Again, thanks for your cooperation.

Sincerely,

James W. Humann, Esq.
Paglialunga & Harris, PS
www.reachforjustice.com
james.humann@phlawfirm.com
Direct:  866-358-9289
Fax: (206) 732-6567
TEXT (206) 745-4964

CONFIDENTIALITY NOTICE: The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This message is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution [other than to the addressee(s)], copying or taking of any action because of this information is strictly prohibited and will result in legal action.