UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Kenneth Cummings* 1:17-cv-3311-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Counsel for Plaintiff, Kenneth Cummings, moves for an extension to time to file Plaintiff's Profile Sheet due to Plaintiff's medical hardship. The court finds the motion (Filing No. 7728) should be **GRANTED**. Plaintiff is given until April 28, 2018, to file his Profile Sheet.

**SO ORDERED** this 20th day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.