# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:17-cv-01252
Cause No. 1:18-cv-00258
Cause No. 1:18-cv-00450
Cause No. 1:18-cv-00451
Cause No. 1:18-cv-00486

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
 Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
 William Cook Europe ApS

Dated: March 21, 2018  /s/ John T. Schlafer
              Andrea Roberts Pierson (# 18435-49)
              John T. Schlafer (# 28771-49)
              FAEGRE BAKER DANIELS LLP
              300 North Meridian Street, Suite 2700
              Indianapolis, Indiana  46204
              Telephone:  (317) 237-0300
              Facsimile:  (317) 237-1000
              E-Mail:  andrea.pierson@faegrebd.com
              E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer