IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
*Barbara Gettman, et al.*
Case No. 1:17-cv-06064-RLY-TAB

### ORDER RE: DISMISSAL WITHOUT PREJUDICE

Considering the parties' Stipulation of Dismissal Without Prejudice,

IT IS HEREBY ORDERED that all claims of Plaintiffs Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston and Wendy Novel against Defendants Cook Group, Inc., Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS in *Gettman et al. v. Cook Group, Inc. et al*, Civil Case No. 1:17-cv-06064-RLY-TAB, are dismissed in their entirety with prejudice, with the exception of any claim arising from injury to Plaintiffs allegedly caused by a Cook IVC Filter that may occur in the future, and each party shall bear its own costs.

SO ORDERED this   21st   day of      March      , 2018:

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to
Registered Counsel of Record

1