IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)

Elizabeth Kingery_____

Civil Case #: 1:18-cv-243_____

**PLAINTIFF ELIZABETH KINGERY'S RESPONSE TO THE COOK DEFENDANTS'
MOTION TO DISMISS**

COMES NOW Elizabeth Kingery (hereinafter referred to as "Plaintiff") and files her Response to Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), Motion to Dismiss. In support of her Motion, Plaintiff states as follows:

Plaintiff's completed and verified Plaintiff Profile Sheet was submitted to the Cook Defendants on March 8, 2018, along with corresponding documents via email to CookFilterMDL@FaegreBD.com. *See completed and verified Plaintiff Profile Sheet and email attached hereto as Exhibit A*.

Furthermore, a completed and verified Amended Plaintiff Profile Form was submitted to the Cook Defendants on March 23, 2018 along with corresponding documents via email to CookFilterMDL@FaegreBD.com after additional information was provided by the Plaintiff to the undersigned. *See completed and verified Amended Plaintiff Profile Sheet and email attached hereto as Exhibit B*.

As a result of the Plaintiff's completed and verified Plaintiff Profile Sheet, along with corresponding documents, and the Plaintiff's completed and verified Amended Plaintiff Profile Sheet, the Cook Defendants' Motion to Dismiss against Plaintiff Elizabeth Kingery should be denied in its entirety as being moot.

WHEREFORE, Plaintiff Elizabeth Kingery respectfully requests the Court deny the Cook Defendants' Motion to Dismiss.

Dated: March 23, 2018.                    Respectfully Submitted:

**MCGLYNN, GLISSON & MOUTON**

By: S/Amanda L. Washington
Amanda L. Washington - Bar Roll #:34811
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/S/Amanda L. Washington
Amanda L. Washington