IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILERS MARKETING, SALES PRACTICES       Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Elizabeth Kingery_____

Civil Case #: 1:18-cv-243_____

**PLAINTIFF ELIZABETH KINGERY'S MOTION TO MAINTAIN SEAL**

COMES NOW Elizabeth Kingery (hereinafter referred to as "Plaintiff") and files her Motion to Maintain Seal regarding Plaintiff's Response to the Cook Defendants' Motion to Dismiss (Doc. No. 7921) filed in MDL suit number 1:14-ml-2570 and individual suit number 1:18-cv-243 (Doc. No. 10) on today's date.  In support of her Motion, Plaintiff states as follows:

When filing Plaintiff's Response to the Cook Defendants' Motion to Dismiss, Plaintiff's counsel inadvertently attached unredacted versions of the Plaintiff Profile Form and the Amended Plaintiff Profile Form.  Upon counsel's realization of this occurrence, she contacted the Clerk of Court's office and was advised that they would seal the filing.  The Clerk's office further advised that Plaintiff's counsel refile the original document.  Plaintiff's counsel has since refiled Plaintiff's Response with the correctly redacted attachments.

As a result of the Plaintiff's refiling of the Response with the correctly redacted documents, Plaintiff now wishes to have the seal of the original filing maintained to safeguard the privacy of the Plaintiff and to properly comply with Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiff Elizabeth Kingery respectfully requests the Court maintain the seal regarding the original filing of Plaintiff's Response to the Cook Defendants' Motion to Dismiss (Doc. No. 7921) filed in MDL suit number 1:14-ml-2570 and individual suit number 1:18-cv-243 (Doc. No. 10).

Dated: March 23, 2018.                    Respectfully Submitted:

**MCGLYNN, GLISSON & MOUTON**

By: S/Amanda L. Washington
Amanda L. Washington - Bar Roll #:34811
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/S/Amanda L. Washington
Amanda L. Washington