IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

**EXHIBIT A TO MOTION TO DISMISS**
**PLAINTIFF SCHEDULE**

| | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date |
|---|---|---|---|---|
| 1 | Lank, Serena L. | 1:18-cv-00363 | 3/12/2018 | 3/15/2018 |

US.117170043.01