**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to:

Cause No. 1:18-cv-00412    Cause No. 1:18-cv-00524
Cause No. 1:18-cv-00426    Cause No. 1:18-cv-00525
Cause No. 1:18-cv-00482    Cause No. 1:18-cv-00526
Cause No. 1:18-cv-00483    Cause No. 1:18-cv-00529
Cause No. 1:18-cv-00507    Cause No. 1:18-cv-00531
Cause No. 1:18-cv-00513    Cause No. 1:18-cv-00539
Cause No. 1:18-cv-00514    Cause No. 1:18-cv-00541
Cause No. 1:18-cv-00517    Cause No. 1:18-cv-00544
Cause No. 1:18-cv-00523

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS


Dated:     March 26, 2018          /s/ John T. Schlafer_____
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  john.schlafer@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ John T. Schlafer</u>

US.117205146.01