UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND
TO THE COOK DEFENDANTS' MOTION FOR PROTECTIVE ORDER
REGARDING GENERAL COMPANY DISCOVERY**

The Plaintiffs respectfully move this Court for an Order extending the deadline for filing Plaintiffs' response in opposition to the Cook Defendants' Motion for Protective Order Regarding General Company Discovery [Doc No. 7827] by one week – from March 26, 2018, to April 2, 2018.

1. Given counsel's schedule, Plaintiffs have been unable to complete their response to Cook's motion for a protective order regarding general company discovery.

2. Pursuant to the Local Rules, Plaintiffs response is due today, March 26, 2018.

3. Plaintiffs need a short, one-week extension of the deadline for Plaintiffs to respond to properly respond to Cook's motion for protective order.

4. The undersigned counsel sent an e-mail to Cook's lead counsel Andrea Pierson requesting Cook's consent to this extension request.

5. As of the filing of this motion, the undersigned counsel has not received a response from Ms. Pierson.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion and extend the deadline for filing Plaintiffs' response in opposition to the Cook Defendants' Motion for Protective Order Regarding General Company Discovery by one week to and including April 2, 2018, as set forth above.

Dated: March 26, 2018

                                          Respectfully Submitted,

                                          */s/ Joseph N. Williams*_____
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin