IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JANE DEMSKO

Civil Case #: 1:18-cv-00221-RLY-TAB

**PLAINTIFF JANE DEMSKO'S RESPONSE TO THE COOK DEFENDANTS'
MOTION TO DISMISS**

COMES NOW Jane Demsko (hereinafter referred to as "Plaintiff") and files her Response to Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), Motion to Dismiss. In support of her Motion, Plaintiff states as follows:

Plaintiff's completed and verified Plaintiff Profile Sheet was submitted to the Cook Defendants on March 26, 2018, along with corresponding documents via email to Andrea.Pierson@FaegreBD.com, Angela.Hall@FaegreBD.com, and michelle.Danner@FaegreBD.com. ***See completed and verified Plaintiff Profile Sheet and email attached hereto as Exhibit A.*** In addition, Plaintiff's completed and verified Plaintiff Profile Sheet was submitted to the Cook Defendants on March 26, 2018, along with corresponding documents via the Cook Defendants' Secure File Transfer site https://sft.faegrebd.com/envelope/CookFilterMDL. ***See Exhibit B.***

1

As a result of the Plaintiff's completed and verified Plaintiff Profile Sheet, along with corresponding documents, the Cook Defendants' Motion to Dismiss against Plaintiff Jane Demsko should be denied in its entirety as being moot.

WHEREFORE, Plaintiff Jane Demsko respectfully requests the Court deny the Cook Defendants' Motion to Dismiss.

Dated: March 26, 2018.

    Respectfully submitted,

    **LAW OFFICE OF BEN C. MARTIN**

    */s/ Ben C. Martin*
    Ben C. Martin, TX Bar No. 13052400
    Thomas Wm. Arbon, TX Bar No. 01284275
    3710 Rawlins Street, Suite 1230
    Dallas, TX  75219
    Telephone:  214.761.6614
    Facsimile:  214.744.7590
    bmartin@bencmartin.com
    tarbon@bencmartin.com

    *ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Cliff W. Marcek
CLIFF W. MARCEK, P.C.
700 South Third Street
Las Vegas, NV 89101

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

David J. Britton
LAW OFFICES OF DAVID J. BRITTON
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
HARRIS, RENY & TORZEWSKI
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
TIM MOORE, ATTORNEY AT LAW, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
HOUSSIERE DURANT & HOUSSIERE, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
DUZANE, KOOPERMAN & MONDELLI
603 Woodland Street
Nashville, TN 37206-4211

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

<div style="display: flex;">

Joseph A. Napiltonia
LAW OFFICE OF JOE NAPILTONIA
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
FOUST LAW OFFICE
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
ANDERSON GLENN LLP – BOCA RATON, FL
2201 NW Corporate Boulevard, Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
JASON T. SCHNEIDER, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
MORGAN & MORGAN, LLC
2600 One Commerce Square
Memphis, TN 38103

</div>

*/s/ Ben C. Martin*
Ben C. Martin

4