# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Jane M. Demsko v. Cook Medical, Inc., et al    **Date:** 03/23/18
**Docket No.:** 1:18-cv-00221
**Plaintiff(s) attorney and Contact information:**
Ben C. Martin/Thomas Wm. Arbon
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Jane Marie Demsko
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Donald Demsko    Loss of Consortium? ☐ Yes ☑ No
3. Date of birth:
4. Date of death (if applicable): N/A
5. Social Security No.:
6. Current Address:
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   a) Donald Demsko

   b) N/A

8. Do you have children? ☑Yes ☐No

   If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Carnie Demsko, St. Louis, MO | | No |
| Sarah Demsko, St. Louis, MO | | No |
| Laura Demsko, St. Louis, MO | | No |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   Donald Demsko; spouse

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    high school graduate

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

2

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

N/A

14. Have you ever served in any branch of the military? ☐Yes ☑No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

    If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

    N/A

16. Do you have a computer? ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☑Yes ☐No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 03/31/14
2. Reason for Implant: DVT
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: Unknown
6. Placement Physician (Name/Address): Bruce Kirke Bieneman, MD, 3635 Vista Ave, St. Louis, MO
7. Medical Facility (Name/Address): St. Anthony's Medical Center, 10010 Kennerly Rd, St. Lou

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). N/A
   b. When was this device or product implanted in you? N/A
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? N/A
   d. Provide the name and address of facilities where the other device or product implanted in you? N/A
   e. State your understanding of why was the other device or product implanted in you? N/A

• *Attach medical evidence of product identification*

### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 06/30/16
2. Type of retrieval: Percutaneous
3. Retrieval physician (Name/Address): John H. Niemeyer, MD, 3015 N.Ballas Rd, Saint Louis, MO
4. Medical Facility (Name/Address): Missouri Baptist Medical Center, 3015 N. Ballas, Rd, St. Louis, MO
5. Reason for Retrieval: no longer needed

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A


1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A


1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

4

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other embedded |
| ☐ Tilt | ☑ Other failed attempted retrieval |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☑ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

06/30/16 - failed attempted retrieval  by  John H. Niemeyer, MD, 3015 N.Ballas Rd, Saint Lou

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

The Plaintiff sustained emotional stress from the unsuccessful attempted removal. She worries the filter will migrate or perforate an organ in her body.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 64    Height 5'8"    Weight 95
2. Provide your: Age 61    Weight 120    (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2014 | St. Anthony's Medical Center, 10010 Kennerly Rd, St. Louis, MO |
|  |  |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☐ Yes ☑ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2014 | St. Anthony's Medical Center, 10010 Kennerly Rd, St. Louis, MO |
| 2016 | Missouri Baptist Medical Center, 3015 N. Ballas Rd, Saint Louis, MO |
|  |  |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

6

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐ Yes ☑ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   The Plaintiff sustained emotional stress from the unsuccessful attempted removal. She worries the filter will migrate or perforate an organ in her body.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   1 before 0 after

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   0 before 0 after

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☐ Yes ☑ No | | |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☐ Yes ☑ No | | |

7

Attachment

Page 6/7 No.6/7

6.	To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

Hawatmeh, Sam L., MD – primary care physician
12345 West Bend Drive, Suite 304
Saint Louis, MO 63128
314/631-2030
2014

Kohn, Howard MD – primary care physician
3844 Lindbergh Blvd #120
Saint Louis, MO 63127
314/525-0490
Present

Carey, Charles, MD – cardiologist
10012 Kennerly Rd #300
Saint Louis, MO 63128
314/842-0602
2014

Abdalla, Yazan, MD – Gastroenterologist
10012 Kennerly Rd, Suite 404
Saint Louis, MO 63128
314/543-5911
2014

Thampy, George K, MD – Endocrinology
10004 Kennerly Road, Suite 160B
Saint Louis, MO 63128
314/842-1588
2014

| | | |
|---|---|---|
| Anti-thrombin deficiency<br>☐Yes ☒No | | |
| Prothrombin mutation<br>☐Yes ☒No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| **Approx. Date Range** | **Health Problem or Surgery** |
|---|---|
| | |
| | See III, IV, VI, VIII.3, VIII.5, VIII.5, and Attachment I |
| | |
| | |
| | |
| | |
| | |
| | . |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☐Yes ☒No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

N/A

8

13. Do you now or have you ever smoked tobacco products? ☐Yes ☑No

    If yes: How long have/did you smoke? N/A

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: N/A

    b. Case/Claim Number: N/A

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☑Yes ☐No. If yes, specify:

    a. Date (or year) of application: _____

    b. Type of benefits sought: Social Security Disability

    c. Agency/Insurer from which you sought the benefits: Social Security Administration

    d. The nature of the claimed injury/disability: _____

9

  e. Whether the claim was accepted or denied:_____

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Donald Demsko | | Spouse |
| | | |
| | | |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
   Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR
   ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
   ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

   Applies to me and: ☐ the documents are attached OR ☑ have no documents OR
   ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _Jane Demsko_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _3/23/18_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Jane Demsko_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

| | |
|---|---|
| Facility: | MBH |
| Patient Name: | DEMSKO, JANE M |
| DOB: | |
| Sex: | F |
| Account Number: | |
| Medical Record Number: | |
| Accession Number: | 17134420 |
| Date of Service: | 06/30/2016 |
| Ordering Physician: | |

Inferior venacavogram and retrieval of IVC filter.

