# EXHIBIT B

| | |
|---|---|
| **From:** | cguerra@bencmartin.com |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |
| **Date:** | Monday, March 26, 2018 5:24:45 PM |

**You have received 6 secure files from cguerra@bencmartin.com.**
Use the secure links below to download.

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Jane Demsko, with attached documents and executed Cook Medical Authorizations.

Thank you.

Christina Guerra – Paralegal
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Office: (214) 761-6614
Fax: (214) 744-7590
Email: cguerra@bencmartin.com
Website: www.bencmartin.com

**Secure File Downloads:**
Available until: **01 April 2018**

Click links to download:

   **PPS - Demsko, Jane.pdf**
   394.90 KB

   **Cook Authorizations - Demsko, Jane.pdf**
   678.39 KB

   **CMO 4 - Demsko, Jane.pdf**
   41.60 KB

   **CMO 13 - Demsko, Jane.pdf**
   132.73 KB

   **St. Anthony's Medical Center.Medical Implant 2014.pdf**
   38.29 MB

   **Missouri Baptist Hospital.Medical Injury Notice 2016.pdf**
   1.72 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion