**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

**ORDER ON PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND**
**TO THE COOK DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
**REGARDING GENERAL COMPANY DISCOVERY**

This matter came before the Court on a motion filed by the Plaintiffs for an order extending

the deadline for Plaintiffs to file a response in opposition to the Cook Defendants' Motion for

Protective Order Regarding General Discovery by one week to and including April 2, 2018.

Having duly considered the motion,

IT IS HEREBY ORDERED:

1.   That the Plaintiffs' motion is in all respects granted, and

2.   That the deadline for the Plaintiffs to file a response in opposition to the Cook

Defendants' Motion for Protective Order Regarding General Discovery is extended to April 2,

2018, and Defendants' reply deadline is extended to April 16, 2018.

Dated:  3/28/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made via CM/ECF.
Distribution to all non-registered counsel of record will be made by Plaintiffs' Lead Counsel.