IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:16-cv-03023 | 1:17-cv-00363 | 1:17-cv-01913 | 1:17-cv-04451 |
| 1:17-cv-02162 | 1:17-cv-02221 | 1:17-cv-03773 | 1:17-cv-02358 |
| 1:16-cv-02216 | 1:17-cv-02914 | 1:17-cv-04475 | 1:17-cv-04701 |
| 1:16-cv-03157 | 1:17-cv-00331 | 1:16-cv-00449 | 1:17-cv-02793 |
| 1:17-cv-00511 | 1:16-cv-02183 | 1:17-cv-03335 | 1:17-cv-02271 |
| 1:17-cv-01345 | 1:17-cv-02139 | 1:17-cv-02304 | |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in the above referenced cases as counsel for:

| | | |
|---|---|---|
| Carmen Gonzalez Lopez | Yvette Morgan | David Morowitz |
| Sharon Franklin | Michelle McGee | Pendora Harrell |
| Jillian Flores | Sharon Resch | Joanne LaMunion |
| George Blanton | Lelve Ponder | Eric Turner |
| Shirley Reed | Daniel Groves | Albert Cason |
| Donna Ryals | Brian Barthalow | Bridget Gallagher Gross |
| Sandra Arcand | Randall Brady Sr. | Thomas Johnson |
| Claire Montani | Charleen Crone | |

Dated: March 28, 2018

                                           s/ Donald A. Migliori
                                           Donald A. Migliori (Fed. ID 4936)
                                           dmigliori@motleyrice.com
                                           MOTLEY RICE LLC
                                           28 Bridgeside Boulevard
                                           Mount Pleasant, SC 29466
                                           843-216-9000
                                           843-216-9450 Fax

                                           Attorney for Plaintiff(s)

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*s/ Donald A. Migliori*
Donald A. Migliori