THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

LOUISVILLE
KY 400
22 MAR '18
PM 2 L

$0.470
US POSTAGE
FIRST-CLASS
062S0009595004
47150

Kelly Ann York-Leskiw
P.O. Box 3394
Warminster, PA 18974

UTF

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
APR 2 2018
LAURA A. BRIGGS

NIXIE          176   FE 1700        0003/28/18
                RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
                  UNABLE TO FORWARD

UTF    BC: 47150367399      *1070-05599-22-41
47150>3673