# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00473 | Cause No. 1:18-cv-00626 |
| Cause No. 1:18-cv-00568 | Cause No. 1:18-cv-00627 |
| Cause No. 1:18-cv-00569 | Cause No. 1:18-cv-00634 |
| Cause No. 1:18-cv-00585 | Cause No. 1:18-cv-00636 |
| Cause No. 1:18-cv-00602 | Cause No. 1:18-cv-00637 |
| Cause No. 1:18-cv-00612 | Cause No. 1:18-cv-00640 |
| Cause No. 1:18-cv-00622 | Cause No. 1:18-cv-00641 |
| Cause No. 1:18-cv-00623 | Cause No. 1:18-cv-00642 |
| Cause No. 1:18-cv-00624 | Cause No. 1:18-cv-00645 |
| Cause No. 1:18-cv-00625 | Cause No. 1:18-cv-00647 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:    April 2, 2018 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.117333257.01

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ John T. Schlafer