IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Meagan Dyreng and Travis Dyreng

Civil Case # 1:17-cv-4

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Meagan Dyreng, Plaintiff

Date: April 3, 2018

                                          Respectfully submitted,

                                          _____

                                          Anne Vankirk, WA Bar No. 47321
                                          avankirk@lawdbd.com
                                          Driggs, Bills & Day, PLLC
                                          2125 Western Avenue, Suite 500
                                          Seattle, WA 98121
                                          T: 206-607-9098
                                          F: 206-641-3214

                                            **Attorney for the Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                Anne Vankirk, WA Bar No. 47321