IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Darrell Robertson and Stephanie Waller

Civil Case # 1:17-cv-881

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Darrell Robertson, Plaintiff


Date: April 3, 2018

                                                    Respectfully submitted,

                                                    Anne Vankirk, WA Bar No. 47321
                                                    avankirk@lawdbd.com
                                                    Driggs, Bills & Day, PLLC
                                                    2125 Western Avenue, Suite 500
                                                    Seattle, WA 98121
                                                    T: 206-607-9098
                                                    F: 206-641-3214

                                                    **Attorney for the Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            Anne Vankirk, WA Bar No. 47321