**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**UNOPPOSED MOTION TO AMEND THE**
**AMENDED DEFENDANT PROFILE FORM PRODUCTION SCHEDULE**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court to amend the Defendant Profile Form ("DPF") Production Schedule laid out in the Cook Defendants' Unopposed Motion to Amend Defendant Profile Form Production Schedule, Dkt. No. 6777, which was filed on October 11, 2017. This motion and order amended the Third Amended Case Management Order No. 4 (Party Profile Forms and Fact Sheets Protocol) ("CMO No. 4"), Dkt. No. 4226, dated March 29, 2017. In support of this motion, the Cook Defendants state:

1.  Paragraph 7 of the Cook Defendants' Unopposed Motion to Amend Defendant Profile Form Production Schedule sets forth an amended schedule with which the Cook Defendants must comply in serving DPFs in non-Bellwether cases.

2.  The Cook Defendants have complied with this schedule since the Unopposed Motion was filed on October 11, 2017 (Dkt. No. 6777).

3.  The Cook Defendants require a new schedule to address DPFs in non-Bellwether cases beginning with the May 12, 2018 production going forward until all non-Bellwether DPFs have been produced.

US.117309838.01

4.	In order to make the productions consistent and manageable, the Cook Defendants propose that DPFs for two hundred fifty (250) cases will be produced—in the order in which they were filed—on the 12th of each month, beginning on May 12, 2018, until production of all DPFs is complete.

5.	The Cook Defendants have consulted Plaintiffs' attorneys about this requested amendment, and Plaintiffs' attorneys have stated that Plaintiffs do not object to the amendment.

WHEREFORE, the Cook Defendants respectfully request that the Court amend their DPF production schedule in the manner specified in Paragraph 4 of this motion and grant them all other appropriate relief.

Dated: April 4, 2018	Respectfully submitted,

/s/  John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
Andrea.Pierson@FaegreBD.com
John.Schlafer@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

US.117309838.01

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2018, a copy of the foregoing Agreed Motion to Amend the Amended Defendant Profile Form Production Schedule was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ John T. Schlafer
John T. Schlafer

US.117309838.01