**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

**MICHAEL WILLIAM COFFMAN**

Civil Case # 1:18-cv-597

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff, Michael William Coffman, by and through counsel, pursuant to Fed. R. Civ. P. 15(a)(2), for leave to amend his Short Form Complaint by filing the Amended Short Form Complaint, attached and filed herewith as Exhibit A.

In support of this Motion, Plaintiff seeks to amend Paragraph 8 of his Short Form Complaint in order to correct the party Defendants as outlined in the Court's Case Management Order #3 (Protocol Regarding Dismissal of Additional Cook Entities).

WHEREFORE, Plaintiff respectfully moves the Court for leave to allow the filing of his Amended Short Form Complaint.

Respectfully submitted,

**THE KELLY FIRM**

s/ Clinton L. Kelly
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, TN 37075
Telephone:	(615) 800-0000
Facsimile:	(615) 824-2674
clint@kellyfirm.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ Clinton L. Kelly
Clinton L. Kelly