# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

**MICHAEL WILLIAM COFFMAN**

Civil Case # 1:18-cv-597

## ORDER

The Court having considered Plaintiff's Motion for Leave to amend his Short Form Complaint finds Plaintiff's Motion well taken.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff is permitted leave to file his Amended Short Form Complaint.

**SO ORDERED** this _____ day of April, 2018.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Submitted for Entry by:

**THE KELLY FIRM**

s/ Clinton L. Kelly
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, TN 37075
Telephone: (615) 800-0000
Facsimile: (615) 824-2674
clint@kellyfirm.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                s/ Clinton L. Kelly
                                                                Clinton L. Kelly