IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
HAYWOOD JAMES / JACQUELINE L. MITCHELL JAMES
Civil Case #  1:18-cv-00689-RLY-TAB

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Jacqueline L. Mitchell-James, who appeared on behalf of the estate of his deceased husband, Haywood James. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Haywood's James estate.

Dated: April 6, 2018

/s/ Carlos M. Hernández-Burgos
Carlos M. Hernández-Burgos
USDC-PR 224814
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center
268 Ponce de León Avenue, Suite 1020
San Juan, PR 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2018, we electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Carlos M. Hernández-Burgos