## AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

**VENUE**

California,
(State)

Los Angeles
(County) SS:

1. LaKenya D. Harvey, being duly sworn according to law, declare
(First, middle, last or maiden name)

that I reside at 15909 vermont Ave #210, Paramount Ca and that on
(Street address) (City and state)

Jan. 02, 2017, Haywood James, had permanent
(Mo., day, year of death) (Name of deceased)

legal residence at 408 s Northwood, Ca 90220.
(Complete address of decedent)

I am the widow, (child), father, mother, brother, sister, other _____,
(Circle appropriate relationship) (Specify if other)

and as such am entitled to receive the decedent's estate under the laws of

California
(Name of state in the United States where decedent last had legal permanent residence)

## NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father, and /or mother, brothers and/or sisters:

| Name | Date /Place of Birth | Address | Relationship |
|---|---|---|---|
| 1. LaKenya Harvey | 07-22-1976 California | 15909 Vermont Ave #210 Paramount Ca 90723 | child |
| 2. Linay James | 08-13-1989 California | 408 S. Northwood Compton Ca 90220 | child |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

_____
(Signature of Affiant)

Subscribed and sworn (or affirmed) to before me by LaKenya Harvey
(Typed name of affiant)

at 15359 Paramount Blvd. Paramount, CA. 90723    on April 3, 2018
(Address of Notary of Public)             (Date)

See attached — 7.
(Signature of Notary Public)

(Seal)

_____
(Typed name of Notary Public)

see attached.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____  _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 3rd day of April, 2018,
by Date    Month    Year

(1) Iskenya Danielle Harvey

(and 2) _____,
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

ANNA DELIA MOYEDA
Commission # 2092456
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2019

Place Notary Seal and/or Stamp Above

——— OPTIONAL ———

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

M1304-08 (09/17)