IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):
HAYWOOD JAMES / JACQUELINE L. MITCHELL JAMES
Civil Case #  1:18-cv-00689-RLY-TAB

## MOTION TO SUBSTITUE PARTY PLAINTIFF AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting plaintiff Jacqueline L. Mitchell-James with LaKenya D. Harvey, as representative of the estate of Haywood James.

1. Jacqueline Mitchell-James filed, on behalf of deceased husband Haywood James, a products liability lawsuit against Defendants on March 7, 2018 in the Southern District of Indiana - Indianapolis Division - MDL No. 2570.

2. On April 6, 2018, Plaintiff filed and served a Suggestion of Death for Jacqueline Mitchell-James.

3. LaKenya D. Harvey, surviving daughter of Haywood James and now his next of kin, is the proper party to substitute for plaintiff Jacqueline L. Mitchell-James and has proper capacity to move forward with the surviving products liability lawsuit pursuant to Fed. R. Civ. P. 25(a)(l). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

4. LaKenya D. Harvey further seeks leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of the estate of Haywood James. (See Amended Short Form Complaint, attached hereto as Exhibit A).

Based on the foregoing, LaKenya D. Harvey requests that this Court grant her request for substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: April 6, 2018　　　　　　　　　　　　/s/ Carlos M. Hernández-Burgos
　　　　　　　　　　　　　　　　　　　　　　Carlos M. Hernández-Burgos
　　　　　　　　　　　　　　　　　　　　　　USDC-PR 224814
　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF CHRISTOPHER K.
　　　　　　　　　　　　　　　　　　　　　　JOHNSTON, LLC
　　　　　　　　　　　　　　　　　　　　　　Hato Rey Center
　　　　　　　　　　　　　　　　　　　　　　268 Ponce de León Avenue, Suite 1020
　　　　　　　　　　　　　　　　　　　　　　San Juan, PR 00918
　　　　　　　　　　　　　　　　　　　　　　Tel: (844) 345-3784
　　　　　　　　　　　　　　　　　　　　　　Fax: (844) 644-1230
　　　　　　　　　　　　　　　　　　　　　　carlos.h@masstortslaw.com

　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2018, we electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　/s/ Carlos M. Hernández-Burgos