IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

---

This Document Relates to Plaintiff(s)
 LAKENYA D. HARVEY, representative of the estate of HAYWOOD JAMES

 Civil Case # 1:18-cv-689

---

**AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Haywood James

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not applicable

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    LaKenya D. Harvey, next of kin and proposed personal representative

4.   Plaintiff's/Deceased Party's state of residence at the time of implant:

    California

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

 California

6.  Plaintiff's/Deceased Party's current state of residence:

 California

7.  District Court and Division in which venue would be proper absent direct filing:

 U.S. District Court for the Central District of California, Western Division

8.  Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical LLC

☑ William Cook Europe ApS

9.  Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

 Paragraphs 6 through 28

b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

11/13/2015 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Kaiser Permanente Los Angeles Medical Center _____

Los Angeles, CA _____

13. Implanting Physician(s):

Dr. Tina Lynelle Hardley _____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Failure to Warn

☑ Count II:    Strict Products Liability – Design Defect

☑ Count III:   Negligence

☑ Count IV:    Negligence Per Se

3

☑    Count V:       Breach of Express Warranty

☑    Count VI:      Breach of Implied Warranty

☑    Count VII:     Violations of Applicable _____California_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count VIII:    Loss of Consortium

☐    Count IX:      Wrongful Death

☑    Count X:       Survival

☑    Count XI:      Punitive Damages

☐    Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

☐    Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

 Christopher K. Johnston; Carlos M. Hernandez-Burgos                 

16. Address and bar information for Attorney for Plaintiff(s):

268 Ponce de Leon Ave., Suite 1020, San Juan, PR 00918

Christopher K. Johnston - CA Bar 261474

Carlos M. Hernandez-Burgos - PR Bar 224814

Respectfully submitted,

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

s/ Carlos M. Hernandez-Burgos

Carlos M. Hernandez-Burgos
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center, 268 Ponce de Leon Ave., Ste. 1020
San Juan, PR 00918
Telephone: (844) 345-3784
Facsimile: (844) 644-1230
carlos.h@masstortslaw.com

*Counsel for Plaintiff*