IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|   | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| 1 | Key, Phyllis | 1:18-cv-00320 | 3/28/2018 | 3/9/2018 | 1 |
| 2 | Anderson, Jeremy | 1:18-cv-00429 | 3/16/2018 | 3/22/2018 | 2 |
| 3 | Haskins, Debra | 1:18-cv-00471 | 3/19/2018 | 3/22/2018 | 2 |

US.117486455.01