IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases
(See Exhibit A)
Civil Case No.  1:14-ml-2570-RLY-TAB

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Carlos M. Hernandez-Burgos of the Law Office of Christopher K. Johnston LLC hereby moves the Court for leave to withdraw his appearance on all cases listed in Exhibit A, for which an appearance by the undersigned was entered in this action, on the basis that the undersigned will cease his job at the firm, effective April 13, 2018. Cristopher Kyle Johnston of the Law Office of Christopher K. Johnston LLC will continue to represent all the Plaintiffs in this action.

Dated: April 9, 2018

/s/ Carlos M. Hernández-Burgos
Carlos M. Hernández-Burgos
USDC-PR 224814
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center
268 Ponce de León Avenue, Suite 1020
San Juan, PR 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2018, we electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Carlos M. Hernández-Burgos