# EXHIBIT A

| Case Number | Case Name | Filed Date |
|---|---|---|
| 1:14-ml-02570-RLY-TAB | IN RE: COOK MEDICAL INC. | filed 10/15/14 |
| 1:17-cv-02343-RLY-TAB | INGRAM v. COOK INCORPORATED et al (Representing SHANTE S. INGRAM) | filed 07/11/17 |
| 1:17-cv-02762-RLY-TAB | MEYI v. COOK INCORPORATED et al (Representing TYNISA MEYI) | filed 08/14/17 |
| 1:17-cv-02789-RLY-TAB | GLENN v. COOK INCORPORATED et al (Representing STEPHEN GLENN) | filed 08/15/17 |
| 1:17-cv-02825-RLY-TAB | STEVENS v. COOK INCORPORATED et al (Representing CRAIG D. STEVENS) | filed 08/17/17 |
| 1:17-cv-04019-RLY-TAB | SEILER-BRAND v. COOK INCORPORATED et al (Representing MARGARET SEILER-BRAND) | filed 11/01/17 |
| 1:17-cv-04173-RLY-TAB | SCHREINER v. COOK INCORPORATED et al (Representing GUNTER SCHREINER) | filed 11/09/17 |
| 1:17-cv-04399-RLY-TAB | COOPER v. COOK INCORPORATED et al (Representing EDWARD BRYANT COOPER, LINDA COOPER) | filed 11/27/17 |
| 1:17-cv-04592-RLY-TAB | HEARD v. COOK INCORPORATED et al (Representing JUANITA HEARD) | filed 12/13/17 |
| 1:17-cv-04639-RLY-TAB | WEBB v. COOK INCORPORATED et al (Representing LAURA DUNCAN WEBB) | filed 12/15/17 |
| 1:18-cv-00066-RLY-TAB | ARNOLD-SHAVER v. COOK INCORPORATED et al (Representing JULIE A. ARNOLD-SHAVER) | filed 01/08/18 |
| 1:18-cv-00197-RLY-TAB | SMITH v. COOK INCORPORATED et al (Representing YOLANDA SMITH) | filed 01/24/18 |
| 1:18-cv-00235-RLY-TAB | POWERS v. COOK INCORPORATED et al (Representing MARK POWERS) | filed 01/26/18 |
| 1:18-cv-00241-RLY-TAB | HESSER v. COOK INCORPORATED et al (Representing MICHAEL HESSER) | filed 01/26/18 |

| | | |
|---|---|---|
| 1:18-cv-00333-RLY-TAB | HARGRAVE v. COOK INCORPORATED et al (Representing McWAYNE HARGRAVE) | filed 02/05/18 |
| 1:18-cv-00338-RLY-TAB | BAGGETT v. COOK INCORPORATED et al (Representing DOLLIE L. BAGGETT) | filed 02/05/18 |
| 1:18-cv-00346-RLY-TAB | ROSTRO v. COOK INCORPORATED et al (Representing GERARDO ROSTRO) | filed 02/06/18 |
| 1:18-cv-00534-RLY-TAB | HOLLIDAY v. COOK INCORPORATED et al (Representing MARY ANN HOLLIDAY) | filed 02/23/18 |
| 1:18-cv-00549-RLY-TAB | PHILLIPS v. COOK INCORPORATED et al (Representing SHERRIE PHILLIPS) | filed 02/26/18 |
| 1:18-cv-00574-RLY-TAB | BISHOP v. COOK INCORPORATED et al (Representing JOHN BISHOP, RHONDA BISHOP) | filed 02/27/18 |
| 1:18-cv-00689-RLY-TAB | MITCHELL-JAMES v. COOK INCORPORATED et al (Representing JACQUELINE L. MITCHELL-JAMES, HAYWOOD JAMES) | filed 03/07/18 |