IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases
(See Exhibit A)
Civil Case No.  1:14-ml-2570-RLY-TAB

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

This matter came before the Court on the motion of Carlos M. Hernandez-Burgos for leave to withdraw his appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Cristopher Kyle Johnston of the Law Office of Christopher K. Johnston LLC, hereby GRANTS the motion. The appearance of Carlos M. Hernandez-Burgos in this action, and in all related cases identified in Exhibit A, is hereby withdrawn.

Date:  _____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana