# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00032 | Cause No. 1:18-cv-00725 |
| Cause No. 1:18-cv-00397 | Cause No. 1:18-cv-00728 |
| Cause No. 1:18-cv-00620 | Cause No. 1:18-cv-00730 |
| Cause No. 1:18-cv-00683 | Cause No. 1:18-cv-00732 |
| Cause No. 1:18-cv-00717 | Cause No. 1:18-cv-00733 |
| Cause No. 1:18-cv-00719 | Cause No. 1:18-cv-00734 |
| Cause No. 1:18-cv-00720 | Cause No. 1:18-cv-00738 |
| Cause No. 1:18-cv-00721 | Cause No. 1:18-cv-00749 |
| Cause No. 1:18-cv-00722 | Cause No. 1:18-cv-00751 |
| Cause No. 1:18-cv-00724 | Cause No. 1:18-cv-00752 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     April 9, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer