**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00032 | Cause No. 1:18-cv-00725 |
| Cause No. 1:18-cv-00397 | Cause No. 1:18-cv-00728 |
| Cause No. 1:18-cv-00620 | Cause No. 1:18-cv-00730 |
| Cause No. 1:18-cv-00683 | Cause No. 1:18-cv-00732 |
| Cause No. 1:18-cv-00717 | Cause No. 1:18-cv-00733 |
| Cause No. 1:18-cv-00719 | Cause No. 1:18-cv-00734 |
| Cause No. 1:18-cv-00720 | Cause No. 1:18-cv-00738 |
| Cause No. 1:18-cv-00721 | Cause No. 1:18-cv-00749 |
| Cause No. 1:18-cv-00722 | Cause No. 1:18-cv-00751 |
| Cause No. 1:18-cv-00724 | Cause No. 1:18-cv-00752 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     April 9, 2018          /s/ Andrea R. Pierson
                                       Andrea Roberts Pierson (# 18435-49)
                                       John T. Schlafer (# 28771-49)
                                       FAEGRE BAKER DANIELS LLP
                                       300 North Meridian Street, Suite 2700
                                       Indianapolis, Indiana  46204
                                       Telephone:  (317) 237-0300
                                       Facsimile:  (317) 237-1000
                                       E-Mail:  andrea.pierson@faegrebd.com
                                       E-Mail:  john.schlafer@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson

US.117509618.01