# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No. 1:18-cv-00754
Cause No. 1:18-cv-00755
Cause No. 1:18-cv-00760
Cause No. 1:18-cv-00765
Cause No. 1:18-cv-00767
Cause No. 1:18-cv-00770
Cause No. 1:18-cv-00771
Cause No. 1:18-cv-00775

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:  April 9, 2018    /s/ Andrea R. Pierson
                 Andrea Roberts Pierson (# 18435-49)
                 John T. Schlafer (# 28771-49)
                 FAEGRE BAKER DANIELS LLP
                 300 North Meridian Street, Suite 2700
                 Indianapolis, Indiana  46204
                 Telephone:  (317) 237-0300
                 Facsimile:  (317) 237-1000
                 E-Mail:  andrea.pierson@faegrebd.com
                 E-Mail:  john.schlafer@faegrebd.com

US.117509633.01

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                   /s/ Andrea R. Pierson