**Exhibit A**

1:17-cv-02958-RLY-TAB		SWARTZ v. COOK INCORPORATED et al

1:17-cv-03783-RLY-TAB		ROGERS v. COOK INCORPORATED et al