# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>MOTION TO WITHDRAW AS COUNSEL |

**THIS DOCUMENT RELATES TO:**

*IN RE: COOK MEDICAL, INC, IVC FILTERS*
**Civil Action No.: 1:14-ml-2570-RLY-TAB**

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED.

Entered this _____ day of _____, 2018 into the United States District Court Southern District of Indiana, Indianapolis Division.

_____
HONORABLE DISTRICT JUDGE RICHARD L. YOUNG