**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Brenda Aldrich

Case No. 1:18-cv-00795-RLY-TAB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above-captioned case are dismissed against all defendants with prejudice, each party to bear its own costs.

Dated: April 10, 2018

By: */s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: 612-436-5028
Facsimile: 612-367-8107
E-mail: mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com
*Attorneys for Plaintiff*

By: */s/ John T. Schlafer*
John T. Schlafer
FAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-8274
E-mail: John.Schlafer@FaegreBD.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the Cm/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
