IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

---

*Bevins, Joann v. Cook Incorporated, et al*

*Ferriso, Frederick v. Cook Incorporated, et al*

*Hedrick, Ethel v. Cook Incorporated, et al*

*Kernan, Mary v. Cook Incorporated, et al*

*Porter, George v. Cook Incorporated, et al*

*Quinn, A'Keria v. Cook Incorporated, et al*

*Seale, Nancy v. Cook Incorporated, et al*

*White, Kevin v. Cook Incorporated, et al*

---

## MOTION TO DISMISS WITHOUT PREJUDICE AS TO
## SPECIFIED PLAINTIFFS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(2), the following Plaintiffs ONLY move to dismiss their

claims without prejudice from this action:

Joann Bevins

Frederick Ferriso

Treva Lynch for Ethel Lorrina Hedrick (deceased)

1

Mary Kernan

George Porter

A'Keria Quinn

Nancy Seale

Kevin White

The claims of all other Plaintiffs are unaffected by this motion.

WHEREFORE, the foregoing Plaintiffs ONLY respectfully request the Order of the Court dismissing their claims without prejudice, and for such other and further relief as this Court deems just and proper.

Dated: April 13, 2018                    Respectfully Submitted,

                                         **THE DRISCOLL FIRM, P.C.**


                              By:   */s/ Gregory J. Pals*
                                    John J. Driscoll #6276464(IL)
                                    Gregory J. Pals #48820 (MO)
                                    211 N. Broadway, 40th Floor
                                    St. Louis, MO 63102
                                    Tel: (314) 932-3232
                                    Fax: (314) 932-3233
                                    john@thedriscollfirm.com
                                    greg@thedriscollfirm.com
                                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                    */s/ Melissa Caliendo*