IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to: CHERYL KISTULINE and LEONARD KISTULINE  1:17-CV-00502-JMS-DML | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Emily Peacock of the law firm Olsman MacKenzie & Wallace, counsel of record for Plaintiffs Cheryl Kistuline and Leonard Kistuline, hereby moves this Court for an Order allowing her to withdraw as counsel of record for Plaintiffs in the above-captioned matter for the following reasons:

1. On March 12, 2018, Melissa Fry Hague of Goldman Scarlato & Penny, P.C. entered her appearance as counsel in the above-captioned matter;

2. Emily Peacock has advised Plaintiffs and provided written notice to them of her intent to withdrawal as their counsel.

3. Plaintiffs have no objections to the withdrawal of Emily Peacock as their counsel and understand that Melissa Fry Hague will remain as counsel of record for the Plaintiffs.

Date:  April 16, 2018                                   Respectfully submitted,


  /s/ Emily M. Peacock
OLSMAN MACKENZIE & WALLACE
Emily Peacock
2684 West Eleven Mile Road
Berkley, MI  48072
Phone: 248-591-2300
Email: epeacock@olsmanlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was served upon Plaintiffs Cheryl Kistuline and Leonard Kistuline by certified U.S. Mail, return receipt requested, and upon all parties of record electronically by CM/ECF, on April 16, 2018.


Date: April 16, 2018                              */s/ Emily Peacock*_____