# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No.  1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
CHERYL KISTULINE and LEONARD KISTULINE

1:17-CV-00502-JMS-DML

## PROPOSED ORDER

**WHEREFORE, UPON CONSIDERATION** of Emily Peacock of the law firm Olsman MacKenzie & Wallace Motion to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that Emily Peacock of the law firm Olsman MacKenzie & Wallace is hereby permitted to withdraw from any further representation of Plaintiffs, Cheryl Kistuline and Leonard Kistuline.

**THUS DONE AND SIGNED** this _____ day of _____, 2018.

_____
**HONORABLE TIM A. BAKER**
**U.S. MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF INDIANA**