# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This document relates to:
**All Cases**
_____

**JOINT PROPOSED AGENDA FOR**
**NOVEMBER 10, 2016 STATUS CONFERENCE**

Below is the parties' agreed agenda for this Court's November 10, 2016, Status

Conference:

1.  Deposition Protocol

2.  Deadlines for Bellwether matters

3.  Report on Status of MDL and Discovery

    a)  Close of Company Discovery

4.  Request to Appoint PSC Discovery Liaisons

Respectfully submitted,

Dated:  November 3, 2016

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica B. Cox
John T. Schlafer
Patrick H. Reilly
Anna C. Rutigliano
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
jessica.cox@FaegreBD.com
john.schlafer@FaegreBD.com
patrick.reilly@FaegreBD.com
anna.rutigliano@FaegreBD.com
*Counsel for Cook Defendants*

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN  46802
Telephone: (260) 424-8000
Fax: (260) 460-1700
stephen.bennett@faegrebd.com

Douglas B. King, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Kip S. M. McDonald, Esq.
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Telephone: (317) 639-6151
Fax: (317) 639-6444
doug.king@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com
*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, a copy of the foregoing Joint Proposed

Agenda For November 10, 2016 Status Conference was served by electronic mail on all

Plaintiffs' and Defendants' Leadership and Liaison Counsel.

/s/ Andrea Roberts Pierson

3