IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Donald E. Lewis

Civil Case # 1:18-cv-916

AMENDED
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Donald E. Lewis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Ohio

6. Plaintiff's/Deceased Party's current state of residence:
   Ohio

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court, Southern District of Ohio, Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 1-28

   b. Other allegations of jurisdiction and venue:
      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☑ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    4/30/12

12. Hospital(s) where Plaintiff was implanted (including City and State):

    East Ohio Regional Hospital

    Martins Ferry, Oh 43935

13. Implanting Physician(s):

    Carl Barosso, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:   Strict Products Liability – Failure to Warn
    - ☑ Count II:  Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV:  Negligence Per Se

3

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Benjamin A. Bertram, Blair B. Matyszczyk

16. Address and bar information for Attorney for Plaintiff(s):

| 4717 Grand Avenue, Suite 800 | |
| --- | --- |
| Kansas City, Missouri 64112 | |
| Missouri Bar # 56945, 66067 | |

Respectfully submitted,

BERTRAM & GRAF, L.L.C.

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar 66067
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
blair@bertramgraf.com

*Attorney for Plaintiff*