IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES         Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Steven Preslar_____

Civil Case #: 1:18-cv-825_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Steven Preslar ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-00825 filed on March 14, 2018.  The Short Form Complaint was served on or forwarded to the Cook Defendants on March 14, 2018.

                                Respectfully submitted,

                                **McGLYNN, GLISSON & MOUTON**

Dated:   April 17, 2018         By: /s/Amanda L. Washington_____
                                                       Amanda L. Washington, LA #34811
                                                       340 Florida Street
                                                       Baton Rouge, LA 70801
                                                       Telephone:  225-344-3555
                                                       Fax:  225-344-3666
                                                       amanda@mcglynnglisson.com
                                                       **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Amanda L. Washington
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**