UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| _____ | ) ) | |
| This Document Relates to: | ) | |

1:17-cv-1349; 1:17-cv-2393; 1:17-cv-3377; 1:17-cv-4142; 1:17-cv-6086; and 1:18-cv-00078.
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 7709)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

Plaintiffs, Jessica Jatta and Jacqueline S. Lang, Cause Nos. 1:17-cv-2393 and 1:17-cv-4142, have filed PPFs. The Cook Defendants' Motion to Dismiss (Filing No. 7709) is **DENIED** with respect to their cases. In those cases with no PPF on file, Plaintiffs are **ORDERED** to file PPFs within **forty-five (45) days** from the date of this Order. Failure to comply with this condition shall result in dismissal.

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.