UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

1:18-cv-00217; 1:18-cv-00221; 1:18-cv-00229; and 1:18-cv-00243.
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 7797) and
### PLAINTIFF DUSTIN DECANN'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF PROFILE SHEET, AUTHORIZATIONS, AND MEDICAL RECORDS (Filing No. 11)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the four cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

Plaintiffs Jane Demsko, 1:18-cv-00221, and Elizabeth Kingery, 1:18-cv-00243, have since filed PPFs. Plaintiffs Lisa Castro and Luis Melendez, 1:18-cv-00217, and Dustin DeCann, 1:18-cv-00229, have not filed PPFs. Plaintiffs Castro/Melendez and DeCann are **ORDERED** to file a PPF within **forty-five (45) days** from the date of this Order. Failure to comply with this condition shall result in dismissal. Having so ruled, Plaintiff DeCann's Motion for Extension of Time to Submit Plaintiff Profile Sheet,

1

Authorizations, and Medical Records (Filing No. 11 in 1:18-cv-00229), is **DENIED as MOOT**.

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record