UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to: | ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB <br>     MDL No. 2570 |

1:17-cv-01252; 1:17-cv-03651; 1:18-cv-00022; 1:18-cv- 00114; 1:18-cv-00116; and 1:18-cv-00117; 1:17-cv-6084; 1:17-cv-6085

_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 7753)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the eight cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

Plaintiffs, John Ferguson, 1:18-cv-0022; Elizabeth A. Smith, 1:18-cv-0114; Tammi Lindholm, 1:18-cv-0116; Brandon Helsley, 1:18-cv-0117; and Rhonda Caynor, 1:17-cv-3651, have since filed PPFs. Therefore, the Cook Defendants' Motion to Dismiss (Filing No. 7753) is **DENIED** with respect to their cases.

1

Plaintiffs Linda Kelley, 1:17-cv-6084, and Carl Eacret, 1:17-cv-6085, filed Motions to Remand, which were granted.  Therefore, the Cook Defendants' Motion to Dismiss (Filing No. 7753) is **DENIED as MOOT** with respect to their cases.

Plaintiff, Veronica Tyynismaa, 1:17-cv-1252, has not filed a PPF.  She is **ORDERED** to file a PPF within **forty-five (45) days** from the date of this Order.  Failure to comply with this condition shall result in dismissal.

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record