UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____<br><br>This Document Relates to: | )<br>)  1:14-ml-02570-RLY-TAB<br>)  MDL No. 2570<br>)<br>)<br>)<br>) |

1:16-cv-01246; 1:16-cv-01255; 1:16-cv-01701; 1:16-cv-01844; 1:16-cv-01850; 1:16-cv-02011; 1:16-cv-02105; 1:16-cv-02320; 1:16-cv-02393; 1:16-cv-02402; 1:16-cv-02566; 1:16-cv-02578; 1:16-cv-02591; 1:16-cv-02850; 1:16-cv-02958; 1:16-cv-02961; 1:16-cv-03175; 1:16-cv-03469; 1:16-cv-03490; 1:16-cv-06050; 1:17-cv-00483; 1:17-cv-00845; 1:17-cv-00904; 1:17-cv-01037; 1:17-cv-03312; 1:17-cv-03450; 1:17-cv- 03485; 1:18-cv-00030; 1:18-cv-00038; and 1:18-cv-00068.
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 7687)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the 31[1] cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

Plaintiff, Venay Gilliam, Cause No. 1:18-cv-00030-RLY-TAB, has filed a PPF. The Cook Defendants' Motion to Dismiss (Filing No. 7687) is **DENIED** with respect to her case. In those cases with no PPF on file, Plaintiffs are **ORDERED** to file PPFs

---

[1] Exhibit A to this motion, which lists each individual case ripe for dismissal, does not include cause numbers 1:18-cv-00038 (Sharon Kuhn); and 1:18-cv-00068 (Mathew Royce). Therefore, it is unclear whether these cause numbers are subject to this motion.

within **forty-five (45) days** from the date of this Order.  Failure to comply with this condition shall result in dismissal.

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.