UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Michell M. Walker* 1:16-cv-2958-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING CASE**

On March 19, 2018, the court issued an Order to Show Cause why this case should not be dismissed. The time for responding has passed. Accordingly, the court **DISMISSES** this case **WITHOUT PREJUDICE**. The Motion to Withdraw as Counsel for Plaintiff (Filing No. 7757) is **DENIED as MOOT**.

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1