UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  *Serena Lank* 1:18-cv-363  _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 7924)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss Serena Lank's case, 1:18-cv-363, because a completed Plaintiff Profile Form ("PPF") has not been submitted. The court, having reviewed the same, now **GRANTS** the Cook Defendants' Motion to Dismiss (Filing No. 7924).

**SO ORDERED** this 18th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1