IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to: CHERYL KISTULINE and LEONARD KISTULINE | |
| 1:17-CV-00502-RLY-TAB | |

### ORDER

WHEREFORE, UPON CONSIDERATION of Emily Peacock of the law firm Olsman MacKenzie & Wallace Motion to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that Emily Peacock of the law firm Olsman MacKenzie & Wallace is hereby permitted to withdraw from any further representation of Plaintiffs, Cheryl Kistuline and Leonard Kistuline.

Date:  4/19/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF registered counsel of record will be made by the Court's ECF system. Distribution to all non-registered counsel of record to be make by Plaintiffs' Co-Lead Counsel.