# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00828 | Cause No. 1:18-cv-00839 |
| Cause No. 1:18-cv-00830 | Cause No. 1:18-cv-00840 |
| Cause No. 1:18-cv-00831 | Cause No. 1:18-cv-00842 |
| Cause No. 1:18-cv-00834 | Cause No. 1:18-cv-00844 |
| Cause No. 1:18-cv-00835 | Cause No. 1:18-cv-00846 |
| Cause No. 1:18-cv-00836 | Cause No. 1:18-cv-00906 |
| Cause No. 1:18-cv-00837 | Cause No. 1:18-cv-00911 |
| Cause No. 1:18-cv-00838 | Cause No. 1:18-cv-00916 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:  April 19, 2018 | /s/ John T. Schlafer<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  john.schlafer@faegrebd.com |

US.117646568.01

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                  /s/ John T. Schlafer

US.117646568.01