INSD Change of Attorney Information 4-14-ml-02570-2 RLY

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

☑   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]    )
)
)
)   1:14-ml-2570-RLY-TAB
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Timothy E. Grochocinski | Timothy E. Grochocinski |
| **Law Firm, Company, and/or Agency:** | NELSON BUMGARDNER P.C. | NELSON BUMGARDNER ALBRITTON P.C. |
| **Address:** | 15020 S. Ravinia Ave., Suite 29 Orland Park, IL  60462 | 15020 S. Ravinia Ave., Suite 29 Orland Park, IL  60462 |
| **Primary E-mail:** | tim@nelbum.com | tim@nbafirm.com |
| **Secondary E-mail(s):** | kris@nelbum.com | kris@nbafirm.com |
| **Telephone Number:** | 708-675-1975 | 708-675-1975 |
| **Facsimile:** | 708-675-1786 | 708-675-1786 |

Date: __4/19/2018_____

s/ ___Timothy E. Grochocinski_____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.