**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|   | Plaintiff | Cause No. | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| 1 | Samantha Vega Cruz | 1:17-cv-03788 | 2/20/2018 | 2/22/2018 | 1 |
| 2 | Amanda Marstiller | 1:18-cv-00237 | 3/29/2018 | 4/5/2018 | 2 |
| 3 | Tindaro D. Mondello | 1:18-cv-00624 | 4/2/2018 | 4/5/2018 | 3 |
| 4 | Brian Lower | 1:18-cv-00635 | 4/2/2018 | 4/5/2018 | 4 |