**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Pamela C. and Jack R. Schwartz</u>

Civil Case #<u>1:17-cv-02238- RLY-TAB</u>

**PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED
SHORT FORM COMPLAINT**

Plaintiffs, by and through the undersigned counsel, respectfully move this Court for an order approving their leave to file their first amended Short Form Complaint ("SFC"), and in support thereof state as follows:

1. Plaintiffs filed their initial SFC on June 29, 2017.

2. Plaintiff Pamela Schwartz was incorrectly listed at the top of the SFC as "Patricia" C. Schwartz instead of "Pamela" C. Schwartz. Other parts of the SFC correctly listed Pamela Schwartz.

3. This mistake in Plaintiff's first name was recently brought to the attention of Plaintiffs' counsel.

4. Plaintiffs' counsel corresponded with Defendants' counsel on April 13, 2018 and Defendants are unopposed to the filing of this Motion.

5. F.R.C.P. Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so requires." F.R.C.P. Rule 15(a)(2). Here, justice requires that the corrected party name be listed on the Complaint.

//

//

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to Amend the SFC and to direct the Clerk to file the proposed first amended SFC in this case (attached hereto as Exhibit A) and for any other changes required by the Court and/or Clerk.

Dated: April 23, 2018                  Respectfully submitted,

/s/ Nathan Buttars
T. Aaron Stringer, UT Atty. No. 12681
Nathan Buttars, UT Atty. No. 13659
(Admitted pro hac vice)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500
Facsimile: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018 a copy of the foregoing *Unopposed Motion for Leave to file Plaintiff's First Amended Short Form Complaint* was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Nathan Buttars
Nathan Buttars