# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Pamela C. and Jack R. Schwartz

Civil Case #1:17-cv-02238- RLY-TAB

## ORDER
## GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

This matter having come before the Court upon Plaintiffs' Unopposed Motion for Leave to File their First Amended Short Form Complaint ("SFC"), and the Court duly advised as to the reasons, therefore, the Court hereby:

GRANTS the unopposed motion. It is ORDERED that Plaintiffs' First Amended SFC (Exhibit "A" to Plaintiffs' Unopposed Motion for Leave to File First Amended Short Form Complaint) be entered on the docket into the record in this matter. The Clerk is instructed to send a copy of this Order to counsel of record.

Entered: _____        By the Court,

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE