# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

**MICHAEL WILLIAM COFFMAN**

Civil Case # 1:18-cv-597

## ORDER

The Court having considered Plaintiff's Motion for Leave to amend his Short Form Complaint [Filing No. 8019] finds Plaintiff's Motion well taken.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's motion is granted and the Amended Short Form Complaint attached to his motion is deemed filed as of the date of this order.

**SO ORDERED:** 4/24/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by the Court's ECF system. Distribution to all non-registered counsel of record shall be made by Plaintiffs' Co-Lead Counsel.