## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

**MICHAEL WILLIAM COFFMAN**

Civil Case # 1:18-cv-597

## AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff named below, and for Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **MICHAEL WILLIAM COFFMAN**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: <u>N/A</u>.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): <u>N/A</u>.

4. Plaintiff's state of residence at the time of implant: <u>Kentucky</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury: <u>Kentucky</u>

6. Plaintiff's/Deceased Party's current state of residence: <u>Kentucky</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>Western District of Kentucky, Paducah division</u>

8.      Defendants: Pursuant to the Court's Case Management Order # 3, Plaintiff hereby names Defendants against whom his Complaint is made:

X       Cook Incorporated;

X       Cook Medical, LLC, formerly known as Cook Medical, Incorporated; and

X       William Cook Europe ApS.

9.      Basis of Jurisdiction:

X       Diversity of Citizenship

        Other: _____

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie: ¶6-28

b.      Other allegations of jurisdiction and venue:

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

        X Günther Tulip® Vena Cava Filter – Lot number 2744066

        Cook Celect® Vena Cava Filter

        Gunther Tulip Mreye

        Cook Celect Platinum Other:

11.     Date of Implantation as to each product: 07/25/2011

12.     Hospital(s) where Plaintiff was implanted (including City and State):

        Vanderbilt University Medical Center, 1211 Medical Center Drive, Nashville, Tennessee 37232 (615) 322-5000

13.     Implanting Physician(s):

        Oliver L. Gunter, M.D. and Neeta D. Chaudhary, M.D.

14.     Counts in the Master Complaint brought by Plaintiff(s):

        X       Count I:        Strict Products Liability – Failure to Warn

        X       Count II:       Strict Products Liability – Design Defect

        X       Count III:      Negligence

        X       Count IV:       Negligence Per Se

<u>X</u>       Count V:        Breach of Express Warranty

<u>X</u>       Count VI:       Breach of Implied Warranty

<u>X</u>       Count VII:      Violations of Applicable Kentucky Law (Kentucky Revised Statutes 367.010 et seq.), Kentucky Consumer Protection Act, and Kentucky laws Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐       Count VIII:     Loss of Consortium

☐       Count IX:       Wrongful Death

☐       Count X:        Survival

<u>X</u>       Count XI:       Punitive Damages

<u>X</u>       Other:          Emotional Distress.  Defendants' actions in the setting in which they occurred were so extreme and outrageous as to go beyond all possible bounds of decency and would be considered atrocious and utterly intolerable in a civilized society; and Defendants intentionally or recklessly caused severe emotional distress to Plaintiff beyond that which a reasonable person could be expected to endure.

<u>X</u>       Other:          Common Law Fraud, Fraudulent Concealment & Omission; Deceit, and Misrepresentation in Kentucky for Defendants' failure to disclose and warn of known defects.  See allegations in Master Complaint.

<u>X</u>       Other:          Agency, Joint and Several Liability, Vicarious Liability, Respondeat Superior, Joint Venture, Negligent Managing, Supervising, Hiring and Reviewing Performance of Product, Testing and/or Staff.

15.     Attorney for Plaintiff(s):

        <u>Clinton L. Kelly of The Kelly Firm</u>

16.     Address and bar information for Attorney for Plaintiff(s):

        <u>629 East Main Street, Hendersonville, Tennessee 37075-2606, TN Bar # 16171</u>

Respectfully submitted,

**THE KELLY FIRM**

s/ Clinton L. Kelly
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, TN 37075
Telephone:     (615) 800-0000
Facsimile:     (615) 824-2674
clint@kellyfirm.net

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ Clinton L. Kelly
Clinton L. Kelly