**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00578 | Cause No. 1:18-cv-00617 |
| Cause No. 1:18-cv-00579 | Cause No. 1:18-cv-00618 |
| Cause No. 1:18-cv-00580 | Cause No. 1:18-cv-00631 |
| Cause No. 1:18-cv-00581 | Cause No. 1:18-cv-00632 |
| Cause No. 1:18-cv-00582 | Cause No. 1:18-cv-00644 |
| Cause No. 1:18-cv-00583 | Cause No. 1:18-cv-00646 |
| Cause No. 1:18-cv-00584 | Cause No. 1:18-cv-00655 |
| Cause No. 1:18-cv-00599 | |
| Cause No. 1:18-cv-00614 | Cause No. 1:18-cv-00896 |
| Cause No. 1:18-cv-00615 | Cause No. 1:18-cv-00897 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 25, 2018                   /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson (# 18435-49)
                                        John T. Schlafer (# 28771-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana  46204
                                        Telephone:  (317) 237-0300
                                        Facsimile:  (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  john.schlafer@faegrebd.com

US.117413919.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.117413919.01