IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
LAKENYA D. HARVEY, representative of the estate of HAYWOOD JAMES

Civil Case # 1:18-cv-689

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Haywood James

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   LaKenya D. Harvey, next of kin and proposed personal representative

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Central District of California, Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [✓] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    11/13/2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Kaiser Permanente Los Angeles Medical Center

    Los Angeles, CA

13. Implanting Physician(s):

    Dr. Tina Lynelle Hardley

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✓] Count I:    Strict Products Liability – Failure to Warn
    - [✓] Count II:   Strict Products Liability – Design Defect
    - [✓] Count III:  Negligence
    - [✓] Count IV:   Negligence Per Se

☑ Count V:       Breach of Express Warranty

☑ Count VI:      Breach of Implied Warranty

☑ Count VII:     Violations of Applicable ___California___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☑ Count X:       Survival

☑ Count XI:      Punitive Damages

☐ Other:         _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:         _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Christopher K. Johnston; Carlos M. Hernandez-Burgos

16. Address and bar information for Attorney for Plaintiff(s):

 268 Ponce de Leon Ave., Suite 1020, San Juan, PR 00918

 Christopher K. Johnston - CA Bar 261474

 Carlos M. Hernandez-Burgos - PR Bar 224814

    Respectfully submitted,

    **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

    s/ Carlos M. Hernandez-Burgos
    Carlos M. Hernandez-Burgos
    LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
    Hato Rey Center, 268 Ponce de Leon Ave., Ste. 1020
    San Juan, PR 00918
    Telephone: (844) 345-3784
    Facsimile: (844) 644-1230
    carlos.h@masstortslaw.com

    *Counsel for Plaintiff*