IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00659 | Cause No. 1:18-cv-00713 |
| Cause No. 1:18-cv-00661 | Cause No. 1:18-cv-00714 |
| Cause No. 1:18-cv-00662 | Cause No. 1:18-cv-00740 |
| Cause No. 1:18-cv-00664 | Cause No. 1:18-cv-00741 |
| Cause No. 1:18-cv-00684 | Cause No. 1:18-cv-00742 |
| Cause No. 1:18-cv-00685 | Cause No. 1:18-cv-00743 |
| Cause No. 1:18-cv-00709 | Cause No. 1:18-cv-00744 |
| Cause No. 1:18-cv-00710 | Cause No. 1:18-cv-00745 |
| Cause No. 1:18-cv-00711 | Cause No. 1:18-cv-00900 |
| Cause No. 1:18-cv-00712 | Cause No. 1:18-cv-00935 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 25, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.117413999.01

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.117413999.01