IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| Cause No. 1:18-cv-00686 | Cause No. 1:18-cv-00849 |
| Cause No. 1:18-cv-00687 | Cause No. 1:18-cv-00850 |
| Cause No. 1:18-cv-00688 | Cause No. 1:18-cv-00851 |
| Cause No. 1:18-cv-00708 | Cause No. 1:18-cv-00852 |
| Cause No. 1:18-cv-00746 | Cause No. 1:18-cv-00854 |
| Cause No. 1:18-cv-00747 | Cause No. 1:18-cv-00883 |
| Cause No. 1:18-cv-00843 | Cause No. 1:18-cv-00884 |
| Cause No. 1:18-cv-00845 | Cause No. 1:18-cv-00901 |
| Cause No. 1:18-cv-00847 | Cause No. 1:18-cv-00902 |
| Cause No. 1:18-cv-00848 | Cause No. 1:18-cv-00934 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 25, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

US.117414013.01

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Andrea Roberts Pierson