# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-00885 | Cause No. 1:18-cv-00892 |
| Cause No. 1:18-cv-00886 | Cause No. 1:18-cv-00893 |
| Cause No. 1:18-cv-00887 | Cause No. 1:18-cv-00894 |
| Cause No. 1:18-cv-00888 | Cause No. 1:18-cv-00895 |
| Cause No. 1:18-cv-00889 | Cause No. 1:18-cv-00898 |
| Cause No. 1:18-cv-00890 | Cause No. 1:18-cv-00899 |
| Cause No. 1:18-cv-00891 | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: April 25, 2018
    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-Mail:  andrea.pierson@faegrebd.com
    E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      /s/ Andrea Roberts Pierson

US.117414095.01