IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases
(See Exhibit A)
Civil Case No.  1:14-ml-2570-RLY-TAB

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

This matter came before the Court on the motion of Carlos M. Hernandez-Burgos for leave to withdraw his appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Cristopher Kyle Johnston of the Law Office of Christopher K. Johnston LLC, hereby GRANTS the motion. The appearance of Carlos M. Hernandez-Burgos in this action, and in all related cases identified in Exhibit A, is hereby withdrawn.

Date:  4/26/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Co-Lead counsel.

# EXHIBIT A

| | | |
|---|---|---|
| 1:14-ml-02570-RLY-TAB | IN RE: COOK MEDICAL INC. | filed 10/15/14 |
| 1:17-cv-02343-RLY-TAB | INGRAM v. COOK INCORPORATED et al (Representing SHANTE S. INGRAM) | filed 07/11/17 |
| 1:17-cv-02762-RLY-TAB | MEYI v. COOK INCORPORATED et al (Representing TYNISA MEYI) | filed 08/14/17 |
| 1:17-cv-02789-RLY-TAB | GLENN v. COOK INCORPORATED et al (Representing STEPHEN GLENN) | filed 08/15/17 |
| 1:17-cv-02825-RLY-TAB | STEVENS v. COOK INCORPORATED et al (Representing CRAIG D. STEVENS) | filed 08/17/17 |
| 1:17-cv-04019-RLY-TAB | SEILER-BRAND v. COOK INCORPORATED et al (Representing MARGARET SEILER-BRAND) | filed 11/01/17 |
| 1:17-cv-04173-RLY-TAB | SCHREINER v. COOK INCORPORATED et al (Representing GUNTER SCHREINER) | filed 11/09/17 |
| 1:17-cv-04399-RLY-TAB | COOPER v. COOK INCORPORATED et al (Representing EDWARD BRYANT COOPER, LINDA COOPER) | filed 11/27/17 |
| 1:17-cv-04592-RLY-TAB | HEARD v. COOK INCORPORATED et al (Representing JUANITA HEARD) | filed 12/13/17 |
| 1:17-cv-04639-RLY-TAB | WEBB v. COOK INCORPORATED et al (Representing LAURA DUNCAN WEBB) | filed 12/15/17 |
| 1:18-cv-00066-RLY-TAB | ARNOLD-SHAVER v. COOK INCORPORATED et al (Representing JULIE A. ARNOLD-SHAVER) | filed 01/08/18 |
| 1:18-cv-00197-RLY-TAB | SMITH v. COOK INCORPORATED et al (Representing YOLANDA SMITH) | filed 01/24/18 |
| 1:18-cv-00235-RLY-TAB | POWERS v. COOK INCORPORATED et al (Representing MARK POWERS) | filed 01/26/18 |
| 1:18-cv-00241-RLY-TAB | HESSER v. COOK INCORPORATED et al (Representing MICHAEL HESSER) | filed 01/26/18 |

| | | |
|---|---|---|
| 1:18-cv-00333-RLY-TAB | HARGRAVE v. COOK INCORPORATED et al (Representing McWAYNE HARGRAVE) | filed 02/05/18 |
| 1:18-cv-00338-RLY-TAB | BAGGETT v. COOK INCORPORATED et al (Representing DOLLIE L. BAGGETT) | filed 02/05/18 |
| 1:18-cv-00346-RLY-TAB | ROSTRO v. COOK INCORPORATED et al (Representing GERARDO ROSTRO) | filed 02/06/18 |
| 1:18-cv-00534-RLY-TAB | HOLLIDAY v. COOK INCORPORATED et al (Representing MARY ANN HOLLIDAY) | filed 02/23/18 |
| 1:18-cv-00549-RLY-TAB | PHILLIPS v. COOK INCORPORATED et al (Representing SHERRIE PHILLIPS) | filed 02/26/18 |
| 1:18-cv-00574-RLY-TAB | BISHOP v. COOK INCORPORATED et al (Representing JOHN BISHOP, RHONDA BISHOP) | filed 02/27/18 |
| 1:18-cv-00689-RLY-TAB | MITCHELL-JAMES v. COOK INCORPORATED et al (Representing JACQUELINE L. MITCHELL-JAMES, HAYWOOD JAMES) | filed 03/07/18 |