IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 Vincent Goynes_____

 Civil Case #1:17-cv-06070-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, A. Layne Stackhouse, attorney of record for Shrader & Associates, LLP representing Plaintiff in this matter, and respectfully requests leave to withdraw under the provisions of Local Rule 83-7 of the United States District Court for the Southern District of Indiana.

Mr. Nathan Buttars and Mr. Aaron Stringer of Lowe Law Group entered their appearances in this matter on January 8, 2018, and they will continue to represent Plaintiff as counsel of record.

I therefore respectfully request that this Court grant my request to be permitted to withdraw from further representation of the Plaintiff, and that Mr. Buttars and Mr. Stringer continue to represent Plaintiff in all further proceedings. A proposed order is attached hereto.

Dated: May 1, 2018                                    Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*