IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 _Vincent Goynes_____

 Civil Case #1:17-cv-06070-RLY-TAB_____

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

UPON CONSIDERATION of A. Layne Stackhouse of the law firm Shrader & Associates, LLP's Motion to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that A. Layne Stackhouse of the law firm Shrader & Associates, LLP is hereby permitted to withdraw from any further representation of Plaintiff, Vincent Goynes.

SIGNED this _____ day of _____, 2018.


_____
HON. TIM A BAKER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA