IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)
 _Vincent Goynes_____

 Civil Case #1:17-cv-06070-RLY-TAB_____

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

UPON CONSIDERATION of A. Layne Stackhouse's Motion to grant leave for Kimberly Lambert Adams to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that Kimberly Lambert Adams of the law firm Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor is hereby permitted to withdraw from any further representation of Plaintiff, Vincent Goynes.

SIGNED this _____ day of _____, 2018.


_____
HON. TIM A BAKER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA

1