IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Noel Crespo

Civil Case #1:17-cv-06056-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, A. Layne Stackhouse, attorney of record for Shrader & Associates, LLP representing Plaintiff in this matter, and respectfully requests that co-counsel, Kimberly Lambert Adams of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor be granted leave to withdraw under the provisions of Local Rule 83-7 of the United States District Court for the Southern District of Indiana. Ms. Adams has agreed and instructed me to file this Motion on her behalf.

I have entered my appearance in this case as counsel of record for Plaintiff and I will continue to represent Plaintiff in all future proceedings.

I therefore respectfully request that this Court grant my request to allow Ms. Adams to withdraw from further representation of the Plaintiff, as I will continue to represent Plaintiff in all further proceedings. A proposed order is attached hereto.

Dated: May 1, 2018 Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*