IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____


This Document Relates to Plaintiff(s)
_Noel Crespo_____


Civil Case #1:17-cv-06056-RLY-TAB_____

### [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL

_____

UPON CONSIDERATION of A. Layne Stackhouse's Motion to grant leave for Kimberly

Lambert Adams to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that Kimberly

Lambert Adams of the law firm Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor is hereby

permitted to withdraw from any further representation of Plaintiff, Noel Crespo.

SIGNED this _____ day of _____, 2018.


_____
HON. TIM A BAKER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA