UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

---

## THE COOK DEFENDANTS' MOTION
## FOR 12-DAY ENLARGEMENT OF TIME

The Cook Defendants,[1] by counsel, move this Court for an order enlarging certain

deadlines in the Second Amended Case Management Order #19 [Dkt. 5889] ("CMO 19") and

Court's Order Granting Motion for Enlargement of Time to Conduct Independent Medical

Examination [Dkt. 7703].  In support of this motion, the Cook Defendants state as follows:

1.      On August 23, 2017, this Court issued CMO 19, including its Exhibit C.  CMO

19's Exhibit C includes deadlines in *Brand* for the disclosure of nonretained experts (March 21,

2018), Plaintiff's retained expert reports (April 18, 2018), Defendants' retained expert reports

(May 18, 2018), and Plaintiff's rebuttal expert reports (June 1, 2018).

2.      On February 22, 2018, this Court issued its Order Granting Motion for

Enlargement of Time to Conduct Independent Medical Examination in order to reconcile the

IME deadlines that were originally established by CMO #19 and Case Management Order #21 –

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.  All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

US.116990474.03

Protocol for Independent Medical Examination [Dkt. 4978].  Pursuant to that February 22, 2018

Order, those deadlines are:

a.   Plaintiff must disclose the information required by Paragraph 2 of CMO #21 simultaneously with the disclosure of Plaintiff's expert reports (April 18, 2018) ;

b.   The Cook Defendants must provide to Plaintiff the IME protocol described in Paragraph 4 of CMO #21 within 7 days of receipt of Plaintiff's expert reports, *i.e.,* by April 25, 2018, and the parties shall negotiate its scope upon receipt, but no later than the close of business on April 27, 2018.

c.   Plaintiff must submit to the Cook Defendant's IME(s) on or before May 4, 2018.  If Plaintiff is unable to submit to the IME within that time, or if the IME facilities and physicians are unable to conduct the IME(s) within that time, the Cook Defendants' expert disclosure deadline shall be adjusted accordingly to ensure no less than two weeks between conducting the last IME of Plaintiff and production of the Cook Defendants' expert reports.

3.      On April 30, 2018, Plaintiff served her Bellwether Plaintiff Brand's Designation

of Experts And Opinion Testimony, which discloses the reports of eight retained experts and

eleven non-retained experts.

4.      Given that Plaintiff's expert disclosures were produced, by agreement, twelve

days after the Court's deadline, the Cook Defendants respectfully requests that the Court enter

the following extensions as well:

a.   The deadline for the Cook Defendants to serve reports of their retained experts also be enlarged twelve days, to and including May 30, 2018;
b.   The deadline for the Cook Defendants to disclose non retained experts be merged with its deadline to serve expert reports, to and including May 30, 2018; and
c.   The deadlines related to IMEs of Plaintiff as stated in the Court's February 22, 2018, Order Granting Motion for Enlargement of Time to Conduct Independent Medical Examination be enlarged twelve days.

5.      This motion is not made for the purpose of delay, neither party will be prejudiced

by the requested relief, and good cause exists, as set forth above.

US.116990474.03

WHEREFORE, the Cook Defendants request that this Court grant its Motion For 12-Day Enlargement Of Time.

Dated: May 1, 2018

Respectfully submitted,

_/s/ Andrea Roberts Pierson_
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

_Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS_

## CERTIFICATE OF SERVICE

I certify that on May 1, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

_/        /s/ Andrea Roberts Pierson_

US.116990474.03