UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) | |

**Courtroom Minutes for May 2, 2018**

**Before the Hon. Richard L. Young, Judge**

Come now the parties, plaintiffs by Joe Williams, Ben Martin and Mike Heaviside.  Defendants appear by Andrea Pierson and Steve Bennett for the status hearing set this date in lieu of the regularly scheduled status conferences of April 12, 2018 and May 10, 2018.

Parties have submitted an agenda and items contained within are discussed. Rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record