UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | ) ) ) ) ) | |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR 12-DAY ENLARGMENT OF TIME**

Cook moves to enlarge certain deadlines in the Second Amended Case Management Order #19 and to enlarge the time to conduct independent medical examination(s) of Plaintiff. The court, having heard argument from counsel, now **GRANTS** the Motion (Filing No. 8161). **IT IS HEREBY ORDERED** that:

- a. The deadline for the Cook Defendants to serve reports of their retained experts is enlarged twelve (12) days, to and including May 30, 2018;

- b. The deadline for the Cook Defendants to disclose non-retained experts is merged with its deadline to serve expert reports, to and including May 30, 2018; and

- c. The deadlines related to IME(s)[1] of Plaintiff as stated in the court's February 22, 2018, Order Granting Motion for Enlargement of Time

---

[1] If the parties are unable to agree on an IME protocol, they should contact Magistrate Judge Baker to resolve the matter as soon as possible.

1

to Conduct Independent Medical Examination (Filing No. 7703) be enlarged twelve (12) days.

**SO ORDERED** this 3rd day of May 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.