UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Cases _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT FOR INDIVIDUAL CLAIMS**

Cook moves for leave to amend its Answer to Plaintiffs' Master Consolidated Complaint for Individual Claims. Having read and reviewed the parties' submissions and having heard argument on the same, the court now **GRANTS** the Motion (Filing No. 7581). Cook must file the Amended Answer within five (5) days of the date of this Order.

**SO ORDERED** this 3rd day of May 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.