UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB     MDL No. 2570 |

**ORDER ON THE COOK'S DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING GENERAL COMPANY DISCOVERY**

The Cook Defendants move for a protective order relieving them of any obligation regarding general company discovery propounded on January 24, 2018, and barring Plaintiffs from serving any additional general company discovery until and unless they first make a showing of good cause to re-open general company discovery.

At the status conference held on May 2, 2018, Plaintiffs represented that this discovery is nothing new; they have asked for it on prior occasions. Furthermore, they argue, the court has never issued a general company discovery deadline.

The court, after hearing argument from counsel, finds the best course of action is for the parties to meet and confer in an effort to resolve this dispute. If the parties are unsuccessful, the court will intervene and issue a ruling.

**IT IS THEREFORE ORDERED** that the Cook Defendants' Motion for Protective Order Regarding General Company Discovery (Filing No. 7827) is **UNDER ADVISEMENT**.

**SO ORDERED** this 3rd day of May 2018.

                                                            _____
                                                            RICHARD L. YOUNG, JUDGE
                                                            United States District Court
                                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.