UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' BRIEF
REGARDING NON-RETAINED EXPERT'S NOTES**

Dr. Jen Brown is a Cook employee who is also a non-retained expert witness for Cook. Cook withheld select portions of her notes from Plaintiff on the basis of attorney-client privilege and work product. Plaintiff objects, arguing her notes are not protected by any privilege. The court has reviewed the select portions of Dr. Brown's notebook, and finds her handwriting illegible. Therefore, the court requests that Cook have her notes transcribed and emailed to the court's Courtroom Deputy, Tina Doyle, within twenty-one (21) days of the date of this Order.

**SO ORDERED** this 3rd day of May 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.