UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 2570 Case No. 1:14-ml-2570 Civil Action: 1:18-cv-00550 JUDGE TIM A. BAKER |

**PLAINTIFF, NORMA WILLISON, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT-AS TO PLAINTIFF'S LAST NAME**

This motion is brought in the matter of Case 1:18-cv-00550, entitled *Norma Willison v. Cook Incorporated, et al*. In accordance with Federal Rule of Civil Procedure 15, which provides that "the court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend her initial complaint filed on February 26, 2018, case no. 1:18-cv-00550 filed in the master complaint 1:14-ml-2570-RLY-TAB, merely for the sake of correcting a clerical error. The plaintiff's last name was spelled wrong on the initial complaint. The Plaintiff's name was incorrectly spelled Willison and should be spelled Willson. The correction is only in name and no other content or context in relationship to the allegations so pled. Attached as Exhibit A, please find Plaintiff's proposed order and Exhibit B proposed First Amended Complaint.

Dated: April 9, 2018

Respectfully submitted,

**Tautfest Bond, PLLC**

 *s/ Monte Bond*

Monte Bond No. 02585625
**Tautfest Bond, PLLC** 5151
Belt Line Rd.,
Suite 1000, Dallas, TX 75254
 Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tautfestbond.com


 *s/ Jessica Glitz*

Jessica Glitz No. 24076095
**Tautfest Bond, PLLC** 5151
Belt Line Rd.,
Suite 1000, Dallas, TX 75254
 Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tautfestbond.com

*Attorneys for Plaintiff*