**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 2570 Case No. 1:14-ml-2570 Civil Action: 1:18-cv-00550 JUDGE TIM A. BAKER |

**ORDER GRANTING PLAINTIFF, NORMA WILLSON, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT-AS TO PLAINTIFF'S LAST NAME**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Norma Willson, Motion for leave to file first amended complaint as to the Plaintiff's last name, be grated.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to fie its First Amended Complaint.

This is not a final order.

Dated: April 9, 2018

_____
United States District Court Judge