IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

Lisa Trombetta, Gary Watson, Edrick Malone

Civil Case # 1:16-cv-06040

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Gregory J. Pals of the Driscoll Firm P.C. hereby enters his appearance as co-counsel for Plaintiffs Lisa Trombetta, Gary Watson, and Edrick Malone.

Respectfully submitted,

BY: /s/ *Gregory J. Pals*
GREGORY J. PALS, # 48820MO
THE DRISCOLL FIRM, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
Email: greg@thedriscollfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

/s/ *Melissa Caliendo*

1