IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff(s):

CRYSTAL D. KING, Civil Case #1:16-cv-2225

JEANNA KELSO, Civil Case #1:16-cv-2395

LEONARD C. MOHR, Civil Case #1:17-cv-3833

AMANDA MARSTILLER, ET AL., Civil Case #1:18-cv-237

ALEXIS MASON, Civil Case #1:18-cv-866

WILLIAM MURRAY, Civil Case #1:18-cv-1022

## NOTICE OF ADDRESS CHANGE OF GREGORY BENTLEY, ESQ.

**TO THE CLERK:**

Please take notice that the address of undersigned counsel for the above related Plaintiffs

has changed to the following:  Zonies Law LLC, 1700 Lincoln St., Suite 2400, Denver, CO  80203.

Respectfully submitted,

*s/ Gregory Bentley*
Joseph J. Zonies, Esq., No. 29539
Gregory Bentley, Esq., No. 42655
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO  80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2018, a true and correct copy of this **Notice of Address Change of Gregory Bentley, Esq.** was filed and served, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Jenelle Cox*
Jenelle Cox