**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

1:18-cv-00635 Lower, Brian

### PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS

Plaintiff Brian Lower ("Plaintiff") file this Response to the Motion to Dismiss [DOC 8108] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiffs state:

1. On April 20, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including one Plaintiff, represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants dated April 5, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on April 20, 2018.

4. Plaintiff's counsel used due diligence to contact Plaintiff and has submitted his profile sheet as follows:

- The profile sheet for Plaintiff Brian Lower (1:18-cv-00635) was produced on April 25, 2018. See attached Exhibit B.

WHEREFORE, the Plaintiff respectfully requests that the Court deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to Brian Lower, case no. 1:18-cv-00635

Dated: May 10, 2018

Respectfully submitted,

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
CURTIS LAW GROUP
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*