# EXHIBIT B

## Josmary Gomez

| | |
|---|---|
| **From:** | Josmary Gomez |
| **Sent:** | Wednesday, April 25, 2018 1:26 PM |
| **To:** | cookfiltermdl@faegreBD.com |
| **Cc:** | Bill Curtis; Susan Johnson |
| **Subject:** | RE: IVC Cook MDL: plaintiff profile sheet - Brown, Brenda |

Counsel,

Today I uploaded to your FTP site profile sheets, signed authorizations and medical records for the Plaintiffs listed below. Please note that these Plaintiffs are listed in Cook's Motion to Dismiss (Doc. 8108) filed on April 20, 2018.

1. Maureen Austin
2. Brian Lower
3. Tameka Rigby

Additionally, Brenda Brown is listed in Doc. 8108; her profile sheet was served on April 20, 2018.

Thx.

*Josmary A. Gomez*
Paralegal to William B. Curtis



12225 Greenville Ave., Suite 750
Dallas, Texas  75243
Ofc: 214.890.1000
Fax: 214.890.1010
www.Curtis-LawGroup.com
jgomez@Curtis-LawGroup.com

1