IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This document relates to Plaintiff:

*Sherri Furney*
*Civil case # 1:17-cv-02326-RLY-TAB*

_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Sherri Furney.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Sherri Furney against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs. This dismissal does not affect case number 17-cv-4324, which shall remain in suit.

Signed this 10th day of May, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record