IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

APPROVED.
Dated: 5/10/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

*Bevins, Joann v. Cook Incorporated, et al*

*Ferriso, Frederick v. Cook Incorporated, et al*

*Hedrick, Ethel v. Cook Incorporated, et al*

*Kernan, Mary v. Cook Incorporated, et al*

*Porter, George v. Cook Incorporated, et al*

*Quinn, A'Keria v. Cook Incorporated, et al*

*Seale, Nancy v. Cook Incorporated, et al*

*White, Kevin v. Cook Incorporated, et al*

**MOTION TO DISMISS WITHOUT PREJUDICE AS TO
SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(2), the following Plaintiffs ONLY move to dismiss their claims without prejudice from this action:

Joann Bevins

Frederick Ferriso

Treva Lynch for Ethel Lorrina Hedrick (deceased)

1

Mary Kernan

George Porter

A'Keria Quinn

Nancy Seale

Kevin White

The claims of all other Plaintiffs are unaffected by this motion.

WHEREFORE, the foregoing Plaintiffs ONLY respectfully request the Order of the Court dismissing their claims without prejudice, and for such other and further relief as this Court deems just and proper.

Dated: April 13, 2018                 Respectfully Submitted,

                                                 **THE DRISCOLL FIRM, P.C.**

By:     */s/ Gregory J. Pals*
            John J. Driscoll #6276464(IL)
            Gregory J. Pals #48820 (MO)
            211 N. Broadway, 40th Floor
            St. Louis, MO 63102
            Tel: (314) 932-3232
            Fax: (314) 932-3233
            john@thedriscollfirm.com
            greg@thedriscollfirm.com
            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                     */s/ Melissa Caliendo*