**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to:

Cause No. 1:18-cv-01097
Cause No. 1:18-cv-01117
Cause No. 1:18-cv-01119
Cause No. 1:18-cv-01121
Cause No. 1:18-cv-01124
Cause No. 1:18-cv-01128
Cause No. 1:18-cv-01139

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:        May 14, 2018                    /s/ John T. Schlafer
                                              Andrea Roberts Pierson (# 18435-49)
                                              John T. Schlafer (# 28771-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana  46204
                                              Telephone:  (317) 237-0300
                                              Facsimile:  (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  john.schlafer@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ John T. Schlafer</u>

2