## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

Cause No. 1:18-cv-01097
Cause No. 1:18-cv-01117
Cause No. 1:18-cv-01119
Cause No. 1:18-cv-01121
Cause No. 1:18-cv-01124
Cause No. 1:18-cv-01128
Cause No. 1:18-cv-01139

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook
      Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook
      Medical"); and
      William Cook Europe ApS

Dated:       May 14, 2018            /s/ Andrea R. Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      John T. Schlafer (# 28771-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone:  (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson