## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:17-cv-02902-RLY-TAB

Plaintiff:  KATHY EDMUNDSON

### MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

COMES NOW the Plaintiff in the above-referenced action and moves that Matthew E. Munson and Megan B. Robinson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., be substituted as counsel of record for Plaintiff, and in conjunction therewith, that Benjamin Todd Cochran of HARDISON & COCHRAN PLLC be withdrawn as counsel of record in this action.  Plaintiff and BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. consent to the proposed substitution and withdrawal.

Dated: May 15, 2018.

By:

 /s/ Matthew E. Munson
Matthew E. Munson
Megan B. Robinson
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103-4160
334-269-2343
334-954-7555 (fax)
matt.munson@beasleyallen.com

megan.robinson@beasleyallen.com

and:

_/s/_ Benjamin T. Cochran
Benjamin Todd Cochran
HARDISON & COCHRAN PLLC
4800 Six Forks Road
Suite 220
Raleigh, NC 27601
919-829-0449
919-835-1379 (fax)
ben@lawyernc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system on this 15th day of May, 2018.

 /s/ Matthew E. Munson
OF COUNSEL