# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:15-cv-01239-RLY-TAB

Plaintiff:  FREDERICK HARRIS

## (PROPOSED) ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

Before the Court is Plaintiff's Motion to Substitute Matthew E. Munson and Megan B. Robinson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and Motion to Withdraw Benjamin Todd Cochran of HARDISON & COCHRAN PLLC as counsel of record in this action.  Having considered the same, and based on the consent of Plaintiff and counsel, the motion is hereby GRANTED.  The Clerk of the Court is directed to reflect these changes in the CM/ECF system.

Dated: May ___, 2018.

RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE