**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:17-cv-02963-RLY-TAB

Plaintiff:  PHILIP SECKAR

**(PROPOSED) ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE AND
WITHDRAW COUNSEL**

Before the Court is Plaintiff's Motion to Substitute Matthew E. Munson and Megan B. Robinson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and Motion to Withdraw Benjamin Todd Cochran of HARDISON & COCHRAN PLLC as counsel of record in this action.  Having considered the same, and based on the consent of Plaintiff and counsel, the motion is hereby GRANTED.  The Clerk of the Court is directed to reflect these changes in the CM/ECF system.

Dated: May ___, 2018.

RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE
