UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC         )<br>FILTERS MARKETING, SALES              )<br>PRACTICES AND PRODUCT              )<br>LIABILITY LITIGATION                         )<br>_____  ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Phyllis Key, 1:18-cv-00320;
Jeremy Anderson, 1:18-cv-00429; and
Debra Haskins, 1:18-cv-00471
_____

## ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the three cases listed above because a completed Plaintiff Profile Form has not been submitted. Plaintiffs have not responded.

Having reviewed the Motion and the supporting materials, the court finds the Motion (Filing No. 8028) should be **GRANTED**. The causes of action filed by Phyllis Key, Jeremy Anderson, and Debra Haskins are hereby dismissed without prejudice.

**SO ORDERED**  this 21st day of May 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.