IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

---

**This Document Relates to Plaintiff(s)**
<u>DENNIS CROWLEY</u>

Civil Case # 1:18-cv-426

APPROVED. Case is dismissed without prejudice.
Dated: 5/24/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Dennis Crowley ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-426 filed on February 14, 2018. The Short Form Complaint was served on or forwarded to the Cook Defendants on February 22, 2018.

Respectfully submitted,

**PIERCE SKRABANEK, PLLC**

*/s/ Sofia E. Bruera*
Sofia E. Bruera
Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-Mail: sofia@brueralaw.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 23, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              */s/ Sofia E. Bruera*
                                              Sofia E. Bruera