# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Warr, Denise and Terry | 1:18-cv-00455 | 5/14/2018 | 5/18/2018 | 8 |
| 2  | Gay, Errol and Carolyn | 1:18-cv-00683 | 4/5/2018 | 4/27/2018 | 2 |
| 3  | Bubb, James and Cynthia | 1:18-cv-00719 | 4/9/2018 | 4/27/2018 | 2 |
| 4  | Howard, Shirley and William | 1:18-cv-00721 | 4/9/2018 | 4/27/2018 | 2 |
| 5  | Spangler, Jessie | 1:18-cv-00724 | 4/9/2018 | 4/27/2018 | 2 |
| 6  | Pratt, Charles and Carmen | 1:18-cv-00732 | 4/9/2018 | 4/27/2018 | 2 |
| 7  | Lewis, Samuel H. and Spencer, Alma | 1:18-cv-00734 | 4/9/2018 | 4/27/2018 | 2 |
| 8  | Dickt, Lydian | 1:18-cv-00738 | 4/9/2018 | 4/27/2018 | 2 |
| 9  | Pitts, Jason | 1:18-cv-00752 | 4/9/2018 | 4/27/2018 | 2 |
| 10 | Taylor, Kevin | 1:18-cv-00759 | 4/9/2018 | 4/27/2018 | 1 |
| 11 | Culp, Amanda Renee | 1:18-cv-00760 | 4/9/2018 | 4/27/2018 | 2 |
| 12 | Jones, Angela Celestine | 1:18-cv-00781 | 4/18/2018 | 5/9/2018 | 5 |
| 13 | Alliss, Lisa Renee | 1:18-cv-00802 | 3/19/2018 | 5/9/2018 | 4 |
| 14 | Pinson, Timothy | 1:18-cv-00822 | 4/13/2018 | 4/27/2018 | 3 |
| 15 | Strickland, Derrick | 1:18-cv-01054 | 5/7/2018 | 5/18/2018 | 6 |
| 16 | Turner, Sonny | 1:18-cv-01059 | 5/7/2018 | 5/18/2018 | 6 |
| 17 | Vola, Salvatore | 1:18-cv-01062 | 5/7/2018 | 5/18/2018 | 6 |
| 18 | Lowe, Robert | 1:18-cv-01064 | 5/7/2018 | 5/18/2018 | 6 |
| 19 | Waltke, Karen | 1:18-cv-01065 | 5/7/2018 | 5/18/2018 | 6 |
| 20 | Jackson, Cedric | 1:18-cv-01128 | 5/14/2018 | 5/18/2018 | 7 |