IN THE UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

ANDREW CUNNINGHAM, Civil Case # 1:18-cv-1154

JEREMY McCORMICK, Civil Case # 1:16-cv-2101

### NOTICE OF CHANGE OF ADDRESS OF RACHEL ABRAMS, ESQ.

**TO THE CLERK:**

Please take notice that the firm name and address of undersigned counsel for the above related Plaintiffs has changed to the following:  LEVIN SIMES ABRAMS LLP, 1160 Battery Street East, Suite 100, San Francisco, CA 94111.

RESPECTFULLY SUBMITTED,

s/ *Rachel B. Abrams*_____
Rachel B. Abrams, Esq., No., 209316
LEVIN SIMES ABRAMS
1160 Battery Street East, Suite 100
San Francisco, CA 94111
(415) 426-3000
rabrams@levimsimes.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on his 25th day of May, 2018, a true and correct copy of this **Notice of Address Change of Rachel Abrams, Esq.** was filed and served, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

s/ Chris Christensen
Chris Christensen
