## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES BRADY | MDL No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| v. | |
| COOK INCORPORATED; | Civil Case No. 1:18-cv-01482-RLY-TAB |
| COOK MEDICAL LLC; | |
| WILLIAM COOK EUROPE APS | |

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: May 29, 2018                     Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
