# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-01196 | Cause No. 1:18-cv-01280 |
| Cause No. 1:18-cv-01263 | Cause No. 1:18-cv-01281 |
| Cause No. 1:18-cv-01266 | Cause No. 1:18-cv-01282 |
| Cause No. 1:18-cv-01273 | Cause No. 1:18-cv-01285 |
| Cause No. 1:18-cv-01274 | Cause No. 1:18-cv-01291 |
| Cause No. 1:18-cv-01275 | Cause No. 1:18-cv-01294 |
| Cause No. 1:18-cv-01276 | Cause No. 1:18-cv-01296 |
| Cause No. 1:18-cv-01278 | Cause No. 1:18-cv-01299 |
| Cause No. 1:18-cv-01279 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      May 29, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer

US.118165386.01