UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) | |

**SCHEDULING ORDER**

The status conference set for JUNE 14, 2018 **will now begin at 2:30 p.m.**

instead of the previously scheduled time of 10:00 a.m.  Lead counsel shall appear

before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal

Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 29th day of May 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record
.