IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>JESSE V. GARCIA<br>Case No. 1:16-cv-06050 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

PURSUANT to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jesse V. Garcia and Defendants, hereby stipulate and agree that all claims set forth or which could have been set forth by the Plaintiff in the above-entitled action be and are hereby dismissed with prejudice. Each party agrees to bear their own fees and costs.

Dated: May 29, 2018

                                          **STIPULATED & AGREED:**

                                          /s/ Kathryn Snapka
                                          Kathryn Snapka
                                          TX Bar No. 18781200
                                          Craig D. Henderson
                                          TX Bar No. 00784248
                                          **THE SNAPKA LAW FIRM**
                                          606 N. Carancahua, Suite 1511
                                          Corpus Christi, Texas  78401-0688
                                          Telephone:  (361) 888-7676
                                          (361) 884-8545 Fax
                                          E-mail:  ksnapka@snapkalaw.com
                                          E-mail:  chenderson@snapkalaw.com
                                          **ATTORNEYS FOR PLAINTIFFS**

/s/ John T. Schlafter
John T. Schlafer
FAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:  317/237-8274
Email: John.Schlafer@FaegreBD.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kathryn Snapka
Kathryn Snapka
