UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

---

**THE COOK DEFENDANTS' EXIGENT AGREED MOTION
FOR LIMITED EXTENSION OF EXPERT REPORT DEADLINE**

The Cook Defendants[1] respectfully move this Court for an exigent order extending by 7 days their deadline to disclose expert reports from engineering experts, with Plaintiff receiving an additional 7 days to disclose rebuttal reports from engineering experts.  In support of this motion, the Cook Defendants state as follows:

1. Presently, the Cook Defendants' deadline for all expert reports is May 30, 2018.

2. Plaintiff disclosed her experts on April 30, 2018, providing a report from Dr. Robert McMeeking, among others.  Dr. McMeeking's report presented the results of finite element analysis conducted by an engineer from the nation of Hungary, Dr. Attila Kossa.

3. The parties subsequently agreed to disclose to each other input data providing the raw information and assumptions used to generate the finite element analyses in the report.  The Cook Defendants received this input data for the models represented in Dr. McMeeking's report on May 11, 2018.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.  All references to the "Cook Defendants" refer to all three entities unless otherwise noted.

4.	To allow time for the Cook Defendants' engineering experts to evaluate this input data and generally to provide responsive opinions, the Cook Defendants request that the Court permit them an additional 7 days to disclose expert reports from engineering experts.

5.	Counsel for the Cook Defendants contacted counsel for Plaintiff to request agreement to this extension, and Plaintiff's counsel has agreed, as long as Plaintiff also receives an additional 7 days to provide her rebuttal reports from engineering experts.

WHEREFORE, the Cook Defendants respectfully request that this Court grant its agreed motion and extend the deadline for disclosing expert reports from engineering experts by 7 days, from May 30, 2018 to June 6, 2018, with Plaintiff also receiving an additional 7 days to provide rebuttal expert reports.

Dated:  May 30, 2018

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegrebd.com
john.schlafer@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.118135788.01