**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

This Document Relates to:

Cause No.   1:14-cv-06018-RLY-TAB (Tonya Brand)

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| Minnesota | October 30, 2009 | I.D. No. 0390514 |
| Colorado | November 17, 2015 | I.D. No. 49156 |

| UNITED STATES DISTRICT COURT ADMISSIONS | | |
|---|---|---|
| District of Minnesota | December 30, 2009 | None |
| District of Colorado | August 25, 2015 | None |

I make this appearance as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:   May 30, 2018                    /s/  Llonyddwch Rhyddid Watkins
                                          Llonyddwch Rhyddid Watkins
                                          FAEGRE BAKER DANIELS LLP
                                          3200 Wells Fargo Center
                                          1700 Lincoln Street
                                          Denver, CO  80203
                                          Telephone:  (303) 607-3696
                                          Facsimile:  (303) 607-3600
                                          E-Mail:  Rhyddid.watkins@FaegreBD.com

Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/  Llonyddwch Rhyddid Watkins