IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>JESSE V. GARCIA<br>Case No. 1:16-cv-06050 | |

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Jesse V. Garcia,

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Jesse V. Garcia against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this 30th day of May, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record