UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to Plaintiff

    *Tonya Brand*
    No. 1:14-cv-06018-RLY-TAB

_____

**ORDER ON THE COOK DEFENDANTS' EXIGENT AGREED
MOTION FOR LIMITED EXTENSION OF EXPERT REPORT DEADLINE**

    Upon review of the Cook Defendants' Exigent Agreed Motion For Limited Extension of Expert Report Deadline, the Court grants the request to extend the Cook Defendants' deadline for disclosing expert reports from engineering experts by 7 days, from May 30, 2018 to June 6, 2018, with Plaintiff also receiving an additional 7 days to provide rebuttal expert reports.

    **SO ORDERED:** 5/31/2018

                                        _____
                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to all-ECF registered counsel of record by email
Lead Co-Counsel for Plaintiffs to serve any non-CM/ECF registered parties.