**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to:

| Cause No. 1:18-cv-01054 | Cause No. 1:18-cv-01179 |
| Cause No. 1:18-cv-01056 | Cause No. 1:18-cv-01284 |
| Cause No. 1:18-cv-01057 | Cause No. 1:18-cv-01304 |
| Cause No. 1:18-cv-01058 | Cause No. 1:18-cv-01326 |
| Cause No. 1:18-cv-01059 | Cause No. 1:18-cv-01330 |
| Cause No. 1:18-cv-01061 | Cause No. 1:18-cv-01331 |
| Cause No. 1:18-cv-01062 | Cause No. 1:18-cv-01333 |
| Cause No. 1:18-cv-01064 | Cause No. 1:18-cv-01334 |
| Cause No. 1:18-cv-01065 | Cause No. 1:18-cv-01337 |
| Cause No. 1:18-cv-01178 | Cause No. 1:18-cv-01338 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      May 31, 2018                    /s/ John T. Schlafer
                                            Andrea Roberts Pierson (# 18435-49)
                                            John T. Schlafer (# 28771-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ John T. Schlafer