# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Cause No. | 1:18-cv-00996 | Cause No. | 1:18-cv-01079 |
| Cause No. | 1:18-cv-01074 | Cause No. | 1:18-cv-01080 |
| Cause No. | 1:18-cv-01075 | Cause No. | 1:18-cv-01344 |
| Cause No. | 1:18-cv-01076 | Cause No. | 1:18-cv-01349 |
| Cause No. | 1:18-cv-01077 | Cause No. | 1:18-cv-01350 |
| Cause No. | 1:18-cv-01078 | | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

| | |
|---|---|
| Dated:  June 1, 2018 | /s/ John T. Schlafer |
| | Andrea Roberts Pierson (# 18435-49) |
| | John T. Schlafer (# 28771-49) |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana  46204 |
| | Telephone:  (317) 237-0300 |
| | Facsimile:  (317) 237-1000 |
| | E-Mail:  andrea.pierson@faegrebd.com |
| | E-Mail:  john.schlafer@faegrebd.com |

US.118266160.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ John T. Schlafer

US.118266160.01