# IN THE UNITED STATES DISTRUCT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

> APPROVED. CASE IS DISMISSED WITHOUT PREJUDICE.
> Dated: 6/04/2018
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

Merville Ray Perry
Cause No. 1:17-cv-04416-RLY-TAB

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## RULE 41 STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Merville Ray Perry are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 1, 2018

| | |
|---|---|
| __/s/ Barry D. Levy_____ | __/s/ Andrea Roberts Pierson_____ |
| Barry D. Levy (OH Bar No. 0018986) | Andrea Roberts Pierson (# 18435-49) |
| O'CONNOR, ACCIANI & LEVY LPA | John T. Schlafer (# 28771-49) |
| 600 Vine Street, Suite 1600 | FAEGRE BAKER DANIELS LLP |
| Cincinnati, Ohio 45202 | 300 North Meridian Street, Suite 2700 |
| Telephone: 513-241-7111 | Indianapolis, Indiana 46204 |
| Facsimile: 513-241-7197 | Telephone: 317-237-0300 |
| Email: BDL@oal-law.com | Facsimile: 317-237-1000 |
| *Attorney for Plaintiff* | E-Mail: andrea.pierson@faegrebd.com |
| | E-Mail: john.schlafer@faegrebd.com |
| | *Attorneys for Defendants* |