# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-01209 | Cause No. 1:18-cv-01366 |
| Cause No. 1:18-cv-01283 | Cause No. 1:18-cv-01367 |
| Cause No. 1:18-cv-01297 | Cause No. 1:18-cv-01369 |
| Cause No. 1:18-cv-01311 | Cause No. 1:18-cv-01372 |
| Cause No. 1:18-cv-01312 | Cause No. 1:18-cv-01379 |
| Cause No. 1:18-cv-01358 | Cause No. 1:18-cv-01382 |
| Cause No. 1:18-cv-01360 | Cause No. 1:18-cv-01383 |
| Cause No. 1:18-cv-01365 | Cause No. 1:18-cv-01393 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      June 4, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer