> Approved. Case is dismissed without prejudice.
> Dated: 6/06/18
>
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
EARL HAMLYN AND BROWNELL HAMLYN

Civil Case #:   1:18-cv-01277-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Earl and Brownell Hamlyn, by and through the undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 1:18-cv-01277-RLY-TAB. This dismissal does not affect case number 1:17-cv-04406-RLY-TAB, which shall remain in suit.

Dated this 4th day of June, 2018.

Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712
ATTORNEY FOR THE PLAINTIFFS