IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

JONATHAN FERRER

Civil Case #_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:   JONATHAN FERRER

2. Spousal Plaintiff's spouse or other party making loss of consortium claim:

   NOT APPLICABLE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NOT APPLICABLE

4. Plaintiff's/Deceased Party's state of residence at the time of implant:   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:   Florida

6. Plaintiff's/Deceased Party's current state of residence:   Florida

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court, Middle District of Florida, Tampa Division

8. Defendants (Check Defendants against whom Complaint is made):

X Cook Incorporated

X Cook Medical LLC

X William Cook Europe ApS

9. Basis of Jurisdiction:

X Diversity of Citizenship

☐ Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9 through 28.

b. Other allegations of jurisdiction and venue: The implantation of Jonathan Ferrer's Cook manufactured Cook Celect® Vena Cava Filter / Cook Celect Platinum occurred at St. Joseph's Hospital in Tampa, Florida. It was later removed at St. Joseph's Hospital in Tampa, Florida.

As to the United States District Court, Middle District of Florida, Tampa Division, for purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 as a substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

___ Günther Tulip® Vena Cava Filter

X  Cook Celect® Vena Cava Filter

__ Gunther Tulip Mreye

X  Cook Celect Platinum

__ Other:

11. Date of Implantation as to each product: The implantation of Jonathan Ferrer's Cook manufactured Cook Celect® Vena Cava Filter / Cook Celect Platinum occurred on or about May 13, 2014.

12. Hospital(s) where Plaintiff was implanted (including City and State):

The implantation of Jonathan Ferrer's Cook manufactured Cook Celect® Vena Cava Filter / Cook Celect Platinum occurred at St. Joseph's Hospital located in Tampa, Florida.

13. Implanting Physician(s): Glenn William Stambo, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

X Count I: Strict Products Liability – Failure to Warn

X Count II: Strict Products Liability – Design Defect

X Count III: Negligence

X Count IV: Negligence Per Se

X Count V: Breach of Express Warranty

X Count VI: Breach of Implied Warranty

X Count VII: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices (Defendants engaged in unfair competition or deceptive acts or practices in violation of Fla. Stat. § 501.201, et seq. "Florida's Unfair and Deceptive Trade Practices Act")

   ☐ Count VIII: Loss of Consortium

   ☐ Count IX: Wrongful Death

   ☐ Count X: Survival

   X Count XI: Punitive Damages

   ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

  Wil H. Florin, Esq., and Eric P. Czelusta, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

  Address: 777 Alderman Road, Palm Harbor, Florida 34683

  Wil H. Florin, Esq.: Florida Bar No.: 0337234, Member in good standing United States District Court, Middle District of Florida

  Eric P. Czelusta, Esq: Florida Bar No.: 152315, Member in good standing United States District Court, Middle District of Florida

           Respectfully submitted,
           **FLORIN ROEBIG, P.A.**

           */s/ Wil H. Florin*
           **WIL H. FLORIN, ESQUIRE**
           Florida Bar No.: 0337234
           **ERIC P. CZELUSTA, ESQUIRE**
           Florida Bar No.: 152315
           Primary Email: WHF@FlorinRoebig.com
           Secondary Email:
           ECzelusta@FlorinRoebig.com
           DEwing@florinroebig.com
           777 Alderman Road
           Palm Harbor, Florida 34683
           Telephone No.: (727) 786-5000

Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431


      /s/ Wil H. Florin
WIL H. FLORIN, ESQUIRE
ERIC P. CZELUSTA, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL: No. 2570

This Document Relates to Plaintiff

JONATHAN FERRER

Civil Case # _____

## WAIVER OF THE SERVICE OF SUMMONS

To:   CookFilterMDL@FaegreBD.com

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __8-6-18__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*Email Address*

_____
*Telephone Number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good Cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Respectfully submitted,
**FLORIN ROEBIG, P.A.**

_s/ WIL H. FLORIN_
**WIL H. FLORIN, ESQUIRE**
Florida Bar No: 0337234
**ERIC P. CZELUSTA, ESQUIRE**
Florida Bar No: 152315
Primary Email: WHF@FlorinRoebig.com
Secondary Emails: ECzelusta@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34653
Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff Ferrer

## CERTIFICATE OF SERVICE

I hereby certify that on June __8__, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

　　　　　　　　　　　　_s/ WIL H. FLORIN_____
　　　　　　　　　　　　**WIL H. FLORIN, ESQUIRE**
　　　　　　　　　　　　**ERIC P. CZELUSTA, ESQUIRE**