IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL: No. 2570 |

---

This Document Relates to Plaintiff

JONATHAN FERRER

Civil Case # _____

---

## NOTICE OF APPEARANCE

The undersigned attorneys, WIL H. FLORIN and ERIC P. CZELUSTA, of the law firm of FLORIN ROEBIG, P.A., hereby gives notice of their appearance as counsel for Plaintiff, JONATHAN FERRER, in this action. Copies of all pleadings, motions and correspondence concerning this case should be served upon the undersigned.

Respectfully submitted,

**FLORIN ROEBIG, P.A.**

_s/ WIL H. FLORIN_
**WIL H. FLORIN, ESQUIRE**
Florida Bar No: 0337234
**ERIC P. CZELUSTA, ESQUIRE**
Florida Bar No: 152315
Primary Email: WHF@FlorinRoebig.com
Secondary Emails: ECzelusta@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34653

Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff Ferrer

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431


                         *s/ WIL H. FLORIN*
                         **WIL H. FLORIN, ESQUIRE**
                         **ERIC P. CZELUSTA, ESQUIRE**