IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:

    TIMOTHY PINSON
    1:18-cv-00822-JMS-TAB
_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Timothy Pinson files this his Response to the Motion to Dismiss [DOC 8275] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for the Plaintiff to submit a Plaintiff Profile Sheet. In support of this Motion, the Plaintiff states the following:

1. On May 25, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Plaintiff, Timothy Pinson, represented by the Law Offices of Ben C. Martin, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants on April 27, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on May 25, 2018.

4. Plaintiff's counsel has used due diligence to contact Timothy Pinson by phone calls, U.S. Mail, Email, Certified Mail Return Receipt Requested, and Overnight Mail.

5. To date, the Plaintiff has not returned a completed Plaintiff Profile Sheet to the undersigned counsel.

6. Accordingly, the Plaintiff's counsel humbly asks the Court for an additional forty-five (45) days to produce a Plaintiff Profile Sheet to the Cook Defendants.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
**The Law Offices of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

On this 11th day of June, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin