cIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    TIMOTHY PINSON
    1:18-cv-00822-JMS-TAB

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The matter, having come before the Court on Defendants' Motion to Dismiss for lack of a Plaintiff Profile Sheet, and for good cause shown, that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

 

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana