**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS       
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

**This Document Relates to:**

1:18-cv-00759 Taylor, Kevin
1:18-cv-01054 Strickland, Derrick
1:18-cv-01059 Turner, Sonny
1:18-cv-01062 Vola, Salvatore
1:18-cv-01064 Lowe, Robert
1:18-cv-01065 Waltke, Karen

## PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS

Plaintiffs file this Response to the Motion to Dismiss [DOC 8275] filed by Defendants, Cook Incorporated, Cook Medical LLC, _formerly known as_ Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiffs state:

1. On May 25, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including various Plaintiffs represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** are the notice letters sent by the Cook Defendants dated April 27, 2018 and May 18, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3.      Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on May 25, 2018.

4.      At the time of filing of Cook Defendants' Motion, Plaintiff Profile Sheets had been provided to the Cook Defendants for the Plaintiff(s) listed below:

> 1:18-cv-01062 Vola, Salvatore. Plaintiff's Profile Sheet was produced on May 25, 2018. See attached **Exhibit B**.

5.      For the five (5) remaining plaintiffs that have yet to serve their PPS, Plaintiffs' counsel has used due diligence to contact these Plaintiffs but have yet to hear back; they are listed as follows:

> 1:18-cv-00759 Taylor, Kevin
> 1:18-cv-01054 Strickland, Derrick
> 1:18-cv-01059 Turner, Sonny
> 1:18-cv-01064 Lowe, Robert
> 1:18-cv-01065 Waltke, Karen

6.      Accordingly, Plaintiffs' counsel needs more time to locate these remaining five (5) Plaintiffs to obtain the necessary information to accurately complete their PPS; specifically, Plaintiffs' counsel humbly asks the Court for an additional forty-five (45) days to find the missing Plaintiffs and to produce their PPS.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to Salvatore Vola, case 1:18-cv-01062, as he has submitted his PPS making the issue of not having a submitted PPS now moot.

FURTHER Plaintiffs pray that the Court will grant an additional forty-five (45) days for the remaining five (5) Plaintiffs to be located as well as to submit PPS and for all other just and appropriate relief.

Dated: June 11, 2018

Respectfully submitted,


/s/ William B. Curtis
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, a copy of the foregoing Plaintiffs' Response to Defendants Motion to Dismiss was filed electronically,and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-  Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ William B. Curtis