# EXHIBIT A

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

April 27, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; jgomez@curtis-lawgroup.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Cooper, Michael
- D'Amico, Ashley
- Gentry, Lewis
- Johnson, Bettye
- Taylor, Kevin

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Case 1:14-ml-02570-RLY-TAB   Document 8371-1   Filed 06/11/18   Page 3 of 5 PageID #:
43788
Case 1:14-ml-02570-RLY-TAB   Document 8275-2   Filed 05/25/18   Page 3 of 20 PageID #:
43630

William B. Curtis
4/27/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com  USA • UK • CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street • Suite 2700
Indianapolis • Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

May 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Atkins, Sheila
- Davis, Alicina
- Lowe, Robert
- Strickland, Derrick
- Turner, Sonny
- Turner, Wilma
- Vola, Salvatore
- Waltke, Karen

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

William B. Curtis
5/18/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com