# EXHIBIT B

# Josmary Gomez

| | |
|---|---|
| **From:** | Susan Johnson |
| **Sent:** | Friday, May 25, 2018 4:41 PM |
| **To:** | 'cookfiltermdl@faegreBD.com' |
| **Cc:** | Josmary Gomez |
| **Subject:** | IVC Cook MDL: plaintiff profile sheet - Vola, Salvatore |

Counsel,

Today I uploaded to your FTP site Plaintiff Salvatore Vola's profile sheet, signed authorizations and medical records.

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com

1