UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ENLARGING REBUTTAL EXPERT REPORT DEADLINES**

By agreement of the parties, the rebuttal expert deadlines in *Brand* set forth in the parties' Second Amended Case Management Order #19 are enlarged as follows: the expert report deadline for non-engineering experts is extended to June 12, 2018, and the rebuttal expert deadline for engineering experts is extended to June 18, 2018.

**SO ORDERED** this 11th day of June 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.