# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03591 | Cause No. 1:18-cv-01130 |
| Cause No. 1:18-cv-01106 | Cause No. 1:18-cv-01370 |
| Cause No. 1:18-cv-01107 | Cause No. 1:18-cv-01433 |
| Cause No. 1:18-cv-01108 | Cause No. 1:18-cv-01437 |
| Cause No. 1:18-cv-01109 | Cause No. 1:18-cv-01442 |
| Cause No. 1:18-cv-01110 | Cause No. 1:18-cv-01444 |
| Cause No. 1:18-cv-01111 | Cause No. 1:18-cv-01447 |
| Cause No. 1:18-cv-01112 | Cause No. 1:18-cv-01449 |
| Cause No. 1:18-cv-01113 | Cause No. 1:18-cv-01458 |
| Cause No. 1:18-cv-01114 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:     June 11, 2018 | /s/ Andrea R. Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>John T. Schlafer (# 28771-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: john.schlafer@faegrebd.com |

US.118458773.01

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 /s/ Andrea R. Pierson

US.118458773.01