IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK INCORPORATED, et. al.
IVC FILTER
PRODUCT LIABILITY LITIGATION
MDL-2570

THIS DOCUMENT RELATES TO:

Susan Randall v. Cook, Inc., et.al.
Case No. 1:16-cv-02607

> Motion granted. The appearance of attorney Bobby J. Bell, Jr. is withdrawn and that of Robert J. Fenstersheib is entered on behalf of Plaintiff.
>
> Tim A. Baker
> U.S. Magistrate Judge
> June 11, 2018

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**COMES NOW,** the undersigned hereby move this Court to allow for the withdrawal of counsel Bobby J. Bell, Jr., Esquire, as attorney of record and to substitute as Plaintiff's counsel, Robert J. Fenstersheib, Esquire, to represent her on the above-captioned matter.

WHEREFORE, the undersigned respectfully requests that this Court grant the motion for withdrawal and substitution of counsel.

DATED this 22nd day of November, 2017.

| | |
|---|---|
| The Law Offices of | The Law Offices of |
| Robert J. Fenstersheib & Associates, P.A. | Hollis, Wright, Clay & Vail, P.C. |
| 520 W. Hallandale Beach Blvd. | 2201 Morris Avenue |
| Hallandale, FL 33009 | Birmingham, AL 35203 |
| Telephone: (954) 456-2488 | Telephone: (205) 324-3600 |
| Facsimile: (954) 212-2980 | Facsimile: (205) 324-3636 |
| *(signature)* | *(signature)* |
| Robert J. Fenstersheib, Esq. | Bobby J. Bell, Jr., Esq. |
| Florida Bar Number: 307300 | Alabama Bar Number: 3426-B63B |