UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' BRIEF
REGARDING NON-RETAINED EXPERT'S NOTES**

Dr. Jen Brown is a Cook employee who is also a non-retained expert witness for Cook. Cook withheld select portions of her notes from Plaintiff on the basis of attorney-client privilege and work product. Plaintiff objects, arguing her notes are not protected by any privilege. The court has reviewed the select portions of Dr. Brown's notebook and finds that the majority—but not all—of the notes that Dr. Brown made during conversations with counsel are subject to privilege. Those notes subject to privilege have been red-lined by the court. The Courtroom Deputy will provide a copy of the red-lined version to Cook's counsel by email. Cook shall file a redacted copy, consistent with the court's rulings, within seven (7) days of the date of this Order.

**SO ORDERED** this 12th day of June 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.