UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ <br><br> This Document Relates to: <br> All Cases <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR JUNE 14, 2018**

**RICHARD L. YOUNG, JUDGE**

At the court's monthly status conference, Plaintiffs appeared by Joe Williams, Mike Heaviside, and Ben Martin; the Cook Defendants appeared by Andrea Pierson, Steve Bennett, John Schlafer, and Ryan Hurley.

The parties submitted an agenda with seven items. First on the list are the cases with "no injury." Cook previously moved to dismiss 114 such cases; Plaintiffs objected to the language used by Cook in its proposed order. The court assisted the parties in reaching a resolution, and Cook will be filing a proposed order in the next few days. Cook also proposed dismissing an additional 115 "no injury" cases. The parties could not come to an agreement. The court ordered Plaintiffs to review those cases where the only alleged injury is, for example, "the fear of the unknown," and to inform Cook of those cases, if any, they will agree to dismiss. Cook also noted that it will be filing a

1

motion for purposes of selecting a "product in place" Bellwether case on or before June 25, 2018.

The rest of the agenda items dealt with the *Brand* trial, which will begin on September 10, 2018. The parties expect the trial to last approximately three weeks. The court informed the parties that the trial will be held Monday through Thursday of each week.

Plaintiffs raised a concern regarding the foundation and authentication of certain Cook documents. The parties are ordered to resolve these issues, particularly with respect to business records, prior to trial.

Plaintiffs also asked that Bruce Fleck's video deposition be used at trial. The court denied the request since he can appear as a live witness. Plaintiffs may use his prior deposition testimony for impeachment purposes.

Lastly, the parties agreed to take expert depositions past the June 29, 2018 expert disclosure deadline.

**SO ORDERED** this 15th day of June 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.