AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| ESTATE OF HELENE YVONNE DODD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:14-ml-2570-RLY-TAB |
| COOOK MEDICAL, INC. IVC FILTERS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RONNIE L. DODD and THE ESTATE OF HELEN YVONNE DODD                    .

Date:   06/18/2018

/s/ John R. Crone
*Attorney's signature*

John R. Crone (CO Bar 48284)
*Printed name and bar number*
7171 W. Alaska Dr.
Lakewood, CO 80226

*Address*

John.Crone@Andruswagstaff.com
*E-mail address*

(303) 376-6360
*Telephone number*

(888) 875-2889
*FAX number*