UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to:

    *All Cases*

_____

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBIT A TO THEIR SUBMISSION OF JENNIFER BROWN, Ph.D.'S NOTES**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibit A to Their Submission of Jennifer Brown, Ph.D.'s Notes. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 8418-1]** to The Cook Defendants' Submission of Jennifer Brown, Ph.D.'s Notes is ordered to be maintained under seal.

SO ORDERED this ____ day of _____, 2018.

                                                                  _____
                                                                  Tim A. Baker
                                                                  United States Magistrate Judge
                                                                  Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.118556059.02