IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s)
Larry Wright

Civil Case No. 1:18-cv-01028

APPROVED.  Case is dismissed
without prejudice.
Dated: 6/18/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Larry Wright ("Plaintiff") and hereby provides notice, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled

lawsuit.

Dated:  June 15, 2018          Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar #66067
Benjamin A. Bertram, MO #56945
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
blair@bertramgraf.com
benbertram@bertramgraf.com

*Attorneys for Plaintiff*