IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

## Plaintiff Steering Committee's Unopposed Motion to Amend the Case Management Plan (Only Concerning Plaintiffs' Leadership Structure)

The Plaintiff's Steering Committee, by liaison counsel, respectfully moves the Court to amend the Case Management Plan (current iteration at Dkt. 1749) **only** to reflect changes in the composition of the PSC. In support, the PSC states the following:

1. PSC member Turner Branch has passed away. Due to his passing, the PSC requests that he be removed from the PSC.

2. The PSC also requests that Robert M. Hammers, Jr. and Charles S. Siegel be added to the PSC.

3. Messrs. Hammers and Siegel have completed the necessary paperwork for addition to the PSC, which are attached as Exhibits A and B.

4. A new Case Management Order (i.e., the Seventh Amended Case Management Plan) that reflects the requested changes to the composition of the PSC is attached as Exhibit C.

5. The undersigned counsel has conferred with Cook's counsel, Andrea Pierson, and Cook has no objection to this motion.

**Wherefore**, the Plaintiff's Steering Committee respectfully requests the Court to grant this motion, remove Turner Branch from the PSC, include Robert M. Hammers, Jr. and Charles S.

1

Siegel as members of the PSC, enter the attached proposed 7th Amended Case Management Plan to reflect these changes, and grant all further just and appropriate relief in the premises.

Respectfully submitted,

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

/s/ David P. Matthews
David P. Matthews, Esq.
Matthews and Associates
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on June 19, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Notice will be served on any non-CM/ECF registered parties by first class U.S. Mail, postage prepaid.

*/s/ Joseph N. Williams*
Joseph N. Williams