IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to All Actions | |

## AFFIDAVIT OF QUALIFICATIONS OF ROBERT M. HAMMERS, JR., ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Robert M. Hammers, Jr., Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, professional experience in MDLs and mass tort litigation, extensive litigation, discovery and jury trial experience and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to corporate liability and depositions as well as assist with document review, electronically stored information (ESI), and overall discovery, if and when appropriate.

4. I am an attorney in good standing with the State Bar of Georgia. I have been admitted to practice since 2008. I am admitted to practice in the United States District Court – Northern and Middle Districts of Georgia since 2010, the Court of Appeals of the State of Georgia since 2013, the Supreme Court of the State of Georgia since 2014, and I have been admitted pro hac vice in numerous state and federal courts around the United States.

1

5. I am and have been an equity partner of Schneider Hammers LLC since January 2015. Previously, I was an associate attorney with Jason T. Schneider, P.C. from 2011-2014, and I was an associate attorney with Vernis & Bowling of Atlanta from 2009-2011.

6. I have been lead or co-lead counsel in over 25 jury trials to verdict, taken and defended over 500 depositions, taken and defended over 100 expert depositions and been lead counsel in over 300 mediations and have recovered approximately $20 million dollars for my clients.

7. I have extensive experience in large, complex cases, including MDLs and mass torts. This experience includes being on the PSC and co-lead counsel for over 100 cases *In re: Cordis Corporation et al IVC Filter Litigation* (RG16812476); counsel for over 100 transvaginal mesh cases *In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, *In re: Ethicon, Inc.. Pelvic Repair System Products Liability Litigation*, *In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*; counsel for over 200 C. R. Bard and Cook Medical IVC Filter cases in this litigation and *In re: Bard IVC Filters Products Liability Litigation* (MDL No. 2641); co-lead counsel in *Deems v. JCG Foods of Alabama, LLC* (Polk County Superior Court Civil Action File No. 2017CV-137M) – a complex, wrongful death combustible dust explosion case; and lead counsel in *Oldroyd v. Coral Hospitality-GA, LLC d/b/a Brasstown Valley Resort Riding Stables, Inc.* (USDC for the Northern District of Georgia Civil Action File No. 1:15-cv-3930-AT) – a complex equestrian injury case involving statutory immunity and spoliation of evidence.

8. I am a member of the American Association for Justice, the National Trial Lawyers Association, the Georgia Trial Lawyers Association (including being a member of the Civil Justice PAC Board and alumnus of the GTLA LEAD program) and have been identified with distinction by several lawyer rating organizations including being designated as a Top 100 Trial Lawyer in Georgia and Top 40 Under 40 by the NTLA and have been named a Super Lawyers Rising Star six times. My biography is on my website and is summarized and attached hereto as Exhibit A.

9.     Schneider Hammers is a national mass torts and serious injuries/wrongful death law firm located in Atlanta, Georgia.  Information about my firm is available at www.schneiderhammers.com. Schneider Hammers has sufficient financial resources to litigate in an MDL and has advanced millions of dollars to prosecute its cases since its founding.

10.    I have substantial experience in tort and product-liability cases as well as large complex matters. I have worked cooperatively with both large groups of co-counsel as well as opposing counsel in order to achieve effective and efficient results for my clients.  I am accustomed to working with and against counsel for plaintiffs and defendants in order to build consensus and to litigate disputes in efficient and effective manner in order to reduce disputes that come before the court.  I have the experience, resources, and willingness to commit to this matter and will participate substantively in its advancement.

11.    Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: March 23, 2018             */s/ Robert M. Hammers, Jr.*
                                  Robert M. Hammers, Jr.
                                  Georgia Bar No.  337211
                                  SCHNEIDER HAMMERS LLC
                                  5555 Glenridge Connector, Ste. 975
                                  Atlanta, Georgia 30342
                                  Tel.: (770) 394-0047
                                  rob@schneiderhammers.com

# EXHIBIT A

## ROBERT M. HAMMERS, JR.

*SCHNEIDER HAMMERS LLC*
5555 Glenridge Connector, Ste. 975
Atlanta, GA 30342
(770) 395-0047
rob@schneiderhammers.com

As a cofounding partner at Schneider Hammers LLC, Robert M. Hammers, Jr., is committed to representing personal injury victims in Atlanta and throughout Georgia as well as victims of defective drugs and medical devices across the nation. He focuses his practice on handling personal injury cases involving the following matters: defective drugs and medical devices, automobile, trucking and boating accidents; drowning and near-drowning accidents; premises liability cases; and traumatic brain injuries.

In 1999, Mr. Hammers received a Bachelor of Arts in History from The University of Georgia. He later earned a Juris Doctor in 2008 from Florida State University College of Law.

Having started out as an attorney for insurance companies, Mr. Hammers has a deep understanding of how corporations are represented in civil lawsuits. He brings that knowledge to his practice today, where he advocates for victims of negligence.

Over the course of his career, Mr. Hammers has tried dozens of cases to verdict and settled thousands more, resulting in millions of dollars for his clients. For his outstanding commitment to recovering compensation, Mr. Hammers has been named in The National Trial Lawyers: Top 100 and Top 40 Under 40, and he holds an Avvo "Excellent" rating.

Mr. Hammers actively participates in the legal community as a member of The National Trial Lawyers, the State Bar of Georgia, the Georgia Trial Lawyers Association and the American Association for Justice. He is an alumnus of the Georgia Trial Lawyers Association LEAD program Class of 2015. Mr. Hammers is admitted to practice before all State and Superior Courts in Georgia, the U.S. District Court for the Middle District of Georgia, the U.S. District Court for the Northern District of Georgia, the Supreme Court of Georgia and the Georgia Court of Appeals.

When he is not representing clients, Mr. Hammers, an Eagle Scout, serves in the Boy Scouts of America and his local parish, St. Peter Chanel Catholic Church.