IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| This Document Relates to All Actions | |

### AFFIDAVIT OF QUALIFICATIONS OF CHARLES S. SIEGEL, ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Charles S. Siegel, Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs, and mass tort litigation, extensive litigation, appellate and trial experience, and access to sufficient resources to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to legal issues, in particular the admissibility of critical evidence.

4. I am an attorney in good standing with the State Bars of Texas and Pennsylvania, and am currently applying for admission to the Oregon Bar. I have been admitted to practice in Texas since 1985, and admitted to practice in Pennsylvania since 2011. I have been admitted to practice in the United States Court of Appeals, Second Circuit since 1991, United States Court of Appeals, Fourth Circuit since 1987, United States Court of Appeals, Fifth Circuit since 1989, United States Court of Appeals, Sixth Circuit since 1989, United States Court of Appeals, Eighth Circuit since 1990, United States Court of Appeals, Ninth Circuit since 1991, United States Court

1

of Appeals, Tenth Circuit since 1988, United States Court of Appeals, Eleventh Circuit since 1986, United States Court of Appeals, District of Columbia Circuit since 1987, United States District Court, Northern District of Texas since 1993, United States District Court, Southern District of Texas since 1993, and the Supreme Court of the United States since 1990, and have been admitted pro hac vice in numerous state and federal courts around the United States.

5.   I have been an equity partner at Waters and Kraus, LLP for several years, and a partner for 16 years. Previously, I was the sole shareholder of the Law Office of Charles Siegel from 1998 through 2000. Prior to that I was a partner at Misko, Howie and Sweeney in Dallas.

6.   I am the head of the appellate practice at Waters Kraus and Paul. I was born in Houston, Texas and earned both my undergraduate and Juris Doctor degrees at the University of Texas. I have argued appeals in eight federal appellate courts, in the supreme courts of Texas and six other states, and in numerous intermediate appellate courts around the country. I have served as an adjunct professor at the University of Houston Law Center, and as a guest lecturer at the University of Texas Law School, Southern Methodist University Law School, the University of the West Indies College of Law, and the Faculty of Law at Jagiellonian University in Krakow, Poland. I am a frequent speaker at legal seminars around the country and abroad.

7.   I am a member of the American Association for Justice, Public Justice Foundation, the American Bar Association (ABA), the Dallas Bar Association, the Texas Trial Lawyers Association, and Taxpayers Against Fraud. I also serve on the ABA's Task Force on Asbestos Bankruptcy Trusts. I have been recognized on the Thomson Reuters *Texas Super Lawyers*® list for 10 consecutive years from 2003 to 2012, and was a finalist for Public Justice's Trial Lawyer of the Year.  My biography is on the Waters, Kraus, and Paul website and is summarized and attached hereto as Exhibit A.

8.   Waters Kraus and Paul is a national plaintiffs' firm that litigates cases in jurisdictions across the United States on behalf of individuals from all 50 states, and several foreign countries. We have also represented foreign governments in litigation involving multinational corporations.

9.      I have substantial experience in tort and products liability cases as well as large commercial matters. I have worked cooperatively with both large groups of co-counsel as well as opposing counsel in order to achieve effective and efficient results for my clients.  I am accustomed to working with and against counsel for plaintiffs and defendants in order to build consensus and to litigate disputes in an efficient and effective manner in order to reduce disputes that come before the court.  I have the experience, resources, and willingness to commit to this matter and will participate substantively in its advancement.

10.     Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.


Dated: June 14, 2018                                         /s/ Charles S. Siegel
                                                             Charles S. Siegel
                                                             Texas Bar No. 18341875
                                                             Waters, Kraus & Paul, LLP
                                                             3141 Hood Street, Suite 700
                                                             Dallas, Texas 75219
                                                             Telephone:  (214) 357-6244
                                                             Facsimile:   (214) 357-7252
                                                             siegel@waterskraus.com

# EXHIBIT A

- Practice Areas
    - Asbestos
        - VA Benefits and Asbestos
    - Benzene
    - Birth Defects
    - Drug Injury
        - Opioids
        - Xarelto
    - International Litigation
    - Medical Device Injury
        - Hernia Mesh
        - Metal-on-Metal Hip Implants
        - Transvaginal Mesh
    - Mesothelioma
        - VA Benefits and Asbestos
    - Qui Tam Whistleblower
        - Medicare, Medicaid & TRICARE Fraud
            - Dental Medicaid Fraud
        - Defense & Homeland Security Contract Fraud
        - Education & Research Fraud
        - Government Contractor & Procurement Fraud
        - SEC & CFTC Fraud
            - FCPA and Foreign Bribery
            - SEC Fraud
        - Tax Fraud
    - Talcum Powder Cancer
- Attorneys
    - Partners
    - The Attorneys
    - Of Counsel
- Why WKP
    - The Firm
    - Our Clients
    - Our Results
- Resources
    - Asbestos Exposure Map
    - Diseases and Disorders
    - U.S. Government and International Agencies
- News
- Referrals
- Contact

Call 800.226.9880

Search

# Charles S. Siegel

Partner

Charles Siegel is the head of the appellate practice at Waters Kraus & Paul. He was born in Houston, Texas and earned both his undergraduate and Juris Doctor degrees at the University of Texas. Charles has argued appeals in eight federal appellate courts, in the supreme courts of Texas and five other states, and in numerous intermediate appellate courts around the country. He has served as an adjunct professor at the University of Houston Law Center, and as a guest lecturer at the University of Texas Law School, Southern Methodist University Law School, the University of the West Indies College of Law, and the Faculty of Law at Jagiellonian University in Krakow, Poland. He is a frequent speaker at legal seminars around the country and abroad. He is a member of the American Association for Justice, Public Justice Foundation, the American Bar Association (ABA), the Dallas Bar Association, and the Texas Trial Lawyers Association. Charles also serves on the ABA's Task Force on Asbestos Bankruptcy Trusts. He has been recognized on the Thomson Reuters *Texas Super Lawyers*® list for 10 consecutive years from 2003 to 2012, and was a finalist for Public Justice's Trial Lawyer of the Year.



**Charles S. Siegel**

- P: 214.357.6244
- F: 214.357.7252
- E: Email Us

**Highlights**

- State Ordered to Comply with NVRA
- A Win for Texas Motor Voter Registrants on All Counts
- Federal Judge Rules that Texas is Violating "Motor Voter" Law
- Mental Health Center Settles Whistleblower Case for $4M
- Houston Doctor Settles Medicare Fraud Charges for $1.5M
- Rebar Whistleblower Lawsuit Settles for $4.6 Million
- Whistleblower Case Against Walgreens Results in $9.9 Million Settlement
- Federal Court Denies Texas' Motion to Dismiss "Motor Voter" Case
- Whistleblower Case Against BTG Results in $36M Civil and Criminal Settlement
- Whistleblower Claims Lead to $30M Settlement for CDI
- Government Recovers $8.86M Settlement in Assisted Living Fraud
- Fraud & White Collar Crime Virtual Round Table 2015
- Charles Siegel Receives Prestigious Justice Association Award
- Waters Kraus & Paul Congratulates TAF Whistleblower of the Year Allen Jones
- The History of DBCP from a Judicial Perspective

**Areas of Practice**

- Asbestos Litigation
- Birth Injury Litigation
- Medical Device Litigation
- Opioid Litigation
- Qui Tam / Government False Claims Act Litigation
- Toxic Tort
- Appellate Practice
- International

**Pro Bono & Community Service**

- Dallas Trial Lawyer Association Pro Bono Project for 9/11 Injured Victims Trust Fund

**Bar Admissions**

- Texas, 1985
- Pennsylvania, 2011

**Education**

- University of Texas at Austin School of Law, J.D., 1985
- University of Texas at Austin, B.A., 1982

**Professional Associations & Memberships**

- American Bar Association
    - Task Force on Asbestos Bankruptcy Trusts
- American Association for Justice
    - Member, Amicus Curiae Committee
    - Member, Legal Affairs Committee
    - Member, Public Education Committee
- Public Justice Foundation
    - Member, and former Director
- Taxpayers Against Fraud
- Texas Trial Lawyers Association
- Dallas Bar Association

**Honors & Awards**

- Recipient, American Association for Justice Wiedemann Wysocki National Finance Council Award, 2013
- Selected for recognition on the "Texas' Top Rated Lawyers" list, produced by LexisNexis® Martindale-Hubbell® and published by ALM Media Properties, 2013, 2014, 2015
- Selected for recognition on the *Texas Super Lawyers* list, published by Thomson Reuters, Legal, 2003-2012
- Finalist, Trial Lawyer of the Year Award, Trial Lawyers for Public Justice, 1990
- AV® Preeminent™ 5.0 out of 5, Martindale-Hubbell Featured Peer Review Rated Lawyer

**Other Appointments**

- Law Review: Review of Litigation, University of Texas, 1983-1984



Charles S. Siegel

6

# What are my chances?

That's the first question everyone asks. The truth is it's impossible to know. But we can tell you this. Waters Kraus & Paul has what it takes to fight against big corporate interests and win. That's why we've taken more mesothelioma trials to verdict than any other firm. And that's why we've recovered more than $1.3 billion for clients like you. Do you think you have a case? Contact us now to speak with an attorney.

**Do you have
a case?**

Talk to
a lawyer. ▸

## Practice Areas and Products

- Asbestos
- Benzene
- Birth Defects
- Drug Injury

- International Litigation
- Medical Device Injury
- Mesothelioma
- Qui Tam Whistleblower

## Resources

- Asbestos Exposure Map
- Diseases and Disorders
- U.S. Government and International Agencies

- twitter
- facebook
- linkedin
- rss

Search

© 2018 WATERS KRAUS & PAUL
AND WATERS & KRAUS, LLP
ATTORNEYS AND COUNSELORS

3141 Hood Street, Suite 700
Dallas, Texas 75219

Contact Us  800.226.9880

Privacy Policy | Legal Notice

- Practice Areas
- Attorneys
- Why WKP
- Resources
- News
- Referrals

- Contact

- Verdicts
- Client Stories
- Attorney Spotlights
- Asbestos Exposure Map



