IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS

MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

David T. Eggen

Civil Case # 1:17-cv-06069

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, David T. Eggen.

Respectfully Submitted,

/s/ Gregory J. Pals
Gregory J. Pals #48820
**The Driscoll Firm, P.C.**
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
greg@thedriscollfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2018, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Melissa Caliendo