IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRAC-
TICES AND PRODUCT LIABILITY LIT-
IGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Kimberly Roberts

Civil Case #1:16-cv-01799

_____

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter has come before the Court upon Counsel's *Motion to Withdraw Appearance on Behalf of Kimberly Roberts*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the appearances of Joseph N. Williams, James A. Piatt, and the law firm of Riley Williams & Piatt, LLC shall be withdrawn.

SO ORDERED this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.