IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Kimberly Roberts

Civil Case #1:16-cv-01799

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(c), attorneys Joseph N. Williams and James A. Piatt, both of the law firm Riley Williams & Piatt, LLC, respectfully move to withdraw their appearances on behalf of Plaintiff Kimberly Roberts. In support of this motion, Messrs. Williams and Piatt state the following:

1. On June 15, 2018, undersigned counsel's firm sent a letter to Plaintiff Kim Roberts explaining that Riley Williams & Piatt, LLC would be withdrawing from her representation on June 22, 2018.

2. This letter was sent after several phone calls and prior letters had gone unanswered.

3. Given that the withdrawal of Riley Williams & Piatt, LLC will leave Ms. Roberts without representation, and pursuant to Local Rule 83-7(c)(3), her current address according to the file is 22 Pine Street, Mt. Holly, New Jersey, 08060. Her current phone number is 609.251.2463.

WHEREFORE, counsel respectfully move the Court for an Order withdrawing Joseph N. Williams, James A. Piatt, and the law firm of Riley Williams & Piatt, LLC from the representation of Plaintiff Kimberly Roberts, and for all other just and proper relief.

Respectfully submitted

RILEY WILLIAMS & PIATT, LLC

/s/ James A. Piatt
James A. Piatt, Atty. No. 28320-49
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:   (317) 426-8837
Email:       jpiatt@rwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ James A. Piatt
James A. Piatt