IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Cases.

## ORDER ON MOTIONS TO SEAL

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the

same analysis and caveats therein, the parties' motions to seal [Filing Nos. 7721, 8419] are

granted.  The Clerk shall maintain Filing Nos. 7720 and 8418-1 under seal pending further order.

Date:  6/25/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.