**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS<br><br>MARKETING, SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>  1:17-cv-2958-RLY-TAB   Swartz<br>  1:17-cv-3783-RLY-TAB   Rogers | ) <br> ) **CASE NO. 1:14-ml-2570-RLY-TAB**<br>   **MDL No. 2570**<br> )<br> )<br> ) **MOTION TO WITHDRAW AS**<br>   **COUNSEL**<br> )<br> )<br> )<br> )<br> ) |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Considering the Motion to Withdraw as Counsel filed by Joel Figueroa-Rivera, IT IS

ORDERED that the Motion is GRANTED.  The appearance of attorney Joel Figueroa-

Rivera is withdrawn from the Master Docket as well as the member cases listed above.


Date:  6/25/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record to be made electronically via CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Co-Lead Counsel.