IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

    JEANNE VAN DEUSEN

    1:16-cv-01931-RLY-TAB

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

    Dated: June 25, 2018.

| | |
|---|---|
| By: /s/ Matthew Schultz<br>Matthew Schultz<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Telephone: (850) 435-7053<br>Facsimile (850) 436-6054<br>mschultz@levinlaw.com<br><br>*Attorney for Plaintiff Jeanne Van Deusen* | By: /s/ John T. Schlafer<br>Andrea Roberts Pierson<br>John T. Schlafer<br>FAEGRE BAKER DANIELS, LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>andrea.pierson@FaegreBD.com<br>john.schlafer@FaegreBD.com<br><br>*Attorneys for Defendants Cook Group Incorporated, Cook Medical, LLC, and William Cook Europe ApS* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, a copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Matthew Schultz