IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

**EXHIBIT B
TO
COOK DEFENDANTS' MOTION
<u>FOR SCREENING ORDER AND BELLWETHER SELECTION PLAN</u>**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**James Stephen Bennett**
*Partner*
**stephen.bennett@FaegreBD.com**
Direct **+1 260 260 1725**

**Faegre Baker Daniels LLP**
110 West Berry Street ▼ Suite 2400
Fort Wayne ▼ Indiana 46802-2322
Main **+1 260 460 2400**
Fax **+1 260 460 1700**

June 12, 2018

**VIA ELECTRONIC MAIL**

Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, Texas 75219

Joseph N. Williams, Esq.
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204

Re:   Dismissal of "No Injury" Cases

Dear Ben and Joe:

We have been discussing for some time the dismissal of 115 cases that Plaintiffs have self-identified as "no injury" cases.[1] Generally speaking, those appear to be cases where Plaintiffs had marked "other" as an injury and alleged stress, anxiety, future monitoring, fear of injury or filter failure, shortness of breath, and similar allegations.  The list also included some cases that alleged inability to retrieve (13 cases), tilt (6 cases), migration (6 cases), and IVC perforation (3 cases).

We are uncertain of the methodology Plaintiffs employed to identify these 115 cases, and a cursory review of the MDL inventory confirms that many more "no injury" cases are pending.  For example, we have identified below 115 additional cases that plainly do not allege a cognizable injury.  Our review of the PPS forms for these cases shows no appreciable difference from the 115 cases that Plaintiffs had identified in their list.

Our review also shows that some firms with significant inventories do not appear to have participated in Plaintiffs' self-selection process at all.  For example, David Matthews, Curtis Law, Cellino & Barnes, and Bachus & Schankler did not identify a single case in Plaintiffs' List of 115, but our cursory review has identified multiple cases that should be dismissed.  Additionally, seven of the cases listed below were part of our PowerPoint presentation and argument at the last hearing a month ago, and none of them have been dismissed.  Accordingly, Cook requests that Plaintiffs promptly dismiss the 115 cases identified below because they do not allege any cognizable injuries.

---

[1] Our records indicate that 111 of these cases remain pending, but we will call them Plaintiffs' List of 115 for reference here and simplicity.

US.118462371.06

Messrs. Martin and Williams -2- June 12, 2018

|    | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|----|------|-----------|-------------|---------------------------|
| 1  | MATTHEWS & ASSOCIATES | Abraham, Carol L. | 1:17-cv-01963 | Stress and Anxiety |
| 2  | MATTHEWS & ASSOCIATES | Congdon, David J. | 1:17-cv-03709 | Stress and Anxiety |
| 3  | MATTHEWS & ASSOCIATES | Cooper, Gay L. | 1:18-cv-01113 | Numbness (Particularly in Hands) |
| 4  | MATTHEWS & ASSOCIATES | Cunningham, Jerry T. | 1:17-cv-02094 | Stress and Anxiety |
| 5  | MATTHEWS & ASSOCIATES | Eddie, Patrick | 1:17-cv-02079 | Stress and Anxiety |
| 6  | MATTHEWS & ASSOCIATES | Hairston, Marlene L. | 1:17-cv-02064 | Stress and Anxiety |
| 7  | MATTHEWS & ASSOCIATES | Jacobs, Victoria [ESTATE] | 1:17-cv-02815 | Tilt Only - Nothing Else Alleged |
| 8  | MATTHEWS & ASSOCIATES | Kleine, Donna | 1:17-cv-01949 | Stress and Anxiety |
| 9  | MATTHEWS & ASSOCIATES | Lenahan, Bill | 1:17-cv-00023 | Clogged filter only |
| 10 | MATTHEWS & ASSOCIATES | Madison, Charles Edward | 1:16-cv-01985 | No injury. Injuries claimed could only relate to Bard filter. Cook filter removed in 2005. |
| 11 | MATTHEWS & ASSOCIATES | Marcoux, Elaine J. | 1:17-cv-01954 | Stress and Anxiety |
| 12 | MATTHEWS & ASSOCIATES | Miller, John George | 1:17-cv-01981 | Stress and Anxiety |
| 13 | MATTHEWS & ASSOCIATES | Minor, Janice R. | 1:17-cv-01982 | Stress and Anxiety |
| 14 | MATTHEWS & ASSOCIATES | Updegraff, Robert W. Sr. | 1:17-cv-02026 | Stress and Anxiety |
| 15 | CURTIS LAW GROUP | Lee, Dionne | 1:17-cv-03058 | Fear of injury |
| 16 | CURTIS LAW GROUP | Lindy, Joanne | 1:17-cv-04099 | Fear of Injury |
| 17 | CURTIS LAW GROUP | Lograsso, Michael, III | 1:17-cv-03047 | Fear of Injury |
| 18 | CURTIS LAW GROUP | Long, Stephen | 1:17-cv-03601 | Fear of Injury; Tilt upon installment |
| 19 | CURTIS LAW GROUP | Mayeux, Barbara | 1:16-cv-02292 | Fear of injury |
| 20 | CURTIS LAW GROUP | McCafferty, Sandra | 1:17-cv-04434 | Fear of injury |
| 21 | CURTIS LAW GROUP | Murray, Diana | 1:17-cv-03046 | Other - fatigue, trouble concentrating and walking |
| 22 | CURTIS LAW GROUP | Phillips, April | 1:15-cv-01609 | Fear of injury; shortness of breath |
| 23 | CURTIS LAW GROUP | Pritchett, Billy | 1:17-cv-03040 | Fear of injury |

Messrs. Martin and Williams                -3-                June 12, 2018

| | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|---|---|---|---|---|
| 24 | CURTIS LAW GROUP | Quigley, Jason | 1:17-cv-03042 | Fear of injury |
| 25 | CURTIS LAW GROUP | Studer, Andre | 1:17-cv-03825 | Fear of injury |
| 26 | CURTIS LAW GROUP | Topping, Louise | 1:17-cv-02625 | Fear of injury |
| 27 | CURTIS LAW GROUP | Alford, Margaret | 1:18-cv-00327 | Fear of failure |
| 28 | CURTIS LAW GROUP | Allen, Catherine | 1:17-cv-03597 | Fear of failure |
| 29 | CURTIS LAW GROUP | Austin, Maureen | 1:18-cv-00381 | Fear of failure |
| 30 | CURTIS LAW GROUP | Baker, Jason | 1:17-cv-04026 | Fear of failure |
| 31 | CURTIS LAW GROUP | Bryant, John | 1:17-cv-04095 | Fear of failure |
| 32 | CURTIS LAW GROUP | Cave, Sharon | 1:17-cv-01628 | Fear of failure |
| 33 | CURTIS LAW GROUP | Conley, Thomas | 1:17-cv-01629 | Fear of failure |
| 34 | CURTIS LAW GROUP | Cox, Janice | 1:16-cv-03324 | Shortness of Breath and fear |
| 35 | CURTIS LAW GROUP | Evans, Charles | 1:15-cv-01604 | Stress and Anxiety |
| 36 | CURTIS LAW GROUP | Fissell, Deborah | 1:17-cv-04089 | Fear of failure |
| 37 | CURTIS LAW GROUP | Grimes, Joshua | 1:16-cv-02475 | Fear of the Unknown |
| 38 | CURTIS LAW GROUP | Hanf, Janie | 1:17-cv-04100 | Fear of Injury |
| 39 | CURTIS LAW GROUP | Kelley, Jack | 1:17-cv-02325 | Fear of injury |
| 40 | CURTIS LAW GROUP | Kimbell, Candy | 1:17-cv-04204 | Fear of injury |
| 41 | CELLINO & BARNES, P.C. | Cake, Joseph and Sarah | 1:17-cv-04619 | Anxiety |
| 42 | CELLINO & BARNES, P.C. | Dixon, Patricia | 1:17-cv-03495 | Anxiety |
| 43 | CELLINO & BARNES, P.C. | Mair, Adam | 1:17-cv-04611 | Only emotional distress and anxiety alleged. |
| 44 | CELLINO & BARNES, P.C. | Matoushek, Ann and Robert | 1:17-cv-03563 | Only alleges heaviness in chest |
| 45 | CELLINO & BARNES, P.C. | Mazurett, Juan | 1:17-cv-00822 | Anxiety and Depression |
| 46 | CELLINO & BARNES, P.C. | McFarland, Marie A. and Donald | 1:17-cv-04141 | Successfully removal of allegedly tiled and embedded filter |
| 47 | CELLINO & BARNES, P.C. | Orszulak, Ronald S. | 1:17-cv-04031 | Anxiety and distress |
| 48 | CELLINO & BARNES, P.C. | Potter, Barbara | 1:17-cv-04162 | Anxiety, stress, monitoring |
| 49 | CELLINO & BARNES, P.C. | Simmons, Janet (Celect) | 1:17-cv-00576 | Fear of injury. Distress and anxiety. |
| 50 | BACHUS & SCHANKER, LLC | Anger, Charles & Marilyn | 1:16-cv-01767 | Filter not removed |

Messrs. Martin and Williams -4- June 12, 2018

|    | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|----|------|-----------|-------------|---------------------------|
| 51 | BACHUS & SCHANKER, LLC | Gomez, Gabriel | 1:16-cv-02949 | Unable to be retrieved and paralyzed with fear |
| 52 | BACHUS & SCHANKER, LLC | Horton, Wallace | 1:16-cv-02505 | PIP; Fear of injury |
| 53 | BACHUS & SCHANKER, LLC | Kelly, Deborah | 1:16-cv-01769 | Successfully removed filter; Fear of injury |
| 54 | BACHUS & SCHANKER, LLC | Luscomb, Joann | 1:16-cv-02953 | Fear of injury and PIP allegations only |
| 55 | BACHUS & SCHANKER, LLC | Martin, Patrick & Nelson, Marchell | 1:16-cv-02954 | Product in Place; Fear of Injury |
| 56 | BACHUS & SCHANKER, LLC | Schmidt, Harold & Velma | 1:16-cv-01770 | PIP; Fear of injury |
| 57 | BACHUS & SCHANKER, LLC | Scott, Darel & Goldie | 1:16-cv-01771 | Unknown |
| 58 | MCGLYNN, GLISSON & MOUTON | Barnes, Terri | 1:18-cv-00037 | Tilt only and fear of inability to remove |
| 59 | MCGLYNN, GLISSON & MOUTON | Clima, Ronald | 1:18-cv-01159 | Fear of failure |
| 60 | MCGLYNN, GLISSON & MOUTON | Maddie, Hannah | 1:17-cv-03118 | Fear of injury and shortness of breath only |
| 61 | MCGLYNN, GLISSON & MOUTON | Russell, Lashan | 1:18-cv-00877 | Fear of injury |
| 62 | MCGLYNN, GLISSON & MOUTON | Torre, David | 1:18-cv-00963 | Fear of injury |
| 63 | MARC J. BERN & PARTNERS, LLP | Gause, Gary | 1:17-cv-04151 | Fear of injury |
| 64 | MARC J. BERN & PARTNERS, LLP | Gilligan, Susanne | 1:17-cv-04208 | "Never retrieved" and fear of failure |
| 65 | MARC J. BERN & PARTNERS, LLP | Holmes, Angelee | 1:17-cv-03557 | Stress |
| 66 | MARC J. BERN & PARTNERS, LLP | Oltromonto, Anthony | 1:17-cv-04352 | Susceptibility to future injury |
| 67 | JOHNSON LAW GROUP | Brandt-Beyer, Tanna | 1:17-cv-04425 | Product in Place |
| 68 | MURRAY LAW FIRM | Brown, Pamela | 1:17-cv-00699 | Will Supplement |
| 69 | THE MILLER FIRM LLC | Cline, Daniel & Melissa | 1:16-cv-02801 | To be supplemented |
| 70 | THE NATIONS LAW FIRM | Conway, Larry | 1:17-cv-02779 | Stress |

US.118462371.06

Messrs. Martin and Williams -5- June 12, 2018

|  | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|---|---|---|---|---|
| 71 | JOHNSON LAW GROUP | Evans-Djalivandi, Heather | 1:17-cv-00675 | Successful removal without complications |
| 72 | JOHNSON LAW GROUP | Foltz, Deborah | 1:17-cv-04673 | Product in Place |
| 73 | THE NATIONS LAW FIRM | Hanel, Barbara May | 1:17-cv-01040 | Stress and Anxiety |
| 74 | MURRAY LAW FIRM | Johnson, Harry D. Jr. | 1:17-CV-03516 | Tilt and unable to retrieve only, no current complaints |
| 75 | THE NATIONS LAW FIRM | Kesler, Gregory Wayne & Cynthia Elena | 1:17-cv-01237 | Stress and Anxiety |
| 76 | THE MILLER FIRM LLC | Ohler, Albert | 1:17-cv-01753 | No filter complication claimed; Plaintiff only complains of shortness of breath and inability to bend leg |
| 77 | MURRAY LAW FIRM | Weglarz, Vicky | 1:16-cv-03434 | Will Supplement; No Injury Alleged |
| 78 | THE MILLER FIRM LLC | West, Terry & Sharon | 1:16-cv-01320 | Shortness of breath |
| 79 | COWPER LAW | Anderson, Jodi & Alan W. | 1:16-cv-00441 | Loss of Consortium |
| 80 | LOPEZ MCHUGH LLP | Boatwright-Woods, Mary | 1:17-cv-01449 | Stress and Anxiety |
| 81 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | Hudson, Lue Ethel | 1:18-cv-00921 | Product in Place |
| 82 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | LaRue, Derek S. | 1:18-cv-00925 | Successfully removed filter; clotted filter |
| 83 | LOPEZ MCHUGH LLP | Meredith, Barbara Ann and William Arthur | 1:17-cv-00638 | Frequent Monitoring Required Only |
| 84 | COWPER LAW | Rhone, Patricia | 1:16-cv-0087 | Product in Place |
| 85 | BRANCH LAW FIRM | Sandidge, William D. & Sherry | 1:16-cv-02061 | Clogged filter, claims blood circulation issue |
| 86 | BRANCH LAW FIRM | Scott, Olanda | 1:16-cv-00552 | No filter complication alleged. Product in Place. |
| 87 | MESHBESHER & SPENCE, LTD. | Barr, John & Benson, Judith | 1:16-cv-02392 | Fear, stress, and depression |

US.118462371.06

Messrs. Martin and Williams -6- June 12, 2018

|  | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|---|---|---|---|---|
| 88 | MCSWEENEY LANGEVIN LLC | Bowen, Jasmine | 1:17-cv-02704 | Shortness of Breath |
| 89 | LAWRENCE & ASSOCIATES, LLC | Boyles, Michael D. & Connie Arlene | 1:16-cv-00784 | Fear and risk of issues |
| 90 | MURPHY LAW FIRM, LLC | Bunnells, Fredrick | 1:16-cv-02596 | Shortness of Breath |
| 91 | JACKSON ALLEN & WILLIAMS, LLP | Caldwell, Canchetta | 1:17-cv-00176 | Ongoing monitoring required |
| 92 | THE GOETZ LAW FIRM, INC. | Connelly, Thomas | 1:16-cv-02507 | Shortness of Breath |
| 93 | GOLDENBERGLAW, PLLC | Cortes, Martin [ESTATE] | 1:17-cv-01779 | Under investigation |
| 94 | BABBITT & JOHNSON, P.A. | Crosby, Krista L. | 1:16-cv-01489 | Unable to be retrieved |
| 95 | MEYERS & FLOWERS, LLC | Denard, Solita | 1:17-cv-03124 | Fear of Injury |
| 96 | SMITH STAG, LLC | Ensworth, John | 1:18-cv-00507 | Fear of injury |
| 97 | THE GOSS LAW FIRM, P.C. | Fink, Carol & Michael [ESTATE] | 1:17-cv-00695 | Successful removal without complications |
| 98 | NIEMEYER, GREBEL & KRUSE, LLC | Fletcher, Franklin | 1:17-cv-06065 | Successful removal of allegedly embedded and perforated filter |
| 99 | PADBERG, CORRIGAN & APPLEBAUM | Hanson, Charles | 1:17-cv-01829 | Fear of injury |
| 100 | RISCASSI AN DAVIS, P.C. | Hodosi, William | 1:16-cv-02859 | Fear of Injury |
| 101 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP | Jefferson, Shanikqua | 1:17-cv-04476 | Failed deployment; successfully removed |
| 102 | THE LAW OFFICE OF BEN C. MARTIN | Lancaster, William | 1:17-cv-01760 | Fear of Injury |
| 103 | ANDRUS WAGSTAFF, PC | Lewis, Lois D. | 1:17-cv-01728 | Fear of Injury |
| 104 | PERDUE & KIDD | Lietz, Darlene | 4-18-cv-00045 | Successfully removed filter |
| 105 | MOTLEY RICE LLC | McGee, Michelle D. | 1:17-cv-02221 | Successful removal without complications |
| 106 | FEARS NACHAWATI, PLLC | Mills, Mildred | 1:16-cv-01846 | Unknown at this time |
| 107 | THE MOODY LAW FIRM, INC. | Minnella, Michael and Patricia | 1:17-cv-04614 | Filter failed to deploy; boilerplate language |
| 108 | THE GALLAGHER LAW FIRM LLP | O'Banion, Wilma | 1:17-cv-00474 | Confusion and anxiety |

Messrs. Martin and Williams -7- June 12, 2018

|  | Firm | Plaintiff | Case Number | Summary of Alleged Injury |
|---|---|---|---|---|
| 109 | PIERCE SKRABANEK BRUERA, PLLC | Parker, Betty L. [ESTATE] | 1:17-cv-02715 | Tilt Only - Nothing Else Alleged |
| 110 | MOODY LAW FIRM, INC. | Polk, Shirley | 1:16-cv-03236 | "Fluttering in Chest" |
| 111 | GOMEZ TRIAL ATTORNEYS | Ponzio, Anthony | 1:17-cv-03460 | Successful percutaneous removal; PPS only claims "Discovery and investigation continue" |
| 112 | BLANKENSHIP LAW FIRM | Reece, Johnny | 1:17-cv-03811 | Fear of Injury |
| 113 | SANDERS VIENER GROSSMAN, LLP | Reiss, Cynthia | 1:17-cv-00016 | No complication alleged; Plaintiff only complains of itching in chest and thigh |
| 114 | TAUTFEST BOND, PLLC | Stubbs, Yolanda | 1:18-cv-00561 | Successful removal of allegedly embedded and perforated filter |
| 115 | WENDT LAW FIRM | Turner, Lora | 1:17-cv-02534 | Clogged filter successfully removed |

These cases should be dismissed along the terms we have discussed with respect to Plaintiffs' List of 115. Moreover, it is clear that the methodology used to identify and define "no injury" cases as part of Plaintiffs' self-selection process is lacking. Accordingly, we ask that you reconsider the CMO addressing "no injury" cases that we proposed on April 24, 2018. We have also attached a copy of it here for your convenience.

Very truly yours,

James Stephen Bennett

JSB:eh