IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

**EXHIBIT C**
**TO**
**COOK DEFENDANTS' MOTION**
**FOR SCREENING ORDER AND BELLWETHER SELECTION PLAN**

| **James Stephen Bennett** | **Faegre Baker Daniels LLP** |
|---|---:|
| *Partner* | 110 West Berry Street ▼ Suite 2400 |
| **stephen. bennett@FaegreBD.com** | Fort Wayne ▼ Indiana 46802-2322 |
| Direct **+1 260 260 1725** | Main **+1 260 460 2400** |
| | Fax **+1 260 460 1700** |

June 25, 2018

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Ben C. Martin, Esq. | Joseph N. Williams, Esq. |
| The Law Offices of Ben C. Martin | Riley Williams & Piatt, LLC |
| 3710 Rawlins Street, Suite #1230 | 301 Massachusetts Avenue |
| Dallas, Texas  75219 | Indianapolis, Indiana  46204 |

Re:   Dismissal of "No Injury" Cases

Dear Ben and Joe:

As noted in our previous letter and discussions about "no injury" cases, we are uncertain of the methodology and definitions Plaintiffs employed to identify the 115 "no injury" cases that Plaintiffs self-selected.  Our cursory review of the MDL inventory confirms that many more "no injury" cases are pending, and we presented a list of 115 such cases in our previous letter.

The 115 additional cases listed below are also "no injury" cases.  Our review of the PPS forms for these cases shows no appreciable difference from the 115 cases that Plaintiffs identified.  *See also Perez v. B. Braun Med., Inc.*, 2018 WL 2316334 (S.D.N.Y. May 9, 2018) (dismissing IVC filter case for failure to allege a cognizable physical injury).

Like the first list of "no injury" cases that Cook identified, the list below further confirms that some firms with significant inventories do not appear to have participated in Plaintiffs' self-selection process at all.  For example, David Matthews, Babbitt Johnson, Curtis Law, and Murray Law did not identify a single case in Plaintiffs' List of 115, but our cursory review has identified multiple cases listed below that should be dismissed, in addition to the cases from some of these same firms that were part of the list in Cook's previous letter.  Additionally, Wendt Law and Marc Bern each identified a single case as part of Plaintiffs' 115, but our review has identified over a dozen other "no injury" cases from these firms.  Thus, even some firms that did participate in the self-selection process did not do so in a comprehensive and through manner.

| No. | Firm (Lead Counsel) | Plaintiff Name | Case Number | Summary of Claimed Injury |
|---|---|---|---|---|
| 1 | MATTHEWS & ASSOCIATES | Camacho, Joni | 1:17-cv-03133 | Unable to retrieve marked; no other complaints except boilerplate |

US.118637665.02

Messrs. Martin and Williams                -2-                                June 25, 2018

|    |                          |                              |                  | language |
|----|--------------------------|------------------------------|------------------|----------|
| 2  | MATTHEWS & ASSOCIATES    | Cota, Marc C.                | 1:18-cv-01114    | Tilt and inabiltiy to retrieve marked; boilerplate language |
| 3  | MATTHEWS & ASSOCIATES    | Heinzel, Kurt W.             | 1:17-cv-04178    | Inabiltiy to retrieve marked and tilt; boilerplate language |
| 4  | MATTHEWS & ASSOCIATES    | Tufts, William V.            | 1:17-cv-02025    | Tilt and inability to retrieve marked; boilerplate language |
| 5  | BABBITT & JOHNSON, P.A.  | Adams, Jeffrey & Suzanne     | 1:16-cv-03328    | Marked inability to retrieve; boilerplate languag |
| 6  | BABBITT & JOHNSON, P.A.  | Avila, Miguel                | 1:16-cv-01486    | Unable to retrieve marked; boilerplate complaints |
| 7  | BABBITT & JOHNSON, P.A.  | Baylis, Melody & Dennis      | 1:16-cv-03143    | Unable to retrieve marked; boilerplate complaints |
| 8  | BABBITT & JOHNSON, P.A.  | Bekemeier, Colleen           | 1:16-cv-01960    | Unable to retrieve marked; boilerplate complaints |
| 9  | BABBITT & JOHNSON, P.A.  | Bolton, Kenneth H.           | 1:16-cv-02896    | Unable to retrieve marked; boilerplate complaints |
| 10 | BABBITT & JOHNSON, P.A.  | Bondeson, Ray & Marilyn      | 1:16-cv-02832    | Tilt and unable to retrieve marked; boilerplate language |
| 11 | BABBITT & JOHNSON, P.A.  | Bravman, Jacylyn             | 1:17-cv-03447    | Failed retrieval attempt in 2007; boilerplate complaints |
| 12 | BABBITT & JOHNSON, P.A.  | Buchanan, Cookie & Timothy   | 1:16-cv-03077    | Unable to retrieve marked; boilerplate complaints |
| 13 | BABBITT & JOHNSON, P.A.  | Buffkin, Eddy                | 1:16-cv-02254    | unable to retrieve; anticoagulation |
| 14 | BABBITT & JOHNSON, P.A.  | Carillo, Raul                | 1:17-cv-02819    | Tilt and unable to retrieve marked; boilerplate language |
| 15 | BABBITT & JOHNSON, P.A.  | Cherichella, Frank & Joann   | 1:16-cv-02895    | Unable to retrieve marked; boilerplate complaints |
| 16 | BABBITT & JOHNSON, P.A.  | Chinnock, William & Gloria   | 1:16-cv-01671    | Unable to retrieve marked; boilerplate complaints |
| 17 | BABBITT & JOHNSON, P.A.  | Chrestensen, Paul            | 1:16-cv-01481    | Unable to retrieve; boilerplate complaints |
| 18 | BABBITT & JOHNSON, P.A.  | Czaporowski, John & Lucette  | 1:16-cv-02833    | Unable to retrieve marked; boilerplate complaints |
| 19 | BABBITT & JOHNSON, P.A.  | Dunn, Karonda                | 1:17-cv-02419    | Unable to retrieve marked; boilerplate complaints |
| 20 | BABBITT & JOHNSON, P.A.  | Ellison, Teresa and James    | 1:16-cv-01672    | Unable to retrieve marked; boilerplate complaints |
| 21 | BABBITT & JOHNSON, P.A.  | Faes, Steven L. & Bonnie     | 1:16-cv-01562    | Unable to retrieve marked; boilerplate complaints |
| 22 | BABBITT & JOHNSON, P.A.  | Gerber, Roger L.             | 1:17-cv-03553    | Unable to retrieve marked; boilerplate complaints |
| 23 | BABBITT & JOHNSON, P.A.  | Headley, Dawn                | 1:15-cv-01893    | Tilt and unable to retrieve marked; anxiety and depression |

US.118637665.02

Messrs. Martin and Williams -3- June 25, 2018

| | | | | |
|---|---|---|---|---|
| 24 | BABBITT & JOHNSON, P.A. | Hodge, Marc | 1:16-cv-03357 | Unable to retrieve marked; boilerplate complaints |
| 25 | BABBITT & JOHNSON, P.A. | Hunter, La Terra | 1:16-cv-01446 | Unable to retrieve marked; boilerplate complaints |
| 26 | BABBITT & JOHNSON, P.A. | Jenkins, Sandra | 1:16-cv-01477 | Unable to retrieve marked; boilerplate complaints |
| 27 | BABBITT & JOHNSON, P.A. | Kirchhofer, Jennifer R. & Timothy J. | 1:16-cv-01684 | Unable to retrieve marked; boilerplate complaints |
| 28 | BABBITT & JOHNSON, P.A. | Lambert, Robert | 1:16-cv-03237 | Unable to retrieve marked; boilerplate complaints |
| 29 | BABBITT & JOHNSON, P.A. | Lander, Allen | 1:16-cv-01459 | Unable to retrieve marked; boilerplate complaints |
| 30 | BABBITT & JOHNSON, P.A. | Liggett, Terry L. | 1:16-cv-02362 | Unable to retrieve marked; boilerplate complaints |
| 31 | BABBITT & JOHNSON, P.A. | Lindenberg, James B. | 1:16-cv-01557 | Unable to retrieve marked; boilerplate complaints |
| 32 | BABBITT & JOHNSON, P.A. | Mason, Advester | 1:16-cv-01835 | Unable to retrieve marked; boilerplate complaints |
| 33 | BABBITT & JOHNSON, P.A. | Montano, Charlotte & Sam | 1:17-cv-00166 | Unable to retrieve marked; boilerplate complaints |
| 34 | BABBITT & JOHNSON, P.A. | Pinkerton, Charles & Barbara | 1:17-cv-01877 | Unable to retrieve marked; boilerplate complaints |
| 35 | BABBITT & JOHNSON, P.A. | Powell, Patricia | 1:16-cv-02996 | Unable to retrieve marked; boilerplate complaints |
| 36 | BABBITT & JOHNSON, P.A. | Schuler, Bhree | 1:16-cv-01969 | Unable to retrieve marked; boilerplate complaints |
| 37 | BABBITT & JOHNSON, P.A. | Selimos, James | 1:16-cv-01416 | Unable to retrieve marked; boilerplate complaints |
| 38 | BABBITT & JOHNSON, P.A. | Sinko, Metro & Linda | 1:16-cv-01955 | Unable to retrieve marked; boilerplate complaints |
| 39 | BABBITT & JOHNSON, P.A. | Slisz, Mark Raymond | 1:17-cv-03883 | Unable to retrieve marked; boilerplate complaints |
| 40 | BABBITT & JOHNSON, P.A. | Snyder, Jerrin | 1:16-cv-01994 | Tilt and unable to retrieve marked; boilerplate complaints |
| 41 | BABBITT & JOHNSON, P.A. | Tripodo, Fred S. | 1:17-cv-04293 | Unable to retrieve marked; boilerplate complaints |
| 42 | BABBITT & JOHNSON, P.A. | Williams, Deano | 1:17-cv-01879 | Unable to retrieve marked; boilerplate complaints |
| 43 | BABBITT & JOHNSON, P.A. | Williams, Rickie | 1:17-cv-02150 | Unable to retrieve marked; boilerplate complaints |
| 44 | WENDT LAW FIRM | Aleem, Khayriyyah | 1:17-cv-02533 | anticoagulation |
| 45 | WENDT LAW FIRM | Babcock, Gary C. | 1:17-cv-02932 | Unable to retrieve marked; anticoagulaiton |

US.118637665.02

Messrs. Martin and Williams -4- June 25, 2018

| | | | | |
|---|---|---|---|---|
| 46 | WENDT LAW FIRM | Easton, Catharine | 1:17-cv-02117 | Unable to retrieve; indefinite anticoagulaiton |
| 47 | WENDT LAW FIRM | Harshbarger, Bonnie | 1:17-cv-02918 | Unable to retrieve |
| 48 | WENDT LAW FIRM | Haupt, Norman | 1:17-cv-02844 | Lifetime anticoagulation |
| 49 | WENDT LAW FIRM | Jackson, Carl E. | 1:17-cv-02113 | Lifetime anticoagulation |
| 50 | WENDT LAW FIRM | Knight, June | 1:17-cv-00306 | Lifetime anticoagulation |
| 51 | WENDT LAW FIRM | Mullin, James W. | 1:17-cv-02496 | Unable to retrieve marked; anticoagulaiton |
| 52 | WENDT LAW FIRM | Munn, Robert | 1:17-cv-04727 | Unable to retrieve marked; anticoagulaiton |
| 53 | WENDT LAW FIRM | Nicholas, Scott | 1:17-cv-02523 | Lifetime anticoagulation |
| 54 | WENDT LAW FIRM | Robbins, Clint | 1:16-cv-03535 | Lifetime anticoagulation |
| 55 | WENDT LAW FIRM | Rowan, Anna | 1:17-cv-02784 | Unable to retrieve marked; indefinite anticoagulation |
| 56 | WENDT LAW FIRM | Siciliani, Luna | 1:17-cv-02814 | Lifetime anticoagulation; unable to retrieve |
| 57 | MARC J. BERN & PARTNERS, LLP | Clayton, Pamela | 1:17-cv-03468 | Filter still implanted; fear of failure |
| 58 | MARC J. BERN & PARTNERS, LLP | Davis, Anthony | 1:17-cv-04077 | Inabiltiy to retrieve marked; coagulation medication |
| 59 | MARC J. BERN & PARTNERS, LLP | Forrester, Stephen Wayne | 1:17-cv-03254 | inability to retrieve marked; feelings of "pressure" |
| 60 | MARC J. BERN & PARTNERS, LLP | Luzinski, Fred | 1:17-cv-03469 | Inability to retrieve marked; no current complaints |
| 61 | MARC J. BERN & PARTNERS, LLP | Seither, Donna L. | 1:17-cv-04018 | Filter still implanted; emotional distress |
| 62 | MARC J. BERN & PARTNERS, LLP | Steed, Cheryl | 1:17-cv-04041 | Inability to retrieve marked; no current complaints |
| 63 | MARC J. BERN & PARTNERS, LLP | Thomas, Cheryl | 1:17-cv-03595 | Unable to retrieve marked; emotional distress and fear of injury |
| 64 | MARC J. BERN & PARTNERS, LLP | Woods, Lisa J. | 1:17-cv-04076 | Fear of injury |
| 65 | MARC J. BERN & PARTNERS, LLP | Young, Roger | 1:17-cv-04522 | Fear of injury |
| 66 | BARON & BUDD, P.C. | Mickalowski, Joseph | 1:16-cv-01059 | Alleged inability to retrieve; fear of fracture or embollization |
| 67 | BARON & BUDD, P.C. | Myers, Ricky | 1:16-cv-01003 | Inabiltiy to retrieve as determiend by legal counsel, not medical professional |
| 68 | BARON & BUDD, P.C. | Olivares, Jordan | 1:16-cv-01075 | Unable to retrieve; lifetime anticoagulation |

US.118637665.02

Messrs. Martin and Williams    -5-    June 25, 2018

| | | | | |
|---|---|---|---|---|
| 69 | BARON & BUDD, P.C. | Randolph, Beatrice | 1:16-cv-01088 | Unable to retrieve marked; no other complaints |
| 70 | CURTIS LAW GROUP | Leonard-Banford, Catherine | 1:16-cv-02293 | Inabiltiy to retrieve marked; fear of injury |
| 71 | CURTIS LAW GROUP | Turner, Larry | 1:17-cv-03603 | Blood clot in right leg. Fear of injury |
| 72 | CURTIS LAW GROUP | Tyndale, Faith | 1:18-cv-01057 | Lifetime anticoagulation; fear of injury |
| 73 | CURTIS LAW GROUP | Vola, Salvatore | 1:18-cv-01062 | Inability to retrieve marked; fear of injury |
| 74 | CURTIS LAW GROUP | Ziaja, Paul | 1:17-cv-04097 | Fear of injury |
| 75 | GALLAGHER & KENNEDY, P.A. | Gragirene, Maribel | 1:16-cv-00874 | Unable to retrieve marked; anxiety and emotional harm claimed as injuries |
| 76 | GALLAGHER & KENNEDY, P.A. | Milner, Geneva & Nelson | 1:16-cv-01094 | Unable to retrieve marked; emotional harm and anxiety claimed as injuries; boilerplate language |
| 77 | GALLAGHER & KENNEDY, P.A. | Thompson, Rodger | 1:16-cv-00872 | Unable to retrieve marked; distress; boilerplate language |
| 78 | GALLAGHER & KENNEDY, P.A. | Wood, Bobbie & Curtis | 1:16-cv-00860 | Unable to retrieve marked: unsafe device implanted, anxiety |
| 79 | MURRAY LAW FIRM | Abrams, Rainier | 1:17-cv-00700 | Unable to retrieve marked; anxiety and fear of death |
| 80 | MURRAY LAW FIRM | Mattson, Jerome | 1:17-cv-00356 | Unable to retrieve marked; fears of injury and failure |
| 81 | MURRAY LAW FIRM | Moore, Joanne | 1:17-cv-01689 | Unable to retrieve marked; mental anguish |
| 82 | MURRAY LAW FIRM | Moss, Jacob | 1:17-cv-00359 | Unable to retrieve marked; anxiety and distress |
| 83 | MURRAY LAW FIRM | Wisdom, Tina | 1:17-cv-00349 | Unable to retrieve marked; anxiety and fear of death |
| 84 | GRAY & WHITE LAW | Catchings, Fernita | 1:16-cv-02382 | Permanent filter; fear of malfunction |
| 85 | GRAY & WHITE LAW | Keltee, Rogers William | 1:17-cv-00303 | Unable to retrieve marked; boilerplate language |
| 86 | GRAY & WHITE LAW | Papierski, Chester | 1:17-cv-00434 | Unable to retrieve marked; anxiety; |
| 87 | PAGLIALUNGA & HARRIS, PS | Lee-Macias, Wendy | 1:16-cv-02746 | Unable to retrieve marked; emotional stress |
| 88 | PAGLIALUNGA & HARRIS, PS | Ortiz, Deborah & Irving | 1:16-cv-02709 | Unable to retrieve marked; mental anguish and stress |
| 89 | PAGLIALUNGA & HARRIS, PS | Shuff, James | 1:17-cv-00475 | Unable to retrieve marked; mental anguish and stress |
| 90 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | Bishop, John J. and Rhonda | 1:18-cv-00574 | inability to retrieve; fear of injury and concerns with filter impacting future employment ability |

US.118637665.02

Messrs. Martin and Williams -6- June 25, 2018

| | | | | |
|---|---|---|---|---|
| 91 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | Swartz, Angela M. | 1:17-cv-02958 | Tilt and inability to retrieve |
| 92 | MCGLYNN, GLISSON & MOUTON | Hendrix, Fred | 1:18-cv-00930 | Unable to retrieve marked; fear of failure |
| 93 | MCGLYNN, GLISSON & MOUTON | Pederson, Travis | 1:18-cv-00882 | Unable to retrieve marked; fear of failure |
| 94 | SWEENEY MERRIGAN LAW | Christensen, Linda | 1:17-cv-04759 | Unable to retrieve marked; anxiety and fear of injury |
| 95 | SWEENEY MERRIGAN LAW | Glenn, Alta L. | 1:17-cv-01641 | Unable to retrieve marked; anxiety |
| 96 | THE GALLAGHER LAW FIRM LLP | Dawsey, David | 1:16-cv-02271 | Unable to retrieve marked; shortness of breath |
| 97 | THE GALLAGHER LAW FIRM LLP | Roberts, Stanley, & Sandra | 1:17-cv-00158 | Unable to retrieve; no other complaints |
| 98 | THE MILLER FIRM LLC | Kuerbitz, Patricia & Ronald | 1:16-cv-01819 | Tilt and unable to retrieve marked; fear of damage |
| 99 | THE MILLER FIRM LLC | Lee, Roberta | 1:16-cv-02567 | Unable to retrieve marked; coagulation medicine |
| 100 | WESTERVELT, JOHNSON, NICOLL & KELLER, LLC | Martin, William P. | 1:18-cv-00250 | Unable to retrieve marked; fear of injury and death |
| 101 | WESTERVELT, JOHNSON, NICOLL & KELLER, LLC | Stone, Wesley | 1:17-cv-03871 | Unable to retrieve: "no physical injury"; fear of injury |
| 102 | AHLERS & COONEY, P.C. | Champagne-Hernandez, Kimberly | 1:17-cv-00435 | Claimed inability to retrieve but filter was successfully removed; claiming removal as injury |
| 103 | BERTRAM & GRAF, L.L.C. | George, David E. | 1:17-cv-02957 | Unable to retrieve marked; fear of fracture |
| 104 | BRANCH LAW FIRM | Ogden, Judith | 1:16-cv-00551 | Unable to retrieve marked; no current complaints |
| 105 | CELLINO & BARNES, P.C. | Carlson, Kelly A. and Joseph E. | 1:17-cv-04163 | Unable to retrieve and tilt marked; monitoring; anxiety and distress |
| 106 | FARRIS, RILEY, & PITT, L.L.P | Burton, Kevin & Linda | 1:17-cv-00027 | Unable to retrieve marked; no other complaints |
| 107 | FEARS NACHAWATI, PLLC | Hoffer, Leo & Lorraine | 1:16-cv-01737 | Unable to retrieve and lifetime anticoagulation |
| 108 | GRUBER & GRUBER | Washington, Elaine | 1:16-cv-03039 | Unable to retrieve marked; no other complaints |
| 109 | HENINGER GARRISON DAVIS, LLC | Allen, Penelope A. & Raydon B. | 1:16-cv-01183 | Unable to retrieve marked; concerns about monitoring and future injury |
| 110 | JTB LAW GROUP, LLC | Neuhart, Pandora | 1:17-cv-01588 | Inabiltiy to retrieve; shortness of breath and anxiety |
| 111 | MEYERS & FLOWERS, LLC | McCormick, Jeremy Allen | 1:16-cv-02101 | Unable to retrieve marked; monitoring and fear of long term risks |
| 112 | MOTLEY RICE LLC | Brady, Randall E. Sr. | 1:17-cv-02793 | Inabiltiy to retrieve marked; emotional distress |

US.118637665.02

Messrs. Martin and Williams -7- June 25, 2018

| | | | | |
|---|---|---|---|---|
| 113 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP | Holloway, Karen | 1:17-cv-04122 | Unable to retrieve marked; boilerplate language |
| 114 | SMITH STAG, LLC | Felice, Carl | 1:17-cv-00835 | Unable to retrieve marked; injuries not known at this time; fear of injury |
| 115 | THE GOSS LAW FIRM, P.C. | Pearce, Barry Catherine McLean | 1:17-cv-02974 | Unable to retrieve marked; boilerplate language |

Accordingly, Cook requests that Plaintiffs promptly dismiss the 115 cases identified below and the 115 cases Cook identified in its previous letter because they do not allege any cognizable injuries. The terms of the dismissal should follow the terms the Court approved at the last hearing with respect to the dismissal of Plaintiffs' List of 115.

Very truly yours,

James Stephen Bennett

JSB:eh

US.118637665.02