IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 Vincent Goynes_____

Civil Case #1:17-cv-06070-RLY-TAB_____

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

UPON CONSIDERATION of A. Layne Stackhouse of the law firm Shrader & Associates, LLP's Motion to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that A. Layne Stackhouse of the law firm Shrader & Associates, LLP is hereby permitted to withdraw from any further representation of Plaintiff, Vincent Goynes.

Date:  6/25/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.