IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Noel Crespo

 Civil Case #1:17-cv-06056-RLY-TAB

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

UPON CONSIDERATION of A. Layne Stackhouse's Motion to grant leave for Kimberly Lambert Adams to Withdraw as Counsel of Record, IT IS HEREBY ORDERED that Kimberly Lambert Adams of the law firm Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor is hereby permitted to withdraw from any further representation of Plaintiff, Noel Crespo.

Date: 6/25/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.