BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL 2570 | Withdrawal acknowledged. The appearances of attorneys Scott Kehlenbrink and James Childress are withdrawn from 1:17-cv-6065-RLY-TAB.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>June 25, 2018 |

This document relates to:

**1:17-cv-6065-RLY-TAB**    *Kenyon Allen Collins*

## NOTICE OF WITHDRAWAL OF CO-COUNSEL AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Scott D. Kehlenbrink, James W. Childress, and Childress Ahlheim Cary LLC hereby withdraw their appearance for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe, APS in the above-styled case. Andrea Roberts Pierson and John Joseph Tanner of the law firm of Faegre Banker Daniels LLP will continue as counsel of record for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe, ApS.

        FAEGRE BAKER DANIELS LLP
        ANDREA ROBERTS PIERSON
        JOHN JOSEPH TANNER
        300 N. Meridian Street, Suite 2700
        Indianapolis, IN 46204
        Phone: (317) 237-0300
        Fax: (317) 237-1000
        andrea.pierson@faegrebd.com
        joe.tanner@faegrebd.com

        and

CHILDRESS AHLHEIM CARY LLC

BY: /s/ JAMES W. CHILDRESS
JAMES W. CHILDRESS     # 27591
SCOTT D. KEHLENBRINK #60891
1010 Market Street, Suite 500
St. Louis, MO 63101
Phone:  (314) 621-9800
Fax:     (314) 621-9802
jchildress@jchildresslaw.com
skehlenbrink@jchildresslaw.com
*Attorneys for Defendants Cook Group Incorporated, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe, ApS*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the Court's CM/ECF filing system on May 3, 2018.

/s/ JAMES W. CHILDRESS