> APPROVED. Case is dismissed without prejudice.
> Dated: 6/26/18
>
> *RICHARD L. YOUNG, JUDGE*
> *United States District Court*
> *Southern District of Indiana*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

    JEANNE VAN DEUSEN

    1:16-cv-01931-RLY-TAB

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: June 25, 2018.

By: /s/ Matthew Schultz
Matthew Schultz
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7053
Facsimile (850) 436-6054
mschultz@levinlaw.com

*Attorney for Plaintiff Jeanne Van Deusen*

By: /s/ John T. Schlafer
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com

*Attorneys for Defendants Cook Group Incorporated, Cook Medical, LLC, and William Cook Europe ApS*