IN THE UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Chance A. Marsh
Cause No. 1:17-cv-03391-RLY-TAB

*APPROVED. Case is dismissed with prejudice. Dated: 6/26/18*

*RICHARD L. YOUNG, JUDGE*
*United States District Court*
*Southern District of Indiana*

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Chance A. Marsh are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 20, 2018

| | |
|---|---|
| /s/ Barry D. Levy | /s/ Andrea Roberts Pierson |
| Barry D. Levy (OH Bar No. 0018986) | Andrea Roberts Pierson (# 18435-49) |
| O'CONNOR, ACCIANI & LEVY LPA | John T. Schlafer (# 28771-49) |
| 600 Vine Street, Suite 1600 | FAEGRE BAKER DANIELS LLP |
| Cincinnati, Ohio 45202 | 300 North Meridian Street, Suite 2700 |
| Telephone: 513-241-7111 | Indianapolis, Indiana 46204 |
| Facsimile: 513-241-7197 | Telephone: 317-237-0300 |
| Email: BDL@oal-law.com | Facsimile: 317-237-1000 |
| *Attorney for Plaintiff* | E-Mail: andrea.pierson@faegrebd.com |
| | E-Mail: john.schlafer@faegrebd.com |
| | *Attorneys for Defendants* |