IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

*Woods, Brenda v. Cook Incorporated, et al*

*McCoy, Veronique v. Cook Incorporated, et al*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs ONLY hereby provide notice of their voluntary dismissal without prejudice:

Brenda Woods

Veronique McCoy

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: June 26, 2018                           Respectfully Submitted,

                                                   **THE DRISCOLL FIRM, P.C.**

                               By:   */s/ Gregory J. Pals*
                                         Gregory J. Pals #48820 (MO)
                                         211 N. Broadway, 40th Floor
                                         St. Louis, MO 63102
                                         Tel: (314) 932-3232
                                         Fax: (314) 932-3233
                                         greg@thedriscollfirm.com
                                         *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    */s/ Melissa Caliendo*