IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

COOK DEFENDANTS'
MOTION TO STRIKE SPECIFIC REBUTTAL OPINIONS

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook") move this Court pursuant to the Federal Rules of Procedure and Evidence to strike certain purported "rebuttal" opinions of Plaintiffs' experts and to bar presentation of those opinions from the trial of this action or use of those opinions in motions practice. Specifically, Cook asks this Court:

- To strike the rebuttal report with psychiatric opinions offered by new witness Dr. David Kan;

- To strike one specific purported rebuttal opinion offered by Dr. Harlan Krumholz related to purported misbranding of the Celect IFU; and

- To strike one specific purported rebuttal opinions offered by Dr. Gregory Gordon related to design defect causation.

For the reasons set forth in the accompanying memorandum, these opinions do not meet the

US.118658166.01

standards for proper rebuttal testimony.  Cook further asks the Court to order Plaintiff to produce Dr. Gordon in Indianapolis at Plaintiff's expense for a continued deposition on his rebuttal opinions due to unfair and prejudicial circumstances related to the disclosure of those opinions as set forth in the accompanying memorandum.

WHEREFORE, the Cook Defendants respectfully urge the Court to enter an order striking Plaintiff's improper rebuttal opinions and ordering Plaintiff to produce Dr. Gordon for a continued deposition in Indianapolis at Plaintiff's expense.

Respectfully submitted,

Dated: June 27, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

                /s/ John T. Schlafer