IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　　　Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　　　　　MDL No. 2570

_____

This Document Relates to Plaintiff

  *Tonya Brand*
  No. 1:14-cv-06018-RLY-TAB


_____

**ORDER ON COOK DEFENDANTS'
MOTION TO STRIKE SPECIFIC REBUTTAL OPINIONS**

This matter has come before the Court on the Cook Defendants' Motion To Strike Specific Rebuttal Opinions. The Court, having reviewed the motion and accompanying memorandum and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that:

- Dr. David Kan's rebuttal report is struck in its entirety. Dr. Kan shall not provide expert testimony in this matter.

- The rebuttal opinion offered by Dr. Harlan Krumholz related to purported misbranding of the Celect IFU is struck. Plaintiff may not rely on that opinion at trial or in motions practice.

- The rebuttal opinion offered by Dr. Gregory Gordon related to design defect causation is struck. Plaintiff may not rely on that opinion at trial or in motions practice.

The Court further orders Plaintiff to produce Dr. Gordon in Indianapolis at Plaintiff's expense for a continued deposition on his rebuttal opinions.

    SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
Judge Young, District Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.