# EXHIBIT A

| | |
|---|---|
| **From:** | Ben Martin <bmartin@bencmartin.com> |
| **Sent:** | Monday, June 11, 2018 1:02 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Joe Williams; Laura Baughman; Michael Heaviside; Webber, Chuck; Cox, Jessica Benson; Butler, Abigail M.; Kain, Christine R. M.; Symons, Rochelle R. |
| **Subject:** | Re: Rebuttal reports |

Agreed. Thanks.

Sent from my iPhone

> On Jun 11, 2018, at 11:12 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:
>
> Ben-
>
> Cook reserves its right to object to the scope and propriety of any expert rebuttal reports. However, Cook will not object to a rebuttal report by Dr Krumholz based on the current deadline of received by June 18.
>
> Andrea
>
> Sent from my iPhone
>
>> On Jun 10, 2018, at 10:10 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>>
>> The only report that would be rebuttal to a non-engineer's report would be Dr. Krumholz who will likely address opinions of Dr. Morris, Dr. Fryzek, Dr. Gillespie, and Susan Foreman. I'm not saying we will have a rebuttal to Dr. Robertson but we might.
>>
>> To clarify, we are asking for an extension for Dr. Krumholz to issue a rebuttal report to and including Monday June 18. Any engineering report rebuttal is by agreement due on that same date.
>>
>> Sent from my iPhone
>>
>>> On Jun 10, 2018, at 4:45 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:
>>>
>>> Ben — How many experts are we talking about? And on what topics? Thx.
>>>
>>> Sent from my iPhone
>>>
>>>> On Jun 9, 2018, at 5:51 PM, Ben Martin <bmartin@bencmartin.com> wrote:
>>>>
>>>> Andrea please let us know if you will agree to a six day extension on all expert rebuttal reports to and including Monday the 18th which is already the date for engineering report rebuttals without the necessity of a request to the court for the extension.
>>>>
>>>> Thanks.
>>>>
>>>> Ben