# EXHIBIT D

| | |
|---|---|
| **From:** | Ben Martin <bmartin@bencmartin.com> |
| **Sent:** | Tuesday, June 05, 2018 7:57 PM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Joseph N. Williams (jwilliams@rwp-law.com); Laura Baughman; Webber, Chuck; Calhoon, Victoria R.; Cox, Jessica Benson; McDonald, Kip S.M.; Symons, Rochelle R.; Kain, Christine R. M. |
| **Subject:** | Re: Expert depositions |

There will be no rebuttal expert to the Leventhal report. A rebuttal report. If any is issued, will not affect the defense expert deponents scheduled on or before June 13th.

Sent from my iPad

On Jun 5, 2018, at 4:39 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Thanks, Ben. We will check with him asap. Can you also confirm there is no rebuttal report coming on the 11th/12th (we don't have an official order on the deadline but you mentioned 11th in the status conference and Joe's email to Tina suggests the 12th, I think) on Mrs. Brand's emotional condition/depression/anxiety? That's the only other thing that could throw off the Leventhal schedule, assuming he can squeeze in the afternoon session that works for your team. Andrea

From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Tuesday, June 05, 2018 7:05 PM
To: Pierson, Andrea Roberts
Cc: Joseph N. Williams (jwilliams@rwp-law.com); Laura Baughman; Webber, Chuck; Calhoon, Victoria R.; Cox, Jessica Benson; McDonald, Kip S.M.; Symons, Rochelle R.; Kain, Christine R. M.
Subject: Re: Expert depositions

If we start at noon and work through with minimal breaks (less than an hour total) we can likely finish by 6 or maybe 6:30. I would count on 6 hours actual deposition time. I wouldn't think 7 is necessary.

Sent from my iPhone

On Jun 5, 2018, at 3:48 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Do you need 7 hours with him? We will check on timing.

1

From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Tuesday, June 05, 2018 6:45 PM
To: Pierson, Andrea Roberts
Cc: Joseph N. Williams (jwilliams@rwp-law.com); Laura Baughman; Webber, Chuck; Calhoon, Victoria R.; Cox, Jessica Benson; McDonald, Kip S.M.; Symons, Rochelle R.; Kain, Christine R. M.
Subject: Re: Expert depositions


We can do Levanthal on that date if we start at noon. If we do start then we can make that day work.

Sent from my iPhone


On Jun 5, 2018, at 3:35 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

Thanks Ben. Can you let me know where you are on Leventhal? Does his date next week work for your team?


From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Tuesday, June 05, 2018 6:33 PM
To: Pierson, Andrea Roberts
Cc: Joseph N. Williams (jwilliams@rwp-law.com); Laura Baughman; Webber, Chuck; Calhoon, Victoria R.; Cox, Jessica Benson; McDonald, Kip S.M.; Symons, Rochelle R.
Subject: Re: Expert depositions


Ok in the process of getting you an email. It will be today--early to mid evening I need to check on Foreman. We do not expect that Dr. Gordon will be issuing a rebuttal report.

Sent from my iPhone


On Jun 5, 2018, at 2:58 PM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

All –


Foreman is no longer available on June 22. She is available July 13 and July 17.


Any word on the other expert deposition dates and on whether there is a Gordon rebuttal report coming? A rebuttal report from Gordon has the ability to upset the apple cart on the deposition schedule front too, so it would be helpful to know where you/he are.

2