# EXHIBIT H

From: Pierson, Andrea Roberts
Sent: Monday, June 11, 2018 12:19 PM
To: Ben Martin
Cc: Joe Williams; Laura Baughman; Michael Heaviside; Tom Arbon; Kain, Christine R. M.; Webber, Chuck; Butler, Abigail M.; Bennett, James Stephen; McDonald, Kip S.M.
Subject: Re: Gordon

Ben —

Cook reserves its right to object and move to strike any rebuttal report by Dr Gordon or opinions expressed therein. Given the timing of your email below, our multiple inquiries on this point last week, and that the deposition will be taken in less than 24 hours, a rebuttal report from Dr Gordon would be inappropriate. Cook reserves the right to redepose Dr Gordon on any newly-disclosed opinions at a later date, including the right to seek its expenses related to any redeposition.

Andrea

Sent from my iPhone

> On Jun 11, 2018, at 12:03 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>
> Andrea:  Prior to receiving Dr. Robertson's engineering report I told you Dr. Gordon would not be preparing a rebuttal report.  The Robertson report, however, contains opinions on imaging; therefore we will have Dr. Gordon provide a short rebuttal report on imaging rebutting the Robertson report.
>
> We will get you that report by today/tomorrow June 11 so you can have it for his deposition even though it is not due until the 18th.
>
> Sent from my iPad