# EXHIBIT I

**From:** Pierson, Andrea Roberts
**Sent:** Tuesday, May 15, 2018 4:28 PM
**To:** Laura Baughman
**Subject:** Gordon

Laura – I'm sorry to ask you this, but we need a new date for the deposition of Dr. Gordon.  I know you (and he) will be sorely disappointed not to spend Memorial Day preparing for a deposition the next day, and as much as my husband loves it when I disappear for hours (or days) on a holiday weekend for work, in this case, we need to postpone.  We'd like a date after rebuttal reports are due.  While we don't have an official deadline from the Court, my recollection is that we previously agreed to June 11.  How about June 15 or 18 for Dr. Gordon?  Thanks.