# EXHIBIT J

**From:** Joseph N. Williams [mailto:jwilliams@rwp-law.com]
**Sent:** Monday, June 04, 2018 5:26 PM
**To:** Pierson, Andrea Roberts
**Subject:** Re: In re Cook (May 3, 2018 Order)

Got it. I'll check.

Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270
www.rwp-law.com

**From:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
**Sent:** Monday, June 4, 2018 3:55:56 PM
**To:** Joseph N. Williams
**Subject:** FW: In re Cook (May 3, 2018 Order)

I stand corrected. Below you said 12 days, which would be June 12. We are fine with that, except right around the same time we rescheduled Gordon so that he would be deposed after any rebuttal report -- if he has one, and if it is permissible under the rule.

Do you mind talking to your side and confirming there is no Gordon rebuttal report in the works? I'd rather not depose him twice, and would need to think about that if there's something in the works. Understanding you can only share so much. Let me know if I should reach out to Laura/Ben.

Thx.

Andrea

-----Original Message-----
From: Joseph N. Williams [mailto:jwilliams@rwp-law.com]
Sent: Wednesday, May 09, 2018 10:11 AM
To: Tina_Doyle@insd.uscourts.gov
Cc: Pierson, Andrea Roberts; bmartin@bencmartin.com; mheaviside@hrzlaw.com; lbaughman@baronbudd.com
Subject: In re Cook (May 3, 2018 Order)

Dear Tina,

In reviewing Judge Young's order from May 3rd [Filing No. 8173,] there was no express extension of Plaintiff's rebuttal expert date. Under CMO 19, Ex. C [Brand deadlines, Filing No. 5889-3), Plaintiff's rebuttal experts were to be due 14 days after receiving Cook's expert reports. During our hearing last week, Judge Young mentioned from the bench that a 12-day extension of that deadline was appropriate in light of Cook's request to extend its deadlines by 12 days.

1

Cook's proposed order did not include a 12-day extension for Plaintiff's rebuttal experts and I assume that it got lost in the shuffle. We don't need a formal order (unless the Court requires one), but we would like to confirm that Plaintiff's have the same 12-day extension on their rebuttal reports.

Any guidance would be greatly appreciated. Thank you for your help!

Sincerely,

Joe
Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270
www.rwp-law.com

sent from my jPad