# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.*,
    Case No. 1:14-cv-06018-RLY-TAB

_____

### ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS TO THEIR MEMORANDUM IN SUPPORT OF MOTION TO STRIKE SPECIFIC REBUTTAL OPINIONS

    This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibits to Their Memorandum in Support of Motion To Strike Specific Rebuttal Opinions. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that **Exhibits B, C, E, F, G, K, and L** to The Cook Defendants' Memorandum in Support of Motion To Strike Specific Rebuttal Opinions are ordered to be maintained under seal.

    SO ORDERED this ____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.118658281.01