# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

## ORDER

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook Defendants") by its attorneys, Faegre Baker Daniels LLP, having filed a Motion To Withdraw June 25, 2018 Filings from Docket No. 1:14-cv-06018-RLY-TAB, the Court having reviewed the motion, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Cook Defendants' Motion To Withdraw June 25, 2018 Filings from Docket No. 1:14-cv-06018-RLY-TAB is hereby granted.  The (1) Motion To Strike Specific Rebuttal Opinions; (2) Memorandum in Support of Motion To Strike Specific Rebuttal Opinions; (3) Appendix of Sealed Exhibits to Memorandum in Support of Motion To Strike Specific Rebuttal Opinions; and (4) Motion To Maintain Under Seal Exhibits to Memorandum in Support of Motion To Strike Specific Rebuttal Opinions are deemed withdrawn.

SO ORDERED:  6/28/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.118666520.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.118666520.01