IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

*Woods, Brenda v. Cook Incorporated, et al*

*McCoy, Veronique v. Cook Incorporated, et al*

APPROVED - Case is dismissed without prejudice as to Plaintiff Woods and Plaintff McCoy.
Date: 6/28/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs ONLY hereby provide notice of their voluntary dismissal without prejudice:

Brenda Woods

Veronique McCoy

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: June 26, 2018                    Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:   */s/ Gregory J. Pals*
      Gregory J. Pals #48820 (MO)
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      Tel: (314) 932-3232
      Fax: (314) 932-3233
      greg@thedriscollfirm.com
      *Attorney for Plaintiffs*

1