**EXHIBIT A**

105.905 REV.(5/17)

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

*Audrey C. Marrocco*
Audrey C. Marrocco
State Registrar

May 24, 2018
Date



No. 10545867

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**
**CERTIFICATE OF DEATH**

State File Number: 328051-2018

1. Decedent's Legal Name: **Malcolm Clark**
2. Sex: Male
3. Social Security Number: 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
4. Date of Death: Found: May 09, 2018
5a. Age-Last Birthday (Yrs): 49
6. Date of Birth: April 03, 1969
7a. Birthplace: Philadelphia, Pennsylvania
7b. Birthplace (County): Philadelphia
8a. Residence (State): Pennsylvania
8b. Residence (Street and Number): 4918 Walnut Street
8c. Did Decedent Live in a Township? No, decedent lived within limits of Philadelphia
8d. Residence (County): Philadelphia
8e. Residence (Zip Code): 19139
9. Ever in US Armed Forces? No
10. Marital Status at Time of Death: Never Married
12. Father/Parent's Name: Joseph Clark
13. Mother/Parent's Name Prior to First Marriage: Barbara Lewis
14a. Informant's Name: Joy Clark
14b. Relationship to Decedent: Sister
14c. Informant's Mailing Address: 1224 Tribbett Avenue Sharon Hill, PA 19079
15a. Place of Death: Decedent's Home
15b. Facility Name: 4918 Walnut Street
15c. City or Town, State, and Zip Code: Philadelphia, Pennsylvania 19139
15d. County of Death: Philadelphia
16a. Method of Disposition: Cremation
16b. Date of Disposition: May 18, 2018
16c. Place of Disposition: Ivy Hill Crematory
16d. Location of Disposition: Philadelphia, Pennsylvania
17a. Signature of Funeral Service Licensee: Franchella N Slater (Electronically Signed)
17b. License Number: FD014834L
17c. Name and Complete Address of Funeral Facility: Slater Funeral Home Ltd, 1428 Fitzwater Street Philadelphia, Pennsylvania 19146
18. Decedent's Education: Some college credit, but no degree
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: Black or African American
21. Decedent's Single Race Self-Designation: Black or African American
22a. Decedent's Usual Occupation: Claims Examiner
22b. Kind of Business/Industry: IRS
23a. Date Pronounced Dead: 
24. Time of Death: Pronounced 07:30 AM
25. Was Medical Examiner or Coroner Contacted? Yes

**CAUSE OF DEATH**
26. Part I.
a. IMMEDIATE CAUSE: Blunt Impact Trauma of Head
Approximate Interval Onset to Death: Unknown

27. Was an autopsy performed? Yes
28. Were autopsy findings available to complete the cause of death? Yes
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Accident
32. Date of Injury: May 08, 2018
33. Time of Injury: Approx. 06:30 PM
34. Place of Injury: Home
35. Location of Injury: 4918 Walnut Street Philadelphia, PA 19139
36. Describe How Injury Occurred: Decedent fell striking his head
36. Injury at Work: No

39a. Certifier: Medical Examiner/Coroner
Signature of Certifier: Daniel K Brown MD (Electronically Signed)
Title of Certifier: ME/Coroner
License Number: MD430778
39b. Name, Address and Zip Code of Person Completing Cause of Death: Daniel Brown, 321 S University Avenue Philadelphia, Pennsylvania 19104
39c. Date Signed: May 10, 2018
40. Registrar's District Number: 51-461
41. Registrar's Signature: Philadelphia State Office - JR (Electronically Signed)
42. Registrar File Date: May 15, 2018

Disposition Permit No. E64903

M105-145 REV 11/2017-E