**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-01182 | Cause No. 1:18-cv-01400 |
| Cause No. 1:18-cv-01200 | Cause No. 1:18-cv-01407 |
| Cause No. 1:18-cv-01352 | Cause No. 1:18-cv-01408 |
| Cause No. 1:18-cv-01363 | Cause No. 1:18-cv-01439 |
| Cause No. 1:18-cv-01368 | Cause No. 1:18-cv-01465 |
| Cause No. 1:18-cv-01394 | Cause No. 1:18-cv-01470 |
| Cause No. 1:18-cv-01395 | Cause No. 1:18-cv-01546 |
| Cause No. 1:18-cv-01396 | Cause No. 1:18-cv-01547 |
| Cause No. 1:18-cv-01397 | Cause No. 1:18-cv-01625 |
| Cause No. 1:18-cv-01399 | Cause No. 1:18-cv-01631 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   June 29, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer