**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Cause No. 1:18-cv-01633 | Cause No. 1:18-cv-01661 |
| Cause No. 1:18-cv-01635 | Cause No. 1:18-cv-01662 |
| Cause No. 1:18-cv-01636 | Cause No. 1:18-cv-01663 |
| Cause No. 1:18-cv-01638 | Cause No. 1:18-cv-01673 |
| Cause No. 1:18-cv-01639 | Cause No. 1:18-cv-01686 |
| Cause No. 1:18-cv-01640 | Cause No. 1:18-cv-01697 |
| Cause No. 1:18-cv-01641 | Cause No. 1:18-cv-01704 |
| Cause No. 1:18-cv-01642 | Cause No. 1:18-cv-01708 |
| Cause No. 1:18-cv-01645 | Cause No. 1:18-cv-01715 |
| Cause No. 1:18-cv-01651 | Cause No. 1:18-cv-01717 |
| Cause No. 1:18-cv-01660 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   June 29, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Schlafer

US.118684724.01