**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Cause No. 1:18-cv-01633
Cause No. 1:18-cv-01635
Cause No. 1:18-cv-01636
Cause No. 1:18-cv-01638
Cause No. 1:18-cv-01639
Cause No. 1:18-cv-01640
Cause No. 1:18-cv-01641
Cause No. 1:18-cv-01642
Cause No. 1:18-cv-01645
Cause No. 1:18-cv-01651
Cause No. 1:18-cv-01660
Cause No. 1:18-cv-01661
Cause No. 1:18-cv-01662
Cause No. 1:18-cv-01663
Cause No. 1:18-cv-01673
Cause No. 1:18-cv-01686
Cause No. 1:18-cv-01697
Cause No. 1:18-cv-01704
Cause No. 1:18-cv-01708
Cause No. 1:18-cv-01715
Cause No. 1:18-cv-01717

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 29, 2018

/s/ Andrea R. Pierson

Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson