IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

*Converse, John v. Cook Incorporated, et al*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs ONLY hereby provide notice of their voluntary dismissal without prejudice:

John Converse

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: July 2, 2018                    Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:   */s/ Gregory J. Pals*
      Gregory J. Pals #48820 (MO)
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      Tel: (314) 932-3232
      Fax: (314) 932-3233
      greg@thedriscollfirm.com
      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Melissa Caliendo*