IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO COOK'S MOTION FOR SCREENING ORDER

This comes before the Court on the Plaintiffs' Steering Committee's Motion for 14-Day Extension of Time to Respond to Cook's Motion for Screening Order, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the PSC's motion is Granted.

**It is therefore Ordered, Adjudged, and Decreed** that the PSC, by liaison counsel, is granted an additional 14 days to respond to Cook's Motion for Screening Order. The PSC's response shall be due on or before **July 19, 2018**.

**All of which is Ordered** this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.