IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates:

> *Brand v. Cook Medical, Inc., et al*
> Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NON-RETAINED EXPERT RAMAN UBEROI, MD

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Strike Defendant's Non-Retained Expert Raman Uberoi, MD, and states as follows:

1. Cook disclosed Dr. Uberoi as an expert but did not provide an expert report. Cook characterized Dr. Uberoi as a non-retained expert and provided only a summary of Dr. Uberoi's anticipated opinions. Cook's disclosure now requires untenable travel to the United Kingdom at this late date in the trial schedule to take his deposition because no report was disclosed.

2. As discussed in the accompanying memorandum, the vast majority of Dr. Uberoi's expected opinions concern matters he was not involved in as a consultant for Cook.

3. Federal law, including decisional law from this Court, requires a report when an expert testifies regarding matters with which he was not involved.

4. Plaintiff objects to Cook calling Dr. Uberoi under any circumstance because any expert testimony he may give required a report, and any factual testimony he may give is cumulative.

WHEREFORE, Plaintiff seeks an Order excluding Dr. Uberoi for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted this 3rd day of July, 2018.

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Joseph N. Williams*
      Joseph N. Williams