UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to All Actions _____ | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO COOK'S MOTION FOR SCREENING ORDER

The Plaintiffs' Steering Committee response to Cook's "Motion for Screening Order and Bellwether Selection Plan" is due today, July 5, 2018. They move for a 14-day extension of time to respond to the same. The court finds the Motion (Filing No. 8490) should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Steering Committee shall have an additional 14 days to respond to Cook's Motion for Screening Order and Bellwether Selection Plan.

**SO ORDERED** this 5th day of July 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.