**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibit "B" to Plaintiff's Brief in Support of Motion to Strike Defendants' Non-Retained Expert John A. Kaufman, MD.

Defendants have designated this document as "Confidential."

Dated: July 5, 2018

                                        Respectfully Submitted,

                                        */s/ Joseph N. Williams*_____
                                        Joseph N. Williams, Atty. No. 25874-49
                                        Riley Williams & Piatt, LLC
                                        301 Massachusetts Avenue
                                        Indianapolis, IN 46204
                                        Telephone: (317) 633-5270
                                        Facsimile: (317) 426-3348
                                        Email: jwilliams@rwp-law.com

                                        *Liaison Counsel to Plaintiffs' Steering Committee*
                                        *and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*        
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*          
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*       
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*


**CERTIFICATE OF SERVICE**

     I hereby certify that on July 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Ben C. Martin*            
Ben C. Martin