IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates:

> *Brand v. Cook Medical, Inc., et al*
> Case No. 1:14-cv-6018-RLY-TAB

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NON-RETAINED EXPERT BRIAN D. CHOULES, PH.D.

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Strike Defendant's Non-Retained Expert Brian D. Choules, Ph.D., Cook's former Technical Director, and states as follows:

1. Cook disclosed Dr. Choules as an expert but did not provide an expert report. Cook characterized Dr. Choules as a non-retained expert and provided only a summary of Dr. Choules' anticipated opinions.

2. As discussed in the accompanying memorandum, the vast majority of Dr. Choules' opinions concern matters he was not involved in during his employment at Cook.

3. Federal law, including decisional law from this Court, requires a report when an expert testifies regarding matters with which he was not involved.

4. Plaintiff does not object to Cook calling Dr. Choules as a fact witness in its case; but does object to expert testimony on matters with which he had no substantive involvement.

WHEREFORE, Plaintiff seeks an Order excluding expert testimony by Dr. Choules on the matters set forth in the accompanying memorandum of law.

Respectfully submitted this 5th day of July, 2018.

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Joseph N. Williams*
                                          Joseph N. Williams