**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff's unredacted Exhibits "A", "C" and "D" to Plaintiff's Brief in Support of Motion to Strike Defendants' Non-Retained Expert Brian D. Choules, Ph.D, shall remain under seal.

All of which is Ordered this _____ day of July, 2018

                                                Judge, United States District Court
                                                Southern District of Indiana
                                                Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.