IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Action:<br><br>1:17-cv-06069-RLY-TAB | APPROVED. Plaintiff John Converse's claims are dismissed without prejudice<br>Dated: 7/05/2018<br><br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |
| *Converse, John v. Cook Incorporated, et al* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFFS ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs ONLY hereby provide notice of their voluntary dismissal without prejudice:

John Converse

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: July 2, 2018                Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:   */s/ Gregory J. Pals*
Gregory J. Pals #48820 (MO)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
greg@thedriscollfirm.com
*Attorney for Plaintiffs*