UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to All Actions  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

**ORDER DISMISSING 113 PENDING "NO INJURY" CASES**

Upon agreement of the parties and consideration by the court, this Order sets forth the process and manner by which 113 cases listed in Exhibit A, which the parties stipulate are "no injury" cases, will be dismissed.

1. The parties disagree on what clinical outcomes constitute "bodily injury" and conversely "no injury" among the injuries claimed by Plaintiffs in this MDL. Among other things, the parties disagree and reserve their respective arguments and defenses as to whether inability to retrieve/embedment; unsuccessful retrieval attempts; mere presence of clot in filter; non-symptomatic instances of migration, IVC perforation, and thrombosis; and successful removal of a filter without a symptomatic complication constitute legally cognizable injuries and give rise to a cause of action for purposes of this MDL.

2. The parties agree that certain cases currently pending in this MDL are "no injury" cases and stipulate that these cases should be dismissed per the terms of this Order. In particular, this Order pertains to 113 pending cases that are listed in

1

the chart attached as Exhibit A, along with all the injuries, complications, and/or outcomes claimed to have been caused by a Cook IVC Filter to date in those cases.

3.  The 113 cases listed in Exhibit A are dismissed **WITHOUT PREJUDICE**.  These plaintiffs may refile their cases in the MDL in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  No plaintiff, however, may refile his or her case if the future claim is based soley on one of the injuries, complications and/or outcomes listed in his or her individual case set forth in Exhibit A.

4.  Plaintiffs have stated that some injury allegations made in response to discovery may have been incorrect.  To the extent an allegedly cognizable injury was claimed but does not actually exist at the time of dismissal, should that allegedly cognizable injury occur in the future, the case may be refiled in the MDL under this Order on the basis of that future injury.

**SO ORDERED** this 5th day of July 2018.

    _____
    RICHARD L. YOUNG, JUDGE
    United States District Court
    Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

EXHIBIT A

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 1 | Shorter, Patricia L. | 1:17-cv-00210 | Celect® | CRANDALL & KATT |
| 2 | Allen, Michael | 1:16-cv-02940 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 3 | Anderson, Rebecca | 1:16-cv-01700 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 4 | Bordner, June* | 1:14-cv-1872 | Celect® | FEARS NACHAWATI, PLLC |
| 5 | Bourassa, Deborah & William | 1:16-cv-01701 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 6 | Bruneau, Paul | 1:16-cv-01702 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 7 | Cheatham, Hiawatha & Erica | 1:16-cv-01707 | Celect® | FEARS NACHAWATI, PLLC |
| 8 | Harrison, Randy | 1:16-cv-01779 | Celect® | FEARS NACHAWATI, PLLC |
| 9 | Harsey, Loren | 1:16-cv-01716 | Celect® | FEARS NACHAWATI, PLLC |
| 10 | Herron, Susan & Charlie | 1:16-cv-01720 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 11 | Johns, Linda and Ronald | 1:14-cv-01877 | Celect® | FEARS NACHAWATI, PLLC |
| 12 | Kennedy, Sarah | 1:16-cv-01843 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 13 | Mayes, Kyle | 1:16-cv-02850 | Celect® | FEARS NACHAWATI, PLLC |
| 14 | McKay, Rebecca | 1:16-cv-02963 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 15 | Micol, Joseph | 1:16-cv-03007 | Celect® | FEARS NACHAWATI, PLLC |
| 16 | Morin, Michael | 1:16-cv-01847 | Celect® | FEARS NACHAWATI, PLLC |
| 17 | Neal, Cheryl | 1:16-cv-03175 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 18 | Phillips, Wanda | 1:16-cv-02938 | Unknown | FEARS NACHAWATI, PLLC |
| 19 | Ramirez, Christie Ann | 1:16-cv-03491 | Celect® | FEARS NACHAWATI, PLLC |
| 20 | Reda, Breanne | 1:16-cv-01850 | Celect® | FEARS NACHAWATI, PLLC |
| 21 | Simecek, Shannon | 1:16-cv-02962 | Celect® | FEARS NACHAWATI, PLLC |
| 22 | Smith, Linda Marie & Roland | 1:16-cv-02862 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 23 | Talbert, Paul Gregory & Ralbert, Hermelinda | 1:16-cv-02959 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 24 | Thompson, John & Joann | 1:16-cv-02857 | Celect® | FEARS NACHAWATI, PLLC |
| 25 | Walker, Pauline and William Walker, Sr. | 1:14-cv-01882 | Celect® | FEARS NACHAWATI, PLLC |
| 26 | Welch, Hollis & Barbara | 1:16-cv-02094 | Günther Tulip™ | FEARS NACHAWATI, PLLC |
| 27 | Wilson, Stephanie | 1:16-cv-02928 | Celect® | FEARS NACHAWATI, PLLC |
| 28 | Armstrong, Larry | 1:17-cv-01712 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 29 | Citarella, Nancy & Gary C. | 1:16-cv-00863 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 30 | Coronesi, Alfred | 1:16-cv-00864 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 31 | Cushley, James P. & Dorothy | 1:16-cv-01091 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 32 | Devine, John & Jo Ellen | 1:16-cv-01090 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 33 | Drake, Vanna | 1:16-cv-00862 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 34 | Hinds, Susan M. | 1:17-cv-04203 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 35 | Houck, John | 1:16-cv-00867 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 36 | Johnson, Barbara | 1:16-cv-00868 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 37 | Marsh, Benjamine | 1:16-cv-01112 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 38 | Montgomery, Raymond & Mary | 1:16-cv-00859 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 39 | Nitz, Maynard & Linda | 1:16-cv-00869 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 40 | Pender, Chester | 1:16-cv-00870 | Celect® | GALLAGHER & KENNEDY, P.A. |
| 41 | Smith, Marilyn & Jeffery | 1:16-cv-00871 | Günther Tulip™ | GALLAGHER & KENNEDY, P.A. |
| 42 | Russo, Steven R. Jr. & Muktash-Russo, Ghoson | 1:16-cv-01104 | Günther Tulip™ | GALLON TAKACS |
| 43 | Anastasios, Nicholas | 1:17-cv-01772 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 44 | Barrett, Aundrea | 1:17-cv-02228 | Celect® | GOLDENBERGLAW, PLLC |
| 45 | Burns, Maureen | 1:17-cv-04009 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 46 | Burris, Wayman | 1:17-cv-02065 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 47 | Coker, Ronald Ray Jr. | 1:16-cv-01735 | Celect® | GOLDENBERGLAW, PLLC |
| 48 | Deiterich, Cecil & Melody | 1:16-cv-00958 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 49 | Goff, Joshua and Amy | 1:17-cv-02224 | Celect® | GOLDENBERGLAW, PLLC |
| 50 | Hurley, Clifford | 1:17-cv-02028 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 51 | Layman, Mark | 1:17-cv-02029 | Günther Tulip™ | GOLDENBERGLAW, PLLC |

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 52 | Rich, Gloria & Randel | 1:17-cv-02153 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 53 | Trollope, Lyman | 1:17-cv-00200 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 54 | Vega, Marcus and Susana Losoya | 1:17-cv-02031 | Celect® | GOLDENBERGLAW, PLLC |
| 55 | Westmoreland, Walter and Mary Ann | 1:17-cv-01903 | Günther Tulip™ | GOLDENBERGLAW, PLLC |
| 56 | Brothers, Miles | 1:17-cv-01142 | Günther Tulip™ | GOMEZ TRIAL ATTORNEYS |
| 57 | Florent, Dennis | 1:17-cv-01356 | Günther Tulip™ | GOMEZ TRIAL ATTORNEYS |
| 58 | Gergely, Diana | 1:17-cv-00426 | Celect® | GOMEZ TRIAL ATTORNEYS |
| 59 | Green, Sonja | 1:17-cv-01329 | Günther Tulip™ | GOMEZ TRIAL ATTORNEYS |
| 60 | Green, Vanessa | 1:17-cv-00314 | Celect® | GOMEZ TRIAL ATTORNEYS |
| 61 | Jackson, Marcus | 1:17-cv-03305 | Celect® | GOMEZ TRIAL ATTORNEYS |
| 62 | Jonassen, Leif and Janice | 1:17-cv-04398 | Celect® | GOMEZ TRIAL ATTORNEYS |
| 63 | Sowadski, Ruth | 1:17-cv-03084 | Celect® | GOMEZ TRIAL ATTORNEYS |
| 64 | Arrington, Mary A. | 1:16-cv-01149 | Günther Tulip™ | KASDAN LIPPSMITH WEBER TURNER LLP |
| 65 | Jones, Barbara and Larry | 1:15-cv-02082 | Celect® | KASDAN LIPPSMITH WEBER TURNER LLP |
| 66 | Brown, Makeba | 1:17-cv-04263 | Günther Tulip™ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. |
| 67 | Jones, Mary and Edgar | 1:16-cv-00197 | Celect® | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. |
| 68 | Lee, Kenneth | 1:17-cv-04573 | Celect® | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. |
| 69 | Beasley, Twila and Timothy | 1:16-cv-00277 | Günther Tulip™ | LOPEZ MCHUGH LLP |
| 70 | Morowitz, David | 1:17-cv-01913 | Günther Tulip™ | MOTLEY RICE LLC |
| 71 | Leao, Maurice | 1:16-cv-03448 | Günther Tulip™ | POGUST BRASLOW & MILROOD, LLC |
| 72 | Young, Caleb | 1:16-cv-03455 | Celect® | POGUST BRASLOW & MILROOD, LLC |

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 73 | Sheppard, Marquita M. & Alexander, Robert | 1:16-cv-01797 | Celect® | RILEY WILLIAMS & PIATT, LLC |
| 74 | Southall, Owen O. Jr. | 1:16-cv-01796 | Celect® | RILEY WILLIAMS & PIATT, LLC |
| 75 | Tobias, Mary | 1:16-cv-01798 | Günther Tulip™ | RILEY WILLIAMS & PIATT, LLC |
| 76 | Acosta, Victor J. Sr. | 1:16-cv-01400 | Günther Tulip™ | SHAW COWART, LLP |
| 77 | Adams, Carolyn Ann | 1:16-cv-01243 | Celect® | SHAW COWART, LLP |
| 78 | Adams, Kenneth | 1:17-cv-00416 | Günther Tulip™ | SHAW COWART, LLP |
| 79 | Allen, Coralee | 1:16-cv-01249 | Günther Tulip™ | SHAW COWART, LLP |
| 80 | Ames, Marcia Ruth | 1:16-cv-01401 | Celect® | SHAW COWART, LLP |
| 81 | Archie, Huellon | 1:17-cv-01425 | Günther Tulip™ | SHAW COWART, LLP |
| 82 | Baker, DaNece | 1:17-cv-04587 | Günther Tulip™ | SHAW COWART, LLP |
| 83 | Boston-Williams, Clara | 1:17-cv-00929 | Günther Tulip™ | SHAW COWART, LLP |
| 84 | Bradberry, Glenda Ann | 1:16-cv-03084 | Günther Tulip™ | SHAW COWART, LLP |
| 85 | Bryant, Peggy | 1:16-cv-01254 | Celect® | SHAW COWART, LLP |
| 86 | Buchanan, Virginia | 1:16-cv-01253 | Günther Tulip™ | SHAW COWART, LLP |
| 87 | Cash, Gloria Diane | 1:17-cv-00927 | Günther Tulip™ | SHAW COWART, LLP |
| 88 | Covington, Tyrone | 1:16-cv-02990 | Günther Tulip™ | SHAW COWART, LLP |
| 89 | Davila, Maria | 1:16-cv-03295 | Unknown | SHAW COWART, LLP |
| 90 | Gibson, Penny | 1:16-cv-01399 | Günther Tulip™ | SHAW COWART, LLP |
| 91 | Glover, Preston | 1:16-cv-01887 | Celect® | SHAW COWART, LLP |
| 92 | Gokey, Tina | 1:16-cv-02009 | Günther Tulip™ | SHAW COWART, LLP |
| 93 | Gulledge, Tara | 1:16-cv-01402 | Celect® | SHAW COWART, LLP |
| 94 | Hall, Gwendolyn Harris | 1:16-cv-01298 | Celect® | SHAW COWART, LLP |
| 95 | Kossen, Zachary | 1:17-cv-00928 | Günther Tulip™ | SHAW COWART, LLP |
| 96 | LeBleu Lamb, Effie | 1:17-cv-00351 | Günther Tulip™ | SHAW COWART, LLP |

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 97 | Luskin, Arlene | 1:16-cv-01300 | Günther Tulip™ | SHAW COWART, LLP |
| 98 | Mileschkowsky, Melissa | 1:16-cv-02508 | Celect® | SHAW COWART, LLP |
| 99 | Nazzaro, Joseph | 1:16-cv-01307 | Celect® | SHAW COWART, LLP |
| 100 | Pauling, Henry | 1:17-cv-01433 | Günther Tulip™ | SHAW COWART, LLP |
| 101 | Petit, Sharon Marie | 1:16-cv-02348 | Celect® | SHAW COWART, LLP |
| 102 | Spon, Raymond | 1:17-cv-01436 | Celect® | SHAW COWART, LLP |
| 103 | Ward, Loretta | 1:16-cv-01396 | Günther Tulip™ | SHAW COWART, LLP |
| 104 | Workman, Doris Choice | 1:17-cv-03293 | Günther Tulip™ | SHAW COWART, LLP |
| 105 | Major, Justin | 1:17-cv-06069 | Unknown | THE DRISCOLL FIRM, P.C. |
| 106 | Scott, Marilee | 1:16-cv-06037 | Celect® | THE DRISCOLL FIRM, P.C. |
| 107 | Sears, Donald | 1:16-cv-06037 | Celect® | THE DRISCOLL FIRM, P.C. |

| Number | Plaintiff Name | Case No. | Filter | Lead Law Firm |
|---|---|---|---|---|
| 108 | Cox, Kevin Eugene [ESTATE] | 1:15-cv-01659 | Celect® | THE NATIONS LAW FIRM |
| 109 | Chyl, Raymond & Chylinski, Sandra | 1:16-cv-01811 | Celect® | WALSH WOODARD LLC |
| 110 | Glater, William & Marjorie | 1:16-cv-02844 | Günther Tulip™ | WALSH WOODARD LLC |
| 111 | Stanley, Bonnie H. | 1:17-cv-01931 | Celect® | WALSH WOODARD LLC |
| 112 | Williams, Mary Rose | 1:18-cv-00082 | Celect® | MARC J. BERN & PARTNERS, LLP |
| 113 | Overby, Ada & Sandra | 1:16-cv-03027 | Celect® | WENDT LAW FIRM |