IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| _____ | IN RE: COOK MEDICAL, INC, IVC FILTERS |
| MARKETING, SALES PRACTICES, AND | CASE NO. 1:14-ml-2570-RLY-TAB |
| PRODUCT LIABILITY LITIGATION | MDL NO. 2570 |
| _____ | |
| This Document Relates to Plaintiff(s), | |
| | |
| Eva Jackson, Personal Representative of the Estate of Julia Jackson | |
| Case No. 1:18-cv-01147-JMS-TAB | |
| _____ | |

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s), Eva Jackson, Personal Representative of the Estate of Julia Jackson, in the above referenced action.

Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintlaw.com
*Attorney for Plaintiff*