IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                            MDL No. 2570
_____

This document relates to Plaintiff:

*Anna Rowan*
*Civil case # 1:18-cv-01398-RLY-TAB*
_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anna Rowan, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

The voluntary dismissal will only apply to docket number *1:18-cv-01398-RLY-TAB* and will not have any effect on any other cases filed in regard to Plaintiff Anna Rowan with different docket numbers.

Dated this 10th day of July, 2018.

Respectfully submitted,

 /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                                                  */s/ William Curtis*
                                                  WILLIAM CURTIS