UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATED TO ALL ) ACTIONS ) | 1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The status conference set for JULY 12, 2018 is vacated and reset to **JULY 24, 2018 at 3:00 p.m.** Lead counsel shall appear before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 11th day of July 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record
.