UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES PRACTICES <br> AND PRODUCTS LIABILITY LITIGATION <br> _____ <br> This Document Relates to Plaintiff: <br>     JAMES CRISSMAN <br>     Civil Case No. 1:17-cv-02420-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, John T. Kirtley, III, attorney of record for Plaintiff, James Crissman, and respectfully requests that he be granted leave to withdraw under the provisions of Local Rule 83-7 of the United States District Court for the Southern District of Indiana.

On June 18, 2018, Plaintiff terminated the services of Plaintiff's counsel, without good cause. Under Texas law, Plaintiff's counsel will maintain its assigned interest for attorney's fees and expenses, out of the proceeds of any settlement, if any. Plaintiff, James Crissman, hired Marco A. Laracca of Bio & Laracca, P.C.

I therefore respectfully request that this Court grant my request to withdraw from further representation of the Plaintiff and that Mr. Laracca continue to represent Plaintiff in all further proceedings. A proposed order is attached hereto.

    Dated this 12th day of July, 2018.

                            Respectfully submitted,

                            /s/ John T. Kirtley, III
                            John T. Kirtley, III
                            FERRER, POIROT & WANSBROUGH
                            Texas Bar No. 11534050
                            2603 Oak Lawn Avenue, Suite 300
                            Dallas, Texas 75219
                            (214) 521-4412
                            (214) 526-6026 Fax

jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2018, a copy of the foregoing was served electronically and notice of this document will be sent to all parties by operation of the Court's electronic CM/ECF System which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/John T. Kirtley, III
John T. Kirtley, III