# UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]

) 1:14-ml-02570-RLY-TAB
) 1:16-cv-01149-RLY-TAB; 1:16-cv-00802-RLY-TAB
) 1:16-cv-01040-RLY-TAB; 1:16-cv-00950-RLY-TAB
) 1:16-cv-02466-RLY-TAB; 1:16-cv-01681-RLY-TAB
) 1:17-cv-00611-RLY-TAB; 1:15-cv-02082-RLY-TAB
) 1:17-cv-02686-RLY-TAB; 1:17-cv-02685-RLY-TAB
) 1:15-cv-01920-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jaclyn Anderson | Jaclyn Anderson |
| **Law Firm, Company, and/or Agency:** | Kasdan LippSmith Weber Turner LLP | Kasdan LippSmith Weber Turner LLP |
| **Address:** | 500 S. Grand Avenue, Suite 1310<br>Los Angeles, CA 90071 | 360 East 2nd Street, Suite 300<br>Los Angeles, CA 90012 |
| **Primary E-mail:** | janderson@klwtlaw.com | janderson@klwtlaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 213-254-4800 | 213-254-4800 |
| **Facsimile:** | 213-254-4801 | 213-254-4801 |

Date:   07/12/2018          s/ Jaclyn Anderson

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.