**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Cause No. 1:18-cv-01788
Cause No. 1:18-cv-01795
Cause No. 1:18-cv-01801
Cause No. 1:18-cv-01804
Cause No. 1:18-cv-01811
Cause No. 1:18-cv-01814

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        July 13, 2018                    /s/ Andrea R. Pierson
                                               Andrea Roberts Pierson (# 18435-49)
                                               John T. Schlafer (# 28771-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana 46204
                                               Telephone: (317) 237-0300
                                               Facsimile: (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  john.schlafer@faegrebd.com

US.118864532.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea R. Pierson

US.118864532.01