IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to Plaintiff:

*Anna Rowan*
*Civil case # 1:18-cv-01398-RLY-TAB*

_____

> APPROVED.  Case is dismissed without prejudice.
> Dated: 7/13/18
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anna Rowan, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

The voluntary dismissal will only apply to docket number *1:18-cv-01398-RLY-TAB* and will not have any effect on any other cases filed in regard to Plaintiff Anna Rowan with different docket numbers.

Dated this 10th day of July, 2018.

Respectfully submitted,

 */s/ William B. Curtis*
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**