# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No.   1:14-cv-06018-RLY-TAB (Tonya Brand)

## COOK DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their preliminary witness and exhibit lists. These lists have been prepared before the Cook Defendants have completed discovery or their investigation of the claims and defenses at issue in this action. Therefore, the Cook Defendants reserve the right to amend and supplement these lists during the course of this litigation. If the Cook Defendants identify additional witnesses they intend to call at trial, or documents they intend to use at trial, the Cook Defendants' counsel will timely identify such witnesses and documents for the Court and counsel for Plaintiffs. In addition, the Cook Defendants do not represent that they will call all witnesses listed or offer at trial all exhibits listed.

### PRELIMINARY WITNESS LIST

1. Tonya Brand

2. Tyler Brand

3. Jennifer Brown, Ph.D.

4. Brian D. Choules, Ph.D.

5. Tamara Clemmer

6. Mark Frye

7. F. Michael Ferrante, M.D.

8. Michael C. Fishbein, M.D.

9. Evan Fogel, M.D.

10. Christy Foreman, MBE

11. Jon P. Fryzek, M.P.H., Ph. D.

12. David Gillespie, M.D.

13. Mark Goodwin, M.D.

14. Dennis Griffin, M.D.

15. Henrik Gyllun

16. Melvin Kem Hawkins

17. Theodore Heise, Ph.D.

18. Per Hendrikson

19. Mark Breedlove

20. John A. Kaufman, M.D.

21. Scott Keller, M.D.

22. April Lavender

23. Bennett Leventhal, M.D.

24. Lars Milling

25. Arne Molgaard-Nielsen

26. Timothy A. Morris, M.D.

2

US.118702187.01

27. Thomas J. Morrison III, M.D.

28. Anthony Ragheb, Ph.D.

29. Richard Reisman, M.D.

30. Kenneth Renkens, M.D.

31. Mark Rheudasil, M.D.

32. B. Thomas Roberts

33. Scott W. Robertson, Ph. D.

34. Glenn Stanley

35. Phu B. Thai, M.D.

36. Jesper Thyregod

37. Paul Timperman, M.D.

38. William E. Turton M.D.

39. Ramen Uberoi, M.D.

40. Renu Virmani, M.D.

41. Mark Zuzga, M.D.

42. All witnesses listed on plaintiff's witness list.

43. Additional witnesses necessary for impeachment or rebuttal.

44. All witnesses retained as experts by any party for the purpose of testifying at trial.

45. All witnesses who may be necessary to authenticate or otherwise lay evidentiary foundation for exhibits.

US.118702187.01

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com
*Counsel for Cook Defendants*

4

US.118702187.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2018, a copy of the foregoing Cook Defendants' Preliminary Witness and Exhibit Lists was served on the following counsel of record by email and first-class mail, postage prepaid:

Ben C. Martin (bmartin@bencmartin.com)
Thomas W. Arbon (tarbon@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX 75219

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098

Joseph Williams (jwilliams@rwp-law.com)
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204

Laura Baughman (lbaughman@baronbudd.com)
**BARON & BUDD**
3102 Oak Lawn Ave
Dallas, TX 75219

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson

5

US.118702187.01

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No.   1:14-cv-06018-RLY-TAB (Tonya Brand)

## COOK DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their designations of the videotaped and/or oral deposition testimony that the Cook Defendants may affirmatively use at the trial of this matter. These designations do not include those portions of the videotaped and/or oral deposition testimony which cannot be reasonably anticipated or which are not available at this time, including for depositions that have not yet been completed. In addition, these designations are subject to all summary judgment, motion in limine, Daubert, and other evidentiary rulings by the Court. Further, Cook Defendants reserve their right to designate any of this testimony as a counter-designation to Plaintiff's affirmative deposition designations and/or to modify or supplement these designations in light of any rulings from the Court regarding witness sequencing, including with respect to the parties' dispute regarding Cook Defendants' designation of testimony during their case in chief from witnesses who were also designated during Plaintiff's case in chief. Accordingly, the Cook Defendants reserve their right to supplement and amend these designations and/or to object to Plaintiff's use of testimony that

US.118754516.01

is reflected within, or similar to, Cook Defendants' affirmative designations. The page/line designations of the testimony for each witness listed below are reflected in the attached spreadsheets and highlighted transcripts.

## AFFIRMATIVE DESIGNATION LIST

1. Brian D. Choules, Ph.D.
2. Michael C. Fishbein, M.D.
3. Mark Goodwin, M.D.
4. Dennis Griffin, M.D.
5. Melvin Kem Hawkins
6. John A. Kaufman, M.D.
7. Scott Keller, M.D.
8. Thomas J. Morrison III, M.D.
9. Richard Reisman, M.D.
10. Mark Rheudasil, M.D.
11. Phu B. Thai, M.D.
12. Paul Timperman, M.D.
13. Mark Zuzga, M.D.

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@FaegreBD.com
john.schlafer@FaegreBD.com
*Counsel for Cook Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2018, a copy of the foregoing Cook Defendants' Affirmative Deposition Designations was served on the following counsel of record by email:

Ben C. Martin (bmartin@bencmartin.com)
Thomas W. Arbon (tarbon@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX  75219

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098

Joseph Williams (jwilliams@rwp-law.com)
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204

Laura Baughman (lbaughman@baronbudd.com)
**BARON & BUDD**
3102 Oak Lawn Ave
Dallas, TX 75219

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson

4

US.118754516.01

| Deponent | Defendant Cook Affirmative Designations | Plaintiff Objections to Defendant Cook Affirmative Designations | Defendant Cook Response to Plaintiff Objections | Court Ruling |
|---|---|---|---|---|
| Zuzga, Dr. Mark 4/19/2017 | 6:4-7:21 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 60:7-61:12 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 62:15-63:13 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 73:14-73:22 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 74:4-74:11 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 75:15-75:20 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 75:22-76:11 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 81:1-81:16 | | | |
| Zuzga, Dr. Mark 4/19/2017 | 80:11-80:16 | | | |

| Deponent | Plaintiff Counter Designations | Defendant Cook Objections to Plaintiff Counter Designations | Plaintiff Response to Defendant Cook Objections | Court Ruling |
|---|---|---|---|---|
| | | | | |

| Deponent | Defendant Cook Re-Direct Designations | Plaintiff Objections to Defendant Cook Re-Direct Designations | Defendant Cook Response to Plaintiff Objections | Court Ruling |
|---|---|---|---|---|
| | C33 | | | |

7/9/2018

Goodwin - Cook Affirmative Designations.XLSX

| Deponent | Defendant Cook Affirmative Designations | Plaintiff Objections to Defendant Cook Affirmative Designations | Defendant Cook Response to Plaintiff Objections | Court Ruling |
|---|---|---|---|---|
| Goodwin, Dr. Mark 1/11/2017 | 7:5-7:15 | | | |
| Goodwin, Dr. Mark 1/11/2017 | 7:21-7:22 | | | |
| Goodwin, Dr. Mark 1/11/2017 | 9:2-9:14 | | | |
| Goodwin, Dr. Mark 1/11/2017 | 17:6-17:19 | | | |
| Goodwin, Dr. Mark 1/11/2017 | 85:14-86:5 | | | |
| Goodwin, Dr. Mark 1/11/2017 | 87:6-87:24 | | | |

| Deponent | Plaintiff Counter Designations | Defendant Cook Objections to Plaintiff Counter Designations | Plaintiff Response to Defendant Cook Objections | Court Ruling |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Deponent | Defendant Cook Re-Direct Designations | Plaintiff Objections to Defendant Cook Re-Direct Designations | Defendant Cook Response to Plaintiff Objections | Court Ruling |
|---|---|---|---|---|
| | | | D26 | |
| | | | | |