IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

**UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF
SUMMARY JUDGMENT MOTION AND DAUBERT MOTION DEADLINES
THAT OCCUR ON OR BEFORE JULY 17, 2018 AND SEPARATE DAUBERT MOTION
BRIEFING SCHEDULING FOR DEPOSITIONS THAT OCCUR AFTER JULY 17, 2018**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for filing their motions for summary judgment and *Daubert* motions for depositions that occur on or before July 17th by three days, from July 17th to July 20th, and extending the corresponding response and reply deadlines by three days as well. Additionally, the Cook Defendants move this court for an order granting a separate *Daubert* briefing schedule for four expert witnesses whose depositions will take place after July 17, 2018. In support of this motion, the Cook Defendants state:

1. The current deadlines for summary judgment and *Daubert* motions in the Brand matter are:

| | |
|---|---|
| Motions due: | July 17, 2018 |
| Responses due: | August 6, 2018 |
| Replies due: | August 13, 2018 |

*See* Dkt. 5380 (adopting agreed schedule proposed in Dkt. No. 5062).

US.118918586.01

2. With the deadlines for both the summary judgment motions and *Daubert* motions due at the same time, the Cook Defendants anticipate possible logistical difficulties in filing all these motions (over 10 in all) and their accompanying documents (exhibits, motions to seal, etc.) on the same day.

3. The Cook Defendants believe that these potential logistical difficulties constitute good cause for a short, three-day extension of the July 17th summary judgment and *Daubert* motions deadline, with corresponding three-day extensions to the response and reply deadlines. The new deadlines would be:

| | |
|---|---|
| Motions due: | July 20, 2018 |
| Responses due: | August 9, 2018 |
| Replies due: | August 16, 2018 |

These extensions would not affect the hearing date for the summary judgment and *Daubert* motions.

4. The new *Daubert* motion deadlines for the depositions that occur after July 17, 2018 would be:

| | |
|---|---|
| Motions due: | 10 days after deposition |
| Responses due: | 14 days after motion deadline |
| Replies due: | 7 days after response deadline |

5. Cook's attorneys have consulted Plaintiffs' attorneys about this requested extension, and Plaintiffs' attorneys have stated that Plaintiffs do not object to the extensions.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extends the summary judgment and *Daubert* motions for depositions that occur on or before July 17th deadlines by three days as set forth above. Additionally, Cook Defendants

- 3 -

respectfully request that this Court extends the briefing scheduling of the *Daubert* motions for the depositions that occur after July 17th as set forth above.

Dated: July 16, 2018

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2018 a copy of the foregoing **UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF SUMMARY JUDGMENT MOTION AND DAUBERT MOTION DEADLINES THAT OCCUR ON OR BEFORE JULY 17, 2018 AND SEPARATE DAUBERT MOTION BRIEFING SCHEDULING FOR DEPOSITIONS THAT OCCUR AFTER JULY 17, 2018** was filed electronically.  Parties may access this filing through the Court's electronic records system.

                                        /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson