IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

Tonya Brand
No. 1:14-cv-06018-RLY-TAB

**PROPOSED ORDER**

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadlines for filing their *Daubert* motions for depositions that occurred on or before July 17th and motions for summary judgment by three days, and a separate briefing schedule for *Daubert* motions for depositions that occurred after July 17, 2018.  Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is in all respects granted, and

2. That the deadline schedule for the submission of materials concerning *Daubert* motions for depositions that occurred on or before July 17 and motions for summary judgment is modified to the following:

| | |
|---|---|
| Motions due: | July 20, 2018 |
| Responses due: | August 9, 2018 |
| Replies due: | August 16, 2018 |

US.118918591.01

- 2 -

3. That the deadline schedule for the submission of materials concerning *Daubert* motions for depositions that will occur after July 17th is modified to the following:

    Motions due:        10 days after deposition
    Responses due:      14 days after motion deadline
    Replies due:         7 days after response deadline

DATED: July ___, 2018

                                                               _____
                                                               Tim A. Baker
                                                               United States Magistrate Judge
                                                               Southern District of Indiana

US.118918591.01