IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO EXCLUDE IMPERMISSIBLE EXPERT TESTIMONY OF THOMAS MORRISON, MD

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude Impermissible Expert Testimony of Thomas Morrison, MD, and states as follows:

1. Cook disclosed Dr. Morrison, one of Brand's treating physicians, as a non-retained expert, but Cook did not provide an expert report to support any of his testimony not directly related to her treatment as his patient.

2. As discussed in the incorporated memorandum, several of the summarized opinions Cook designated from Dr. Morrison's deposition testimony concern matters unrelated to his treatment of Brand.

3. Federal law, including decisional law from this Court, requires a report when a treating physician testifies about opinions that were not formed during the course of their treatment of the patient.

4. Plaintiff does not object to Cook calling Dr. Morrison as a fact witness in its case but does object to any expert testimony not limited to his observations during her treatment.

1

WHEREFORE, Plaintiff seeks an Order limiting Dr. Morrison's designated testimony for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted this 16th day of July, 2018.

        */s/ Joseph N. Williams*
        Joseph N. Williams, Atty. No. 25874-49
        RILEY WILLIAMS & PIATT, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email:  jwilliams@rwp-law.com
        *Liaison Counsel to Plaintiffs' Steering Committee*

        Michael W. Heaviside, Esq.
        HEAVISIDE REED ZAIC, A LAW CORPORATION
        910 17th Street, NW, Suite 800
        Washington, DC 20006
        Telephone: (202) 223-1993
        mheaviside@hrzlaw.com

        Ben C. Martin, Esq.
        THE LAW OFFICES OF BEN C. MARTIN
        3710 Rawlins Street, Suite 1230
        Dallas, TX  75219
        Telephone: (214) 761-6614
        Facsimile: (214) 744-7590
        bmartin@bencmartin.com

        David P. Matthews, Esq.
        MATTHEWS AND ASSOCIATES
        2509 Sackett St.
        Houston, TX  77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        dmatthews@thematthewslawfirm.com
        *Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ Joseph N. Williams*
                                               Joseph N. Williams