# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibit "B" to Plaintiff's Brief in Support of Motion to Exclude Impermissible Expert Testimony of Thomas Morrison, MD.

Defendants have designated these documents as "Confidential."

Dated: July 16, 2018

        Respectfully Submitted,

        */s/ Joseph N. Williams*_____
        Joseph N. Williams, Atty. No. 25874-49
        Riley Williams & Piatt, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: jwilliams@rwp-law.com

        *Liaison Counsel to Plaintiffs' Steering Committee*
        *and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*  
Michael W. Heaviside, Esq.  
Heaviside Reed Zaic, A Law Corporation  
910 17th Street NW, Suite 800  
Washington, DC 20006  
Telephone: (202) 233-1993  
Email: mheaviside@hrzlaw.com  

*/s/ Ben C. Martin*  
Ben C. Martin, Esq.  
The Law Office of Ben C. Martin  
3710 Rawlin Street, Suite 1230  
Dallas, TX 75219  
Telephone: (214) 761-6614  
Facsimile: (214) 74407590  
Email: bmartin@bencmartin.com  

*/s/ David P. Matthews*  
David P. Matthews, Esq.  
Matthew and Associates  
2509 Sackett St.  
Houston, TX 77098  
Telephone: (713) 522-5250  
Facsimile: (713) 535-7184  
Email: dmatthews@thematthewslawfirm.com  

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*  
Ben C. Martin