UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) | |
| *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | ) ) ) | |

**ORDER ON THE COOK DEFENDANTS' UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF SUMMARY JUDGMENT AND DAUBERT MOTION DEADLINES**

The Cook Defendants move for an order extending the deadlines for filing their motions for summary judgment and *Daubert* motions for depositions that occur on or before July 17th by three days, from July 17th to July 20th, and extending the corresponding response and reply deadlines by three days as well. Additionally, the Cook Defendants move for an order granting a separate *Daubert* briefing schedule for expert witnesses whose depositions will take place after July 17, 2018. Having duly considered the motion, **IT IS HEREBY ORDERED**:

    1.    That the Cook Defendants' Motion (Filing No. 8546) is **GRANTED** in all respects, and

2. That the deadline schedule for the submission of materials concerning *Daubert* motions for depositions that occurred on or before July 17 and motions for summary judgment is modified to the following:

| | |
|---|---|
| Motions due: | July 20, 2018 |
| Responses due: | August 9, 2018 |
| Replies due: | August 16, 2018 |

3. That the deadline schedule for the submission of materials concerning *Daubert* motions for depositions that will occur after July 17th is modified to the following:

| | |
|---|---|
| Motions due: | 10 days after deposition |
| Responses due: | 14 days after motion deadline |
| Replies due: | 7 days after response deadline |

**SO ORDERED** this 17th day of July 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2