**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibit "B" to Plaintiff's Brief in Support of Motion to Exclude Impermissible Expert Testimony of Phu Thai, MD.

Defendants have designated this document as "Confidential."

Dated: July 18, 2018

                                                                           Respectfully Submitted,

                                                                           */s/ Joseph N. Williams*_____
                                                                           Joseph N. Williams, Atty. No. 25874-49
                                                                           Riley Williams & Piatt, LLC
                                                                           301 Massachusetts Avenue
                                                                           Indianapolis, IN 46204
                                                                           Telephone: (317) 633-5270
                                                                           Facsimile: (317) 426-3348
                                                                           Email: jwilliams@rwp-law.com

                                                                           *Liaison Counsel to Plaintiffs' Steering Committee*
                                                                           *and on behalf of Plaintiffs' Steering Committee*

1

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*_____
Ben C. Martin