# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## **DOCUMENTS FILED UNDER SEAL**

Plaintiff files under seal Exhibit "B" to Plaintiff's Memorandum the following unredacted document:

Exhibit B:    Deposition of Richard Reisman, MD taken on February 22, 2018

Dated: July 18, 2018

                                          Respectfully Submitted,

                                          */s/ Ben C. Martin*
                                          Ben C. Martin, Esq.
                                          The Law Office of Ben C. Martin
                                          3219 McKinney Avenue, Suite 100
                                          Dallas, TX 75204
                                          Telephone: (214) 761-6614
                                          Facsimile: (214) 744-7590
                                          Email: bmartin@bencmartin.com

                                          *Plaintiff's Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com


*Plaintiff's Co-Lead Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Ben C. Martin
Ben C. Martin