IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

JASON PITTS, Plaintiff

Civil Case# 1:18-cv-1777-RLY-TAB

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, JASON PITTS and DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, file this Stipulation of Dismissal With Prejudice, because:

This action was filed on June 11, 2018.  Unbeknownst to Plaintiff's counsel in this specific cause, Jason Pitts is represented by another law firm, Fears Nachawati, who filed another action in this MDL, Cause no. 1:18-cv-00752, filed on March 9, 2018, prior to this action being filed.

Accordingly, the parties agree to dismiss all of Plaintiff, Jason Pitts', claims, in this specific cause, No. 1:18-cv-1777-RLY-TAB, only, **with prejudice**, but **without prejudice** as to any claims Jason Pitts may have against any and all Defendants in Cause no. 1:18-cv-00752, filed in this MDL. Defendants agree to not raise an issue or claim preclusion affirmative defense, or a judicial estoppel affirmative defense, in the first action Cause no. 1:18-cv-00752, based on this dismissal.

Costs of Court shall be taxed against the party incurring same.

Date: July 18, 2018

Respectfully submitted,

/s/ John T. Kirtley, III
FERRER, POIROT & WANSBROUGH

John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412 - Phone
(214) 526-6026 Fax
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
*Attorney-in-charge for Plaintiff,*
*Jason Pitts*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegrebd.com
Email: john.schlafer@faegrebd.com
James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com
*Counsel for Defendants,*
*Cook Incorporated, Cook Medical LLC (f/k/a Cook*
*Medical Incorporated), and William Cook Europe*
*ApS*

2