IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

JASON PITTS, Plaintiff

Civil Case# 1:18-cv-1777-RLY-TAB

---

### ORDER GRANTING DISMISSAL WITH PREJUDICE

---

The Court has considered the Parties' Stipulation of Dismissal With Prejudice. Doc._____.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.**

This case, JASON PITTS v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, No. 1:18-cv-1777-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims Jason Pitts may have against any and all Defendants in Cause no. 1:18-cv-00752, filed in this MDL.

    Costs of Court shall be taxed against the party incurring same.

    Dated this _____day of July, 2018.

 

_____

United States District Judge