IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-RAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Anya Henderson

Civil Case:  1:18-cv-01902-TWP-DLP

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Anya Henderson

2. Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of the injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

Revised: 1/4/13

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of North Carolina.

8. Defendant (Check Defendants against whom Complaint is made):

- ☒ Cook Incorporated
- ☒ Cook Medical LLC
- ☒ William Cook Europe ApS

9. Basis of Jurisdiction

- ☒ Diversity of Citizenship

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1 through 7;11 of the Master Complaint.

b. Other allegations of jurisdiction and venue

A substantial portion of the events leading to Plaintiff's injuries arose in North Carolina making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Gunther Tulip ® Vena Cava Filter
- ☒ Cook Celect ® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:

2

11. Date of Implantation as to each product:

    11/11/2009

12. Hospital(s) where Plaintiff was implanted (including City and State)

    North Carolina Baptist Hospital in Winston-Salem, NC

13. Implanting Physician(s):

    Dr. Fernando Ariza and Dr. Jay Requarth

14. Counts in the Master Complaint brought by Plaintiff(s)

    - [x] Count I: Strict Products Liability-Failure to warn
    - [x] Count II: Strict Products Liability-Design Defect
    - [x] Count III: Negligence
    - [x] Count IV: Negligence Per Se
    - [x] Count V: Breach of Express Warranty
    - [x] Count VI: Breach of Implied Warranty
    - [x] Count VII: Violations of Applicable North Carolina
    - [x] Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - [ ] Count VIII: Loss of Consortium
    - [ ] Count IX: Wrongful Death
    - [ ] Count X: Survival
    - [x] Count XI: Punitive Damages

3

<u>July 18, 2018</u>   Respectfully submitted,


By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com
TRIAL ATTORNEY

Jonathan A. Hogins, Esquire (VSB #83982)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jhogins@moodyrrlaw.com

ATTORNEYS FOR THE PLAINTIFFS