# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

## COOK DEFENDANTS'
## MOTION TO WITHDRAW JULY 18, 2018
## MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION
## AND RELATED FILINGS

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook") move this Court to withdraw the following documents from the docket of this matter (1) [8564] Motion for Summary Judgment Based on Federal Preemption in the Brand Matter; (2) [8566] Sealed Memorandum of Law in Support of Motion for Summary Judgment Based on Federal Preemption in Brand; (3) [8570] Motion To Maintain Document Under Seal [8566] Sealed Document, and all related attachments (hereafter "Preemption Filings"), and in support thereof state as follows:

1. The Preemption Filings were inadvertently misfiled as specific to Tonya Brand although Cook's position is that the issues raised by the motion apply more broadly in the MDL to cases beyond Tonya Brand.

US.118982300.01

2. The case management plan provides that only one summary judgment motion shall be filed as to each Plaintiff.

3. Cook will timely file on July 20, 2018, its case-specific motion for summary judgment as to Tonya Brand.

4. Cook intends to re-file separately the Preemption Filings under cover of a motion for leave of Court to file an additional motion for summary judgment based on federal preemption grounds, which would apply to Tonya Brand but also more broadly.

5. The grounds for seeking leave to file the additional summary judgment motion based on federal preemption will be stated in the forthcoming motion for leave.  Leave of court to file an additional summary judgment motion based on federal preemption was previously granted in advance of the Hill and Gage trials; the motion seeking leave in those matters was filed specifically as to Hill and Gage.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ask the Court to withdraw from the docket of this matter the (1) [8564] Motion for Summary Judgment Based on Federal Preemption in the Brand Matter; (2) [8566] Sealed Memorandum of Law in Support of Motion for Summary Judgment Based on Federal Preemption in Brand; (3) [8570] Motion To Maintain Document Under Seal [8566] Sealed Document, and all related attachments.

Respectfully submitted,

Dated: July 19, 2018

/s/ John T. Schlafer
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118982300.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ John T. Schlafer