# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## ORDER

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook Defendants") by its attorneys, Faegre Baker Daniels LLP, having filed a Motion To Withdraw July 18, 2018 Motion for Summary Judgment Based on Federal Preemption and Related Filings, and the Court having reviewed the motion, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Cook Defendants' Motion To Withdraw July 18, 2018 Motion for Summary Judgment Based on Federal Preemption and Related Filings is hereby granted.  The (1) [8564] Motion for Summary Judgment Based on Federal Preemption in the Brand Matter; (2) [8566] Sealed Memorandum of Law in Support of Motion for Summary Judgment Based on Federal Preemption in Brand; (3) [8570] Motion To Maintain Document Under Seal [8566] Sealed Document, and all related attachments are deemed withdrawn as of July 19, 2018.

SO ORDERED this ____ day of July, 2018.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.118984369.01

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.118984369.01