# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:

Cause No.    1:14-cv-06018-RLY-TAB (Tonya Brand)

---

### **COOK DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their designations of the videotaped and/or oral deposition testimony that the Cook Defendants may affirmatively use at the trial of this matter. These designations do not include those portions of the videotaped and/or oral deposition testimony which cannot be reasonably anticipated or which are not available at this time, including for depositions that have not yet been completed. In addition, these designations are subject to all summary judgment, motion in limine, Daubert, and other evidentiary rulings by the Court. Further, Cook Defendants reserve their right to designate any of this testimony as a counter-designation to Plaintiff's affirmative deposition designations and/or to modify or supplement these designations in light of any rulings from the Court regarding witness sequencing, including with respect to the parties' dispute regarding Cook Defendants' designation of testimony during their case in chief from witnesses who were also designated during Plaintiff's case in chief. Accordingly, the Cook Defendants reserve their right to supplement and amend these designations and/or to object to Plaintiff's use of testimony that

is reflected within, or similar to, Cook Defendants' affirmative designations. The page/line designations of the testimony for each witness listed below are reflected in the attached spreadsheets and highlighted transcripts.

### AFFIRMATIVE DESIGNATION LIST

1. Brian D. Choules, Ph.D.
2. Michael C. Fishbein, M.D.
3. Mark Goodwin, M.D.
4. Dennis Griffin, M.D.
5. Melvin Kem Hawkins
6. John A. Kaufman, M.D.
7. Scott Keller, M.D.
8. Thomas J. Morrison III, M.D.
9. Richard Reisman, M.D.
10. Mark Rheudasil, M.D.
11. Phu B. Thai, M.D.
12. Paul Timperman, M.D.
13. Mark Zuzga, M.D.

        Respectfully submitted,

        /s/ *Andrea Roberts Pierson*
        Andrea Roberts Pierson
        John T. Schlafer
        FAEGRE BAKER DANIELS LLP
        300 North Meridian Street, Suite 2700
        Indianapolis, IN 46204
        Telephone: (317) 237-0300
        Fax: (317) 237-1000
        andrea.pierson@FaegreBD.com
        john.schlafer@FaegreBD.com
        *Counsel for Cook Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2018, a copy of the foregoing Cook Defendants' Affirmative Deposition Designations was served on the following counsel of record by email:

Ben C. Martin (bmartin@bencmartin.com)
Thomas W. Arbon (tarbon@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX  75219

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098

Joseph Williams (jwilliams@rwp-law.com)
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204

Laura Baughman (lbaughman@baronbudd.com)
**BARON & BUDD**
3102 Oak Lawn Ave
Dallas, TX 75219


/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson