# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## COOK DEFENDANTS' MOTION TO EXCLUDE
## CASE-SPECIFIC EXPERT OPINIONS OF MICHAEL C. FISHBEIN, M.D.

Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook" or "the Cook Defendants"), hereby move, pursuant to the Federal Rule of Evidence 702, to exclude the proffered case-specific expert testimony of Michael C. Fishbein, M.D. -- Plaintiff's pathology expert. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered case-specific expert testimony of Dr. Fishbein, and for all other just and proper relief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 20, 2018 | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson (# 18435-49)<br>J. Joseph Tanner (# 11856-49)<br>Nicholas B. Alford (# 31867-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  joe.tanner@faegrebd.com<br>E-Mail:  nicholas.alford@faegrebd.com |

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118462366.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*
