UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
CASE-SPECIFIC EXPERT OPINIONS OF MICHAEL C. FISHBEIN, M.D.**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Case-Specific Expert Opinions of Michael C. Fishbein, M.D.:

| Exhibit | Description |
|---|---|
| A | Court's Entry for September 25, 2017 |
| B | Excerpts of Dr. Fishbein's Report – **FILED UNDER SEAL** |
| C | Excerpts of Dr. Fishbein's Deposition in *Hill* and *Gage* (July 21, 2017) – **FILED UNDER SEAL** |
| D | Excerpts of Dr. Fishbein's Deposition in *Brand* (June 4, 2018) – **FILED UNDER SEAL** |
| E | Excerpts of Dr. Fishbein's Deposition in *Pavlock* (March 9, 2018) – **FILED UNDER SEAL** |

Respectfully submitted,

Dated: July 20, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118462366.01

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*
