# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. REBECCA BETENSKY, Ph.D.

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion Motion to Exclude Expert Opinions of Dr. Rebecca Betensky, Ph.D.:

| Exhibit | Description |
|---|---|
| A | Expert Report of Rebecca Betensky, Ph.D., dated April 30, 2018 - **FILED UNDER SEAL** |
| B | Excerpts of the Deposition of Rebecca Betensky, Ph.D., dated April 21, 2017 - **FILED UNDER SEAL** |
| C | OUS Study Protocol - **FILED UNDER SEAL** |
| D | Excerpts of the Deposition of Paul Timperman, MD., dated May 3, 2017 - **FILED UNDER SEAL** |
| E | Excerpts of the Transcript of the Status Conference in front of Judge Young, dated September 14, 2017 |

US.118950123.01

                                                Respectfully submitted,

Dated:  July 20, 2018                   /s/ Andrea Roberts Pierson
                                                Andrea Roberts Pierson (# 18435-49)
                                                Victoria R. Calhoon (# 28492-49)
                                                Anna C. Rutigliano (# 32743-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana  46204
                                                Telephone:  (317) 237-0300
                                                Facsimile:  (317) 237-1000
                                                andrea.pierson@faegrebd.com
                                                victoria.calhoon@faegrebd.com
                                                anna.rutigliano@faegrebd.com

                                                Charles Webber (# 215247)
                                                FAEGRE BAKER DANIELS LLP
                                                2200 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN 55402
                                                Telephone: (612) 766-8719
                                                Facsimile: (612) 766-1600
                                                chuck.webber@faegrebd.com

                                                *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.118950123.01