IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF TONYA BRAND'S MOTION TO EXCLUDE OR LIMIT
THE TESTIMONY OF BENNETT L. LEVENTHAL, M.D.**

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude or Limit the Testimony of Bennett L. Leventhal, M.D., and states as follows:

1. Cook designated Dr. Leventhal as a psychiatric expert and provided a report.

2. As discussed in the accompanying memorandum, Dr. Leventhal's opinions are not admissible under Rule 702 because they are not reliable, relevant, or helpful to the jury.

3. Plaintiff objects to Cook calling Dr. Leventhal at trial because he has reported no admissible opinions within a reasonable degree of medical certainty.

4. Should the Court permit Dr. Leventhal to testify, Plaintiff alternatively requests that the Court limit his testimony and exclude any opinions on or references to Ms. Brand's use of opioid prescriptions.

WHEREFORE, Plaintiff seeks an Order excluding or limiting Dr. Leventhal's testimony for the reasons set forth in the accompanying memorandum of law.

2

Dated July 20, 2018　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph N. Williams*
　　　　　　　　　　　　　　　　　　　　　　Joseph N. Williams, Atty. No. 25874-49
　　　　　　　　　　　　　　　　　　　　　　RILEY WILLIAMS & PIATT, LLC
　　　　　　　　　　　　　　　　　　　　　　301 Massachusetts Avenue
　　　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　　　　　Telephone: (317) 633-5270
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (317) 426-3348
　　　　　　　　　　　　　　　　　　　　　　Email:  jwilliams@rwp-law.com
　　　　　　　　　　　　　　　　　　　　　　*Liaison Counsel to Plaintiffs' Steering Committee*

　　　　　　　　　　　　　　　　　　　　　　Michael W. Heaviside, Esq.
　　　　　　　　　　　　　　　　　　　　　　HEAVISIDE REED ZAIC, A LAW CORPORATION
　　　　　　　　　　　　　　　　　　　　　　910 17th Street, NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 223-1993
　　　　　　　　　　　　　　　　　　　　　　mheaviside@hrzlaw.com

　　　　　　　　　　　　　　　　　　　　　　Ben C. Martin, Esq.
　　　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF BEN C. MARTIN
　　　　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, Suite 1230
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75219
　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 761-6614
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 744-7590
　　　　　　　　　　　　　　　　　　　　　　bmartin@bencmartin.com

　　　　　　　　　　　　　　　　　　　　　　David P. Matthews, Esq.
　　　　　　　　　　　　　　　　　　　　　　MATTHEWS AND ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　　2509 Sackett St.
　　　　　　　　　　　　　　　　　　　　　　Houston, TX  77098
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 522-5250
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 535-7184
　　　　　　　　　　　　　　　　　　　　　　dmatthews@thematthewslawfirm.com
　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 */s/ Ben C. Martin*
                 Ben C. Martin