**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF DAVID GILLESPIE, M.D.

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude or Limit the Expert Testimony of David Gillespie, M.D., and states as follows:

1. Defendant Cook's designated expert, Dr. David Gillespie, M.D., is a surgeon. He is not an engineer, an epidemiologist, or a statistician, and he has never designed an IVC filter.

2. As discussed in the accompanying memorandum filed in support of this motion, Dr. Gillespie's report offers opinions that he is unqualified by training or experience to render, that constitute mere speculation, that lack any evidentiary foundation, and that are unmoored from any methodology.

3. The Federal Rules of Evidence, and controlling authority interpreting the evidentiary standards for admission of expert testimony, compel the conclusion that Dr. Gillespie's opinions are inadmissible.

4. Plaintiff requests, for the reasons outlined in the accompanying memorandum, that the Court grant her motion to exclude or limit the expert testimony of David L. Gillespie,

1

MD. Specifically, Plaintiff requests that Dr. Gillespie's Opinions 2, 5, and 7, his other opinions regarding product design and/or efficacy (Report §§ IV-VI), and his purported omniscience in knowing the thoughts of other doctors (Report § VII), be excluded.

WHEREFORE, Plaintiff seeks an Order limiting Dr. Gillespie's testimony for the reasons set forth in the accompanying memorandum of law and the exhibits filed in support thereof.

Respectfully submitted this 20th day of July, 2018.

Dated: July 20, 2018.                    Respectfully Submitted,

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*


/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee
and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

           */s/ David P. Matthews*
           David P. Matthews, Esq.
           Matthew and Associates
           2509 Sackett St.
           Houston, TX 77098
           Telephone: (713) 522-5250
           Facsimile: (713) 535-7184
           Email: dmatthews@thematthewslawfirm.com
           *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

           */s/ Ben C. Martin*
           Ben C. Martin