# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

## **INDEX OF EXHIBITS**

Plaintiff files the following exhibits to Plaintiff's Motion to Exclude or Limit the Expert Testimony of David Gillespie, M.D.:

| Exhibit | Description | Sealed/filed publically |
|---|---|---|
| A | Expert Report of David Gillespie Regarding Tonya Brand | Sealed |
| B | Deposition of David L. Gillespie, M.D. of 7/7/2018 | Sealed |
| C | Excerpts from the Deposition of Dennis Griffin, M.D. of 4/10/2018 | Sealed |
| D | Report of Dennis Griffin, M.D. | Sealed |
| E | Excerpts from the Deposition of Paul Timperman, M.D. of 4/18/2018 | Sealed |
| F | Report of Paul Timperman, M.D. | Sealed |
| G | Excerpts from the Deposition of Mark Rheudasil, M.D. of 2/28/2018 | Sealed |
| H | Excerpts from the Deposition of Thomas Morrison, M.D. of 1/30/2018 | Sealed |
| I | Excerpts from the Deposition of Scott W. Robertson, M.D. of 7/13/2018 | Sealed |
| J | Email, CookMDL2570_0765339 | Sealed |
| K | Email, CookMDL2570_0765319 | Sealed |
| L | Document, CookMDL2570_0777401 | Sealed |

| Exhibit | Description | Sealed/filed publically |
|---------|-------------|-------------------------|
| M | Document, CookMDL2570_0484885 | Sealed |
| N | Excerpts from the Deposition of Arne Mølgaard-Nielsen of 10/05/2016 | Sealed |
| O | Email, CookMDL2570_0412417 | Sealed |
| P | Excerpts from the Deposition of James Carlson of 6/22/2017 | Sealed |
| Q | Notice to Take the Videotaped Oral Deposition of Defense Expert David Gillespie, MD | Filed Publically |
| R | Excerpts from Expert Report of Jon P. Fryzek | Sealed |

Dated: July 20, 2018.                    Respectfully Submitted,

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee
and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

        */s/ David P. Matthews*
        David P. Matthews, Esq.
        Matthew and Associates
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        Email: dmatthews@thematthewslawfirm.com
        *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin