**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's Memorandum in Support of Motion to Exclude or Limit the Expert Testimony of David Gillespie, M.D. Plaintiff would also respectfully move the Court to maintain under seal Exhibits A through P and R to Plaintiff's Motion. Plaintiff's Memorandum contains numerous references and quotations to material that has been designated as "Confidential" and Exhibits A through P and R to Plaintiff's Motion have been designated as "Confidential."

Dated: July 20, 2018.

Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

1

        */s/ Joseph N. Williams*
        Joseph N. Williams, Atty. No. 25874-49
        Riley Williams & Piatt, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: jwilliams@rwp-law.com
        *Liaison Counsel to Plaintiffs Steering Committee*
        *and on behalf of Plaintiffs Steering Committee*

        */s/ Michael W. Heaviside*
        Michael W. Heaviside, Esq.
        Heaviside Reed Zaic, A Law Corporation
        910 17th Street NW, Suite 800
        Washington, DC 20006
        Telephone: (202) 233-1993
        Email: mheaviside@hrzlaw.com
        *Plaintiffs' Co-Lead Counsel*

        */s/ David P. Matthews*
        David P. Matthews, Esq.
        Matthew and Associates
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        Email: dmatthews@thematthewslawfirm.com
        *Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 20, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin