**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE**
**<u>TESTIMONY OF JAMES CARLSON, Ph.D.</u>**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Testimony of James Carlson, Ph.D.:

| Exhibit | Description |
|---|---|
| A | Plaintiff's Designation of Experts and Opinion Testimony |
| B | Plaintiff's Affirmative Deposition Designations re: Dr. James Carlson, Ph.D. |
| C | Excerpts of Dr. Carlson's Deposition (June 22, 2017) – **FILED UNDER SEAL** |
| D | Excerpts of Dr. Carlson's Deposition (August 25, 2017) – **FILED UNDER SEAL** |

Respectfully submitted,

Dated: July 20, 2018

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118462366.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*