# EXHIBIT B

JIM CARLSON - Plaintiff Affirmative Designations, with Defendant Cook's Objections and Counter Designations

| Deponent | Deposition Date | Plaintiff Affirmative Designations | Defendant Cook Objections | Plaintiff Response | Court's Ruling |
|---|---|---|---|---|---|
| Jim Carlson | 6/22/2017 | 10:21-10:23 | | | |
| Jim Carlson | 6/22/2017 | 24:13-25:6 | | | |
| Jim Carlson | 6/22/2017 | 26:22-27:5 | | | |
| Jim Carlson | 6/22/2017 | 28:14-28:17 | | | |
| Jim Carlson | 6/22/2017 | 31:17-32:3 | | | |
| Jim Carlson | 6/22/2017 | 53:9-53:12 | | | |
| Jim Carlson | 6/22/2017 | 56:21-57:11 | | | |
| Jim Carlson | 6/22/2017 | 57:19-58:1 | | | |
| Jim Carlson | 6/22/2017 | 58:4-58:6 | | | |
| Jim Carlson | 6/22/2017 | 58:13-58:16 | | | |
| Jim Carlson | 6/22/2017 | 58:18-58:24 | | | |
| Jim Carlson | 6/22/2017 | 59:3-59:3 | | | |
| Jim Carlson | 6/22/2017 | 62:20-64:1 | | | |
| Jim Carlson | 6/22/2017 | 65:8-65:12 | | | |
| Jim Carlson | 6/22/2017 | 66:8-66:13 | | | |
| Jim Carlson | 6/22/2017 | 66:17-67:9 | | | |
| Jim Carlson | 6/22/2017 | 67:20-67:24 | | | |
| Jim Carlson | 6/22/2017 | 68:3-68:11 | | | |
| Jim Carlson | 6/22/2017 | 75:23-77:2 | | | |
| Jim Carlson | 6/22/2017 | 77:7-77:10 | | | |
| Jim Carlson | 6/22/2017 | 78:8-78:10 | | | |
| Jim Carlson | 6/22/2017 | 78:13-78:14 | | | |
| Jim Carlson | 6/22/2017 | 78:23-79:8 | | | |
| Jim Carlson | 6/22/2017 | 79:20-80:10 | | | |
| Jim Carlson | 6/22/2017 | 86:15-86:17 | | | |
| Jim Carlson | 6/22/2017 | 87:23-88:12 | | | |
| Jim Carlson | 6/22/2017 | 89:6-90:10 | | | |
| Jim Carlson | 6/22/2017 | 90:20-92:24 | | | |
| Jim Carlson | 6/22/2017 | 93:17-94:5 | | | |
| Jim Carlson | 6/22/2017 | 94:9-94:19 | | | |
| Jim Carlson | 6/22/2017 | 95:4-95:7 | | | |
| Jim Carlson | 6/22/2017 | 95:24-96:11 | | | |
| Jim Carlson | 6/22/2017 | 96:20-96:22 | | | |
| Jim Carlson | 6/22/2017 | 100:6-100:13 | | | |
| Jim Carlson | 6/22/2017 | 100:21-100:24 | | | |
| Jim Carlson | 6/22/2017 | 101:7-101:19 | | | |
| Jim Carlson | 6/22/2017 | 101:23-102:16 | | | |
| Jim Carlson | 6/22/2017 | 103:8-103:18 | | | |
| Jim Carlson | 6/22/2017 | 108:6-108:24 | | | |
| Jim Carlson | 6/22/2017 | 110:12-110:22 | | | |

| Deponent | Deposition Date | | | | |
|---|---|---|---|---|---|
| Jim Carlson | 6/22/2017 | 111:16-111:24 | | | |
| Jim Carlson | 6/22/2017 | 113:15-114:10 | | | |
| Jim Carlson | 6/22/2017 | 114:13-114:22 | | | |
| Jim Carlson | 6/22/2017 | 115:2-115:4 | | | |
| Jim Carlson | 6/22/2017 | 115:7-115:21 | | | |
| Jim Carlson | 6/22/2017 | 124:22-124:24 | | | |
| Jim Carlson | 6/22/2017 | 127:21-128:13 | | | |
| Jim Carlson | 6/22/2017 | 129:3-129:19 | | | |
| Jim Carlson | 6/22/2017 | 131:11-131:21 | | | |
| Jim Carlson | 6/22/2017 | 135:2-135:23 | | | |
| Jim Carlson | 6/22/2017 | 136:4-136:12 | | | |
| Jim Carlson | 6/22/2017 | 137:1-137:10 | | | |
| Jim Carlson | 6/22/2017 | 138:4-140:4 | | | |
| Jim Carlson | 6/22/2017 | 140:23-141:2 | | | |
| Jim Carlson | 6/22/2017 | 142:14-142:16 | | | |
| Jim Carlson | 6/22/2017 | 143:5-143:8 | | | |
| Jim Carlson | 6/22/2017 | 143:15-143:18 | | | |
| Jim Carlson | 6/22/2017 | 143:21-143:24 | | | |
| Jim Carlson | 6/22/2017 | 144:20-145:2 | | | |
| Jim Carlson | 6/22/2017 | 150:6-150:23 | | | |
| Jim Carlson | 6/22/2017 | 155:8-155:17 (beginning with "In your experience") | | | |
| Jim Carlson | 8/25/2017 | 455:15-455:17 | | | |
| Jim Carlson | 8/25/2017 | 457:6-457:10 | | | |
| Jim Carlson | 8/25/2017 | 457:14-457:18 | | | |
| Jim Carlson | 8/25/2017 | 458:5-458:14 | | | |
| Jim Carlson | 8/25/2017 | 459:11-459:24 | | | |
| Jim Carlson | 8/25/2017 | 462:13-463:9 | | | |
| **Deponent** | **Deposition Date** | **Defendant Cook Counter Designations** | **Plaintiff Objections** | **Defendant Cook Response** | **Court's Ruling** |
| Jim Carlson | | | | | |

**JIM CARLSON - Plaintiff Affirmative Designations, with Defendant Cook's Objections and Counter Designations**