IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates:

>*Brand v. Cook Medical, Inc., et al*
>Case No. 1:14-cv-6018-RLY-TAB

### PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF MARK RHEUDASIL, MD

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude or Limit the Expert Testimony of Mark Rheudasil, MD, and states as follows:

1. 1. Dr. Rheudasil was Brand's treating physician who implanted her Cook Celect® ("Celect") IVC filter prior to spine surgery.

2. Cook disclosed Dr. Rheudasil to testify as a non-retained expert who will opine, in part, IVC filters are safe and effective medical devices that prevent pulmonary embolism ("PE").

3. Cook did not submit a Rule 26(a)(2)(B) report for these opinions, and these opinions were not formed during the course of his treatment of Brand.

4. As discussed in the accompanying memorandum, Dr. Rheudasil's deposition testimony does not establish his opinions are supported by any reliable methodology that will be helpful to the jury.

5. Plaintiff does not object to Cook calling Dr. Rheudasil as a fact witness but does object to any impermissible expert testimony not limited to his observations during her treatment.

2

WHEREFORE, Plaintiff seeks an Order limiting Dr. Rheudasil's designated testimony for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted this 20th day of July, 2018.

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Ben C. Martin*_____
      Ben C. Martin