**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibit "A" to Plaintiff's Brief in Support of Motion to Exclude or Limit the Expert Testimony of Mark Rheudasil, MD.

Defendants have designated this document as "Confidential."

Dated: July 20, 2018

                                                                                  Respectfully Submitted,

                                                                                   */s/ Joseph N. Williams*_____
                                                                                   Joseph N. Williams, Atty. No. 25874-49
                                                                                   Riley Williams & Piatt, LLC
                                                                                   301 Massachusetts Avenue
                                                                                   Indianapolis, IN 46204
                                                                                   Telephone: (317) 633-5270
                                                                                   Facsimile: (317) 426-3348
                                                                                   Email: jwilliams@rwp-law.com

                                                                                  *Liaison Counsel to Plaintiffs' Steering Committee*
                                                                                 *and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*\
Michael W. Heaviside, Esq.\
Heaviside Reed Zaic, A Law Corporation\
910 17th Street NW, Suite 800\
Washington, DC 20006\
Telephone: (202) 233-1993\
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*\
Ben C. Martin, Esq.\
The Law Office of Ben C. Martin\
3710 Rawlin Street, Suite 1230\
Dallas, TX 75219\
Telephone: (214) 761-6614\
Facsimile: (214) 74407590\
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*\
David P. Matthews, Esq.\
Matthew and Associates\
2509 Sackett St.\
Houston, TX 77098\
Telephone: (713) 522-5250\
Facsimile: (713) 535-7184\
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*\
Ben C. Martin