**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES <br> PRACTICES AND PRODUCTS <br> LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to the Following Action only:

*Tonya Brand,*
No. 1:14-cv-06018-RLY-TAB

**MOTION FOR LEAVE TO
FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically Memorandum in Support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon. This brief will be electronically filed today, July 20, 2018. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

3. The Cook Defendants require a memorandum of more than 35 pages to support their Motion to Exclude Expert Opinions of Dr. Gregory Gordon, which addresses a multitude of opinions offered by Dr. Gordon on a diverse array of issues in this Bellwether trial.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook's Memorandum is less than 52 pages.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Memorandum in Support.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

Respectfully submitted,

Dated: July 20, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on July 20, 2018, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson