IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

_____

**ORDER ON MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Brief in Excess of Thirty-Five Pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a brief in excess of thirty-five pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.