# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____


## COOK DEFENDANTS' MOTION
## TO EXCLUDE EXPERT OPINIONS OF DR. GREGORY I. GORDON

    Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to exclude the proffered expert testimony of Dr. Gordon. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

    WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered expert testimony of Dr. Gordon, and for all other just and proper relief.

                                                   Respectfully submitted,

Dated: July 20, 2018                */s/ Andrea Roberts Pierson*
                                                   Andrea Roberts Pierson (# 18435-49)
                                                   J. Joseph Tanner (# 11856-49)
                                                   Nicholas B. Alford (# 31867-49)
                                                   FAEGRE BAKER DANIELS LLP
                                                   300 North Meridian Street, Suite 2700
                                                   Indianapolis, Indiana 46204
                                                   Telephone:  (317) 237-0300
                                                   Facsimile:  (317) 237-1000
                                                   E-Mail:  andrea.pierson@faegrebd.com
                                                   E-Mail:  joe.tanner@faegrebd.com
                                                   E-Mail:  nicholas.alford@faegrebd.com

                                                   *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.118856179.01