# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. HARLAN KRUMHOLZ

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Harlan Krumholz.:

| Exhibit | Description |
|---|---|
| A | Expert Report of Harlan Krumholz, MD, SM, dated April 30, 2018 – **FILED UNDER SEAL** |
| B | Deposition of Harlan Krumholz, MD, SM, dated June 28, 2018 – **FILED UNDER SEAL** |
| C | Bikdeli B., *et al.*, *Inferior Vena Cava Filters to Prevent Pulmonary Embolism: Systematic Review and Meta-Analysis*, J. Am. Coll. Cardiol. 2017 ;70:1587-97 |
| D | Excerpts of Expert Report of Christy Foreman, MBE, dated May 30, 2018 – **FILED UNDER SEAL** |
| E | Excerpts from the Deposition of Harlan Krumholz, MD, SM, dated February 8, 2018, in *Pavlock* – **FILED UNDER SEAL** |
| F | Excerpts of Rebecca Betensky, PhD., dated April 21, 2017 – **FILED UNDER SEAL** |
| G | Rebuttal Expert Report of Harlan Krumholz, MD, SM, dated June 18, 2018 – **FILED UNDER SEAL** |

| | |
|---|---|
| H | Simon M., *Vena Cava Filters: Prevalent Misconceptions*, JVIR 1999; 10:1021-1024 |
| I | Excerpts from Deposition of Gregory Gordon, dated June 12, 2018 – **FILED UNDER SEAL** |
| J | Excerpts from the Status Conference dated September 14, 2017, in front of Judge Young |
| K | Excerpts from the Deposition of Paul Timperman, MD., dated May 3, 2017 – **FILED UNDER SEAL** |
| L | FDA, Guidance for Cardiovascular Intravascular Filter 510(k) Submissions, 5-9 (Nov. 26, 1999) |
| M | Excerpts from the Gregory Gordon, MD Report, dated April 30, 2018 – **FILED UNDER SEAL** |

US.119000917.01

          Respectfully submitted,

Dated:  July 20, 2018          /s/ Victoria R. Calhoon
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Victoria R. Calhoon

US.119000917.01