# EXHIBIT J

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Indianapolis, Indiana
                                ) September 14, 2017
                                ) 10:08 a.m.
                                )
```

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**         David P. Matthews, Esq.
                            MATTHEWS & ASSOCIATES
                            2905 Sackett Street
                            Houston, TX  77098


                            Ben C. Martin, Esq.
                            LAW OFFICES OF BEN C. MARTIN
                            3710 Rawlins Street, Suite 1230
                            Dallas, TX  75219


                            Joseph N. Williams, Esq.
                            RILEY WILLIAMS & PIATT, LLC
                            301 Massachusetts Avenue
                            Indianapolis, IN  46204

                            Michael W. Heaviside, Esq.
                            HEAVISIDE REED ZAIC
                            910 17th Street NW, Suite 800
                            Washington, D.C.  20006

```
For Defendants:            Andrea Roberts Pierson, Esq.
                           John T. Schlafer, Esq.
                           FAEGRE BAKER DANIELS LLP
                           300 N. Meridian St., Suite 2700
                           Indianapolis, IN  46204

                           John Joseph Tanner, Esq.
                           BAKER & DANIELS
                           300 N. Meridian Street
                           Indianapolis, IN  46204




Court Reporter:            Margaret A. Techert
                           United States District Court
                           101 NW Martin Luther King Blvd.
                           Evansville, Indiana  47708



       PROCEEDINGS TAKEN BY MACHINE SHORTHAND
  TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1  testimony as to whether or not the perforations in these films
2  that he saw and that's it.  It's not -- it's nothing more than
3  that.  It's a limited role that we asked him to play in this
4  case.  It's an important role.  And I -- I think that -- that
5  if there's any prejudice, I'm not seeing it; and certainly the
6  importance of it would outweigh, I guess, whatever prejudice
7  that I'm still not seeing at the time.  I just don't see it.
8              THE COURT:  All right.  Thank you, Mr. Martin.  The
9  Court will deny the motion for leave to designate
10 Dr. Timperman after expert disclosures.  The designation came
11 significantly after our deadline -- our agreed upon deadline.
12 If there was problem in scheduling his deposition within the
13 deadline, parties could have come -- plaintiff could have come
14 to the Court and asked for relief on that.  Maybe we could
15 have worked out an agreement to take his deposition after the
16 deadline.
17             And also, even if I did -- did allow this
18 designation after the deadline, defendants certainly would
19 file a Daubert motion and there's no way that it would even
20 come close to satisfying Daubert standards.  I'm not going to
21 have my name on any opinion where an expert uses a business
22 card to conduct measurements in a complex medical products
23 liability case.  So Daubert -- it wouldn't satisfy Daubert
24 standards.  So I'll deny that motion.
25             Next item, Cook's motion precluding substantive use