UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____


**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
CASE-SPECIFIC EXPERT OPINIONS OF DR. GREGORY GORDON**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion To Exclude Case-Specific Expert Opinions of Dr. Gregory Gordon:

| Exhibit | Description |
|---|---|
| A | Expert Report of Dr. Gregory Gordon, dated 4/30/2018 – **FILED UNDER SEAL** |
| B | Expert Report of Dr. David Gillespie, dated 5/30/2018 – **FILED UNDER SEAL** |
| C | Excerpts from Deposition of Gregory I. Gordon, M.D., dated 6/12/2018 – **FILED UNDER SEAL** |
| D | Expert Report of Scott W. Robertson, Ph.D., dated 6/6/2018 – **FILED UNDER SEAL** |
| E | U.S. Dep't of Health & Human Servs., Guidance for Industry and FDA Staff: Guidance for Cardiovascular Intravascular Filter 510(k) Submissions (1999) |
| F | Expert Report of Harlan Krumholz, M.D. – **FILED UNDER SEAL** |
| G | Clement J. Grassi, et al., *Quality Improvement Guidelines for Percutaneous Permanent Inferior Vena Cava Filter Placement for the Prevention of Pulmonary Embolism*, 12 JVIR 137-141 (2001) |
| H | Cook Celect Filter Set for Femoral Vein Approach Instructions for Use (2008) |

| | | |
|---|---|---|
| I | Excerpts from Deposition of Dr. Mark Rheudasil, dated 2/28/2018 – **FILED UNDER SEAL** | |

                                          Respectfully submitted,

Dated: July 20, 2018                 */s/ Andrea Roberts Pierson*
                                          Andrea Roberts Pierson (# 18435-49)
                                          J. Joseph Tanner (# 11856-49)
                                          Nicholas B. Alford (# 31867-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana 46204
                                          Telephone:  (317) 237-0300
                                          Facsimile:  (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  joe.tanner@faegrebd.com
                                          E-Mail:  nicholas.alford@faegrebd.com

                                          *Counsel for the Defendants, Cook Incorporated,*
                                          *Cook Medical LLC (f/k/a Cook Medical*
                                          *Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.119008969.01