IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

> *Brand v. Cook Medical, Inc., et al*
> Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF RENU VIRMANI, M.D.

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude or Limit the Expert Testimony of Renu Virmani, M.D., and states as follows:

1. Defendant Cook's designated expert, Dr. Renu Virmani, M.D., is an anatomic pathologist focused on the study of tissue. She is not a forensic or clinical pathologist, a vascular surgeon, or a hematologist.

2. As discussed in the accompanying memorandum, Dr. Virmani's report offers opinions that she is unqualified by training or experience to render, that constitute mere speculation, that lack any evidentiary foundation, and that are unmoored from any methodology.

3. The Federal Rules of Evidence, and controlling authority interpreting the evidentiary standards for admission of expert testimony, compel the conclusion that Dr. Virmani's opinions are inadmissible.

4. Plaintiff requests, for the reasons outlined in the accompanying memorandum, that the Court grant her motion to exclude or limit the expert testimony of Renu Virmani, M.D. Specifically,

2

Plaintiff requests that the Court exclude all opinions in Section VIII(i) of Dr. Virmani's report beginning with the statement that "Small clots are not concerning…" through the end of the section.

WHEREFORE, Plaintiff seeks an Order limiting Dr. Virmani's designated testimony for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted this 20th day of July, 2018.

> /s/ Joseph N. Williams
> Joseph N. Williams, Atty. No. 25874-49
> RILEY WILLIAMS & PIATT, LLC
> 301 Massachusetts Avenue
> Indianapolis, IN 46204
> Telephone: (317) 633-5270
> Facsimile: (317) 426-3348
> Email:  jwilliams@rwp-law.com
> *Liaison Counsel to Plaintiffs' Steering Committee*
>
> Michael W. Heaviside, Esq.
> HEAVISIDE REED ZAIC, A LAW CORPORATION
> 910 17th Street, NW, Suite 800
> Washington, DC 20006
> Telephone: (202) 223-1993
> mheaviside@hrzlaw.com
>
> Ben C. Martin, Esq.
> THE LAW OFFICES OF BEN C. MARTIN
> 3710 Rawlins Street, Suite 1230
> Dallas, TX  75219
> Telephone: (214) 761-6614
> Facsimile: (214) 744-7590
> bmartin@bencmartin.com

2

3

        David P. Matthews, Esq.
        MATTHEWS AND ASSOCIATES
        2509 Sackett St.
        Houston, TX  77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin