UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570
_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB
_____

**MOTION FOR LEAVE TO
FILE A SUMMARY JUDGMENT BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

    Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically the Cook Defendants' Memorandum in Support of their Motion for Summary Judgment in the *Brand* case. This brief will be electronically filed today, July 20, 2018. In support of this motion, the Cook Defendants state:

    1.    Local Rule 7.1(e)(1) provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

    2.    The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of their Motion for Summary Judgment in the *Brand* matter. This is a bellwether MDL case, and Plaintiff brings multiple claims. Complex product liability questions are at issue.

3. For these reasons, the Cook Defendants reasonably require a memorandum of more than 35 pages to fully address and brief all arguments in support of their Motion for Summary Judgment.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook's summary judgment brief is less than 45 pages.

6. Pursuant to Local Rule 7.1(e)(3), the Cook Defendants have included a Table of Contents, a Statement of Issues, and a Table of Authorities in its Memorandum in Support of Motion for Summary Judgment.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of their Motion for Summary Judgment in the *Brand* case.

Respectfully submitted,

Dated: July 20, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                   */s/ Andrea Roberts Pierson*