IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF TONYA BRAND'S MOTION TO EXCLUDE
THE TESTIMONY OF TIMOTHY MORRIS. MD**

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude the Testimony of Timothy Morris, MD, and states as follows:

1. Cook designated Dr. Morris as a pulmonology expert and provided a report.

2. As discussed in the accompanying memorandum, Dr. Morris's opinions are not admissible under Rule 702 because they are not reliable or relevant, and they will not be helpful to the jury.

3. Plaintiff objects to Cook calling Dr. Morris at trial because he bases his efficacy opinions on sources and studies that are not relevant or reliable for this purpose.

WHEREFORE, Plaintiff seeks an Order excluding Dr. Morris's testimony for the reasons set forth in the accompanying memorandum of law.

2

| Dated July 20, 2018 | Respectfully submitted, |
|---|---|
| | */s/ Joseph N. Williams*<br>Joseph N. Williams, Atty. No. 25874-49<br>RILEY WILLIAMS & PIATT, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: (317) 633-5270<br>Facsimile: (317) 426-3348<br>Email:  jwilliams@rwp-law.com<br>*Liaison Counsel to Plaintiffs' Steering Committee* |

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin