UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

―――――――――――――――――――――――――――

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                    MDL No. 2570

―――――――――――――――――――――――――――

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

―――――――――――――――――――――――――――

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
<u>OPINIONS OF DR. ROBERT MCMEEKING</u>**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion To Exclude Case-Specific Expert Opinions of Dr. Robert McMeeking:

| Exhibit | Description |
|---|---|
| A | Expert Report of Dr. Robert McMeeking, dated 4/30/2018 – **FILED UNDER SEAL** |
| B | Excerpts from the Brand Deposition of Dr. Robert McMeeking, dated 6/8/2018 – **FILED UNDER SEAL** |
| C | Excerpts from the Brand Deposition of Dr. Scott Robertson (Rough Transcript) |
| D | Excerpts from the Hill Deposition of Dr. Robert McMeeking, dated 6/1/2017 – **FILED UNDER SEAL** |

Dated: July 20, 2018                     /s/ James Stephen Bennett
                                         James Stephen Bennett (# 22869-02)
                                         FAEGRE BAKER DANIELS LLP
                                         110 W. Berry Street, Suite 2400
                                         Fort Wayne, Indiana  46802
                                         Telephone: (260) 424-8000
                                         Facsimile: (260) 460-1700
                                         stephen.bennett@faegrebd.com

                                         J. Joseph Tanner (# 11856-49)
                                         Andrea Roberts Pierson (# 18435-49)
                                         John T. Schlafer (# 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana  46204
                                         Telephone: (317) 237-0300
                                         Facsimile:  (317) 237-1000
                                         E-Mail:  joe.tanner@faegrebd.com
                                         E-Mail:  andrea.pierson@faegrebd.com
                                         E-Mail:  john.schlafer@faegrebd.com

                                         *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018 a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ James Stephen Bennett