# EXHIBIT C

ROUGH DRAFT TRANSCRIPT                55

1  be permanent or retrieved?

2  A    I don't recall.

3  Q    Do you know for any point -- at any point in time or

4  any point in her IVC what the diameter is of Tonya Brand's

5  IVC?

6  A    Yes, I remember measuring it to be roughly 22

7  millimeters at the level of the lowest electric of the IVC

8  filter.

9  Q    Is that the only measurement of Ms. Brand's IVC that

10 you took?

11 A    Yes.

12 Q    That measurement that you are providing of 22

13 millimeters for Tonya Brand's vena cava, is that the

14 location where the filter was implanted?

15 A    It was near by, yes.  I can't say that it was at the

16 exact location because of the slices of the CT are -- they

17 have axial slice thicknesses anywhere between two and a

18 half a and 5 millimeters, so there may be some off set by

19 a small amount, but it's in the general vicinity of where

20 the filter landed, yes.

21  Q    So is it your best -- well, let me ask you this.  In

22  your opinion, what was the diameter of Tonya Brand's IVC

23  filter at the location where the filter was implanted?

24  A    Sorry, you asked me for the diameter of the IVC

25  filter?


ROUGH DRAFT TRANSCRIPT

ROUGH DRAFT TRANSCRIPT              56

1  Q    I'm sorry, of the IVC.  So let me try it again.  What
2  is the diameter or what was the diameter of Tonya Brand's
3  IVC at the location where the filter was implanted into
4  her IVC?
5  A    Approximately 22 millimeters.
6  Q    Did you, yourself, review Tonya Brand's medical
7  records?
8  A    Yes.
9  Q    I notice in your report -- in your report on Page c
10 one you wrote finally I have reviewed the written report
11 of doctors timber man, Gillespie and Griffin who provide
12 opinions of Ms. Brand's case.  I rely on Dr. Gillespie's
13 report for a complete description of Ms. Brand's medical
14 history, and you go on from there.  So are you relying on
15 Dr. Gillespie's report for Ms. Brand's medical history?
16 A    In addition to her actual medical history, yes.
17 Q    Which you reviewed yourself.
18 A    Yes.
19 Q    Did anyone other -- with the exception of
20 Dr. Gillespie's report, did anyone else provide you with a

21 summary of the medical records of Tonya Brand?

22 A  Not that I recall.

23 Q  Did you take any notes from your conversation with

24 Dr. Gillespie?

25 A  No.


ROUGH DRAFT TRANSCRIPT