**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to

maintain under seal Plaintiff's Memorandum in Support of Motion to Exclude the Testimony of

Timothy A. Morris, M.D.  Plaintiff would also respectfully move the Court to maintain under

seal Exhibits A through B to Plaintiff's motion.  Plaintiff's Memorandum contains numerous

references and quotations to material that has been designated as "Confidential," as well as

Exhibits A though B.

Dated: July 20, 2018

                              Respectfully Submitted,

                              */s/ Joseph N. Williams*_____
                              Joseph N. Williams, Atty. No. 25874-49
                              Riley Williams & Piatt, LLC
                              301 Massachusetts Avenue
                              Indianapolis, IN 46204
                              Telephone: (317) 633-5270
                              Facsimile: (317) 426-3348
                              Email: jwilliams@rwp-law.com

                              *Liaison Counsel to Plaintiffs' Steering Committee
                              and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin