# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc., et al.*
No. 1:14-cv-06018-RLY-TAB

_____

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | History and Physical Report, dated 2/24/2009 (Northside Hosp. 462-464) – **FILED UNDER SEAL** |
| B | Office Note, dated 2/16/2009 (Brand_000886) – **FILED UNDER SEAL** |
| C | Excerpts from Deposition of Dr. Mark Rheudasil, dated 2/28/2018 – **FILED UNDER SEAL** |
| D | Dr. Rheudasil Operative Report, dated 3/19/2009 (Northside Hosp. 485-486) – **FILED UNDER SEAL** |
| E | Dr. Morrison Operative Report, dated 3/19/2009 (Northside Hosp. 487-488) – **FILED UNDER SEAL** |
| F | Informed Consent to Surgical or Diagnostic Procedures or Treatment, dated 3/19/2009 (Northside Hosp. 617) – **FILED UNDER SEAL** |
| G | Anesthesia Record, dated 3/19/2009 (Northside Hosp. 489-941) – **FILED UNDER SEAL** |
| H | CT Report, dated 12/29/2008 (Northside Hosp. 643) – **FILED UNDER SEAL** |
| I | IR Discogram Report, dated 1/15/2009 (Northside Hosp. 641) – **FILED UNDER SEAL** |
| J | Excerpts from Deposition of Tonya Jo Brand, dated 12/10/2015 – **FILED UNDER SEAL** |
| K | Operative Report, dated 10/22/2015 (St. Joseph Hosp. 117-119) – **FILED UNDER SEAL** |
| L | Fourth Supplemental Plaintiff Profile Form, dated 3/19/2018 – **FILED UNDER SEAL** |
| M | Excerpts from Deposition of Dr. Gregory Gordon, dated 6/12/2018 – **FILED UNDER** |

| | SEAL |
|---|---|
| N | Cook Celect Filter Set for Femoral Vein Approach Instructions for Use (2008) |
| O | Expert Report of Dr. David Gillespie, dated 5/30/2018 – **FILED UNDER SEAL** |
| P | Expert Rebuttal Report of Dr. Harlan Krumholz, dated 6/12/2018 – **FILED UNDER SEAL** |
| Q | Expert Report of Dr. Gregory Gordon, dated 4/30/2018 – **FILED UNDER SEAL** |
| R | Excerpts from Deposition of Robert McMeeking, Ph.D., dated 6/8/2018 – **FILED UNDER SEAL** |
| S | Expert Report of Dr. Harlan Krumholz, dated 4/30/2018 – **FILED UNDER SEAL** |
| T | Excerpts from Deposition of Michael Fishbein, M.D., dated 6/4/2018 – **FILED UNDER SEAL** |
| U | Excerpts from Deposition of Harlan M. Krumholz, MD, dated 6/28/2018 – **FILED UNDER SEAL** |
| V | Email from Ben Martin to Bruce Jones, dated 7/17/2018 – **FILED UNDER SEAL** |

Respectfully submitted,

Dated: July 20, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegrebd.com
Email: john.schlafer@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.   Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.118955704.01