UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates Only to the Following Case:

Tonya Brand – 1:14-cv-06018-RLY-TAB

_____

**COOK DEFENDANTS' MOTION TO EXCLUDE
EXPERT OPINIONS OF ROBERT W. JOHNSON AND JAMES A. MILLS**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to exclude the proffered expert testimony of Robert W. Johnson and James A. Mills.  The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude from evidence the proffered expert testimony of Jim Carlson, and for all other just and proper relief.

US.119010375.01

                                  Respectfully submitted,

Dated: July 20, 2018                */s/ John T. Schlafer*
                                  Andrea Roberts Pierson (# 18435-49)
                                  John T. Schlafer (# 28771-49)
                                  FAEGRE BAKER DANIELS LLP
                                  300 North Meridian Street, Suite 2700
                                  Indianapolis, Indiana 46204
                                  Telephone: (317) 237-0300
                                  Facsimile: (317) 237-1000
                                  Email:  andrea.pierson@faegrebd.com
                                  Email:  john.schlafer@faegrebd.com

                                  James Stephen Bennett (# 22869-02)
                                  FAEGRE BAKER DANIELS LLP
                                  110 W. Berry Street, Suite 2400
                                  Fort Wayne, Indiana 46802
                                  Telephone: (260) 424-8000
                                  Facsimile: (260) 460-1700
                                  stephen.bennett@faegrebd.com


                                  *Counsel for the defendants, Cook Incorporated,*
                                  *Cook Medical LLC (f/k/a Cook Medical*
                                  *Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                 */s/ John T. Schlafer*

US.119010375.01