# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBIT TO THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF ROBERT W. JOHNSON AND JAMES A. MILLS

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibit to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Robert W. Johnson and James A. Mills. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A** to The Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Robert W. Johnson and James A. Mills is ordered to be maintained **under seal.**

SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.118986246.04