UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Matters.

_____

## MOTION FOR LEAVE TO FILE
## ADDITIONAL MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's pretrial scheduling order, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order granting them leave to file an additional motion for summary judgment. This additional summary judgment motion is being electronically filed on July 20, 2018. In support of this motion, the Cook Defendants state:

1. The Court's Amended Case Management Order #19 provides that absent prior leave of the court for good cause shown, all issues raised in a motion for summary judgment must be raised by a party in a single motion. *See* Dkt. 3326, ¶ 7.

2. The Cook Defendants have filed a summary judgment motion in this bellwether case, addressing the usual type of case-specific grounds for summary judgment raised in such motions, *e.g.*, sufficiency of evidence to prove the elements of the claims, etc.

3. The Cook Defendants respectfully request the Court's leave to file an additional motion for summary judgment focused solely on the issue of federal preemption based on the United States Food and Drug Administration's ("FDA") regulation of the Cook products at issue. This additional motion involves no case-specific evidence, but would instead focus on issues

- 2 -

common to most or all of the MDL cases and rely on a common body of facts relating to Cook and the FDA. This additional summary judgment motion would thus differ from the case-specific motions both in the nature of the legal issues raised and in the nature of the evidence on which it is based.

4. The Cook Defendants respectfully submit that these differences in the legal issues and the distinct factual basis for the additional motion provide good cause for the presentation of the preemption issues in a separate motion for summary judgment. Combining the preemption issue with the case-specific issues raised in the separate motion would have created the potential for confusion, made the supporting memoranda overlong and unwieldy, and forced substantial repetition of the same argument in both motions. The Cook Defendants therefore respectfully request the Court's leave to file an additional summary judgment motion addressing only the issue of federal preemption.

5. Because of a technical error in filing, this preemption motion and supporting brief were previously filed on July 18, withdrawn on July 19, and are being re-filed as of this date. There are no changes to the brief other than changes to the certificate of service.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file an additional motion for summary judgment.

Respectfully submitted,

Dated: July 21, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: joe.tanner@faegrebd.com
E-Mail: nicholas.alford@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*