N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc., et al.*
No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN
SUPPORT OF MOTION TO EXCLUDE
<u>SPECIFIC TREATING PHYSICIAN TESTIMONY</u>**

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Specific Treating Physicians:

| Exhibit | Description |
|---|---|
| A | Deposition of Mark Rheudasil, dated 2/28/2018 – **FILED UNDER SEAL** |
| B | Plaintiff's Rule 26(a)(2)(C) Disclosures |
| C | Deposition of Thomas Morrison, dated 1/30/2018 – **FILED UNDER SEAL** |

Dated: July 21, 2018

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                  /s/ Andrea Roberts Pierson