UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Tonya Brand – 1:14-cv-06018-RLY-TAB

**AFFIDAVIT OF JANE DALL WILSON**

I, Jane Dall Wilson, do declare and state the following:

1. I am a Partner at the law firm of Faegre Baker Daniels, LLP.

2. All statements in this Affidavit are based on my personal knowledge.

3. Daubert and summary judgements motions in this matter were due on Friday, July 20, 2018.

4. During the filing of these motions on July 20, 2018, we experienced certain technological difficulties on both the firm systems and the e-filing system, which caused the filing process to take significantly longer than expected and resulted in a limited number of filings related to these motions being made after midnight.

5. The post-midnight filings were not made with any intention of delay, and diligent effort was made to resolve all filing issues as quickly as possible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7-21-18                         s/Jane Dall Wilson
                                             Jane Dall Wilson

1

Respectfully submitted,

Dated: July 21, 2018

*/s/ Jane Dall Wilson*
Jane Dall Wilson (# 24142-71)
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jane.wilson@faegrebd.com
Email:  andrea.pierson@faegrebd.com
Email:  john.schlafer@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Jane Dall Wilson*

US.119010381.01