IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF TONYA BRAND'S MOTION TO EXCLUDE
THE TESTIMONY OF SCOTT W. ROBERTSON, Ph.D.**

COMES NOW Tonya Brand ("Brand"), Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that this Court Exclude the Testimony of Scott W. Robertson, Ph.D., and states as follows:

1. Cook designated Dr. Robertson as an engineering expert and provided a report.

2. As discussed in the accompanying memorandum, Dr. Robertson is not qualified (as he candidly admitted in deposition) to offer his Opinion 2 that "Cook Medical's Gunther Tulip and Celect IVC filter designs are not defective, and the benefits or utility of the designs far outweigh their risks." Furthermore, Dr. Robertson's Opinion 2 is not admissible under Rule 702 because his methodology is not reliable and his opinion will not be helpful to the jury.

WHEREFORE, Plaintiff seeks an Order excluding Dr. Robertson's Opinion 2 (and all related testimony regarding alleged efficacy or benefits of the Celect filter) for the reasons set forth in the accompanying memorandum of law.

1

2

Dated July 23, 2018

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        */s/ Ben C. Martin*
                                                        Ben C. Martin