**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
    Tonya Brand
    No. 1:14-cv-06018-RLY-TAB

### ORDER ON COOK DEFENDANTS' MOTION TO BIFURCATE

This matter came before the Court on the Motion To Bifurcate filed by Cook Defendants' Counsel, requesting the court to bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Cook Defendant's Motion To Bifurcate is granted, and the Court will bifurcate the compensatory and punitive damages portions of this case into separate trial phases, using the same jury.

Entered this _____ day of_____, 2018.

 

                                                                Hon. Richard L. Young
                                                                 United States District Judge
                                                                 Southern District of Indiana

Distribution to:

All counsel of record via the Court's CM/ECF system

All non-registered counsel of record will be served by Plaintiffs' Lead Counsel

US.118749023.01