## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Robert Skehan and Eunice Skehan

Civil Case # 1:16-cv-2045

## MOTION FOR SUBSTITUTION OF ATTORNEY

COME NOW Plaintiffs and respectfully request this Court allow Alexander Braitberg to withdraw as counsel of record for Plaintiffs, and to substitute as counsel of record for Plaintiffs, the following attorney:   Kimberly Starr Morr of Keane Law LLC.   Ryan Keane of Keane Law LLC also remains as counsel of record for Plaintiffs.

Respectfully submitted,

KEANE LAW LLC

 /s/ *Ryan A. Keane*
Ryan A. Keane, #62112
Kimberly Starr Morr, #68773
7777 Bonhomme Ave, #1600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
kimberly@keanelawllc.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2018, a true and accurate copy of the foregoing was served on all counsel of record by filing it in the court's electronic filing system.

/s/ *Ryan A. Keane*

Our file#2018-00037