# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s)
Robert Skehan and Eunice Skehan

Civil Case # 1:16-cv-2045

## ORDER

The Court, having considered Plaintiff Robert Skehan's and Plaintiff Eunice Skehan's Motion for Substitution of Counsel, hereby orders that said Motion is GRANTED.

**IT IS HEREBY ORDERED** that attorney Alexander Braitberg be withdrawn as counsel of record for Plaintiffs and that attorney Kimberly Starr Morr be permitted to enter appearance on behalf of Plaintiffs.

Dated: _____   _____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Our file #2018-00037