UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: All Cases _____ | ) ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR JULY 24, 2018**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a status conference. Plaintiff appeared by Joe Williams, Mike Heaviside, and Ben Martin. The Cook Defendants appeared by Andrea Pierson, Charles Webber, Jessica Cox, and Steve Bennett. The court heard argument from counsel on three motions, and ruled as follows:

1. Cook Defendants' Motion for Screening Order and Bellwether Selection Plan (Filing No. 8449) is **UNDER ADVISEMENT**. Cook is granted leave to file a Reply, which is due on or before August 8, 2018.

2. Cook Defendants' Motion to Strike Specific Rebuttal Opinions (Filing No. 8461) is **UNDER ADVISEMENT**.

3. Plaintiff Brand's Motion to Strike Defendants' Non-Retained Expert Raman Uberoi, M.D. (Filing No. 8491) is **UNDER ADVISEMENT**, with the proviso that he may not offer cumulative testimony.

With respect to the Brand trial, video deposition designations will be played at the same time to avoid piecemeal presentation to the jurors. In addition, because Arne Nielsen will be available to testify, he will testify as a live witness, and not by deposition.

**SO ORDERED** this 25th day of July 2018.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.