IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:16-cv-2172 MDL No. 2570 |

This Document Relates to:

Patricia Holmes v. Cook, Inc., et al

## **MOTION TO WITHDRAW**

Pursuant to Local Rule 83-7, Plaintiff moves the Court to allow the withdrawal of Sarah A. Wolter, with Andrus Wagstaff, PC.

1. Plaintiff is currently represented by John D. Sileo of The Law Offices of John D. Sileo, and Sarah A. Wolter of Andrus Wagstaff, PC. A Notice of Appearance was filed in error for Sarah A. Wolter of Andrus Wagstaff, PC and she no longer wishes to represent Plaintiff in the above-referenced cause number.

2. Plaintiff respectfully moves the Court to allow the withdrawal of Sarah A. Wolter and Andrus Wagstaff, PC as attorneys of record for Plaintiff in this matter with the understanding that Plaintiff will continue to be represented by John D. Sileo of the Law Offices of John D. Sileo.

3. No party will be left without counsel, nor will the withdrawal cause any delay.

4. Accordingly, Plaintiff respectfully requests that Sarah A. Wolter and Andrus Wagstaff, PC be removed as attorney of record in the above-referenced matter.

Dated: July 25, 2018           Respectfully submitted,

                   **ANDRUS WAGSTAFF, PC**

                   */s/ Sarah A. Wolter*
                   Sarah A. Wolter
                   CO State Bar No. 47599
                   **Andrus Wagstaff, PC**
                   7171 W Alaska Drive
                   Lakewood, CO 80226
                   Telephone: (303) 376-6360
                   Facsimile: (303) 376-6361
                   sarah.wolter@andruswagstaff.com
                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 25, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                   */s/ Sarah A. Wolter*
                   Sarah A. Wolter