IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:16-cv-2172
MARKETING, SALES PRACTICES AND                           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Patricia Holmes v. Cook, Inc., et al

_____

## ORDER

On this day came on for consideration Plaintiffs' Motion to Withdraw Sarah A. Wolter, with Andrus Wagstaff, PC, as Plaintiffs' attorneys from the above-referenced matter. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and that Sarah A. Wolter is hereby removed as attorneys of record in the above-referenced matter.


SIGNED _____, 2018


_____
JUDGE PRESIDING