UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 2570 Case No. 1:14-ml-2570 Civil Action: 1:18-cv-00550 JUDGE TIM A. BAKER |

## ORDER GRANTING PLAINTIFF, NORMA WILLSON, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT-AS TO PLAINTIFF'S LAST NAME

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Norma Willson, Motion for leave to file first amended complaint as to the Plaintiff's last name, be grated.

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint is deemed filed as of the date of this order. The clerk shall correct the spelling of Plaintiff's last name on the docket of the member case, 1:18-cv-550-RLY-TAB.

Dated:  7/26/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.