IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                        1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                           MDL No: 2570

_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## **ORDER**

On this day came on for consideration Plaintiff's Motion for Extension of Time to File F.R.C.P. Rule (25)(a)(1) Motion to Substitute Party Plaintiff. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and that Plaintiff's time to file said motion shall be extended to <u>July 27, 2018</u>.

SIGNED _____, 2018

_____
JUDGE PRESIDING