**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**<u>DOCUMENTS FILED UNDER SEAL</u>**

Plaintiff files under seal the following unredacted documents:

Plaintiff's Motion in Limine Regarding the FDA's 510(k) Clearance of the Celect Filter and Its "Low Complaint Rate" and to Exclude or Limit the Expert Testimony of Christy Foreman, MBE;

| | |
|---|---|
| Exhibit A: | Expert Report: Regulatory Review for Cook IVC Filters dated May 30, 2018, by Christy Foreman ("Foreman Report"); |
| Exhibit B: | Excerpts from Medical Devices and the Public Health: The 510(k) Clearance Process at 35 years (National Academies of Science 2011) ("IOM Report"); |
| Exhibit C: | Deposition of Christy Foreman, MBE, dated July 17, 2018 (condensed version) ("Foreman Dep."); |
| Exhibit D: | Cook Celect Filter Set for Femoral Vein Approach Instructions for Use ("IFU"); |
| Exhibit E: | Excerpts (Pages 1, 120 & 194) from Deposition of Phu B. Thai, M.D., dated April 4, 2018; |
| Exhibit F: | CookMDL2570_1300843; |
| Exhibit G: | CookMDL2570_0816940; and |

Exhibit H:	Excerpts (Pages 1 & 96–97) from Deposition of Arne Mølgaard-Nielsen, dated July 14, 2016.

Dated: July 27, 2018

                      Respectfully Submitted,

                      */s/ Ben C. Martin*
                      Ben C. Martin, Esq.
                      The Law Office of Ben C. Martin
                      3219 McKinney Avenue, Suite 100
                      Dallas, TX 75204
                      Telephone: (214) 761-6614
                      Facsimile: (214) 744-7590
                      Email: bmartin@bencmartin.com

                      *Plaintiffs' Co-Lead Counsel*


                      */s/ Joseph N. Williams*
                      Joseph N. Williams, Atty. No. 25874-49
                      Riley Williams & Piatt, LLC
                      301 Massachusetts Avenue
                      Indianapolis, IN 46204
                      Telephone: (317) 633-5270
                      Facsimile: (317) 426-3348
                      Email: jwilliams@rwp-law.com

                      *Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

                      */s/ Michael W. Heaviside*
                      Michael W. Heaviside, Esq.
                      Heaviside Reed Zaic, A Law Corporation
                      910 17th Street NW, Suite 800
                      Washington, DC 20006
                      Telephone: (202) 233-1993
                      Email: mheaviside@hrzlaw.com
                      *Plaintiffs' Co-Lead Counsel*

>*/s/ David P. Matthews*
>David P. Matthews, Esq.
>Matthew and Associates
>2509 Sackett St.
>Houston, TX 77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>Email: dmatthews@thematthewslawfirm.com
>
>
>*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Ben C. Martin*
>Ben C. Martin