IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | |
| IVC FILTERS MARKING, | 1:14-ml-02570-RLY-TAB |
| SALES PRACTICED AND | |
| PRODUCTS LIABILITY LITIGATION MDL | MDL No: 2570 |

_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff, DUSTIN DECANN, by and through his undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and hereby files his MOTION TO SUBSTITUTE PARTY PLAINTIFF. Plaintiff states as follows:

1. Plaintiff, by and through his undersigned counsel, filed his Short Form Complaint against Defendants on January 26, 2018 in the Southern District of Indiana, MDL No. 2570.

2. On February 7, 2018, Plaintiff died.

3. On May 31, 2018, Amber Taylor was duly appointed as the Personal Representative of Plaintiff's estate and is the proper party to substitute for Plaintiff pursuant to Federal Rule 25(a)(1): "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." (See attached Letter of Administration, attached hereto as "Exhibit A").

4. This Motion is not made for the purpose of undue delay or to prejudice any other party subject to this suit.

WHEREFORE, Plaintiff, DUSTIN DECANN, respectfully requests this Court GRANT his Motion to Substitute Party Plaintiff, substituting Amber Taylor as Plaintiff in this action and any other relief this Court deems just and reasonable.

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*

_____
Robert J. Fenstersheib
Florida Bar #307300
The Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  July 27, 2018 , I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
The Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com