IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | |
| IVC FILTERS MARKING, | 1:14-ml-02570-RLY-TAB |
| SALES PRACTICED AND | |
| PRODUCTS LIABILITY LITIGATION MDL | MDL No: 2570 |

_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## **ORDER**

On this day came on for consideration Plaintiff's Motion to Substitute Party Plaintiff. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted..

SIGNED _____, 2018

_____
JUDGE PRESIDING