IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                           1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL              MDL No: 2570
_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN/
AMBER TAYLOR ON BEHALF OF
THE ESTATE OF DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB
_____

## MOTION FOR LEAVE TO FILE FIRST AMENDED
## SHORT FORM COMPLAINT

COMES NOW, Plaintiff, AMBER TAYLOR, by and through her undersigned counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and hereby files her MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT, and in support thereof states as follows:

Dustin DeCann, by and through his undersigned counsel, filed his Short Form Complaint against Defendants on January 26, 2018 in the Southern District of Indiana, MDL No. 2570. (Dkt. No. 1). On February 7, 2018, Dustin DeCann died. On May 31, 2018, Amber Taylor was duly appointed as the Personal Representative of Dustin DeCann's estate. On June 26, 2018, undersigned counsel, filed Motion to Substitute Party asking this Court to substitute Amber Taylor for originally named Plaintiff, Dustin DeCann. (Dkt. No. 14). This Motion for Leave to File First Amended Short Form Complaint is submitted in anticipation of this Court's order allowing Amber Taylor's substitution as Party Plaintiff.

Pursuant to the Federal Rules of Civil Procedure, a party may amend its pleading with the court's leave before trial and after twenty-one (21) days of serving the pleading. Fed. R. Civ. P. 15(a)(2). Dustin DeCann's Short Form Complaint was filed and served against Defendants on January 26, 2018. (Dkt. No. 1). It is well past the twenty-one days and still before a trial has commenced. Therefore, Amber Taylor seeks leave to file the attached First Amended Short Form Complaint substituting herself as Plaintiff on behalf of the estate of Dustin DeCann and including additional claims against Defendants. (See attached First Amended Short Form Complaint, attached hereto as "Exhibit A").

Furthermore, this Motion is not made for the purpose of undue delay or to prejudice any other party subject to this suit. This Motion is made in an attempt to assist in a swift continuation of this case.

WHEREFORE, Plaintiff, AMBER TAYLOR, respectfully requests this Court GRANT her Motion for Leave to File First Amended Short Form Complaint, direct the Clerk to file the attached First Amended Short Form Complaint, and any other relief this Court deems just and reasonable.

Respectfully Submitted,

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
The Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
The Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com