IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                 1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                    MDL No: 2570

_____

This Document Relates to Plaintiff(s):
Amber Taylor, personal representative of
the Estate of Dustin DeCann
Civil Case # 1:18-cv-00229-RLY-TAB

_____

Exhibit "A"

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for First Amended Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party:
   Dustin DeCann.
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Amber Taylor, Personal Representative of the Estate of Dustin DeCann.
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Idaho.
   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Idaho.
   _____

6. Plaintiff's/Deceased Party's current state of residence:
   Idaho.
   _____

7. District Court and Division in which venue would be proper absent direct filing:
   District of Idaho - Central Division (Moscow)
   _____

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 27 and 28; Paragraphs 23, 24, 25, and 26.
   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:
   N/A.
   _____

   _____

   _____

10. Defendant's Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filters):

    [✓] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

    [ ] Other: _____

11. Date of Implantation as to each product:

    January 27, 2008.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph's Regional Medical Center, Lewiston, ID.

13. Implanting Physician(s):

    Dr. Neal Clinger.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✓] Count I:     Strict Products Liability – Failure to Warn
    - [✓] Count II:    Strict Products Liability – Design Defect
    - [✓] Count III:   Negligence
    - [✓] Count IV:    Negligence Per Se
    - [✓] Count V:     Breach of Express Warranty
    - [✓] Count VI:    Breach of Implied Warranty
    - [✓] Count VII:   Violations of Applicable __Idaho__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - [ ] Count VIII:  Loss of Consortium
    - [✓] Count IX:    Wrongful Death
    - [✓] Count X:     Survival
    - [✓] Count XI:    Punitive Damages
    - [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this

    Count in this space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Robert J. Fenstersheib.
    _____

16. Address and bar information for Attorney for Plaintiff(s):

    520 West Hallandale Beach Blvd.
    _____

    Hallandale, FL 33009
    _____

    Florida Bar: 307300
    _____

    Respectfully Submitted,

    */s/ Robert J. Fenstersheib*

    _____
    Robert J. Fenstersheib
    Florida Bar #307300
    The Law Offices of Robert J. Fenstersheib
    & Associates, P.A.
    520 Hallandale Beach Blvd.
    Hallandale, FL 33009
    P: (954) 456-2488
    F: (954) 212-2757
    Email: rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

     I hereby certify that on  07/27/2018   , I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                   */s/ Robert J. Fenstersheib*
                                                  _____
                                                  Robert J. Fenstersheib
                                                  Florida Bar #307300
                                                  The Law Offices of Robert J. Fenstersheib
                                                  & Associates, P.A.
                                                  520 Hallandale Beach Blvd.
                                                  Hallandale, FL 33009
                                                  P: (954) 456-2488
                                                  F: (954) 212-2757
                                                  Email: rjf@fenstersheib.com