IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL            MDL No: 2570

_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## **ORDER**

On this day came on for consideration Plaintiff's Motion for Leave to File First Amended Short Form Complaint. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted.


SIGNED _____, 2018


                                                             _____
                                                             JUDGE PRESIDING