UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEIDCAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          MDL NO. 2570
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

THIS DOCUMENT RELATES TO:
*Tonya Brand*, Case No.1:14-cv-06018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff Tonya Brand respectfully moves the Court to maintain under seal Plaintiff's unredacted Motion in Limine Regarding the FDA's 510(k) Clearance of the Celect IVC Filter and It's "Low "Complaint Rate" and to Exclude or Limit the Expert Testimony of Christy Foreman, MBE.  Plaintiff would also respectfully move the Court to maintain under seal Exhibits "A" through "H" to Plaintiff's Motion.  Plaintiff's motion contains numerous references and quotations to material that has been designated as "Confidential," as well as Exhibits A through H.

Dated July 27, 2018

                                        Respectfully Submitted,
                                        */s/ Joseph N. Williams*_____
                                        Joseph N. Williams, Atty. No. 25874-49
                                        Riley Williams & Piatt, LLC
                                        301 Massachusetts Avenue
                                        Indianapolis, IN 46204
                                        Telephone: (317) 633-5270
                                        Facsimile: (317) 426-3348
                                        Email: jwilliams@rwp-law.com

                                        *Liaison Counsel to Plaintiffs' Steering Committee and*
                                        *on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*_____
Ben C. Martin