**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cause Numbers:

| | | | |
|---|---|---|---|
| 1:13-cv-00013 | 1:14-cv-01202 | 1:14-cv-01881 | 1:14-cv-06007 |
| 1:13-cv-00925 | 1:14-cv-01209 | 1:14-cv-01883 | 1:14-cv-06008 |
| 1:13-cv-00986 | 1:14-cv-01323 | 1:14-cv-01971 | 1:14-cv-06009 |
| 1:13-cv-01048 | 1:14-cv-01451 | 1:14-cv-01974 | 1:14-cv-06010 |
| 1:13-cv-01845 | 1:14-cv-01579 | 1:14-cv-02053 | 1:14-cv-06011 |
| 1:13-cv-01946 | 1:14-cv-01786 | 1:14-cv-02130 | 1:14-cv-06012 |
| 1:14-cv-00139 | 1:14-cv-01870 | 1:14-cv-06000 | 1:14-cv-06013 |
| 1:14-cv-00580 | 1:14-cv-01871 | 1:14-cv-06001 | 1:14-cv-06014 |
| 1:14-cv-00736 | 1:14-cv-01874 | 1:14-cv-06002 | 1:14-cv-06015 |
| 1:14-cv-00784 | 1:14-cv-01876 | 1:14-cv-06003 | 1:14-cv-06017 |
| 1:14-cv-00841 | 1:14-cv-01878 | 1:14-cv-06004 | 1:14-cv-06020 |
| 1:14-cv-00998 | 1:14-cv-01879 | 1:14-cv-06005 | 1:15-cv-00016 |
| 1:14-cv-01034 | 1:14-cv-01880 | 1:14-cv-06006 | 1:15-cv-00018 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.119088057.01

| | |
|---|---|
| Dated: July 27, 2018 | /s/ Kip S. M. McDonald |
| | Andrea Roberts Pierson (# 18435-49) |
| | Kip S. M. McDonald (# 29370-49) |
| | FAEGRE BAKER DANIELS LLP |
| | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana 46204 |
| | Telephone: (317) 237-0300 |
| | Facsimile: (317) 237-1000 |
| | E-Mail: andrea.pierson@faegrebd.com |
| | E-Mail: kip.mcdonald@faegrebd.com |

US.119088057.01

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald