# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

---

This Document Relates to the Following Cause Numbers:

| | | | |
|---|---|---|---|
| 1:15-cv-00102 | 1:15-cv-00479 | 1:15-cv-00725 | 1:15-cv-01076 |
| 1:15-cv-00175 | 1:15-cv-00503 | 1:15-cv-00763 | 1:15-cv-01088 |
| 1:15-cv-00235 | 1:15-cv-00525 | 1:15-cv-00798 | 1:15-cv-01100 |
| 1:15-cv-00236 | 1:15-cv-00554 | 1:15-cv-00800 | 1:15-cv-01132 |
| 1:15-cv-00237 | 1:15-cv-00555 | 1:15-cv-00852 | 1:15-cv-01159 |
| 1:15-cv-00238 | 1:15-cv-00566 | 1:15-cv-01010 | 1:15-cv-01176 |
| 1:15-cv-00248 | 1:15-cv-00567 | 1:15-cv-01020 | 1:15-cv-01185 |
| 1:15-cv-00250 | 1:15-cv-00568 | 1:15-cv-01021 | 1:15-cv-01186 |
| 1:15-cv-00251 | 1:15-cv-00595 | 1:15-cv-01070 | 1:15-cv-01187 |
| 1:15-cv-00253 | 1:15-cv-00597 | 1:15-cv-01071 | 1:15-cv-01188 |
| 1:15-cv-00256 | 1:15-cv-00611 | 1:15-cv-01073 | 1:15-cv-01239 |
| 1:15-cv-00258 | 1:15-cv-00642 | 1:15-cv-01074 | 1:15-cv-01336 |
| 1:15-cv-00414 | 1:15-cv-00715 | 1:15-cv-01075 | 1:15-cv-01337 |

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     July 27, 2018                    /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  kip.mcdonald@faegrebd.com

US.119088943.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119088943.01