**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Cause Numbers:

| | | | |
|---|---|---|---|
| 1:15-cv-01388 | 1:15-cv-01605 | 1:15-cv-01688 | 1:15-cv-01814 |
| 1:15-cv-01445 | 1:15-cv-01607 | 1:15-cv-01690 | 1:15-cv-01817 |
| 1:15-cv-01456 | 1:15-cv-01608 | 1:15-cv-01706 | 1:15-cv-01819 |
| 1:15-cv-01457 | 1:15-cv-01609 | 1:15-cv-01707 | 1:15-cv-01822 |
| 1:15-cv-01538 | 1:15-cv-01610 | 1:15-cv-01708 | 1:15-cv-01824 |
| 1:15-cv-01540 | 1:15-cv-01611 | 1:15-cv-01709 | 1:15-cv-01826 |
| 1:15-cv-01542 | 1:15-cv-01635 | 1:15-cv-01754 | 1:15-cv-01829 |
| 1:15-cv-01543 | 1:15-cv-01677 | 1:15-cv-01769 | 1:15-cv-01847 |
| 1:15-cv-01546 | 1:15-cv-01682 | 1:15-cv-01775 | 1:15-cv-01892 |
| 1:15-cv-01547 | 1:15-cv-01683 | 1:15-cv-01793 | 1:15-cv-01893 |
| 1:15-cv-01585 | 1:15-cv-01684 | 1:15-cv-01794 | 1:15-cv-01895 |
| 1:15-cv-01569 | 1:15-cv-01685 | 1:15-cv-01806 | 1:15-cv-01905 |
| 1:15-cv-01604 | 1:15-cv-01686 | 1:15-cv-01813 | 1:15-cv-01909 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.119089242.01

| | |
|---|---|
| Dated: July 27, 2018 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

US.119089242.01

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald