IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Cause Numbers:

| | |
|---|---|
| 1:15-cv-01912 | 1:15-cv-02026 |
| 1:15-cv-01913 | 1:15-cv-02039 |
| 1:15-cv-01920 | 1:15-cv-02051 |
| 1:15-cv-01943 | 1:15-cv-02068 |
| 1:15-cv-01973 | 1:15-cv-02069 |
| 1:15-cv-01976 | 1:15-cv-02077 |
| 1:15-cv-01985 | 1:15-cv-06021 |
| 1:15-cv-01986 | 1:15-cv-06022 |
| 1:15-cv-01998 | 1:15-cv-06023 |
| 1:15-cv-02014 | 1:15-cv-06024 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     July 27, 2018

/s/ Kip S. M. McDonald

Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119089677.01

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119089677.01