IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cause Numbers:

| | |
|---|---|
| 1:15-cv-06025 | 1:16-cv-00064 |
| 1:15-cv-06026 | 1:16-cv-00067 |
| 1:15-cv-06027 | 1:16-cv-00076 |
| 1:15-cv-06028 | 1:16-cv-00136 |
| 1:15-cv-06029 | 1:16-cv-00145 |
| 1:15-cv-01997 | 1:16-cv-00159 |
| 1:15-cv-00246 | 1:16-cv-00160 |
| 1:16-cv-00028 | 1:16-cv-00174 |
| 1:16-cv-00053 | 1:16-cv-00175 |
| 1:16-cv-00059 | 1:16-cv-00179 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:      July 27, 2018 | /s/ Kip S. M. McDonald |
| | Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119090003.01