# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

SHONITA ANTHONY

Civil Case # 1:18-cv-285

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, SHONITA ANTHONY, by and through counsel, pursuant to Fed. R. Civ. P. 15(a)(2), for leave to amend her Short Form Complaint by filing the Amended Short Form Complaint, attached and filed herewith as <u>Exhibit A.</u>

In support of this Motion, Plaintiff seeks to amend Paragraphs 10, 11, 12 and 13 of her Short Form Complaint to accurately reflect and distinguish the use of two separate filters as the subjects to this litigation.

WHEREFORE, Plaintiff respectfully moves the Court for leave to allow the filing of her Amended Short Form Complaint.

Dated: July 27, 2018							Respectfully submitted,


											By: */s/ Bobby Saadian*
											Bobby Saadian, Esq.
											CA Bar 250377
											3055 Wilshire Blvd. 12th Floor,
											Los Angeles, CA 90010
											Phone: (213)381-9988
											Fax: (213)381-9989
											Email: masstorts@wilshirelawfirm.com

											*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 27th day of July, 2018.

											**THE WILSHIRE LAW FIRM**


											 */s/ Bobby Saadian*
											Bobby Saadian, Esq.