**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

SHONITA ANTHONY

Civil Case # 1:18-cv-285

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

    THE Court being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter and hereby directs the proper officials to correct the case caption in the CM/ECF E-Filing system in the above captioned matter to reflect the name change of Plaintiffs.

    SO ORDERED this _____ day of _____, 2018.

_____

JUDGE, UNITED STATES DISTRICT COURT