**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01344 | 1:18-cv-01363 |
| 1:18-cv-01347 | 1:18-cv-01364 |
| 1:18-cv-01349 | 1:18-cv-01365 |
| 1:18-cv-01350 | 1:18-cv-01366 |
| 1:18-cv-01352 | 1:18-cv-01367 |
| 1:18-cv-01354 | 1:18-cv-01368 |
| 1:18-cv-01355 | 1:18-cv-01369 |
| 1:18-cv-01358 | 1:18-cv-01370 |
| 1:18-cv-01360 | 1:18-cv-01372 |
| 1:18-cv-01361 | 1:18-cv-01373 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:    July 30, 2018                              /s/ Kip S. M. McDonald
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    Kip S. M. McDonald (# 29370-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana 46204
                                                    Telephone: (317) 237-0300
                                                    Facsimile: (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                    E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119091044.01