# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01408 | 1:18-cv-01421 |
| 1:18-cv-01409 | 1:18-cv-01423 |
| 1:18-cv-01410 | 1:18-cv-01427 |
| 1:18-cv-01411 | 1:18-cv-01428 |
| 1:18-cv-01412 | 1:18-cv-01430 |
| 1:18-cv-01413 | 1:18-cv-01432 |
| 1:18-cv-01414 | 1:18-cv-01433 |
| 1:18-cv-01415 | 1:18-cv-01435 |
| 1:18-cv-01419 | 1:18-cv-01437 |
| 1:18-cv-01420 | 1:18-cv-01438 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     July 30, 2018                          /s/ Kip S. M. McDonald
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  Kip S. M. McDonald (# 29370-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Facsimile: (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  kip.mcdonald@faegrebd.com

US.119091153.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2