# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01514 | 1:18-cv-01537 |
| 1:18-cv-01515 | 1:18-cv-01540 |
| 1:18-cv-01516 | 1:18-cv-01544 |
| 1:18-cv-01519 | 1:18-cv-01546 |
| 1:18-cv-01525 | 1:18-cv-01547 |
| 1:18-cv-01526 | 1:18-cv-01558 |
| 1:18-cv-01527 | 1:18-cv-01559 |
| 1:18-cv-01530 | 1:18-cv-01560 |
| 1:18-cv-01531 | 1:18-cv-01562 |
| 1:18-cv-01532 | 1:18-cv-01566 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   July 30, 2018
                                                         /s/ Kip S. M. McDonald
                                                         Andrea Roberts Pierson (# 18435-49)
                                                         Kip S. M. McDonald (# 29370-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana 46204
                                                         Telephone: (317) 237-0300
                                                         Facsimile: (317) 237-1000
                                                         E-Mail:  andrea.pierson@faegrebd.com
                                                         E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald