# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01748 | 1:18-cv-01801 |
| 1:18-cv-01750 | 1:18-cv-01804 |
| 1:18-cv-01751 | 1:18-cv-01811 |
| 1:18-cv-01753 | 1:18-cv-01812 |
| 1:18-cv-01758 | 1:18-cv-01814 |
| 1:18-cv-01759 | 1:18-cv-01818 |
| 1:18-cv-01763 | 1:18-cv-01820 |
| 1:18-cv-01776 | 1:18-cv-01821 |
| 1:18-cv-01788 | 1:18-cv-01822 |
| 1:18-cv-01795 | 1:18-cv-01826 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 30, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119091402.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald