# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01828 | 1:18-cv-01857 |
| 1:18-cv-01829 | 1:18-cv-01858 |
| 1:18-cv-01831 | 1:18-cv-01869 |
| 1:18-cv-01833 | 1:18-cv-01873 |
| 1:18-cv-01834 | 1:18-cv-01874 |
| 1:18-cv-01835 | 1:18-cv-01875 |
| 1:18-cv-01839 | 1:18-cv-01876 |
| 1:18-cv-01840 | 1:18-cv-01877 |
| 1:18-cv-01849 | 1:18-cv-01879 |
| 1:18-cv-01850 | 1:18-cv-01882 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:   July 30, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119091423.01

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 /s/ Kip S. M. McDonald