IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01883 | 1:18-cv-01935 |
| 1:18-cv-01887 | 1:18-cv-01940 |
| 1:18-cv-01890 | 1:18-cv-01942 |
| 1:18-cv-01891 | 1:18-cv-01947 |
| 1:18-cv-01911 | 1:18-cv-01949 |
| 1:18-cv-01916 | 1:18-cv-01957 |
| 1:18-cv-01920 | 1:18-cv-06091 |
| 1:18-cv-01924 | 1:18-cv-0922 |
| 1:18-cv-01928 | 1:18-cv-0923 |
| 1:18-cv-01930 | 1:18-v-01595 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   July 30, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119091489.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald