# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS TO EXCLUDE "IMPERMISSIBLE" TESTIMONY OF DR. MARK RHEUDASIL, DR. THOMAS MORRISON, DR. SCOTT KELLER, DR. PHU THAI, AND DR. RICHARD REISMAN

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's Motions to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil, Dr. Thomas Morrison, Dr. Scott Keller, Dr. Phu Thai, and Dr. Richard Reisman::

| Exhibit | Description |
|---|---|
| A | Plaintiff's Designation of Experts and Opinion Testimony |
| B | St. Joseph Hospital Medical Record – **FILED UNDER SEAL** |

                                             Respectfully submitted,

Dated: July 30, 2018                */s/ Andrea Roberts Pierson*
                                             Andrea Roberts Pierson (# 18435-49)
                                             John T. Schlafer (# 28771-49)
                                             FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           Email:  andrea.pierson@faegrebd.com
                                           Email:  john.schlafer@faegrebd.com

                                           James Stephen Bennett (# 22869-02)
                                           FAEGRE BAKER DANIELS LLP
                                           110 W. Berry Street, Suite 2400
                                           Fort Wayne, Indiana 46802
                                           Telephone: (260) 424-8000
                                           Facsimile: (260) 460-1700
                                           stephen.bennett@faegrebd.com

                                           *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118462366.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                */s/ Andrea Roberts Pierson*

US.119111767.01