# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-01189 | 1:18-cv-01209 |
| 1:18-cv-01190 | 1:18-cv-01211 |
| 1:18-cv-01193 | 1:18-cv-01213 |
| 1:18-cv-01194 | 1:18-cv-01214 |
| 1:18-cv-01196 | 1:18-cv-01215 |
| 1:18-cv-01200 | 1:18-cv-01222 |
| 1:18-cv-01201 | 1:18-cv-01227 |
| 1:18-cv-01202 | 1:18-cv-01228 |
| 1:18-cv-01207 | 1:18-cv-01237 |
| 1:18-cv-01208 | 1:18-cv-01241 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119093002.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119093002.01