IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | | |
|---|---|---|
| 1:18-cv-01285 | 1:18-cv-01312 | 1:18-cv-01337 |
| 1:18-cv-01289 | 1:18-cv-01313 | 1:18-cv-01338 |
| 1:18-cv-01291 | 1:18-cv-01314 | |
| 1:18-cv-01294 | 1:18-cv-01315 | |
| 1:18-cv-01296 | 1:18-cv-01321 | |
| 1:18-cv-01297 | 1:18-cv-01326 | |
| 1:18-cv-01299 | 1:18-cv-01330 | |
| 1:18-cv-01303 | 1:18-cv-01331 | |
| 1:18-cv-01304 | 1:18-cv-01333 | |
| 1:18-cv-01311 | 1:18-cv-01334 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119093089.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald