# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-00433 | 1:18-cv-00453 |
| 1:18-cv-00437 | 1:18-cv-00454 |
| 1:18-cv-00438 | 1:18-cv-00455 |
| 1:18-cv-00441 | 1:18-cv-00461 |
| 1:18-cv-00442 | 1:18-cv-00465 |
| 1:18-cv-00444 | 1:18-cv-00472 |
| 1:18-cv-00445 | 1:18-cv-00473 |
| 1:18-cv-00450 | 1:18-cv-00478 |
| 1:18-cv-00451 | 1:18-cv-00480 |
| 1:18-cv-00452 | 1:18-cv-00482 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119093272.01

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald

US.119093272.01