# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:18-cv-00541 | 1:18-cv-00569 |
| 1:18-cv-00544 | 1:18-cv-00574 |
| 1:18-cv-00546 | 1:18-cv-00585 |
| 1:18-cv-00547 | 1:18-cv-00592 |
| 1:18-cv-00550 | 1:18-cv-00595 |
| 1:18-cv-00551 | 1:18-cv-00597 |
| 1:18-cv-00560 | 1:18-cv-00598 |
| 1:18-cv-00561 | 1:18-cv-00601 |
| 1:18-cv-00563 | 1:18-cv-00602 |
| 1:18-cv-00568 | 1:18-cv-00612 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119093293.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119093293.01