# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:17-cv-04348 | 1:17-cv-04367 |
| 1:17-cv-04350 | 1:17-cv-04377 |
| 1:17-cv-04352 | 1:17-cv-04378 |
| 1:17-cv-04353 | 1:17-cv-04379 |
| 1:17-cv-04355 | 1:17-cv-04381 |
| 1:17-cv-04357 | 1:17-cv-04389 |
| 1:17-cv-04358 | 1:17-cv-04390 |
| 1:17-cv-04359 | 1:17-cv-04391 |
| 1:17-cv-04360 | 1:17-cv-04399 |
| 1:17-cv-04364 | 1:17-cv-04400 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119093718.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119093718.01