**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:17-cv-04483 | 1:17-cv-04504 |
| 1:17-cv-04484 | 1:17-cv-04514 |
| 1:17-cv-04485 | 1:17-cv-04515 |
| 1:17-cv-04486 | 1:17-cv-04516 |
| 1:17-cv-04487 | 1:17-cv-04517 |
| 1:17-cv-04489 | 1:17-cv-04518 |
| 1:17-cv-04495 | 1:17-cv-04519 |
| 1:17-cv-04497 | 1:17-cv-04520 |
| 1:17-cv-04498 | 1:17-cv-04521 |
| 1:17-cv-04499 | 1:17-cv-04522 |

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    July 31, 2018                        /s/ Kip S. M. McDonald
                                               Andrea Roberts Pierson (# 18435-49)
                                               Kip S. M. McDonald (# 29370-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana 46204
                                               Telephone: (317) 237-0300
                                               Facsimile: (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2