# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | |
|---|---|
| 1:17-cv-04592 | 1:17-cv-04609 |
| 1:17-cv-04593 | 1:17-cv-04611 |
| 1:17-cv-04594 | 1:17-cv-04613 |
| 1:17-cv-04595 | 1:17-cv-04614 |
| 1:17-cv-04602 | 1:17-cv-04617 |
| 1:17-cv-04603 | 1:17-cv-04619 |
| 1:17-cv-04605 | 1:17-cv-04620 |
| 1:17-cv-04606 | 1:17-cv-04621 |
| 1:17-cv-04607 | 1:17-cv-04624 |
| 1:17-cv-04608 | 1:17-cv-04639 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     July 31, 2018                    /s/ Kip S. M. McDonald
                                           Andrea Roberts Pierson (# 18435-49)
                                           Kip S. M. McDonald (# 29370-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-Mail:  kip.mcdonald@faegrebd.com

US.119093791.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2