# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:18-cv-00010 | 1:18-cv-00034 | 1:18-cv-00069 | 1:18-cv-00112 | 1:18-cv-00141 |
| 1:18-cv-00013 | 1:18-cv-00036 | 1:18-cv-00078 | 1:18-cv-00113 | 1:18-cv-00143 |
| 1:18-cv-00017 | 1:18-cv-00037 | 1:18-cv-00081 | 1:18-cv-00114 | 1:18-cv-00144 |
| 1:18-cv-00022 | 1:18-cv-00038 | 1:18-cv-00084 | 1:18-cv-00115 | 1:18-cv-00146 |
| 1:18-cv-00023 | 1:18-cv-00039 | 1:18-cv-00098 | 1:18-cv-00116 | 1:18-cv-00147 |
| 1:18-cv-00024 | 1:18-cv-00041 | 1:18-cv-00100 | 1:18-cv-00117 | 1:18-cv-00148 |
| 1:18-cv-00030 | 1:18-cv-00042 | 1:18-cv-00101 | 1:18-cv-00118 | 1:18-cv-00154 |
| 1:18-cv-00031 | 1:18-cv-00045 | 1:18-cv-00103 | 1:18-cv-00122 | 1:18-cv-00156 |
| 1:18-cv-00032 | 1:18-cv-00066 | 1:18-cv-00104 | 1:18-cv-00135 | 1:18-cv-00167 |
| 1:18-cv-00033 | 1:18-cv-00068 | 1:18-cv-00105 | 1:18-cv-00137 | 1:18-cv-00170 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119122387.01

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Kip S. M. McDonald

US.119122387.01