# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:18-cv-00171 | 1:18-cv-00209 | 1:18-cv-00231 | 1:18-cv-00252 | 1:18-cv-00273 |
| 1:18-cv-00179 | 1:18-cv-00212 | 1:18-cv-00235 | 1:18-cv-00253 | 1:18-cv-00274 |
| 1:18-cv-00181 | 1:18-cv-00213 | 1:18-cv-00236 | 1:18-cv-00257 | 1:18-cv-00275 |
| 1:18-cv-00182 | 1:18-cv-00217 | 1:18-cv-00237 | 1:18-cv-00258 | 1:18-cv-00276 |
| 1:18-cv-00185 | 1:18-cv-00221 | 1:18-cv-00241 | 1:18-cv-00259 | 1:18-cv-00277 |
| 1:18-cv-00189 | 1:18-cv-00222 | 1:18-cv-00243 | 1:18-cv-00261 | 1:18-cv-00278 |
| 1:18-cv-00197 | 1:18-cv-00223 | 1:18-cv-00247 | 1:18-cv-00264 | 1:18-cv-00279 |
| 1:18-cv-00203 | 1:18-cv-00226 | 1:18-cv-00248 | 1:18-cv-00265 | 1:18-cv-00280 |
| 1:18-cv-00206 | 1:18-cv-00229 | 1:18-cv-00249 | 1:18-cv-00267 | 1:18-cv-00283 |
| 1:18-cv-00207 | 1:18-cv-00230 | 1:18-cv-00250 | 1:18-cv-00268 | 1:18-cv-00285 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   July 31, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119122625.01