**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570
_____

This Document Relates to Cause Numbers:

| | | |
|---|---|---|
| 1:18-cv-00286 | 1:18-cv-00326 | 1:18-cv-00362 |
| 1:18-cv-00290 | 1:18-cv-00327 | 1:18-cv-00364 |
| 1:18-cv-00295 | 1:18-cv-00331 | 1:18-cv-00365 |
| 1:18-cv-00299 | 1:18-cv-00333 | 1:18-cv-00367 |
| 1:18-cv-00300 | 1:18-cv-00334 | 1:18-cv-00369 |
| 1:18-cv-00309 | 1:18-cv-00338 | 1:18-cv-00370 |
| 1:18-cv-00310 | 1:18-cv-00346 | 1:18-cv-00371 |
| 1:18-cv-00312 | 1:18-cv-00355 | |
| 1:18-cv-00313 | 1:18-cv-00357 | |
| 1:18-cv-00319 | 1:18-cv-00361 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

      Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
      Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
      William Cook Europe ApS

Dated:    July 31, 2018               /s/ Kip S. M. McDonald
                                    Andrea Roberts Pierson (# 18435-49)
                                    Kip S. M. McDonald (# 29370-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana 46204
                                    Telephone: (317) 237-0300
                                    Facsimile: (317) 237-1000
                                    E-Mail:  andrea.pierson@faegrebd.com
                                    E-Mail:  kip.mcdonald@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2