# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBIT TO THE COOK DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTIONS TO EXCLUDE "IMPERMISSIBLE" TESTIMONY OF DR. MARK RHEUDASIL, DR. THOMAS MORRISON, DR. SCOTT KELLER, DR. PHU THAI, AND DR. RICHARD REISMAN**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibit to Response to Plaintiffs' Motions to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil, Dr. Thomas Morrison, Dr. Scott Keller, Dr. Phu Thai, and Dr. Richard Reisman. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit B [Dkt. No. 8738-1]** to The Cook Defendants' Response to Plaintiffs' Motions to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil, Dr. Thomas Morrison, Dr. Scott Keller, Dr. Phu Thai, and Dr. Richard Reisman [Dkt. No. 8736] is ordered to be maintained **under seal.**

US.119122198.02

SO ORDERED this ____ day of _____, 2018.

                                                                     Tim A. Baker
                                                                     United States Magistrate Judge
                                                                     Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.119122198.02