# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-06070 | 1:17-cv-04135 | 1:17-cv-04157 | 1:17-cv-04173 | 1:17-cv-04185 |
| 1:17-cv-06074 | 1:17-cv-04136 | 1:17-cv-04160 | 1:17-cv-04176 | 1:17-cv-04186 |
| 1:17-cv-03564 | 1:17-cv-04137 | 1:17-cv-04161 | 1:17-cv-04177 | 1:17-cv-04187 |
| 1:17-cv-00536 | 1:17-cv-04138 | 1:17-cv-04162 | 1:17-cv-04178 | 1:17-cv-04188 |
| 1:17-cv-00797 | 1:17-cv-04139 | 1:17-cv-04163 | 1:17-cv-04179 | 1:17-cv-04189 |
| 1:17-cv-04130 | 1:17-cv-04141 | 1:17-cv-04164 | 1:17-cv-04180 | 1:17-cv-04190 |
| 1:17-cv-04131 | 1:17-cv-04142 | 1:17-cv-04165 | 1:17-cv-04181 | 1:17-cv-04191 |
| 1:17-cv-04132 | 1:17-cv-04143 | 1:17-cv-04166 | 1:17-cv-04182 | 1:17-cv-04192 |
| 1:17-cv-04133 | 1:17-cv-04145 | 1:17-cv-04171 | 1:17-cv-04183 | 1:17-cv-04197 |
| 1:17-cv-04134 | 1:17-cv-04151 | 1:17-cv-04172 | 1:17-cv-04184 | 1:17-cv-04200 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:  July 31, 2018                                /s/ Kip S. M. McDonald
                                                                                                    Andrea Roberts Pierson (# 18435-49)
                                                                                                    Kip S. M. McDonald (# 29370-49)
                                                                                                    FAEGRE BAKER DANIELS LLP
                                                                                                    300 North Meridian Street, Suite 2700
                                                                                                    Indianapolis, Indiana 46204
                                                                                                    Telephone: (317) 237-0300
                                                                                                    Facsimile: (317) 237-1000
                                                                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                                                                    E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2

US.119124488.01