# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-04204 | 1:17-cv-04227 | 1:17-cv-04240 | 1:17-cv-04252 | 1:17-cv-04265 |
| 1:17-cv-04208 | 1:17-cv-04228 | 1:17-cv-04242 | 1:17-cv-04253 | 1:17-cv-04266 |
| 1:17-cv-04211 | 1:17-cv-04229 | 1:17-cv-04244 | 1:17-cv-04254 | 1:17-cv-04267 |
| 1:17-cv-04214 | 1:17-cv-04230 | 1:17-cv-04245 | 1:17-cv-04255 | 1:17-cv-04268 |
| 1:17-cv-04216 | 1:17-cv-04232 | 1:17-cv-04246 | 1:17-cv-04256 | 1:17-cv-04269 |
| 1:17-cv-04217 | 1:17-cv-04233 | 1:17-cv-04247 | 1:17-cv-04257 | 1:17-cv-04270 |
| 1:17-cv-04218 | 1:17-cv-04234 | 1:17-cv-04248 | 1:17-cv-04258 | 1:17-cv-04280 |
| 1:17-cv-04223 | 1:17-cv-04235 | 1:17-cv-04249 | 1:17-cv-04259 | 1:17-cv-04281 |
| 1:17-cv-04224 | 1:17-cv-04236 | 1:17-cv-04250 | 1:17-cv-04260 | 1:17-cv-04282 |
| 1:17-cv-04225 | 1:17-cv-04237 | 1:17-cv-04251 | 1:17-cv-04264 | 1:17-cv-04283 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 31, 2018             /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  kip.mcdonald@faegrebd.com

US.119124736.01

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald

US.119124736.01