# UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

☑   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]

)
)
)
)
)
)
)

1:14-ml-02570; 1:15-cv-01997; 1:16-cv-00619;
1:16-cv-02332; 1:16-cv-02450; 1:17-cv-00176;
1:17-cv-00478; 1:17-cv-01683; 1:17-cv-02269;
1:17-cv-02580; 1:17-cv-03272; 1:17-cv-03491;
1:17-cv-04359; 1:18-00601

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jennifer Williams | Jennifer Nolte |
| **Law Firm, Company, and/or Agency:** | Jackson Allen & Williams, LLP | Allen & Nolte, PLLC |
| **Address:** | 3838 Oak Lawn Avenue, Suite 1100 Dallas, Texas 75219 | 3838 Oak Lawn Avenue, Suite 1100 Dallas, Texas 75219 |
| **Primary E-mail:** | jwilliams@jacksonallenfirm.com | jnolte@allennolte.com |
| **Secondary E-mail(s):** | N/A | N/A |
| **Telephone Number:** | (214) 521-2300 | (214) 521-2300 |
| **Facsimile:** | (214) 452-5637 | (214) 452-5637 |

Date: 08/01/2018

s/ Jennifer Nolte

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.