IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-04078 | 1:17-cv-04090 | 1:17-cv-04100 | 1:17-cv-04118 | 1:17-cv-04286 |
| 1:17-cv-04081 | 1:17-cv-04091 | 1:17-cv-04103 | 1:17-cv-04119 | 1:17-cv-04287 |
| 1:17-cv-04082 | 1:17-cv-04092 | 1:17-cv-04105 | 1:17-cv-04120 | 1:17-cv-04288 |
| 1:17-cv-04083 | 1:17-cv-04093 | 1:17-cv-04106 | 1:17-cv-04121 | 1:17-cv-04289 |
| 1:17-cv-04084 | 1:17-cv-04094 | 1:17-cv-04107 | 1:17-cv-04122 | 1:17-cv-04290 |
| 1:17-cv-04085 | 1:17-cv-04095 | 1:17-cv-04111 | 1:17-cv-04125 | 1:17-cv-04291 |
| 1:17-cv-04086 | 1:17-cv-04096 | 1:17-cv-04113 | 1:17-cv-04127 | 1:17-cv-04293 |
| 1:17-cv-04087 | 1:17-cv-04097 | 1:17-cv-04115 | 1:17-cv-04129 | 1:17-cv-04295 |
| 1:17-cv-04088 | 1:17-cv-04098 | 1:17-cv-04116 | 1:17-cv-04284 | 1:17-cv-04298 |
| 1:17-cv-04089 | 1:17-cv-04099 | 1:17-cv-04117 | 1:17-cv-04285 | 1:17-cv-04301 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:   August 1, 2018                          /s/ Kip S. M. McDonald
                                                                           Andrea Roberts Pierson (# 18435-49)
                                                                            Kip S. M. McDonald (# 29370-49)
                                                                            FAEGRE BAKER DANIELS LLP
                                                                            300 North Meridian Street, Suite 2700
                                                                            Indianapolis, Indiana 46204
                                                                            Telephone: (317) 237-0300
                                                                            Facsimile: (317) 237-1000
                                                                            E-Mail: andrea.pierson@faegrebd.com
                                                                            E-Mail: kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald