# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03987 | 1:17-cv-04003 | 1:17-cv-04023 | 1:17-cv-04042 | 1:17-cv-04056 |
| 1:17-cv-03988 | 1:17-cv-04004 | 1:17-cv-04025 | 1:17-cv-04047 | 1:17-cv-04057 |
| 1:17-cv-03989 | 1:17-cv-04006 | 1:17-cv-04026 | 1:17-cv-04048 | 1:17-cv-04058 |
| 1:17-cv-03990 | 1:17-cv-04016 | 1:17-cv-04028 | 1:17-cv-04049 | 1:17-cv-04059 |
| 1:17-cv-03991 | 1:17-cv-04017 | 1:17-cv-04029 | 1:17-cv-04050 | 1:17-cv-04060 |
| 1:17-cv-03992 | 1:17-cv-04018 | 1:17-cv-04030 | 1:17-cv-04051 | 1:17-cv-04061 |
| 1:17-cv-03996 | 1:17-cv-04019 | 1:17-cv-04031 | 1:17-cv-04052 | 1:17-cv-04062 |
| 1:17-cv-03997 | 1:17-cv-04020 | 1:17-cv-04033 | 1:17-cv-04053 | 1:17-cv-04071 |
| 1:17-cv-04001 | 1:17-cv-04021 | 1:17-cv-04039 | 1:17-cv-04054 | 1:17-cv-04076 |
| 1:17-cv-04002 | 1:17-cv-04022 | 1:17-cv-04041 | 1:17-cv-04055 | 1:17-cv-04077 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:     August 1, 2018                         /s/ Kip S. M. McDonald
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  Kip S. M. McDonald (# 29370-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Facsimile: (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                             /s/ Kip S. M. McDonald