# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03889 | 1:17-cv-03899 | 1:17-cv-03909 | 1:17-cv-03932 | 1:17-cv-03957 |
| 1:17-cv-03890 | 1:17-cv-03900 | 1:17-cv-03913 | 1:17-cv-03933 | 1:17-cv-03958 |
| 1:17-cv-03891 | 1:17-cv-03901 | 1:17-cv-03917 | 1:17-cv-03934 | 1:17-cv-03960 |
| 1:17-cv-03892 | 1:17-cv-03902 | 1:17-cv-03919 | 1:17-cv-03937 | 1:17-cv-03967 |
| 1:17-cv-03893 | 1:17-cv-03903 | 1:17-cv-03923 | 1:17-cv-03940 | 1:17-cv-03969 |
| 1:17-cv-03894 | 1:17-cv-03904 | 1:17-cv-03924 | 1:17-cv-03941 | 1:17-cv-03971 |
| 1:17-cv-03895 | 1:17-cv-03905 | 1:17-cv-03928 | 1:17-cv-03942 | 1:17-cv-03973 |
| 1:17-cv-03896 | 1:17-cv-03906 | 1:17-cv-03929 | 1:17-cv-03943 | 1:17-cv-03982 |
| 1:17-cv-03897 | 1:17-cv-03907 | 1:17-cv-03930 | 1:17-cv-03947 | 1:17-cv-03983 |
| 1:17-cv-03898 | 1:17-cv-03908 | 1:17-cv-03931 | 1:17-cv-03949 | 1:17-cv-03985 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119136971.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald