IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03815 | 1:17-cv-03834 | 1:17-cv-03846 | 1:17-cv-03858 | 1:17-cv-03871 |
| 1:17-cv-03816 | 1:17-cv-03835 | 1:17-cv-03847 | 1:17-cv-03860 | 1:17-cv-03872 |
| 1:17-cv-03819 | 1:17-cv-03836 | 1:17-cv-03849 | 1:17-cv-03861 | 1:17-cv-03873 |
| 1:17-cv-03820 | 1:17-cv-03837 | 1:17-cv-03850 | 1:17-cv-03863 | 1:17-cv-03874 |
| 1:17-cv-03822 | 1:17-cv-03838 | 1:17-cv-03851 | 1:17-cv-03865 | 1:17-cv-03878 |
| 1:17-cv-03825 | 1:17-cv-03840 | 1:17-cv-03852 | 1:17-cv-03866 | 1:17-cv-03880 |
| 1:17-cv-03829 | 1:17-cv-03841 | 1:17-cv-03853 | 1:17-cv-03867 | 1:17-cv-03882 |
| 1:17-cv-03831 | 1:17-cv-03842 | 1:17-cv-03854 | 1:17-cv-03868 | 1:17-cv-03883 |
| 1:17-cv-03832 | 1:17-cv-03843 | 1:17-cv-03855 | 1:17-cv-03869 | 1:17-cv-03886 |
| 1:17-cv-03833 | 1:17-cv-03844 | 1:17-cv-03856 | 1:17-cv-03870 | 1:17-cv-03888 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 1, 2018                       /s/ Kip S. M. McDonald
                                              Andrea Roberts Pierson (# 18435-49)
                                              Kip S. M. McDonald (# 29370-49)
                                              FAEGRE BAKER DANIELS LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Facsimile: (317) 237-1000
                                              E-Mail:  andrea.pierson@faegrebd.com
                                              E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald