# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND  
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB  
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03738 | 1:17-cv-03756 | 1:17-cv-03774 | 1:17-cv-03788 | 1:17-cv-03805 |
| 1:17-cv-03740 | 1:17-cv-03763 | 1:17-cv-03775 | 1:17-cv-03789 | 1:17-cv-03806 |
| 1:17-cv-03741 | 1:17-cv-03764 | 1:17-cv-03776 | 1:17-cv-03790 | 1:17-cv-03807 |
| 1:17-cv-03743 | 1:17-cv-03765 | 1:17-cv-03778 | 1:17-cv-03794 | 1:17-cv-03808 |
| 1:17-cv-03744 | 1:17-cv-03766 | 1:17-cv-03780 | 1:17-cv-03795 | 1:17-cv-03809 |
| 1:17-cv-03745 | 1:17-cv-03767 | 1:17-cv-03782 | 1:17-cv-03796 | 1:17-cv-03810 |
| 1:17-cv-03752 | 1:17-cv-03768 | 1:17-cv-03783 | 1:17-cv-03797 | 1:17-cv-03811 |
| 1:17-cv-03753 | 1:17-cv-03769 | 1:17-cv-03784 | 1:17-cv-03798 | 1:17-cv-03812 |
| 1:17-cv-03754 | 1:17-cv-03770 | 1:17-cv-03786 | 1:17-cv-03799 | 1:17-cv-03813 |
| 1:17-cv-03755 | 1:17-cv-03773 | 1:17-cv-03787 | 1:17-cv-03800 | 1:17-cv-03814 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");  
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and  
William Cook Europe ApS

Dated:   August 1, 2018

/s/ Kip S. M. McDonald  
Andrea Roberts Pierson (# 18435-49)  
Kip S. M. McDonald (# 29370-49)  
FAEGRE BAKER DANIELS LLP  
300 North Meridian Street, Suite 2700  
Indianapolis, Indiana 46204  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail:  andrea.pierson@faegrebd.com  
E-Mail:  kip.mcdonald@faegrebd.com

US.119137962.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald