# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03641 | 1:17-cv-03661 | 1:17-cv-03692 | 1:17-cv-03709 | 1:17-cv-03720 |
| 1:17-cv-03646 | 1:17-cv-03662 | 1:17-cv-03693 | 1:17-cv-03711 | 1:17-cv-03727 |
| 1:17-cv-03647 | 1:17-cv-03664 | 1:17-cv-03694 | 1:17-cv-03712 | 1:17-cv-03729 |
| 1:17-cv-03651 | 1:17-cv-03670 | 1:17-cv-03695 | 1:17-cv-03713 | 1:17-cv-03730 |
| 1:17-cv-03653 | 1:17-cv-03674 | 1:17-cv-03696 | 1:17-cv-03714 | 1:17-cv-03731 |
| 1:17-cv-03654 | 1:17-cv-03675 | 1:17-cv-03699 | 1:17-cv-03715 | 1:17-cv-03732 |
| 1:17-cv-03656 | 1:17-cv-03683 | 1:17-cv-03701 | 1:17-cv-03716 | 1:17-cv-03733 |
| 1:17-cv-03657 | 1:17-cv-03688 | 1:17-cv-03702 | 1:17-cv-03717 | 1:17-cv-03734 |
| 1:17-cv-03658 | 1:17-cv-03689 | 1:17-cv-03707 | 1:17-cv-03718 | 1:17-cv-03735 |
| 1:17-cv-03659 | 1:17-cv-03691 | 1:17-cv-03708 | 1:17-cv-03719 | 1:17-cv-03737 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald