IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03558 | 1:17-cv-03571 | 1:17-cv-03594 | 1:17-cv-03605 | 1:17-cv-03622 |
| 1:17-cv-03559 | 1:17-cv-03575 | 1:17-cv-03595 | 1:17-cv-03606 | 1:17-cv-03626 |
| 1:17-cv-03560 | 1:17-cv-03576 | 1:17-cv-03597 | 1:17-cv-03607 | 1:17-cv-03628 |
| 1:17-cv-03562 | 1:17-cv-03577 | 1:17-cv-03598 | 1:17-cv-03608 | 1:17-cv-03629 |
| 1:17-cv-03563 | 1:17-cv-03578 | 1:17-cv-03599 | 1:17-cv-03609 | 1:17-cv-03632 |
| 1:17-cv-03565 | 1:17-cv-03586 | 1:17-cv-03600 | 1:17-cv-03613 | 1:17-cv-03633 |
| 1:17-cv-03566 | 1:17-cv-03587 | 1:17-cv-03601 | 1:17-cv-03614 | 1:17-cv-03635 |
| 1:17-cv-03567 | 1:17-cv-03591 | 1:17-cv-03602 | 1:17-cv-03618 | 1:17-cv-03636 |
| 1:17-cv-03568 | 1:17-cv-03592 | 1:17-cv-03603 | 1:17-cv-03620 | 1:17-cv-03637 |
| 1:17-cv-03570 | 1:17-cv-03593 | 1:17-cv-03604 | 1:17-cv-03621 | 1:17-cv-03640 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com


US.119140942.01

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald