IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03460 | 1:17-cv-03471 | 1:17-cv-03486 | 1:17-cv-03514 | 1:17-cv-03537 |
| 1:17-cv-03461 | 1:17-cv-03473 | 1:17-cv-03487 | 1:17-cv-03515 | 1:17-cv-03542 |
| 1:17-cv-03462 | 1:17-cv-03474 | 1:17-cv-03491 | 1:17-CV-03516 | 1:17-cv-03543 |
| 1:17-cv-03463 | 1:17-cv-03475 | 1:17-cv-03494 | 1:17-cv-03517 | 1:17-cv-03546 |
| 1:17-cv-03464 | 1:17-cv-03476 | 1:17-cv-03495 | 1:17-cv-03519 | 1:17-cv-03547 |
| 1:17-cv-03465 | 1:17-cv-03477 | 1:17-cv-03496 | 1:17-cv-03524 | 1:17-cv-03548 |
| 1:17-cv-03466 | 1:17-cv-03479 | 1:17-cv-03497 | 1:17-cv-03531 | 1:17-cv-03549 |
| 1:17-cv-03467 | 1:17-cv-03481 | 1:17-cv-03510 | 1:17-cv-03532 | 1:17-cv-03553 |
| 1:17-cv-03468 | 1:17-cv-03484 | 1:17-cv-03511 | 1:17-cv-03533 | 1:17-cv-03555 |
| 1:17-cv-03469 | 1:17-cv-03485 | 1:17-cv-03512 | 1:17-cv-03534 | 1:17-cv-03557 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 1, 2018          /s/ Kip S. M. McDonald
                                 Andrea Roberts Pierson (# 18435-49)
                                 Kip S. M. McDonald (# 29370-49)
                                 FAEGRE BAKER DANIELS LLP
                                 300 North Meridian Street, Suite 2700
                                 Indianapolis, Indiana 46204
                                 Telephone: (317) 237-0300
                                 Facsimile: (317) 237-1000
                                 E-Mail: andrea.pierson@faegrebd.com
                                 E-Mail: kip.mcdonald@faegrebd.com

US.119140951.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald