# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03341 | 1:17-cv-03376 | 1:17-cv-03403 | 1:17-cv-03417 | 1:17-cv-03441 |
| 1:17-cv-03349 | 1:17-cv-03377 | 1:17-cv-03404 | 1:17-cv-03419 | 1:17-cv-03442 |
| 1:17-cv-03351 | 1:17-cv-03378 | 1:17-cv-03405 | 1:17-cv-03420 | 1:17cv-03443 |
| 1:17-cv-03353 | 1:17-cv-03379 | 1:17-cv-03406 | 1:17-cv-03427 | 1:17-cv-03447 |
| 1:17-cv-03356 | 1:17-cv-03380 | 1:17-cv-03408 | 1:17-cv-03429 | 1:17-cv-03449 |
| 1:17-cv-03360 | 1:17-cv-03382 | 1:17-cv-03409 | 1:17-cv-03433 | 1:17-cv-03450 |
| 1:17-cv-03363 | 1:17-cv-03383 | 1:17-cv-03413 | 1:17-cv-03435 | 1:17-cv-03452 |
| 1:17-cv-03365 | 1:17-cv-03385 | 1:17-cv-03414 | 1:17-cv-03436 | 1:17-cv-03454 |
| 1:17-cv-03366 | 1:17-cv-03392 | 1:17-cv-03415 | 1:17-cv-03438 | 1:17-cv-03455 |
| 1:17-cv-03370 | 1:17-cv-03396 | 1:17-cv-03416 | 1:17-cv-03439 | 1:17-cv-03459 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119140954.01

Case 1:14-ml-02570-RLY-TAB   Document 8791   Filed 08/01/18   Page 2 of 2 PageID #: 53126

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald

US.119140954.01