# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03231 | 1:17-cv-03243 | 1:17-cv-03262 | 1:17-cv-03284 | 1:17-cv-03318 |
| 1:17-cv-03232 | 1:17-cv-03245 | 1:17-cv-03264 | 1:17-cv-03285 | 1:17-cv-03321 |
| 1:17-cv-03233 | 1:17-cv-03246 | 1:17-cv-03270 | 1:17-cv-03301 | 1:17-cv-03322 |
| 1:17-cv-03234 | 1:17-cv-03249 | 1:17-cv-03271 | 1:17-cv-03304 | 1:17-cv-03326 |
| 1:17-cv-03235 | 1:17-cv-03250 | 1:17-cv-03272 | 1:17-cv-03308 | 1:17-cv-03328 |
| 1:17-cv-03236 | 1:17-cv-03254 | 1:17-cv-03274 | 1:17-cv-03311 | 1:17-cv-03331 |
| 1:17-cv-03238 | 1:17-cv-03258 | 1:17-cv-03276 | 1:17-cv-03312 | 1:17-cv-03332 |
| 1:17-cv-03239 | 1:17-cv-03259 | 1:17-cv-03277 | 1:17-cv-03313 | 1:17-cv-03335 |
| 1:17-cv-03240 | 1:17-cv-03260 | 1:17-cv-03278 | 1:17-cv-03314 | 1:17-cv-03337 |
| 1:17-cv-03242 | 1:17-cv-03261 | 1:17-cv-03280 | 1:17-cv-03317 | 1:17-cv-03340 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald