IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03174 | 1:17-cv-03185 | 1:17-cv-03195 | 1:17-cv-03205 | 1:17-cv-03220 |
| 1:17-cv-03175 | 1:17-cv-03186 | 1:17-cv-03196 | 1:17-cv-03206 | 1:17-cv-03221 |
| 1:17-cv-03176 | 1:17-cv-03187 | 1:17-cv-03197 | 1:17-cv-03207 | 1:17-cv-03222 |
| 1:17-cv-03177 | 1:17-cv-03188 | 1:17-cv-03198 | 1:17-cv-03213 | 1:17-cv-03223 |
| 1:17-cv-03178 | 1:17-cv-03189 | 1:17-cv-03199 | 1:17-cv-03214 | 1:17-cv-03224 |
| 1:17-cv-03179 | 1:17-cv-03190 | 1:17-cv-03200 | 1:17-cv-03215 | 1:17-cv-03225 |
| 1:17-cv-03181 | 1:17-cv-03191 | 1:17-cv-03201 | 1:17-cv-03216 | 1:17-cv-03226 |
| 1:17-cv-03182 | 1:17-cv-03192 | 1:17-cv-03202 | 1:17-cv-03217 | 1:17-cv-03227 |
| 1:17-cv-03183 | 1:17-cv-03193 | 1:17-cv-03203 | 1:17-cv-03218 | 1:17-cv-03228 |
| 1:17-cv-03184 | 1:17-cv-03194 | 1:17-cv-03204 | 1:17-cv-03219 | 1:17-cv-03229 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald