# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03081 | 1:17-cv-03106 | 1:17-cv-03125 | 1:17-cv-03136 | 1:17-cv-03156 |
| 1:17-cv-03085 | 1:17-cv-03107 | 1:17-cv-03126 | 1:17-cv-03137 | 1:17-cv-03158 |
| 1:17-cv-03086 | 1:17-cv-03108 | 1:17-cv-03127 | 1:17-cv-03138 | 1:17-cv-03161 |
| 1:17-cv-03089 | 1:17-cv-03111 | 1:17-cv-03128 | 1:17-cv-03139 | 1:17-cv-03162 |
| 1:17-cv-03092 | 1:17-cv-03112 | 1:17-cv-03129 | 1:17-cv-03140 | 1:17-cv-03164 |
| 1:17-cv-03093 | 1:17-cv-03116 | 1:17-cv-03130 | 1:17-cv-03144 | 1:17-cv-03166 |
| 1:17-cv-03097 | 1:17-cv-03118 | 1:17-cv-03132 | 1:17-cv-03150 | 1:17-cv-03167 |
| 1:17-cv-03098 | 1:17-cv-03120 | 1:17-cv-03133 | 1:17-cv-03151 | 1:17-cv-03171 |
| 1:17-cv-03100 | 1:17-cv-03123 | 1:17-cv-03134 | 1:17-cv-03152 | 1:17-cv-03172 |
| 1:17-cv-03101 | 1:17-cv-03124 | 1:17-cv-03135 | 1:17-cv-03155 | 1:17-cv-03173 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     August 1, 2018                    /s/ Kip S. M. McDonald
                                             Andrea Roberts Pierson (# 18435-49)
                                             Kip S. M. McDonald (# 29370-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana 46204
                                             Telephone: (317) 237-0300
                                             Facsimile: (317) 237-1000
                                             E-Mail:  andrea.pierson@faegrebd.com
                                             E-Mail:  kip.mcdonald@faegrebd.com


US.119144802.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119144802.01