UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Brown, Makeba* 1:17-cv-04263 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM THE JULY 6, 2018 ORDER OF DISMISSAL

BEFORE THE COURT is Plaintiff Makeba Brown's Motion for case-specific relief from the July 6, 2018, Order Dismissing 113 "No Injury" Cases (Doc. 8506). Plaintiff avers that she is seeking to obtain but has not yet obtained medical verification to substantiate her claim that her need for indefinite or lifetime anticoagulation, and the costs associated with that need, are due to the presence of her IVC filter and that her need for anticoagulant medications, and their associated costs, constitute an "injury" affording her relief from the Court's July 6 Order.

Plaintiff filed her motion before obtaining medical verification in order to preserve her ostensible appellate rights with respect to the dismissal. She seeks leave for a period of 60 days to obtain medical verification with which she would amend and supplement her motion, or in which to withdraw the motion for relief should she prove unable to obtain such verification.

For good cause shown, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff's motion is **GRANTED IN PART** insofar as it seeks a 60-day period to obtain medical verification to support Plaintiff's motion.

2. Plaintiff shall have 60 days from entry of this Order to amend and supplement her motion for relief or to withdraw the motion.

3. The Court reserves ruling on the procedural and substantive merits of the motion.

**SO ORDERED** this ___ day of August, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to registered counsel of record.