**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Pamela C. and Jack R. Schwartz

Civil Case #1:17-cv-02238- RLY-TAB

**ORDER**
**GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

This matter having come before the Court upon Plaintiffs' Unopposed Motion for Leave to File their First Amended Short Form Complaint ("SFC"), and the Court duly advised as to the reasons, therefore, the Court hereby:

GRANTS the unopposed motion.  It is ORDERED that Plaintiffs' First Amended SFC (Exhibit "A" to Plaintiffs' Unopposed Motion for Leave to File First Amended Short Form Complaint) be entered on the docket into the record in this matter as of the date of this order.

Entered:  8/1/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.