UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:17-cv-02902-RLY-TAB

Plaintiff:  KATHY EDMUNDSON

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

Before the Court is Plaintiff's Motion to Substitute Matthew E. Munson and Megan B. Robinson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and Motion to Withdraw Benjamin Todd Cochran of HARDISON & COCHRAN PLLC as counsel of record in this action. Having considered the same, and based on the consent of Plaintiff and counsel, the motion is hereby GRANTED. The Clerk of the Court is directed to withdraw attorney Benjamin Cochran and attorney Megan Robinson is ordered to file a notice of appearance on the master docket and spread the appearance to the applicable member case, 1:17-cv-2902-RLY-TAB.

Dated:  8/1/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.