**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:15-cv-01239-RLY-TAB

Plaintiff:  FREDERICK HARRIS

**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL**

Before the Court is Plaintiff's Motion to Substitute Matthew E. Munson and Megan B. Robinson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and Motion to Withdraw Benjamin Todd Cochran of HARDISON & COCHRAN PLLC as counsel of record in this action.  Having considered the same, and based on the consent of Plaintiff and counsel, the motion is hereby GRANTED.  The Clerk of the Court is directed to withdraw the appearance of Benjamin Cochran and Megan Robinson is ordered to file a notice of appearance in the the master docket and spread it to the applicable member case, 1:15-cv-1239-RLY-TAB

Dated:  8/1/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.