IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-03002 | 1:17-cv-03015 | 1:17-cv-03036 | 1:17-cv-03052 | 1:17-cv-03067 |
| 1:17-cv-03003 | 1:17-cv-03016 | 1:17-cv-03040 | 1:17-cv-03051 | 1:17-cv-03068 |
| 1:17-cv-03004 | 1:17-cv-03018 | 1:17-cv-03041 | 1:17-cv-03053 | 1:17-cv-03069 |
| 1:17-cv-03005 | 1:17-cv-03019 | 1:17-cv-03042 | 1:17-cv-03054 | 1:17-cv-03070 |
| 1:17-cv-03008 | 1:17-cv-03020 | 1:17-cv-03043 | 1:17-cv-03055 | 1:17-cv-03072 |
| 1:17-cv-03010 | 1:17-cv-03021 | 1:17-cv-03046 | 1:17-cv-03056 | 1:17-cv-03073 |
| 1:17-cv-03011 | 1:17-cv-03022 | 1:17-cv-03047 | 1:17-cv-03057 | 1:17-cv-03074 |
| 1:17-cv-03012 | 1:17-cv-03023 | 1:17-cv-03048 | 1:17-cv-03058 | 1:17-cv-03076 |
| 1:17-cv-03013 | 1:17-cv-03026 | 1:17-cv-03049 | 1:17-cv-03060 | 1:17-cv-03079 |
| 1:17-cv-03014 | 1:17-cv-03030 | 1:17-cv-03050 | 1:17-cv-03064 | 1:17-cv-03080 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    August 2, 2018                    /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: kip.mcdonald@faegrebd.com


US.119144804.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald