# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02899 | 1:17-cv-02918 | 1:17-cv-02955 | 1:17-cv-02972 | 1:17-cv-02986 |
| 1:17-cv-02902 | 1:17-cv-02919 | 1:17-cv-02957 | 1:17-cv-02973 | 1:17-cv-02987 |
| 1:17-cv-02903 | 1:17-cv-02921 | 1:17-cv-02958 | 1:17-cv-02974 | 1:17-cv-02991 |
| 1:17-cv-02909 | 1:17-cv-02925 | 1:17-cv-02960 | 1:17-cv-02975 | 1:17-cv-02992 |
| 1:17-cv-02912 | 1:17-cv-02927 | 1:17-cv-02961 | 1:17-cv-02976 | 1:17-cv-02994 |
| 1:17-cv-02913 | 1:17-cv-02931 | 1:17-cv-02963 | 1:17-cv-02977 | 1:17-cv-02995 |
| 1:17-cv-02914 | 1:17-cv-02932 | 1:17-cv-02966 | 1:17-cv-02978 | 1:17-cv-02996 |
| 1:17-cv-02915 | 1:17-cv-02946 | 1:17-cv-02968 | 1:17-cv-02983 | 1:17-cv-02997 |
| 1:17-cv-02916 | 1:17-cv-02953 | 1:17-cv-02969 | 1:17-cv-02984 | 1:17-cv-02998 |
| 1:17-cv-02917 | 1:17-cv-02954 | 1:17-cv-02971 | 1:17-cv-02985 | 1:17-cv-02999 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119144807.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald