# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02787 | 1:17-cv-02804 | 1:17-cv-02817 | 1:17-cv-02842 | 1:17-cv-02858 |
| 1:17-cv-02789 | 1:17-cv-02806 | 1:17-cv-02819 | 1:17-cv-02844 | 1:17-cv-02877 |
| 1:17-cv-02791 | 1:17-cv-02807 | 1:17-cv-02820 | 1:17-cv-02845 | 1:17-cv-02879 |
| 1:17-cv-02792 | 1:17-cv-02810 | 1:17-cv-02821 | 1:17-cv-02848 | 1:17-cv-02880 |
| 1:17-cv-02793 | 1:17-cv-02811 | 1:17-cv-02822 | 1:17-cv-02849 | 1:17-cv-02883 |
| 1:17-cv-02794 | 1:17-cv-02812 | 1:17-cv-02824 | 1:17-cv-02853 | 1:17-cv-02884 |
| 1:17-cv-02795 | 1:17-cv-02813 | 1:17-cv-02825 | 1:17-cv-02854 | 1:17-cv-02889 |
| 1:17-cv-02797 | 1:17-cv-02814 | 1:17-cv-02826 | 1:17-cv-02855 | 1:17-cv-02890 |
| 1:17-cv-02798 | 1:17-cv-02815 | 1:17-cv-02830 | 1:17-cv-02856 | 1:17-cv-02891 |
| 1:17-cv-02803 | 1:17-cv-02816 | 1:17-cv-02840 | 1:17-cv-02857 | 1:17-cv-02896 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald