**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02694 | 1:17-cv-02713 | 1:17-cv-02724 | 1:17-cv-02739 | 1:17-cv-02765 |
| 1:17-cv-02697 | 1:17-cv-02714 | 1:17-cv-02725 | 1:17-cv-02742 | 1:17-cv-02767 |
| 1:17-cv-02699 | 1:17-cv-02715 | 1:17-cv-02726 | 1:17-cv-02746 | 1:17-cv-02768 |
| 1:17-cv-02701 | 1:17-cv-02716 | 1:17-cv-02727 | 1:17-cv-02754 | 1:17-cv-02769 |
| 1:17-cv-02702 | 1:17-cv-02717 | 1:17-cv-02728 | 1:17-cv-02759 | 1:17-cv-02771 |
| 1:17-cv-02703 | 1:17-cv-02718 | 1:17-cv-02729 | 1:17-cv-02760 | 1:17-cv-02773 |
| 1:17-cv-02704 | 1:17-cv-02719 | 1:17-cv-02731 | 1:17-cv-02761 | 1:17-cv-02779 |
| 1:17-cv-02705 | 1:17-cv-02720 | 1:17-cv-02733 | 1:17-cv-02762 | 1:17-cv-02782 |
| 1:17-cv-02711 | 1:17-cv-02721 | 1:17-cv-02737 | 1:17-cv-02763 | 1:17-cv-02784 |
| 1:17-cv-02712 | 1:17-cv-02723 | 1:17-cv-02738 | 1:17-cv-02764 | 1:17-cv-02786 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119144812.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald