IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02567 | 1:17-cv-02610 | 1:17-cv-02632 | 1:17-cv-02667 | 1:17-cv-02679 |
| 1:17-cv-02570 | 1:17-cv-02611 | 1:17-cv-02633 | 1:17-cv-02669 | 1:17-cv-02681 |
| 1:17-cv-02571 | 1:17-cv-02612 | 1:17-cv-02634 | 1:17-cv-02670 | 1:17-cv-02683 |
| 1:17-cv-02580 | 1:17-cv-02615 | 1:17-cv-02635 | 1:17-cv-02671 | 1:17-cv-02684 |
| 1:17-cv-02581 | 1:17-cv-02616 | 1:17-cv-02636 | 1:17-cv-02672 | 1:17-cv-02685 |
| 1:17-cv-02587 | 1:17-cv-02622 | 1:17-cv-02643 | 1:17-cv-02674 | 1:17-cv-02686 |
| 1:17-cv-02588 | 1:17-cv-02623 | 1:17-cv-02647 | 1:17-cv-02675 | 1:17-cv-02687 |
| 1:17-cv-02597 | 1:17-cv-02624 | 1:17-cv-02649 | 1:17-cv-02676 | 1:17-cv-02691 |
| 1:17-cv-02602 | 1:17-cv-02625 | 1:17-cv-02650 | 1:17-cv-02677 | 1:17-cv-02692 |
| 1:17-cv-02609 | 1:17-cv-02631 | 1:17-cv-02652 | 1:17-cv-02678 | 1:17-cv-02693 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119144823.01