# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02432 | 1:17-cv-02452 | 1:17-cv-02482 | 1:17-cv-02508 | 1:17-cv-02533 |
| 1:17-cv-02434 | 1:17-cv-02454 | 1:17-cv-02483 | 1:17-cv-02509 | 1:17-cv-02534 |
| 1:17-cv-02435 | 1:17-cv-02456 | 1:17-cv-02484 | 1:17-cv-02510 | 1:17-cv-02537 |
| 1:17-cv-02444 | 1:17-cv-02458 | 1:17-cv-02488 | 1:17-cv-02511 | 1:17-cv-02538 |
| 1:17-cv-02446 | 1:17-cv-02462 | 1:17-cv-02489 | 1:17-cv-02512 | 1:17-cv-02545 |
| 1:17-cv-02447 | 1:17-cv-02463 | 1:17-cv-02495 | 1:17-cv-02517 | 1:17-cv-02546 |
| 1:17-cv-02448 | 1:17-cv-02474 | 1:17-cv-02496 | 1:17-cv-02523 | 1:17-cv-02549 |
| 1:17-cv-02449 | 1:17-cv-02476 | 1:17-cv-02497 | 1:17-cv-02524 | 1:17-cv-02551 |
| 1:17-cv-02450 | 1:17-cv-02477 | 1:17-cv-02503 | 1:17-cv-02528 | 1:17-cv-02556 |
| 1:17-cv-02451 | 1:17-cv-02481 | 1:17-cv-02507 | 1:17-cv-02531 | 1:17-cv-02566 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald