IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | |
| IVC FILTERS MARKING, | 1:14-ml-02570-RLY-TAB |
| SALES PRACTICED AND | |
| PRODUCTS LIABILITY LITIGATION MDL | MDL No: 2570 |

_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## ORDER

On this day came on for consideration Plaintiff's Motion to Substitute Party Plaintiff. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted. Plaintiff shall be entered on the docket as Amber Taylor, Personal Representative of the Estate of Dustin DeCann.

Date: 8/1/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.