IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                       MDL No: 2570
_____

This Document Relates to Plaintiff(s):

DUSTIN DECANN

Civil Case # 1:18−cv−00229−RLY−TAB
_____

## ORDER

On this day came on for consideration Plaintiff's Motion for Leave to File First Amended Short Form Complaint. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and Plaintiff's First Amended Short Form Complaint is deemed filed as of the date of this order.

Date:  8/1/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.