IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02295 | 1:17-cv-02310 | 1:17-cv-02334 | 1:17-cv-02381 | 1:17-cv-02413 |
| 1:17-cv-02296 | 1:17-cv-02312 | 1:17-cv-02343 | 1:17-cv-02383 | 1:17-cv-02415 |
| 1:17-cv-02297 | 1:17-cv-02315 | 1:17-cv-02347 | 1:17-cv-02389 | 1:17-cv-02416 |
| 1:17-cv-02298 | 1:17-cv-02316 | 1:17-cv-02349 | 1:17-cv-02393 | 1:17-cv-02417 |
| 1:17-cv-02300 | 1:17-cv-02320 | 1:17-cv-02351 | 1:17-cv-02399 | 1:17-cv-02419 |
| 1:17-cv-02302 | 1:17-cv-02321 | 1:17-cv-02354 | 1:17-cv-02403 | 1:17-cv-02420 |
| 1:17-cv-02304 | 1:17-cv-02323 | 1:17-cv-02358 | 1:17-cv-02404 | 1:17-cv-02423 |
| 1:17-cv-02305 | 1:17-cv-02324 | 1:17-cv-02360 | 1:17-cv-02405 | 1:17-cv-02427 |
| 1:17-cv-02306 | 1:17-cv-02325 | 1:17-cv-02364 | 1:17-cv-02411 | 1:17-cv-02430 |
| 1:17-cv-02308 | 1:17-cv-02327 | 1:17-cv-02376 | 1:17-cv-02412 | 1:17-cv-02431 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018                         /s/ Kip S. M. McDonald
                                                Andrea Roberts Pierson (# 18435-49)
                                                Kip S. M. McDonald (# 29370-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail:  andrea.pierson@faegrebd.com
                                                E-Mail:  kip.mcdonald@faegrebd.com


US.119147119.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald