# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02151 | 1:17-cv-02178 | 1:17-cv-02196 | 1:17-cv-02233 | 1:17-cv-02259 |
| 1:17-cv-02157 | 1:17-cv-02179 | 1:17-cv-02207 | 1:17-cv-02234 | 1:17-cv-02260 |
| 1:17-cv-02159 | 1:17-cv-02180 | 1:17-cv-02208 | 1:17-cv-02239 | 1:17-cv-02269 |
| 1:17-cv-02160 | 1:17-cv-02181 | 1:17-cv-02209 | 1:17-cv-02240 | 1:17-cv-02270 |
| 1:17-cv-02162 | 1:17-cv-02182 | 1:17-cv-02210 | 1:17-cv-02243 | 1:17-cv-02271 |
| 1:17-cv-02166 | 1:17-cv-02183 | 1:17-cv-02212 | 1:17-cv-02244 | 1:17-cv-02284 |
| 1:17-cv-02171 | 1:17-cv-02187 | 1:17-cv-02221 | 1:17-cv-02245 | 1:17-cv-02289 |
| 1:17-cv-02172 | 1:17-cv-02189 | 1:17-cv-02229 | 1:17-cv-02248 | 1:17-cv-02291 |
| 1:17-cv-02173 | 1:17-cv-02190 | 1:17-cv-02230 | 1:17-cv-02255 | 1:17-cv-02292 |
| 1:17-cv-02174 | 1:17-cv-02193 | 1:17-cv-02232 | 1:17-cv-02258 | 1:17-cv-02293 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:      August 2, 2018                        /s/ Kip S. M. McDonald
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  Kip S. M. McDonald (# 29370-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Facsimile: (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  kip.mcdonald@faegrebd.com


US.119147141.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ Kip S. M. McDonald

2