# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-02056 | 1:17-cv-02068 | 1:17-cv-02089 | 1:17-cv-02099 | 1:17-cv-02123 |
| 1:17-cv-02057 | 1:17-cv-02073 | 1:17-cv-02090 | 1:17-cv-02100 | 1:17-cv-02124 |
| 1:17-cv-02058 | 1:17-cv-02074 | 1:17-cv-02091 | 1:17-cv-02111 | 1:17-cv-02126 |
| 1:17-cv-02059 | 1:17-cv-02076 | 1:17-cv-02092 | 1:17-cv-02113 | 1:17-cv--02127 |
| 1:17-cv-02060 | 1:17-cv-02078 | 1:17-cv-02093 | 1:17-cv-02114 | 1:17-cv-02129 |
| 1:17-cv-02061 | 1:17-cv-02079 | 1:17-cv-02094 | 1:17-cv-02115 | 1:17-cv-02139 |
| 1:17-cv-02062 | 1:17-cv-02080 | 1:17-cv-02095 | 1:17-cv-02116 | 1:17-cv-02140 |
| 1:17-cv-02063 | 1:17-cv-02086 | 1:17-cv-02096 | 1:17-cv-02118 | 1:17-cv-02141 |
| 1:17-cv-02064 | 1:17-cv-02087 | 1:17-cv-02097 | 1:17-cv-02119 | 1:17-cv-02144 |
| 1:17-cv-02067 | 1:17-cv-02088 | 1:17-cv-02098 | 1:17-cv-02120 | 1:17-cv-02150 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018                          /s/ Kip S. M. McDonald
                                                       Andrea Roberts Pierson (# 18435-49)
                                                       Kip S. M. McDonald (# 29370-49)
                                                       FAEGRE BAKER DANIELS LLP
                                                       300 North Meridian Street, Suite 2700
                                                       Indianapolis, Indiana 46204
                                                       Telephone: (317) 237-0300
                                                       Facsimile: (317) 237-1000
                                                       E-Mail:  andrea.pierson@faegrebd.com
                                                       E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald