# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01978 | 1:17-cv-01989 | 1:17-cv-02004 | 1:17-cv-02017 | 1:17-cv-02027 |
| 1:17-cv-01979 | 1:17-cv-01990 | 1:17-cv-02005 | 1:17-cv-02018 | 1:17-cv-02032 |
| 1:17-cv-01980 | 1:17-cv-01991 | 1:17-cv-02007 | 1:17-cv-02019 | 1:17-cv-02046 |
| 1:17-cv-01981 | 1:17-cv-01992 | 1:17-cv-02008 | 1:17-cv-02020 | 1:17-cv-02047 |
| 1:17-cv-01982 | 1:17-cv-01993 | 1:17-cv-02010 | 1:17-cv-02021 | 1:17-cv-02050 |
| 1:17-cv-01983 | 1:17-cv-01994 | 1:17-cv-02011 | 1:17-cv-02022 | 1:17-cv-02051 |
| 1:17-cv-01984 | 1:17-cv-01995 | 1:17-cv-02012 | 1:17-cv-02023 | 1:17-cv-02052 |
| 1:17-cv-01985 | 1:17-cv-01996 | 1:17-cv-02014 | 1:17-cv-02024 | 1:17-cv-02053 |
| 1:17-cv-01986 | 1:17-cv-01997 | 1:17-cv-02015 | 1:17-cv-02025 | 1:17-cv-02054 |
| 1:17-cv-01988 | 1:17-cv-02001 | 1:17-cv-02016 | 1:17-cv-02026 | 1:17-cv-02055 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018                         /s/ Kip S. M. McDonald
                                                Andrea Roberts Pierson (# 18435-49)
                                                Kip S. M. McDonald (# 29370-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail: andrea.pierson@faegrebd.com
                                                E-Mail: kip.mcdonald@faegrebd.com


US.119147383.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald