# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01893 | 1:17-cv-01914 | 1:17-cv-01936 | 1:17-cv-01948 | 1:17-cv-01962 |
| 1:17-cv-01894 | 1:17-cv-01915 | 1:17-cv-01939 | 1:17-cv-01949 | 1:17-cv-01963 |
| 1:17-cv-01895 | 1:17-cv-01918 | 1:17-cv-01940 | 1:17-cv-01950 | 1:17-cv-01964 |
| 1:17-cv-01900 | 1:17-cv-01919 | 1:17-cv-01941 | 1:17-cv-01951 | 1:17-cv-01965 |
| 1:17-cv-01902 | 1:17-cv-01920 | 1:17-cv-01942 | 1:17-cv-01952 | 1:17-cv-01966 |
| 1:17-cv-01904 | 1:17-cv-01922 | 1:17-cv-01943 | 1:17-cv-01953 | 1:17-cv-01970 |
| 1:17-cv-01905 | 1:17-cv-01924 | 1:17-cv-01944 | 1:17-cv-01954 | 1:17-cv-01973 |
| 1:17-cv-01908 | 1:17-cv-01925 | 1:17-cv-01945 | 1:17-cv-01955 | 1:17-cv-01975 |
| 1:17-cv-01909 | 1:17-cv-01934 | 1:17-cv-01946 | 1:17-cv-01956 | 1:17-cv-01976 |
| 1:17-cv-01910 | 1:17-cv-01935 | 1:17-cv-01947 | 1:17-cv-01957 | 1:17-cv-01977 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald