IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01757 | 1:17-cv-01773 | 1:17-cv-01798 | 1:17-cv-01811 | 1:17-cv-01861 |
| 1:17-cv-01760 | 1:17-cv-01774 | 1:17-cv-01800 | 1:17-cv-01812 | 1:17-cv-01863 |
| 1:17-cv-01762 | 1:17-cv-01775 | 1:17-cv-01802 | 1:17-cv-01813 | 1:17-cv-01876 |
| 1:17-cv-01763 | 1:17-cv-01779 | 1:17-cv-01803 | 1:17-cv-01815 | 1:17-cv-01877 |
| 1:17-cv-01764 | 1:17-cv-01781 | 1:17-cv-01804 | 1:17-cv-01820 | 1:17-cv-01879 |
| 1:17-cv-01765 | 1:17-cv-01785 | 1:17-cv-01805 | 1:17-cv-01829 | 1:17-cv-01880 |
| 1:17-cv-01766 | 1:17-cv-01790 | 1:17-cv-01806 | 1:17-cv-01834 | 1:17-cv-01881 |
| 1:17-cv-01767 | 1:17-cv-01791 | 1:17-cv-01807 | 1:17-cv-01838 | 1:17-cv-01885 |
| 1:17-cv-01768 | 1:17-cv-01794 | 1:17-cv-01809 | 1:17-cv-01853 | 1:17-cv-01889 |
| 1:17-cv-01770 | 1:17-cv-01795 | 1:17-cv-01810 | 1:17-cv-01854 | 1:17-cv-01891 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 2, 2018    /s/ Kip S. M. McDonald
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail:  andrea.pierson@faegrebd.com
    E-Mail:  kip.mcdonald@faegrebd.com

US.119173560.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald