# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01630 | 1:17-cv-01655 | 1:17-cv-01697 | 1:17-cv-01717 | 1:17-cv-01736 |
| 1:17-cv-01631 | 1:17-cv-01657 | 1:17-cv-01699 | 1:17-cv-01718 | 1:17-cv-01737 |
| 1:17-cv-01632 | 1:17-cv-01669 | 1:17-cv-01703 | 1:17-cv-01719 | 1:17-cv-01739 |
| 1:17-cv-01633 | 1:17-cv-01672 | 1:17-cv-01704 | 1:17-cv-01720 | 1:17-cv-01740 |
| 1:17-cv-01634 | 1:17-cv-01675 | 1:17-cv-01705 | 1:17-cv-01721 | 1:17-cv-01741 |
| 1:17-cv-01635 | 1:17-cv-01677 | 1:17-cv-01707 | 1:17-cv-01724 | 1:17-cv-01744 |
| 1:17-cv-01638 | 1:17-cv-01683 | 1:17-cv-01711 | 1:17-cv-01725 | 1:17-cv-01752 |
| 1:17-cv-01641 | 1:17-cv-01685 | 1:17-cv-01713 | 1:17-cv-01727 | 1:17-cv-01753 |
| 1:17-cv-01645 | 1:17-cv-01688 | 1:17-cv-01714 | 1:17-cv-01728 | 1:17-cv-01754 |
| 1:17-cv-01650 | 1:17-cv-01689 | 1:17-cv-01715 | 1:17-cv-01735 | 1:17-cv-01755 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 2, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119173565.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Kip S. M. McDonald