# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01505 | 1:17-cv-01527 | 1:17-cv-01552 | 1:17-cv-01574 | 1:17-cv-01600 |
| 1:17-cv-01506 | 1:17-cv-01528 | 1:17-cv-01555 | 1:17-cv-01575 | 1:17-cv-01601 |
| 1:17-cv-01508 | 1:17-cv-01535 | 1:17-cv-01556 | 1:17-cv-01577 | 1:17-cv-01605 |
| 1:17-cv-01509 | 1:17-cv-01536 | 1:17-cv-01557 | 1:17-cv-01578 | 1:17-cv-01610 |
| 1:17-cv-01515 | 1:17-cv-01538 | 1:17-cv-01559 | 1:17-cv-01580 | 1:17-cv-01611 |
| 1:17-cv-01516 | 1:17-cv-01542 | 1:17-cv-01562 | 1:17-cv-01583 | 1:17-cv-01612 |
| 1:17-cv-01517 | 1:17-cv-01543 | 1:17-cv-01563 | 1:17-cv-01588 | 1:17-cv-01613 |
| 1:17-cv-01524 | 1:17-cv-01545 | 1:17-cv-01565 | 1:17-cv-01596 | 1:17-cv-01625 |
| 1:17-cv-01525 | 1:17-cv-01550 | 1:17-cv-01566 | 1:17-cv-01598 | 1:17-cv-01626 |
| 1:17-cv-01526 | 1:17-cv-01551 | 1:17-cv-01572 | 1:17-cv-01599 | 1:17-cv-01629 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:    August 2, 2018                                /s/ Kip S. M. McDonald
                                                         Andrea Roberts Pierson (# 18435-49)
                                                         Kip S. M. McDonald (# 29370-49)
                                                         FAEGRE BAKER DANIELS LLP
                                                         300 North Meridian Street, Suite 2700
                                                         Indianapolis, Indiana 46204
                                                         Telephone: (317) 237-0300
                                                         Facsimile: (317) 237-1000
                                                         E-Mail:  andrea.pierson@faegrebd.com
                                                         E-Mail:  kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald