**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01431 | 1:17-cv-01451 | 1:17-cv-01462 | 1:17-cv-01475 | 1:17-cv-01486 |
| 1:17-cv-01432 | 1:17-cv-01452 | 1:17-cv-01464 | 1:17-cv-01476 | 1:17-cv-01487 |
| 1:17-cv-01434 | 1:17-cv-01453 | 1:17-cv-01465 | 1:17-cv-01477 | 1:17-cv-01488 |
| 1:17-cv-01435 | 1:17-cv-01454 | 1:17-cv-01466 | 1:17-cv-01478 | 1:17-cv-01489 |
| 1:17-cv-01440 | 1:17-cv-01455 | 1:17-cv-01467 | 1:17-cv-01479 | 1:17-cv-01490 |
| 1:17-cv-01441 | 1:17-cv-01456 | 1:17-cv-01468 | 1:17-cv-01481 | 1:17-cv-01491 |
| 1:17-cv-01447 | 1:17-cv-01457 | 1:17-cv-01469 | 1:17-cv-01482 | 1:17-cv-01496 |
| 1:17-cv-01448 | 1:17-cv-01458 | 1:17-cv-01470 | 1:17-cv-01483 | 1:17-cv-01499 |
| 1:17-cv-01449 | 1:17-cv-01460 | 1:17-cv-01472 | 1:17-cv-01484 | 1:17-cv-01501 |
| | 1:17-cv-01461 | 1:17-cv-01474 | 1:17-cv-01485 | 1:17-cv-01504 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:     August 2, 2018                    /s/ Kip S. M. McDonald
                                             Andrea Roberts Pierson (# 18435-49)
                                             Kip S. M. McDonald (# 29370-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana 46204
                                             Telephone: (317) 237-0300
                                             Facsimile: (317) 237-1000
                                             E-Mail: andrea.pierson@faegrebd.com
                                             E-Mail: kip.mcdonald@faegrebd.com


US.119173575.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119173575.01