IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01327 | 1:17-cv-01349 | 1:17-cv-01370 | 1:17-cv-01397 | 1:17-cv-01414 |
| 1:17-cv-01328 | 1:17-cv-01351 | 1:17-cv-01371 | 1:17-cv-01398 | 1:17-cv-01416 |
| 1:17-cv-01333 | 1:17-cv-01353 | 1:17-cv-01374 | 1:17-cv-01399 | 1:17-cv-01417 |
| 1:17-cv-01336 | 1:17-cv-01358 | 1:17-cv-01375 | 1:17-cv-01400 | 1:17-cv-01418 |
| 1:17-cv-01337 | 1:17-cv-01360 | 1:17-cv-01376 | 1:17-cv-01401 | 1:17-cv-01419 |
| 1:17-cv-01338 | 1:17-cv-01361 | 1:17-cv-01380 | 1:17-cv-01402 | 1:17-cv-01421 |
| 1:17-cv-01339 | 1:17-cv-01362 | 1:17-cv-01383 | 1:17-cv-01408 | 1:17-cv-01427 |
| 1:17-cv-01343 | 1:17-cv-01363 | 1:17-cv-01390 | 1:17-cv-01409 | 1:17-cv-01428 |
| 1:17-cv-01345 | 1:17-cv-01364 | 1:17-cv-01392 | 1:17-cv-01410 | 1:17-cv-01429 |
| 1:17-cv-01347 | 1:17-cv-01368 | 1:17-cv-01394 | 1:17-cv-01413 | 1:17-cv-01430 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 2, 2018                    /s/ Kip S. M. McDonald
                                           Andrea Roberts Pierson (# 18435-49)
                                           Kip S. M. McDonald (# 29370-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald