# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01214 | 1:17-cv-01232 | 1:17-cv-01242 | 1:17-cv-01269 | 1:17-cv-01289 |
| 1:17-cv-01216 | 1:17-cv-01233 | 1:17-cv-01244 | 1:17-cv-01270 | 1:17-cv-01293 |
| 1:17-cv-01221 | 1:17-cv-01234 | 1:17-cv-01245 | 1:17-cv-01277 | 1:17-cv-01294 |
| 1:17-cv-01223 | 1:17-cv-01235 | 1:17-cv-01247 | 1:17-cv-01279 | 1:17-cv-01299 |
| 1:17-cv-01224 | 1:17-cv-01236 | 1:17-cv-01250 | 1:17-cv-01280 | 1:17-cv-01300 |
| 1:17-cv-01225 | 1:17-cv-01237 | 1:17-cv-01251 | 1:17-cv-01281 | 1:17-cv-01301 |
| 1:17-cv-01226 | 1:17-cv-01238 | 1:17-cv-01252 | 1:17-cv-01282 | 1:17-cv-01304 |
| 1:17-cv-01227 | 1:17-cv-01239 | 1:17-cv-01254 | 1:17-cv-01284 | 1:17-cv-01305 |
| 1:17-cv-01229 | 1:17-cv-01240 | 1:17-cv-01256 | 1:17-cv-01286 | 1:17-cv-01306 |
| 1:17-cv-01230 | 1:17-cv-01241 | 1:17-cv-01268 | 1:17-cv-01288 | 1:17-cv-01320 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:      August 2, 2018                         /s/ Kip S. M. McDonald
                                                   Andrea Roberts Pierson (# 18435-49)
                                                   Kip S. M. McDonald (# 29370-49)
                                                   FAEGRE BAKER DANIELS LLP
                                                   300 North Meridian Street, Suite 2700
                                                   Indianapolis, Indiana 46204
                                                   Telephone: (317) 237-0300
                                                   Facsimile: (317) 237-1000
                                                   E-Mail:  andrea.pierson@faegrebd.com
                                                   E-Mail:  kip.mcdonald@faegrebd.com


US.119173593.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119173593.01