UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83-7(c)(4), the undersigned, John T. Schlafer, hereby notifies the Court and all counsel that he is hereby withdrawing his Appearance as counsel of record for the defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and in all cases associated with MDL No. 2570 in which that appearance has been entered, and hereby shows the Court as follows.

1. Local Rule 83-7(c)(4) of this Court provides that "[t]he requirements of sub-paragraphs (1)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of his intent to withdraw] are waived when a notice of withdrawal is filed contemporaneously with another attorney's appearance for the client."

2.        Andrea Roberts Pierson and/or other Faegre Baker Daniels LLP attorneys have previously entered their Appearances for the Cook Defendants in every case in this MDL. Additionally, Kip McDonald of Faegre Baker Daniels LLP has or will enter his appearance in every case associated with MDL 2570 in which the Cook Defendants have been served to ensure multiple Faegre Baker Daniels attorneys have entered their appearance in every matter associated with this MDL in which the Cook Defendants have been served.

3.        John T. Schlafer will no longer be a member or employee of the firm of Faegre Baker Daniels LLP and will taking an in-house counsel position.  The Cook Defendants have been advised that this Notice will be filed and have consented to the withdrawal of John T. Schlafer from all cases associated with this MDL.

Dated:  August 3, 2018

Respectfully submitted,

/s/ John T. Schlafer
John T. Schlafer (# 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  john.schlafer@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer