IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## Plaintiff Tonya Brand's Unopposed Motion to Extend Two Case Management Deadlines

Plaintiff, by counsel, and **without opposition from Cook**, respectfully requests the Court to extend the parties' deadline for filing final witness lists to August 13, 2018, and extend the parties deadline for the next round of deposition designations/objections to August 11, 2018. In support of this motion, Plaintiff states the following:

    1.    The current deadline for the parties' filing of final witness lists is set for Friday, August 3, 2018.

    2.    Plaintiffs respectfully request that this deadline be extended by ten days, making (should the Court grant this motion) the new deadline **August 13, 2018**.

    3.    The current deadline for filing final exhibit lists is August 20, 2018. This deadline will remain unchanged.

4. The current deadline for the parties' next round of deposition designations and objections to deposition designations is August 6, 2018.

5. Plaintiffs respectfully request that this deadline be extended by five days, making (should the Court grant this motion) the new deadline **August 11, 2018.**

6. The undersigned counsel has discussed these proposed extensions with counsel for Cook (Kip McDonald), and Cook does **not** oppose this motion.

7. This motion is not made for purposes of delay.

**Wherefore**, Plaintiff, by counsel, respectfully requests that the parties' deadline for filing final witness lists be extended to August 13, 2018, the parties next round of deposition designations/objections be extended to August 11, 2018, and all further just and appropriate relief in the premises.

Dated: January 24, 2018                             Respectfully Submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
(202) 233-1993
mheaviside@hrzlaw.com


/s/ *Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
(214) 761-6614
Fax: (214) 74407590
bmartin@bencmartin.


/s/ *David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
Fax: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams