IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

Tonya Brand
Civil Case No. 1:14-cv-06018-RLY-TAB

## Order Extending Two Case Management Deadlines

This matter comes before the Court on Plaintiff Tonya Brand's Unopposed Motion to Extend Two Case Management Deadlines, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiff Tonya Brand's motion is **granted**.

**It is therefore Ordered, Adjudged, and Decreed** that deadline for the parties' filing of final witness lists shall be due on or before **August 13, 2018**, and the deadline for the parties' deposition designations and objections to deposition designations shall be due on or before **August 11, 2018**.

**All of which is Ordered** _____.


_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email
generated by the Court's ECF system.