**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-01084 | 1:17-cv-01112 | 1:17-cv-01129 | 1:17-cv-01168 | 1:17-cv-01188 |
| 1:17-cv-01085 | 1:17-cv-01113 | 1:17-cv-01131 | 1:17-cv-01169 | 1:17-cv-01190 |
| 1:17-cv-01090 | 1:17-cv-01118 | 1:17-cv-01132 | 1:17-cv-01170 | 1:17-cv-01191 |
| 1:17-cv-01097 | 1:17-cv-01120 | 1:17-cv-01143 | 1:17-cv-01179 | 1:17-cv-01193 |
| 1:17-cv-01098 | 1:17-cv-01121 | 1:17-cv-01145 | 1:17-cv-01180 | 1:17-cv-01194 |
| 1:17-cv-01099 | 1:17-cv-01122 | 1:17-cv-01147 | 1:17-cv-01182 | 1:17-cv-01195 |
| 1:17-cv-01104 | 1:17-cv-01123 | 1:17-cv-01150 | 1:17-cv-01183 | 1:17-cv-01196 |
| 1:17-cv-01106 | 1:17-cv-01125 | 1:17-cv-01151 | 1:17-cv-01184 | 1:17-cv-01201 |
| 1:17-cv-01107 | 1:17-cv-01126 | 1:17-cv-01154 | 1:17-cv-01185 | 1:17-cv-01204 |
| 1:17-cv-01110 | 1:17-cv-01128 | 1:17-cv-01167 | 1:17-cv-01186 | 1:17-cv-01210 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 3, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald