# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00950 | 1:17-cv-00970 | 1:17-cv-00997 | 1:17-cv-01017 | 1:17-cv-01038 |
| 1:17-cv-00952 | 1:17-cv-00971 | 1:17-cv-00998 | 1:17-cv-01019 | 1:17-cv-01040 |
| 1:17-cv-00953 | 1:17-cv-00983 | 1:17-cv-01000 | 1:17-cv-01020 | 1:17-cv-01041 |
| 1:17-cv-00954 | 1:17-cv-00985 | 1:17-cv-01010 | 1:17-cv-01021 | 1:17-cv-01042 |
| 1:17-cv-00957 | 1:17-cv-00991 | 1:17-cv-01011 | 1:17-cv-01022 | 1:17-cv-01044 |
| 1:17-cv-00960 | 1:17-cv-00992 | 1:17-cv-01012 | 1:17-cv-01023 | 1:17-cv-01045 |
| 1:17-cv-00963 | 1:17-cv-00993 | 1:17-cv-01013 | 1:17-cv-01024 | 1:17-cv-01050 |
| 1:17-cv-00964 | 1:17-cv-00994 | 1:17-cv-01014 | 1:17-cv-01031 | 1:17-cv-01051 |
| 1:17-cv-00966 | 1:17-cv-00995 | 1:17-cv-01015 | 1:17-cv-01036 | 1:17-cv-01052 |
| 1:17-cv-00967 | 1:17-cv-00996 | 1:17-cv-01016 | 1:17-cv-01037 | 1:17-cv-01054 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 3, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119173599.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald