# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  ) The cases listed on the attached Exhibit A

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Benjamin A. Bertram | Benjamin A. Bertram |
| **Law Firm, Company, and/or Agency:** | BERTRAM & GRAF, L.L.C. | BERTRAM & GRAF, L.L.C. |
| **Address:** | 4717 Grand Ave., Suite 800<br>Kansas City, MO 64112 | 2345 Grand Blvd., Suite 1925<br>Kansas City, MO 64108 |
| **Primary E-mail:** | benbertram@bertramgraf.com | benbertram@bertramgraf.com |
| **Secondary E-mail(s):** | N/A | N/A |
| **Telephone Number:** | 816-523-2205 | 816-523-2205 |
| **Facsimile:** | 816-523-8258 | 816-523-8258 |

Date: 8/3/18                                                           s/ Benjamin A. Bertram

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

# EXHIBIT A

## Pending Case Numbers

| Plaintiff | Civil Action No. |
|---|---|
| Ashley, Tabitha | 1:18-cv-0504 |
| Bailey, Marjorie | 1:17-cv-1292 |
| Baker, Jeffrey | 1:18-cv-1007 |
| Beri, James | 1:18-cv-1372 |
| Blair, Pearlie | 1:18-cv-1438 |
| Bowers, James | 1:17-cv-3304 |
| Caddell, Carol | 1:18-cv-1928 |
| Coleman, Dannye | 1:18-cv-1704 |
| Combs, David | 1:17-cv-3261 |
| Cosner, Delmer | 1:18-cv-1636 |
| Creel, Donald | 1:18-cv-1119 |
| Curry, Rufus | 1:17-cv-3026 |
| Darrin, Billie | 1:18-cv-1834 |
| Delgado, Monica | 1:17-cv-3441 |
| Devers, Sandra | 1:17-cv-4023 |
| Dishon, John | 1:16-cv-3541 |
| Douglass, Steven | 1:17-cv-1147 |
| Dunivan, Travis | 1:17-cv-4350 |
| English, Kevin | 1:17-cv-0172 |
| Fox, Danny | 1:18-cv-2267 |
| Frey, Steve | 1:17-cv-4197 |
| Fuhrman, Ronaca | 1:18-cv-2220 |
| George, David | 1:17-cv-02957 |
| Guerrero, Alberto | 1:18-cv-1366 |
| Hackett, Mary | 1:17-cv-01416 |
| Hallagin, Dalton | 1:17-cv-02986 |
| Harbert, Kevin | 1:17-cv-03439 |
| Hayes, Melissa | 1:17-cv-01417 |
| Hotaling, Roger | 1:16-cv-03310 |
| Jones, William Dain | 1:18-cv-1299 |
| Knerr, Jessica | 1:18-cv-1736 |
| Lewis, Donald E. | 1:18-cv-0916 |
| Lingo, David | 1:18-cv-1338 |

| Mallardi, Patricia | 1:18-cv-1365 |
|---|---|
| May, Anthony | 1:17-cv-02803 |
| Mitchell, Shelly | 1:17-cv-03782 |
| Montgomery, Frank | 1:17-cv-03278 |
| Moore, Carole | 1:17-cv-04003 |
| Murray, Breanna | 1:17-cv-02998 |
| Osborne, Yolonda | 1:18-cv-1273 |
| Oubre, Sheila | 1:18-cv-1814 |
| Page, Scot (obo Jeremy Page) | 1:17-cv-02731 |
| Palm, Jordan | 1:18-cv-1369 |
| Palumbo, Noreen | 1:17-cv-03023 |
| Pendroy, Patricia | 1:18-cv-0906 |
| Pierson, Jermaine | 1:17-cv-03284 |
| Raine, Marlene | 1:17-cv-02830 |
| Redden, Philip | 1:17-cv-00893 |
| Rettger, Michael | 1:17-cv-04025 |
| Rucker, Dianna | 1:17-cv-02797 |
| Simental, Rita | 1:17-cv-02999 |
| Smith, Donald J. | 1:18-cv-1262 |
| Strong, Margo | 1:17-cv-03895 |
| Taylor, Stacey | 1:18-cv-0938 |
| Varady, Robin | 1:17-cv-03442 |
| Wilson, Melinda | 1:17-cv-03891 |
| Wilson, William | 1:17-cv-04004 |
| Young, Patricia | 1:17-cv-03056 |