# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00767 | 1:17-cv-00799 | 1:17-cv-00822 | 1:17-cv-00881 | 1:17-cv-00904 |
| 1:17-cv-00773 | 1:17-cv-00800 | 1:17-cv-00835 | 1:17-cv-00882 | 1:17-cv-00914 |
| 1:17-cv-00776 | 1:17-cv-00802 | 1:17-cv-00836 | 1:17-cv-00886 | 1:17-cv-00917 |
| 1:17-cv-00786 | 1:17-cv-00804 | 1:17-cv-00845 | 1:17-cv-00887 | 1:17-cv-00919 |
| 1:17-cv-00788 | 1:17-cv-00806 | 1:17-cv-00858 | 1:17-cv-00889 | 1:17-cv-00920 |
| 1:17-cv-00789 | 1:17-cv-00807 | 1:17-cv-00859 | 1:17-cv-00893 | 1:17-cv-00921 |
| 1:17-cv-00792 | 1:17-cv-00811 | 1:17-cv-00860 | 1:17-cv-00895 | 1:17-cv-00926 |
| 1:17-cv-00793 | 1:17-cv-00813 | 1:17-cv-00875 | 1:17-cv-00896 | 1:17-cv-00936 |
| 1:17-cv-00795 | 1:17-cv-00819 | 1:17-cv-00876 | 1:17-cv-00897 | 1:17-cv-00944 |
| 1:17-cv-00796 | 1:17-cv-00820 | 1:17-cv-00877 | 1:17-cv-00898 | 1:17-cv-00946 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 4, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119173602.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald