# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00663 | 1:17-cv-00690 | 1:17-cv-00714 | 1:17-cv-00727 | 1:17-cv-00748 |
| 1:17-cv-00665 | 1:17-cv-00692 | 1:17-cv-00716 | 1:17-cv-00729 | 1:17-cv-00750 |
| 1:17-cv-00668 | 1:17-cv-00695 | 1:17-cv-00717 | 1:17-cv-00731 | 1:17-cv-00751 |
| 1:17-cv-00670 | 1:17-cv-00696 | 1:17-cv-00720 | 1:17-cv-00732 | 1:17-cv-00759 |
| 1:17-cv-00675 | 1:17-cv-00699 | 1:17-cv-00721 | 1:17-cv-00735 | 1:17-cv-00760 |
| 1:17-cv-00676 | 1:17-cv-00700 | 1:17-cv-00722 | 1:17-cv-00740 | 1:17-cv-00761 |
| 1:17-cv-00677 | 1:17-cv-00704 | 1:17-cv-00723 | 1:17-cv-00742 | 1:17-cv-00762 |
| 1:17-cv-00678 | 1:17-cv-00705 | 1:17-cv-00724 | 1:17-cv-00743 | 1:17-cv-00764 |
| 1:17-cv-00679 | 1:17-cv-00707 | 1:17-cv-00725 | 1:17-cv-00745 | 1:17-cv-00765 |
| 1:17-cv-00682 | 1:17-cv-00710 | 1:17-cv-00726 | 1:17-cv-00747 | 1:17-cv-00766 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:   August 4, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119180231.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald