**Case 1:14-ml-02570-RLY-TAB   Document 8837   Filed 08/04/18   Page 1 of 2 PageID #: 53260**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00552 | 1:17-cv-00569 | 1:17-cv-00591 | 1:17-cv-00608 | 1:17-cv-00647 |
| 1:17-cv-00553 | 1:17-cv-00571 | 1:17-cv-00592 | 1:17-cv-00610 | 1:17-cv-00648 |
| 1:17-cv-00554 | 1:17-cv-00574 | 1:17-cv-00593 | 1:17-cv-00611 | 1:17-cv-00649 |
| 1:17-cv-00555 | 1:17-cv-00575 | 1:17-cv-00594 | 1:17-cv-00626 | 1:17-cv-00650 |
| 1:17-cv-00557 | 1:17-cv-00576 | 1:17-cv-00595 | 1:17-cv-00628 | 1:17-cv-00651 |
| 1:17-cv-00559 | 1:17-cv-00579 | 1:17-cv-00596 | 1:17-cv-00636 | 1:17-cv-00652 |
| 1:17-cv-00560 | 1:17-cv-00582 | 1:17-cv-00597 | 1:17-cv-00637 | 1:17-cv-00653 |
| 1:17-cv-00564 | 1:17-cv-00587 | 1:17-cv-00603 | 1:17-cv-00638 | 1:17-cv-00657 |
| 1:17-cv-00565 | 1:17-cv-00588 | 1:17-cv-00604 | 1:17-cv-00641 | 1:17-cv-00658 |
| 1:17-cv-00567 | 1:17-cv-00590 | 1:17-cv-00606 | 1:17-cv-00642 | 1:17-cv-00662 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 4, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119180729.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119180729.01