# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-00181 | 1:16-cv-00193 | 1:16-cv-00225 | 1:16-cv-00238 | 1:16-cv-00251 |
| 1:16-cv-00182 | 1:16-cv-00194 | 1:16-cv-00226 | 1:16-cv-00240 | 1:16-cv-00268 |
| 1:16-cv-00183 | 1:16-cv-00216 | 1:16-cv-00227 | 1:16-cv-00241 | 1:16-cv-00278 |
| 1:16-cv-00184 | 1:16-cv-00218 | 1:16-cv-00228 | 1:16-cv-00242 | 1:16-cv-00283 |
| 1:16-cv-00186 | 1:16-cv-00219 | 1:16-cv-00229 | 1:16-cv-00243 | 1:16-cv-00286 |
| 1:16-cv-00187 | 1:16-cv-00220 | 1:16-cv-00230 | 1:16-cv-00244 | 1:16-cv-00307 |
| 1:16-cv-00188 | 1:16-cv-00221 | 1:16-cv-00232 | 1:16-cv-00247 | 1:16-cv-00330 |
| 1:16-cv-00189 | 1:16-cv-00222 | 1:16-cv-00233 | 1:16-cv-00248 | 1:16-cv-00340 |
| 1:16-cv-00190 | 1:16-cv-00223 | 1:16-cv-00234 | 1:16-cv-00249 | 1:16-cv-00341 |
| 1:16-cv-00192 | 1:16-cv-00224 | 1:16-cv-00235 | 1:16-cv-00250 | 1:16-cv-00343 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: August 4, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119211336.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119211336.01