# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-00344 | 1:16-cv-00439 | 1:16-cv-00462 | 1:16-cv-00531 | 1:16-cv-00550 |
| 1:16-cv-00377 | 1:16-cv-00440 | 1:16-cv-00464 | 1:16-cv-00533 | 1:16-cv-00551 |
| 1:16-cv-00398 | 1:16-cv-00441 | 1:16-cv-00473 | 1:16-cv-00535 | 1:16-cv-00552 |
| 1:16-cv-00401 | 1:16-cv-00442 | 1:16-cv-00474 | 1:16-cv-00536 | 1:16-cv-00553 |
| 1:16-cv-00403 | 1:16-cv-00443 | 1:16-cv-00484 | 1:16-cv-00539 | 1:16-cv-00556 |
| 1:16-cv-00405 | 1:16-cv-00444 | 1:16-cv-00488 | 1:16-cv-00542 | 1:16-cv-00568 |
| 1:16-cv-00432 | 1:16-cv-00445 | 1:16-cv-00498 | 1:16-cv-00545 | 1:16-cv-00571 |
| 1:16-cv-00433 | 1:16-cv-00449 | 1:16-cv-00509 | 1:16-cv-00546 | 1:16-cv-00577 |
| 1:16-cv-00435 | 1:16-cv-00460 | 1:16-cv-00525 | 1:16-cv-00547 | 1:16-cv-00592 |
| 1:16-cv-00437 | 1:16-cv-00461 | 1:16-cv-00530 | 1:16-cv-00548 | 1:16-cv-00593 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   August 4, 2018 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  kip.mcdonald@faegrebd.com |

US.119211390.01

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Kip S. M. McDonald