# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-00601 | 1:16-cv-00668 | 1:16-cv-00692 | 1:16-cv-00733 | 1:16-cv-00775 |
| 1:16-cv-00602 | 1:16-cv-00669 | 1:16-cv-00693 | 1:16-cv-00740 | 1:16-cv-00784 |
| 1:16-cv-00608 | 1:16-cv-00673 | 1:16-cv-00695 | 1:16-cv-00741 | 1:16-cv-00799 |
| 1:16-cv-00612 | 1:16-cv-00674 | 1:16-cv-00703 | 1:16-cv-00742 | 1:16-cv-00802 |
| 1:16-cv-00619 | 1:16-cv-00675 | 1:16-cv-00704 | 1:16-cv-00750 | 1:16-cv-00805 |
| 1:16-cv-00647 | 1:16-cv-00677 | 1:16-cv-00705 | 1:16-cv-00751 | 1:16-cv-00809 |
| 1:16-cv-00652 | 1:16-cv-00678 | 1:16-cv-00717 | 1:16-cv-00753 | 1:16-cv-00813 |
| 1:16-cv-00659 | 1:16-cv-00680 | 1:16-cv-00719 | 1:16-cv-00766 | 1:16-cv-00814 |
| 1:16-cv-00660 | 1:16-cv-00683 | 1:16-cv-00725 | 1:16-cv-00771 | 1:16-cv-00830 |
| 1:16-cv-00661 | 1:16-cv-00686 | 1:16-cv-00728 | 1:16-cv-00774 | 1:16-cv-00848 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: August 4, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119211860.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald