IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-00860 | 1:16-cv-00917 | 1:16-cv-00966 | 1:16-cv-00998 | 1:16-cv-01024 |
| 1:16-cv-00861 | 1:16-cv-00931 | 1:16-cv-00968 | 1:16-cv-00999 | 1:16-cv-01025 |
| 1:16-cv-00866 | 1:16-cv-00933 | 1:16-cv-00977 | 1:16-cv-01000 | 1:16-cv-01026 |
| 1:16-cv-00087 | 1:16-cv-00944 | 1:16-cv-00985 | 1:16-cv-01001 | 1:16-cv-01029 |
| 1:16-cv-00872 | 1:16-cv-00945 | 1:16-cv-00990 | 1:16-cv-01002 | 1:16-cv-01030 |
| 1:16-cv-00873 | 1:16-cv-00950 | 1:16-cv-00992 | 1:16-cv-01003 | 1:16-cv-01031 |
| 1:16-cv-00874 | 1:16-cv-00959 | 1:16-cv-00994 | 1:16-cv-01005 | 1:16-cv-01032 |
| 1:16-cv-00879 | 1:16-cv-00963 | 1:16-cv-00995 | 1:16-cv-01011 | 1:16-cv-01033 |
| 1:16-cv-00883 | 1:16-cv-00964 | 1:16-cv-00996 | 1:16-cv-01012 | 1:16-cv-01035 |
| 1:16-cv-00915 | 1:16-cv-00965 | 1:16-cv-00997 | 1:16-cv-01022 | 1:16-cv-01037 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 5, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119212072.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119212072.01