IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01038 | 1:16-cv-01052 | 1:16-cv-01062 | 1:16-cv-01072 | 1:16-cv-01083 |
| 1:16-cv-01039 | 1:16-cv-01053 | 1:16-cv-01063 | 1:16-cv-01073 | 1:16-cv-01085 |
| 1:16-cv-01040 | 1:16-cv-01054 | 1:16-cv-01064 | 1:16-cv-01074 | 1:16-cv-01086 |
| 1:16-cv-01041 | 1:16-cv-01055 | 1:16-cv-01065 | 1:16-cv-01075 | 1:16-cv-01087 |
| 1:16-cv-01042 | 1:16-cv-01056 | 1:16-cv-01066 | 1:16-cv-01076 | 1:16-cv-01088 |
| 1:16-cv-01044 | 1:16-cv-01057 | 1:16-cv-01067 | 1:16-cv-01077 | 1:16-cv-01089 |
| 1:16-cv-01045 | 1:16-cv-01058 | 1:16-cv-01068 | 1:16-cv-01078 | 1:16-cv-01092 |
| 1:16-cv-01046 | 1:16-cv-01059 | 1:16-cv-01069 | 1:16-cv-01079 | 1:16-cv-01093 |
| 1:16-cv-01050 | 1:16-cv-01060 | 1:16-cv-01070 | 1:16-cv-01080 | 1:16-cv-01094 |
| 1:16-cv-01051 | 1:16-cv-01061 | 1:16-cv-01071 | 1:16-cv-01082 | 1:16-cv-01098 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 5, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119212073.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald