**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01099 | 1:16-cv-01116 | 1:16-cv-01133 | 1:16-cv-01161 | 1:16-cv-01186 |
| 1:16-cv-01101 | 1:16-cv-01118 | 1:16-cv-01134 | 1:16-cv-01162 | 1:16-cv-01188 |
| 1:16-cv-01102 | 1:16-cv-01119 | 1:16-cv-01136 | 1:16-cv-01163 | 1:16-cv-01189 |
| 1:16-cv-01107 | 1:16-cv-01120 | 1:16-cv-01137 | 1:16-cv-01164 | 1:16-cv-01221 |
| 1:16-cv-01108 | 1:16-cv-01122 | 1:16-cv-01138 | 1:16-cv-01165 | 1:16-cv-01224 |
| 1:16-cv-01109 | 1:16-cv-01124 | 1:16-cv-01140 | 1:16-cv-01166 | 1:16-cv-01240 |
| 1:16-cv-01111 | 1:16-cv-01126 | 1:16-cv-01143 | 1:16-cv-01167 | 1:16-cv-01245 |
| 1:16-cv-01113 | 1:16-cv-01127 | 1:16-cv-01148 | 1:16-cv-01168 | 1:16-cv-01246 |
| 1:16-cv-01114 | 1:16-cv-01128 | 1:16-cv-01153 | 1:16-cv-01172 | 1:16-cv-01252 |
| 1:16-cv-01115 | 1:16-cv-01130 | 1:16-cv-01156 | 1:16-cv-01183 | 1:16-cv-01255 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 5,  2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119212086.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119212086.01