IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01263 | 1:16-cv-01308 | 1:16-cv-01336 | 1:16-cv-01406 | 1:16-cv-01451 |
| 1:16-cv-01269 | 1:16-cv-01309 | 1:16-cv-01337 | 1:16-cv-01412 | 1:16-cv-01458 |
| 1:16-cv-01284 | 1:16-cv-01310 | 1:16-cv-01348 | 1:16-cv-01413 | 1:16-cv-01459 |
| 1:16-cv-01285 | 1:16-cv-01315 | 1:16-cv-01349 | 1:16-cv-01416 | 1:16-cv-01468 |
| 1:16-cv-01288 | 1:16-cv-01316 | 1:16-cv-01358 | 1:16-cv-01417 | 1:16-cv-01473 |
| 1:16-cv-01294 | 1:16-cv-01318 | 1:16-cv-01375 | 1:16-cv-01418 | 1:16-cv-01474 |
| 1:16-cv-01295 | 1:16-cv-01320 | 1:16-cv-01379 | 1:16-cv-01420 | 1:16-cv-01475 |
| 1:16-cv-01296 | 1:16-cv-01322 | 1:16-cv-01394 | 1:16-cv-01421 | 1:16-cv-01477 |
| 1:16-cv-01299 | 1:16-cv-01330 | 1:16-cv-01395 | 1:16-cv-01446 | 1:16-cv-01481 |
| 1:16-cv-01303 | 1:16-cv-01333 | 1:16-cv-01405 | 1:16-cv-01447 | 1:16-cv-01486 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119212144.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119212144.01