# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01487 | 1:16-cv-01517 | 1:16-cv-01566 | 1:16-cv-01672 | 1:16-cv-01698 |
| 1:16-cv-01489 | 1:16-cv-01518 | 1:16-cv-01614 | 1:16-cv-01673 | 1:16-cv-01704 |
| 1:16-cv-01491 | 1:16-cv-01519 | 1:16-cv-01635 | 1:16-cv-01674 | 1:16-cv-01711 |
| 1:16-cv-01492 | 1:16-cv-01520 | 1:16-cv-01639 | 1:16-cv-01680 | 1:16-cv-01712 |
| 1:16-cv-01493 | 1:16-cv-01521 | 1:16-cv-01640 | 1:16-cv-01684 | 1:16-cv-01731 |
| 1:16-cv-01494 | 1:16-cv-01524 | 1:16-cv-01644 | 1:16-cv-01685 | 1:16-cv-01733 |
| 1:16-cv-01498 | 1:16-cv-01533 | 1:16-cv-01665 | 1:16-cv-01690 | 1:16-cv-01734 |
| 1:16-cv-01499 | 1:16-cv-01534 | 1:16-cv-01666 | 1:16-cv-01692 | 1:16-cv-01736 |
| 1:16-cv-01500 | 1:16-cv-01557 | 1:16-cv-01669 | 1:16-cv-01695 | 1:16-cv-01737 |
| 1:16-cv-01502 | 1:16-cv-01562 | 1:16-cv-01671 | 1:16-cv-01697 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119212160.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               /s/ Kip S. M. McDonald

US.119212160.01