# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01738 | 1:16-cv-01757 | 1:16-cv-01771 | 1:16-cv-01799 | 1:16-cv-01835 |
| 1:16-cv-01739 | 1:16-cv-01759 | 1:16-cv-01775 | 1:16-cv-01801 | 1:16-cv-01836 |
| 1:16-cv-01740 | 1:16-cv-01760 | 1:16-cv-01776 | 1:16-cv-01809 | 1:16-cv-01837 |
| 1:16-cv-01742 | 1:16-cv-01762 | 1:16-cv-01777 | 1:16-cv-01810 | 1:16-cv-01838 |
| 1:16-cv-01743 | 1:16-cv-01764 | 1:16-cv-01781 | 1:16-cv-01818 | 1:16-cv-01839 |
| 1:16-cv-01744 | 1:16-cv-01765 | 1:16-cv-01782 | 1:16-cv-01819 | 1:16-cv-01844 |
| 1:16-cv-01745 | 1:16-cv-01767 | 1:16-cv-01783 | 1:16-cv-01820 | 1:16-cv-01845 |
| 1:16-cv-01748 | 1:16-cv-01768 | 1:16-cv-01790 | 1:16-cv-01822 | 1:16-cv-01846 |
| 1:16-cv-01752 | 1:16-cv-01769 | 1:16-cv-01791 | 1:16-cv-01826 | 1:16-cv-01848 |
| 1:16-cv-01753 | 1:16-cv-01770 | 1:16-cv-01793 | 1:16-cv-01832 | 1:16-cv-01849 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald