# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-01859 | 1:16-cv-01919 | 1:16-cv-01953 | 1:16-cv-01963 | 1:16-cv-01978 |
| 1:16-cv-01879 | 1:16-cv-01929 | 1:16-cv-01954 | 1:16-cv-01964 | 1:16-cv-01979 |
| 1:16-cv-01880 | 1:16-cv-01937 | 1:16-cv-01955 | 1:16-cv-01965 | 1:16-cv-01982 |
| 1:16-cv-01888 | 1:16-cv-01939 | 1:16-cv-01956 | 1:16-cv-01966 | 1:16-cv-01983 |
| 1:16-cv-01892 | 1:16-cv-01941 | 1:16-cv-01957 | 1:16-cv-01967 | 1:16-cv-01984 |
| 1:16-cv-01903 | 1:16-cv-01943 | 1:16-cv-01958 | 1:16-cv-01968 | 1:16-cv-01985 |
| 1:16-cv-01904 | 1:16-cv-01944 | 1:16-cv-01959 | 1:16-cv-01969 | 1:16-cv-01986 |
| 1:16-cv-01910 | 1:16-cv-01945 | 1:16-cv-01960 | 1:16-cv-01970 | 1:16-cv-01988 |
| 1:16-cv-01911 | 1:16-cv-01951 | 1:16-cv-01961 | 1:16-cv-01972 | 1:16-cv-01994 |
| 1:16-cv-01916 | 1:16-cv-01952 | 1:16-cv-01962 | 1:16-cv-01973 | 1:16-cv-02001 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS


Dated:　August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ Kip S. M. McDonald

US.119212386.01