IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02010 | 1:16-cv-02037 | 1:16-cv-02064 | 1:16-cv-02091 | 1:16-cv-02122 |
| 1:16-cv-02011 | 1:16-cv-02038 | 1:16-cv-02065 | 1:16-cv-02095 | 1:16-cv-02123 |
| 1:16-cv-02014 | 1:16-cv-02039 | 1:16-cv-02066 | 1:16-cv-02096 | 1:16-cv-02130 |
| 1:16-cv-02015 | 1:16-cv-02040 | 1:16-cv-02068 | 1:16-cv-02098 | 1:16-cv-02135 |
| 1:16-cv-02017 | 1:16-cv-02041 | 1:16-cv-02069 | 1:16-cv-02101 | 1:16-cv-02136 |
| 1:16-cv-02018 | 1:16-cv-02043 | 1:16-cv-02070 | 1:16-cv-02102 | 1:16-cv-02137 |
| 1:16-cv-02020 | 1:16-cv-02045 | 1:16-cv-02074 | 1:16-cv-02103 | 1:16-cv-02142 |
| 1:16-cv-02021 | 1:16-cv-02046 | 1:16-cv-02084 | 1:16-cv-02104 | 1:16-cv-02143 |
| 1:16-cv-02025 | 1:16-cv-02061 | 1:16-cv-02087 | 1:16-cv-02105 | 1:16-cv-02145 |
| 1:16-cv-02036 | 1:16-cv-02063 | 1:16-cv-02088 | 1:16-cv-02115 | 1:16-cv-02146 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 6, 2018                     /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: kip.mcdonald@faegrebd.com

US.119214502.01

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ Kip S. M. McDonald

US.119214502.01