IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02149 | 1:16-cv-02185 | 1:16-cv-02216 | 1:16-cv-02251 | 1:16-cv-02272 |
| 1:16-cv-02153 | 1:16-cv-02186 | 1:16-cv-02217 | 1:16-cv-02253 | 1:16-cv-02274 |
| 1:16-cv-02156 | 1:16-cv-02188 | 1:16-cv-02219 | 1:16-cv-02254 | 1:16-cv-02276 |
| 1:16-cv-02167 | 1:16-cv-02191 | 1:16-cv-02220 | 1:16-cv-02255 | 1:16-cv-02277 |
| 1:16-cv-02170 | 1:16-cv-02192 | 1:16-cv-02225 | 1:16-cv-02257 | 1:16-cv-02279 |
| 1:16-cv-02172 | 1:16-cv-02193 | 1:16-cv-02226 | 1:16-cv-02258 | 1:16-cv-02281 |
| 1:16-cv-02179 | 1:16-cv-02196 | 1:16-cv-02238 | 1:16-cv-02264 | 1:16-cv-02282 |
| 1:16-cv-02181 | 1:16-cv-02197 | 1:16-cv-02241 | 1:16-cv-02265 | 1:16-cv-02283 |
| 1:16-cv-02183 | 1:16-cv-02211 | 1:16-cv-02248 | 1:16-cv-02270 | 1:16-cv-02286 |
| 1:16-cv-02184 | 1:16-cv-02212 | 1:16-cv-02249 | 1:16-cv-02271 | 1:16-cv-02290 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    August 6, 2018              /s/ Kip S. M. McDonald
                                                                    Andrea Roberts Pierson (# 18435-49)
                                                                    Kip S. M. McDonald (# 29370-49)
                                                                    FAEGRE BAKER DANIELS LLP
                                                                    300 North Meridian Street, Suite 2700
                                                                    Indianapolis, Indiana 46204
                                                                    Telephone: (317) 237-0300
                                                                    Facsimile: (317) 237-1000
                                                                    E-Mail:  andrea.pierson@faegrebd.com
                                                                    E-Mail:  kip.mcdonald@faegrebd.com

US.119214503.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119214503.01