# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02292 | 1:16-cv-02313 | 1:16-cv-02330 | 1:16-cv-02363 | 1:16-cv-02393 |
| 1:16-cv-02293 | 1:16-cv-02314 | 1:16-cv-02332 | 1:16-cv-02367 | 1:16-cv-02394 |
| 1:16-cv-02294 | 1:16-cv-02317 | 1:16-cv-02335 | 1:16-cv-02374 | 1:16-cv-02395 |
| 1:16-cv-02299 | 1:16-cv-02319 | 1:16-cv-02350 | 1:16-cv-02377 | 1:16-cv-02396 |
| 1:16-cv-02303 | 1:16-cv-02320 | 1:16-cv-02351 | 1:16-cv-02379 | 1:16-cv-02398 |
| 1:16-cv-02305 | 1:16-cv-02321 | 1:16-cv-02353 | 1:16-cv-02382 | 1:16-cv-02402 |
| 1:16-cv-02306 | 1:16-cv-02323 | 1:16-cv-02359 | 1:16-cv-02383 | 1:16-cv-02405 |
| 1:16-cv-02308 | 1:16-cv-02325 | 1:16-cv-02360 | 1:16-cv-02385 | 1:16-cv-02410 |
| 1:16-cv-02310 | 1:16-cv-02326 | 1:16-cv-02361 | 1:16-cv-02390 | 1:16-cv-02420 |
| 1:16-cv-02311 | 1:16-cv-02328 | 1:16-cv-02362 | 1:16-cv-02392 | 1:16-cv-02421 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald