IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02435 | 1:16-cv-02464 | 1:16-cv-02483 | 1:16-cv-02511 | 1:16-cv-02528 |
| 1:16-cv-02437 | 1:16-cv-02465 | 1:16-cv-02485 | 1:16-cv-02512 | 1:16-cv-02537 |
| 1:16-cv-02440 | 1:16-cv-02466 | 1:16-cv-02492 | 1:16-cv-02514 | 1:16-cv-02538 |
| 1:16-cv-02441 | 1:16-cv-02469 | 1:16-cv-02494 | 1:16-cv-02518 | 1:16-cv-02547 |
| 1:16-cv-02442 | 1:16-cv-02472 | 1:16-cv-02495 | 1:16-cv-02519 | 1:16-cv-02548 |
| 1:16-cv-02447 | 1:16-cv-02473 | 1:16-cv-02496 | 1:16-cv-02520 | 1:16-cv-02552 |
| 1:16-cv-02450 | 1:16-cv-02474 | 1:16-cv-02497 | 1:16-cv-02524 | 1:16-cv-02553 |
| 1:16-cv-02459 | 1:16-cv-02475 | 1:16-cv-02505 | 1:16-cv-02525 | 1:16-cv-02555 |
| 1:16-cv-02460 | 1:16-cv-02476 | 1:16-cv-02507 | 1:16-cv-02526 | 1:16-cv-02560 |
| 1:16-cv-02462 | 1:16-cv-02477 | 1:16-cv-02509 | 1:16-cv-02527 | 1:16-cv-02561 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald