# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02562 | 1:16-cv-02592 | 1:16-cv-02617 | 1:16-cv-02656 | 1:16-cv-02679 |
| 1:16-cv-02566 | 1:16-cv-02593 | 1:16-cv-02620 | 1:16-cv-02658 | 1:16-cv-02680 |
| 1:16-cv-02567 | 1:16-cv-02594 | 1:16-cv-02633 | 1:16-cv-02659 | 1:16-cv-02685 |
| 1:16-cv-02572 | 1:16-cv-02596 | 1:16-cv-02636 | 1:16-cv-02664 | 1:16-cv-02686 |
| 1:16-cv-02577 | 1:16-cv-02598 | 1:16-cv-02642 | 1:16-cv-02665 | 1:16-cv-02687 |
| 1:16-cv-02578 | 1:16-cv-02600 | 1:16-cv-02647 | 1:16-cv-02667 | 1:16-cv-02689 |
| 1:16-cv-02581 | 1:16-cv-02607 | 1:16-cv-02648 | 1:16-cv-02668 | 1:16-cv-02691 |
| 1:16-cv-02582 | 1:16-cv-02608 | 1:16-cv-02650 | 1:16-cv-02671 | 1:16-cv-02692 |
| 1:16-cv-02590 | 1:16-cv-02609 | 1:16-cv-02651 | 1:16-cv-02672 | 1:16-cv-02693 |
| 1:16-cv-02591 | 1:16-cv-02616 | 1:16-cv-02655 | 1:16-cv-02675 | 1:16-cv-02695 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     August 6, 2018          /s/ Kip S. M. McDonald
                                   Andrea Roberts Pierson (# 18435-49)
                                   Kip S. M. McDonald (# 29370-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail:  andrea.pierson@faegrebd.com
                                   E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald