# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02696 | 1:16-cv-02710 | 1:16-cv-02727 | 1:16-cv-02762 | 1:16-cv-02776 |
| 1:16-cv-02697 | 1:16-cv-02711 | 1:16-cv-02729 | 1:16-cv-02763 | 1:16-cv-02779 |
| 1:16-cv-02698 | 1:16-cv-02712 | 1:16-cv-02733 | 1:16-cv-02764 | 1:16-cv-02780 |
| 1:16-cv-02699 | 1:16-cv-02713 | 1:16-cv-02745 | 1:16-cv-02765 | 1:16-cv-02787 |
| 1:16-cv-02700 | 1:16-cv-02714 | 1:16-cv-02746 | 1:16-cv-02766 | 1:16-cv-02796 |
| 1:16-cv-02701 | 1:16-cv-02715 | 1:16-cv-02747 | 1:16-cv-02767 | 1:16-cv-02797 |
| 1:16-cv-02706 | 1:16-cv-02716 | 1:16-cv-02752 | 1:16-cv-02768 | 1:16-cv-02799 |
| 1:16-cv-02707 | 1:16-cv-02717 | 1:16-cv-02753 | 1:16-cv-02770 | 1:16-cv-02801 |
| 1:16-cv-02708 | 1:16-cv-02724 | 1:16-cv-02756 | 1:16-cv-02772 | 1:16-cv-02811 |
| 1:16-cv-02709 | 1:16-cv-02725 | 1:16-cv-02760 | 1:16-cv-02775 | 1:16-cv-02814 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119214512.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald