## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02816 | 1:16-cv-02841 | 1:16-cv-02864 | 1:16-cv-02901 | 1:16-cv-02949 |
| 1:16-cv-02818 | 1:16-cv-02845 | 1:16-cv-02869 | 1:16-cv-02907 | 1:16-cv-02951 |
| 1:16-cv-02820 | 1:16-cv-02846 | 1:16-cv-02882 | 1:16-cv-02909 | 1:16-cv-02952 |
| 1:16-cv-02822 | 1:16-cv-02851 | 1:16-cv-02893 | 1:16-cv-02918 | 1:16-cv-02953 |
| 1:16-cv-02824 | 1:16-cv-02852 | 1:16-cv-02894 | 1:16-cv-02924 | 1:16-cv-02954 |
| 1:16-cv-02829 | 1:16-cv-02854 | 1:16-cv-02895 | 1:16-cv-02930 | 1:16-cv-02955 |
| 1:16-cv-02830 | 1:16-cv-02858 | 1:16-cv-02896 | 1:16-cv-02935 | 1:16-cv-02956 |
| 1:16-cv-02831 | 1:16-cv-02859 | 1:16-cv-02897 | 1:16-cv-02937 | 1:16-cv-02961 |
| 1:16-cv-02832 | 1:16-cv-02860 | 1:16-cv-02899 | 1:16-cv-02941 | 1:16-cv-02965 |
| 1:16-cv-02833 | 1:16-cv-02863 | 1:16-cv-02900 | 1:16-cv-02947 | 1:16-cv-02971 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

Dated:    August 6, 2018          /s/ Kip S. M. McDonald
                                   Andrea Roberts Pierson (# 18435-49)
                                   Kip S. M. McDonald (# 29370-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail: andrea.pierson@faegrebd.com
                                   E-Mail: kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2

US.119214513.01