# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-02973 | 1:16-cv-02995 | 1:16-cv-03021 | 1:16-cv-03042 | 1:16-cv-03079 |
| 1:16-cv-02974 | 1:16-cv-02996 | 1:16-cv-03023 | 1:16-cv-03048 | 1:16-cv-03085 |
| 1:16-cv-02975 | 1:16-cv-02997 | 1:16-cv-03030 | 1:16-cv-03054 | 1:16-cv-03087 |
| 1:16-cv-02976 | 1:16-cv-02998 | 1:16-cv-03031 | 1:16-cv-03056 | 1:16-cv-03089 |
| 1:16-cv-02977 | 1:16-cv-03002 | 1:16-cv-03032 | 1:16-cv-03058 | 1:16-cv-03102 |
| 1:16-cv-02978 | 1:16-cv-03012 | 1:16-cv-03033 | 1:16-cv-03068 | 1:16-cv-03126 |
| 1:16-cv-02979 | 1:16-cv-03013 | 1:16-cv-03034 | 1:16-cv-03069 | 1:16-cv-03127 |
| 1:16-cv-02989 | 1:16-cv-03014 | 1:16-cv-03039 | 1:16-cv-03075 | 1:16-cv-03129 |
| 1:16-cv-02991 | 1:16-cv-03015 | 1:16-cv-03040 | 1:16-cv-03077 | 1:16-cv-03131 |
| 1:16-cv-02993 | 1:16-cv-03016 | 1:16-cv-03041 | 1:16-cv-03078 | 1:16-cv-03135 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 6, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119214521.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119214521.01