**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

In accordance with Local Rule 7.1 (e) (2), Plaintiff respectfully moves this Court for an Order granting her leave to file a brief in excess of 35 pages, specifically Plaintiff's Omnibus Motions in Limine and Authority to Support. This brief will be electronically filed on August 6, 2018. In support of this motion, Plaintiff states:

1. Local Rule 7.1 provides that briefs (excluding table of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7.1.

2. The Plaintiff hereby requests leave to file a brief in excess of 35 pages in Plaintiff's Omnibus Motions in Limine and Authority in Support.

3. The undersigned counsel states that he has used his best efforts to present his arguments as efficiently as possible, but find it necessary to request leave of court to exceed the 35 page maximum set forth in Local Rule 7.1 (e) (2).

1

5. Pursuant to Local Rule 7-1(e) (3), Plaintiff has included a table of contents, a statement of issues, and a table of authorities in her Brief.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her leave to file a brief in excess of 35 pages in Plaintiff's Omnibus Motions in Limine and Authority in Support.

Dated: August 6, 2018.

Respectfully Submitted,

/s/ Joseph N. Williams_____
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

>*/s/ David P. Matthews*
>David P. Matthews, Esq.
>Matthew and Associates
>2509 Sackett St.
>Houston, TX 77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>Email: dmatthews@thematthewslawfirm.com
>
>*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Ben C. Martin*
>Ben C. Martin