IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**ORDER ON MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

The Court, having considered Plaintiff's Motion for Leave to File a Brief in Excess of Thirty-Five Pages in Plaintiff's Omnibus Motions in Limine and Authority in Support.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered, Adjudged, and Decreed th Plaintiff's Omnibus Motions in Limine and Authority in Support at the Plaintiff is granted leave to file a Brief in excess of thirty-five pages in.

Signed this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

1