**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OR LIMIT ARGUMENT AND EVIDENCE THAT RETRIEVABLE AND/OR CELECT AND/OR IVC FILTERS GENERALLY SAVE LIVES OR CAPTURE BLOOD CLOTS**

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through undersigned counsel, and hereby respectfully requests that the Court Exclude or Limit Argument and Evidence that Retrievable and/or Celect and/or IVC Filters Generally Save Lives or Capture Blood Clots, and states as follows:

1.      No competent, admissible evidence exists to demonstrate that the Celect IVC filter specifically, or that retrievable IVC filters generally, reduce mortality rates in patients receiving them. Thus, any rhetorical argument by Cook that these filters "save lives" would be unfairly prejudicial because there is no evidence that this is true.

2.      A lack of competent evidence of efficacy is even more pronounced when considering reasonably comparable patient populations. Here, Mrs. Brand's implantation was for an off-label, prophylactic use rather than for a use that was approved by the Food and Drug Administration (FDA). Therefore, any alleged efficacy argument or evidence based on benefits for

1

patients receiving the medical device under circumstances *approved* by the FDA would be unfairly prejudicial and misleading to the jury.

3.      Argument or evidence that permanent IVC filters save lives or reduce the risk of pulmonary embolism is not relevant because Mrs. Brand was implanted with a retrievable filter. Such evidence would serve only to confuse and mislead the jury.

4.      The Federal Rules of Evidence, and controlling authority interpreting the evidentiary standards for admission of evidence and permissible argument, compel the conclusion that unfounded efficacy arguments are inadmissible. *See* FED. R. EVID. 401, 402, 403, 702; *see also* authorities cited in Plaintiff's Memorandum.

WHEREFORE, Plaintiff seeks an order, for the reasons set forth in the accompanying memorandum of law and the exhibits filed in support thereof, excluding any statement, argument, evidence, questioning and inference that retrievable and/or Celect IVC filters and/or IVC filters generally save lives or capture blood clots, or any statement, argument, questioning, inference or efficacy evidence that is not based solely on off-label, prophylactic use of the Celect filter, and for such further relief to which she may be justly entitled.

Dated: August 6, 2018.                    Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue

>Indianapolis, IN 46204
>Telephone: (317) 633-5270
>Facsimile: (317) 426-3348
>Email: jwilliams@rwp-law.com
>*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*
>
>*/s/ Michael W. Heaviside*
>Michael W. Heaviside, Esq.
>Heaviside Reed Zaic, A Law Corporation
>910 17th Street NW, Suite 800
>Washington, DC 20006
>Telephone: (202) 233-1993
>Email: mheaviside@hrzlaw.com
>*Plaintiffs' Co-Lead Counsel*
>
>*/s/ David P. Matthews*
>David P. Matthews, Esq.
>Matthew and Associates
>2509 Sackett St.
>Houston, TX 77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>Email: dmatthews@thematthewslawfirm.com
>*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Ben C. Martin*
>Ben C. Martin