**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al*.,
Case No. 1:14-cv-6018-RLY-TAB

**<u>INDEX OF EXHIBITS</u>**

Plaintiff files the following exhibits to Plaintiff's Motion in Limine to Exclude or Limit

Argument and Evidence that Retrievable and/or Celect and/or IVC Filters Generally Save Lives

or Capture Blood Clots:

| Exhibit | Description | Sealed/filed publically |
|---------|-------------|------------------------|
| 1 | Expert Report of Harlan M. Krumholz MD, SM | Sealed |
| 2 | Excerpts from the Expert Report of Jon P. Fryzek, MPH PhD | Sealed |
| 3 | Excerpts from the trial transcript of *Hill v Cook Medical, Inc.* | Filed Publically |
| 4 | Excerpts from the deposition of Christy Foreman, MBE of 7/17/2018 | Sealed |
| 5 | Excerpts from the Deposition of Timothy Morris, MD of 6/20/2018 | Sealed |

Dated: August 6, 2018.                    Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590

1

Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin