# EXHIBIT 3

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) October 23, 2017
                                ) 9:23 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1

**For Plaintiffs:**              David P. Matthews, Esq.
                                 MATTHEWS & ASSOCIATES
                                 2905 Sackett Street
                                 Houston, TX  77098


                                 Matthew D. Schultz, Esq.
                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR PA
                                 316 S. Baylen Street, Suite 600
                                 Pensacola, FL  32502


                                 Joseph N. Williams, Esq.
                                 RILEY WILLIAMS & PIATT, LLC
                                 301 Massachusetts Avenue
                                 Indianapolis, IN  46204

1  variations of clot sizes with the Celect, and he found that in
2  the vast majority of his tests that it caught 100 percent,
3  95 percent, 91 percent, 92 percent of the clots.  In cases
4  where you had a large vena cava and a small blood clot, the
5  filter's less effective, and that's true for all vena cava
6  filters.  It's not unique to the Celect or the Tulip or any
7  other.
8         But Dr. Gunther's tests proved that the first,
9  second, third job of the filter, to catch blood clots.  The
10 Celect did that and it did that very effectively.
11        Dr. Gunther actually published the results of the
12 study in 2005, and in his study he found -- you can see the
13 results -- that the capturing efficiency of the Celect filter
14 proved to be equivalent to the Tulip filter, and he evaluated
15 it depending on whether you deployed one blood clot or
16 multiple blood clots at a time and different sizes of blood
17 clots.  Hundreds and hundreds of combinations of different
18 sizes of clots, of multiple clots were included in this test.
19        So how is it that we know that the Celect filter
20 catches blood clots or that filters catch clots at all, that
21 they do the job they're supposed to do?
22        Well, we know that in a few ways.  First, we know it
23 from things like our tests, the clot-trapping study that I
24 just described to you.  We know it because doctors tell us
25 that, because we've been in the business of selling filters

1  for a long, long time.  And because the Celect has been on the
2  market since 2007, our witnesses will explain that we actually
3  get feedback from doctors and we hear that.
4          Our employees will explain to you that one thing
5  that sets Cook apart from many other companies is that we
6  listen to physicians.  We know that the Celect and filters do
7  what they're supposed to do because the literature shows very
8  low rates of pulmonary embolism with filters in place,
9  including the Celect.
10         We know the filters work because of the professional
11 societies that the doctors who use these belong to.  And when
12 we talk about the doctors who place and retrieve filters,
13 there are three specialties that use them:  Interventional
14 radiologists, vascular surgeons, and interventional
15 cardiologists.  They're a group of physicians who really
16 specialize on minimally invasive techniques to treat
17 conditions in our veins and our arteries.
18         The professional groups that these doctors belong
19 to, they recommend the use of vena cava filters, and we know
20 that filters catch blood clots because the Celect has been on
21 the market for ten years and used in hundreds of thousands of
22 patients.  If it didn't work, do you think doctors would
23 continue to choose it for more than a decade?
24         Our witnesses will tell you we know it works because
25 they tell us that.  We know that history proves that vena cava

1  arm of the group of patients nothing.  It's a little bit like
2  if we tried to do a randomized controlled trial of parachutes.
3  We'd take two groups of people.  We'd give one group of people
4  a sack with a parachute in it.  We'd give another group of
5  people a sack with nothing in it.  We'd take them up into the
6  air in the airplane, and we'd say, okay, everybody, now jump.
7  How many people do you think would sign up for that?  No one.
8            Our experts will explain that when the product at
9  issue is one that prevents a life-threatening condition, that
10 it would be unethical to conduct that kind of study.  And our
11 experts will explain that while there is a lot of evidence, a
12 lot of literature related to the use of filters in patients,
13 there aren't randomized controlled trials, and there can't be,
14 because it would be unethical.
15           That's not unique to vena cava filters by the way.
16 There are many medical products that are life-saving products
17 that you can't conduct a randomized controlled trial ethically
18 and couldn't get people to sign up for it even if you could.
19           You'll hear a lot about the literature, and there
20 is -- there's literature with varying numbers in it for all
21 different filters, measuring different factors, catching PE,
22 rates of perforation, and other things.  Our experts will
23 explain to you that we live in a real world and that it's
24 important to evaluate how filters in the Celect, how they
25 perform in the real world in real patients.

knows that a patient has a pulmonary embolism it is based on an autopsy, right?

A    There's certainly pulmonary embolisms can be missed, certainly.  They're in a differential diagnosis.  I don't think I've ever missed one, but it's certainly possible.

Q    They often go undiagnosed, don't they?

A    Let the vascular surgeons talk about that.  I'm happy to, happy to play the role of doctor if you want, but they can be missed, counsel.  You're correct.

        MR. SCHULTZ:  Your Honor?

        MS. PIERSON:  Dr. Kessler --

        MR. SCHULTZ:  I object to the line of questioning as irrelevant to adulteration and misbranding which are the opinions that Dr. Kessler gave.

        THE COURT:  Overruled.  Cross-examine.

BY MS. PIERSON:

Q    Dr. Kessler, you agree that the benefits of a life-saving drug or device where there are limited treatment options, that can outweigh the known risks, correct?

A    I've said that in the context of things like aids and cancer.  I'm sure I have made statements like that in those instances.  Say again your question so we can take pieces of it.

Q    I think we talked about this before, but for a patient who cannot take blood thinners and their doctor determines that

testified before that committee. Before the committee, you said these words that are shown on the screen, and I'd particularly like to draw your attention. I put the whole paragraph here, but I'd like to draw your attention to the last highlighted sentence, if I could?

    MR. SCHULTZ: I'm sorry, Andrea. Your Honor, can I get a copy of what you're using to impeach the witness?

    MS. PIERSON: One second. She'll get it.

BY MS. PIERSON:

Q   "The benefits of a life-saving drug or device where there are limited treatment options might justify its marketing despite known risks even when the risks involve serious injury or death." Those are your words, right, Dr. Kessler?

A   Yes, and read the next sentence because that's what I said.

Q   The next sentence goes on. "This is often the case with drug therapies for cancer as an example," correct?

A   Right, and that's exactly so in cancer and in aids.

Q   There's no question pending, Dr. Kessler. Dr. Kessler, it is correct to say, isn't it, that all implantable medical devices have some level of risk, don't they?

A   Implants? Absolutely.

Q   That includes vena cava filters?

A   Yes, and they -- absolutely.

Q   Not unique to Cook?

1  gave me today.
2           MS. COX:  That's not relevant.
3           THE COURT:  Obviously.
4           MS. BAUGHMAN:  Thank you.
5           Question (sic)59, lines 10, 11, same area, "Do you
6  believe IVC filters can save lives?"
7           For the reasons I've articulated, first of all, I
8  think it's duplicative of what the jury has already heard; and
9  second, he's not an expert witness.
10          MS. COX:  Your Honor, they've just designated
11 testimony saying there's no proof that filters work.  They
12 actually asked this witness -- they put literature in front of
13 him and said, "Why would you prescribe this to Mrs. Hill?
14 There's no proof that filters work."  They asked him over and
15 over, "Why would you do it?"
16          And his answer about why he would do it I think is
17 directly relevant.  We're talking about his decision making in
18 the care and treatment of Mrs. Hill here, not expert
19 testimony.  They asked the questions.  They brought up the
20 whole issue of proof of it working.  Most doctors don't have
21 to defend their decisions like Dr. Moreno is being asked to do
22 here.
23          MS. BAUGHMAN:  This is kind of similar, Your Honor,
24 to earlier today, this morning, when we redacted at the
25 Court's request testimony regarding a death that was in Cook's

1  documents.  It's -- it's expert testimony.  It's anecdotal.
2  It's not necessary.
3            He has testified multiple times already and he will
4  when its played this afternoon or tomorrow that he felt like
5  this would save Ms. Hill's life, that it would provide medical
6  benefit to her.  So the general question, "Do they save lives
7  generally," is -- is not necessary.  It's cumulative.  It's
8  duplicative, and it's expert testimony.
9            MS. COX:  The only thing I would add is part of this
10 designation asks him, "Do you still continue to use filters
11 today?"  And I think that's a really important point.  That's
12 not been covered previously, and I think the jury needs to
13 know he still believes in filters and still prescribes them to
14 this day.
15           MS. BAUGHMAN:  I'm sorry.  That's not the question.
16 The question I was raising was -- although it's within the
17 same block of designation, was the issue of do you believe IVC
18 filters can save lives.
19           THE COURT:  Yeah, I think that's already in.  I
20 think the jury is pretty clear that these folks wouldn't
21 recommend or prescribe if they didn't think they had great
22 benefits.  I believe that's the impression that the jury has,
23 that they are beneficial.  They have risks, but they're
24 beneficial too.
25           MS. BAUGHMAN:  So is it cumulative or --

**zz_MorenoCookAffirmsFINAL-MORENO_Direct AS PLAYED 11.06.2017**

| Page/Line | Source | ID |
|---|---|---|
| | 71:18 the PE from the surgery or the bleeding from the surgery<br>71:19 was sufficient -- had it increased to the point that<br>71:20 anticoagulants would not be a danger to her?<br>71:21   A. Well, it's less of a risk.  I think there is<br>71:22 some risk, but I think you still have a clot risk<br>71:23 probably for four to six weeks after surgery, so there's<br>71:24 still some risk.  It's not risk free. | |
| 79:2 - 79:6 | **Moreno, Anthony 04-26-2017 (00:00:09)**<br>79:2   Q. Can I have you look at Exhibit 13.<br>79:3   A. Yes.<br>79:4   Q. This is the X ray of Ms. Hill's spinal<br>79:5 curvature before your surgery on her?<br>79:6   A. Yes. | zz_MorenoCookAffirmsFINAL.118<br>DX3176.1.2<br><br>clear |
| 60:14 - 61:5 | **Moreno, Anthony 04-26-2017 (00:00:48)**<br>60:14   Q. Is there anything you've seen in this<br>60:15 deposition that the Plaintiffs have shown you that has<br>60:16 changed your mind about the use of IVC filters in the<br>60:17 types of surgery you did on Ms. Hill?<br>60:18   A. Well, in my mind, in this deposition, there<br>60:19 never was a question about whether it was appropriate to<br>60:20 use an IVC filter.  This deposition is about, well, are<br>60:21 there complications with IVC filters and its devices,<br>60:22 and those are complications that any procedure you do on<br>60:23 a patient you will have.<br>60:24 So there is no question whether an IVC filter<br>60:25 is appropriate for adult complex spinal reconstructive<br>61:1 surgery, because the answer is yes.  It saves lives.<br>61:2 The question is, well, are some of those going to have<br>61:3 complications, and the answer is yes, some of them are,<br>61:4 and that's part of doing large complex surgery, that you<br>61:5 will have complications. | zz_MorenoCookAffirmsFINAL.128 |

_____

Cook Designations = 00:38:50

**Total Time = 00:38:50**

**Documents Shown**
DX3166
DX3173
DX3174

1  never had any problem with the product whatsoever; and many of
2  them, many of them are alive today because they had the Celect
3  IVC filter implanted in their bodies.  They're the over
4  200,000 people who benefitted from their doctors having a tool
5  available to them to fight against a deadly, deadly thing
6  called pulmonary embolism.
7           They're not here today to talk to you.  They're not
8  here today to represent the vast majority of people who have
9  had no problems with this filter, but they're very much on my
10 mind.  They're very much on the company's mind today and I
11 hope they'll be very much on your mind.
12          So what happened to Ms. Hill?  Let's talk about this
13 and I'm going to walk through the story a little bit.  I know
14 you heard it.  I don't want to spend too much time belaboring
15 it.
16          You know, he just talked about stretching the truth
17 and that's absolutely not anything we want to do.  We're going
18 to show you pictures.  Show you a lot of pictures today.
19 We'll show you a lot of evidence, and pictures don't lie,
20 okay.  For years Ms. Hill's spine was crooked.  It was shaped,
21 you saw, like a question mark almost.  This is an image of her
22 spine before her surgery in 2010.  And what it did is it
23 literally shoved her organs to one side.  You can see how it
24 pushed her organs aside.  This is bigger than it should be.
25 This gets scrunched up.  It was literally pushing her organs

1  defending our product and something that we believe in, an
2  idea that we believe in.
3           And Mr. Breedlove testified what that idea is.  That
4  Cook provides tools to doctors that they need to stop diseases
5  that kill people, and he explained that Cook's motto is do the
6  right thing for the patient and not take short-cuts, acts with
7  integrity and if you make a mistake, he said, you own up to
8  it.
9           During this trial you've seen seven Cook witnesses
10 who have between them 140 years of experience.  You've heard
11 personally from Bruce Fleck, Jim Gardner, Darrell Talbert, all
12 located in Bloomington, Indiana; and we brought you two of
13 Cook's employees who live in Denmark, Per Hendrickson and
14 Henrik Gyllun.  You also heard from Kem Hawkins.  He's the
15 retired former president of Cook.  So he's got no -- he's got
16 no stake in the game anymore.  He's out of it.  He's retired.
17 He doesn't have any stock in the company.  And he told you
18 what kind of company Bill Cook built.
19          He said, "I'm the only president probably in the
20 world where the CEO came to me and said, 'I don't care if
21 you've got to recall every product that's out there, every
22 product we have, .you do the right thing by the patient in
23 every decision we make.'"  He said, "It's in our DNA to do
24 that and we'll do whatever we need to do for patients and
25 their benefit."  And that's what we're talking about.

1               Well, you've heard -- and he said something else
2  that caught my attention.  You may remember this.  When he was
3  being questioned about that foot on the gas pedal email that
4  they make such a big deal out of.  Remember him saying, "foot
5  on the pedal, foot on the pedal."  They said, "What do you
6  mean by that?"  His answer was really quick.  He said, "The
7  foot on the gas pedal means we are in a hurry to get these
8  products to patients because they need them."
9               The line that caught my attention was he said, "We
10 are burning daylight."  We're burning daylight and the
11 daylight that we're burning is the patient's daylight.  Every
12 minute that we wait to get a product on the market is a minute
13 that a person, a patient who needs the product doesn't have.
14 We don't want to burn that daylight.
15              But you've also heard indirectly from a lot of Cook
16 employees because every test, every dfMECA, every design
17 verification summary, all these documents that you've heard
18 about, there are people behind those.  There are people behind
19 those in Denmark and in Indiana and other places.  They work
20 together.  Real people who want to make these products and
21 take pride in what they're doing.
22              And we also brought you experts to help us
23 understand the issues in the case.  And I want to just show
24 you a slide comparing the experts that we brought you, all
25 right.  And each side has made a big deal out of -- you heard

1  this.

2          Now, we're here today because Mrs. Hill has sued
3  Cook accusing it of making a defective filter and she's asking
4  you to give her money because even though she never got a
5  pulmonary embolism, the very thing that this filter was
6  designed to do for her, she had a complication, a complication
7  that all of her doctors knew was a real possibility with any
8  filter.  Not just Celect.  A complication that she had been
9  told many times in writing was a real possibility.  A
10 complication that all of her doctors, all of them agreed was a
11 risk well worth taking to avoid the much more serious risk of
12 a fatal PE and a complication that's left her with no injury.

13         So how do we know that the Celect is an effective
14 device?  Well, there's at least three reasons.  I'm not going
15 to give you all of them.  I'll just kind of cover the high
16 points.  The first is you heard about this clot trapping study
17 from 2004.  We know that the Celect catches blood clots
18 because we tested it.  And you heard that catching clots is
19 the first, second, and third job of any IVC filter; and Celect
20 does it well.

21         And you heard the testimony about this.  Dr. Gunther
22 tested this thing in different sizes of blood clots.  He
23 tested different sizes of vena cava filters.  He tested it
24 with people standing up, people lying down.  He tested the
25 filter tilted.  He tested it straight up.  Hundreds and

```
 1  that the Celect doesn't catch clots or that there was another
 2  filter in 2010 that did better.
 3             We also know that these work for this reason.
 4  Doctors have been using the Celect filter for ten years.  They
 5  kept using it and doctors aren't dummies, okay.  They're not
 6  going to use a device that doesn't work.
 7             Now, you've heard from the doctors who treated her,
 8  Drs. Moreno, Lynch and Zuzga.  Dr. Moreno said putting filters
 9  in before complex spinal surgeries is the standard of care.
10  Dr. Lynch said, "Was there anything about the kind of
11  complication Mrs. Hill experienced was unique to Cook or
12  unique to Celect?"  And he said no.  And Dr. Zuzga said, "Even
13  knowing the complications that she experienced and that her
14  lawyers claim, is it your opinion that the risk of death from
15  PE, that that risk outweighs the risk of all the complications
16  she experienced?"  And his answer was yes.  He's the one who
17  put the filter in.
18             We also know that the filter works especially well
19  for people having major spinal surgery, people just like
20  Mrs. Hill.  You heard testimony about five separate studies,
21  all of which have to do specifically with spinal surgery
22  patients; and all five of those studies showed that IVC
23  filters work.  Spinal surgery patients get fewer PE's and
24  fewer deadly PE's when they have a filter than when they
25  don't.
```