**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's Memorandum in Support of Motion in Limine to Exclude or Limit Argument and Evidence that Retrievable and/or Celect and/or IVC Filters Generally Save Lives or Capture Blood Clots. Plaintiff would also respectfully move the Court to maintain under seal Exhibits 1, 2, 4 and 5 to Plaintiff's Motion. Plaintiff's Memorandum contains numerous references and quotations to material that has been designated as "Confidential" and Exhibits 1, 2, 4 and 5 to Plaintiff's Motion have been designated as "Confidential."

Dated: August 6, 2018.                    Respectfully Submitted,

>                    */s/ Ben C. Martin*
>                    Ben C. Martin, Esq.
>                    The Law Office of Ben C. Martin
>                    3710 Rawlins Street, Suite #1230
>                    Dallas, TX 75219
>                    Telephone: (214) 761-6614
>                    Facsimile: (214) 744-7590
>                    Email: bmartin@bencmartin.com
>                    *Plaintiffs' Co-Lead Counsel*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee*
*and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 6, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin

2