# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION   MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-03141 | 1:16-cv-03182 | 1:16-cv-03234 | 1:16-cv-03254 | 1:16-cv-03279 |
| 1:16-cv-03143 | 1:16-cv-03183 | 1:16-cv-03235 | 1:16-cv-03261 | 1:16-cv-03280 |
| 1:16-cv-03147 | 1:16-cv-03199 | 1:16-cv-03236 | 1:16-cv-03262 | 1:16-cv-03282 |
| 1:16-cv-03157 | 1:16-cv-03200 | 1:16-cv-03237 | 1:16-cv-03270 | 1:16-cv-03287 |
| 1:16-cv-03159 | 1:16-cv-03201 | 1:16-cv-03238 | 1:16-cv-03271 | 1:16-cv-03289 |
| 1:16-cv-03160 | 1:16-cv-03209 | 1:16-cv-03241 | 1:16-cv-03272 | 1:16-cv-03290 |
| 1:16-cv-03163 | 1:16-cv-03226 | 1:16-cv-03246 | 1:16-cv-03273 | 1:16-cv-03294 |
| 1:16-cv-03165 | 1:16-cv-03229 | 1:16-cv-03248 | 1:16-cv-03274 | 1:16-cv-03296 |
| 1:16-cv-03178 | 1:16-cv-03230 | 1:16-cv-03252 | 1:16-cv-03275 | 1:16-cv-03299 |
| 1:16-cv-03180 | 1:16-cv-03231 | 1:16-cv-03253 | 1:16-cv-03278 | 1:16-cv-03300 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:   August 6, 2018   /s/ Kip S. M. McDonald
   Andrea Roberts Pierson (# 18435-49)
   Kip S. M. McDonald (# 29370-49)
   FAEGRE BAKER DANIELS LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana 46204
   Telephone: (317) 237-0300
   Facsimile: (317) 237-1000
   E-Mail: andrea.pierson@faegrebd.com
   E-Mail: kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.119214522.01