# EXHIBIT 1

```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION
```

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) | |
| IVC FILTERS MARKETING, SALES ) Cause No. | |
| PRACTICES AND LIABILITY,     ) 1:14-ML-2570- RLY-TAB | |
| LITIGATION                   ) Evansville, Indiana | |
|                              ) **October 23**, 2017 | |
|                              ) 9:23 a.m. | |
|                              ) | |

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1

**For Plaintiffs:**              David P. Matthews, Esq.
                                 MATTHEWS & ASSOCIATES
                                 2905 Sackett Street
                                 Houston, TX  77098

                                 Matthew D. Schultz, Esq.
                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR PA
                                 316 S. Baylen Street, Suite 600
                                 Pensacola, FL  32502

                                 Joseph N. Williams, Esq.
                                 RILEY WILLIAMS & PIATT, LLC
                                 301 Massachusetts Avenue
                                 Indianapolis, IN  46204

1   a lot of these in tobacco litigation.  We don't object to it
2   on hearsay grounds.  We think it would fit the public record
3   exception.  We don't have any objection to them using it in
4   opening statement.  Judicial notice is a separate issue.  It's
5   my understanding it might require certification for the Court
6   to do that, so our request would be to hold off on judicial
7   notice and let us see if it even matters.  But for present
8   purposes, we don't object to it being used in opening
9   statement.
10              THE COURT:  Very good.
11              MS. PIERSON:  Thank you.  In that case, Your Honor,
12  we'd ask that the Court admit DX 1453, which is the Surgeon
13  General call to action.
14              THE COURT:  1453 admitted.  Anything else?
15              **(Defendant's Exhibit DX 1453 was received in**
16  **evidence.)**
17              MR. WEBBER:  The most boring perhaps of logistical
18  matters, we understand the plaintiffs are proposing to set up
19  these easels as the Court sees them.  We would like an
20  opportunity to be able to see what is on them, of course,
21  which I think would require perhaps Ms. Pierson and I to move
22  over here.  We want to seek the Court's permission to either
23  move chairs over there or to sit at the very end of the jury
24  box.  I know generally that --
25              THE COURT:  You're not going to sit --

1  would not do Mrs. Hill's surgery with blood thinners because
2  she would have bled to death or been paralyzed.  That's why he
3  prescribed a vena cava filter.
4          This knowledge, this need to prevent pulmonary
5  embolism, it's something that physicians have talked about and
6  our health institutes have talked about for many years.  But
7  the recognition that pulmonary embolism is such a prevalent
8  and deadly condition came to the attention of the United
9  States, the U.S. Surgeon General in 2008.  And the U.S.
10 Surgeon General issued this document, which was a call to
11 action to prevent pulmonary embolism and deep vein thrombosis.
12         The surgeon general called upon doctors across
13 multiple disciplines, and he called upon different agencies of
14 government to come together and to think of ways to prevent PE
15 and to raise awareness about PE.  He noted some of the
16 statistics and numbers that I talked to you about earlier,
17 that 350- to 600,000 of Americans each year suffer from DVT
18 and PE, and that at least 100,000 American deaths may be
19 directly or indirectly related to these diseases.
20         He noted that anticoagulants are a therapy, a good
21 therapy for patients who are at risk of developing blood
22 clots.  But he also noted that another therapy option is the
23 use of a permanent or retrievable, implantable filter in the
24 vena cava.  These filters act like miniature umbrellas with
25 holes that can trap blood clots and thus prevent PE without

1  stopping the flow of blood.  That was in 2008.
2          So in 2008, the surgeon general and many other
3  important institutes recognized the value of preventing PE and
4  that this is a condition that we can prevent that affects
5  hundreds of thousands of people each year.  By 2008, Cook
6  Medical and William Cook Europe, they were already focused on
7  this fight.  By that time, Cook Medical had been working on PE
8  awareness and tools to fight PE for close to two decades.
9          So I want to tell you a little bit about Cook
10 Medical and William Cook Europe.  You'll hear from our
11 employees about how these Cook companies came to exist.  And
12 at the beginning of the day, I introduced to you Mr. Mark
13 Breedlove who's here with us today.  He's a vice president at
14 Cook Medical, and he is the head of the peripheral vascular
15 division, specifically the vascular division and peripheral
16 intervention, meaning intervention in your veins falls within
17 that division.
18         Mr. Breedlove will be with us through the duration
19 of the trial.  It's important to Cook that we're here to
20 defend our product, the Celect filter, against the accusations
21 that are made by Mrs. Hill's lawyers.
22         The Cook companies, Cook Medical is located in
23 Bloomington, just about two hours north of here, and they were
24 founded in 1963 by a man named Bill Cook and his wife Gail.
25 Bill was from Illinois.  His wife Gail was from Evansville

1  A    Since the very beginning.  That's what they started with.
2  Q    Fifty years or so?
3  A    Yeah, 54, I think, yeah.
4  Q    Mr. Breedlove, as part of its focus on things that affect
5  our arteries and our veins, has Cook also focused in the area
6  of preventing pulmonary embolism?
7  A    Yes, we have.
8  Q    Okay.  And when did Cook first begin to focus on things
9  related to preventing pulmonary embolism?
10 A    So, it kind of happened towards the late 2000s.  So, you
11 know, we had the Tulip filter and Celect filter on the market,
12 and, around 2008, the Surgeon General came out with a call to
13 action on DVT -- deep vein thrombosis.  Sorry -- and pulmonary
14 embolism, PE, and preventing PE.
15           COURT REPORTER:  I'm sorry.  Go back to DVT.
16 A    So, the Surgeon General came out with a call to action or
17 got a group of people together to really talk about:  How can
18 we prevent deep vein thrombosis and pulmonary embolism?
19 BY MS. PIERSON:
20 Q    Okay.  I want to talk a little bit about that and how that
21 fits into the history of Cook's products that are vena cava
22 filters.
23           MS. PIERSON:  So, if you could, put up slide 6,
24 please, Rich.
25 BY MS. PIERSON:

1  Q   The jury has heard mention of the Bird's Nest filter.
2  Explain to them, using this slide:  When did the Bird's Nest
3  first come to market and how did the Tulip and the Celect fit
4  into that timeline?
5  A   Yes.  So, all these products, we still sell today.
6          So, the Bird's Nest was developed in -- it was
7  developed early in the '80s, but it was commercialized in
8  1989.
9          And the Gianturco-Roehm, those are actually two
10 physicians' names.  So, again, they came with the idea to Cook
11 to help create this product.  That vena cava filter is a
12 unique filter.  It's used for what they call megacavas.  So,
13 vena cavas sometimes go up to 40 millimeters in diameter.
14 That's a little large.  So, that's a permanent filter.
15         And then, you know, in 2000, we commercialized the
16 Tulip filter, and then, in 2007, the Celect.
17 Q   Mr. Breedlove, you just used the term "megacava" and
18 talked about what that meant.
19 A   Yeah.
20 Q   The Gunther Tulip and the Celect, what size of vena cava
21 do they fit?
22 A   They go up to 30-millimeter cavas, vena cavas.
23 Q   Okay.
24 A   So, I think -- I don't know the exact average, but,
25 typically, what I hear is, you know, low 20's.  So, 20,

1  22-millimeters is a typical, I think, vena cava.
2  Q  A few seconds ago, you mentioned the Surgeon General's
3  call to action.
4  A  Yeah.
5  Q  I'd like to hand you what's been admitted as Defendants'
6  1453.
7          Mr. Breedlove, what year did the Surgeon General
8  issue its call to action to prevent DVT and pulmonary
9  embolism?
10 A  It was 2008.
11         MS. PIERSON:  Okay.  And if we could go to the next
12 slide, please, Rich.
13 BY MS. PIERSON:
14 Q  There are just a couple of parts of this that I want to
15 ask you about.
16         First, Before the Surgeon General's call to
17 action --
18         MR. WILLIAMS:  Objection, Your Honor, this slide is
19 leading the witness directly to the answer she wants.
20         THE COURT:  Sustained.
21         MR. WILLIAMS:  Will you take the slide down, please.
22         THE COURT:  Yes.
23         MR. WILLIAMS:  Thank you.
24 BY MS. PIERSON:
25 Q  Mr. Breedlove, Before the United States Surgeon General

1  issued his Call to action, Did Cook have products on the
2  market to prevent PE?
3  A    Yes, we did.
4  Q    Which ones were those?
5  A    Vena cava filters.
6  Q    The Bird's Nest and the Tulip?
7  A    Yep.
8  Q    And at the time that this Call to Action was issued, how
9  did that affect awareness about PE and the need to prevent PE?
10 A    I'm sorry, can you say that again?
11 Q    Sure.  When the Surgeon General issued the Call to Action,
12 how did Cook react to that?
13 A    Well, you know, this is information that I think we knew
14 of already.  You know, a lot of our physicians were telling
15 us, you know, that pulmonary embolism was a problem.  This is
16 why we had the products that we had developed to help prevent
17 them.  But this really was calling attention to an issue that
18 what the Surgeon General deemed to be an ability to prevent
19 DVTs, deep vein thrombosis, and pulmonary embolisms are
20 preventable in a lot of cases.
21          So it was a lot of, you know, Call to Action of what
22 can we do to educate people, what can we do to bring
23 awareness.  You know, you've heard a lot of stats about, you
24 know, roughly 600,000 patients are diagnosed a year, but a
25 hundred thousand patients die, up to a hundred thousand

1  patients die from pulmonary embolisms a year.
2             I think some of the other things that are in here,
3  it talks about, you know, being a silent killer.  I think they
4  established something like 50 percent of patients don't know
5  that -- that die don't know they die from a pulmonary
6  embolism.
7             So there were some of those things that they're
8  trying to raise awareness to the physician community, the
9  medical community, the societies around making sure that we
10 get that awareness out of how to prevent pulmonary embolisms.
11 Q   At the time that this Call to Action was issued and
12 awareness was heightened, what was Cook doing?
13 A   Well, so, you know, we -- we were obviously doing a lot of
14 education on our product.  We were -- in this space, we have
15 not just vena cava filters, but we had what are called
16 thrombolytic catheters.  So you can deliver drugs, some of the
17 anti-thrombolytics that you hear about.  So we had different
18 stents that we were developing and working on.
19            So we had a lot of different tools that we were
20 working on or either commercially available to help with DVT.
21 Filters are specifically for pulmonary embolism as you've
22 heard.  But we also started really working on our even
23 internal awareness.  So doing campaigns internally.  We have a
24 DVT Awareness month.  It's the month of March.  So we do a lot
25 of employee awarenesses.

1      We also worked a lot with societies to help, you
2 know -- started working with America Venous Foundation and
3 some of those societies just to help provide education and
4 what's going on with this.
5 Q   We've talked in this case about some statistics on PE and
6 DVT that are contained in this Surgeon General Call to Action,
7 and also from the Centers for Disease Control.  These numbers
8 about the prevalence of pulmonary embolism, were they new to
9 Cook when the Surgeon General issued his report in 2008?
10 A   Well, I don't know if we knew all the prevalence, like how
11 prevalent it was necessarily, but we certainly knew it was an
12 issue and it was a problem.
13 Q   There's some statements in the Call to Action about things
14 like PE killing more -- more people than AIDS, breast cancer
15 and motor vehicle accidents combined.  Did statements like
16 that affect Cook's focus on technologies to prevent --
17           COURT REPORTER:  Technologies?
18           MS. PIERSON:  Technologies to prevent PE?
19           MR. WILLIAMS:  Objection, Ms. Pierson is testifying
20 and leading her witness.
21           THE COURT:  Sustained.
22 BY MS. PIERSON:
23 Q   How did learning those things affect you?
24 A   Affect me personally?
25 Q   Yeah.