IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING THE SURGEON GENERAL'S CALL TO ACTION

CAME NOW for consideration the motion of Tonya Brand, Plaintiff in the above-styled action, requesting that the Court exclude or limit argument and evidence regarding the Surgeon General's Call to Action.

Upon consideration of the Plaintiff's motion, any response to same, the arguments of the parties, the authorities and exhibits cited by the parties, and the relevant record in this case, the Court GRANTS the Plaintiff's Motion in Limine in its entirety.

Accordingly, the Court ORDERS that any statement, argument, evidence, questioning and inference that the United States Surgeon General issued a "call to action" in 2008 regarding pulmonary embolism is excluded and that the Defendant Cook is prohibited from making or offering same at trial.

All of which is Ordered this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

1

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.