**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**THE COOK DEFENDANTS' MOTION IN
LIMINE REGARDING CERTAIN OF PLAINTIFF'S
DESIGNATIONS OF DR. REISMAN'S DEPOSITION TESTIMONY
AND COOK'S COUNSEL'S QUESTIONS OF WITNESSES DURING DISCOVERY**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") submit their Motion in Limine Regarding Certain of Plaintiff's Designations of Dr. Reisman's Deposition Testimony and Cooks' Counsel's Questions of Witnesses During Discovery.

As detailed in its memorandum in support of this motion, verified by counsel Andrea Pierson, the Cook Defendants respectfully move this Court to issue Orders *in limine* 1) excluding Plaintiff's designations of Dr. Reisman's testimony relating in any way to the subject of potential illicit drug use by Plaintiff, and 2) precluding Plaintiff from introducing any evidence, making any argument about, or referring to any of Cook's counsel's questions in discovery about potential methamphetamine use.

WHEREFORE, the Cook Defendants respectfully request the Court to exclude at trial the testimony, evidence, and argument described above, and for all other just and proper relief.

1

                                       Respectfully submitted,

Dated: August 6, 2018                 /s/ *Charles F. Webber*
                                       Charles F. Webber
                                       FAEGRE BAKER DANIELS LLP
                                       2200 Wells Fargo Center
                                       90 South Seventh Street
                                       Minneapolis, Minnesota 55402
                                       Telephone: (612) 766-7000
                                       Facsimile: (612) 766-1600
                                       chuck.webber@faegrebd.com

                                       James Stephen Bennett
                                       FAEGRE BAKER DANIELS LLP
                                       110 W. Berry Street, Suite 2400
                                       Fort Wayne, Indiana  46802
                                       Telephone: (260) 424-8000
                                       Facsimile: (260) 460-1700
                                       stephen.bennett@faegrebd.com

                                       *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.119230756.01

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Charles F. Webber*

US.119230756.01