**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE REGARDING CERTAIN**
**OF PLAINTIFF'S DESIGNATIONS OF DR. REISMAN'S DEPOSITION TESTIMONY**
**AND COOKS' COUNSEL'S QUESTIONS OF WITNESSES DURING DISCOVERY**

        The following exhibits are hereby submitted with the Cook Defendants' Memorandum in

Support of Memorandum in Support of Motion in Limine Regarding Certain of Plaintiff's

Designations of Dr. Reisman's Deposition Testimony and Cooks' Counsel's Questions of

Witnesses During Discovery.:

| Exhibit | Description |
|---------|-------------|
| A | Reisman Deposition Designation Stipulation |
| B | Excerpts of Deposition of Tonya Brand, dated June 16, 2007 – **FILED UNDER SEAL** |
| C | Exhibit 20 to Deposition of Tonya Brand, dated June 16, 2007 – **FILED UNDER SEAL** |
| D | Email Chain |
| E | Plaintiff's Affirmative Defenses for Reisman Deposition |

Respectfully submitted,

Dated:  July 20, 2018

/s/ Victoria R. Calhoon
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated,
Cook Medical LLC (f/k/a Cook Medical
Incorporated), and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Victoria R. Calhoon

US.119231147.01