# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## STIPULATION REGARDING CERTAIN TESTIMONY OF DR. RICHARD REISMAN

1. Plaintiff Tonya Brand had a urine drug screen test conducted on June 3, 2013.

2. Subsequently, a mass spectroscopy test showed that this urine test had produced a false positive.

3. Dr. Richard Reisman, who was Plaintiff's pain management physician, gave testimony at his deposition on February 22, 2018, relating to both tests. Plaintiff has designated part of that testimony for trial.

4. The Cook Defendants stipulate that they will not mention or otherwise introduce any evidence or statements regarding either test at trial.

5. In exchange, Plaintiff makes the same commitment and will withdraw all deposition designations of Dr. Richard Reisman's testimony concerning Plaintiff's false positive urine screen test, the mass spectroscopy test, and all other related testimony, including the following designations: 228:25 - 229:7; 230:20 - 231:2; 232:18 – 24; 235:18 - 236:5, 7 - 237:6; 237:25 - 238:22; 240:7 - 241:2; 241:21 - 242:5, 7 – 8; 243:8 - 11, 12; 243:13 - 244:11; 244:12 - 15, 17 - 245:2, 4; 248:1 – 5; 248:17 - 19, 21 - 249:2; 249:3 - 9, 11.

US.118944991.01
**DRAFT**

==Draft==

_____

Ben C. Martin
Thomas W. Arbon
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
E-mail: bmartin@bencmartin.com
E-mail: tarbon@bencmartin.com

Michael W. Heaviside
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651
E-mail: mheaviside@hrzlaw.com

David P. Matthews
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
E-mail:
dmatthews@thematthewslawfirm.com

Joseph Williams
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
E-mail: jwilliams@rwp-law.com

Laura Baughman
(lbaughman@baronbudd.com)
**BARON & BUDD**
3102 Oak Lawn Ave
Dallas, TX 75219
E-mail: lbaughman@baronbudd.com

*Counsel for the Plaintiff, Tonya Brand*

==Draft==

_____

Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.118944991.01
**DRAFT**