# EXHIBIT D

**From:** Pierson, Andrea Roberts
**Sent:** Tuesday, July 31, 2018 5:44 PM
**To:** Mike Heaviside (mheaviside@hrzlaw.com) <mheaviside@hrzlaw.com>
**Subject:** FW: Brand -- Reisman Stipulation


**From:** Pierson, Andrea Roberts
**Sent:** Tuesday, July 24, 2018 4:39 PM
**To:** Michael W. Heaviside <mheaviside@hrzlaw.com>
**Subject:** Fwd: Brand -- Reisman Stipulation

Stipulation attached.

Sent from my iPhone

Begin forwarded message:

> **From:** "Paul, Brian J." <Brian.Paul@FaegreBD.com>
> **Date:** July 17, 2018 at 2:23:39 PM EDT
> **To:** "jwilliams@rwp-law.com" <jwilliams@rwp-law.com>

1

**Cc:** "Pierson, Andrea Roberts" <Andrea.Pierson@FaegreBD.com>
**Subject: Brand -- Reisman Stipulation**

Joe,

I understand that you and Andrea have reached an agreement regarding Dr. Reisman's testimony insofar as it relates to the plaintiff's urine screen test. Please find attached a draft stipulation regarding the matter. Let me know if you require any changes, or whether it may be filed as is.

Thank you.

Brian J. Paul
*Partner*
brian.paul@FaegreBD.com   Download vCard
D: +1 317 237 8288

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.