# EXHIBIT  E

| Deponent | Deposition Date | Plaintiff Affirmative Designations | Court Ruling Needed |
|---|---|---|---|
| Richard Reisman, M.D. | 2.22.18 | 7:3 - 4 | |
| Richard Reisman, M.D. | 2.22.18 | 10:17 - 11:13 | |
| Richard Reisman, M.D. | 2.22.18 | 11:25 - 13:1 | |
| Richard Reisman, M.D. | 2.22.18 | 30:20 - 31:13 | |
| Richard Reisman, M.D. | 2.22.18 | 51:14 - 17 | |
| Richard Reisman, M.D. | 2.22.18 | 52:4 - 53:1 | |
| Richard Reisman, M.D. | 2.22.18 | 53:2 - 5 | |
| Richard Reisman, M.D. | 2.22.18 | 54:22 - 55:21 | |
| Richard Reisman, M.D. | 2.22.18 | 65:14 - 67:2 | |
| Richard Reisman, M.D. | 2.22.18 | 76:16 - 77:7 | |
| Richard Reisman, M.D. | 2.22.18 | 79:1 - 80:18 | |
| Richard Reisman, M.D. | 2.22.18 | 102:22 - 103:13 | |
| Richard Reisman, M.D. | 2.22.18 | 113:8 - 12 | |
| Richard Reisman, M.D. | 2.22.18 | 115:11 - 116:11 | |
| Richard Reisman, M.D. | 2.22.18 | 137:19 - 138:3 | |
| Richard Reisman, M.D. | 2.22.18 | 138:20 - 139:3 | |
| Richard Reisman, M.D. | 2.22.18 | 143:10 - 144:17 | |
| Richard Reisman, M.D. | 2.22.18 | 168:9 - 19 | |
| Richard Reisman, M.D. | 2.22.18 | 182:13 - 183:14 | |
| Richard Reisman, M.D. | 2.22.18 | 192:2 - 15 | |
| Richard Reisman, M.D. | 2.22.18 | 194:5 - 18 | |
| Richard Reisman, M.D. | 2.22.18 | 194:19 - 21, 23 - 195:8 | |

| | | | |
|---|---|---|---|
| Richard Reisman, M.D. | 2.22.18 | 194:25 - 195:8 | |
| Richard Reisman, M.D. | 2.22.18 | 196:16 - 25 | |
| Richard Reisman, M.D. | 2.22.18 | 198:7 - 9 | |
| Richard Reisman, M.D. | 2.22.18 | 198:10 - 199:8 | |
| Richard Reisman, M.D. | 2.22.18 | 200:4 - 15 | |
| Richard Reisman, M.D. | 2.22.18 | 201:23 - 202:24 | |
| Richard Reisman, M.D. | 2.22.18 | 203:22 - 204:17 | |
| Richard Reisman, M.D. | 2.22.18 | 207:5 - 16 | |
| Richard Reisman, M.D. | 2.22.18 | 208:8 - 209:1 | |
| Richard Reisman, M.D. | 2.22.18 | 209:3 - 210:12 | |
| Richard Reisman, M.D. | 2.22.18 | 211:6 - 10 | |
| Richard Reisman, M.D. | 2.22.18 | 211:8 - 17 | |
| Richard Reisman, M.D. | 2.22.18 | 218:15 - 20 | |
| Richard Reisman, M.D. | 2.22.18 | 219:2 - 24 | |
| Richard Reisman, M.D. | 2.22.18 | 219:18 - 24 | |
| Richard Reisman, M.D. | 2.22.18 | 220:24 - 221:22 | |
| Richard Reisman, M.D. | 2.22.18 | 224:17 - 225:6 | |
| Richard Reisman, M.D. | 2.22.18 | 225:23 - 226:5, 7 - 13 | |
| Richard Reisman, M.D. | 2.22.18 | 228:25 - 229:7 | |
| Richard Reisman, M.D. | 2.22.18 | 230:20 - 231:2 | |
| Richard Reisman, M.D. | 2.22.18 | 232:18 - 24 | |
| Richard Reisman, M.D. | 2.22.18 | 235:18 - 236:5, 7 - 237:6 | |
| Richard Reisman, M.D. | 2.22.18 | 237:25 - 238:22 | |

| Deponent | Deposition Date | Defendant Counter Designations | |
|---|---|---|---|
| Richard Reisman, M.D. | 2.22.18 | 240:7 - 241:2 | |
| Richard Reisman, M.D. | 2.22.18 | 241:21 - 242:5, 7 - 8 | |
| Richard Reisman, M.D. | 2.22.18 | 243:8 - 11, 12 | |
| Richard Reisman, M.D. | 2.22.18 | 243:13 - 244:11 | |
| Richard Reisman, M.D. | 2.22.18 | 244:12 - 15, 17 - 245:2, 4 | |
| Richard Reisman, M.D. | 2.22.18 | 248:1 - 5 | |
| Richard Reisman, M.D. | 2.22.18 | 248:17 - 19, 21 - 249:2 | |
| Richard Reisman, M.D. | 2.22.18 | 249:3 - 9, 11 | |
| **Deponent** | **Deposition Date** | **Defendant Counter Designations** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Deponent** | **Deposition Date** | **Plaintiff Re-Direct Designations** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |