## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL THE COOK DEFENDANTS' VERIFIED MEMORANDUM IN SUPPORT OF MOTION LIMINE REGARDING CERTAIN OF PLAINTIFF'S DESIGNATIONS OF DR. REISMAN'S DEPOSITION TESTIMONY AND COOK'S COUNSEL'S <u>QUESTIONS OF WITNESSES DURING DISCOVERY</u>**

    This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Verified Memorandum in Support of Motion in Limine Regarding Certain of Plaintiff's Designations of Dr. Reisman's Deposition Testimony and Cook's Counsel's Questions of Witnesses During Discovery and **Exhibits B and C** thereto. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that Cook's Verified Memorandum in Support of Motion in Limine Regarding Certain of Plaintiff's Designations of Dr. Reisman's Deposition Testimony and Cook's Counsel's Questions of Witnesses During Discovery and **Exhibits B and C** thereto are ordered to be maintained under seal.

US.119230516.01

SO ORDERED this _____ day of _____, 2018.

                                                                              _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.119230516.01