# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc., et al.*
No. 1:14-cv-06018-RLY-TAB

## EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF OMNIBUS MOTIONS IN LIMINE (PREVIOUSLY-DECIDED AND RENEWED)

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Omnibus Motions in Limine (Previously-Decided and Renewed):

| Exhibit | Description |
|---|---|
| A | Excerpts of October 23, 2017, Transcript of *Hill* trial in front of Judge Young |
| B | Complaint PR #4732 – **FILED UNDER SEAL** |
| C | May 20, 2008 Talbert and Breedlove email chain (CookMDL2570_0431806) - – **FILED UNDER SEAL** |
| D | January 13, 2013 Fleck email chain (CookMDL2570_0726286) - – **FILED UNDER SEAL** |
| E | Excerpts of October 12, 2017, Transcript of hearing in front of Judge Young |
| F | October 28, 2016 - Defendants' 3rd Amended Defendant Fact Sheet, October 28, 2016 - – **FILED UNDER SEAL** |
| G | Alicia Laborda et al., *Influence of Breathing Movements and Valsalva Maneuver on Vena Caval Dynamics*, 6(10) World J. Radiol. 833-39 (2014) |
| H | Alicia Laborda et al., *Respiratory-Induced Haemodynamic Changes: A Contributing Factor to IVC Filter Penetration*, 38 Cardiovasc. Intervent. Radiol. 1192-97 (2015) |
| I | Jeremy C. Durack et al., *Perforation of the IVC: Rule Rather Than Exception After Longer Indwelling Times for the Gunther Tulip and Celect Retrievable Filters*, 25 Cardiovasc. Intervent. Radiol. 299-308 (2012) |
| J | Joshua D. Dowell et al., *Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation*, 26 J. Vasc. Intervent. Radiol. 1510-18 (2015) |

| K | Carlson Dep. Exhibit 7 |
|---|---|
| L | July 23, 2018 Email Chain - – **FILED UNDER SEAL** |
| M | Plaintiff's Short List of 200 Exhibits |
| N | Excerpts of October 30, 2017, Transcript of *Hill* trial in front of Judge Young - – **FILED UNDER SEAL** |
| O | Excerpts of October 3, 2017 Deposition of Kem Hawkins |

Dated: August 6, 2018

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Plaintiff's will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*