# Exhibit H

Cardiovasc Intervent Radiol (2015) 38:1192–1197
DOI 10.1007/s00270-015-1077-4




CLINICAL INVESTIGATION VENOUS INTERVENTIONS

# Respiratory-Induced Haemodynamic Changes: A Contributing Factor to IVC Filter Penetration

**Alicia Laborda · William T. Kuo · Ignatios Ioakeim · Ignacio De Blas · Mauro Malvè · Celia Lahuerta · Miguel A. De Gregorio**

Received: 13 December 2014 / Accepted: 20 February 2015 / Published online: 21 March 2015
© Springer Science+Business Media New York and the Cardiovascular and Interventional Radiological Society of Europe (CIRSE) 2015

**Abstract**

*Purpose* The purpose of the study is to evaluate the influence of respiratory-induced vena caval hemodynamic changes on filter migration/penetration.

*Materials and Methods* After placement of either a Gunther Tulip or Celect IVC filter, 101 consecutive patients scheduled for filter retrieval were prospectively enrolled in this study. Pre-retrieval CT scans were used to assess filter complications and to calculate cross-sectional area in three locations: at level of filter strut fixation, 3 cm above and 3 cm below. A 3D finite element simulation was constructed on these data and direct IVC pressure was recorded during filter retrieval. Cross-sectional areas and pressures of the vena cava were measured during neutral breathing and in Valsalva maneuver and identified filter complications were recorded. A statistical analysis of these variables was then performed.

*Results* During Valsalva maneuvers, a 60 % decrease of the IVC cross-sectional area and a fivefold increase in the IVC pressure were identified ($p < 0.001$). There was a statistically significant difference in the reduction of the cross-sectional area at the filter strut level ($p < 0.001$) in patient with filter penetration. Difficulty in filter retrieval was higher in penetrated or tilted filters ($p < 0.001$; $p = 0.005$). 3D computational models showed significant IVC deformation around the filter during Valsalva maneuver.

*Conclusion* Caval morphology and hemodynamics are clearly affected by Valsalva maneuvers. A physiological reduction of IVC cross-sectional area is associated with higher risk of filter penetration, despite short dwell times. Physiologic data should be used to improve future filter designs to remain safely implanted over longer dwell times.

A. Laborda (✉) · I. Ioakeim · C. Lahuerta · M. A. De Gregorio
Minimally Invasive Techniques Research Group (GITMI), Universidad de Zaragoza, Miguel Servet, 177, 50013 Saragossa, Spain
e-mail: alaborda@unizar.es

I. Ioakeim
e-mail: ignacio.ioakim@hotmail.es

C. Lahuerta
e-mail: celialahuerta@gmail.com

M. A. De Gregorio
e-mail: mgregori@unizar.es

W. T. Kuo
Division of Vascular and Interventional Radiology, Stanford University Medical Center, 300 Pasteur Drive, H-3651, Stanford, CA 94305-5642, USA
e-mail: wkuo@stanford.edu

I. De Blas
Unit of Infectious Diseases and Epidemiology, Department of Animal Pathology, Universidad de Zaragoza, Calle Miguel Servet, 177, 50013 Saragossa, Spain
e-mail: deblas@unizar.es

M. Malvè
Department of Mechanical, Energy and Materials Engineering, Universidad Pública de Navarra, Campus Arrosadía, Edif. de los Pinos, 31006 Pamplona, Spain
e-mail: mauro.malve@unavarra.es

M. Malvè · M. A. De Gregorio
CIBER de Bioingeniería, Biomateriales y Nanomedicina (CIBER-BBN), Saragossa, Spain

**Keywords** Vena cava filter · Deep vein thrombosis · Valsalva maneuver · Complications · Penetration

## Introduction

IVC filters are widely used to prevent acute PE, but filters may also result in a variety of potential complications. The mechanisms for these complications are poorly understood and probably underreported in the literature [1, 2]. Normal changes in the IVC may predispose to some filter-related complications, and specific in vivo motions of the IVC have been identified as risk factors for filter fracture complications [3]. Although filter migration and penetration are also well reported in the literature [4–7], their relationship with physiologic and morphologic variations is poorly understood. The purpose of our study was to prospectively assess the physiologic and morphologic changes of the IVC and to evaluate associated filter complications in patients undergoing prompt filter removal after short dwell times.

## Materials and Methods

All procedures performed were in accordance with the ethical standards of the institutional and national research committee. Informed consent was obtained from all individual participants included in the study.

From April 2011 to March 2014, 125 IVC filters were implanted in our service, 17 as permanent filters and 108 scheduled for retrieval after the 1-month dwelling time and were prospectively enrolled into this study.

Exclusion criteria were severe thrombosis in inferior vena cava and/or iliac veins confirmed in US or CT (3 patients) and underlying pulmonary hypertension and/or right heart failure, because these conditions may be associated with increased caval diameter and elevated pressure (4 patients), leaving a final number of 101 patients included.

The mean patient age was 59.11 ± 13.15 years (range 20–83), 58 (57.4 %) were men, and the mean body mass index was 21.79 ± 3.72 kg/m$^2$ (range 15.2–32.2). The indications for filter placement are listed in Table 1. 67 (66.34 %) patients had Gunther Tulip (GT) and 34 (33.66 %) had Celect IVC filters implanted (Cook Medical, Limerick, Ireland). Average dwelling time was 30.89 ± 1.85 days (range 28–36).

The day before filter retrieval, we performed an angio CT (Philips Brilliance CT Diamond Select 64. Amsterdam, The Netherlands) during neutral breathing and in Valsalva maneuver; all patients were trained by a health care professional to correctly perform a correct Valsalva maneuver [8]. In order to reduce the total dose in our patients, 50 % low dose (30 mA; 120 kV) CT protocols were used [9].

**Table 1** Main indications for IVC filter placement

| Indications for filter placement | # | % |
|---|---|---|
| VTE with contraindications to anticoagulation | 36 | 35.64 |
| Prophylaxis in patients at high risk for VTE | 23 | 22.77 |
| VTE with anticoagulation-induced hemorrhage | 18 | 17.82 |
| VTE with reduced cardiopulmonary function | 14 | 13.86 |
| Proximal DVT with high risk of embolization | 6 | 5.94 |
| VTE in patients scheduled for surgery | 4 | 3.96 |
| Total | 101 | 100 |

Cross-sectional area of the IVC was calculated using the software program Philips ViewForum R6.3V1L7 SP1-2010 (Philips Medical Systems Nederland B.V. Best, The Netherlands) in three locations along the IVC: at filter fixation struts level, 3 cm above and 3 cm below. CT scans were also used to assess filter tilt, migration, and caval wall penetration. Filter migration was defined as a proximal or distal change in filter position of greater than 2 cm [10–12] and was determined by comparing the immediate post placement fluoroscopic images to the pre-retrievable images using the vertebrae as reference points. Filter penetration through the IVC wall was defined according to the classification proposed by Oh J et al. [4], considering grade 3 as major penetration and grade 2 as minor penetration, as shown in Fig. 1.

The DICOM files from CT scans were also processed using the commercial software Rhinoceros (McNeel & Associates) to a set up a finite element simulation. In particular, the cross sections of the vena cava orthogonal to its axis were used to reconstruct the anatomy of the vein. Using the aforementioned software, a three-dimensional model of the vena cava was created for neutral breathing and Valsalva in presence of a Günther Tulip filter and fed with data from all the patients.

In each subject, the caval pressures were recorded in neutral breathing followed by Valsalva maneuver positioning the pigtail 3–5 cm below the filter fixation struts. Cavography was subsequently performed followed by attempted filter retrieval using a standard snare retrieval kit (Gunther Tulip™ Vena Cava Filter Retrieval Set. Cook Medical, Limerick, Ireland). A single operator evaluated the difficulty level in retrieval as easy (filter is folded and disengaged from the wall smoothly in the first attempt) or difficult (repeated attempts or additional maneuvers were needed). Control cavography was also routinely performed.

For the comparison of the qualitative variables were used Pearson's $\chi^2$ test, or Fishers's exact test, or likelihood







**Fig. 1** Axial CT scans at the level of filter struts. **A** Major penetration 29 days after placement of a Celect IVC filter in a 57-year-old man with PE and a contraindication to anticoagulation therapy. One strut penetrates into the duodenum (*black arrow*) and the second strut adjacent to the aortic wall (*arrowhead*). The filter was retrieved without difficulty. No complications occurred. **B** Minor penetration, the strut is outside the IVC lumen wall within retroperitoneum, an halo is observed around the strut, separating it from the contrast-filled lumen (*white arrow*)

ratio test when it was not valid. Quantitative variables were described with mean and standard deviation (SD). Normality of quantitative variables was checked using the Kolmogorov–Smirnov test. For comparison of the two means, the Student's *t* test and Mann–Whitney test as alternative non-parametric tests were used. In case of paired variables, the means were compared with the Student's *t*-test for paired samples or the Wilcoxon test. For comparison of more than two means, the ANOVA test and the Kruskal–Wallis test as alternatives were used. Statistical analysis was carried out with SPSS 20 for Windows, and α error was established in 0.05.

## Results

Table 2 shows the mean cross-sectional areas of the IVC during neutral breathing and Valsalva maneuver. A decrease more than 60 % is found during Valsalva maneuver, despite the presence of the filter ($p < 0.001$).

The IVC pressures are shown in Table 3. The data reveal a more than five times increase of the pressure during Valsalva maneuver ($p < 0.001$). The cross-sectional area of the IVC was inversely related to venous pressure ($p < 0.01$). There were no statistically significant differences in pressures and diameters of the IVC between normal breathing and Valsalva maneuver in relation to sex, age, body mass, and type of filter.

The filter complications identified from the pre-procedure CT are summarized in Table 4. Filter penetration was more frequent in Celect filters (41.2 %) than in GT filters (13.4 %), showing a significant association (Pearson's $\chi^2$, $p < 0.001$) between penetration and Celect filter Fig. 2.

There were no immediate complications during filter retrieval and pressure measurement. IVC filter retrieval was technically successful in 100/101 (99 %). One filter could not be removed since the apex was firmly embedded in the caval wall. The average procedure time was 24.3 ± 5.6 min and the mean fluoroscopy time was 6.50 ± 6.29 min with an average radiation dose (DPA) of 190.35 ± 65.72 Gy cm$^2$, volume CT dose index of 11 ± 0.8 mGy, and total effective dose 0.69 ± 0.4 mSv.

In 4 patients (3.96 %) with major filter penetration, and in 19 patients (18.81 %) with minor filter penetration, there was a statistically significant difference in the reduction of the cross-sectional area from neutral breathing to Valsalva maneuver, compared to patients without filter penetration (reduction of 71.93 ± 0.93 % in area in penetrated filters vs. 58.34 ± 2.10 % in not-penetrated; $p < 0.001$), at the filter struts level, but not in the rest of the cava. Penetration was not significantly related to venous pressure increase.

In 5 patients (4.95 %) with filter migration, there were no statistically significant differences in size or venous pressures compared to patients without filter migration.

There were significant differences in the retrieval difficulty between tilted and no tilted filters and between penetrated and no penetrated filters being more difficult to retrieve when tilted or penetrated (Table 5).

Figure 3 depicts the 3D reconstruction of a vena cava wall with a GT filter from the finite element simulation. It evidences the difference between the geometrical configurations in the studied conditions. The cross-sectional surface of the vein is almost circular during breathing while presents a strong abrupt change during Valsalva. Here, the surface is elliptical. The presence of this medical device forces the section of the vein at the filter struts level as

**Table 2** Cross-sectional areas (in $mm^2$) during neutral breathing and Valsalva maneuver in the three locations of the IVC

| | Neutral breathing | Valsalva maneuver | Mean % decrease | $p$ |
|---|---|---|---|---|
| Filter fixation struts level | 431.13 ± 50.39 | 161.03 ± 13.38 | 62.55 | <0.001[a] |
| Upper level (3 cm above) | 439.77 ± 40.00 | 45.86 ± 14.64 | 89.57 | <0.001[b] |
| Lower level (3 cm below) | 409.10 ± 52.05 | 46.70 ± 12.43 | 88.58 | <0.001[b] |

[a] Wilcoxon

[b] Student's $t$-test for paired samples

**Table 3** IVC pressures (in mmHg) during neutral breathing and Valsalva maneuver

| | Neutral breathing | Valsalva maneuver | Mean % increase | $p$ |
|---|---|---|---|---|
| Systolic | 14.00 ± 3.12 | 93.51 ± 20.67 | 567.93 | <0.001[a] |
| Diastolic | 6.95 ± 1.85 | 64.52 ± 16.47 | 828.35 | <0.001[a] |
| Mean | 10.98 ± 2.97 | 80.10 ± 19.07 | 629.51 | <0.001[a] |

[a] Wilcoxon

squared in both cases, this change being much remarkable in Valsalva.

## Discussion

Although reported complication rates from filter implantation have been low [13], the true incidence is unclear in the modern era of retrievable filters since most studies have been small and retrospective. The major influence of the respiratory movements on the size and morphology of the IVC is well known, especially when a patient performs a Valsalva maneuver [8]. In this study, we focused on the physiologic and morphologic changes of the IVC in order to characterize the degree of such variations and to report associated filter complications, specially migration and penetration.

The caval diameters and morphology in the current study were clearly affected by Valsalva. Therefore, accurate caval area should be measured in a neutral respiratory state, not asking the patient for a deep inspiration that could result in an undesired Valsalva.

The definition of penetration is one of the major limitations of this study. Penetration rates vary from 9 % [14] to more than 86 % [15], since different authors use different definitions of penetration. There is a mixture of concepts as penetration, pseudopenetration, perforation, drilling penetration, and tenting [4, 6, 15–17], observed under different diagnostic imaging media. In our opinion, the classic definition of penetration (>3 mm protruding outside the wall) proposed by Ferris et al. [18] and modified by Sadaf et al. [16] is just a theoretical concept. That 3 mm can be totally covered with adventitia with no perforation or drilling of the complete wall. Other authors have attempted to grade penetration (or better, interaction

**Table 4** Filter complications

| Complication | GT ($n$ = 67) | C ($n$ = 34) | Total ($n$ = 101) | % |
|---|---|---|---|---|
| Major penetration | 2 | 2 | 4 | 3.96 |
| Minor penetration | 7 | 12 | 19 | 18.81 |
| Migration | 1 | 4 | 5 | 4.95 |
| Tilting (>15°) | 2 | 1 | 3 | 2.97 |
| Thrombus trapped (size <1 cc) | 1 | 1 | 2 | 1.98 |

filter-IVC wall) [4, 15], but there is no way to relate this grades to real perforation outside the vena cava wall, meaning a bare metal hook outside the vein, or to predict symptomatic penetration. Absolute evidence of symptomatic or asymptomatic perforation can only be achieved by open surgery, laparoscopy, endoscopy, or necropsy observing hooks or legs inside an organ (even then, in some cases could be difficult to discern between previous perforation or surgery-induced perforation) [19–22]. In this work, we have used the system proposed by Oh et al. [4], assuming its limitations.

Perhaps the most important question is if IVC filter penetration is a predictor of severe complications, which does not seem probable due to the high incidence of penetration in CT and the low incidence of symptomatic complications. IVC filter penetration could probably predict difficulty in retrieval [23] but the number of cases in this study is too low to confirm this statement.

The filter struts impede the normal reduction of the caval area in Valsalva, reaching nearly a 90 % decrease in the upper and lower levels, but a 62.5 % decrease in the filter struts level. The finite element simulation shows in Valsalva how the cava walls are forced against the filter




**Fig. 2** Inferior vena caval diameter changes with Valsalva maneuver in a 59-year-old woman with VTE with anticoagulation-induced hemorrhage, 30 days after GT filter placement. Inferior vena cavograms were obtained with the injection of contrast medium in the right external iliac vein during neutral breathing (**A**) and Valsalva maneuver (**B**). The cavogram during neutral breathing shows no abnormality. With Valsalva maneuver the contrast medium is stopped to flow at the level of the right common iliac vein with collateral flow via the lumbar veins. CT scans show significant decreases in caval area with Valsalva maneuver

**Table 5** Influence of complications in filter retrieval

| | Cases ($n = 101$) | Difficult retrieval (%) | $p$ |
|---|---|---|---|
| Tilt | 3 | 3 (100) | 0.005[a] |
| No tilt | 98 | 15 (15.3) | |
| Major penetration | 4 | 4 (100) | <0.001[b] |
| Minor penetration | 78 | 6 (31.6) | |
| No penetration | 19 | 8 (10.3) | |
| Migration | 5 | 1 (20.0) | 1[a] |
| No migration | 96 | 17 (17.8) | |

[a] Fisher's exact test

[b] Likelihood ratio




**Fig. 3** Finite element computational simulation study. 3D reconstructions of the inferior vena cava in oblique and axial views, in neutral breathing (**A**, **B**, **C**) and in Valsalva maneuver (**D**, **E**, **F**). Differences in overall diameter and morphology of the vena cava between the neutral breathing and Valsalva maneuver are appreciated, along with the squared tenting at the filter struts level

legs, which prevent the elliptical shape that characterizes this maneuver. From the 3D reconstruction, we have proved that the IVC during Valsalva presents a squared section at the filter struts location while this was almost elliptical in the absence of the device. This could contribute to explain the mechanism of penetration of the filter struts.

We have identified important physiologic and morphologic changes during Valsalva maneuver that have been associated with an >20 % overall rate of filter penetration. Despite short dwell times, the Celect filter showed a significantly higher penetration rate than the GT filter, as previously reported by other authors [6, 16]. We believe that there were no clinical symptoms in our cohort due to the short dwell times, which mitigated the severity of penetration. Since penetration usually becomes more severe over time and may become clinically significant [15], all of these filters should be retrieved as early as clinically indicated in order to mitigate risks from prolonged filter implantation [24].

Our study demonstrates that filter penetration is strongly related with IVC cross-sectional area decrease during Valsalva. These observations suggest that the change of the area is a contributing factor to filter penetration, and we believe that in those patients with a filter penetration established, the radial force produced by Valsalva maneuver could produce a major penetration of the struts and then to other complications such as IVC wall perforation, so, even without clinical evidence it might be advisable as a clinical recommendation try to avoid extremely forced Valsalva maneuvers in filter bearer patients.

Finally, the caval dynamic changes with respiratory variations demonstrated in this study may provide the information necessary for designing a model for testing fatigue and stability of new filters. Further studies involving longer filter dwell times, more filter types, and larger cohorts are needed.

**Conflict of interest** Alicia Laborda, William T. Kuo, Ignatios Ioakeim, Ignacio de Blas, Mauro Malvè, Celia Lahuerta and Miguel A. De Gregorio declare that they have no conflicts of interest.

## References


1. Ray CE Jr, Kaufman JA (1996) Complications of inferior vena cava filters. Abdom Imaging 21(4):368–374
2. Joels CS, Sing RF, Heniford BT (2003) Complications of inferior vena cava filters. Am Surg 69(8):654–659
3. Kuo WT, Robertson SW, Odegaard JI, Hofmann LV (2013) Complex retrieval of fractured, embedded, and penetrating inferior vena cava filters: a prospective study with histologic and electron microscopic analysis. J Vasc Interv Radiol 24(5): 622.e1–630.e1. doi:10.1016/j.jvir.2013.01.008 quiz 631
4. Oh JC, Trerotola SO, Dagli M, Shlansky-Goldberg RD, Soulen MC, Itkin M et al (2011) Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall. J Vasc Interv Radiol 22(1):70–74. doi:10.1016/j.jvir.2010.09.021
5. Hull JE, Robertson SW (2009) Bard Recovery filter: evaluation and management of vena cava limb perforation, fracture, and migration. J Vasc Interv Radiol 20(1):52–60. doi:10.1016/j.jvir. 2008.09.032
6. Zhou D, Moon E, Bullen J, Sands M, Levitin A, Wang W (2014) Penetration of Celect inferior vena cava filters: retrospective review of CT scans in 265 patients. AJR Am J Roentgenol 202(3):643–647. doi:10.2214/AJR.13.11097
7. Wang W, Zhou D, Obuchowski N, Spain J, An T, Moon E (2013) Fracture and migration of Celect inferior vena cava filters: a retrospective review of 741 consecutive implantations. J Vasc Interv Radiol 24(11):1719–1722. doi:10.1016/j.jvir.2013.07.019
8. Laborda A, Sierre S, Malvè M, De Blas I, Ioakeim I, Kuo WT, De Gregorio MA (2014) Influence of breathing movements and Valsalva maneuver on vena caval dynamics. World J Radiol 6(10):833–839. doi:10.4329/wjr.v6.i10.833
9. Poletti PA, Platon A, Rutschmann OT, Schmidlin FR, Iselin CE, Becker CD (2007) Low-dose versus standard-dose CT protocol in patients with clinically suspected renal colic. AJR Am J Roentgenol 188(4):927–933
10. Caplin DM, Nikolic B, Kalva SP, Ganguli S, Saad WE, Zuckerman DA, Society of Interventional Radiology Standards of Practice Committee (2011) Quality improvement guidelines for the performance of inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 22(11):1499–1506. doi:10.1016/j.jvir.2011.07.012
11. Greenfield LJ, Rutherford RB (1999) Recommended reporting standards for vena caval filter placement and patient follow-up. Vena Caval Filter Consensus Conference. J Vasc Interv Radiol 10(8):1013–1019
12. Millward SF, Grassi CJ, Kinney TB, Kundu S, Becker GJ, Cardella JF et al (2005) Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters. J Vasc Interv Radiol 16(4):441–443
13. Stein PD, Alnas M, Skaf E, Kayali F, Siddiqui T, Olson RE et al (2004) Outcome and complications of retrievable inferior vena cava filters. Am J Cardiol 94(8):1090–1093
14. Kinney TB (2012) Primum non nocere. J Vasc Interv Radiol 23(12):1564–1565. doi:10.1016/j.jvir.2012.10.003
15. Durack JC, Westphalen AC, Kekulawela S, Bhanu SB, Avrin DE, Gordon RL et al (2012) Perforation of the IVC: rule rather tan exception after longer indwelling times for the Gunther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol 35(2): 299–308. doi:10.1007/s00270-011-0151-9
16. Sadaf A, Rasuli P, Olivier A, Hadziomerovic A, French GJ, Aquino J et al (2007) Significant caval penetration by the celect inferior vena cava filter: attributable to filter design? J Vasc Interv Radiol 18(11):1447–1450
17. Olorunsola OG, Kohi MP, Fidelman N, Westphalen AC, Kolli PK, Taylor AG et al (2013) Caval penetration by retrievable inferior vena cava filters: a retrospective comparison of Option and Günther Tulip filters. J Vasc Interv Radiol 24(4):566–571. doi:10.1016/j.jvir.2012.12.024
18. Ferris EJ, McCowan TC, Carver DK, McFarland DR (1993) Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. Radiology 188(3):851–856
19. Tsekouras N, Whalen RC, Comerota AJ (2013) Lumbar artery pseudoaneurysm in a patient with inferior vena cava filter and history of strenuous physical exercise. J Vasc Surg. doi:10.1016/j.jvs.2013.09.057
20. Ward WH, Donahue, Platz TA, Scibelli CD (2013) Duodenal penetration of an inferior vena cava filter: case report and literature review. Vascular 21(6):386–390
21. Kassis C, Kalva SP (2013) Inferior vena cava filter penetration resulting in renal pelvis rupture with urinoma formation. Vasc Endovascular Surg 47(1):70–72. doi:10.1177/1538574412465477
22. Connolly PH, Balachandran VP, Trost D, Bush HL Jr (2012) Open surgical inferior vena cava filter retrieval for caval perforation and a novel technique for minimal cavotomy filter extraction. J Vasc Surg 56(1):256–259. doi:10.1016/j.jvs.2011.12.065 discussion 259
23. Lee JK, So YH, Choi YH, Park SS, Heo EY, Kim DK et al (2014) Clinical course and predictive factors for complication of inferior vena cava filters. Thromb Res 133(4):538–543. doi:10.1016/j.thromres.2014.01.004
24. US Department of Health and Human Services; US Food and Drug Administration. Removing Retrievable Inferior Vena Cava Filters: FDA Safety Communication. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm396377.htm. Accessed Nov 1 2014