# EXHIBIT  J

**CLINICAL STUDY**

# Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation

Joshua D. Dowell, MD, PhD, Jordan C. Castle, MD, Maureen Schickel, PhD,
Urbina K. Andersson, MD, Rachel Zielinski, BS, Eric McLoney, MD,
Gregory Guy, MD, Xiangyu Yang, PhD, and Samir Ghadiali, PhD

## ABSTRACT

**Purpose:** To identify risk factors for strut perforation following Celect inferior vena cava (IVC) filter (IVCF) placement and to use finite element modeling to predict the mechanical impact of long-dwelling filters.

**Materials and Methods:** Ninety-one patients with three computed tomography (CT) studies were evaluated following Celect IVCF placement (2007–2013). Three-dimensional finite element models of the Celect IVCF were developed to simulate mechanical deformation of the IVCF encountered in vivo. Simulated forces applied by the primary struts on the IVC wall were measured as a function of luminal area and tilt angle.

**Results:** Although 33 patients (36%) showed primary strut perforation on initial follow-up CT, 60 patients (66%) showed progressive perforation over time ($P < .0001$), with 72 patients (79%) showing primary strut perforation on the final CT (average, 554 d). Female patients ($P = .004$) and those with malignancy history ($P = .01$) had significantly higher perforation rates at a given time. Caval area also decreased after primary filter strut perforation, and we therefore proposed that this was the mechanism for progressive perforation. Consistent with this mechanism, three-dimensional finite element modeling demonstrated increasing strut force with decreasing IVC diameter.

**Conclusions:** Celect IVCF primary strut perforation is progressive over time and is more common in female patients and those with a history of malignancy. In addition, this progressive perforation may be predicted by three-dimensional finite element modeling. These patient populations may require closer follow-up after IVCF placement to prevent or reduce the risk for filter complication or worsening perforation.

## ABBREVIATIONS

IVC = inferior vena cava, IVCF = inferior vena cava filter, GLMM = generalized linear mixed model

The long-term complications of retrievable inferior vena cava (IVC) filters (IVCFs) include filter tilt, migration, strut perforation, erosion, and fracture, as well as recurrent pulmonary embolism and IVC thrombosis with

From the Division of Interventional Radiology and Department of Radiology (J.D.D., J.C.C., U.K.A., G.G., X.Y., E.M.) and Department of Biomedical Engineering (J.D.D., M.S., R.Z., S.G.), Wexner Medical Center, The Ohio State University, 395 W. 12th Ave., Suite 424, Columbus, OH 43210; and Department of Radiology (E.M.), Case Western Reserve University, Cleveland, OH. Received March 24, 2015; final revision received June 7, 2015; accepted June 15, 2015. Address correspondence to J.D.D.; E-mail: joshua.dowell@osumc.edu

None of the authors have identified a conflict of interest.

From the SIR 2014 Annual Meeting.

An Appendix and Figures E1 and E2 are available online at www.jvir.org.

© SIR, 2015

J Vasc Interv Radiol 2015; 26:1510–1518

http://dx.doi.org/10.1016/j.jvir.2015.06.020

lower-extremity edema (1–6). Although retrievable IVCFs are approved for permanent placement, the long-term sequelae associated with these filters are still surfacing. The literature remains largely dedicated to retrieval results rather than long-term follow-up. IVC perforation is a particularly common device complication of IVCFs recognized on follow-up computed tomography (CT) studies (7–9). In addition to the inherent risks associated with perforation to adjacent organs and device structural integrity (7–11), perforation may make filter retrieval challenging, which in turn may render a patient at a higher risk for procedural complication during retrieval with longer fluoroscopic times (12,13). The Celect retrievable IVCF (Cook, Bloomington, Indiana) demonstrates among the greatest variability in reported IVC perforation rates, ranging from 22% to 93% (7,8,14–18), although not reported for comparable time ranges following placement. The purpose of the present study was to evaluate the progressive, long-term

Volume 26 ■ Number 10 ■ October ■ 2015

changes following placement of Celect IVCFs on CT studies to identify at-risk populations for perforation, and develop a computer model to investigate the mechanical factors that may play a role in strut perforation.

## MATERIALS AND METHODS

The present retrospective study was approved by our institutional review board with a waiver of informed consent.

### Patients

The study included all patients at our institution who had an infrarenal Celect IVCF placed between January 1, 2007, and June 1, 2013, and had at least three follow-up abdominal CT studies. Patients were identified through departmental records and the medical records department. Patient demographics and clinical histories were obtained through our institution's electronic medical record. A total of 550 patients had Celect IVCFs placed during the study dates: 285 men and 265 women with an average overall age of 59 years ± 16, with 251 having a history of malignancy. Of these patients, the final study population included 91 patients who had at least three follow-up abdominal CT studies (Table 1). The filter could be evaluated on all included follow-up imaging studies.

### Follow-up Imaging and Interpretation

Our institution's picture archiving and communication system (Agfa, Mortsel, Belgium) was searched for any available CT studies acquired during routine clinical care for any indication that showed the entire IVCF. A total of 273 CT studies from 91 patients were included and evaluated in the study. For patients with three or more follow-up studies, the earliest available study, the

| Table 1. Patient Demographic Data and Timing of CT Follow-up | |
|---|---|
| Characteristic | Value |
| No. of patients | 91 |
| Age at filter placement (y) | |
| Mean | 60 |
| Range | 18–85 |
| Sex | |
| Male | 47 (52) |
| Female | 44 (48) |
| Malignancy history | |
| Yes | 65 (71) |
| No | 26 (29) |
| Average time to CT (d)* | |
| First CT | 75 |
| Range | 0–777 |
| Last CT | 554 |
| Range | 26–1,371 |

Note–Values in parentheses are percentages.
*Times calculated from date of filter placement.

latest available study, and the median study between those dates were evaluated.

Each follow-up CT study was reviewed independently by two authors on picture archiving and communication system workstations to assess primary and secondary strut IVC perforation. IVC luminal area was manually traced along the IVC wall contours at the level of the filter strut feet. Any discrepancy between the assessments made on the initial independent review was adjudicated by the other authors. Perforation was defined in accordance with the Society of Interventional Radiology practice guidelines for IVCFs as a filter leg extending greater than 3 mm beyond the IVC wall (3). Additionally, the initial diameter of the infrarenal IVC before filter placement was measured on the venacavogram obtained immediately before filter placement as a potential risk factor for strut perforation.

### Data Analysis and Computational Modeling

Detailed methods on data analysis and computational modeling are included in the Appendix (available online at *www.jvir.org*).

## RESULTS

### Perforation Rates

Our assessment clearly demonstrated a progressive trend of strut perforation over time. By the first follow-up CT study (mean follow-up, 75 d), perforation of at least one strut was observed in 36% of Celect filters (33 of 91). The perforation rate increased to 71% (65 of 91) by the second follow-up CT (mean follow-up, 316 d) and 79% (72 of 91) by the final follow-up CT (mean follow-up, 554 d; Table 1). Among the 33 filters that were perforated by the first follow-up CT examination, the number of perforated primary struts also increased from 2.5 ± 1.0 by the first follow-up to 3.2 ± 0.9 at the second follow-up and stayed at 3.2 ± 0.8 by the final follow-up. The majority of patients (n = 60; 66%) showed progressive primary strut perforation, defined as the presence of additional primary strut perforation noted on subsequent follow-up CT scans. In contrast, 19 patients (21%) showed no perforation on any studied follow-up CT scan, and 12 patients (13%) had primary strut perforation on follow-up CT without progression of perforation (Appendix [see Results] and Fig E1, available online at *www.jvir.org*).

### Model Fitting

These findings suggested that primary strut perforation for Celect filters progressed over time. Therefore, we developed a generalized linear mixed model (GLMM) to test our hypothesis. To identify significant risk factors for strut perforation, patient sex, age at filter placement, malignancy history, and the initial size of the IVC were

also included in the GLMM analysis. In the model building process, all two-way interaction terms in the GLMM were dropped as a result of nonsignificance or high correlation with other main effects. The main effects of patient age ($P = .1$) and initial IVC diameter ($P = .6$) were also determined to be nonsignificant after controlling for time, sex, and malignancy status, suggesting that any observed differences in the fraction of perforated struts in this study should not be attributed to the difference in age or the initial size of IVC in different patient subpopulations.

The final model-fitting results are summarized in Table 2. The fraction of perforated struts had a significant positive dependence on logistic-transformed time from filter placement after controlling for other risk factors ($P < .0001$), suggesting that the fraction of perforated struts increases over time following an approximately logistic curve. A representative case exemplifying progressive primary strut perforation over time is shown in Figure 1.

In this study population, female patients had a significantly higher fraction of strut perforation than men after controlling other variables in the model ($P = .004$). These observed sex differences are not secondary to a difference in caval diameter between male and female patients as described earlier. In addition, patients with a malignancy history had a significantly higher fraction of strut perforation than those without malignancy after controlling for other variables in the model ($P = .01$), which is consistent with a previous report (8).

## Change in IVC Area after Filter Perforation

Among the 39 patients who showed primary strut perforation between the first and final follow-up imaging studies, there was a significant decrease in IVC cross-sectional area from 3.2 cm² ± 0.8 before filter perforation to 2.5 cm² ± 0.9 after filter perforation (adjusted $P = .004$). In contrast, those patients who did not show primary strut perforation during this period had comparable IVC areas by the first (2.6 cm² ± 0.8) and final (2.5 cm² ± 1.1) follow-up CT scans (adjusted $P = 1$).

Based on this observation, we proposed a hypothesis that an existing perforation may trigger a local decrease in the IVC diameter, which in turn leads to an increase in forces on other nonperforated struts and a higher likelihood of developing further perforations.

## Computational Model: Effect of IVC Area and Filter Tilt on Strut Force

To investigate if decreasing caval area leads to an increase in force applied by the struts on the IVC wall, we used finite element modeling techniques to simulate the placement and deformation of an IVCF within circular IVCs with diameters from 30 mm to 15 mm and recorded the average total and normal strut force as a function of IVC diameter (Fig 2a–c). We found that the average total and normal force on the barb faces was inversely proportional to the IVC diameter after placement (Fig 2d–e). In addition, the normal force was approximately four times smaller than the total force, suggesting that the force transmitted from the IVCF to the IVC wall includes both normal forces directed into the wall and shear forces along the wall. Finally, we simulated 0°–20° tilt of the filter in a 15-mm IVC (Fig 2f), and the results indicate that filter tilt can significantly increase the total force on the strut in the direction of tilt (foot 1 of the IVCF).

As IVCs may not deform in a purely circular pattern, we also simulated IVCF deformation/placement in elliptical IVCs and used these simulations to investigate the influence of caval geometry on force generation (Appendix [see Results] and Fig E2, available online at *www.jvir.org*). Increases in aspect ratio led to an increase in the average total and normal forces for struts along the minor axis and a slight decrease in total and normal forces for struts along the major axis (Fig E2). These results indicate that noncircular changes in caval geometry can alter the forces applied by the IVCF on the luminal wall and that struts that experience larger deformations will likely exert higher forces on the IVC wall.

## Patient-Specific Computational Models

Based on results in Figure 2 and Figure E2, we hypothesized that greater forces on the barb face (corresponding to greater forces exerted on the IVC wall) would correlate with strut perforation seen on CT images. To investigate if forces on the barb face correlate with strut perforation, we simulated deformation of the IVCF to match the shape of the IVCF observed on CT scans. A representative patient who showed perforation progression on the three CT scans (Fig 3a) was chosen for simulation. Based on independent review, struts 1 and 2 were identified as perforated at the second and third time points, respectively. The simulations (Fig 3b) showed high levels of effective stress at the point of load application and at the top of the primary struts near the clamp ring. At the first time point, the average normal force exerted by struts 1, 2, and 3 were 2.66 times greater

| | Perforated Strut Fraction (Primary) | | |
|---|---|---|---|
| **Fixed Effect** | **Estimate** | **SE** | **P Value** |
| Intercept | −8.4 | 0.8 | < .0001 |
| Logistic T | 9.4 | 0.8 | < .0001 |
| Sex (male vs female) | −1.3 | 0.5 | .004 |
| Malignancy (yes vs no) | 1.3 | 0.5 | .01 |

**Table 2.** Generalized Linear Mixed-Model Analysis Results: Fixed Effects

Logistic T = time between filter placement and follow-up CT (continuous, logistic-transformed to improve linearity); SE = standard error.
Note–All *P* values reflect a significant difference between groups.



**Figure 1.** Representative case of progressive Celect filter primary strut perforation over time. (a) Postprocedural scout radiograph following placement of a Celect IVCF in an infrarenal position. Axial CT image at the level of the strut feet on follow-up CT acquired at 129 **(b)**, 325 **(c)**, 662 **(d)**, and 1,208 **(e)** days after filter placement. Perforated primary strut feet are marked by arrows (c–e). **(f)** Volume-rendered coronal CT image acquired 1,208 days after filter placement demonstrates strut perforation of the medial and lateral struts.

than that exerted by strut 4 and the average total force exerted by all struts was similar (Fig 4). Perforation of strut 1 between the first and second time points dramatically altered the distribution of force, whereby strut 2 exerted significantly greater normal and total force compared with struts 3 and 4 at the second time point. Interestingly, this greater force correlated with perforation of strut 2 between the second and third time points. Perforation of strut 2 again altered the distribution of force and resulted in significantly higher total and normal forces on struts 3 and 4 at the third time point. These data would suggest that strut perforation begets strut perforation by altering the distribution of forces applied to the IVC wall, and that increasing strut force may be an indicator of future perforation. However, perforation of the strut may also depend on other factors, including local differences in IVC wall mechanical properties or previous injury to the wall.

Finally, to investigate if our CT image–based simulation could be used as a tool to assess the likelihood of strut perforation, we developed computational models of IVCF deformation in the seven patients with perforation progression on the three CT scans who showed no perforation at the first CT time point. IVCF conformations were simulated for the first CT time point, and the average total and normal forces on the barb face of each strut were calculated. The number of struts with an average total force less than a certain value was recorded, and the percentage of total perforated struts as a function of the selected force value was plotted (Fig 5). In addition to conducting this analysis for all seven patients, we also calculated the percentage of perforated struts for groups consisting of male patients, female patients, and patients with or without a history of malignancy (Fig 5). For each group, the data was fit to a sigmoidal function as follows:

$$P = \frac{100\%}{1 + e^{-\left(\frac{F - F_0}{b}\right)}}$$

where $F_0$ represents the force at the inflection point and $b$ represents the steepness of the curve at the inflection point. Values for $F_0$ are reported in Table 3 for all groups, as are average force levels at 25% and 75% strut perforation. This interval describes the middle half of the curve, where 50% of strut perforations occurred, and is also depicted graphically as shaded boxes in Figure 5.



**Figure 2.**  (a) Three-dimensional geometry of a reconstructed Celect IVCF shows mesh elements. Note that this computational model includes only the primary struts, as they are the major determinants of perforation. Representative plot of effective stress of no load condition (b) and with filter deformed to 15-mm IVC diameter (c) (color range: 0–7 × 10⁸ Pa). Magnitude of normal force (d) and total force (e) on barb face versus IVC diameter. (f) Total force on barb faces as a function of filter tilt angle.

For the combined patient group, the interval for average total force was 0.181–0.261 N, and separation of this group into male and female subjects resulted in very similar intervals (Table 3). However, when subjects were separated into groups with or without malignancy, there was a clear separation of the average force levels at 25% and 75% strut perforation. Specifically, 50% of strut perforation occurred at a higher force range (0.234–0.349 N) in patients without malignancy compared with the range observed in patients with malignancy (0.160–0.232 N). These data suggest that lesser forces can result in IVCF perforation in patients with malignancy. These data also suggest that changes in IVC wall properties in patients with malignancy that reduce the mechanical



**Figure 3.** Patient-specific computational models to predict IVCF strut perforation. (a) First, second, and third CT images ("days") indicates the number of days between IVCF placement and CT scan; red circle indicates the location of the top of the filter). (b) Representative plots of effective stress fields with top and side views for simulations of the first, second, and third CT scans (black line indicates location of the cut plane).

strength of the wall may play an important role in the higher perforation rate observed in these subjects.

## DISCUSSION

With the advent of retrievable IVCFs, design modifications have been required to balance a filter's ability to be retrieved, filtration effectiveness, and adverse event profile. Long-dwelling retrievable IVCFs are associated with strut perforation, fracture, tilt, thrombosis (2,5,6), and challenging retrieval (12,13,19). The present study was designed to evaluate the progressive changes that exist following Celect IVCF placement and identify patient populations that may be at risk for these adverse events.



a.

b.

**Figure 4.** Patient-specific computational models and simulated IVCF strut forces. Simulated IVCF deformation at CT time points 1, 2, and 3 (62, 870, and 1,135 d after IVCF placement) versus normal force **(a)** and total force on barb face of IVC strut **(b)**. Foot 1 was perforated at the second time point; foot 2 was perforated at the third time point.



a.

b.

c.

**Figure 5.** Percentage of struts perforated as a function of total force on the perforated strut. **(a)** Average of all patients (n = 7; n = 13 perforated struts; gray box indicates transition zone between 25% and 75% strut perforation). **(b)** Average of male patients (n = 4; n = 8 perforated struts; gray box indicates transition zone between 25% and 75% strut perforation) and female patients (n = 3; n = 5 perforated struts; gray box indicates transition zone between 25% and 75% strut perforation). **(c)** Average of patients with no history of malignancy (n = 4; n = 4 perforated struts; gray box indicates transition zone between 25% and 75% strut perforation) and those with a history of malignancy (n = 3, n = 9 perforated struts; red box indicates transition zone between 25% and 75% strut perforation).

Our findings indicate that female subjects and those with a history of malignancy have a significantly higher fraction of IVC wall perforation following Celect IVCF placement that is progressive over time. The importance of identifying women as an at-risk population for filter strut perforation is also underscored by the observation that symptomatic IVC perforation is described in the literature more frequently in women (6). These data support the US Food and Drug Administration's suspicion (4) that these events are related to long-term placement of retrievable filters, and, given the progressive nature of further perforation over time, underscore the importance of prompt retrieval. Therefore, physicians involved in the treatment and follow-up of IVCF recipients should consider filter removal for each patient as soon as indicated. In current clinical practice, routine imaging follow-up of patients with retrievable IVCFs is not advocated, and subpopulations have not been identified to be at risk. However, given the progressive nature of strut perforation in patients with Celect IVCFs, the

identification of strut perforation on follow-up CT should prompt a risk/benefit discussion in regard to the indications for filter retrieval. The present findings

**Table 3.** Force at Inflection Point and Force at 25% and 75% Strut Perforation for Different Populations

| Group | Total Force (N) | | |
|---|---|---|---|
| | $F_0$ | $F_{25}$ | $F_{75}$ |
| All patients (N = 7) | 0.2212 | 0.181 | 0.261 |
| Male patients | 0.223 | 0.184 | 0.262 |
| Female patients | 0.2274 | 0.176 | 0.279 |
| Patients with no malignancy | 0.2916 | 0.234 | 0.349 |
| Patients with malignancy | 0.1963 | 0.160 | 0.232 |

$F_0$ = force at the inflection point; $F_{25}$ = average force level at 25% strut perforation; $F_{75}$ = average force level at 75% strut perforation.

exemplify the importance of directed attention to the IVCF on CT imaging regardless of indication.

The causes of the significant differences in strut perforation for women and men and in regard to malignancy history are unknown. We found no associations between strut perforation and patient age or the diameter of the IVC at the time of filter placement. Given the decrease in IVC area as the fraction of filter strut perforation increased over time on follow-up CT, these subpopulation differences are likely secondary to differences in the IVC's inherent reaction to long-term filter placement, and deserve further investigation. Sex differences have been described in the development of atherosclerosis (20), and similar mechanisms may be attributable to the differences in strut perforation described here. Patients with a history of malignancy may be exposed to systemic chemotherapy, malnutrition, as well as circulating inflammatory markers (21,22), which may also predispose them to filter strut perforation.

Filter strut perforation is related to the outward radial and shear forces imposed by the filter, the sharpness of the filter barbs, and the luminal strength of the native IVC wall. To further elucidate these biomechanical relationships, we developed a computational model of the Celect IVCF to estimate the total and normal forces of perforated and nonperforated struts. Simulations of IVCF deformation with this model suggest that the progressive nature of strut perforation for the Celect IVCF is related to changes in caval shape at the level of the strut feet. In addition, the application of this model to a patient's follow-up CT was able to identify which struts may be at risk for perforation on subsequent CT follow-up. Analysis of the forces at which strut rupture occurs, although applied here to a limited number of cases and not validated with independent data, indicates that strut rupture occurs at lower total force values in patients with malignancy compared with patients without malignancy. This indicates that changes in IVC wall properties that result from chemotherapy, malnutrition, or other factors common to patients with cancer may lead to the increased strut perforation rate seen in this group.

Although a selection bias may exist in our patient population with available follow-up CT studies, the observed IVC perforation rate for the Celect IVCF in this study is in agreement with those reported in the literature (7,8,14–17,23). No significant difference was identified between those patients with three or more follow-up CT studies after Celect filter placement included in the study population (n = 91) and those excluded because of too few follow-up CT studies (n = 459) in regard to patient age (P = .37, two-sample Student t test) or sex (P = .97, $\chi^2$ test). The relative increased rate of cancer history in the present study population compared with those with fewer follow-up studies excluded from the study is expected given the increased use of CT in cancer cases. Nevertheless, our final model considers cancer history after controlling for other variables and finds this population at increased risk for primary strut perforation. The variability in reported perforation rates in the literature for patients following Celect IVCF placement may be explained by the progressive nature of strut perforation as described here.

The present study is limited by its retrospective design and its evaluation of the Celect IVCF that may not be generalizable to other filter designs. The presented methodology with finite element modeling is applicable to predict the risk for perforation in other approved filters or to design filters that may avoid such adverse events. The study is also limited in that the incidence of symptomatic IVC perforation was not determined because patients were not evaluated for symptoms related to filter strut perforation. Although symptomatic IVC perforation is well described in the literature, the reported incidence of symptomatic IVC perforation is low compared with the rate of observed caval wall perforation identified by CT (6,8,14,17). Nevertheless, filter perforation indicates a device adverse event (4) and implies the importance of retrieval when the risk for pulmonary embolism has subsided. Indeed, based on these findings, prospective studies are warranted following IVCF placement to identify those patients at risk for filter complication or worsening perforation if the filter is not retrieved.

In conclusion, the present findings suggest that CT follow-up can identify Celect IVCF strut perforation in at-risk populations that is progressive over time and can be detected when coupled with computer modeling. Finite element modeling, as described here, may become helpful in predicting those at risk for medical device-related adverse events. Efforts to decrease filter dwell time and risk of perforation, particularly in women of childbearing age, through expedited retrieval may lead to decreased procedural fluoroscopic times, retrieval failures, and risks associated with advanced retrieval techniques (12,13). Attention should be directed toward the presence of Celect IVCF strut perforation when interpreting routine CT imaging studies, and, if present, clinicians should weigh the benefits of continued pulmonary embolism prevention against the risks of a medical

device adverse event that will most likely progress over time.

## REFERENCES

1. Heit JA, Cohen AT, Anderson FA. VTE impact assessment group. Estimated annual number of incident and recurrent, non-fatal and fatal venous thromboembolism (VTE) events in the US. ASH Annu Meeting Abstracts 2005; 106:910.

2. Dowell JD, Wang W, Spain J. Symptomatic perforation of a Günther Tulip inferior vena cava filter with subsequent strut fracture and pulmonary embolization Cardiovasc Intervent Radiol 2013; 37: 1843–1846, 2014.

3. Caplin DM, Nikolic B, Kalva SP, et al. Quality improvement guidelines for the performance of inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 2011; 11:1499–1506.

4. United States Food and Drug Administration. Removing retrievable inferior vena cava filters: initial communication. United States Food and Drug Administration Alerts and Notices (Medical Devices). http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm396377.htm. Accessed 6 May 2014.

5. Angel LF, Tapson V, Galgon RE, et al. Systematic review of the use of retrievable inferior vena cava filters. J Vasc Interv Radiol 2011; 22:1522–1530.

6. Malek JY, Kwolek CJ, Conrad MF, et al. Presentation and treatment outcomes of patients with symptomatic inferior vena cava filters. Annals Vasc Surg 2013; 27:84–88.

7. Zhou D, Spain J, Moon E, et al. Retrospective review of 120 Celect inferior vena filter retrievals: experience at a single institution. J Vasc Interv Radiol 2012; 23:1557–1563.

8. McLoney ED, Krishnasamy VP, Castle JC, et al. Complications of Celect, Günther Tulip, and Greenfield inferior vena cava filters on CT follow-up: a single-institution experience. J Vasc Interv Radiol 2013; 24: 1723–1729.

9. Oh JC, Trerotola SO, Dagli M, et al. Removal of retrievable inferior vena cava filters with computed tomography findings indicating tenting or penetration of the inferior vena cava wall. J Vasc Interv Radiol 2011; 22: 70–74.

10. Durack JC, Westphalen AC, Kekulawela S, et al. Perforation of the IVC rule rather than exception after longer indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol 2012; 35: 299–308.

11. Parkin E, Serracino-Inglott F, Chalmers N, et al. Symptomatic perforation of a retrievable inferior vena cava filter after a dwell time of 5 years. J Vasc Surg 2012; 50:417–419.

12. Avgerinos ED, Bath J, Stevens J, et al. Technical and patient-related characteristics associated with challenging retrieval of inferior vena cava filters. Eur J Vasc Endovasc Surg 2013; 46:353–359.

13. Al-Hakim R, Kee ST, Olinger EW, et al. Effectiveness and complications of routine and advanced inferior vena cava filter retrieval techniques. J Vasc Intervent Radiol 2014; 25(3S) s85.

14. Sangwaiya MJ, Marentis TC, Walker TG, et al. Safety and effectiveness of the Celect inferior vena cava filter: preliminary results. J Vasc Interv Radiol 2009; 20:1188–1192.

15. Durack JC, Westphalen AC, Kekulawela S, et al. Perforation of the IVC rule rather than exception after long indwelling times for the Günther Tulip and Celect retrievable filters. Cardiovasc Intervent Radiol 2012; 35: 299–308.

16. Ota S, Yamada N, Tsuji A, et al. The Günther Tulip retrievable IVC filter: clinical experience in 118 consecutive patients. Circ J 2008; 72:287–292.

17. Olorunsola OG, Kohi MP, Fidelman N, et al. Caval perforation by retrievable inferior vena cava filters: a retrospective comparison of Option and Günther Tulip filters. J Vasc Interv Radiol 2013; 24:566–571.

18. Bos A, Van Ha T, van Beek D, et al. Strut penetration: local complications, breakthrough pulmonary embolism, and retrieval failure in patients with Celect vena cava filters. J Vasc Interv Radiol 2015; 26:101–106.

19. Turba UC, Arslan B, Meuse M, et al. Günther Tulip filter retrieval experience: predictors of successful filter retrieval. J Vasc Interv Radiol 2010; 33:732–738.

20. Hellings WE, Pasterkamp G, Verhoeven BA, et al. Gender-associated differences in plaque phenotype of patients undergoing carotid endarterectomy. J Vasc Surg 2007; 45:289–297.

21. Falanga A, Barbui T, Rickles FR. Hypercoagulability and tissue factor gene upregulation in hematologic malignancies. Semin Thromb Hemost 2008; 34:204–210.

22. He WA, Calore F, Londhe P, et al. Microvesicles containing miRNAs promote muscle cell death in cancer cachexia via TLR7. Proc Natl Acad Sci USA 2014; 111:4525–4529.

23. Zhou D, Eu Moon, Bullen J, et al. Perforation of Celect inferior vena cava filters: retrospective review of CT scans in 265 patients. J Vasc Interv Radiol 2014; 202:643–647.

Volume 26 ■ Number 10 ■ October ■ 2015

## APPENDIX

## MATERIALS AND METHODS

### Data Analysis

Interobserver agreement for perforation assessment was evaluated in all computed tomography (CT) studies with a weighted κ coefficient (linear weighting). Agreement was considered moderate for κ values between 0.41 and 0.60, good for κ values between 0.61 and 0.80, and excellent for κ values greater than 0.81 (1).

The fraction of perforated primary struts per filter (number of perforated primary struts divided by 4) was modeled as the response variable in a generalized linear mixed model (GLMM) with binomial error distribution and logit link function (2). Patients were treated as a random effect in the GLMM. Their sex (factorial, male/female), age at filter placement (continuous, in years), malignancy history (factorial, yes/no), and baseline inferior vena cava (IVC) diameter (continuous, in centimeters, measured on a venacavogram before filter placement), and the time between filter placement and follow-up CT (continuous, logistic-transformed to improve linearity: Logistic $T$ = logistic($t/100$), where $t$ is in days) were treated as fixed effects. The GLMM was fitted using the glmer function in the lme4 package of the statistical language R (version 3.0.0; R Development Core Team, Vienna, Austria; www.r-project.org/). Statistical significance of the fixed effects were determined by Wald test with a preselected significance level (α) of 0.05.

We observed that an IVC filter (IVCF) perforation was usually associated with deformation in the shape of the IVC lumen. If this deformation also affects the cross-sectional size of the IVC and the radial force on the barb face of the filter, it may influence the chance of developing further perforations. To assess whether IVC size changes following filter perforation, we compared the IVC cross-sectional areas (in square centimeters) measured at the first and the final follow-up examinations in patients whose filter developed primary strut perforation during this period (n = 39) and those whose filter did not (n = 19). A paired Student $t$ test was used with a preselected significance level (α) of 0.05 and Bonferroni adjustment for multiple comparisons.

### Computer Modeling

To build a three-dimensional model of the Celect IVCF, a primary strut was photographed and two-dimensional coordinates were obtained in MATLAB (MathWorks, Natick, Massachusetts). The Rhinoceros 3.0 NURBS Modeling software package (Robert McNeel & Associates, Seattle, Washington) was used to convert this two-dimensional curve into a three-dimensional strut with a diameter of 0.42 mm, based on caliper measurements of the strut. The three-dimensional primary strut was imported into the Multiphysics software

package (Comsol, Burlington, Massachusetts) for geometry construction in which the primary strut was copied and rotated to create four symmetric primary struts. The four struts were linked together by a cylindrical body with dimensions of the clamp ring found on the device. The final three-dimensional structure was imported into the ADINA 8.9 finite element package (Adina R&D, Watertown, Massachusetts), and the geometry was meshed with 1,110,718 finite elements, which we confirmed provided mesh-independent results. Note that this computational model includes only the primary struts, as they are the major determinants of perforation. The material of the IVCF, Conichrome, was modeled with a Young modulus of 200 GPa and a Poisson ratio of 0.23 (3). To simulate deformation of the IVCF, several boundary conditions were applied to the initial unstressed shape of the filter. First, the clamp ring was constrained with fixed boundary conditions in the translational $x$, $y$, and $z$ directions and the rotational $x$ and $z$ directions. Rotation about the $y$ axis was not constrained to allow rotation around the long axis of the IVC, which we observed occurs in vivo. Finally, a displacement boundary condition was applied to a point in the center of the barb face on each of the primary struts to simulate the deformation of the IVCF within an IVC. To reproduce the IVCF deformation observed in individual patient CT scans, we first measured the location of the barb face for each primary strut relative to the center of the filter clamp on each patient's CT scan by using ImageJ (4). These measurements were then used to specify a displacement boundary condition at the center point of the barb face such that the simulated displacements of the IVCF struts matched the displacements measured on the patient's CT image. Model outputs included the average total and normal force on the barb face of the primary struts, which equates to the load transferred to the wall of the IVC.

## RESULTS

### Interobserver Agreement

Both reviewers were able to evaluate all struts in all CT studies. Almost all cases of perforation had at least one primary strut involved. Secondary strut perforation was observed in 26% of all cases of perforation, usually in combination with primary strut perforation. Pure secondary strut perforation was observed for only two filters in their second follow-up scans. The two reviewers achieved excellent interobserver agreement in perforation assessments for primary (91.3% agreement; κ with linear weighting, 0.94; 95% confidence interval, 0.90–0.97) and secondary (95.6% agreement; κ with linear weighting, 0.92; 95% confidence interval, 0.87–0.98) struts.



**Figure E1.** Average time (in days) from Celect filter placement to first and final CT studies. Patients (N = 91) were divided into groups depending on the presence of primary strut perforation and whether there was progressive perforation of additional primary struts on subsequent CT studies. The number of patients per group (n) was recorded. The average number of days from filter placement to the first (*) and last (#) CT study evaluated was compared among these groups of patients.



**Figure E2.** Normal (a, c) and total (b, d) forces on the major and minor axis strut barbs simulating an elliptical IVC while varying the area (with constant circumference) (a, b) and varying the circumference (with constant area) (c, d).

## Perforation Rates

We note that the mean time (in days) to initial follow-up CT was substantially greater for those patients with filter strut perforation without progression compared with those with progression (Fig E1). Indeed, this prolonged mean initial follow-up time suggests the time interval

Volume 26 ■ Number 10 ■ October ■ 2015

1518.e3

may have been too late to detect initial strut perforation, and hence progression, by the final follow-up CT scan. All patients with perforation but without progression on subsequent CT studies (n = 12, 100%) showed primary strut perforation on the initial study, compared with 35% of those with progressive perforation on initial follow-up CT (n = 21). Additionally, the average number of perforated struts per subject was higher on the initial study in these patients (3.4 primary struts per subject) relative to those with progressive perforation (0.7 primary struts per subject). In addition, the mean time to final follow-up was substantially shorter for those patients without any perforation (Fig E1). The decreased mean time to final follow-up CT for those without perforation (226 d) relative to that for patients with perforation (629 d) may suggest that the time interval for follow-up in these patients was too early to detect primary strut perforation.

## Computational Model: Elliptical IVCs and Varying Aspect Ratios

As IVCs may not deform in a purely circular pattern, we also simulated IVCF deformation/placement in elliptical IVCs and used these simulations to investigate the influence of caval geometry on force generation. We first modeled elliptical IVCs with different aspect ratios by maintaining a constant circumference of 47.12 mm and varying the cross-sectional area from 176.7 $mm^2$ to 157.6 $mm^2$. As shown in Figure E2a and b, increasing the aspect ratio, which corresponds to a decreasing cross-sectional area, leads to an increase in the average

total and normal forces exerted by the struts along the minor axis of the ellipse. Interestingly, the total and normal forces exerted by the struts along the major axis of the ellipse decreased slightly with increasing aspect ratio. Under these conditions, struts along the major axis deform less than struts along the minor axis, indicating that relative deformation of the strut governs the amount of force it applies to the luminal wall. We also simulated different aspect ratios by maintaining a constant surface area (176.7 $mm^2$) and varying the circumference from 47.12 mm to 49.90 mm. Increases in aspect ratio led to an increase in the average total and normal forces for struts along the minor axis and a slight decrease in total and normal forces for struts along the major axis (Fig E2c, d). These results indicate that noncircular changes in caval geometry can alter the forces applied by the IVCF on the luminal wall and that struts that experience larger deformations will likely exert higher forces on the IVC wall.

## REFERENCES

1. Landis JR, Koch GG. The measurement of observer agreement for categorical data. Biometrics 1977; 33:159–174.

2. Breslow NE, Clayton DG. "Approximate Inference in Generalized Linear Mixed Models". J AM Stat Asso 1993; 88: 9–25.

3. A. S. M. International (2009). Materials and coatings for medical devices: cardiovascular. Materials Park, Ohio, ASM International. ISBN 9781615030002 161503000X.

4. Rasband WS. ImageJ, U. S. National Institutes of Health, Bethesda, Maryland, USA, http://imagej.nih.gov/ij/ 1997-2014.