# Exhibit K



MED INSTITUTE, INCORPORATED
1 GEDDES WAY
WEST LAFAYETTE, IN 47906 U.S.A.
PHONE: 765.463.7537  FAX: 765.497.0641
WWW.COOKMEDICAL.COM

A Technical Report Regarding

# Fractured Primary Leg of a Celect™ Inferior Vena Cava (IVC) Filter Retrieved After an Unsuccessful Removal

Prepared by:

Ali Shamimi, PhD
Brian Choules, PhD

MED Institute, Inc.
1 Geddes Way
West Lafayette, IN 47906

Submitted to:

William Cook Europe ApS
Sandet 6, DK 4632
Bjaeverskov, Denmark

**Technical Report**

**FS100174**

October 21, 2010



COOK MEDICAL TECHNOLOGIES | BIOPHARMA | BIOTECH | CELL THERAPY | DEVICES | GENE THERAPY

Company Confidential                                                                 CookMDL2570_0422504

**TECHNICAL REPORT**

**Failure Analysis** Page 1 of 9

## Table of Contents

1.0 BACKGROUND ................................................................................................ 2

2.0 ANALYSIS OF THE FRACTURED COMPONENT ............................................... 2

3.0 ANALYSIS OF THE FRACTURE SURFACE ........................................................ 5

    3.1. CRACK INITIATION ................................................................................. 5

    3.2. CRACK PROPAGATION .......................................................................... 6

4.0 CIRCUMFERENTIAL CRACKS............................................................................ 7

5.0 CONCLUSIONS ................................................................................................ 9

6.0 COMPLIANCE .................................................................................................. 9

Company Confidential

TECHNICAL REPORT

**Failure Analysis** Page 2 of 9

### 1.0 BACKGROUND

A Celect™ Inferior Vena Cava (IVC) filter was retrieved after being in service for approximately seven months (i.e. 27 weeks). Prior to retrieval, approximately four months after being in service, a removal of the filter was attempted but reported to be unsuccessful. Three months later a fracture was detected and the filter was retrieved.

### 2.0 ANALYSIS OF THE FRACTURED COMPONENT

The explanted Celect™ IVC filter was found to have a fracture of a primary leg (Figure 2-1). The C.T. Scan and Angiography images taken before the final retrieval confirmed the fractured leg and the loose fragment appeared to be within the IVC (Figure 2-2).



**Figure 2-1.** Photographs of Celect™ IVC filter showing a pristine filter (left), and the retrieved filter with the fractured primary leg circled (right).



Figure 2-2. Images of the fractured Celect™ IVC filter during final retrieval attempt.

The images of the initial attempt for retrieval showed that the primary leg had penetrated the IVC wall (i.e. approximately 20 mm of the leg had traveled outside the vena cava). Also, it appeared that the leg had been abnormally bent outward as the result of the penetration (Figure 2-3).



Figure 2-3. Images of the fractured Celect™ IVC filter during the initial retrieval attempt showing the primary leg punctured the lumen wall.

**TECHNICAL REPORT**

**Failure Analysis**                                              Page 4 of 9

The location of the fracture was approximately 20 mm from the tip of the primary leg (Figure 2-4, left). The fracture was initiated from the outside (in relation to the center axis of the filter) and progressed through the cross-section ending on the inside (Figure 2-4, right).



Figure 2-4. Images of the fractured primary leg of the Celect™ IVC filter.

**TECHNICAL REPORT**

**Failure Analysis** Page 5 of 9

### 3.0 ANALYSIS OF THE FRACTURE SURFACE

The fracture surface consisted of three main regions: a crack initiation, fatigue crack propagation, and an overload or rupture region (Figure 3-1).



**Figure 3-1.** Micrograph of the fracture surface of the Celect™ filter indicating the three main regions.

### 3.1. CRACK INITIATION

The high magnification micrographs indicated that the crack initiated at one location from the surface with no significant (> 10 μm) inclusions present at the crack initiation site (Figures 3-2a and 3-2b). Also, no significant surface flaws (> 10 μm) were observed in the vicinity of the crack initiation location (Figure 3-2c).

**CONFIDENTIAL** FS100174

MED Institute, Inc. 1 Geddes Way West Lafayette, IN 47906 USA

TECHNICAL REPORT

**Failure Analysis** Page 6 of 9



**Figure 3-2.** SEM micrographs of the fractured IVC filter illustrating the crack initiation site (a) and (b), and the vicinity of the crack initiation site (c).

### 3.2. CRACK PROPAGATION

The *progression marks* observed in the crack propagation region indicate a fatigue type of failure (Figure 3-3). The presence of the *progression marks* in approximately one half of the cross sectional area suggests that the filter leg had been introduced to low stresses with low stress concentrations (i.e. High Cycle Fatigue).

**CONFIDENTIAL** FS100174

MED Institute, Inc.     1 Geddes Way     West Lafayette, IN 47906 USA



**Figure 3-3.** SEM micrograph of fractured IVC filter showing the *progression marks*.

## 4.0 CIRCUMFERENTIAL CRACKS

Circumferential cracks were observed on one side of the filter leg (Figures 4-1 and 4-2). The presence of circumferential cracks only on the same side as the crack initiation confirms that the failure was due to a unidirectional bending fatigue. Generally, cracks caused by a bending moment will form on the side at which the highest normal tensile stresses exist. Since these circumferential cracks appear only on one side (same side as the crack initiation site), it suggests that the cracks originated during service and were not pre-existing.

**TECHNICAL REPORT**

**Failure Analysis**   Page 8 of 9



**Figure 4-1.** SEM micrograph of the fractured IVC filter showing the circumferential cracks on the same side as the crack initiation site caused by bending.



**Figure 4-2.** SEM micrograph of the fractured IVC filter showing no circumferential cracks on the side of the overload region.

**CONFIDENTIAL**   FS100174

MED Institute, Inc.   1 Geddes Way   West Lafayette, IN 47906 USA

**TECHNICAL REPORT**

**Failure Analysis** _____ Page 9 of 9

### 5.0 CONCLUSIONS

1- The fracture of the primary leg was due to a unidirectional bending fatigue.

2- The type of fatigue was a High Cycle Fatigue (HCF) where cyclic low stresses with low stress concentrations were applied to the filter leg.

3- The bending moment was likely introduced when the primary leg penetrated through the vena cava.

4- The crack initiated at one location at the surface. No significant (> 10 μm) inclusions were detected at or in the vicinity of the crack initiation site.

### 6.0 COMPLIANCE

This study was not intended to be performed in compliance with 21 CFR 58, OECD, JGLP, or ISO 17025.

**Approval**

Scientist(s): _[signature]_ Date: 10/21/2010

_[signature]_ Date: 10/21/2010

**CONFIDENTIAL**                                                                                                         FS100174

MED Institute, Inc.                    1 Geddes Way                    West Lafayette, IN  47906  USA