**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**MOTION FOR LEAVE TO**
**FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically The Cook Defendants' Omnibus Memorandum in Support of Newly Filed Motions in Limine. This brief will be electronically filed today, August 6, 2018. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of The Cook Defendants' Omnibus Motions in Limine (New).

3. The Cook Defendants require a memorandum of more than 35 pages to support their Omnibus Motions in Limine (New) that includes 14 individual motions in limine, which are necessary given the number and scope of evidentiary issues raised in this Bellwether trial.

US.119216274.01

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook will be able to adequately address the issues raised in 100 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Memorandum in Support.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of The Cook Defendants' Omnibus Memorandum in Support of Newly Filed Motions in Limine.

Respectfully submitted,

Dated: August 6, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Chuck Webber (# 0215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:  (612)766-1600
E-Mail: chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on August 6, 2018, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
