UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
OMNIBUS MEMORANDUM IN SUPPORT OF
<u>NEWLY FILED MOTIONS IN LIMINE</u>**

The following exhibits are hereby submitted with the Cook Defendants' Omnibus Memorandum in Support of Newly Filed Motions in Limine:

| Exhibit | Description |
|---|---|
| A | Excerpts of *Hill v. Cook*, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Liability Litigation*, Cause No. 1:14-ML-2570-RLY-TAB, October 23, 2017, Transcript, 172:7-9 |
| B | Excerpts of *Hill v. Cook*, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Liability Litigation*, Cause No. 1:14-ML-2570-RLY-TAB, November 2, 2017, Transcript, 2372:4-22 |
| C | Excerpts of *Pavlock v. Wong, et al.*, Harris County, Texas, Cause No. 2017-03885, May 9, 2018, Transcript 70:14-18 |
| D | Bellwether Plaintiff Brand's Designation of Experts and Opinion Testimony 2 (Apr. 30, 2018) |
| E | Reliance Materials of Gregory I. Gordon, M.D. (Apr. 30, 2018) |
| F | Dr. Gordon's Supplemental List of Documents Reviewed/Considered *in Pavlock* |
| G | St. Joseph Hosp. 118 – **(FILED UNDER SEAL)** |

| | |
|---|---|
| H | Excerpts of Deposition of James Carlson, Ph.D. (Carlson Dep."), June 22, 2017 – **(FILED UNDER SEAL)** |
| I | Excerpts of Deposition of Paul Timperman, M.D., ("Timperman Dep."), dated May 3, 2017 – **(FILED UNDER SEAL)** |
| J | Excerpts of Transcript of September 14, 2017 Status Conference |
| K | Pl. Tonya Brand's Preliminary Witness List, July 2, 2018 |
| L | Excerpts of Deposition of Gregory I. Gordon, M.D., dated June 12, 2018 – **(FILED UNDER SEAL)** |
| M | Single Complaint Forms (Cook MDL2570_0621673-82; 0827870-81; 0074475-87; 0100590-606; 0100608-26; 0743733-52) – **(FILED UNDER SEAL)** |
| N | Krumholz Report Reliance Materials at 1-27 (listing Cook documents) |
| O | Excerpts of *Hill v. Cook*, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Liability Litigation*, Cause No. 1:14-ML-2570-RLY-TAB, October 23, 2017, Transcript |
| P | Excerpt of Pre-Trial Hearing Transcript, dated May 3, 2018, *in Pavlock* |
| Q | Tulip FDA Communication Files (COOKMDL2570_0007362, COOKMDL2570_0007325, COOK_MDL2570_007342-7359, and COOK_MDL2570_007364-7381 – **(FILED UNDER SEAL)** |
| R | Excerpts of Deposition of Tonya Brand, dated December 10, 2015 – **(FILED UNDER SEAL)** |
| S | Excerpts of Deposition of Tonya Brand dated June 16, 2017 – **(FILED UNDER SEAL)** |
| T | Affidavit of Steven Kurtz, Ph.D. |
| U | Plaintiff's Objections and Responses to Cook's First Set of Requests for Admission |
| V | Plaintiff's Responses to Cook Defendants' Fourth Set of Requests for Production – **(FILED UNDER SEAL)** |
| W | Chain-of-custody form |
| X | December 2015 Emails Between K. McDonald and B. Martin |
| Y | May 14, 2018, Secure File Transfer Communication |

| | |
|---|---|
| Z | Plaintiff's Objections and Second Supplemental Responses to Defendants' Request for Production of Documents – **(FILED UNDER SEAL)** |
| AA | Plaintiff's Objections and First Supplemental Responses to Defendants' Fourth Set of Requests for Production of Documents – **(FILED UNDER SEAL)** |
| BB | Plaintiff Fact Sheet, filed March 18, 2015 – **(FILED UNDER SEAL)** |
| CC | Plaintiff's Responses to Defendants' First Request for Production, January 15, 2016 – **(FILED UNDER SEAL)** |
| DD | Defendants' Notice to Take Deposition *Duces Tecum*, November 30, 2015 |
| EE | Defendants' Notice of Deposition of Plaintiff and Schedule A, June 7, 2017 |
| FF | Plaintiff's Preliminary [Long] Exhibit List |
| GG | Plaintiff's Short Exhibit List |
| HH | Photographs of Plaintiff's Abdomen Scars and Staples – **(FILED UNDER SEAL)** |
| II | Fourth Supplemental Plaintiff Profile Form and Plaintiff Fact Sheet – **(FILED UNDER SEAL)** |
| JJ | Excerpts of Expert Report of Dr. F. Michael Ferrante – **(FILED UNDER SEAL)** |
| KK | Compilation of advertising documents - PowerPoint presentation entitled "Selling the Gunther Tulip in a Competitive Market" (CookMDL2570_0730076); a 2005 memo from Bruce Fleck to Diagnostic and Interventional Representatives (CookMDL2570_1300843); a 2003 memo from Bruce Fleck to Kem Hawkins concerning Tulip Market Share information (CookMDL2570_1272123); and a June 17, 2003 New IVC Filter Product Development Strategy Overview (CookMDL2570_1272124) – **(FILED UNDER SEAL)** |

Respectfully submitted,

Dated: August 6, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: joe.tanner@faegrebd.com
E-Mail: nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.119227329.01