# EXHIBIT A

```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,        )
IVC FILTERS MARKETING, SALES      ) Cause No.
PRACTICES AND LIABILITY,          ) 1:14-ML-2570- RLY-TAB
LITIGATION                        ) Evansville, Indiana
                                  ) October 23, 2017
                                  ) 9:23 a.m.
                                  )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1

**For Plaintiffs:**            David P. Matthews, Esq.
                               MATTHEWS & ASSOCIATES
                               2905 Sackett Street
                               Houston, TX  77098


                               Matthew D. Schultz, Esq.
                               LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR PA
                               316 S. Baylen Street, Suite 600
                               Pensacola, FL  32502


                               Joseph N. Williams, Esq.
                               RILEY WILLIAMS & PIATT, LLC
                               301 Massachusetts Avenue
                               Indianapolis, IN  46204

1  that the product evolved, and that there was a new product
2  that was introduced in 2012 called the Celect Platinum.  I
3  don't want to make this a case, though, opening the door to
4  make this a case about the Platinum.  Does the Platinum work?
5  What does the Platinum do?  Does it perform better than the
6  Celect?  Does it reduce preparation --
7              THE COURT:  I do not want to get into -- I do not
8  want to have very much, if any, mention of the Platinum at
9  all.
10             MS. PIERSON:  Okay.
11             THE COURT:  That would -- that would be very
12 confusing to the jury.
13             MS. PIERSON:  I think we can -- is it -- again, I
14 want to be sure I understand what you're saying so I don't
15 inadvertently open a door, Judge.  Sounds like we can say that
16 Cook has a number of IVC filters, that the filters have
17 evolved over the years, their products, before products after
18 the Celect, words to that effect.  But we won't get into
19 reintroduce the Platinum, and here is how great the Platinum
20 is.  And Plaintiffs won't get into, you introduce the Platinum
21 to fix a problem with the Celect.  Here was the problem that
22 the Platinum fixes.  Am I -- just want to be sure I'm
23 understanding you.
24             THE COURT:  Mr. Schultz?
25             MR. SCHULTZ:  I'm sorry, Judge.  That is the whole

```
 1  ****************************************************

 2                 CERTIFICATE OF COURT REPORTER

 3

 4      I, Margaret A. Techert, hereby certify that the

 5  foregoing is a true and correct transcript from

 6  reported proceedings in the above-entitled matter.

 7

 8

 9

10  /S/ Margaret A. Techert                 October 23, 2017
    MARGARET A. TECHERT
11  Official Court Reporter
    Southern District of Indiana
12  Evansville Division
```