# EXHIBIT B

```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,       )
IVC FILTERS MARKETING, SALES     ) Cause No.
PRACTICES AND LIABILITY,         ) 1:14-ML-2570- RLY-TAB
LITIGATION                       ) Evansville, Indiana
                                 ) November 2, 2017
                                 ) 8:30 a.m.
                                 )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 8

**For Plaintiffs:**         David P. Matthews, Esq.
                            MATTHEWS & ASSOCIATES
                            2905 Sackett Street
                            Houston, TX  77098


                            Matthew D. Schultz, Esq.
                            LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR PA
                            316 S. Baylen Street, Suite 600
                            Pensacola, FL  32502


                            Joseph N. Williams, Esq.
                            RILEY WILLIAMS & PIATT, LLC
                            301 Massachusetts Avenue
                            Indianapolis, IN  46204

```
 1  the other costs of people's time.  It's significant.
 2              MS. PIERSON:  May we approach briefly, Your Honor?
 3              (Beginning of bench conference record.)
 4              MS. PIERSON:  Your Honor, in the spirit of raising
 5  issues to avoid conflict when the questions are asked, I'm
 6  about to ask Mr. Breedlove these questions:  Has Cook
 7  continuously sold the Celect since 2007?  Have the kits in
 8  which the Celect is sold changed?  Is the product itself, the
 9  Celect filter, still the same?  Do you sell other filter
10  products, as well?  I don't want to be accused later of having
11  opened the door to the Platinum.  I think I've carefully
12  crafted my questions so that he's able to answer those just as
13  to the Celect.  I just want to --
14              MR. WILLIAMS:  Does he know --
15              COURT REPORTER:  I'm sorry.  I'm sorry.
16              MR. WILLIAMS:  Does he know how many?
17              MS. PIERSON:  How many he sold in --
18              MR. SCHULTZ:  Yeah.
19              MS. PIERSON:  He has a spreadsheet and he knows
20  that.
21              THE COURT:  It seems proper to me.
22              MR. WILLIAMS:  Yeah, that seems fine.
23              (End of bench conference.)
24  BY MS. PIERSON:
25  Q    Mr. Breedlove, excuse me.  After ten days, I'm getting a
```

```
1              THE COURT:  Thank you.
2              THE CLERK:  All rise.  Court is adjourned.
3          (Court proceedings concluded at 5:38.)
4   ********************************************************
5                  CERTIFICATE OF COURT REPORTER
6
7       I, Margaret A. Techert, hereby certify that the
8   foregoing is a true and correct transcript from
9   reported proceedings in the above-entitled matter.
10
11
12
13  /S/ Margaret A. Techert                  November 2, 2017
    MARGARET A. TECHERT
14  Official Court Reporter
    Southern District of Indiana
15  Evansville Division
```