# EXHIBIT F

## Dr. Gordon Supplemental List of Documents Reviewed/Considered

**DEPOSITIONS**
- Pavlock, Jeffrey Deposition transcript & exhibits
- Wong, Adrian- Deposition transcript & exhibits
- Reul, Ross - Deposition transcript & exhibits
- Kuritza, George- Deposition transcript & exhibits
- Brodie, Mark - Deposition transcript & exhibits
- Nigam, Rupesh - Deposition transcript & exhibits
- Levy, Leigh Ann, Deposition transcript & exhibits
- Patel, Tejash- Deposition transcript & exhibits
- Hochman F. Leon Deposition transcript & exhibits
- Streiff, Michael – Deposition transcript & exhibits
- Krumholz, Harlan-Deposition Transcript & Exhibits
- Litsky, Alan-Deposition Transcript & Exhibits
- Fischer, John- Deposition transcript & exhibits
- McMeeking, Robert- Deposition transcript & exhibits
- Suliburk, James –Deposition transcript & exhibits
- Ponce de León, Guillermo – Deposition transcript & exhibits
- Byrom, Heidi – Deposition transcript & exhibits
- Fleck, Bruce -  Deposition transcript & exhibits (7-20-2016; 4-10-2018)
- Hawkins, Kem - Deposition transcript & exhibits (10-3-2017)
- Brown, Jennifer - Deposition transcript & exhibits (4/24/17; 5/8/17; 9/19/17)
- Talbert, Darrell - Deposition transcript & exhibits (4-27-2015; 12-15-2015; 3-2-2018)
- Gardner, James – Deposition transcript & exhibits (8-14-2017; 4-10-2018)

**MEDICAL RECORDS**
- All Medical imaging & reports related to Mr. Pavlock including the recent CT performed on 3/22/2018

**PUBLICATIONS**
- 2010 - Garber -NEJM Modernizing Device Regulation
- 2010 - Hines - Left to Their Own Devices Breakdown in US Med Device Prem.
- 2010-08-09_FDA Safety Communications _ Removing Retrievable Inferior Vena Cava Filters
- 2011 - Angel, Systematic Review of the Use of Retrievable.pdf
- 2011 - Challoner - Med Devices and Health - Creating a New Reg Framework
- 2011 - Curfman - Med Devices - Balancing Regulation Innovation
- 2011 - GAO - Premarket Critique - highlighted
- 2011 - IOM - Brief on 510k changes
- 2011 - IOM - Full report - Highlighted
- 2011 - IOM - letter to FDA re 510k
- 2011 - OR manager FDA urged to replace 510(k) process
- 2011 - Zuckerman - Med Device Recalls and FDA Approval Process
- 2012 - Ballard - Harnessing health info xchange to identify AEs for mesh.
- 2012-7-3 K121629-510k Summary Celect Platnium.pdf
- 2013 - Nygaard - Approval process for devices and mesh
- 2013-05-02_May 2, 2013_MHRA-Medical Device Alert on Retrievable IVCF.pdf
- 2014-05-06_May 6, 2014 FDA Safety Communications _ Removing Retrievable Inferior Vena Cava Filters.pdf
- 2014-05-07_Endovascular Today - Summary of FDA Updates Safety Communication on IVC Filter Retrieval.pdf
- 2014-11-01_EU Nov. 2014 Field Safety Notice.pdf
- 2015 - Bos et al, Strut Penetration: Local Complications, Breakthrough PE, and Retrieval Failure in Patients With Celect IVCF, J Vasc Interv Radiol 26:101-106

- 2015_Laborda A, Kuo WT, Ioakeim I, De Blas I, Malvè M, Lahuerta C, De Gregorio MA Respiratory-Induced Haemodynamic Changes: A Contributing Factor to IVC Filter Penetration. Cardiovasc Intervent Radiol. 2015 Oct;38(5):1192-7. doi: 10.1007/s00270-015-1077-4. Epub 2015 Mar 21. PubMed PMID: 25795475"
- 2016-07-25_Canada- Safety Notice IVC Filters and Risk of Serious Complications.pdf
- 2017   Jaff, Michael, et al.- A measured approach to vena cava filter use- respect rather than regret; JAMA Cardiol. 2017; 2(l):5-6
- 2017   Magnetta, Michael J. et al.- IVC implantation time correlates with risk of thrombolic complications.
- 2017 - Bikdeli et al. Inferior Vena Cava Filters to Prevent Pulmonary Embolism systematic review and meta-analysis
- 2017 - Kramer - Practial Improvements for Medical Device Evaluation
- 2017 - Magnetta et al._IVC Implantation Time Correlates with Risk of Thromboembolic Complication
- 2017 - Monitoring Medical Devices-Missed Warning Signs Within Existing Data
- 2017_Redberg_Continued High Rates of IVC Filter Use After FDA Warning
- 2017-01-01_TGA_medical-devices-safety-update-volume-5-number-1-january-2017.pdf
- 2018   Systematic review of efficacy and safety of retrievable inferior vena caval filters Behnood Bikdeli, David Jimenez, Ajay J. Kirtane, Michael B. Bracken, Frederick A. Spencer, Manuel Monreal, Harlan M. Krumholz doi: 10.1016/j.thromres.2018.03.014
- Analysis of the Final DENAL lTria lData: A Prospective, Multicenter Study of the Denali Inferior Vena Cava Filter. Stavropoulos,MD, Chen,MD, .Sing,DO, et al. J VascIntervRadiol2016;27:1531–1538 http://dx.doi.org/10.1016/j.jvir.2016.06.028
- Archive History for NCT00470626_History of Changes to OUS Clin Trial.pdf
- Aziz, et al. Basic Data Underlying Clinical Decision-Making in Endovascular Therapy, Ann Vasc Surg 2010; 24: 966-979, DOI: 10.1016/j.avsg.2010.03.028
- Basic Data Underlying Clinical Decision-Making in Endovascular Therapy Editor, Timothy M. Sullivan Inferior Vena Cava Filters Faisal Aziz, and Anthony J. Comerota  Vol. 24, No. 7, October 2010
- Bogue CO, John PR, Connolly BL, Rea DJ, Amaral JG. Symptomatic caval penetration by a Celect inferior vena cava filter. Pediatr Radiol. 2009 Oct;39(10):1110-3. doi: 10.1007/s00247-009-1340-4. Epub 2009 Jul 9. PubMed PMID: 19588133
- Celect Vena Cava Filter Clinical Trial - Full Text View - ClinicalTrials.gov_Study Details.pdf
- Celect Vena Cava Filter Clinical Trial - Study Results - ClinicalTrials.gov_Study Results.pdf
- Celect Vena Cava Filter Clinical Trial - Tabular View - ClinicalTrials.gov_Tabular View.pdf
- Complaint Files - Industry Basics Workshop - Final Studio Taping https://www.fda.gov/downloads/Training/CDRHLearn/UCM5\48642.pdf
- Complications of inferior vena cava filters Simer Grewal, Murthy R. Chamarthy, Sanjeeva P. Kalva Cardiovasc Diagn Ther 2016;6(6):632-641
- Do the Benefits Outweigh the Risks for Most Patients Under Consideration for Inferior Vena Cava Filters? No Mark L. Lessne, MD Ronald F. Sing, DO, FCCP Charlotte, NC. DOI: http://dx.doi.org/10.1016/j.chest.2016.08.1477
- Evidence-Based Evaluation of Inferior Vena Cava Filter Complications Based on Filter Type Steven E. Deso, MD Ibrahim A. Idakoji, MD, MPH William T. Kuo, MD. Semin Intervent Radiol 2016;33:93–100
- Factors influencing the reporting of adverse medical device events: qualitative interviews with physicians about higher risk implantable devices. Gagliardi,  Ducey,  Lehoux, Turgeon, Ross, Gagliardi AR, et al. BMJ Qual Saf 2017;0:1–9. doi:10.1136/bmjqs-2017-006481
- Factors influencing the reporting of adverse medical device events: qualitative interviews with physicians about higher risk implantable devices. Gagliardi,  Ducey,  Lehoux, Turgeon, Ross, Gagliardi AR, et al. BMJ Qual Saf 2017;0:1–9. doi:10.1136/bmjqs-2017-006481
- FDA Bluebook Memo Device Labeling 3.8.1991
- FDA inspection results from 17 hospitals. https://www.fda.gov/downloads/MedicalDevices/ResourcesforYou/HealthCareProviders/UCM526194.pdf
- FDA is working with hospitals to modernize data collection about medical devices | FDA Voice. Posted on October 24, 2016.  Jeffrey Shuren, M.D., J.D., Director of FDA's Center for Devices and Radiological Health
- Grewal S, et al. Complication of IVC Filters_2016
- Gunther et al., New Optional IVCF for Percutaneous Retrieval-In Vivo Evaluation of Embolus Capturing Efficacy

- Hilsop, etal. Correlation of US & CT for placement of US guided IVCF
- J. Eli Robins, MD.  Differences in radial expansion force among inferior vena cava filter models support documented perforation rates.  https://doi.org/10.1016/j.jvsv.2017.10.019
- Jia Z., et al., Caval Penetration by Inferior Vena Cava Filters: A Systematic Literature Review of Clinical Significance and Management, Circulation 2015;132:944-
- Karmy-Jones R, et al., Practice Patterns and Outcomes of Retrievable Vena Cava Filters in Trauma Patients: An AAST Multicenter Study, J. Trauma 2007.
- Lessne M, et al. Counterpoint on IVC Filters_Chest_2016
- Lionel D Edwards et al. Principles and Practice of Pharmaceutical Medicine Second Edition
- Marquess JS, et al., Factors Associated with Failed Retrieval of the Gunther Tulip Inferior Vena Cava Filter, J Vasc Interv Radiol. 2008 Sep;19(9):1321-7. doi: 10.1016/j.jvir.2008.06.004. Epub 2008 Jul 21.
- McLoney ED, et al., Complications of Celect, Günther tulip, and Greenfield inferior vena cava filters on CT follow-up: a single-institution experience, J Vasc Interv Radiol. 2013 Nov;24(11):1723-9. doi: 10.1016/j.jvir.2013.07.023. Epub 2013 Sep 13.
- MDL 2570 Schedule A Member Case List - II_filed 2018-3-26-2018 http://www.insd.uscourts.gov/sites/insd/files/MDL%202570%20Schedule%20A.pdf
- MDL 2570 Schedule A_Member Cases Filed 2013-2017 http://www.insd.uscourts.gov/sites/insd/files/MDL%202570%20Schedule%20A%20Member%20Case%20List%20-%20II.pdf
- Modern Issues and Methods in Biostatistics Mark Chang Springer Science & Business Media, Jul 15, 2011. Page 307/page 228
- Olorunsola OG, et al, Caval Penetration by Retrievable Inferior Vena Caval filters:  a retrospective comparison of Option and Gunther Tulip Filters J Vasc Interv Radiol. 2013 Apr;24(4):566-71. doi: 10.1016/j.jvir.2012.12.024. Epub 2013 Feb 23.
- Olufoladare, G. Olorunsola et al, Caval Penetration by Retrievable Inferior Vena Cava Filters: A Retrospective Comparison of Option and Gunther Tulip Filters
- Panidis, Dimitris. (2018). Enhancing the effectiveness of medical device incident reporting- Final report of the EU pilot on the manufacturer incident reporting form (MIR form). page 20-22
- PI_Products _ Cook Medical_Website retrieved 4-8-2018.pdf
- Redberg-Hoffer Letter to Editor and Response. JAMA Internal Medicine April 2018 Volume 178, Number 4
- Ryu et al.  A Comparison of Retrievability: Celect versus Option Filter.  SIR, 2015 J VascIntervRadiol2015;26:865–869
- Sadaf, A, et al., Significant Caval Penetration by the Celect Inferior Vena Cava Filter  Attributable to Filter Design, J Vasc Interv Radiol. 2007 Nov; 18(11):1447-50.
- Saeed et al. Trends in IVC Placement by Indication in US from 2005-2014_ld_170058.pdf
- Sag, Alan A. et al.,  Analysis of Tilt of the Gunther Tulip Filter
- Sangwaiya MJ, Safety and Effectiveness of the Celect Inferior Vena Cava Filter:  Preliminary Results, J Vasc Interv Radiol. 2009 Sep; 20(9):1188-92. doi: 10.1016/j.jvir.2009.05.033. Epub 2009 Jul 23.
- Singer, Michael A. et al., Modeling Blood Flow in Tilted Inferior Vena Cava Filters: Does Tilt Adversely Affect Hemodynamics?
- Son, et al_Should we Remove Celect IVCF 8 years of experience
- Video of Dr. Lumsden open retrieval.  https://www.youtube.com/watch?v=8kBx0o-Njes
- Wang, W response to article. http://dx.doi.org/10.1016/j.jvir.2013.01.500
- What is Happening with IVC Filters- An Update (Alan B. Lumsden,MD) Dec 8, 2016. available at https://www.youtube.com/watch?v=1HHp-CF0OLc
- Yusuf Chauhan, BSc, Odeaa Al Jabbari, MD, Walid k. Abu Saleh, MD, Thomas Loh, MD, Irshad Ali, MD, Alan Lumsden, MD. Open Removal of Penetrating IVC Filter with Repair of Secondary Aortic Dissection: Case Report DOI: 10.1016/j.avsg.2015.10.033
- Zhou D, et al., Penetration of Celect Inferior Vena Cava Filters:  Retrospective Review of CT Scans in 265 Patients, AJR Am J Roentgenol. 2014 Mar;202(3):643-7. doi: 10.2214/AJR.13.11097.

**IFUs**

I-IGTCFS-65-1-JUG-CELECT-0906-358-01EN
I-IGTCFS-65-1-JUG-CELECT-0906-358-01EN_Lot#
I-IGTCFS-1203-396-01EN_IGTCFS-65-8.5-1-FEM-CELECT
I-IGTCFS-1203-400-01EN_IGTCFS-65-8.5-1-FEM-TULIP
I-IGTCFS-US-1203-423-01.PDF_Platinum IFU.pdf
K171712_Platinum Submission.pdf

**COOK PRODUCED DOCUMENTS**
- OUS Raw Data and study subject imaging produced to date including imaging produced on 4/12/2018 and any supplemental imaging produced in the future
- Additional documents to be produced by the Cook Defendants including the underacted versions of the documents listed below or portions thereof

| | | | | |
|---|---|---|---|---|
| Cook IVCF 000002 | Cook IVCF 000002 | Cook IVCF 000492 | Cook IVCF 000496 | Cook IVCF 000942 |
| Cook IVCF 001040 | Cook IVCF 001964 | Cook IVCF 002058 | Cook IVCF 002236 | Cook IVCF 002593 |
| Cook IVCF 002793 | Cook IVCF 003878 | Cook IVCF 004157 | Cook IVCF 004157 | Cook IVCF 004160 |
| Cook IVCF 004347 | Cook IVCF 005099 | Cook IVCF 005099 | Cook IVCF 005102 | Cook IVCF 005201 |
| Cook IVCF 005587 | Cook IVCF 005732 | Cook IVCF 005732 | Cook IVCF 005762 | Cook IVCF 005764 |
| Cook IVCF 005769 | Cook IVCF 013891 | Cook IVCF 014064 | Cook IVCF 014064 | Cook IVCF 014279 |
| Cook IVCF 014636 | Cook IVCF 014950 | Cook IVCF 014972 | Cook IVCF 014973 | Cook IVCF 014977 |
| Cook IVCF 014978 | Cook IVCF 015028 | Cook IVCF 015034 | Cook IVCF 021919 | Cook IVCF 021923 |
| Cook IVCF 023893 | Cook IVCF 042052 | Cook IVCF 042414 | Cook IVCF 042749 | IVCF00001242 |
| CookMDL2570_0735209 | CookMDL2570-0850922 | CookMDL2570_0001843 | CookMDL2570_0002608 | CookMDL2570_0005014 |
| CookMDL2570_0011061 | CookMDL2570_0011086 | CookMDL2570_0011111 | CookMDL2570_0011136 | CookMDL2570_0011143 |
| CookMDL2570_0012299 | CookMDL2570_0012330 | CookMDL2570_0012374 | CookMDL2570_0014859 | CookMDL2570_0014859 |
| CookMDL2570_0025774 | CookMDL2570_0027701 | CookMDL2570_0029673 | CookMDL2570_0029674 | CookMDL2570_0049661 |
| CookMDL2570_0060661 | CookMDL2570_0060676 | CookMDL2570_0060699 | CookMDL2570_0060699 | CookMDL2570_0060703 |
| CookMDL2570_0060743 | CookMDL2570_0060853 | CookMDL2570_0060858 | CookMDL2570_0060866 | CookMDL2570_0060868 |
| CookMDL2570_0060919 | CookMDL2570_0060938 | CookMDL2570_0060978 | CookMDL2570_0060995 | CookMDL2570_0060999 |
| CookMDL2570_0061024 | CookMDL2570_0061059 | CookMDL2570_0061099 | CookMDL2570_0061099 | CookMDL2570_0061111 |
| CookMDL2570_0061156 | CookMDL2570_0061161 | CookMDL2570_0061163 | CookMDL2570_0061163 | CookMDL2570_0061184 |
| CookMDL2570_0061188 | CookMDL2570_0061217 | CookMDL2570_0061235 | CookMDL2570_0061277 | CookMDL2570_0061329 |
| CookMDL2570_0061378 | CookMDL2570_0061429 | CookMDL2570_0061818 | CookMDL2570_0064841 | CookMDL2570_0064850 |
| CookMDL2570_0064877 | CookMDL2570_0064881 | CookMDL2570_0064892 | CookMDL2570_0064892 | CookMDL2570_0064897 |
| CookMDL2570_0065014 | CookMDL2570_0067064 | CookMDL2570_0067844 | CookMDL2570_0067860 | CookMDL2570_0067926 |
| CookMDL2570_0070318 | CookMDL2570_0070417 | CookMDL2570_0070535 | CookMDL2570_0072619 | CookMDL2570_0073477 |
| CookMDL2570_0074045 | CookMDL2570_0074135 | CookMDL2570_0074472 | CookMDL2570_0077362 | CookMDL2570_0080052 |
| CookMDL2570_0080752 | CookMDL2570_0081529 | CookMDL2570_0082062 | CookMDL2570_0086132 | CookMDL2570_0088538 |
| CookMDL2570_0088557 | CookMDL2570_0088667 | CookMDL2570_0089352 | CookMDL2570_0089394 | CookMDL2570_0090798 |
| CookMDL2570_0091076 | CookMDL2570_0091568 | CookMDL2570_0093554 | CookMDL2570_0094241 | CookMDL2570_0095641 |
| CookMDL2570_0098039 | CookMDL2570_0114917 | CookMDL2570_0114948 | CookMDL2570_0118199 | CookMDL2570_0122879 |
| CookMDL2570_0122881 | CookMDL2570_0126697 | CookMDL2570_0130596 | CookMDL2570_0130827 | CookMDL2570_0130876 |
| CookMDL2570_0130941 | CookMDL2570_0131073 | CookMDL2570_0131130 | CookMDL2570_0131187 | CookMDL2570_0131244 |
| CookMDL2570_0131301 | CookMDL2570_0131358 | CookMDL2570_0131413 | CookMDL2570_0131417 | CookMDL2570_0131427 |
| CookMDL2570_0134955 | CookMDL2570_0135088 | CookMDL2570_0137375 | CookMDL2570_0137739 | CookMDL2570_0137978 |
| CookMDL2570_0141285 | CookMDL2570_0143852 | CookMDL2570_0144069 | CookMDL2570_0144471 | CookMDL2570_0144474 |
| CookMDL2570_0144641 | CookMDL2570_0145686 | CookMDL2570_0145688 | CookMDL2570_0145690 | CookMDL2570_0145707 |
| CookMDL2570_0145712 | CookMDL2570_0145716 | CookMDL2570_0145718 | CookMDL2570_0145737 | CookMDL2570_0145744 |
| CookMDL2570_0145747 | CookMDL2570_0145760 | CookMDL2570_0145764 | CookMDL2570_0145767 | CookMDL2570_0145778 |
| CookMDL2570_0145780 | CookMDL2570_0145785 | CookMDL2570_0145787 | CookMDL2570_0160576 | CookMDL2570_0160581 |
| CookMDL2570_0160718 | CookMDL2570_0161380 | CookMDL2570_0161380 | CookMDL2570_0161684 | CookMDL2570_0161696 |
| CookMDL2570_0161707 | CookMDL2570_0162224 | CookMDL2570_0164388 | CookMDL2570_0166832 | CookMDL2570_0172426 |
| CookMDL2570_0174491 | CookMDL2570_0176942 | CookMDL2570_0180782 | CookMDL2570_0182248 | CookMDL2570_0184887 |
| CookMDL2570_0184889 | CookMDL2570_0184894 | CookMDL2570_0187538 | CookMDL2570_0188528 | CookMDL2570_0188598 |
| CookMDL2570_0188776 | CookMDL2570_0191453 | CookMDL2570_0191524 | CookMDL2570_0191666 | CookMDL2570_0193306 |
| CookMDL2570_0193589 | CookMDL2570_0193721 | CookMDL2570_0193767 | CookMDL2570_0193773 | CookMDL2570_0193802 |
| CookMDL2570_0193830 | CookMDL2570_0193857 | CookMDL2570_0193870 | CookMDL2570_0193930 | CookMDL2570_0193974 |
| CookMDL2570_0197131 | CookMDL2570_0197231 | CookMDL2570_0199001 | CookMDL2570_0199010 | CookMDL2570_0200522 |
| CookMDL2570_0200622 | CookMDL2570_0201714 | CookMDL2570_0201717 | CookMDL2570_0204615 | CookMDL2570_0207170 |
| CookMDL2570_0207174 | CookMDL2570_0295471 | CookMDL2570_0295473 | CookMDL2570_0295478 | CookMDL2570_0295679 |
| CookMDL2570_0300041 | CookMDL2570_0300302 | CookMDL2570_0300370 | CookMDL2570_0300382 | CookMDL2570_0300629 |

| | | | | |
|---|---|---|---|---|
| CookMDL2570_0301634 | CookMDL2570_0301768 | CookMDL2570_0303901R | CookMDL2570_0306723R | CookMDL2570_0306805 |
| CookMDL2570_0307415 | CookMDL2570_0312605 | CookMDL2570_0313325 | CookMDL2570_0313331 | CookMDL2570_0315475 |
| CookMDL2570_0315668 | CookMDL2570_0315769R | CookMDL2570_0315811R | CookMDL2570_0316368 | CookMDL2570_0317908 |
| CookMDL2570_0317910 | CookMDL2570_0318468 | CookMDL2570_0319185R | CookMDL2570_0319897 | CookMDL2570_0319902 |
| CookMDL2570_0322430 | CookMDL2570_0322431 | CookMDL2570_0322432 | CookMDL2570_0322470 | CookMDL2570_0323220 |
| CookMDL2570_0323260 | CookMDL2570_0324254R | CookMDL2570_0324256R | CookMDL2570_0324276R | CookMDL2570_0326078 |
| CookMDL2570_0326080 | CookMDL2570_0330264 | CookMDL2570_0330940 | CookMDL2570_0330941 | CookMDL2570_0330942 |
| CookMDL2570_0330983 | CookMDL2570_0330987 | CookMDL2570_0332044 | CookMDL2570_0332050 | CookMDL2570_0334044 |
| CookMDL2570_0334367 | CookMDL2570_0334373 | CookMDL2570_0334374 | CookMDL2570_0334378 | CookMDL2570_0334383 |
| CookMDL2570_0334384 | CookMDL2570_0334415 | CookMDL2570_0334416 | CookMDL2570_0334560 | CookMDL2570_0334575 |
| CookMDL2570_0334750 | CookMDL2570_0334752 | CookMDL2570_0334753 | CookMDL2570_0334977 | CookMDL2570_0335390 |
| CookMDL2570_0335532R | CookMDL2570_0338109R | CookMDL2570_0338142R | CookMDL2570_0338147R | CookMDL2570_0338196R |
| CookMDL2570_0371077 | CookMDL2570_0371111R | CookMDL2570_0372243 | CookMDL2570_0372837 | CookMDL2570_0373050 |
| CookMDL2570_0373150 | CookMDL2570_0373239R | CookMDL2570_0374993 | CookMDL2570_0375090 | CookMDL2570_0375957 |
| CookMDL2570_0375961 | CookMDL2570_0377670 | CookMDL2570_0379211 | CookMDL2570_0379327 | CookMDL2570_0379450 |
| CookMDL2570_0382236 | CookMDL2570_0382334 | CookMDL2570_0382810 | CookMDL2570_0382812 | CookMDL2570_0382813 |
| CookMDL2570_0382824 | CookMDL2570_0382828 | CookMDL2570_0382829 | CookMDL2570_0382837 | CookMDL2570_0384346 |
| CookMDL2570_0385824 | CookMDL2570_0390638 | CookMDL2570_0390665 | CookMDL2570_0391418 | CookMDL2570_0391462 |
| CookMDL2570_0403345 | CookMDL2570_0403726 | CookMDL2570_0403727 | CookMDL2570_0405105 | CookMDL2570_0405107 |
| CookMDL2570_0405196 | CookMDL2570_0405570 | CookMDL2570_0407243 | CookMDL2570_0408185 | CookMDL2570_0408885 |
| CookMDL2570_0408890 | CookMDL2570_0408897 | CookMDL2570_0408898 | CookMDL2570_0408921 | CookMDL2570_0409345 |
| CookMDL2570_0409555 | CookMDL2570_0409562 | CookMDL2570_0409795 | CookMDL2570_0411577 | CookMDL2570_0412259 |
| CookMDL2570_0412417 | CookMDL2570_0415316 | CookMDL2570_0415519 | CookMDL2570_0415880 | CookMDL2570_0415881 |
| CookMDL2570_0415882 | CookMDL2570_0415883 | CookMDL2570_0415884 | CookMDL2570_0415885 | CookMDL2570_0415892 |
| CookMDL2570_0415898 | CookMDL2570_0415899 | CookMDL2570_0418048 | CookMDL2570_0418067 | CookMDL2570_0418160 |
| CookMDL2570_0418161 | CookMDL2570_0418162 | CookMDL2570_0418163 | CookMDL2570_0418240 | CookMDL2570_0418348 |
| CookMDL2570_0421082 | CookMDL2570_0421210 | CookMDL2570_0421212 | CookMDL2570_0421214 | CookMDL2570_0421913 |
| CookMDL2570_0423786 | CookMDL2570_0424275 | CookMDL2570_0424546 | CookMDL2570_0426081 | CookMDL2570_0427091 |
| CookMDL2570_0427098 | CookMDL2570_0427435 | CookMDL2570_0427438 | CookMDL2570_0427447 | CookMDL2570_0427547 |
| CookMDL2570_0427634 | CookMDL2570_0427808 | CookMDL2570_0427871 | CookMDL2570_0427903 | CookMDL2570_0427964 |
| CookMDL2570_0431120 | CookMDL2570_0431521 | CookMDL2570_0431612 | CookMDL2570_0431650 | CookMDL2570_0431772 |
| CookMDL2570_0431806 | CookMDL2570_0431808 | CookMDL2570_0431870 | CookMDL2570_0432018 | CookMDL2570_0432019 |
| CookMDL2570_0432046 | CookMDL2570_0432071 | CookMDL2570_0432078 | CookMDL2570_0433254 | CookMDL2570_0433325 |
| CookMDL2570_0433348 | CookMDL2570_0434232 | CookMDL2570_0434506 | CookMDL2570_0434507 | CookMDL2570_0434509 |
| CookMDL2570_0434523 | CookMDL2570_0434525 | CookMDL2570_0434536 | CookMDL2570_0434578 | CookMDL2570_0434598 |
| CookMDL2570_0434609 | CookMDL2570_0434616 | CookMDL2570_0434618 | CookMDL2570_0434625 | CookMDL2570_0434638 |
| CookMDL2570_0434661 | CookMDL2570_0434683 | CookMDL2570_0434733 | CookMDL2570_0435086 | CookMDL2570_0435156 |
| CookMDL2570_0435209 | CookMDL2570_0435230 | CookMDL2570_0435326 | CookMDL2570_0435478 | CookMDL2570_0435496 |
| CookMDL2570_0435633 | CookMDL2570_0435802R | CookMDL2570_0435987 | CookMDL2570_0435988 | CookMDL2570_0436240 |
| CookMDL2570_0436242 | CookMDL2570_0444249 | CookMDL2570_0444251 | CookMDL2570_0444253 | CookMDL2570_0444276 |
| CookMDL2570_0444281 | CookMDL2570_0444287 | CookMDL2570_0444290 | CookMDL2570_0444366 | CookMDL2570_0444371 |
| CookMDL2570_0444523 | CookMDL2570_0444732 | CookMDL2570_0444735 | CookMDL2570_0445916 | CookMDL2570_0445999 |
| CookMDL2570_0446122 | CookMDL2570_0446318 | CookMDL2570_0446563 | CookMDL2570_0447366 | CookMDL2570_0447393 |
| CookMDL2570_0447394 | CookMDL2570_0447577 | CookMDL2570_0447691 | CookMDL2570_0447770 | CookMDL2570_0447800 |
| CookMDL2570_0447905 | CookMDL2570_0448075 | CookMDL2570_0448078 | CookMDL2570_0448297 | CookMDL2570_0448299 |
| CookMDL2570_0448300 | CookMDL2570_0448325 | CookMDL2570_0448331 | CookMDL2570_0448467 | CookMDL2570_0448512 |
| CookMDL2570_0448536 | CookMDL2570_0448538 | CookMDL2570_0448595 | CookMDL2570_0448660 | CookMDL2570_0448880 |
| CookMDL2570_0448899 | CookMDL2570_0448938 | CookMDL2570_0449172 | CookMDL2570_0449182 | CookMDL2570_0449185 |
| CookMDL2570_0449232 | CookMDL2570_0449314 | CookMDL2570_0452880 | CookMDL2570_0452882 | CookMDL2570_0452883 |
| CookMDL2570_0452884 | CookMDL2570_0452891 | CookMDL2570_0453346 | CookMDL2570_0453952 | CookMDL2570_0453953 |
| CookMDL2570_0453960 | CookMDL2570_0453967 | CookMDL2570_0453984 | CookMDL2570_0454070 | CookMDL2570_0454070 |
| CookMDL2570_0454071 | CookMDL2570_0454112 | CookMDL2570_0454113 | CookMDL2570_0454120 | CookMDL2570_0454137 |
| CookMDL2570_0454139 | CookMDL2570_0454140 | CookMDL2570_0454331 | CookMDL2570_0454366 | CookMDL2570_0454691 |
| CookMDL2570_0454754 | CookMDL2570_0454864 | CookMDL2570_0454866 | CookMDL2570_0454949 | CookMDL2570_0454951 |
| CookMDL2570_0454964 | CookMDL2570_0454965 | CookMDL2570_0455042 | CookMDL2570_0455053 | CookMDL2570_0455076 |
| CookMDL2570_0455077 | CookMDL2570_0455676 | CookMDL2570_0455677 | CookMDL2570_0455678 | CookMDL2570_0456363 |
| CookMDL2570_0456476 | CookMDL2570_0456478 | CookMDL2570_0456511 | CookMDL2570_0456512 | CookMDL2570_0456517 |
| CookMDL2570_0456521 | CookMDL2570_0456793 | CookMDL2570_0456969 | CookMDL2570_0456978 | CookMDL2570_0457459 |
| CookMDL2570_0457462 | CookMDL2570_0457677 | CookMDL2570_0457679 | CookMDL2570_0457759 | CookMDL2570_0458308 |
| CookMDL2570_0458309 | CookMDL2570_0458351 | CookMDL2570_0458497 | CookMDL2570_0458499 | CookMDL2570_0458530 |
| CookMDL2570_0458678 | CookMDL2570_0458804 | CookMDL2570_0458828 | CookMDL2570_0459834 | CookMDL2570_0459835 |
| CookMDL2570_0465794 | CookMDL2570_0465797 | CookMDL2570_0465798 | CookMDL2570_0465802 | CookMDL2570_0465802 |

| | | | | |
|---|---|---|---|---|
| CookMDL2570_0465938 | CookMDL2570_0465944 | CookMDL2570_0465948 | CookMDL2570_0468092 | CookMDL2570_0468982 |
| CookMDL2570_0469211 | CookMDL2570_0469265 | CookMDL2570_0469271 | CookMDL2570_0469271 | CookMDL2570_0469275 |
| CookMDL2570_0469276 | CookMDL2570_0469276 | CookMDL2570_0469328 | CookMDL2570_0469771 | CookMDL2570_0469772 |
| CookMDL2570_0469808 | CookMDL2570_0469809 | CookMDL2570_0469956 | CookMDL2570_0470356 | CookMDL2570_0470395 |
| CookMDL2570_0470396 | CookMDL2570_0470541 | CookMDL2570_0470545 | CookMDL2570_0470668 | CookMDL2570_0470852 |
| CookMDL2570_0470899 | CookMDL2570_0470931 | CookMDL2570_0471008 | CookMDL2570_0471107 | CookMDL2570_0471111 |
| CookMDL2570_0471174 | CookMDL2570_0471175 | CookMDL2570_0471409 | CookMDL2570_0471410 | CookMDL2570_0471468 |
| CookMDL2570_0471470 | CookMDL2570_0471515 | CookMDL2570_0471565 | CookMDL2570_0471588 | CookMDL2570_0472416 |
| CookMDL2570_0472603 | CookMDL2570_0472628 | CookMDL2570_0472749 | CookMDL2570_0472751 | CookMDL2570_0472778 |
| CookMDL2570_0472804 | CookMDL2570_0472905 | CookMDL2570_0472929 | CookMDL2570_0472993 | CookMDL2570_0473039 |
| CookMDL2570_0474571 | CookMDL2570_0474775 | CookMDL2570_0475189 | CookMDL2570_0475192 | CookMDL2570_0475420 |
| CookMDL2570_0475546 | CookMDL2570_0475548 | CookMDL2570_0475656 | CookMDL2570_0475757 | CookMDL2570_0475879 |
| CookMDL2570_0481024 | CookMDL2570_0481025 | CookMDL2570_0481232 | CookMDL2570_0482519 | CookMDL2570_0482630 |
| CookMDL2570_0482698 | CookMDL2570_0483045 | CookMDL2570_0483175 | CookMDL2570_0483207 | CookMDL2570_0483208 |
| CookMDL2570_0483214 | CookMDL2570_0483215 | CookMDL2570_0483258 | CookMDL2570_0483299 | CookMDL2570_0483301 |
| CookMDL2570_0483328 | CookMDL2570_0483350 | CookMDL2570_0483420 | CookMDL2570_0483424 | CookMDL2570_0483447 |
| CookMDL2570_0483539 | CookMDL2570_0483548 | CookMDL2570_0483553 | CookMDL2570_0483554 | CookMDL2570_0483555 |
| CookMDL2570_0483558 | CookMDL2570_0483559 | CookMDL2570_0483560 | CookMDL2570_0483561 | CookMDL2570_0483749 |
| CookMDL2570_0483752 | CookMDL2570_0483837 | CookMDL2570_0484031 | CookMDL2570_0484067 | CookMDL2570_0484068 |
| CookMDL2570_0484079 | CookMDL2570_0484087 | CookMDL2570_0484089 | CookMDL2570_0484097 | CookMDL2570_0484098 |
| CookMDL2570_0484114 | CookMDL2570_0484124 | CookMDL2570_0484125 | CookMDL2570_0484132 | CookMDL2570_0484134 |
| CookMDL2570_0484142 | CookMDL2570_0484144 | CookMDL2570_0484150 | CookMDL2570_0484151 | CookMDL2570_0484153 |
| CookMDL2570_0484157 | CookMDL2570_0484158 | CookMDL2570_0484162 | CookMDL2570_0484167 | CookMDL2570_0484169 |
| CookMDL2570_0484179 | CookMDL2570_0484180 | CookMDL2570_0484193 | CookMDL2570_0484207 | CookMDL2570_0484208 |
| CookMDL2570_0484225 | CookMDL2570_0484227 | CookMDL2570_0484228 | CookMDL2570_0484229 | CookMDL2570_0484231 |
| CookMDL2570_0484232 | CookMDL2570_0484238 | CookMDL2570_0484250 | CookMDL2570_0484257 | CookMDL2570_0484339 |
| CookMDL2570_0484341 | CookMDL2570_0484342 | CookMDL2570_0484343 | CookMDL2570_0484344 | CookMDL2570_0484350 |
| CookMDL2570_0484351 | CookMDL2570_0484352 | CookMDL2570_0484354 | CookMDL2570_0484355 | CookMDL2570_0484358 |
| CookMDL2570_0484372 | CookMDL2570_0484420 | CookMDL2570_0484421 | CookMDL2570_0484424 | CookMDL2570_0484425 |
| CookMDL2570_0484426 | CookMDL2570_0484427 | CookMDL2570_0484428 | CookMDL2570_0484431 | CookMDL2570_0484432 |
| CookMDL2570_0484433 | CookMDL2570_0484434 | CookMDL2570_0484436 | CookMDL2570_0484437 | CookMDL2570_0484439 |
| CookMDL2570_0484504 | CookMDL2570_0484507 | CookMDL2570_0484508 | CookMDL2570_0484548 | CookMDL2570_0484776 |
| CookMDL2570_0484781 | CookMDL2570_0484790 | CookMDL2570_0484791 | CookMDL2570_0484792 | CookMDL2570_0484793 |
| CookMDL2570_0484796 | CookMDL2570_0484797 | CookMDL2570_0484798 | CookMDL2570_0484803 | CookMDL2570_0484820 |
| CookMDL2570_0484823 | CookMDL2570_0484825 | CookMDL2570_0484826 | CookMDL2570_0484836 | CookMDL2570_0484837 |
| CookMDL2570_0484838 | CookMDL2570_0485726 | CookMDL2570_0485765 | CookMDL2570_0485766 | CookMDL2570_0485798 |
| CookMDL2570_0487732 | CookMDL2570_0487733 | CookMDL2570_0487734 | CookMDL2570_0487776 | CookMDL2570_0487801 |
| CookMDL2570_0487826 | CookMDL2570_0490396 | CookMDL2570_0490397 | CookMDL2570_0490398 | CookMDL2570_0490415 |
| CookMDL2570_0490416 | CookMDL2570_0490419 | CookMDL2570_0490685 | CookMDL2570_0490693 | CookMDL2570_0490711 |
| CookMDL2570_0490785 | CookMDL2570_0491367 | CookMDL2570_0502283 | CookMDL2570_0502285 | CookMDL2570_0506903 |
| CookMDL2570_0506904 | CookMDL2570_0506934 | CookMDL2570_0507169 | CookMDL2570_0507170 | CookMDL2570_0507179 |
| CookMDL2570_0507182 | CookMDL2570_0507191 | CookMDL2570_0507193 | CookMDL2570_0507194 | CookMDL2570_0507196 |
| CookMDL2570_0507205 | CookMDL2570_0507209 | CookMDL2570_0507212 | CookMDL2570_0507215 | CookMDL2570_0507223 |
| CookMDL2570_0507224 | CookMDL2570_0507233 | CookMDL2570_0507242 | CookMDL2570_0507272 | CookMDL2570_0507301 |
| CookMDL2570_0507304 | CookMDL2570_0507325 | CookMDL2570_0507328 | CookMDL2570_0507347 | CookMDL2570_0507400 |
| CookMDL2570_0507417 | CookMDL2570_0507429 | CookMDL2570_0507430 | CookMDL2570_0507508 | CookMDL2570_0507509 |
| CookMDL2570_0507530 | CookMDL2570_0507591 | CookMDL2570_0507829 | CookMDL2570_0507923 | CookMDL2570_0508021 |
| CookMDL2570_0508032 | CookMDL2570_0508068 | CookMDL2570_0508091 | CookMDL2570_0508186 | CookMDL2570_0508187 |
| CookMDL2570_0508271 | CookMDL2570_0508289 | CookMDL2570_0508307 | CookMDL2570_0508356 | CookMDL2570_0508358 |
| CookMDL2570_0508359 | CookMDL2570_0508375 | CookMDL2570_0508381 | CookMDL2570_0509563 | CookMDL2570_0509583 |
| CookMDL2570_0509636 | CookMDL2570_0509649 | CookMDL2570_0509853 | CookMDL2570_0509889 | CookMDL2570_0509890 |
| CookMDL2570_0509918 | CookMDL2570_0509919 | CookMDL2570_0509938 | CookMDL2570_0509939 | CookMDL2570_0509940 |
| CookMDL2570_0549974 | CookMDL2570_0549997 | CookMDL2570_0550099 | CookMDL2570_0551449 | CookMDL2570_0551959 |
| CookMDL2570_0551978 | CookMDL2570_0551979 | CookMDL2570_0551980 | CookMDL2570_0551993 | CookMDL2570_0553130 |
| CookMDL2570_0554184 | CookMDL2570_0554210 | CookMDL2570_0554278 | CookMDL2570_0554336 | CookMDL2570_0554512 |
| CookMDL2570_0554535 | CookMDL2570_0554536 | CookMDL2570_0554560 | CookMDL2570_0554724 | CookMDL2570_0554725 |
| CookMDL2570_0554899 | CookMDL2570_0554923 | CookMDL2570_0554924 | CookMDL2570_0554947 | CookMDL2570_0555018 |
| CookMDL2570_0557842 | CookMDL2570_0557843 | CookMDL2570_0557844 | CookMDL2570_0557867 | CookMDL2570_0557868 |
| CookMDL2570_0559181 | CookMDL2570_0559184 | CookMDL2570_0559186 | CookMDL2570_0559255 | CookMDL2570_0559285 |
| CookMDL2570_0559370 | CookMDL2570_0559371 | CookMDL2570_0559374 | CookMDL2570_0559416 | CookMDL2570_0559455 |
| CookMDL2570_0559456 | CookMDL2570_0559498 | CookMDL2570_0559537 | CookMDL2570_0559539 | CookMDL2570_0559540 |
| CookMDL2570_0559541 | CookMDL2570_0559550 | CookMDL2570_0559552 | CookMDL2570_0559561 | CookMDL2570_0559564 |

| | | | | |
|---|---|---|---|---|
| CookMDL2570_0559567 | CookMDL2570_0559576 | CookMDL2570_0559578 | CookMDL2570_0559587 | CookMDL2570_0559591 |
| CookMDL2570_0559600 | CookMDL2570_0559603 | CookMDL2570_0559612 | CookMDL2570_0559632 | CookMDL2570_0559690 |
| CookMDL2570_0559736 | CookMDL2570_0559749 | CookMDL2570_0559750 | CookMDL2570_0560039 | CookMDL2570_0560079 |
| CookMDL2570_0560101 | CookMDL2570_0565327 | CookMDL2570_0565328 | CookMDL2570_0565329 | CookMDL2570_0565330 |
| CookMDL2570_0565331 | CookMDL2570_0565332 | CookMDL2570_0565333 | CookMDL2570_0565535 | CookMDL2570_0565536 |
| CookMDL2570_0565597 | CookMDL2570_0565599 | CookMDL2570_0565648 | CookMDL2570_0565649 | CookMDL2570_0565650 |
| CookMDL2570_0565659 | CookMDL2570_0565662 | CookMDL2570_0565671 | CookMDL2570_0565673 | CookMDL2570_0565676 |
| CookMDL2570_0565685 | CookMDL2570_0565689 | CookMDL2570_0565698 | CookMDL2570_0565707 | CookMDL2570_0565716 |
| CookMDL2570_0565719 | CookMDL2570_0565786 | CookMDL2570_0592159 | CookMDL2570_0592170 | CookMDL2570_0592488 |
| CookMDL2570_0592941 | CookMDL2570_0593590 | CookMDL2570_0593592 | CookMDL2570_0593595 | CookMDL2570_0593596 |
| CookMDL2570_0593597 | CookMDL2570_0594881R | CookMDL2570_0594887R | CookMDL2570_0594891R | CookMDL2570_0594927R |
| CookMDL2570_0594930 | CookMDL2570_0594931 | CookMDL2570_0596022 | CookMDL2570_0596023 | CookMDL2570_0596383R |
| CookMDL2570_0596417 | CookMDL2570_0596476 | CookMDL2570_0596477 | CookMDL2570_0596478 | CookMDL2570_0596512 |
| CookMDL2570_0596513 | CookMDL2570_0596515 | CookMDL2570_0596629 | CookMDL2570_0596631 | CookMDL2570_0596632 |
| CookMDL2570_0596633 | CookMDL2570_0596634 | CookMDL2570_0596635 | CookMDL2570_0596636 | CookMDL2570_0596637 |
| CookMDL2570_0596639 | CookMDL2570_0596640 | CookMDL2570_0596648 | CookMDL2570_0596660 | CookMDL2570_0596883 |
| CookMDL2570_0596884 | CookMDL2570_0596923 | CookMDL2570_0596924 | CookMDL2570_0596986 | CookMDL2570_0596987 |
| CookMDL2570_0596988 | CookMDL2570_0596989 | CookMDL2570_0597063 | CookMDL2570_0597064 | CookMDL2570_0597066 |
| CookMDL2570_0597067 | CookMDL2570_0597084 | CookMDL2570_0597085 | CookMDL2570_0597086 | CookMDL2570_0597127 |
| CookMDL2570_0597128 | CookMDL2570_0597209 | CookMDL2570_0597210 | CookMDL2570_0597434R | CookMDL2570_0597475R |
| CookMDL2570_0599403 | CookMDL2570_0599405 | CookMDL2570_0599448 | CookMDL2570_0600413R | CookMDL2570_0600510 |
| CookMDL2570_0600835 | CookMDL2570_0601058 | CookMDL2570_0601061 | CookMDL2570_0601062 | CookMDL2570_0601063 |
| CookMDL2570_0601079 | CookMDL2570_0601357 | CookMDL2570_0601975 | CookMDL2570_0601982 | CookMDL2570_0602000 |
| CookMDL2570_0602004 | CookMDL2570_0602007 | CookMDL2570_0602008 | CookMDL2570_0602021 | CookMDL2570_0602082 |
| CookMDL2570_0602084 | CookMDL2570_0602085 | CookMDL2570_0602113R | CookMDL2570_0603836 | CookMDL2570_0603837 |
| CookMDL2570_0603843 | CookMDL2570_0603997 | CookMDL2570_0603999 | CookMDL2570_0604011 | CookMDL2570_0604058 |
| CookMDL2570_0604063 | CookMDL2570_0604067 | CookMDL2570_0604069 | CookMDL2570_0604099 | CookMDL2570_0604127 |
| CookMDL2570_0604707 | CookMDL2570_0604748 | CookMDL2570_0604815 | CookMDL2570_0604816 | CookMDL2570_0605204 |
| CookMDL2570_0605208 | CookMDL2570_0605228R | CookMDL2570_0605524 | CookMDL2570_0605525 | CookMDL2570_0605526 |
| CookMDL2570_0605736 | CookMDL2570_0605737 | CookMDL2570_0605745 | CookMDL2570_0605757 | CookMDL2570_0605883 |
| CookMDL2570_0605884 | CookMDL2570_0606038 | CookMDL2570_0606039 | CookMDL2570_0606040 | CookMDL2570_0606041 |
| CookMDL2570_0606099 | CookMDL2570_0606100 | CookMDL2570_0606101 | CookMDL2570_0606102 | CookMDL2570_0606103 |
| CookMDL2570_0606104 | CookMDL2570_0606144 | CookMDL2570_0606145 | CookMDL2570_0606146 | CookMDL2570_0617068 |
| CookMDL2570_0617085 | CookMDL2570_0617175R | CookMDL2570_0617457R | CookMDL2570_0617560R | CookMDL2570_0617563R |
| CookMDL2570_0617914R | CookMDL2570_0618096 | CookMDL2570_0618097 | CookMDL2570_0618099 | CookMDL2570_0618225 |
| CookMDL2570_0618279 | CookMDL2570_0618482 | CookMDL2570_0618828 | CookMDL2570_0618884 | CookMDL2570_0619132 |
| CookMDL2570_0619133 | CookMDL2570_0619505R | CookMDL2570_0619991 | CookMDL2570_0620102 | CookMDL2570_0620112 |
| CookMDL2570_0620167R | CookMDL2570_0620496 | CookMDL2570_0621112R | CookMDL2570_0621261 | CookMDL2570_0621525 |
| CookMDL2570_0622589R | CookMDL2570_0622591R | CookMDL2570_0622594R | CookMDL2570_0622597R | CookMDL2570_0622600R |
| CookMDL2570_0622602R | CookMDL2570_0622604R | CookMDL2570_0622607R | CookMDL2570_0622609R | CookMDL2570_0622611R |
| CookMDL2570_0622614R | CookMDL2570_0622616R | CookMDL2570_0622618R | CookMDL2570_0622621R | CookMDL2570_0622623R |
| CookMDL2570_0622625R | CookMDL2570_0622628R | CookMDL2570_0622630R | CookMDL2570_0622632R | CookMDL2570_0622634R |
| CookMDL2570_0622636R | CookMDL2570_0622638R | CookMDL2570_0622640R | CookMDL2570_0622642R | CookMDL2570_0622644R |
| CookMDL2570_0622647R | CookMDL2570_0622649R | CookMDL2570_0622652R | CookMDL2570_0622654R | CookMDL2570_0622657R |
| CookMDL2570_0622659R | CookMDL2570_0622662R | CookMDL2570_0622664R | CookMDL2570_0622667R | CookMDL2570_0622669R |
| CookMDL2570_0622672R | CookMDL2570_0622674R | CookMDL2570_0622676R | CookMDL2570_0622678R | CookMDL2570_0622680R |
| CookMDL2570_0622683R | CookMDL2570_0622686R | CookMDL2570_0622689R | CookMDL2570_0622692R | CookMDL2570_0622695R |
| CookMDL2570_0622698R | CookMDL2570_0622701R | CookMDL2570_0622703R | CookMDL2570_0623292 | CookMDL2570_0623331 |
| CookMDL2570_0623343 | CookMDL2570_0623345 | CookMDL2570_0623664 | CookMDL2570_0623919 | CookMDL2570_0623921 |
| CookMDL2570_0624046 | CookMDL2570_0624048 | CookMDL2570_0624069 | CookMDL2570_0624074 | CookMDL2570_0624138 |
| CookMDL2570_0624140 | CookMDL2570_0624188 | CookMDL2570_0624192 | CookMDL2570_0624204 | CookMDL2570_0624340 |
| CookMDL2570_0624372 | CookMDL2570_0624396 | CookMDL2570_0624420 | CookMDL2570_0624478 | CookMDL2570_0624582 |
| CookMDL2570_0624592 | CookMDL2570_0624780 | CookMDL2570_0624879 | CookMDL2570_0624884 | CookMDL2570_0624905 |
| CookMDL2570_0624906 | CookMDL2570_0625073 | CookMDL2570_0625075 | CookMDL2570_0625077 | CookMDL2570_0625299 |
| CookMDL2570_0625478 | CookMDL2570_0625483 | CookMDL2570_0625486 | CookMDL2570_0625694 | CookMDL2570_0625709 |
| CookMDL2570_0625861 | CookMDL2570_0625924 | CookMDL2570_0625972 | CookMDL2570_0626005 | CookMDL2570_0626059 |
| CookMDL2570_0627475 | CookMDL2570_0627530 | CookMDL2570_0628335 | CookMDL2570_0628336 | CookMDL2570_0628354 |
| CookMDL2570_0628355 | CookMDL2570_0630215 | CookMDL2570_0638379 | CookMDL2570_0639933 | CookMDL2570_0684598 |
| CookMDL2570_0684805 | CookMDL2570_0684806 | CookMDL2570_0684807 | CookMDL2570_0684811 | CookMDL2570_0684813 |
| CookMDL2570_0685162R | CookMDL2570_0685164R | CookMDL2570_0685170R | CookMDL2570_0685227R | CookMDL2570_0685241R |
| CookMDL2570_0688329 | CookMDL2570_0688412 | CookMDL2570_0689329R | CookMDL2570_0689336R | CookMDL2570_0689339R |
| CookMDL2570_0689361R | CookMDL2570_0689364R | CookMDL2570_0689367R | CookMDL2570_0689370R | CookMDL2570_0689374R |

| | | | | |
|---|---|---|---|---|
| CookMDL2570_0689377R | CookMDL2570_0689380R | CookMDL2570_0693163 | CookMDL2570_0693295 | CookMDL2570_0693298 |
| CookMDL2570_0693299 | CookMDL2570_0693299 | CookMDL2570_0693938 | CookMDL2570_0694511 | CookMDL2570_0694512 |
| CookMDL2570_0694657 | CookMDL2570_0694659 | CookMDL2570_0694762 | CookMDL2570_0694797 | CookMDL2570_0694848 |
| CookMDL2570_0694989 | CookMDL2570_0695053 | CookMDL2570_0695074 | CookMDL2570_0695075 | CookMDL2570_0695077 |
| CookMDL2570_0695230 | CookMDL2570_0695238 | CookMDL2570_0695241 | CookMDL2570_0695288 | CookMDL2570_0695294 |
| CookMDL2570_0695295 | CookMDL2570_0695318 | CookMDL2570_0695390 | CookMDL2570_0695404 | CookMDL2570_0695527 |
| CookMDL2570_0695535 | CookMDL2570_0695536 | CookMDL2570_0695615 | CookMDL2570_0695912 | CookMDL2570_0695942 |
| CookMDL2570_0695943 | CookMDL2570_0695958 | CookMDL2570_0695961 | CookMDL2570_0695961 | CookMDL2570_0695962 |
| CookMDL2570_0695970 | CookMDL2570_0696036 | CookMDL2570_0696118R | CookMDL2570_0696130R | CookMDL2570_0696154R |
| CookMDL2570_0696168R | CookMDL2570_0696307R | CookMDL2570_0696430R | CookMDL2570_0696450R | CookMDL2570_0696459R |
| CookMDL2570_0696491R | CookMDL2570_0696547R | CookMDL2570_0696549R | CookMDL2570_0696586R | CookMDL2570_0697015R |
| CookMDL2570_0708446 | CookMDL2570_0708447 | CookMDL2570_0708621 | CookMDL2570_0708683 | CookMDL2570_0708847R |
| CookMDL2570_0709011R | CookMDL2570_0709277R | CookMDL2570_0709658R | CookMDL2570_0718447 | CookMDL2570_0719710 |
| CookMDL2570_0719748 | CookMDL2570_0719779 | CookMDL2570_0719986 | CookMDL2570_0720871 | CookMDL2570_0721404 |
| CookMDL2570_0721834 | CookMDL2570_0722793 | CookMDL2570_0722928 | CookMDL2570_0722997 | CookMDL2570_0723051 |
| CookMDL2570_0723057 | CookMDL2570_0723132 | CookMDL2570_0723255 | CookMDL2570_0723256 | CookMDL2570_0725094 |
| CookMDL2570_0725098 | CookMDL2570_0725102 | CookMDL2570_0726060 | CookMDL2570_0726217R | CookMDL2570_0726220R |
| CookMDL2570_0726475 | CookMDL2570_0726828R | CookMDL2570_0726830R | CookMDL2570_0727684 | CookMDL2570_0727688 |
| CookMDL2570_0727692 | CookMDL2570_0727694 | CookMDL2570_0728175R | CookMDL2570_0728328 | CookMDL2570_0728337 |
| CookMDL2570_0728980 | CookMDL2570_0728982 | CookMDL2570_0728983 | CookMDL2570_0728985 | CookMDL2570_0729863 |
| CookMDL2570_0729938 | CookMDL2570_0729945R | CookMDL2570_0730087 | CookMDL2570_0730178R | CookMDL2570_0730205R |
| CookMDL2570_0730285 | CookMDL2570_0730286 | CookMDL2570_0730294 | CookMDL2570_0730295R | CookMDL2570_0730314R |
| CookMDL2570_0730636 | CookMDL2570_0730801 | CookMDL2570_0730802 | CookMDL2570_0731017 | CookMDL2570_0731679 |
| CookMDL2570_0732303 | CookMDL2570_0732740R | CookMDL2570_0733055 | CookMDL2570_0733129 | CookMDL2570_0734141 |
| CookMDL2570_0734236 | CookMDL2570_0734626 | CookMDL2570_0735931 | CookMDL2570_0735934 | CookMDL2570_0736014 |
| CookMDL2570_0740062 | CookMDL2570_0741017 | CookMDL2570_0745137 | CookMDL2570_0745158 | CookMDL2570_0745352 |
| CookMDL2570_0745354 | CookMDL2570_0745854 | CookMDL2570_0745861 | CookMDL2570_0746393 | CookMDL2570_0749522 |
| CookMDL2570_0750585 | CookMDL2570_0750585 | CookMDL2570_0752263 | CookMDL2570_0752270 | CookMDL2570_0752450 |
| CookMDL2570_0752454 | CookMDL2570_0755189 | CookMDL2570_0755530 | CookMDL2570_0756001 | CookMDL2570_0760392 |
| CookMDL2570_0760396 | CookMDL2570_0760467 | CookMDL2570_0761002 | CookMDL2570_0761829 | CookMDL2570_0762437 |
| CookMDL2570_0762473 | CookMDL2570_0763033 | CookMDL2570_0763897 | CookMDL2570_0765319 | CookMDL2570_0765319 |
| CookMDL2570_0767314R | CookMDL2570_0768544 | CookMDL2570_0768789 | CookMDL2570_0768791 | CookMDL2570_0769643 |
| CookMDL2570_0769993 | CookMDL2570_0771220 | CookMDL2570_0773691 | CookMDL2570_0775567 | CookMDL2570_0775568 |
| CookMDL2570_0775693 | CookMDL2570_0775694 | CookMDL2570_0775816 | CookMDL2570_0776054 | CookMDL2570_0776057 |
| CookMDL2570_0776519 | CookMDL2570_0777401 | CookMDL2570_0778080 | CookMDL2570_0779185 | CookMDL2570_0779186 |
| CookMDL2570_0779210 | CookMDL2570_0779925 | CookMDL2570_0783696 | CookMDL2570_0783746R | CookMDL2570_0784082 |
| CookMDL2570_0784435 | CookMDL2570_0797907 | CookMDL2570_0797910 | CookMDL2570_0797914 | CookMDL2570_0799288 |
| CookMDL2570_0799289 | CookMDL2570_0799754 | CookMDL2570_0801322 | CookMDL2570_0801324 | CookMDL2570_0801325 |
| CookMDL2570_0805311 | CookMDL2570_0805326 | CookMDL2570_0805597 | CookMDL2570_0805601 | CookMDL2570_0806541 |
| CookMDL2570_0829662 | CookMDL2570_0830227 | CookMDL2570_0830425 | CookMDL2570_0830744 | CookMDL2570_0831050 |
| CookMDL2570_0831292 | CookMDL2570_0831782 | CookMDL2570_0831783 | CookMDL2570_0831982 | CookMDL2570_0832250 |
| CookMDL2570_0832537 | CookMDL2570_0833690 | CookMDL2570_0833838 | CookMDL2570_0834317 | CookMDL2570_0835644 |
| CookMDL2570_0835943 | CookMDL2570_0842565 | CookMDL2570_0842584 | CookMDL2570_0842612 | CookMDL2570_0842776 |
| CookMDL2570_0843433R | CookMDL2570_0843635R | CookMDL2570_0843979 | CookMDL2570_0844612 | CookMDL2570_0844859 |
| CookMDL2570_0844860 | CookMDL2570_0844861 | CookMDL2570_0845028 | CookMDL2570_0845937 | CookMDL2570_0846428 |
| CookMDL2570_0850270 | CookMDL2570_0850362R | CookMDL2570_0850386R | CookMDL2570_0850419R | CookMDL2570_0850780 |
| CookMDL2570_0850845 | CookMDL2570_0850847 | CookMDL2570_0850856 | CookMDL2570_0850862 | CookMDL2570_0850866 |
| CookMDL2570_0852234 | CookMDL2570_0852237 | CookMDL2570_0852392R | CookMDL2570_0852407 | CookMDL2570_0852477R |
| CookMDL2570_0852508R | CookMDL2570_0852539R | CookMDL2570_0898577 | CookMDL2570_0898631 | CookMDL2570_0898758 |
| CookMDL2570_0899106 | CookMDL2570_0899621 | CookMDL2570_0906848 | CookMDL2570_0912102 | CookMDL2570_0912280 |
| CookMDL2570_0913977 | CookMDL2570_0936498 | CookMDL2570_0961806 | CookMDL2570_0961808 | CookMDL2570_0961858 |
| CookMDL2570_0961910 | CookMDL2570_0961940 | CookMDL2570_0962018 | CookMDL2570_0962114 | CookMDL2570_0962134 |
| CookMDL2570_0962137 | CookMDL2570_0962149 | CookMDL2570_0962227 | CookMDL2570_0962275 | CookMDL2570_0962292 |
| CookMDL2570_0962322 | CookMDL2570_0962338 | CookMDL2570_0963949 | CookMDL2570_100995 | CookMDL2570_101560 |
| CookMDL2570_1028245 | CookMDL2570_1028277 | CookMDL2570_1028298 | CookMDL2570_1028331 | CookMDL2570_1028373 |
| CookMDL2570_1028377R | CookMDL2570_1028378 | CookMDL2570_1028459 | CookMDL2570_1028596 | CookMDL2570_1046263 |
| CookMDL2570_1046554 | CookMDL2570_1050059 | CookMDL2570_1050710 | CookMDL2570_1050755 | CookMDL2570_1050763 |
| CookMDL2570_1052134 | CookMDL2570_1067581 | CookMDL2570_1086198 | CookMDL2570_1086199 | CookMDL2570_1231169 |
| CookMDL2570_1231278 | CookMDL2570_1272123 | CookMDL2570_1272123 | CookMDL2570_1272124 | CookMDL2570_1272144 |
| CookMDL2570_1272162 | CookMDL2570_1273798 | CookMDL2570_1274006 | CookMDL2570_1274226 | CookMDL2570_1275421 |
| CookMDL2570_1275421 | CookMDL2570_1276031 | CookMDL2570_1276104 | CookMDL2570_1276105 | CookMDL2570_1276148 |
| CookMDL2570_1276342 | CookMDL2570_1276605 | CookMDL2570_1276636 | CookMDL2570_1278060 | CookMDL2570_1278073 |

| | | | | |
|---|---|---|---|---|
| CookMDL2570_1278074 | CookMDL2570_1278416 | CookMDL2570_1278754 | CookMDL2570_1278878 | CookMDL2570_1278926 |
| CookMDL2570_1279133 | CookMDL2570_1279136 | CookMDL2570_1279234 | CookMDL2570_1279345 | CookMDL2570_1281038 |
| CookMDL2570_1281050 | CookMDL2570_1281051 | CookMDL2570_1281349 | CookMDL2570_1282425 | CookMDL2570_1284804 |
| CookMDL2570_1287251 | CookMDL2570_1297059 | CookMDL2570_1297060 | CookMDL2570_1300729 | CookMDL2570_1300738 |
| CookMDL2570_1300739 | CookMDL2570_1300743 | CookMDL2570_1300747 | CookMDL2570_1300750 | CookMDL2570_1300754 |
| CookMDL2570_1300760 | CookMDL2570_1300764 | CookMDL2570_1300765 | CookMDL2570_1300771 | CookMDL2570_1300774 |
| CookMDL2570_1300777 | CookMDL2570_1300778 | CookMDL2570_1300780 | CookMDL2570_1300793 | CookMDL2570_1300795 |
| CookMDL2570_1300796 | CookMDL2570_1300798 | CookMDL2570_1300799 | CookMDL2570_1300817 | CookMDL2570_1300818 |
| CookMDL2570_1300819 | CookMDL2570_1300821 | CookMDL2570_1300822 | CookMDL2570_1300823 | CookMDL2570_1300824 |
| CookMDL2570_1300828 | CookMDL2570_1300829 | CookMDL2570_1300830 | CookMDL2570_1300842 | CookMDL2570_1300843 |
| CookMDL2570_1300879 | CookMDL2570_1300880 | CookMDL2570_1300881 | CookMDL2570_1300882 | CookMDL2570_1300883 |
| CookMDL2570_R0318207 | CookMDL2570_R0730393 | CookMDL2570_R1026877 | CookMDL2570_R1087794 | CookMDL2570_R108780 |
| CookMDL2570_R127424 | CookMDL2570_R127640 | CookMDL2570_R127649 | Dotter005922 | IVC00000117 |
| IVC00000123 | IVC00000253 | IVC00000283 | IVC00000289 | IVC00000290 |
| IVC00000295 | IVC00000685 | IVC00000686 | IVC00000734 | IVC00000737 |
| IVC00000785 | IVC00000787 | IVC00000864 | IVC00000866 | IVC00000883 |
| IVC00000923 | IVC00001045 | IVC00001046 | IVC00001106 | IVC00001212 |
| IVC00001213 | IVC00001324 | IVC00001402 | IVCF 000002 | IVCF 000492 |
| IVCF 000496 | IVCF 001040 | IVCF 001964 | IVCF 002055 | IVCF 002058 |
| IVCF 002236 | IVCF 002593 | IVCF 002793 | IVCF 003836 | IVCF 003878 |
| IVCF 004157 | IVCF 004160 | IVCF 004347 | IVCF 005099 | IVCF 005102 |
| IVCF 005202 | IVCF 005732 | IVCF 005762 | IVCF 005764 | IVCF 005769 |
| IVCF 005892 | IVCF 014064 | IVCF 014950 | IVCF 014972 | IVCF 014973 |
| IVCF 014977 | IVCF 014978 | IVCF 015028 | IVCF 015034 | IVCF 015988 |
| IVCF 021919 | IVCF 030396 | IVCF 042414 | IVCF004160 | IVCF005009 |
| IVCF008298 | PAVLOCK_0002231 | PAVLOCK_0000001 | PAVLOCK_0000005 | PAVLOCK_0000041 |
| PAVLOCK_0000047 | PAVLOCK_0000048 | PAVLOCK_0000055 | PAVLOCK_0000057 | PAVLOCK_0000059 |
| PAVLOCK_0000067 | PAVLOCK_0000081 | PAVLOCK_0000116 | PAVLOCK_0000117 | PAVLOCK_0000118 |
| PAVLOCK_0000119 | PAVLOCK_0000139 | PAVLOCK_0000140 | PAVLOCK_0000141 | PAVLOCK_0000142 |
| PAVLOCK_0000144 | PAVLOCK_0000145 | PAVLOCK_0000146 | PAVLOCK_0000147 | PAVLOCK_0000149 |
| PAVLOCK_0000151 | PAVLOCK_0000152 | PAVLOCK_0000154 | PAVLOCK_0000155 | PAVLOCK_0000156 |
| PAVLOCK_0000157 | PAVLOCK_0000159 | PAVLOCK_0000160 | PAVLOCK_0000162 | PAVLOCK_0000163 |
| PAVLOCK_0000164 | PAVLOCK_0000165 | PAVLOCK_0000166 | PAVLOCK_0000167 | PAVLOCK_0000169 |
| PAVLOCK_0000170 | PAVLOCK_0000171 | PAVLOCK_0000173 | PAVLOCK_0000175 | PAVLOCK_0000177 |
| PAVLOCK_0000178 | PAVLOCK_0000180 | PAVLOCK_0000181 | PAVLOCK_0000182 | PAVLOCK_0000183 |
| PAVLOCK_0000184 | PAVLOCK_0000185 | PAVLOCK_0000186 | PAVLOCK_0000187 | PAVLOCK_0000188 |
| PAVLOCK_0000190 | PAVLOCK_0000191 | PAVLOCK_0000192 | PAVLOCK_0000193 | PAVLOCK_0000194 |
| PAVLOCK_0000195 | PAVLOCK_0000196 | PAVLOCK_0000199 | PAVLOCK_0000200 | PAVLOCK_0000204 |
| PAVLOCK_0000205 | PAVLOCK_0000206 | PAVLOCK_0000207 | PAVLOCK_0000211 | PAVLOCK_0000212 |
| PAVLOCK_0000213 | PAVLOCK_0000215 | PAVLOCK_0000217 | PAVLOCK_0000219 | PAVLOCK_0000220 |
| PAVLOCK_0000221 | PAVLOCK_0000222 | PAVLOCK_0000223 | PAVLOCK_0000224 | PAVLOCK_0000225 |
| PAVLOCK_0000226 | PAVLOCK_0000227 | PAVLOCK_0000228 | PAVLOCK_0000229 | PAVLOCK_0000230 |
| PAVLOCK_0000231 | PAVLOCK_0000232 | PAVLOCK_0000235 | PAVLOCK_0000238 | PAVLOCK_0000239 |
| PAVLOCK_0000240 | PAVLOCK_0000241 | PAVLOCK_0000251 | PAVLOCK_0000254 | PAVLOCK_0000257 |
| PAVLOCK_0000258 | PAVLOCK_0000259 | PAVLOCK_0000262 | PAVLOCK_0000263 | PAVLOCK_0000264 |
| PAVLOCK_0000265 | PAVLOCK_0000275 | PAVLOCK_0000277 | PAVLOCK_0000278 | PAVLOCK_0000280 |
| PAVLOCK_0000281 | PAVLOCK_0000282 | PAVLOCK_0000283 | PAVLOCK_0000286 | PAVLOCK_0000288 |
| PAVLOCK_0000290 | PAVLOCK_0000302 | PAVLOCK_0000303 | PAVLOCK_0000304 | PAVLOCK_0000305 |
| PAVLOCK_0000307 | PAVLOCK_0000308 | PAVLOCK_0000309 | PAVLOCK_0000310 | PAVLOCK_0000312 |
| PAVLOCK_0000321 | PAVLOCK_0000322 | PAVLOCK_0000323 | PAVLOCK_0000324 | PAVLOCK_0000325 |
| PAVLOCK_0000326 | PAVLOCK_0000327 | PAVLOCK_0000328 | PAVLOCK_0000330 | PAVLOCK_0000331 |
| PAVLOCK_0000332 | PAVLOCK_0000333 | PAVLOCK_0000335 | PAVLOCK_0000336 | PAVLOCK_0000337 |
| PAVLOCK_0000338 | PAVLOCK_0000339 | PAVLOCK_0000340 | PAVLOCK_0000341 | PAVLOCK_0000342 |
| PAVLOCK_0000344 | PAVLOCK_0000345 | PAVLOCK_0000347 | PAVLOCK_0000349 | PAVLOCK_0000350 |
| PAVLOCK_0000353 | PAVLOCK_0000355 | PAVLOCK_0000356 | PAVLOCK_0000357 | PAVLOCK_0000359 |
| PAVLOCK_0000361 | PAVLOCK_0000363 | PAVLOCK_0000367 | PAVLOCK_0000368 | PAVLOCK_0000372 |
| PAVLOCK_0000373 | PAVLOCK_0000374 | PAVLOCK_0000375 | PAVLOCK_0000376 | PAVLOCK_0000377 |
| PAVLOCK_0000378 | PAVLOCK_0000379 | PAVLOCK_0000380 | PAVLOCK_0000381 | PAVLOCK_0000384 |
| PAVLOCK_0000387 | PAVLOCK_0000389 | PAVLOCK_0000391 | PAVLOCK_0000393 | PAVLOCK_0000395 |
| PAVLOCK_0000397 | PAVLOCK_0000398 | PAVLOCK_0000400 | PAVLOCK_0000401 | PAVLOCK_0000402 |
| PAVLOCK_0000404 | PAVLOCK_0000408 | PAVLOCK_0000411 | PAVLOCK_0000412 | PAVLOCK_0000414 |
| PAVLOCK_0000415 | PAVLOCK_0000419 | PAVLOCK_0000423 | PAVLOCK_0000426 | PAVLOCK_0000427 |

| PAVLOCK_0000428 | PAVLOCK_0000434 | PAVLOCK_0000435 | PAVLOCK_0000436 | PAVLOCK_0000438 |
|---|---|---|---|---|
| PAVLOCK_0000439 | PAVLOCK_0000441 | PAVLOCK_0000443 | PAVLOCK_0000445 | PAVLOCK_0000446 |
| PAVLOCK_0000447 | PAVLOCK_0000448 | PAVLOCK_0000450 | PAVLOCK_0000453 | PAVLOCK_0000457 |
| PAVLOCK_0000458 | PAVLOCK_0000459 | PAVLOCK_0000461 | PAVLOCK_0001098 | PAVLOCK_0001466 |
| PAVLOCK_0001467 | PAVLOCK_0001469 | PAVLOCK_0001470 | PAVLOCK_0001471 | PAVLOCK_0001472 |
| PAVLOCK_0001481 | PAVLOCK_0001483 | PAVLOCK_0001519 | PAVLOCK_0001523 | PAVLOCK_0001586 |
| PAVLOCK_0001596 | PAVLOCK_0001633 | PAVLOCK_0001641 | PAVLOCK_0001659 | PAVLOCK_0001679 |
| PAVLOCK_0001807 | PAVLOCK_0001839 | PAVLOCK_0001860 | PAVLOCK_0001976 | PAVLOCK_0001986 |
| PAVLOCK_0002025 | PAVLOCK_0002075 | PAVLOCK_0002166 | PAVLOCK_0002169 | PAVLOCK_0002177 |
| PAVLOCK_0002227 | PAVLOCK_0002230 | PAVLOCK_0002231 | CookMDL2570_0118642 | PR113172 Complaint File |
| PR171900 Complaint File | PAVLOCK_0000047 | PAVLOCK_0001350-53 | PAVLOCK_0001356-1465 | Pr179582 Complaint File |