# EXHIBIT O

```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,     )
IVC FILTERS MARKETING, SALES   ) Cause No.
PRACTICES AND LIABILITY,       ) 1:14-ML-2570- RLY-TAB
LITIGATION                     ) Evansville, Indiana
                               ) October 23, 2017
                               ) 9:23 a.m.
                               )
```

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1


**For Plaintiffs:**            David P. Matthews, Esq.
                               MATTHEWS & ASSOCIATES
                               2905 Sackett Street
                               Houston, TX  77098


                               Matthew D. Schultz, Esq.
                               LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR PA
                               316 S. Baylen Street, Suite 600
                               Pensacola, FL  32502


                               Joseph N. Williams, Esq.
                               RILEY WILLIAMS & PIATT, LLC
                               301 Massachusetts Avenue
                               Indianapolis, IN  46204

1   to reference that date through opening statement and the
2   course of the trial because it's important.
3           You'll be the first people in the world, the first
4   jury in this country, to hear the story of a development of
5   the Cook Celect filter and what happened when it hit the
6   market.  You'll see documents and hear testimony that no one
7   has seen or heard before.
8           We will learn a little medicine and a little
9   science.  We will learn from expert witnesses.  We'll talk to
10  doctors.  We'll bring doctors to the stand, other regulatory
11  experts.  Our first witness is Dr. David Kessler, the
12  ex-commissioner of the FDA for eight years under Bill Clinton
13  as well as George H.W. Bush.
14          We'll see and hear documents of videos from doctors
15  and testimony from treating doctors of Ms. Hill that treated
16  her in Florida.  We'll see quite a bit of different pieces of
17  evidence as well as animations of what happened.
18          We're going to start with pulmonary embolism.  The
19  term pulmonary embolism, some of us have heard of that term.
20  What it is really are clots in the lungs.  It's a sudden
21  blockage in a lung artery.  It's usually caused by clots that
22  travel from the legs into the lungs.
23          It affects about one in a thousand people in this
24  country, and it can be life-threatening.  The first line of
25  defense for pulmonary embolism is blood thinners, typically.

```
************************************************
```

CERTIFICATE OF COURT REPORTER

    I, Margaret A. Techert, hereby certify that the foregoing is a true and correct transcript from reported proceedings in the above-entitled matter.

/S/ Margaret A. Techert            **October 23, 2017**
MARGARET A. TECHERT
Official Court Reporter
Southern District of Indiana
Evansville Division