# EXHIBIT P

Motions Hearing
*May 3, 2018*

```
 1                    REPORTER'S RECORD
                    VOLUME 1 OF 1 VOLUMES
 2              TRIAL COURT CAUSE NO. 2017-03885

 3   JEFFREY ALAN PAVLOCK          )  IN THE DISTRICT COURT
           Plaintiff,              )
 4   v.                            )
                                   )
 5   ADRIAN A. WONG, M.D.;         )  HARRIS COUNTY, TEXAS
     COOK INCORPORATED;            )
 6   COOK INCORPORATED a/k/a       )
     COOK MEDICAL INCORPORATED;    )
 7   COOK GROUP,INC., AND COOK     )
     MEDICAL, LLC                  )
 8         Defendants              )  80TH JUDICIAL DISTRICT
```

**REPORTER'S RECORD**

On the 3rd day of May, 2018, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Larry Weiman, Judge, 80th Judicial District Court, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

```
 1                MR. SCHLAFER:  Yeah.  And they've had
 2   every opportunity to present this, to show in some way
 3   that there was a duty.  This was a brief motion in
 4   limine.  And they didn't provide any evidence to show
 5   that it was contrary to that case.
 6                MR. GOSS:  Your Honor, we're not going to
 7   raise this in opening.
 8                THE COURT:  Well, for the time being, I'll
 9   grant it.  But again, if you can show some authority, I
10   would suggest you may want to look at the '96 case and
11   2015 case and see if you have any --
12                MR. GOSS:  I've looked at all of those.  I
13   apologize.  I didn't bring the response to summary
14   judgment that address these exact same arguments, but
15   we'll be prepared to address it.  We will approach when
16   we want to raise frequency.  We'll be prepared to
17   address it then.
18                THE COURT:  Okay.  For the time being,
19   it's granted, but the Court will be willing to
20   reconsider it based on authority that indicates
21   otherwise.
22                Okay.  Thank you, counsel.  And we'll go
23   off the record.
24                (Proceedings adjourned.)
25
```