# EXHIBIT  W

**ATTACHMENT B**

**CHAIN OF CUSTODY FORM**

[Tonya Brand- ~~May 2010~~] UNKNOWN RJ 1·12·17

**ENTRY NO. 1**

**Releasing Party Information:**

Facility Name: Home Retrieval

Facility Address: 1752 Driftwood Place

Snellville, GA 30078

Contact Name: Tonya Brand          Department:   N/A

Contact Phone: 770-351-7968        Contact E-mail:

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC FILTER FRAGMENT (LEG STRUT) | TAPED/SECURED TO PIECE OF PAPER | APPROX. 32mm X 0.5mm | TAPED PAPER LABELED "IVC FILTER FRAGMENT (LEG STRUT)" BOTH SIDES |
|  |  |  | PIECE RETRIEVED BY PATIENT FROM INNER RIGHT THIGH. |
|  |  |  |  |
|  |  |  |  |

Person Releasing Shipment: _Tonya J Brand_ / _Tonya J. Brand_ (sign/print)

Date: _Jan 15, 2016_          Time: _8:02   A.M_

1 of 4

**Receiving Party Information**

Facility Name: _Steelgate, Inc_

Facility Address: _2307 58th Ave East_

_Bradenton, FL  34203_

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter Fragment (Leg strut) | Dry | | |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _____ /Adem Cameron_ (sign/print)

Date: _1/18/2016_        Time: _12:55 pm_

2 of 4

## ENTRY NO. 2

### Releasing Party Information:

Facility Name: _Steelgate, Inc._

Facility Address: _2307 58th Avenue East_

_Bradenton, FL 34203_

Contact Name: _____   Department: _____

Contact Phone: _(941) 758-1122_   Contact E-mail: _____

### Material(s) Description

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| Ivc filter fragment (Leg Strut) | Dry | | 0001918175 |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Sarah Jireller_ (sign/print)

Date: _12/19/2016_   Time: _11:00 am_

**Receiving Party Information**

Facility Name: Suncoast Pathology

Facility Address: 4416 S. Tamiami Trail

Venice, FL 34285

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter fragment (Leg Strut) | Dry | | SGI Barcode: 0001918175 |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: Lindsay Rivenburg (sign/print)

Date: 12/20/16          Time: 6:00am

## ENTRY NO. 3

### Releasing Party Information:

Facility Name: _Suncoast Pathology_

Facility Address: _446 S. Tamiami Trail_

_Venice, FL 34285_

Contact Name: _Lindsay Rivenburg_ Department: _Histology_

Contact Phone: _____ Contact E-mail: _____

### Material(s) Description

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter fragment (Leg strut) | formalin | | Tonya Brand-2 DOS unk |
| CIDEX | CIDEX | | Tonya Brand-2 DOS UNKNOWN |
| | | | |
| | | | |

Person Releasing Shipment: _Lindsay Rivenburg_ (sign/print)

Date: _1/3/17_    Time: _10:00 am_

**Receiving Party Information**

Facility Name:_____Steelgate, Inc._____

Facility Address:____2307 58th Ave. East_____

_____Bradenton, FL 34203_____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter fragment (Leg Strut) | formalin | | Tonya Brand-2 DOS Unk |
| CIDEX | CIDEX | | Tonya Brand-2 DOS UNKnown |
| | | | |
| | | | |

Person Receiving Shipment: _Rebecca DaSilva / Rebecca Dasilva_ (sign/print)

Date:___1/10/2017_____ Time:___9:16 am_____

**ENTRY NO. 4**

**Releasing Party Information:**

Facility Name:_____Steelgate, Inc._____

Facility Address:____2307 58th Avenue East_____

_____Bradenton, FL 34203_____

Contact Name:_____Department:_____

Contact Phone:(941) 758 - 1122_____Contact E-mail:_____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter Fragment (leg strut) | formalin | | Tonya Brand - 2 DOS Unk 0001937771 |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Tori Snodgrass_ / _Tori Snodgrass_____ (sign/print)

Date:_____01/12/2017_____Time:____4:00 pm_____

**Receiving Party Information**

Facility Name: Matthews & Associates

Facility Address: 2905 Sackett St.

Houston, TX 77098

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC filter fragment (leg strut) | | | Tonya Brand - 2 DOS Unk 000 19 37 77 1 |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: Mark Chavez _____ (sign/print)

Date: 1/13/2017                    Time: 10:10 AM

8

**ENTRY NO. 5**

**Releasing Party Information:**

Facility Name: Matthews & Associates

Facility Address: 2905 Sackett  Houston  TX 77098

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC filter fragment (Leg strut) | | | Tonya Brand - 2  0001937771 |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Mark C._ Mark Chavez _____ (sign/print)





**Receiving Party Information:**

Facility Name: _Matthews & Associates_

Facility Address: _2905 Sackett_

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter fragment (Leg Strut) | | | Tonya Brand 000 1937771 |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _____ Mark Chavez (sign/print)

Date: _3-27-17_ Time: _10:10_

**ENTRY NO. 7**

**Releasing Party Information:**

Facility Name: _Matthews & Associates_

Facility Address: _2905 Sackett_

Contact Name:_____ Department: _____

Contact Phone #:_____ Contact Email: _____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter Fragment (Leg Strut) | | | Tonya Brand 0001937771 |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Mark Chavez_ (sign/print)

Date: _3-29-17_   Time: _5:50_







**Receiving Party Information:**

Facility Name: _Matthews & Associates_

Facility Address: _2905 Sackett St. Houston Tx 77098_

Contact Name:_____ Department: _____

Contact Phone #:_____ Contact Email: _____

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| IVC Filter Fragment (Leg Strut) | | | Tonya Brand 0001937771 |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _Mark Chavez_ (sign/print)

Date: _7/11/2017_        Time: _10:30 AM_

**ENTRY NO. 10**

**Releasing Party Information:**

Facility Name: _Matthews & Associates_

Facility Address: _2905 Sackett Street Haxton TX 77098_

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Person Releasing Shipment: _____ _Mark Chavez_ (sign/print)

Date: _8 / 15 / 2017_     Time: _6:00 pm_

**Receiving Party Information:**

Facility Name: _Faegre Baker Daniels_

Facility Address: _110 W. Berry St., Ste. 2400, Ft Wayne, IN 46802_

Contact Name: _Nicole Brett_        Department: _____

Contact Phone #: _260-460-1797_        Contact Email: _nicole.brett@faegrebd.com_

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| Cannister not opened | | | |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _Nicole Brett_        (sign/print)

Date: _9/6/17_        Time: _2:22 p.m._

## ENTRY NO. 11

### Releasing Party Information:

Facility Name: _Faegre Baker Daniels_

Facility Address: _110 W. Berry St., Ste. 2400, Ft Wayne, IN 46802_

Contact Name: _Nicole Brett_          Department: _____

Contact Phone #: _260-460-1797_          Contact Email: _nicole.brett@faegrebd.com_

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| Cannister not opened | | | |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Nicole Brett_ (sign/print)

Date: _9/6/17_          Time: _2:23 pm_

**Receiving Party Information:**

Facility Name: _FATHOM ENGINEERING_

Facility Address: _3604 SE OAK ST, PORTLAND, OR 97214_

Contact Name: _SCOTT ROBERTSON_          Department: _____

Contact Phone #: _510-847-7987_          Contact Email: _SCOTT @ FATHOMENGINEERING.COM_

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| TONYA BRAND 10/22/2015 Box 1 of 2 | 2 ea. vials w/ liquid | | Loose tissue in liquid, no metal fragments visible by eye |
| TONYA BRAND 10/22/2015 Box 2 of 2 | 1 ea. vial w/ liquid | | " " |
| | | | |
| | | | |

Person Receiving Shipment: _SWR_ / _SCOTT ROBERTSON_ (sign/print)

Date: _Sept 8, 2017_          Time: _____

_inspected Oct 3, 2017_

**Receiving Party Information:**

Facility Name: Faegre Baker Daniels LLP

Facility Address: 110 W. Berry St., Ste. 2400, Ft Wayne, IN 46802

Contact Name: Nicole Brett          Department: _____

Contact Phone #: 260-460-1797          Contact Email: nicole.brett@faegrebd.com

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 cannisters | | | Cannisters not opened |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _Nicole Brett_____ (sign/print)

Date: 12/13/17          Time: _____

**ENTRY NO. 12**

**Releasing Party Information:**

Facility Name: _Faegre Baker Daniels LLP_

Facility Address: _110 W. Berry St. Ste. 2400, Ft. Wayne, IN 46802_

Contact Name: _Nicole Brett_          Department: _____

Contact Phone #: _260-460-1791_    Contact Email: _nicole.brett@faegrebd.com_

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 cannisters | | | not opened |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _Nicole Brett_          (sign/print)

Date: _12/27/17_          Time: _10³⁴_

**Receiving Party Information:**

Facility Name: Exponent, Inc.

Facility Address: 149 Commonwealth Dr., Menlo Park, CA 94025

Contact Name: Matthew Bowers     Department: _____

Contact Phone #: 650-688-6708     Contact Email: mbowers@exponent.com

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 Cannisters, unopened | — | — | Tonya Brand 10/22/2015, TS |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _____  Matthew Bowers (sign/print)

Date: 1/2/18 _____     Time: 10:00am _____

**ENTRY NO. 13**

**Releasing Party Information:**

Facility Name: Exponent, Inc.

Facility Address: 149 Commonwealth Drive, Menlo Park, CA 94025

Contact Name: Matthew Bowers     Department: _____

Contact Phone #: 650-688-6708     Contact Email: mbowers@exponent.com

**Material(s) Description**

| Gross Description of Material (including date of procedure and slide numbers if applicable) | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 cannisters containing IVC Filter & fragments | Formalin | — | Tonya Brand, 10/22/2015, TS |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _____ (sign/print)

Date: 2/13/18 _____     Time: 11:30 AM _____

**Receiving Party Information:**

Facility Name: _Faegre Baker Daniels LLP_

Facility Address: _110 W. Berry St. Suite 2400, Fort Wayne, IN 46802_

Contact Name: _Susan Miller_          Department: _____

Contact Phone #: _260-460-1603_          Contact Email: _susan.miller@faegrebd.com_

**Material(s) Description**

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 cannisters | | | not opened |
| | | | |
| | | | |
| | | | |

Person Receiving Shipment: _Susan Miller_          (sign/print)

Date: _2/14/18_          Time: _10:30_

## ENTRY NO. 14

### Releasing Party Information:

Facility Name: Faegre Baker Daniels LLP

Facility Address: 110 W. Berry St., Ste. 2400, Ft Wayne, IN 46802

Contact Name: Nicole Brett          Department: _____

Contact Phone #: 260-460-1797     Contact Email: nicole.brett@faegrebd.com

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| 2 cannisters | | | |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: Nicole Brett          (sign/print)

Date: 5/1/18          Time: 11⁵⁰ a.m.

**Receiving Party Information:**

Facility Name: _____

Facility Address: _____

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Person Receiving Shipment: _____ (sign/print)

Date: _____     Time: _____

## ENTRY NO. 15

### Releasing Party Information:

Facility Name: _____

Facility Address: _____

Contact Name: _____   Department: _____

Contact Phone #: _____   Contact Email: _____

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Person Releasing Shipment: _____ (sign/print)

Date: _____   Time: _____

**Receiving Party Information:**

Facility Name: _____

Facility Address: _____

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Person Receiving Shipment: _____ (sign/print)

Date: _____ Time: _____

## ENTRY NO. 16

### Releasing Party Information:

Facility Name: _____

Facility Address: _____

Contact Name: _____ Department: _____

Contact Phone #: _____ Contact Email: _____

### Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Person Releasing Shipment: _____ (sign/print)

Date: _____ Time: _____

**Receiving Party Information:**

Facility Name: _____

Facility Address: _____

Contact Name: _____   Department: _____

Contact Phone #: _____   Contact Email: _____

## Material(s) Description

| Gross Description of Material *(including date of procedure and slide numbers if applicable)* | Manner of Preservation | Size of Material | Other Identifying Marks or Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Person Receiving Shipment: _____ (sign/print)

Date: _____   Time: _____

## EXPLANT DOCUMENTATION, CLEANING & STORAGE

Patient Name: Tonya Brand-2     Surgery Date: Unknown
Case Information: 174-CU-06018     Law Firm Name: Ben Martin

COC Received and Completed: _AM_ _1/3/17_
                                          Initial    / date

*Please initial next to each task upon completion unless otherwise specified.*

Record Start Time: _8:27am_

### EXPLANT IMAGING:

This is a minimum list of images required.  Additional photography should be taken to fully document the condition of the filter as necessary based on the filter's condition.

- Entire explant in container with patient identifier:  (photo 1) _AM_
- Entire explant from multiple side angles:
   - Photo 2 – north angle _AM_
   - Photo 3 – south angle _AM_
   - Photo 4 – east angle _AM_
   - Photo 5 – west angle _AM_
- Side 1 - Overhead Photos (2 minimum):  (6A) _AM_ (6B) with ruler _AM_
- Turn explant over:
- Side 2 - Overhead Photos (2 minimum): (7A) _AM_ (7B) with ruler _AM_

### EXPLANT CLEANING:

- Take a close-up photo of each and every location from which matter is present on the explant: _AM_ _____ _____ _____ _____ _____
- Record OVERALL start weight in grams (*prior to cleaning*): _0.05_ Initial: _AM_
- Create a labeling diagram for the filter giving each leg a number identifier.  Place the filter on the diagram and photograph it from sufficient angles such that the number of each leg can be identified from the photographs.  Sample labeling diagrams are attached as exhibit A.  The orientation of the hook opening should be indicated with an arrow and the first primary strut clockwise of the hook opening should be labeled as strut 1. _AM_
- Place the explant into a formalin solution for up to 24 hours (depending upon volume of attached tissue) to gently soften the attached tissue to prepare the device and assist with easy, gentle removing of the tissue from the arms.
- Any tissue remnants that may become dislodged while the explant is in the formalin solution for up to 24 hours will be maintained in the pathology jar being used for this purpose.  This

## EXPLANT DOCUMENTATION, CLEANING & STORAGE

Patient Name: Tonya Brand. 2   Surgery Date: Unknown
Case Information: ITY-CU-06018   Law Firm Name: Ben Martin

pathology jar will be labeled as "original pathology jar" and photographed after the explant has been removed following submersion in the formalin solution for up to 24 hours.

- Gently remove tissue using soft or soft tipped tools (e.g., plastic tipped tweezers, plastic dental picks). **The position of the legs of the filter may not be altered during this or any other cleaning process.** The tissue removed from each location of the filter should be placed in separate pathology jars with 10% neutral buffered formalin. Locations include the feet of each leg, each leg, the center of the filter where the legs meet, the collect, and the hook. Label each pathology jar with the location from which the tissue was removed, using the numbers from the labeling diagram as appropriate. Thoroughly rinse the explant with clean distilled water.

- Place the explant in a container with Cidex cleaning and disinfecting solution for at least 60 minutes or longer to soften – and enable removal - any residual tissue that may not have been removable following submersion in the formalin solution as described above

- **Using a soft cloth, gently clean the filter to remove any blood or tissue remnants being sure not to alter the position of the struts.**

- **Record end weight in grams** *(after cleaning)*: __0.05 g__   Initial __

## EXPLANT STORAGE:

- **Place explant into a pathology jar, pour fresh 10% diluted formalin into pathology jar to cover device.**
- Take photo of original pathology jar with any loose tissue remnants __
- **Take photo of explant in pathology jar.** __
- **Take photos of pathology jars containing any tissue removed from the explant.** __N/A__
  - Total number of pathology jars: __2__   total photos: _____

Record End Time: __9:40am__

Process completed by: __Lindsay Ravensburgh / RR__   __9:40am 1/3/17__
            Print Name / Initial            Date/Time

Page **2** of 2
Version: 12/6/2016