# EXHIBIT  X

| | |
|---|---|
| **From:** | Kip S. M. McDonald <IMCEAEX-_O=WOODEN+20+26+20MCLAUGHLIN+20LLP_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=KMCDONALD@intfirm.com> |
| **Sent:** | Tuesday, December 01, 2015 5:25 PM |
| **To:** | Ben Martin |
| **Cc:** | Christina Guerra; Lisa G. Salinas; Sheli L. Zeunik; Cathy S. Butler; Douglas B. King; CookIVCFMDL |
| **Subject:** | RE: 12/10 depos of Mr. & Mrs. Brand |

Thank you, Ben.  Please have Mrs. Brand bring the fragment to her deposition and we can go from there.  I will talk to the folks on our end more in the meantime as additional photographs with a proper scale may be sufficient for them.

Thanks again,

Kip

-----Original Message-----
From: Ben Martin [mailto:bmartin@bencmartin.com]
Sent: Tuesday, December 01, 2015 5:20 PM
To: Kip S. M. McDonald
Cc: Christina Guerra; Lisa G. Salinas; Sheli L. Zeunik; Cathy S. Butler; Douglas B. King; CookIVCFMDL
Subject: Re: 12/10 depos of Mr. & Mrs. Brand

She has it at home in a Dixie cup when it is not on tour. If you would like I will have it there for you to look at at the deposition and then we can make arrangements to have it sent to Steelgate. Would you rather we send it directly to Steelgate now?

Christina please make certain unless we hear otherwise to have Ms. Brand bring the material with her to the deposition.

Sent from my iPhone

> On Dec 1, 2015, at 4:06 PM, Kip S. M. McDonald <Kip.McDonald@WoodenMcLaughlin.com> wrote:
>
> Ben,
>
> We would like to make arrangements for Cook to exam the wire fragment that was allegedly removed from Mrs. Brand's thigh.  It is not clear from Mrs. Brand's PPF or PFS whether you still have the fragment, as you did when we mediated this matter, or if it has been forwarded to Steelgate, Inc. pursuant to CMO #1, the Pathology and Medical Device Protocol, and the parties' agreement on the selection of Steelgate.  We would like to schedule the non-destructive examination to occur in the next 30 to 45 days.  We will provide a protocol for your review prior to the exam and release of the device to Cook.  After the exam, we will return the device to Steelgate pursuant to CMO #1.  Please let us know if you still have the wire fragment or how soon you will be shipping the fragment to Steelgate so we can proceed with the examination arrangements.  Please feel free to give me a call if you have any questions or concerns.
>
> Thank you,
>
> Kip
>
>

1

>
> Wooden McLaughlin
> Kip S. M. McDonald
> Attorney
>
> 317.860.5348   Direct
> 317.639.6151   Phone
> 317.639.6444   Fax
> Kip.McDonald@WoodenMcLaughlin.com
>
> 211 North Pennsylvania Street
> One Indiana Square, Suite 1800, Indianapolis, IN 46204
>
> -----Original Message-----
> From: Ben Martin [mailto:bmartin@bencmartin.com]
> Sent: Friday, November 20, 2015 10:42 AM
> To: Douglas B. King
> Cc: Christina Guerra; Kip S. M. McDonald; Lisa G. Salinas; Sheli L.
> Zeunik; Cathy S. Butler
> Subject: Re: 12/10 depos of Mr & Mrs Brand
>
> Very convenient yes. See you there.
>
> Sent from my iPhone
>
>> On Nov 20, 2015, at 6:56 AM, Douglas B. King <doug.king@woodenmclaughlin.com> wrote:
>>
>> Ben,
>>
>> Seriously good choice.Neither one of us will have to fight Atlanta traffic to go into the city, but can stay out at the airport.
>>
>> Cathy, please get  Shannon to find out flight options for me and book
>> a room at the Inn for me for the night before the depos. Thx
>>
>> Regards,
>>
>> Doug
>>
>> Sent from my iPhone
>>
>>
>> [cid:image46eb51.JPG@7c926483.479030b2]<http://www.woodmclaw.com>
>>
>>
>> Douglas B. King
>> Partner
>>
>> 211 North Pennsylvania Street
>> One Indiana Square, Suite 1800
>> Indianapolis, IN 46204
>> P 317.860.5306 888.639.6151

2

>> F 317.639.6444

>>

>> www.WoodenMcLaughlin.com<http://www.WoodenMcLaughlin.com>

>>

>>

>> Think Green! Please consider the environment before printing this email.

>>

>> Confidentiality Notice:  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

>>

>> Begin forwarded message:

>>

>> From: "Douglas B. King"

>> <doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com

>> >

>> Date: November 19, 2015, 10:20:46 PM CST

>> To: "Christopher D. Lee"

>> <chris.lee@woodenmclaughlin.com<mailto:chris.lee@woodenmclaughlin.com

>> >

>> Cc: Martin' 'Ben

>> <bmartin@bencmartin.com<mailto:bmartin@bencmartin.com>>, "Douglas B.

>> King"

>> <doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com

>> >

>>> , Christina Guerra

>> <cguerra@bencmartin.com<mailto:cguerra@bencmartin.com>>, "Christopher

>> D. Lee"

>> <chris.lee@woodenmclaughlin.com<mailto:chris.lee@woodenmclaughlin.com

>> >

>>> , "Kip S. M. McDonald"

>> <Kip.McDonald@WoodenMcLaughlin.com<mailto:Kip.McDonald@WoodenMcLaughl

>> i

>> n.com>>, "Lisa G. Salinas"

>> <Lisa.Salinas@WoodenMcLaughlin.com<mailto:Lisa.Salinas@WoodenMcLaughl

>> i

>> n.com>>, "Sheli L. Zeunik"

>> <Sheli.Zeunik@WoodenMcLaughlin.com<mailto:Sheli.Zeunik@WoodenMcLaughl

>> i

>> n.com>>, "Cathy S. Butler"

>> <Cathy.Butler@WoodenMcLaughlin.com<mailto:Cathy.Butler@WoodenMcLaughl

>> i

>> n.com>>

>> Subject: Re: 12/10 depos of Mr & Mrs Brand

>>

>> Perfect, Ben

>>

>> Sent from my iPhone

>>

>> On Nov 19, 2015, at 9:10 PM, "Christopher D. Lee"
<chris.lee@woodenmclaughlin.com<mailto:chris.lee@woodenmclaughlin.com>> wrote:
>>
>> Hi Ben,
>>
>> Doug King will be taking the deposition of Mrs. Brand.  I am sure the Airport Renaissance hotel is fine.
>>
>> I have copied Doug on the email and he can coordinate further with you.
>>
>> chris
>>
>> Sent from my iPad
>>
>> On Nov 19, 2015, at 3:57 PM, Ben Martin <bmartin@bencmartin.com<mailto:bmartin@bencmartin.com>> wrote:
>>
>> Chris my suggestion is to take the deposition at the Airport Rennaisance hotel. It is a very nice hotel and good facilities and the airport train runs directly from the terminal to the hotel. Let me know if that suits you and if so I will let you confirm with the hotel as to the meeting room to use for the deposition.
>>
>> Sent from my iPhone
>>
>> On Nov 19, 2015, at 1:57 PM, Christina Guerra <cguerra@bencmartin.com<mailto:cguerra@bencmartin.com>> wrote:
>>
>> Mrs. Brand has requested her deposition take place at a location near the Atlanta Airport area.  Specifically, the 30344 zip code.
>>
>> She found a Country Inn & Suites located at 1365 Harden Avenue, Atlanta, GA 30344; 404/767-9787; however, you might want to find a better place for her deposition around the same zip code.
>>
>> Please let us know.
>>
>> Thanks very much.
>>
>> Christina Guerra – Paralegal
>> Law Offices of Ben C. Martin
>> 214/761-6614
>>
>> Begin forwarded message:
>> From: "Douglas B. King"
>> <doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com
>> >
>> Date: November 18, 2015 at 9:29:42 AM CST
>> To: Ben Martin
>> <bmartin@bencmartin.com<mailto:bmartin@bencmartin.com>>
>> Cc: "Christopher D. Lee"
>> <chris.lee@woodenmclaughlin.com<mailto:chris.lee@woodenmclaughlin.com
>> >
>>> , "Kip S. M. McDonald"
>> <Kip.McDonald@WoodenMcLaughlin.com<mailto:Kip.McDonald@WoodenMcLaughl
>> i
>> n.com>>, "Lisa G. Salinas"

>> <Lisa.Salinas@WoodenMcLaughlin.com<mailto:Lisa.Salinas@WoodenMcLaughl
>> i
>> n.com>>, "Sheli L. Zeunik"
>> <Sheli.Zeunik@WoodenMcLaughlin.com<mailto:Sheli.Zeunik@WoodenMcLaughl
>> i
>> n.com>>, "Cathy S. Butler"
>> <Cathy.Butler@WoodenMcLaughlin.com<mailto:Cathy.Butler@WoodenMcLaughl
>> i
>> n.com>>
>> Subject: 12/10 depos of Mr & Mrs Brand Ben,
>>
>> I'd like to start Mrs Brand at 9 am on 12/10 and depose Mr Brand thereafter (I will fly in to ATL late in the afternoon or early evening in the 9th) w/ the expectation that we could complete both by early to mid afternoon  and fly home late in the day on the 10th.
>>
>> At your convenience, please let us know where we can do this (e.g., hotel w/ conference room, court reporter's office), so we can issue Notices, book hotel & flights & reporter, etc.
>>
>> Thanks
>>
>> Sent from my iPhone
>>
>> On Nov 17, 2015, at 6:53 PM, "Ben Martin" <bmartin@bencmartin.com<mailto:bmartin@bencmartin.com>> wrote:
>>
>>
>> I think so yes Doug.
>>
>> Sent from my iPhone
>>
>> On Nov 17, 2015, at 3:49 PM, Douglas B. King <doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com>> wrote:
>>
>> Thanks, Ben.
>>
>> Before we notice the Brands for 12/10 (I want to depose Mr Brand
>> after her; both plaintiffs), let me check flights.
>>
>> Will they be in Atlanta ? Where ? Don't really care, just trying to
>> figure logistics for the times & places in the Notices
>>
>> Thanks again,
>>
>> Doug
>>
>> Sent from my iPhone
>>
>> On Nov 17, 2015, at 6:18 PM, "Ben Martin" <bmartin@bencmartin.com<mailto:bmartin@bencmartin.com><mailto:bmartin@bencmartin.com>> wrote:
>>
>> Doug:  Please accept this email promised to you this morning but a tad late:
>>
>> 1. Darrell Talbert deposition will go forward on December 15; 2.

>> April Lavender'd deposition will go forward on December 17th;

>>

>> 3. You have received from John Dalimonte a response regarding Cynthia

>> Stockton and can please deal with John regarding scheduling that

>> deposition;

>>

>> 4. Tammy True:  Troy Brenes will give you a date by weeks' end;

>>

>> 5. Tonya Brand is available on December 10.

>>

>> I believe Ms. Harden's deposition will have to wait until January.

>>

>> Thanks.

>>

>> Ben

>>

>>

>> Sent from my iPhone

>>

>> On Nov 13, 2015, at 9:32 AM, Douglas B. King

<doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com><mailto:doug.king@woodenmclaughlin.com>> wrote:

>>

>> Thanks, Ben.

>>

>> I will have someone look into the DFS and DPF re Brand

>>

>>

>> <imagef2fb46.JPG><http://www.woodmclaw.com>

>>

>>

>> Douglas B. King

>> Partner

>>

>> 211 North Pennsylvania Street

>> One Indiana Square, Suite 1800

>> Indianapolis, IN 46204

>> P 317.860.5306 888.639.6151

>> F 317.639.6444

>>

>> www.WoodenMcLaughlin.com<http://www.WoodenMcLaughlin.com><http://www.

>> W

>> oodenMcLaughlin.com>

>>

>>

>> Think Green! Please consider the environment before printing this email.

>>

>> Confidentiality Notice:  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

>>
>> [cid:image466f7a.JPG@2b2aa70f.4f9b8dd7]<http://www.woodmclaw.com>
>>
>>
>> Douglas B. King
>> Partner
>>
>> 211 North Pennsylvania Street
>> One Indiana Square, Suite 1800
>> Indianapolis, IN 46204
>> P 317.860.5306 888.639.6151
>> F 317.639.6444
>>
>> www.WoodenMcLaughlin.com<http://www.WoodenMcLaughlin.com><http://www.
>> W
>> oodenMcLaughlin.com>
>>
>>
>> Think Green! Please consider the environment before printing this email.
>>
>> Confidentiality Notice:  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.
>> From: Ben Martin [mailto:bmartin@bencmartin.com]
>> Sent: Friday, November 13, 2015 12:31 PM
>> To: Douglas B. King
>> Cc:
>> Mheaviside@hrzlaw.com<mailto:Mheaviside@hrzlaw.com><mailto:Mheaviside
>> @
>> hrzlaw.com>;
>> julia@hrzlaw.com<mailto:julia@hrzlaw.com><mailto:julia@hrzlaw.com>;
>> dmatthews@matthewslawfirm.com<mailto:dmatthews@matthewslawfirm.com><m
>> a
>> ilto:dmatthews@matthewslawfirm.com>;
>> jwilliams@rwp-law.com<mailto:jwilliams@rwp-law.com><mailto:jwilliams@
>> r
>> wp-law.com>;
>> jjohnson@babbitt-johnson.com<mailto:jjohnson@babbitt-johnson.com><mai
>> l
>> to:jjohnson@babbitt-johnson.com>;
>> tbrenes@breneslawgroup.com<mailto:tbrenes@breneslawgroup.com><mailto:
>> t
>> brenes@breneslawgroup.com>;
>> johndalimonte@kdlaw.net<mailto:johndalimonte@kdlaw.net><mailto:johnda
>> l
>> imonte@kdlaw.net>; CookIVCFMDL
>> Subject: Re: 30(b)(6) depositions of Cook in MDL 2570
>>
>> Doug:  Darrel Talbert and April Lavender are for certain on the dates you have for them now. We will get noticed together for them. Likely won't change much but given ESI and custodial file review we may have an addition or two.

\>>

\>> I will have an answer for you on Brand and will take the reins on checking with folks about the others. I do appreciate your prompt response regarding these depositions. We are aware of the tight schedule and the holidays make it dicey.

\>>

\>> I don't know about the pose market surveillance deposition date but we will powwow on that shortly. How about an answer on exerting by Tuesday morning at the latest.

\>>

\>> Double check the DFS and DPF in the meantime on these Doug if you will do me that favor.

\>>

\>> Have a great weekend.

\>>

\>> Ben

\>>

\>>

\>>

\>> Sent from my iPhone

\>>

\>> On Nov 13, 2015, at 11:18 AM, Douglas B. King <doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com><mailto:doug.king@woodenmclaughlin.com>> wrote:

\>> Dear counsel,

\>>

\>> As I am still committed to the 11/20 hearing and 11/23 deposition mentioned below, we are not able to produce our "post-market surveillance" 30(b)(6) representative, who we have told you will be Ms. Rita Harden, on either of those dates.

\>>

\>> As we have previously told you, Ms. Harden and I are available for her deposition on 12/15, 16, 17 or 18, as are Darrell Talbert, for the continuation of his deposition as our 30(b)(6) marketing representative, and April Lavender, for the continuation of her deposition as our 30(b)(6) regulatory representative. In that regard, Ben previously indicated that he would like to continue his deposition of Darrell on the 15th, and Michael indicated that he was available to continue April's deposition on the 16th, 17th or 18th, so I offered to do so on the 17th.

\>>

\>> However, as of this writing, we have not seen Notices for Darrell or April, and have not heard from any of you as to whether you can depose Rita on any day other than 11/20 or 11/23, even though you knew it was unlikely that we could produce her then. Darrell is holding 12/15 open for his deposition, and April is holding 12/17 for hers, and Rita is holding 12/16 and 12/18 open, but I would like to let them know for sure what we're doing when we can.

\>>

\>> I know we are all busy, and I am not trying to give any of you a hard time. I just would like to be able to let our clients know what the schedule is so all of us can plan accordingly.

\>>

\>> I should add that, as I have communicated to Ben, Joe Johnson and Troy Brenes relative to the depositions I would like to take of their clients Tonya and Allen Brand (Ben), Cynthia Stockton (Joe) and Tammy True (Troy), I am available for depositions 1/12-14/16, 1/18-22/16 and 1/25-29/16. If you can't get the depositions of Darrell Talbert, April Lavender and Rita Harden done in the time period of 12/15—18/15, and want me to inquire as to their availability in the weeks in January that I am clear, I will do that, in which case we could then look at the time period of 12/15-18/15 for the four plaintiffs' depositions.

\>>

\>> Let us know what you would like to do.

\>>

\>> Thank you for your attention to these matters and your cooperation in scheduling these depositions.

\>>

\>> Regards,

\>>
\>> <http://www.woodmclaw.com><image001.jpg><http://www.woodmclaw.com/><h
\>> t
\>> tp://www.woodmclaw.com>
\>>
\>> Douglas B. King
\>>
\>> Partner
\>>
\>>
\>>
\>> 211 North Pennsylvania Street
\>>
\>> One Indiana Square, Suite 1800
\>>
\>> Indianapolis, IN 46204
\>>
\>> P 317.860.5306 888.639.6151
\>>
\>> F 317.639.6444
\>>
\>>
\>>
\>> www.WoodenMcLaughlin.com<http://www.WoodenMcLaughlin.com><http://www.
\>> W
\>> oodenMcLaughlin.com>
\>>
\>>
\>>
\>> Think Green! Please consider the environment before printing this email.
\>>
\>> Confidentiality Notice:  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited.  Any personal messages express views solely of the sender and not Wooden McLaughlin, and may not be copied or distributed without this disclaimer.  If you received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.
\>> From: Douglas B. King
\>> Sent: Wednesday, November 04, 2015 4:50 PM
\>> To: 'Ben Martin'
\>> Cc: Christopher D. Lee; Julia Reed Zaic; Michael Heaviside
\>> Subject: RE: depositions
\>>
\>> I will check w/ Ms Harden re 11/20 or 23 & get back to you.
\>>
\>> But, I can tell you now that one problem w/ both dates is that I have
\>> a hearing on our motion for  summary judgment in a Madison County,
\>> IL, asbestos case that I am defending set for 11/20 and a deposition
\>> of one of my experts in that same case set for 11/23.  If that case
\>> goes away,  as we hope, I am good both dates but I probably won't
\>> know that until next week
\>>
\>> From: Ben Martin [mailto:bmartin@bencmartin.com]

>> Sent: Wednesday, November 04, 2015 4:38 PM
>> To: Douglas B. King
>> Cc: Christopher D. Lee; Julia Reed Zaic; Michael Heaviside
>> Subject: depositions
>>
>> Doug:  Is there any way that the post-marketing surveillance deposition can be taken on November 20 or November 23?  We are really tight for time in December.  I will be back with you shortly on the other two depositions.
>>
>> Ben C. Martin
>> Board Certified in Personal Injury Trial Law & Civil Trial Law by the
>> Texas Board of Legal Specialization LAW OFFICES OF BEN C. MARTIN
>> 3219 McKinney Avenue, Suite 100
>> Dallas, Texas 75204
>> (214) 761-6614
>> (214) 744-7590 (facsimile)
>> bmartin@bencmartin.com<mailto:bmartin@bencmartin.com><mailto:bmartin@
>> b
>> encmartin.com>
>> www.bencmartin.com<http://www.bencmartin.com><http://www.bencmartin.c
>> o
>> m>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> <image466f7a.JPG>
>>
>> Wooden McLaughlin
>> Douglas B. King
>> Partner
>>
>> 317.860.5306   Direct
>> 317.639.6151   Phone

>> 317.639.6444   Fax
>> doug.king@woodenmclaughlin.com<mailto:doug.king@woodenmclaughlin.com>
>>
>> 211 North Pennsylvania Street
>> One Indiana Square, Suite 1800, Indianapolis, IN 46204
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> <image46eb51.JPG>