# EXHIBIT Y

| | |
|---|---|
| **From:** | cguerra@bencmartin.com |
| **Sent:** | Monday, May 14, 2018 9:27 PM |
| **To:** | Cook Filter MDL |
| **Subject:** | CookFilterMDL |

You have received 2 secure files from cguerra@bencmartin.com.
Use the secure links below to download.

To submit documents, please do the following.

Step 1: Enter your email address in the "From" box, above.

Step 2: Press the "Choose File" button and select the documents you wish to send from your computer. Internet Explorer users who wish to send multiple documents will need to either attach files one at a time or place the files in a compressed (.zip) folder prior to attaching.

Step 3: Once all of your documents are selected and listed in the "Files" box, delete this message and enter your own transmittal message.

Step 4: Click send.

If you have any problems with this process, email your questions to CookFilterMDL@FaegreBD.com. We will respond as soon as possible.

Secure File Downloads:
Available until: 20 May 2018

Click links to download:

 <https://sft.faegrebd.com/seos/1000/mpd/ui2105201822be92881c5995f8dd8a2e0e5d303967> Production_P's 1st Supp. Respon. to Ds' 4th RFP.zip
57.56 MB

 <https://sft.faegrebd.com/seos/1000/mpd/ui210520183dbc2d96067e3c40e00b8dc243866619> Production_P's 2nd Supp. Respon. to Ds' 1st RFP.zip
44.12 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion <http://www.accellion.com>