# EXHIBIT DD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:
    1:14-cv-06018-RLY-TAB
_____

### NOTICE TO TAKE VIDEOTAPED DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS (collectively, "Cook Defendants") will take the deposition of:

| Name | Date and Time | Place |
|---|---|---|
| Tonya Brand | December 10, 2015; 9:00 a.m. (local time) | Renaissance Concourse Atlanta Airport Hotel, Gatwick Room<br>1 Hartsfield Center Pkwy<br>Atlanta, GA 30354 |

This deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28, for the purposes of discovery and any other purposes as authorized by law, and shall continue from day to day until completed. The deponent shall bring to her deposition all items identified in the attached Exhibit A.

All attorneys of record are invited to attend and make such inquiry as they deem appropriate.

1

                                        Respectfully submitted,

Date:  November 30, 2015               /s/ *Douglas B. King*
                                             Douglas B. King, Esq.
                                             Indiana Bar No. 5199-49
                                             WOODEN & McLAUGHLIN LLP
                                             One Indiana Square, Suite 1800
                                             211 N. Pennsylvania St.
                                             Indianapolis, IN  46204
                                             Tel:    (317) 639-6151
                                             Fax:    (317) 639-6444
                                             Doug.King@WoodenMcLaughlin.com

                                           *One of the Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I served the foregoing document upon the following parties, via electronic mail only.

Ben C. Martin
**LAW OFFICES OF BEN C. MARTIN**
3219 McKinney Ave., Suite 100
Dallas, TX 75204
(bmartin@benmartin.com)

David Matthews
Marla Briscoe
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098
(dmatthews@thematthewslawfirm.com)
(mbriscoe@thematthewslawfirm.com)

Michael Heaviside
**HEAVISIDE REED ZAIC**
312 Broadway Street, Suite 203
Laguna Beach, CA  92651
(mheaviside@hrzlaw.com)

*/s/ Douglas B. King*
Douglas B. King, Indiana Bar No. 5199-49

**EXHIBIT A**

**ITEMS TO BE PRODUCED**

1. Any and all documents, records, photographs, memos or any other item you or your counsel have in your possession, custody or control, that relates to the subject matter of this lawsuit in any manner.

2. Any and all correspondence or communications, whether received in hard copy, letter form or an electronic form such as an e-mail or instant message (or an attachment thereto), that you sent or received relative to the subject matter of this action (other than between you and your counsel).

3. Any and all hospital or medical records in your possession or in your counsel's possession that are related to the allegations in your Complaint in this lawsuit.

4. Any and all literature in your possession as a result of research or internet research, based on the issues in this lawsuit.

5. Any and all documents or similar materials which you or your counsel contend evidence, record or otherwise tend to show or prove any and all damages claimed or sought in this action, including but not limited to any diaries, blogs, social media entries or pages, journals, letters, calendars and/or other written documentation kept by you which evidence your physical, mental, and emotional condition.

6. Copies of any content of any social media accounts currently held by Plaintiff, including but not limited to, photographs, text, links, messages and other postings or profile information that is relevant to the subject matter of this litigation.

7. Any and all documents, records or similar materials that will assist you in providing testimony.

8. Any and all documents or other materials, whether prepared by you or for you or on your behalf, that you would bring with you at trial if you were called upon to testify live at trial.

9. Any and all documents reviewed in preparation for this deposition.

All attorneys of record are invited to attend, and make such inquiry as they deem appropriate.

1368517-1 (10909-0034)