# EXHIBIT EE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-06018-RLY-TAB |

**NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF TONYA BRAND**

TO:    Tonya Brand
c/o Ben C. Martin
The Law Office of Ben C. Martin
3219 McKinney Avenue
Dallas, TX 75204
Email:  bmartin@bencmartin.com

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), will take the video deposition upon oral examination of **Tonya Brand** on June 16, 2017, beginning at 9:00 a.m. (EDT), at the Atlanta Airport Marriott Gateway, 2020 Convention Center Concourse, Atlanta, GA, and continuing until 12:00 p.m.

The deposition will be taken before an officer authorized to administer oaths and is to be recorded by video and stenographic means.

PLEASE TAKE FURTHER NOTICE that Tonya Brand should bring with her to the deposition the documents set forth in the attached Schedule A, Request for Production.

*/s/ Anna C. Rutigliano*
Andrea Roberts Pierson (# 18435-49)
John T. Schlafer (# 28771-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: john.schlafer@faegrebd.com
E-Mail: victoria.calhoon@faegrebd.com
E-Mail: anna.rutigliano@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S 7th Street
Minneapolis, MN 55402
Telephone: (612) 766 7000
Facsimile: (612) 766-1600
chuck.webber@FaegreBD.com
*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2017, a copy of the foregoing Notice of Video Deposition of Plaintiff Tonya Brand was served on the following counsel of record by email and first-class mail, postage prepaid:

| | |
|---|---|
| Ben C. Martin<br>LAW OFFICES OF BEN C. MARTIN<br>3710 Rawlins Street, Suite 1230<br>Dallas, TX 75219<br>(bmartin@bencmartin.com) | Michael Heaviside<br>HEAVISIDE REED ZAIC<br>910 17th Street, Ste. 800<br>Washington, D.C. 20006<br>(mheaviside@hrzlaw.com) |
| David P. Matthews<br>MATTHEWS & ASSOCIATES<br>2905 Sackett Street<br>Houston, TX 77098<br>(dmatthews@thematthewslawiirm.com) | Joseph N. Williams<br>RILEY WILLIAMS & PIATT, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(jwilliams@rwp-law.com) |

*/s/ Anna C. Rutigliano*

3

US.112786772.01

## **SCHEDULE A**

The deponent shall bring to the deposition the following documents and tangible things that have not already been produced:

1. All documents; journals; diaries; timelines; notes; calendars; records; photographs; audio tapes; video tapes; CD's; or electronic data, in native format, including, but not limited to, e-mails, texts, Facebook posts, or other social media posts, that mention or relate to any events, occurrences, injuries, or damages following the implantation of the Celect Filter in Tonya Brand ("Plaintiff") on March 19, 2009 (the "Implant").

2. All documents or things pertaining to the device that is the subject of this litigation, including any packaging, product literature, or other materials that may have accompanied the device, and any documents or things that mention or relate to the device that have not already been produced in this litigation.

3. Any documentation discussing the chain of custody of the device and any documentation discussing the past or present location of the device since the device was removed on October 22, 2015.

4. Any photographs of the explanted device.

5. A list of all medications, prescriptions, drugs, or controlled substances ingested, injected, or otherwise taken within 72 hours of this deposition.  Include the dosage or amount taken and the frequency with which the substance was taken.

6. All documents and things mentioning or pertaining to Cook or any of Cook's employees, representatives, or agents, including any correspondence, written or oral statements, writings, brochures, articles, communications (written and electronic), records, data, notes, journals, reports, photographs, videos, CD's, and audio tapes.

7. All documents and things mentioning or relating to the surgical procedures involving the device at issue in this litigation, including, but not limited to, any brochures, handouts, or similar documents provided by healthcare providers or entities relating to the surgery, risks, informed consent, or any other aspect of the procedures.

8. All medical records related to the treatment or examination of the injuries claimed in this lawsuit, including, but not limited to, chart notes, correspondence, x-rays, images, test results, pharmacy records, operative notes and reports, referrals, medical releases and consents, procedure descriptions, office notes, and documentation of surgeries.

9. Any and all statements, both written and recorded, given by you or any witness to the incidents and matters complained of in your Complaint.

10. The address and telephone number for each person with whom you have spoken or otherwise communicated with about this lawsuit or the allegations contained in your Complaint.

11.     All documents and things related to medical expenses or obligations incurred for medical and hospital care, including therapy and medication, and other related care and treatment that you contend were necessitated by the alleged failure of the device at issue in this litigation.

12.     All documents and things related to any claim for loss of wages, including, but not limited to, employment records, tax records, unemployment records, workers' compensation records, disability records, or any other records related to a loss of wage claim.

13.     Any and all documents reviewed in preparation for this deposition.

5

US.112786772.01