# EXHIBIT  FF

# Plaintiff's Preliminary Exhibit List

| |
|---|
| Cook IVCF 000001 |
| Cook IVCF 000002 |
| Cook IVCF 000393 |
| Cook IVCF 000395 |
| Cook IVCF 000396 |
| Cook IVCF 000398 |
| Cook IVCF 000399 |
| Cook IVCF 000414 |
| Cook IVCF 000416 |
| Cook IVCF 000417 |
| Cook IVCF 000420 |
| Cook IVCF 000475 |
| Cook IVCF 000476 |
| Cook IVCF 000479 |
| Cook IVCF 000480 |
| Cook IVCF 000491 |
| Cook IVCF 000492 |
| Cook IVCF 000495 |
| Cook IVCF 000496 |
| Cook IVCF 000741 |
| Cook IVCF 000742 |
| Cook IVCF 000745 |
| Cook IVCF 000746 |
| Cook IVCF 000749 |
| Cook IVCF 000750 |
| Cook IVCF 000751 |
| Cook IVCF 000752 |
| Cook IVCF 000753 |
| Cook IVCF 000754 |
| Cook IVCF 000755 |
| Cook IVCF 000756 |
| Cook IVCF 000757 |
| Cook IVCF 000761 |
| Cook IVCF 000762 |
| Cook IVCF 000763 |
| Cook IVCF 000764 |
| Cook IVCF 000799 |
| Cook IVCF 000800 |
| Cook IVCF 000801 |

| |
|---|
| Cook IVCF 000802 |
| Cook IVCF 000803 |
| Cook IVCF 000821 |
| Cook IVCF 000822 |
| Cook IVCF 000823 |
| Cook IVCF 000851 |
| Cook IVCF 000852 |
| Cook IVCF 000853 |
| Cook IVCF 000884 |
| Cook IVCF 000885 |
| Cook IVCF 000886 |
| Cook IVCF 000887 |
| Cook IVCF 000890 |
| Cook IVCF 000905 |
| Cook IVCF 000943 |
| Cook IVCF 000945 |
| Cook IVCF 000981 |
| Cook IVCF 001009 |
| Cook IVCF 001040 |
| Cook IVCF 001964 |
| Cook IVCF 002055 |
| Cook IVCF 002058 |
| Cook IVCF 002236 |
| Cook IVCF 002593 |
| Cook IVCF 002793 |
| Cook IVCF 003233 |
| Cook IVCF 003235 |
| Cook IVCF 003398 |
| Cook IVCF 003413 |
| Cook IVCF 003836 |
| Cook IVCF 003878 |
| Cook IVCF 004157 |
| Cook IVCF 004160 |
| Cook IVCF 004305 |
| Cook IVCF 004347 |
| Cook IVCF 005091 |
| Cook IVCF 005092 |
| Cook IVCF 005097 |
| Cook IVCF 005099 |
| Cook IVCF 005102 |
| Cook IVCF 005201 |
| Cook IVCF 005258 |

| |
|---|
| Cook IVCF 005259 |
| Cook IVCF 005260 |
| Cook IVCF 005261 |
| Cook IVCF 005262 |
| Cook IVCF 005270 |
| Cook IVCF 005278 |
| Cook IVCF 005286 |
| Cook IVCF 005288 |
| Cook IVCF 005296 |
| Cook IVCF 005308 |
| Cook IVCF 005317 |
| Cook IVCF 005327 |
| Cook IVCF 005342 |
| Cook IVCF 005352 |
| Cook IVCF 005363 |
| Cook IVCF 005374 |
| Cook IVCF 005385 |
| Cook IVCF 005425 |
| Cook IVCF 005444 |
| Cook IVCF 005461 |
| Cook IVCF 005473 |
| Cook IVCF 005486 |
| Cook IVCF 005495 |
| Cook IVCF 005504 |
| Cook IVCF 005511 |
| Cook IVCF 005520 |
| Cook IVCF 005528 |
| Cook IVCF 005539 |
| Cook IVCF 005552 |
| Cook IVCF 005564 |
| Cook IVCF 005575 |
| Cook IVCF 005587 |
| Cook IVCF 005718 |
| Cook IVCF 005732 |
| Cook IVCF 005762 |
| Cook IVCF 005764 |
| Cook IVCF 005769 |
| Cook IVCF 005829 |
| Cook IVCF 006996 |
| Cook IVCF 007355 |
| Cook IVCF 008509 |
| Cook IVCF 01301 |

| |
|---|
| Cook IVCF 01389 |
| Cook IVCF 013891 |
| Cook IVCF 01406 |
| Cook IVCF 014064 |
| Cook IVCF 01427 |
| Cook IVCF 014279 |
| Cook IVCF 01463 |
| Cook IVCF 014636 |
| Cook IVCF 014950 |
| Cook IVCF 014972 |
| Cook IVCF 014973 |
| Cook IVCF 014977 |
| Cook IVCF 014978 |
| Cook IVCF 015028 |
| Cook IVCF 015034 |
| Cook IVCF 02177 |
| Cook IVCF 021919 |
| Cook IVCF 02192 |
| Cook IVCF 021923 |
| Cook IVCF 02389 |
| Cook IVCF 023893 |
| Cook IVCF 025008 |
| Cook IVCF 030013 |
| Cook IVCF 030642 |
| Cook IVCF 035257 |
| Cook IVCF 035566 |
| Cook IVCF 037677 |
| Cook IVCF 04170 |
| Cook IVCF 04172 |
| Cook IVCF 042414 |
| Cook IVCF 04274 |
| Cook IVCF 04715 |
| CookMDL2570_0000001 |
| CookMDL2570_0000131 |
| CookMDL2570_0001324 |
| CookMDL2570_0000223 |
| CookMDL2570_0000224 |
| CookMDL2570_0000233 |
| CookMDL2570_0000242 |
| CookMDL2570_0000255 |
| CookMDL2570_0000372 |
| CookMDL2570_0000575 |

| |
|---|
| CookMDL2570_0000634 |
| CookMDL2570_0000678 |
| CookMDL2570_0000690 |
| CookMDL2570_0000691 |
| CookMDL2570_0000708 |
| CookMDL2570_0000720 |
| CookMDL2570_0000721 |
| CookMDL2570_0000723 |
| CookMDL2570_0000771 |
| CookMDL2570_0000803 |
| CookMDL2570_0000822 |
| CookMDL2570_0000913 |
| CookMDL2570_0000930 |
| CookMDL2570_0000962 |
| CookMDL2570_0001086 |
| CookMDL2570_0001091 |
| CookMDL2570_0001129 |
| CookMDL2570_0001133 |
| CookMDL2570_0001146 |
| CookMDL2570_0001165 |
| CookMDL2570_0001826 |
| CookMDL2570_0001843 |
| CookMDL2570_0002406 |
| CookMDL2570_0002416 |
| CookMDL2570_0002431 |
| CookMDL2570_0002608 |
| CookMDL2570_0004143 |
| CookMDL2570_0004178 |
| CookMDL2570_0004207 |
| CookMDL2570_0004961 |
| CookMDL2570_0006306 |
| CookMDL2570_0006324 |
| CookMDL2570_0006586 |
| CookMDL2570_0008489 |
| CookMDL2570_0008525 |
| CookMDL2570_0008616 |
| CookMDL2570_0008619 |
| CookMDL2570_0008797 |
| CookMDL2570_0009154 |
| CookMDL2570_0009354 |
| CookMDL2570_0009794 |
| CookMDL2570_0009796 |

| |
|---|
| CookMDL2570_0009830 |
| CookMDL2570_0009959 |
| CookMDL2570_0009974 |
| CookMDL2570_0010397 |
| CookMDL2570_0010439 |
| CookMDL2570_0010650 |
| CookMDL2570_0010718 |
| CookMDL2570_0010721 |
| CookMDL2570_0010866 |
| CookMDL2570_0010908 |
| CookMDL2570_0011061 |
| CookMDL2570_0011086 |
| CookMDL2570_0011652 |
| CookMDL2570_0011653 |
| CookMDL2570_0011658 |
| CookMDL2570_0011660 |
| CookMDL2570_0011663 |
| CookMDL2570_0011762 |
| CookMDL2570_0011819 |
| CookMDL2570_0011820 |
| CookMDL2570_0011821 |
| CookMDL2570_0011822 |
| CookMDL2570_0011823 |
| CookMDL2570_0011831 |
| CookMDL2570_0011839 |
| CookMDL2570_0011847 |
| CookMDL2570_0011849 |
| CookMDL2570_0011857 |
| CookMDL2570_0011869 |
| CookMDL2570_0011878 |
| CookMDL2570_0011888 |
| CookMDL2570_0011903 |
| CookMDL2570_0011913 |
| CookMDL2570_0011924 |
| CookMDL2570_0011935 |
| CookMDL2570_0011946 |
| CookMDL2570_0011986 |
| CookMDL2570_0012005 |
| CookMDL2570_0012022 |
| CookMDL2570_0012034 |
| CookMDL2570_0012047 |
| CookMDL2570_0012056 |

| |
|---|
| CookMDL2570_0012065 |
| CookMDL2570_0012072 |
| CookMDL2570_0012081 |
| CookMDL2570_0012089 |
| CookMDL2570_0012100 |
| CookMDL2570_0012113 |
| CookMDL2570_0012125 |
| CookMDL2570_0012136 |
| CookMDL2570_0012148 |
| CookMDL2570_0012279 |
| CookMDL2570_0012293 |
| CookMDL2570_0012299 |
| CookMDL2570_0012330 |
| CookMDL2570_0012338 |
| CookMDL2570_0012350 |
| CookMDL2570_0012362 |
| CookMDL2570_0012374 |
| CookMDL2570_0012915 |
| CookMDL2570_0013976 |
| CookMDL2570_0014753 |
| CookMDL2570_0016042 |
| CookMDL2570_0016050 |
| CookMDL2570_0016052 |
| CookMDL2570_0016064 |
| CookMDL2570_0017117 |
| CookMDL2570_0022113 |
| CookMDL2570_0025055 |
| CookMDL2570_0025065 |
| CookMDL2570_0025419 |
| CookMDL2570_0025423 |
| CookMDL2570_0025774 |
| CookMDL2570_0029670 |
| CookMDL2570_0029674 |
| CookMDL2570_0049661 |
| CookMDL2570_0051232 |
| CookMDL2570_0051447 |
| CookMDL2570_0051474 |
| CookMDL2570_0059987 |
| CookMDL2570_0060645 |
| CookMDL2570_0060646 |
| CookMDL2570_0060647 |
| CookMDL2570_0060648 |

| |
|---|
| CookMDL2570_0060649 |
| CookMDL2570_0060650 |
| CookMDL2570_0060651 |
| CookMDL2570_0060654 |
| CookMDL2570_0060656 |
| CookMDL2570_0060657 |
| CookMDL2570_0060661 |
| CookMDL2570_0060662 |
| CookMDL2570_0060664 |
| CookMDL2570_0060665 |
| CookMDL2570_0060676 |
| CookMDL2570_0060680 |
| CookMDL2570_0060682 |
| CookMDL2570_0060687 |
| CookMDL2570_0060688 |
| CookMDL2570_0060697 |
| CookMDL2570_0060698 |
| CookMDL2570_0060699 |
| CookMDL2570_0060703 |
| CookMDL2570_0060709 |
| CookMDL2570_0060718 |
| CookMDL2570_0060736 |
| CookMDL2570_0060742 |
| CookMDL2570_0060743 |
| CookMDL2570_0060752 |
| CookMDL2570_0060755 |
| CookMDL2570_0060843 |
| CookMDL2570_0060844 |
| CookMDL2570_0060846 |
| CookMDL2570_0060853 |
| CookMDL2570_0060854 |
| CookMDL2570_0060855 |
| CookMDL2570_0060856 |
| CookMDL2570_0060858 |
| CookMDL2570_0060859 |
| CookMDL2570_0060861 |
| CookMDL2570_0060862 |
| CookMDL2570_0060866 |
| CookMDL2570_0060867 |
| CookMDL2570_0060868 |
| CookMDL2570_0060896 |
| CookMDL2570_0060919 |

| |
|---|
| CookMDL2570_0060920 |
| CookMDL2570_0060938 |
| CookMDL2570_0060945 |
| CookMDL2570_0060946 |
| CookMDL2570_0060948 |
| CookMDL2570_0060950 |
| CookMDL2570_0060959 |
| CookMDL2570_0060978 |
| CookMDL2570_0060979 |
| CookMDL2570_0060993 |
| CookMDL2570_0060995 |
| CookMDL2570_0060999 |
| CookMDL2570_0061012 |
| CookMDL2570_0061024 |
| CookMDL2570_0061057 |
| CookMDL2570_0061058 |
| CookMDL2570_0061059 |
| CookMDL2570_0061086 |
| CookMDL2570_0061088 |
| CookMDL2570_0061090 |
| CookMDL2570_0061092 |
| CookMDL2570_0061093 |
| CookMDL2570_0061095 |
| CookMDL2570_0061097 |
| CookMDL2570_0061098 |
| CookMDL2570_0061099 |
| CookMDL2570_0061101 |
| CookMDL2570_0061102 |
| CookMDL2570_0061103 |
| CookMDL2570_0061105 |
| CookMDL2570_0061107 |
| CookMDL2570_0061108 |
| CookMDL2570_0061109 |
| CookMDL2570_0061111 |
| CookMDL2570_0061152 |
| CookMDL2570_0061154 |
| CookMDL2570_0061156 |
| CookMDL2570_0061161 |
| CookMDL2570_0061163 |
| CookMDL2570_0061166 |
| CookMDL2570_0061183 |
| CookMDL2570_0061184 |

| |
|---|
| CookMDL2570_0061188 |
| CookMDL2570_0061217 |
| CookMDL2570_0061235 |
| CookMDL2570_0061275 |
| CookMDL2570_0061277 |
| CookMDL2570_0061308 |
| CookMDL2570_0061329 |
| CookMDL2570_0061332 |
| CookMDL2570_0061342 |
| CookMDL2570_0061343 |
| CookMDL2570_0061377 |
| CookMDL2570_0061378 |
| CookMDL2570_0061379 |
| CookMDL2570_0061419 |
| CookMDL2570_0061429 |
| CookMDL2570_0061477 |
| CookMDL2570_0061480 |
| CookMDL2570_0061552 |
| CookMDL2570_0061577 |
| CookMDL2570_0061669 |
| CookMDL2570_0061814 |
| CookMDL2570_0061818 |
| CookMDL2570_0062497 |
| CookMDL2570_0062500 |
| CookMDL2570_0063628 |
| CookMDL2570_0063968 |
| CookMDL2570_0064672 |
| CookMDL2570_0064674 |
| CookMDL2570_0064680 |
| CookMDL2570_0064681 |
| CookMDL2570_0064684 |
| CookMDL2570_0064685 |
| CookMDL2570_0064687 |
| CookMDL2570_0064688 |
| CookMDL2570_0064689 |
| CookMDL2570_0064691 |
| CookMDL2570_0064694 |
| CookMDL2570_0064697 |
| CookMDL2570_0064701 |
| CookMDL2570_0064702 |
| CookMDL2570_0064708 |
| CookMDL2570_0064714 |

| |
|---|
| CookMDL2570_0064721 |
| CookMDL2570_0064728 |
| CookMDL2570_0064735 |
| CookMDL2570_0064742 |
| CookMDL2570_0064749 |
| CookMDL2570_0064757 |
| CookMDL2570_0064765 |
| CookMDL2570_0064773 |
| CookMDL2570_0064781 |
| CookMDL2570_0064830 |
| CookMDL2570_0064836 |
| CookMDL2570_0064841 |
| CookMDL2570_0064849 |
| CookMDL2570_0064850 |
| CookMDL2570_0064851 |
| CookMDL2570_0064853 |
| CookMDL2570_0064854 |
| CookMDL2570_0064856 |
| CookMDL2570_0064857 |
| CookMDL2570_0064861 |
| CookMDL2570_0064863 |
| CookMDL2570_0064865 |
| CookMDL2570_0064867 |
| CookMDL2570_0064869 |
| CookMDL2570_0064872 |
| CookMDL2570_0064877 |
| CookMDL2570_0064881 |
| CookMDL2570_0064886 |
| CookMDL2570_0064892 |
| CookMDL2570_0064894 |
| CookMDL2570_0064897 |
| CookMDL2570_0064898 |
| CookMDL2570_0064899 |
| CookMDL2570_0064901 |
| CookMDL2570_0064902 |
| CookMDL2570_0064904 |
| CookMDL2570_0064905 |
| CookMDL2570_0064907 |
| CookMDL2570_0064909 |
| CookMDL2570_0064910 |
| CookMDL2570_0064912 |
| CookMDL2570_0064913 |

| |
|---|
| CookMDL2570_0064915 |
| CookMDL2570_0064916 |
| CookMDL2570_0064918 |
| CookMDL2570_0064921 |
| CookMDL2570_0065012 |
| CookMDL2570_0065014 |
| CookMDL2570_0065176 |
| CookMDL2570_0066350 |
| CookMDL2570_0066365 |
| CookMDL2570_0066784 |
| CookMDL2570_0066788 |
| CookMDL2570_0066806 |
| CookMDL2570_0066976 |
| CookMDL2570_0066994 |
| CookMDL2570_0067042 |
| CookMDL2570_0067063 |
| CookMDL2570_0067064 |
| CookMDL2570_0067075 |
| CookMDL2570_0067077 |
| CookMDL2570_0067082 |
| CookMDL2570_0067842 |
| CookMDL2570_0067843 |
| CookMDL2570_0067846 |
| CookMDL2570_0067848 |
| CookMDL2570_0067849 |
| CookMDL2570_0067850 |
| CookMDL2570_0067853 |
| CookMDL2570_0067855 |
| CookMDL2570_0067856 |
| CookMDL2570_0067858 |
| CookMDL2570_0067860 |
| CookMDL2570_0067862 |
| CookMDL2570_0067864 |
| CookMDL2570_0067866 |
| CookMDL2570_0067868 |
| CookMDL2570_0067870 |
| CookMDL2570_0067873 |
| CookMDL2570_0067876 |
| CookMDL2570_0067880 |
| CookMDL2570_0067884 |
| CookMDL2570_0067888 |
| CookMDL2570_0067893 |

| |
|---|
| CookMDL2570_0067898 |
| CookMDL2570_0067903 |
| CookMDL2570_0067908 |
| CookMDL2570_0067914 |
| CookMDL2570_0067920 |
| CookMDL2570_0067926 |
| CookMDL2570_0067930 |
| CookMDL2570_0067933 |
| CookMDL2570_0067980 |
| CookMDL2570_0067991 |
| CookMDL2570_0067993 |
| CookMDL2570_0067995 |
| CookMDL2570_0067997 |
| CookMDL2570_0068000 |
| CookMDL2570_0068036 |
| CookMDL2570_0068075 |
| CookMDL2570_0068079 |
| CookMDL2570_0068083 |
| CookMDL2570_0068091 |
| CookMDL2570_0068798 |
| CookMDL2570_0069011 |
| CookMDL2570_0069424 |
| CookMDL2570_0069740 |
| CookMDL2570_0069804 |
| CookMDL2570_0069923 |
| CookMDL2570_0069949 |
| CookMDL2570_0070172 |
| CookMDL2570_0070318 |
| CookMDL2570_0070535 |
| CookMDL2570_0071432 |
| CookMDL2570_0072619 |
| CookMDL2570_0072635 |
| CookMDL2570_0072897 |
| CookMDL2570_0073430 |
| CookMDL2570_0073477 |
| CookMDL2570_0073501 |
| CookMDL2570_0074009 |
| CookMDL2570_0074045 |
| CookMDL2570_0074086 |
| CookMDL2570_0074135 |
| CookMDL2570_0074354 |
| CookMDL2570_0074472 |

| |
|---|
| CookMDL2570_0074475 |
| CookMDL2570_0074508 |
| CookMDL2570_0074596 |
| CookMDL2570_0074636 |
| CookMDL2570_0074640 |
| CookMDL2570_0074646 |
| CookMDL2570_0074878 |
| CookMDL2570_0100589 |
| CookMDL2570_0074899 |
| CookMDL2570_0100607 |
| CookMDL2570_0074583 |
| CookMDL2570_0813263 |
| CookMDL2570_0075683 |
| CookMDL2570_0076895 |
| CookMDL2570_0076956 |
| CookMDL2570_0077362 |
| CookMDL2570_0078125 |
| CookMDL2570_0078285 |
| CookMDL2570_0078491 |
| CookMDL2570_0078518 |
| CookMDL2570_0078697 |
| CookMDL2570_0078777 |
| CookMDL2570_0079915 |
| CookMDL2570_0080052 |
| CookMDL2570_0080158 |
| CookMDL2570_0080168 |
| CookMDL2570_0080353 |
| CookMDL2570_0081033 |
| CookMDL2570_0081529 |
| CookMDL2570_0082062 |
| CookMDL2570_0082632 |
| CookMDL2570_0083216 |
| CookMDL2570_0084036 |
| CookMDL2570_0090798 |
| CookMDL2570_0091076 |
| CookMDL2570_0091218 |
| CookMDL2570_0092173 |
| CookMDL2570_0092181 |
| CookMDL2570_0093554 |
| CookMDL2570_0094241 |
| CookMDL2570_0094973 |
| CookMDL2570_0096541 |

| |
|---|
| CookMDL2570_0098039 |
| CookMDL2570_0098177 |
| CookMDL2570_0098203 |
| CookMDL2570_0099554 |
| CookMDL2570_0100510 |
| CookMDL2570_0100590 |
| CookMDL2570_0100608 |
| CookMDL2570_0100955 |
| CookMDL2570_0101283 |
| CookMDL2570_0101560 |
| CookMDL2570_0105112 |
| CookMDL2570_0105189 |
| CookMDL2570_0115191 |
| CookMDL2570_0116811 |
| CookMDL2570_0118458 |
| CookMDL2570_0120774 |
| CookMDL2570_0122879 |
| CookMDL2570_0122881 |
| CookMDL2570_0130623 |
| CookMDL2570_0134190 |
| CookMDL2570_0134955 |
| CookMDL2570_0135088 |
| CookMDL2570_0137375 |
| CookMDL2570_0137800 |
| CookMDL2570_0137978 |
| CookMDL2570_0141285 |
| CookMDL2570_0141525 |
| CookMDL2570_0141927 |
| CookMDL2570_0141959 |
| CookMDL2570_0142458 |
| CookMDL2570_0142504 |
| CookMDL2570_0142588 |
| CookMDL2570_0142693 |
| CookMDL2570_0143102 |
| CookMDL2570_0143642 |
| CookMDL2570_0143852 |
| CookMDL2570_0143855 |
| CookMDL2570_0144471 |
| CookMDL2570_0144641 |
| CookMDL2570_0145259 |
| CookMDL2570_0153684 |
| CookMDL2570_0160576 |

| |
|---|
| CookMDL2570_0160581 |
| CookMDL2570_0161380 |
| CookMDL2570_0161684 |
| CookMDL2570_0161696 |
| CookMDL2570_0161707 |
| CookMDL2570_0162224 |
| CookMDL2570_0162426 |
| CookMDL2570_0164388 |
| CookMDL2570_0165984 |
| CookMDL2570_0168637 |
| CookMDL2570_0169324 |
| CookMDL2570_017037 |
| CookMDL2570_0172424 |
| CookMDL2570_0172426 |
| CookMDL2570_0172445 |
| CookMDL2570_0172535 |
| CookMDL2570_0172557 |
| CookMDL2570_0172563 |
| CookMDL2570_0173570 |
| CookMDL2570_0174491 |
| CookMDL2570_0176684 |
| CookMDL2570_0176918 |
| CookMDL2570_0176942 |
| CookMDL2570_0178052 |
| CookMDL2570_0178489 |
| CookMDL2570_0179253 |
| CookMDL2570_0179822 |
| CookMDL2570_0179982 |
| CookMDL2570_0180004 |
| CookMDL2570_0180213 |
| CookMDL2570_0180428 |
| CookMDL2570_0180515 |
| CookMDL2570_0180782 |
| CookMDL2570_0180948 |
| CookMDL2570_0180950 |
| CookMDL2570_0180952 |
| CookMDL2570_0181771 |
| CookMDL2570_0181797 |
| CookMDL2570_0181802 |
| CookMDL2570_0181809 |
| CookMDL2570_0182248 |
| CookMDL2570_0182367 |

| |
|---|
| CookMDL2570_0182596 |
| CookMDL2570_0182801 |
| CookMDL2570_0183121 |
| CookMDL2570_0183415 |
| CookMDL2570_0183416 |
| CookMDL2570_0183680 |
| CookMDL2570_0183706 |
| CookMDL2570_0183801 |
| CookMDL2570_0183920 |
| CookMDL2570_0184126 |
| CookMDL2570_0184576 |
| CookMDL2570_0184887 |
| CookMDL2570_0184889 |
| CookMDL2570_0184894 |
| CookMDL2570_0187167 |
| CookMDL2570_0187523 |
| CookMDL2570_0187535 |
| CookMDL2570_0187538 |
| CookMDL2570_0187542 |
| CookMDL2570_0188598 |
| CookMDL2570_0188776 |
| CookMDL2570_0196017 |
| CookMDL2570_0196136 |
| CookMDL2570_0196160 |
| CookMDL2570_0196188 |
| CookMDL2570_0196262 |
| CookMDL2570_0196601 |
| CookMDL2570_0197131 |
| CookMDL2570_0197231 |
| CookMDL2570_0197827 |
| CookMDL2570_0198138 |
| CookMDL2570_0198238 |
| CookMDL2570_0198469 |
| CookMDL2570_0198998 |
| CookMDL2570_0199001 |
| CookMDL2570_0199010 |
| CookMDL2570_0199119 |
| CookMDL2570_0200522 |
| CookMDL2570_0200523 |
| CookMDL2570_0200620 |
| CookMDL2570_0200684 |
| CookMDL2570_0200697 |

| |
|---|
| CookMDL2570_0201717 |
| CookMDL2570_0202621 |
| CookMDL2570_0204615 |
| CookMDL2570_0205442 |
| CookMDL2570_0206050 |
| CookMDL2570_0207170 |
| CookMDL2570_0207174 |
| CookMDL2570_0295470 |
| CookMDL2570_0295471 |
| CookMDL2570_0295473 |
| CookMDL2570_0295478 |
| CookMDL2570_0295679 |
| CookMDL2570_0295682 |
| CookMDL2570_0300183 |
| CookMDL2570_0300394 |
| CookMDL2570_0301333 |
| CookMDL2570_0301624 |
| CookMDL2570_0301647 |
| CookMDL2570_0301728 |
| CookMDL2570_0301768 |
| CookMDL2570_0302448 |
| CookMDL2570_0306805 |
| CookMDL2570_0307415 |
| CookMDL2570_0309059 |
| CookMDL2570_0313129 |
| CookMDL2570_0315475 |
| CookMDL2570_0315650 |
| CookMDL2570_0315668 |
| CookMDL2570_0315708 |
| CookMDL2570_0316367 |
| CookMDL2570_0317220 |
| CookMDL2570_0317806 |
| CookMDL2570_0317881 |
| CookMDL2570_0317959 |
| CookMDL2570_0318195 |
| CookMDL2570_0318391 |
| CookMDL2570_0318392 |
| CookMDL2570_0318468 |
| CookMDL2570_0319365 |
| CookMDL2570_0319897 |
| CookMDL2570_0319902 |
| CookMDL2570_0320397 |

| |
|---|
| CookMDL2570_0320428 |
| CookMDL2570_0320556 |
| CookMDL2570_0321141 |
| CookMDL2570_0321810 |
| CookMDL2570_0322430 |
| CookMDL2570_0322431 |
| CookMDL2570_0322432 |
| CookMDL2570_0322470 |
| CookMDL2570_0322480 |
| CookMDL2570_0323220 |
| CookMDL2570_0323260 |
| CookMDL2570_0323264 |
| CookMDL2570_0323370 |
| CookMDL2570_0323372 |
| CookMDL2570_0323893 |
| CookMDL2570_0324062 |
| CookMDL2570_0324376 |
| CookMDL2570_0327724 |
| CookMDL2570_0328097 |
| CookMDL2570_0328999 |
| CookMDL2570_0329533 |
| CookMDL2570_0330264 |
| CookMDL2570_0330406 |
| CookMDL2570_0330513 |
| CookMDL2570_0330551 |
| CookMDL2570_0330926 |
| CookMDL2570_0330983 |
| CookMDL2570_0330985 |
| CookMDL2570_0330987 |
| CookMDL2570_0330993 |
| CookMDL2570_0331352 |
| CookMDL2570_0332044 |
| CookMDL2570_0332622 |
| CookMDL2570_0332630 |
| CookMDL2570_0332697 |
| CookMDL2570_0332779 |
| CookMDL2570_0333060 |
| CookMDL2570_0333163 |
| CookMDL2570_0333826 |
| CookMDL2570_0333827 |
| CookMDL2570_0333938 |
| CookMDL2570_0334368 |

| |
|---|
| CookMDL2570_0334374 |
| CookMDL2570_0334383 |
| CookMDL2570_0334551 |
| CookMDL2570_0334559 |
| CookMDL2570_0334560 |
| CookMDL2570_0334575 |
| CookMDL2570_0334611 |
| CookMDL2570_0334680 |
| CookMDL2570_0334687 |
| CookMDL2570_0334688 |
| CookMDL2570_0334691 |
| CookMDL2570_0334692 |
| CookMDL2570_0334701 |
| CookMDL2570_0334724 |
| CookMDL2570_0334750 |
| CookMDL2570_0334752 |
| CookMDL2570_0334753 |
| CookMDL2570_0334960 |
| CookMDL2570_0334962 |
| CookMDL2570_0334977 |
| CookMDL2570_0334983 |
| CookMDL2570_0335122 |
| CookMDL2570_0335124 |
| CookMDL2570_0335192 |
| CookMDL2570_0335195 |
| CookMDL2570_0335287 |
| CookMDL2570_0335390 |
| CookMDL2570_0336453 |
| CookMDL2570_0336687 |
| CookMDL2570_0338724 |
| CookMDL2570_0371077 |
| CookMDL2570_0372243 |
| CookMDL2570_0372340 |
| CookMDL2570_0372837 |
| CookMDL2570_0373052 |
| CookMDL2570_0373085 |
| CookMDL2570_0373150 |
| CookMDL2570_0373215 |
| CookMDL2570_0373216 |
| CookMDL2570_0374128 |
| CookMDL2570_0374973 |
| CookMDL2570_0374993 |

| |
|---|
| CookMDL2570_0375044 |
| CookMDL2570_0375085 |
| CookMDL2570_0375090 |
| CookMDL2570_0375242 |
| CookMDL2570_0375876 |
| CookMDL2570_0375951 |
| CookMDL2570_0375961 |
| CookMDL2570_0376364 |
| CookMDL2570_0376368 |
| CookMDL2570_0376372 |
| CookMDL2570_0376376 |
| CookMDL2570_0376380 |
| CookMDL2570_0376384 |
| CookMDL2570_0376388 |
| CookMDL2570_0376401 |
| CookMDL2570_0377798 |
| CookMDL2570_0378421 |
| CookMDL2570_0378763 |
| CookMDL2570_0379211 |
| CookMDL2570_0379327 |
| CookMDL2570_0379833 |
| CookMDL2570_0380772 |
| CookMDL2570_0380878 |
| CookMDL2570_0380887 |
| CookMDL2570_0380909 |
| CookMDL2570_0380935 |
| CookMDL2570_0380936 |
| CookMDL2570_0380941 |
| CookMDL2570_0380951 |
| CookMDL2570_0380964 |
| CookMDL2570_0380981 |
| CookMDL2570_0381026 |
| CookMDL2570_0381029 |
| CookMDL2570_0381124 |
| CookMDL2570_0382172 |
| CookMDL2570_0382173 |
| CookMDL2570_0382199 |
| CookMDL2570_0382201 |
| CookMDL2570_0382232 |
| CookMDL2570_0382236 |
| CookMDL2570_0382334 |
| CookMDL2570_0382810 |

CookMDL2570_0384258
CookMDL2570_0384261
CookMDL2570_0384262
CookMDL2570_0384263
CookMDL2570_0384269
CookMDL2570_0384278
CookMDL2570_0384309
CookMDL2570_0384317
CookMDL2570_0384345
CookMDL2570_0384357
CookMDL2570_0387843
CookMDL2570_0390638
CookMDL2570_0390657
CookMDL2570_0390665
CookMDL2570_0390717
CookMDL2570_0391077
CookMDL2570_0391245
CookMDL2570_0391306
CookMDL2570_0391462
CookMDL2570_0391465
CookMDL2570_0391656
CookMDL2570_0392026
CookMDL2570_0394634
CookMDL2570_040 334
CookMDL2570_0402856
CookMDL2570_0403383
CookMDL2570_0403717
CookMDL2570_0403726
CookMDL2570_0403727
CookMDL2570_0404075
CookMDL2570_0405105
CookMDL2570_0405333
CookMDL2570_0405567
CookMDL2570_0405569
CookMDL2570_0405570
CookMDL2570_0405582
CookMDL2570_0406045
CookMDL2570_0406837
CookMDL2570_0407453
CookMDL2570_0408886
CookMDL2570_0408891
CookMDL2570_0408900

| |
|---|
| CookMDL2570_0408944 |
| CookMDL2570_0408967 |
| CookMDL2570_0409795 |
| CookMDL2570_0409824 |
| CookMDL2570_0409877 |
| CookMDL2570_0409917 |
| CookMDL2570_0409975 |
| CookMDL2570_0411160 |
| CookMDL2570_0411325 |
| CookMDL2570_0412259 |
| CookMDL2570_0412326 |
| CookMDL2570_0412377 |
| CookMDL2570_0412397 |
| CookMDL2570_0412417 |
| CookMDL2570_0412984 |
| CookMDL2570_0414184 |
| CookMDL2570_0414289 |
| CookMDL2570_0414295 |
| CookMDL2570_0415316 |
| CookMDL2570_0415519 |
| CookMDL2570_0415793 |
| CookMDL2570_0415936 |
| CookMDL2570_0415986 |
| CookMDL2570_0415990 |
| CookMDL2570_0416075 |
| CookMDL2570_0416083 |
| CookMDL2570_0416155 |
| CookMDL2570_0416429 |
| CookMDL2570_0418164 |
| CookMDL2570_0418348 |
| CookMDL2570_0419730 |
| CookMDL2570_0420989 |
| CookMDL2570_0421018 |
| CookMDL2570_0421021 |
| CookMDL2570_0421043 |
| CookMDL2570_0421045 |
| CookMDL2570_0421046 |
| CookMDL2570_0421047 |
| CookMDL2570_0421061 |
| CookMDL2570_0421063 |
| CookMDL2570_0421064 |
| CookMDL2570_0421070 |

| |
|---|
| CookMDL2570_0421071 |
| CookMDL2570_0421080 |
| CookMDL2570_0421082 |
| CookMDL2570_0421158 |
| CookMDL2570_0421164 |
| CookMDL2570_0421210 |
| CookMDL2570_0421212 |
| CookMDL2570_0421213 |
| CookMDL2570_0421214 |
| CookMDL2570_0421218 |
| CookMDL2570_0421222 |
| CookMDL2570_0421289 |
| CookMDL2570_0421290 |
| CookMDL2570_0421323 |
| CookMDL2570_0422504 |
| CookMDL2570_0422616 |
| CookMDL2570_0423087 |
| CookMDL2570_0423277 |
| CookMDL2570_0423786 |
| CookMDL2570_0423788 |
| CookMDL2570_0423887 |
| CookMDL2570_0423904 |
| CookMDL2570_0424273 |
| CookMDL2570_0424275 |
| CookMDL2570_0424416 |
| CookMDL2570_0424417 |
| CookMDL2570_0424546 |
| CookMDL2570_0424701 |
| CookMDL2570_0426081 |
| CookMDL2570_0426307 |
| CookMDL2570_0427091 |
| CookMDL2570_0427098 |
| CookMDL2570_0427099 |
| CookMDL2570_0427435 |
| CookMDL2570_0427438 |
| CookMDL2570_0427447 |
| CookMDL2570_0427520 |
| CookMDL2570_0427547 |
| CookMDL2570_0427634 |
| CookMDL2570_0427678 |
| CookMDL2570_0427822 |
| CookMDL2570_0427871 |

| |
|---|
| CookMDL2570_0427903 |
| CookMDL2570_0427964 |
| CookMDL2570_0431120 |
| CookMDL2570_0431274 |
| CookMDL2570_0431377 |
| CookMDL2570_0431378 |
| CookMDL2570_0431390 |
| CookMDL2570_0431405 |
| CookMDL2570_0431524 |
| CookMDL2570_0431612 |
| CookMDL2570_0431650 |
| CookMDL2570_0431674 |
| CookMDL2570_0431772 |
| CookMDL2570_0431806 |
| CookMDL2570_0431808 |
| CookMDL2570_0431847 |
| CookMDL2570_0431870 |
| CookMDL2570_0431876 |
| CookMDL2570_0432063 |
| CookMDL2570_0432071 |
| CookMDL2570_0432313 |
| CookMDL2570_0432315 |
| CookMDL2570_0432741 |
| CookMDL2570_0433136 |
| CookMDL2570_0433254 |
| CookMDL2570_0433348 |
| CookMDL2570_0434232 |
| CookMDL2570_0435086 |
| CookMDL2570_0435156 |
| CookMDL2570_0435165 |
| CookMDL2570_0435478 |
| CookMDL2570_0435479 |
| CookMDL2570_0435484 |
| CookMDL2570_0435511 |
| CookMDL2570_0435773 |
| CookMDL2570_0436141 |
| CookMDL2570_0436154 |
| CookMDL2570_0439126 |
| CookMDL2570_0439717 |
| CookMDL2570_0439734 |
| CookMDL2570_0444287 |
| CookMDL2570_0444375 |

| |
|---|
| CookMDL2570_0445258 |
| CookMDL2570_0445373 |
| CookMDL2570_0445420 |
| CookMDL2570_0445999 |
| CookMDL2570_0446122 |
| CookMDL2570_0446232 |
| CookMDL2570_0446318 |
| CookMDL2570_0446563 |
| CookMDL2570_0447036 |
| CookMDL2570_0447319 |
| CookMDL2570_0447327 |
| CookMDL2570_0447393 |
| CookMDL2570_0447770 |
| CookMDL2570_0447775 |
| CookMDL2570_0447778 |
| CookMDL2570_0447779 |
| CookMDL2570_0448071 |
| CookMDL2570_0448072 |
| CookMDL2570_0448297 |
| CookMDL2570_0449104 |
| CookMDL2570_0449449 |
| CookMDL2570_0450275 |
| CookMDL2570_0450481 |
| CookMDL2570_0452880 |
| CookMDL2570_0452883 |
| CookMDL2570_0452884 |
| CookMDL2570_0452891 |
| CookMDL2570_0453346 |
| CookMDL2570_0454070 |
| CookMDL2570_0454071 |
| CookMDL2570_0454098 |
| CookMDL2570_0454099 |
| CookMDL2570_0454139 |
| CookMDL2570_0454140 |
| CookMDL2570_0454159 |
| CookMDL2570_0454964 |
| CookMDL2570_0454965 |
| CookMDL2570_0455053 |
| CookMDL2570_0455678 |
| CookMDL2570_0456236 |
| CookMDL2570_0456573 |
| CookMDL2570_0456793 |

| |
|---|
| CookMDL2570_0456969 |
| CookMDL2570_0456978 |
| CookMDL2570_0458351 |
| CookMDL2570_0459834 |
| CookMDL2570_0459835 |
| CookMDL2570_0461617 |
| CookMDL2570_0461620 |
| CookMDL2570_0461852 |
| CookMDL2570_0465794 |
| CookMDL2570_0465797 |
| CookMDL2570_0465798 |
| CookMDL2570_0465802 |
| CookMDL2570_0465938 |
| CookMDL2570_0465944 |
| CookMDL2570_0465948 |
| CookMDL2570_0466474 |
| CookMDL2570_0468092 |
| CookMDL2570_0468982 |
| CookMDL2570_0469211 |
| CookMDL2570_0469265 |
| CookMDL2570_0469271 |
| CookMDL2570_0469275 |
| CookMDL2570_0469276 |
| CookMDL2570_0469328 |
| CookMDL2570_0470668 |
| CookMDL2570_0472428 |
| CookMDL2570_0472956 |
| CookMDL2570_0473656 |
| CookMDL2570_0474141 |
| CookMDL2570_0481024 |
| CookMDL2570_0481025 |
| CookMDL2570_0481232 |
| CookMDL2570_0482329 |
| CookMDL2570_0483139 |
| CookMDL2570_0483187 |
| CookMDL2570_0483424 |
| CookMDL2570_0483539 |
| CookMDL2570_0483541 |
| CookMDL2570_0483542 |
| CookMDL2570_0483562 |
| CookMDL2570_0483563 |
| CookMDL2570_0483735 |

| |
|---|
| CookMDL2570_0483869 |
| CookMDL2570_0483899 |
| CookMDL2570_0483909 |
| CookMDL2570_0483934 |
| CookMDL2570_0483937 |
| CookMDL2570_0483985 |
| CookMDL2570_0483993 |
| CookMDL2570_0483996 |
| CookMDL2570_0484250 |
| CookMDL2570_0484257 |
| CookMDL2570_0484402 |
| CookMDL2570_0484405 |
| CookMDL2570_0484492 |
| CookMDL2570_0484823 |
| CookMDL2570_0484825 |
| CookMDL2570_0484826 |
| CookMDL2570_0484885 |
| CookMDL2570_0485175 |
| CookMDL2570_0485798 |
| CookMDL2570_0487734 |
| CookMDL2570_0487853 |
| CookMDL2570_0487864 |
| CookMDL2570_0487883 |
| CookMDL2570_0490396 |
| CookMDL2570_0490416 |
| CookMDL2570_0490419 |
| CookMDL2570_0490711 |
| CookMDL2570_0490785 |
| CookMDL2570_0490787 |
| CookMDL2570_0491367 |
| CookMDL2570_0507024 |
| CookMDL2570_0507169 |
| CookMDL2570_0507170 |
| CookMDL2570_0507182 |
| CookMDL2570_0507196 |
| CookMDL2570_0507215 |
| CookMDL2570_0507223 |
| CookMDL2570_0507224 |
| CookMDL2570_0509233 |
| CookMDL2570_0509237 |
| CookMDL2570_0509241 |
| CookMDL2570_0509245 |

| |
|---|
| CookMDL2570_0509583 |
| CookMDL2570_0509853 |
| CookMDL2570_0509858 |
| CookMDL2570_0509862 |
| CookMDL2570_0509866 |
| CookMDL2570_0509870 |
| CookMDL2570_0551717 |
| CookMDL2570_0551959 |
| CookMDL2570_0553091 |
| CookMDL2570_0553130 |
| CookMDL2570_0553899 |
| CookMDL2570_0554349 |
| CookMDL2570_0555018 |
| CookMDL2570_0559181 |
| CookMDL2570_0559830 |
| CookMDL2570_0559845 |
| CookMDL2570_0568282 |
| CookMDL2570_0574405 |
| CookMDL2570_0592488 |
| CookMDL2570_0592941 |
| CookMDL2570_0593070 |
| CookMDL2570_0594074 |
| CookMDL2570_0596417 |
| CookMDL2570_0596477 |
| CookMDL2570_0596478 |
| CookMDL2570_0597012 |
| CookMDL2570_0599403 |
| CookMDL2570_0599405 |
| CookMDL2570_0599407 |
| CookMDL2570_0599408 |
| CookMDL2570_0599597 |
| CookMDL2570_0601061 |
| CookMDL2570_0601062 |
| CookMDL2570_0601063 |
| CookMDL2570_0601357 |
| CookMDL2570_0602076 |
| CookMDL2570_0605911 |
| CookMDL2570_0606040 |
| CookMDL2570_0617586 |
| CookMDL2570_0617590 |
| CookMDL2570_0618292 |
| CookMDL2570_0619991 |

| |
|---|
| CookMDL2570_0620496 |
| CookMDL2570_0620557 |
| CookMDL2570_0621261 |
| CookMDL2570_0621517 |
| CookMDL2570_0621525 |
| CookMDL2570_0621528 |
| CookMDL2570_0621673 |
| CookMDL2570_0623669 |
| CookMDL2570_0623726 |
| CookMDL2570_0624087 |
| CookMDL2570_0624088 |
| CookMDL2570_0624129 |
| CookMDL2570_0624906 |
| CookMDL2570_0630215 |
| CookMDL2570_0632012 |
| CookMDL2570_0633366 |
| CookMDL2570_0633475 |
| CookMDL2570_0639933 |
| CookMDL2570_0645453 |
| CookMDL2570_0670708 |
| CookMDL2570_0684939 |
| CookMDL2570_0685162R |
| CookMDL2570_0688066 |
| CookMDL2570_0688224 |
| CookMDL2570_0688329 |
| CookMDL2570_0688572 |
| CookMDL2570_0690700 |
| CookMDL2570_0691231 |
| CookMDL2570_0691553 |
| CookMDL2570_0691907 |
| CookMDL2570_0693098 |
| CookMDL2570_0693157 |
| CookMDL2570_0693163 |
| CookMDL2570_0693295 |
| CookMDL2570_0693299 |
| CookMDL2570_0693564 |
| CookMDL2570_0693891 |
| CookMDL2570_0693892 |
| CookMDL2570_0693894 |
| CookMDL2570_0693938 |
| CookMDL2570_0694199 |
| CookMDL2570_0694511 |

| |
|---|
| CookMDL2570_0694848 |
| CookMDL2570_0694898 |
| CookMDL2570_0694989 |
| CookMDL2570_0695075 |
| CookMDL2570_0695077 |
| CookMDL2570_0695288 |
| CookMDL2570_0695571 |
| CookMDL2570_0695592 |
| CookMDL2570_0695594 |
| CookMDL2570_0695608 |
| CookMDL2570_0695910 |
| CookMDL2570_0695911 |
| CookMDL2570_0695943 |
| CookMDL2570_0695962 |
| CookMDL2570_0696036 |
| CookMDL2570_0708446 |
| CookMDL2570_0708447 |
| CookMDL2570_0708471 |
| CookMDL2570_0708472 |
| CookMDL2570_0708621 |
| CookMDL2570_0708627 |
| CookMDL2570_0708683 |
| CookMDL2570_0718357 |
| CookMDL2570_0718447 |
| CookMDL2570_0718622 |
| CookMDL2570_0719446 |
| CookMDL2570_0719710 |
| CookMDL2570_0719748 |
| CookMDL2570_0719779 |
| CookMDL2570_0719986 |
| CookMDL2570_072 3002 |
| CookMDL2570_0720777 |
| CookMDL2570_0720860 |
| CookMDL2570_0721124 |
| CookMDL2570_0721834 |
| CookMDL2570_0722180 |
| CookMDL2570_0722714 |
| CookMDL2570_0722735 |
| CookMDL2570_0722851 |
| CookMDL2570_0722894 |
| CookMDL2570_0723066 |
| CookMDL2570_0723255 |

| |
|---|
| CookMDL2570_0723725 |
| CookMDL2570_0724079 |
| CookMDL2570_0724171 |
| CookMDL2570_0724258 |
| CookMDL2570_0724284 |
| CookMDL2570_0724325 |
| CookMDL2570_0724421 |
| CookMDL2570_0724794 |
| CookMDL2570_0724927 |
| CookMDL2570_0725094 |
| CookMDL2570_0725098 |
| CookMDL2570_0725102 |
| CookMDL2570_0725123 |
| CookMDL2570_0725382 |
| CookMDL2570_0725625 |
| CookMDL2570_0726060 |
| CookMDL2570_0726177 |
| CookMDL2570_0726286 |
| CookMDL2570_0726297 |
| CookMDL2570_0726439 |
| CookMDL2570_0726445 |
| CookMDL2570_0726454 |
| CookMDL2570_0726475 |
| CookMDL2570_0726479 |
| CookMDL2570_0726647 |
| CookMDL2570_0726698 |
| CookMDL2570_0726941 |
| CookMDL2570_0727033 |
| CookMDL2570_0727046 |
| CookMDL2570_0727047 |
| CookMDL2570_0727059 |
| CookMDL2570_0728313 |
| CookMDL2570_0728328 |
| CookMDL2570_0728332 |
| CookMDL2570_0728372 |
| CookMDL2570_0728373 |
| CookMDL2570_0728819 |
| CookMDL2570_0728831 |
| CookMDL2570_0728842 |
| CookMDL2570_0728846 |
| CookMDL2570_0728860 |
| CookMDL2570_0728931 |

| |
|---|
| CookMDL2570_0728976 |
| CookMDL2570_0728984 |
| CookMDL2570_0729063 |
| CookMDL2570_0729118 |
| CookMDL2570_0729265 |
| CookMDL2570_0729336 |
| CookMDL2570_0729844 |
| CookMDL2570_0729863 |
| CookMDL2570_0729984 |
| CookMDL2570_0729999 |
| CookMDL2570_0730055 |
| CookMDL2570_0730077 |
| CookMDL2570_0730087 |
| CookMDL2570_0730109 |
| CookMDL2570_0730178 |
| CookMDL2570_0730282 |
| CookMDL2570_0730283 |
| CookMDL2570_0730285 |
| CookMDL2570_0730286 |
| CookMDL2570_0730287 |
| CookMDL2570_0730288 |
| CookMDL2570_0730292 |
| CookMDL2570_0730293 |
| CookMDL2570_0730294 |
| CookMDL2570_0730295 |
| CookMDL2570_0730295R |
| CookMDL2570_0730335 |
| CookMDL2570_0730621 |
| CookMDL2570_0730635 |
| CookMDL2570_0730636 |
| CookMDL2570_0730652 |
| CookMDL2570_0730735 |
| CookMDL2570_0730801 |
| CookMDL2570_0730802 |
| CookMDL2570_0731015 |
| CookMDL2570_0731017 |
| CookMDL2570_0731587 |
| CookMDL2570_0731639 |
| CookMDL2570_0731654 |
| CookMDL2570_0731679 |
| CookMDL2570_0731710 |
| CookMDL2570_0731721 |

| |
|---|
| CookMDL2570_0731781 |
| CookMDL2570_0732303 |
| CookMDL2570_0732322 |
| CookMDL2570_0732970 |
| CookMDL2570_0732996 |
| CookMDL2570_0733055 |
| CookMDL2570_0733129 |
| CookMDL2570_0733141 |
| CookMDL2570_0733154 |
| CookMDL2570_0733416 |
| CookMDL2570_0733902 |
| CookMDL2570_0734236 |
| CookMDL2570_0734253 |
| CookMDL2570_0734709 |
| CookMDL2570_0735209 |
| CookMDL2570_0735232 |
| CookMDL2570_0735931 |
| CookMDL2570_0735934 |
| CookMDL2570_0736014 |
| CookMDL2570_0736937 |
| CookMDL2570_0740062 |
| CookMDL2570_0743663 |
| CookMDL2570_0743733 |
| CookMDL2570_0744560 |
| CookMDL2570_0745352 |
| CookMDL2570_0745854 |
| CookMDL2570_0745861 |
| CookMDL2570_0745988 |
| CookMDL2570_0746263 |
| CookMDL2570_0746393 |
| CookMDL2570_0746473 |
| CookMDL2570_0746810 |
| CookMDL2570_0746874 |
| CookMDL2570_0748104 |
| CookMDL2570_0749522 |
| CookMDL2570_0750039 |
| CookMDL2570_0750041 |
| CookMDL2570_0750585 |
| CookMDL2570_0750928 |
| CookMDL2570_0752263 |
| CookMDL2570_0752268 |
| CookMDL2570_0752270 |

| |
|---|
| CookMDL2570_0752386 |
| CookMDL2570_0752850 |
| CookMDL2570_0754570 |
| CookMDL2570_0754595 |
| CookMDL2570_0754598 |
| CookMDL2570_0755189 |
| CookMDL2570_0755530 |
| CookMDL2570_0756001 |
| CookMDL2570_0756391 |
| CookMDL2570_0759946 |
| CookMDL2570_0760392 |
| CookMDL2570_0760396 |
| CookMDL2570_0761712 |
| CookMDL2570_0761829 |
| CookMDL2570_0761908 |
| CookMDL2570_0763033 |
| CookMDL2570_0763908 |
| CookMDL2570_0765232 |
| CookMDL2570_0765319 |
| CookMDL2570_0765339 |
| CookMDL2570_0768544 |
| CookMDL2570_0768789 |
| CookMDL2570_0768790 |
| CookMDL2570_0768791 |
| CookMDL2570_0769643 |
| CookMDL2570_0769790 |
| CookMDL2570_0771220 |
| CookMDL2570_0773691 |
| CookMDL2570_0775567 |
| CookMDL2570_0775568 |
| CookMDL2570_0775693 |
| CookMDL2570_0775694 |
| CookMDL2570_0775816 |
| CookMDL2570_0776054 |
| CookMDL2570_0776057 |
| CookMDL2570_0776519 |
| CookMDL2570_0777401 |
| CookMDL2570_0777564 |
| CookMDL2570_0777762 |
| CookMDL2570_0778053 |
| CookMDL2570_0778080 |
| CookMDL2570_0779185 |

| |
|---|
| CookMDL2570_0779186 |
| CookMDL2570_0779395 |
| CookMDL2570_0779398 |
| CookMDL2570_0779404 |
| CookMDL2570_0779422 |
| CookMDL2570_0779742 |
| CookMDL2570_0779746 |
| CookMDL2570_0779831 |
| CookMDL2570_0779925 |
| CookMDL2570_0779994 |
| CookMDL2570_0780416 |
| CookMDL2570_0780417 |
| CookMDL2570_0781569 |
| CookMDL2570_0783019 |
| CookMDL2570_0783696 |
| CookMDL2570_0784074 |
| CookMDL2570_0784082 |
| CookMDL2570_0784214 |
| CookMDL2570_0784435 |
| CookMDL2570_0795925 |
| CookMDL2570_0796213 |
| CookMDL2570_0796219 |
| CookMDL2570_0797253 |
| CookMDL2570_0797907 |
| CookMDL2570_0797910 |
| CookMDL2570_0797914 |
| CookMDL2570_0799288 |
| CookMDL2570_0799289 |
| CookMDL2570_0799754 |
| CookMDL2570_0799803 |
| CookMDL2570_0800693 |
| CookMDL2570_0801029 |
| CookMDL2570_0801322 |
| CookMDL2570_0801324 |
| CookMDL2570_0801325 |
| CookMDL2570_0801401 |
| CookMDL2570_0801405 |
| CookMDL2570_0801406 |
| CookMDL2570_0805311 |
| CookMDL2570_0805326 |
| CookMDL2570_0805597 |
| CookMDL2570_0805601 |

CookMDL2570_0805629
CookMDL2570_0806541
CookMDL2570_0806850
CookMDL2570_0810082
CookMDL2570_0816940
CookMDL2570_0819407
CookMDL2570_0821389
CookMDL2570_0824291
CookMDL2570_0825604
CookMDL2570_0827870
CookMDL2570_0828280
CookMDL2570_0828618
CookMDL2570_0828649
CookMDL2570_0828828
CookMDL2570_0829662
CookMDL2570_0829959
CookMDL2570_0830424
CookMDL2570_0830425
CookMDL2570_0830509
CookMDL2570_0830510
CookMDL2570_0830611
CookMDL2570_0830744
CookMDL2570_0830777
CookMDL2570_0831050
CookMDL2570_0831155
CookMDL2570_0831156
CookMDL2570_0831292
CookMDL2570_0831782
CookMDL2570_0831783
CookMDL2570_0831982
CookMDL2570_0832182
CookMDL2570_0832192
CookMDL2570_0832250
CookMDL2570_0832315
CookMDL2570_0832329
CookMDL2570_0832532
CookMDL2570_0832537
CookMDL2570_0833688
CookMDL2570_0833690
CookMDL2570_0833838
CookMDL2570_0835278
CookMDL2570_0835306

| |
|---|
| CookMDL2570_0835337 |
| CookMDL2570_0835340 |
| CookMDL2570_0835353 |
| CookMDL2570_0835391 |
| CookMDL2570_0835399 |
| CookMDL2570_0835416 |
| CookMDL2570_0835469 |
| CookMDL2570_0835481 |
| CookMDL2570_0835493 |
| CookMDL2570_0835497 |
| CookMDL2570_0835505 |
| CookMDL2570_0835507 |
| CookMDL2570_0835511 |
| CookMDL2570_0835644 |
| CookMDL2570_0835724 |
| CookMDL2570_0842565 |
| CookMDL2570_0842584 |
| CookMDL2570_0842612 |
| CookMDL2570_0842776 |
| CookMDL2570_0842814 |
| CookMDL2570_0842901 |
| CookMDL2570_0842963 |
| CookMDL2570_0843133 |
| CookMDL2570_0843134 |
| CookMDL2570_0843172 |
| CookMDL2570_0843979 |
| CookMDL2570_0844358 |
| CookMDL2570_0844612 |
| CookMDL2570_0844794 |
| CookMDL2570_0844859 |
| CookMDL2570_0844860 |
| CookMDL2570_0844861 |
| CookMDL2570_0845028 |
| CookMDL2570_0850768 |
| CookMDL2570_0850780 |
| CookMDL2570_0850845 |
| CookMDL2570_0850847 |
| CookMDL2570_0850856 |
| CookMDL2570_0850862 |
| CookMDL2570_0850866 |
| CookMDL2570_0850922 |
| CookMDL2570_0852234 |

| |
|---|
| CookMDL2570_0852237 |
| CookMDL2570_0852275 |
| CookMDL2570_0863419 |
| CookMDL2570_0898574 |
| CookMDL2570_0898575 |
| CookMDL2570_0898577 |
| CookMDL2570_0898631 |
| CookMDL2570_0898919 |
| CookMDL2570_0899106 |
| CookMDL2570_0899603 |
| CookMDL2570_0899621 |
| CookMDL2570_0899622 |
| CookMDL2570_0906848 |
| CookMDL2570_0910383 |
| CookMDL2570_0911795 |
| CookMDL2570_0911860 |
| CookMDL2570_0911861 |
| CookMDL2570_0911862 |
| CookMDL2570_0911863 |
| CookMDL2570_0911864 |
| CookMDL2570_0911865 |
| CookMDL2570_0911866 |
| CookMDL2570_0911867 |
| CookMDL2570_0911868 |
| CookMDL2570_0911869 |
| CookMDL2570_0911870 |
| CookMDL2570_0911871 |
| CookMDL2570_0911872 |
| CookMDL2570_0911873 |
| CookMDL2570_0911874 |
| CookMDL2570_0911875 |
| CookMDL2570_0911876 |
| CookMDL2570_0911901 |
| CookMDL2570_0911902 |
| CookMDL2570_0911927 |
| CookMDL2570_0911928 |
| CookMDL2570_0911929 |
| CookMDL2570_0911930 |
| CookMDL2570_0911931 |
| CookMDL2570_0911932 |
| CookMDL2570_0911933 |
| CookMDL2570_0911934 |

| |
|---|
| CookMDL2570_0911935 |
| CookMDL2570_0911960 |
| CookMDL2570_0911961 |
| CookMDL2570_0911962 |
| CookMDL2570_0911963 |
| CookMDL2570_0911964 |
| CookMDL2570_0911992 |
| CookMDL2570_0911993 |
| CookMDL2570_0911994 |
| CookMDL2570_0911995 |
| CookMDL2570_0911996 |
| CookMDL2570_0911997 |
| CookMDL2570_0911998 |
| CookMDL2570_0911999 |
| CookMDL2570_0912000 |
| CookMDL2570_0912001 |
| CookMDL2570_0912026 |
| CookMDL2570_0912054 |
| CookMDL2570_0912055 |
| CookMDL2570_0912056 |
| CookMDL2570_0912102 |
| CookMDL2570_0913263 |
| CookMDL2570_0913977 |
| CookMDL2570_0917182 |
| CookMDL2570_0936498 |
| CookMDL2570_0961806 |
| CookMDL2570_0961858 |
| CookMDL2570_0961910 |
| CookMDL2570_0961940 |
| CookMDL2570_0962018 |
| CookMDL2570_0962114 |
| CookMDL2570_0962134 |
| CookMDL2570_0962137 |
| CookMDL2570_0962149 |
| CookMDL2570_0962227 |
| CookMDL2570_0962275 |
| CookMDL2570_0962292 |
| CookMDL2570_0962322 |
| CookMDL2570_0962338 |
| CookMDL2570_0963949 |
| CookMDL2570_0964038 |
| CookMDL2570_1027065 |

| |
|---|
| CookMDL2570_1027451 |
| CookMDL2570_1027468 |
| CookMDL2570_1027474 |
| CookMDL2570_1027931 |
| CookMDL2570_1028245 |
| CookMDL2570_1028277 |
| CookMDL2570_1028298 |
| CookMDL2570_1028331 |
| CookMDL2570_1028373 |
| CookMDL2570_1028378 |
| CookMDL2570_1028459 |
| CookMDL2570_1028484 |
| CookMDL2570_1028596 |
| CookMDL2570_1028600 |
| CookMDL2570_1029836 |
| CookMDL2570_1050710 |
| CookMDL2570_1050763 |
| CookMDL2570_1051140 |
| CookMDL2570_1067581 |
| CookMDL2570_1068757 |
| CookMDL2570_1071061 |
| CookMDL2570_1073113 |
| CookMDL2570_1074805 |
| CookMDL2570_1075237 |
| CookMDL2570_1086173 |
| CookMDL2570_1086181 |
| CookMDL2570_1086187 |
| CookMDL2570_1086189 |
| CookMDL2570_1086200 |
| CookMDL2570_1086204 |
| CookMDL2570_1087810 |
| CookMDL2570_1090960 |
| CookMDL2570_1100792 |
| CookMDL2570_1115159 |
| CookMDL2570_1115200 |
| CookMDL2570_1119206 |
| CookMDL2570_1128031 |
| CookMDL2570_1146681 |
| CookMDL2570_1148399 |
| CookMDL2570_1152876 |
| CookMDL2570_1167895 |
| CookMDL2570_1171617 |

| |
|---|
| CookMDL2570_1193880 |
| CookMDL2570_1201218 |
| CookMDL2570_1231169 |
| CookMDL2570_1231278 |
| CookMDL2570_1235380 |
| CookMDL2570_1245575 |
| CookMDL2570_1267435 |
| CookMDL2570_1269514 |
| CookMDL2570_127 216 |
| CookMDL2570_1272123 |
| CookMDL2570_1272124 |
| CookMDL2570_1272144 |
| CookMDL2570_1273798 |
| CookMDL2570_1273971 |
| CookMDL2570_1273986 |
| CookMDL2570_1274006 |
| CookMDL2570_1274226 |
| CookMDL2570_1274236 |
| CookMDL2570_1274254 |
| CookMDL2570_1274325 |
| CookMDL2570_1274443 |
| CookMDL2570_1275421 |
| CookMDL2570_1275903 |
| CookMDL2570_1276007 |
| CookMDL2570_1276027 |
| CookMDL2570_1276030 |
| CookMDL2570_1276105 |
| CookMDL2570_1276497 |
| CookMDL2570_1276636 |
| CookMDL2570_1276756 |
| CookMDL2570_1276891 |
| CookMDL2570_1276893 |
| CookMDL2570_1276894 |
| CookMDL2570_1276895 |
| CookMDL2570_1278060 |
| CookMDL2570_1278066 |
| CookMDL2570_1278067 |
| CookMDL2570_1278073 |
| CookMDL2570_1278416 |
| CookMDL2570_1278446 |
| CookMDL2570_1278754 |
| CookMDL2570_1278817 |

| |
|---|
| CookMDL2570_1278818 |
| CookMDL2570_1278855 |
| CookMDL2570_1278878 |
| CookMDL2570_1278886 |
| CookMDL2570_1278926 |
| CookMDL2570_1279003 |
| CookMDL2570_1279039 |
| CookMDL2570_1279133 |
| CookMDL2570_1279136 |
| CookMDL2570_1281047 |
| CookMDL2570_1281050 |
| CookMDL2570_1281051 |
| CookMDL2570_1282770 |
| CookMDL2570_1283376 |
| CookMDL2570_1283378 |
| CookMDL2570_1283581 |
| CookMDL2570_1283613 |
| CookMDL2570_1283645 |
| CookMDL2570_1283646 |
| CookMDL2570_1283652 |
| CookMDL2570_1283684 |
| CookMDL2570_1285158 |
| CookMDL2570_1287251 |
| CookMDL2570_1288723 |
| CookMDL2570_1297059 |
| CookMDL2570_1297060 |
| CookMDL2570_1299630 |
| CookMDL2570_1300828 |
| CookMDL2570_1300843 |
| CookMDL2570_1300899 |
| CookMDL2570_1305285 |
| CookMDL2570_1305286 |
| CookMDL2570_1306219 |
| CookMDL2570_1360062 |
| CookMDL2570_R0318207 |
| CookMDL2570_R0898631 |
| CookMDL2570_R1087796 |
| CookMDL2570_R108780 |
| CookMDL2570_R1115081 |
| CookMDL2570_R1115107 |
| CookMDL2570_R1115133 |
| CookMDL2570_R127424 |

| |
|---|
| CookMDL2570_R1274248 |
| CookMDL2570_R1276495 |
| CookMDL2570_R1276496 |
| Dotter001516 |
| Dotter001517 |
| Dotter001518 |
| Dotter005922 |
| FDA Blog |
| FDA Safety Comm -2010 |
| FDA Safety Comm 2014 |
| IVC 00001324 |
| IVC00000036 |
| IVC00000117 |
| IVC00000253 |
| IVC00000296 |
| IVC00000345 |
| IVC00000351 |
| IVC00000373 |
| IVC00000878 |
| IVC00000883 |
| IVC00000884 |
| IVC00000900 |
| IVC00000923 |
| IVC00000930 |
| IVC00000956 |
| IVC00000982 |
| IVC00001005 |
| IVC00001045 |
| IVC00001196 |
| IVC00001242 |
| IVC00001250 |
| IVC00001270 |
| IVC00001324 |
| IVC00001371 |
| IVC00001390 |
| IVC00001396 |
| IVC00001399 |
| IVC00001402 |
| IVCF 0003233 |
| IVCF 002055 |
| IVCF 005099 |
| IVCF 005801 |

| |
|---|
| IVCF 014279 |
| IVCF 014636 |
| IVCF 748103 |
| IVCF025008 |
| Arne Molgaard Nielsen depo Exhibit 475 |
| Arne Molgaard Nielsen depo Exhibit 476 |
| Arne Molgaard Nielsen depo Exhibit 477 |
| Arne Molgaard Nielsen depo Exhibit 519 |
| PAVLOCK_0002428 |
| Kaufman00000782 |

All exhibits to all depositions (MDL and case-specific)
All expert reports and exhibits to reports
All images (CT, venogram, ultrasound, x-rays, etc.) produced to date
Demonstrative exhibits

| |
|---|
| The Cook Celect IVC filter, and its parts, retrieved from Tonya Brand's body |
| Exemplars of the Tulip, Celect, Platinum, Greenfield Titanium and the Greenfield Stainless Steel filters |
| Atlanta Gastroenterology medical records, including imaging and billing |
| Atlanta Radiology Consultants medical records, including imaging and billing |
| Atlanta Neurosurgical Associates medical records, including imaging and billing |
| Kaiser Permanente - Georgia Region medical records, including imaging and billing |
| Coventry Insurance records, including billing |
| CVS Pharmacy records, including billing |
| Dekalb Gastroenterology Associates, LLC medical records, including imaging and billing |
| Dekalb Medical Center medical records, including imaging and billing |
| Eastside Medical Center medical records, including imaging and billing |
| Emory St. Joseph Hospital medical records, including imaging and billing |
| Georgia Lab Directors medical records, including imaging and billing |
| Gwinnett Medical Center medical records, including imaging and billing |
| Gwinnett Emergency Physicians medical records, including imaging and billing |
| Kaiser Permanente medical records, including imaging and billing |
| Kaiser Permanent Glenlake Comprehensive Specialty Center medical records, including imaging and billing |
| Kaiser Permanente pharmacy records, including billing |
| Kamean, Jeffrie, MD medical records, including imaging and billing |
| Keller, Scott, MD medical records, including imaging and billing |
| Krebs, Henry, MD medical records, including imaging and billing |
| Kroger Pharmacy records, including  billing |
| Kukler, Mark B, MD medical records, including imaging and billing |

| |
|---|
| Levine, Keith, MD medical records, including imaging and billing |
| Frantz/Mountain East Family Center, including imaging and billing |
| Medicare records, including billing |
| Mountain East Family Medicine medical records, including imaging and billing |
| Morrison, Thomas, MD medical records, including imaging and billing |
| Polaris Spine & Neurosurgery Center medical records, including imaging and billing |
| Northside Hospital/Snellville Imaging medical records, including imaging and billing |
| Northside Hospital/Atlanta medical records, including imaging and billing |
| Northside Meridian Radiology medical records, including imaging and billing |
| Northside Emergency Associates medical records, including imaging and billing |
| North Metropolitan Radiology Associates medical records, including imaging and billing |
| Peachtree Orthopedic Clinic medical records, including imaging and billing |
| Physician Specialists in Anesthesia medical records, including imaging and billing |
| Quest Diagnostics medical records, including imaging and billing |
| Piedmont Hospital medical records, including imaging and billing |
| Reisman, Richard, MD medical records, including imaging and billing |
| Resurgens Orthopaedics - Lawrenceville medical records, including imaging and billing |
| Rheudasil, Mark, MD medical records, including imaging and billing |
| Richard, Robert, MD medical records, including imaging and billing |
| Setty, Gurudatt, MD medical records, including imaging and billing |
| Social Security Administration records, including billing |
| South Gwinnett medical records, including imaging and billing |
| Southern Gastroenterology medical records, including imaging and billing |
| St. Luke's medical records, including imaging and billing |
| Northside Hospital medical records, including imaging and billing |
| Paragon Emergency medical records, including imaging and billing |
| Thai, Phu, MD medical records, including imaging and billing |
| Turton IME imaging medical records, including imaging and billing |
| Vascular Institute of Georgia medical records, including imaging and billing |
| Walgreens pharmacy records, including billing |
| Vergis, Lois, MS, RD medical records, including imaging and billing |