# EXHIBIT GG

# Plaintiff Tonya Brand's Short Exhibit List
## (07.02.2018)

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 1 | CookMDL2570_0061156 | CookMDL2570_0061160 | N/A | Meeting Notes to File with K042067_03.10.2005 |
| 2 | CookMDL2570_0064892 | CookMDL2570_0064893 | N/A | Record of Telephone Contact_03.23.2007 |
| 3 | CookMDL2570_0074636 | CookMDL2570_0074639 | 7/26/2011 | RE: PR38639 |
| 4 | CookMDL2570_0074640 | CookMDL2570_0074645 | 7/26/2011 | IVC filter complications June 2011 |
| 5 | CookMDL2570_0100608 | CookMDL2570_0100626 | 11/4/2014 | TWCrystalReportInteractiveViewer |
| 6 | CookMDL2570_0101560 | CookMDL2570_0101560 | 3/12/2003 | P030118D - Endless Retrievability of Tulip Vena Cava Filter |
| 7 | CookMDL2570_0137963 | CookMDL2570_0137997 | 11/10/2014 | C28001-p0001 - p0034 |
| 8 | CookMDL2570_0198469 | CookMDL2570_0198471 | 9/6/2011 | Re: IVC Filter clinical data |
| 9 | CookMDL2570_0200684 | CookMDL2570_0200684 | 4/12/2005 | Gunther Tulip Complication Stats 041205 |
| 10 | CookMDL2570_0201717 | CookMDL2570_0201725 | 5/2/2005 | Tonys Notes_04.29.2005 |
| 11 | CookMDL2570_0202621 | CookMDL2570_0202621 | 8/4/2004 | Gunther Tulip Vena Cava Filter Testing |
| 12 | CookMDL2570_0300394 | CookMDL2570_0300394 | 4/20/2005 | FDA Reported Tulip Events |
| 13 | CookMDL2570_0334560 | CookMDL2570_0334560 | 7/22/2008 | Manuscript_7.22.2008 |
| 14 | CookMDL2570_0334960 | CookMDL2570_0334961 | 11/20/2007 | RE: Celect 510(k) update |
| 15 | CookMDL2570_0334983 | CookMDL2570_0334985 | 11/19/2007 | FW: Celect Retrieval 510(k): Status as of 11/16 |
| 16 | CookMDL2570_0378763 | CookMDL2570_0378769 | 4/22/2013 | Re: MHRA - DRAFT FOR COMMENT - MEDICAL DEVICE ALERT - IVC FILTERS |
| 17 | CookMDL2570_0379327 | CookMDL2570_0379330 | 6/16/2009 | RE: JVIR |
| 18 | CookMDL2570_0380878 | CookMDL2570_0380882 | 1/28/2008 | RE: JACO VTE Quality Improvement Guidelines |
| 19 | CookMDL2570_0381029 | CookMDL2570_0381123 | 2/13/2008 | FW: COOK TULIP IVC FILTER FOLLOW UP |
| 20 | CookMDL2570_0381124 | CookMDL2570_0381221 | 2/12/2008 | RE: COOK TULIP IVC FILTER FOLLOW UP |
| 21 | CookMDL2570_0382334 | CookMDL2570_0382336 | 8/23/2013 | RE: EHC program updates |
| 22 | CookMDL2570_0382810 | CookMDL2570_0382811 | 6/15/2009 | RE: celect filters |
| 23 | CookMDL2570_0384317 | CookMDL2570_0384317 | 6/24/2003 | Tulip Product Development Strategy Overview 6.03 |

Plaintiff Tonya Brand's Short Exhibit List
(07.02.2018)

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 24 | CookMDL2570_0384357 | CookMDL2570_0384357 | 2/14/2005 | Celect Filter Exec Review Meeting_2.11.2005 |
| 25 | CookMDL2570_0405333 | CookMDL2570_0405335 | 12/23/2010 | FW: Inferior Vena Cava Filters |
| 26 | CookMDL2570_0412397 | CookMDL2570_0412397 | 4/3/2009 | Re: IVC Filter MAUDE results |
| 27 | CookMDL2570_0412417 | CookMDL2570_0412417 | 6/18/2013 | RE: Filter MDRs |
| 28 | CookMDL2570_0414289 | CookMDL2570_0414289 | 4/25/2012 | Summary of the BSIR registry |
| 29 | CookMDL2570_0415316 | CookMDL2570_0415316 | 10/24/2011 | Fwd: Re: SV: FINAL DRAFT RESPONSE for your review |
| 30 | CookMDL2570_0415519 | CookMDL2570_0415522 | 10/17/2011 | RE: Input on responses to clinical questions on 510(k)-Addendum |
| 31 | CookMDL2570_0416429 | CookMDL2570_0416431 | 9/5/2012 | Re: SV: Sentences in IFU |
| 32 | CookMDL2570_0423087 | CookMDL2570_0423088 | 1/18/2010 | RE: CCF MR testing update |
| 33 | CookMDL2570_0427091 | CookMDL2570_0427091 | 5/20/2008 | Email from Alexander to Lyles RE: Celect Committee |
| 34 | CookMDL2570_0427098 | CookMDL2570_0427098 | 8/20/2007 | Interesting Article on UAE |
| 35 | CookMDL2570_0427447 | CookMDL2570_0427447 | 1/6/2009 | Email from Breedlove to Lyles_01.06.2009 |
| 36 | CookMDL2570_0427634 | CookMDL2570_0427634 | 1/16/2008 | 08 president's meeting_PI_011508 |
| 37 | CookMDL2570_0427678 | CookMDL2570_0427679 | 12/28/2007 | RE: Response to Migration of the GT IVCF to the Chest |
| 38 | CookMDL2570_0427903 | CookMDL2570_0427903 | 8/1/2007 | FW: Review of Celect Data on Penetrations |
| 39 | CookMDL2570_0431274 | CookMDL2570_0431275 | 9/6/2006 | RE: Cook CELECT Filter - FDA |
| 40 | CookMDL2570_0431806 | CookMDL2570_0431807 | 5/20/2008 | RE: Celect Filter Costing Business |
| 41 | CookMDL2570_0439717 | CookMDL2570_0439721 | 8/10/2007 | VS: Celect Filter Complaints |
| 42 | CookMDL2570_0444375 | CookMDL2570_0444375 | 8/24/2007 | Celect Complaint...tenting |
| 43 | CookMDL2570_0447770 | CookMDL2570_0447772 | 8/18/2008 | SV: testing tables |
| 44 | CookMDL2570_0449449 | CookMDL2570_0449453 | 2/16/2014 | VS: Standard and IFU text |
| 45 | CookMDL2570_0453346 | CookMDL2570_0453351 | 1/14/2009 | Gunther Rolf DE-Royalty Agreemen_Celect-2006.07.01 |
| 46 | CookMDL2570_0455053 | CookMDL2570_0455053 | 2/9/2006 | Executive Summary Celect Filter |
| 47 | CookMDL2570_0469271 | CookMDL2570_0469274 | 8/22/2006 | RE: Svar: RE: Questions to comments CER |

**Plaintiff Tonya Brand's Short Exhibit List**
**(07.02.2018)**

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 48 | CookMDL2570_0483735 | CookMDL2570_0483735 | 8/31/2004 | Statement & comments regarding the new Tulip filter |
| 49 | CookMDL2570_0484885 | CookMDL2570_0484885 | 5/3/2010 | Celect Modification_rev0 |
| 50 | CookMDL2570_0490785 | CookMDL2570_0490785 | 11/2/2007 | FW: Fillter Meeting Items |
| 51 | CookMDL2570_0551959 | CookMDL2570_0551959 | 11/22/2004 | RE: Studie i Spanien |
| 52 | CookMDL2570_0599407 | CookMDL2570_0599407 | 5/2/2010 | Statement from Celect user |
| 53 | CookMDL2570_0599408 | CookMDL2570_0599408 | 5/2/2010 | Celect evaluations sequence |
| 54 | CookMDL2570_0685162R | CookMDL2570_0685162R | 1/22/2008 | IVC Filter Project Team Meeting Minutes_01.22.2008 |
| 55 | CookMDL2570_0693891 | CookMDL2570_0693891 | 6/22/2015 | Venous Updates - Dealing with the Concern of Strut Penetration |
| 56 | CookMDL2570_0695075 | CookMDL2570_0695076 | 7/31/2007 | RE: Review of Celect Penetrations |
| 57 | CookMDL2570_0695608 | CookMDL2570_0695608 | 5/12/2005 | Svar: Re: Tulip Enhancement and Celect Filter Filing and Clinical Trial |
| 58 | CookMDL2570_0696036 | CookMDL2570_0696036 | 4/21/2005 | Re: Tulip Enhancement and Celect Filter Filing and Clinical Trial |
| 59 | CookMDL2570_0708446 | CookMDL2570_0708446 | 9/22/2009 | Gross Photographs (CI-VCA2) |
| 60 | CookMDL2570_0721124 | CookMDL2570_0721124 | 8/1/2013 | Email from Gerkey to Drs. Allen, Daly and Harlin_08.01.2013 |
| 61 | CookMDL2570_0723255 | CookMDL2570_0723256 | 4/30/2013 | FDA MAUDE Data for Filters |
| 62 | CookMDL2570_0723725 | CookMDL2570_0723729 | 4/9/2013 | FW: translating Celect-related journal articles |
| 63 | CookMDL2570_0726286 | CookMDL2570_0726286 | 1/3/2013 | RE: Filter issue |
| 64 | CookMDL2570_0727047 | CookMDL2570_0727048 | 10/18/2012 | Re: Filter Questions |
| 65 | CookMDL2570_0728842 | CookMDL2570_0728842 | 6/16/2003 | RE: Tulip Retrieval Request List |
| 66 | CookMDL2570_0728976 | CookMDL2570_0728976 | 6/17/2003 | New Filter IP Concerns |
| 67 | CookMDL2570_0728984 | CookMDL2570_0728984 | 6/17/2003 | Tulip Filter Re-design Project Spec |
| 68 | CookMDL2570_0729984 | CookMDL2570_0729995 | 10/11/2005 | 2005 IVC Filter Product Planning Meeting |
| 69 | CookMDL2570_0730109 | CookMDL2570_0730109 | 5/4/2004 | History and Role of Vena Cava Filters |
| 70 | CookMDL2570_0730636 | CookMDL2570_0730636 | 1/12/2005 | IVC Filter Research Service Proposals 011205 |
| 71 | CookMDL2570_0735209 | CookMDL2570_0735209 | 4/15/2004 | New IVC Filter Product Marketing Plan v1.1 |

**Plaintiff Tonya Brand's Short Exhibit List**
**(07.02.2018)**

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 72 | CookMDL2570_0743733 | CookMDL2570_0743752 | 12/17/2015 | PR 38639 |
| 73 | CookMDL2570_0744560 | CookMDL2570_0744563 | 10/19/2012 | PR 38639 - Dr. Timperman's Revised Review 10.19.12 |
| 74 | CookMDL2570_0765319 | CookMDL2570_0765319 | 12/17/2002 | Emaile from Arne to Gunter RE: Retrievable_12.17.2002 |
| 75 | CookMDL2570_0776519 | CookMDL2570_0776520 | 2/9/2007 | Email from Arne RE: SV_02.09.2007 |
| 76 | CookMDL2570_0779404 | CookMDL2570_0779405 | 4/28/2009 | SV: Referat MHRA |
| 77 | CookMDL2570_0780417 | CookMDL2570_0780417 | 10/28/2007 | Conference Call Minutes_10.22.2007 |
| 78 | CookMDL2570_0783696 | CookMDL2570_0783697 | 2/26/2003 | Re: Vedr.: Tulip |
| 79 | CookMDL2570_0796213 | CookMDL2570_0796215 | 3/9/2010 | SV: filter evaluering |
| 80 | CookMDL2570_0796219 | CookMDL2570_0796220 | 3/4/2010 | VS: filter evaluering |
| 81 | CookMDL2570_0797907 | CookMDL2570_0797907 | 11/12/2012 | FILTER STORY 2012 |
| 82 | CookMDL2570_0805629 | CookMDL2570_0805629 | 3/14/2013 | TS110172-R |
| 83 | CookMDL2570_0828618 | CookMDL2570_0828618 | 8/24/2003 | Tulip-new-design |
| 84 | CookMDL2570_0831292 | CookMDL2570_0831292 | 8/28/2001 | Royalty agreement |
| 85 | CookMDL2570_0842776 | CookMDL2570_0842776 | 3/30/2004 | RE: Fatigue Tesitng |
| 86 | CookMDL2570_0850856 | CookMDL2570_0850860 | 8/17/2006 | RE: Svar: RE: Celect Clinical Evidence Report-draft 1 |
| 87 | CookMDL2570_1028245 | CookMDL2570_1028246 | 10/3/2006 | FW: Svar: RE: Royalty agreement with Prof. Gunther |
| 88 | CookMDL2570_1028600 | CookMDL2570_1028600 | 7/16/2008 | Evaluation of the animal experiment at Skejby |
| 89 | CookMDL2570_1276027 | CookMDL2570_1276027 | 2/1/2017 | RETRIEVAL |
| 90 | CookMDL2570_1278067 | CookMDL2570_1278067 | 4/22/2008 | Messages related to Projects_v3 |
| 91 | CookMDL2570_1279039 | CookMDL2570_1279039 | 9/29/2006 | Fwd: Cook Celect Filter - final approval |
| 92 | CookMDL2570_1299630 | CookMDL2570_1299630 | 9/25/2017 | BrownJen_Notebook02_03 |
| 93 | CookMDL2570_1300828 | CookMDL2570_1300828 | N/A | Message from Fleck RE: IVC Filter MDR's |
| 94 | CookMDL2570_1300843 | CookMDL2570_1300878 | N/A | Memo RE: Medical Device Reports for IVC Filters |
| 95 | CookMDL2570_1300899 | CookMDL2570_1300899 | 8/20/2016 | IVC Filters MAUDE Database Summary_8.19.2016 |

**Plaintiff Tonya Brand's Short Exhibit List**
**(07.02.2018)**

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 96 | CookMDL2570_1305286 | CookMDL2570_1305297 | N/A | Griffin Report_10.21.2014 (Griffin Depo Exhibit 24) |
| 97 | Dotter005922 | Dotter005923 | 8/8/2016 | RE: Cook Filter Project - Updated Questions and Agenda |
| 98 | IVC00000884 | IVC00000888 | 9/21/2006 | IVC Filter SBU Plan v1.3_2005 |
| 99 | IVC00001250 | IVC00001269 | 9/21/2006 | 510K Clot trap 160604 |
| 100 | PAVLOCK_0002428 | PAVLOCK_0002428 | N/A | Memo Re: 2005 Sales Results and 2006 Goals_01.22.2006 |
| 101 | CookMDL2570_0001843 | CookMDL2570_0001859 | 42028 | Cook Global Code of Conduct_2009 |
| 102 | CookMDL2570_0061161 | CookMDL2570_0061162 | N/A | Official NSE Letter_02.07.2005 |
| 103 | CookMDL2570_0074596 | CookMDL2570_0074598 | 41828 | MedWatch Form 3500A |
| 104 | CookMDL2570_0141525 | CookMDL2570_0141530 | 39371 | TF-Compl-050-200-rev01-091007 |
| 105 | CookMDL2570_0144641 | CookMDL2570_0144641 | 41254 | QERA 014 CELECT |
| 106 | CookMDL2570_0182367 | CookMDL2570_0182367 | 41744 | Record of Telephone Contact_09.29.2003 |
| 107 | CookMDL2570_0182596 | CookMDL2570_0182609 | 41744 | IDE Pilot Study Final Report Number |
| 108 | CookMDL2570_0183415 | CookMDL2570_0183423 | 41745 | Lavender Docs |
| 109 | CookMDL2570_0196262 | CookMDL2570_0196266 | 42088 | SKMBT_C652D15032510202 |
| 110 | CookMDL2570_0197378 | CookMDL2570_0197393 | 41508 | RE: Cook Celect IVC Filter - new response to MHRA |
| 111 | CookMDL2570_0198238 | CookMDL2570_0198238 | 40955 | AVF Presentation 2012 |
| 112 | CookMDL2570_0198998 | CookMDL2570_0199000 | 40792 | RE: IVC Filter clinical data |
| 113 | CookMDL2570_0207170 | CookMDL2570_0207170 | 40721 | CI-VCCP Report_ FINAL |
| 114 | CookMDL2570_0301647 | CookMDL2570_0301652 | 41509 | Re: FPS Update: IVC Filters - Selling Against Bard Denali v2 |
| 115 | CookMDL2570_0302448 | CookMDL2570_0302448 | 41500 | RE: CCall: Venous Task Force Initial |
| 116 | CookMDL2570_0322470 | CookMDL2570_0322473 | 41257 | RE: Previously published trial - similary results to cleveland clinic |
| 117 | CookMDL2570_0323220 | CookMDL2570_0323221 | 41253 | Cook IVC Filters |
| 118 | CookMDL2570_0331352 | CookMDL2570_0331354 | 40575 | RE: CTAF assessment of IVC filter placement -- Draft |

**Plaintiff Tonya Brand's Short Exhibit List**
**(07.02.2018)**

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 119 | CookMDL2570_0335192 | CookMDL2570_0335194 | 39224 | RE: Vena Cava Projects |
| 120 | CookMDL2570_0335195 | CookMDL2570_0335196 | 39224 | RE: Vena Cava Projects |
| 121 | CookMDL2570_0375090 | CookMDL2570_0375094 | 41450 | PS130005 Celect Filter 522 Order |
| 122 | CookMDL2570_0380941 | CookMDL2570_0380944 | 39404 | RE: Nov JVIR Paper |
| 123 | CookMDL2570_0380981 | CookMDL2570_0380983 | 39386 | Creative assistance email from Gour to Wilkinson, et al._10.31.2007 |
| 124 | CookMDL2570_0382232 | CookMDL2570_0382235 | 39400 | FW: Nov JVIR Paper |
| 125 | CookMDL2570_0384261 | CookMDL2570_0384261 | 37785 | Gunther Tulip Filter Update 6-13-03 |
| 126 | CookMDL2570_0384278 | CookMDL2570_0384278 | 37802 | New IVC Filter Animal Study Parameters Questions 063003 |
| 127 | CookMDL2570_0390657 | CookMDL2570_0390657 | 40015 | Lyon_et_al_JVIR_response |
| 128 | CookMDL2570_0411325 | CookMDL2570_0411326 | 40546 | Re: Abstracts from Elsevier Health Sciences |
| 129 | CookMDL2570_0412377 | CookMDL2570_0412378 | 41066 | Email between Brown & Busenbark |
| 130 | CookMDL2570_0416155 | CookMDL2570_0416155 | 41619 | Report Final |
| 131 | CookMDL2570_0424275 | CookMDL2570_0424275 | 40784 | 2011 Cleveland Stent Summit Fract Perf v4 |
| 132 | CookMDL2570_0427438 | CookMDL2570_0427439 | 39652 | FW: Manuscript on Pseudopenetrations |
| 133 | CookMDL2570_0431120 | CookMDL2570_0431121 | 39038 | FW: Celect 510(k) issues |
| 134 | CookMDL2570_0445999 | CookMDL2570_0445999 | 39461 | RE: Celect |
| 135 | CookMDL2570_0446232 | CookMDL2570_0446233 | 39393 | FW: Celect vs. Tulip |
| 136 | CookMDL2570_0447778 | CookMDL2570_0447778 | 39672 | Celect 510(k) testing summaries 7 (wce comments) |
| 137 | CookMDL2570_0456793 | CookMDL2570_0456794 | 39535 | SV: Celect Complaints |
| 138 | CookMDL2570_0461617 | CookMDL2570_0461617 | 38383 | RE: Flat Plate Fatigue Testing - Celect |
| 139 | CookMDL2570_0468982 | CookMDL2570_0468984 | 39155 | 2007-03-14 Celect - Product Release |
| 140 | CookMDL2570_0483541 | CookMDL2570_0483541 | 38399 | Celect Filter Clinical Protocol |
| 141 | CookMDL2570_0592488 | CookMDL2570_0592489 | 41368 | Re: Venous Drive-Thru Podcast #3 - Concern with IVC Filter Tilt |
| 142 | CookMDL2570_0621528 | CookMDL2570_0621528 | 38917 | CI0012#0_Initial Review Response 130706 |
| 143 | CookMDL2570_0693163 | CookMDL2570_0693163 | 38202 | SellingtheGuntherTulip8-2004 |
| 144 | CookMDL2570_0693299 | CookMDL2570_0693299 | 41912 | APPROVED Celect Discontinuation Letter |

## Plaintiff Tonya Brand's Short Exhibit List
## (07.02.2018)

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 145 | CookMDL2570_0695911 | CookMDL2570_0695911 | 39053 | Filter Exec Comm Minutes 042005 |
| 146 | CookMDL2570_0695962 | CookMDL2570_0695962 | 39053 | Filter.042005 |
| 147 | CookMDL2570_0719446 | CookMDL2570_0719447 | 41548 | Email Fw: Penetration v.s. preforation data |
| 148 | CookMDL2570_0719710 | CookMDL2570_0719712 | 41543 | RE: Emailing: Lyon - Celect Short and Long Term Retrieval |
| 149 | CookMDL2570_0720860 | CookMDL2570_0720861 | 41507 | Re: DEN_BRO_6pg-S120297r0 |
| 150 | CookMDL2570_0721834 | CookMDL2570_0721836 | 41439 | RE: Celect Filter |
| 151 | CookMDL2570_0722714 | CookMDL2570_0722715 | 41415 | RE: Emailing: Arrowhead_BPRF_052013 |
| 152 | CookMDL2570_0722735 | CookMDL2570_0722736 | 41414 | RE: filter talk |
| 153 | CookMDL2570_0722851 | CookMDL2570_0722851 | 41411 | Fwd: Celect filter case |
| 154 | CookMDL2570_0722894 | CookMDL2570_0722896 | 41410 | RE: filters |
| 155 | CookMDL2570_0723002 | CookMDL2570_0723005 | 41409 | Re: R: Filter talk |
| 156 | CookMDL2570_0724421 | CookMDL2570_0724423 | 41352 | RE: 2013 Filter Sales Strategy |
| 157 | CookMDL2570_0725094 | CookMDL2570_0725097 | 41319 | RE: WhatsApp image |
| 158 | CookMDL2570_0725625 | CookMDL2570_0725626 | 41297 | Re: what do you think of this?... |
| 159 | CookMDL2570_0726297 | CookMDL2570_0726298 | 41267 | RE: LeeSar Difficult Filter Retrieval |
| 160 | CookMDL2570_0726439 | CookMDL2570_0726441 | 41257 | Re: IVC Filter Update - Celect Filter Article |
| 161 | CookMDL2570_0726445 | CookMDL2570_0726446 | 41260 | FW: unretrievable IVC filter |
| 162 | CookMDL2570_0726454 | CookMDL2570_0726455 | 41257 | RE: Previously published trial - similary results to cleveland clinic |
| 163 | CookMDL2570_0726479 | CookMDL2570_0726482 | 41256 | Re: JVIR Filter article - Celect Penetration |
| 164 | CookMDL2570_0726698 | CookMDL2570_0726698 | 41226 | RE: Efficacy of Celect Filter while tilted |
| 165 | CookMDL2570_0727033 | CookMDL2570_0727033 | 41204 | Re: Celect secondary leg |
| 166 | CookMDL2570_0727059 | CookMDL2570_0727059 | 41199 | RE: Filter Degree to Tilt Paper |
| 167 | CookMDL2570_0728372 | CookMDL2570_0728372 | 38287 | 2005 SBU plan FILTERS - MG |
| 168 | CookMDL2570_0728860 | CookMDL2570_0728860 | 37785 | RE: table for Gunther IFU |
| 169 | CookMDL2570_0729265 | CookMDL2570_0729271 | 40485 | RE: Updated Exhibit A and Cross Reference |
| 170 | CookMDL2570_0729863 | CookMDL2570_0729863 | 41121 | Cook Vena Cava Filters messaging 073112 |
| 171 | CookMDL2570_0730055 | CookMDL2570_0730055 | 38484 | FDA Maude Site |
| 172 | CookMDL2570_0732303 | CookMDL2570_0732303 | 38490 | Cook Venous Intervention Market Team |

## Plaintiff Tonya Brand's Short Exhibit List
### (07.02.2018)

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 173 | CookMDL2570_0732996 | CookMDL2570_0732996 | 41530 | Fractured Celect Filter |
| 174 | CookMDL2570_0733141 | CookMDL2570_0733141 | 41173 | RE: Supporting documents to sell against Meridian Filter |
| 175 | CookMDL2570_0733154 | CookMDL2570_0733155 | 41365 | RE: FPS Update: IVC Filters - Reducing tilt on femoral placement |
| 176 | CookMDL2570_0735931 | CookMDL2570_0735931 | 39307 | Cook Celect Filter Introduction - Midwest Reg Mtg |
| 177 | CookMDL2570_0735934 | CookMDL2570_0735934 | 39310 | Cook Celect Filter Introduction - US Launch |
| 178 | CookMDL2570_0743662 | CookMDL2570_0743664 | 42355 | 111183_Pre-eMDR MedWatch Report-Legacy |
| 179 | CookMDL2570_0745854 | CookMDL2570_0745854 | 41619 | Email from Vorhees to Brown & Nolte_12.11.2013 |
| 180 | CookMDL2570_0761712 | CookMDL2570_0761712 | 38202 | Minutes RA Steering Committee 072604 |
| 181 | CookMDL2570_0781569 | CookMDL2570_0781570 | 39559 | SV: Need your help |
| 182 | CookMDL2570_0797910 | CookMDL2570_0797913 | 39232 | VS: WCE-129, C200307M/AUS |
| 183 | CookMDL2570_0805311 | CookMDL2570_0805315 | 40667 | SV: SV: Articles |
| 184 | CookMDL2570_0806850 | CookMDL2570_0806855 | 41556 | SV: Re evaluering af reportable PR54911 |
| 185 | CookMDL2570_0816940 | CookMDL2570_0816940 | 40268 | Filter response to TGA |
| 186 | CookMDL2570_0828280 | CookMDL2570_0828282 | 41178 | SV: Request for data - VCFs |
| 187 | CookMDL2570_0831155 | CookMDL2570_0831155 | 38406 | Celect protocol conference call minutes from Feb 22, 2005 |
| 188 | CookMDL2570_0833688 | CookMDL2570_0833688 | 40235 | Hej Arne |
| 189 | COOKMDL2570_0835337 | COOKMDL2570_0835339 | 42457 | IVC Filter History v5 |
| 190 | COOKMDL2570_0835391 | COOKMDL2570_0835398 | 42457 | Appendix A_Pre-IDE I120811 Meeting Minutes |
| 191 | CookMDL2570_0844358 | CookMDL2570_0844361 | 39254 | Referat - Filter Projecktgruppemode |
| 192 | CookMDL2570_1028298 | CookMDL2570_1028298 | 38933 | Gunther Royalty on Celect |
| 193 | CookMDL2570_1028484 | CookMDL2570_1028484 | 38383 | Celect and the FDA |
| 194 | CookMDL2570_1272123 | CookMDL2570_1272123 | 37831 | Tulip Market Share Information |
| 195 | CookMDL2570_1273971 | CookMDL2570_1273974 | 40428 | RE: Filter study data |
| 196 | CookMDL2570_1278878 | CookMDL2570_1278878 | 39210 | Celect Imaging Observation |

**Plaintiff Tonya Brand's Short Exhibit List**
**(07.02.2018)**

| Short List Designation | ProdBegBates | ProdEndBates | Doc Date | Description |
|---|---|---|---|---|
| 197 | CookMDL2570_1279003 | CookMDL2570_1279005 | 38777 | RE: Argument for minimal/equivalent risk of migration |
| 198 | CookMDL2570_1297059 | CookMDL2570_1297059 | 38982 | Record of Telephone Contact - David Buckles 22Aug2006 |
| 199 | CookMDL2570_R1276496 | CookMDL2570_R1276496 | 39419 | Bruce Fleck 2007 Accomplishments |
| 200 | PI-MB-IVCCPFG-EN-201304 | N/A | N/A | Patient guide (PI-MB-IVCCPFG-EN-201304) |