**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL**
**THE COOK DEFENDANTS' OMNIBUS MEMORANDUM IN SUPPORT OF**
**NEWLY FILED MOTIONS IN LIMINE AND EXHIBITS THERETO**

Pursuant to Local Rule 5-11(d)(2)(A), the Cook Defendants[1] respectfully move the Court

to maintain under seal The Cook Defendants' Omnibus Memorandum in Support of Newly Filed

Motions in Limine and **Exhibits G, H, I, L, M, Q, R, S, V, Z, AA, BB, CC, HH, II, JJ, and**

**KK** thereto.  In support of this motion, the Cook Defendants state:

**LEGAL STANDARD**

1.       Under Federal Rule of Civil Procedure 26(c)(1)(G), the court may, "for good

cause," enter an order "requiring that a trade secret or other confidential research, development,

or commercial information not be revealed or be revealed only in a specified way."  *See also*

*Baxter International, Inc. v. Abbott Laboratories*, 297 F.3d 544, 546 (7th Cir. 2002) (documents

that "meet the definition of trade secret or other categories of bona fide long-term

confidentiality" may be sealed).  Likewise, private health information should be maintained

---

[1]   The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical
    Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook").