**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

In accordance with Local Rule 7.1 (e) (2), Plaintiff respectfully moves this Court for an Order granting her leave to file a response brief in excess of 35 pages, specifically Plaintiff Brand's Brief in Opposition to Defendants' Motion for Summary Judgment. This response brief will be electronically filed on August 9, 2018.  In support of this motion, Plaintiff states:

1. Local Rule 7.1 provides that response briefs (excluding table of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court.  *See* Local Rule 7.1.

2. The Plaintiff hereby requests leave to file a response brief in excess of 35 pages.

3. The undersigned counsel states that he has used his best efforts to present his arguments as efficiently as possible in response to Defendants' 42-page memorandum in support of their motion for summary judgment, but finds it necessary to request leave of court to exceed the 35 page maximum set forth in Local Rule 7.1 (e) (2). Defendants make a number of different

1

arguments in only a page or two that require multiple pages in response to correctly explain the applicable Georgia law, summarize the necessary summary judgment evidence and explain why that summary judgment evidence raises genuine issues of material fact.

4. The Plaintiff will be able to adequately address the issues raised ~~in~~ in the motion in a reasonable number of pages not to exceed 55. ~~along with Statement of Additional Facts and Statement of Disputed Facts.~~

5. Pursuant to Local Rules 7-1(e)~~-~~(3) and 56(b), Plaintiff ~~has~~will includ~~ed a~~ tables of contents and authorities~~,~~ and a ~~s~~Statement of Material ~~f~~Facts in Dispute~~, and a table of authorities~~ in her Response.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her leave to file ~~a response brief in excess of 35 pages in a~~ Plaintiff Brand's Brief in Opposition to Defendants' Motion for Summary Judgment that exceeds 35 pages.

Dated: August 7~~6~~, 2018.

                Respectfully Submitted,

                */s/ Joseph N. Williams*_____
                Joseph N. Williams, Atty. No. 25874-49
                Riley Williams & Piatt, LLC
                301 Massachusetts Avenue
                Indianapolis, IN 46204
                Telephone: (317) 633-5270
                Facsimile: (317) 426-3348
                Email: jwilliams@rwp-law.com
                *Liaison Counsel to Plaintiffs' Steering Committee*
                *and on behalf of Plaintiffs' Steering Committee*

                */s/ Michael W. Heaviside*_____

Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

~~I hereby certify that on September 6, 2017 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:~~

~~Anthony James Urban~~
~~Law Offices of Anthony Urban, PC~~
~~474 N. Centre Street, 3rd Floor~~
~~Pottsville, PA 17901~~

~~Brian J. Urban~~
~~Law Offices of Anthony Urban, PC~~
~~474 N. Centre Street, 3r Floor~~
~~Pottsville, PA 17901~~

~~Carrie R. Capouellez~~
~~Lopez McHugh, LLP~~
~~214 Flynn Avenue~~
~~Moorestown, NJ 08057~~

~~Caleb Hoff Didricksen, III~~
~~Didricksen Law Firm, PLC~~
~~3114 Canal Street~~
~~New Orleans, LA 70119~~

~~Carl A. Woods, III~~
~~Didriksen Law Firm~~
~~3114 Canal Street~~
~~New Orleans, LA 70119~~

~~Cliff W. Marcek~~
~~Cliff W. Marcek, P.C.~~
~~700 S. Third Street~~
~~Las Vegas, NV 89101~~

~~Curtis Hoke~~
~~The Miller Firm LLC~~
~~The Sherman Building~~
~~108 Railroad Avenue~~
~~Orange, VA 22960~~

~~David Carl Anderson~~
~~Anderson Law~~
~~711 Van Ness Avenue~~
~~Suite 220~~
~~San Francisco, CA 94102~~

~~John Cornew~~
~~409 E. Maple ave~~
~~Lindenwold, NJ 08021~~

~~James R. Olson~~
~~Olson, Cannon, Gormley, Angulo~~
~~& Stoberski~~
~~9950 West Cheyenne Avenue~~
~~Las Vegas, NV 89129~~

~~Jay Harris~~
~~Harris, Reny & Torzewski~~
~~3rd Floor~~
~~Two Maritime Plaza~~
~~Toledo, OH 43604~~

~~Joseph A. Napiltonia~~
~~Law Office of Joe Napiltonia~~
~~213 3rd Avenue North~~
~~Franklin, TN 37064~~

~~Joseph G. Sauder~~
~~Chimicles & Tikellis, LLP~~
~~361 West Lancaster Avenue~~
~~Haverford, PA 19041~~

~~Max E. Corrick~~
~~Olson, Cannon, Gormley,~~
~~Desruisseaux~~
~~9950 West Cheyenne Avenue~~
~~Las Vegas, NV 89129~~

4

~~Neal Lewis Moskow~~
~~Ury & Moskow~~
~~883 Black Rock Turnpike~~
~~Fairfield, CT 06825~~

~~Philip Sholtz~~
~~The Driscoll Firm, P.C.~~
~~211 N. Broadway, 40th Floor~~
~~St. Louis, MO 63102~~

~~W. Bryan Smith~~
~~Morgan & Morgan, LLC~~
~~2600 One Commerce Square~~
~~Memphis, TN 38103~~

~~Peter C. Wetherall~~
~~Wetherall Group, LTD~~
~~9345 W. Sunset Road, Suite 100~~
~~Las Vegas, NV 89148~~

~~Richard A. Freese~~
~~Langston Sweet & Freese PA~~
~~The Morgan Keegan Center~~
~~2900 Highway 280, Suite 240~~
~~Birmingham, AL 35223~~

~~Wilnar Jeanne Julmiste~~
~~Anderson Glenn LLP-Boca Raton,~~
~~FL~~
~~2201 NW Corporate Blvd, Suite 100~~
~~Boca Raton, FL 33431~~

~~*/s/ Ben C. Martin*~~
~~Ben C. Martin~~

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin

5