**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE A RESPONSE BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

In accordance with Local Rule 7.1 (e) (2), Plaintiff respectfully moves this Court for an Order granting her leave to file a response brief in excess of 35 pages, specifically Plaintiff Brand's Brief in Opposition to Defendants' Motion for Summary Judgment. This response brief will be electronically filed on August 9, 2018. In support of this motion, Plaintiff states:

1. Local Rule 7.1 provides that response briefs (excluding table of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7.1.

2. The Plaintiff hereby requests leave to file a response brief in excess of 35 pages.

3. The undersigned counsel states that he has used his best efforts to present his arguments as efficiently as possible in response to Defendants' 42-page memorandum in support of their motion for summary judgment, but finds it necessary to request leave of court to exceed the 35 page maximum set forth in Local Rule 7.1 (e) (2). Defendants make a number of different arguments in only a page or two that require multiple pages in response to correctly explain the

1

applicable Georgia law, summarize the necessary summary judgment evidence and explain why that summary judgment evidence raises genuine issues of material fact.

4. The Plaintiff will be able to adequately address the issues raised in the motion in a reasonable number of pages not to exceed 55.

5. Pursuant to Local Rules 7-1(e)(3) and 56(b), Plaintiff will include tables of contents and authorities and a Statement of Material Facts in Dispute in her Response.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her leave to file Plaintiff Brand's Brief in Opposition to Defendants' Motion for Summary Judgment that exceeds 35 pages.

Dated:  August 7, 2018.

Respectfully Submitted,

/s/ Joseph N. Williams_____
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee
and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

2

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin