**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:

Cause No.    1:14-cv-06018-RLY-TAB (Tonya Brand)

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

        In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| Minnesota | October 23, 2007 | I.D. No. 0387663 |
| UNITED STATES DISTRICT COURT ADMISSIONS | | |
| District of Minnesota | November 5, 2008 | None |
| District of Western Wisconsin | April 4, 2011 | None |
| District of Northern Florida | August 15, 2012 | None |
| District of Central Illinois | January 22, 2015 | None |

I make this appearance as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:   August 7, 2018

/s/  Christine R. M. Kain
Christine R. M. Kain
FAEGRE BAKER DANIELS LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone:  (612) 766-8743
Facsimile:  (612) 766-1600
E-Mail:  Christine.kain@FaegreBD.com

US.119235976.01

2

Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

2

US.119235976.01

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/  Christine R. M. Kain


3