# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-03304 | 1:16-cv-03322 | 1:16-cv-03348 | 1:16-cv-03398 | 1:16-cv-03410 |
| 1:16-cv-03305 | 1:16-cv-03323 | 1:16-cv-03357 | 1:16-cv-03399 | 1:16-cv-03413 |
| 1:16-cv-03309 | 1:16-cv-03324 | 1:16-cv-03365 | 1:16-cv-03400 | 1:16-cv-03421 |
| 1:16-cv-03310 | 1:16-cv-03325 | 1:16-cv-03366 | 1:16-cv-03401 | 1:16-cv-03424 |
| 1:16-cv-03311 | 1:16-cv-03327 | 1:16-cv-03371 | 1:16-cv-03402 | 1:16-cv-03429 |
| 1:16-cv-03312 | 1:16-cv-03328 | 1:16-cv-03372 | 1:16-cv-03403 | 1:16-cv-03430 |
| 1:16-cv-03313 | 1:16-cv-03330 | 1:16-cv-03378 | 1:16-cv-03406 | 1:16-cv-03431 |
| 1:16-cv-03317 | 1:16-cv-03341 | 1:16-cv-03388 | 1:16-cv-03407 | 1:16-cv-03432 |
| 1:16-cv-03320 | 1:16-cv-03345 | 1:16-cv-03389 | 1:16-cv-03408 | 1:16-cv-03433 |
| 1:16-cv-03321 | 1:16-cv-03346 | 1:16-cv-03390 | 1:16-cv-03409 | 1:16-cv-03434 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.119214524.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ Kip S. M. McDonald

US.119214524.01