IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-03435 | 1:16-cv-03458 | 1:16-cv-03486 | 1:16-cv-03527 | 1:16-cv-06033 |
| 1:16-cv-03436 | 1:16-cv-03459 | 1:16-cv-03490 | 1:16-cv-03530 | 1:16-cv-06034 |
| 1:16-cv-03443 | 1:16-cv-03466 | 1:16-cv-03496 | 1:16-cv-03531 | 1:16-cv-06035 |
| 1:16-cv-03444 | 1:16-cv-03468 | 1:16-cv-03507 | 1:16-cv-03532 | 1:16-cv-06041 |
| 1:16-cv-03446 | 1:16-cv-03469 | 1:16-cv-03510 | 1:16-cv-03533 | 1:16-cv-06042 |
| 1:16-cv-03447 | 1:16-cv-03470 | 1:16-cv-03511 | 1:16-cv-03535 | 1:16-cv-06043 |
| 1:16-cv-03450 | 1:16-cv-03471 | 1:16-cv-03512 | 1:16-cv-03540 | 1:16-cv-06044 |
| 1:16-cv-03453 | 1:16-cv-03475 | 1:16-cv-03522 | 1:16-cv-03541 | 1:16-cv-06045 |
| 1:16-cv-03454 | 1:16-cv-03476 | 1:16-cv-03523 | 1:16-cv-00481 | 1:16-cv-06046 |
| 1:16-cv-03456 | 1:16-cv-03481 | 1:16-cv-03524 | 1:16-cv-06032 | 1:16-cv-06047 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119214530.01

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        /s/ Kip S. M. McDonald