IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-06048 | 1:17-cv-00018 | 1:17-cv-00054 | 1:17-cv-00104 | 1:17-cv-00131 |
| 1:16-cv-06053 | 1:17-cv-00020 | 1:17-cv-00056 | 1:17-cv-00106 | 1:17-cv-00140 |
| 1:16-cv-06030 | 1:17-cv-00023 | 1:17-cv-00060 | 1:17-cv-00107 | 1:17-cv-00143 |
| 1:17:cv-03131 | 1:17-cv-00027 | 1:17-cv-00063 | 1:17-cv-00110 | 1:17-cv-00151 |
| 1:17-cv-02682 | 1:17-cv-00030 | 1:17-cv-00069 | 1:17-cv-00111 | 1:17-cv-00152 |
| 1:17-cv-00004 | 1:17-cv-00031 | 1:17-cv-00076 | 1:17-cv-00112 | 1:17-cv-00153 |
| 1:17-cv-00007 | 1:17-cv-00037 | 1:17-cv-00077 | 1:17-cv-00115 | 1:17-cv-00156 |
| 1:17-cv-00014 | 1:17-cv-00041 | 1:17-cv-00078 | 1:17-cv-00126 | 1:17-cv-00158 |
| 1:17-cv-00016 | 1:17-cv-00042 | 1:17-cv-00094 | 1:17-cv-00128 | 1:17-cv-00159 |
| 1:17-cv-00017 | 1:17-cv-00047 | 1:17-cv-00101 | 1:17-cv-00130 | 1:17-cv-00161 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald