# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00162 | 1:17-cv-00192 | 1:17-cv-00218 | 1:17-cv-00251 | 1:17-cv-00274 |
| 1:17-cv-00163 | 1:17-cv-00195 | 1:17-cv-00219 | 1:17-cv-00252 | 1:17-cv-00275 |
| 1:17-cv-00164 | 1:17-cv-00196 | 1:17-cv-00222 | 1:17-cv-00254 | 1:17-cv-00276 |
| 1:17-cv-00166 | 1:17-cv-00198 | 1:17-cv-00232 | 1:17-cv-00255 | 1:17-cv-00277 |
| 1:17-cv-00171 | 1:17-cv-00201 | 1:17-cv-00233 | 1:17-cv-00256 | 1:17-cv-00293 |
| 1:17-cv-00172 | 1:17-cv-00209 | 1:17-cv-00237 | 1:17-cv-00262 | 1:17-cv-00294 |
| 1:17-cv-00176 | 1:17-cv-00212 | 1:17-cv-00241 | 1:17-cv-00263 | 1:17-cv-00295 |
| 1:17-cv-00178 | 1:17-cv-00213 | 1:17-cv-00244 | 1:17-cv-00266 | 1:17-cv-00296 |
| 1:17-cv-00185 | 1:17-cv-00215 | 1:17-cv-00247 | 1:17-cv-00267 | 1:17-cv-00297 |
| 1:17-cv-00190 | 1:17-cv-00217 | 1:17-cv-00249 | 1:17-cv-00270 | 1:17-cv-00298 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald