# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:17-cv-00299 | 1:17-cv-00332 | 1:17-cv-00349 | 1:17-cv-00388 | 1:17-cv-00430 |
| 1:17-cv-00300 | 1:17-cv-00333 | 1:17-cv-00350 | 1:17-cv-00401 | 1:17-cv-00434 |
| 1:17-cv-00303 | 1:17-cv-00337 | 1:17-cv-00356 | 1:17-cv-00408 | 1:17-cv-00435 |
| 1:17-cv-00306 | 1:17-cv-00338 | 1:17-cv-00357 | 1:17-cv-00411 | 1:17-cv-00447 |
| 1:17-cv-00308 | 1:17-cv-00339 | 1:17-cv-00359 | 1:17-cv-00412 | 1:17-cv-00448 |
| 1:17-cv-00310 | 1:17-cv-00340 | 1:17-cv-00363 | 1:17-cv-00415 | 1:17-cv-00455 |
| 1:17-cv-00311 | 1:17-cv-00341 | 1:17-cv-00367 | 1:17-cv-00417 | 1:17-cv-00456 |
| 1:17-cv-00312 | 1:17-cv-00342 | 1:17-cv-00383 | 1:17-cv-00418 | 1:17-cv-00457 |
| 1:17-cv-00329 | 1:17-cv-00346 | 1:17-cv-00384 | 1:17-cv-00420 | 1:17-cv-00458 |
| 1:17-cv-00331 | 1:17-cv-00347 | 1:17-cv-00387 | 1:17-cv-00425 | 1:17-cv-00466 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119214539.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ Kip S. M. McDonald

US.119214539.01