# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Cause Numbers:

| | | | | |
|---|---|---|---|---|
| 1:16-cv-00481 | 1:17-cv-00480 | 1:17-cv-00489 | 1:17-cv-00514 | 1:17-cv-00540 |
| 1:17-cv-00468 | 1:17-cv-00482 | 1:17-cv-00498 | 1:17-cv-00516 | 1:17-cv-00543 |
| 1:17-cv-00472 | 1:17-cv-00483 | 1:17-cv-00502 | 1:17-cv-00517 | 1:17-cv-00549 |
| 1:17-cv-00473 | 1:17-cv-00484 | 1:17-cv-00504 | 1:17-cv-00522 | |
| 1:17-cv-00474 | 1:17-cv-00485 | 1:17-cv-00506 | 1:17-cv-00530 | |
| 1:17-cv-00475 | 1:17-cv-00486 | 1:17-cv-00511 | 1:17-cv-00532 | |
| 1:17-cv-00478 | 1:17-cv-00487 | 1:17-cv-00513 | 1:17-cv-00537 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 7, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Kip S. M. McDonald