**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:17-cv-02963-RLY-TAB

Plaintiff:  PHILIP SECKAR and
DIANE PEDDEN

<u>**AMENDED MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL**</u>

COMES NOW the Plaintiff in the above-referenced action and moves that Matthew E.

Munson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., be substituted as

counsel of record for Plaintiffs Philip Seckar and Diane Peddin, and in conjunction therewith, that

Benjamin Todd Cochran of HARDISON & COCHRAN PLLC be withdrawn as counsel of record

in this action.  Plaintiffs and BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

consent to the proposed substitution and withdrawal.

Dated: August 8, 2018.

By:

 /s/ Matthew E. Munson
Matthew E. Munson
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103-4160
334-269-2343
334-954-7555 (fax)
matt.munson@beasleyallen.com

1

and:

 /s/ Benjamin Todd Cochran
Benjamin Todd Cochran
HARDISON & COCHRAN PLLC
4800 Six Forks Road
Suite 220
Raleigh, NC 27601
919-829-0449
919-835-1379 (fax)
ben@lawyernc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system on this 8th day of August, 2018.

 /s/ Matthew E. Munson
OF COUNSEL