**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§      Case No. 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | §         MDL No. 2570<br>§ |
| The Cases Listed on the attached Exhibit A | §<br>§ |

---

**APPEARANCE OF COUNSEL**

TO:     Clerk of the Court and all other parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

All Plaintiffs listed on the attached Exhibit A.

Dated August 8, 2018

                              **ALLEN & NOLTE, PLLC**

                              /s/ John H. "Trey" Allen, III
                              John H. "Trey" Allen, III
                              trey@allennolte.com
                              Jennifer Nolte
                              jnolte@allennolte.com
                              3838 Oak Lawn Avenue, Suite 1100
                              Dallas, Texas 75219
                              Tel: (214) 521-2300
                              Fax: (214) 452-5637
                              *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III

## EXHIBIT A

| Last Name | First Name | Jurisdiction | Civil Action No. |
|---|---|---|---|
| Page | Jessie | USDC Southern District of Indiana | 1:15-cv-01997 |
| Geranen | Heather | USDC Southern District of Indiana | 1:16-cv-00619 |
| Littrell | Jackie | USDC Southern District of Indiana | 1:16-cv-02332 |
| Williams | Heather | USDC Southern District of Indiana | 1:16-cv-02450 |
| Alvarez | Teresa | USDC Southern District of Indiana | 1:17-cv-03272 |
| Caldwell | Canchetta | USDC Southern District of Indiana | 1:17-cv-00176 |
| Carter | Carolyn | USDC Southern District of Indiana | 1:17-cv-02580 |
| Dutka | Darlene | USDC Southern District of Indiana | 1:17-cv-03491 |
| Mull | Michael | USDC Southern District of Indiana | 1:17-cv-01683 |
| Reaves | Jonathan | USDC Southern District of Indiana | 1:17-cv-00478 |
| Resino | Deborah | USDC Southern District of Indiana | 1:17-cv-04359 |
| Sollo | Florence | USDC Southern District of Indiana | 1:17-cv-02269 |
| Sones | Barry | USDC Southern District of Indiana | 1:18-cv-00601 |