# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:18-cv-01666 | 1:18-cv-01870 |
| 1:18-cv-01775 | 1:18-cv-01871 |
| 1:18-cv-01808 | 1:18-cv-01963 |
| 1:18-cv-01825 | 1:18-cv-01964 |
| 1:18-cv-01860 | 1:18-cv-01966 |
| 1:18-cv-01861 | 1:18-cv-01976 |
| 1:18-cv-01862 | 1:18-cv-02073 |
| 1:18-cv-01863 | 1:18-cv-02074 |
| 1:18-cv-01864 | 1:18-cv-02087 |
| 1:18-cv-01865 | 1:18-cv-02091 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   August 9, 2018

/s/ Andrea R. Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.119283370.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea R. Pierson