UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**Entry from Telephonic Conference held August 7, 2018**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the telephonic conference set this date. Plaintiffs appear by Joe Williams; Defendants appear by Andrea Pierson, Steve Bennett, Chuck Webber and Jessica Cox.

After conferring with counsel, the court now **VACATES** the trial setting of September 10, 2018 and resets this matter for trial by jury on **JANUARY 14, 2019 at 9:00 a.m.** in Indianapolis, Indiana.

Parties are to submit proposed hearing dates for oral argument on pending motions to the Courtroom Deputy. The hearing scheduled for August 17, 2018 is **VACATED**.

Distributed Electronically to Registered Counsel of Record