UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

Upon agreement of parties, a hearing to discuss Bellwether selection for 2019 will be held on **SEPTEMBER 20, 2018 at 9:30 a.m.** in Room #349, Indianapolis, Indiana.

Oral Argument on pending motions is scheduled to begin on **OCTOBER 22, 2018 at 10:00 a.m.** in Room #301, Evansville, Indiana. The court has allotted 3 days for said hearing.

**SO ORDERED** this 10th day of August 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record