UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:17-cv-2963-RLY-TAB

Plaintiffs:  PHILIP SECKAR and
DIANE PEDDEN

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

Before the Court is Plaintiffs' Motion to Substitute Matthew E. Munson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., and Motion to Withdraw Benjamin Todd Cochran of HARDISON & COCHRAN PLLC as counsel of record in this action.  Having considered the same, and based on the consent of Plaintiffs and counsel, the motion is hereby GRANTED.  The appearance of attorney Benjamin Todd Cochran is withdrawn.  Counsel's original motion to substitute [Filing No. 8225] is denied as moot.

Date: 8/10/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.