UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>---<br><br>This Document Relates to:<br>Nicholas Anastasios (1:17-cv-01772)<br>And<br>Joshua Goff and Amy Goff (1:17-cv-02224) | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**PLAINTIFFS' MOTION TO VACATE DISMISSAL AS TO TWO PLAINTIFFS**

Plaintiffs hereby request an Order vacating the dismissal of their cases under the Court's final Order dismissing 113 "No Injury" Cases *[Doc. 8506],* based upon the following grounds:

1. The above-captioned cases were dismissed pursuant to this Court's Order Dismissing 113 Pending "No Injury" Cases. However, both Mr. Anastasios and Mr. Groff recently underwent CT scans, both of which revealed injuries caused by their Cook IVC filters.

2. Specifically, Plaintiff Nicholas Anastasios's recent abdominal CT scan demonstrated perforation with struts in contact with the right common iliac artery, L4 vertebral body, and perforation of two struts and tip of the filter into the precaval retroperitoneal fat.

3. Plaintiff Joshua Groff's recent scan revealed a perforation.

4. Since the dismissal, Plaintiffs' counsel provided medical records evidencing these injuries to defense counsel. Plaintiffs' counsel further met and conferred with Defendants in advance of filing this motion. Defendants would not stipulate to vacating

the dismissal at this time but indicated they had not decided whether they would oppose the motion.

5. Fed. R. Civ. P. 60(b) provides, in relevant part, "On motion and just terms, the court may relieve a party…from a final judgment, order or proceeding for the following reasons:

> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> …
> (5) the judgment has been satisfied, released, or discharged;…or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

6. Rule 60(c) provides that motions "under Rule 60(b) must be made within a reasonable time-and…no more than a year after the entry of judgment or order or the date of proceeding…" Fed R. Civ. P. 60(c).

7. Any of these provisions provide the Court with authority to vacate the dismissal of Plaintiffs' cases.

8. While Plaintiffs' claims were dismissed without prejudice, Plaintiffs request that the judgment be vacated so they are not forced to pay to file their case for a second time.

9. In light of the fact that Plaintiffs had suffered injuries but had not had the opportunity to amend their Profile Forms in advance of the Court's dismissal, Plaintiffs respectfully request that the dismissals of their cases be vacated and that their cases resume their previous procedural posture without the need to re-file.

Respectfully submitted this 13th day of August, 2018,

*Marlene J. Goldenberg*
Marlene J. Goldenberg (*pro hac vice*)
Stuart L. Goldenberg (*pro hac vice*)
GoldenbergLaw, PLLC

800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel.: 612-333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg