# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>---<br><br>This Document Relates to:<br>Nicholas Anastasios (1:17-cv-01772)<br>And<br>Joshua Goff and Amy Goff (1:17-cv-02224) | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>**[PROPOSED] ORDER** |

Pending before the Court is Plaintiffs' Motion to Vacate Dismissal as to Two Plaintiffs (Doc. _____). Plaintiffs have requested the Court to vacate the dismissal of their cases.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiffs Nicholas Anastasios and Joshua and Amy Goff's cases and thereby reinstates their cases.

Dated this ___ day of August, 2018.