AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>) Case No. 1:14-ml-2570-RLY-TAB<br>)         MDL No. 2570 |
| This Document Relates to:<br><br>     1:16-cv-01690-RLY-TAB<br>     Joyce A. Lynch<br>     Administrator of the Estate of Roy<br>     D. Lynch, Jr., Deceased | )<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF CO-COUNSEL

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Plaintiff Joyce A. Lynch, Administrator of the Estate of Roy D. Lynch, Jr., Deceased

Date:  8/14/2018                                    /s/:  O. Mark Zamora
                                                                   Attorney's Signature

                                                                   O. Mark Zamora, Esq., GSB 784239
                                                                   Printed Name & Bar No.

                                                                   THE ORLANDO FIRM, P.C.
                                                                   315 W. Ponce de Leon, Avenue
                                                                   Suite 400
                                                                   Decatur, GA 30030
                                                                   mark@markzamora.com
                                                                   kristia@orlandofirm.com (secondary)
                                                                   E-mail address

404-373-1800
Telephone Number

(404) 506-9223
Facsimile

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No.  2570 |

This Document Relates to:  1:16-cv-01690-RLY-TAB
Joyce A. Lynch
Administrator of the Estate of Roy Devon, Jr., Deceased

## CERTIFICATE OF SERVICE

I hereby certify that August 14, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/:  O. Mark Zamora, Esq.
O. Mark Zamora, Esq. (GSB 784239)
THE ORLANDO FIRM, P.C.
315 W. Ponce de Leon Avenue
Suite 400
Decatur, GA 30030
Telephone:  (404) 805-0226
Facsimile:  (404) 506-9223
mark@markzamora.com
kristia@orlandofirm.com (secondary)