AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) Case No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: | ) ) |
| 1:16-cv-02217-RLY-TAB Tommie V. Polk | ) ) |

## APPEARANCE OF CO-COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case

for:

Plaintiff Joyce A. Lynch, Administrator of the Estate of Roy D. Lynch, Jr., Deceased

Date: 8/14/2018                              /s/: O. Mark Zamora
                                              Attorney's Signature

                                              O. Mark Zamora, Esq., GSB 784239
                                              Printed Name & Bar No.

                                              THE ORLANDO FIRM, P.C.
                                              315 W. Ponce de Leon, Avenue
                                              Suite 400
                                              Decatur, GA 30030
                                              mark@markzamora.com
                                              kristia@orlandofirm.com (secondary)
                                              E-mail address
                                              404-373-1800
                                              Telephone Number

(404) 506-9223
Facsimile

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: 1:16-cv-02217-RLY-TAB
Tommie V. Polk

**CERTIFICATE OF SERVICE**

I hereby certify that August 14, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/: O. Mark Zamora, Esq.
O. Mark Zamora, Esq. (GSB 784239)
THE ORLANDO FIRM, P.C.
315 W. Ponce de Leon Avenue
Suite 400
Decatur, GA 30030
Telephone: (404) 805-0226
Facsimile: (404) 506-9223
mark@markzamora.com
kristia@orlandofirm.com (secondary)