# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                 INDIANAPOLIS DIVISION
 3
 4    IN RE:  COOK MEDICAL, INC., IVC
      FILTERS MARKETING, SALES PRACTICE
 5    AND PRODUCT LIABILITY LITIGATION

 6
      Case No. 1:14-ml-2570-RLY-TAB
 7    MDL NO. 2570

 8
 9
10         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11
           DEPOSITION OF:    HARLAN M. KRUMHOLZ, MD SM
12
           DATE:             JUNE 28, 2018
13
           HELD AT:          NEW HAVEN HOTEL
14                           229 GEORGE STREET
                             NEW HAVEN, CT
15
16
17
18
19
20
21
22
              Reporter:  Samantha M. Howell, LSR #00462
23
24
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1  (Defendant's Exhibit 1, Report, marked for
2  identification.)
3  (Defendant's Exhibit 1A, CV, marked for
4  identification.)
5  (Defendant's Exhibit 1B, Prior Testimony
6  Case List, marked for identification.)
7  (Defendant's Exhibit 1C, Reliance List,
8  marked for identification.)
9  (Defendant's Exhibit 2, Notice of
10 Deposition, marked for identification.)
11 (Defendant's Exhibit 3, Plaintiff's
12 Response to Notice of Deposition, marked for
13 identification.)
14 (Defendant's Exhibit 4, Rebuttal Report,
15 marked for identification.)
16
17 (Deposition commenced: 9:26 a.m.)
18
19      THE VIDEOGRAPHER: We are now on the
20 record. Please note that the microphones are sensitive
21 and may pick up whispering and private conversations.
22 Please turn off all cell pones or place them away from the
23 microphones as they can interfere with the deposition
24 audio. Recording will continue until all parties agree to
25 go off the record.

Page 7

1      My name is Robert Benimoff representing Veritext.
2  The date today is June 28, 2018. The time is approximately
3  9:26 a.m. This deposition is being held at New Haven Hotel
4  located at 229 George Street, New Haven, Connecticut.
5      The caption of this case is In Re: Cook Medical,
6  Inc., IVC Filters Marketing, Sales Practices and Product
7  Liability Litigation. This case is being held in the
8  United States District Court, Southern District of Indiana.
9  Case number 1:14-cv-06018-RLY-TAB. The name of the witness
10 is Dr. Harlan Krumholz.
11     At this time the attorneys present in the room
12 and attending remotely will identify themselves and the
13 parties that they represent, after which our court
14 reporter, Samantha Howell, representing Veritext will swear
15 in the witness and then we can proceed.
16     MR. MARTIN: Start from over here. Ben
17 Martin representing plaintiffs.
18     MS. BAUGHMAN: Laura Baughman for the
19 plaintiffs.
20     DR. GUPTA: Aakriti Gupta for the
21 plaintiff.
22     DR. BIKDELI: Behnood Bikdeli for the
23 plaintiffs.
24     MS. PIERSON: Andrea Pierson for Cook
25 Medical.

Page 8

1      MR. ALFORD: Nick Alford for Cook
2  Medical.
3      MS. PIERSON: I'm sorry, are you
4  Dr. Bikdeli?
5      DR. BIKDELI: I am.
6      MS. PIERSON: Okay, let's go off the record
7  for a second.
8      THE VIDEOGRAPHER: We're now off the record
9  at approximately 9:27.
10     (Off the record at 9:27 a.m.)
11     (On the record at 9:30 a.m.)
12     THE VIDEOGRAPHER: We're back on the record
13 at approximately 9:30 a.m.
14     Harlan M. Krumholz, MD SM, called as a
15 witness, having been first duly sworn by Samantha
16 Howell, a Notary Public in and for the State of
17 Connecticut, was examined and testified as follows:
18 DIRECT EXAMINATION BY MS. PIERSON:
19 Q  Would you state your name, please?
20 A  Harlan Krumholz.
21 Q  Dr. Krumholz, tell us where you live and where
22 you work?
23 A  I live in Guilford, Connecticut. I work in New
24 Haven, Connecticut.
25 Q  Dr. Krumholz, have you brought with you here

Page 9

1  today two of your colleagues?
2  A  I have.
3  Q  Okay. And could you tell us who they are,
4  please?
5  A  One of my colleagues is Aakriti Gupta; she's a
6  cardiology fellow at Columbia. And the other one is
7  Behnood Bikdeli, and is another cardiology fellow at
8  Columbia.
9  Q  Okay. Have you worked with these two individuals
10 in preparing your opinions in this case?
11 A  Yes.
12 Q  What role have they played in helping you prepare
13 your opinions in the case?
14 A  They've acted as research assistants.
15 Q  Okay. Under your direction?
16 A  Yes.
17 Q  Okay. And when you say "they've acted as
18 research assistants," tell us what you -- what you mean?
19 A  My understanding of a research assistant is
20 someone who, under the direction of a senior investigator
21 or a senior member of the faculty, or a senior individual,
22 assists in the development of research.
23     And so what that would mean is that they were
24 available to do literature reviews to assist me in
25 obtaining articles and helping me to summarize information

3 (Pages 6 - 9)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 10

1  and providing the information that would put me in a
2  stronger position to be able to do the work that I had to
3  do. And would also enable me to delegate tasks that I felt
4  that they could handle, and that would enable me to spend
5  less time on the case so that the work could be completed,
6  but that I wouldn't have to be spending the entire time on
7  the case.
8    Q   Have they been compensated for their time?
9    A   Yes, they have.
10   Q   Okay. By you or by someone else?
11   A   They've been compensated by the plaintiff
12  lawyers.
13   Q   Okay. And the billing for their time, is that
14  handled through your office or directly through the
15  plaintiff's lawyers and your colleagues?
16   A   The billing has been handled through the
17  plaintiff's office, so they have a direct relationship in
18  terms of billing with the lawyers and I haven't been
19  involved in that.
20       MS. PIERSON: Okay. Just for our record,
21  we call for the production of the invoices related to
22  their work following the deposition.
23   Q   Dr. Krumholz, have you billed for your time in
24  connection with your work in this case?
25   A   Yes. And my hesitancy is only because there are

Page 11

1  two cases at play and I haven't split them out, and most of
2  the work was leading to the prior trial. And so I guess
3  the simple answer is yes, because some of that prior
4  billing also contributed, to my understanding, for this
5  case, but I haven't -- I couldn't tell you exactly the
6  split.
7    Q   Okay.
8        MR. MARTIN: Would you like, Andrea, I have
9  that bill from the Pavlock case for you. If you like, I
10  can forward it to you.
11       MS. PIERSON: I think I got it, but if
12  you'd got a bill, why don't you?
13       MR. MARTIN: Okay. It's likely 7,000.
14   Q   Have you rendered just one invoice in connection
15  with your work against Cook?
16   A   Yes.
17   Q   Okay. Since the time of rendering that invoice
18  in March of 2018, have you performed additional work?
19   A   Yes.
20   Q   How much time have you spent?
21   A   I haven't added it up. I've been tabulating it.
22  It may be somewhere between 50 and 100 hours.
23   Q   Okay. And when do you plan to send an invoice
24  for that?
25   A   I've been thinking I should probably do that

Page 12

1  sometime soon, and probably at the end of this deposition
2  will be a good juncture to settle the ledger.
3    Q   Your compensation, I understand from your report,
4  is $1,000 an hour; correct?
5    A   That's correct.
6    Q   And for the time that you've invested in your
7  work against Cook since March of 2018, have you continued
8  to bill at $1,000 an hour?
9        MR. MARTIN: Objection to form.
10       THE WITNESS: Yes.
11   Q   The bill that we've seen previously for your work
12  was, I think, about $87,000; does that sound about right to
13  you?
14   A   That's correct.
15   Q   Okay. And when you say you've invested an
16  additional 50 to 100 hours in the matter, that means your
17  bill will be roughly between 50,000 and 100,000; correct?
18   A   That's correct. .
19   Q   Dr. Krumholz, I put in front of you a series of
20  exhibits that I'd just like to identify for our record.
21  First, can you confirm that we marked as Exhibit 1 your
22  report?
23   A   Yes.
24   Q   And attached to Exhibit 1 is Exhibit 1A, your
25  curriculum vitae?

Page 13

1    A   Yes.
2    Q   1B is your case list of prior testimony?
3    A   Yes.
4    Q   1C is your reliance list?
5    A   Yes.
6    Q   Have I put in front of you Exhibit 2, a notice of
7  deposition?
8    A   Yes.
9    Q   You understand that's the notice that required
10  you to be here today; correct?
11   A   Yes.
12   Q   Just beneath that is Exhibit 3, the plaintiff's
13  response to the notice of deposition; correct?
14   A   Yes.
15   Q   And Exhibit 4 is your rebuttal report; correct?
16   A   Yes.
17   Q   Thank you, Dr. Krumholz. I want to focus on
18  Exhibit 3 for a second, the plaintiff's response to the
19  deposition notice. Dr. Krumholz, have you seen this
20  document before?
21   A   I don't recall.
22   Q   Take a look at it, if you could, please?
23   A   Is there a particular part that you want me to
24  look at, or to read the whole thing?
25   Q   Maybe I can just shortcut this a little bit by

```
 1                    C E R T I F I C A T I O N

 2   STATE OF CONNECTICUT:
     COUNTY OF HARTFORD:
 3

 4        I, SAMANTHA M. HOWELL, a Notary Public duly
     commissioned and qualified in and for the State of
 5   Connecticut, do hereby certify that pursuant to Ms. Pierson
     there came before me on the 28th of June, 2018, the
 6   following named person, to wit: Harlan M. Krumholz, MD SM,
     who was previously duly sworn to testify to the truth and
 7   nothing but the truth; that he was thereupon examined upon
     his oath; that the examination was reduced to writing by
 8   computer under my supervision and that this transcript is a
     true record of the testimony given by said witness.
 9

10        I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of the
11   parties to the action in which this deposition was taken,
     and further, that I am not a relative or employee of any
12   attorney or counsel employed by the parties hereto, or
     financially interested in the outcome of this action.
13
          In witness whereof I have hereunto set my hand
14   this 2nd day of July, 2018.

15

16                              [signature: Samantha Howell]

17                              _____
                                    Samantha M. Howell
18                                    Notary Public

19

20   My Commission expires
        September 31, 2021
21

22

23

24

25
```