IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Cause No.      1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

**APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record:

   In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| Texas | November 1, 2000 | State Bar No. 24026964 |
| New York | May 28, 2002 | State Bar No. 4593064 |

| UNITED STATES DISTRICT COURT ADMISSIONS | | |
|---|---|---|
| Southern District of Texas | May 10, 2002 | ID No. 30178 |

I make this appearance as counsel for Tonya Brand.

Dated: August 15, 2018    __/s/ Alex J. Brown _____
Alex J. Brown
Texas Bar No. 24026964
HEARD LAW FIRM, PLLC
2925 Richmond Ave., Suite 1550
Houston, TX 77098
Telephone: (713) 665-1100
Facsimile: (713) 751-9100
Email: abrown@heardlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      __/s/ Alex J. Brown _____
                                      Alex J. Brown