# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

This Document Relates to:

Cause No.    1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

  In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| Texas | November 4, 2016 | State Bar No. 24086719 |

| UNITED STATES DISTRICT COURT ADMISSIONS | | |
|---|---|---|
| None | | |

I make this appearance as counsel for Tonya Brand.

Dated: August 15, 2018

            _/s/ C. J. Baker_ _____
            Christopher J. Baker
            Texas Bar No. 24086719
            HEARD LAW FIRM, PLLC
            2925 Richmond Ave., Suite 1550
            Houston, TX 77098
            Telephone: (713) 665-1100
            Facsimile: (713) 751-9100
            Email: cjbaker@heardlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          *_/s/ C. J. Baker* _____
                                          Christopher J. Baker