# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Cause No.      1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

In compliance with the agreement of this MDL regarding appearance by out-of-state counsel, I am providing a list of the courts where I have been admitted to practice:

| STATE COURT ADMISSIONS | | |
|---|---|---|
| Texas | November 6, 1998 | State Bar No. 00784235 |

| UNITED STATES DISTRICT COURT ADMISSIONS | | |
|---|---|---|
| Southern District of Texas | May 19, 1995 | ID No. 17175 |
| Fifth Circuit Court of Appeals | December 15, 2006 | None |

I make this appearance as counsel for Tonya Brand.

Dated: August 15, 2018

                                                    __/s/ *Denman H. Heard*_____
                                                    Denman H. Heard
                                                    Texas Bar No. 00784235
                                                    HEARD LAW FIRM, PLLC
                                                    2925 Richmond Ave., Suite 1550
                                                    Houston, TX 77098
                                                    Telephone: (713) 665-1100
                                                    Facsimile: (713) 751-9100
                                                    Email: Denman@heardlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                __/s/ *Denman H. Heard*_____
                                                Denman H. Heard