AO 458 (Rev. 06/09) Appearance of Counsel

---

# UNITED STATES DISTRICT COURT

**for the**

**Southern District of Indiana**

| | | |
|---|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS | ) | |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Case No.  1:14-ml-2570-RLY-TAB |
| | ) | MDL No. 2570 |
| This Document Relates to: | ) | |
| | ) | |
| 1:17-cv-00209-RLY-TAB | ) | |
| Derrick E. Hubbard | ) | |

## APPEARANCE OF CO-COUNSEL

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case

for:

Plaintiff Derrick E. Hubbard

Date:   8/15/2018                                  /s/:  O. Mark Zamora
                                                    Attorney's Signature

                                                   O. Mark Zamora, Esq.,  GSB 784239
                                                   Printed Name & Bar No.

                                                   THE ORLANDO FIRM, P.C.
                                                   315 W. Ponce de Leon, Avenue
                                                   Suite 400
                                                   Decatur, GA 30030
                                                   mark@markzamora.com
                                                   kristia@orlandofirm.com (secondary)
                                                   E-mail address
                                                   404-373-1800
                                                   Telephone Number

(404) 506-9223

Facsimile

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE:  COOK MEDICAL, INC., IVC            Case No.  1:14-ml-2570-RLY-TAB
FILTERS MARKETING, SALES                 MDL No.  2570
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

---

This Document Relates to:  1:17-cv-00209-RLY-TAB
Derrick E. Hubbard

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that August 14, 2018, a copy of the foregoing NOTICE OF

APPEARANCE OF CO-COUNSEL was filed electronically.  Service of this filing will be made

on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.

                                      /s/:  O. Mark Zamora, Esq.
                                      O. Mark Zamora, Esq. (GSB 784239)
                                      THE ORLANDO FIRM, P.C.
                                      315 W. Ponce de Leon Avenue
                                      Suite 400
                                      Decatur, GA 30030
                                      Telephone:  (404) 805-0226
                                      Facsimile:  (404) 506-9223
                                      mark@markzamora.com
                                      kristia@orlandofirm.com (secondary)