IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to Cause Numbers:

  1:18-cv-02160
  1:18-cv-02157
  1:18-cv-02156
  1:18-cv-02166
  1:18-cv-02135
  1:18-cv-02162
  1:18-cv-02140

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS


Dated:   August 15, 2018            /s/ Kip S. M. McDonald
                                     Andrea Roberts Pierson (# 18435-49)
                                     Kip S. M. McDonald (# 29370-49)
                                     FAEGRE BAKER DANIELS LLP
                                     300 North Meridian Street, Suite 2700
                                     Indianapolis, Indiana 46204
                                     Telephone: (317) 237-0300
                                     Facsimile: (317) 237-1000
                                     E-Mail:  andrea.pierson@faegrebd.com
                                     E-Mail:  kip.mcdonald@faegrebd.com

US.119343646.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      /s/ Kip S. M. McDonald