IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**FRED JOHNSON**

**Civil Case #1:18-cv-01963-RLY-TAB**

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, seeks leave to file his First Amended Short Form Complaint, attached hereto.

1. Plaintiff seeks leave to file his amended short form complaint to correct the name of the implanting physician from Dr. Mohammad Zama to Dr. Bruce Ennis (paragraph 14).

2. Plaintiff's counsel has conferred with defendants' counsel and defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant his leave to file the First Amended Short Form Complaint, attached, which makes the correction discussed herein.

Dated: 8/15/18                                    Respectfully submitted,

                                                 */s/ William B. Curtis*
                                                 William B. Curtis, Esq.
                                                 Texas State Bar No. 00783918
                                                 **CURTIS LAW GROUP**
                                                 12225 Greenville Ave., Suite 750
                                                 Dallas, TX  75243
                                                 (214) 890-1000 Telephone
                                                 (214) 890-1010 Facsimile
                                                 bcurtis@curtis-lawgroup.com

                                                 **ATTORNEY FOR PLAINTIFF**

      I hereby certify that on this 15th day of August 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                 */s/ William Curtis*