IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTSLIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**FRED JOHNSON**

**Civil Case # 1:18-cv-01963-RLY-TAB**

## ORDER

ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Fred Johnson be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of August 2018.

_____
Honorable Richard L. Young
United States District Court Judge

Dated:  8/15/18                              Respectfully submitted,

                                          */s/ William B. Curtis*
                                          William B. Curtis, Esq.
                                          Texas State Bar No. 00783918
                                          **CURTIS LAW GROUP**
                                          12225 Greenville Ave., Suite 750
                                          Dallas, TX  75243
                                          (214) 890-1000 Telephone
                                          (214) 890-1010 Facsimile
                                          bcurtis@curtis-lawgroup.com

                                          **ATTORNEY FOR PLAINTIFF**

I hereby certify that on this 15th day of August 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ William Curtis*