**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

**IN RE: COOK MEDICAL INC, IVC FILTERS**
**MARKETING, SALES PRACTICES AND**                    Civil No. 1:14-ml-2570-RLY-TAB
**PRODUCTS LIABILITY LITIGATION**                                    MDL No. 2570

_____

This document relates to Plaintiff:

*Rocky Brown*
*Civil case # 1:18-cv-01966-RLY-TAB*

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROCKY BROWN, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs.

Dated this 15th day of August, 2018.

                                                           Respectfully submitted,

                                                           /s/ William B. Curtis
                                                           WILLIAM CURTIS, Esq.
                                                           Texas State Bar No. 00783918
                                                           **CURTIS LAW GROUP**
                                                           12225 Greenville Ave., Suite 750
                                                           Dallas, TX  75243
                                                           (214) 890-1000 Telephone
                                                           (214) 890-1010 Facsimile
                                                           bcurtis@curtis-lawgroup.com

                                                           **ATTORNEY FOR PLAINTIFF**

                                                  */s/ John Schlafer*
                                                  John T. Schlafer
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 N. Meridian Street, Suite 2700
                                                  Indianapolis, IN 46204
                                                  Tel: 317-237-8274
                                                  Fax: 317-237-1000
                                                  John.Schlafer@FaegreBD.com
                                                  **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                                                */s/ William Curtis*
                                                WILLIAM CURTIS