IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570
_____

This document relates to Plaintiff:

*Rocky Brown*
*Civil case # 1:18-cv-01966-RLY-TAB*
_____

# ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Rocky Brown.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Rocky Brown against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge