IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

JASON PITTS, Plaintiff

Civil Case# 1:18-cv-1777-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice. Doc. 7 .

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. 7 ) is **granted.**

This case, JASON PITTS v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, No. 1:18-cv-1777-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims Jason Pitts may have against any and all Defendants in Cause no. 1:18-cv-00752, filed in this MDL.

Costs of Court shall be taxed against the party incurring same.

SO ORDRED this 16th day of August 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record