# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

**IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND**                  **Civil No. 1:14-ml-2570-RLY-TAB**
**PRODUCTS LIABILITY LITIGATION**                                     **MDL No. 2570**

_____

This document relates to Plaintiff:

*Rocky Brown*
*Civil case # 1:18-cv-01966-RLY-TAB*

_____

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Rocky Brown.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Rocky

Brown against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are

dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this ____16th_____ day of ___August_____, 2018.



_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record