**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

———————————————————————

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

———————————————————————

This Document Relates to:

　　*Brand v. Cook Medical, Inc. et al.,*
　　Case No. 1:14-cv-06018-RLY-TAB

———————————————————————

**ORDER ON THE COOK DEFENDANTS' MOTION FOR LEAVE**
**TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

　　The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a

Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook

Defendants" or "Cook") Motion for Leave to File a Brief in Excess of Thirty-Five Pages, more

specifically their Memorandum in Support of their Motion for Summary Judgment in the *Brand*

case, and being duly advised, now GRANTS the Motion, finding that it was made for good cause

and valid reasons.

　　IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a

brief in excess of thirty-five pages in support of their Motion for Summary Judgment in the

*Brand* matter.

　　Dated:  8/16/2018                             _____

　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.