IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## Order Extending Two Case Management Deadlines

This matter comes before the Court on Plaintiff Tonya Brand's Unopposed Motion to Extend Two Case Management Deadlines, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiff Tonya Brand's motion is **granted**.

**It is therefore Ordered, Adjudged, and Decreed** that deadline for the parties' filing of final witness lists shall be due on or before **August 13, 2018**, and the deadline for the parties' deposition designations and objections to deposition designations shall be due on or before **August 11, 2018**.

**So Ordered:** 8/16/2018

                                                  Tim A. Baker
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.