# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER ON MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Plaintiff's Motion for Leave to File a Brief in Excess of Thirty-Five Pages in Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion [Filing No. 8898] is Granted.

It is therefore Ordered that Plaintiff is granted leave to file a Brief in excess of thirty-five pages in Opposition to Defendants' Motion for Summary Judgment. Plaintiff's motion for leave to file a brief in excess of 35 pages [Filing No. 8897] is denied as moot.

Date: 8/16/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.