UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
                                                                                    §
IN RE: COOK MEDICAL, INC., IVC FILTERS    §
MARKETING, SALES PRACTICES AND           §        Case No: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              §
                                                                                    §
This Document Relates to:                              §        MDL No. 2570
1:17-cv-1566-RLY-TAB Robert Chadd        §
1:17-cv-1563-RLY-TAB Richard Pasqual    §
1:17-cv-1565-RLY-TAB Lucille Iacobelli     §
1:17-cv-1601-RLY-TAB Andre Grondin      §
_____ §

## MOTION TO SUBSTITUTE COUNSEL

Please take notice that Attorney Julie Ferraro of Kreindler & Kreindler LLP hereby withdraws as counsel of record for Plaintiffs as she has left the firm of Kreindler & Kreindler, LLP.

Please take notice that Christian Fannin of Kreindler & Kreindler LLP shall serve as counsel of record for the above referenced Plaintiffs. It is therefore requested that Julie Ferraro be removed from any further notice on the above cases.

Dated: August 21, 2018

                                                                          **BY PLAINTIFFS' ATTORNEYS,**

                                        By: _____/S/ Christian Fannin_____

                                        Christian Fannin, Louisiana Bar Number 33120
                                        KREINDLER & KREINDLER LLP
                                        855 Boylston Street
                                        Boston, MA 02116
                                        T: (617) 424-9100
                                        F: (617) 424-9120
                                        CFannin@Kreindler.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on August 21, 2018 a copy of the foregoing was electronically filed through the Court's ECF system.

        _/S/ Christian Fannin_____
        Christian Fannin