UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION § § § § | Case No: 1:14-ml-2570-RLY-TAB |
| § | |
| This Document Relates to: § 1:17-cv-1566-RLY-TAB Robert Chadd § 1:17-cv-1563-RLY-TAB Richard Pasqual § 1:17-cv-1565-RLY-TAB Lucille Iacobelli § 1:17-cv-1601-RLY-TAB Andre Grondin § § | MDL No. 2570 |

_____

**PROPOSED ORDER TO SUBSTITUTE COUNSEL**

The substitution of counsel is hereby approved and so ORDERED.


Date: _____      _____

Tim A. Baker
United States Magistrate Judge