**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JAMES GRAHAM ) | |
|     Plaintiff, ) | Case No.: 1:18-cv-2109 |
| v. ) | |
| ) | Related Case No.: 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | MDL No.: 2570 |
|     Defendants. ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

To: The clerk of court and all parties of record.

Plaintiff JAMES GRAHAM hereby voluntarily dismisses case number 1:18-cv-2109 without prejudice only.

Respectfully submitted,

/s/ Robert L. Kinsman
Robert L. Kinsman (MO Bar No. 67427)
 (admitted *pro hac vice*)
**Krause & Kinsman, LLC**
4717 Grand Ave., Suite 250
Kansas City, MO 64112
(816) 760-2700
(816) 760-2800
robert@krauseandkinsman.com
www.krauseandkinsman.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/ Robert L. Kinsman