IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:18-cv-2453<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
GUY MOSCHETTI
Civil Case #1:18-cv-02453

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Guy Moschetti.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not applicable.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    New York.

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    New York.

6. Plaintiff's/Deceased Party's current state of residence:

    Florida.

7. District Court and Division in which venue would be proper absent direct filing:

    United Stated District Court for the Middle District of Florida, Fort Meyers Division.

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs in the master Complaint upon which venue and jurisdiction lie include 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 24, 25, 26, 27, and 28.

    b. Other allegations of jurisdiction and venue:

        _____

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):
    ☐ Günther Tulip® Vena Cava Filter

☑  Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye
   Cook Celect Platinum

   Other: _____

11. Date of Implantation as to each product:

    The IVC Filter was implanted on August 13, 2014.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The IVC Filter was implanted at New York Presbyterian/Weill Cornell, New York, New York.

13. Implanting Physician(s):

    The implanting physician is Luke Kim, M.D., 1305 York Avenue, 8th Floor, New York, NY 10021.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I: Strict Products Liability – Failure to Warn

    ☑ Count II: Strict Products Liability – Design Defect

    ☑ Count III: Negligence

    ☑ Count IV: Negligence Per Se

    ☑ Count V: Breach of Express Warranty

    ☑ Count VI: Breach of Implied Warranty

    ☑ Count VII: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count VIII:    Loss of Consortium

- ☐ Count IX:     Wrongful Death

- ☐ Count X:      Survival

- ☑ Count XI:     Punitive Damages

- ☐  
   Other: _____ (please state the facts supporting this Count in the space, immediately below)

   Other: _____ (please state the facts
- ☐ supporting
     this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

    Craig Rosenbaum, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    100 Wall Street, New York, New York, 10005, New York State Bar, Registration # 2761997

                                                Respectfully submitted,  
                                                Rosenbaum & Rosenbaum, P.C.  
                                                */s/ Craig Rosenbaum*  
                                                Craig D. Rosenbaum  
                                                **ROSENBAUM & ROSENBAUM, P.C.**  
                                                100 Wall St., 15th Floor  
                                                New York, New York  
                                                Telephone: (212) 514.5007  
                                                Facsimile: (212) 212.9178  
                                                cr@rosenbaumnylaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 20, 2018 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                 */s/ Craig Rosenbaum*