INSD Change of Attorney Information *(Rev. 2/16)*

# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☒ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  See attached Schedule of Cases

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Randi Kassan | Randi Kassan |
| Law Firm, Company, and/or Agency: | SANDERS VIENER GROSSMAN LLP | SANDERS PHILLIPS GROSSMAN, LLC |
| Address: | 100 Herricks Road<br>Mineola, NY 11501 | 100 Garden City Plaza, Suite 500<br>Garden City, NY 11530 |
| Primary E-mail: | rkassan@thesandersfirm.com | rkassan@thesandersfirm.com |
| Secondary E-mail(s): | | |
| Telephone Number: | (516) 741-5600 | (516) 741-5600 |
| Facsimile: | (516) 741-0128 | (516) 741-0128 |

Date: August 22, 2018                         /s/ Randi Kassan

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

# SCHEDULE A

|  | PLAINTIFF NAME | DOCKET # |
|---|---|---|
| 1. | TYYNISMAA, VERONICA | 1:17-cv-01252 |
| 2. | ALEXANDER, FRANK | 1:17-cv-03510 |
| 3. | WARREN, HEZEKIAH | 1:17-cv-01241 |
| 4. | CALKINS, THOMAS | 1:17-cv-1250 |
| 5. | FLOYD, STEPHEN | 1:17-cv-1256 |
| 6. | BROWN, FRED | 1:18-cv-00853-RLY-TAB |
| 7. | ROSA, LAURA | 1:17-cv-01254 |
| 8. | JONES, JANET | 1:17-CV-00014 |
| 9. | REISS, CYNTHIA | 1:17-cv-00016-RLY-TAB |
| 10. | McDow, Thomas | 1:18-cv-01049-RLY-TAB |
| 11. | Gehring, Shirley | 1:18-cv-00045-RLY-TAB |
| 12. | McDaniel, Betty | 1:16-cv-003201-RLY-TAB |
| 13. | Shuff, James | 1:17-cv-00475 |
| 14. | Turpen, Deborah | 1:17-cv-02260-RLY-TAB |
| 15. | Laconte, Paul | 1:16-cv-02496-RLY-TAB |
| 16. | Caldwell, Sonya | 1:17-cv-02270-RLY-TAB |
| 17. | Johnson, Michael | 1:16-cv-02668-RLY-TAB |
| 18. | Carr, James S. | 1:16-cv-02686-RLY-TAB |
| 19. | Ortiz, Deborah | 1:16-cv-02709-RLY-TAB |
| 20. | Shomo, William | 1:16-cv-02715-RLY-TAB |
| 21. | Grant,Sr.,ChristopherRay | 1:17-cv-04605-RLY-TAB |
| 22. | Oswalt, Margaret | 1:16-cv-02727-RLY-TAB |
| 23. | Payne, Gregory | 1:16-cv-02511-RLY-MPB |
| 24. | Gilliam, Venay | 1:18-cv-00030-RLY-TAB |
| 25. | Bouknight, Lisa Goetz | 1:17-cv-3435-RLY-TAB |
| 26. | Moeller, John | 1:18-cv-0010-RLY-TAB |
| 27. | Lee-Macias, Wendy | 1:16-cv-02746-RLY-TAB |
| 28. | Williams, Norda | 1:16-cv-02760-RLY-TAB |
| 29. | Martinez, Mike | 1:17-cv-04577-RLY-TAB |