UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS §
MARKETING, SALES PRACTICES AND § Case No: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION §
§
This Document Relates to: § MDL No. 2570
1:17-cv-1566-RLY-TAB Robert Chadd §
1:17-cv-1563-RLY-TAB Richard Pasqual §
1:17-cv-1565-RLY-TAB Lucille Iacobelli §
1:17-cv-1601-RLY-TAB Andre Grondin §
_____ §

## ORDER TO SUBSTITUTE COUNSEL

The substitution of counsel is hereby approved and so ORDERED. The appearance of attorney Christian Fannin shall be entered and the appearance of attorney Julie Ferraro shall be withdrawn in the Master Docket and each of the member cases identified above.

Date: 8/22/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.