IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

LINDA HAVENS

Civil Case# 1:17-CV-2931

**AMENDED**

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Linda Havens

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6. Plaintiff's/Deceased Party's current state of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Northern District of California

8. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical LLC

☑ William Cook Europe ApS

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: ____________

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 11: Subject Matter

Paragraph 11: Personal

Paragraph 12: Venue

b. Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [x] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: ______________________

11. Date of Implantation as to each product:

Cook Gunther Tulip: 9/9/2004

12. Hospital(s) where Plaintiff was implanted (including City and State):

Salinas Valley Memorial, 450 E Romie Lane, Salinas, CA 93901

13. Implanting Physician(s):

~~Sam Ballon, MD~~ **Richard Villalobos, MD**

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I: Strict Products Liability – Failure to Warn
- [x] Count II: Strict Products Liability – Design Defect
- [x] Count III: Negligence
- [x] Count IV: Negligence Per Se

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable California (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: ________________ (please state the facts supporting this Count in the space, immediately below)

☐ Other: ________________ (please state the facts supporting this Count in the space, immediately below)

______________________________________________________________

______________________________________________________________

15. Attorney for Plaintiff(s):

John T. Kirtley III - Ferrer Poirot & Wansbrough

16. Address and bar information for Attorney for Plaintiff(s):

2603 Oak Lawn Ave., Suite 300

Dallas, Texas 75219

Texas Bar No. 11534050

          Respectfully submitted,

          /S/ JOHN T. KIRTLEY, III
           John T. Kirtley, III
          Texas Bar No. 11534050
          2603 Oak Lawn Avenue, Suite 300
          P.O. Box 199109
          Dallas, Texas 75219
          (214) 521-4412
          (214) 526-6026 Fax
          jkirtley@lawyerworks.com
            Asst. molvera@lawyerworks.com
          ivcfiling@lawyerworks.com

          ATTORNEY FOR THE PLAINTIFFS

          LINDA HAVENS

# EXHIBIT A

**From:** Angelino, Blake A.
**To:** Hussain Ismail; Cook Filter MDL
**Cc:** Symons, Rochelle R.
**Subject:** RE: Linda Havens - Amending Complaint
**Date:** Friday, September 22, 2017 2:57:04 PM
**Attachments:** image001.jpg
image002.png
image003.jpg
image004.jpg
image005.jpg
image006.jpg

---

You may amend the Complaint. It appears the PPS you've submitted already lists Richard Villalobos, MD.

Thanks and have a great weekend.

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**

*Admitted to Practice in Ohio; Illinois*

---

**From:** Hussain Ismail [mailto:HIsmail@lawyerworks.com]
**Sent:** Friday, September 22, 2017 10:45 AM
**To:** Cook Filter MDL
**Subject:** RE: Linda Havens - Amending Complaint

Dear Cook Counsel,

I wanted to follow-up on my previous emails. Please let us know if this amendment can be made and that you do not oppose it so we can amend the complaint.

Thank you.

**Hussain Ismail**
Attorney
Ferrer, Poirot & Wansbrough

**From:** Hussain Ismail
**Sent:** Wednesday, September 20, 2017 10:00 AM
**To:** 'CookFilterMDL@FaegreBD.com' <CookFilterMDL@FaegreBD.com>
**Subject:** RE: Linda Havens - Amending Complaint

Dear Cook Counsel,

I wanted to follow-up about my previous email. Please let us know if this amendment can be made and that you do not oppose it.

Thank you.

**Hussain Ismail**
Attorney
Ferrer, Poirot & Wansbrough

**From:** Hussain Ismail
**Sent:** Monday, September 18, 2017 3:36 PM
**To:** 'CookFilterMDL@FaegreBD.com' <CookFilterMDL@FaegreBD.com>
**Subject:** Linda Havens - Amending Complaint

Dear Cook Counsel,

We filed a case for Linda Havens with the case number 1:17-cv-02931-JMS-TAB in the Cook MDL.

Since filing, we realized that the implanting physician listed on the complaint is incorrect and we would like to update the complaint with the correct implanting physician. We want to update the implanting physician from Sam Ballon, MD to Richard Villalobos, MD.

Please respond to this email and let us know if this amendment can be made and that you do not oppose it.

Thank you very much.

**Hussain Ismail**
**Attorney**
**Email:** hismail@lawyerworks.com
**Office:** 214-521-4412 **Toll Free:** 800-521-4492 **Fax:** 866-513-0115
**ADDRESS:** 2603 Oak Lawn Avenue, Suite 300, Dallas, TX 75219

**LawyerWorks.com**
**Offices in Dallas & Atlanta**

The information contained in and transmitted with this e-mail is subject to the attorney-client privilege, attorney work product and/or, confidential. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use of, or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and prohibited. If you have received this e-mail in error, please notify the sender immediately. Any e-mail erroneously transmitted to you should be immediately deleted from your inbox and delete folder.