IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LINDA HAVENS | § | |
| | § | |
| v. | § | Case No. 1:14-ml-2570-RLY-TAB |
| | § | MDL No. 2570 |
| COOK INCORPORATED ET AL. | § | |
| | § | **THIS FILING RELATES TO:** |
| | § | **1:17-cv-02931-RLY-TAB** |

## [PROPOSED ORDER] GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff's Unopposed Motion for Leave to Amend their Complaint is GRANTED.

Leave is hereby granted for the filing of Plaintiff's Amended Short Form Complaint and same is hereby deemed as filed, on the date of filing of Plaintiff's Motion for Leave to Amend Complaint.

So Ordered on this _____ day of _____, 2017.

_____
U.S. District Judge Presiding