AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) Case No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: | ) ) |
| 1:17-cv-03640-RLY-TAB<br>Donna Sheetz | ) ) |

## APPEARANCE OF CO-COUNSEL

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case

for:

Plaintiff Donna Sheetz

Date:  8/22/2018                                    /s/:  O. Mark Zamora
                                                                 Attorney's Signature

                                                                 O. Mark Zamora, Esq., GSB 784239
                                                                 Printed Name & Bar No.

                                                                 THE ORLANDO FIRM, P.C.
                                                                 315 W. Ponce de Leon, Avenue
                                                                 Suite 400
                                                                 Decatur, GA 30030
                                                                 mark@markzamora.com
                                                                 kristia@orlandofirm.com (secondary)
                                                                 E-mail address
                                                                 404-373-1800
                                                                 Telephone Number

(404) 506-9223
Facsimile

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: 1:17-cv-03640-RLY-TAB
Donna Sheetz

## **CERTIFICATE OF SERVICE**

I hereby certify that August 22, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/: O. Mark Zamora, Esq.
O. Mark Zamora, Esq. (GSB 784239)
THE ORLANDO FIRM, P.C.
315 W. Ponce de Leon Avenue
Suite 400
Decatur, GA 30030
Telephone: (404) 805-0226
Facsimile: (404) 506-9223
mark@markzamora.com
kristia@orlandofirm.com (secondary)