# IN THE UNITED STATES DISTRCIT COURT
## SOUTHERN DFITRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

1:16-cv-02496-RLY-TAB
1:16-cv-02511-RLY-TAB
1:16-cv-02668-RLY-TAB
1:16-cv-02686-RLY-TAB
1:16-cv-02709-RLY-TAB
1:16-cv-02715-RLY-TAB
1:16-cv-02727-RLY-TAB
1:16-cv-02746-RLY-TAB
1:16-cv-02760-RLY-TAB
1:16-cv-03201-RLY-TAB
1:17-cv-00475-RLY-TAB
1:17-cv-02260-RLY-TAB
1:17-cv-02270-RLY-TAB
1:17-cv-03435-RLY-TAB
1:17-cv-03834-RLY-TAB
1:17-cv-04577-RLY-TAB
1:17-cv-04605-RLY-TAB
1:18-cv-00010-RLY-TAB
1:18-cv-00030-RLY-TAB
1:18-cv-00045-RLY-TAB
1:18-cv-01049-RLY-TAB

## **APPEARANCE OF CO-COUNSEL**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in the

following cases for:

| **DOCKET NUMBER:** | **PLAINTIFF(S):** |
|---|---|
| 1:16-cv-02496-RLY-TAB | Paul LaConte and Donna LaConte |
| 1:16-cv-02511-RLY-TAB | Gregory Payne and Nancy Payne |
| 1:16-cv-02668-RLY-TAB | Michael Johnson and Deborah Johnson |
| 1:16-cv-02686-RLY-TAB | James Spencer Carr |
| 1:16-cv-02709-RLY-TAB | Deborah Ortiz and Irving Ortiz |
| 1:16-cv-02715-RLY-TAB | William Shomo and Ashley Shomo |
| 1:16-cv-02727-RLY-TAB | Margaret Oswalt and Kenneth Oswalt |
| 1:16-cv-02746-RLY-TAB | Wendy Lee-Macias |
| 1:16-cv-02760-RLY-TAB | Norda Williams |
| 1:16-cv-03201-RLY-TAB | Betty McDaniel |
| 1:17-cv-00475-RLY-TAB | James R. Shuff and Brenda Shuff |
| 1:17-cv-02260-RLY-TAB | Deborah Turpen and Gary Turpen |
| 1:17-cv-02270-RLY-TAB | Sonya Caldwell |
| 1:17-cv-03435-RLY-TAB | Lisa Goetz Bouknight and John K. Bouknight |
| 1:17-cv-03834-RLY-TAB | David Warner and Anne Warner |
| 1:17-cv-04577-RLY-TAB | Mike Martinez and Aida Martinez |
| 1:17-cv-04605-RLY-TAB | Christopher Ray Grant, Sr. |
| 1:18-cv-00010-RLY-TAB | John Moeller and Dorothy Jean Moeller |
| 1:18-cv-00030-RLY-TAB | Venay Gilliam |
| 1:18-cv-00045-RLY-TAB | Shirley Gehring and Kim Gehring |
| 1:18-cv-01049-RLY-TAB | Thomas McDow and Lavoris Ann Boyd |

Dated: August 22, 2018

Respectfully submitted by,

/s/ Randi Kassan
Randi Kassan, Esq.  (4375754 – NY)
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
rkassan@thesandersfirm.com
Tel: (516) 741-5600
Fax: (516) 741-0128