IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA HAVENS § | |
| § | |
| v. § | Case No. 1:14-ml-2570-RLY-TAB |
| § | MDL No. 2570 |
| COOK INCORPORATED ET AL. § | |
| § | **THIS FILING RELATES TO:** |
| § | **1:17-cv-02931-RLY-TAB** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff's Unopposed Motion for Leave to Amend their Complaint is GRANTED.

Leave is hereby granted for the filing of Plaintiff's Amended Short Form Complaint and same is hereby deemed timely filed as of the date of this order.

So Ordered: 8/23/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.

Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.