IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

LINDA HAVENS

Civil Case# 1:17-CV-2931

## AMENDED

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Linda Havens

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of California

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraph 11: Subject Matter

      Paragraph 11: Personal

      Paragraph 12: Venue

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

Cook Gunther Tulip:  9/9/2004 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Salinas Valley Memorial, 450 E Romie Lane, Salinas, CA 93901 ____

_____

13. Implanting Physician(s):

~~Sam Ballon, MD~~   **Richard Villalobos, MD** _____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Failure to Warn

☑ Count II:    Strict Products Liability – Design Defect

☑ Count III:   Negligence

☑ Count IV:    Negligence Per Se

3

☑     Count V:      Breach of Express Warranty

☑     Count VI:     Breach of Implied Warranty

☑     Count VII:     Violations of Applicable <u>California</u>    (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:    Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:      Survival

☑     Count XI:     Punitive Damages

☐     Other:      _____ (please state the facts supporting this Count in the space, immediately below)

☐     Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

    <u>John T. Kirtley III - Ferrer Poirot & Wansbrough</u>

16. Address and bar information for Attorney for Plaintiff(s):

4

2603 Oak Lawn Ave., Suite 300

Dallas, Texas  75219

Texas Bar No. 11534050

Respectfully submitted,

/S/ JOHN T. KIRTLEY, III
 John T. Kirtley, III
 Texas Bar No. 11534050
 2603 Oak Lawn Avenue, Suite 300
 P.O. Box 199109
 Dallas, Texas 75219
 (214) 521-4412
 (214) 526-6026 Fax
 jkirtley@lawyerworks.com
    Asst. molvera@lawyerworks.com
 ivcfiling@lawyerworks.com

ATTORNEY FOR THE PLAINTIFFS

LINDA HAVENS