UNITED STATES DISTRICT COURT
SOUTHERN DISTRCT OF INDIANA
INDIANAPOLIS DIVISION

> Approved.
>
> Tim A. Baker
> U.S. Magistrate Judge
> August 23, 2018

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

This document relates to the following cases:

  0:16-cv-3507, Celius v. Cook Incorporated et al.
  0:17-cv-4669, Herring v. Cook Incorporated et al.
  0:17-cv-1794 , Madrid v. Cook Incorporated et al.
  0:17-cv-3301, Snyder v. Cook Incorporated et al.
  0:16-cv-2153, Stephens v. Cook Incorporated et al.

**MDL DOCKET NO.
14-ML-2570-RYL-TAB**

**MDL No. 2570**

## NOTICE OF APPEARANCE WITH SUBSTITUTION OF ATTORNEY

TO:  The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above named Plaintiffs including:  Harold Celius, Marie Herring, Marta Madrid, Charles Snyder and Janice Stephens.  Further, please take notice that Johnson Becker, PLLC ("Johnson Becker"), by and through their undersigned counsel, respectfully notifies the Court of the Substitution of Attorney Lisa Ann Gorshe of Johnson Becker for attorney Rolf T. Fiebiger as attorney of record for the above referenced claims.  Rolf T. Fiebiger has left Johnson Becker.  Attorneys Michael K. Johnson and Kenneth W. Pearson will continue as counsel of record.

Dated: August 10, 2018                Respectfully Submitted by,

By: *Lisa Ann Gorshe*
Lisa Ann Gorshe (MN 029522X)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN  55101
Ph: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

## **CERTIFICATE OF SERVICE**

I certify that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, parties may access this filing through the Court's electronic records system.

Dated: August 10, 2018                              Respectfully Submitted by,

By: *Lisa Ann Gorshe*
Lisa Ann Gorshe (MN 029522X)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN  55101
Ph: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com