UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

Upon agreement of parties, a hearing to discuss deposition designations will be held on **NOVEMBER 13, 2018 at 11:00 a.m.** in Room #301, Evansville, Indiana before Judge Richard L. Young.

**SO ORDERED** this 23rd day of August 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record