IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

GERRY WOMACK

Civil Case # 1:16-CV-1519

## **UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached short form complaint to correct Paragraph 12 to read "Emory Crawford Long Hospital, 550 Peachtree St. NE, Atlanta, Georgia" instead of "Piedmont Healthcare, Atlanta, Georgia." (see Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial).

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Gerry Womack requests that this Court grant this request for substitution of Emory Crawford Long Hospital, 550 Peachtree St. NE, Atlanta, Georgia, in Paragraph 12, and for leave to file the Amended Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial, and direct the Clerk to file the attached Amended Second Amended Master Short Form Complaint.

Dated: August 23, 2018

/s/ Joseph R. Johnson
Joseph R. Johnson, Bar No: 372250
Babbitt & Johnson, P.A.
1641 Worthington Road
Suite 100
West Palm Beach, FL 33402-4426
Telephone: (561) 684-2500
Facsimile: (561) 684-6308
jjohnson@babbitt-johnson.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson