IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

GERRY WOMACK

Civil Case # 1:16-CV-1519-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   GERRY WOMACK

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Georgia

6. Plaintiff's/Deceased Party's current state of residence:

    Georgia

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Georgia

8. Defendants (Check Defendants against whom Complaint is made):

    - **X** Cook Incorporated
    - **X** Cook Medical LLC
    - **X** William Cook Europe ApS

9. Basis of Jurisdiction:

    - **X** Diversity of Citizenship
    - ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28, inclusive

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

X Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    09/02/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    ~~Piedmont Healthcare, Atlanta, GA~~   **Emory Crawford Long Hospital, 550 Peachtree St., Atlanta, Georgia 30308**

13. Implanting Physician(s):

    Jorge E. Corso, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    X Count I: Strict Products Liability – Failure to Warn

    X Count II: Strict Products Liability – Design Defect

    X Count III: Negligence

    X Count IV: Negligence Per Se

    X Count V: Breach of Express Warranty

    X Count VI: Breach of Implied Warranty

    X Count VII: Violations of Applicable __Georgia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII: Loss of Consortium

| | | |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| **X** | Count XI: | Punitive Damages |

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff(s):

    Joseph R. Johnson, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Joseph R. Johnson, Esq. FLA#372250
    Babbitt & Johnson, P.A.
    1641 Worthington Road Suite 100
    West Palm Beach, FL 33402-4426

                                    Respectfully submitted,

                            By:
                                    /s/ Joseph R. Johnson, Esq.
                                    Babbitt & Johnson, P.A.
                                    1641 Worthington Road, Suite 100
                                    West Palm Beach, FL 33409
                                    561-684-2500
                                    jjohnson@babbitt-johnson.com