IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

GERRY WOMACK

Civil Case # 1:16-CV-1519

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Gerry Womack be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018.

_____
Honorable Judge Richard L. Young
United States District Court Judge