THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

$0.47
US POSTAGE
FIRST-CLASS
062S0009595004
47150

RECEIVED
S DISTRICT COURT
N ALBANY DIVISION

AUG 27 2018

LAURA A. BRIGGS

Kimberly Roberts
22 Pine Street
Mt. Holly, NJ 08060

NIXIE        176    FE  1700        0008/22/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 47150367399     *1170-02527-02-34