APPROVED. CASE IS
DISMISSED WITHOUT
PREJUDICE.
Dated: 8/28/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL 2570** |
| THIS DOCUMENT RELATES TO: *Sylvia Meade v. Cook, Inc. et al.* 1:18-cv-02529 | **RICHARD L. YOUNG U.S. DISTRICT JUDGE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A)(i) Plaintiff Sylvia Meade, by and through her undersigned counsel, hereby dismisses her claims against Defendants Cook Medical Inc. et al. without prejudice. No answer has been filed in this action and no counsel for Defendants have entered their appearances. No claims are remaining.

Respectfully submitted,

**KUHLMAN & LUCAS, LLC**

By: _____
Chad C. Lucas, Mo. Bar No. 50822
Brian L. Allard, Mo. Bar No. 67942
Kehl D. Friesen, Mo. Bar No. 65909
**KUHLMAN & LUCAS, LLC**
1100 Main Street, Suite 2550
Kansas City, MO 64105
Telephone: (816) 799-0330
Facsimile: (816) 799-0336
chad@kuhlmanlucas.com
brian@kuhlmanlucas.com
kehl@kuhlmanlucas.com

***Lead Counsel for Plaintiff***

1