IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## Order Granting Plaintiff's Motion to Limit the Testimony of Kenneth Renkens, M.D.

This matter comes before the Court on Plaintiff Tonya Brand's Motion to Limit the Testimony of Kenneth Renkens, M.D., which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that Plaintiff Tonya Brand's motion is **granted**.

**It is therefore Ordered, Adjudged, and Decreed** that the opinions of Dr. Renkens' opinions related to the relationship between Plaintiff's filter and her osteophytes and any other causation opinion Cook asks him to proffer are **excluded**.

**All of which is Ordered** _____.

 

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.