Exhibit 2

Confidential - Pursuant to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
 2                 INDIANAPOLIS DIVISION
 3
 4   IN RE:  COOK MEDICAL, INC., IVC
     FILTERS MARKETING, SALES PRACTICES
 5   AND PRODUCT LIABILITY LITIGATION
     _____
 6
                                    Case No.
 7                                  1:14-ml-2570-RLY-TAB
 8   This Document Relates to       MDL No. 2570
     All Actions
 9   _____
10
11      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12                DEPOSITION FOR PLAINTIFF
13
14                  ***    ***    ***
15   DEPONENT:          KENNETH L. RENKENS, MD, FACS
16   DATE:              JULY 31, 2018
17                  ***    ***    ***
18
19
20   REPORTER:          KIMBERLEY ANN KEENE, RPR
21
22
23
24
```

Confidential - Pursuant to Protective Order

| | |
|---|---|
| 1 | vena cava, or were they inside of the wall vena cava |
| 2 | and the vena cava was then laying on the -- or |
| 3 | osteophytes? |
| 4 | MS. PIERSON: Object to the form. |
| 5 | THE WITNESS: The -- from the images that I |
| 6 | reviewed, you couldn't tell whether the legs of the -- |
| 7 | the filter were inside or outside. |
| 8 | Q. Okay. Were you asked to determine whether |
| 9 | those osteophytes interfered with the filter in any |
| 10 | way? |
| 11 | A. What do you mean by "interfered"? |
| 12 | Q. Cause the filter to do something it's not |
| 13 | supposed to do. |
| 14 | MS. PIERSON: Object to form. |
| 15 | THE WITNESS: Well, I was -- I was asked to |
| 16 | look at the relationship of the filter to the |
| 17 | osteophytes. I was not asked about what caused the |
| 18 | filter to fail. And then I'll leave it at that. |
| 19 | Q. All right. So, you were not asked to |
| 20 | determine what caused the filter to fail? |
| 21 | A. No. |
| 22 | Q. And you're not giving us -- or you don't plan |
| 23 | to give us any opinions on what caused the filter to |
| 24 | fail? |

| | |
|---|---|
| 1 | A.   Yes.  I -- I don't plan to do that. |
| 2 | Q.   Thank you. |
| 3 | A.   You're welcome. |
| 4 | Q.   For -- let me backtrack.  We'll get into the |
| 5 | report and the opinions, which we kind of started to |
| 6 | do there. |
| 7 |      Other than Ms. Kain, and don't tell me what |
| 8 | you talked about, but did you speak with anybody else |
| 9 | at Faegre Baker & Daniels about your opinions in this |
| 10 | case? |
| 11 | A.   Yes. |
| 12 | Q.   Who were those folks? |
| 13 | A.   Jessica Cox and Andrea Pierson. |
| 14 | Q.   Anyone else? |
| 15 | A.   No. |
| 16 | Q.   Okay.  Did you have a primary point of |
| 17 | contact?  Like if you had a question, was there |
| 18 | someone that you would call more than the others? |
| 19 | A.   Probably Christine.  Christine Kain. |
| 20 | Q.   Have you sent any invoices to Faegre Baker & |
| 21 | Daniels for your work in this case? |
| 22 | A.   No. |
| 23 | Q.   Have you sent any invoices to anyone related |
| 24 | to Cook or any of the Cook entities for the work you |

Confidential - Pursuant to Protective Order

1    when I looked at the imaging studies later and looked
2    at where the legs of the filter ended up, it was at
3    that same level of the osteophyte.
4         So, it was in an area that was in close
5    proximity.  It was basically at the level of the
6    osteophyte where it was already close to the vena
7    cava.
8         Q.  Okay.  And what is the significance of
9    that?
10        A.  That the filter could have got caught up on
11   the osteophyte, the -- because it was in very close
12   contact with the vena cava.  In other words, the --
13   the osteophytes that she had at L2-3 were -- first of
14   all, they're -- they're -- they're unusual in the fact
15   that most people form osteophytes and the degeneration
16   of the disc starts at the bottom of the spine and
17   works its way up.
18        And in her, she had more prominent
19   osteophytes at L2-3, so that those were the most
20   prominent osteophytes, bone spurs, that were present.
21   And it just happened to be where the vena cava was
22   located, and it just happened to be where the legs of
23   the filter ended up in her postop imaging studies.
24        That's -- that's why I mentioned it.  That --

Confidential - Pursuant to Protective Order

```
 1            I'm -- so, I'm asking you, though:  You --
 2     you have no opinion, you personally, Dr. Renkens, have
 3     no opinion, as to what caused -- no expert opinion as
 4     to what caused this filter to perforate Mrs. Brand's
 5     IVC?
 6        A.   That's correct.
 7        Q.   Okay.  And you have no opinion, no expert
 8     opinion, as to what caused Mrs. Brand's filter to
 9     fail, to fracture?
10        A.   That's correct.
11        Q.   So, your statement on page 7, that the
12     vena cava was draping over the osteophyte, is nothing
13     more than a description of the anatomy that you saw on
14     the imaging studies?
15        A.   Correct.
16        Q.   Have you come across in your practice, or the
17     years that you've been doing this, Dr. Renkens, any
18     literature that would even remotely support the idea
19     of an osteophyte causing a filter to perforate the
20     IVC?
21             MS. PIERSON:  Object to the form.
22             THE WITNESS:  No.
23        Q.   Have you ever seen that in your practice?
24        A.   No.  I'm -- I don't do -- I don't do searches
```

Confidential - Pursuant to Protective Order

```
 1              MS. PIERSON:  Go ahead.  You're okay.
 2        Q.  And is it your opinion that the filter leg
 3   was outside of the vena cava wall when it was touching
 4   the osteophyte based on your reading of the April 10,
 5   2009 CT?
 6              MS. PIERSON:  Object.  That's been asked and
 7   answered.
 8              THE WITNESS:  I think we -- you asked that,
 9   and then I answered it before.
10        Q.  Okay.  What -- and I'm sorry.  I don't have
11   it.  I'm trying to make sure that I completely
12   understand, and I apologize if I asked this before.
13              But is it your opinion that when the filter
14   leg was touching the osteophyte, as demonstrated in
15   the April 10, 2009 CT, that the leg was outside the
16   wall of the vena cava or inside the wall of the
17   vena cava?
18              MS. PIERSON:  Same objection.
19              THE WITNESS:  I believe I told you that I had
20   no opinion whether it was outside, and then I
21   commented on Dr. Gillespie's opinion about the fact
22   that it had perforated at that point in time.
23        Q.  Okay.
24        A.  That's -- I believe.  And we can go back and
```

Confidential - Pursuant to Protective Order

```
 1   look, I guess, if that's --
 2        Q.   No, that's okay.  That's okay.
 3        A.   Okay?
 4             I believe that's what I said, and if it's --
 5        Q.   Okay.  Do you know, based on your reading of
 6   the film, or of the -- of the study, how far outside
 7   of the wall the leg was when it was communicating with
 8   the osteophyte?
 9        A.   As I mentioned before, I didn't do any
10   measurements.
11        Q.   Okay.
12        A.   And -- and you indicated that -- how -- how
13   far outside it was?
14        Q.   Yes.
15        A.   I didn't say it was outside.  Remember --
16        Q.   Okay.  You don't know?
17        A.   No.  Remember, we talked about this whole --
18   we had this whole discussion about the fact that it
19   could just be poking out, and it could be still stuck
20   on the osteophyte without having perforated.
21        Q.   Correct.
22        A.   ==And that I had no opinion regarding whether
23   it was through the wall.==
24        Q.   Yes.
```