IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

>Tonya Brand
>Civil Case No. 1:14-cv-06018-RLY-TAB

## Plaintiff's Motion to Maintain Documents Under Seal

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Exhibit 1 to Plaintiff's Memorandum in Support of Motion to Limit the Testimony of Kenneth Renkens, M.D. Exhibit 1 contains information and material that Cook has designated as "Confidential."

Dated: August 28, 2018

>Respectfully Submitted,
>
>/s/ *Joseph N. Williams*
>Joseph N. Williams, Atty. No. 25874-49
>RILEY WILLIAMS & PIATT, LLC
>301 Massachusetts Avenue, Suite 300
>Indianapolis, IN 46204
>(317) 633-5270
>Fax: (317) 426-3348
>jwilliams@rwp-law.com
>
>*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*
>
>/s/ *Michael W. Heaviside*

1

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
(202) 233-1993
mheaviside@hrzlaw.com


/s/ *Ben C. Martin*
Ben C. Martin, Esq.
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
(214) 761-6614
Fax: (214) 74407590
bmartin@bencmartin.


/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEW AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
Fax: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of August, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                             /s/ *Joseph N. Williams*
                                             Joseph N. Williams