IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Cory Clark

Civil Case # 1:18-cv-02346
**AMENDED**

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Cory Clark

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Western District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6 through 28, inclusive

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   - [x] Günther Tulip® Vena Cava Filter
   - [ ] Cook Celect® Vena Cava Filter

      Gunther Tulip Mreye
      Cook Celect Platinum
      Other:
      _____

11. Date of Implantation as to each product:

    May 6, 2005
    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Grant Medical Center - Columbus, Ohio
    _____

13. Implanting Physician(s):

    Ricardo Barboza, M.D.
    _____
    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   - [x] Count I:    Strict Products Liability – Failure to Warn
   - [x] Count II:   Strict Products Liability – Design Defect
   - [x] Count III:  Negligence
   - [x] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   M. Blair Clinton, Esq. - Heninger Garrison Davis, LLC

16. Address and bar information for Attorney for Plaintiff(s):

4

<u>Heninger Garrison Davis, LLC – 2224 1st Avenue North, Birmingham, AL 35203</u>

<u>M. Blair Clinton – Alabama State Bar No. ASB-1369-A51C</u>

        Respectfully submitted,

        <u>*/s/ M. Blair Clinton*</u>
        M. Blair Clinton
        Alabama State Bar No. ASB-1369-A51C
        HENINGER GARRISON DAVIS, LLC
        2224 1st Avenue North
        Birmingham, AL 35203
        Telephone: 205-326-3336
        Facsimile: 205-326-3332
        Email: bclinton@hgdlawfirm.com

        ATTORNEY FOR PLAINTIFF