# EXHIBIT A



COMPLICATION
- migration
- perforation
- fracture
- thrombosis (DVT, IVC thrombus)
- occluded filter

complaints — depuy, torn label, broken



EXHIBIT Foreman-8  Date: 7-12-18  MLG, CSR, RPR, CRR