# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Bennett, Zachary Raymond | 1:18-cv-01148 | 5/16/2018 | 6/1/2018 | 1 |
| 2  | Luke, Travis LeCroy | 1:18-cv-01153 | 5/16/2018 | 6/1/2018 | 1 |
| 3  | Johnson, Eric T. | 1:18-cv-01171 | 5/18/2018 | 6/1/2018 | 2 |
| 4  | Wilder, Gwendolyn | 1:18-cv-01201 | 5/21/2018 | 6/1/2018 | 3 |
| 5  | Carmichael, Douglas and Vair, Rebecca | 1:18-cv-01276 | 5/29/2018 | 6/27/2018 | 4 |
| 6  | Silvia, Eric Raymond | 1:18-cv-01281 | 5/29/2018 | 6/15/2018 | 5 |
| 7  | Spangler, Andru-Scot | 1:18-cv-01282 | 5/29/2018 | 6/15/2018 | 6 |
| 8  | DeAntonio, Mark | 1:18-cv-01283 | 5/20/2018 | 6/1/2018 | 7 |
| 9  | Johnson, Michael R. | 1:18-cv-01284 | 5/29/2018 | 6/15/2018 | 8 |
| 10 | Esmonde, Alan | 1:18-cv-01394 | 6/4/2018 | 6/15/2018 | 9 |
| 11 | Radcliff, Larry | 1:18-cv-01407 | 6/6/2018 | 6/15/2018 | 10 |
| 12 | Dugan-Goodpaster, Mitzie | 1:18-cv-01415 | 6/6/2018 | 6/15/2018 | 11 |
| 13 | Hayes, Bruce | 1:18-cv-01666 | 7/2/2018 | 7/26/2018 | 12 |
| 14 | Sears, Keith | 1:18-cv-01775 | 7/11/2018 | 7/26/2018 | 13 |
| 15 | Smith, Kathleen | 1:18-cv-01861 | 7/18/2018 | 8/15/2018 | 14 |
| 16 | Johnson, Kathy | 1:18-cv-01862 | 7/18/2018 | 8/15/2018 | 15 |
| 17 | Vasquez, Jeanette | 1:18-cv-01865 | 7/18/2018 | 8/15/2018 | 16 |
| 18 | Gunter, Desiree | 1:18-cv-01870 | 7/19/2018 | 8/15/2018 | 17 |
| 19 | Rich, William | 1:18-cv-01871 | 7/19/2018 | 8/15/2018 | 18 |
| 20 | Lanham, Nancy | 1:18-cv-01930 | 7/23/2018 | 8/15/2018 | 19 |
| 21 | Hicks, Judith and Billy | 1:18-cv-01949 | 7/25/2018 | 8/15/2018 | 20 |
| 22 | Johnson, Fred | 1:18-cv-01963 | 7/26/2018 | 8/15/2018 | 21 |
| 23 | Cox, Yolanda | 1:18-cv-01964 | 7/26/2018 | 8/15/2018 | 22 |
| 24 | Funk, Mark | 1:18-cv-02041 | 8/2/2018 | 8/15/2018 | 23 |
| 25 | Bailey, Thomas R. | 1:18-cv-02067 | 8/6/2018 | 8/15/2018 | 24 |