**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE REGARDING THE FDA'S 510(K) CLEARANCE OF THE CELECT IVC FILTER AND ITS "LOW COMPLAINT RATE" AND TO EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF CHRISTY FOREMAN, MBE AND EXHIBITS THERETO**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Response to Plaintiff's Motion In Limine Regarding the FDA's 510(K) Clearance of the Celect IVC Filter and Its "Low Complaint Rate" and To Exclude or Limit the Expert Testimony of Christy Foreman, MBE and Exhibits Thereto.  The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' Response to Plaintiff's Motion In Limine Regarding the FDA's 510(K) Clearance of the Celect IVC Filter and Its "Low Complaint Rate" and To Exclude or Limit the Expert Testimony of Christy Foreman, MBE and **Exhibits B and C** thereto ordered to be maintained *under seal.*

- 2 -

SO ORDERED this \_\_\_\_ day of _____, 2018.

                                                    Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.