IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF DEFENDANTS' NON-RETAINED EXPERT RAMAN UBEROI, MD**

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through her undersigned counsel, and hereby respectfully requests that this Court exclude or limit the expert testimony of Raman Uberoi, MD, and states as follows:

1. Cook disclosed Dr. Uberoi as an expert but did not provide an expert report.

2. Plaintiff brings *Daubert* challenges to Opinions 3 and 4 in the designation provided by Cook for Dr. Uberoi and any other opinions he has on the subject of the Celect IVC filter's, or IVC filters' in general, purported efficacy, benefits vs. risks, or complication rates.

3. Because Dr. Uberoi did not write an expert report for this case, and at his deposition he failed to articulate sufficient facts or data or reliable principles or methods in support of these purported efficacy and risk/benefit opinions, he should not be permitted to offer his opinions on any of these subjects at trial.

WHEREFORE, Plaintiff seeks an Order excluding or limiting the expert testimony of Dr. Raman Uberoi for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted this 4th, September, 2018.

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee*

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        */s/ Ben C. Martin*
                                                        Ben C. Martin