# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## LIST OF DOCUMENTS

Exhibit A:   Excerpts from 07/24/18 Status Conference

Exhibit B:   Cook's Amended Rule 26(a)2(B) and 26(a)(2)(C) Expert Disclosures

Exhibit C:   Deposition of Raman Uberoi, MD taken on 08/03/18 - **SEALED**

Dated: September 4, 2018

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　　　Ben C. Martin, Esq.
　　　　　　　　　　　　　　　　　　　　　The Law Office of Ben C. Martin
　　　　　　　　　　　　　　　　　　　　　3219 McKinney Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75204
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 761-6614
　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 744-7590
　　　　　　　　　　　　　　　　　　　　　Email: bmartin@bencmartin.com

　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin