# EXHIBIT A

```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION
```

IN RE: COOK MEDICAL, INC.,          )
IVC FILTERS MARKETING, SALES        ) Cause No.
PRACTICES AND LIABILITY,            ) 1:14-ML-2570-RLY-TAB
LITIGATION                          ) Indianapolis, Indiana
                                    ) **July 24**, 2018
                                    ) 5:24 p.m.
                                    )

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**         Ben C. Martin, Esq.
                            LAW OFFICES OF BEN C. MARTIN
                            3710 Rawlis St., Suite 1230
                            Dallas, TX   75219

                            Joseph N. Williams, Esq.
                            RILEY WILLIAMS & PIATT, LLC
                            301 Massachusetts Avenue
                            Indianapolis, IN   46204

                            Michael W. Heaviside, Esq.
                            HEAVISIDE REED ZAIC
                            910 17th Street NW, Suite 800
                            Washington, D.C.   20006

Case 1:14-ml-02570-RLY-TAB   Document 9077-2   Filed 09/04/18   Page 3 of 4 PageID #:
56502

29

```
 1  fact testimony.  We would like his testimony on the areas that
 2  we disclosed to counsel.  We have lots of cases in this
 3  litigation.  I think no one wants to go to London more than
 4  once.  I say we do the deposition and if there's things they
 5  think is inappropriate or cumulative, we cross that bridge
 6  once we get the testimony; but I don't see any reason why,
 7  when we've clearly outlined the very specific things we're
 8  going to talk to him about, that we shouldn't just ask him and
 9  then fight about what comes in later.
10              THE COURT:  All right.  Dr. Uberoi will testify
11  about the OUS study and the Lyon publication.  He can testify
12  about the British Registry and if that testimony tends to be
13  cumulative, we'll strike it.
14              MS. PIERSON:  Next issue?
15              THE COURT:  Okay.
16              MS. PIERSON:  Good evening, Judge.  Thanks for your
17  time.  I'm not exactly sure where we are on the agenda.  So if
18  you don't mind, we'll address the motion to strike specific
19  rebuttal reports.
20              We filed a motion to strike certain rebuttal reports
21  that were filed by the -- served by the Plaintiffs.  And
22  Judge, you may recall that back in April of last year, when we
23  were determining the schedule for the Brand case, we talked
24  about rebuttal reports from the Plaintiffs' expert and I
25  expressed some concern that rebuttal reports are permitted in
```

```
1  ************************************************************

2                    CERTIFICATE OF COURT REPORTER

3

4       I, Margaret A. Techert, hereby certify that the

5  foregoing is a true and correct transcript from

6  reported proceedings in the above-entitled matter.

7

8

9

10 /S/ Margaret A. Techert                    July 31, 2018
   MARGARET A. TECHERT
11 Official Court Reporter
   Southern District of Indiana
12 Evansville Division
```