IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Floyd Hollman

Civil Case No. 1:16-cv-02156-RLY-TAB

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the recently-discovered death of Floyd Hollman, Plaintiff in this action. Floyd Hollman passed away on March 19, 2017. See Exhibit A, Death Certificate for Floyd Hollman.

At the time of his death, Floyd Hollman was married to Geneice Hollman, as evidenced by his Death Certificate. See Exhibit A.

Pursuant to Rule 25a of the Federal Rules of Civil Procedure, it is hereby requested that "Geneice Hollman, Personal Representative of the Estate of Floyd Hollman, Deceased" be substituted in place of Floyd Hollman in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

This request is not sought for delay, but so that justice may be done.

Respectfully submitted,

THE NATIONS LAW FIRM

/s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr., Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  To date, Counsel has not responded to requests for their position regarding Plaintiffs' Motion.

/s/  Howard L. Nations
Howard L. Nations

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 5th  day of September, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.  Copies will be delivered by other means to the following parties not served by the Court's ECF system.

/s/ Howard L. Nations
Howard L. Nations