IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Floyd Hollman<br><br>Civil Case No. 1:16-cv-02156-RLY-TAB | **ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY** |

# ORDER

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Geneice Hollman, Personal Representative of the Estate of Floyd Hollman, Deceased" be substituted for "Floyd Hollman" in this action, continuing the claims of Floyd Hollman on behalf of his Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Floyd Hollman's individual claims continue in full force and effect.

_____
UNITED STATES JUDGE