**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS DOCUMENT RELATES TO:

*Leroy Stricklen v. Cook Medical, Inc., et al.*
Case No. 1:18-cv-283

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, moves this Court for an order amending the Complaint.

1. Plaintiff seeks leave to file the attached Amended Short Form Complaint to correct Paragraph 10 to identify the product model implanted during his 9/1/2005 IVC Filter placement procedure as a "Gunther Tulip® Vena Cava Filter" instead of a "Cook Celect® Vena Cava Filter." A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Leroy Stricklen requests that this Court grant this request to correct Paragraph 10 to identify the product model implanted during his 9/1/2005 IVC Filter

placement procedure as a "Gunther Tulip® Vena Cava Filter," and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: September 5, 2018             Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 5th day of September, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*