# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Civil Case # 1:18-cv-283

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   LEROY STRICKLEN

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    California

6. Plaintiff's/Deceased Party's current state of residence:

    California

7. District Court and Division in which venue would be proper absent direct filing:

    Central District of California

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☐ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraph 23, Paragraph 24, Paragraph 25,

    Paragraph 26, Paragraph 27, Paragraph 28

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [x] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other:

11. Date of Implantation as to each product:

    9/1/2005

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Martin Luther King, Jr./Drew Medical Center

    1670 E 120th St. Los Angeles, CA 90059

13. Implanting Physician(s):

    Maurice Hale, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [x] Count I: Strict Products Liability – Failure to Warn
    - [x] Count II: Strict Products Liability – Design Defect
    - [x] Count III: Negligence
    - [x] Count IV: Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable California _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Bobby Saadian, Wilshire Law Firm, PLC

16. Address and bar information for Attorney for Plaintiff(s):

Bobby Saadian, Esq. - CA SBN 250377

3055 Wilshire Blvd., 12th Floor Los Angeles, CA 90010

(213)381-9988; masstorts@wilshirelawfirm.com

/s/ Bobby Saadian
Attorney for Plaintiff