## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 1:18-cv-283 |

THIS DOCUMENT RELATES TO:

*Leroy Stricklen v. Cook Medical, Inc., et al.*
*Case No. 1:18-cv-283*

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Leroy Stricklen, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge