## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **JOSE VIDALES** | ) **MDL No. 1:14-ml-2570-RLY-TAB** |
| | ) **MDL No. 2570** |
| **v.** | ) |
| | ) |
| **COOK INCORPORATED;** | ) **Civil Case No. 1:18-cv-02539-RLY-TAB** |
| **COOK MEDICAL LLC;** | ) |
| **WILLIAM COOK EUROPE APS** | ) |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil

Procedure and the Seventh Amendment of the U.S. Constitution.


Dated:  September 6, 2018          Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher