IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
PATRICIA JACOBS, as guardian and conservator of
the legally incapacitated OCTAVIA WALKER
Civil Case #  1:18-cv-2521

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Octavia Walker, by and through her guardian and conservator, Patrica Jacobs

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Patricia Jacobs, as guardian and conservator of the legally incapacitated, Octavia Walker

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Western District of Michigan - Lansing Division

8. Defendants (Check Defendants against whom Complaint is made):

   - [x] Cook Incorporated
   - [x] Cook Medical LLC
   - [x] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs #9-28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   - ☒ Günther Tulip® Vena Cava Filter
   - ☐ Cook Celect® Vena Cava Filter
   - ☐ Gunther Tulip Mreye
   - ☐ Cook Celect Platinum
   - ☐ Other: _____

11. Date of Implantation as to each product:

    05/08/2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sparrow Hospital in Lansing Michigan

13. Implanting Physician(s):

    Dr. Alonso Collar

14. Counts in the Master Complaint brought by Plaintiff(s):

   - ☒ Count I: Strict Products Liability – Failure to Warn
   - ☒ Count II: Strict Products Liability – Design Defect
   - ☒ Count III: Negligence
   - ☒ Count IV: Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable  Michigan  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

Chad C. Lucas (MO Bar No. 50822), Brian L. Allard (MO Bar No. 67924) and Kehl D. Friesen (MO Bar No. 65909)

16. Address and bar information for Attorney for Plaintiff(s):

Kuhlman & Lucas, LLC

1100 Main Street, Suite 2550

Kansas City, Missouri 64105

        Respectfully submitted,

        **KUHLMAN & LUCAS, LLC**

        */s/ Chad C. Lucas*
        Chad C. Lucas, MO Bar No. 50822
        Brian L. Allard, MO Bar No. 67924
        Kehl D. Friesen, MO Bar No. 65909
        **KUHLMAN & LUCAS, LLC**
        1100 Main Street, Suite 2550
        Kansas City, Missouri 64105
        Telephone: (816) 799-0330
        Facsimile: (816) 799-0336
        chad@kuhlmanlucas.com
        brian@kuhlmanlucas.com
        kehl@kuhlmanlucas.com

        ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC 315 5th
Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli 603
Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David
J. Britton 2209 N. 30th
Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny &
Torzewski Two Maritime
Plaza, 3rd Floor Toledo,
OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law,
P.A. 305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

6

| | |
|---|---|
| Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 Third Avenue<br>North Franklin, TN 37064 | Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH 44140 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | Robert M. Hammers, Jr.<br>Jason T. Schneider, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 NW Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |

*/s/ Chad C. Lucas*