UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) | No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | ) | |
| 1:14-cv-6018-RLY-TAB Brand | ) | |

**ORDER SETTING SETTLEMENT CONFERENCE AND RELATED DEADLINES**

**This matter is set for a settlement conference at 9 a.m. on October 29, 2018, room #234**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. This conference is expected to last all day and it is for the purpose of addressing the possible resolution of the *Brand* litigation, which is set for trial beginning on January 14, 2019, as well as any other related matters. In preparation for this conference, counsel[1] are ordered to meet and confer no later than immediately following the September 20, 2018, Bellwether selection hearing. Based upon this meet and confer, counsel shall submit (not file) to the Magistrate Judge by October 4, 2018, a joint settlement statement which shall set forth, in addition to any other matters counsel deem appropriate: (1) the categories of cases that might be considered in fashioning a settlement (i.e., no injury cases, irretrievable filter cases, perforation cases, fragmentation cases, migration cases); (2) a definition of each of these categories; (3) the estimated number of cases in each of these categories; (4) a statement of material facts or issues upon which the parties agree; (5) a statement of the most significant facts

[1] For purposes of this order, "counsel" refers to Plaintiffs' Leadership counsel and Defendants' counsel, and "parties" refers to the parties represented by those counsel.

or issues on which the parties disagree; and (6) other facts that may complicate or assist in settlement. In addition, by October 11, 2018, Plaintiffs shall serve an updated settlement proposal, and Defendants shall serve an updated response by October 18, 2018, with copies provided to the Magistrate Judge at the time of service.

**Unless excused by order of the Court, clients must appear in-person at the settlement conference along with counsel. With respect to corporate, governmental, and other organizational entities, an authorized client representative with authority to negotiate and communicate a settlement must appear in-person at the settlement conference along with their counsel.** Under no circumstances will counsel of record be deemed to be the proper client representative for settlement purposes. Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must also have a fully authorized settlement representative present at the conference. If multiple layers of insurance are implicated, every insurance company that has an implicated policy must have a fully authorized settlement representative present. **All persons entering the United States Courthouse must have photo identification.**

Client representatives for all parties must have final settlement authority without consulting someone else who is not present. This means that parties should not need or expect to contact others, who are not present at the conference, to discuss or modify settlement authority. If such a person exists who would need to be consulted, that party must be present at the settlement conference. The Court recognizes that for some corporate and governmental entities, and a limited number of other organizational entities with multi-layered approval procedures, additional approvals may be required to formally approve a settlement. However, parties and their counsel in these limited situations must exercise all possible good faith efforts to ensure that

the representative(s) present at the settlement conference provides the maximum feasible authority and the best possible opportunity to resolve the case. No other persons are permitted to attend the settlement conference without leave of Court.

**Three business days before the scheduled conference, the parties shall submit (not file) to the Magistrate Judge a confidential settlement statement** setting forth any additional facts or issues the parties would like to advise the Magistrate Judge of confidentially.

Counsel may submit their joint settlement statement, their confidential settlement statements, and copies of their settlement proposal/response to the undersigned via mail, fax (317-229-3664) or email (MJBaker@insd.uscourts.gov).

Dated: 9/11/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.