UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |
| This Document Relates to:<br>    17-cv-00004<br>    17-cv-00881<br>    18-cv-01004<br>    18-cv-02081 | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, Brandon L. Rich of Driggs, Bills & Day, PLLC, hereby gives his appearance as counsel for Plaintiffs in connection in the following actions:

| | |
|---|---|
| Meagan Dyreng | Case No. 17-cv-00004 |
| Darrell Robertson | Case No. 17-cv-00881 |
| Karen Cryer | Case No. 18-cv-01004 |
| Thomas Meriedy | Case No. 18-cv-02081 |

It is respectfully requested that Brandon L. Rich replace Anne R. Vankirk of Driggs, Bills & Day, PLLC as attorney of record for the above-referenced Plaintiffs. Please remove Ms. Vankirk from all pleadings and mailings

//

//

//

//

//

RESPECTFULLY SUBMITTED this 11th day of September, 2018.

        DRIGGS, BILLS & DAY, PLLC

*s/Brandon L. Rich*
Brandon L. Rich, WSBA No. 41981
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
brich@lawdbd.com

*s/Anne R. Vankirk*
Anne R. Vankirk, WSBA No. 47321
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
avankirk@lawdbd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*s/Brandon L. Rich*
Brandon L. Rich, WSBA No. 41981
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
brich@lawdbd.com