AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Mary Thomas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-01294 |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary Thomas.

Date: 09/12/2018

/s/ Peter E. Goss
*Attorney's signature*

Peter E. Goss Mo Bar #57933
*Printed name and bar number*

The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
*Address*

pgoss@goss-lawfirm.com
*E-mail address*

(816) 336-1300
*Telephone number*

(816) 336-1310
*FAX number*