# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]     16-cv-01294

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Peter E. Goss | Peter E. Goss |
| **Law Firm, Company, and/or Agency:** | The Goss Law Firm, P.C. | The Goss Law Firm, P.C. |
| **Address:** | 4510 Belleview, Suite 201<br>Kansas City, MO 64111 | 1501 Westport Road<br>Kansas City, MO 64111 |
| **Primary E-mail:** | pgoss@goss-lawfirm.com | pgoss@goss-lawfirm.com |
| **Secondary E-mail(s):** | jcampain@goss-lawfirm.com | jcampain@goss-lawfirm.com |
| **Telephone Number:** | 816-336-1300 | 816-336-1300 |
| **Facsimile:** | 816-336-1310 | 816-336-1310 |

Date: 9/12/2018                                     s/ Peter E. Goss

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.