IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:18-cv-1382
    Malcolm Clark

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Josette Clark-Maxwell and Joy Clark, as Co-Administrators of the Estate of Malcolm Clark, as the Plaintiffs.

1. Malcolm Clark filed a products liability lawsuit against Defendants on May 4, 2018 in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On May 24, 2018, Malcolm Clark passed away.

3. On June 28, 2018, Plaintiff filed and served a Notice of Suggestion of Death [Doc. 8469].

4. Josette Clark-Maxwell and Joy Clark have been appointed Co-Administrators of the Estate of Malcolm Clark, Case Number A3678-2018.

5. As Co-Administrators of the Estate of Malcolm Clark, Josette Clark-Maxwell and Joy Clark, are proper parties and have proper capacity to move forward with the surviving products liability lawsuit on Malcolm Clark's behalf, pursuant to Fed.R.Civ.P.25(a)(1), which

provides, in pertinent part, "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Josette Clark-Maxwell and Joy Clark, further seek leave to file the attached Amended Short Form Complaint to substitute as Plaintiffs, on behalf of the Estate of Malcolm Clark, and to add survival action claims. Malcolm Clark did not pass away until after the original filing of the Complaint, and therefore, the survival action claims could not be made at the time of the original filing. See Amended Short Form Complaint attached hereto as Exhibit 1.

7. Counsel for Plaintiff contacted the Court, and was advised that no hearing notice was required or desired. As such, no such notice is being provided.

Based on the foregoing, Josette Clark-Maxwell and Joy Clark, as Co-Administrators of the Estate of Malcolm Clark, request that this Court grant their request for substitution as Plaintiffs in this action and grant them leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: September 13, 2018

Respectfully submitted,

*/s/ David C. DeGreeff*
Thomas P. Cartmell           MO Bar #45366
(admitted pro hac vice)
David C. DeGreeff            MO Bar #55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2371 (fax)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.

                                            */s/ David C. DeGreeff*