Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff: Malcolm Clark

Civil Case #: 1:18-cv-1382

## AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs, and for their Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Malcolm Clark, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Josette Clark-Maxwell and Joy Clark, Co-Administrators

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Pennsylvania

6.  Plaintiff's/Deceased Party's current state of residence:

    Plaintiff-decedent Malcolm Clark died in Pennsylvania

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Pennsylvania

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical, LLC

    ☑ William Cook Europe APS

9.  Basis of Jurisdiction
    ☑ Diversity of Citizenship

    ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6 through 28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    Order establishing policies and procedures

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

    ■ Günther Tulip Vena Cava Filter

☐   Cook Celect Vena Cava Filter

☐   Günther Tulip Mreye

☐   Cook Celect Platinum

☐   Other: _____

11. Date of implantation as to each product:

04/25/2012 _____

_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

University of Pennsylvania Health System (Philadelphia, PA) _____

_____

13. Implanting Physician(s):

Edward Woo, M.D. _____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I:        Strict Products Liability - Failure to Warn

☑   Count II:       Strict Products Liability - Design Defect

☑   Count III:      Negligence

☑   Count IV:      Negligence *Per Se*

☑   Count V:       Breach of Express Warranty

☑   Count VI:      Breach of Implied Warranty

☑   Count VII:     Violations of Applicable Pennsylvania Law Prohibiting Consumer

Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:    Loss of Consortium

☐   Count IX:      Wrongful Death

☑Count X:        Survival

☑ Count XI:      Punitive Damages

☐  Other:        _____ (please state the facts supporting this Count

in the space, immediately below)

☐  Other:        _____(please state the facts supporting this Count

in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff:

 David C. DeGreeff, Wagstaff & Cartmell LLP                                              

16. Address and bar information for Attorney for Plaintiff:

 MO Bar No. 55019, Wagstaff & Cartmell LLP, 4740 Grand Ave., Suite 300           

 Kansas City, MO 64112                                                                          

Date: September 13, 2018

Respectfully submitted,

By: /s/ Thomas P. Cartmell          
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/ David C. DeGreeff

David C. DeGreeff (MO Bar No. 55019)
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/ s/David C. DeGreeff