IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:18-cv-1382
      Malcolm Clark

## ORDER

IT IS ORDERED that the Motion to Substitute Party and Amended Short Form Complaint filed by Josette Clark-Maxwell and Joy Clark, as Co-Administrators of the Estate of Malcolm Clark, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018.

                                        Honorable Judge Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana