# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-01760 | 1:18-cv-02485 |
| 1:18-cv-01761 | 1:18-cv-02489 |
| 1:18-cv-01764 | 1:18-cv-02491 |
| 1:18-cv-01766 | 1:18-cv-02492 |
| 1:18-cv-01837 | 1:18-cv-02493 |
| 1:18-cv-02098 | 1:18-cv-02497 |
| 1:18-cv-02480 | 1:18-cv-02498 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
 Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
 William Cook Europe ApS

| | |
|---|---|
| Dated: September 13, 2018 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald