# EXHIBIT A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Angela Kelver Hall
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

June 01, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re:  Cook MDL Plaintiff Profile Deficiency

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Davis, Lori
- Dodd, John
- Jewell, Frances
- Wilder, Gwendolyn

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Amanda L. Washington                                                                6/1/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

June 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Dugan-Goodpaster, Mitzie ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

August 15, 2018

### VIA E-MAIL AND FIRST CLASS MAIL

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Lanham, Nancy ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside – mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

Angela Kelver Hall
angela.hall@FaegreBD.com
Direct 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

August 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Bailey, Thomas R. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside – mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com