UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS'
RESPONSE TO PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE
"IMPERMISSIBLE" TESTIMONY OF DR. MARK RHEUDASIL**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's *Daubert* Motion to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil:

| Exhibit | Description |
|---|---|
| A | Dr. Rheudasil's Curriculum Vitae |
| B | Excerpts of St. Joseph Hospital Records **- FILED UNDER SEAL** |
| C | Excerpts of *Hill v. Cook*, *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Liability Litigation*, Cause No. 1:14-ML-2570-RLY-TAB, November 1, 2017 |

                                    Respectfully submitted,

Dated: September 14, 2018        /s/ *Andrea Roberts Pierson*
                                    Andrea Roberts Pierson (#18435-49)
                                    Jessica Benson Cox (#26259-49)
                                    Victoria R. Calhoon (#28492-49)
                                    Anna C. Rutigliano (#32743-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana 46204
                                    Telephone: (317) 237-0300
                                    Facsimile:   (317) 237-1000
                                    andrea.pierson@faegrebd.com
                                    jessica.cox@faegrebd.com
                                    victoria.calhoon@faegrebd.com
                                    anna.rutigliano@faegrebd.com

                                    *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson
