# EXHIBIT A

# J. Mark Rheudasil, M.D., F.A.C.S.
## CURRICULUM VITAE

### EDUCATION
Abilene Christian University- Abilene, Texas
    B.S. (Biology) 1978   Magna Cum Laude
                                Student Foundation
                                Alpha Chi Honor Society
                                Blue Key (Men's Honor Society)

University of Texas Southwestern Medical School- Dallas, Texas
    M.D. 1983

### TRAINING
Internship: 1983-84   Emory University Affiliated Hospitals   Atlanta, Georgia

Residency: 1983-88   Emory University Affiliated Hospitals   Atlanta, Georgia
                          (General Surgery)

Fellowship: 1988-89   Emory University Hospital   Atlanta, Georgia
                           (General Vascular Surgery)

### PRACTICE EXPERIENCE
East Texas Vascular Associates
1100 E. Lake St., Suite 300
Tyler, Texas 75701
July, 1989- August, 1991

Vascular Surgery, P.C.
993-D Johnson Ferry Rd., Suite 200
Atlanta, Georgia 30342
August, 1991- December, 1999

Merger:
Vascular Institute of Georgia
5669 Peachtree Dunwoody Rd.
Atlanta, Georgia 30342
January, 2000 – Aug 2011

St. Joseph's Hospital Medical Group/ Emory Specialty Associates
Division of Vascular Surgery
5673 Peachtree Dunwoody Rd, Ste 675
Atlanta, GA 30342



August, 2011 to Aug 2014

The Emory Clinic, Division of Vascular Surgery
Medical Director, Emory Vein Center
Assistant Clinical Professor of Surgery, Emory University School of Medicine
5673 Peachtree Dunwoody Rd, Ste 675
Atlanta, GA 30342
September 1, 2014 to present

## STATE LICENSES
Texas-G5530, granted June, 1983 (inactive)
Georgia- 26926, granted Oct, 1984

## BOARD CERTIFICATION
American Board of Surgery- Diplomate, Dec, 1989, recertified, 1999
American Board of Surgery Certificate of Added Qualifications in General Vascular
    Surgery- May, 1991; recertified, 2000; recertified 2009
Registered Vascular Technologist- Oct, 1995

## PROFESSIONAL ORGANIZATIONS
Fellow - American College of Surgeons; (Committee on Applicants 2001-2008)
Society for Vascular Surgery
Vascular and Endovascular Surgery Society
International Society for Endovascular Surgery
Emory Association of Vascular Surgery
Atlanta Vascular Society (Membership Committee 04-06, **President**-2011- present)
Georgia Vascular Society (Secretary-Treasurer 2012-2013, **President** 2013-2014)
Georgia Surgical Society
Medical Association of Georgia

## HONORS
Castle Connolly Ltd; **Top Doctors In Atlanta**, Vascular Surgery, 2012, 2013, 2014

## HOSPITAL APPOINTMENTS
Saint Joseph's Hospital
5665 Peachtree Dunwoody Rd. NE
Atlanta, Georgia 30342
(active staff)

**Committee Appointments:**    **Chairman**- Dept. of Surgery 2006 – present.
    Operating Room 1999- 2010 (chairman 2006- 2010)

Surgical Services Executive Committee 2006- 2011
Perioperative Governance Committee 2011-present
Medical Staff Executive Committee 2006—present
Ad Hoc Committee for Physician Disciplinary Action 2004
Heart and Vascular Institute- Board of Directors, 2009-2014
St Joseph's Outpatient Vascular Lab—Medical Director 2011-present
St Joseph's Vein Center-- Medical Director 2011-2014
St. Joseph's Inpatient/Outpatient Vascular Laboratory Medical Director Feb. 2015—present
St. Joseph's Product Value Analysis 2013-present

Northside Hospital
1000 Johnson Ferry Rd.
Atlanta, Georgia 30342
(active staff)

**Committee Appointments:** Outpatient Surgery 1993-94
Critical Care 1994-95
Operative and Other Procedures
    Chairman 1995-1997
Surgery Executive Committee 1995-2013
O.R. Committee 1995-2013
Credentials Committee 1995-1997
Case Scheduling Task Force
Medical Staff Executive Committee 1997-1999
Vice-Chief Department of Surgery - 1995-1997
Chief- Department of Surgery 1997-1999
    Section Head Vascular Surgery 1995-2013
Co-Director Vascular Laboratory 1999-2013

PUBLICATIONS
1. "True Pancreatic Cysts: A Review"
   J. Mark Rheudasil, M.D., Bobby Brown, M.D., Stephen W. Gray, Ph.D., John E. Skandalakis, M.D., <u>Journal of the Medical Association of Georgia</u>, Sept 1986, pp. 534-537.

2. "Duodenocaval Fistula: Case Report and Literature Review"
   J. Mark Rheudasil, M.D., Vincent P. Chuang, M.D., J. Richard Amerson, M.D., <u>American Surgeon</u>, Mar 1988, Vol. 53, No. 3, pp. 169-171

3. "Surgical Treatment of Chronic Mesenteric Arterial Insufficiency"
    J. Mark Rheudasil, M.D., Mark T. Stewart, M.D., Jon V. Schellack, M.D., Robert B. Smith, III, M.D., Atef A. Salam, M.D., Garland D. Perdue, M.D., Journal of Vascular Surgery, Oct 1988, pp. 495-500

4. "Primary Popliteal Venous Aneurysm With Recurrent Pulmonary Emboli"
    George D. Grice, III, M.D., Robert B. Smith, III, M.D., Paul H. Robinson, M.D., J. Mark Rheudasil, M.D., Journal of Vascular Surgery, Sept 1990, pp. 316-318

5. "Spinal Cord Ischemia - A Spectrum of Disease"
    Matthew B. Jaffe, B.A., Robert C. Allen, M.D., J. Mark Rheudasil, M.D., Alan B. Lumsden, M.D. (poster presentation), American College of Surgeons Annual Clinical Congress, Oct 10-15, 1993, San Francisco, Ca.

RECENT PRESENTATIONS

1. ALIF Related Vascular Injuries

    Florida Vascular Society, May 8, 2014

2. ALIF Related Vascular Injuries

    Atlanta Vascular Society, July 14, 2014

3. They "Were Not Found Wanting"
   The Physicians in Trauma Room No 1
   November 22, 1963

    Presidential Address
    Georgia Vascular Society, Sept 13, 2014