# EXHIBIT C

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                     INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,        )
IVC FILTERS MARKETING, SALES      ) Cause No.
PRACTICES AND LIABILITY,          ) 1:14-ML-2570- RLY-TAB
LITIGATION                        ) Evansville, Indiana
                                  ) November 1, 2017
                                  ) 8:25 a.m.
                                  )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 7

**For Plaintiffs:**                David P. Matthews, Esq.
                                   MATTHEWS & ASSOCIATES
                                   2905 Sackett Street
                                   Houston, TX  77098

                                   Matthew D. Schultz, Esq.
                                   LEVIN PAPANTONIO THOMAS MITCHELL
                                   RAFFERTY & PROCTOR PA
                                   316 S. Baylen Street, Suite 600
                                   Pensacola, FL  32502

                                   Joseph N. Williams, Esq.
                                   RILEY WILLIAMS & PIATT, LLC
                                   301 Massachusetts Avenue
                                   Indianapolis, IN  46204

```
 1  fine, but if he's asking generally, it doesn't seem
 2  appropriate.
 3              THE COURT:  Mrs. Cook?
 4              MS. BAUGHMAN:  I'm sorry, Ms. Hill.
 5              THE COURT:  Certainly he'd be able to testify as to
 6  what went into his decision making in prescribing a Cook
 7  Celect filter or a filter for Mrs. Hill.
 8              MS. BAUGHMAN:  Correct, but then outside of the
 9  context of that, just saying "So now tell me what your
10  experience generally has been with IVC filters," that --
11  that -- that's not part of -- that's a general expert opinion.
12  That's not -- if it was "What factors went into you deciding
13  to put a filter in Ms. Hill," fine, but tell me your
14  experience outside of Ms. Hill with other patients, that
15  doesn't -- that's more in the realm of expert testimony, and
16  he hasn't been designated -- we don't have a report on that.
17  We haven't been able to cross-examine --
18              THE COURT:  He's a treating physician.
19              MS. BAUGHMAN:  Right, right.  And he's not an expert
20  on IVC filters, and he shouldn't be able to tell the jury what
21  his experience is generally with IVC filters.
22              THE COURT:  Okay.
23              Ms. Cox?
24              MS. COX:  I think that the -- what we're talking
25  about in this trial is consumer expectations, and the risks
```

1       And he said, "Based on my experience, I knew about
2  the benefits; and here's how I knew about the benefits.  I
3  knew about the risks from my experience because I've
4  prescribed them for a hundred people, and I followed them for
5  a year."
6       So testimony about what he knew and what went into
7  his decision making, what he knew about the risks and what he
8  knew about the benefits, that's what informed his decision;
9  and that's all we're talking about here today.
10      MS. BAUGHMAN:  It's just a -- I think part of the
11 problem is we need to go back and discuss this, because I
12 agreed to probably 30 different questions and answers to
13 withdraw objections this morning.  I'm not sure counsel since
14 I finished at 7:40 had time to find out from her colleague
15 what's been agreed to and what hasn't, and perhaps we can work
16 it out.
17      THE COURT:  That sounds like a good plan to me.  The
18 guidance from the Court, of course, as I've said, he can
19 testify -- he has to testify as to what went into his decision
20 making in prescribing a filter for Mrs. Hill; and I think you
21 can use that guidance to figure this all out.
22      MS. BAUGHMAN:  Thank you, Your Honor.
23      THE COURT:  Okay.
24      MS. COX:  One very short -- I promise very short.
25 I'm going to speak very slowly.

```
 1                THE COURT:  Yes.
 2                MS. BAUGHMAN:  It's cumulative.  Thank you.
 3                MS. COX:  May we designate only the portion that
 4   says, "I continue to prescribe filters to this day"?  We
 5   haven't heard that before.
 6                THE COURT:  It's relevant.
 7                MS. COX:  Thank you.
 8                MS. BAUGHMAN:  The doctor, and I can -- I'm probably
 9   running up on my five minutes here.  The doctor's asked about
10   specific studies.  It's just a general guidance and whether
11   these are randomized control trials, and I just -- I just
12   don't think that we need this particular doctor to go through
13   studies and describe whether they're randomized control trials
14   or not.  That's an epidemiological issue.  He's not an
15   epidemiologist.
16                MS. COX:  I would like for Ms. Baughman to point out
17   the testimony she's talking to.  We just heard Dr. Lynch tell
18   the jury there's not a single study that show these work in
19   spinal patients.
20                This doctor was asked "There's no study to prove
21   that this works."  And he said, "Actually, I make this
22   decision based on my experience and based on my review of the
23   literature, and here are a few studies that I think show it
24   works in spinal patients."
25                So if we just heard Dr. Lynch tell the jury "I don't
```