**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

---

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBIT TO THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE "IMPERMISSIBLE" TESTIMONY OF DR. MARK RHEUDASIL**

This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Exhibit to The Cook Defendants' Response to Plaintiff's *Daubert* Motion to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil.  The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit B** to the Cook Defendants' Response to Plaintiff's *Daubert* Motion to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil is to be maintained **under seal.**

SO ORDERED this _____ day of _____, 2018.

---

    Tim A. Baker
    United States Magistrate Judge
    Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.119903789.03