THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION

SEP 14 2018

LAURA A. BRIGGS

$0.47
US POSTAGE
FIRST-CLASS
C62S0009595004
47150

FWD

Kimberly Roberts
22 Pine Street
Mt. Holly, NJ 08060

NIXIE        402   FE  1700        0009/13/18
            RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

FWD BC: 47150367399    *1170-03449-02-34