# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION TO
EXCLUDE THE TESTIMONY OF JON FRYZEK, MPH, PH.D.**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's Motion to Exclude Testimony of Jon Fryzek, MPH, Ph.D.:

| Exhibit | Description |
|---|---|
| A | July 11, 2018 Deposition of Jon Fryzek, MPH, Ph.D., in the Brand matter – **FILED UNDER SEAL** |
| B | Excerpts of the January 22, 2016 Rita Harden deposition – **FILED UNDER SEAL** |
| C | Uberoi, et al., British Society of Interventional Radiology (BSIR) Inferior Vena Cava (IVC) Filter Registry. Cardiovasc Intervent Radiol 36:1548-1561 (2013) |
| D | Charalel. et al., Statewide Inferior Vena Cava Filter Placement, Complications, and Retrievals, Medical Care 2018 |

US.119856886.01

        Respectfully submitted,

Dated:  September 14, 2018      /s/ Victoria R. Calhoon
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Victoria R. Calhoon