# EXHIBIT D

ORIGINAL ARTICLE

# Statewide Inferior Vena Cava Filter Placement, Complications, and Retrievals
## *Epidemiology and Recent Trends*

*Resmi A. Charalel, MD,\* Jeremy C. Durack, MD,† Jialin Mao, MD, MSc,‡ Joseph S. Ross, MD, MHS,§ Andrew J. Meltzer, MD,∥ and Art Sedrakyan, MD, PhD‡*

**Background:** Public awareness of inferior vena cava (IVC) filter-related controversies has been elevated by the Food and Drug Administration (FDA) safety communication in 2010.

**Objectives:** To examine population level trends in IVC filter utilization, complications, retrieval rates, and subsequent pulmonary embolism (PE) risk.

**Design:** A retrospective cohort study.

**Subjects:** Patients receiving IVC filters during 2005–2014 in New York State.

**Measures:** IVC filter-specific complications, new PE occurrences and IVC filter retrievals were evaluated as time-to-event data using Kaplan-Meier analysis. Estimated cumulative risks were obtained at various timepoints during follow-up.

**Results:** There were 91,873 patients receiving IVC filters between 2005 and 2014 in New York State included in the study. The average patient age was 67 years and 46.6% were male. Age-adjusted rates of IVC filter placement increased from 48 cases/100,000 in 2005 to 52 cases/100,000 in 2009, and decreased afterwards to 36 cases/100,000 in 2014. The estimated risks of having an IVC filter-related complication and filter retrieval within 1 year was 1.5% [95% confidence interval (CI), 1.4%–1.6%] and 3.5% (95% CI, 3.4%–3.6%). One-year retrieval rate was higher post-2010 when compared with pre-2010 years (hazard ratio, 2.70; 95% CI, 2.50–2.91). Among the 58,176 patients who did not have PE events before or at the time of IVC filter placement, the estimated risk of developing subsequent PE at 1 year was 2.0% (95% CI, 1.9%–2.1%).

**Conclusions:** Our findings suggest that FDA communications may be effective in modifying statewide clinical practices. Given the 2% observed PE rate following prophylactic IVC filter placement, large scale pragmatic studies are needed to determine contemporary safety and effectiveness of IVC filters.

**Key Words:** IVC filter, pulmonary embolism, device safety

(*Med Care* 2018;00: 000–000)

From the *Department of Radiology, Weill Cornell Medicine, NewYork-Presbyterian Hospital; †Department of Radiology, Memorial Sloan Kettering Cancer Center; ‡Department of Healthcare Policy and Research, Weill Cornell Medicine, New York, NY; §Department of General Internal Medicine, Yale University School of Medicine, New Haven, CT; and ∥Division of Vascular Surgery, Weill Cornell Medicine, New York-Presbyterian Hospital, New York, NY.

Supported by NY State Empire Clinical Research Investigator Program (ECRIP) Center award and Patient-Centered Comparative Effectiveness Program (Director AS) and A.J.M. is an ECRIP Fellow. J.S.R. receives support through Yale University from Johnson and Johnson to develop methods of clinical trial data sharing, from the Centers of Medicare and Medicaid Services (CMS) to develop and maintain performance measures that are used for public reporting, from Medtronic Inc. and the Food and Drug Administration (FDA) to develop methods for postmarket surveillance of medical devices, from the FDA as part of the Centers for Excellence in Regulatory Science and Innovation (CERSI) program, from the Blue Cross Blue Shield Association to better understand medical technology evaluation, and from the Laura and John Arnold Foundation to support the Collaboration on Research Integrity and Transparency (CRIT) at Yale.

The authors declare no conflict of interest.

Reprints: Art Sedrakyan, MD, PhD, Department of Healthcare Policy and Research, Weill Cornell Medicine, Suite LA223, 402 East 67th Street, New York, NY 10065. E-mail: ars2013@med.cornell.edu.

Supplemental Digital Content is available for this article. Direct URL citations appear in the printed text and are provided in the HTML and PDF versions of this article on the journal's website, www.lww-medicalcare.com.

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.
ISSN: 0025-7079/18/000-000

Identifying potentially unsafe or low-value interventions, particularly those that involve implantation of expensive medical devices, is an important priority for health care. In the past 5 years, there have been multiple high profile instances of patient harm as a direct result of select joint replacement devices,[1–3] defibrillators,[4] or devices used to advance women's health.[5–9] Indwelling inferior vena cava (IVC) filters to prevent pulmonary embolism (PE) are a recent addition to this list after the US Food and Drug Administration's (FDA) safety communication in 2010 that relayed concerns about device fracture, migration, and IVC perforation leading to patient harm.[10]

Historically, permanent IVC filters were recommended for patients with a proven venous thromboembolism and a contraindication to anticoagulation, or those who have developed recurrent thromboembolism while on anticoagulation.[11,12] However, since the first FDA approval of IVC filters in 1969, IVC filter designs have evolved to include a variety of retrievable forms with a simultaneous growth in the number of IVC filter indications.[13] In 1998, the PREPIC trial, a multicenter randomized controlled trial, demonstrated that IVC filters reduced the risk of symptomatic and asymptomatic PE, though with an associated increased risk of deep venous thrombosis (DVT).[14] The harms did not receive as much attention at

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

the time; however, after receiving hundreds of adverse event reports, the FDA issued a safety communication in 2010[10] and an update in 2014.[15] In addition to alerting physicians and patients about potential adverse events, the FDA, Health Canada, and Australian Therapeutic Goods Administration all recommended removal as soon as an IVC filter is no longer clinically indicated.[15–17]

Public awareness of IVC filter-related controversies has been elevated by recent media reports, leading to calls for more evidence on benefits and harms. Several efforts have been initiated to better understand the safety profile and effectiveness of IVC filters, including the PREdicting the Safety and Effectiveness of InferioR VEna Cava Filters (PRESERVE) Study,[15,18] which has been advanced via a collaboration between the Society of Interventional Radiology, Society for Vascular Surgery, and the FDA. However, the real-world use, device complications, retrieval rates as well as subsequent PE risk is unknown. In the present study, we examined population level trends in IVC filter utilization, complications and retrieval rates as well as subsequent PE risk from 2005 to 2014. Pre-FDA and post-FDA communication analyses were performed to assess practice changes in response to federal communications in 2010.

## METHODS

### Data Source

Study data were acquired from the New York State Department of Health Statewide Planning and Research Cooperative System (SPARCS). Established in 1979, SPARCS is an all-age-group, all-payer dataset that collects patient and claims-based treatment information for every hospital discharge, ambulatory surgery, outpatient surgical service, and emergency department admission in New York State.[19] The data contain patient characteristics, primary and secondary diagnoses and procedures, length of stay, and charges. A unique personal identifier is assigned to every patient and encrypted to allow longitudinal analyses without compromising the confidentiality of patient records.

### Study Population and Follow-up

Patients receiving IVC filters between January 2005 and December 2014 were identified from ambulatory surgery, emergency room and inpatient records using the International Classification of Diseases, Ninth Revision, Clinical Modification (ICD-9-CM) procedure codes and Current Procedural Terminology Coding System, Fourth Edition (CPT-4) codes (Appendix Table 1, Supplemental Digital Content 1, http://links.lww.com/MLR/B524). If multiple IVC filters were placed in the same patient, only the first procedure was included, and was defined as the index admission. Patients who had an IVC filter placed before 2005 were excluded. Patient records were examined for up to 5 years after initial filter placement. Subgroup analyses were performed on patients without previous or concurrent PE diagnosis or DVT diagnosis. The patient selection process is depicted in Appendix Figure 1 (Supplemental Digital Content 1, http://links.lww.com/MLR/B524).

### Variables and Outcomes

Demographic information including age, sex, and race, as well as primary insurance payer, relevant comorbidities,[20] and index admission diagnoses and procedures[21] were collected. Comorbidities were identified within 1 year before IVC filter placement. Previous and concurrent PE and DVT diagnosis was also identified using ICD-9-CM codes. A detailed list of utilized codes can be found in Appendix Table 1 (Supplemental Digital Content 1, http://links.lww.com/MLR/B524).

Study outcome variables included IVC filter-specific complications (including IVC thrombosis, IVC injury, retained foreign body, and puncture site bleeding), new PE occurrences and IVC filter retrieval. For complications and new PE events, patients were censored at an event, recorded death, IVC filter retrieval, or at the end of follow-up (December 31, 2014), whichever occurred first.

### Statistical Analyses

Age-adjusted temporal trends of total procedures of IVC filter insertion were evaluated in the context of annual age structures of New York State. Patient demographics were assessed for the entire cohort and subgroups before and after the FDA communication was made public (September 2010). The number of events and percentages were calculated for categorical variables. Mean and SD were calculated for age. The $\chi^2$ tests and $t$ tests were used to compare patient characteristics before and after the 2010 FDA communication.

Complications, new PE events and IVC filter retrieval rates were evaluated as time-to-event data using Kaplan-Meier analysis. Estimated cumulative risks were obtained at 3, 6, 9 months, 1, 3, and 5 years of follow-up. Frailty model using cox proportional hazard regression, accounting for hospital clustering as a random effect and adjusting for patient characteristics, was used to compare differences in freedom from complications, new PE events and IVC filter retrieval before and after the FDA communication. Complications and filter retrieval were examined within the main cohort. Subgroup analyses were performed to examine for new PE event occurrences among patients without prior PE and patients without prior PE or DVT. All analyses were performed using SAS version 9.3 (SAS Institute Inc., Cary, NC).

## RESULTS

### Main Cohort: Patient Characteristics and Trends in IVC Filter Placement

There were 91,873 patients undergoing initial IVC filter placement between 2005 and 2014 in New York State included in the study. The average patient age was 67-years old and 46.6% were male (Table 1). The majority of the patients were white (67.8%) and had Medicare or Medicaid insurance (69.4%). Of the entire cohort, 10,548 (11.5%) and 23,149 (25.2%) had a PE diagnosis before and at the time of IVC filter placement, respectively. In total, 13,520 (14.7%) and 42,914 (46.7%) had DVT before and at the time of IVC filter placement, respectively. Variations in patient comorbidities and index admission conditions were noted before and after the September 2010 FDA warning. Patients receiving IVC

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

| TABLE 1. Patient Characteristics | | | |
|---|---|---|---|
| | n (%) | | |
| | All (N = 91,873) | Before September 2010 (N = 55,313) | After September 2010 (N = 36,560) |
| Demographics | | | |
| Age [mean (SD)] (y) | 67.1 (17.3) | 66.8 (17.6) | 67.4 (16.8) |
| Male | 42,828 (46.6) | 25,520 (46.1) | 17,308 (47.3) |
| White race* | 61,390 (67.8) | 37,765 (69.8) | 23,625 (64.8) |
| Medicare/Medicaid | 63,700 (69.4) | 37,957 (68.7) | 10,817 (29.6) |
| Comorbidities† | | | |
| CAD | 23,673 (25.8) | 14,121 (25.5) | 9552 (26.1) |
| Hypertension | 60,372 (65.7) | 35,104 (63.5) | 25,268 (69.1) |
| CHF | 20,092 (21.9) | 12,111 (21.9) | 7981 (21.8) |
| Diabetes | 25,139 (27.4) | 14,551 (26.3) | 10,588 (29.0) |
| CPD | 22,871 (24.9) | 13,469 (24.4) | 9402 (25.7) |
| Valve disease | 9151 (10.0) | 5317 (9.6) | 3834 (10.5) |
| Anemia | 32,115 (35.0) | 18,413 (33.3) | 13,702 (37.5) |
| PVD | 9948 (10.8) | 5635 (10.2) | 4313 (11.8) |
| CVD | 7548 (8.2) | 4428 (8.0) | 3120 (8.5) |
| Renal failure | 13,862 (15.1) | 7026 (12.7) | 6836 (18.7) |
| Morbid obesity | 12,376 (13.5) | 5974 (10.8) | 6402 (17.5) |
| Malignancy | 36,828 (40.1) | 21,588 (39.0) | 15,240 (41.7) |
| Index admission conditions | | | |
| Head injury | 5547 (6.0) | 3441 (6.2) | 2106 (5.8) |
| Spinal injury/paralysis | 2602 (2.8) | 1565 (2.8) | 1037 (2.8) |
| Lower extremity/pelvis fracture | 7632 (8.3) | 4929 (8.9) | 2703 (7.4) |
| Organ injury | 4341 (4.7) | 2869 (5.2) | 1472 (4.0) |
| Hemorrhage | 22,764 (24.8) | 12,629 (22.8) | 10,135 (27.7) |
| Pulmonary embolism | | | |
| Previous | 10,548 (11.5) | 5429 (9.8) | 5119 (14.0) |
| Concurrent | 23,149 (25.2) | 13,861 (25.1) | 9288 (25.4) |
| Deep venous thrombosis | | | |
| Previous | 13,520 (14.7) | 6449 (11.7) | 7071 (19.3) |
| Concurrent | 42,914 (46.7) | 25,547 (46.2) | 17,367 (47.5) |

*In total, 1.4% patients missing race information.
†Comorbidities were collected within 1 year before filter placement.
P-values significant for any difference (≥ 0.5%).
CAD indicates coronary artery disease; CHF, congestive heart failure; CPD, chronic pulmonary disease; CVD, cerebrovascular disease; PVD, peripheral vascular disease.



FIGURE 1. Trends of age-adjusted inferior vena cava filter placement per 100,000 New York State (NYS) residents from 2005 to 2014. Error bars represent 95% confidence bands.

filter placements after September 2010 had higher numbers of comorbidities at index admission and were thus overall sicker; however, there were significantly lower proportions with head injury (6.2% vs. 5.8%; $P < 0.01$), lower extremity or pelvic fracture (8.9% vs. 7.4%; $P < 0.01$), and organ injury (5.2% vs. 4.0%; $P < 0.01$).

Age-adjusted rates of IVC filter placement showed a nonsignificant increase from 48 cases/100,000 in 2005 to 52 cases/100,000 in 2009 ($P = 0.65$) (Fig. 1). Beginning in 2010, IVC filter placement decreased significantly, reaching 36 cases/100,000 in 2014 ($P = 0.04$).

### Main Cohort: Complications and Retrieval Rates

Overall, the estimated risks of experiencing an IVC filter-related complications within 1, 3, and 5 years were 1.5% [95% confidence interval (CI), 1.4%–1.6%], 1.7% (95% CI, 1.6%–1.8%) and 1.8% (95% CI, 1.7%–1.9%), respectively. By 1-year post-IVC filter insertion, 1343 patients had experienced an IVC filter-related complication including IVC thrombosis, IVC injury, a retained foreign body fragment, or puncture site bleeding (Table 2). By the end of 3 and 5 years, the number of patients with any IVC filter-related complication increased to 1510 and 1581, respectively. Of these, IVC thrombosis was the most common complication (1421/1581, 90% of complication types recorded) by 5 years. Complications were most likely to occur within the first 3 months postprocedure with 85.2% (1144/1343) occurring within the first 3 months ($P < 0.01$), an additional 7.6% (102/1343) occurring by 6 months, and an additional 7.2% (97/1343) by 1 year. One-year complication risks were low for procedures performed both before and after 2010 [1.4% vs. 1.7%; hazard ratio (HR) (after vs. before 2010), 1.27; 95% CI, 1.14–1.42] (Fig. 2A, Appendix Table 2, Supplemental Digital Content 1, http://links.lww.com/MLR/B524).

From 2005 to 2014, overall by 1-year follow-up in New York State, only 3.5% (3140) of inserted IVC filters were retrieved with a mean time to retrieval of 3.4 months (Table 2). When extending follow-up time to 3 and 5 years, estimated retrieval rates increased slightly to 4.0% and 4.2%, respectively. One-year retrieval rates were higher post-2010 compared with pre-2010 years (2.7% vs. 1.4%; HR, 2.70; 95% CI, 2.50–2.91; $P < 0.01$) (Fig. 2B, Appendix Table 2, Supplemental Digital Content 1, http://links.lww.com/MLR/B524). In addition, the mean time to retrieval by 1-year follow-up increased from 3 months pre-2010 to 3.7 months post-2010 ($P < 0.01$).

### Subgroup Without Prior PE: 1-Year PE Occurrence

Of the total 91,873 patients, 58,176 (63.3%) had no prior PE events before or at the time of IVC filter placement and were included in this subgroup analysis. The average age of the cohort was 67-years old (Appendix Table 3, Supplemental Digital Content 1, http://links.lww.com/MLR/B524). In total, 14.0% (8130/58176) and 50.3% (29242/58176) patients had DVT before and at the time of IVC filter placement, respectively.

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

TABLE 2. Kaplan-Meier Analysis of Complications and Filter Retrieval Following IVC Filter Placement and Estimated Cumulative Risks of Events With 95% Confidence Intervals at the End of 3, 6, 9 Months, 1, 3, and 5 Years

| | End of | | | | | |
|---|---|---|---|---|---|---|
| | 3 mo | 6 mo | 9 mo | 1 y | 3 y | 5 y |
| Any IVC filter complications* | | | | | | |
| No. cumulative events | 1144 | 1246 | 1311 | 1343 | 1510 | 1581 |
| Estimated cumulative risk | | | | | | |
| Overall | 1.3 (1.2–1.3) | 1.4 (1.3–1.4) | 1.4 (1.4–1.5) | 1.5 (1.4–1.6) | 1.7 (1.6–1.8) | 1.8 (1.7–1.9) |
| Before September 2010 | 1.2 (1.1–1.3) | 1.3 (1.2–1.4) | 1.3 (1.2–1.4) | 1.4 (1.3–1.5) | — | — |
| After September 2010 | 1.4 (1.3–1.5) | 1.5 (1.4–1.6) | 1.6 (1.5–1.8) | 1.7 (1.5–1.8) | — | — |
| Filter retrieval | | | | | | |
| No. cumulative events | 1767 | 2556 | 2959 | 3140 | 3542 | 3677 |
| Estimated cumulative risk | | | | | | |
| Overall | 1.9 (1.8–2.0) | 2.8 (2.7–2.9) | 3.3 (3.2–3.4) | 3.5 (3.4–3.6) | 4.0 (3.9–4.1) | 4.2 (4.1–4.4) |
| Before September 2010 | 1.4 (1.3–1.5) | 1.8 (1.7–1.9) | 2.0 (1.9–2.1) | 2.1 (2.0–2.3) | — | — |
| After September 2010 | 2.7 (2.6–2.9) | 4.4 (4.2–4.6) | 5.3 (5.1–5.5) | 5.7 (5.4–5.9) | — | — |

*Complications include IVC thrombosis, IVC injury, retained foreign body, and puncture site bleeding.
IVC indicates inferior vena cava.

Following IVC filter placement in patients without prior PE, 1117 developed a subsequent PE by 1 year. Estimated risk of developing subsequent PE at 1 year was 2.0% (Table 3). Subsequent PE was most likely to occur within the first 3-month postprocedure with 69.5% (776/1117) occurring within the first 3 months ($P < 0.01$), an additional 15.0% (167/1117) occurring by 6 months, and an additional 15.6% (174/1117) by 1 year. By 3-year follow-up, an additional 295 patients developed subsequent PE and by 5-year follow-up, another 145 patients developed PE. Estimated risks of PE within 3 and 5 years of follow-up were 2.6% and 3.0%, respectively. When examining subsequent PE before and after 2010, patients receiving filter placement after 2010 were more likely to develop a subsequent PE within 1 year than those with filters placed before 2010 (2.6% vs. 1.6%; HR, 1.55; 95% CI, 1.37–1.75; $P < 0.01$) (Appendix Fig. 2A, Appendix Table 2, Supplemental Digital Content 1, http://links.lww.com/MLR/B524).

Among the 53,932 patients who received IVC filters between 2005 and 2013, 1746 patients (3.2%) had IVC filters retrieved after initial placement within 1-year follow-up. Of these patients, 73 (1.3%) had PE events during this 1-year period, with 54 (74.0%) patients developing PE before retrieval and 19 (26.0%) after retrieval. The average time between filter retrieval and newly developed PE for those who had PE after retrieval was 3.1 months.

### Subgroup Without Prior PE or DVT: 1-Year PE Occurrence

In total, 20,804 of the total 91,873 patients (22.6%) had no prior PE or DVT events before or at the time of IVC filter placement. The average age of the cohort was 60-years old (Appendix Table 4, Supplemental Digital Content 1, http://links.lww.com/MLR/B524). Following IVC filter placement in patients without prior PE or DVT, 329 developed a subsequent PE within a year. Estimated risk of developing subsequent PE at 1 year was 1.6% (Table 3). When examining subsequent PE before and after 2010, patients receiving filter placement after 2010 were more likely to develop a subsequent PE within 1 year than those with filters placed before 2010 (2.4% vs. 1.3%; HR, 1.84; 95% CI, 1.46–2.30; $P < 0.01$) (Appendix Fig. 2B, Appendix Table 2, Supplemental Digital Content 1, http://links.lww.com/MLR/B524).




FIGURE 2. Time to (A) inferior vena cava filter complications and (B) filter retrieval for patients who received filter placement during 2005–2014. Dark gray lines represent the estimates for the period before September 2010, and light gray line represents the estimates for the period after September 2010. Dashed lines represent 95% confidence bands.

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

TABLE 3. Kaplan-Meier Analysis of PE Events Following IVC Filter Placement in Patient Subgroups and Estimated Cumulative Risks of Events With 95% Confidence Intervals at the End of 3, 6, 9 Months, 1, 3, and 5 Years

| | End of | | | | | |
|---|---|---|---|---|---|---|
| | 3 mo | 6 mo | 9 mo | 1 y | 3 y | 5 y |
| Patients without previous or concurrent PE | | | | | | |
| No. cumulative events | 776 | 943 | 1038 | 1117 | 1412 | 1557 |
| Estimated cumulative risk | | | | | | |
| Overall | 1.3 (1.3–1.4) | 1.6 (1.5–1.8) | 1.8 (1.7–1.9) | 2.0 (1.9–2.1) | 2.6 (2.5–2.7) | 3.0 (2.8–3.1) |
| Before September 2010 | 1.1 (1.0–1.2) | 1.3 (1.2–1.5) | 1.5 (1.4–1.6) | 1.6 (1.5–1.8) | — | — |
| After September 2010 | 1.7 (1.5–1.9) | 2.2 (2.0–2.4) | 2.4 (2.2–2.6) | 2.6 (2.4–2.8) | — | — |
| Patients without previous or concurrent PE or DVT | | | | | | |
| No. cumulative events | 237 | 288 | 311 | 329 | 416 | 470 |
| Estimated cumulative risk | | | | | | |
| Overall | 1.2 (1.0–1.3) | 1.4 (1.3–1.6) | 1.5 (1.4–1.7) | 1.6 (1.5–1.8) | 2.1 (1.9–2.3) | 2.5 (2.3–2.7) |
| Before September 2010 | 0.9 (0.7–1.1) | 1.1 (0.9–1.3) | 1.2 (1.0–1.4) | 1.3 (1.1–1.5) | — | — |
| After September 2010 | 1.7 (1.4–2.1) | 2.1 (1.8–2.5) | 2.3 (1.9–2.7) | 2.4 (2.0–2.8) | — | — |

DVT indicates deep venous thrombosis; IVC, inferior vena cava; PE, pulmonary embolism.

## DISCUSSION

We found that age-adjusted IVC filter use steadily increased from 2005 to 2009 in New York State. However, after 2010, IVC filter use markedly declined. Earlier studies using nationwide data and among Medicare beneficiaries showed a steady increase in IVC filter placement during the years before 2010.[21–23] Our study confirmed the trend in the pre-2010 era and extended into the years post-FDA communication. Although several original reports from the scientific literature may have contributed to the declining use of IVC filters since 2010, the FDA communication summarizing safety issues and recommending active IVC filter management and removal when appropriate, is likely most paramount.

In addition to the insertion of IVC filters, we observed several additional changes to physician practices after 2010. In particular, retrieval rates and time to retrieval increased. Increases may be related to new coordinated clinical care initiatives that developed after the FDA safety communication to encourage subsequent IVC filter retrieval when clinically appropriate. Nonetheless, the overall retrieval rates remain low, shedding light on the complexities of IVC filter retrieval, and the challenges of reaching large numbers of patients that may be lost to follow-up despite increasing efforts to encourage retrieval. Health care in New York State is subject to a high rate of medical tort cases. As a result, medical practice in New York State may be particularly responsive to national advisories.

Overall, the complication rate associated with IVC filter placement throughout our study period was 1.8% by 5 years. This was in line with a previous review of clinical studies and case series of IVC filters, showing low complication rates.[24] The most common complication in our study, IVC thrombosis (90%), captures patients with any thrombus in their IVC, including nonocclusive thrombus, which may in fact reflect the effective functioning of the filter and not a complication. Other more severe complications including retained foreign body and IVC injury were quite rare. Furthermore, IVC filter-related complications were most likely to occur within the first 3 months of filter placement, rather than after 1 year.

The risk of new PE events following retrievable and permanent IVC filter placement reported by prior studies ranged from 1.3% to 6.2%.[24–28] Although these studies all included patients with recurrent PE before filter placement, our study only focused on patients without prior PE and revealed the risk of new PE occurrence following IVC filter placement to be 2.0% within 1 year and 3.0% within 5 years. Furthermore, among those who did not have prior PE or DVT, the risk of new PE occurrence following filter placement was estimated to be 1.6% within 1 year and 2.5% within 5 years. This group of patients underwent prophylactic IVC filter placement and thus, were not expected to have a venous thromboembolism event prior to IVC filter retrieval.[29] Historic data supporting the use of prophylactic filter placement has been weak, and a 2% risk of PE among this patient population while the filter is still in place warrants further evaluation of this practice.

In addition to the overall risk of PE, we found that the risk was greatest in the first 3 months postprocedure. This increased risk in the periprocedure period may reflect the transient increased risk for DVT/PE, which led to the initial indication for IVC filter placement. Further subgroup analyses focusing on patients after IVC filter removal revealed a 1.3% (73/1746) risk of PE during the initial year after IVC filter placement. In this group, 26% (19/73) of PEs occurred following IVC filter removal. It is important to recognize the PE risk after IVC filter removal and determine if it is avoidable by keeping the device in place.

There are important limitations to our work. The inclusion and exclusion of patients into the cohort is dependent upon on accurate and complete ICD-9-CM diagnosis and CPT coding to identify IVC filter placements, complications, and subsequent outcomes. No accurate ICD-9 code for retrieval was available, and the identification of filter retrieval in the inpatient setting was limited to those with mechanical complications, leading to possible underestimation of overall filter retrieval. In addition, SPARCS data only have in-hospital death information during follow-up. Therefore, we were unable to capture sudden death related to PE or death that occurred outside of the hospital. Our data were limited to New York State, and may not be representative of IVC filter use in other countries or states.

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.                                          www.lww-medicalcare.com | 5

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Nevertheless, the changes to physician practices after 2010, coinciding with the FDA communication, suggest that such communications may be effective in modifying statewide clinical practices. Our previous study on another controversial device has shown the influence of strong regulator messages on practice patterns.[30] This current study concerning IVC filters provides more evidence and guidance for the FDA. In 2014, the FDA reiterated the recommendation to remove IVC filters after the risk of PE had subsided[15] and mandated that manufacturers begin prospectively collecting safety data on IVC filters through postmarket surveillance studies or participation in the PRESERVE trial.[15,18] Until such data become available, continued efforts are necessary to take advantage of existing routinely collected data and improve our understanding of the safety and effectiveness of IVC filters.

## REFERENCES

1. Cohen D. How safe are metal-on-metal hip implants? *BMJ*. 2012;344: e1410.
2. Medicines and Healthcare products Regulatory Agency (MHRA). Metal-on-metal (MoM) hip replacements—updated advice with patient follow ups. 2012. Available at: www.gov.uk/drug-device-alerts/medical-device-alert-metal-on-metal-mom-hip-replacements-updated-advice-with-patient-follow-ups. Accessed October 20, 2016.
3. Food and Drug Administration (FDA). Metal-on-Metal Hip Implants: FDA Safety Communication. 2013. Available at: www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm335775.htm. Accessed October 20, 2016.
4. Food and Drug Administration (FDA). Premature insulation failure in recalled riata implantable cardioverter defibrillator (ICD) leads manufactured by St. Jude Medical Inc.: FDA Safety Communication. 2015. Available at: www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm314930.htm. Accessed October 20, 2016.
5. Food and Drug Administration (FDA). Updated laparoscopic uterine power morcellation in hysterectomy and myomectomy: FDA Safety Communication. 2014. Available at: www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm424443.htm. Accessed October 20, 2016.
6. Food and Drug Administration (FDA). Update on serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse: FDA Safety Communication. 2011. Available at: www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435.htm. Accessed October 20, 2016.
7. Food and Drug Administration (FDA). Essure permanent birth control— FDA activities. 2016. Available at: www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/EssurePermanentBirthControl/ucm452254.htm. Accessed October 20, 2016.
8. Mao JPS, Schlegel P, Sedrakyan A. Safety and efficacy of hysteroscopic sterilization compared with laparoscopic sterilization: an observational cohort study. *BMJ*. 2015;351:h5162.
9. Chughtai BMJ, Buck J, Kaplan S, et al. Use and risks of surgical mesh for pelvic organ prolapse surgery in women in New York state: population based cohort study. *BMJ*. 2015;350:h2685.
10. Food and Drug Administration (FDA). Removing retrievable inferior vena cava filters: Initial Communication. 2010. Available at: https://wayback.archive-it.org/7993/20161022180008/http:/www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm221676.htm. Accessed February 23, 2017.
11. Becker DMPJ, Selby JB. Inferior vena cava filters. Indications, safety, effectiveness. *Arch Intern Med*. 1992;152:1985–1994.
12. Mobin-Uddin KMR, Bolooki H, Jude JR. Caval interruption for prevention of pulmonary embolism. Long-term results of a new method. *Arch Surg*. 1969;99:711–715.
13. Stein PDKF, Olson RE. Twenty-one-year trends in the use of inferior vena cava filters. *Arch Intern Med*. 2004;164:1541–1545.
14. Decousus HLA, Parent F, Page Y, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prévention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. *N Engl J Med*. 1998;338:409–415.
15. Food and Drug Administration (FDA). Removing retrievable inferior vena cava filters: FDA Safety Communication. 2014. Available at: https://wayback.archive-it.org/7993/20161022044053/http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm396377.htm. Accessed February 23, 2017.
16. Canada H. Inferior vena cava (IVC) filters—risk of serious complications. 2016. Available at: http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2016/59518a-eng.php. Accessed February 23, 2017.
17. Australian Government Department of Health Therapeutic Goods Administration. TGA encourages formal strategies for inferior vena cava filter removal. 2017. Available at: www.tga.gov.au/publication-issue/medical-devices-safety-update-volume-5-number-1-january-2017. Accessed February 23, 2017.
18. National Library of Medicine (US). Predicting the Safety and Effectiveness of Inferior Vena Cava Filters (PRESERVE) (Identifier NCT02381509), Bethesda, MD, 2015. Available at: https://clinicaltrials.gov/ct2/show/NCT02381509.
19. New York State Department of Health. Statewide planning and research cooperative system (SPARCS). 2014. Available at: www.health.ny.gov/statistics/sparcs/. Accessed August 19, 2014.
20. Elixhauser ASC, Harris DR, Coffey RM. Comorbidity measures for use with administrative data. *Med Care*. 1998;36:8–27.
21. Moore PSAJ, Craven TE, Davis RP, et al. Trends in vena caval interruption. *J Vasc Surg*. 2010;52:118.e113–125.e113; discussion 125–116.
22. Bikdeli B, Wang Y, Minges KE, et al. Vena caval filter utilization and outcomes in pulmonary embolism: medicare hospitalizations from 1999 to 2010. *J Am Coll Cardiol*. 2016;67:1027–1035.
23. Duszak R Jr, Parker L, Levin DC, et al. Placement and removal of inferior vena cava filters: national trends in the medicare population. *J Am Coll Radiol*. 2011;8:483–489.
24. Angel LF, Tapson V, Galgon RE, et al. Systematic review of the use of retrievable inferior vena cava filters. *J Vasc Interv Radiol*. 2011;22: 1522–1530.e1523.
25. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. *N Engl J Med*. 1998;338:409–415.
26. Mismetti P, Laporte S, Pellerin O, et al. Effect of a retrievable inferior vena cava filter plus anticoagulation vs anticoagulation alone on risk of recurrent pulmonary embolism: a randomized clinical trial. *JAMA*. 2015;313:1627–1635.
27. Mismetti P, Rivron-Guillot K, Quenet S, et al. A prospective long-term study of 220 patients with a retrievable vena cava filter for secondary prevention of venous thromboembolism. *Chest*. 2007;131:223–229.
28. Kim HS, Young MJ, Narayan AK, et al. A comparison of clinical outcomes with retrievable and permanent inferior vena cava filters. *J Vasc Interv Radiol*. 2008;19:393–399.
29. Kaufman JA, Kinney TB, Streiff MB, et al. Guidelines for the use of retrievable and convertible vena cava filters: report from the Society of Interventional Radiology multidisciplinary consensus conference. *Surg Obes Relat Dis*. 2006;2:200–212.
30. Sedrakyan A, Chughtai B, Mao J. Regulatory warnings and use of surgical mesh in pelvic organ prolapse. *JAMA Intern Med*. 2016;176:275–277.

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2018 Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.