**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

### PLAINTIFF'S NOTICE TO WITHDRAW ALAN S. LITSKY, MD AS AN EXPERT

Plaintiff, Tonya Brand hereby withdraws her designation of Dr. Alan Litsky as an expert. In light of this withdrawal, Plaintiff will not be filing a response to the Cook Defendants' Motion to Exclude Expert Opinions of Dr. Alan Litsky [Doc#8637], and there is no need for the Court to rule on this motion.

Dated: September 14, 2018

                                            Respectfully Submitted,

                                            */s/ Joseph N. Williams*_____
                                            Joseph N. Williams, Atty. No. 25874-49
                                            Riley Williams & Piatt, LLC
                                            301 Massachusetts Avenue
                                            Indianapolis, IN 46204
                                            Telephone: (317) 633-5270
                                            Facsimile: (317) 426-3348
                                            Email: jwilliams@rwp-law.com

                                            *Liaison Counsel to Plaintiffs' Steering Committee*
                                            *and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin_____
Ben C. Martin