**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB


**APPENDIX TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit A: | Deposition of Hendrickson dated June 15, 2016 ("Hendrickson Dep.") 52:16-23 |
| Exhibit B: | Arifa Sadaf Article "Significant Caval Penetration by the Celect Inferior Vena Cava Filter: Attributable to Filter Design?" |
| Exhibit C: | CookMDL2570_0380941 |
| Exhibit D: | CookMDL2570_0490785 |
| Exhibit E: | CookMDL2570_0390657 |
| Exhibit F: | CookMDL2570_0200926 |
| Exhibit 1: | Deposition of Mark Rheudasil, M.D. dated February 28, 2018 ("Rheudasil Dep.") at 24:23-25:19, 26:22-27:6, 54:1-12, 64:22-24, 66:9-67:12, 118:10-21, 122:2-5, 136:24-137:7, 147:24-148:4, 150:5-21, 152:6-23, 152:24-153:1, 153:5-20, 154:9-14, 154:20-155:7, 155:17-21, 156:2-11, 157:21-158:2, 158:3-14, 160:13-161:6, 162:21-163:3, 183:4-7, 184:16-13, and 207:9-11. |
| Exhibit 2: | Declaration of Harlan M. Krumholz, M.D. ("Krumholz Dec."), includes: |

|  |  |
|---|---|
|  | Ex. A: The Efficacy and Safety of Celect IVC Filter Report for Cook IVC filter litigation dated April 2018 by Harlan M. Krumholz, M.D. ("Krumholz Rep.") at 8-11, 11-18, 23-26, 64, 69, 91, 119, 122, 127-143, 155-157, 158, 159-161, 165, 172, 277. |
| Exhibit 3: | CookMDL2570_0412417 |
| Exhibit 4: | CookMDL2570_0783696 |
| Exhibit 5: | CookMDL2570_0450320 |
| Exhibit 6: | CookMDL2570_0735199 |
| Exhibit 7: | CookMDL2570_0799754 |
| Exhibit 8: | CookMDL2570_0459834 |
| Exhibit 9: | CookMDL2570_0459835 |
| Exhibit 10: | CookMDL2570_0729943 |
| Exhibit 11: | CookMDL2570_0484885 |
| Exhibit 12: | Deposition of Tamara Clemmer dated June 15, 2017 ("Clemmer Dep.") at 173:1-15, 194:15-195:23, 269:13-19, 279:1-20. |
| Exhibit 13: | Deposition of Jesper Thyregod, dated June 1, 2016 ("Thyregod Dep.") at 314:10-315:14. |
| Exhibit 14: | Deposition of Gregory Gordon. M.D., dated June 12, 2018 ("Gordon Dep.") at 158:17-159:11, 164:12-17, 252:2-253:4, 253:6-16, 253: 17-254:4, 256:1-10, 332:4-10. |
| Exhibit 15: | CookMDL2570_1276027 |
| Exhibit 16: | CookMDL2570_0064892 |
| Exhibit 17: | Cook IVCF_003878 |
| Exhibit 18: | Cook IVCF_004157 |
| Exhibit 19: | CookMDL2570_0409795 |
| Exhibit 20: | CookMDL2570_0402856 |
| Exhibit 21: | CookMDL2570_0416442 |

| | |
|---|---|
| Exhibit 22: | CookMDL2570_0835306 |
| Exhibit 23: | Declaration of Gregory Gordon, M.D. ("Gordon Dec.") includes: |
| | Ex. A, Expert Report of Gregory I. Gordon, M.D., dated April 30, 2018 ("Gordon Rep.") at 13-14 (para.8), 42-43 (case-specific opinions); |
| | Ex. B, Dr. Gordon Rebuttal to Engineering Report of Dr. Robertson dated June 11, 2018 ("Gordon Reb. Rep."). |
| Exhibit 24: | CookMDL2570_0776519 |
| Exhibit 25: | CookMDL2570_0161696 |
| Exhibit 26: | CookMDL2570_0161684 |
| Exhibit 27: | CookMDL2570_0161707 |
| Exhibit 28: | CookMDL2570_0165984 |
| Exhibit 29: | CookMDL2570_0012338 |
| Exhibit 30: | CookMDL2570_0012350 |
| Exhibit 31: | CookMDL2570_0012362 |
| Exhibit 32: | CookMDL2570_0445420 |
| Exhibit 33: | CookMDL2570_0601063 |
| Exhibit 34: | CookMDL2570_0405122 |
| Exhibit 35: | CookMDL2570_0144641 |
| Exhibit 36: | CookMDL2570_0805597 |
| Exhibit 37: | CookMDL2570_0733001 |
| Exhibit 38: | Deposition of Harlan M. Krumholz, M.D. dated June 28, 2018 ("Krumholz Dep.") at 278:3-6. |
| Exhibit 39: | CookMDL2570_0601062 |
| Exhibit 40: | CookMDL2570_0596478 |

| | |
|---|---|
| Exhibit 41: | CookMDL2570_0779775 |
| Exhibit 42: | Deposition of Thomas Roberts, dated May 20, 2016 ("T. Roberts Dep.") at 252:10-253:13, 254:20-255:7, 253:14-254:14. |
| Exhibit 43: | CookMDL2570_0465794 |
| Exhibit 44: | CookMDL2570_0465797 |
| Exhibit 45: | CookMDL2570_0465798 |
| Exhibit 46: | CookMDL2570_1300899 |
| Exhibit 47: | CookMDL2570_0726286 |
| Exhibit 48: | CookMDL2570_0100590 |
| Exhibit 49: | FDA Guidance "Labeling: Regulatory Requirements for Medical Devices" (1989) at 4-5. |
| Exhibit 50: | Declaration of Robert M. McMeeking, Ph.D. ("McMeeking Dec."), includes:<br><br>Ex. A, Mechanical analysis of Cook inferior vena cava filters, Report for Cook IVC filter litigation dated April 2018 by Robert M. McMeeking, ("McMeeking Rep.") at 1, 5-6, 29-51, 69-70, 77-107 at 1-6, 39-46, 53, 50-51, 59, 68-70 and 76-77;<br><br>Ex. B, "Evaluation of Cook Medical Gunther Tulip and Celect IVC Filter Designs," dated June 6, 2018, prepared by Robert M. McMeeking and dated June 17, 2018 ("McMeeking Reb. Rep.") at 4;<br><br>Ex. C, "Guidance for Cardiovascular Intravascular Filter 510(k) Submissions," issued by the FDA on November 26, 1999. |
| Exhibit 51: | Deposition of Expert Robert M. McMeeking, Ph.D. dated June 8, 2018 ("McMeeking Dep.") 18:25-21:15; 24:4-13; 25:2-26:12; 27:6-12; 28:5-29; 29:24-25:1; 32:5-16; 33:24-35:5; 37:20-39:3; 48:2-50:10; 51:16-52:5; 84:9-85:17; 87:12-18; 89:8-20; 113:7-20: 147:21-149:12; 182:1-6; 182:7-184:11; 224:10-225:2; 226:7-12; 227:22-228:2; 235:3-25; 276:13-278:3; 280:1-281:1; 282:24-283:6; 284:20- and 285:14 |
| Exhibit 52: | Deposition of James Carlson dated June 22, 2017 ("Carlson Dep.") 58:13-59:3; 68: 21-24; 79:4-80:10; 89:6-17: 155:8-17. |

| | |
|---|---|
| Exhibit 53: | Deposition of Brian Choules dated July 22, 2016 ("Choules Dep.") 116:2-23; 134:6-135:4; 138:11-20. |
| Exhibit 54: | CookMDL2570_0484885 |
| Exhibit 55: | CookMDL2570_1276605 |
| Exhibit 56: | CookMDL2570_0197378 |
| Exhibit 57: | Deposition of Paul Timperman dated April 18, 2018 ("Timperman Dep.") at 438:10-13, 447:22-24, 448:3-8. |
| Exhibit 58: | CookMDL2570_0765319 |
| Exhibit 59: | Lyon Study |
| Exhibit 60: | Declaration of Lead Counsel |
| Exhibit 61: | CookMDL2570_0455053 |