UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS  LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT
THE TESTIMONY OF BENNETT L. LEVENTHAL. M.D.**

The following exhibits are hereby submitted with the Cook Defendants' Response in Opposition to Plaintiff's Motion to Exclude or Limit the Testimony of Bennett L. Leventhal, M.D.:

| Exhibit | Description |
|---|---|
| A | Email from Joseph Williams to Andrea Roberts Pierson (dated June 7, 2018) |
| B | Email from Ben Martin to Andrea Roberts Pierson (dated May 10, 2018) |
| C | Independent Medical Examination Report of Dr. William E. Turton (dated May 17, 2018) **- FILED UNDER SEAL** |
| D | Excerpts from the Deposition Transcript of Tonya Brand (dated December 10, 2015) **- FILED UNDER SEAL** |
| E | Excerpts from the Deposition Transcript of Tonya Brand (dated June 16, 2017) **- FILED UNDER SEAL** |
| F | Excerpts from the Deposition Transcript of Kenneth Renkens. M.D. (dated July 31, 2018) **- FILED UNDER SEAL** |
| G | Excerpts from the Expert Report of Dr. Evan Fogel (dated May 30, 2018) - **FILED UNDER SEAL** |

Respectfully submitted,

Dated: September 14, 2018

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (#18435-49)
Jessica Benson Cox (#26259-49)
Victoria R. Calhoon (#28492-49)
Anna C. Rutigliano (#32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:   (317) 237-1000
andrea.pierson@faegrebd.com
jessica.cox@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

                   */s/ Andrea Roberts Pierson*

US.119917784.01