# EXHIBIT A

**Hebard, Sarah I.**

| | |
|---|---|
| **From:** | Pierson, Andrea Roberts |
| **Sent:** | Friday, September 14, 2018 3:19 PM |
| **To:** | Jones, Bruce; Hebard, Sarah I. |
| **Subject:** | FW: Brand |

**From:** Joseph N. Williams <jwilliams@rwp-law.com>
**Sent:** Thursday, May 10, 2018 9:04 AM
**To:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
**Cc:** Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>; bmartin@bencmartin.com; mheaviside@hrzlaw.com; lbaughman@baronbudd.com
**Subject:** Re: Brand

Andrea — here is our proposal:

As you know, CMO 21 allowed Cook **two** IMEs (¶4(a)). You all have asked for well more than that. In an effort to compromise, we will agree to the following three:

**Physical exam in California with your proposed doctor**. I do not believe that Judge Baker will order Mrs. Brand to travel to California, which is about as far as any trip for her would be in the lower 48. That being said, we want to keep this moving and are willing to compromise on what we believe to be difficult for Mrs. Brand. We will agree (subject to the rest of below) to allow Mrs. Brand to travel to California for an IME with your disclosed physician. Given the difficulty travel has on Mrs. Brand and that this will be a significantly long flight, she and her husband should be flown first class with one travel day out to California, one day for the IME, and then one travel day back to Georgia. She will also need transportation once she arrives in LA. There also needs to be an agreement/stipulation that no one mentions her travel to California (or the method of that travel) at trial.

**Blood panel workup.** I believe that Rule 35 places the burden of proof on Cook to demonstrate how these tests go to examine a medical condition at issue. Jessica could not give me any support other than to say the tests were related to Mrs. Brand's complaints of pain (a fairly broad description), and you have told me that you don't believe you could actually provide more detail because doing so would be a work product violation. I disagree with that position, but we are willing to have Mrs. Brand submit to the blood labs as an effort to compromise.

**Venous Doppler IVC.** In an effort to compromise, we are willing to agree to a third IME (which should not be construed as a waiver of CMO 21 ¶4(a) in this or other cases) to allow you also to have this procedure done.

If Cook agrees to the above, then we have a deal. If Cook cannot agree, then we will submit everything to the judge and make our arguments on each proposed procedure.

Sincerely,

Joe
Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270
www.rwp-law.com

sent from my jPad

On May 10, 2018, at 8:17 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

> Sounds good. Thx.
>
> Sent from my iPhone
>
> On May 10, 2018, at 6:06 AM, Joseph N. Williams <jwilliams@rwp-law.com> wrote:
>
>> I have a proposal — will type up for you when I get into the office.
>>
>> Joseph N. Williams
>> Riley Williams & Piatt, LLC
>> 317.633.5270
>> www.rwp-law.com
>>
>> **From:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
>> **Sent:** Wednesday, May 9, 2018 10:58:42 PM
>> **To:** Joseph N. Williams
>> **Subject:** Brand
>>
>> Joe – Following up on a couple of things from our call.
>>
>> **Still in play:**
>> - Doppler -- Jess told me you are okay with that as long as we find a local place.  Is that accurate?  I forgot to ask you about this today; I knew there was something I was missing.
>> - Labs – You are talking to your team, but these can be done in Atlanta.  Let me know what you think.
>> - Physical exam – Our preference is for Mrs. Brand to do this in California, but we also talked about Indiana as a possible option.  If Indiana, it wouldn't be Ferrante, but would be an Indiana internist. If you agree to Indiana, I will get a name to you asap.  Let me know if that's agreeable.
>> - Hip x-ray – I don't see that she's ever had one, which is a little bit of a surprise given her OA and knee replacements.  Will you confirm with Mrs. Brand that she's never had one?  We can do it in Atlanta if your team agrees.
>> - EMG/NCV nerve studies – You asked about whether it was invasive or not.  Here's what I know – EMG includes a needle into a specific muscle.  Patient relaxes and contracts the muscle and electrical impulses are recorded.  NCV is patches on the skin with electrodes applied to the skin over the nerve to be tested.  Low level electricity is dispensed through the electrodes to stimulate the nerve.  Amount of electric is like static electricity.  I understand there is a possible alternative to these – an MRI called a "pelvic neurogram".
>>
>> **Other stuff:**
>> - EUS or ERCP and upper GI – You object, we'll make a record on the call tomorrow, but  assume the Court will be guided by its prior rulings.
>> - Psych exam - You object, we'll make a record on the call tomorrow, but  assume the Court will be guided by its prior rulings.

2

- Abdominal CT or X-ray and MRI – You objected.  We'll make a record on the call tomorrow, but assume the Court will be guided by prior rulings.  We can do this in Atlanta if you've changed your mind.

Let me know what you heard from your team today and how your client responds to the question of what studies she is likely to have for her routine healthcare in the next 3-4 months.  Maybe we can avoid asking her to do something if she has it planned.  Thx.  Andrea

3