# EXHIBIT B

**Hebard, Sarah I.**

| | |
|---|---|
| **From:** | Ben Martin <bmartin@bencmartin.com> |
| **Sent:** | Thursday, June 07, 2018 11:37 AM |
| **To:** | Pierson, Andrea Roberts |
| **Cc:** | Cox, Jessica Benson; Webber, Chuck; Kain, Christine R. M.; Symons, Rochelle R.; Laura Baughman; Michael Heaviside; Joe Williams |
| **Subject:** | Re: Expert deposition scheduling |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Turton is fine. I will get back with you on Robertson and Forman today.

We are not going to take Dr. Leventhal's deposition. Repeat no Leventhal deposition.

Sent from my iPhone

On Jun 7, 2018, at 7:18 AM, Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com> wrote:

> Ben – just closing the loop on the expert scheduling issue.  We did lose the June dates with Foreman.  Her available dates are below, along with Turton and Robertson.  I think these are the last 3 experts with dates we need to confirm.  Thanks.

| | |
|---|---|
| 6/29/2018 | Deposition of Robertson, S. |
| 7/6/2018 | Deposition of Turton, W. |
| 7/13/18 or 7/1718 | Deposition of Foreman, C. |

1