# EXHIBIT 3

03/10/08  MON 10:28 FAX                    CDRH FDA ODE                                    ☒001



| DEPARTMENT OF HEALTH & HUMAN SERVICES | Public Health Service |
|---|---|

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

MAR – 7 2008

William Cook Europe ApS
c/o Ms. Molly Busenbark
Cook Incorporated
750 Daniels Way
P.O. Box 489
Bloomington, IN 47402

Re:  K073374
    Trade/Device Name: Cook Celect™ Vena Cava Filter and Günther Tulip™ Vena Cava
                      Filter Retrieval Set
    Regulation Number: 21 CFR 870.3375
    Regulation Name: Cardiovascular intravascular filter
    Regulatory Class: Class II (two)
    Product Code: DTK
    Dated: February 11, 2008
    Received: February 12, 2008

Dear Ms. Busenbark:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Cook IVCF 004347

Page 2 – Ms. Molly Busenbark

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.
This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Center for Devices and Radiological Health's (CDRH's) Office of Compliance at (240) 276-0120. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding postmarket surveillance, please contact CDRH's Office of Surveillance and Biometric's (OSB's) Division of Postmarket Surveillance at 240-276-3474. For questions regarding the reporting of device adverse events (Medical Device Reporting (MDR)), please contact the Division of Surveillance Systems at 240-276-3464. You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Bram D. Zuckerman, M.D.
Director
Division of Cardiovascular Devices
Office of Device Evaluation
Center for Devices and
Radiological Health

Enclosure

Cook IVCF 004348

4. Indications for Use Statement

## Indications for Use

510(k) Number (if known): K073374

Device Name: Cook Celect™ Vena Cava Filter and Günther Tulip™ Vena Cava Filter Retrieval Set

Indications for Use for Cook Celect™ Vena Cava Filter:

The Cook Celect™ Vena Cava Filter is intended for the prevention of recurrent pulmonary embolism (PE) via placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulant therapy is contraindicated;
- Failure of anticoagulant therapy in thromboembolic diseases;
- Emergency treatment following massive pulmonary embolism when anticipated benefits of conventional therapy are reduced; and
- Chronic, recurrent pulmonary embolism when anticoagulant therapy has failed or is contraindicated.

The filter may be retrieved according to the instructions supplied in the section labeled "Optional Retrieval Procedure."

Indications for Use for Günther Tulip™ Vena Cava Filter Retrieval Set:

The Günther Tulip™ Vena Cava Filter Retrieval Set has been designed for retrieval of implanted Günther Tulip™ and Cook Celect™ Vena Cava Filters in patients who no longer require a filter. Retrieval of the filter can be performed only by jugular approach.

Prescription Use ___X___          AND/OR          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                      (21 CFR 801 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

_____
(Division Sign-Off)
Division of Cardiovascular Devices

510(k) Number K073374

Cook IVCF 004349

03/10/08  MON 10:29 FAX                     CDRH FDA ODE                                     ☒004



# FAX COVER SHEET

Voice Phone Number: 240-276-3788

FDA/Center for Devices and
 Radiological Health
Office of Device Evaluation
510(k) Document Mail Center (HFZ-401)
9200 Corporate Boulevard
Rockville, MD  20850

TO:  See addressee on next page
FROM:  510(k) Document Mail Center

Comments:  Fax copy of the letter being mailed to you.

"This document is intended only for the use of the party to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying or other action based on the content of this communication is not authorized. If you have received this document in error, please notify us by telephone and return it to us at the above address by mail. Thank you."

Cook IVCF 004350