**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

———————————————————————

**IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

**Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570**

———————————————————————

This document relates to Plaintiff:

*William Rich
Civil case # 1:18-cv-01871-RLY-TAB*

———————————————————————

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WILLIAM

RICH, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM

COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is

voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), and each party shall bear its own costs.

Dated this 10th day of September, 2018.

Respectfully submitted,

 /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

_/s/ John Schlafer_
John T. Schlafer
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-8274
Fax: 317-237-1000
John.Schlafer@FaegreBD.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2018, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System which will automatically

send email notification of such filing to all attorneys of record.


_/s/ William Curtis_
WILLIAM CURTIS