IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

**IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

_____

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to Plaintiff:

*William Rich*
*Civil case # 1:18-cv-01871-RLY-TAB*

_____

**ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff William Rich.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff William Rich against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge