# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

1:18-cv-01394; Esmonde, Alan
1:18-cv-01407; Radcliff, Larry
1:18-cv-01666; Hayes, Sr., Bruce
1:18-cv-01775; Sears, Keith
1:18-cv-01861; Smith, Kathleen
1:18-cv-01862; Johnson, Kathy
1:18-cv-01865; Vazquez, Jeanette
1:18-cv-01870; Gunter, Desiree
1:18-cv-01871; William Rich
1:18-cv-01963; Johnson, Fred
1:18-cv-01964; Cox, Yolanda

## PLAINTIFFS' RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS

Plaintiffs file this Response to the Motion to Dismiss [DOC 9066] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiffs state:

1. On August 31, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including various Plaintiffs represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** are the notice letters sent by the Cook Defendants, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO

No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on August 31, 2018.

4. Since the filing of Cook Defendants' Motion, Plaintiff Profile Sheets have been provided to the Cook Defendants for the Plaintiff(s) listed below. See Attached **Exhibit B**.

| **Plaintiff** | **Date PPS was served** |
|---|---|
| 1:18-cv-01862; Johnson, Kathy | 8/30/2018 |
| 1:18-cv-01865; Vazquez, Jeanette | 8/30/2018 |
| 1:18-cv-01963; Johnson, Fred | 09/06/2018 |

5. Plaintiff William Rich [1:18-cv-01871] no longer desires to continue his lawsuit, therefore, a Stipulation of Dismissal Without Prejudice has been filed on his behalf (doc. 9164).

6. Seven plaintiffs have yet to serve their PPS. Plaintiffs' counsel has used due diligence to contact these Plaintiffs but have yet to hear back; they are listed as follows:

| **Plaintiffs** | |
|---|---|
| 1:18-cv-01394; Esmonde, Alan | attempted calls/voice-mails left 5/31/18, 06/13/18, 07/10/2018, 08/08/2018 emails sent 06/18/2018, 07/31/2018 certified and first class mail sent 6/22/18, 07/31/2018. |
| 1:18-cv-01407; Radcliff, Larry | on 05/31/2018 client stated he would be completing the PPF. Another call was attempted 07/10/2018, email sent on 07/31/2018, certified and first class mail sent 06/22/2018 and 07/31/2018. |
| 1:18-cv-01666; Hayes, Sr., Bruce | attempted phone calls 06/13/2018, 07/10/2018, 07/31/2018, 08/08/2018, email sent 07/31/2018, certified and first class mail sent 06/25/2018, 07/14/2018. |
| 1:18-cv-01775; Sears, Keith | Letters sent 6/15/18 and 9/4/18, |

| | |
|---|---|
| | attempted phone call on 7/30 (number not good), email sent 7/16/18 and 9/4/18. |
| 1:18-cv-01861; Smith, Kathleen | Plaintiff has been ill and has not been able to complete the PPS. Contact was made recently and was urged to complete the PPS to the best of her ability. |
| 1:18-cv-01870; Gunter, Desiree | Plaintiff recently informed counsel that she had moved and had not been receiving our prior letters. The PPS has been resent to her new address and expect to receive it promptly. |
| 1:18-cv-01964; Cox, Yolanda | Attempts to reach client have been unsuccessful. |

7. Accordingly, Plaintiffs' counsel needs more time to locate the remaining seven (7) Plaintiffs to obtain the necessary information to accurately complete their PPS; specifically, Plaintiffs' counsel humbly asks the Court for an additional forty-five (45) days to find the missing Plaintiffs and to produce their PPS.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to 1:18-cv-01862, Johnson, Kathy; 1:18-cv-01865, Vazquez, Jeanette, and 1:18-cv-01963, Johnson, Fred as they have submitted their PPS making the issue of not having a submitted PPS now moot.

FURTHER Plaintiff, William Rich prays that the grant the stipulation of dismissal and his case (1:18-cv-01871) be dismissed without prejudice.

FURTHER Plaintiffs pray that the Court will grant an additional forty-five (45) days for the remaining seven (7) Plaintiffs to be located as well as to submit PPS and for all other just and appropriate relief.

Dated: September 14, 2018

        Respectfully submitted,

        */s/ William B. Curtis*
        WILLIAM B. CURTIS
        Texas State Bar No. 00783918
        12225 Greenville Avenue, Suite 750
        Dallas, TX  75243
        Telephone (214) 890-1000
        Facsimile (214) 890-1010
        Email: bcurtis@curtis-lawgroup.com

        **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, a copy of the foregoing Plaintiffs' Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*