# EXHIBIT B

| | |
|---|---|
| From: | Susan Johnson |
| To: | cookfiltermdl@faegreBD.com |
| Cc: | Josmary Gomez |
| Subject: | IVC Cook MDL: plaintiff profile sheet - Johnson, Kathy |
| Date: | Thursday, August 30, 2018 8:40:00 PM |
| Attachments: | image001.png |

Counsel,

Today I uploaded to your FTP site Plaintiff **Kathy Jean Johnson's** profile sheet, signed authorizations and medical records.

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL

12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010

sjohnson@Curtis-LawGroup.com

www.curtis-lawgroup.com

| | |
|---|---|
| **From:** | Susan Johnson |
| **To:** | cookfiltermdl@faegreBD.com |
| **Cc:** | Josmary Gomez |
| **Subject:** | IVC Cook MDL: plaintiff profile sheet - Johnson, Fred |
| **Date:** | Thursday, September 06, 2018 8:19:00 PM |
| **Attachments:** | image001.png |

Counsel,

Today I uploaded to your FTP site Plaintiff **Fred L. Johnson's** profile sheet, signed authorizations and medical records.

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL

12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010

sjohnson@Curtis-LawGroup.com

www.curtis-lawgroup.com

| | |
|---|---|
| From: | Susan Johnson |
| To: | cookfiltermdl@faegreBD.com |
| Cc: | Josmary Gomez |
| Subject: | RE: IVC Cook MDL: plaintiff profile sheet - Vasquez, Jeanette |
| Date: | Thursday, August 30, 2018 7:25:00 PM |
| Attachments: | image001.png |

Counsel,

Today I uploaded to your FTP site Plaintiff **Jeanette Vasquez's** profile sheet, signed authorizations and medical records.

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL

12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com

www.curtis-lawgroup.com