**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

## INDEX OF EXHIBITS

Plaintiff files the following exhibits to Plaintiff's Response in Opposition to Cook Defendants' Motion to Exclude Expert Opinions of Dr. Robert McMeeking:

| **Exhibit** | **Description** | **Sealed/filed publically** |
|---|---|---|
| 1 | Entry on the Cook Defendants' Motion to Exclude Expert Opinions of Dr. Robert McMeeking, 10/19/17, Doc. No. 6917 | Filed Publically |
| 2 | Expert Report of Robert M. McMeeking, April 2018 | Sealed |
| 3 | McMeeking Rebuttal Report, June 2018 | Sealed |
| 4 | Excerpts from the Deposition of Dr. Robert McMeeking, June 1, 2017 | Sealed |
| 5 | Excerpts from the Deposition of Dr. Scott Robertson, August 17, 2017 | Sealed |
| 6 | Excerpts from the Deposition of Dr. Robert McMeeking, June 8, 2018 | Sealed |
| 7 | Performance Study, CookMDL2570_0207174 | Sealed |
| 8 | Performance Study, CookMDL2570_0805629 | Sealed |

Dated: September 14, 2018						Respectfully Submitted,

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
*Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Ben C. Martin*
                                          Ben C. Martin