# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

---

## DOCUMENTS FILED UNDER SEAL

Plaintiff files under seal the following unredacted documents:

Exhibit 1:     Excerpts from the deposition of Rebecca Betensky, Ph.D., July 2, 2018
               Pages: 22; 35-36; 56; 89; 144

Exhibit 2:     Krumholz Expert Report on Efficacy and Safety of Celect IVC Filters
               Pages: 9, 11, 63, 80-81, 117-18

Exhibit 3:     Excerpts from the deposition of Harlan Krumholz, MD, June 28, 2018
               Pages 8-10

Exhibit 4:     Excerpts from the deposition of Jon Fryzek

Exhibit 5:     Excerpts from the deposition of Renu Virmani, MD

Dated: September 14, 2018

                         Respectfully Submitted,

                         */s/ Ben C. Martin*
                         Ben C. Martin, Esq.
                         The Law Office of Ben C. Martin
                         3219 McKinney Avenue, Suite 100
                         Dallas, TX 75204
                         Telephone: (214) 761-6614

1

Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com

*Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee
and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

_/s/ Ben C. Martin_
Ben C. Martin