# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-02272 | 1:18-cv-02519 | 1:18-cv-02537 |
| 1:18-cv-02338 | 1:18-cv-02521 | 1:18-cv-02541 |
| 1:18-cv-02453 | 1:18-cv-02524 | 1:18-cv-02542 |
| 1:18-cv-02488 | 1:18-cv-02527 | 1:18-cv-02545 |
| 1:18-cv-02500 | 1:18-cv-02530 | 1:18-cv-02549 |
| 1:18-cv-02502 | 1:18-cv-02531 | 1:18-cv-02552 |
| 1:18-cv-02506 | 1:18-cv-02536 | 1:18-cv-02555 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   September 17, 2018 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  kip.mcdonald@faegrebd.com |

US.119932044.01

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald