**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-02272 | 1:18-cv-02519 | 1:18-cv-02537 |
| 1:18-cv-02338 | 1:18-cv-02521 | 1:18-cv-02541 |
| 1:18-cv-02453 | 1:18-cv-02524 | 1:18-cv-02542 |
| 1:18-cv-02488 | 1:18-cv-02527 | 1:18-cv-02545 |
| 1:18-cv-02500 | 1:18-cv-02530 | 1:18-cv-02549 |
| 1:18-cv-02502 | 1:18-cv-02531 | 1:18-cv-02552 |
| 1:18-cv-02506 | 1:18-cv-02536 | 1:18-cv-02555 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:          September 17, 2018          /s/ Andrea Roberts Pierson
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail:  andrea.pierson@faegrebd.com
                                            E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.119932182.01