**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

>  *Brand v. Cook Medical, Inc. et al.,*
>  Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE  BRIEFs IN EXCESS OF THIRTY-FIVE PAGES**

In accordance with Local Rule 7.1 (e) (2), Plaintiff respectfully moves this Court for an Order granting her leave to file two briefs in opposition in excess of 35 pages; specifically Plaintiff Brand will be filing briefs in opposition to the following:

(1) The Cook Defendants' Omnibus Motions in Limine (Previously-Decided and Renewed) [docket number 8880]; and

(2) The Cook Defendants' Omnibus Motions in Limine (New) [docket number 8893].

These briefs will be electronically filed on September 21, 2018.  In support of this motion, Plaintiff states:

Local Rule 7.1 provides that briefs (excluding table of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court.  *See* Local Rule 7.1.

1

Plaintiff hereby requests leave to file her briefs and oppositions in excess of 35 pages to the following:

(1) The Cook Defendants' Omnibus Motions in Limine (Previously-Decided and Renewed) [docket number 8880]; and

(2) The Cook Defendants' Omnibus Motions in Limine (New) [docket number 8893].

The undersigned counsel states that he has used his best efforts to present his arguments as efficiently as possible, but find it necessary to request leave of court to exceed the 35 page maximum set forth in Local Rule 7.1 (e) (2) as to both.

Pursuant to Local Rule 7-1(e) (3), Plaintiff will include a table of contents and a table of authorities in both Briefs.

A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file briefs in opposition in excess of thirty-fives pages to the following:

(1) The Cook Defendants' Omnibus Motions in Limine (Previously-Decided and Renewed) [docket number 8880]; and

(2) The Cook Defendants' Omnibus Motions in Limine (New) [docket number 8893].

Dated: September 18, 2018.

Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee
and on behalf of Plaintiffs' Steering Committee*

2

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin

3