# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEFs IN EXCESS OF THIRTY-FIVE PAGES

The Court has considered Plaintiff's Motion for Leave to File Briefs in Excess of Thirty-Five Pages to the following:

(1) The Cook Defendants' Omnibus Motions in Limine (Previously-Decided and Renewed) [docket number 8880]; and

(2) The Cook Defendants' Omnibus Motions in Limine (New) [docket number 8893].

Having done so and being duly advised in the premises, the Court hereby finds that Plaintiff's motion should be Granted.

It is therefore Ordered that Plaintiff is granted leave to file Briefs in excess of thirty-five pages to the following:

(1) The Cook Defendants' Omnibus Motions in Limine (Previously-Decided and Renewed) [docket number 8880]; and

(2) The Cook Defendants' Omnibus Motions in Limine (New) [docket number 8893].

Date:

                                                        _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel