IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s)
Robert Skehan and Eunice Skehan

Civil Case # 1:16-cv-2045

## ORDER

The Court, having considered Plaintiff Robert Skehan's and Plaintiff Eunice Skehan's Motion for Substitution of Counsel, hereby orders that said Motion is DENIED. The Court has no record of attorney Alexander Braitberg appearing in this matter. Furthermore, if Kimberly Starr Morr intends to become counsel of record for Plaintiffs in this matter, the appropriate action is to enter an appearance. Counsel is reminded that the appearance should be filed in the Master case (1:14-ml-2570-RLY-TAB) and spread to the applicable Member case (1:16-cv-2045-RLY-TAB).

Dated: 9/19/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

Our file #2018-00037