UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 1:18-cv-283-RLY-TAB |

THIS DOCUMENT RELATES TO:

*Leroy Stricklen v. Cook Medical, Inc., et al.*
*Case No. 1:18-cv-283*

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Leroy Stricklen, be GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter as of the date of this order.

Date: 9/19/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.