**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

SHONITA ANTHONY

Civil Case # 1:18-cv-285-RLY-TAB

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

THE Court being fully advised on the matter and having reviewed the file and pleadings

in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Complaint in the

above captioned matter.  Plaintiff's Amended Complaint shall be deemed filed as of the date of

this order.

SO ORDERED:  9/19/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.