# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## MOTION FOR LEAVE TO
## FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine. This brief will be electronically filed on or before September 21, 2018. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that supporting and response briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine.

US.120008175

3. The Cook Defendants require a memorandum of more than 35 pages to support their response to Plaintiff's Omnibus Motions in Limine (Dkt. No. 8873), which includes 18 individual motions in limine, not including subparts, and which is itself in excess of 35 pages.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum as set forth in Local Rule 7.1(e)(2).

5. Cook will be able to adequately address the issues raised in 100 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine.

                    Respectfully submitted,

Dated: September 19, 2018      */s/ Andrea Roberts Pierson*
                    Andrea Roberts Pierson (# 18435-49)
                    Jessica Benson Cox (# 26259-49)
                    FAEGRE BAKER DANIELS LLP
                    300 North Meridian Street, Suite 2700
                    Indianapolis, Indiana  46204
                    Telephone: (317) 237-0300
                    Facsimile:  (317) 237-1000
                    E-Mail:  andrea.pierson@faegrebd.com
                    E-Mail:  jessica.cox@faegrebd.com

                    Chuck Webber (# 0215247)
                    FAEGRE BAKER DANIELS LLP
                    2200 Wells Fargo Center
                    90 South Seventh Street
                    Minneapolis, Minnesota   55402
                    Telephone:  (612) 766-7000
                    Facsimile:   (612)766-1600
                    E-Mail:  chuck.webber@faegrebd.com

                    *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 4 -

## CERTIFICATE OF SERVICE

I certify that on September 19, 2018, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson

- 4 -

US.120008175