# EXHIBIT F

| Job | Clocked In | Clocked Out | Duration | Hourly Rate | Earnings | |
|---|---|---|---|---|---|---|
| Cook vs Br | 6/16/2018 11:15 | 6/16/2018 18:08 | 6.9 | 650 | 4,485.00 | deposition practice Providence |
| Cook vs Br | 6/25/2018 15:24 | 6/25/2018 16:24 | 1 | 650 | 650 | review depostiion |
| Cook vs Br | 6/25/2018 17:44 | 6/25/2018 18:10 | 0.5 | 650 | 325 | review depostiion |
| Cook vs Br | 6/26/2018 9:56 | 6/26/2018 13:02 | 3.1 | 650 | 2,015.00 | review depostiion |
| Cook vs Br | 6/26/2018 19:41 | 6/26/2018 21:59 | 2.3 | 650 | 1,495.00 | review depostiion |
| Cook vs Br | 6/27/2018 10:20 | 6/27/2018 10:28 | 0.2 | 650 | 130 | review depostiion |
| Cook vs Br | 6/27/2018 16:15 | 6/27/2018 18:20 | 2.1 | 650 | 1,365.00 | review depostiion |
| Cook vs Br | 6/28/2018 10:54 | 6/28/2018 11:10 | 0.3 | 650 | 195 | review depostiion |
| Cook vs Br | 6/28/2018 12:34 | 6/28/2018 15:04 | 2.5 | 650 | 1,625.00 | review depostiion |
| Cook vs Br | 7/2/2018 12:15 | 7/2/2018 12:36 | 0.4 | 650 | 260 | review depostiion |
| Cook vs Br | 7/2/2018 15:38 | 7/2/2018 16:20 | 0.7 | 650 | 455 | review depostiion |

$13,000.00



EXHIBIT 4
WIT: Gillespie
DATE: 7/9/18
Maureen Pollard, RMR

| Job | Clocked In | Clocked Out | Duration | Hourly Rate | Earnings | |
|---|---|---|---|---|---|---|
| Cook IVC | 5/17/2018 8:16 | 5/17/2018 8:45 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/19/2018 9:33 | 5/19/2018 15:51 | 6.5 | 650 | 4,225.00 | working on writing my deposition |
| Cook IVC | 5/21/2018 11:54 | 5/21/2018 12:51 | 1 | 650 | 650 | review depostiion |
| Cook IVC | 5/23/2018 15:30 | 5/23/2018 17:33 | 2.5 | 650 | 1,625.00 | working on writing my deposition |
| Cook IVC | 5/24/2018 20:07 | 5/24/2018 20:45 | 1 | 650 | 650 | review depostiion |
| Cook IVC | 5/25/2018 12:51 | 5/25/2018 14:10 | 1.5 | 650 | 975 | review depostiion |
| Cook IVC | 5/25/2018 19:01 | 5/25/2018 20:14 | 1.5 | 650 | 975 | review depostiion |
| Cook IVC | 5/26/2018 6:47 | 5/26/2018 7:00 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/27/2018 15:18 | 5/27/2018 18:09 | 3 | 650 | 1,950.00 | review depostiion |
| Cook IVC | 5/28/2018 10:14 | 5/28/2018 11:14 | 1 | 650 | 650 | review depostiion |
| Cook IVC | 5/28/2018 12:59 | 5/28/2018 13:12 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/29/2018 12:16 | 5/29/2018 12:32 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/29/2018 15:07 | 5/29/2018 15:17 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/30/2018 11:10 | 5/30/2018 11:28 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/30/2018 12:12 | 5/30/2018 12:45 | 1 | 650 | 650 | review depostiion |
| Cook IVC | 5/30/2018 13:55 | 5/30/2018 14:45 | 1 | 650 | 650 | review depostiion |
| Cook IVC | 6/1/2018 14:18 | 6/1/2018 14:20 | 0.5 | 650 | 325 | review depostiion |

$15,275.00