# EXHIBIT G

| Job | Clocked In | Clocked Out | Duration | Hourly Rate | Earnings |
|---|---|---|---|---|---|
| Cook IVC | 5/17/2018 8:16 | 5/17/2018 8:45 | 0.5 | 650 | 325 |
| Cook IVC | 5/19/2018 9:33 | 5/19/2018 15:51 | 6.5 | 650 | 4,225.00 |
| Cook IVC | 5/21/2018 11:54 | 5/21/2018 12:51 | 1 | 650 | 650 |
| Cook IVC | 5/23/2018 15:30 | 5/23/2018 17:33 | 2.5 | 650 | 1,625.00 |
| Cook IVC | 5/24/2018 20:07 | 5/24/2018 20:45 | 1 | 650 | 650 |
| Cook IVC | 5/25/2018 12:51 | 5/25/2018 14:10 | 1.5 | 650 | 975 |
| Cook IVC | 5/25/2018 19:01 | 5/25/2018 20:14 | 1.5 | 650 | 975 |
| Cook IVC | 5/26/2018 6:47 | 5/26/2018 7:00 | 0.5 | 650 | 325 |
| Cook IVC | 5/27/2018 15:18 | 5/27/2018 18:09 | 3 | 650 | 1,950.00 |
| Cook IVC | 5/28/2018 10:14 | 5/28/2018 11:14 | 1 | 650 | 650 |
| Cook IVC | 5/28/2018 12:59 | 5/28/2018 13:12 | 0.5 | 650 | 325 |
| Cook IVC | 5/29/2018 12:16 | 5/29/2018 12:32 | 0.5 | 650 | 325 |
| Cook IVC | 5/29/2018 15:07 | 5/29/2018 15:17 | 0.5 | 650 | 325 |
| Cook IVC | 5/30/2018 11:10 | 5/30/2018 11:28 | 0.5 | 650 | 325 |
| Cook IVC | 5/30/2018 12:12 | 5/30/2018 12:45 | 1 | 650 | 650 |
| Cook IVC | 5/30/2018 13:55 | 5/30/2018 14:45 | 1 | 650 | 650 |
| Cook IVC | 6/1/2018 14:18 | 6/1/2018 14:20 | 0.5 | 650 | 325 |
| | | **TOTAL:** | **23.5** | | **$15,275.00** |

David Gillespie
8 Mulberry Road
Bristol, RI 02809

Cook Filter - Brand Matter

review depostiion
writing report
review /revise  report
reading background materiel
review /revise  report
review /revise  report
review /revise  report
review /revise  report
reading background materiel
review /revise  report
review /revise  report
review /revise  report
review /revise  report
review /revise  report
review /revise  report
review /revise  report
review /revise  report