# EXHIBIT H

## DR. DAVID GILLESPIE
## ERRATA

| PAGE | LINE | CHANGE |
|---|---|---|
| 7 | 17 | "Faunce Road" should be "Faunce Corner Road." |
| 17 | 2-3 | Add "But this is not all of my billing." |
| 18 | 19 | Add "I also met with counsel on several other occasions and spent time writing and editing the report on my own, without counsel present." (clarify) |
| 19 | 3 | Should have said "I also met with them to write the report." (clarify) |
| 19 | 10-12 | I misspoke. There were additional in-person meetings prior to the two deposition preparation meetings I discussed at deposition. |
| 21 | 23 | Add "report *and reliance list*" |
| 22 | 1 | Add "report *and reliance list*" |
| 22 | 13 | "deposition" should be "report" |
| 34 | 8 | Should have said "Once before I signed my report and once after." |
| 36 | 19 | Should have said "No single overarching methodology; I used the various methodologies detailed in my report." |
| 37 | 12 | This was a question by Ms. Baughman, not my answer. |
| 43 | 16 | If "work" includes being an invited panel speaker, then I have received honorariums. |
| 62 | 24 | "perforations" should be "penetrations" (misspoke) |
| 75 | 5 | Second "no" should be "know" |
| 103 | 3 | "graph" should be "graft" |
| 104 | 2-3 | "It wasn't worth it" should be "Was it worth it?" |
| 104 | 21-23 | Should have said "No." I was thinking of Kaufman et al., but that was not in response to the 2011 panel. |
| 146 | 20 | "deposition" should be "report" |
| 147 | 4 | "deposition" should be "report" |
| 158 | 3 | "2012" should be "1998" |
| 158 | 12 | "Cardinal" should be "Cardial" |
| 167 | 20 | "gain" should be "again" |
| 168 | 6 | Add "I *don't* understand the question." |
| 189 | 13 | Should have said "I did review some of the imaging." (misunderstood) |
| 213 | 2-3 | "cono chrome" should be "conichrome" |
| 214 | 20 | "retrievable" should be "retrieval" |
| 214 | 21 | "retrievable" should be "retrieval" |
| 215 | 1 | "retrievable" should be "retrieval" |
| 215 | 22 | "retrievable" should be "retrieval" |
| 226 | 8 | "do" should be "prevent" (clarify) |
| 230 | 9-11 | Should have said "Yes." I misspoke; Sharifi did have a control group and was a randomized controlled trial. |
| 239 | 22 | "ilial lumber vein" should be "iliolumbar vein" |
| 256 | 1 | "cavagram" should be "x-ray" (misspoke) |
| 261 | 6 | "FDA" should be "FEA" |
| 261 | 8 | "FDA" should be "FEA" |
| 266 | 16 | "deposition" should be "report" |

| | | |
|---|---|---|
| 271 | 4 | "ALF" should be "ALIF" |
| 315 | 18 | "Pevy" should be "PEVI" |
| 315 | 19-21 | Everything after "randomized trial" should be deleted. I misspoke. |

| | |
|---|---|
| 1 | ACKNOWLEDGMENT OF DEPONENT |
| 2 | |
| 3 | I, DAVID L. GILLESPIE, do Hereby certify that I have read the foregoing |
| 4 | pages, and that the same is a correct transcription of the answers given by me to the |
| 5 | questions therein propounded, except for the corrections or changes in form or substance, if |
| 6 | any, noted in the attached Errata Sheet. |
| 7 | |
| 8 | _David L. Gillespie_  8/10/18<br>DAVID L. GILLESPIE, MD       DATE |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Subscribed and sworn To before me this |
| 16 | _10th_ day of _August_, 20_18_. |
| 17 | My commission expires: _10-28-2022_ |
| 18 | |
| 19 | _Maria Goretti Jardin_<br>Notary Public |
| 20 | MARIA GORETTI JARDIN |
| 21 | Notary Public |
| 22 | COMMONWEALTH OF MASSACHUSETTS |
| 23 | My Commission Expires |
| 24 | October 28, 2022 |
| 25 | |