> APPROVED - Case is dismissed without prejudice.
> Dated: 9/20/18
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>MICHAEL R. JOHNSON | Civil Case No.: 1:18-cv-1284-RLY-TAB |
| Plaintiff,<br>vs.<br>COOK INCORPORATED, et al,<br>Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that Plaintiff voluntarily dismisses the above-captioned case without prejudice.

DATED:  __09/14/2018__         **FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.**

By: /s/ George T. Williamson
George T. Williamson
Florida Bar No.: 85585
99 Nesbit Street
Punta Gorda, Florida 33950
(941) 639-1158
gwilliamson@farr.com
*Attorney for Plaintiff*