IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES                Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to Plaintiff(s)

John Dodd_____

Civil Case #: 1:18-cv-01184-JMS-MJD_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff John Dodd ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-001184-JMS-MJD filed on April 18, 2018. The Short Form Complaint was served on or forwarded to the Cook Defendants on April 24, 2018.

Respectfully submitted,

**McGLYNN, GLISSON & MOUTON**

Dated:   September 20, 2018          By: /s/Amanda L. Washington
Amanda L. Washington, LA #34811
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>September 20, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      <u>/s/ Amanda L. Washington</u>
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**