IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND  Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION  MDL No. 2570
_____

This document relates to Plaintiff:

*William Rich*
*Civil case # 1:18-cv-01871-RLY-TAB*
_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff William Rich.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff William Rich against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this 20th day of September, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record