UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**Entry on Conference held September 20, 2018**

**Before the Hon. Richard L. Young, Judge**

    The parties appear for the conference set this date.  Plaintiffs appear by Joe Williams, Ben Martin, Dave Matthews and Mike Heaviside; Defendants appear by Andrea Pierson, Steve Bennett, Ryan Hurley and Jessica Cox.

    Discussion was held regarding the Bellwether selection process and documents admissibility.  Further order shall issue by separate entry.

Distributed Electronically to Registered Counsel of Record