UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: | ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

1:18-cv-00217; 1:18-cv-00229
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
### (Filing No. 7797)

Pursuant to the court's Entry dated April 18, 2018, the court **GRANTS** the Cook Defendants' Motion to Dismiss (Filing No. 7797) the following actions for Plaintiffs' failure to file Plaintiff Profile Forms within the time frame set forth in the Third Amended Case Management Order No. 4:  Lisa Castro and Luis Melendez, 1:18-cv-00217 and Dustin DeCann, 1:18-cv-00229.  This dismissal is **without prejudice.**

**SO ORDERED** this 24th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1