## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:18-cv-02539 | 1:18-cv-02613 |
| 1:18-cv-02569 | 1:18-cv-02614 |
| 1:18-cv-02601 | 1:18-cv-02617 |
| 1:18-cv-02602 | 1:18-cv-02622 |
| 1:18-cv-02610 | 1:18-cv-02630 |
| 1:18-cv-02611 | |

---

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
        William Cook Europe ApS


Dated:        September 24, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.120106075.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120106075.01