UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____<br><br>This Document Relates to: | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

1:18-cv-00455; 1:18-cv-00683; 1:18-cv-00719; 1:18-cv-00721;
1:18-cv-00724; 1:18-cv-00732; 1:18-cv-00734; 1:18-cv-00738;
1:18-cv-00752; 1:18-cv-00759; 1:18-cv-00760; 1:18-cv-00781;
1:18-cv-00802; 1:18-cv-00822; 1:18-cv-01054; 1:18-cv-01059;
1:18-cv-01062; 1:18-cv-01064; 1:18-cv-01065; 1:18-cv-01128
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 8275)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the twenty actions listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

In response to Cook's Motion, the following eight Plaintiffs have filed PPFs:

- 1:18-cv-802,  Lisa Renee Alliss

- 1:18-cv-822,  Timothy Pinson

- 1:18-cv-00759,  Kevin Taylor

1

- 1:18-cv-01054, Derrick Strickland
- 1:18-cv-01059, Sonny Turner
- 1:18-cv-01062, Salvatore Vola
- 1:18-cv-01064, Robert Lowe
- 1:18-cv-01065, Karen Waltke

The other twelve Plaintiffs have not filed PPFs.  Accordingly, Cook's Motion to Dismiss (Filing No. 8275) is **GRANTED in part** and **DENIED in part**.  It is **GRANTED** with respect to:

- 1:18-cv-00455, Denise and Terry Warr
- 1:18-cv-00683, Errol and Carolyn Gay
- 1:18-cv-00719, James and Cynthia Bubb
- 1:18-cv-00721, Shirley and William Howard
- 1:18-cv-00724, Jessie Spangler
- 1:18-cv-00732, Charles and Carmen Pratt
- 1:18-cv-00734, Samuel Lewis II and Alma Spencer
- 1:18-cv-00738, Lydian Dickt
- 1:18-cv-00752, Jason Pitts
- 1:18-cv-00760, Amanda Renee Culp
- 1:18-cv-00781, Angela Celestine Jones
- 1:18-cv-01128, Cedric Jackson

This dismissal is **without prejudice.**

It is **DENIED** with respect to:

- 1:18-cv-802,  Lisa Renee Alliss
- 1:18-cv-822,  Timothy Pinson
- 1:18-cv-00759,  Kevin Taylor
- 1:18-cv-01054,  Derrick Strickland
- 1:18-cv-01059,  Sonny Turner
- 1:18-cv-01062,  Salvatore Vola
- 1:18-cv-01064,  Robert Lowe
- 1:18-cv-01065,  Karen Waltke

**SO ORDERED** this 24th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.