# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

### EXHIBITS SUBMITTED WITH THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's Omnibus Motion in Limine:

| Exhibit | Description |
|---|---|
| A | Excerpts of Hill Trial Transcript, dated November 7, 2017 |
| B | Excerpts of Hill Trial Transcript, dated November 6, 2017 |
| C | Excerpts of Hill Trial Transcript, dated October 25, 2017 |
| D | Excerpts of Hill Trial Transcript, dated October 23, 2017 |
| E | Excerpts of Hill Trial Transcript, dated October 30, 2017 |
| F | Excerpts of Status Conference in Front of Judge Young, dated July 24, 2018 |
| G | Excerpts of Hill Trial Transcript, dated November 9, 2017 |
| H | Owen N. Johnson, et al., *The use of retrievable inferior vena cava filters in severely injured military trauma patients*, 49(3) J. Vasc. Surg. 410-416 (2009) |
| I | Excerpts from the Deposition of Tonya Brand, dated 6/16/2017 – **FILED UNDER SEAL** |

| J | Excerpts from the Deposition of Tonya Brand, dated 12/10/2015– **FILED UNDER SEAL** |
|---|---|
| K | Excerpts from the Deposition of F. Michael Ferrante, M.D., dated 7/20/2018 – **FILED UNDER SEAL** |
| L | Excerpts from the Expert Report of Dr. F. Michael Ferrante, dated 5/30/2018 – **FILED UNDER SEAL** |
| M | Letter from Andrea Roberts Pierson to Ben Martin, dated 5/7/2018 |

Respectfully submitted,

Dated: September 24, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

//s/ Andrea Roberts Pierson

US.120010199.02