# EXHIBIT A

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) November 7, 2017
                                ) 9:00 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 10

**For Plaintiffs:**          David P. Matthews, Esq.
                             MATTHEWS & ASSOCIATES
                             2905 Sackett Street
                             Houston, TX  77098


                             Matthew D. Schultz, Esq.
                             LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR PA
                             316 S. Baylen Street, Suite 600
                             Pensacola, FL  32502


                             Joseph N. Williams, Esq.
                             RILEY WILLIAMS & PIATT, LLC
                             301 Massachusetts Avenue
                             Indianapolis, IN  46204

```
                              Laura Baughman, Esq.
                              BARON & BUDD
                              3102 Oak Lawn Avenue
                              Dallas, TX   75219

                              Ben C. Martin, Esq.
                              LAW OFFICE OF BEN C. MARTIN
                              3710 Rawlins St., Suite 1230
                              Dallas, TX   75219
```

For **Defendants**:                Andrea Roberts Pierson, Esq.
                              Jessica Benson Cox, Esq.
                              FAEGRE BAKER DANIELS LLP
                              300 N. Meridian St., Suite 2700
                              Indianapolis, IN   46204


                              Charles F. Webber, Esq.
                              Bruce G. Jones, Esq.
                              FAEGRE BAKER DANIELS LLP
                              90 S. 7th Street
                              Minneapolis, MN   55402




Court Reporter:               Margaret A. Techert
                              United States District Court
                              101 NW Martin Luther King Blvd.
                              Evansville, Indiana   47708


            PROCEEDINGS TAKEN BY MACHINE SHORTHAND
      TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION

1  honors and awards section.  I noticed that you've been
2  recognized by the America Heart Association with one of their
3  Dotter awards.  Will you explain to us what a Dotter award is?
4  A    Sure.  Charles Dotter was one of the great pioneers in
5  this field, and they have a memorial lecture honoring his
6  memory.  And it's given by -- well, the America Heart
7  Association has seven named honored lecturers per year, and
8  mine is for the vascular and radiology area.  So I will give
9  the Dotter lecture this year, and it's an international
10 recognition.
11 Q    Dr. Venbrux, are you a member of the Society of
12 Interventional Radiologists?
13 A    Yes, I am.
14 Q    Are you a fellow with that organization?
15 A    Yes.
16 Q    And tell us what, does that mean to be a fellow of the
17 Society of Interventional Radiologists?
18 A    Okay.  So a fellow is not a teaching year-long experience,
19 like I told you about, but a fellow is designated as kind of
20 the highest level within a subspecialty society.  So I -- I'm
21 a fellow in the Society of Interventional Radiology and a
22 fellow in the America Heart Association.  Those are high
23 designations.
24 Q    The jury has heard some mention in this case about
25 guidelines for vena cava filter use by SIR, the Society of

1  Interventional Radiology.  Were you a part of the SIR panel
2  that issued the guidelines for the use of vena cava filters in
3  patients?
4  A   Yes, I was on that committee, and wrote -- helped write
5  the paper that was published.
6  Q   And, Dr. Venbrux, was your involvement in that -- did it
7  include the guidelines that define vena cava perforation?
8  A   Yes.
9  Q   Dr. Venbrux, I've handed you what we've marked as
10 Defendant's 1563.  Is this a piece of literature that you're
11 familiar with?
12 A   Yes, very.
13 Q   What is it?
14 A   It is the actual manuscript that was published, peer
15 reviewed, on guidelines for filter placement, basically.
16 Q   Is this the publication that includes the guidelines that
17 you helped to draft?
18 A   Yes.
19          MS. PIERSON:  May I publish it, Your Honor?
20          THE COURT:  Are you moving for admission?
21          MS. PIERSON:  Sure.  We'll offer 1563.
22          THE COURT:  All right.
23          MR. MATTHEWS:  No objection.
24          THE COURT:  Show it admitted.
25                       *(Defendant's Exhibit 1563 was*

1   and leave it in if that patient is at high risk for subsequent
2   falls.  You know, Grandma's been falling more and more and
3   more and I'm getting really worried, and we can't think of
4   putting her on blood thinners.
5   Q   So for a patient who has an ongoing risk of PE and they
6   cannot take blood thinners, that's when you'd place a
7   permanent filter or use the Celect permanently?
8   A   Yes.  You make a choice, and that's a choice made by the
9   physician.  And you talk to the patient, you talk to the
10  patient's team, and you say, "I think this serves the patient
11  best that it be left in forever."
12  Q   Dr. Venbrux, I want to ask you about another benefit of
13  vena cava filters catching blood clots, which you've referred
14  to.  Do you believe that the Celect filter is effective at
15  catching blood clots?
16  A   Absolutely.
17  Q   How do you know that?
18  A   Well, here's real world practice.  Patients have a --
19  let's say a very large blood clot crawling up their pelvis,
20  crawling up into their vena cava, and you are trying to get
21  their swelling down, this massive blood clot, and you're
22  trying to protect them while you're treating that blood clot.
23  So you put in a filter, a Celect.
24          And on the table, as we're debulking the clot, which
25  we can do now without necessarily using clot busting enzymes,

1  I have witnessed large clots fly up and get trapped in the
2  filter that would have otherwise become a pulmonary embolus.
3  I've seen that personally, so I know that traps clot.  And
4  there's literature to back that up.
5  Q   Dr. Venbrux, do you follow your own patients who have
6  received the Celect filter?
7  A   Yes.
8  Q   And in your own patients, have they experienced a
9  pulmonary embolism once the filter is in place?
10 A   To date, no.
11 Q   Dr. Venbrux --
12          MR. MATTHEWS:  Judge --
13 BY MS. PIERSON:
14 Q   -- your experience --
15          MR. MATTHEWS:  Can we approach?
16          THE COURT:  Sure.
17          *(Beginning of bench conference record.)*
18          MR. MATTHEWS:  Dr. Venbrux has testified at
19 deposition that he's not going to be talking about efficacy
20 about the Celect filter at the trial of this matter.  This is
21 also cumulative, but he was specifically asked if he'll be
22 talking about the efficacy of this filter, specifically the
23 Celect.
24          MS. PIERSON:  Keep going down in his deposition.  We
25 went over this topic again in his deposition.  He made clear

1  that he didn't understand what Mike was saying when he asked
2  that question and that he does have opinions about the
3  efficacy of the Celect.  We have only two or three questions
4  on this point.  We're not going belabor it, because other
5  witnesses have covered it, but he expressed his opinions in
6  his report and he expressed these opinions in his deposition.
7  You've only seen the first question on that issue.
8           MR. MATTHEWS:  This is -- okay, as far as efficacy
9  and the risk, we're hearing for the third time, actually the
10 fourth time, the doctor, this is cumulative, Judge, at this
11 point on efficacy of the Celect filter and on the risk of the
12 Celect filter.
13          MS. PIERSON:  He's our only medical expert.  The
14 other witnesses that you've heard from are either fact
15 witnesses or the Plaintiffs' experts.  They had an opportunity
16 to talk to their experts about the efficacy of the Celect
17 filter.  We're entitled to put on our case on the benefits of
18 the filter, too.  We don't have a lot of testimony on this
19 point, but we're entitled to put on our case.
20          THE COURT:  Let's move on.
21          (End of bench conference.)
22 BY MS. PIERSON:
23 Q    Dr. Venbrux, have you also had an opportunity to review
24 the literature as it relates to the Celect and whether the
25 Celect catches blood clots?