# EXHIBIT C

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) October 25, 2017
                                ) 9:12 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 3


**For Plaintiffs:**                David P. Matthews, Esq.
                                   MATTHEWS & ASSOCIATES
                                   2905 Sackett Street
                                   Houston, TX  77098


                                   Matthew D. Schultz, Esq.
                                   LEVIN PAPANTONIO THOMAS MITCHELL
                                   RAFFERTY & PROCTOR PA
                                   316 S. Baylen Street, Suite 600
                                   Pensacola, FL  32502


                                   Joseph N. Williams, Esq.
                                   RILEY WILLIAMS & PIATT, LLC
                                   301 Massachusetts Avenue
                                   Indianapolis, IN  46204

```
                          Ben C. Martin, Esq.
                          LAW OFFICE OF BEN C. MARTIN
                          3710 Rawlins St., Suite 1230
                          Dallas, TX  75219


For **Defendants**:       Andrea Roberts Pierson, Esq.
                          Jessica Benson Cox, Esq.
                          FAEGRE BAKER DANIELS LLP
                          300 N. Meridian St., Suite 2700
                          Indianapolis, IN  46204


                          Charles F. Webber, Esq.
                          Bruce G. Jones, Esq.
                          FAEGRE BAKER DANIELS LLP
                          90 S. 7th Street
                          Minneapolis, MN  55402




Court Reporter:           Margaret A. Techert
                          United States District Court
                          101 NW Martin Luther King Blvd.
                          Evansville, Indiana  47708



         PROCEEDINGS TAKEN BY MACHINE SHORTHAND
    TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1  questions, you suggested that a randomized control trial could
2  potentially be unethical; do you remember saying that?
3  A    I do remember saying that.
4  Q    You know that there's never been a randomized control
5  trial conducted for Cook Celect IVC filter, right?
6  A    That is correct.
7  Q    Cook has certainly never commissioned a randomized control
8  trial --
9            COURT REPORTER:  Slow down.
10 Q    I'm sorry.
11           Cook has certainly never commissioned a randomized
12 control trial for the Celect filter?
13 A    And I can't imagine us doing that because the patients in
14 which it is primarily used, or at least which are on our
15 instructions for use, are patients at very high risk of PE,
16 and I can't imagine any IRB or any physicians or any patients
17 would be willing to participate in such a study because that
18 would require that half of the patients had a filter made
19 available to them, half the patients wouldn't have a filter
20 made available to them, and that would pose such an
21 unreasonable risk that I can't imagine that being run or would
22 suggest that it should be run.
23 Q    Because those people would want to have benefit of the
24 filter?
25 A    And their physicians would want to have the benefit of the

1  *Erie* in this case.
2          The fact is, Judge, this is a very large,
3  sophisticated, well-run organization, a big marketing effort
4  on a new product with lots of money and lots of people out
5  sending these messages.  And they cannot come into court or
6  should not, in my humble opinion, and suggest that that could
7  not possibly have any impact on the community of physicians
8  who are the standard for liability in this case.
9          They did what they did.  They kept doing it over
10 time.  It's fair to infer they did so because it was working,
11 and if you look at the sales figures that we just heard from
12 Mr. Fleck, it did.  That certainly is relevant evidence when
13 you're trying to determine whether Cook's conduct influenced
14 an objective reasonable physician/consumer.
15         So if they're out marketing and telling doctors they
16 should be putting filters in people like Ms. Hill, then
17 certainly that becomes relevant.  Thank you, Your Honor.
18         MS. PIERSON:  I just say a couple things in
19 response, Your Honor?  The same point that you made earlier on
20 the Lyon study about inferring something when there is no
21 person on the other end who will say I received this
22 information, and here's how I interpreted it or here's how I
23 applied it, that same argument applies.
24         What I now hear Mr. Schultz suggesting, I think, is
25 that information that you barred in ruling on motion in limine