# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,        )
IVC FILTERS MARKETING, SALES      ) Cause No.
PRACTICES AND LIABILITY,          ) 1:14-ML-2570- RLY-TAB
LITIGATION                        ) Evansville, Indiana
                                  ) October 23, 2017
                                  ) 9:23 a.m.
                                  )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1


**For Plaintiffs:**              David P. Matthews, Esq.
                                 MATTHEWS & ASSOCIATES
                                 2905 Sackett Street
                                 Houston, TX  77098


                                 Matthew D. Schultz, Esq.
                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR PA
                                 316 S. Baylen Street, Suite 600
                                 Pensacola, FL  32502


                                 Joseph N. Williams, Esq.
                                 RILEY WILLIAMS & PIATT, LLC
                                 301 Massachusetts Avenue
                                 Indianapolis, IN  46204

```
For Defendants:            Andrea Roberts Pierson, Esq.
                           Jessica Benson Cox, Esq.
                           FAEGRE BAKER DANIELS LLP
                           300 N. Meridian St., Suite 2700
                           Indianapolis, IN  46204



                           Charles F. Webber, Esq.
                           Bruce G. Jones, Esq.
                           FAEGRE BAKER DANIELS LLP
                           90 S. 7th Street
                           Minneapolis, MN  55402








Court Reporter:            Margaret A. Techert
                           United States District Court
                           101 NW Martin Luther King Blvd.
                           Evansville, Indiana  47708




        PROCEEDINGS TAKEN BY MACHINE SHORTHAND
   TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1              More importantly, most of these patients are
2     asymptomatic.  They don't have symptoms sometimes for one and
3     two and three years.  So they can go three years, not have any
4     symptoms, there won't be a complaint.  They won't have a
5     symptom.  But when the symptom occurs, it's serious.  This is
6     nothing more than a ticking time bomb.  It's in someone we
7     know it's progressive.  We know it's ongoing.
8              When you hear 1 percent, just think to yourself,
9     complaints don't equal injury.  Complaints don't equal Celect
10    injury.
11             Even Cook will say -- and I've asked witnesses --
12    how many people are out there walking around right now that
13    don't know they're injured.  They have have a silent injury.
14    There's a perforation, but they don't know it?  And they say,
15    "I have no idea."
16             They're also going to say that the benefits
17    outweighed the risks.  The benefits of the Cook Celect filter
18    outweighed the risk.  Well, you're going to see internal
19    documents from Cook that even the Tulip filter perforated
20    1/18th of what the Celect perforated.  So the Celect
21    perforated, by their own documents, 18 fold, 18 times more
22    than the Tulip, their other product that was on the market.
23             The Tulip had problems; but what they did with the
24    Celect when they changed the design is they compounded those
25    problems, because now, you've got perforation.  Now, you have

1  arm of the group of patients nothing.  It's a little bit like
2  if we tried to do a randomized controlled trial of parachutes.
3  We'd take two groups of people.  We'd give one group of people
4  a sack with a parachute in it.  We'd give another group of
5  people a sack with nothing in it.  We'd take them up into the
6  air in the airplane, and we'd say, okay, everybody, now jump.
7  How many people do you think would sign up for that?  No one.
8              Our experts will explain that when the product at
9  issue is one that prevents a life-threatening condition, that
10 it would be unethical to conduct that kind of study.  And our
11 experts will explain that while there is a lot of evidence, a
12 lot of literature related to the use of filters in patients,
13 there aren't randomized controlled trials, and there can't be,
14 because it would be unethical.
15             That's not unique to vena cava filters by the way.
16 There are many medical products that are life-saving products
17 that you can't conduct a randomized controlled trial ethically
18 and couldn't get people to sign up for it even if you could.
19             You'll hear a lot about the literature, and there
20 is -- there's literature with varying numbers in it for all
21 different filters, measuring different factors, catching PE,
22 rates of perforation, and other things.  Our experts will
23 explain to you that we live in a real world and that it's
24 important to evaluate how filters in the Celect, how they
25 perform in the real world in real patients.