# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION

 3

 4  IN RE: COOK MEDICAL, INC.,        )
    IVC FILTERS MARKETING, SALES      ) Cause No.
 5  PRACTICES AND LIABILITY,          ) 1:14-ML-2570- RLY-TAB
    LITIGATION                        ) Evansville, Indiana
 6                                    ) October 30, 2017
                                      ) 9:13 a.m.
 7                                    )

 8

 9

10                   Before the Honorable
                      RICHARD L. YOUNG
11
                 OFFICIAL REPORTER'S TRANSCRIPT OF
12                    JURY TRIAL- VOLUME 5

13

14

15  For Plaintiffs:           David P. Matthews, Esq.
                              MATTHEWS & ASSOCIATES
16                            2905 Sackett Street
                              Houston, TX  77098
17

18                            Matthew D. Schultz, Esq.
                              LEVIN PAPANTONIO THOMAS MITCHELL
19                            RAFFERTY & PROCTOR PA
                              316 S. Baylen Street, Suite 600
20                            Pensacola, FL  32502

21
                              Joseph N. Williams, Esq.
22                            RILEY WILLIAMS & PIATT, LLC
                              301 Massachusetts Avenue
23                            Indianapolis, IN  46204

24

25
```

```
 1                                  Laura Baughman, Esq.
                                    BARON & BUDD
 2                                  3102 Oak Lawn Avenue
                                    Dallas, TX   75219
 3

 4                                  Ben C. Martin, Esq.
                                    LAW OFFICE OF BEN C. MARTIN
 5                                  3710 Rawlins St., Suite 1230
                                    Dallas, TX   75219
 6

 7

 8
     For Defendants:                Andrea Roberts Pierson, Esq.
 9                                  Jessica Benson Cox, Esq.
                                    FAEGRE BAKER DANIELS LLP
10                                  300 N. Meridian St., Suite 2700
                                    Indianapolis, IN   46204
11

12                                  Charles F. Webber, Esq.
                                    Bruce G. Jones, Esq.
13                                  FAEGRE BAKER DANIELS LLP
                                    90 S. 7th Street
14                                  Minneapolis, MN   55402

15

16

17

18

19

20

21   Court Reporter:                Margaret A. Techert
                                    United States District Court
22                                  101 NW Martin Luther King Blvd.
                                    Evansville, Indiana   47708
23

24          PROCEEDINGS TAKEN BY MACHINE SHORTHAND
       TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
25
```

1   would hope, in the morning, but I want to get through the
2   report itself.
3              So when the -- when the physician places the --
4   excuse me, when the physician placed this Celect filter,
5   Dr. Zuzga, is it indicated in the operative report that it was
6   placed correctly?
7   A    Yes, sir.  Patient was sedated for ten minutes.  We talked
8   about it.  So that's more than the one and a half fluoroscopy
9   time.
10             The filter and the completion, once you finish the
11  job, you go there, you pop open the filter.  It's like an
12  umbrella that opens.  You want to do what's called a
13  completion venacavogram to see what you've done.  You know you
14  have done a good job, but you have to document and you have to
15  be sure.
16             So completion venogram, I quote, showed proper
17  placement without evidence of migration, which means the
18  filter didn't move.  Sometimes they move.  Didn't go up;
19  didn't go down.  So the impression was, from this note, there
20  was a successful placement of a temporary IVC filter without
21  complications.
22  Q    Doctor, have you, yourself, placed IVC filters?
23  A    Yes, sir, many times.
24  Q    Any approximation on the number of IVC filters that you've
25  placed in your career?

1  A   Over a hundred.
2  Q   All right.  Now, was that your regular practice, to place
3  IVC filters with respect to that as opposed to the remainder
4  of what you did and do as a physician?
5  A   I'm not sure I understand.  I don't currently place IVC
6  filters.  At the time that I was doing them, I was doing them
7  as part of my vascular surgery practice.
8  Q   And approximately when was it that you stopped placing IVC
9  filters?
10 A   Well, I used to place them and remove them, retrieve them.
11 Probably approximately three, four years ago, I stopped doing
12 that.
13 Q   All right.  And did you -- have you in the past placed
14 Celect -- Cook Celect IVC filters?
15 A   Yes, sir.
16 Q   Okay.  And any approximation on the number of Cook filters
17 that you've placed?
18 A   No.  I just -- I don't remember.
19             (Telephone interruption.)
20             THE WITNESS:  I'm sorry.  That should have been off.
21 I'm really sorry about that.
22 A   I don't know.
23 BY MR. MARTIN:
24 Q   All right.
25 A   Twenty, 30, 40.  It's a long time ago, basically.

1  Q   And, Doctor, why did you stop placing IVC filters?
2  A   I don't think they work.  I don't think the filter works.
3  And not only that I don't know that it works, actually the
4  true data shows they don't work, but they have a lot of
5  complications associated, many, many complications.
6          So, as a surgeon, it comes down to --
7  Q   I know you're trying to --
8  A   -- the risk and benefits in regards to the procedure.
9  And, as a doctor, the hypocritic oath is, first, do no harm.
10 In other words, I don't believe, based on the data we have,
11 that those filters actually do any good.  But I know for sure
12 there are a lot of side effects associated, and people do die
13 from this.  So, in regards to risks and benefits, I don't feel
14 comfortable doing this procedure anymore.
15 Q   And you have retrieved filters as well?
16 A   Yes, sir.
17         MR. MARTIN:  All right.  And, Your Honor, I don't
18 know what the Court --
19         THE COURT:  Go another ten, 15 minutes.
20 BY MR. MARTIN:
21 Q   With respect to Cook Celect filters, you have been able to
22 review a lot of documents.  Could you describe for the jury,
23 just generally, the types of documents that you have been able
24 to review in order to formulate your opinions and especially
25 given the internal documents?