# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,         )
IVC FILTERS MARKETING, SALES       ) Cause No.
PRACTICES AND LIABILITY,           ) 1:14-ML-2570-RLY-TAB
LITIGATION                         ) Indianapolis, Indiana
                                   ) July 24, 2018
                                   ) 5:24 p.m.
                                   )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**           Ben C. Martin, Esq.
                              LAW OFFICES OF BEN C. MARTIN
                              3710 Rawlis St., Suite 1230
                              Dallas, TX  75219


                              Joseph N. Williams, Esq.
                              RILEY WILLIAMS & PIATT, LLC
                              301 Massachusetts Avenue
                              Indianapolis, IN  46204


                              Michael W. Heaviside, Esq.
                              HEAVISIDE REED ZAIC
                              910 17th Street NW, Suite 800
                              Washington, D.C.  20006

```
For Defendants:            Andrea Roberts Pierson, Esq.
                           Jessica Benson Cox, Esq.
                           FAEGRE BAKER DANIELS LLP
                           300 N. Meridian St., Suite 2700
                           Indianapolis, IN  46204


                           Charles F. Webber, Esq.
                           FAEGRE BAKER DANIELS LLP
                           90 S. 7th Street
                           Minneapolis, MN  55402


                           J. Stephen Bennett, Esq.
                           BAKER & DANIELS LLP
                           111 E. Wayne Street, Suite 800
                           Fort Wayne IN  46802




Court Reporter:            Margaret A. Techert
                           United States District Court
                           101 NW Martin Luther King Blvd.
                           Evansville, Indiana  47708



        PROCEEDINGS TAKEN BY MACHINE SHORTHAND
   TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

```
 1  experts who efficacy is in their report; Dr. Gillespie,
 2  Morris, Robertson, Dr. Virmani, Dr. Foreman, five of them,
 3  excuse me, plus Dr. Uberoi.
 4          Low complication rate.  There's Uberoi talking about
 5  low complications.  Dr. Fryzek, Dr. Robertson, Dr. Morris,
 6  Dr. Gillespie, Dr. Foreman, all of them.  We deposed them all.
 7  They talk about complication rate.  And finally, that the IVC
 8  filters and the Celect, most perforations are asymptomatic;
 9  Gillespie, Morris, Foreman, Virmani, and now they want Uberoi
10  to be their fifth.
11          Your Honor, I'll tell the Court that I have asked
12  that Cook take down -- the Court may -- the Court may recall
13  last year about this same time, the lawyers for Cook asking
14  this Court to make us, make the Plaintiffs pull down either
15  some of their experts or part of what some of their experts
16  have to say because it's cumulative.  I don't know if the
17  Court remembers that or not.  I believe -- I believe the Court
18  does.  And guess what?
19          THE COURT:  Makes sense I would do that.
20          MR. MARTIN:  And guess what?  We did.  We pulled
21  experts down completely and we pulled -- and we pulled, at the
22  request and actually at the demand of Cook, we pulled down the
23  cumulative testimony.  We've tried to ask Cook to do the same
24  thing and they have refused and the answer is, we are not
25  going to pull down anybody and we're not going to pull down
```

```
 1  anybody's testimony in any part.
 2          Therefore, we've been taking depositions and we
 3  have -- we're taking one more doctor.  We've taken all the
 4  cumulative testimony and that's what we're dealing with.  So
 5  No. 1, OUS and Lyon publication, that's -- I understand that
 6  it's part of what Cook based its -- its placement of the
 7  filter on the market and probably its clearance on the market
 8  for retrievability was this OUS study.  I get it.
 9          But Dr. Uberoi doesn't know Ms. Brand.  Second,
10  third and fourth is what we showed on the paperwork just a few
11  minutes ago that this is nothing but a retained expert without
12  a -- without a report and there's no reason.  We still don't
13  know why there's no report.  And finally, it's -- everything
14  he says other than the OUS -- other than the OUS, everything
15  he says is cumulative and we will be approaching the Court
16  with a cumulative motion, just about like the defense had last
17  time; and we haven't yet filed one but I think it's time at
18  this point to suggest that we certainly don't need to be
19  flying to London for somebody to -- for the sixth time, to
20  talk about efficacy, low complication rate, and the safety and
21  efficacy of IVC filters, which is exactly what they're wanting
22  him to do.
23          THE COURT:  Thank you, Mr. Martin.
24          MR. MARTIN:  We would ask, Your Honor, if the Court
25  does -- if the Court does indeed order that we take this
```