# EXHIBIT G

```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) November 9, 2017
                                ) 9:19 a.m.
                                )
```

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 12


| **For Plaintiffs:** | David P. Matthews, Esq. |
| | MATTHEWS & ASSOCIATES |
| | 2905 Sackett Street |
| | Houston, TX  77098 |
| | |
| | Matthew D. Schultz, Esq. |
| | LEVIN PAPANTONIO THOMAS MITCHELL |
| | RAFFERTY & PROCTOR PA |
| | 316 S. Baylen Street, Suite 600 |
| | Pensacola, FL  32502 |
| | |
| | Joseph N. Williams, Esq. |
| | RILEY WILLIAMS & PIATT, LLC |
| | 301 Massachusetts Avenue |
| | Indianapolis, IN  46204 |

```
                              Laura Baughman, Esq.
                              BARON & BUDD
                              3102 Oak Lawn Avenue
                              Dallas, TX  75219

                              Ben C. Martin, Esq.
                              LAW OFFICE OF BEN C. MARTIN
                              3710 Rawlins St., Suite 1230
                              Dallas, TX  75219


For Defendants:               Andrea Roberts Pierson, Esq.
                              Jessica Benson Cox, Esq.
                              FAEGRE BAKER DANIELS LLP
                              300 N. Meridian St., Suite 2700
                              Indianapolis, IN  46204


                              Charles F. Webber, Esq.
                              Bruce G. Jones, Esq.
                              FAEGRE BAKER DANIELS LLP
                              90 S. 7th Street
                              Minneapolis, MN  55402









Court Reporter:               Margaret A. Techert
                              United States District Court
                              101 NW Martin Luther King Blvd.
                              Evansville, Indiana  47708


          PROCEEDINGS TAKEN BY MACHINE SHORTHAND
    TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

```
 1  the arguments of counsel.  Representing the plaintiff
 2  Elizabeth Jane Hill, Mr. David Matthews.
 3            MR. MATTHEWS:  Thank you, Your Honor.  May it please
 4  the Court.  Good morning.  On behalf of Jane Hill and our
 5  trial team, we'd like to thank you for taking two and a half
 6  weeks, going on three, out of your lives.  We respect that and
 7  we appreciate it.  You've been a most attentive jury through
 8  difficult and long days and sometimes into the evening.
 9            I am humbled to be in this courtroom.  We opened
10  this case about two and a half weeks ago and said we would
11  show you that Cook knew they had a problem in the development
12  of a product by the name of Celect.  They had a problem in the
13  development phase when Arne Molgaard said, "We should not
14  proceed because if we remove the petals from the Tulip, we're
15  going to have too much perforation."  We showed you those
16  emails.  We presented those to this Court and this jury.  That
17  was a red flag.
18            They then saw perforation in the next -- in the
19  animal studies.  They saw those, and we presented all of those
20  animal studies to you.  That was another red flag.
21            They then saw perforation in the only human study
22  that they did.  Yet another red flag, but they pushed on.
23            They ignored all these red flags and pursued this
24  product because of what they were looking for and that's
25  increased market share.
```