# EXHIBIT H

**From the Society for Vascular Surgery**

# The use of retrievable inferior vena cava filters in severely injured military trauma patients

Owen N. Johnson III, MD,[a] David L. Gillespie, MD,[a,b] Gilbert Aidinian, MD,[a,b] Paul W. White, MD,[a,b] Eric Adams, MD,[a,b] and Charles J. Fox, MD,[a,b] *Washington, DC; and Bethesda, Md*

*Objective:* Important recent data on retrievable inferior vena cava filter (R-IVCF) used in civilian trauma centers suffer from poor follow-up in these transient patients. Because US military casualties can be more easily followed globally, our objective was to further characterize R-IVCF outcomes in a trauma population with improved follow-up.
*Methods:* From July 2003 to June 2007, trauma registry records were retrospectively reviewed for US soldiers injured in Iraq and Afghanistan who had R-IVCF placement. Indications, type of filter, complications, outcomes, and retrieval data were analyzed.
*Results:* Seventy-two R-IVCFs were placed during the study period. Mean follow-up was 28.0 ± 12.0 months, in 61 (85%) patients. Mean injury severity score (ISS) was 36.3 ± 10.4 and mean patient age was 27.4 ± 6.4 years. Fifty-nine R-IVCFs (82%) were not retrieved due to: death (1, 1.3%), technical failure (2, 2.8%), lost to follow-up (11, 15.2%), or contraindications to retrieval (45, 62.5%). Thirteen R-IVCFs were successfully removed, an overall retrieval rate of 18%. Median dwell time of those removed was 47 days (range, 10-94). IVCF indications were prophylactic in 23 (32%) and therapeutic in 49 (68%) cases. Both retrieval failures were due to incorporation into the caval wall, attempted at 90 and 156 days. Deep vein thromboses at the insertion site or pulmonary embolism following R-IVCF placement or removal were not observed. To date, there have been no reports of IVC stenosis or occlusion.
*Conclusion:* R-IVCFs were safely and effectively used in severely injured military trauma patients with high ISS. Despite improved follow-up, overall retrieval remained low, reflecting the civilian experience. Indication, rather than follow-up losses, accounted for the low retrieval rate. Practice patterns for R-IVCF in trauma may need to be re-examined to optimize outcomes. ( J Vasc Surg 2009;49:410-6.)

The retrievable inferior vena cava filter (R-IVCF) has become an attractive option in preventing potentially fatal pulmonary embolism (PE) in select high-risk trauma patients. For those in whom traditional mechanical or medical prophylaxis cannot be adequately implemented, or in whom anticoagulation is contraindicated, R-IVCFs are conceptually appealing. They can provide protection during a relatively short risk period, and later be removed to avoid potential long-term filter complications.

Outcomes data to support R-IVCF use in trauma are limited to retrospective reviews that show encouraging results with regards to their efficacy and short-term complication profile.[1-9] However, surgeons have become increasingly concerned over the low overall retrieval rates of what are supposed to be temporary devices. The largest effort to examine retrievability to date was a multicenter review coordinated by the American Association for the Surgery of Trauma (AAST).[10] Among the observations from this study was the fact that most R-IVCFs were never actually retrieved, with a distressingly high percentage (up to 44%) left in place simply due to lack of follow-up. The final recommendations included that practice patterns of R-IVCF insertion and retrieval be re-examined, with emphasis placed on improved follow-up.

Civilian trauma patients are a transient population and difficult to follow, but United States casualties injured in combat are closely followed in a centralized military health care system. We hypothesized that we could better characterize R-IVCFs used in trauma with more complete follow-up. Our objective was to analyze our practice patterns, outcomes, complications, and retrievability of R-IVCFs in military war-wounded patients and compare these results to the existing available civilian data.

## METHODS

This was a retrospective review of a prospectively collected trauma registry. United States service-members injured in Iraq and Afghanistan and evacuated to Walter Reed Army Medical Center in Washington, DC between July 1, 2003 and June 30, 2007 were included. All evaluations for IVCF insertion were performed by the vascular surgery service.

**Anticoagulation and indications for IVCF.** From battlefield injury to evacuation back to the United States, each patient is reassessed multiple times for PE and deep

From the Department of Surgery, Peripheral Vascular Surgery Service, Walter Reed Army Medical Center,[a] and the Norman M. Rich Department of Surgery, Division of Vascular Surgery, Uniformed Services University.[b]
Investigation performed at Walter Reed Army Medical Center, Washington, DC.
Competition of interest: none.
Presented at the Annual Meeting of the Society for Vascular Surgery, San Diego, Calif, Jun 5-8, 2008.
Disclaimer: The opinions and assertions contained herein are the private views of the authors and are not to be construed as official or as reflecting the views of the United States Army or the Department of Defense. All authors are employees of the United States government.
Reprint requests: Owen N. Johnson, III, MD, CPT, MC, USA, Department of Surgery, Walter Reed Army Medical Center, 6900 Georgia Avenue, NW, Building 2, Ward 5C, Washington, DC 20307 (e-mail: Owen.Johnson@amedd.army.mil).
CME article
0741-5214/$36.00
Copyright © 2009 Published by Elsevier Inc. on behalf of The Society for Vascular Surgery.
doi:10.1016/j.jvs.2008.09.004

JOURNAL OF VASCULAR SURGERY
Volume 49, Number 2

*Johnson et al* **411**



**Fig 1.** Institutional algorithm used as a referral guideline to help determine which military casualties should be evaluated for possible IVCF insertion. *VTE,* venous thromboembolism; *TBI,* traumatic brain injury; *GCS,* Glasgow Coma Scale; *LE,* lower extremity; *AIS,* Abbreviated Injury Scale; *CT,* computed tomography; *US,* ultrasound; *CTPA,* computed tomographic pulmonary angiography; *CTV,* CT venography; *IVCF,* inferior vena cava filter; *ICU,* intensive care unit; *SQ,* subcutaneous; *BID,* twice a day.

vein thrombosis (DVT). If absent, patients without contraindications are placed on preventative doses of low-molecular-weight heparin (LMWH). If present, therapeutic anticoagulation is initiated or, in a very few cases, an IVCF is placed in-theater.[11] Sequential compression devices are always applied if possible.

Enoxaparin sodium is preferentially used, given as a subcutaneous injection. Preventative doses are administered as 30 mg twice a day or 40 mg daily. Therapeutic anticoagulation is dosed to 1 mg/kg body weight twice a day and eventually transitioned to oral warfarin sodium titrated to an International Normalized Ratio of 2.0-3.0.

IVCF indications were categorized as prophylactic or therapeutic. Those in the prophylactic group had no evidence of DVT or PE, but were of particularly high risk despite traditional prevention methods. Sequential compression devices can be difficult to use on those with multiple amputations or major lower extremity injury with bulky dressings and external fixation devices. Additionally, patients may have had relative contraindications to preventative anticoagulation or inability to provide effective anticoagulation due to frequent interruptions from multiple repeat operations.

Patients in the therapeutic group had a documented DVT and/or PE and were considered high risk for subsequent PE or had suffered a complication while anticoagulated. In some cases, adequate anticoagulation could not be administered due to frequently required dose interruptions.

Institution-specific guidelines for screening and evaluation for IVCF were prospectively established at the begin-

412 *Johnson et al*

JOURNAL OF VASCULAR SURGERY
February 2009





ning of hostile operations by a working group of trauma surgeons, vascular surgeons, and intensivists (Fig 1). The algorithm was based on guidelines set forth by the Eastern Association for the Surgery of Trauma.[12]

**Demographic, technical, and other data.** Demographics and descriptive data were recorded, including age, gender, injury mechanism, injury severity score (ISS), and delay from point of injury to evaluation at our facility.

IVCF insertion technical data included: time interval between initial injury and filter insertion, procedure site (main operating room, angiography suite, or bedside), anatomic route, filter anatomic location after deployment, filter type and make, and any procedural complications. Insertions performed in the main operating room or angiography suite were done in the traditional manner under fluoroscopy. For unstable patients in the intensive care unit (ICU), the IVCF were placed at the bedside under intravascular ultrasound (IVUS) guidance.

Follow-up, complications, and R-IVCF retrieval were the primary outcomes of interest. Filter-related data included information on dwell time (interval between insertion and retrieval), reasons for unsuccessful retrieval attempts, rates of procedural complications, and reasons for retrievals not attempted. Major complications were defined as: filter migration or tilt, symptomatic caval occlusion, or breakthrough PE. Secondary venous thromboembolic events such as PE after filter removal, DVT at any access site, or asymptomatic caval occlusion were also examined. Assessments for IVCF migration, entrapped thrombus, and caval stenosis were done using caval venography at retrieval (Fig 2).

Results are expressed as mean ± standard deviation. Bivariate analyses were performed using the $\chi^2$ or Fisher's exact test for categorical data. The independent $t$ test was used for continuous variables. Results were considered statistically significant if $P < .05$. Statistical analyses were performed using SSPS for Windows 13.0 (SPSS Inc, Chicago, Ill).

Institutional review board approval was obtained prior to the commencement of this study.

## RESULTS

During the 4-year study period there were an estimated 2400 combat-casualty trauma admissions to our stateside institution. Ninety-one patients received an IVCF (4.0%), of which 72 were retrievable. Retrievable devices used included one Recovery (C.R. Bard, Inc, Murray Hill, NJ), one OptEase (Cordis Corp, Miami Lakes, Fla), and 70 Günther Tulip (Cook, Inc, Bloomington, Ind) filters. Most patients were men (97%), mean age was 27.4 ± 6.4 years, and mean ISS was 36.3 ± 10.4. The mechanisms of injury were blast in 61 (67%), high-velocity gunshot in 20 (22%), and blunt in 10 (11%).

---

**Fig 2. A,** Caval venography was used to examine for filter-entrapped thrombus, caval stenosis, filter migration (including tilt >14°), strut fracture, or penetration before retrieval. **B,** Post-pull images ensured no contrast extravasation or other abnormalities after retrieval.



**Fig 3.** Location of inferior vena cava filter insertions for high-risk combat-injured military trauma patients. *Intensive care unit/intravascular ultrasound (ICU/IVUS) refers to critically injured soldiers that required filter placement at the bedside in the intensive care unit under intravascular ultrasound guidance.

There were 23 (32%) filters inserted strictly for prophylaxis. Twenty-five DVTs and 28 PEs were found in 49 (68%) patients receiving therapeutic IVCF. Filters were most often placed in the main operating room (43, 60%) (Fig 3). The remaining were inserted in the interventional suite (18, 25%) or at the bedside under IVUS guidance (11, 15%).

The mean delay to IVCF insertion after injury was 12.3 ± 20.4 days. The femoral approach was used in 81 (89%) and a jugular route was used in 10 (11%). There were two placement-related complications. The first was wire entanglement during central line placement, which has been previously reported as a potential occurrence.[13] The second was deployment into an iliac vein early in the experience of IVUS-guided placements. Both filters were immediately retrieved and properly replaced without further incident.

In the prophylactic group, preventative dose LMWH was continually ordered in all 23 patients and maintained through discharge. In the therapeutic group, all were anticoagulated prior to their venous thromboembolic event, 48 (98%) on preventative doses and one already receiving the full therapeutic dose for bilateral DVT. Twenty-seven (55%) of these were ultimately therapeutically anticoagulated at the time of IVCF placement. The remaining 22 (45%) had temporary contraindications, resulting in a delay of 11.3 ± 9.3 days (Fig 4), but all 22 were eventually anticoagulated as well.

In those who received R-IVCF, there were 57 in whom no retrieval attempt was ever made: 45 of the 72 (63%) were left in place for ongoing indications, 1 patient died, and 11 did not return for follow-up. Nine of these 11 were transferred to continue long-term care at non-Department of Defense medical institutions near their hometowns.

Thirteen of 15 retrieval attempts were successful. Therefore, overall retrieval rate was 18% and technical retrieval failure was 2.8%. Based on original indications,



**Fig 4.** Anticoagulation patterns in those receiving therapeutic retrievable inferior vena cava filter (IVCF). Preventative dose low molecular-weight heparin (LMWH) is defined as enoxaparin sodium injected subcutaneously dosed at either 30 mg twice a day or 40 mg once a day. Full anticoagulation is defined as treatment with enoxaparin sodium at 1 mg/kg-body-weight twice a day or oral warfarin sodium titrated to International Normalized Ratio (INR) value of 2.0 to 3.0. If a gap occurred, the delay in treatment is expressed in mean ± standard deviation (in days). *DVT*, deep vein thrombosis; *PE*, pulmonary embolism.

**Table I.** Comparisons of two groups of patients who received retrievable filters, by indication

| *Characteristic* | *Prophylactic* (n = 23) | *Therapeutic* (n = 49) | P *value* |
|---|---|---|---|
| ISS* | 31.8 ± 6.7 | 37.2 ± 11.4 | .04 |
| Age | 26.7 ± 5.4 | 27.1 ± 6.0 | .776 |
| Placed at bedside | 3 (13.0%) | 8 (16.3%) | .508 |
| Retrieval, attempts | 4 (17.4%) | 11 (22.4%) | .437 |
| Retrieval, technical success | 4 of 4 (100%) | 9 of 11 (82%) | .524 |
| Days after injury IVCF placed* | 8.5 ± 5.2 | 13.8 ± 26.1 | .205 |
| Dwell time, in days‡ | 53.3 ± 30.1 | 44.0 ± 24.5 | .611 |

*ISS*, Injury Severity Score; *IVCF*, inferior vena cava filter.
*Given in mean ± standard deviation.
‡Assumes successful retrieval, given in mean ± standard deviation.

there were no statistically significant differences in retrieval attempt rates (prophylactic = 17%, therapeutic = 22%, $P$ = .437) or procedural success (prophylactic = 100%, therapeutic = 82%, $P$ = .542), see Table I. Both technical failures were due to filter incorporation into the caval wall, observed at 90 and 156 days after placement. Median filter dwell time of those removed was 47 days (range, 10-94).

There were no major R-IVCF complications (migration, tilt, caval occlusion, or breakthrough PE). There were also no cases of technical failure due to entrapped thrombus or caval stenosis. Patients were routinely studied via lower extremity duplex prior to retrieval to check for DVT, and

Case 1:14-ml-02570-RLY-TAB   Document 9246-8   Filed 09/24/18   Page 6 of 8 PageID #: 60862

**Table II.** Practice patterns in military trauma patients compared with the best available multicenter review of R-IVCF use in civilian trauma patients

| Characteristic | Karmy-Jones et al (AAST),[10] n = 446 | WRAMC, n = 72 | P value |
|---|---|---|---|
| Percentage of R-IVCF in which retrieval attempted | 26% | 21% | .292[a] |
| Retrieval technical success | 78% | 87% | .478[a] |
| Median dwell time (in days) | 44 | 47 | .657[b] |
| Major filter complications | 2% | 0% | .197[a] |
| Mean Injury Severity Score[c] | 25.3 ± 12.9 | 36.3 ± 10.4 | .021[b] |
| R-IVCF left purposefully for ongoing indications | 34% | 63% | <.0001[a] |
| R-IVCF non-retrieval due to loss to follow-up | 31% | 11% | .043[a] |
| Percentage R-IVCF managed by vascular surgeons | <11% | 100% | <.0001[a] |
| Patients included in follow-up | 51% | 85% | .001[a] |
| Follow-up time (months)[c] | 5.7 ± 4.3 | 28.0 ± 12.0 | <.0001[b] |
| Overall retrieval rate | 20% | 18% | .435[a] |

*AAST,* American Association for the Surgery of Trauma; *WRAMC,* Walter Reed Army Medical Center; *R-IVCF,* retrievable inferior vena cava filter.
[a]$\chi^2$ or Fisher's exact test.
[b]*t* test.
[c]Given in mean ± standard deviation.

none were found. Mean long-term follow-up is 839 ± 360 days (28.0 ± 12.0 months) in 61 patients, and no patient has had a PE after R-IVCF removal.

## DISCUSSION

American soldiers wounded in current combat operations have a 90% survival,[14] the highest in major warfare. A sophisticated trauma system has been developed that emphasizes forward treatment and rapid evacuation to the required level of care.[15] Secure worldwide access to electronic medical records allows real-time communication of important clinical information regarding injured evacuees. The ability to follow our patients globally has been the key to our 85% intact follow-up rate. Our 15% follow-up loss was significantly lower than seen in the civilian sector (126 of 413, 31%, $P = .006$),[10] giving us the opportunity to examine retrieval patterns in trauma patients over a longer term.

We found that despite excellent follow-up, a majority of retrievable filters were still not actually retrieved. A comparison of our results to the findings of the AAST review of civilian trauma is summarized in Table II. Being able to follow patients more effectively allowed us to demonstrate that a significant proportion of non-retrievals were due to ongoing indications rather than other reasons such as inability to anticoagulate or patient refusal.

Our technical failure rate was statistically no different from existing data on Günther Tulip filters, (2 of 15 [13%] vs 5 of 54 [10%],[10] $P = .644$), given similar dwell times. However, we note that both technical failures were due to incorporation with the caval wall at longer dwell times. A recent study of R-IVCF in multiple trauma patients suggested that retrieval after dwell times of >180 days was safe and 76% successful in patients who were ambulatory, could be anticoagulated, and had filter tilt <25 degrees.[16] We have not yet accumulated enough data on late retrieval attempts to comment.

Since PE is the third leading cause of death in patients who survive 24 hours after trauma,[17,18] screening, prevention, and treatment are of particular interest in the military trauma setting. The delay from injury to stateside evacuation has consistently been about 8 days.[19,20] It should be pointed out that a majority of our indications were therapeutic, meaning a DVT or PE may not have developed or manifested themselves early in the first week. Further, rapid mass casualty evacuations can lead to situations where injuries are initially missed and/or subsequently develop. Analysis in this report is limited to R-IVCF placed after evacuation to our stateside institution, and excludes any consideration of filters inserted in a forward military hospital.

Most of the R-IVCF we used were Günther Tulips, which have previously been shown to have good performance profiles with low rates of major complications.[21] It was interesting, however, that there were no other detected insertion site or de novo DVT. This has been estimated to occur in 3 to 40% of patients after IVCF placement,[22-25] but the etiology and subsequent clinical significance are unclear. These observations were made in mixed populations who may have had other risk factors for DVT,[22] and a majority were actually found bilaterally or in the contralateral lower extremity,[23] calling into question the direct relationship between the two events.

We speculate that concurrent anticoagulation plays a larger role than recognized in the development of thromboembolic complications. In the AAST review, it was reported that there was no detectable difference in the rate of new DVT in those who received anticoagulation after filter placement vs those who had not.[10] However, this was only a subset analysis of 95 out of 310 prophylaxis patients who had a subsequent duplex study. This also combined data from centers that had formal follow-up screening protocols and those that did not. Therefore, some duplex studies may have been ordered for clinically apparent indications while at the same time the true rate of clinically occult DVT may

have been underestimated. Closer examination reveals that of the 18 new DVTs found (laterality of which were not specified), 16 (89%) were in those who did not receive any anticoagulation after filter placement. Moreover, the type, timing, and duration of anticoagulation used were not identified.

Decousus et al[26] compared trauma patients receiving anticoagulation alone or IVCF without anticoagulation, and found a higher rate of recurrent DVT at 2 years in the IVCF-only group (20.8% vs 11.6%, $P = .02$). While this prompted some to advocate the use of anticoagulation with IVCF as soon as possible to reduce the risk of new DVT, there was no actual data on those rates in patients who received both.

Every patient in our series received anticoagulation at some point, either in preventative or full therapeutic doses. Those in the therapeutic IVCF group were all transitioned to full anticoagulation in about 11 days, while in the prophylaxis group none required sustained interruptions. This points to the fact that they had complex injuries making prevention via an anticoagulant inadequate rather than contraindicated. The fact that 100% of our patients were ultimately anticoagulated may help explain the lack of observed filter-related or distant thromboembolic complications.

Our institution does not have a routine post-IVCF placement lower-extremity duplex screening protocol. Imaging is reserved for those with clinically suspicious symptoms suggesting DVT and routinely prior to a R-IVCF retrieval attempt. Therefore, the true denominator of occult DVT may still have been missed, but without apparent clinical consequences.

In summary, compared to the best available civilian trauma data, review of our practice patterns of R-IVCF use in military combat-wounded casualties demonstrated no statistically significant differences in our rates of IVCF retrieval attempts, technical procedural success, overall retrieval rates, or dwell times. R-IVCFs were more often placed by vascular surgeons in the main operating room. They were used in patients with high ISS, with minimal short-term morbidity, and with no observed major filter complications. When attempted, retrieval was uniformly successful when dwell time was less than 90 days. All of our patients were given anticoagulants, which resulted in no observed cases of DVT, PE, or caval occlusion. Despite markedly improved follow-up, retrieval rates remained low, left in place due to ongoing need rather than lost to follow-up.

Diligent follow-up allows interval reassessment and R-IVCF management decision-making. But given that retrieval remained low despite excellent follow-up, guidelines for R-IVCF use in trauma patients for high-risk prophylaxis may indeed need to be re-evaluated. Prospective trials are needed to better examine the role of anticoagulation in this setting. Management should be targeted to either eventual retrieval of these temporary devices or exchange for a permanent filter as soon as a permanent indication is identified.

## AUTHOR CONTRIBUTIONS

Conception and design: OJ, DG, CF
Analysis and interpretation: OJ, PW, EA, CF
Data collection: OJ, GA, EA
Writing the article: OJ, DG
Critical revision of the article: OJ, DG, GA, PW, CF
Final approval of the article: OJ, DG, GA, PW, EA, CF
Statistical analysis: OJ
Obtained funding: Not applicable
Overall responsibility: OJ

## REFERENCES

1. Van Ha TG, Chien AS, Funaki BS, Lorenz J, Piano G, Shen M, et al. Use of retrievable compared to permanent inferior vena cava filters: a single-institution experience. Cardiovasc Intervent Radiol 2008;31:308-15.
2. Yunus TE, Tariq N, Callahan RE, Niemeyer DJ, Brown OW, Zelenock GB, et al. Changes in inferior vena cava filter placement over the past decade at a large community-based academic health center. J Vasc Surg 2008;47:157-65.
3. Meier C, Keller IS, Pfiffner R, Labler L, Trentz O, Pfammatter T. Early experience with the retrievable OptEase vena cava filter in high-risk trauma patients. Eur J Vasc Endovasc Surg 2006;32:589-95.
4. Rosenthal D, Wellons ED, Lai KM, Bikk A, Henderson VJ. Retrievable inferior vena cava filters: initial clinical results. Ann Vasc Surg 2006;20:157-65.
5. Antevil JL, Sise MJ, Sack DI, Sasadeusz KJ, Swanson SM, Rivera L, et al. Retrievable vena cava filters for preventing pulmonary embolism in trauma patients: a cautionary tale. J Trauma 2006;60:35-40.
6. Allen TL, Carter JL, Morris BJ, Harker CP, Stevens MH. Retrievable vena cava filters in trauma patients for high-risk prophylaxis and prevention of pulmonary embolism. Am J Surg 2005;189:656-61.
7. Hoff WS, Hoey BA, Wainwright GA, Reed JF, Ball DS, Ringold M, Grossman MD. Early experience with retrievable inferior vena cava filters in high-risk trauma patients. J Am Coll Surg 2004;199:869-74.
8. Rosenthal D, Wellons ED, Levitt AB, Shuler FW, O'Conner RE, Henderson VJ. Role of prophylactic temporary inferior vena cava filters placed at the ICU bedside under intravascular ultrasound guidance in patients with multiple trauma. J Vasc Surg 2004;40:958-64.
9. Langan EM 3rd, Miller RS, Casey WJ 3rd, Carsten CG 3rd, Graham RM, Taylor SM. Prophylactic inferior vena cava filters in trauma patients at high risk: follow-up examination and risk/benefit assessment. J Vasc Surg 1999;30:484-8.
10. Karmy-Jones R, Jurkovich GJ, Velmahos GC, Burdick T, Spaniolas K, Todd SR, et al. Practice patterns and outcomes of retrievable vena cava filters in trauma patients: an AAST multicenter study. J Trauma 2007;62:17-24.
11. Rasmussen TE, Clouse WD, Peck MA, Bowser AN, Eliason JL, Cox MW, et al. Development and implementation of endovascular capabilities in wartime. J Trauma 2008;64:1169-76.
12. Rogers FB, Cipolle MD, Velmahos G, Rozycki G, Luchette FA. Practice management guidelines for the prevention of venous thromboembolism in trauma patients: the EAST practice management guidelines work group. J Trauma 2002;53:142-64.
13. Barraco RD, Scalea TM. Dislodgment of inferior vena cava filters during central line placement: case report. J Trauma 2000;48:140-2.
14. Department of Defense Operation Iraqi Freedom U.S. Casualty Status, http://www.defenselink.mil/news/casualty.pdf, as of Jun 10, 2008, 10 a.m. EST.
15. Eastridge BJ, Jenkins D, Flaherty S, Schiller H, Holcomb JB. Trauma system development in a theater of war: experiences from Operation Iraqi Freedom and Operation Enduring Freedom. J Trauma 2006;61:1366-72.
16. Rosenthal D, Wellons ED, Hancock SM, Burkett AB. Retrievability of the Günther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma. J Endovasc Ther 2007;14:406-10.

17. Knudson MM, Ikossi DG. Venous thromboembolism after trauma. Curr Opin Crit Care 2004;10:539-48.
18. Anaya DA, Nathens AB. Thrombosis and coagulation: deep vein thrombosis and pulmonary embolism prophylaxis. Surg Clin North Am 2005;85:1163-77.
19. Johnson ON, Fox CJ, O'Donnell S, Weber M, Adams E, Cox M, et al. Arteriography in the delayed evaluation of wartime extremity injuries. Vasc Endovascular Surg 2007;41:217-24.
20. Fox CJ, Gillespie DL, O'Donnell SD, Rasmussen TE, Goff JM, Johnson CA. Contemporary management of wartime vascular trauma. J Vasc Surg 2005;41:638-44.
21. Proctor MC, Greenfield LJ. Form and function of vena cava filters: how do optional filters measure up? Vascular 2008;16:10-6.
22. Blebea J, Wilson R, Waybill P, Neumyer MM, Blebea JS, Anderson KM, et al. Deep venous thrombosis after percutaneous insertion of vena caval filters. J Vasc Surg 1999;30:821-8.
23. Duperier T, Mosenthal A, Swan KG, Kaul S. Acute complications associated with Greenfield filter insertion in high-risk trauma patients. J Trauma 2003;54:545-9.
24. Rogers FB, Strindberg G, Shackford SR, Osler TM, Morris CS, Ricci MA, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. Arch Surg 1998;133:406-11.
25. Greenfield LJ, Proctor MC. Recurrent thromboembolism in patients with vena cava filters. J Vasc Surg 2001;33:510-4.
26. Decousus H, Leizorovicz A, Parent F, Page Y, Tardy B, Girard P, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prévention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. N Engl J Med 1998;338:409-15.

Submitted Jun 21, 2008; accepted Sep 6, 2008.

## DISCUSSION

**Dr J. Goff** (*Albuquerque, NM*). You had a fairly long delay from the time that the patients were initially injured to the time that they received their filter, the average was 8 days. As a former military surgeon, I know that no injured soldier goes directly to Walter Reed, they go someplace else first, usually through Landstuhl. Explain to us why those filters were either not placed in country or were not placed where they first landed.

If your rate of recurrent subsequent thromboembolic events is so low and your filters are being placed so late in the process, it begs the question, why you're placing so many and not taking them out.

**Dr Johnson.** Well, it's an interesting point and it's a great question. And I know that VTE prophylaxis is very strongly emphasized along every step of the evacuation chain as has been discussed previously.

All of our patients were evaluated at Walter Reed with a median delay of 8 days and received their filters here. There are a certain number of patients that do get filters placed either far forward in Iraq or at the Regional Medical Center in Landstuhl. We didn't include those patients in this particular analysis. But I don't have the data to tell you why some patients got them forward and why some of them got them after 8 days.

In response to the second statement, the lack of subsequent thromboembolic events, there may be a difference in the anticoagulation profile of our patients. A lot of papers that are out there, when they do quote anticoagulation that was given along with the filters, it seems to be very low-usually about 10% to 15%-as opposed to our patients where all of them were eventually anticoagulated, a minority with a small delay.

I think this reflects the fact that our patients didn't necessarily have contraindications to anticoagulation per se, or a complication while on anticoagulation. Rather, with multiple injuries requiring frequent trips to the operating room every other day, frequent interruptions in anticoagulation, multiple amputations, bulky casts or dressings or external fixators that made traditional VTE prophylaxis untenable.

**Dr R. Zwolak** (*Lebanon, NH*). It seems to me the question of whether or not to retrieve a filter is still on the table. The question is whether the risks of filter removal are any less than the risks of leaving it in place. Does your data help us sort that out?

**Dr Johnson.** Well, our data doesn't necessarily answer the question of what should ultimately be done. It definitely tells us that something needs to be reevaluated, for sure. The strength of our paper is that in this trauma population, where in the civilian world it would be very difficult to obtain 88% follow-up at 2-1/2 years, I think we've pretty much demonstrated and answered the AAST's question that even if you follow trauma patients out for a long period of time, "retrievable" filters are not actually being retrieved at a very high rate, and is the right thing really being done.

I think the question needs to be asked: Are there independent predictors that can tell when a permanent indication would call for a permanent filter up front, or whether there is a role for interval repositioning or some other type of management strategy?