# EXHIBIT M

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

**Andrea Roberts Pierson**
*Partner*
**andrea.pierson@FaegreBD.com**
Direct **+1 317 237 1424**

**Faegre Baker Daniels LLP**
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

May 7, 2018

**VIA EMAIL**

Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, Texas 75219

Re:  <u>Tonya Brand v. Cook, Inc., *et al.*</u>
Case No. 1:14-cv-06018-RLY-TAB

Dear Counsel:

To follow up on our letter dated January 23, 2018, we are providing Mrs. Brand with notice of the Cook Defendants' request for the following independent medical examinations ("IMEs").

- Physical examination – to take place in Los Angeles, California and to include the following lab work: CBC, CMP, CRP, ESR, Fasting A1c, Amylase, Lipase, Anti-nuclear antibody. We will identify a lab within Georgia where Mrs. Brand can have her labs drawn, if you prefer.
- Psychological examination – Location TBD
- Extended upper endoscopy
- Endoscopic Retrograde Cholangio-Pancreatography
- Abdominal CT
- Venous Doppler of IVC
- Radiographic imaging of hips
- Electromyogram/Nerve Conduction Study

Please be advised that the IMEs will be conducted pursuant to the attached Protocol for Independent Medical Examination. Exact times and locations and CVs of health care providers (where available) will be provided as soon as possible.

Ben C. Martin, Esq.                                    -2-                                        May 7, 2018

Very truly yours,

*/s/ Andrea Roberts Pierson*

Andrea Roberts Pierson

ARP:jbc

cc:     Joseph Williams (w/ enclosure)
        Laura Baughman
        Mike Heaviside