**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL
THE COOK DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
OMNIBUS MOTIONS IN LIMINE AND EXHIBITS THERETO**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine and Exhibits Thereto. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that The Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine and **Exhibits I, J, K, and L** thereto are to be maintained **under seal**.

SO ORDERED this _____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.120051750.04