**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OT LIMIT ARGUMENT AND EVIDENCE THAT RETRIEVABLE AND/OR CELECT AND/OR IVC FILTERS <u>GENERALLY SAVE LIVES OR CAPTURE BLOOD CLOTS</u>**

The following exhibits are hereby submitted with the Cook Defendants' Response in Opposition to Plaintiff's Motion in Limine to Exclude or Limit Argument and Evidence that Retrievable and/or Celect and/or IVC Filters Generally Save Lives or Capture Blood Clots:

| Exhibit | Description |
|---|---|
| A | Behnood Bikdeli, MD et al., *Inferior Vena Cava Filters to Prevent Pulmonary Embolism: Systematic Review and Meta-Analysis*, 70(13) J. Am. C. Cardiology 1587-97 (2017) |
| B | Luis F. Angel, MD et al., *Systematic Review of the Use of Retrievable Inferior Vena Cava Filters*, 22 J. Vasc. Interv. Radiol. 1522-30 (2011) |
| C | R.W. Gunther et al., *New Optional IVC Filter for Percutaneous Retrieval – In Vitro Evaluation of Embolus Capturing Efficiency*, 177 Fortschr. Rontgenstr. 632-36 (2005) |
| D | O. Doody et al., *Initial Experience in 115 Patients with the Retrievable Cook Celect Vena Cava Filter*, 53 J. Med. Imaging & Radiation Oncology 64-68 (2009) |
| E | De Gregorio, et al., Retrieval of Gunther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study. *J Vasc Interv Radiol* 2006;17:1781-9 |
| F | Dr. Mark Rheudasil 10/29/2012 Progress Note – **FILED UNDER SEAL** |

US.120087343.01

| G | September 25, 2017 Motions Hearing Transcript at 270-271 |
|---|---|
| H | PREPIC study (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. *N Engl J Med*. 1998;338:409-415 |

Respectfully submitted,

Dated: September 24, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

Charles Webber (# 215247)
Bruce Jones (# 179553)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
Email:  chuck.webber@faegrebd.com
Email:  bruce.jones@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                    */s/ Andrea Roberts Pierson*

US.120087343.01