# EXHIBIT B

CLINICAL STUDY

# Systematic Review of the Use of Retrievable Inferior Vena Cava Filters

Luis F. Angel, MD, Victor Tapson, MD, Richard E. Galgon, MD, MS, Marcos I. Restrepo, MD, MS, and John Kaufman, MD

**ABSTRACT**

**Purpose:** To review the available literature on retrievable inferior vena cava (IVC) filters to examine the effectiveness and risks of these devices.

**Materials and Methods:** Investigators searched MEDLINE for clinical trials evaluating retrievable filters and reviewed the complications reported to the Manufacturer and User Facility Device Experience (MAUDE) database of the U.S. Food and Drug Administration (FDA).

**Results:** Eligibility criteria were met by 37 studies comprising 6,834 patients. All of the trials had limitations, and no studies were randomized. There were 11 prospective clinical trials; the rest were retrospective studies. Despite the limitations of the evidence, the IVC filters seemed to be effective in preventing pulmonary embolism (PE); the rate of PE after IVC placement was 1.7%. The mean retrieval rate was 34%. Most of the filters became permanent devices. Multiple complications associated with the use of IVC filters were described in the reviewed literature or were reported to the MAUDE database; most of these were associated with long-term use (> 30 days). At the present time, the objective comparison data of different filter designs do not support superiority of any particular design.

**Conclusions:** In high-risk patients for whom anticoagulation is not feasible, retrievable IVC filters seem to be effective in preventing PE. Long-term complications are a serious concern with the use of these filters. The evidence of the effectiveness and the risks was limited by the small number of prospective studies.

**ABBREVIATIONS:**

ACCP = American College of Chest Physicians, CI = confidence interval, DVT = deep vein thrombosis, FDA = U.S. Food and Drug Administration, IVC = inferior vena cava, MAUDE = Manufacturer and User Facility Device Experience, PE = pulmonary embolism, VTE = venous thromboembolism

Pulmonary embolism (PE) and deep vein thrombosis (DVT), collectively known as venous thromboembolism (VTE), are important causes of disability and death (1–6). The impact of VTE is most severe among hospitalized patients; more than half of the cases of VTE occur during hospitalization (7–9). PE is the leading cause of preventable in-hospital mortality in the United States. In view of the magnitude of the problem and the large population at risk, multiple medical and governmental organizations have made VTE prevention a priority for hospitalized patients (10,11).

The most frequently recommended method of VTE

From the Division of Pulmonary and Critical Care Medicine (L.F.A., M.I.R.), University of Texas Health Science Center at San Antonio, 7703 Floyd Curl Drive, San Antonio, TX 78229; Division of Pulmonary, Allergy and Critical Care Medicine (V.T.), Duke University Medical Center, Durham, North Carolina; Department of Anesthesiology (R.E.G.), University of Wisconsin at Madison, Madison, Wisconsin; Veterans Evidence Research Dissemination and Implementation Center (VERDICT)/South Texas Veterans Health Care System Audie L. Murphy Division (M.I.R.), San Antonio, Texas; and Dotter Interventional Institute (J.K.), Oregon Health and Science Center, Portland, Oregon. Received June 6, 2011; final revision received August 18, 2011; accepted August 18, 2011. **Address correspondence to** L.F.A.; E-mail: angel@uthscsa.edu

An Appendix is available online at www.jvir.org.

Funding was provided by the Department of Medicine, Division of Pulmonary and Critical Care Medicine, University of Texas Health Science Center at San Antonio.

The views expressed in this article are those of the authors and do not necessarily represent the views of the University of Texas Health Science Center at San Antonio.

L.F.A. has a financial relationship with BiO$_2$ Medical. J.K. has received research funding from BiO$_2$ Medical. None of the other authors have identified a conflict of interest.

© SIR, 2011

J Vasc Interv Radiol 2011; 22:1522–1530

DOI: 10.1016/j.jvir.2011.08.024

prophylaxis and treatment is anticoagulation. However, anticoagulation is contraindicated in many patients, including patients undergoing complex surgery; patients with acute or recent bleeding, hemorrhagic stroke, or advanced liver disease; and some patients with severe trauma. As an alternative to anticoagulation in patients with VTE at high bleeding risk, the American College of Chest Physicians (ACCP) Antithrombotic and Thrombolytic Therapy Evidence-Based Clinical Practice Guidelines, the Society of Interventional Radiology (SIR) Clinical Practice Guidelines, and the United Kingdom National Institute for Health and Clinical Excellence (NICE) Guidelines recommend offering inferior vena cava (IVC) interruption (12–14). There are conflicting recommendations for IVC filters in high-risk patients without VTE who are unable to undergo pharmacologic prophylaxis, with ACCP recommending against IVC filters and SIR recommending placement of IVC filters (12–14).

In patients with short-term indications for IVC filters, retrievable devices can be used. The introduction of filters that can be placed and potentially removed when no longer indicated has probably contributed to the increased overall use of IVC filters (15–18). Filter use has not been studied with the same methodologic rigor that has been applied to medical therapy of VTE with anticoagulation (13,14). Improvement in overall mortality with IVC filters has been hypothesized, but it has been difficult to document. Randomized clinical trials comparing IVC filters and drug therapy are challenged by complex design considerations, including the critical condition of potential subjects, difficult blinding procedures, and, more importantly, mutually excluding indications: IVC filters are recommended for patients for whom anticoagulation is contraindicated. Our aim in this systematic review is to summarize the available clinical experience with the use of retrievable IVC filters in the prevention of PE, to determine whether retrievable IVC filters perform as intended in the prevention of PE, and to assess whether the risks associated with the use of retrievable IVC filters are acceptable when weighed against the benefits to the patients.

## MATERIALS AND METHODS

We searched MEDLINE (PubMed from 1966–2011; English language, clinical trial, and human) for terms describing retrievable IVC filters (key words *vena cava filter, recovery filter, G2 filter, Eclipse filter, Tulip filter, Celect filter, OptEase filter, ALN filter, Option filter*). We retrieved potentially relevant articles and reviewed their reference lists to find studies that our search strategy may have missed. We excluded case reports and review articles to avoid duplication of reporting; however, we included case series if they reported a complication of IVC filters or the technique of insertion (Fig 1). In addition to searching the above-referenced databases, we searched for complications that were associated with the use of currently approved retrievable IVC filters and were reported to the Manufacturer and User Facility Device Experience (MAUDE) database of the U.S. Food and Drug Administration (FDA) during the past 10 years (January 1, 2000, to December 31, 2010). This self-report database provides a sample of the observed complications associated with temporary IVC filters since their approval for clinical use. The denominator is absent, so even basic complication rates cannot be determined.

### Data Extraction and Quality Assessment

We created a standardized data extraction form for use in collecting the following information: number and types of IVC filters; insertion route (femoral or jugular); indications for use (ie, therapeutic use for patients with VTE before IVC filter placement or prophylactic use for patients with no VTE at the time of placement); incidence of PE; and rate of retrieval failures and complications, including DVT, vena cava thrombosis or stenosis, and filter migration, penetration, or fracture. Complications were categorized as short-term ($\leq 30$ days after placement) or long-term ($> 30$ days after placement). One reviewer (L.F.A.) extracted data by using the standardized form, and a second reviewer (R.G.) verified the data for accuracy and completeness.

We graded the strength of the evidence for each study as high, intermediate, or low by using a method suggested for the clinical evaluation of medical devices (19). The first analysis determined the suitability of each clinical study by assessing four criteria: appropriate device, appropriate application, appropriate patient group, and acceptable report or data collection. The second component of the analysis determined the contribution of each study to establishing the safety and performance of the device. The criteria for data contribution included appropriate study design, outcome measures, duration of follow-up, statistical significance, and clinical significance (Table 1).

## RESULTS

Our search yielded 37 clinical studies of retrievable vena cava filters and 842 FDA MAUDE—categorized reports involving five FDA-approved retrievable vena cava filters. Of 37 studies, 11 (30%) received a high suitability grade (20–30), whereas the remaining 26 (70%) studies received an intermediate suitability grade (31–56). For data contribution, all of the studies were graded as intermediate, and none received a high or low grade (Tables 1 and 2 in Appendix; available online at www.jvir.org).

In the 37 clinical studies, 6,834 retrievable IVC filters were placed. In the studies that reported the indication for filter placement, 3,667 (58%) filters were placed for prophylactic use, and 2,702 (42%) were placed for therapeutic use. Placement through the femoral vein was more common (70%) than placement through the internal jugular vein (30%). There were no reports of any serious procedural complications during placement; the infrarenal placement position was documented for 98% of the patients. The 37



**Figure 1.** Screening and selection of the literature.

| Table 1. Evaluation Criteria for Suitability and Data Contribution ||||
|---|---|---|---|
| **Criteria for Suitability** | | **Criteria for Data Contribution** | |
| Appropriate device | D1 Actual device | Appropriate study design | T1 Yes |
|  | D2 Equivalent device |  | T2 No |
|  | D3 Other device |  |  |
| Appropriate application | A1 Same indicated use | Outcome measures | O1 Yes |
|  | A2 Minor deviation |  | O2 No |
|  | A3 Major deviation |  |  |
| Appropriate patient group | P1 Applicable | Follow-up (duration) | F1 Yes |
|  | P2 Limited |  | F2 No |
|  | p3 different population |  |  |
| Acceptable report/data collation | R1 High quality | Statistical significance | S1 Yes |
|  | R2 Minor deficiencies |  | S2 No |
|  | R3 Insufficient information |  |  |
|  |  | Clinical significance | C1 Yes |
|  |  |  | C2 No |
| **High:** D1, A1, P1, R1 |  | **High** T1 O1 F1 S1 C1 |  |
| **Low:** D3, A3, P3, R3 |  | **Low:** T2, O2, F2, S2, C2 |  |
| **Intermediate:** All others |  | **Intermediate:** All others |  |

Table 2. Summary of High-Suitability Prospective Studies

| Filter Type | First Author (ref) | Year | Study Design | No. Filters Placed | Mean Implantation of Removed Filters (days) | Mean Follow-up (mo) | Prophylactic Indication* | Therapeutic Indication† |
|---|---|---|---|---|---|---|---|---|
| ALN | Mismetti (25) | 2007 | Prospective cohort | 220 | 51 | 11.0 | 131 | 89 |
| Celect | Lyon (24) | 2009 | Prospective, multicenter | 95 | 179 | 12.0 | 52 | 43 |
| G2 | Binkert (20) | 2009 | Prospective, multicenter | 100 | 138 | 6.0 | 58 | 42 |
| Optease | Oliva (27) | 2005 | Prospective, multicenter | 27 | 11 | 1.5 | 8 | 19 |
| Optease | Rosenthal (28) | 2005 | Prospective, single center | 94 | 19 | NA | 94 | 0 |
| Optease | Ziegler (30) | 2008 | Prospective, multicenter | 150 | NA | 6.0 | 84 | 66 |
| Option | Johnson (23) | 2010 | Prospective, multicenter, | 100 | 67 | 6.0 | 35 | 65 |
| Tulip | De Gregorio (21) | 2006 | Prospective, single center | 43 | 30 | 11.0 | 23 | 20 |
| Tulip | Hoppe (22) | 2006 | Prospective, multicenter | 42 | 11 | 3.0 | 36 | 6 |
| Tulip | Smouse (29) | 2009 | Prospective, multicenter | 554 | 58 | 12.0 | 332 | 222 |
| Tulip | Neuerburg (26) | 1997 | Prospective, multicenter | 83 | 11 | 4.5 | 10 | 73 |
| **Total** | | | | **1,508** | **52** | **7.3** | **863 (57%)** | **645 (43%)** |

NA = not available.
* For patients with no venous thromboembolism at the time of placement.
† For patients with venous thromboembolism before inferior vena cava filter placement.

Table 3. Inferior Vena Cava Filter Benefits: Frequency of Pulmonary Embolism by Filter Type (Literature Review)

| Filter Type | Studies Reporting Pulmonary Embolism/Total No. Studies | No. Patients with Inferior Vena Cava Filter | No. Patients with Pulmonary Embolism |
|---|---|---|---|
| ALN | 3/3 | 738 | 5 (0.7%) |
| Celect | 3/3 | 283 | 3 (1.1%) |
| G2 | 1/5 | 265 | 9 (3.4%) |
| Optease | 4/7 | 487 | 8 (1.6%) |
| Option | 1/1 | 100 | 4 (4%) |
| Recovery | 2/3 | 103 | 1 (1%) |
| Tulip | 7/8 | 1,509 | 14 (0.9%) |
| **Total** | **21/30** | **3,485** | **44 (1.3%)** |

studies reported an average follow-up of 9.9 months (range 2–25 months). Table 2 reports the characteristics of the high-suitability prospective studies highlighting the type and number of filters placed, the mean implantation time and follow-up, and the indication for filter placement.

## Prevention of PE by Retrievable IVC Filters

No clinical trials directly compared the effects of medical therapy and IVC filters, and no trials compared the efficacy of the various filter designs. In addition, not all of the studies systematically investigated PE (symptomatic or asymptomatic) as a study endpoint. In 21 of the 30 studies that investigated the placement of a single type of retrievable IVC filter, the overall rate of PE was 1.3% (44 of 3,485) (Table 3). Eight high-suitability prospective studies reported PE as one study endpoint; the overall rate of PE in these studies was 2% (16 of 785) (20–25,28,29). The highest reported rate of PE (4%) was associated with the Option filter (Rex Medical, Conshohocken, Pennsylvania); four confirmed cases of recurrent PE were classified as device related.

## Risks of Retrievable IVC Filters

Tables 4 and 5 summarize the most common anticipated and unanticipated complications associated with the use of approved retrievable IVC filters. The MAUDE database reported 842 complications associated with the use of retrievable IVC filters during the past 10 years and provided a snapshot of the main unanticipated complications associated with the use of retrievable IVC filters outside of clinical trials. The numbers of unanticipated complications were highest for perforation, migration, and fracture of the filters; these events were reported more frequently with prolonged use of the filter (> 30 days). Of these complications, 7% (58 of 842) occurred during the first 30 days after filter placement; the most common complications were filter migration (in 21) and filter penetration into the wall of the vena cava (in 26).

Table 4. Frequency of Inferior Vena Cava Filter Complications by Filter Type (Literature Review)

| Filter Type | DVT | | | Filter Migration | | | Vena Cava Thrombosis or Stenosis | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. Studies/ Total Studies | No. Patients with IVC Filter | No. Patients with DVT | No. Studies/ Total Studies | No. Patients with IVC Filter | No. Patients with Migration | No. Studies/ Total Studies | No. Patients with IVC Filter | No. Patients with Thrombosis or Stenosis |
| ALN | 2/3 | 250 | 35 (14%) | 3/3 | 738 | 4 (0.5%) | 3/3 | 738 | 13 (1.8%) |
| Celect | 2/3 | 168 | 2 (1.2%) | 2/3 | 168 | 1 (0.6%) | 2/3 | 168 | 1 (0.6%) |
| G2 | 0/5 | NR | NR | 2/5 | 512 | 23 (4.5%) | 3/5 | 1,227 | 45 (3.7%) |
| Optease | 4/7 | 487 | 4 (0.8%) | 2/7 | 378 | 1 (0.3%) | 4/7 | 543 | 20 (3.7%) |
| Option | 1/1 | 100 | 18 (18%) | 1/1 | 100 | 0 | 1/1 | 100 | 8 (8.0%) |
| Recovery | 1/3 | 96 | 10 (10.4%) | 1/3 | 241 | 2 (0.8%) | 1/3 | 103 | 1 (1.0%) |
| Tulip | 3/8 | 176 | 0 | 5/8 | 579 | 4 (0.7%) | 7/8 | 1,199 | 28 (2.3%) |
| **Total** | **13/30** | **1,277** | **69 (5.4%)** | **16/30** | **2,716** | **35 (1.3%)** | **15/30** | **4,078** | **116 (2.8%)** |

DVT = deep vein thrombosis; IVC = inferior vena cava; NR = not reported; PE = pulmonary embolism.

Table 5. Filter Complications Reported from January 1, 2000, to December 31, 2010, to Manufacturer and User Facility Device Experience (MAUDE) Database*

| Filter Name | Manufacturer | No. Reports | Deployment | Perforation | Migration | Fracture | Retrieval | Other | Complications in the First 30 Days | Description of Complication in the First 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Celect | Cook | 18 | 3 | 16 | 0 | 1 | 4 | 0 | 4 | 1: Unable to retrieve at day 17, required surgery<br>3: Perforation |
| Gunther Tulip | Cook | 144 | 63 | 8 | 35 | 9 | 21 | 20 | 14 | 9: Migration<br>1: PE<br>2: Perforation<br>1: Lower extremity edema<br>1: Flipped in vena cava |
| G2 | Bard | 500 | 130 | 119 | 127 | 157 | 55 | 26 | 34 | 18: Perforation<br>11: Migration<br>1: Fracture<br>2: Thrombosed<br>1: PE<br>1: Tilted |
| Eclipse | Bard | 17 | 3 | 7 | 3 | 1 | 1 | 2 | 3 | 3: Perforation |
| Optease | Cordis | 163 | 29 | 24 | 27 | 20 | 30 | 33 | 3 | 1: Thrombosed<br>1: Migration<br>1: Other |
| **Total** | | **842** | **228 (27%)** | **174 (20%)** | **192 (22%)** | **188 (22%)** | **111 (13%)** | **81 (9%)** | **58 (7%)** | |

PE = pulmonary embolism.
* Part of the U.S. Food and Drug Administration.

Table 6. Retrievable Inferior Vena Cava Filters: Retrieval Rates and Retrieval Complications (Literature Review)

| Filter | No. Filters | Total No. Removed | % Filter Removed | Filters with Substantial Clot | Unable to Remove | Reason for Failure to Remove | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Embedded | Tilting | Clots |
| ALN | 738 | 191 | 26 | 7 (3.7) | 3 | 2 | 1 | 0 |
| Celect | 283 | 127 | 45 | 10 (7.9) | 7 | 4 | 1 | 2 |
| G2 | 1,517 | 416 | 27 | 16 (3.8) | 28 | 0 | 17 | 11 |
| Optease | 662 | 246 | 37 | 16 (6.5) | 5 | 1 | 3 | 1 |
| Option | 100 | 36 | 36 | 0 | 3 | 2 | 1 | 0 |
| Recovery | 143 | 17 | 12 | 1 (5.9) | 3 | 1 | 2 | 0 |
| Tulip | 1,600 | 682 | 43 | 25 (3.7) | 51 | 29 | 18 | 4 |
| **Total** | **5,043** | **1,715** | **34** | **75 (4.3)** | **100** | **39** | **43** | **18** |

### Deep Vein Thrombosis

The criteria for evaluation of DVT varied, but only 13 of 30 (43%) studies reported the frequency of DVT; the overall rate was 5.4% (69 of 1,277) (Table 4). The highest incidence rates were found by Mismetti et al (25) in the prospective ALN filter trial (ALN Implants Chirurgicaux; Ghisonaccia, France), in which 33 (15.2%) subjects experienced DVT, most (84%) during the first 3 months, and by Johnson et al (23) in the Option filter prospective study, in which 18 (18%) of subjects experienced a DVT. The lowest rates of DVT were reported in three of the eight studies evaluating the Tulip filter (Cook, Bloomington, Indiana); these studies found no DVT (21,22,43).

Interpretation of the data regarding the frequency of DVT is limited because most of the studies did not report this complication. Data about the use of anticoagulation for patients with long-term filters (> 30 days) were not reported in most of the studies. The patient populations were heterogeneous, with a high percentage of prophylactic indications (i.e., no VTE at the time of filter placement).

### Filter Migration or Embolization

Filter migration > 2 cm from initial placement location within the IVC was reported in 16 of the 30 clinical studies we reviewed. However, in these studies, significant migration and filter embolization, defined as the movement of the filter from the IVC into the heart, lungs, or tributary vein, were often considered together in the definition of *significant migration*. The overall incidence of significant migration reported by these studies was 1.3% (35 of 2,716 patients) (Table 4). All filters were associated with an incidence of significant migration of < 1% with the exception of the G2 filter (Bard Peripheral Vascular, Tempe, Arizona), for which the incidence of significant migration was 4.5%.

The MAUDE database contained 192 reports of filter migration and embolization. Of these incidents, 10% occurred during the first 30 days after placement, whereas 90% occurred > 30 days after placement (Table 4). As with the published reports, most of the migration reports (127 of 500 [25%]) in the MAUDE database were associated with the G2 filter (Table 5).

### Filter Fracture

Filter fracture is a phenomenon in which the components of a vena cava filter experience a structural failure and separate. This complication was not systematically reported in the studies reviewed. Most of the fracture reports in the MAUDE database were associated with the G2 filter (157 of 500 [31%]) (Table 5).

### Vena Cava Thrombosis or Stenosis

The incidence of vena cava thrombosis or stenosis was reported in 15 of the 30 studies that evaluated a single IVC filter. The overall incidence of vena cava thrombosis or stenosis was 2.8% (116 of 4,078), with a range of 0.6%–8% (Table 4). The lowest rate of vena cava thrombosis or stenosis was reported with the Celect filter (Cook, Bloomington, Indiana; 0.6% [1 of 168]); the highest rate was reported with the Option filter (8% [8 of 100]).

### IVC Perforation

Filter perforation is defined as visualization of a filter element > 3 mm beyond the lumen of the IVC or within an adjacent structure. Clinically significant IVC perforation associated with IVC filters has been described in case reports and reported in the MAUDE database (Table 5) but has not been systematically reported in clinical trials. Overall, 20% of the complications in the MAUDE database are reportedly perforations.

### Retrievable Filter Removal

No prospective randomized studies have evaluated the benefits of filter retrieval. Table 6 summarizes reported retrieval rates and retrieval complications associated with retrievable IVC filters. Retrieval rates ranged from 12%–45% (mean 34%). The average time to retrieval was 72 days. In 20 of 37 reviewed publications, the mean length of follow-up after IVC filter placement was 9.9 months (range 2–25 months).

The pooled reported success of retrieval attempts was 99% at 1 month after placement, 94% at 3 months, and 37% at 12 months (24). In the studies reporting retrieval attempts and characterizing failures, the overall retrieval failure rate was 5.5% (100 of 1,815). The most common reasons for retrieval failure were tilting of the filter (43%); adherence of the filter to the IVC wall (39%); and large clot burden (18%), defined as a clot volume of > 25% of the filter volume. For the 18 patients whose filters were not removed because of a large clot burden, the filters were left in situ as permanent filters. The most common reasons for not removing retrievable filters were loss of the patient to follow-up and continued risk of PE with or without the ability to continue anticoagulation. Also, in some of the studies, radiographic evaluation before removal suggested substantial penetration, tilting, or thrombosis; these patients were excluded as candidates for filter retrieval.

The MAUDE database contains 111 reports of complications that occurred during the removal of retrievable vena cava filters (Table 5). Most of these reports relate to inability to retrieve the filter. Of the reported complications associated with retrieving IVC filters, only one was reported during the first 30 days after placement.

## DISCUSSION

Although based on heterogeneous studies, none of which were randomized prospective clinical trials, our systematic review provides a synthesis of the state of the evidence on the use of retrievable IVC filters. We systematically reviewed published reports by using a rating system that is recommended for the evaluation of medical devices (19), particularly for devices such as IVC filters that are based on a long-standing technology for which data from randomized controlled trials are limited.

The current recommendations for the use of IVC filters are summarized by the ACCP and SIR guidelines (13,14). The ACCP guidelines are more conservative, strongly recommending the use of IVC filters only for patients with VTE or at very high risk of VTE for whom mechanical and pharmacologic VTE prophylaxis is contraindicated; however, the quality of the evidence received a low rating (recommendation 1C) (13). The ACCP grading was heavily dependent on the review of multiple randomized controlled trials that evaluated medical therapy and the single randomized prospective study using permanent IVC filters (the PREPIC study) (57). The ACCP panel did not evaluate any clinical IVC filter data from nonrandomized trials.

Since the first description of IVC filters by Mobin-Uddin, studies have found that the rates of PE associated with these filters are declining (58). In the PREPIC study, 372 patients with VTE were randomly assigned to treatment with a nonretrievable vena cava filter plus anticoagulation or to treatment with anticoagulation alone (57). During the first 12 days after randomization, the insertion of a vena cava filter was associated with a statistically significant reduction of 78% in the risk of PE (odds ratio 0.22, 95% confidence interval [CI] 0.05–0.90, $P$ = .03). The trial also reported an increased risk of major bleeding with anticoagulation (odds ratio 1.49, 95% CI 0.53–4.20, $P$ = .44) (Table 3 in Appendix; available online at www.jvir.org). Similar results were found in the Worcester population-based VTE study, which involved 205 patients with acute VTE treated by placement of a permanent IVC filter (59). In this study, the cumulative incidence of PE at 3 years was lower for IVC-treated patients (1.7%) than for patients not treated with a filter (5.3%; $P$ = .18).

Our review of published studies could not consistently evaluate the benefits of retrievable IVC filters in terms of PE prophylaxis because the studies were not randomized, were not properly powered to evaluate this outcome, had a varying incidence of VTE, or did not include a systematic evaluation of PE as an endpoint. Nevertheless, in the studies in which PE was reported, the overall incidence was 1.3% (44 of 3,485), and this rate is comparable to the 1.1% incidence of PE associated with permanent IVC filters in the PREPIC study (57) and the 1.7% incidence in the Worcester VTE study (59). Despite substantial differences between clinical trials of medical therapy plus IVC filters, the overall reported rate of PE with IVC filters compares favorably with the rates of PE in randomized clinical trials of therapeutic anticoagulation. In a large systematic review by Carrier et al (60), the rate of recurrent PE during anticoagulation therapy was 1.7% (95% CI 1.1–2.5) for patients with previous VTE and 4.4% (95% CI 0.7–11.5) for patients with previous PE; the case-fatality rate was 13.7% for patients with previous VTE and 20.6% for patients with previous PE. In this same study, the rate of major bleeding was 2.1% (95% CI 1.6–2.6); major bleeding occurred early after the initiation of anticoagulation (median 11 days, range 0–90 days), and the case-fatality rate was 11.0% (60). The comparable rates of PE in high-risk patients and the lower risk of bleeding associated with withholding anticoagulation support the ACCP guidelines for IVC filter use in this patient population.

The incidence of proximal DVT is thought to increase with the use of IVC filters, and this risk appears to rise with the duration of use (57,61). However, it is unclear whether this increased risk is related to filter-induced changes in venous flow, the underlying systemic condition that predisposed the patient to thrombosis as the initial indication for IVC filter placement, or a combination of both causes. Our systematic review found that during the mean follow-up of 9.9 months, the incidence of DVT was 5.4%; however, for more than half of these patients, the filter was placed prophylactically, in the absence of documented VTE. In the PREPIC study, the incidence of DVT after 2 years was 20.8% in the filter group and 11.6% in the anticoagulation group (hazard ratio 1.87, 95% CI 1.1–3.2, $P$ = .02) (57). At 8 years, this incidence increased to 37% in the filter group and 27.5% in the anticoagulation group (hazard ratio 1.52, 95% CI 1.02–2.27, $P$ = .042) (61). The rate of anticoagulation was similar in both groups. Likewise, in the Worcester VTE study, the incidence of recurrent DVT at 3

years was 21% for patients treated with IVC filters and 14.9% for patients not treated with a filter ($P = .009$). Considering the reported progression rates from DVT to PE (15%–32%) (8,9), the low rates of PE in these studies despite high rates of DVT suggest that IVC filters offer effective protection against PE.

The overall use of IVC filters has increased since the introduction of retrievable filters (15–18). The low retrieval rates and the occurrence of serious complications directly related to retrievable IVC filters, such as filter migration or fracture, vena cava perforation, and vena cava occlusion, have raised concerns about retrievable devices (62–64). Even if the reported incidence of these complications is relatively low, the clinical consequences can be substantial, especially for a device that is placed as a prophylactic measure. The incidence of these complications is time dependent; few of them are reported in the initial 30 days after filter placement. The complication rates increase with the prolonged use of filters ($> 30$ days). The complications also appear to be device dependent, although no prospective comparative studies have been performed. Direct comparison of devices is needed.

Successful retrieval appears to depend partly on the time after placement at which filter retrieval is attempted. This dependency reflects issues related to filter tilt, the extent of adherence to the wall of the IVC, the presence of trapped thrombus, and, most of all, the intensity of follow-up. Retrieval rates are also highly dependent on the follow-up of patients with filters placed with the intention to be retrieved. In situations in which a retrievable filter is used as the default device for all patients, retrieval rates appear very low.

The findings of our review have limitations because the conclusions are supported by evidence of intermediate strength at best. The evidence base, although large and consistent, includes inadequately reported cohort studies and case series. Despite the reporting standards for IVC filter placement and patient follow-up that have been established by SIR (65,66), the way in which the results of these studies are reported often makes it difficult to determine whether the studies were likely to be affected by bias. This finding stresses the importance of consistently reporting the results of these clinical trials because they are the most feasible studies for evaluating these devices. More than 40 years after the introduction of the first device, prospective studies that address the prophylactic indications for the use of IVC filters and that compare the available devices, the risks and benefits of retrieval, and long-term outcomes are still needed.

In conclusion, this systematic review of available clinical studies and reported evidence evaluated the benefits and risks associated with retrievable IVC filters. The benefits of these filters in preventing PE are at least consistent with the reported rates of PE in two clinical trials of medical therapy, the PREPIC study and the Worcester VTE study. However, concerns remain about the long-term risks and complications and the low retrieval rates, especially now that prophylaxis is the most common indication for IVC filter placement. Medical therapy with anticoagulants is recognized as the primary prophylactic and therapeutic measure. Improvements in retrieval rates may help to balance the risk-benefit profile of retrievable IVC filters.

## REFERENCES

1. Tapson VF. Acute pulmonary embolism. N Engl J Med 2008; 358: 1037–1052.
2. Anderson FA Jr, Zayaruzny M, Heit JA, Fidan D, Cohen AT. Estimated annual numbers of US acute-care hospital patients at risk for venous thromboembolism. Am J Hematol 2007; 82:777–782.
3. Bullano MF, Willey V, Hauch O, Wygant G, Spyropoulos AC, Hoffman L. Longitudinal evaluation of health plan cost per venous thromboembolism or bleed event in patients with a prior venous thromboembolism event during hospitalization. J Manag Care Pharm 2005; 11:663–673.
4. Cohen AT, Agnelli G, Anderson FA, et al. Venous thromboembolism (VTE) in Europe: the number of VTE events and associated morbidity and mortality. Thromb Haemost 2007; 98:756–764.
5. Heit JA, Cohen AT, Anderson F Jr; VTE Impact Assessment Group. Estimated annual number of incident and recurrent, non-fatal and fatal venous thromboembolism (VTE) events in the US. Blood (ASH Annual Meeting Abstracts) 2005; 106:910.
6. White RH. The epidemiology of venous thromboembolism. Circulation 2003; 107:I4–I8.
7. Baglin TP, White K, Charles A. Fatal pulmonary embolism in hospitalised medical patients. J Clin Pathol 1997; 50:609–610.
8. Kucher N, Tapson VF, Goldhaber SZ; DVT FREE Steering Committee. Risk factors associated with symptomatic pulmonary embolism in a large cohort of deep vein thrombosis patients. Thromb Haemost 2005; 93:494–498.
9. Stein PD, Matta F, Musani MH, Diaczok B. Silent pulmonary embolism in patients with deep venous thrombosis: a systematic review. Am J Med 2010; 123:426–431.
10. Agency for Healthcare Research and Quality. Preventing hospital-acquired venous thromboembolism. A guide for effective quality improvement. AHRQ Publication No. 08-0075. August 2008. Available at: http://www.ahrq.gov/QUAL/vtguide/vtguide.pdf. Accessed October 7, 2011.
11. House of Commons Health Committee. The prevention of venous thromboembolism in hospitalised patients. Second Report of Session 2004-05. March 8, 2005. http://www.publications.parliament.uk/pa/cm200405/cmselect/cmhealth/99/99.pdf. Accessed March 26, 2011.
12. Geerts WH, Bergqvist D, Pineo GF, et al. Prevention of venous thromboembolism: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133:381S–453S.
13. Kaufman JA, Kinney TB, Streiff MB, et al. Guidelines for the use of retrievable and convertible vena cava filters: report from the Society of Interventional Radiology multidisciplinary consensus conference. J Vasc Interv Radiol 2006; 17:449–459.
14. National Institute for Health and Clinical Excellence. NICE Clinical Guideline 92. Venous thromboembolism: reducing the risk. Reducing the risk of venous thromboembolism (deep vein thrombosis and pulmonary embolism) in patients admitted to hospital. January 2010. http://www.nice.org.uk/nicemedia/live/12695/47195/47195.pdf. Accessed March 26, 2011.
15. Kaufman JA. Optional vena cava filters: what, why, and when. Vascular 2007; 15:304–313.
16. Keeling AN, Kinney TB, Lee MJ. Optional inferior vena caval filters: where are we now? Eur Radiol 2008; 18:1556–1568.
17. Kinney TB. Update on inferior vena cava filters. J Vasc Interv Radiol 2003; 14:425–440.
18. Rectenwald JE. Vena cava filters: uses and abuses. Semin Vasc Surg 2005; 18:166–175.
19. European Commission Enterprise and Industry Directorate General. Guidelines on medical devices. Clinical evaluation: a guide for manufacturers and notified bodies. December, 2009. http://ec.europa.eu/consumers/sectors/medical-devices/files/meddev/2_7_1rev_3_en.pdf. Accessed March 26, 2011.
20. Binkert CA, Drooz AT, Caridi JG, et al. Technical success and safety of retrieval of the G2 filter in a prospective, multicenter study. J Vasc Interv Radiol 2009; 20:1449–1453.
21. De Gregorio MA, Gamboa P, Bonilla DL, et al. Retrieval of Gunther Tulip optional vena cava filters 30 days after implantation: a prospective clinical study. J Vasc Interv Radiol 2006; 17:1781–1789.

22. Hoppe H, Nutting CW, Smouse HR, et al. Gunther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 2006; 17:1017–1023.
23. Johnson MS, Nemcek AA Jr, Benenati JF, et al. The safety and effectiveness of the retrievable option inferior vena cava filter: a United States prospective multicenter clinical study. J Vasc Interv Radiol 2010; 21:1173–1184.
24. Lyon SM, Riojas GE, Uberoi R, et al. Short- and long-term retrievability of the Celect vena cava filter: results from a multi-institutional registry. J Vasc Interv Radiol 2009; 20:1441–1448.
25. Mismetti P, Rivron-Guillot K, Quenet S, et al. A prospective long-term study of 220 patients with a retrievable vena cava filter for secondary prevention of venous thromboembolism. Chest 2007; 131:223–229.
26. Neuerburg JM, Günther RW, Vorwerk D, et al. Results of a multicenter study of the retrievable Tulip Vena Cava Filter: early clinical experience. Cardiovasc Intervent Radiol 1997; 20:10–16.
27. Oliva VL, Szatmari F, Giroux MF, Flemming BK, Cohen SA, Soulez G. The Jonas study: evaluation of the retrievability of the Cordis OptEase inferior vena cava filter. J Vasc Interv Radiol 2005; 16:1439–1445.
28. Rosenthal D, Wellons ED, Levitt AB, Shuler FW, O'Conner RE, Henderson VJ. Role of prophylactic temporary inferior vena cava filters placed at the ICU bedside under intravascular ultrasound guidance in patients with multiple trauma. J Vasc Surg 2004; 40:958–964.
29. Smouse HB, Rosenthal D, Thuong VH, et al. Long-term retrieval success rate profile for the Gunther Tulip vena cava filter. J Vasc Interv Radiol 2009; 20:871–877.
30. Ziegler JW, Dietrich GJ, Cohen SA, Sterling K, Duncan J, Samotowka M. PROOF trial: protection from pulmonary embolism with the OptEase filter. J Vasc Interv Radiol 2008; 19:1165–1170.
31. Cantwell CP, Pennypacker J, Singh H, Scorza LB, Waybill PN, Lynch FC. Comparison of the Recovery and G2 Filter as retrievable inferior vena cava filters. J Vasc Interv Radiol 2009; 20:1193–1199.
32. Charles HW, Black M, Kovacs S, et al. G2 inferior vena cava filter: retrievability and safety. J Vasc Interv Radiol 2009; 20:1046–1051.
33. Doody O, Given MF, Kavnoudias H, Street M, Thomson KR, Lyon SM. Initial experience in 115 patients with the retrievable Cook Celect vena cava filter. J Med Imaging Radiat Oncol 2009; 53:64–68.
34. Given MF, McDonald BC, Brookfield P, et al. Retrievable Gunther Tulip inferior vena cava filter: experience in 317 patients. J Med Imaging Radiat Oncol 2008; 52:452–457.
35. Hammond CJ, Bakshi DR, Currie RJ, et al. Audit of the use of IVC filters in the UK: experience from three centres over 12 years. Clin Radiol 2009; 64:502–510.
36. Imberti D, Bianchi M, Farina A, Siragusa S, Silingardi M, Ageno W. Clinical experience with retrievable vena cava filters: results of a prospective observational multicenter study. J Thromb Haemost 2005; 3:1370–1375.
37. Kalva SP, Marentis TC, Yeddula K, Somarouthu B, Wicky S, Stecker MS. Long-term safety and effectiveness of the "OptEase" vena cava filter. Cardiovasc Intervent Radiol 2011; 34:331–337.
38. Karmy-Jones R, Jurkovich GJ, Velmahos GC, et al. Practice patterns and outcomes of retrievable vena cava filters in trauma patients: an AAST multicenter study. J Trauma 2007; 62:17–24.
39. Keller IS, Meier C, Pfiffner R, Keller E, Pfammatter T. Clinical comparison of two optional vena cava filters. J Vasc Interv Radiol 2007; 18:505–511.
40. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Gunther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and ccomplications. Cardiovasc Intervent Radiol 2007; 30:59–65.
41. Lynch FC, Kekulawela S. Removal of the G2 filter: differences between implantation times greater and less than 180 days. J Vasc Interv Radiol 2009; 20:1200–1209.
42. Marquess JS, Burke CT, Beecham AH, et al. Factors associated with failed retrieval of the Günther Tulip inferior vena cava filter. J Vasc Interv Radiol 2008; 19:1321–1327.
43. Millward SF, Oliva VL, Bell SD, et al. Günther Tulip Retrievable Vena Cava Filter: results from the Registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12:1053–1058.
44. Oliva VL, Perreault P, Giroux MF, Bouchard L, Therasse E, Soulez G. Recovery G2 inferior vena cava filter: technical success and safety of retrieval. J Vasc Interv Radiol 2008; 19:884–889.
45. Pellerin O, Barral FG, Lions C, Novelli L, Beregi JP, Sapoval M. Early and late retrieval of the ALN removable vena cava filter: results from a multicenter study. Cardiovasc Intervent Radiol 2008; 31:889–896.
46. Rosenthal D, Swischuk JL, Cohen SA, Wellons ED. OptEase retrievable inferior vena cava filter: initial multicenter experience. Vascular 2005; 13:286–289.
47. Sangwaiya MJ, Marentis TC, Walker TG, Stecker M, Wicky ST, Kalva SP. Safety and effectiveness of the celect inferior vena cava filter: preliminary results. J Vasc Interv Radiol 2009; 20:1188–1192.
48. Singh P, Lai HM, Lerner RG, Chugh T, Aronow WS. Guidelines and the use of inferior vena cava filters: a review of an institutional experience. J Thromb Haemost 2009; 7:65–71.
49. Smoot RL, Koch CA, Heller SF, et al. Inferior vena cava filters in trauma patients: efficacy, morbidity, and retrievability. J Trauma 2010; 68:899–903.
50. Zhu X, Tam MD, McLennan G, Sands MJ, Wang W. Indications, complications and outcomes of G2 retrievable IVC filters in 765 patients: a single institute experience [abstract no. 3]. J Vasc Interv Radiol 2010; 21:S3–S4.
51. Van Ha TG, Chien AS, Funaki BS, et al. Use of retrievable compared to permanent inferior vena cava filters: a single-institution experience. Cardiovasc Intervent Radiol 2008; 31:308–315.
52. Yavuz K, Geyik S, Hoppe H, Kolbeck KJ, Kaufman JA. Venous thromboembolism after retrieval of inferior vena cava filters. J Vasc Interv Radiol 2008; 19:504–508.
53. Grande WJ, Trerotola SO, Reilly PM, et al. Experience with the recovery filter as a retrievable inferior vena cava filter. J Vasc Interv Radiol 2005; 16:1189–1193.
54. Kalva SP, Athanasoulis CA, Fan CM, et al. "Recovery" vena cava filter: experience in 96 patients. Cardiovasc Intervent Radiol 2006; 29:559–564.
55. Onat L, Ganiyusufoglu AK, Mutlu A, et al. OptEase and TrapEase vena cava filters: a single-center experience in 258 patients. Cardiovasc Intervent Radiol 2009; 32:992–997.
56. Pfammatter T, Hechelhammer L, Pfiffner R. A "Buddy Wire" technique for successful OptEase filter retrieval. J Vasc Interv Radiol 2009; 20:656–659.
57. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. N Engl J Med 1998; 338:409–415.
58. Mobin-Uddin K, Trinkle JK, Bryant LR. Present status of the inferior vena cava umbrella filter. Surgery 1971; 70:914–919.
59. Spencer FA, Bates SM, Goldberg RJ, et al. A population-based study of inferior vena cava filters in patients with acute venous thromboembolism. Arch Intern Med 2010; 170:1456–1462.
60. Carrier M, Le Gal G, Wells PS, Rodger MA. Systematic review: case-fatality rates of recurrent venous thromboembolism and major bleeding events among patients treated for venous thromboembolism. Ann Intern Med 2010; 152:578–589.
61. PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. Circulation 2005; 112:416–422.
62. Nicholson W, Nicholson WJ, Tolerico P, et al. Prevalence of fracture and fragment embolization of Bard retrievable vena cava filters and clinical implications including cardiac perforation and tamponade. Arch Intern Med 2010; 170:1827–1831.
63. Cipolla J, Weger NS, Sharma R, et al. Complications of vena cava filters: a comprehensive clinical review. Opus 12 Scientist 2008; 2:11–24.
64. U.S. Food and Drug Administration. Inferior vena cava (IVC) filters: initial communication: risk of adverse events with long term use. Posted August 9, 2010. http://www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm221707.htm. Accessed March 27, 2011.
65. Grassi CJ, Swan TL, Cardella JF, et al. Quality improvement guidelines for percutaneous permanent inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 2003; 14:S271–S275.
66. Millward SF, Grassi CJ, Kinney TB, et al. Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters. J Vasc Interv Radiol 2005; 16:441–443.

Volume 22 ■ Number 11 ■ November ■ 2011                                                                                                                                      1530.e1

# APPENDIX

**Table 1.** Appraisal Criteria for Suitability of Published Reports of Retrievable Inferior Vena Cava Filters

| Filter | First Author | Year | Study Design | Device | Application | Patient Group | Report/Data Collection | Suitability Level |
|---|---|---|---|---|---|---|---|---|
| ALN | Mismetti | 2007 | Prospective cohort | D1 | A1 | P1 | R1 | High |
| ALN | Imberti | 2005 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| ALN | Pellerin | 2008 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Celect | Doody | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Celect | Lyon | 2009 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Celect | Sangwaiya | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| G2 | Zhu | 2010 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| G2 | Oliva | 2008 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| G2 | Charles | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| G2 | Lynch | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| G2 | Binkert | 2009 | Prospective, multicenter (11 sites) | D1 | A1 | P1 | R1 | High |
| Optease | Rosenthal | 2004 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Optease | Kalva | 2010 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Optease | Oliva | 2005 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Optease | Pfammatter | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Optease | Rosenthal | 2004 | Prospective, single center | D1 | A1 | P1 | R1 | High |
| Optease | Ziegler | 2008 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Optease | Onat | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Option | Johnson | 2010 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Recovery | Grande | 2005 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Recovery | Kalva | 2006 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Recovery, G2 | Cantwell | 2010 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip | Given | 2008 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip | De Gregorio | 2006 | Prospective | D1 | A1 | P1 | R1 | High |
| Tulip | Looby | 2007 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip | Hoppe | 2006 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Tulip | Smouse | 2009 | Prospective | D1 | A1 | P1 | R1 | High |
| Tulip | Millward | 2001 | Retrospective, multicenter | D1 | A1 | P1 | R2 | Intermediate |
| Tulip | Neurburg | 1997 | Prospective, multicenter | D1 | A1 | P1 | R1 | High |
| Tulip | Hammond | 2009 | Retrospective, multicenter | D1 | A1 | P1 | R2 | Intermediate |
| Tulip Optease | Keller | 2007 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip Optease | Marquess | 2008 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip Recovery | Smoot | 2010 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip Recovery | VanHa | 2007 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip Recovery Optease | Yavuz | 2008 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip, Recovery, Optease | Karmy-Jones | 2007 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |
| Tulip, Recovery, Optease, G2, Celect | Singh | 2009 | Retrospective | D1 | A1 | P1 | R2 | Intermediate |

Table 2. Appraisal Criteria for Data Contribution of the Published Reports for Retrievable Inferior Vena Cava Filters

| Filter | First Author | Year | Study Design | Data Source | Outcome Measure | Follow-up | Statistical Significance | Clinical Significance | Contribution Level |
|---|---|---|---|---|---|---|---|---|---|
| ALN | Mismetti | 2007 | Prospective cohort | T1 | O1 | F1 | S2 | C1 | Intermediate |
| ALN | Imberti | 2005 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| ALN | Pellerin | 2008 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Celect | Doody | 2009 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Celect | Lyon | 2009 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Celect | Sangwaiya | 2009 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| G2 | Zhu | 2010 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| G2 | Oliva | 2008 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| G2 | Charles | 2009 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| G2 | Lynch | 2009 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| G2 | Binkert | 2009 | Prospective, multicenter (11 sites) | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Optease | Rosenthal | 2004 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Optease | Kalva | 2010 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Optease | Oliva | 2005 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Optease | Pfammatter | 2009 | Retrospective | T1 | O1 | F1 | S2 | C2 | Intermediate |
| Optease | Rosenthal | 2004 | Prospective, single center | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Optease | Ziegler | 2008 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Optease | Onat | 2009 | Retrospective | T2 | O1 | F1 | S2 | C1 | Intermediate |
| Option | Johnson | 2010 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Recovery | Grande | 2005 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Recovery | Kalva | 2006 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Recovery, G2 | Cantwell | 2010 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip | Given | 2008 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip | De Gregorio | 2006 | Prospective | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Tulip | Looby | 2007 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip | Hoppe | 2006 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Tulip | Smouse | 2009 | Prospective | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Tulip | Millward | 2001 | Retrospective, multicenter | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip | Neurburg | 1997 | Prospective, multicenter | T1 | O1 | F1 | S2 | C1 | Intermediate |
| Tulip | Hammond | 2009 | Retrospective, multicenter | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip Optease | Keller | 2007 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip Optease | Marquess | 2008 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip Recovery | Smoot | 2010 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip Recovery | VanHa | 2007 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip Recovery Optease | Yavuz | 2008 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip, Recovery, Optease | Karmy-Jones | 2007 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |
| Tulip, Recovery, Optease, G2, Celect | Singh | 2009 | Retrospective | T2 | O1 | F1 | S2 | C2 | Intermediate |

**Table 3.** Randomized Trials of Inferior Vena Cava Filters as an Adjunct to Anticoagulation in Patients with Deep Vein Thrombosis: The PREPIC Study, Short-Term (12 Days) Results

| Study Year | Interventions | Patients Analyzed | Follow-up | PE Rate (12 days) | Major Bleeding (12 days) | Total Mortality (12 days) |
|---|---|---|---|---|---|---|
| 1998 | Permanent IVC filter vs no IVC filter | 372 patients: 183 filter and 189 no filter | 12 days | Filter 2/183 (1.1%) | Filter 9/183 (4.9%) | Filter 5/183 (2.7%) |
| | | | | No filter 9/189 (4.8%) | No filter 6/189 (3.1%) | No filter 5/189 (2.7%) ($P > .05$) |
| | | | | RR 0.23 (95% CI 0.05–1.05) Symptomatic PE: Filter 2/183 (1.1%) No filter 5/189 (2.6%) RR 0.41 (95% CI 0.08–2.1) | RR 1.5 (95% CI 0.54–4.14) | |

CI = confidence interval; IVC = inferior vena cava; PE = pulmonary embolism; RR = relative risk.