# EXHIBIT C

# New Optional IVC Filter for Percutaneous Retrieval – In Vitro Evaluation of Embolus Capturing Efficiency

*Neuer optionaler Cavafilter zur perkutanen Entfernung – In-vitro-Untersuchungen zur Fangeffektivität*

R. W. Günther[1]
J. Neuerburg[2]
A. Mossdorf[1]
J. Pfeffer[1]
A. R. Høj[3]
A. Mølgaard-Nielsen[3]
A. Bücker[1]
T. Schmitz-Rode[4]

Rapid Communication

632

## Zusammenfassung

**Ziel:** In-vitro-Untersuchung eines neuen, zur perkutanen Spätextraktion enwickelten Cavafilters (Cook Celect Filter) im Vergleich zum Günther-Tulpen-Filter. **Material und Methoden:** Der neue Celect-Filter ist auf der Basis des Tulpen-Filters konstruiert worden und besteht aus 4 primären Ankerbeinen und 8 zusätzlichen dünneren sekundären Streben zur Stabilisierung und Garantie der Fangqualität des Filters. Anzahl und Verteilung der Fangstreben sind dieselben wie beim Tulpen-Filter. Die sekundären Streben sind so angeordnet, dass eine perkutane Filterentfernung möglich sein sollte, selbst wenn die Streben in die Cavawand eingewachsen sind. In einem Flussmodell (Schlauchdurchmesser: ø15, ø22 und ø30 mm) wurde der Filter einzelnen und mehreren Emboli bzw. Blutkoagel unterschiedlicher Größe (3 × 5, 3 × 10, 5 × 10, 3 × 20, 5 × 20, 7 × 10, 7 × 20 bis 10 × 24 mm) ausgesetzt, um im Vergleich zum Tulpenfilter die Fangeffektivität unter verschiedenen Bedingungen einschließlich exzentrischer und konzentrischer, horizontaler und vertikaler Filterlage zu untersuchen. Die Auswertung der Tests erfolgte mit SPSS-Analyse-Software; eine statistische Signifikanz wurde für p-Werte < 0,05 angenommen. **Ergebnisse:** Die In-vitro-Fangqualität des Celect-Filters erwies sich als dem Tulpen-Filter gleichwertig. Im Einzelembolus-Test wurden 91,6 % der Koagel vom Celect-Filter und 87,2 % vom Tulpen-Filter (p = 0,0042) aufgefangen. Große Emboli (7 × 10 bis 10 × 24 mm) wurden in allen Fällen aufgefangen, während die Fangrate bei Emboli der Größe 3 × 5 und 3 × 10 mm geringer war.

## Abstract

**Purpose:** In-vitro evaluation of a new caval filter (Cook Celect Filter) developed for delayed percutaneous retrieval in comparison to the Günther Tulip filter. **Materials and Methods:** The new Celect filter is constructed on the basis of the Tulip filter and consists of 4 primary anchoring legs and additional 8 thinner secondary wires to stabilize the filter and to guarantee adequate filtering efficiency. The filtering wires are of the same amount and equal distribution as the filtering wires of the Tulip filter. The secondary wires are arranged in such a way that percutaneous filter retrieval should be possible even if the wires are incorporated into the caval wall. In a flow model (tube size ø15-, ø22- and ø30 mm), the filter was exposed to single and multiple emboli (blood clots) of different sizes (3 × 5, 3 × 10, 5 × 10, 3 × 20, 5 × 20, 7 × 10, 7 × 20 to 10 × 24 mm) to analyse the embolus capturing efficiency under different conditions including eccentric and concentric, horizontal and vertical positions in comparison to the Tulip filter. All testing was carried out in SPSS analytic software; statistical significance was assumed for p-values < 0.05. **Results:** The in-vitro embolus capturing efficiency of the Celect filter proved to be equivalent to the Tulip filter. In the single-embolus test, 91.6 % of the clots were captured by the Celect filter and 87.2 % by the Tulip filter (p = 0.042). Large clots ranging from 7 × 10 to 10 × 24 mm were captured in all cases, whereas the capture rates for the 3 × 5-mm and 3 × 10-mm clots were lower. The filters captured significantly more clots in the con-

**Widmung**
Prof. Dr. med. M. Thelen zum 65. Geburtstag

**Institutsangaben**
[1] Klinik für Radiologische Diagnostik, Universitätsklinikum Aachen
[2] Klinik für Diagnostische u. Interventionelle Radiologie, Evangelisches und Johanniter Klinikum Duisburg
[3] William Cook Europe ApS, Bjaeverskov, Denmark
[4] Lehrstuhl für Angewandte Medizintechnik, Helmholtz-Institut für Biomedizinische Technik, RWTH Aachen

**Korrespondenzadresse**
Prof. Dr. R. W. Günther · Klinik für Radiologische Diagnostik, Universitätsklinikum Aachen · Pauwelsstr. 30 · 52074 Aachen · E-mail: guenther@rad.rwth-aachen.de

**Bibliografie**
Fortschr Röntgenstr 2005; 177: 632–636 © Georg Thieme Verlag KG Stuttgart · New York
DOI 10.1055/s-2005-858109
ISSN 1438-9029

Die Filter fingen signifikant mehr Emboli bei konzentrischer als in exzentrischer Lage auf. Die Gesamtfangrate der beiden Filter unterschied sich unter Belastung mit mehreren Emboli hintereinander nicht wesentlich (72,2% vs. 75,1%), allerdings verschlechterte sich die Fangeffektivität unter Mehrfachexposition von Emboli. Im Testschlauch von 15 mm Durchmesser hatte der Celect-Filter eine signifikant höhere Fangrate als der Tulpen-Filter, während er bei 30 mm Schlauchdurchmesser eine geringere Fangrate aufwies. Bei 22 mm Schlauchdurchmesser war der Unterschied nicht signifikant. Der Druckabfall am embolisierten Filter schwankte von 4,9 bis 7,4 mm Hg beim Celect-Filter und von 5,7 bis 6,8 mm Hg beim Tulpen-Filter bei der Einzelembolustestung. Bei der Mehrfachexposition gab es keinen signifikanten Unterschied. **Schlussfolgerung:** Der neue Celect-Filter zeigte ähnliche In-vitro-Fangeigenschaften wie der Günther-Tulpen-Filter und verdient daher eine In-vivo-Testung.

centric than in the eccentric location. There was no significant difference between the overall capture rates of the two filters in the multi-clot test (72.2% vs. 75.1%), which showed deterioration of filter function during multiple clot exposure. With the 15-mm tube, the Celect filter had a significantly higher capture rate than the Tulip filter, whereas it was lower with the ø30-mm tube. There was no significant difference between the filters in a ø22-mm tube. The pressure gradient across the filters when exposed to blood clots ranged from 4.9–7.4 mm Hg for the Celect filter and 5.7–6.8 mm Hg for the Tulip filter in the single-embolus testing. There was no significant difference in the multi-clot tests. **Conclusion:** The new Celect filter showed similar in-vitro capture properties as the Günther Tulip filter and deserves further in-vivo testing.

**Key words**
Inferior vena cava · caval filter · Günther Tulip filter · Cook Celect filter



## Introduction

Inferior vena caval filters provide protection from life-threatening pulmonary embolism (PE), with minimal morbidity [1]. There are temporary, permanent and optional Inferior Vena Cava (IVC) filters. In view of the long-term sequelae of IVC filter insertion, there is currently a trend towards optional IVC filters, which can be retrieved percutaneously provided they are free from thrombi. Otherwise they can be left in place for permanent protection.

Currently there are 3 optional filters available for percutaneous retrieval and cleared by the the FDA for that purpose: Günther Tulip filter, OptEase filter and Nitinol Recovery filter [2–5]. There is a constant development of interventional techniques and instruments [6], and caval filters are no exception. The Günther Tulip filter was the first optional filter for percutaneous removal, developed by our group in 1993 [2]. Experimental filter retrieval at that time was feasible up to 14 days after insertion [3]. The possibility of Tulip filter retrieval beyond 14 days was first demonstrated clinically by Millward et al. [7]. Although safe retrieval of the Günther Tulip filter proved possible even after 126 days [8], it was hypothesized that a change of the construction might make very delayed filter retrieval consistently possible beyond the standard temporary dwell-time of 10 days, without jeopardizing the embolus capturing efficiency, still without making any change in the fixation safety, as the filter is recognized and tested for being a permanent implant. The newly designed filter (Cook Celect Filter) presented here was tested in-vitro in order to analyse its clot trapping efficiency and flow behaviour in comparison with the Tulip filter.

## Materials and Methods

The new (Cook Celect) filter design William Cook Europe ApS, Bjaeverskov, Denmark) is an MR-compatible, conical, half-basket filter made from a cobalt chromium alloy. Four primary anchoring struts (45 mm long, wire gauge 0.45 mm) with a curvature to follow the contours of the caval wall are designed to center the filter. The struts end in small barbed hooks. Between each of the four interspaces of the struts are 2 curved thinner secondary wires (40 mm long, wire gauge 0.25 mm) that are fixed together with the primary anchoring struts in the apex of the filter. The total length of the Celect filter is 45 mm, and the filter is designed to be expanded to a maximum diameter of 30 mm (Fig. 1). Similar to the Günther Tulip filter, the apex ends in a hook, which can be grasped with a snare for transjugular extraction.

The endpoints of the in-vitro study were: Determination of
1. Clot-trapping efficiency of the filter during exposure to a single thrombus,
2. Clot-trapping efficiency of the filter during exposure to several thrombi,
3. Pressure gradient across the filter
4. Comparison of the Cook Celect Filter and the Günther Tulip filter

A flow model was built from silicone tubes (Fig. 2). The filters were placed in a changeable tube simulating the inferior vena cava (IVC), and three different tube sizes (15, 22 and 30 mm in diameter) were used for this test. The clot-trapping efficiency and pressure gradient characteristics of the Celect filter were tested in comparison to the Günther Tulip filter, both of which were introduced into the flow model using an 8.5F introducer. The flow model was filled with a circulating fluid of Thomaedex 40–10% with NaCl (Delta Pharma GmbH, Pfullingen, Germany. Ch.-B.:1 411 162). The temperature was kept at 37° by means of a heat exchanger (Heat exchanger: Travenol. Type: 5M0343) with a heater (Fa. Mendingen, Germany, Type: E1), and a heat pump (Johnson Pump, Sweden. Type: F2P10). The temperature was measured with a temperature sensor (Temperature module: Hewlett-Packard, Type: M1029A). A flow pump (Johnson Pump, Sweden. Type: F2P10-19) modulated by an additional roller pump (Karl Storz, Tuttlingen, Germany. Type: 27085XB) ensured a pulsatile flow of 3.5L/min at a mean rate of 15/min.



Fig. 1  New Celect Filter as an optional filter that can be left in place or can be used for delayed retrieval: a) Filter half open, deployment of filter using a transfemoral introducer with the primary anchoring legs still attached to the introducer, b) fully deployed filter.



Fig. 2  Schematic diagram of the IVC flow model for filter testing.

The following parameters were measured: percentage of single clots captured in each filter, total number and percentage of multiple clots trapped in each filter (after 5 successive clots had been sent through), clots size, tube size, filter position and location, pressure before and after filter (with and without clots trapped in the filter).

The clot capturing efficiency was assessed by delivering clots into the flow model and counting the number of clots trapped and the number of clots passing through the filter. The clots were made of bovine blood taken from living animals and placed in plastic cans, where it was cooled. When the blood was cold, the cans were stored in a refrigerator for three weeks. Then, the total clot was taken out of the can and cut into the clot sizes needed for testing. Eight different sizes of blood clots were cut out in the varying sizes: 3 × 5, 3 × 10, 5 × 10, 3 × 20, 5 × 20, 7 × 10, 7 × 20 to 10 × 24 mm. The model had a side port for clot injection and a reservoir for collection of clots not captured by the filter. The clots were reused a maximum of 5 times. If a clot had undergone visible changes with defects on the clot surface before it had been used 5 times, it was not reused.

In order to determine the effect of the filter on the blood flow dynamics, the flow and the pressure gradients across the filters were measured during testing, with and without thrombus captured. This allowed demonstration of any pressure changes (in mmHg) with respect to clots trapped at any point in time. The pressure was measured with a pressure monitor (Hewlett Packard. Type: M1276A) in a pressure module (Hewlett Packard. Type: M1006B) using two pressure sensors from Smith Medical, Germany (Type: Pressure measurement Set, REF: I-93-IIA-096; Lot 208 617). The flow was measured by a flow sensor (Transsonic System Inc. Ithaca, USA. Type: T110R Lab tubing flow meter) and a flow meter (Endress + Hauser Promag. Type: 33A) in order to verify constant flow everywhere in the model.

### Statistics

The statistical methods used were divided into methods for the single-clot test and methods for the multi-clot test. All testing was carried out with SPSS analytic software. The filters and other factors were compared by means of the General Linear Model and the Bonferroni test (Multiple test method). Statistical significance was assumed for p-values < 0.05.

In the single-clot test, the following combinations were tested: Celect filter and Tulip filter, 22-mm tube diameter, horizontal and vertical flow, concentric and eccentric filter positions, clot sizes: 3 × 5, 3 × 10, 3 × 20, 5 × 10, 5 × 20, 7 × 10, 7 × 20 and 10 × 24 mm, and 10 repetitions of each test after removal of the previous clot.

Furthermore, the following tests were carried out on the Celect filter: 15- and 30-mm tube diameter, horizontal and vertical flow, concentric and eccentric filter positions, clot sizes: 3 × 5, 5 × 10 and 7 × 20 mm, and 10 repetitions.

In the multi-clot tests, 5 successive clots were sent to the filter in the following combinations: Celect filter and Tulip filter, ø15, ø22 and ø30 mm tubes, horizontal and vertical flow, concentrically and eccentrically placed filter, clot sizes 3 × 10 mm and 3 × 20 mm and 6 repetitions. The clots were delivered serially in groups of 5 over a 3-minute period.

## Results

### Single-Clot Exposure

As shown in Table 1, the overall mean capture efficiency of the Cook Celect filter was 91.6%, which was significantly higher than the 87.2% captured by the Günther Tulip filter (p = 0.042). For both filters, large clots ranging from 7 × 10 mm to 10 × 24 mm were captured in all cases, whereas the capture rate was significantly lower for 3 × 5 an 3 × 10 mm clots compared to the larger clot sizes.

Table 1  Capture rate (%) dependent on clot size (Single-clot test)

| Clot/size | Celect filter % | Tulip filter % | p-value[1] |
|---|---|---|---|
| 3 × 5 mm | 70.0 | 50.0 | 0.062 |
| 3 × 10 mm | 82.5 | 70.0 | 0.191 |
| 3 × 20 mm | 90.0 | 95.0 | 0.389 |
| 5 × 10 mm | 95.0 | 87.5 | 0.237 |
| 5 × 20 mm | 95.0 | 95.0 | 1.000 |
| 7 × 10 mm | 100.0 | 100.0 | 1.000 |
| 7 × 20 mm | 100.0 | 100.0 | 1.000 |
| 10 × 24 mm | 100.0 | 100.0 | 1.000 |

[1] General Linear Model – Bonferroni

The (horizontal/vertical) flow had no significant impact on the capture rate, with no differences between the filters. The overall capture rate in the concentric location was significantly higher than in the eccentric location (p = 0.001) (Table 2). The capture rate in a concentric filter position was also significantly higher for the Celect filter than for the Günther Tulip filter (p < 0.005). In the eccentric location no significant differences between the filters were found.

Table 2  Capture rate (%) dependent on filter location (Single-clot test)[1]

| Location | Celect filter % | Tulip filter % | p-value[2] |
|---|---|---|---|
| concentric | 97.5 | 88.1 | < 0.0005 |
| eccentric | 85.6 | 86.2 | 0.856 |

[1] Overall mean capture rate based on all clot sizes in a ø22mm tube
[2] General Linear Model – Bonferroni

### Multi-Clot Exposure

The overall mean capture efficiency of the Celect filter was 72.2% and 75.1% for the Günther Tulip filter. This difference is not significant (p = 0.207). For both filters, the overall mean capture rate for the 3 × 10-mm clot size was 65.8%, which was significantly lower than the capture rate for the 3 × 20-mm clots at 81.5% (p < 0.0005), without significant difference between the Celect filter and the Günther Tulip filter.

The difference in the capture rates for horizontal/vertical flow was not significant (p = 0.434). The concentric location of both filters was significantly better, capturing a mean of 76% of the clots compared to 71% in an eccentric location (p = 0.036). For the concentric location (p = 0.339) as well as the eccentric location (p = 0.396) there was no significant difference in the capture rate between the Cook Celect filter and the Günther Tulip filter.

The differences in capture rates for the different tube sizes were significant (p < 0.0005) (Table 3). For both filters, the overall capture rate was 84.4% for the ø15-mm tube, which was significantly higher than for both the ø22-mm tube (76.5%) and the ø30-mm tube (60.2%). The capture rate for the ø22-mm tube was also significantly higher than for the ø30-mm tube.

The capture rate for the ø15-mm tube was significantly higher for the Celect filter (89.2%) compared to the Günther Tulip filter (79.6%, p = 0.003). The capture rate for the 30 mm tube was slightly lower for the Celect filter (53.7%) compared to the Tulip filter (66.7%, p = 0.005). For the ø22-mm tube (p = 0.201) there was no significant difference between the filters (73.7% vs. 79.2%) (Table 3).

Table 3  Capture Rate (%) dependent on tube size (Multi-clot test)[1]

| Tube size | Celect filter % | Tulip filter % | p-value |
|---|---|---|---|
| 15 mm | 89.2 | 79.6 | 0.003 |
| 22 mm | 73.7 | 79.2 | 0.201 |
| 30 mm | 53.7 | 66.7 | 0.005 |

[1] Overall mean capture rate based on 3 × 10-mm and 3 × 20-mm clots

### Pressure Changes

In the single-thrombus test, the overall mean pressure difference after clot exposure to the filter ranged from 4.9 – 7.4 mmHg for the Celect filter and 5.7 – 6.8 mmHg for the Tulip filter (i. e., clot exposure led to a pressure drop behind the clotted filter). There was no clear trend regarding the effect of the clot size on the pressure difference, being lowest with 5 × 10, 3 × 20, 5 × 20 mm clots.

In the multi-clot test, the mean pressure difference for the clotted Celect filter was 4.4 mmHg and for the Tulip filter 4.8 mmHg, with a tendency towards lower pressure gradients in a 30-mm sized tube. In both the single- and the multi-test, the highest pressure difference was seen in a vertical position (4.6 – 8.0 mmHg) compared to the horizontal one (2.8 – 4.7 mmHg) without any significant difference between the two filters.

Günther RW et al. New Optional IVC ... Fortschr Röntgenstr 2005; 177: 632–636

Rapid Communication

635

## Discussion

There is currently a trend towards optional filters with the possibility of filter retrieval in order to avoid the well-documented late sequelae of permanent IVC filters [9]. In view of the possible acute and late complications, the indications for filter placement should be strict. The desire to provide filter protection in the acute situation and to remove the filter once there is no further need for filtration, led to the development of optional filters [2, 3, 5].

In recent years, more filters have been implanted in younger patients, even when there was only a need for temporary protection. An optional filter offering a possibility of delayed retrieval would be more appropriate, particularly in this clinical setting, but also for elderly patients. In addition, prophylactic filter placement might be used more liberally, if removal was easier and more consistent in its feasibility.

Although clinical experience has shown that the Tulip filter can be retrieved beyond the standard recommendation of 10 days after insertion [7], certain features of filter construction, such as the loop-like secondary wires of the Tulip filter, may be an obstacle to even longer retrieval times [2]. Once the loop of the secondary wires has been overgrown with neointima, retrieval may be difficult, as the loop may be bound by fibrous tissue. We hypothesized that eliminating the loop and leaving the end of those wires only slightly curved would facilitate percutaneous retrieval and prolong the retrieval period without deteriorating the embolus capturing efficiency. Preliminary data indicate that much longer dwell-times (90 days and more) until filter retrieval might be possible [10].

The objective of the current study was to compare the embolus capturing efficiency of the new Celect filter to the Tulip filter.

In the single-thrombus test, filtration with the Celect filter was slightly better than with the Tulip filter, but there was no overall significant difference between the capture rates of the two filters in the multi-thrombi test. As expected, the capture rates were low for the smallest clots and decreased with the number of emboli delivered, in agreement with published data [11, 12]. Similar to the Tulip filter, the new Celect filter captured less clots in the eccentric than in the concentric position, probably due to the larger interspaces that exist when the filters are placed obliquely. This is a well-known phenomenon in cone-like filters, but due to the secondary wires of the Celect filter that provide lateral stability and orientation along the long axis the filter is less likely to tilt and hence capturing efficiency is not expected to be influenced that much particularly for large emboli. As expected, we saw significant differences in the capture rates for the different tube sizes. With increasing tube size the interspaces of the filter also increased in size, and the capture rate efficiency decreased. There were no consistent significant differences between the two filters. Since the maximum gradient across a clotted filter was only 8 mmHg, filter dislocation under these circumstances is unlikely to occur.

In summary, the new Cook Celect filter showed similar in-vitro properties when exposed to emboli as the Günther Tulip filter and hence deserves further in-vivo testing.

## References

[1] Athanasoulis CA, Kaufman JA, Halpern EF et al. Vena caval filters: review of a 26-year single-center clinical experience. Radiology 2000; 216: 54–66

[2] Neuerburg J, Günther RW, Rasmussen E et al. New retrievable percutaneous vena cava filter: experimental in vitro and in vivo evaluation. Cardiovasc Interv Radiol 1993; 16: 224–229

[3] Neuerburg JM, Handt S, Beckert K et al. Percutaneous retrieval of the Tulip vena cava filter: feasibility, short- and long-term changes – an experimental study in dogs. Cardiovasc Intervent Radiol 2001; 24: 418–423

[4] Asch MR. Initial experience in humans with a new retrievable inferior vena cava filter. Radiology 2002; 225: 835–844

[5] Reekers JA, Hoogeveen YL, Wijnands M et al. Evaluation of the retrievability of the OptEase IVC filter in an animal model. J Vasc Interv Radiol 2004; 15: 261–267

[6] Schmitz-Rode T. Miniaturisierung und verwandte Technologie-Trends: kein Thema für die Radiologie? Fortschr Röntgenstr 2003; 175: 152–155

[7] Millward SF, Oliva VL, Bell SD et al. Günther Tulip Retrievable Vena Cava Filter: Results from the Registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12: 1053–1058

[8] Terhaar OA, Lyon SM, Given MF et al. Extended interval for retrieval of Günther Tulip filters. J Vasc Interv Radiol 2004; 15: 1257–1262

[9] Decousus H, Leizorovicz A, Parent F et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prévention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. N Engl J Med 1998; 338: 409–415

[10] Smouse B, Anthony O, Patel S. Second-Generation, Optional Vena Cava Filter; A 90-day update on the safety and performance of a second-generation, optional vena cava filter in animal model. Endovascular Today 2005; 4: 64–66

[11] Greenfield LJ, Proctor MC. Experimantal embolic capture by asymmetric Greenfield filters. Journal of Vascular Surgery 1992; 16: 436–444

[12] Xian ZY, Roy S, Hosaka J et al. Multiple emboli and filter function: An in vitro comparison of three vena cava filters. J Vasc Interv Radiol 1995; 6: 887–893

