# EXHIBIT D

Journal of Medical Imaging and Radiation Oncology 53 (2009) 64–68

RADIOLOGY—ORIGINAL ARTICLE

# Initial experience in 115 patients with the retrievable Cook Celect vena cava filter

O Doody, MF Given, H Kavnoudias, M Street, KR Thomson and SM Lyon

Department of Radiology, The Alfred Hospital, Melbourne, Victoria, Australia

O Doody MB, BCh, BAO, BA, MRCPI;
MF Given MB, BCh, BAO, AFRCSI, FFRCR;
H Kavnoudias PhD; M Street PhD;
KR Thomson MB, BCh, MD, FRANZCR;
SM Lyon MB, BS, FRANZCR.

**Correspondence**

Dr Orla Doody, Department of Radiology,
The Alfred Hospital, Commercial Road,
Melbourne, Vic. 3004, Australia.
Email: orla_doody@hotmail.com

Conflicts of interest: None.

Submitted 9 September 2008; accepted 26 September 2008.

doi:10.1111/j.1754-9485.2009.02039.x

**Summary**

The aim of this study was to evaluate our experience with the retrievable Cook Celect inferior vena cava (IVC) filter (William Cook, Europe) with regard to insertion, efficiency, ease of retrieval, and any associated complications. A retrospective review was performed of 115 patients (41 female, 74 male, mean age 47.97 years) who underwent Cook Celect IVC filter insertion between December 2005 and October 2007. Filter insertion was successful in all patients. Of the 115 filters inserted, 57 have been successfully retrieved (49.6%) to date. The successful retrieval rate from attempted retrieval was 93.4%. The mean dwell time of successfully retrieved filters was 114.9 days (range 14–267 days). Failed retrievals were due to a thrombosed vena cava ($n = 1$) and endothelialisation of the filter ($n = 3$). In the failed retrieval group the mean implantation time was 142 days (range 78–211 days). While this is the first retrospective clinical study on the Cook Celect filter, results to date are promising. We demonstrated an efficacious filter with a high successful retrieval rate of 93.4% and a low complication rate. The filter was assessed with extended dwell times (range 14–267 days). Failed retrieval secondary to hook endothelialisation continues to be an issue with this filter. We recognize that a limitation of our study was the lack of systematic follow-up for clinically silent complications. Further studies to evaluate longer term outcomes and effectiveness of this filter are warranted.

**Key words:** Celect filter; complication; prophylactic indication; retrieval interval; thromboembolic disease; trauma.

## Introduction

The relationship between deep venous thrombosis (DVT) and subsequent development of pulmonary embolus is well established. Inferior vena cava (IVC) interruption has progressed from initial ligation procedures performed in the 1930s to caval filter placement which was introduced in the 1970s.[1–4] Filter technology has progressed dramatically over the last 30 years with many varieties of filter now available for both temporary and permanent use with comparable morbidity, mortality and efficiency rates.[5,6]

The expanding role of IVC filter insertion for pulmonary embolus (PE) prophylaxis in trauma or high-risk preoperative patients has resulted in an increased demand for retrievable vena caval filters with higher successful retrieval rates and longer dwell times. These filters are more suitable for use in young patients with a long life expectancy, multi-trauma patients and critically ill surgical patients.[7,8] Retrievable filters can be inserted prophylactically for temporary use, but may be left *in situ* as permanent filters if clinical indications change.[9,10]

Four retrievable IVC filters are currently available in Australia for temporary insertion: the Günther Tulip filter (Vena Cava MReye Filter Set, William Cook Europe), the ALN filter (ALN Implants Chirurgicaux, Ghisonaccia, France), the Recovery filter (Bard Peripheral Vascular, Tempe, AZ, USA) and the OptEase filter (Cordis, Roden, the Netherlands). The newly introduced Cook Celect filter (William Cook Europe) has some design modifications which may allow for extended retrieval times compared with other retrievable filters.[11]

© 2009 The Authors
Journal compilation © 2009 The Royal Australian and New Zealand College of Radiologists

Cook IVCF 008311

CookMDL2570_0014953

At our institution we are involved in an ongoing prospective multi-centre study assessing the safety and effectiveness of the Cook Celect filter. In this retrospective study we describe our experience with Cook Celect filters, excluding those inserted in trial patients. The primary aim of this study was to assess the success of retrieval of the Cook Celect filter. In addition, we looked at predictors of failed retrieval, dwell times, filter efficacy and any associated complications.

## Methods

A retrospective review was performed of all patients who received a retrievable Cook Celect IVC filter at our institution between December 2005 and October 2007. One hundred and fifteen patients (41 female, 74 male, mean age 47.97 years (range 19–84 years)) underwent Celect IVC filter insertion during this period.

The indications for filter insertion included pulmonary embolus (PE) prophylaxis in high-risk trauma patients ($n = 96$), PE prophylaxis in peri-operative patients ($n = 26$), recent PE ($n = 8$), extensive DVT ($n = 15$), complications of anticoagulant therapy ($n = 3$), and deep venous thrombosis with failed anticoagulation ($n = 1$).

An initial inferior vena cavogram to assess for thrombus and measure the IVC diameter was performed. Following insertion of a Celect IVC filter, a completion vena cavogram was performed and filter tilt calculated.

All patients were reviewed within 2 months of filter insertion for assessment of complications and planning of retrieval. A pre-retrieval cavogram, typically through the right internal jugular vein, was performed in all cases to assess for evidence of thrombus within the filter or the IVC. The venogram was reviewed for any evidence of penetration, endothelialisation or tilt of the filter. A post-retrieval venogram of the IVC was performed in all cases to assess for complications, in particular for any evidence of contrast extravasation or stenosis. Retrieval was performed using the Cook Günther Tulip retrieval snare. In cases where it was not possible to snare the filter tip off the caval wall, retrieval was performed using the snare-over-guide wire loop technique described by Kuo et al.[12]

Follow-up data was available on all patients. In addition, systematic review of patient clinical histories and angiography reports were performed. Imaging was not performed as part of routine follow-up.

## Results

A total of 115 Celect filters were successfully placed in 115 patients. There were no insertion complications. Fifty-seven filters (49.6%) have been successfully retrieved with a mean dwell time of 114.89 days (range 14–267 days, 95 CI 14.8932 ± 14.1348). Four retrievals were unsuccessful with the mean dwell time of the failed retrievals of 142 days (range 78–211 days). Overall, the successful retrieval rate from attempted retrieval was 93.4%.

Unsuccessful retrieval was attributable to a thrombosed vena cava in one patient and endothelialisation of the filter in the remaining three cases. In one patient the tip of the filter was buried in the wall adjacent to the right renal vein. Multiple attempts to retrieve the filter were unsuccessful and one of the secondary struts was fractured as a result. Endothelialisation of the filter hook precluded retrieval in two patients Within 24 h of failed retrieval one patient developed pleuritic chest pain and CT pulmonary angiography confirmed multiple subsegmental pulmonary emboli (Fig. 1). No thrombus was seen on the filter at the time of retrieval.

Fifteen patients had thrombus associated with the filter at time of retrieval. This impacted on retrieval in five cases with two patients requiring anticoagulation prior to retrieval, two filters being retrieved using a double snare technique and retrieval failing in one asymptomatic patient due to complete IVC thrombosis (Fig. 2).

There were three complications associated with retrieval procedures. In one patient, retrieval was performed through the left internal jugular vein because the right internal jugular vein was occluded. Two patients had evidence of filter penetration on initial retrieval venograms (Fig. 3). In one patient this was associated with endothelialisation of the filter. Hook and retrieval was performed with a snare-over-guide wire loop technique (Fig. 4) (12). Immediately after standard retrieval in the remaining patient, the cavogram revealed focal extravasation of contrast (Fig. 5), which resolved spontaneously. The patient remained asymptomatic throughout.

## Discussion

There has been a dramatic increase in the use of IVC filters in the management of patients with thromboembolic disease. In addition, growing numbers of young patients,



Fig. 1. Multi-slice CT pulmonary angiogram demonstrating subsegmental filling defects (arrows) within right posterior basal segment consistent with small pulmonary emboli.

© 2009 The Authors
Journal compilation © 2009 The Royal Australian and New Zealand College of Radiologists

Cook IVCF 008312

CookMDL2570_0014954

O Doody et al.



Fig. 2. Pre-retrieval cavogram demonstrating complete thrombosis of IVC to the level of the filter.

multi-trauma patients and critically ill surgical patients are receiving retrievable filters for prophylactic indications.[5,8,13,14] Increasingly, filters that can be removed or left in place as permanent filters are being chosen. This avoids the late sequelae associated with permanent filters.[9]

Permanent filter placement can result in long-term complications, such as filter occlusion and increased risk of recurrent deep vein thrombosis.[15,16] Decousus et al., in



Fig. 3. Pre-retrieval cavogram demonstrating evidence of filter penetration of the inferior vena cava wall.



Fig. 4. Snare-over-guide wire loop technique to retrieve filter where standard retrieval set failed. (a) Snare advanced and engaging free end of wire. (b) Filter successfully snared and sheath advanced over filter.

a study of 400 patients with proximal DVT treated with either low molecular weight heparin or unfractionated heparin randomised to filter insertion or no filter, showed a benefit in the filter group at day 12. By 2 years post-insertion, the filter group had a statistically significant increase in recurrent DVT as compared with the non-filter group.[16] Eight-year follow-up demonstrated that although there was a reduction in the rate of PE (6.2% in filter group versus 15.1% in non-filter group) the incidence of DVT was increased (35.7% in filter versus 27.5% in non-filter group) and there was no change in mortality.[15] This study suggests that in patients requiring short-term prevention of PE a retrievable filter may be a more attractive option as it avoids the long-term complications of a permanent filter.

Prophylactic vena cava filter placement to prevent the occurrence of PE in high-risk trauma patients is recommended by some trauma societies.[17] These include patients who cannot be anticoagulated due to increased bleeding risk and patients with one of the following types of injury: severe closed head injury (Glasgow Coma Scale <8), incomplete spinal cord injury with paraplegia or quadriplegia, and long bone fractures alone or in combination with complex pelvic fractures. Patients who should not be anticoagulated include those with intracranial haemorrhage, ocular injury associated with haemorrhage, solid intra-abdominal organ trauma or pelvic or retroperitoneal haematomas requiring transfusion.

There is an increased demand for retrievable vena caval filters with higher successful retrieval rates and longer dwell times. The Cook Celect filter has been developed for these reasons.[11] The design of this filter is based on that of the GT filter, with an identical primary filtering wire arrangement. In theory, the arrangement of the secondary wires in the new Celect filter should allow

© 2009 The Authors
Journal compilation © 2009 The Royal Australian and New Zealand College of Radiologists

Cook IVCF 008313

CookMDL2570_0014955



Fig. 5. Post-retrieval cavogram demonstrating focal extravasation of contrast posterolaterally.

percutaneous filter retrieval to be possible even if the wires are incorporated into the caval wall.[11]

*In vitro* studies of the Cook Celect filter have shown promising results. Mahnken *et al.* evaluated seven optionally retrievable and permanent IVC filters.[18] In single clot exposure the highest mean capture rate was achieved with the Celect filter (90.4% ± 15.7%). For multi-clot exposure the Günther Tulip performed best (76.7% ±12.5%) with the Celect filter achieving rates in keeping with the other retrievable filters tested (65.2% ± 9.0%). Optionally retrievable filters were more efficient than the tested permanent filters for both single and multi-clot exposure.[18] The results of our study support the efficiency of the Cook Celect filter in the prevention of pulmonary emboli, with only one case of breakthrough PE, occurring within 24 h of attempted retrieval (0.87%). Routine imaging was not performed on patients, so the incidence of subclinical thromboembolic events could not be assessed in this study.

Our experience with the Cook Celect filter to date has demonstrated it to be a safe and feasible filter. In our study we report no insertion-related complications or procedure-related deaths. Our rate of minor complications related to retrieval was 3.5%. Our single case of breakthrough PE occurred following an attempted retrieval and this compares favourably with the literature.[6] Caval extravasation post-retrieval occurred in one patient (0.9%), but this remained asymptomatic and resolved spontaneously. Our successful retrieval rate from attempted retrieval was 93.4%, which compares favourably with the literature on other commercially available filters, in particular with the Günther Tulip filter on which the design of the Celect filter is based.[9,10,19,20] To our knowledge this is the first reported series on clinical experience with the Cook Celect filter.

## Conclusion

While this is the first retrospective clinical study on Cook Celect filters, results to date are promising. We demonstrated an efficacious filter with a high successful retrieval rate of 93.4% and a low complication rate. Failed retrieval secondary to hook endothelialisation (2.6% of cases) continues to be an issue with this filter. We recognize that a limitation of this study was the lack of systematic follow-up for clinically silent complications. Further studies to evaluate longer term outcomes and effectiveness of the Cook Celect filter are warranted.

## References

1. Trousseau A. Phlegmasia alba dolens. In: Balliere et Fils JB (ed). *Clinique medicale de l'Hotel-Dieu de Paris*. The Sydenham Society, Paris, 1865; 654–712.
2. Ochsner A, Ochsner JL, Sanders HS. Prevention of pulmonary embolism by caval ligation. *Ann Surg* 1970; **171**: 923–38.
3. Greenfield LJ, McCurdy JR, Brown PP, Elkins RC. A new intracaval filter permitting continued flow and resolution of emboli. *Surgery* 1973; **73**: 599–606.
4. Tadavarthy SM, Castaneda-Zuniga W, Salomonowitz E *et al.* Kimray-Greenfield vena cava filter: percutaneous introduction. *Radiology* 1984; **151**: 525–6.
5. Van Ha TG, Chien AS, Funaki BS *et al.* Use of retrievable compared to permanent inferior vena cava filters: a single-institution experience. *Cardiovasc Intervent Radiol* 2008 Mar-Apr; **31 (2)**: 308–15.
6. Hann CL, Streiff MB. The role of vena caval filters in the management of venous thromboembolism. *Blood Rev* 2005; **19**: 179–202.
7. Linsenmaier U, Rieger J, Schenk F, Rock C, Mangel E, Pfeifer KJ. Indications, management, and complications of temporary inferior vena cava filters. *Cardiovasc Intervent Radiol* 1998; **21**: 464–9.
8. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ. Gunther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and complications. *Cardiovasc Intervent Radiol* 2007; **30**: 59–65.
9. Terhaar OA, Lyon SM, Given MF, Foster AE, Mc Grath F, Lee MJ. Extended interval for retrieval of Günther Tulip filters. *J Vasc Interv Radiol* 2004; **15**: 1257–62.
10. Millward SF, Oliva VL, Bell SD *et al.* Gunther Tulip retrievable vena cava filter: results from the Registry of the Canadian Interventional Radiology Association. *J Vasc Interv Radiol* 2001; **12**: 1053–8.
11. Gunther RW, Neuerburg J, Mossdorf A *et al.* New optional IVC filter for percutaneous retrieval – in vitro evaluation of embolus capturing efficiency. *Rofo* 2005; **177**: 632–6.
12. Kuo WT, Bostaph AS, Loh CT, Frisoli JK, Kee ST. Retrieval of trapped Günther Tulip inferior vena cava filters: snare-over-guide wire loop technique. *J Vasc Interv Radiol* 2006; **17**: 1845–9.

Cook IVCF 008314

CookMDL2570_0014956

O Doody et al.

13. Kinney TB. Update on inferior vena cava filters. *J Vasc Interv Radiol* 2003; **14**: 425–40.
14. Van Ha TG. Complications of inferior vena caval filters. *Semin Intervent Radiol* 2006; **23**: 150–5.
15. PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) randomized study. *Circulation* 2005; **112**: 416–22.
16. Decousus H, Leizorovicz A, Parent F et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prévention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. *N Engl J Med* 1998; **338**: 409–15.
17. Rogers FB, Cipolle MD, Velmahos G, Rozycki G, Luchette FA. Practice management guidelines for the prevention of venous thromboembolism in trauma patients: the EAST Practice Management Guidelines Work Group. *J Trauma* 2002; **53**: 142–64.
18. Mahnken AH, Pfeffer J, Stanzel S, Mossdorf A, Günther RW, Schmitz-Rode T. In vitro evaluation of optionally retrievable and permanent IVC filters. *Invest Radiol* 2007; **42**: 529–35.
19. Patton JH, Fabian TC, Croce MA, Minard G, Pritchard FE, Kudsk KA. Prophylactic Greenfield filters: acute complications and long term follow-up. *J Trauma* 1996; **41**: 231–7.
20. Rosenthal D, Wellons ED, Hancock SM, Burkett AB. Retrievability of the Günther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma. *J Endovasc Ther* 2007; **14**: 406–10.

© 2009 The Authors
Journal compilation © 2009 The Royal Australian and New Zealand College of Radiologists

Cook IVCF 008315

CookMDL2570_0014957

Cook IVCF 008316

CookMDL2570_0014958