# EXHIBIT E

# Retrieval of Günther Tulip Optional Vena Cava Filters 30 Days after Implantation: A Prospective Clinical Study

Miguel Angel De Gregorio, PhD, MD, Pablo Gamboa, MD, Diana L. Bonilla, PhD, Maitane Sanchez, DVM, Maria T. Higuera, DVM, PhD, Jokin Medrano, MD, Antonio Mainar, MD, PhD, Fernando Lostalé, MD, PhD, and Alicia Laborda, DVM

PURPOSE: To report on the feasibility and safety of retrieval of the Günther Tulip optional vena cava filter 30 days after initial implantation.

MATERIALS AND METHODS: From March 2004 to September 2005, a single-center prospective study was undertaken in 35 patients who required inferior vena cava (IVC) filtration. All the Günther Tulip filters (GTFs) were implanted with the intention to be removed 30 days after initial implantation. A modified commercial dynamometer was used to measure the force required to remove the device. The degree of difficulty to remove the GTF was classified into four levels: N (no difficulty, force of 0–4.41 N), M (medium difficulty, force of 4.41–5.88 N), G (great difficulty, force of 5.88–9.8 N), and U (unable to remove). Clinical follow-up was performed 1, 3, 6, and 12 months after filter retrieval by review of medical records and imaging.

RESULTS: Two of the 35 patients experienced extensive thrombosis in the IVC as revealed by abdominal computed tomography, and their filters were left in place on a permanent basis. One patient died of respiratory and cardiac failure during follow-up within the first 30 days after GTF insertion. Filter retrieval was attempted in the remaining 32 patients, and 31 of these attempts were successful (98%). The force necessary to disengage the GTF from the caval wall was less than 9.8 N (N, 79%; M, 13%; G, 6%). Attempts to remove the GTF failed in only one patient (2%). On follow-up times ranging between 14 and 640 days (mean, 342.5 d), no complications or cases of recurrent pulmonary embolism were observed in this patient population.

CONCLUSION: The Günther Tulip optional IVC filter can be safely placed and retrieved percutaneously 30 days after initial implantation.

J Vasc Interv Radiol 2006; 17:1781–1789

Abbreviations: DVT = deep vein thrombosis, GTF = Günther Tulip filter, IVC = inferior vena cava, PE = pulmonary embolism

INFERIOR vena cava (IVC) filters have been shown to be safe and effective devices for the prevention and

From the Research Group of Minimally Invasive Techniques (M.A.D.G., D.L.B., M.S., M.T.H., J.M., A.M., F.L., A.L.), University of Zaragoza, Pedro Cerbuna 12, 50009 Zaragoza, Spain; and Department of Radiology (P.G.), Riverside Methodist Hospital, Columbus, Ohio. Received April 4, 2006; revision requested June 13; final revision received August 11; and accepted August 27. Address correspondence to M.A.D.G.; E-mail: mgregori@unizar.es

None of the authors have identified a conflict of interest.

© SIR, 2006

DOI: 10.1097/01.RVI.0000244837.46324.72

management of pulmonary embolism (PE) (1,2). However, in light of published data by Decousus et al (3), the use of IVC filters has been questioned because they may lead to an increased long-term incidence of thrombotic complications such as deep vein thrombosis (DVT) of the lower extremities.

In recent years, temporary and optional caval filters, although usually considered different devices, have been replacing the nonretrievable permanent filters. Provided they are removed from the patient after a short time, the temporary and optional devices have the combined advantages of prevention of PE in the short term and avoidance of the development of late complications that may be caused by the permanent devices (4–8). There are clear clinical benefits in retrieving a filter that may not be needed on a permanent basis, and these benefits weigh against the risks the removal procedure may entail (9).

Among the several commercially available retrievable filters, the Recovery filter (Bard Peripheral Vascular, Tempe, AZ) is the device with the longest recommended dwell time before attempted removal, which is presently a maximum of 8 weeks (6,10). In regard to the Günther Tulip filter

**Table 1**
**Indications for Temporary or Permanent Caval Filtration with the GTF**

| Indications | Incidence |
|---|---|
| Temporary caval filtration | |
|   Massive PE and iliofemoral DVT undergoing percutaneous thrombolytic treatment (chemical and/or mechanical) | 9 (21) |
|   Submassive PE and iliofemoral DVT in patients at high risk of recurrent PE or with associated severe cardiopulmonary disease | 7 (17) |
|   PE and/or DVT and contraindications to anticoagulation | 7 (16) |
|   Iliofemoral DVT and planned or recent major surgery | 6 (14) |
|   Floating thrombus in iliac or femoral veins; threatening thrombus in patients at high risk of recurrent PE or with associated severe cardiopulmonary disease | 6 (14) |
| Permanent caval filtration | |
|   Recurrent PE or DVT despite documented therapeutic anticoagulation | 4 (9) |
|   Any of the listed indications in patients with malignancy | 4 (9) |
| Total | 43 |

Note.—Values in parentheses are percentages.

(GTF; William Cook Europe, Bjaeverskov, Denmark), the initial recommendation by the manufacturer was a maximum dwell time of 14 days before attempted retrieval (4). This guideline has recently been changed by the company to an indeterminate dwell and retrieval time tailored to the clinical scenario in each individual patient.

In the series of Terhaar et al (11), retrieval of a GTF could be accomplished as long as 126 days after initial insertion, and Binkert et al (12) reported the retrieval of a GTF in one patient 317 days after initial placement. However, to our knowledge, there are no prospective controlled studies evaluating a predetermined consistent retrieval time. This prospective study analyzed the data derived from our attempts at removal of GTFs 30 days after initial insertion in all patients who received a GTF as a temporary caval filtering device.

## MATERIALS AND METHODS

The Technology Assessment Committee of the Society of Interventional Radiology's reporting standards for IVC filter placement and patient follow-up (13) were accepted and followed. This study was a prospective, nonrandomized trial to evaluate the ability to retrieve the GTF.

### Patient Population

From March 2004 through September 2005, 43 GTFs were implanted in the IVCs of 43 patients; of these, 35 filters were implanted with the intention to be removed 30 days after initial insertion, and eight filters were intended to serve as permanent filtration devices (**Table 1**).

The patient population consisted of 23 women and 20 men, with a mean age of 60 years (range, 35–81 y). Of the 35 patients in whom the GTF was intended as a temporary device, 20 were women and 15 were men, with a mean age of 58.6 years (range, 35–79 y).

Criteria for inclusion included the following: (i) indications for GTF placement as a permanent or temporary device (**Table 1**), (ii) patency of at least one of the internal jugular veins, (iii) signed informed consent for filter placement and follow-up abdominal CT, and (iv) ability to undergo follow-up for 3 months. Exclusion criteria included (i) inability to undergo follow-up, (ii) age younger than 18 years, (iii) history of filter placement, (iv) contraindication to permanent filter placement at the time of the initial study, and (v) life expectancy of less than 3 months.

To diagnose DVT and/or PE, all patients underwent pulmonary and abdominal computed tomography (CT) and ventilation/perfusion scanning within 24 hours of admission. Appropriate consent was obtained from all patients before filter placement. The study was approved by the ethics department of our institution.

### Filter Placement

The GTF was used in all cases. The device was inserted percutaneously with ultrasound (US) guidance into the IVC via the right or left internal jugular vein. The insertion was performed through jugular access to allow the possibility of repositioning the device. All devices were placed in an interventional radiology suite. A biplane IVC image was obtained before filter insertion with use of 30 mL of Iopamidol 370 (Bracco, Milan, Italy). All filters were implanted via an 8.5-F introducer sheath in accordance with the manufacturer's instructions and insertion techniques described by other authors (1,5).

### IVC Measurements by CT

An abdominal CT study was performed at day 28 after initial implantation in 34 of 35 patients in whom the GTF was implanted as a temporary device. Images were obtained at the level of the filter insertion site in the IVC. The purpose of this CT evaluation was to determine the following: IVC patency, whether filter legs projected outside the vena cava wall, whether extravascular structures were damaged, and presence and degree of filter tilting. The latter was measured in the CT coronal multiplanar reconstructions, considering the parallel relation between the longitudinal axis of the GTF and the IVC wall. When the GTF was tilted more than 20° in relation to the caval axis, the filter was repositioned to obtain a better alignment with the IVC and avoid difficulties during its subsequent removal. In addition, CT allowed determination of the change in caval lumen diameter during the phases of respiration and during performance of the Valsalva maneuver (**Fig 1**).

During the initial diagnostic evaluation of PE, an abdominal CT image was obtained before filter placement in all patients. This CT image was used to measure the IVC diameter only during inspiration and to compare these measurements with those obtained during follow-up CT exami-



Figure 1.  Change in diameter of the IVC during respiratory motion: left, inspiration; center, expiration; right, Valsalva.



Figure 2.  Abdominal CT obtained during inspiration before (left) and after (right) filter insertion in the IVC.

nation 28 days after filter insertion (Fig 2).

Contrast medium–enhanced abdominal CT studies were performed with a Somatom multidetector scanner (Siemens, Erlangen, Germany). The luminal area of the IVC was calculated according to the formula for the area of an ellipse:

$$a = \frac{\pi \cdot d_1 \cdot d_2}{2}$$

where $a$ is the luminal area, $d_1$ is the longer diameter of the IVC, and $d_2$ is the shorter diameter. Measurements were obtained 10 mm below the level of the lowest renal vein. The CT images obtained 28 days after filter insertion were acquired during inspiration, expiration, and Valsalva maneuver, with a 5-mm collimation thickness and 2.5-mm image reconstruction intervals in the coronal and sagittal planes. The field of view included 30 mm above and below the site of the filter.

### Filter Retrieval

Low molecular weight heparin anticoagulation with bemiparina (Hibor; Rovi Laboratory, Madrid, Spain) at a dosage of 115 IU/kg every 24 hours was given to all 32 patients scheduled to undergo elective filter retrieval. Seven of these patients received their anticoagulation treatment 7–15 days after filter insertion as a result of existing contraindications to anticoagulation during the first 1–2 weeks after filter insertion.

In all cases, the filter was retrieved from the right internal jugular vein approach. IVC imaging and pulmonary angiography were performed just before and after removal of the device. If the abdominal CT or cavography revealed thromboemboli smaller than 3 mm in diameter and shorter than 20 mm captured by the filter, the filter and any captured thromboemboli were removed from the patient. Conversely,



Figure 3. Modified dynamometer attached to filter retrieval system.

if larger thromboemboli were found, a short course of catheter-directed thrombolysis was administered with urokinase (UCB Pharma, Barcelona, Spain) at a rate of 100,000 U/h for 12–24 hours, followed by percutaneous thromboaspiration with a 16-F introducer sheath (St. Jude Medical, Zaventem, Belgium).

All filters were retrieved by the available dedicated GTF retrieval set (William Cook Europe). A modified, commercially available dynamometer (Gilca, Zaragoza, Spain) was used to objectively quantify the amount of force required to disengage the device from the caval wall and introduce the struts of the filter within the retrieval sheath, thereby measuring the degree of difficulty of retrieval. The dynamometer used has a force scale graded between 0 N and 9.8 N, with a resolution of 0.098 N.

All filters were removed by a single operator, who defined the degree of difficulty to retrieve the filter with the dynamometer as follows: a rating of N indicated no difficulty, with a force range between zero and 4.41 N; a grade of M indicated moderate difficulty, with a force range between 4.41 N and 5.88 N; a rating of G indicated great difficulty, with a force range between 5.88 N and 9.8 N; and a grade of U indicated that the operator was unable to retrieve the GTF, meaning that the force exceeded 9.8 N (**Fig 3**).

The retrieval technique has been described previously (14). The hook at the apex of the filter was engaged with a snare loop. When the hook was engaged, the snare was closed and the retrieval sheath was advanced over the filter to disengage its struts from the caval wall. The entire filter was retracted within the retrieval sheath and removed from the patient. Biplane completion cavography was performed next to assess for any evidence of damage to the IVC.

### Study Characteristics and Goals

Because filter tilting can lead to failed attempts to remove the GTF (7,9), all technical problems encountered during filter placement were quantified. Problems assessed included device deployment more than 2 cm away from the intended site of placement, filter tilting more than 20° in relation to the caval axis or contact of the hook at the apex of the filter with the caval wall (whenever the latter two events were noted, the filter was recovered immediately and reinserted appropriately), IVC wall perforation by the filter struts, incomplete opening of the device, air embolism, and hematomas at the percutaneous access site.

Failure of filter retrieval was defined as inability to extract the filter despite several attempts. Attention was paid to the occurrence of the following complications during attempted retrieval: partial or complete occlusion of the caval lumen at the filter site by thromboemboli, PE, contrast medium extravasation, hematoma within or adjacent to the caval wall, and IVC thrombosis on completion cavography after filter removal.

Patients were followed up 3, 6, and 12 months after GTF retrieval by review of medical records and by obtaining abdominal radiographs and duplex US images of the right internal jugular vein and IVC. Pulmonary ventilation/perfusion scans were obtained 3 and 12 months after filter removal. Surface echocardiography was performed and pulmonary artery pressure measurements were performed in patients with massive PE. In the patients who died during follow-up, attempts were made to establish the cause of death by reviewing the medical or autopsy records when available.

Complications during clinical follow-up were recorded on the basis of patients' symptoms and the findings of imaging studies. The following major complications were found and recorded: recurrent PE, recurrent DVT, IVC occlusion, jugular vein thrombosis, filter migration, and filter fracture; no minor complications were recorded.

### Statistical Analysis

The data were analyzed with SPSS software (SPSS, Chicago, IL). A statistical analysis was made to evaluate for differences in the diameters and luminal areas of the IVC. The Student $t$ test was used to compare parametric data (ie, inspiration before and after filter implantation).

## RESULTS

### Filter Insertion

All GTFs were implanted successfully. Two patients had small hematomas at the percutaneous access site that did not require treatment. During completion cavography, it was noted that the GTF was tilted more than 20° in relation to the caval axis in one patient. In this case, the filter was repositioned.

### CT Measurements of IVC before and after Filter Placement

IVC diameters measured with CT before filter placement procedures were as follows: long-axis diameters ranged from 17 mm to 30 mm (mean, 21 ± 2.63 mm [SD]) and short-axis diameters ranged from 16 mm to 26 mm (mean, 19 ± 2.03 mm). The luminal area of the IVC ranged from 427 $mm^2$ to 1,143 $mm^2$ (mean, 627 ± 143 $mm^2$). **Table 2** shows the CT findings 28 days after filter insertion. Apparent penetration of the IVC wall by the filter struts was observed in 17 patients during expiration and Valsalva maneuver. No contrast agent extravasation or retroperitoneal hematomas were noted. Thromboemboli smaller than 3 mm in diameter or shorter than 20 mm were found to be captured by the GTF in six patients, whereas two patients had thromboemboli captured by the GTF that were larger than these measurements. Extensive caval thrombosis was found in two patients in

Table 2
CT Findings 28 Days after Filter Insertion (N = 35)

| Complications | Incidence |
| --- | --- |
| Filter tilting >20°, hook at the apex of the filter in contact with caval wall | 1 (3) |
| Filter migration >2 cm from deployment site | 0 |
| Caval wall apparent perforation by the filter struts | 17 (48) |
| Incomplete filter opening | 0 |
| Thromboemboli <3 mm in diameter or <20 mm in length captured by the filter | 6 (17) |
| Thromboemboli >3 mm in diameter or >20 mm in length captured by the filter | 2 (6) |
| IVC thrombosis | 2 (6) |
| Contrast medium extravasation or retroperitoneal hematoma | 0 |
| Other (eg, filter fracture, entanglement of the struts) | 0 |

Note.—Values in parentheses are percentages.

Table 3
IVC Lumen Measurements on CT 28 Days after Filter Insertion

| Respiratory Movement | Mean ± SD | Range |
| --- | --- | --- |
| Inspiration | | |
| Longer diameter (mm) | 21 ± 3 | 16–35 |
| Shorter diameter (mm) | 18 ± 2 | 14–24 |
| Area (mm$^2$) | 594 ± 162 | 346–1,100 |
| Expiration | | |
| Longer diameter (mm) | 18 ± 3 | 14–26 |
| Shorter diameter (mm) | 17 ± 3 | 8–21 |
| Area (mm$^2$) | 481 ± 119 | 189–726 |
| Valsalva maneuver | | |
| Longer diameter (mm) | 15 ± 2 | 13–26 |
| Shorter diameter (mm) | 15 ± 2 | 7–20 |
| Area (mm$^2$) | 353 ± 84 | 143–628 |

whom it was decided to leave the GTF as a permanent filtering device. The IVC lumen diameters measured by CT 28 days after filter insertion are listed in **Table 3**.

Significant differences were encountered in the data distribution of caval diameters on inspiration before and after filter placement ($P < .005$). Significant differences were also found in caval diameters during the different respiratory movements, measured 28 days after filter insertion ($P < .005$). **Table 3** shows the differences in luminal area and short and long caval diameters in relation to the different respiratory motions.

**Filter Retrieval**

There was one death among the 35 patients in whom the GTF was implanted as a temporary filtering device. This patient had PE, DVT, stroke, and contraindications to anticoagulation as a result of cerebral hemorrhage, and died 3 days after insertion of the GTF as a result of cardiorespiratory insufficiency. In two other patients, who were 42 and 35 years of age, respectively, the abdominal CT examination performed on day 28 after filter insertion revealed extensive caval thrombosis despite adequate anticoagulation with oral warfarin. In these two patients, a decision was made to leave the filter in place as a permanent device.

Filter retrieval was attempted in the remaining 32 patients after an average of 30 days (range, 29–34 d). The attempts were successful in 31 patients (98%). A single failure to remove the device occurred in a 58-year-old patient who had IVC diameters of 18 mm × 16 mm before filter deployment and 23 mm × 22 mm before attempted filter retrieval. This failed retrieval occurred despite appropriate centering of the device within the caval lumen without any tilting. Three attempts were made to remove the GTF in this patient, with each attempt exerting a force greater than 9.8 N. It was possible to partially cover the device with the retrieval sheath, but disengagement of the filter struts from the caval wall could not be accomplished (**Fig 4**). The force required to remove the filter in the remaining patients can be seen in **Table 4**.

In the six patients with small emboli captured by the GTF, the filter was removed along with the emboli, and no other interventions were performed (**Fig 5**).

Catheter-directed thrombolysis was performed before filter removal in two patients whose filters had captured large emboli (**Fig 6**). Thrombolysis was performed with urokinase at a rate of 100,000 U/h via a Mewissen catheter (Boston Scientific, Nantes, France) for 12–24 hours. Near-complete thrombolysis was achieved with this regimen. Next, the filter was retrieved with the dedicated GTF retrieval set placed via a 16-F sheath (St. Jude Medical) to avoid migration of the residual thromboemboli to the lungs. A follow-up pulmonary arteriogram was obtained in all patients to document presence of PE as a result of attempted filter retrieval.

**Patient Follow-up after Filter Retrieval**

Patients were available for follow-up after filter retrieval at 14–640 days (mean, 342 d). No clinical signs or symptoms of PE occurred during follow-up. We performed ventilation/perfusion scans in 28 of 31 patients, and these studies showed no new perfusion defects to suggest recurrent PE. Duplex US imaging of the internal jugular vein was performed in 31 patients during follow-up. All internal jugular veins were patent during follow-up. In a single patient, nonocclusive thrombosis of the right internal jugular vein was documented with duplex US. This event occurred during the first month of follow-up at the percutaneous access site. In this patient, medical treatment with oral anticoagulation was continued, and subsequently the right internal jugular vein had a normal appearance on a duplex US examination performed at 3 months. The duplex US studies of the lower extremities and



**Figure 4.** Illustration of failed attempt to remove the GTF. **(a)** Engagement of the hook at the apex of the GTF. **(b)** Partial introduction of the GTF within the retrieval sheath. **(c)** Cavography reveals partial collapse of the caval lumen during attempts at disengagement of the device from the vessel wall. **(d)** The GTF is left implanted as a permanent device.

the echocardiography studies in cases of massive PE showed improvement in these patients.

### Follow-up of Patients with Permanent GTFs

Among the 43 patients in whom GTFs were implanted, eight had indications for the device to be used as a permanent IVC filtering device. Of these, four patients had recurrent PE despite documentation of adequate anticoagulation, and another four elderly patients had a diagnosis of venous thromboembolic disease in the setting of malignancy (**Table 1**).

There were three deaths in this subgroup of patients: two during the first 30 days after filter insertion (one of pneumococcal sepsis and another of massive PE) and one 4 months later as a result of progression of underlying neoplastic disease. The remaining five patients had no clinical or imaging evidence of recurrent PE during a mean follow-up time of 255 days (range, 99–440 d). However, two of these patients had recurrent clinical DVT of the lower extremities.

As noted earlier, there were four patients whose filters were initially placed with the intention of retrieval at 30 days but who did not have their filters retrieved. One patient died within the first 30 days after filter insertion without attempts to remove

**Table 4**
**Degree of Difficulty in Filter Removal (n = 32)**

| Grade/Degree of Difficulty | No. of Patients |
|---|---|
| N (no difficulty, force 0–4.41 N) | 25 (79) |
| M (moderate difficulty, force 4.41–5.88 N) | 4 (13) |
| G (great difficulty, force 5.88–9.8 N) | 2 (6) |
| U (inability to remove, force >9.8 N) | 1 (2) |

Note.—Values in parentheses are percentages.

the filter. There was a failed attempt to remove the GTF in one patient, and two patients had extensive caval thrombosis and it was elected to leave their filters as permanent devices. The mean follow-up time for the latter three patients was 182 days (range, 36–96 d). There was no clinical or imaging evidence of recurrent PE in these three patients.

### DISCUSSION

Although in some authors' opinion not enough clinical evidence has been reported in the medical literature to support the use of IVC filters (1,9,15,16), during the past 30 years, these devices have become an effective method for the treatment and prevention of PE, mainly in cases in which anticoagulation is contraindicated or fails (17–20). In 1998, Decousus et al (3) published the results of a study in 400 patients who were randomized to receive anticoagulation alone or anticoagulation plus an IVC filter. In this study, the protection conferred by the filters to prevent PE was counterbalanced by a higher incidence of recurrent or worsening DVT of the lower extremities in patients who received filters. However, further data at 8-year follow-up from the same trial (21) showed continued protection against PE conferred by the filter, with no increase in the incidence of postthrombotic syndrome.

In Europe, one report (3) led to a decrease in the use of permanent caval filter devices (15) and furthered the interest in finding a better temporary caval filter device that could be retrieved if it was no longer needed to prevent PE to prevent the late complications associated with permanent filter devices (22).

Currently, there is evidence supporting the use of optional caval filters



**Figure 5.** (a) Capture of small emboli by the GTF (white arrow). (b) Thromboaspiration with a large vascular sheath. (c) Follow-up cavography after filter removal shows no caval injury. (d) Small emboli captured by the filter.

as the devices of choice for the temporary prevention of PE in the appropriate clinical setting (7,21–23). However, the permanent filter devices are still useful in certain clinical scenarios such as recurrent PE caused by failure of therapeutic anticoagulation, hypercoagulable states with recurrent DVT or PE, high risk of PE in patients with limited cardiorespiratory reserve, and elderly patients with venous thromboembolic disease associated with malignancy (24–30).

On occasion, the decision-making process to choose between a permanent versus a temporary filtering device is not straightforward. In addition, when the filter is inserted, it is not possible to prospectively predict which patients will have a large embolus trapped by the device at the time of removal, which would become an indication to leave the device permanently in place. It is because of such scenarios that the availability of an IVC filter with the option of temporary or permanent use is important.

At present, there are two U.S. Food and Drug Administration–approved optional retrievable filters available: the OptEase filter (Cordis, Warren, NJ) (31) and the GTF (William Cook Europe) (14,32,33). The G2 filter system (Bard Peripheral Vascular; second generation of the Recovery Filter) (34) has not yet been established for optional retrievable or temporary use. However, the G2 system is approved for optional use in Europe. All these devices have performed well individually in published studies; however, we are unaware of any prospective studies comparing these three filters with regard to filtering efficiency, risks and benefits, and ease of retrieval (9). The only reported differences between these three devices are their recommended dwell times before attempts at retrieval.

For the OptEase filter, the recommended dwell time is 23 days (7,31), whereas this time increases to 8 weeks for the Recovery filter (6,31) and is undefined at present for the GTF (9,34). The dwell time for the GTF is determined by the individual clinical scenario and the physician operator who performs the implantation. The change in recommended GTF dwell time from the initial 14 days to the current undefined time is based on clinical experience gained with its use, although we are unaware of any animal studies confirming feasibility and safety of GTF retrieval after 30 days of implantation (11,12).

The appropriate length of time that a temporary filter should remain in place within the caval lumen while it confers protection against PE is not yet determined. In our opinion, 30 days is enough time for most clinical situations that require the use of a temporary filter



**Figure 6.** (a) Large emboli captured in the filter. (b) Catheter-directed thrombolysis performed via a Mewissen catheter (small arrows). (c) GTF is removed with the regular dedicated removal set through a 16-F sheath. (d) Follow-up cavography shows no injury to the IVC. (e) Residual emboli are seen next to the filter.

(5,35,36), and the device should be left in place permanently if caval filtration is required for longer periods of time (9).

This prospective study attempted to determine the feasibility, degree of difficulty, and safety of retrieval of the GTF 30 days after initial insertion. Although reports have described successful retrieval of the GTF beyond 14 days, including a single case report describing the successful retrieval of this device 317 days after its initial placement (12), we are unaware of any prospective series evaluating systematic attempts at retrieval of the GTF 30 days or later after its initial implantation. In our series, attempts at filter retrieval were performed in 32 patients, with only one case of inability to remove the device (technical success rate of 98%). The reasons for failure in this single failure case are not clear to us, as there were no apparent factors present that would have made retrieval difficult and that have been described by others (1,8). In this single case, there was no filter tilting, contact of the hook at the apex of the filter with the caval wall, or IVC stenosis.

Despite three attempts at filter removal with a force greater than 9.8 N, the filter struts could not be disengaged from the caval wall. We believe that excessive fibrosis may have developed at the filter implantation site in the IVC in this patient, and this correlates with the idiosyncratic endothelial reaction previously observed in experimental animal work (13,32,33).

Millward (9) has shown that filter tilting can lead to failed attempts to remove the GTF. A similar experience has been described by Terhaar et al (11). Like other authors, we believe that appropriate centering of the GTF within the caval lumen is crucial to a high success rate during attempted retrieval (9,37). In keeping with this observation, the only case of filter tilting greater than 20° during initial deployment in our series prompted us to reposition it within the IVC immediately to prevent potential difficulty when the time came to remove the device. More recently, a simple maneuver has been described to aid the implanting physicians to consistently achieve better filter positioning and alignment during deployment of the GTF (37) in which a slight tension is kept on the sheath during filter release and a quick clicking of the silver button on the device is performed. These authors now routinely use this maneuver with consistently good results.

In our series, a small but significant difference was found in some of the caval measurements obtained on CT before and after filter insertion. The greater caval luminal area before filter insertion may have been related to increases in central venous pressures in patients with significant PE, a situation that was observed in 63% of patients in this study.

Significant differences were also documented in the data distribution of caval diameters and luminal area in relation to respiratory movements. The caval collapse noted during performance of the Valsalva maneuver makes the filter struts appear as if they are perforating the caval wall. However, there were no cases of retroperitoneal hematoma or caval wall injury detected on CT.

We conclude that the GTF can be

consistently and effectively retrieved 30 days after initial insertion. For successful retrieval, it is ideal to have good filter alignment and centering within the caval lumen in relation to the caval axis. If significant filter tilting is noted during initial deployment, it is best to reposition the filter during the insertion procedure, a maneuver that is easily accomplished through the same percutaneous access and by means of readily available tools and techniques (35). Our experience indicates that the required force to remove the device ranges between 1.96 N and 9.8 N. With forces greater than 9.8 N, it may not be possible to remove the GTF, and attempts to do so could result in potential complications. The results of this study need further confirmation by similar studies of the GTF and other available optional filters, as well as additional animal and human investigation of the feasibility and safety of retrieval of the GTF consistently at or beyond 30 days of initial implantation.

**References**

1. Kinney TB. Update on inferior vena cava filters. J Vasc Interv Radiol 2003; 14:425–440.
2. White RH, Zhou H, Kim J, et al. A population-based study of the effectiveness of inferior vena cava filter use among patients with venous thromboembolism. Arch Intern Med 2000; 160:2033–2041.
3. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med 1998; 338:409–415.
4. Millward SF, Bormanis J, Burbridge BE, et al. Preliminary clinical experience with the Gunther temporary inferior vena cava filter. J Vasc Interv Radiol 1994; 5:863–868.
5. Millward SF, Oliva VL, Bell SD, et al. Günther Tulip retrievable vena cava filter: results from the Registry of the Canadian Interventional Radiology Association. J Vasc Interv Radiol 2001; 12:1053–1058.
6. Asch M. Initial experience in humans with a new retrievable inferior vena cava filter. Radiology 2002; 225:835–844.
7. Oliva VL, Szatmari F, Giroux MF, et al. The JONAS study: evaluation of the retrievability of the Cordis OptEase inferior vena cava filter. J Vasc Interv Radiol 2005; 16:1439–1445.
8. Rosenthal D, Wellons ED, Lai KM, et al. Retrievable inferior vena cava filters: early clinical experience. J Cardiovasc Surg 2005; 46:163–169.
9. Millward SF. Vena cava filters: continuing the search for an ideal device. J Vasc Interv Radiol 2005; 16:1423–1425.
10. Recovery Cone Removal System for use with the Recovery Filter [instructions for use]. Tempe, AZ: Bard Peripheral Vascular, 2005. Available at: http://www.bardpv.com/pdfs/IFU-Recovery-Cone.pdf.
11. Terhaar OA, Lyon S, Given M, et al. Extended interval for retrieval of Günther Tulip filters. J Vasc Interv Radiol 2004; 15:1257–1262.
12. Binkert CA, Bansal A, Gates JD. Inferior vena cava filter removal after 317-day implantation. J Vasc Interv Radiol 2005; 16:395–398.
13. Millward SF, Grassi CJ, Kinney TB, et al. Reporting standards for inferior vena caval filter placement and patient follow-up: supplement for temporary and retrievable/optional filters J Vasc Interv Radiol 2005; 16: 441–443.
14. de Gregorio MA, Gimeno MJ, Lostale F, et al. Retrievability of uncoated versus paclitaxel-coated Günther-Tulip IVC filters in an animal model. J Vasc Interv Radiol 2004; 15:719–726.
15. de Gregorio MA. Inferior vena cava filter update. Arch Bronconeumol 2004; 40:193–195.
16. Girard P, Stern JP, Parent F. Medical literature and vena caval filters: so far so weak. Chest 2002; 122:963–967.
17. Haire WD. Vena caval filters for the prevention of pulmonary embolism. N Engl J Med 1998; 338:409–415.
18. Chuu W, Wang NY, Perry D. Vena caval filters for the prevention of pulmonary embolism. N Engl J Med 1998; 339:46.
19. Athanasoulis CA, Kaufman JA, Halpern EF, et al. Inferior vena caval filters: review of a 26-year single-center clinical experience. Radiology 2000; 216:54–66.
20. Stein PD, Kayali F, Olson RE. Twenty-one-year trends in the use of inferior vena cava filters. Arch Intern Med 2004; 164:1541–1545.
21. Decousus H. Eight-year follow-up of a randomized trial investigating vena caval filters in the prevention of PE in patients presenting a proximal DVT: the PREPIC trial. J Thromb Haemost 2003; 1(suppl 1):OC440.
22. Neuerburg J, Gunther RW, Vorwerk D, et al. Results of a multicenter study of the retrievable Tulip vena cava filter: early clinical experience. Cardiovasc Intervent Radiol 1997; 20:10–16.
23. Rosenthal D, Wellons ED, Levitt AB, et al. Role of prophylactic temporary inferior vena cava filters placed at the ICU bedside under intravascular ultrasound guidance in patients with multiple trauma. J Vasc Surg 2004; 40:958–964.
24. Hoff WS, Hoey BA, Wainwright GA, et al. Early experience with retrievable inferior vena cava filters in high-risk trauma patients. J Am Coll Surg 2004; 199:869–874.
25. Leon L, Rodriguez H, Tawk RG, et al. The prophylactic use of inferior vena cava filters in patients undergoing high-risk spinal surgery. Ann Vasc Surg 2005; 19:442–447.
26. Zerati AE, Wolosker N, Yazbek G, et al. Vena cava filters in cancer patients: experience with 50 patients. Clinics 2005; 60:361–366.
27. Offner PJ, Hawkes A, Madayag R, et al. The role of temporary inferior vena cava filters in critically ill surgical patients. Arch Surg 2003; 138:591–594.
28. Wallace MJ, Jean JL, Gupta S, et al. Use of inferior vena caval filters and survival in patients with malignancy. Cancer 2004; 101:1902–1907.
29. Yamagami T, Kato T, Iida S, et al. Günther Tulip inferior vena cava filter placement during treatment for deep venous thrombosis of the lower extremity. Cardiovasc Intervent Radiol 2005; 28:442–453.
30. Rutherford RB. Prophylactic indications for vena cava filters: critical appraisal. Semin Vasc Surg 2005; 18:158–165.
31. Rosenthal D, Swischuk JL, Cohen SA, et al. OptEase retrievable inferior vena cava filter: initial multicenter experience. Vascular 2005; 13:286–289.
32. Neuerbeurg JM, Handt S, Beckert K, et al. Percutaneous retrieval of the Tulip vena cava filter: feasibility, short- and long-term changes—an experimental study in dogs. Cardiovasc Intervent Radiol 2001; 24:418–423.
33. de Gregorio MA, Gimeno MJ, Tobio R, et al. Animal experience in the Günther Tulip retrievable inferior vena cava filter. Cardiovasc Intervent Radiol 2001; 24:413–417.
34. Brountzos EN, Kaufman JA, Venbrux AC, et al. A new optional vena cava filter: retrieval at 12 weeks in an animal model. J Vasc Interv Radiol 2003; 14: 763–772.
35. De Gregorio MA, Gamboa P, Gimeno MJ, et al. The Günther tulip filter: prolonged temporary filtration by repositioning within the inferior vena cava. J Vasc Interv Radiol 2003; 14: 1259–1265.
36. Millward SF, Bhargava A, Aquino J, et al. Günther Tulip filter: preliminary clinical experience with retrieval. J Vasc Interv Radiol 2000; 11:75–82.
37. Lopera J, Araki J, Kirsch D, et al. Modified technique to minimize filter tilting during deployment of the Günther Tulip filter: in vitro study. J Vasc Interv Radiol 2005; 16:1539–1544.