**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBIT TO THE
COOK DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN
LIMINE TO EXCLUDE OR LIMIT ARGUMENT AND EVIDENCE THAT
RETRIEVABLE AND/OR CELECT AND/OR IVC FILTERS GENERALLY SAVE
<u>LIVES OR CAPTURE BLOOD CLOTS</u>**

    This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal Exhibit to The Cook Defendants' Response in Opposition to Plaintiff's Motion in

Limine to Exclude or Limit Argument and Evidence that Retrievable and/or Celect and/or IVC

Filters Generally Save Lives or Capture Blood Clots.  The Court, having reviewed the Cook

Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good

cause exists and that the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that **Exhibit F** to The Cook Defendants' Response in

Opposition to Plaintiff's Motion in Limine to Exclude or Limit Argument and Evidence that

Retrievable and/or Celect and/or IVC Filters Generally Save Lives or Capture Blood Clots is to

be maintained **under seal.**

SO ORDERED this _____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.