IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Everett Fike:

Civil Case #: 1:17-cv-02921-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff hereby moves this Court for leave to amend his complaint, pursuant to Fed. R. Civ. P. 15(a)(2), to remove Plaintiff **Everett Fike** and substitute **Latina I. Lindstrom, surviving statutory beneficiary of Everett Fike, deceased** and to modify the allegations to substitute allegations relating to Ms. Lindstrom and to Counts 9 and 10 (Wrongful Death and Survival, respectively). Filed simultaneously with this Motion are the proposed order and the signed Amended Short Form Complaint with the changes noted as required by Local Rule 15-1.

1. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff Everett Fike request that this Court grant this request for leave to remove Plaintiff **Everett Fike** and substitute **Latina I. Lindstrom, surviving statutory beneficiary of Everett Fike, deceased** and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Respectfully submitted,

/s/ Baird A. Brown
Baird A. Brown (Bar No. 56627)
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, 12th Floor
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2017, copies of the Unopposed Motion For Leave to Amend Complaint and proposed order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Taurin Robinson
Taurin Robinson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s):

Everett Fike:

Civil Case #: 1:17-cv-02921-RLY-TAB

## **ORDER**

Pursuant to the agreement between the Parties reflected in Plaintiff's Motion for Leave to Amend Complaint, and finding good cause therefore, it is hereby ORDERED that:

1. Plaintiff is hereby granted leave to file an Amended Short Form Complaint that was attached to his Motion;

2. The Clerk of the Court is directed to file the Amended Short Form complaint into the record in this matter.

Signed this_____ day of _____, 2017.

_____
Honorable Richard L. Young
United States District Court Judge