UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEIDCAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    MDL NO. 2570
PRODUCTS LIABILITY LITIGATION

                                                  Case No. 1:14-ml-2570-RLY-TAB

THIS DOCUMENT RELATES TO:
*Tonya Brand*, Case No.1:14-cv-06018-RLY-TAB

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff Tonya Brand respectfully moves

the Court to maintain under seal Plaintiff's unredacted "Plaintiff's Responses to the Cook

Defendants' Omnibus Motions in Limine (Previously Decided and Renewed) and Authority in

Support," and unredacted Exhibits "A" through "OOO."

Defendants have designated these documents as confidential.

Dated September 24, 2018

                                          Respectfully Submitted,

                                          */s/ Joseph N. Williams_____*
                                          Joseph N. Williams, Atty. No. 25874-49
                                          Riley Williams & Piatt, LLC
                                          301 Massachusetts Avenue
                                          Indianapolis, IN 46204
                                          Telephone: (317) 633-5270
                                          Facsimile: (317) 426-3348
                                          Email: jwilliams@rwp-law.com

                                          *Liaison Counsel to Plaintiffs' Steering Committee and
                                          on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*


## CERTIFICATE OF SERVICE


I hereby certify that on September 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.



*/s/ Ben C. Martin*_____
Ben C. Martin

2