UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

1:17-cv-3788; 1:18-cv-237; 1:18-cv-624; 1:18-cv-635
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 8108)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the four cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

In response to Cook's Motion, Brian Lower, 1:18-cv-635, has filed a PPF. The other three Plaintiffs have not. Accordingly, Cook's Motion (Filing No. 8108) is **GRANTED in part** and **DENIED in part**; it is **GRANTED,** with respect to Samantha Vega Cruz, 1:17-cv-3788; Amanda Marstiller, 1:18-cv-237; Tindaro D. Mondello, 1:18-cv-624, **without prejudice**; and **DENIED** with respect to Brian Lower, 1:18-cv-635.

**SO ORDERED** this 24th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.

Case 1:14-ml-02570-RLY-TAB   Document 9267   Filed 09/24/18   Page 2 of 2 PageID #: 61607