# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**EXHIBITS SUBMITTED WITH COOK DEFENDANTS'
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO
EXCLUDE OR LIMIT THE EXPERT TESTIMONY OF RAMAN UBEROI, M.D.**

The following exhibits are hereby submitted with the Cook Defendants' Response to Plaintiff's Motion to Limit the Testimony of Raman Uberoi, M.D.:

| Exhibit | Description |
|---|---|
| A | February 23, 2018 Invoice from Dr. Reisman |
| B | Errata Sheet for August 3, 2018 Deposition of Raman Uberoi, MD and one page of the correct transcript – **FILED UNDER SEAL** |
| C | Rane & Uberoi, IVC Filters' Indications and Evidence (2009) |

US.120128569.01

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 25, 2018 | /s/ Andrea Roberts Pierson |

Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

US.120128569.01

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*

US.120128569.01