# EXHIBIT A



**RICHARD M. REISMAN MD MPH**
Ellian Inc.
MedicoLegal consulting service

2050 Bennett Road
Grayson, GA 30017

Phone: (770) 241-5075
E-mail: reismanfam@mindspring.com

Andrea Roberts Pearson
300 North Meridian Street Suite 2700
Indianapolis IN 46204

RE: Tonya Brand Case

February 23, 2018

Dear Ms. Roberts Pearson:

At your request, I am submitting an invoice for the above case. Please remit payment to Ellian Inc. at the above address for the following services rendered:

| Services Rendered | | | | |
|---|---|---|---|---|
| Date of Service | Appearance/Activity Type | Hours | Rate/Hour | Total |
| 2/19/18 | Telephone Call with A. Roberts Pearson | 1 | $300.00 | 300 |
| 2/21/18 | Meeting with Ben Martin | 1 | $300.00 | 300 |
| 2/22/18 | Deposition | 6 | 300.00 | 1800 |
| | | | | |
| | | | | |
| | | | Total | $2400 |

Please let me know if you have any questions.

Thank you,

*R.M. Reisman*
Richard M. Reisman MD

**Andrea Roberts Pierson**  
*Partner*  
andrea.pierson@FaegreBD.com  
Direct **+1 317 237 1424**

**Faegre Baker Daniels LLP**  
300 North Meridian Street ▾ Suite 2700  
Indianapolis ▾ Indiana 46204-1750  
Main **+1 317 237 0300**  
Fax **+1 317 237 1000**

March 12, 2018

| | |
|---|---|
| To: | Law Offices of Ben C. Martin<br>3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219 |
| Re: | Reimbursement of Plaintiff Portion of Dr. Richard Reisman February 22, 2018, deposition |
| Charge: | $300.00 (Plaintiff meeting fee with Dr. Reisman)<br>$666.00 (Plaintiff Portion of deposition – Plaintiff questioned for 37% of the deposition – Dr. Reisman billed $1,800 for deposition)<br><br>$966.00 – Total of Plaintiff Portion |

Reimbursement of $966.00 payable to:

Faegre, Baker, Daniels  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204  
Tax ID: 41-0244008

US.116876298.01