IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § |
| This Document Relates to All Actions | |

Case No.1:14-ml-2570-RLY-TAB
MDL No. 2570

### PLAINTIFF'S MOTION AND PROPOSED ORDER TO WITHDRAW PLAINTIFF'S RESPONSES TO THE COOK DEFENDANTS' OMNIBUS MOTIONS IN LIMINE (NEW) AND AUTHORITY IN SUPPORT [DOC. 9260]

COMES NOW Plaintiff, Tonya Brand, and files Plaintiff's Motion and Order to Withdraw Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support [Doc. 9260], originally filed on September 24, 2018 as Document No. 9260.

### I.

Plaintiff inadvertently misfiled Document No. 9260 without identifying exhibit numbers in Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support [Doc 9260.]

Plaintiff requests this Honorable Judge withdraw Document No. 9260.

Plaintiff further requests that the Court replace that document with Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support filed as Document No. 9263.

1

Dated: September 25, 2018             Respectfully Submitted,

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin
