IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § | Case No.1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | § § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S RESPONSES TO THE COOK DEFENDANTS' OMNIBUS MOTIONS IN LIMINE (NEW) AND AUTHORITY IN SUPPORT [DOC. 9260]

This comes before the Court on Plaintiff's Motion and Order to Withdraw Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support [Doc. 9260], originally filed on September 24, 2018 as Document No. 9260, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered that Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support [Doc. 9260], originally filed on September 24, 2018 as Document No. 9260, is withdrawn.

All of which is Ordered this _____ day of September, 2018

_____ _____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

1