**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff's unredacted Plaintiff's Responses to the Cook Defendants' Omnibus Motions in Limine (New) and Authority in Support [Doc. 9263], including Exhibits "1" - "48," shall remain under seal.

All of which is Ordered this _____day of September, 2018

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.