UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

1:17-cv-1349; 1:17-cv-3377; 1:17-cv-6086; and 1:18-cv-00078.
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
### (Filing No. 7709)

Pursuant to the court's Entry dated April 18, 2018, the court **GRANTS** the Cook Defendants' Motion to Dismiss (Filing No. 7709) the following actions for Plaintiffs' failure to file Plaintiff Profile Forms within the time frame set forth in the Third Amended Case Management Order No. 4:

- William Wendt, 1:17-cv-01349
- Tamera Blake, 1:17-cv-03377
- Nicholas Hendricks, 1:17-cv-06086
- Gwendolyn Burt, 1:18-cv-00078

This dismissal is **without prejudice**.

**SO ORDERED** this 26th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.