UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

1:17-cv-01252
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 7753)

Pursuant to the court's Entry dated April 18, 2018, the court **GRANTS** the Cook Defendants' Motion to Dismiss (Filing No. 7753) the action of Veronica Tyynismaa for her failure to file a Plaintiff Profile Form within the time frame set forth in the Third Amended Case Management Order No. 4. This dismissal is **without prejudice**.

**SO ORDERED** this 26th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1