UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB   MDL No. 2570 |

### ORDER ON THE COOK DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. MICHAEL C. FISHBEIN, M.D.

The Cook Defendants move to exclude the expert opinions of Plaintiff's expert, Dr. Michael C. Fishbein, M.D. Rather than respond to the motion, Plaintiff filed a notice to withdraw him as an expert. (Filing No. 9184). Accordingly, the Cook Defendants' Motion to Exclude Expert Opinions of Dr. Michael Fishbein, M.D. (Filing No. 8601) is **DENIED as MOOT**.

**SO ORDERED** this 26th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.