UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. ALAN LITSKY**

The Cook Defendants move to exclude the expert opinions of Plaintiff's expert, Dr. Alan Litsky. Plaintiff filed a notice to withdraw him as an expert. (Filing No. 9143). Accordingly, the Cook Defendants' Motion to Exclude Expert Opinions of Dr. Alan Litsky (Filing No. 8637) is **DENIED as MOOT**.

**SO ORDERED** this 26th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.