UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Tonya Brand, 1:14-cv-06018-RLY-TAB
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO WITHDRAW JULY 18, 2018 MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION AND RELATED FILINGS

The Cook Defendants move to withdraw their Motion for Summary Judgment Based on Federal Preemption. The court has reviewed their motion and finds it should be **GRANTED**. **IT IS THEREFORE ORDERED**, **ADJUDGED**, **and DECREED** that Cook Defendants' Motion to Withdraw July 18, 2018 Motion for Summary Judgment Based on Federal Preemption and Related Filings (Filing No. 8587) is hereby **GRANTED**. The (1) Motion for Summary Judgment Based on Federal Preemption in the Brand Matter (Filing No. 8564); (2) Sealed Memorandum of Law in Support of Motion for Summary Judgment Based on Federal Preemption in Brand (Filing No. 8566); (3) Motion To Maintain Document Under Seal Sealed Document (Filing No. 8570); and

1

all related attachments are deemed **WITHDRAWN**.

**SO ORDERED** this 26th day of September 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.