IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. **1:14-ml-2570-RLY-TAB** MDL No. 2570 |

This Document Relates to Plaintiff
    **CINDY LOU NORMAN**

Civil Case # **1:18-CV-6092-RLY-TAB**

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for her Short Form Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party: **Cindy Lou Norman**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: **N/A**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): **N/A**

4. Plaintiff's/Deceased Party's state of residence at the time of implant: **Oklahoma**

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury: **Oklahoma**

6. Plaintiff's/Deceased Party's current state of residence: **Oklahoma**

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Northern District of Oklahoma**

8. Defendants (Check Defendants against whom Complaint is made):

   [x]   Cook Incorporated

   [x]   Cook Medical LLC

   [x]   William Cook Europe ApS

9. Basis of Jurisdiction:

   [x]   Diversity of Citizenship

   [ ]   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   **Paragraphs 23 through 28 of the Master Complaint**

   b. Other allegations of jurisdiction and venue: **N/A**

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    [X]   Günther Tulip® Vena Cava Filter

    [ ]   Cook Celect® Vena Cava Filter

    [ ]   Gunther Tulip Mreye

    [ ]   Cook Celect Platinum

    [ ]   Other:

2

11. Date of Implantation as to each product: **March 4, 2010**

12. Hospital(s) where Plaintiff was implanted (including City and State):

   **Tahlequah City Hospital in Tahlequah, Oklahoma**

13. Implanting Physician(s):

   **James McKinnon, M.D.**

Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I: Strict Products Liability – Failure to Warn
- [x] Count II: Strict Products Liability – Design Defect
- [x] Count III: Negligence
- [x] Count IV: Negligence Per Se
- [x] Count V: Breach of Express Warranty
- [x] Count VI: Breach of Implied Warranty
- [x] Count VII: Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [x] Count XI: Punitive Damages

14. Attorney for Plaintiff:

**Paul T. Boudreaux, Richardson Richardson Boudreaux**

15. Address and bar information for Attorneys for Plaintiff:

**Paul T. Boudreaux, OBA #990**
**Richardson Richardson Boudreaux**
**7447 So. Lewis Avenue**
**Tulsa, OK 74136**

        Respectfully submitted,

        **RICHARDSON RICHARDSON BOUDREAUX**


        /s/  Paul T. Boudreaux
        Paul T. Boudreaux
        7447 South Lewis Avenue
        Tulsa, Oklahoma 74136
        Telephone:  (918) 492-7674
        Facsimile:  (918) 493-1925
        paul@rrbok.com
        ***Attorneys for Plaintiff***

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on September 26, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Copies sent to non-registered participants as follows:

Angela Spears
**ROSEN & SPEARS**
5075 Westheimer, Suite 760
Houston, TX  77056

Anthony James Urban
**LAW OFFICES OF ANTHONY URBAN, P.C.**
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Ave., Suite 10
Paducah, KY  42001

Brian J. Urban
**LAW OFFICES OF ANTHONY URBAN, P.C.**
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Charles Rene Houssierre, III
**HOUSSIERE DURANT & HOUSSIERE, LLP**
1990 Post Oak Blvd., Suite 800
Houston, TX  77056-3812

Corrie Johnson Yackulic
**CORRIE YACKULIC LAW FIRM PLLC**
315 5th Ave. South, Suite 1000
Seattle, WA  98104-2682

George Jerre Duzane
**DUZANE KOOPERMAN & MONDELLI**
603 Woodland St.
Nashville, TN  37206-4211

Joseph A. Napiltonia
**LAW OFFICE OF JOE NAPILTONIA**
213 3rd Avenue North
Franklin, TN 37064

Lucas J. Foust
**FOUST LAW OFFICE**
1043 Stoneridge Dr., Suite 2
Bozeman, MT  59718

Wilnar Jeanne Julmiste
**ANDERSON GLENN LLP**
2201 NW Corporate Blvd, Ste. 100
Boca Raton, FL 33431

Jay Harris
**HARRIS, RENY & TORZEWSKI**
3rd Floor, Two Maritime Plaza
Toledo, OH 43604

Justin Kyle Brackett
**TIM MOORE ATTORNEY AT LAW, P.A.**
305 E. King St.
Kings Mountain, NC  28086

Marian S. Rosen
**ROSEN & SPEARS**
5075 Westheimer, Suite 760
Houston, TX  77056

Peter C Wetherall
**WETHERALL GROUP, LTD.**
9345 W. Sunset Rd., Suite 100
Las Vegas, NV 89148

| | |
|---|---|
| Thomas H. Terry, III<br>619 Calhoon Road<br>Bay Village, OH  44140 | David J Britton<br>**LAW OFFICE OF DAVID J. BRITTON**<br>2209 N 30TH ST<br>STE 4<br>TACOMA, WA 98403 |
| Robert M. Hammers, Jr.<br>**JASON T SCHNEIDER, P.C.**<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA  30328 | |
| | W. Bryan Smith<br>**MORGAN & MORGAN, LLC**<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Cliff W. Marcek<br>**CLIFF W. MARCEK, P.C.**<br>700 S. Third St.<br>Las Vegas, NV 89101 | |

                                                 __/s/ Paul T. Boudreaux_____