IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-01148-RLY-TAB; Bennett, Zachary
1:18-cv-01153-RLY-TAB; Luke, Travis LeCroy
1:18-cv-01276-RLY-TAB; Carmichael, Douglas
and Vair, Rebecca
1:18-cv-01281-RLY-TAB; Silva, Eric Raymond
1:18-cv-01282-RLY-TAB; Spangler, Andru-Scot
1:18-cv-01949-RLY-TAB; Hicks, Judith and
Billy

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs file this Response to the Motion to Dismiss [DOC 9066] filed by Defendants,

Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and

William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that

the Court grant additional time for the Plaintiff to submit a Plaintiff Profile Sheet. In support of

this Motion, the Plaintiffs state the following:

1.      On August 31, 2018, the Cook Defendants filed their Motion to Dismiss against

multiple Plaintiffs, including various Plaintiffs represented by Fears Nachawati, for their failure to

provide a Plaintiff Profile Sheet.

2.      Plaintiffs' counsel has used due diligence to contact these plaintiffs by phone calls,

FedEx, and email/text, whenever possible.

3.      To date, the Plaintiffs have not returned a completed Plaintiff Profile Sheet to the

undersigned counsel.

4.      Accordingly, the Plaintiffs' counsel humbly asks the Court for an additional forty-five (45) days to produce their PPS to the Cook Defendants.


Dated: September 27, 2018                    Respectfully submitted,

                                             */s/ Arati C. Furness*
                                             **Matthew R. McCarley**
                                             Texas Bar No. 24041426
                                             mccarley@fnlawfirm.com
                                             **Arati C. Furness**
                                             Texas Bar No. 24094382
                                             California Bar No. 225435
                                             afurness@fnlawfirm.com
                                             **FEARS NACHAWATI, PLLC**
                                             4925 Greenville Avenue, Suite 715
                                             Dallas, Texas 75206
                                             Tel. (214) 890-0711
                                             Fax (214) 890-0712

                                             **ATTORNEY FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Arati C. Furness*
**Arati C. Furness**