UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEIDCAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO:
*Tonya Brand*, Case No.1:14-cv-06018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff Tonya Brand respectfully moves the Court to maintain under seal Plaintiff's unredacted Exhibits "A" through "OOO" to Plaintiff's Responses to Cook Defendants' Omnibus Motions in Limine (Previously and Renewed) and Authority in Support [Doc No. 9261].

Defendants have designated these documents as confidential.

Dated October 1, 2018

                                        Respectfully Submitted,

                                        */s/ Joseph N. Williams*_____
                                        Joseph N. Williams, Atty. No. 25874-49
                                        Riley Williams & Piatt, LLC
                                        301 Massachusetts Avenue
                                        Indianapolis, IN 46204
                                        Telephone: (317) 633-5270
                                        Facsimile: (317) 426-3348
                                        Email: jwilliams@rwp-law.com

                                        *Liaison Counsel to Plaintiffs' Steering Committee and*
                                        *on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside_____
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin_____
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews_____
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin_____
Ben C. Martin

2