IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

       ERIC T. JOHNSON
       1:18-cv-1171-RLY-MPB

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Eric Johnson files this his Response to the Motion to Dismiss [DOC 9066] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for the Plaintiff to submit a Plaintiff Profile Sheet. In support of this Motion, the Plaintiff states the following:

1. On August 31, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Plaintiff, Eric Johnson, represented by the Law Offices of Ben C. Martin, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants on June 1, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. Plaintiff's counsel has used due diligence to contact Eric Johnson but has yet to hear back from him.

3. Numerous attempts to contact Eric Johnson have been made to no avail. The efforts have been continuous, but Plaintiff has yet to return a PPS.

1

4. Accordingly, the Plaintiff's counsel needs more time to locate Plaintiff Eric Johnson to obtain the necessary information to accurately complete the PPS and produce to the Cook Defendants a Plaintiff Profile Sheet; specifically, the Plaintiff's counsel humbly asks the Court for an additional forty-five (45) days to produce a Plaintiff Profile Sheet to the Cook Defendants.

Dated: September 24, 2018

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**The Law Offices of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

On this 24th day of September, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin