cIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

    ERIC T. JOHNSON
    1:18-cv-1171-RLY-MP

_____

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The matter, having come before the Court on Defendants' Motion to Dismiss for lack of a Plaintiff Profile Sheet, and for good cause shown, that the Motion should be denied.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1