# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) PLEASE SEE ATTACHED LIST OF PENDING CASES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Michael T. Gallagher | Michael T. Gallagher |
| **Law Firm, Company, and/or Agency:** | The Gallagher Law Firm, LLP | The Gallagher Law Firm, PLLC |
| **Address:** | 2905 Sackett Street<br>Houston, TX 77098 | 2905 Sackett Street<br>Houston, TX 77098 |
| **Primary E-mail:** | donnaf@gld-law.com | donnaf@gld-law.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | 713-222-8080 | 713-222-8080 |
| **Facsimile:** | 713-222-0066 | 713-222-0066 |

Date: 10-1-18                              s/ Michael T. Gallagher

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

## THE GALLAGHER LAW FIRM, PLLC
## LIST OF PENDING CASES

1:16-cv-01224-RLY-TAB
1:16-cv-02211-RLY-TAB;
1:16-cv-02270-RLY-TAB;
1:16-cv-02271-RLY-TAB;
1:16-cv-02272-RLY-TAB;
1:16-cv-02274-RLY-TAB;
1:16-cv-02277-RLY-TAB;
1:16-cv-03246-RLY-TAB;
1:17-cv-00151-RLY-TAB;
1:17-cv-00152-RLY-TAB;
1:17-cv-00153-RLY-TAB;
1:17-cv-00158-RLY-TAB;
1:17-cv-00159-RLY-TAB;
1:17-cv-00161-RLY-TAB;
1:17-cv-00162-RLY-TAB;
1:17-cv-00474-RLY-TAB;
1:17-cv-03863-RLY-TAB;
1:17-cv-03938-RLY-TAB;
1:17-cv-04697-RLY-TAB;
1:17-cv-04739-RLY-TAB;
1:18-cv-00592-RLY-TAB;
1:18-cv-01364-RLY-TAB;
1:18-cv-01449-RLY-TAB;
1:18-cv-01481-RLY-TAB;
1:18-cv-01482-RLY-TAB;
1:18-cv-01911-RLY-TAB;
1:18-cv-02412-RLY-TAB;
1:18-cv-02447-RLY-TAB;
1:18-cv-02448-RLY-TAB;
1:18-cv-02539-RLY-TAB;
1:18-cv-02694-RLY-TAB;
1:18-cv-02792-RLY-TAB;