IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## Appearance

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Tonya Brand.

Date: October 1, 2018

    Respectfully submitted:

    /s/ Roger L. Mandel
    Roger L. Mandel
    Jeeves Mandel Law Group, P.C.
    12222 Merit Dr., Suite 1200
    Dallas, TX 75230
    (T) 214-253-8300
    (F) 727-822-1499
    rmandel@jeevesmandellawgroup.com

    *Counsel for Plaintiff Tonya Brand*

**Certificate of Service**

       I hereby certify that on October 1, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              /s/ Roger L. Mandel_____
                                              Roger L. Mandel