**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-02372 | 1:18-cv-02694 |
| 1:18-cv-02514 | 1:18-cv-02697 |
| 1:18-cv-02515 | 1:18-cv-02701 |
| 1:18-cv-02516 | 1:18-cv-02704 |
| 1:18-cv-02683 | 1:18-cv-02720 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    October 1, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120204572.01