IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Ramon Fisco Swann,

Civil Case No. 1:17-cv-01383-RLY-TAB

**SUGGESTION OF DEATH UPON THE
RECORD UNDER RULE 25(a)(1) and
MOTION FOR SUBSTITUTION OF PARTY**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Ramon Sisco Swann, Sr. (incorrectly named as "Ramon Fisco Swann" in plaintiffs' Complaint), plaintiff in this action. Ramon Sisco Swann, Sr. passed away on January 19, 2018. Ramon Sisco Swann, Sr.'s Death Certificate is attached hereto as Exhibit A and incorporated by reference.

Ramon Samuel Sisco Swann II, son of Ramon Sisco Swann, Sr. a/k/a Ramon Fisco Swann, one of two surviving adult children of the Deceased, is next of kin to Ramon Sisco Swann Sr., as evidenced by the Affidavit of Next of Kin dated June 27, 2018. A copy of said Affidavit is attached as Exhibit B and incorporated herein by reference. Ramon Sisco Swann, Sr.'s other heir at law has

agreed in writing to the requested substitution, as shown on the Family Settlement Agreement attached hereto as Exhibit C and incorporated by reference.

Pursuant to Rule 25a of the Federal Rules of Civil Procedure, it is hereby requested that "Ramon Samuel Sisco Swann II, Personal Representative of the Estate of Ramon Sisco Swann, Sr., Deceased" be substituted in place of Plaintiff Ramon Fisco Swann in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Drive, Suite 208
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Telecopier)

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I have attempted to contact Counsel for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., and while my attempt was acknowledged, Counsel has not expressed their position regarding this motion.

                                                /s/ Howard L. Nations
                                                Howard L. Nations

## CERTIFICATE OF SERVICE

I hereby certify tht on this 2nd day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ Howard L. Nations
                                                Howard L. Nations

# EXHIBIT A

EXHIBIT A

# EXHIBIT B

EXHIBIT B

# EXHIBIT C

EXHIBIT C