# EXHIBIT B

EXHIBIT B

STATE OF _New York_ §
COUNTY OF _Rockland_ §
§

## AFFIDAVIT

On this _27_ day of _June_, 2018, personally appeared _Ramon Samuel Sisco Swann II_, and who being first duly sworn, deposed and stated as follows:

1. My name is Ramon Samuel Sisco Swann II I am over eighteen years of age, capable of making this Affidavit, and the statements contained herein are true and correct to the best of my knowledge and ability.

2. I am one of the surviving children of Ramon Sisco Swann, Sr., who was born on August 17, 1954, and who died on or about January 19, 2018. A true and correct copy of the Certificate of Death for Ramon Sisco Swann, Sr. is attached hereto and incorporated herein by reference.

3. No personal representative or executor has been appointed for the decedent's estate in this state or elsewhere, and no application for such an appointment has been filed in this state or elsewhere.

4. This Affidavit is made in support of my request for the release of prescription and/or medical records regarding my father, Ramon Sisco Swann, Sr., Deceased.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on the _27_ day of _June_, 2018.

_____, Affiant

Sworn to and subscribed before me, the undersigned authority, on this _27_ day of _June_, 2018, to which witness my hand and seal of office.

[SEAL]

_____
NOTARY PUBLIC, IN AND FOR THE
STATE OF _New York_

JUSTIN COOK
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
LIC. #01CO6353112
COMMISSION EXPIRES 01/17/2021