# EXHIBIT C

EXHIBIT C

## FAMILY SETTLEMENT AGREEMENT

This Agreement is entered into by and between the following individuals, hereinafter "Parties":

Ramon Samuel Sisco Swann II, Surviving Adult Child
Ramona Marie Swann, Surviving Adult Child

Whereas, Parties are heirs to the estate of Ramon Sisco Swann, Sr., ("Decedent") and do not wish to open probate proceedings or incur additional probate costs to disburse proceeds from Decedent's lawsuit against Cook Incorporated, Cook Medical LLC, William Cook Europe ApS, and instead wish to enter into this **Family Settlement Agreement** which, in lieu of estate administration, defines the amount each Party shall receive from said lawsuit.

The Parties agree as follows:

1. Ramon Samuel Sisco Swann II should be substituted in as "Personal Representative of the Estate of Ramon Sisco Swann, Sr., Deceased" to continue the action in her place and on behalf of all Parties.

2. All net amounts awarded to the Estate of Decedent shall be divided as follows:

    | | |
    |---|---|
    | Ramon Samuel Sisco Swann II | 50 % |
    | Ramona Marie Swann | 50 % |

3. No Party shall demand from other Party any additional amount above and beyond their allocated portion of the net award.

4. Parties agree to INDEMNIFY and hold Howard L. Nations, P.C./The Nations Law Firm, any co-counsel firms, and Defendant(s) in the above-referenced lawsuit (collectively, "All Case Counsel"), as well as All Case Counsel's employees, officers, directors, agents, and past, present and future subsidiaries, affiliates, and controlling persons, HARMLESS for any disputes among Parties arising from this agreement.

5. Parties agree under penalty of perjury that they have fully disclosed the identity of all potential heirs to the Estate of Decedent to Howard L. Nations, P.C./The Nations Law Firm, and all such heirs are listed as Parties above and in the signature blocks below.

6. This Family Settlement Agreement may be executed in counterparts, which together shall constitute a fully executed original.

7. Parties hereby agree that this Family Settlement Agreement and its related issues shall be governed by Texas law, and they agree that the jurisdiction for resolving issues and claims pertaining to the estate, probate and this Family Settlement Agreement shall be district court in Harris county, Texas.

THEREFORE, in consideration of these promises, Parties hereby agree to and accept all conditions set forth in this Family Settlement Agreement.

_____      6/27/18
Ramon Samuel Sisco Swann II, entitled to 50 %, per this Family     DATE
Settlement Agreement

STATE OF _New York_     §
                                                           §
COUNTY OF _Rockland_     §

    BEFORE ME, the undersigned authority, on this day personally appeared _Ramon Samuel Sisco Swann II_, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

    Given under my hand and seal of office this _27_ day of _June_, 201_8_.

(SEAL)                                   Notary Public in and for the State of _New York_

JUSTIN COOK
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
LIC. #01CO6353112
COMMISSION EXPIRES 01/17/2021

_____      _____
Ramona Marie Swann, entitled to 50 %, per this Family Settlement     DATE
Agreement

STATE OF _____     §
                               §
COUNTY OF _____     §

    BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

    Given under my hand and seal of office this _____ day of _____, 201___.

(SEAL)                                   Notary Public in and for the State of _____

_____     _____
Ramon Samuel Sisco Swann II, entitled to 50 %, per this Family    DATE
Settlement Agreement

STATE OF _____        §
                              §
COUNTY OF _____        §

BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _____ day of _____, 201___.


(SEAL)                          Notary Public in and for the State of _____


X _Ramona Marie Swann_____        _6-8-2018_____
Ramona Marie Swann, entitled to 50 %, per this Family Settlement    DATE
Agreement

STATE OF __NC_____           §
                              §
COUNTY OF __Wake___           §

BEFORE ME, the undersigned authority, on this day personally appeared Ramona Duna (CE) Swann, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this __8__ day of __June__, 2018.

(SEAL — Cynthia M Ellis, Notary Public, Johnston County, NC, My Commission Expires 4-16-23)

Cynthia M Ellis
Notary Public in and for the State of __NC__

Swann, Ramon - Family Settlement Agreement        Page 2 of 2