IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Ramon Fisco Swann,

Civil Case No. 1:17-cv-01383-RLY-TAB

**ORDER GRANTING MOTION
FOR SUBSTITUTION OF PARTY**

# ORDER

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Ramon Samuel Sisco Swann II, Personal Representative of the Estate of Ramon Sisco Swann, Sr., Deceased" be substituted for "Ramon Fisco Swann" in this action, continuing the claims of Ramon Sisco Swann (previously incorrectly named as "Ramon Fisco Swann") on behalf of his Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Ramon Sisco Swann's individual claims continue in full force and effect.

_____
UNITED STATES JUDGE