IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED - case dismissed without prejudice.
> Dated: 10/02/18
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES    Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to Plaintiff(s)

John Dodd_____

Civil Case #: 1:18-cv-01184-JMS-MJD_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff John Dodd ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-001184-JMS-MJD filed on April 18, 2018.  The Short Form Complaint was served on or forwarded to the Cook Defendants on April 24, 2018.

                                        Respectfully submitted,

                                        **McGLYNN, GLISSON & MOUTON**

Dated:   September 20, 2018            By: /s/Amanda L. Washington
                                        Amanda L. Washington, LA #34811
                                        340 Florida Street
                                        Baton Rouge, LA 70801
                                        Telephone:  225-344-3555
                                        Fax:  225-344-3666
                                        amanda@mcglynnglisson.com
                                        **Attorney for Plaintiff**