UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Tonya Brand, | ) | |
| 1:14-cv-06018-RLY-TAB | ) | |
| _____ | ) | |

**AMENDED ORDER ON THE COOK DEFENDANTS' MOTION TO EXCLUDE
EXPERT OPINIONS OF DR. MICHAEL C. FISHBEIN, M.D.**

The Cook Defendants filed a Motion to Exclude Expert Opinions of Dr. Michael

C. Fishbein, M.D. Their motion only addressed Dr. Fishbein's *case-specific* testimony.

Plaintiff thereafter withdrew her designation of Dr. Fishbein regarding case-specific

testimony. On September 26, 2018, the court denied the Cook Defendants' motion as

moot, and noted Plaintiff filed a notice to withdraw Dr. Fishbein as an expert. To set the

record straight, the court hereby **AMENDS** the September 26, 2018 Order (Filing No.

9282) to reflect that Plaintiff did not withdraw Dr. Fishbein as an expert, and intends to

offer his *general opinions* at the trial of this matter.

**SO ORDERED** this 2nd day of October 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1