UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to: All Actions
_____

**ORDER ON THE COOK DEFENDANTS' MOTION FOR SCREENING ORDER AND BELLWETHER SELECTION PLAN**

The Cook Defendants move for a screening order to ensure pending and future filed cases allege a cognizable injury and for a plan to select additional cases as bellwethers for trial. The court heard oral argument from the parties on September 20, 2018, and finds the Cook Defendants' Motion for Screening Order and Bellwether Selection Plan (Filing No. 8449) should be **GRANTED in part**.

Cook's Motion for Screening Order is **GRANTED in part**. The cases filed in this MDL are classified as follows:

- <u>Category 1 – Successful First Removal Without Complication or Physical Injury Cases</u>:

    Cases where the Plaintiffs' profile sheet and further follow-up shows that the Gunther Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or

1

filter complication was alleged during the time the filter was in place or in connection with the retrieval process.

- <u>Category 2 – Cases Alleging Mental Distress and Embedment</u>: Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged.

- <u>Category 3 – Stenosis of the IVC and Anticoagulation Cases</u>: (a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook IVC filter; and (b) Cases where the Plaintiff has alleged a need for coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter.

- <u>Category 4- Embedded and High Risk Cases</u>: Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval.

- <u>Category 5 – Failed Retrieval and Complicated Retrieval Cases</u>: (a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where the Plaintiff's filter was retrieved but required the use of a non-routine, complicated retrieval method.

- <u>Category 6 -- Non-Symptomatic Injury Cases</u>: (a) Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion or the presence of a clot in the filter that has not produced physical symptoms or complications.

- Category 7 – Symptomatic Injury Cases: Cases where the Plaintiff alleges medical symptoms, conditions or complications caused by one or more of the following conditions: (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy); (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site; (c) filter fracture – consisting of any loss of a filters structural integrity documented by imaging or autopsy; (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared with its deployed position) and as documented by imaging; (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging; (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement and is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy; (g) DVT or other blood clot caused by the filter; (h) infection; (i) bleed and (j) death.

Cook's Motion for Bellwether Selection Plan is **GRANTED in part**. The Plan consists of the following steps:

1. In order to ensure cases are properly categorized, Plaintiffs certify the respective outcomes, complications, and injuries claimed by submitting a specific medical record evidencing the claimed complications, outcomes, and injuries.

2. Using the information provided by Plaintiffs, Cook will prepare a census for the court of all cases in the MDL and whether they are Category 1, 2, 3, 4, 5, 6, or 7.

3. Cases in Category 1[1] are subject to immediate dismissal.

5. The court will use random selection to identify 24 cases from Categories 5 and 6 for the Bellwether Pool: 16 Tulip and 8 Celect.

6. The parties will exchange all medical records in their respective possession for the randomly selected cases and study those cases. Each party shall strike 4 Tulip and 2 Celect cases.

7. The parties will then submit short briefing on the bellwether appropriateness of the remaining dozen PIP cases (8 Tulip and 4 Celect).

8. The court will select three representative cases[2] as the next bellwethers: a Tulip trial, then a Celect trial, and finally another Tulip trial.

The parties should be prepared to discuss workable deadlines for steps 1 and 2 at the next status conference.

**SO ORDERED** this 2nd day of October 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] Cases in Categories 2, 3, 4, and 7 remain for motion practice or trial.
[2] After further reflection, the court finds multi-Plaintiff bellwethers run the risk of confusing the jury and of significantly increasing the length of trials.

4