UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: *Brown, Makeba* 1:17-cv-04263 _____ | ) ) ) ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR INDIVIDUAL RELIEF FROM THE JULY 6, 2018, ORDER OF DISMISSAL

PLAINTIFF hereby withdraws her referenced motion (Doc. 8795) filed on August 2, 2018.

1. Plaintiff sought an order allowing her 60 days to obtain objective medical verification that she is on indefinite or lifetime anticoagulants resulting in economic loss to her and that the presence of her filter is the legal cause of her need for anticoagulants.

2. Plaintiff's counsel committed either to amend or withdraw the motion within that time frame. Plaintiff hereby withdraws her motion.

Respectfully submitted this  3rd  day of October, 2018.

*/s/ Matthew D. Schultz*
Matthew D. Schultz (FBN 640328)
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
mschultz@levinlaw.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>	*/s/ Matthew D. Schultz*
>	Matthew D. Schultz (FBN 640328)
>	Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
>	316 S. Baylen St., Suite 600
>	Pensacola, FL 32502
>	Tel: (850) 435-7140
>	mschultz@levinlaw.com
>	Counsel for Plaintiff