# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' TESTIFYING EXPERT DAVID GILLESPIE, M.D.

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Opposition to Plaintiff's Motion to Compel Discovery Related to Defendants' Testifying Expert David Gillespie, M.D.:

| Exhibit | Description |
|---|---|
| A | Affidavit of Andrea Roberts Pierson, dated October 3, 2018 |
| B | Defendants' Responses and Objections to Schedule A to the Notice of Deposition of Jon P. Fryzik [sic], dated July 5, 2017 |
| C | Email with attachment from Dr. Gillespie to Jessica Benson Cox, dated June 5, 2018 |
| D | First Amended Notice of Video Deposition of Gregory I. Gordon, M.D., dated May 7, 2018 |
| E | Plaintiff's Response to Amended Notice of Video Deposition of Gregory I. Gordon, M.D., dated June 7, 2018 |
| F | Response to Notice of Video Deposition of Michael C. Fishbein, MD, dated May 30, 2018 |
| G | Response to Notice of Video Deposition of Harlan Krumholz, MD, dated 6/21/2018 |

US.120250699.01

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 3, 2018 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Jessica Benson Cox (# 26259-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  jessica.cox@faegrebd.com<br><br>James Stephen Bennett (# 22869-02)<br>FAEGRE BAKER DANIELS LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, Indiana  46802<br>Telephone: (260) 424-8000<br>Facsimile: (260) 460-1700<br>stephen.bennett@faegrebd.com<br><br>*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

        /s/ Andrea Roberts Pierson

US.120250699.01