# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

## AFFIDAVIT OF ANDREA ROBERTS PIERSON IN SUPPORT OF THE COOK DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' TESTIFYING EXPERT DAVID GILLESPIE, M.D.

I, Andrea Roberts Pierson, do declare and state the following:

1. I am over 18 years of age and have personal knowledge of the facts and representations set forth in this affidavit.

2. I am an attorney at the law firm of Faegre Baker Daniels LLP and I represent Cook Group Incorporated, Cook Medical LLC, and William Cook Europe, ApS (collectively, "Cook") in this matter.

3. On or about June 20, 2017, I spoke with David Matthews, Esq., Plaintiffs' Co-Lead counsel in this MDL, about the discoverability of our respective communications with our expert witnesses. We agreed, on behalf of Cook and the Plaintiffs, that communications between counsel and expert witnesses would not be disclosed in this MDL.

4. Following that conversation, to the best of my knowledge and based on a review of the responses to discovery by both parties, Plaintiffs and Cook have withheld communications between counsel and expert witnesses that might otherwise be discoverable under Federal Rule of Civil Procedure 26(b)(4)(C). My understanding is that this is because of the aforementioned agreement.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 3, 2018

/s/ Andrea Pierson
Andrea Roberts Pierson