# EXHIBIT C

| | |
|---|---|
| **From:** | David Gillespie <diz1152@gmail.com> |
| **Sent:** | Tuesday, June 05, 2018 3:31 PM |
| **To:** | Cox, Jessica Benson |
| **Subject:** | Re: Gillespie Billing 4 JUN 18 |
| **Attachments:** | Gillespie billing 5 JUN 18.csv |

Jess,
Here is the revised billing spread sheet

DG

On Mon, Jun 4, 2018 at 9:41 PM, Cox, Jessica Benson <Jessica.Cox@faegrebd.com> wrote:
I would probably so it's clear. Sorry to be a pain!

Sent from my iPhone

> On Jun 4, 2018, at 5:05 PM, David Gillespie <diz1152@gmail.com> wrote:
>
> combination of both, should I revise?
>
> On Mon, Jun 4, 2018 at 7:49 PM, Cox, Jessica Benson <Jessica.Cox@faegrebd.com> wrote:
> Aren't all those entries reviewing and revising your report? Or were you reviewing depositions on the 30th, etc?
>
> Sent from my iPhone
>
>> On Jun 4, 2018, at 4:46 PM, David Gillespie <diz1152@gmail.com> wrote:
>>
>> ty her is the revised version
>>
>> On Mon, Jun 4, 2018 at 7:43 PM, Cox, Jessica Benson <Jessica.Cox@faegrebd.com> wrote:
>> Thx!
>>
>> Just so there isn't confusion, would you mind clarifying your time was for drafting your report? I think you are saying deposition and meaning report?
>>
>> If you clarify- will help me get you paid quicker!! :)
>>
>> Sent from my iPhone
>>
>>> On Jun 4, 2018, at 4:36 PM, David Gillespie <diz1152@gmail.com> wrote:
>>>
>>> Jessica
>>>  Please see attached billing to date.  Please let me know if you have questions.
>>>
>>>
>>> --

1

> > David L. Gillespie MD, RVT, FACS
> > Chief, Department of Vascular and Endovascular Surgery
> > Heart and Vascular Center
> > Southcoast Health Systems
> > Fall River/New Bedford MA
> > Phone) 585-451-1802
> >
> > <Gillespie billing 4 JUN 18.csv>
>
> --
> David L. Gillespie MD, RVT, FACS
> Chief, Department of Vascular and Endovascular Surgery
> Heart and Vascular Center
> Southcoast Health Systems
> Fall River/New Bedford MA
> Phone) 585-451-1802
>
> <Gillespie billing rev 4 JUN 18.csv>
>
> --
> David L. Gillespie MD, RVT, FACS
> Chief, Department of Vascular and Endovascular Surgery
> Heart and Vascular Center
> Southcoast Health Systems
> Fall River/New Bedford MA
> Phone) 585-451-1802

--
David L. Gillespie MD, RVT, FACS
Chief, Department of Vascular and Endovascular Surgery
Heart and Vascular Center
Southcoast Health Systems
Fall River/New Bedford MA
Phone) 585-451-1802

| Job | Clocked In | Clocked Out | Duration | Hourly Rate | Earnings | |
|---|---|---|---|---|---|---|
| Cook IVC | 5/17/2018 8:16 | 5/17/2018 8:45 | 0.5 | 650 | 325 | review depostiion |
| Cook IVC | 5/19/2018 9:33 | 5/19/2018 15:51 | 6.5 | 650 | 4,225.00 | writing report |
| Cook IVC | 5/21/2018 11:54 | 5/21/2018 12:51 | 1 | 650 | 650 | review /revise report |
| Cook IVC | 5/23/2018 15:30 | 5/23/2018 17:33 | 2.5 | 650 | 1,625.00 | reading background materiel |
| Cook IVC | 5/24/2018 20:07 | 5/24/2018 20:45 | 1 | 650 | 650 | review /revise report |
| Cook IVC | 5/25/2018 12:51 | 5/25/2018 14:10 | 1.5 | 650 | 975 | review /revise report |
| Cook IVC | 5/25/2018 19:01 | 5/25/2018 20:14 | 1.5 | 650 | 975 | review /revise report |
| Cook IVC | 5/26/2018 6:47 | 5/26/2018 7:00 | 0.5 | 650 | 325 | review /revise report |
| Cook IVC | 5/27/2018 15:18 | 5/27/2018 18:09 | 3 | 650 | 1,950.00 | reading background materiel |
| Cook IVC | 5/28/2018 10:14 | 5/28/2018 11:14 | 1 | 650 | 650 | review /revise report |
| Cook IVC | 5/28/2018 12:59 | 5/28/2018 13:12 | 0.5 | 650 | 325 | review /revise report |
| Cook IVC | 5/29/2018 12:16 | 5/29/2018 12:32 | 0.5 | 650 | 325 | review /revise report |
| Cook IVC | 5/29/2018 15:07 | 5/29/2018 15:17 | 0.5 | 650 | 325 | review /revise report |
| Cook IVC | 5/30/2018 11:10 | 5/30/2018 11:28 | 0.5 | 650 | 325 | review /revise report |
| Cook IVC | 5/30/2018 12:12 | 5/30/2018 12:45 | 1 | 650 | 650 | review /revise report |
| Cook IVC | 5/30/2018 13:55 | 5/30/2018 14:45 | 1 | 650 | 650 | review /revise report |
| Cook IVC | 6/1/2018 14:18 | 6/1/2018 14:20 | 0.5 | 650 | 325 | review /revise report |