# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Case No.: 1:14-cv-06018-RLY-TAB

**NOTICE OF ORAL DEPOSITION OF MICHAEL C. FISHBEIN, MD**

TO:  Michael C. Fishbein, MD
c/o David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), will take the deposition upon oral examination of Michael C. Fishbein, MD starting at **9:00 a.m.** on June 4, 2018, at 11766 Wilshire Blvd, Ste 750, Los Angeles, CA 90025, and continuing from day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and is to be recorded by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that deponent shall produce by May 30, 2018, the documents set forth in Schedule A, attached hereto, at the **office of Faegre Baker Daniels**

**LLP, c/o Andrea Pierson, 300 N. Meridian Street Suite, 2700, Indianapolis, IN 46204.** Said

documents may be produced in hard copy or electronically.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, a copy of the foregoing Notice of Oral Deposition of Michael C. Fishbein, MD was served on the following counsel of record by email and first-class mail, postage prepaid:

Ben C. Martin (bmartin@bencmartin.com)
Thomas W. Arbon (tarbon@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX  75219

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098

Joseph Williams (jwilliams@rwp-law.com)
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson

## SCHEDULE A TO NOTICE OF DEPOSITION

1. All documents or information reviewed, considered, and/or relied on by you in forming your opinions and drafting your report, including, but not limited to, all materials listed on any appendices, materials reviewed lists, or any similar list contained in your report(s) in this litigation. Documents produced by the Cook Defendants in this litigation that are identified by Bates Number in your report, and medical literature that is publically available for purchase, however, need not be produced.

2. All billing records generated by you or by any other entity that documents the compensation you have received or will receive for your work on this litigation.

3. Any correspondence, e-mails, or other communications between yourself and any third party that pertain to this litigation and the issues related to it. Correspondence, e-mails, or other communications with the attorneys for Plaintiffs shall be produced if and only if those communications:

    a. Relate to compensation for your study or testimony;
    b. Identify facts or data that Plaintiffs' attorneys provided and that you considered in forming your opinions expressed in your report; or
    c. Identify assumptions Plaintiffs' attorneys provided and that you relied upon in forming your opinions. *See* Fed. R. Civ. P. 26(b)(4)(C).

4. All correspondence with any other expert in this case which refers or relates to this case, including all documents received by any other expert in this case, including, but not limited to:

    Rebecca Betensky, PhD
    Gregory I. Gordon, MD
    Robert W. Johnson
    Harlan M. Krumholz, MD, SM
    Alan S. Litsky, MD, Sc.D
    Robert McMeeking, PhD

5. Raw data returned from any literature search done by you or someone working under your direction, including any reports of the number of articles returned by the search, any identification of the abstracts or articles returned by the search, and any copies of abstracts or articles downloaded from the search.

6. All notes, statistical analyses, test documents, projections, calculations, estimations, graphs, tables, charts, animations, recordings (visual or audio), drawings, or other materials generated or written by you, or someone working under your supervision and direction, that relate to your work and opinions in this litigation.

7. Any protocol developed or adopted to guide your methodology.

8. Any records or documents reviewed by you that specifically relate to plaintiff, Tonya Brand, including, but not limited to, all medical records, occupational and educational records, therapy records, social security disability records, medical bills, financial records, tax records, and pharmaceutical records.

9. Any report, white paper, study, statistical data, article, memorandum, book, essay, or other literature (draft or otherwise) relied on by you in forming your opinions, and which is not readily accessible to the public.

10. Any audio or visual recording or animation, including, but not limited to, podcasts, documentaries, news broadcasts, or any other audio/video recording reviewed, considered, and/or relied on by you in forming your opinions and drafting your report.

11. Any demonstrative exhibits, including samples of devices or tools referenced in your report that you are considering using if called to testify or which you relied on in forming your opinions or drafting your report.

12. Any original or first generation photograph, x-ray, CT scan, MRI, fluoroscopy, venogram, or other image reviewed, considered, and/or relied on by you in forming your opinions and drafting your report.

13. Screenshots of any website or social media page reviewed, considered, and/or relied upon by you in forming your opinions and drafting your report.

14. Any document or information from any other case or litigation that you reviewed, considered, and/or relied on in forming your opinions and drafting your report.

15. Any industry or professional standards that you reviewed, considered, and/or relied on, or were otherwise guided by, in forming your opinions and drafting your report.

16. Any marketing material, advertisement, labeling, or business record of a Cook competitor, including, but not limited to materials from C.R. Bard, Inc., Argon Medical Devices, Inc., and Boston Scientific Corporation, that you reviewed, considered, and/or relied on in forming your opinions and drafting your report.

17. Any marketing material, advertisement, labeling, or business record of a Cook entity that you reviewed, considered, and/or relied on in forming your opinions and drafting your report.

18. Your most current curriculum vitae.

19. All notes, modeling, finite element analysis, other analyses, test documents, calculations, photographs, films or other materials that relate to your work and opinions in this litigation.

20. A first generation or original copy of any photographs taken of IVC filters relied upon for your expert reports or otherwise included in your expert report.

21. All IVC filters inspected by you or others in the course of the creation of the content relied upon in your report.

22. Any other documents which you reviewed or considered in connection with formulating and supporting your opinions in this litigation and which are not otherwise called for in these requests.

6

US.117889834.01