UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates 1:14-cv-6018-RLY-TAB

**ORDER ON JOINT REQUEST TO EXTEND DEADLINES REGARDING THE OCTOBER 29, 2018 SETTLEMENT CONFERENCE**

The Court, having considered the Parties' request to extend by agreement the deadlines set forth in the Court's Order regarding the upcoming settlement conference (Doc. 9099), and finding that it is made for good cause and valid reasons HEREBY ORDERS:

a. The Parties' request to extend deadlines by six (6) days is GRANTED, and the following deadlines shall apply.

b. The Parties' Joint Statement on Settlement is due by **October 10, 2018**.

c. Plaintiffs' Settlement Proposal is due by **October 17, 2018**.

d. Cook's Settlement Proposal is due by **October 24, 2018**.

e. All other requirements and deadlines set forth in the Court's Order regarding settlement (Doc. 9099) s

Dated: 10/4/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.120252133.01