IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

  1:18-cv-02595
  1:18-cv-02658
  1:18-cv-02660
  1:18-cv-02723
  1:18-cv-02727

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     October 4, 2018              /s/ Kip S. M. McDonald
                                         Andrea Roberts Pierson (# 18435-49)
                                         Kip S. M. McDonald (# 29370-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, Indiana 46204
                                         Telephone: (317) 237-0300
                                         Facsimile: (317) 237-1000
                                         E-Mail: andrea.pierson@faegrebd.com
                                         E-Mail: kip.mcdonald@faegrebd.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 /s/ Kip S. M. McDonald