**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al*.,
Case No. 1:14-cv-6018-RLY-TAB

<u>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO**</u>
<u>**FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**</u>

The Court, having considered Plaintiff's Motion for Leave to File a Brief in Excess of Thirty-Five Pages in Plaintiff's Response in Opposition to Cook's Motion to Exclude the Testimony of Dr. Harlan Krumholz;

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered, Adjudged, and Decreed the Plaintiff is granted leave to file a Brief in excess of thirty-five pages in Plaintiff's Response in Opposition to Cook's Motion to Exclude the Testimony of Dr. Harlan Krumholz.

Date:  10/5/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.