**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a reply brief in excess of 20 pages in support of The Cook Defendants' Motion for Summary Judgment, specifically The Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment. This brief will be electronically filed on or before October 8, 2018. In support of this motion, the Cook Defendants state:

1. Local Rule 7-1(e) provides that reply briefs may not exceed 20 pages without leave of court. *See* Local Rules 7-1(e)(1) and 7-1(e)(2).

2. The Cook Defendants respectfully request leave to file a reply brief in excess of 20 pages in support of The Cook Defendants' Motion for Summary Judgment.

3. The Cook Defendants require a reply memorandum of more than 20 pages to support their motion for summary judgment. Cooks' Reply Memorandum serves to reply to the extensive arguments advanced by Plaintiff Tonya Brand in Plaintiff's Memorandum in

US.120270802

Opposition to Defendants' Motion for Summary Judgment [Dkt. No. 9146] - which opposition brief is itself in excess of the 35-page limit for response briefs. *See* Local Rule 7-1(e)(1). Indeed, Plaintiff's Memorandum in Opposition is 69 pages long.

4. The undersigned counsel for Cook state that they have used their best efforts to present their reply arguments as efficiently as possible, but find it necessary for the reasons detailed herein to request leave of court to exceed the 20-page maximum set forth in Local Rule 7-1(e)(1).

5. Cook will be able to adequately address the issues raised in its Reply Memorandum in 75 pages or less.

6. Cook has included a table of contents and a table of authorities in The Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply memorandum in excess of 20 pages in support of The Cook Defendants' Motion for Summary Judgment.

Respectfully submitted,

Dated: October 5, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

        Chuck Webber (# 0215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota   55402
Telephone:  (612) 766-7000
Facsimile:  (612)766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*


## CERTIFICATE OF SERVICE

I certify that on October 5, 2018, a copy of the foregoing **MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was filed electronically.  Parties may access this filing through the Court's electronic records system.

        */s/ Andrea Roberts Pierson*
        Andrea Roberts Pierson