IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

All Cases Referenced in Exhibit A

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7, M. Blair Clinton of the law firm Heninger Garrison Davis, LLC hereby moves the Court for leave to withdraw his appearance on all cases listed in Exhibit A, for which an appearance by the undersigned was entered in this action, on the basis that the undersigned will cease his job at the firm, effective October 5, 2018.  Caroline U. Hollingsworth of the law firm Heninger Garrison Davis, LLC will continue to represent all the Plaintiffs in this action.

Dated: October 5, 2018

Respectfully submitted,

*/s/ M. Blair Clinton*
M. Blair Clinton
Admitted *Pro Hac Vice*
Caroline U. Hollingsworth
Admitted *Pro Hac Vice*
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
T: (205) 326-3336
F: (205) 326-3332
bclinton@hgdlawfirm.com
caroline@hgdlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on October 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                      */s/ M. Blair Clinton*
                                      M. Blair Clinton