# EXHIBIT A

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE – M. BLAIR CLINTON FOR HENINGER GARRISON DAVIS, LLC

| Case Name | Docket Number |
|---|---|
| Dean v. Cook Incorporated et al. | 1:15-cv-01847 |
| Minogue v. Cook Incorporated et al. | 1:16-cv-00753 |
| Allen et al. v. Cook Incorporated et al. | 1:16-cv-01183 |
| Paine et al. v. Cook Incorporated et al. | 1:16-cv-01186 |
| Lykes et al. v. Cook Incorporated et al. | 1:16-cv-01189 |
| Kalasunas et al. v. Cook Incorporated et al. | 1:16-cv-01333 |
| Griffin v. Cook Incorporated et al. | 1:16-cv-01822 |
| Moore v. Cook Incorporated et al. | 1:16-cv-01988 |
| Washington v. Cook Incorporated et al. | 1:16-cv-02251 |
| Lawler v. Cook Incorporated et al. | 1:16-cv-02257 |
| Simpson et al. v. Cook Incorporated et al. | 1:16-cv-02290 |
| Dickey, Jr. et al. v. Cook Incorporated et al. | 1:16-cv-02707 |
| Williams et al. v. Cook Incorporated et al. | 1:17-cv-00679 |
| Miller v. Cook Incorporated et al. | 1:17-cv-01447 |
| Hester et al. v. Cook Incorporated et al. | 1:17-cv-01596 |
| Martin v. Cook Incorporated et al. | 1:17-cv-01970 |
| Wingo et al. v. Cook Incorporated et al. | 1:17-cv-03971 |
| Bourcier v. Cook Incorporated et al. | 1:17-cv-03996 |
| Dooley et al. v. Cook Incorporated et al. | 1:17-cv-04217 |
| Head v. Cook Incorporated et al. | 1:17-cv-04348 |
| Clark v. Cook Incorporated et al. | 1:18-cv-02346 |
| Hodges v. Cook Incorporated et al. | 1:18-cv-02348 |