IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2570

_____

This Document Relates to Plaintiff(s):

All Cases Referenced in Exhibit A

---

**[PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE**

---

      This matter came before the Court on the motion of M. Blair Clinton for leave to withdraw his appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Caroline U. Hollingsworth of the law firm Heninger Garrison Davis, LLC, hereby GRANTS the motion. The appearance of M. Blair Clinton in this action, and in all related cases identified in Exhibit A, is hereby withdrawn.

      SIGNED this _____ day of _____, 2018.


                                                                   _____
                                                                   HON. TIM A BAKER
                                                                   U.S. MAGISTRATE JUDGE
                                                                   SOUTHERN DISTRICT OF INDIANA