CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF INDIANA

3    INDIANAPOLIS DIVISION

4    _____

5    In Re:  COOK MEDICAL, INC., IVC FILTERS

6    MARKETING, SALES PRACTICES AND

7    PRODUCTS LIABILITY LITIGATION

8    _____

9    Case No. 1:14-ml-2570-RLY-TAB

10   MDL No. 2570

11   This Document Relates:

12   Brand v. Cook Medical, Inc., et al.

13   Case No. 1:14-cv-06018-RLY-TAB

14   _____

15       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

16            VIDEOTAPED DEPOSITION

17            OF REBECCA BETENSKY PhD

18            Newton, Massachusetts

19            Monday, July 2, 2018

20

21

22   Reported by:

23   Deborah Roth, RPR-CSR

24   Job No. 2925777

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1    A. I've read it over.  I haven't -- I
2  can't say that I have studied it deeply and
3  gone to original sources again.  I have not,
4  but I read my report again.
5    Q. Okay.  And just to kind of cut to the
6  chase, it seems to me that your prior report
7  is largely incorporated into your current
8  report, with kind of only a few changes here
9  and there; is that a fair statement?
10   A. Correct.
11   Q. Okay.  And I did notice that a couple
12 of things had changed, things like risk
13 ratios, things like that, maybe four or five
14 changes.  I can walk through them.  I don't
15 know that we need to though.
16       Is that a fair assessment as well?
17   A. Probably four or five is more than
18 there were --
19   Q. Okay.
20   A. -- maybe three or so, and I think a
21 few of them came out during my deposition in
22 the case a year ago or so, and then I
23 believe -- they all came out as a result of
24 the discussion in the deposition, so some
25 confusion that I had as to through a certain

Page 23

1  year versus in a certain year.  So that kind
2  of thing, but again I think it was maybe two
3  or three changes.
4    Q. Okay.  Other than that, is it fair to
5  say that your original report is incorporated
6  into your current report with just those
7  couple of changes that we just mentioned?
8    A. Yes.
9    Q. Okay.  Have you also had a chance to
10 take a look at your prior deposition
11 transcript?
12   A. Yes.
13   Q. All right.  And is there anything in
14 there that as you read through it you wanted
15 to correct or change, anything that you see
16 that you said, Boy, I got that wrong?
17   A. Yes.
18   Q. Okay.
19   A. Although I actually ended up in the
20 right place, but I wasn't happy with my
21 discussion, explanation of a 95 percent
22 confidence interval, which actually, for
23 some reason I carried through to my current
24 report.
25       So that would be -- if you want to

Page 24

1  look at my current report, I would just want
2  to correct it a little bit, and like I said,
3  I sort of started in the wrong place in the
4  deposition, but ended in the right place,
5  and in the current report I started -- I
6  just have it in the wrong place.  So I would
7  just wanted to make that correction.
8    Q. All right.  What is the correction
9  that you're talking about making to your
10 discussion of the 95 percent confidence
11 interval?
12   A. Right.  So I just explained it
13 slightly incorrectly.
14       So 95 percent confidence interval
15 is an interval that we say 95 percent
16 probability that interval contains the true
17 value, and I explained that correctly in my
18 report from a year ago and now at the
19 beginning of the report with reference to
20 the odds ratio.
21       Another way of explaining that 95
22 percent confidence interval, which some
23 people find could be more intuitive is to
24 say if this experiment were to be repeated a
25 huge number of times, now the correct way of

Page 25

1  saying it would be -- let me make I get this
2  right -- 95 percent of the confidence
3  intervals that would be calculated would
4  contain the true underlining population
5  value.
6        So that's the way I want to say
7  it, that's the way I ended up with it in the
8  deposition, but that's not what I actually
9  wrote when I wrote about it a second time in
10 my current report.
11       So a second -- so, yeah, I don't
12 even want to say it the wrong way, but
13 anyway that's the correct way of saying it.
14 Repeated a million times, 95 percent of
15 those million confidence intervals that
16 would be calculated would contain the true
17 value.
18   Q. Oh, okay.  So I think the way you may
19 have stated it in the report is that if you
20 ran the test a million times, 95 percent of
21 the time the true result would fall within
22 the confidence interval that you've
23 calculated?
24   A. I think I said something similar to
25 that.

7 (Pages 22 - 25)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 26

1    Q. Okay.
2    A. I said 95 percent of the time the
3  proportion that -- the estimated quantity,
4  whatever it is, whether it's an odds ratio
5  or whatever it is, whatever is being
6  estimated would fall within the confidence
7  interval that I calculated, and that's just
8  not right, and I even don't know why I said
9  that, but...
10    Q. Okay.  So what you mean to say if you
11 ran the test a million times, you might get
12 different confidence intervals each time you
13 run the test, there may be different
14 numerical values?
15    A. Correct.
16    Q. And that 95 percent of the numeric --
17 95 percent of the confidence intervals that
18 you calculated from the million tests, 95
19 percent of them would contain the real value?
20    A. Correct.  That's exactly correct.
21    Q. Okay.  Any other changes you want to
22 make to your description of the confidence
23 interval or that --
24    A. No, that's it.
25    Q. Anything else in your prior deposition

Page 27

1  that you think you got wrong, you want to
2  correct, you think needs changing?
3    A. I mean the only thing -- I wouldn't
4  even state it in such strong terms.
5       In my report and in the prior
6  deposition, I refer to reporting risk ratio,
7  but then I refer to odds ratio, and I did
8  explain that that odds ratio really is a
9  reporting odds ratio as well, but it's a
10 little strange.
11       I mean it's a little -- you know,
12 I probably should have called it a reporting
13 odds ratio.  I didn't because I believe that
14 there's another quantity different from what
15 I was presenting that is actually called a
16 reporting odds ratio.
17       So that's why I didn't call it a
18 reporting odds ratio, but I worried that
19 maybe I introduced a little bit of confusion
20 by not referring that to that -- to the odds
21 ratio as a reporting odds ratio in the same
22 way I referred to the risk ratio as a
23 reporting risk ratio.
24    Q. Is that something that would carry all
25 the way through your report, the original

Page 28

1  report, and I guess now the current report,
2  is that when you said odds ratio you would
3  say more precisely that would mean reporting
4  odds ratio?
5    A. In most instances where I use that
6  term here, yes.
7    Q. Okay.
8    A. And I should have just explained from
9  the outset it's different from what other
10 people consider as a reporting odds ratio,
11 but I want to call it a reporting odds ratio
12 just to be very, very clear that it is --
13 you know, like a reporting risk ratio based
14 on reports.
15    Q. Okay.  Any other changes that you
16 would want to make your original deposition
17 transcript as you read it?
18    A. Nothing else comes to mind.
19    Q. All right.  You stand by everything in
20 it?
21    A. I can't say that I read it that
22 carefully --
23    Q. Okay.
24    A. -- to be able to say that, but.
25    Q. Okay.  But there is nothing else that

Page 29

1  you would -- that you as you're sitting here
2  would say that needs to change, I've got to
3  explain that a different way or I have to
4  correct myself?
5       MR. SCHULTZ:  Asked and answered.
6    A. So nothing comes to mind at the
7  moment.
8    Q. Okay.  Doctor, I'm going to ask you,
9  as I did I think in the first deposition a
10 series of sort of "your not qualified to"
11 questions, and I always tell people I'm not
12 trying to belittle or denigrate anybody.  I
13 just want to make sure that we got clear kind
14 of what your expertise is, what your area of
15 expertise is.
16       Is that all right?
17    A. Yes.
18    Q. Okay.  Sorry about the noise there.
19       All right.  So would I correct
20 you're not qualified -- I'm sorry, back up.
21       It would not be in your expertise
22 to determine whether an IVC filter strut is
23 outside the inferior vena cava; is that true?
24    A. Correct.
25       MR. SCHULTZ:  Form.

8 (Pages 26 - 29)