**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Actions only:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**MOTION FOR LEAVE TO FILE A REPLY BRIEF IN**
**EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION TO**
**EXCLUDE EXPERT OPINIONS OF DR. GREGORY GORDON**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC

(f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook

Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a

reply brief in excess of 20 pages in support of their Motion to Exclude Expert Opinions of

Dr. Gregory Gordon, specifically The Cook Defendants' Reply in Support of Motion to Exclude

Expert Opinions of Dr. Gregory Gordon.  This reply brief will be electronically filed on or before

October 8, 2018.  In support of this motion, the Cook Defendants state:

1.      Local Rule 7-1(e) provides that reply briefs may not exceed 20 pages without

leave of court.  *See* Local Rules 7-1(e)(1) and 7-1(e)(2).

2.      The Cook Defendants respectfully request leave to file a reply brief in excess of

20 pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr.

Gregory Gordon.

3.      The Cook Defendants require a reply brief of more than 20 pages to support their motion to exclude expert opinions of Dr. Gregory Gordon.  Cooks' Reply in Support serves to reply to the extensive arguments advanced by Plaintiff Tonya Brand in Plaintiff's Response in Opposition to Cook's Motion to Exclude the Testimony of Dr. Gregory Gordon [Dkt. No. 9169]. The issues before the Court in Cook's *Daubert* motion are numerous and complicated, and Plaintiff's response brief, which totaled just over 32 pages of content, raised numerous points without support and recharacterized proffered opinions in ways that require a detailed reply from Cook.

4.      The undersigned counsel for Cook state that they have used their best efforts to present their reply arguments as efficiently as possible, but find it necessary for the reasons detailed herein to request leave of court to exceed the 20-page maximum set forth in Local Rule 7-1(e)(1).

5.      Cook will be able to adequately address the issues raised in its Reply in Support in 35 pages or less.

6.      Cook has included a table of contents and a table of authorities in The Cook Defendants' Reply in Support of Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

7.      A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply memorandum in excess of 20 pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

US.120292909

Respectfully submitted,

Dated: October 8, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Chuck Webber (# 0215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota   55402
Telephone:  (612) 766-7000
Facsimile:  (612)766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated,*
*Cook Medical LLC (f/k/a Cook Medical*
*Incorporated), and William Cook Europe ApS*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 8, 2018, a copy of the foregoing **MOTION FOR LEAVE TO**

**FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION**

**TO EXCLUDE EXPERT OPINIONS OF DR. GREGORY GORDON** was filed

electronically.  Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson

- 4 -

US.120292909