# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions only:

    *Brand v. Cook Medical, Inc. et al.*,
    Case No. 1:14-cv-06018-RLY-TAB

---

## ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. GREGORY GORDON

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Reply Brief in Excess of Twenty Pages in Support of Motion to Exclude Expert Opinions of Dr. Gregory Gordon and being otherwise duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a reply brief in excess of twenty pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Gregory Gordon.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

<u>Distribution</u>:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.120293043