**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS TO THE**
**COOK DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE**
**EXPERT OPINIONS OF ROBERT W. JOHNSON AND JAMES A. MILLS**

    This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal Exhibits to the Cook Defendants' Reply in Support of Motion to Exclude Expert

Opinions of Robert W. Johnson and James A. Mills.  The Court, having reviewed the Cook

Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good

cause exists and that the relief sought by the Cook Defendants should be GRANTED.

    IT IS THEREFORE ORDERED that **Exhibits A, B, and C** to The Cook Defendants'

Reply in Support of Motion to Exclude Expert Opinions of Robert W. Johnson and James A.

Mills are to be maintained **under seal.**

    SO ORDERED this _____ day of _____, 2018.


                                    _____
                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.