# EXHIBIT   A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF INDIANA

3                      INDIANAPOLIS DIVISION

4

5        IN RE:  COOK MEDICAL, INC.,       )

         IVC FILTERS MARKETING, SALES      ) 1:14-ML-2570-RLY-TAB

6        PRACTICES AND PRODUCT LIABILITY ) MDL NO. 2570

         LITIGATION,                       )

7                                          )

                                           )

8        THIS DOCUMENT RELATES TO ALL      )

         ACTIONS.                          )

9                                          )

10

11

12

13          DEPOSITION OF EXPERT ROBERT McMEEKING, Ph.D.

14                    FRIDAY, JUNE 8, 2018

15           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

16

17

18

19

20

21

22

23

24       FILE NO.  131469

25       REPORTED BY MARK McCLURE, C.S.R. 12203

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 28

1    tilt?

2              MS. BAUGHMAN:  Objection.  Form.

3              THE WITNESS:  No, I have not.

4    BY MR. WEBBER:

5        Q.   Okay.  Doctor, if Mrs. Brand had gotten a

6    Tulip filter instead of a Celect filter, would she have

7    avoided fracture of the filter?

8              MS. BAUGHMAN:  Objection.  Form.

9              THE WITNESS:  It's my opinion that it's more

10   probable than not that she would have avoided the

11   fractures that she experienced with the Celect.

12   BY MR. WEBBER:

13       Q.   If she had a Tulip?

14       A.   If she had a Tulip.

15       Q.   What is the basis of that opinion, that it was

16   more probable than not?

17       A.   The basis is that the petals on the Tulip

18   function as perforation limiters, which would have

19   limited the extent to which the legs on the filter

20   perforated outside of the wall of the vena cava and

21   would have reduced the probability of interactions with

22   whatever features are out there that can lead to the

23   fatigue process being so severe that the filter breaks.

24       Q.   Do you know how far outside Mrs. Brand's vena

25   cava her Celect filter perforated?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 163

1      A.   Yes.

2      Q.   Okay.  So all the things that I've just

3    mentioned are worst-case scenarios that you are using in

4    your analysis of that -- that is, endothelialization and

5    its effect on fracture?

6      A.   That's correct.

7      Q.   Okay.

8      A.   Because it's a worst case.

9      Q.   Okay.  And again, I think you testified

10   before, you don't know whether all of those worst cases

11   ever exist at once in a human being in real life,

12   correct?

13     A.   That's correct.

14     Q.   And you don't know whether they existed in

15   Mrs. Brand?

16     A.   No, no.

17     Q.   Let's talk about perforation.  Your analysis

18   starts on page 45.

19          Am I correct here that you are assuming

20   worst-case perforation for purposes of your analysis of

21   the effect of perforation on fracture, is that true?

22     A.   Perhaps not quite worst case because I don't

23   take tilt into consideration.

24     Q.   Okay.

25     A.   But certainly in terms of an untilted filter,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 176

1      A.   This paragraph?

2      Q.   No.  Go up one more.

3      A.   Oh, this part here?

4      Q.   Yeah.  Count three up from the bottom of that

5  paragraph and look kind of in the middle of the line.

6      A.   Okay, yes.

7      Q.   It says:  "The Tulip filter will experience

8  progressive perforation at a reduced rate compared to

9  the Celect filter."

10         And my question is:  Have you determined how

11  much of a reduced rate?

12     A.   No, but I assess it to be substantially

13  reduced.

14     Q.   Okay.  What is that assessment based on?

15     A.   It's based on the presence of the petals

16  acting as perforation limiters.

17     Q.   When you say "substantial," how much?  I mean,

18  how much of a reduced rate are we talking about?

19     A.   I can't put a figure on that.

20     Q.   Okay.  Let me ask you about Section 18 of your

21  report that talks about testing, the premarket testing

22  of the Cook Tulip and Celect filters.

23         Let me have you turn to page 52, if you would.

24  And here you're talking about the Celect.  About five

25  lines up from the last paragraph on 52, you're talking