# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's Reply Brief in Support of her Motion to Exclude the Testimony of John Fryzek, MPH, PH.D. Plaintiff would also respectfully move the Court to maintain under seal Exhibits A to Plaintiff's reply. Plaintiff's Reply contains numerous references and quotations to material that has been designated as "Confidential," as well as Exhibits A.

Dated: October 8, 2018

                                                                                       Respectfully Submitted,

                                                                                       */s/ Joseph N. Williams*_____
                                                                                       Joseph N. Williams, Atty. No. 25874-49
                                                                                       Riley Williams & Piatt, LLC
                                                                                       301 Massachusetts Avenue
                                                                                       Indianapolis, IN 46204
                                                                                       Telephone: (317) 633-5270
                                                                                       Facsimile: (317) 426-3348
                                                                                       Email: jwilliams@rwp-law.com

                                                                                      *Liaison Counsel to Plaintiffs' Steering Committee*
                                                                                      *and on behalf of Plaintiffs' Steering Committee*

                                                                                      */s/ Michael W. Heaviside*_____

        Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin