IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

  1:18-cv-02340
  1:18-cv-02554
  1:18-cv-02752
  1:18-cv-02754
  1:18-cv-02755
  1:18-cv-02772

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:    October 8, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

Case 1:14-ml-02570-RLY-TAB   Document 9363   Filed 10/08/18   Page 2 of 2 PageID #: 63114

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                         /s/ Kip S. M. McDonald

US.120295881.01