# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

## EXHIBITS SUBMITTED WITH COOK DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. HARLAN KRUMHOLZ

The following exhibits are hereby submitted with the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Harlan Krumholz.:

| Exhibit | Description |
|---|---|
| A | Excerpts of Deposition of Harlan M. Krumholz, MD, SM, dated February 8, 2018 – **FILED UNDER SEAL** |
| B | Excerpts of Deposition of Tamara Potter Clemmer, dated June 15, 2017 – **FILED UNDER SEAL** |
| C | Excerpts of Official Reporter's Transcript of Hill Jury Trial, dated October 23, 2017 |
| D | Excerpts of Official Reporter's Transcript of Hill Jury Trial, dated October 24, 2017 |
| E | Bikdeli B., *et al.*, *Systematic Review of Efficacy and Safety of Retrievable Inferior Vena Caval Filters*, Thromb. Res. 2018, 165:79-82. |

Respectfully submitted,

Dated:  October 8, 2018      /s/ Victoria R. Calhoon
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 8, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                /s/ Victoria R. Calhoon

US.120290202.01