# EXHIBIT  C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | ) |
| IVC FILTERS MARKETING, SALES | ) Cause No. |
| PRACTICES AND LIABILITY, | ) 1:14-ML-2570- RLY-TAB |
| LITIGATION | ) Evansville, Indiana |
| | ) **October 23,** 2017 |
| | ) 9:23 a.m. |
| | ) |


**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 1




**For Plaintiffs:**          David P. Matthews, Esq.
                             MATTHEWS & ASSOCIATES
                             2905 Sackett Street
                             Houston, TX  77098


                             Matthew D. Schultz, Esq.
                             LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR PA
                             316 S. Baylen Street, Suite 600
                             Pensacola, FL  32502


                             Joseph N. Williams, Esq.
                             RILEY WILLIAMS & PIATT, LLC
                             301 Massachusetts Avenue
                             Indianapolis, IN  46204

For **Defendants:**                    Andrea Roberts Pierson, Esq.
                                       Jessica Benson Cox, Esq.
                                       FAEGRE BAKER DANIELS LLP
                                       300 N. Meridian St., Suite 2700
                                       Indianapolis, IN  46204


                                       Charles F. Webber, Esq.
                                       Bruce G. Jones, Esq.
                                       FAEGRE BAKER DANIELS LLP
                                       90 S. 7th Street
                                       Minneapolis, MN  55402


Court Reporter:                        Margaret A. Techert
                                       United States District Court
                                       101 NW Martin Luther King Blvd.
                                       Evansville, Indiana  47708


             PROCEEDINGS TAKEN BY MACHINE SHORTHAND
          TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION

1    filters that plaintiff did not experience, that's denied.

2    It's relevant as to what they knew.

3            Seventeen is granted.  Eighteen is granted.

4    Twenty-three, evidence of product strategy development

5    overview, granted in part, denied in part.  I find it's

6    relevant.  What is it's relevance?  This document refers to

7    the Tulip and the Birds Nest.  There's no relevance there.

8    However, to the extent it mentions the Celect filter, we'll

9    find that it is relevant.

10           Twenty-four regarding the February 9, 2006 executive

11   summary regarding filter migration, I'm going to keep that

12   under advisement.  We'll need a foundation for that.

13           Twenty-six, testimony of Courtney Whitelock, I don't

14   find that it's not relevant since apparently there was no

15   contact prior to the implant with Dr. Zuzga.  If that evidence

16   comes in that changes that, we'll change our ruling on that.

17           Then regarding the empty chair, we'll show that

18   granted, and I deny the request on consent forms.

19           The Daubert on Dr. Kessler will show the Court finds

20   that Dr. Kessler is indeed qualified to testify in this trial.

21           Okay.  Anything else?

22           MS. PIERSON:  Your Honor, just a couple of things.

23   The Kessler Daubert motion as the starting point, the

24   qualification was was it a small part of that brief.  He has

25   many, many opinions, some of which we think are excluded now,