# EXHIBIT E

Accepted Manuscript

Systematic review of efficacy and safety of retrievable inferior vena caval filters

Behnood Bikdeli, David Jimenez, Ajay J. Kirtane, Michael B. Bracken, Frederick A. Spencer, Manuel Monreal, Harlan M. Krumholz



| | |
|---|---|
| PII: | S0049-3848(18)30291-3 |
| DOI: | doi:10.1016/j.thromres.2018.03.014 |
| Reference: | TR 6987 |
| To appear in: | *Thrombosis Research* |
| Received date: | 1 February 2018 |
| Revised date: | 4 March 2018 |
| Accepted date: | 16 March 2018 |

Please cite this article as: Behnood Bikdeli, David Jimenez, Ajay J. Kirtane, Michael B. Bracken, Frederick A. Spencer, Manuel Monreal, Harlan M. Krumholz , Systematic review of efficacy and safety of retrievable inferior vena caval filters. The address for the corresponding author was captured as affiliation for all authors. Please check if appropriate. Tr(2017), doi:10.1016/j.thromres.2018.03.014

This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

ACCEPTED MANUSCRIPT

# RESEARCH LETTER

**Systematic Review of Efficacy and Safety of Retrievable Inferior Vena Caval Filters**

Behnood Bikdeli MD*†‡, David Jimenez MD PhD§, Ajay J. Kirtane MD SM*‡, Michael B. Bracken PhD MPH II, Frederick A. Spencer MD¶, Manuel Monreal MD PhD**, and Harlan M. Krumholz MD, SM† †† ‡‡.

*Division of Cardiology, Department of Medicine, Columbia University Medical Center/ New York-Presbyterian Hospital, New York NY, USA. †Yale/YNHH Center for Outcomes Research & Evaluation, New Haven (CORE), CT, USA. ‡Cardiovascular Research Foundation (CRF), New York, NY, USA. §Respiratory Department, Hospital Ramón y Cajal and Medicine Department, Universidad de Alcalá (IRYCIS), Madrid, Spain. II Department of Chronic Disease Epidemiology, Yale School of Public Health, New Haven, CT, USA. ¶Divisions of Cardiology and Hematology & Thromboembolism, Department of Medicine, McMaster University, Hamilton ON, Canada. **Hospital Universitari Germans Trias i Pujol, Badalona, Spain. ††Section of Cardiovascular Medicine, Department of Internal Medicine, Yale School of Medicine, New Haven, CT, USA. ‡‡Department of Health Policy and Management, Yale School of Public Health, New Haven, CT, USA.

**Correspondence:**

Dr. Bikdeli, New York-Presbyterian/Columbia. 622 West 168th Street, PH 3-347

New York, NY 10032, USA. (f) 212-851-5366; bb2813@cumc.columbia.edu,

Behnood.bikdeli@yale.edu

**Keywords:** Vena cava filter, retrievable, pulmonary embolism, venous thromboembolism

ACCEPTED MANUSCRIPT

**Introduction**

Inferior vena caval (IVC) filters are used with the premise of preventing pulmonary embolism (PE). Concerns for complications due to longstanding dwell time led to development of retrievable filters, which were cleared by the Food and Drug Administration (FDA) in early 2000's. This temporally correlated with permissive recommendations for use in several clinical scenarios[1] and frequent utilization of IVC filters. Among Medicare Fee-For-Service beneficiaries with PE, one in every 6 received an IVC filter.[2]

Yet, overall evidence for efficacy of IVC filters remains limited.[3,4] Further, some retrievable filters possess distinct features that may impact their efficacy and safety. At one hand, such features are presumably advantageous making them amenable to removal (e.g. when a patient no longer has contraindication to anticoagulation). However, alternative anchoring mechanisms may make these filters susceptible to tilting (with potential to reduce retrievability, but also to reduce efficacy), migration, perforation, and injury to adjacent organs. [5,6] We performed a systematic review of the prospective controlled studies to determine the efficacy and safety of retrievable IVC filters.

**Methods**

We searched PubMed, the Cochrane Central Register of Controlled Trials and clinicaltrials.gov to identify controlled trials or prospective observational studies comparing the use of retrievable IVC filters versus control (last search: 9/8/2017). Main outcomes included PE, PE-related mortality, all-cause mortality, deep vein thrombosis (DVT), and bleeding.

Data were pooled using inverse variance fixed-effects models. We reported the risk ratio (RR) and 95% confidence interval (CI) for outcomes. We used the Grading of Recommendations, Assessment, Development and Evaluation (GRADE) tool for assessment of

the risk of bias and methodological quality for the studied outcomes within the included controlled trials. We used RevMan version 5.3 (The Nordic Cochrane Center, Copenhagen, Denmark) for analyses.

**Results**

We reviewed 2,058 citations and identified 3 relevant trials,[7-9] and 4 prospective controlled observational cohorts where at least some patients received retrievable filters. For 3 observational studies, the data were unavailable. We received the relevant subgroup data from the other study.[10]

Pooled results (total of 852 patients) did not indicate a significant change in the rate of subsequent PE (RR: 0.81; 95% CI: 0.32-2.07) or PE-related mortality (RR: 1.75, 95% CI: 0.50-6.12, Figure 1). No significant difference was observed in the rate of all-cause mortality (RR: 1.01, 95% CI: 0.62, 1.64), subsequent DVT (RR: 1.56, 95% CI: 0.46, 5.30, Figure 2), or bleeding (RR: 0.78, 95% CI: 0.42, 1.44). Findings were similar when risk difference was used as the effect measure. According to the GRADE criteria, there were no serious limitations for risk of bias for the studied outcomes, however, there were serious limitations for directness and precision, owing to heterogeneity of studied populations and small number of enrollees.

**Discussion**

Only a handful of prospective controlled studies related to retrievable IVC filters exist with a total of 852 patients, affirming the dearth of evidence for a relatively common procedure. Our results did not show a significant difference in the rates of PE, PE-related mortality, or all-cause mortality in those receiving retrievable IVC filters versus controls.

We urge caution in interpretation of our findings. Our study does not prove the lack of efficacy of retrievable IVC filters. In certain situations, clinicians may opt to consider them.

However, our study indicates the finite evidence base for this device sub-class. Such available evidence is partially different from the overall (still limited) evidence for IVC filters as a class of device. Contrary to our prior study,[4] for retrievable filters we did not observe increased risk of DVT, but also no significant reduction in the rate of subsequent PE or PE-related mortality (numeric increase for the latter).

This study is limited by the clinical heterogeneity (i.e. various indications) and small number of patients (<1,000), limiting the power. In addition, an alternative way of assessment of the efficacy and safety of retrievable filters is to randomize patients to "IVC filter insertion and retrieval" versus control. To our knowledge, however, such a study –which is difficult to conduct –has not been conducted yet. Our results provide further impetus for investigators, manufacturers, and the FDA to help improve the evidence base for IVC filters. Further, we initially planned to investigate complications such as tilting, IVC perforation, and injury to the neighboring organs but were unable because of concerns for inconsistent or under-reporting across studies.[6] The ongoing Predicting the Safety and Effectiveness of Inferior Vena Cava Filters study would shed further light on the safety of these filters.

In conclusion, insufficient data exist on the efficacy of retrievable IVC filters, in addition to safety concerns addressed elsewhere.[6] Prospective controlled studies are required to ascertain the efficacy, and population-based prospective studies to characterize the safety of these devices.

**Disclosures**

Dr. Bikdeli is supported by the National Heart, Lung, and Blood Institute, National Institutes of Health, through grant number T32 HL007854. The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH. Drs. Bikdeli and

ACCEPTED MANUSCRIPT

Krumholz report that they were approached by lawyers on behalf of plaintiffs in litigation related to IVC filters. They were contacted as a result of a Viewpoint published in the past. The current study is idea of the investigators and not performed at the request of a third party.

Acknowledgements

We would like to thank Dr. Alfonso Muriel for his help with the data from a RIETE sub-study

References

1. Kaufman JA, Kinney TB, Streiff MB, et al. Guidelines for the use of retrievable and convertible vena cava filters: report from the Society of Interventional Radiology multidisciplinary consensus conference. *J Vasc Interv Radiol.* 2006;17(3):449-459.
2. Bikdeli B, Wang Y, Minges KE, et al. Vena Caval Filter Utilization and Outcomes in Pulmonary Embolism: Medicare Hospitalizations From 1999 to 2010. *J Am Coll Cardiol.* 2016;67(9):1027-1035.
3. Bikdeli B, Ross JS, Krumholz HM. Data Desert for Inferior Vena Caval Filters: Limited Evidence, Supervision, and Research. *JAMA Cardiol.* 2016.
4. Bikdeli B, Chatterjee S, Desai NR, et al. Inferior Vena Cava Filters to Prevent Pulmonary Embolism: Systematic Review and Meta-Analysis. *J Am Coll Cardiol.* 2017;70(13):1587-1597.
5. Jaff MR, McMurtry MS, Archer SL, et al. Management of massive and submassive pulmonary embolism, iliofemoral deep vein thrombosis, and chronic thromboembolic pulmonary hypertension: a scientific statement from the American Heart Association. *Circulation.* 2011;123(16):1788-1830.
6. Angel LF, Tapson V, Galgon RE, Restrepo MI, Kaufman J. Systematic review of the use of retrievable inferior vena cava filters. *J Vasc Interv Radiol.* 2011;22(11):1522-1530 e1523.
7. Mismetti P, Laporte S, Pellerin O, et al. Effect of a retrievable inferior vena cava filter plus anticoagulation vs anticoagulation alone on risk of recurrent pulmonary embolism: a randomized clinical trial. *JAMA.* 2015;313(16):1627-1635.
8. Rajasekhar A, Lottenberg L, Lottenberg R, et al. A pilot study on the randomization of inferior vena cava filter placement for venous thromboembolism prophylaxis in high-risk trauma patients. *J Trauma.* 2011;71(2):323-328; discussion 328-329.
9. Sharifi M, Bay C, Skrocki L, Lawson D, Mazdeh S. Role of IVC filters in endovenous therapy for deep venous thrombosis: the FILTER-PEVI (filter implantation to lower thromboembolic risk in percutaneous endovenous intervention) trial. *Cardiovasc Intervent Radiol.* 2012;35(6):1408-1413.
10. Jimenez D, Muriel A, Monreal M, Yusen RD. Reply: Immortal time bias and the use of IVC filters. *J Am Coll Cardiol.* 2014;64(9):955-956.

## Figure1. Subsequent PE (A) and PE-related Mortality (B)

A)



B)



## Figure 2. Subsequent All-cause Death (A) and DVT (B)

### A)



### B)



ACCEPTED MANUSCRIPT