-----Original Message-----
From: Ben Martin <bmartin@bencmartin.com>
Sent: Friday, September 14, 2018 8:44 PM
To: Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
Cc: Joe Williams <jwilliams@rwp-law.com>
Subject: Gordon motion to strike

Andrea your motion to strike Dr. Gordon is going to be met with motions to strike the testimony of several of your experts and possibly other witnesses whose testimony was "changed' in errata sheets for basically any important answer they gave that y'all didn't like.

I think your Gordon motion has a snowball's chance to win but nonetheless we will have to spend the time responding to it and I would rather have folks spending time on other things.  And as I said if we have to respond to it then that same day we file our response  you will receive about 6 similar motions coming back your way and they really will have teeth because we have already been looking at the possibility of filing them.

It's up to you.  We will hold off on filing these motions if you drop your motion regarding Gordon.  I need to calendar the due date of the Gordon response so it can be assigned and I would like to know by Monday if you intend to go forward on the Gordon motion.

Sent from my iPad