From: Pierson, Andrea Roberts
Sent: Tuesday, September 18, 2018 8:43 AM
To: Ben Martin <bmartin@bencmartin.com>; Webber, Chuck <chuck.webber@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
Cc: Michael Heaviside <mheaviside@hrzlaw.com>; Joe Williams <jwilliams@rwp-law.com>; Laura Baughman <lbaughman@baronbudd.com>
Subject: RE:

Ben:

Cook stands on the papers filed as to Dr. Gordon's testimony.  While we are always willing to hear you out on an issue when you think we've got the facts wrong, Cook's view -- as explained in the papers -- is that Dr. Gordon's withdrawal of core opinions during his deposition calls into question his methodology, among other things.

Andrea


-----Original Message-----
From: Ben Martin <bmartin@bencmartin.com>
Sent: Tuesday, September 18, 2018 5:54 AM
To: Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>; Webber, Chuck <chuck.webber@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
Cc: Michael Heaviside <mheaviside@hrzlaw.com>; Joe Williams <jwilliams@rwp-law.com>; Laura Baughman <lbaughman@baronbudd.com>
Subject: Re:

Andrea I take it by your silence you will not be pulling down your motion as to Dr. Gordon and we will timely respond and in kind will file multiple motions on your experts and trial witnesses whose depositions have been changed wholesale given "their" changed testimony.

Don't be calling me asking me to pull these down later this week or after our motions are filed and all that work has been done. I'm assigning these out this morning.

Ben

Sent from my iPhone

> On Sep 18, 2018, at 5:22 AM, bmartin@bencmartin.com wrote:
>

> Andrea et al: We have received your motion to strike Dr. Gordon based upon the suggestion that he changed his testimony. We will begin working on our response.
>
> Personally I don't think your motion has any legs but that is for the court to decide. What I can say for certain is that there are a slew of changes in numerous errata sheets of your witnesses' and/or your firm's creation that completely change the witnesses' testimony. Of course we intend to cross examine your experts and other witnesses on these errata sheets. We think they are essentially a farce.
>
> So what our plans will be is to
>
> Sent from my iPhone