IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to Plaintiff(s)

FELISE K. ROBINSON

Civil Case #:  1:18-cv-02902-RLY-TAB

_____

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Felise K. Robinson through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, against all defendants.

Dated this 9th day of October, 2018.

Respectfully submitted,

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ David P. Matthews*
DAVID P. MATTHEWS