UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to Plaintiffs Ronald Snow and Chimie Snow

Civil Case No.  1:14-cv-06013-RLY-TAB
_____

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(c), attorney Brian D. Weinstein of the law firm Weinstein Couture PLLC respectfully moves to withdraw his appearance on behalf of Plaintiffs Ronald and Chimie Snow. In support of this motion, Mr. Weinstein states the following:

1. On September 17, 2018, Brian Weinstein sent a letter to Plaintiffs Ronald and Chimie Snow, explaining that Weinstein Couture PLLC would be withdrawing from their representation.

2. Mr. Weinstein and Mr. Snow have had several disputes over the course of their attorney–client relationship, to the point that Mr. Weinstein can no longer effectively represent Ronald and Chimie Snow.

///

///

///

///

3.      Ronald and Chimie Snow are currently represented by Joseph Williams of Riley Williams & Piatt, LLC, who entered his appearance on December 18, 2014.

Dated at Seattle, Washington, this 9th day of October, 2018.

>Respectfully submitted,
>
>WEINSTEIN COUTURE PLLC
>
>*s/ Brian D. Weinstein*_____
>Brian D. Weinstein
>601 Union Street, Suite 2420
>Seattle, Washington 98101
>Phone: (206) 508-7070
>Fax: (206) 237-8650
>Email: brian@weinsteincouture.com
>Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>*s/ Brian D. Weinstein*_____
>Brian D. Weinstein