UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    Case No. 1:14-ml-2570-RLY-TAB
_____     MDL No. 2570

This document relates to Plaintiffs Ronald Snow and
Chimie Snow

Civil Case No.  1:14-cv-06013-RLY-TAB
_____

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter has come before the Court upon Counsel's *Motion to Withdraw Appearance on Behalf of Plaintiffs Ronald Snow and Chimie Snow*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the appearance of Brian D. Weinstein and the law firm of Weinstein Couture PLLC shall be withdrawn.

SO ORDERED this _____ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.