**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

THIS DOCUMENT RELATES TO:

**JAMES ALLEN**
Case No. 1:18-cv-02622

Case No. **1:14-ml-02570-RLY-TAB
MDL No. 2570**

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

JAMES ALLEN., and his counsel(s), hereby give notice that the above-captioned action is

voluntarily dismissed, without prejudice, against the defendants: Cook Inc., Cook Medical

LLC and William Cook APS.

DATED: October 10, 2018
    New York, New York

MARC J. BERN & PARTNERS LLP
*Attorneys for Plaintiff*

Debra Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164