IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Megan Bourgade

Civil Case # 1:17-cv-00895

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting David Bourgade on behalf of his deceased daughter, Megan M. Bourgade.

1. On October 9, 2018, Plaintiff filed and served a Notice of Suggestion of Death [Doc. 9372].

2. David Bourgade, surviving parent of Megan Bourgade, is a proper party to substitute for the deceased Plaintiff.

3. David Bourgade further seeks leave to file the attached Short Form Complaint to substitute himself as Plaintiff on behalf of Plaintiff-decedent Megan M. Bourgade and to add survival and wrongful death claims.

WHEREFORE, David Bourgade requests the Court enter an Order establishing David Bourgade as Substitute Party for Megan M. Bourgade, deceased, and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.

1

Dated:  October 10, 2018                    Respectfully Submitted,

/s/ Gregory J. Pals
John J. Driscoll #54729
Gregory J. Pals #48820
**The Driscoll Firm, P.C.**
211 North Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232 – Telephone
314-932-3233 – Facsimile
john@thedriscollfirm.com
greg@thedriscollfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2018, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Melissa Caliendo

2