IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

David Bourgade as Anticipated Representative of the Estate of Megan M. Bourgade

Civil Case # 1:17-cv-00895

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Megan Bourgade, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   David Bourgade

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   David Bourgade as Anticipated Representative of the Estate of Megan M. Bourgade

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   ✓ Cook Incorporated

   ✓ Cook Medical LLC

   ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9-20, 24, 27-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye Cook
    - ☐ Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    November 3, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Stony Brook University Hospital, Stony Brook, NY 11794

13. Implanting Physician(s):

    Dr. Alan Bennie

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ✓ Count I:    Strict Products Liability – Failure to Warn
    - ✓ Count II:   Strict Products Liability – Design Defect
    - ✓ Count III:  Negligence
    - ✓ Count IV:   Negligence Per Se

3

- ✓ Count V:     Breach of Express Warranty
- ✓ Count VI:    Breach of Implied Warranty
- ✓ Count VII:   Violations of Applicable <u>New York</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- √ Count VIII:  Loss of Consortium
- √ Count IX:    Wrongful Death
- √ Count X:     Survival
- √ Count XI:    Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    John J. Driscoll and Gregory J. Pals

16. Address and bar information for Attorney for Plaintiff(s):

John J. Driscoll (MO Bar No: 54729)  Gregory J. Pals (Mo Bar No: 48820)

The Driscoll Firm, P.C. 211 N. Broadway, Suite 4050, St. Louis, MO 63102

Phone: 314-932-3232    Fax: 314-932-3233

Respectfully submitted,

THE DRISCOLL FIRM, P.C.

By:    /s/ Gregory J. Pals
JOHN J. DRISCOLL, #54729
GREGORY J. PALS, #48820
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
314-932-3232 telephone
314-932-3233 facsimile
john@thedriscollfirm.com
greg@thedriscollfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

   /s/ Melissa Caliendo