# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE: COOK  MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                          1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:
     1:18−cv−02422−RLY−TAB
_____

## NOTICE OF APPEARANCE

To:    The clerk of the court and all parties of record

    I, Jeffrey T. Meyers, am admitted or otherwise authorized to practice in this court, and I

appear in this case as counsel for:

    Plaintiffs Melissa Marie Little and  Daniel Cannon.

                Respectfully Submitted,

                MORGAN & MEYERS, PLC

                    s/Jeffrey T. Meyers
                    JEFFREY T. MEYERS (P34348)
                    Attorney for Plaintiff
                    3200 Greenfield, Suite 260
                    Dearborn, MI 48120-1802
                    (313) 961-0130 Fax: 8178
                    jmeyers@morganmeyers.com

DATED: October 10, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys or parties of record, and I hereby certify that I have sent copies to all non-ECF parties, if any, by first class U.S. Mail.

MORGAN & MEYERS, PLC

s/Jeffrey T. Meyers
JEFFREY T. MEYERS (P34348)
Attorneys for Plaintiff
3200 Greenfield, Suite 260
Dearborn, MI 48120-1802
(313) 961-0130 Fax: 8178