IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## COOK DEFENDANTS' FINAL EXHIBIT LIST

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their final exhibit list.

This list has been prepared before the parties have completed discovery in this action, and before many pretrial motions have been ruled upon, the Cook Defendants' motion for summary judgment and several *Daubert* motions and motions *in limine*. Therefore, the Cook Defendants reserve the right to amend and supplement this list. If the Cook Defendants identify additional documents they intend to use at trial, the Cook Defendants' counsel will timely identify such documents for the Court and counsel for the plaintiff. In addition, the Cook Defendants do not represent that they will offer all of the exhibits listed below at trial.

## **FINAL EXHIBIT LIST**

1. All documents identified in the spreadsheet attached hereto as Exhibit A.

2. All documents necessary for impeachment or rebuttal purposes.

3. Demonstrative exhibits to be prepared and exchanged as trial approaches.

4. All documents identified on plaintiff's final exhibit list.

5. Documents not referenced on this Final Exhibit List for which the Court can take judicial notice.

Case 1:14-ml-02570-RLY-TAB   Document 9383   Filed 10/10/18   Page 3 of 4 PageID #: 63497

                                    Respectfully submitted,

Dated: October 10, 2018              */s/ Andrea Roberts Pierson*
                                    Andrea Roberts Pierson (# 18435-49)
                                    Jessica Cox (# 26259-49)
                                    FAEGRE BAKER DANIELS LLP
                                    300 North Meridian Street, Suite 2700
                                    Indianapolis, Indiana 46204
                                    Telephone: (317) 237-0300
                                    Facsimile:  (317) 237-1000
                                    Email:  andrea.pierson@faegrebd.com
                                    Email:  jessica.cox@faegrebd.com

                                    Charles Webber (# 215247)
                                    FAEGRE BAKER DANIELS LLP
                                    2200 Wells Fargo Center
                                    90 South Seventh Street
                                    Minneapolis, MN 55402
                                    Telephone: (612) 766-8719
                                    Facsimile: (612) 766-1600
                                    Email:  chuck.webber@faegrebd.com

                                    *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.120331630.01

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.120331630.01