IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Tonya Brand
Civil Case No. 1:14-cv-06018-RLY-TAB

## PLAINTIFF TONYA BRAND'S FINAL WITNESS LIST

Pursuant to Case Management Order No. 19, Plaintiff, Tonya Brand, files her Final Witness List in the above-referenced matter as follows:

**WITNESSES PLAINTIFF WILL CALL:**

1. **Tonya Brand**. Mrs. Brand is the Plaintiff. She has been deposed twice. Please see her depositions. Mrs. Brand is expected to testify regarding her injuries from the Cook Celect IVC filter and the implantation of her filter, the failed retrieval of her filter, and the ultimate open procedure explantation of her filter, and discussions with her healthcare providers concerning those procedures.

2. **Tyler Brand.** Plaintiff's son. Mr. Brand has been deposed. Please see his deposition. He may testify as to his knowledge of Mrs. Brand's medical condition and her damages. He will also testify regarding his mother's filter coming out of her thigh.

3. **Allen Brand, Sr**. Mrs. Brand's husband. Mr. Brand has been deposed. Please see his deposition. He may testify as to his knowledge of his wife's medical condition and her damages.

4. **Thomas Morrison, III, MD.** Dr. Morrison is a physician who performed orthopedic surgery upon Ms. Brand and referred her to Dr. Rheudasil. Dr. Morrison has been deposed. Please see his deposition.

5. **Mark Rheudasil, MD.** Dr. Rheudasil is the implanting physician and the physician who performed the open retrieval on Ms. Brand. He has been deposed. Please see his deposition.

6. **Jennifer Brown.** This witness has been deposed. She is a Cook employee. Ms. Brown has factual information regarding the Cook filters as well as some expertise in the areas evident in her deposition. Defendant has also listed Ms. Brown as a non-case-specific, non-retained expert and Plaintiff reserves her right to question the witness as an expert. Please see her deposition as to the specifics of the facts known and opinions held by this witness to the extent questions were asked of her.

7. **James Carlson**. This witness was deposed for two days. The witness is a former employee of Cook. The witness is expected to testify consistent with the depositions referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

8. **Brian Choules**. This witness has been deposed twice. Mr. Choules has factual information regarding the Cook filters as well as some expertise in the areas evident in his deposition. Defendant has listed Mr. Choules as a non-case-specific, non-retained expert and Plaintiff reserves her right to question this witness as an expert. Please see his deposition as to the specifics of the facts known and opinions held by this witness to the extent questions were asked of him.

9. **Bruce Fleck.** This witness has been deposed several times. The witness is a present or former employee of Cook. The witness is expected to testify consistent with his depositions. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

10. **James Gardner, MD.** This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

11. **Per Hendriksen.** This witness has been deposed. The witness is a present or former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

12. **Lykke Iversen.** This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

13. **Rob Lyles**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness may testify as to documents which may be relevant.

14. **Arne Molgaard-Nielsen**. This witness has been deposed. The witness is a former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

15. **Darrell Talbert**. This witness has been deposed. Please see his deposition. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

16. **Michael Fishbein, MD.** Dr. Fishbein is an expert witness. His deposition has been taken, and he has provided a Rule 26 report. Please see his report for a description of his opinions and the basis for them.

17. **Gregory Gordon, MD.** Dr. Gordon is an expert witness. His deposition has been taken, and he has provided a Rule 26 report. Please see his report for a description of his opinions and the basis for them.

18.     **Harlan Krumholz, MD.**  Dr. Krumholz is an expert witness.  His deposition has been taken, and he has provided a Rule 26 report.  Please see his report for a description of his opinions and the basis for them.

19.     **Robert McMeeking, PhD.**  Dr. McMeeking is an expert witness.  His deposition has been taken, and he has provided a Rule 26 report.  Please see his report for a description of his opinions and the basis for them.

20.     **Raman Uberoi, BMSc(Path), MB Bchir, MRCP, FRCR.**  Dr. Uberoi is an interventional radiologist from the U.K. and a coauthor of Cook's Lyon publication of the OUS study results.  His deposition has been taken.  Please see his deposition as to the specifics of his opinions.

21.     **Dennis Griffin, MD.**  Dr. Griffin is a radiologist and a consultant for Cook.  His deposition has been taken.  Please see his deposition as to the specifics of his opinions.

22.     **Paul Timperman, MD.**  Dr. Timperman is a radiologist and a consultant for Cook.  His deposition has been taken twice.  Please see his depositions as to the specifics of his opinions.

**WITNESSES PLAINTIFF MAY CALL:**

23.     **Ashley White**.  Plaintiff's daughter.  This witness has not been deposed.  She may testify as to her knowledge of her mother's medical condition and her damages.

24.     **Allen Brand, Jr.**  Plaintiff's son.  Mr. Brand has not been deposed.  He may testify as to his knowledge of his mother's medical condition and her damages.

25.     **Tia Anglin.**  Plaintiff's sister.  Ms. Anglin has not been deposed.  She may testify as to her knowledge of Ms. Brand's medical condition and her damages.

26.     **Connier Bennett**.  Friend of Plaintiff.  Ms. Bennett has not been deposed.  She may testify as to her knowledge of Ms. Brand's medical condition and her damages.

27.     **Virginia Andreson.** Friend of Plaintiff. Ms. Andreson has not been deposed. She may testify as to her knowledge of Ms. Brand's medical condition and her damages.

28.     **Jaque Harolson**. Friend of Plaintiff. Ms. Harolson has not been deposed. She may testify as to her knowledge of Ms. Brand's medical condition and her damages.

29.     **Scott Keller, DO.** Dr. Keller was Ms. Brand's general practice physician. He has been deposed. Please see his deposition.

30.     **Richard Reisman, MD.** Dr. Reisman was Ms. Brand's pain management physician. He has been deposed. Please see his deposition.

31.     **Phu Thai, MD.** Dr. Thai was Ms. Brand's primary care physician. He has been deposed. Please see his deposition.

32.     **James Alexander**. This witness has not been deposed. The witness is the Director of Global Marketing for Cook.

33.     **Don Archie.** This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook.

34.     **Torben Anderson.** This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

35.     **Scott Blanchard**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

36.     **Mark Breedlove.** This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained

subsequent to the deposition, or which may be otherwise relevant. If Mr. Breedlove presents as Cook's "corporate representative" at trial, then he may testify on topics outside those contained in his deposition.

37. **Thalia Brine**. This witness has not been deposed. She is a former Cook employee who worked in the Regulatory Affairs department. She was directly involved in the Celect 510(k) submissions and directly communicated with the FDA on numerous occasions on behalf of Cook. She may be called, as necessary, for the purpose of authenticating various emails, meeting minutes, and records of phone contact with the FDA.

38. **Jacob Clausen**. This witness has been deposed. The witness is a former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

39. **Tamara Clemmer**. This witness has been deposed. The witness is a present or former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

40. **Meg Donley**. This witness has been deposed. The witness is a present or former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

41. **Kyle Duffin**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook. The witness may testify as to documents which may be otherwise relevant.

42. **Mark Frye.** This witness has been deposed. The witness is a present or former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

43. **Henrik Gyllun**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

44. **Kem Hawkins**. This witness has been deposed. The witness is a former employee of Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

45. **Rita Harden**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

46. **Ted Heise**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

47. **Jack Hunt**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

48. **Ann Berg Jessen**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

49. **Earl Knight**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness may testify as to documents which may be otherwise relevant.

50. **Line Hedegaard Larsen**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness may testify as to documents which may be otherwise relevant.

51. **April Lavender**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

52. **Mette Neiendam Nielsen**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

53. **Anthony Ragheb**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness may testify as to documents which may be otherwise relevant.

54. **Tom Roberts**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

55. **James Smith**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

56. **Jesper Thyregod**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

57. **William Voorhees**. This witness has been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness is expected to testify consistent with the deposition referenced. The witness may also testify as to documents referred to in the deposition, obtained subsequent to the deposition, or which may be otherwise relevant.

58. **Tony Yoder**. This witness has not been deposed. The witness is a present or former employee of Cook or is affiliated with Cook in some capacity. The witness may testify as to documents which may be otherwise relevant.

59. The Cook Defendants, by and through their various corporate representatives.

60. **Rebecca Betensky, Ph.D.** Dr. Betensky is an expert witness. Her deposition has been taken, and she has provided a Rule 26 report. Please see her report for a description of his opinions and the basis for them.

61. **Robert Johnson.** Mr. Johnson is an economist. He has not been deposed. Mr. Johnson has provided a Rule 26 report. Please see his report for a description of his opinions and the basis for them.

62. **John Kaufman, MD.** He is an interventional radiologist identified with Cook. His deposition has been taken. Please see his deposition as to the specifics of his opinions.

**ADDITIONAL CASE SPECIFIC WITNESSES WHO MAY BE CALLED TO AUTHENTIC MEDICAL RECORDS:**

The following witnesses may be called either live or by deposition for the limited purpose of authenticating medical records related to their treatment of Mrs. Brand.

63. Kaiser Permanente, imaging, records and billing custodian, 3495 Piedmont Road, NE, Atlanta, GA, 30305

64. Dekalb Gastroenterology Associates, LLC, imaging, records and billing custodian, 2675 North Decatur Road, Suite 506, Decatur, GA, 30033

65. Dekalb Medical Center, imaging, records and billing custodian, 2701 North Decatur Rd, Decatur, GA, 30033

66. Eastside Medical Center, imaging, records and billing custodian, 1700 Medical Way, Snellville, GA 30078

67. Emory St. Joseph Hospital, imaging, records and billing custodian, 5665 Peachtree Dunwood Rd NE, Atlanta, GA 30342

68. Gwinnett Medical Center, imaging, records and billing custodian, 1000 Medical Center Blvd,5Lawrenceville, GA 30046

69. Kaiser Permanente, imaging, records and billing custodian, 3495 Piedmont Rd NE, Atlanta, GA 30305

70. Kaiser Permanente Glenlake Comprehensive Specialty Center, imaging, records and billing custodian, 20 Glenlake Pkwy NE, Atlanta, GA 30328

71. Kamean, Jeffrie, MD, imaging, records and billing custodian, 2675 N. Decatur Road, Suite 305, Decatur, GA 30033

72. Keller, Scott, MD, imaging, records and billing custodian, 4120 Five Forks Trickum Rd SW, #105, Lilburn, GA 30047

73. Krebs, Henry, MD, imaging, records and billing custodian, 600 Parkway North, Newna, GA 30265

74. Kukler, Mark B, MD, imaging, records and billing custodian, 763 Old Norcross Rd, Lawrenceville, GA 30046

75. Levin, Keith, MD, imaging, records and billing custodian, 601 Professional Drive, Lawrenceville, GA 30046

76. Morrison, Thomas, MD, imaging, records and billing custodian, 1150 E. Hammond Drive, Suite 400, Atlanta, GA

77. Northside Hospital/Snellville Imaging, imaging, records and billing custodian, 1608 Tree Lane, Bldg D, Suite 400, Snellville, GA 30078

78. Northside Hospital – Atlanta, imaging, records and billing custodian, 1000 Johnson Ferry Rd, Atlanta, GA 30342

79. Northside Meridian Radiology, imaging, records and billing custodian, 5445 Meridian Mark Rd, Atlanta, GA 30342

80. Reisman, Richard, MD, imaging, records and billing custodian, 575 Professional Drive, Lawrenceville, GA 30046

81. Resurgens Orthopaedics – Lawrencville, imaging, records and billing custodian, 758 Old Norcross Road, Suite 100, Lawrenceville, GA 30046

82. Rheudasil, Mark, MD, imaging, records and billing custodian, 5673 Peachtree Dunwoody Rd, Suite 625, Atlanta, GA 30342

83. Richard, Robert, MD, imaging, records and billing custodian, 1000 Medical Center Blvd, Lawrenceville, GA 30046

84. Setty, Gurudatt, MD, imaging, records and billing custodian, 1000 Medical Center Blvd, Lawrenceville, GA 30046

85. Northside Hospital, imaging, records and billing custodian, 1000 Johnson Ferry Rd, Atlanta, GA 30342

86. Thai, Phu, MD/Kaiser Permanente-Georgia Region, imaging, records and billing custodian, 3495 Piedmont Road, NE, Bldg 11, Atlanta, GA 30305

87. Vascular Institute of Georgia, imaging, records and billing custodian, 5669 Peachtree Dunwoody Road, Atlanta, GA 30342

88. Vergis, Lois, MS, RD, LD, CDE, imaging, records and billing custodian, 1000 Medical Center Blvd NW, Lawrenceville, GA 30046

**ADDITIONAL WITNESSES**

89. Any person listed on any Defendant's witness list.

90. Witness(es) to address Cook's financial records.

91. Additional witnesses needed for impeachment or rebuttal.

92. All witnesses who may be necessary to authentic or otherwise provide an evidentiary foundation for exhibits.

93. Plaintiff reserves the right to supplement this witness list.

Dated: October 10, 2018

Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
bmartin@bencmartin.com

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
mheaviside@hrzlaw.com

        */s/ David P. Matthews*
        David P. Matthews, Esq.
        MATTHEW AND ASSOCIATES
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Ben C. Martin*
        Ben C. Martin