**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Cause No.    1:14-cv-06018-RLY-TAB (Tonya Brand)

## COOK DEFENDANTS' WITNESS LIST

The defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook"), hereby submit their witness list. Many pretrial motions remain to be ruled upon, including motions for summary judgment, *Daubert* motions, and motions *in limine*. Therefore, the Cook Defendants reserve the right to amend and supplement this list. If the Cook Defendants identify additional witnesses they intend to call at trial, the Cook Defendants' counsel will timely identify such witnesses to the Court and counsel for the plaintiff, Tonya Brand ("Ms. Brand"). In addition, the Cook Defendants do not represent that they will call all witnesses listed. In particular, depending on the results of Cook's motions *in limine* the testimony of some witnesses listed below may be barred, irrelevant, or unnecessary. By designating testimony in their deposition designations, incorporating those designations by reference below, or describing anticipated testimony, the Cook Defendants do not intend to indicate that some or all of the designated or described testimony is admissible or

relevant. Rather, Cook has designated or described potential testimony it may use at trial, subject to the Court's decisions on Cook's motions for summary judgment, *Daubert* motions, and motions *in limine*.

## FINAL WITNESS LIST

### Will Call List

1. <u>Mark A. Breedlove:</u>  Mr. Breedlove is Vice President of Cook's Vascular division and the former Global Business Unit Leader of Peripheral Intervention at Cook Medical. Mr. Breedlove will testify regarding the Cook companies' history, structure, and current business; the products designed, manufactured, and sold by Cook; corporate, financial or net worth information for the Cook Defendants relevant to plaintiff's claim for punitive damages; company conduct evidence relevant to punitive damages, including evidence of company conduct, mission, values, and evidence of community involvement, achievements, awards, and recognition relevant to the absence of willful and malicious intent or conscious indifference to patient safety; the sale of the filter at issue in this litigation; the history of the development of IVC Filters, including but not limited to Cook's IVC Filters; historic trends on IVC filter usage and the reasons for those trends; the evolution of retrievable filters; communications with physicians regarding IVC Filters; communications with patients and patient feedback regarding IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; the historic sales and use of IVC Filters, including the sales and occurrence rates for the Celect from 2006 to the present date; Cook's knowledge related to IVC Filters; Cook's development and sponsorship of the VISTA training program and other information provided to physicians related to IVC Filters; Cook's management process; Cook's quality systems and policies; Cook's marketing and sales of the Celect from 2006 to the present date; the

teams and people involved in the development of the Celect; post marketing processes for Cook's IVC Filters and information related to those filters.

2. <u>Jennifer Brown, Ph.D.:</u>  Dr. Brown is Director of Regulatory Affairs at Cook Research Incorporated ("CRI"). Dr. Brown was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Brown will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during her depositions. Dr. Brown will also testify as a fact witness regarding the development of Cook IVC filters, including clinical and non-clinical studies involving the Celect; the Celect regulatory submissions and regulatory submissions related to Cook's other IVC Filters; instructions for use and information provided to physicians, including but not limited to IVC Filters; physician feedback regarding IVC Filters; the FDA's safety communications to physicians; Cook's interactions with the FDA and publications by the FDA; the OUS study and its protocol, interim data, and final report; the Lyon publication; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale, including trending and reporting data regarding the Celect and how it is used; interactions between the Cook Defendants and MED Institute ("MEDI") or CRI; Cook's compliance with regulatory requirements; Cook's regulatory submissions; and the information contained in the Cook Data Summary, including Cook's gathering, analysis, and use of the same; the panel meeting of physicians related to the Cook Data Summary.

3. <u>Dr. F. Michael Ferrante:</u>  Dr. Ferrante is an expert in anesthesia and pain management and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Ferrante. Dr. Ferrante will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Ferrante's report, and those matters covered in his deposition.

4. <u>Dr. Evan Fogel</u>:  Dr. Fogel is an expert in gastroenterology and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Fogel. Dr. Fogel will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Fogel's report, and those matters covered in his deposition.

5. <u>Christy Foreman, MBE:</u>  Ms. Foreman is an expert consultant on matters concerning the FDA with experience with both the premarket and postmarket oversight of medical devices and Cook's retained expert. A full Rule 26 expert report was provided by Ms. Foreman. Ms. Foreman will testify regarding the matters in Cook's Rule 26 expert disclosures, Ms. Foreman's report, and those matters covered in her deposition.

6. <u>Mark Frye</u>:  Mr. Frye is an Engineering Manager. Mr. Frye will testify regarding the evolution, development, design, testing, and manufacture of Cook's IVC Filters, including the Design Input Requirements, the dFMECAs, Design Verifications, quality systems and procedures, blueprints, specifications, regulations, standards, and quality systems and processes that are applicable to the Celect IVC Filter.

7. <u>Jon P. Fryzek, M.P.H., Ph.D.:</u>  Dr. Fryzek is an epidemiologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Fryzek. Dr. Fryzek will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Fryzek's report, and those matters covered in his deposition.

8. <u>Dr. David Gillespie:</u>  Dr. Gillespie is a vascular surgeon and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Gillespie. Dr. Gillespie will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Gillespie's report, and those matters covered in his deposition.

9.     <u>Dennis Griffin, MD:</u>  Dr. Griffin is a retired Interventional Radiologist. Dr. Griffin reviewed certain imaging and a portion of Plaintiff's medical records at the request of Cook or its counsel, as he did in other patient complaint investigations for patients implanted with Cook products.  Dr. Griffin will testify that he placed hundreds of Celect filters over his career with a 90% retrieval rate. He will testify regarding his positive experience with the Celect in his patients.  He will describe the conclusions he reached in the course of his consulting work about Plaintiff's anatomy and IVC filter based on the available imaging and medical records.  He will explain that Plaintiff's Celect filter was deployed in the location of a prominent osteophyete and it became lodged in an osteophyte, which led to its fracture. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

10.    <u>Henrik Gyllun:</u>  Mr. Gyllun is the Director of Quality Assurance at William Cook Europe.  He will testify about the quality assurance procedure for Celect Filters from Design through post-market sale. He may also testify about the post-market inspection of filters and filter complaint rates.  Mr. Gyllun may explain Cook's processes for capturing, recording and tracking product complaints; FDA inspections related to William Cook Europe; the receipt of physician feedback via communications with Cook or literature; and the distribution or review of published literature at Cook.

11.    <u>Melvin Kem Hawkins:</u> Mr. Hawkins is a former President of Cook Medical. Mr. Hawkins' testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony is contained in the deposition designations provided to Ms. Brand's counsel and the Court.

12.    <u>Per Hendrikson:</u>  Mr. Hendrikson was the co-Project Leader at William Cook Europe on the Celect. Mr. Hendrikson will testify regarding the history of the development, use,

5

and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; Cook's management process; Cook's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters, including but not limited to the manufacturing process, the regulations that govern that process, and the quality policies and procedures that implement those regulations; and the dFMECAs, Design Inputs, Design Verification, quality systems and procedures, blueprints and specifications applicable to the Celect.

   13. <u>John A. Kaufman, M.D.:</u>  Dr. Kaufman is the Director of the Dotter Interventional Institute at Oregon Health Sciences University. Dr. Kaufman was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Kaufman will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Dr. Kaufman will also testify as a fact witness regarding Cook's pre-market and post market studies and research, including but not limited to those related to IVC Filters; information provided to physicians; the history, trends, and use of IVC filters to prevent PE; the study and monitoring of the performance of Cook's IVC filters after they were available for sale; Dr. Kauffman's use and review of the Cook Data Summary and discussions regarding the same. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

   14. <u>Dr. Scott Keller:</u> Dr. Keller is one of Ms. Brand's treating physicians.  Cook has designated Dr. Keller as a non-retained expert. Dr. Keller's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

15. <u>Arne Molgaard-Nielsen:</u>  Mr. Molgaard was the Director of Research at William Cook Europe and Co-Inventor of the Celect. He will testify about the history, structure and evolution of William Cook Europe; the design, development, evolution, and differences between, Cook's IVC Filters; the IFUs; research and testing of Cook's IVC Filters; the OUS study, including its protocol, study and final report; the clot-trapping study, bench studies, animal testing, and other testing by or in conjunction with Cook on IVC Filters; the review and handling of literature regarding IVC Filters by Cook; the care and caution with which Cook developed the Celect and its IVC Filters, including information related to punitive damages; accolades and positive physician feedback regarding Cook's IVC Filters; the physician feedback regarding retrievability; Cook's submissions to LRQA and CE mark application/receipt for the Celect filter; the Executive Summary on migration.

16. <u>Timothy A. Morris, M.D.:</u>  Dr. Morris is a pulmonologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Morris. Dr. Morris will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Morris's report, and those matters covered in his deposition.

17. <u>Dr. Thomas J. Morrison III:</u> Dr. Morrison is one of Ms. Brand's treating physicians. Cook has designated Dr. Morrison as a non-retained expert. Dr. Morrison's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

18. <u>Dr. Kenneth Renkens:</u>  Dr. Renken is a neurosurgeon and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Renken. Dr. Renken will testify regarding the

matters in Cook's Rule 26 expert disclosures, Dr. Renken's report, and those matters covered in his deposition.

19. <u>Dr. Mark Rheudasil:</u> Dr. Rheudasil is one of Ms. Brand's treating physicians. Cook has designated Dr. Rheudasil as a non-retained expert. Dr. Rheudasil's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

20. <u>B. Thomas Roberts:</u>  Mr. Roberts is the Vice President of Quality Assurance and Global Functional Leader for Quality Assurance at Cook. Mr. Roberts will testify regarding the Cook companies' history, structure, and current business; the products designed, manufactured, and sold by Cook; Cook's quality systems and policies; the post market process for Cook's IVC Filters, including but not limited to both internal procedures and regulatory compliance; the relationships between and among the Cook Defendants; financial or net worth information for the Cook Defendants relevant to plaintiff's claim for punitive damages; company conduct evidence relevant to punitive damages, including evidence of company conduct, mission, values, and evidence of community involvement, achievements, awards, and recognition relevant to the absence of willful and malicious intent or conscious indifference to patient safety; the Cook companies' history, structure, and current business.

21. <u>Scott W. Robertson, Ph. D.:</u> Dr. Robertson is an engineer and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Robertson. Dr. Robertson will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Robertson's report, and those matters covered in his deposition.

22. <u>Dr. Phu B. Thai:</u> Dr. Thai is one of Ms. Brand's treating physicians. Cook has designated Dr. Thai as a non-retained expert. Dr. Thai's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

23. <u>Paul Timperman, MD:</u> Dr. Timperman is an Interventional Radiologist. Dr. Timperman was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Timperman will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his depositions. Dr. Timperman will testify as a fact witness about his work as an independent contractor for Cook in the past, specifically his work on Data Safety Monitoring Boards, and reviewing complaint reports submitted to Cook regarding its devices (including IVC filters). He will also testify specifically about his review of Ms. Brand's medical records, imaging, and records as part of the complaint investigation process, and the conclusions he reached regarding the Celect filter placed in Ms. Brand, as well as conclusions reached about Ms. Brand's expected future clinical course.

24. <u>Ramen Uberoi, MD:</u> Dr. Uberoi is an interventional radiologist who has participated in numerous studies related to IVC filters, including Cook's "OUS study." Cook has designated Dr. Uberoi as a non-retained expert and disclosed him as a fact witness based on his "OUS study" involvement. Dr. Uberoi's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

25. <u>Renu Virmani, M.D.:</u> Dr. Virmani is a cardiovascular pathologist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Virmani. Dr. Virmani will

testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Virmani's report, and those matters covered in her deposition.

**May Call List:**

    1.    <u>Tyler Brand</u>:  Mr. Brand is the plaintiff's son. Cook may question him regarding any matter for which he has personal knowledge and that is relevant to any claim or defense in this matter.

    2.    <u>Brian D. Choules, Ph.D.</u>:  Dr. Choules is a former employee of MEDI and CRI who worked extensively on the design, development, and testing of Cook's IVC Filters. Dr. Choules was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Choules will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Specifically, Dr. Choules will testify as a fact witness regarding the development of Cook IVC filters, including but not limited to, conceptual design, development, and testing of Cook's IVC Filters; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale; the dFEMCAs, Design Inputs, Design Validations, quality systems and procedures, blueprints and specifications applicable to the Celect; Cook's quality systems and policies; and the means by which and reasons for Cook's development and continuing evolution of its IVC Filters. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

    3.    <u>Tamara Clemmer</u>:  Ms. Clemmer is a District Manager or sales representative for Cook. She has been deposed and may testify regarding her interactions with Ms. Brand's physicians, the sale of the filter at issue in this litigation; her sales, training and marketing

10

experience with Cook's IVC filters; her communications with physicians regarding IVC Filters; and their feedback regarding IVC Filters.

    4.    <u>Meg Donley</u>: Ms. Donley is a District Manager or sales representative for Cook. She has been deposed and may testify regarding her interactions with Ms. Brand's physicians, the sale of the filter at issue in this litigation; her sales, training and marketing experience with Cook's IVC filters; her communications with physicians regarding IVC Filters; and their feedback regarding IVC Filters.

    5.    <u>Michael C. Fishbein, MD:</u> Dr. Fishbein is an expert retained by Ms. Brand's counsel and the substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

    6.    <u>James Gardner, M.D.:</u>  Dr. Gardner is Cook Medical's Director of Third Party Reimbursement and Medical Science Officer. Dr. Gardner was disclosed as a non-retained expert and has been disclosed as a fact witness. Dr. Gardner will testify regarding the matters stated in Cook's Rule 26 expert disclosure statement and those matters discussed during his deposition. Dr. Gardner will also testify as a fact witness regarding the history of payment and reimbursement for IVC Filters by third parties; including the Celect; historic considerations related to IVC Filter reimbursement; Dr. Gardner's knowledge of the clinical data regarding IVC Filters and the interplay between that data and reimbursement by payers; and any emails authored by Dr. Gardner and listed as exhibits on Ms. Brand's Exhibit List.

    7.    <u>Rita Harden:</u>  Ms. Harden is the former Director of Customer Relations and Regulatory Reporting at Cook Medical. Ms. Harden will testify regarding post-market surveillance activities at Cook, including but not limited to, compliant handling, reporting, and tracking, compliance with regulatory requirements (including FDA regulations), Cook's Quality

11

Systems; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale; Cook's communications with the FDA regarding post-market reporting; Cook's complaint files and adverse event reports.

8. <u>Theodore Heise, Ph.D.:</u>  Mr. Heise is the Vice President of Regulatory and Clinical Services for MEDI. Dr. Heise will testify as a fact witness regarding the development of Cook IVC filters, including clinical and non-clinical studies involving the Celect; design considerations during development; the Celect regulatory submissions and regulatory submissions related to Cook's other IVC Filters; instructions for use and information provided to physicians, including but not limited to IVC Filters; physician feedback regarding IVC Filters; the FDA's safety communications to physicians; Cook's interactions with the FDA and publications by the FDA; the OUS study and its protocol, interim data, and final report; the Lyon publication; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale, including trending and reporting data regarding the Celect and how it is used; interactions between the Cook Defendants and MEDI or CRI; Cook's compliance with regulatory requirements; Cook's regulatory submissions; and the information contained in the Cook Data Summary, including Cook's gathering, analysis, and use of the same; and the Executive Summary on migration.

9. <u>April Lavender:</u>  Ms. Lavender is the Senior Vice President of Regulatory Affairs for Cook Incorporated. Ms. Lavender will testify regarding the regulatory requirements for IVC filters, Cook's compliance with regulatory requirements; regulatory submissions made on behalf of Cook's IVC filters; specific communications with the FDA regarding Cook's IVC Filters; and Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale.

12

10. <u>Dr. Bennett Leventhal</u>: Dr. Leventhal is a psychiatrist and Cook's retained expert. A full Rule 26 expert report was provided by Dr. Leventhal. Dr. Leventhal will testify regarding the matters in Cook's Rule 26 expert disclosures, Dr. Leventhal's report, and those described in Cook's response to Plaintiff's Motion To Exclude Testimony of Dr. Bennett Leventhal.

11. <u>Lars Milling</u>: Mr. Milling is the Managing Director of William Cook Europe ("WCE"). Mr. Milling will testify regarding the history, structure, and current business of WCE and its relationship to other Cook companies; the products designed, manufactured, and sold by WCE, including but not limited to IVC Filters; corporate, financial or net worth information for the WCE relevant to plaintiff's claim for punitive damages; the sale of the filter at issue in this litigation; the history of the development of IVC Filters, including but not limited to Cook's IVC Filters; the IVC Filter industry; the history of the development, use, and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; the uses of IVC Filters; the historic sales and use of IVC Filters, including the sales and occurrence rates for the Celect from 2006 to present date; Cook's knowledge related to IVC Filters; information provided to physicians related to IVC Filters; Cook's management process; WCE's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters, including but not limited to the manufacturing process, the regulations that govern that process, and the quality policies and procedures that implement those regulations; the post market process for Cook's IVC Filters, including but not limited to both internal procedures and regulatory compliance.

12. <u>Anthony Ragheb, Ph.D.</u>: Mr. Ragheb is a Senior Vice President for Cook Research Incorporated and previously served as a Vice President of Non-Clinical Testing at

13

MEDI. Mr. Ragheb will testify regarding the design and development of the testing performed on the Celect filter and development of Cook IVC filters, including but not limited to, conceptual design, development, and testing of Cook's IVC Filters; Cook's study and monitoring of the performance of Cook's IVC Filters after they were available for sale.

13. <u>Dr. Richard Reisman:</u> Dr. Reisman is one of Ms. Brand's treating physicians. Cook has designated Dr. Reisman as a non-retained expert. Dr. Reisman's testimony will be presented by deposition, as he is a non-party witness who is beyond the Court's subpoena power. The substance of his testimony will be contained in the deposition designations provided to Ms. Brand's counsel and the Court.

14. <u>Glenn Stanley:</u> Mr. Stanley is the Cook Group Incorporated Global Director of Accounting. Mr. Stanley would testify as to the corporate, financial or net worth information for the Cook Defendants relevant to plaintiff's claim for punitive damages.

15. <u>Jesper Thyregod:</u> Mr. Thyregod is the former Director of Engineering for William Cook Europe. Mr. Thyregod will testify regarding the history of the development, use, and sale of IVC Filters; the means by which and reasons for Cook's development and continuing evolution of its IVC Filters; Cook's management process; Cook's quality system and the policies and procedures that implement that system; the manufacture of Cook's IVC Filters, including but not limited to the manufacturing process, the regulations that govern that process, and the quality policies and procedures that implement those regulations, including the design and development process or Design Control utilized by William Cook Europe.

16. <u>William E. Turton, MD:</u> Dr. Turton is a medical doctor with Indiana Internal Medicine Consultants retained by Cook to perform an Independent Medical Exam on Ms. Brand.

Dr. Turton will testify regarding the matters in Cook's Rule 26 expert disclosure, and his May 17, 2018 medical exam and IME Report regarding Ms. Brand.

17. All witnesses listed on plaintiff's witness list.

18. Additional witnesses necessary for impeachment or rebuttal.

19. All witnesses retained as experts by any party for the purpose of testifying at trial.

20. All witnesses who may be necessary to authenticate or otherwise lay evidentiary foundation for exhibits.

21. Any witness deposed in this matter in the future.[1]

Respectfully submitted,

Dated: October 10, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Jessica Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
Email:  chuck.webber@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

---

[1] Cook has requested the depositions of multiple fact damages witnesses disclosed by Plaintiff, but their depositions have not yet been scheduled.  The depositions of Drs. Bikdeli and Gupta are the subject of motions practice currently before Magistrate Judge Baker.

15

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*