IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)

FELISE K. ROBINSON

Civil Case #:  1:18-cv-02902-RLY-TAB

_____

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/11/18
>
> *(signature)*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Felise K. Robinson through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, against all defendants.

Dated this 9th day of October, 2018.

        Respectfully submitted,

        *s/ David P. Matthews*
        David P. Matthews, Bar No. 13206200
        MATTHEWS & ASSOCIATES
        2905 Sackett Street
        Houston, TX 77098
        Telephone:  (713) 522-5250
        Facsimile:  (713) 535-7184
        matthewsivc@thematthewslawfirm.com
        dmatthews@thematthewslawfirm.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ David P. Matthews*
DAVID P. MATTHEWS