# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Ott, Linda | 1:17-cv-03817 | 9/19/2018 | 9/20/2018 | 1 |
| 2  | Gifford, Mickie and Senya, Donald | 1:18-cv-01710 | 7/6/2018 | 9/20/2018 | 2 |
| 3  | Heiser, Kara | 1:18-cv-01712 | 7/6/2018 | 9/20/2018 | 3 |
| 4  | Remice, James | 1:18-cv-01713 | 7/6/2018 | 9/20/2018 | 4 |
| 5  | McNamara, Robert | 1:18-cv-01738 | 7/9/2018 | 9/20/2018 | 5 |
| 6  | Henke, Jeanette G. and Kenneth | 1:18-cv-01761 | 7/11/2018 | 9/20/2018 | 6 |
| 7  | Fetchko, Carol Ann and Ronald G. | 1:18-cv-01762 | 7/11/2018 | 9/20/2018 | 7 |
| 8  | Mitchell, Nancy and McGill, Louis | 1:18-cv-01766 | 7/11/2018 | 9/20/2018 | 8 |
| 9  | Halterman, Faye and Michael T. | 1:18-cv-01837 | 7/16/2018 | 9/20/2018 | 9 |
| 10 | Titus, Cindy Lou and Alan Eugene | 1:18-cv-02098 | 8/9/2018 | 9/20/2018 | 10 |
| 11 | Fields, Patricia | 1:18-cv-02153 | 8/15/2018 | 9/20/2018 | 11 |
| 12 | Cuzzort, Vickie and Charles | 1:18-cv-02157 | 8/15/2018 | 9/20/2018 | 12 |
| 13 | Milk, Kevin | 1:18-cv-02176 | 8/16/2018 | 9/20/2018 | 13 |
| 14 | Denson, Gwendolyn and William | 1:18-cv-02177 | 8/16/2018 | 9/20/2018 | 14 |
| 15 | Martinez, Misty Dawn | 1:18-cv-02184 | 8/16/2018 | 9/20/2018 | 15 |
| 16 | Tyler, Shantil | 1:18-cv-02192 | 8/17/2018 | 9/20/2018 | 16 |
| 17 | Brown, Leonard | 1:18-cv-02195 | 8/17/2018 | 9/20/2018 | 17 |
| 18 | Darnell, Jake | 1:18-cv-02268 | 8/23/2018 | 9/20/2018 | 18 |
| 19 | Hill, Debra | 1:18-cv-02356 | 8/31/2018 | 9/20/2018 | 19 |
| 20 | Wicks, Charles | 1:18-cv-02372 | 9/4/2018 | 9/20/2018 | 20 |
| 21 | Ferreira, Brendan and Elise | 1:18-cv-02399 | 9/5/2018 | 9/20/2018 | 21 |
| 22 | Joy, Lisa | 1:18-cv-02403 | 9/5/2018 | 9/20/2018 | 22 |
| 23 | Bilbro, Monica Yvette | 1:18-cv-02459 | 9/10/2018 | 9/20/2018 | 23 |

| 24 | Moses, Molly | 1:18-cv-02515 | 9/14/2018 | 9/20/2018 | 24 |
| 25 | Martinson, Benjamin | 1:18-cv-02536 | 9/17/2018 | 9/27/2018 | 25 |

2

US.120331962.01