# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## COOK'S MOTION TO COMPEL PLAINTIFF TO PAY HER PROPORTIONATE SHARE OF DR. RAMAN UBEROI'S DEPOSITION FEE

Pursuant to Federal Rule of Civil Procedure 26(b)(4)(E), the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), respectfully urge this Court to compel the plaintiff, Tonya Brand ("Plaintiff"), to pay her proportionate share of Dr. Raman Uberoi's deposition fee. Cook disclosed Dr. Uberoi as a non-retained expert witness. He is an interventional radiologist who participated in the Celect filter study. His deposition was demanded by Plaintiff and noticed by both parties. By agreement, Plaintiff was allotted five hours of the seven-hour deposition for questioning, giving Cook only two hours for questions. Plaintiff conducted the direct and re-direct examinations and Cook conducted the cross-examination. Accordingly, Dr. Uberoi is a non-retained expert used extensively by both parties, and Plaintiff should be compelled to pay her proportionate share of Dr. Uberoi's deposition fee. *See* Fed. R. Civ. Pro. 26(b)(4)(E) ("Unless manifest injustice would result, the court must require that the party seeking discovery . . . pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) [*i.e.*, giving a deposition]"); *see also* Notes of Advisory Committee on Rules – 1993

US.120148979.03

Amendment ("the expert's fees for the deposition will ordinarily be borne by the part[ies] taking the deposition.").

                Respectfully submitted,

Dated: October 11, 2018      /s/ *Jessica Benson Cox*
Andrea Roberts Pierson (# 18435-49)
Andrew L. Campbell (#25516-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  andrew.campbell@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiff will serve any non-CM/ECF registered parties.

/s/ <em>Jessica Benson Cox</em>