## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### EXHIBITS SUBMITTED WITH COOK'S MOTION TO COMPEL PLAINTIFF TO PAY HER PROPORTIONATE SHARE OF DR. RAMAN UBEROI'S DEPOSITION FEE

The following exhibits are hereby submitted with the Cook Defendants' Motion to Compel Plaintiff to Pay Her Proportionate Share of Dr. Raman Uberoi's Deposition Fee:

| Exhibit | Description |
|---|---|
| A | June 4 – 5, 2018, Email Between Andrea Roberts Pierson and Joseph Williams |
| B | July 24, 2018, Excerpt from Status Hearing before Judge Richard L. Young |
| C | July 28 – 31, 2018, Email Between Ben Martin and Jessica Benson Cox |
| D | August 7, 2018, Letter from Jessica Benson Cox to Ben Martin Regarding Payment of Dr. Uberoi's Deposition Fee |
| E | August 3, 2018, Excerpts from Raman Uberoi, M.D., Deposition |

Respectfully submitted,

Dated:  October 11, 2018

/s/ *Jessica Benson Cox*
Andrea Roberts Pierson (# 18435-49)
Andrew L. Campbell (#25516-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  andrew.campbell@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiff will serve any non-CM/ECF registered parties.

/s/ *Jessica Benson Cox*