# EXHIBIT C

```
> Sent from my iPhone
>
>> On Jul 31, 2018, at 9:27 AM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:
>>
>> He is a non-retained expert fact witness. He is not Cook's retained expert for this case, so he would not be included in the deal you reference below.
>>
>> His function is very akin to a treating physician, a fact witness who happens to be an expert. We have been pretty good at working out the treater depos, so hoping the result won't be different here.
>>
>> Cook will need time during the deposition to ask its questions, and I can't imagine the Court wouldn't allow Cook time during the deposition if asked to intervene. If 3:3:1 will not work for you in terms of the split, what is your counter proposal?
>>
>> Sent from my iPhone
>>
>>> On Jul 31, 2018, at 10:15 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>>>
```

-----Original Message-----
From: Ben Martin <bmartin@bencmartin.com>
Sent: Tuesday, July 31, 2018 11:11 AM
To: Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
Cc: Webber, Chuck <chuck.webber@FaegreBD.com>; Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>; Joe Williams <jwilliams@rwp-law.com>; Michael Heaviside <mheaviside@hrzlaw.com>; L Baughman <lbaughman@baronbudd.com>; Tom Arbon <tarbon@bencmartin.com>; Christina Guerra <cguerra@bencmartin.com>
Subject: Re:

Redirect not cross.

Sent from my iPhone

```
> On Jul 31, 2018, at 10:10 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>
> We aren't paying for Uberoi. We opposed the deposition.  Whatever you want to call him he is your expert. We will agree to cancel it completely if that is what you wish.
>
> If it goes forward we will agree to no less than 4 hours on direct and an hour on cross.
>
>
>
>>> We aren't paying penny and the suggestion is contra to my agreement with Andrea that each party pays for his or her experts' time. He is not a treating physician. He is your expert.
>>>
>>> As to time, we cannot agree to split time equally because, again, he is your expert and we need the bulk of the time to question him.
>>>
>>> Ben
>>>
>>> Sent from my iPhone
>>>
```

1

2

>>>> On Jul 31, 2018, at 9:06 AM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:
>>>>
>>>> Hi Ben, hope all is well.
>>>>
>>>> We candelles our reporter per the emails below.  We also discussed your preference to go first, but never discussed time split.  Assume we can split the time equally, and split bill for his time equally, as we have done with treating physicians in this case.
>>>> (Perhaps on the time - you go for 3 hours, then we have 3, and left over is largely yours for any follow-up needed? that work for you? Let me know! Thx.
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jul 28, 2018, at 2:53 PM, Ben Martin <bmartin@bencmartin.com> wrote:
>>>>>
>>>>> Thanks for the clarification. Unless we hear otherwise that there is any issue with the following, we will get the court reporter and videographer and our side will begin the deposition. Thanks.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jul 28, 2018, at 6:58 AM, Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> wrote:
>>>>>>
>>>>>> No issue with you setting up. We did arrange for reporter and video thru our London colleagues, but happy to cancel and let you obtain reporter and videographer.  Let me know if this is how you wish to proceed and I will cancel ours today.
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Jul 28, 2018, at 6:31 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>>>>>>>
>>>>>>> Chuck, et al:
>>>>>>>
>>>>>>> We received a deposition notice for Dr. Uberoi's deposition. We have sent one to you with a duces tecum. We intend to obtain the videographer and court reporter and take the deposition as Dr. Uberoi has been named as an expert by Cook. Let me know if this is going to be an issue so we can take it up with the court if need be.
>>>>>>
>>>>>
>>>>
>>>
>>

2