# EXHIBIT D

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHIN

**Jessica Benson Cox**
*Partner*
jessica.cox@FaegreBD.com
Direct **+1 317 237 1234**

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Main **+1 317 237 0300**
Fax **+1 317 237 1000**

August 7, 2018

**VIA EMAIL ONLY** - bmartin@bencmartin.com

Ben C. Martin
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

    Re:    MDL No. 2570 – *Brand v. Cook Medical, Inc., et al., Case No. 1:14-cv-06018-RLY-TAB*

Dear Ben:

Pleasure as always to see you at Dr. Uberoi's deposition last week in London. As Dr. Uberoi outlined in his testimony, he charges one thousand pounds an hour for deposition testimony. Plaintiff and Defendant both noticed his deposition, and you were allotted 5 hours of the 7-hour deposition for questioning, leaving Cook with 2 of the 7 hours for questioning.

As Cook made clear prior to the deposition, Dr. Uberoi has not been engaged or retained to serve as an expert by Cook. He voluntarily appeared for the deposition as an independent third-party witness, who had direct involvement in testing of the Celect filter prior to the litigation being filed by Mrs. Brand. Cook did name him on its Witness List (appropriately) as a non-retained expert, just like Cook would name any treating physician who participated in the care of Mrs. Brand, but who had not been retained by Cook to serve as an expert in the Brand trial.

Several treating physicians have been deposed in this case, and for each of these depositions, the parties have split the deposition time equally, along with any fees charged by these witnesses for their time spent in the deposition. The same result should apply here.

Even though the time for Dr. Uberoi's deposition was not apportioned equally between the parties (as customary with the treating physicians in this case), Cook will agree to pay for half of the fee Dr. Uberoi will charge for this deposition (seven thousand pounds or $9,060 USD). Cook will go ahead and pay Dr. Uberoi's $9,060 invoice, but requests that you provide me with a check to cover your half ($4,530).

To be candid, your questioning of Dr. Uberoi during his deposition lead us to believe that you intend to suggest to the jury that he is a paid expert of Cook's at trial in this matter, which could not be farther from the truth. As Dr. Uberoi noted during the deposition, he would have been equally willing to meet and work with you prior to the deposition (but was not called by you at any point prior). You chose not to meet with him before, but we do not believe it would be appropriate or just for you to simply skirt

Ben C. Martin                                    -2-                                   August 7, 2018

your obligation to pay for your portion of the deposition to create a fiction at trial that Cook has paid him, and Plaintiff has not, to suggest he is not impartial.

Appreciate your time and attention to this matter. Please make payment of your portion (a check payable to Faegre Baker Daniels) by **August 17th**. Please also note, if we are required to seek intervention from the Court on this matter, we will be requesting reimbursement for five thousand pounds, to cover the 5 hours of deposition apportioned to Plaintiffs, rather than the equal split proposed above.

Very truly yours,

Jessica Benson Cox

Enclosure

cc:  Joseph Williams (jwilliams@rwp-law.com)
     Matthew Schultz (mschultz@levinlaw.com)
     Michael Heaviside (mheaviside@hrzlaw.com)
     Laura Baughman (lbaughman@baronbudd.com)
     Timothy Bolton (tbolton@bencmartin.com)
     Tom Arbon (tarbon@bencmartin.com)
     Christina Guerra (cguerra@bencmartin.com)