UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### [PROPOSED] ORDER ON THE COOK DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PAY HER PROPORTIONATE SHARE OF DR. RAMAN UBEROI'S DEPOSITION FEE

The Court, having considered the Motion to Compel Plaintiff to Pay Her Proportionate Share of Raman Uberoi's Deposition Fee filed by the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), and being duly advised, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff must pay to Cook her proportionate share of Dr. Uberoi's deposition fee ($6,471).

Dated:_____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

US.120148516.01