IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   Donna Hannagan & Gary Hannagan
   1:17-cv-4295

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Gary Hannagan, by and through his undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and moves the Court for leave to substitute Gary F. Hannagan as Executor of the Estate of Donna L. Hannagan, deceased, for Plaintiff Donna Hannagan. Further, Plaintiff moves for leave to file the attached First Amended Short Form Complaint. In support of this motion, Plaintiff states the following:

1. Plaintiffs Donna Hannagan and Gary Hannagan originally filed a Short Form Complaint against Defendants on November 16, 2017, in the Southern District of Indiana, MDL No. 2570. Plaintiff Donna Hannagan sought relief as the recipient of the IVC filter at issue, and Plaintiff Gary Hannagan, as her spouse, asserted a claim for loss of consortium.

2. On April 29, 2018, Plaintiff Donna Hannagan passed away.

3. On July 30, 2018, the Decedent's spouse and co-plaintiff in this action, Gary F. Hannagan was appointed Executor of the Estate of Donna L. Hannagan. The Estate is pending in the Circuit Court of Fayette County, State of Illinois, and bears the cause number of 2018P50. A

copy of that Appointment and the Letters of Office are attached hereto attached hereto as Exhibits 1 and 2.

4. Plaintiff Gary Hannagan, on behalf of himself and as Executor of the Estate of Donna Hannagan, asserts that Decedent Donna Hannagan's April 29, 2018, death was caused by injuries she sustained as a result of the IVC Filter at issue in this case. Accordingly, Plaintiff also seeks leave to file an amended complaint asserting causes of action for survival and wrongful death.

5. A proposed First Amended Short Form Complaint is attached here at Exhibit 2.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Gary F. Hannagan as Executor of the Estate of Donna L. Hannagan, deceased, as Party Plaintiff for Donna Hannagan; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse, #57818
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF filing system this 11th day of October, 2018.

/s/ Michael S. Kruse