COPY



STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT

FAYETTE COUNTY - IN PROBATE

| | |
|---|---|
| In the Matter of the Estate of ) | |
| ) | No. 2018P50 |
| DONNA L. HANNAGAN, ) | |
| Deceased. ) | |

## ORDER ADMITTING WILL TO PROBATE AND APPOINTING REPRESENTATIVE

On the verified Petition of GARY F. HANNAGAN for admission of the Will of DONNA L. HANNAGAN, and for issuance of Letters of Office, the Will having been proved as provided by law,

IT IS HEREBY ORDERED THAT:

1. The Will of DONNA L. HANNAGAN, dated March 20, 2018 and filed with the Fayette County Circuit Court on May 9, 2018, be admitted to probate; and

2. Letters of Office as Independent Executor shall be issued to GARY F. HANNAGAN.

DATED this __30__ day of __July__, 2018.

_____
JUDGE    7/30/2018

Richard J. Day
RICHARD J. DAY, P.C.
ATTORNEY FOR
INDEPENDENT EXECUTOR
413 North Main Street
St. Elmo, Illinois 62458
Telephone: 618/829-5546
Email: daylaw@frontier.com

Exhibit 1