## STATE OF ILLINOIS

### IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT

### FAYETTE COUNTY - IN PROBATE



FILED
JUL 30 2018
Kathy Emerick
CLERK OF THE CIRCUIT COURT
FAYETTE COUNTY ILLINOIS

| | |
|---|---|
| In the Matter of the Estate of | ) |
| DONNA L. HANNAGAN, | ) No. 2018P50 |
| Deceased. | ) |

## LETTERS OF OFFICE - DECEDENT'S ESTATE

GARY F. HANNAGAN has been appointed Independent Executor of the Estate of DONNA L. HANNAGAN, deceased, who died April 29, 2018, and is authorized to take possession of and collect the Estate of the decedent, and to do all acts required of him by law.

WITNESS, __July 30__, 2018.

(Seal of Court)

_Kathy Emerick_
Clerk of the Circuit Court

---

### CERTIFICATE

I certify that this is a copy of the Letters of Office now in force in this Estate.

DATED __7/30__, 2018.

(Seal of Court)

_Kathy Emerick_
Clerk of the Circuit Court

---

Richard J. Day, Esq.
RICHARD J. DAY, P.C.
ATTORNEY FOR
INDEPENDENT EXECUTOR
413 North Main Street
St. Elmo, Illinois 62458
Telephone: 618/829-5546
Email: daylaw@frontier.com

Exhibit 2