# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF INDIANA
 3   INDIANAPOLIS DIVISION
 4   _____
 5   In Re:  COOK MEDICAL, INC., IVC FILTERS
 6   MARKETING, SALES PRACTICES AND
 7   PRODUCTS LIABILITY LITIGATION
 8   _____
 9   Case No. 1:14-ml-2570-RLY-TAB
10   MDL No. 2570
11   This Document Relates:
12   Brand v. Cook Medical, Inc., et al.
13   Case No. 1:14-cv-06018-RLY-TAB
14   _____
15       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
16           VIDEOTAPED DEPOSITION
17           OF REBECCA BETENSKY PhD
18           Newton, Massachusetts
19           Monday, July 2, 2018
20
21
22   Reported by:
23   Deborah Roth, RPR-CSR
24   Job No. 2925777
25
```

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 18

1  the filter is missing. So if in-dwell
2  equals period means that that in-dwell time
3  is missing, or if the registry to which the
4  patient belongs was equal to A, then I reset
5  all those perforation assessments at removal
6  equal to missing.
7     Q. And is that because for all of those
8  people who had either an in-dwell period that
9  was missing or a registry value of A, your
10 understanding and your assumption was that
11 the filter was never removed?
12    A. My understanding was that the filter
13 was never intended to be removed, and so
14 there was -- and if -- it's possible I guess
15 it could have been removed, but it was not
16 intended to be removed, and there was no --
17 there was now imaging available to assess it
18 if it was removed.
19    Q. Okay. For all of the values that you
20 indicated in the spreadsheet, the 10 lines or
21 so that we see sort of in the upper third of
22 Page 24, starting with "perfousout_remov,"
23 down through perfgorhem_remov," you set all
24 of those variables then in the work that you
25 did in your analysis as missing?

Page 19

1     A. Under those two conditions. If
2  either of those conditions held.
3     Q. Okay. I got you.
4        And you believe that they had
5  originally been reported or recorded in the
6  data you saw as zero?
7     A. No.
8     Q. Oh, okay.
9     A. I'm sorry. Sorry for interrupting.
10    Q. No. That's all right.
11    A. No. It's -- I believe some of them
12 were zero. Some of them may have been
13 properly recorded as missing. I don't know.
14       I was just trying to capture the
15 entirety of what they should have been. So
16 I don't know what they were originally.
17       Maybe 95 percent of them were
18 originally coded correctly, I don't know,
19 but I know some of them were not --
20    Q. Okay.
21    A. -- according to Dr. Bikdeli.
22    Q. Is that a decision that you made on
23 your own in doing your work, to recode those
24 items as missing data or missing instead of
25 zero or whatever was originally recorded?

Page 20

1     A. Well, as I mentioned to you, this was
2  under the instructions that Dr. Bikdeli gave
3  to me, which you can see in some of the
4  email correspondence.
5     Q. Okay. So recoding those variables is
6  something that he asked you to do?
7     A. Yes. Well, excuse me. He explained
8  that that was the correct way to conduct
9  this analysis.
10    Q. Okay. And the second change that you
11 said that you made or any change that you
12 made to the data you originally received was
13 with respect to just one patient?
14    A. Correct.
15    Q. Okay. And tell me about that. You
16 said you needed to challenge -- I'm sorry --
17 you needed to change two values from
18 something to missing data?
19    A. I don't -- I don't remember what the
20 changes were. Maybe one of them was to a
21 zero. One of them was to a missing. Again
22 I would have to see the email to make sure I
23 tell you the right thing.
24    Q. Okay. Any other changes that you made
25 to the data that you received from

Page 21

1  Dr. Bikdeli or anybody else related to this
2  case, any other changes you made other than
3  what you just mentioned?
4     A. Other than some -- no, other than
5  the, you know, like I mentioned earlier,
6  just the cleaning up of the data, changing
7  his NAs to periods within the spreadsheets,
8  removing the free text, and I don't -- I'm
9  very sure I didn't make any other changes,
10 and if there are they were, you know,
11 inadvertent. I'm not even aware of them,
12 no.
13    Q. Okay. In other words, did you make
14 any changes to the substance of any of the
15 data you got other than what you just
16 mentioned, changing a number from a zero to a
17 one or one to zero or something like that?
18    A. These are -- this is -- these are all
19 the changes, what we just talked about.
20    Q. Okay. You issued a prior report in
21 this case --
22    A. Correct.
23    Q. -- one we talked about last year.
24       Have you reviewed that in
25 connection with your work in this case?