IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
*Brand*; Case No.: 1:14-cv-06018-RLY-TAB

**JOINT MOTION TO EXTEND TWO CASE MANAGEMENT DEADLINES**

The Plaintiff, Tonya Brand, and the Cook Defendants, by counsel, respectfully request the Court to extend the parties' deadline for filing (1) Responses to Motions in Limine to September 24, 2018, and (2) Replies to Daubert motions filed by 7-20 and Motions for Summary Judgment to October 8, 2018.

The current deadline for the parties to file responses to Motions in Limine is set for Friday, September 21, 2018. The parties respectfully request that this deadline be extended by three days, making (should the Court grant this motion) the new deadline **September 24, 2018**.

The current deadline for the parties to file replies to Daubert motions filed by 7-20 and Motions for Summary Judgment is set for Friday, October 5, 2018. The parties respectfully request that this deadline be extended by three days, making (should the Court grant this motion) the new deadline **October 8, 2018**.

Counsel for the Plaintiff and the Cook Defendants have in in good faith discussed the above-described deadlines and are in agreement with the new deadlines.

WHEREFORE, Plaintiff and the Cook Defendants jointly request that, (1) the deadline for the parties to file responses to Motions in Limine be extended to **September 24, 2018**, and (2) the

1

deadline for the parties to file replies to Daubert motions filed by 7-20 and Motions for Summary Judgment be extended to **October 8, 2018**.

Dated: October 12, 2018                                    Respectfully Submitted,

| | |
|---|---|
| */s/ Joseph N. Williams* | */s/ Andrea Roberts Pierson* |
| Joseph N. Williams | Andrea Roberts Pierson |
| Riley Williams & Piatt, LLC | FAEGRE BAKER DANIELS LLP |
| 301 Massachusetts Avenue | 300 North Meridian Street, Suite 2700 |
| Indianapolis, IN 46204 | Indianapolis, Indiana 46204 |
| Telephone: (317) 633-5270 | Telephone: (317) 237-0300 |
| Facsimile: (317) 426-3348 | Facsimile: (317) 237-1000 |
| Email: jwilliams@rwp-law.com | Email: andrea.pierson@faegrebd.com |
| | |
| Ben C. Martin | James Stephen Bennett |
| The Law Office of Ben C. Martin | FAEGRE BAKER DANIELS LLP |
| 3710 Rawlins Street, Suite #1230 | 110 West Berry Street, Suite 2400 |
| Dallas, TX 75219 | Fort Wayne, Indiana 46802 |
| Telephone: (214) 761-6614 | Telephone: (260) 424-8000 |
| Facsimile: (214) 744-7590 | Facsimile: (260) 460-1700 |
| Email: bmartin@bencmartin.com | Email: Stephen.bennett@faegrebd.com |
| | |
| *Attorneys for Plaintiff Tonya Brand* | *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                        */s/ Ben C. Martin*
                                                                        Ben C. Martin