IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
*Brand*; Case No.: 1:14-cv-06018-RLY-TAB

**ORDER ON THE PARTIES' JOINT MOTION TO EXTEND TWO CASE MANAGEMENT DEADLINES**

The parties, by counsel, filed their Joint Motion to Extend Two Case Management Deadlines. The Court, having reviewed the Motion and being duly advised, now GRANTS said Motion.

It is ORDERED that the following deadlines are established:

(1) **The deadline for the parties to file responses to Motions in Limine is September 24, 2018; and**

(2) **The deadline for the parties to file replies to Daubert motions filed by 7-20 and Motions for Summary Judgment is October 8, 2018.**

SO ORDERED this _____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.