IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK  MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                             MDL No. 2570

_____

This Document Relates to:
    1:18−cv−02422−RLY−TAB
_____

# MOTION TO WITHDRAW APPEARANCE OF ATTORNEY JUSTIN J. HAKALA

    NOW COMES Plaintiffs Melissa Marie Little and Danial Cannon, by and through their attorneys, Morgan & Meyers, PLC, and respectfully submits this Motion to Withdraw the Appearance of Attorney Justin J. Hakala, as follows:

    1.    Plaintiffs are represented by the law firm of Morgan & Meyers, PLC; attorneys Justin J. Hakala and Jeffrey T. Meyers have entered appearances.

    2.    Attorney Justin J. Hakala is leaving the Morgan & Meyers law firm.

    3.    Morgan & Meyers, PLC, and Jeffrey T. Meyers in particular, has appeared for Plaintiffs will continue to represent them.

    Wherefore Plaintiff requests that this Honorable Court enter the Order attached as Exhibit 1.

Respectfully submitted,

MORGAN & MEYERS, PLC

By: <u>s/Justin J. Hakala</u>
JEFFREY T. MEYERS (P34348)
JUSTIN J. HAKALA (P72996)
Attorneys for Plaintiff
3200 Greenfield, Suite 260
Dearborn, MI 48120-1802
(313) 961-0130
jmeyers@morganmeyers.com
jhakala@morganmeyers.com

Dated: October 12, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys or parties of record, and I hereby certify that I have sent copies to all non-ECF parties, if any, by first class U.S. Mail.

Respectfully submitted,

MORGAN & MEYERS, PLC

By: s/Justin J. Hakala
    JUSTIN J. HAKALA (P72996)
    Attorneys for Plaintiff
    3200 Greenfield, Suite 260
    Dearborn, MI 48120-1802
    (313) 961-0130 Fax: 8178
    jhakala@morganmeyers.com