UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>Omel Corley | Case No. 1:17-cv-03379 |

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), here informs this Honorable Court of the death of Omel Corley, which occurred on May 6, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of John H. Morris's estate.

Dated:  October 12, 2018                                  Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on October 12, 2018 through the Court's CM/ECF system, which will serve all counsel of record.

<div style="margin-left: 3em;">

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*

</div>