IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

    Tonya Brand
    Civil Case No. 1:14-cv-06018-RLY-TAB

## PLAINTIFF TONYA BRAND'S SUPPLEMENTAL WITNESS LIST

Pursuant to Case Management Order No. 19, Plaintiff, Tonya Brand, files her Supplemental Witness List in the above-referenced matter as follows:

**WITNESS PLAINTIFF WILL CALL:**

1. **David Kan, MD.** Dr. Kan will be called as an expert witness in rebuttal only. His deposition has not been taken. He has provided a Rule 26 report. Please see his report for a description of his opinions and the basis for them.

Dated: October 12, 2018

    Respectfully Submitted,

    */s/ Joseph N. Williams*
    Joseph N. Williams, Atty. No. 25874-49
    RILEY WILLIAMS & PIATT, LLC
    301 Massachusetts Avenue
    Indianapolis, IN 46204
    Telephone: (317) 633-5270
    Facsimile: (317) 426-3348
    jwilliams@rwp-law.com

    */s/ Ben C. Martin*
    Ben C. Martin, Esq.
    THE LAW OFFICE OF BEN C. MARTIN
    3710 Rawlins Street, Suite 1230
    Dallas, TX 75219
    Telephone: (214) 761-6614
    Facsimile: (214) 74407590
    bmartin@bencmartin.com

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
mheaviside@hrzlaw.com


/s/ David P. Matthews
David P. Matthews, Esq.
MATTHEW AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


/s/ Ben C. Martin
Ben C. Martin