> APPROVED. Case is dismissed without prejudice.
> Dated: 10/12/2018
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>**JAMES ALLEN**<br>Case No. 1:18-cv-02622 | Case No. **1:14-ml-02570-RLY-TAB**<br>**MDL No. 2570**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff JAMES ALLEN., and his counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants: Cook Inc., Cook Medical LLC and William Cook APS.

DATED: October 10, 2018
New York, New York

MARC J. BERN & PARTNERS LLP
*Attorneys for Plaintiff*

Debra Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164