IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
*Brand*; Case No.: 1:14-cv-06018-RLY-TAB

**ORDER ON THE PARTIES' JOINT MOTION TO EXTEND TWO CASE
MANAGEMENT DEADLINES**

The parties, by counsel, filed their Joint Motion to Extend Two Case Management
Deadlines. The Court, having reviewed the Motion and being duly advised, now GRANTS said
Motion.

It is ORDERED that the following deadlines are established:

(1) **The deadline for the parties to file responses to Motions in Limine is September
24, 2018; and**

(2) **The deadline for the parties to file replies to Daubert motions filed by 7-20 and
Motions for Summary Judgment is October 8, 2018.**

SO ORDERED this 15th day of ___October___, 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.