UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

---

**COOK DEFENDANTS' MOTION TO CORRECT
MEMORANDUM IN SUPPORT OF PREVIOUSLY-DECIDED
AND RENEWED MOTION *IN LIMINE* NO. 9 [Dkt. No. 8889, at 38-40]**

The Cook Defendants submit the following motion to correct their memorandum in support of their Previously Decided and Renewed Motion *in Limine* No. 9.  In preparing for the oral argument on the motions in limine in this case, the Cook Defendants discovered that they had mistakenly used the wrong cut-off date for the relevancy of evidence at issue in Motion *in Limine* No. 9 in their Memorandum in Support of Omnibus Motions in Limine (Previously Decided and Renewed).  *See* Dkt. No. 8889, at 38-40.  Specifically, the Cook Defendants used Mrs. Brand's open retrieval date (*i.e.*, October 15, 2015) instead of Mrs. Brand's first retrieval attempt date (*i.e.*, July 14, 2011) instead.

Cook acknowledges that this mistake has a significant bearing on the Court's ruling as to the cut-off date for relevant evidence; however, the date has *no* bearing on the reasoning underlying the Cook Defendants' Motion, and a correction of the date should not, therefore, prejudice Plaintiff.  The point of the Motion remains the same:  after Dr. Rheudasil learned about Mrs. Brand's alleged filter failure, additional warnings from the Cook Defendants would not have made

a difference to Dr. Rheudasil's decision-making with respect to his care and treatment of Mrs. Brand.  Evidence concerning the Cook Defendants knowledge about the risks of the Celect after July 14, 2011, is therefore irrelevant.

Accordingly, the Cook Defendants hereby seek leave to submit a corrected Motion *in Limine* No. 9, attached hereto as Exhibit A, in place of the discussion of MIL No. 9 in Dkt. 8889.

Dated:  October 15, 2018                             Respectfully submitted,


/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles F. Webber (Minn. # 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, a copy of the foregoing **COOK DEFENDANTS' MOTION TO CORRECT MEMORANDUM IN SUPPORT OF PREVIOUSLY-DECIDED AND RENEWED MOTION *IN LIMINE* NO. 9 [Dkt. No. 8889, at 38-40]** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/  *Andrea Roberts Pierson*