UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

**[PROPOSED] ORDER ON COOK DEFENDANTS' MOTION TO CORRECT MEMORANDUM IN SUPPORT OF PREVIOUSLY-DECIDED AND RENEWED MOTION *IN LIMINE* NO. 9 [Dkt. No. 8889, at 38-40]**

The Cook Defendants have moved for leave to file a corrected Memorandum in Support of Previously-Decided and Renewed Motion *in Limine* No. 9 [Dkt. No. 8889, at 38-40]. The Court, having considered the same, now **GRANTS** the Motion, finding that it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that the Cook Defendants' Corrected Memorandum in Support of Previously-Decided and Renewed Motion *in Limine* No. 9, attached as Exhibit A to Cook Defendants' Motion to Correct Memorandum in Support of Previously-Decided and Renewed Motion *in Limine* No. 9 [Dkt. No. 8889, at 38-40] is deemed properly filed and Cook's original memorandum in support of Motion *in Limine* No. 9 is withdrawn.

**SO ORDERED** this ___ day of _____, 2018.

RICHARD L. YOUNG, JUDGE
United Stated District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.