IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:17-cv-02081 | 1:18-cv-02824 | 1:18-cv-02851 |
| 1:17-cv-03165 | 1:18-cv-02825 | |
| 1:17-cv-03407 | 1:18-cv-02826 | |
| 1:18-cv-02768 | 1:18-cv-02827 | |
| 1:18-cv-02806 | 1:18-cv-02836 | |
| 1:18-cv-02811 | 1:18-cv-02837 | |
| 1:18-cv-02812 | 1:18-cv-02846 | |
| 1:18-cv-02819 | 1:18-cv-02847 | |
| 1:18-cv-02822 | 1:18-cv-02848 | |
| 1:18-cv-02823 | 1:18-cv-02850 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   October 16, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.120398995.01

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson