# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiffs<br><br>Denise Kovalesky and Scott Kovalesky<br><br>Civil Case # 1:16-cv-01412-RLY-MJD | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Denise Kovalesky and Scott Kovalesky, Plaintiffs

Dated: October 16, 2018

                                                                */s/ Randi Kassan*_____
                                                                Randi Kassan
                                                                Sanders Phillips Grossman, LLC
                                                                100 Garden City Plaza
                                                                Suite 500
                                                                Garden City, NY 11530
                                                                (516) 741-5600 (tel)
                                                                (516) 741-0128 (fax)
                                                                rkassan@thesandersfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Randi Kassan
Randi Kassan