# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>Barbara Beckwith<br><br>Civil Case # 1:16-cv-02098-SEB-MPB | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Barbara Beckwith, Plaintiff

Dated: October 16, 2018

                                                              */s/ Randi Kassan*_____
                                                              Randi Kassan
                                                               Sanders Phillips Grossman, LLC
                                                               100 Garden City Plaza
                                                               Suite 500
                                                               Garden City, NY 11530
                                                               (516) 741-5600 (tel)
                                                               (516) 741-0128 (fax)
                                                               rkassan@thesandersfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Randi Kassan*
Randi Kassan