# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>Christy Copp<br><br>Civil Case # 1:17-cv-03633-TWP-MJD | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Christy Copp, Plaintiff

Dated: October 16, 2018

                                            */s/ Randi Kassan*_____
                                            Randi Kassan
                                            Sanders Phillips Grossman, LLC
                                            100 Garden City Plaza
                                            Suite 500
                                            Garden City, NY 11530
                                            (516) 741-5600 (tel)
                                            (516) 741-0128 (fax)
                                            rkassan@thesandersfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Randi Kassan*
Randi Kassan