IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## ENTRY ON STATUS CONFERENCE

Attorney Ben Martin appeared for the Plaintiffs and attorney Stephen Bennett appeared for the Defendants on October 15, 2018, for a telephonic status conference to address issues related to the October 29 settlement conference. The Court confirmed that a representative from any insurance company with potential coverage for Defendants must appear in person at the settlement conference. Likewise, a principal of any funding company that has the authority to approve or reject any settlement on behalf of any Plaintiff must also appear in person.

Date: 10/16/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.