# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>Eddie P. Jones<br><br>Civil Case # 1:17-cv-01810-JMS-TAB | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Eddie P. Jones, Plaintiff

Dated: October 16, 2018

/s/ Randi Kassan_____
Randi Kassan
Sanders Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@thesandersfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2018, I filed the foregoing document via the

CM/ECF system, which will automatically serve and send email notification of such

filing to all registered attorneys of record.

<u>/s/ Randi Kassan</u>
Randi Kassan