# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiffs | |
| Jennifer Beck and Russell Beck | |
| Civil Case # 1:16-cv-03453-LJM-TAB | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this

case as counsel for:

Jennifer Beck and Russell Beck, Plaintiffs

Dated: October 16, 2018

                                        /s/ Randi Kassan_____
                                        Randi Kassan
                                        Sanders Phillips Grossman, LLC
                                        100 Garden City Plaza
                                        Suite 500
                                        Garden City, NY 11530
                                        (516) 741-5600 (tel)
                                        (516) 741-0128 (fax)
                                        rkassan@thesandersfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I filed the foregoing document via the

CM/ECF system, which will automatically serve and send email notification of such

filing to all registered attorneys of record.


*/s/ Randi Kassan*
Randi Kassan