**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>Gayle McCleary-Watkins<br><br>Civil Case # 1:16-cv-03486-WTL-MPB | NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this

case as counsel for:

Gayle McCleary-Watkins, Plaintiff

Dated: October 16, 2018

*/s/ Randi Kassan*_____
Randi Kassan
Sanders Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@thesandersfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I filed the foregoing document via the

CM/ECF system, which will automatically serve and send email notification of such

filing to all registered attorneys of record.


*/s/ Randi Kassan*
Randi Kassan