IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Action:<br><br>1:17-cv-06069-RLY-TAB<br><br>*Carter, Sandra Marie v. Cook Incorporated, et al* | APPROVED. Case is dismissed without prejudice as to plaintiff Sandra Marie Carter. Dated: 10/16/18<br><br>*[signature]*<br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of her voluntary dismissal without prejudice:

Sandra Marie Carter

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: October 15, 2018                    Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:   */s/ Gregory J. Pals*
      Gregory J. Pals #48820 (MO)
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      Tel: (314) 932-3232
      Fax: (314) 932-3233
      greg@thedriscollfirm.com
      *Attorney for Plaintiffs*

1