IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
Civil Case #: 1:18-cv-1382
        Malcolm Clark

## ORDER

IT IS ORDERED that the Motion to Substitute Party and Amend Short Form Complaint filed by Josette Clark-Maxwell and Joy Clark, as Co-Administrators of the Estate of Malcolm Clark, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Dated: 10/16/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.