IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

DANNY WOOTEN
CHRISTY WOOTEN

Civil Case # 1:18-cv-2590-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order to amend the Short Form Complaint filed on 8/22/2018 (Doc No. 213), within 21 days of the original filing and prior to Defendants service of an Answer.

1. Plaintiffs respectfully seek leave to file the attached short form complaint to correct a typo in item number 10.  Counsel inadvertently checked off boxes for both the Cook Celect ® Vena Cava Filter and the Cook Gunther Tulip ® Vena Cave Filter.  However, Plaintiffs intended to only check off the Cook Celect ® Vena Cava Filter.

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiffs respectfully request that this Court grant Plaintiffs motion for leave to amend their Complaint and enter the attached Amended Short Form Complaint.

Dated: October 16, 2018

   /s/ Jonathan M. Sedgh
Jonathan M. Sedgh (JS9395)
Attorney for Plaintiffs
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
Fax: (212) 363-2721
jsedgh@weitzlux.com

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

    /s/ Jonathan M. Sedgh