IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

DANNY WOOTEN
CHRISTY WOOTEN
PLAINTIFF

Vs.

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,
DEFENDANTS

Civil Case # 1:18-cv-2590

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Danny Wooten

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   Christy Wooten

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Texas

6. Plaintiff's/Deceased Party's current state of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Western District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

☑      Cook Incorporated

☑      Cook Medical LLC

☑      William Cook Europe ApS

9. Basis of Jurisdiction:

☑      Diversity of Citizenship

Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28

b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

            Cook Gunther Tulip® Vena Cava Filter

☑     Cook Celect® Vena Cava Filter

            Gunther Tulip Mreye

            Cook Celect Platinum

            Other:

11. Date of Implantation as to each product:

November 19, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

Seton Medical Center – Austin, TX

13. Implanting Physician(s):

John Manning, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:      Strict Products Liability – Failure to Warn

☑     Count II:     Strict Products Liability – Design Defect

☑     Count III:    Negligence

☑     Count IV:    Negligence Per Se

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable <u>Texas</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☑ Count VIII: Loss of Consortium
- Count IX: Wrongful Death
- Count X: Survival
- ☑ Count XI: Punitive Damages
- Other: _____ (please state the facts supporting this Count in the space, immediately below)
- Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

Jonathan M. Sedgh, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Jonathan M. Sedgh, NY-4557260

WEITZ & LUXENBERG, PC, 700 Broadway, New York, NY 10003

4

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**


*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, NY Atty. No. 4557260
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jsedgh@weitzlux.com

***Attorney for Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 16, 2018, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


*/s/Jonathan M. Sedgh*

Jonathan M. Sedgh