IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

DANNY WOOTEN
CHRISTY WOOTEN

Civil Case # 1:18-CV-2590-RLY-TAB

## **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to Amend the Complaint filed by Danny Wooten and Christy Wooten is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of October, 2018.

_____
Honorable Judge Richard L. Young
United States District Court Judge