**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    *Tonya Brand*
    No. 1:14-cv-06018-RLY-TAB

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:    October 18, 2018 | /s/ Halli D. Cohn<br>Halli D. Cohn (Georgia ID # 175505)<br>Troutman Sanders<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2549<br>Facsimile: (404) 885-3900<br>E-Mail: halli.cohn@troutman.com |

US.120422569.01

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Halli D. Cohn
Halli D. Cohn (Georgia ID # 175505)
Troutman Sanders

2

US.120422569.01