UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Brown, Makeba* 1:17-cv-04263 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

> Plaintiff's motion at Filing No. 8795 is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 10/19/2018

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR INDIVIDUAL RELIEF FROM THE JULY 6, 2018, ORDER OF DISMISSAL

PLAINTIFF hereby withdraws her referenced motion (Doc. 8795) filed on August 2, 2018.

1. Plaintiff sought an order allowing her 60 days to obtain objective medical verification that she is on indefinite or lifetime anticoagulants resulting in economic loss to her and that the presence of her filter is the legal cause of her need for anticoagulants.

2. Plaintiff's counsel committed either to amend or withdraw the motion within that time frame. Plaintiff hereby withdraws her motion.

Respectfully submitted this  3rd  day of October, 2018.

                                          */s/ Matthew D. Schultz*
                                          Matthew D. Schultz (FBN 640328)
                                          Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
                                          316 S. Baylen St., Suite 600
                                          Pensacola, FL 32502
                                          Tel: (850) 435-7140
                                          mschultz@levinlaw.com
                                          Counsel for Plaintiff