IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

All Cases Referenced in Exhibit A

## ORDER ON MOTION TO WITHDRAW APPEARANCE

This matter came before the Court on the motion of M. Blair Clinton for leave to withdraw his appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Caroline U. Hollingsworth of the law firm Heninger Garrison Davis, LLC, hereby GRANTS the motion. The appearance of M. Blair Clinton in this action, and in all related cases identified in Exhibit A, is hereby withdrawn.

Date:  10/19/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

## EXHIBIT A

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE – M. BLAIR CLINTON FOR HENINGER GARRISON DAVIS, LLC

| Case Name | Docket Number |
|---|---|
| Dean v. Cook Incorporated et al. | 1:15-cv-01847 |
| Minogue v. Cook Incorporated et al. | 1:16-cv-00753 |
| Allen et al. v. Cook Incorporated et al. | 1:16-cv-01183 |
| Paine et al. v. Cook Incorporated et al. | 1:16-cv-01186 |
| Lykes et al. v. Cook Incorporated et al. | 1:16-cv-01189 |
| Kalasunas et al. v. Cook Incorporated et al. | 1:16-cv-01333 |
| Griffin v. Cook Incorporated et al. | 1:16-cv-01822 |
| Moore v. Cook Incorporated et al. | 1:16-cv-01988 |
| Washington v. Cook Incorporated et al. | 1:16-cv-02251 |
| Lawler v. Cook Incorporated et al. | 1:16-cv-02257 |
| Simpson et al. v. Cook Incorporated et al. | 1:16-cv-02290 |
| Dickey, Jr. et al. v. Cook Incorporated et al. | 1:16-cv-02707 |
| Williams et al. v. Cook Incorporated et al. | 1:17-cv-00679 |
| Miller v. Cook Incorporated et al. | 1:17-cv-01447 |
| Hester et al. v. Cook Incorporated et al. | 1:17-cv-01596 |
| Martin v. Cook Incorporated et al. | 1:17-cv-01970 |
| Wingo et al. v. Cook Incorporated et al. | 1:17-cv-03971 |
| Bourcier v. Cook Incorporated et al. | 1:17-cv-03996 |
| Dooley et al. v. Cook Incorporated et al. | 1:17-cv-04217 |
| Head v. Cook Incorporated et al. | 1:17-cv-04348 |
| Clark v. Cook Incorporated et al. | 1:18-cv-02346 |
| Hodges v. Cook Incorporated et al. | 1:18-cv-02348 |