UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., | Case No. 1:14-ml-2570-RLY-TAB |
| IVC FILTERS MARKETING, SALES PRACTICES | MDL No. 2570 |
| AND PRODUCTS LIABILITY LITIGATION | |

_____

This Document Relates to Plaintiff:
    JAMES CRISSMAN
    Civil Case No. 1:17-cv-02420-RLY-TAB

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pending before the Court is Plaintiff's counsel, John T. Kirtley, III's Motion to Withdraw as Counsel of Record.

IT IS ORDERED that Plaintiff's counsel's motion to withdraw as counsel is granted. John T. Kirtley, III of Ferrer, Poirot & Wansbrough is hereby permitted to withdraw from any further representation of Plaintiff, James Crissman.

Date: 10/19/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.