UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to: Brand (No. 1:14-cv-06018-RLY-TAB)

## PLATINFF'S OMNIBUS MOTION TO EXCLUDE PORTIONS OF DEFENDANTS' DEPOSITION TESTIMONY

Plaintiff Tonya Brand moves this Court, pursuant to Fed. R. Civ. P. 30(e) and *Thorn v. Sundstrand Aerospace Corp.*, 207 F.3d 383, 389 (7th Cir. 2000) to exclude portions of testimony of Defendant's retained experts and lay witnesses identified below.

- Dr. David Gillespie, M.D. – Cook's retained interventional radiology expert.
- Dr. Jon Fryzek, PhD –Cook's retained expert on epidemiology and the "low complaint equals low complication" theorist.
- Dr. Timothy Morris, M.D. – Cook's retained pulmonology expert.
- Lykke Iversen – Manager of Postmarket Quality Engineering, William Cook Europe.
- Tamara Clemmer – District Manager, Cook Medical.

Each of these individuals submitted errata sheets to allegedly "correct" or "clarify" testimony provided during their respective depositions. However, in each case the errata sheets attempt to insert new opinions into the record, or contradict testimony provided during deposition. These insertions and contradictions change the substantive meaning of the testimony, and the Court should therefore exclude them.

WHEREFORE, Plaintiff seeks an Order excluding errata sheet testimony of the individuals identified in this motion for the reasons set forth in Plaintiff's memorandum of law.

Dated: October 19, 2018

        Respectfully Submitted,

        */s/ Joseph N. Williams*_____
        Joseph N. Williams, Atty. No. 25874-49
        Riley Williams & Piatt, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: jwilliams@rwp-law.com

        *Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*


        */s/ Michael W. Heaviside*_____
        Michael W. Heaviside, Esq.
        Heaviside Reed Zaic, A Law Corporation
        910 17th Street NW, Suite 800
        Washington, DC 20006
        Telephone: (202) 233-1993
        Email: mheaviside@hrzlaw.com

        */s/ Ben C. Martin*_____
        Ben C. Martin, Esq.
        The Law Office of Ben C. Martin
        3710 Rawlin Street, Suite 1230
        Dallas, TX 75219
        Telephone: (214) 761-6614
        Facsimile: (214) 74407590
        Email: bmartin@bencmartin.com

        */s/ David P. Matthews*_____
        David P. Matthews, Esq.
        Matthew and Associates
        2509 Sackett St.
        Houston, TX 77098
        Telephone: (713) 522-5250
        Facsimile: (713) 535-7184
        Email: dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                */s/ Ben C. Martin*
                                                               Ben C. Martin