IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>*Brand*; Case No.: 1:14-cv-06018-RLY-TAB | |

## PLAINTIFF'S MOTION TO QUASH THE NOTICE OF VIDEO DEPOSITION OF AAKRITI GUPTA, MD

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Tonya Brand ("Plaintiff") files this Motion to Quash the Notice of Video Deposition of Aakriti Gupta, MD and respectfully shows the Court the following:

1. On September 20, 2018, Defendants served Plaintiff with a Notice of Video Deposition of Aakriti Gupta, MD ("Notice") to be taken on November 6, 2018. The Notice also contained a lengthy document request with a response date of October 30, 2018.

2. Dr. Gupta is a consulting expert. She is not a testifying witness, and she will not testify at trial.

3. Per court order, expert discovery closed in this case on June 29, 2018. Although some depositions were taken after this date by agreement, Defendants unilaterally noticed this deposition months after the deadline without meeting and conferring with Plaintiff's counsel.

4. Federal Rule of Civil Procedure 26(b)(4)(D) bans discovery into the "facts known or opinions held by an expert who has been retained or specially employed by another party in anticipation of litigation or to prepare for trial and who is not expected to be called as a witness at

trial," unless "exceptional circumstances under which it is impracticable for the party to obtain facts or opinions on the same subject by other means" exist.

5.	Because Dr. Gupta is a non-testifying expert, the facts known and opinions held by Dr. Gupta are not discoverable. They are protected by the Federal Rules of Civil Procedure and the work product doctrine.

6.	Moreover, "exceptional circumstances" do not exist because Defendants have already taken a lengthy, full-day deposition of Plaintiff's testifying expert Dr. Harlan Krumholz.

7.	Therefore, the Court should grant this Motion to Quash the Notice of Video Deposition of Aakritia Gupta, MD, along with the accompanying document requests.

For all of the foregoing reasons, Plaintiff requests that the Court grant this Motion to Quash the Notice of Video Deposition of Aakriti Gupta, MD, along with all document requests, and any and all further relief to which Plaintiff may be entitled.

Date:   October 19, 2018                         /s/ Ben C. Martin
                                                  Ben C. Martin, Esq.
                                                  The Law Office of Ben C. Martin
                                                  3710 Rawlins Street, Suite #1230
                                                  Dallas, TX 75219
                                                  Telephone: (214) 761-6614
                                                  Facsimile: (214) 744-7590
                                                  Email: bmartin@bencmartin.com

*Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*


/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*


/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, a copy of this pleading was served on counsel of record listed below by electronic mail and first class U.S. Mail:

| | |
|---|---|
| Andrea Roberts Pierson<br>andrea.pierson@FaegreBD.com<br>Victoria R. Calhoon<br>victoria.calhoon@gaegrebd.com<br>Anna C. Rutigliano<br>anna.rutigliano@gaegrebd.com<br>**Faegre Baker Daniels LLP**<br>300 N. Meredian Street, Suite 2700<br>Indianapolis, IN 46204 | Charles Webber<br>chuck.webber@faegrebd.com<br>**Faegre Baker Daniels LLP**<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

*/s/ Ben C. Martin*
Ben C. Martin