# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>Case No.: 1:14-cv-06018-RLY-TAB | |

### NOTICE OF VIDEO DEPOSITION OF AAKRITI GUPTA, MD

TO:   Aakriti Gupta, MD
      c/o Ben C. Martin
      **LAW OFFICE OF BEN C. MARTIN**
      3710 Rawlins Street, Suite #1230
      Dallas, TX  75219

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook"), will take the video deposition upon oral examination of Aakriti Gupta, MD, starting at **9:00 a.m.** on November 6, 2018, at New Haven Hotel, 229 George Street, New Haven, CT 06510, and continuing from day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and is to be recorded by video and stenographic means.

**PLEASE TAKE FURTHER NOTICE** that deponent shall produce by October 30, 2018, the documents set forth in Schedule A, attached hereto, at the **office of Faegre Baker**

**Daniels LLP, c/o Andrea Pierson, 300 N. Meridian Street Suite, 2700, Indianapolis, IN 46204.** Said documents may be produced in hard copy or electronically.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Victoria R. Calhoon (# 28492-49)
Anna C. Rutigliano (# 32743-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com
victoria.calhoon@faegrebd.com
anna.rutigliano@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2018, a copy of the foregoing Notice of Continued Video Deposition of Aakriti Gupta, MD, was served on the following counsel of record by email and first-class mail, postage prepaid:

Ben C. Martin (bmartin@bencmartin.com)
Thomas W. Arbon (tarbon@bencmartin.com)
**LAW OFFICE OF BEN C. MARTIN**
3710 Rawlins Street, Suite #1230
Dallas, TX  75219

Michael W. Heaviside (mheaviside@hrzlaw.com)
**HEAVISIDE REED ZAIC**
312 Broadway, Suite 203
Laguna Beach, CA 92651

David P. Matthews (dmatthews@thematthewslawfirm.com)
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX  77098

Joseph Williams (jwilliams@rwp-law.com)
**RILEY WILLIAMS & PIATT LLC**
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson

## SCHEDULE A TO NOTICE OF DEPOSITION

1. All documents or information reviewed, considered, and/or relied on by you in assisting in drafting Dr. Krumholz's Expert Report on Efficacy and Safety of Celect Inferior Vena Cava (IVC) Filters, produced to Cook on April 30, 2018, including, but not limited to, all materials listed on any appendices, materials reviewed lists, or any similar list contained in Dr. Krumholz's report(s) in this litigation.  Documents produced by the Cook Defendants in this litigation that are identified by Bates Number in Dr. Krumholz's report, and medical literature that is publicly available for purchase, however, need not be produced.

2. All billing records generated by you or by any other entity that documents the compensation you have received or will receive for your work on Cook IVC Filter litigation, including but not limited to both the *Brand* case and *Pavlock* case.

3. All billing records generated by you or by any other entity that documents the compensation you have received for work related to litigation against IVC filter manufacturers other than Cook.

4. Any correspondence, e-mails, or other communications between yourself and any third party (including Behnood Bikdeli, MD) that pertain to Cook IVC Filter litigation and the issues related to it.  Correspondence, e-mails, or other communications with the attorneys for Plaintiff shall be produced if and only if those communications:

    a. Relate to compensation for your study or testimony;

    b. Identify facts or data that Plaintiffs' attorneys provided and that you considered in forming your opinions expressed in your report; or

    c. Identify assumptions Plaintiffs' attorneys provided and that you relied upon in forming your opinions.  *See* Fed. R. Civ. P. 26(b)(4)(C).

5. All correspondence with any other expert in this case which refers or relates to this case, including all documents received by any other expert in this case, including, but not limited to:

    - Harlan Krumholz, MD
    - Rebecca Betensky, PhD
    - Michael C. Fishbein, MD
    - Robert W. Johnson
    - Gregory I. Gordon, MD
    - Alan S. Litsky, MD, Sc.D
    - Robert McMeeking, PhD

6. Raw data returned from any literature search done by you or someone working under your direction, including any reports of the number of articles returned by the search, any identification of the abstracts or articles returned by the search, and any copies of abstracts or articles downloaded from the search.

7. All notes, statistical analyses, test documents, projections, calculations, estimations, graphs, tables, charts, animations, recordings (visual or audio), drawings, or other materials generated or written by you, or someone working under your supervision and direction, that relate to your work in this litigation.

8. Any protocol developed or adopted to guide your work in this litigation.

9. Any report, white paper, study, statistical data, article, memorandum, book, essay, or other literature (draft or otherwise) relied on by you in performing your work in this litigation, and which is not readily accessible to the public.

10. Any audio or visual recording or animation, including, but not limited to, podcasts, documentaries, news broadcasts, or any other audio/video recording reviewed, considered, and/or relied on by you in performing your work in this litigation.

11. Screenshots or printouts of any website or social media page reviewed, considered, and/or relied upon by you performing your work in this litigation.

12. Any document or information from any other case or litigation that you reviewed, considered, and/or relied on in performing your work in this litigation.

13. Any industry or professional standards that you reviewed, considered, and/or relied on, or were otherwise guided by, in performing your work in this litigation.

14. Any marketing material, advertisement, labeling, or business record of a Cook competitor, including, but not limited to materials from C.R. Bard, Inc., Argon Medical Devices, Inc., and Boston Scientific Corporation, that you reviewed, considered, and/or relied on in performing your work in this litigation.

15. Any marketing material, advertisement, labeling, or business record of a Cook entity that you reviewed, considered, and/or relied on in performing your work in this litigation.

16. Your most current curriculum vitae.

17. All notes, modeling, finite element analysis, other analyses, test documents, calculations, photographs, films or other materials that relate to your work in this litigation.

18. Any other documents which you reviewed or considered in connection with performing your work in this litigation and which are not otherwise called for in these requests.