IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:16-cv-2172<br>MDL No. 2570 |

This Document Relates to:

Patricia Holmes v. Cook Incorporated, et al
1:16-cv-2172-RLY-TAB

## ORDER

On this day came on for consideration Plaintiffs' Motion to Withdraw Sarah A. Wolter, of Andrus Wagstaff, PC, as Plaintiff's attorney from the above-referenced matter. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is hereby granted and that Sarah A. Wolter is hereby removed as attorney of record in the above-referenced matter.

Date: 10/22/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.