# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

## ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF DR. HARLAN KRUMHOLZ

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File a Reply Brief in Excess of Twenty Pages in Support of Motion to Exclude Expert Opinions of Dr. Harlan Krumholz and being otherwise duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a reply brief in excess of twenty pages in support of The Cook Defendants' Motion to Exclude Expert Opinions of Dr. Harlan Krumholz.

Date: 10/22/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.