IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

Megan Bourgade

Civil Case # 1:17-cv-00895

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

The Court, having considered Plaintiff's Motion to Substitute Party Plaintiff and for Leave to Amend Complaint, and being duly advised in the premises, hereby finds that the Plaintiff's Motion is GRANTED.

It is therefore Ordered, Adjudged, and Decreed that David Bourgade is substituted as Plaintiff for Megan M. Bourgade, Deceased and that Plaintiff is granted leave to file an Amended Complaint.

Signed this _____ day of _____, 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana