IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Donna Hannagan & Gary Hannagan
    1:17-cv-4295-RLY-TAB

## **ORDER**

ON THIS DAY came for consideration Plaintiff Gary Hannagan's Motion to Substitute Party and for Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore; (1) Gary F. Hannagan, as Executor of the Estate of Donna L. Hannagan, deceased, is hereby substituted as Party Plaintiff for Donna Hannagan in this action; (2) Plaintiffs are hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 3 is hereby deemed filed instanter.

SO ORDERED: 10/23/2018

                                                        Tim A. Baker
                                                        United States Magistrate Judge
                                                       Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.