IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Gary F. Hannagan, as Executor of the</u>
<u>Estate of Donna L. Hannagan, deceased, and</u>
<u>Gary Hannagan, individually.</u>

Civil Case #1:17-cv-4295-RLY-TAB

# FIRST AMENDED
# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for this First Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   <u>Donna Hannagan, deceased</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>Gary Hannagan, individually</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>Gary F. Hannagan, as Executor of the Estate of Donna L. Hannagan, deceased</u>

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Illinois

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Illinois

6. Plaintiff's/Deceased Party's current state of residence:

   Illinois

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of Illinois, Springfield Division

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-21

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    April 14, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. John's Hospital – Springfield, IL

13. Implanting Physician(s):

    Dr. Michael Kelley, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:    Strict Products Liability – Failure to Warn

    X   Count II:   Strict Products Liability – Design Defect

    X   Count III:  Negligence

    X   Count IV:   Negligence Per Se

3

    X    Count V:    Breach of Express Warranty

    X    Count VI:    Breach of Implied Warranty

    X    Count VII:    Violations of Applicable <u>Illinois</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    X    Count VIII:    Loss of Consortium

    X    Count IX:    Wrongful Death

    X    Count X:    Survival

    X    Count XI:    Punitive Damages

    X    Other:    Discovery Rule (please state the facts supporting this Count in the space, immediately below)

    X    Other:    Equitable Tolling (please state the facts supporting this Count in the space, immediately below)

<u>Plaintiffs and Decedent filed this action within the applicable limitations period of first suspecting or having reason to suspect that the product at issue was the cause of Decedent's injuries. Plaintiffs and Decedent could not, by the exercise of reasonable diligence, have the discovered Decedent's injuries and/or their cause at an earlier time.</u>

15. Attorney for Plaintiff(s):

<u>Michael S. Kruse</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>10 S. Broadway, Suite 1125, St. Louis, MO 63102</u>

<u>Missouri Bar, # 57818</u>

4

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By: /s/ Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorney for Plaintiff*