IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK  MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:
    1:18−cv−02422−RLY−TAB
_____

# ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter having come before the Court upon Counsel's Motion to Withdraw Appearance of Attorney Justin Hakala, the Court bing fully advised in these premises, finds as follows:

IT IS HEREBY ORDERED that the appearance of Justin J. Hakala on behalf of Plaintiffs Melissa Marie Little and Daniel Cannon shall be withdrawn.

SO ORDERED:  10/23/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.