IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Action:<br><br>1:18-cv-2887-RLY-TAB | APPROVED. Case dismissed without prejudice.<br>Dated: 10/23/18<br><br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |
| *Popelak, Douglas Charles v. Cook Incorporated, et al* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of his voluntary dismissal without prejudice:

Douglas Charles Popelak

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: <u>October 18, 2018</u>               Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:    */s/ Gregory J. Pals*
John J. Driscoll #54729 (MO)
Gregory J. Pals #48820 (MO)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
greg@thedriscollfirm.com
*Attorney for Plaintiffs*

1