IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Ramon Fisco Swann,<br><br>Civil Case No. 1:17-cv-1383-RLY-TAB | **ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY** |

# ORDER

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Ramon Samuel Sisco Swann II, Personal Representative of the Estate of Ramon Sisco Swann, Sr., Deceased" be substituted for "Ramon Fisco Swann" in this action, continuing the claims of Ramon Sisco Swann (previously incorrectly named as "Ramon Fisco Swann") on behalf of his Estate. The Clerk is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. Ramon Sisco Swann's individual claims continue in full force and effect.  In addition, the Court orders that Filing No. 9312-1 be maintained under seal pursuant to Fed. R. Civ. P. 5.2.

Date: 10/23/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.