# EXHIBIT A

# REGISTER OF DEEDS OFFICE, CABARRUS COUNTY, NORTH CAROLINA

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 013-81   LOCAL NO. _____   COUNTY OF DEATH: Cabarrus   STATE FILE NO. 000642

**1. DECEDENT'S LEGAL NAME**
- 1a. FIRST: Marilyn
- 1b. MIDDLE: Elaine
- 1c. LAST: Williams
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

2. SEX: F
3a. AGE-LAST BIRTHDAY (Yrs): 56
4. DATE OF BIRTH: October 14, 1961
5. BIRTHPLACE: Nassau/NY
6. DATE OF DEATH: April 21, 2018

**PLACE OF DEATH:** Hospice facility
7c. FACILITY NAME: Tucker Hospice House
7d. CITY OR TOWN: Kannapolis
7e. COUNTY OF DEATH: Cabarrus

8. MARITAL STATUS: Never married
10a. DECEDENT'S USUAL OCCUPATION: CNA
10b. KIND OF BUSINESS/INDUSTRY: Nursing Facility

11. SOCIAL SECURITY NUMBER: [redacted]
12a. RESIDENCE—STATE: North Carolina
12b. COUNTY: Rowan
12c. CITY OR TOWN: East Spencer
12d. STREET AND NUMBER: 200 Grant St., Apt. 65
12e. INSIDE CITY LIMITS: Yes
12f. ZIP CODE: 28144
13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

14. DECEDENT'S EDUCATION: High school graduate or GED completed
15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: Black or African American

17. FATHER/PARENT NAME: James Neal Scott, Sr.
18. MOTHER/PARENT NAME: Ethel Williams

19a. INFORMANT'S NAME: Demetrias Williams
19b. RELATIONSHIP TO DECEDENT: Son
19c. MAILING ADDRESS: [redacted]

20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Carolina Memorial Park
20c. LOCATION: Concord, NC

21b. LICENSE NUMBER: FS 1211
21c. NAME OF EMBALMER: Steve W. Clark
21d. LICENSE NUMBER: FS 1211

22. NAME AND ADDRESS OF FUNERAL HOME: Clark Funeral Home, Inc., 923 Indiana Street, Kannapolis, North Carolina 28083

**23. CAUSE OF DEATH**
IMMEDIATE CAUSE: a. Metastatic uterine Cancer

27. TIME OF DEATH: 0610
25. MANNER OF DEATH: Natural

33b. LICENSE NUMBER: 2017-00343
33c. DATE SIGNED: 4-24-2018
33d. NAME AND ADDRESS OF CERTIFIER: Chris Bierman, 5005 Hospice Lane Kannapolis, NC 28081

35. DATE FILED: MAY 03 2018

I do hereby certify that the above is a true reproduction of the official record filed in this office.

2nd day of August 2018

Wayne Nixon
Register of Deeds
Cabarrus County, North Carolina