IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. ) | | Case No. 1:14-ml-2570-RLY-TAB |
| FILTERS MARKETING, SALES ) | | MDL No. 2570 |
| PRACTICES AND PRODUCTS ) | | |
| <u>LIABILTY LITIGATION</u>        ) | | |
| ) | | |
| This Document Relates to Plaintiffs: ) | | |
| Kevin Burton, 1:16-cv-00027 ) | | NOTICE OF APPEARANCE |
| Nicole McMillen, 1:16-cv-02775 ) | | |
| Tina Garrison, 1:16-cv-02462 ) | | |
| Christopher Kaspar, 1:16-cv-01666 ) | | |
| Catherine Smithson, 1:16-cv-02779 ) | | |
| Martha Clements, 1:16-cv-00747 ) | | |
| Eric Judkins, 1:17-cv-01451 ) | | |
| Peggy Meadows, 1:16-cv-02733 ) | | |
| Jared Posey, 1:17-cv-01909 ) | | |
| Jerri White, 1:18-cv-00101 ) | | |
| James Jennison, 1:18-cv-01421 ) | | |

TO:     THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as Counsel for the above listed Plaintiffs. A Notice of Appearance has already been filed in each member case.

DATED:  October 24, 2018

                                          */s/ Calle Mendenhall*
                                          CALLE MENDENHALL
                                          ATTORNEY FOR PLAINTIFF
                                          FARRIS, RILEY & PITT, L.L.P.
                                          1700 Financial Center

505 20th Street North
Birmingham, AL 35203
T:  (205) 324-1212
F:  (205) 324-1255
calle@frplegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2018, I filed the foregoing document via the CM/ECF system which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                          */s/ Calle Mendenhall*