IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:17-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2570

This document relates to:
VICTORIA WEGLARZ
Civil Case No. 1:16-cv-03434-WTL-MJD

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff VICTORIA WEGLAR, through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants: Cook Inc., Cook Medical LLC, and William Cook APS.

RESPECTFULLY SUBMITTED this _17th_ day of _October_, 2018.

MURRAY LAW FIRM
*/s/Stephen Murray, Jr.*
Stephen B. Murray, Jr. (LA Bar No. 23877)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
smurrayjr@murray-lawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on  October 17,  , 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Stephen Murray, Jr.*