# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
- 1:14-md-2570
- 1:17-cv-01724
- 1:18-cv-03189
- 1:17-cv-04774
- 1:18-cv-02340
- 1:18-cv-02922

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Nicole K.H. Maldonado | Nicole K.H. Maldonado |
| **Law Firm, Company, and/or Agency:** | Baum, Hedlund Aristei & Goldman, P.C. | Baum, Hedlund Aristei & Goldman, P.C. |
| **Address:** | 12100 Wilshire Blvd, Suite 950<br>Los Angeles, CA 90025 | 10940 Wilshire Blvd, 17th Floor<br>Los Angeles, CA 90024 |
| **Primary E-mail:** | nmaldonado@baumhedlundlaw.com | nmaldonado@baumhedlundlaw.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | (310) 207-3233 | (310) 207-3233 |
| **Facsimile:** | (310) 820-7444 | (310) 820-7444 |

Date: 10/24/2018                         s/ Nicole K.H. Maldonado

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.