UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### ORDER MAINTAINING DOCUMENT
### DKT. NOS. 8615, AND 8615-1 THROUGH 8615-17 UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 8616] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Plaintiff's Memorandum in Support of Motion to Exclude or Limit the Expert Testimony of David Gillespie, M.D. [Dkt. No. 8615] and Exhibits A [Dkt. No. 8615-1] through P [Dkt. No. 8615-16] and Exhibit R [Dkt. No. 8615-17] thereto** are to be maintained *under seal.*

SO ORDERED this ____ day of _____, 2018.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.120429955.04

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.120429955.04