IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff(s)<br><br>**Kimberly Jo Champagne-Hernandez**<br>Civil Case #  1-17-cv-435 | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KIMBERLY JO CHAMPAGNE-HERNANDEZ, and Defendants COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs.

Dated this 25th day of October, 2018.

                                               */s/ Randall H. Stefani*
                                               Randall H. Stefani
                                               Emily A. Kolbe
                                               AHLERS & COONEY, P.C.
                                               100 Court Avenue, Suite 600
                                               Des Moines, Iowa 50309
                                               Telephone:     515-243-7611
                                               Facsimile:      515-243-2149
                                               Email:             rstefani@ahlerslaw.com
                                                                              ekolbe@alerslaw.com

/s/ Jeffrey M. Lipman
Jeffrey M. Lipman
Lipman Law Firm
1454 30th Street, Suite 205
West Des Moines, IA 50266
Telephone:     515-276-3411
Facsimile:      515-276-3736
Email:             lipmanlawfirm@aol.com

ATTORNEYS FOR PLAINTIFF
KIMBERLY JO CHAMPAGNE
HERNANDEZ

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:   andrea.pierson@faegrebd.com
               kip.mcdonald@faegrebd.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notifications of such filings to all attorneys of record.

/s/ Randall H. Stefani
Randall H. Stefani

01526466-1\23305-001