IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to Plaintiff:

*Charles Wicks*
*Civil case # 1:18-cv-02372RLY-TAB*

_____

### **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Charles Wicks.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Charles Wicks against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge