# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:

  1:18-cv-02959
  1:18-cv-02967
  1:18-cv-02969
  1:18-cv-02978

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook
     Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook
     Medical"); and
     William Cook Europe ApS


Dated:     October 26, 2018     /s/ Kip S. M. McDonald
     Andrea Roberts Pierson (# 18435-49)
     Kip S. M. McDonald (# 29370-49)
     FAEGRE BAKER DANIELS LLP
     300 North Meridian Street, Suite 2700
     Indianapolis, Indiana 46204
     Telephone: (317) 237-0300
     Facsimile: (317) 237-1000
     E-Mail:  andrea.pierson@faegrebd.com
     E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Kip S. M. McDonald</u>

US.120263840.01