**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

1:18-cv-02372; Wicks, Charles
1:18-cv-02515; Moses, Molly

**PLAINTIFFS' RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS**

Plaintiffs file this Response to the Motion to Dismiss [DOC 9390] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiffs state:

1.      On October 11, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including various Plaintiffs represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet ("PPS"). Attached as **Exhibit A** are the notice letters sent by the Cook Defendants, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2.      According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3.      Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on October 11, 2018.

1

4. Plaintiff Charles Wicks [1:18-cv-02372] no longer desires to continue his lawsuit, therefore, a Stipulation of Dismissal Without Prejudice has been filed on his behalf (doc. 9503).

5. Plaintiff Molly Moses (1:18-cv-02515) has yet to serve her PPS. Plaintiffs' counsel has used due diligence to contact her numerous times by phone and correspondence, but have yet to hear back.

6. Accordingly, Plaintiff's counsel needs more time to locate Plaintiff Molly Moses to obtain the necessary information to accurately complete her PPS; specifically, Plaintiff's counsel humbly asks the Court for an additional forty-five (45) days to locate Plaintiff Molly Moses and to produce her PPS.

FURTHER Plaintiff, Charles Wicks, prays that the court grant the stipulation of dismissal (doc. 9503) and his case ( 1:18-cv-02372) be dismissed without prejudice.

FURTHER Plaintiff Molly Moses prays that the Court will grant an additional forty-five (45) days to locate her as well as to submit PPS and for all other just and appropriate relief.

Dated: October 26, 2018.

Respectfully submitted,

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX 75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, a copy of the foregoing Plaintiffs' Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*

# EXHIBIT A

**FaegreBD.com**

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for Moses, Molly ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

**FaegreBD.com**

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for Wicks, Charles ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com