**EXHIBIT A**

**FaegreBD.com**

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct** 574.239.1903

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com; karin.scheehle@gknet.com;
tarbon@bencmartin.com; cguerra@bencmartin.com

    **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Fields, Patricia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com