IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Tonya Brand.

Dated: October 29, 2018
/s/ Laura Baughman
Laura Baughman
**Baron & Budd, P.C.**
3102 Oak Lawn Ave #1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-118
lbaughman@baronbudd.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                      */s/ Laura Baughman*
                                                                      Laura Baughman