IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-02954 | 1:18-cv-03000 |
| 1:18-cv-02957 | 1:18-cv-03004 |
| 1:18-cv-02965 | 1:18-cv-03011 |
| 1:18-cv-02970 | 1:18-cv-03027 |
| 1:18-cv-02976 | 1:18-cv-03030 |
| 1:18-cv-02981 | 1:18-cv-03031 |
| 1:18-cv-02982 | 1:18-cv-03033 |
| 1:18-cv-02987 | 1:18-cv-03034 |
| 1:18-cv-02992 | 1:18-cv-03035 |
| 1:18-cv-02994 | 1:18-cv-03041 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 1, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson