UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB<br><br>No: 2570 |

This Document Relates to:

Ouida Garner, personal representative of the Estate of Slater Smith
Civil Case # 16-CV-2899

Fernita Catchings
Civil Case # 16-CV-2382

Cassandra Ross
Civil Case # 16-CV-9859

Chester Papierski
Civil Case # 17-CV-434

Megan Rogers, personal representative of the Estate of Marilyn Major
Civil Case # 16-CV-2383

Jodi Lanzer
Civil Case # 17-CV-69

William Rogers Keltee
Civil Case # 17-CV-303

## **NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all other parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as lead counsel for the following cases:

Ouida Garner, personal representative of the Estate of Slater Smith.

Fernita Catchings

Cassandra Ross

Chester Papierski

Megan Rogers, personal representative of the Estate of Marilyn Major

Jodi Lanzer

William Rogers Keltee

Dated:  November 2, 2018                    /s/ Matthew L. White_____
                                            Matthew L. White
                                            GRAY & WHITE
                                            713 E. Market Street, Second Floor
                                            Louisville, Kentucky  40202
                                            Telephone:  (502) 805-1800
                                            Facsimile:  (502) 618-4059
                                            mwhite@grayandwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Matthew L. White_____
                                            Matthew L. White