UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> No: 2570 |

This Document Relates to:

Ouida Garner, personal representative of the Estate of Slater Smith
Civil Case # 16-CV-2899

Fernita Catchings
Civil Case # 16-CV-2382

Cassandra Ross
Civil Case # 16-CV-9859

Chester Papierski
Civil Case # 17-CV-434

Megan Rogers, personal representative of the Estate of Marilyn Major
Civil Case # 16-CV-2383

Jodi Lanzer
Civil Case # 17-CV-69

William Rogers Keltee
Civil Case # 17-CV-303

## MOTION TO WITHDRAWAL COUNSEL

TO:   The Clerk of Court and all other parties of record:

Counsel for the following cases is making this Honorable Court and all parties aware that Jacob E. Levy who was counsel listed for below the stated cases, is no long with the firm of Gray and White Law.  The undersigned will remain as lead counsel for each case listed below in MDL

2570 and asks that the Clerk of the Court continue to provide copies of all pleadings, discovery and any other documents filed electronically to him.

    Ouida Garner, personal representative of the Estate of Slater Smith.

    Fernita Catchings

    Cassandra Ross

    Chester Papierski

    Megan Rogers, personal representative of the Estate of Marilyn Major

    Jodi Lanzer

    William Rogers Keltee

Dated: November 2, 2018

/s/ Matthew L. White\_\_\_\_\_
Matthew L. White
GRAY & WHITE
713 E. Market Street, Second Floor
Louisville, Kentucky 40202
Telephone: (502) 805-1800
Facsimile: (502) 618-4059
mwhite@grayandwhitelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Matthew L. White_____
Matthew L. White