AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:14-ml-2570-RLY-TAB |
| This Document Relates to: 1:18-cv-03274−RLY−TAB Roy G. Mosier | ) ) | MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Roy G. Mosier                                                                                                   .

Date:   11/02/2018                                        s/ Graham B. LippSmith
                                                                          *Attorney's signature*

                                                         Graham B. LippSmith (CA SBN 221984)
                                                              *Printed name and bar number*
                                                         Kasdan LippSmith Weber Turner LLP
                                                                   360 East 2nd Street
                                                                        Suite 300
                                                                 Los Angeles, CA  90012
                                                                          *Address*

                                                              glippsmith@klwtlaw.com
                                                                      *E-mail address*

                                                                   (213) 254-4800
                                                                   *Telephone number*

                                                                   (213) 254-4801
                                                                      *FAX number*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 2, 2018, a copy of the foregoing APPEARANCE OF COUNSEL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith
Kasdan LippSmith Weber Turner LLP
360 East 2nd Street, Suite 300
Los Angeles, CA 90012
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com