AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> 1:18-cv-03274−RLY−TAB <br> Roy G. Mosier | ) ) ) ) ) ) Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Roy G. Mosier                                                             .

Date:    11/02/2018                                   s/ *Jaclyn L. Anderson*
                                                              *Attorney's signature*

                                                      Jaclyn L. Anderson (CA SBN 258609)
                                                          *Printed name and bar number*
                                                      Kasdan LippSmith Weber Turner LLP
                                                      360 East 2nd Street
                                                      Suite 300
                                                      Los Angeles, CA  90012
                                                                  *Address*

                                                      janderson@klwtlaw.com
                                                             *E-mail address*

                                                      (213) 254-4800
                                                           *Telephone number*

                                                      (213) 254-4801
                                                             *FAX number*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2018, a copy of the foregoing APPEARANCE OF COUNSEL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
Kasdan LippSmith Weber Turner LLP
360 East 2nd Street, Suite 300
Los Angeles, CA 90012
Telephone: (213) 254-4800
Fax: (213) 254-4801
janderson@klwtlaw.com