IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Karen Cryer, Plaintiff

Civil Case # 1:18-cv-1004

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to FRCP 15(a)(2), moves this Court for an order amending the Short Form Complaint.

1. Plaintiff seeks leave to file the attached Amended Short Form Complaint to correct paragraph 10 to indicate that Ms. Cryer was implanted with a "Cook Celect Vena Cava Filter" instead of indicating that she was implanted with an "Other: Tulip Celect retrievable IVC filter."

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Karen Cryer requests that this Court grant this request for the substation as set forth above and for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Amended Short Form Complaint.

//

DATED this 2nd day of November, 2018

/s/ Brandon L. Rich
Brandon L. Rich, WA Bar No. 41981
Driggs, Bills & Day PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
T: 206-607-9098
F: 206-641-3214
brich@lawdbd.com
**Attorney for the Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Brandon L. Rich