IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

KAREN CRYER

Civil Case # 1:18-cv-1004-RLY-TAB

## **ORDER**

    IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Karen Cryer, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

    Signed this _____ day of _____, 2017

                                                                                          Honorable Richard L. Young
                                                                                         United States District Court Judge