UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO: 1:14-cv-6018-RLY-TAB  Brand | ) ) ) ) ) ) ) ) )     No. 1:14-ml-02570-RLY-TAB |

**ORDER ON OCTOBER 29, 2018, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel October 29, 2018, for a settlement conference. Settlement discussions held, but no settlement was reached. Counsel shall continue these discussions and notify the Magistrate Judge no later than November 5, 2018, regarding the status of these discussions.

Dated:  11/5/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.