IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Tonya Brand.

Dated: November 5, 2018

*/s/ Sander Esserman*
Sander Esserman, State Bar No. 06671500
**Stutzman, Bromberg, Esserman & Plifka**
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4910
Facsimile: (214) 969-4999
esserman@sbep-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                     */s/ Sander Esserman*
                                     Sander Esserman