IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
> 1:15-cv-01895-RLY-TAB
> 1:16-cv-01486-RLY-TAB
> 1:15-cv-01187-RLY-TAB
> 1:16-cv-01494-RLY-TAB
> 1:17-cv-06066-RLY-TAB
> 1:16-cv-01446-RLY-TAB
> 1:16-cv-02548-RLY-TAB
> 1:16-cv-01459-RLY-TAB
> 1:16-cv-01474-RLY-TAB
> 1:16-cv-00243-RLY-TAB
> 1:16-cv-01966-RLY-TAB
> 1:15-cv-01456-RLY-TAB
> 1:17-cv-00166-RLY-TAB
> 1:16-cv-03085-RLY-TAB
> 1:16-cv-01954-RLY-TAB
> 1:15-cv-01457-RLY-TAB
> 1:16-cv-01519-RLY-TAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Plaintiffs:

| | | |
|---|---|---|
| Janice Abrams | Allen Lander | Charlotte Montano and |
| Miguel Avila | Cheryl Lester | Sam Montano |
| Heidi Boatner | Walter W. Lewis | Kyle Nichols |
| Zelda Gay | John Eugene Mencarelli, | Iris Tatom |
| Anthony Halinski | Sr., and Karen F. | Stephanie Taylor-Porter |
| La Terra Hunter | Mencarelli | Gerry Womack. |
| Larry Jordan | Elizabeth Millwood | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 05, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglass A. Kreis
Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS &
    OVERHOLTZ, PLLC
Email: DKreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiffs*