# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION    MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

|    | Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|----|-----------|--------------|--------------|-------------------------|------------------------------|
| 1  | Lonsdale, David | 1:18-cv-02602 | 10/24/2018 | 10/10/2018 | 1 |
| 2  | Myers, Jewell | 1:18-cv-02640 | 9/26/2018 | 10/10/2018 | 2 |
| 3  | Turner, Catina | 1:18-cv-02643 | 9/26/2018 | 10/10/2018 | 3 |
| 4  | Kinyanjui, Jacqueline | 1:18-cv-02649 | 9/26/2018 | 10/10/2018 | 4 |
| 5  | Logue, Mercedes N. | 1:18-cv-02677 | 9/27/2018 | 10/10/2018 | 5 |
| 6  | Irving, Dewey | 1:18-cv-02768 | 10/8/2018 | 10/15/2018 | 6 |
| 7  | Kendall, Steven | 1:18-cv-02806 | 10/12/2018 | 10/18/2018 | 7 |
| 8  | Arnold, Oscar | 1:18-cv-02822 | 10/15/2018 | 10/18/2018 | 8 |
| 9  | Bibus, William | 1:18-cv-02836 | 10/15/2018 | 10/18/2018 | 9 |
| 10 | Lowe, Gloria | 1:18-cv-02848 | 10/15/2018 | 10/18/2018 | 10 |
| 11 | Foster, Nettie | 1:18-cv-02851 | 10/15/2018 | 10/18/2018 | 11 |