UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | | |

**ENTRY ON PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF JOHN FRYZEK, MPH, PH.D.**

The Cook Defendants offer the testimony of epidemiologist John Fryzek, MPH, Ph.D. He performed an analysis of Cook's TrackWise and jBase complaint databases, and concluded that through November 2016, the total proportion of complaints received by Cook of any kind, for any reason—including perforation/penetration/puncture,[1] tilt, fracture, difficult to remove, packaging issues and shipping errors—was less than one percent (1%) for both the Tulip and Celect filters. (Filing No. 8628-2, Expert Report of Dr. John Fryzek at 22-35). Plaintiff, Tonya Brand, moves to exclude Dr. Fryzek's testimony because, *inter alia*, it is litigation-driven, unreliable, irrelevant, and misleading.

During oral argument on this motion, Plaintiff simplified her objection, arguing only that Dr. Fryzek may testify as to rate of *complaints* based upon Cook's databases,

---

[1] Dr. Fryzek grouped these issues together. (*See*, e.g., Fryzek Report at 33).

1

but he may not testify that the rate of complaints comports with the rate of *complications* occurring in the real world.  Cook responded that they are not offering such testimony from Dr. Fryzek.  Accordingly, for this and for the reasons advanced by the Cook Defendants in their papers, the court finds Plaintiff's Motion to Exclude the Testimony of John Fryzek, MPH, Ph.D. (Filing No. 8627) should be **DENIED**.

**SO ORDERED** this 7th day of November 2018.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.