**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to:

  1:18-cv-03017
  1:18-cv-03018
  1:18-cv-03076
  1:18-cv-03081
  1:18-cv-03114
  1:18-cv-03115
  1:18-cv-03117

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:          November 7, 2018                  /s/ Andrea Roberts Pierson
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  Kip S. M. McDonald (# 29370-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Facsimile: (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01