IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Karl Fanus

Civil Case # 1:18-cv-3177

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Karl Fanus

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Washington

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Washington

6.  Plaintiff's/Deceased Party's current state of residence:

Washington

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Western District of Washington

8.  Defendants (Check Defendants against whom Complaint is made):

   X        Cook Incorporated

   X        Cook Medical LLC

   X        William Cook Europe ApS

9.  Basis of Jurisdiction:

   X        Diversity of Citizenship

   ☐        Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b.  Other allegations of jurisdiction and venue:

   N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

       X       Günther Tulip® Vena Cava Filter

       □       Cook Celect® Vena Cava Filter

       □       Gunther Tulip Mreye

       □       Cook Celect Platinum

       □       Other: _____

11. Date of Implantation as to each product:

          8/25/2008 _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

          Swedish First Hill Campus, Seattle, WA _____

   _____

13. Implanting Physician(s):

          Morton D. Dudley, MD _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

       X       Count I:       Strict Products Liability – Failure to Warn

       X       Count II:      Strict Products Liability – Design Defect

       X       Count III:     Negligence

       X       Count IV:     Negligence Per Se

X      Count V:     Breach of Express Warranty

X      Count VI:     Breach of Implied Warranty

X      Count VII:     Violations of Applicable _Georgia_

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐      Count VIII:     Loss of Consortium

☐      Count IX:     Wrongful Death

☐      Count X:     Survival

X      Count XI:     Punitive Damages

☐      Other:     _____ (please state the facts supporting

this Count in the space, immediately below)

☐      Other:     _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

     Joseph A. Osborne
_____

16. Address and bar information for Attorney for Plaintiff(s):

Florida Bar No.: 880043;
Osborne & Francis, Law Firm, PLLC
Mizner Park Plaza North
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432

Respectfully submitted,

**OSBORNE & FRANCIS LAW FIRM, PLLC**

*/s/ Joseph A. Osborne*
Joseph A. Osborne
Osborne & Francis Law Firm, PLLC
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax:  (561) 923-8100
Email:  josborne@realtoughlawyers.com

*Attorneys for Plaintiff*