**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

  1:18-cv-03109
  1:18-cv-03123
  1:18-cv-03124
  1:18-cv-03125
  1:18-cv-03126
  1:18-cv-03131
  1:18-cv-03132
  1:18-cv-03138

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     November 8, 2018
      /s/ Kip S. M. McDonald
      Andrea Roberts Pierson (# 18435-49)
      Kip S. M. McDonald (# 29370-49)
      FAEGRE BAKER DANIELS LLP
      300 North Meridian Street, Suite 2700
      Indianapolis, Indiana 46204
      Telephone: (317) 237-0300
      Facsimile: (317) 237-1000
      E-Mail:  andrea.pierson@faegrebd.com
      E-Mail:  kip.mcdonald@faegrebd.com

US.120263840.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01