**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO NEW POST-SALE WARNING ARGUMENT IN THE COOK DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through her undersigned counsel, and moves this Court to grant her an extension of time to file Plaintiff's Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgement.

On October 23, 2018, the Court ruled from the bench on Plaintiff's Motion to Strike New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motions for Summary Judgment (Dkt. 9452), holding that Ms. Brand had 15 days from that date (November 7, 2018) to file a response to Cook's post-sale duty to warn arguments made for the first time in the Cook Defendants' Reply Memorandum in Support of Summary Judgment (Dkt. 9371) at 44-52.

Plaintiff's counsel drafted a Response to the Cook Defendants' Reply in Support of Motion for Summary in time to file it on November 7, 2018, but because of a miscommunication regarding who would file it, Plaintiff's Response was not filed that day, and Plaintiff's counsel just realized

this fact today. Because the delay in filing resulted solely from inadvertence and because the four-day delay in filing will not prejudice Cook, Plaintiff requests an extension of time until November 11, 2018, to file Plaintiff's Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary.

Wherefore, the Plaintiff respectfully requests that the Court grant her an extension of time until November 11, 2018, to file Plaintiff's Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgment.

Dated: November 11, 2018.

Respectfully Submitted,

*/s/ Joseph N. Williams*__________
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*________
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*___________
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*_______
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*________________
Ben C. Martin