HISTORY: Gunther tulip Greenfield filter in the IVC for over two years. The patient is referred for attempted retrieval.

PROCEDURE AND FINDINGS:

The patient and her husband were seen prior to the procedure and the details of the procedure explained including the risks of hemorrhage or thrombosis at the jugular access site, contrast allergy, renal toxicity, filter fracture, caval injury with significant hemorrhage and inability to remove the filter resulting in permanent placement. The patient understood the risks and the benefits of the procedure and agreed to proceed.

Maximal sterile barrier technique was utilized including the use of cap, mask, sterile gown, sterile gloves, a large sterile drape, hand hygiene and chlorhexidine prep for cutaneous antisepsis.

The patient was managed with moderate sedation. The patient received 100 mcg of fentanyl and two mg of Versed before and during the procedure. The patient was continuously monitored using pulse oximetry, EKG and frequent blood pressure determinations by a nurse dedicated to the moderate sedation procedure. Procedure duration from beginning of sedation to completion was 69. Total fluoroscopy time was 6.8 minutes.

The neck was prepped and draped in standard sterile fashion. Following intradermal and deep injection with percent lidocaine, the right internal jugular vein was punctured with a 21-gauge echo tip needle under direct sonographic guidance. An 018 safety guidewire was advanced through the needle. A micropuncture introducer set was advanced over the guidewire. The guidewire was exchanged for an 035 safety J guidewire. A 4-French KMP catheter was advanced over the guidewire. The catheter and guidewire were manipulated through the right atrium into the inferior vena cava passed the IVC filter. The KMP catheter was removed. A 4-French pigtail catheter was advanced over the guidewire into the inferior vena cava and passed the IVC filter.

Contrast injection was made and digital subtraction angiography achieved in biplane projection. This demonstrated no evidence of

Patient: DEMSKO, JANE M    Encounter: 110005118631    Facility: MBH

thrombus within the IVC filter. There is some mild narrowing of the IVC at the level of the filter. The legs of the IVC filter all projected be on the flowing contrast lumen. The legs of the filter to the level of the shoulder of the legs projected adjacent to or within the wall or outside of the wall of the IVC filter.

The pigtail catheter was exchanged for a retrieval sheath over an Amplatz exchange wire.. The retrieval sheath was positioned just above the filter. A gooseneck snare was advanced through the sheath. The apex of the filter was engaged with the gooseneck snare and the hook captured. The sheath was advanced over the filter collapsing the legs. The sheath would not advance beyond the shoulder of the legs. With 4 cm the sheath, the patient had significant pain. Despite rotation of the sheath, the filter legs could not be freed from the wall of the inferior vena cava. With back tension on the snare, the sheath could not be pulled out of the inferior vena cava. Given the degree of caval penetration in the force exerted without success, I elected to terminate the procedure. Repeat inferior venacavography demonstrates no evidence of caval injury or contrast extravasation.

The sheath was removed. Hemostasis was achieved without difficulty. The patient tolerated the procedure well and left the department in good condition with stable vital signs.

IMPRESSION:

1. Inferior venacavogram demonstrates normal position of the IVC filter without evidence of entrapped thrombus. There is mild narrowing of the IVC at this level. There is significant caval penetration by the IVC filter legs.

2. Retrieval of the IVC filter could not be accomplished due to embedding, and penetration of the filter legs into and through the caval wall. This was discussed at length with the patient and her husband following the procedure.

Electronically signed by: John H. Niemeyer, M.D.


Radiologist: NIEMEYER, JOHN  M.D.
Attending:   KOHN, HOWARD   M.D.
Requesting:  KOHN, HOWARD   M.D.
Requesting Fax:    (314) 525-0434
Requesting ID: 1000425
Attending Fax:     (314) 525-0434
Attending ID:   1000425
Completed Time:   06/30/2016 1:32 PM
Dictated Time:    06/30/2016 3:36 PM
Transcribed Time: 06/30/2016 3:36 PM
Signed by:         NIEMEYER, JOHN    M.D. on 06/30/2016 3:36 PM
Report To 1 ID:
Report To 1 Name: ,
Report To 1 FAX:
Report To 2 ID:
Report To 2 Name: ,
Report To 2 FAX:
Report To 3 ID:
Report To 3 Name: ,
Report To 3 FAX: