# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully moves the Court to maintain under seal Plaintiff's unredacted exhibits "A"-"E" to Plaintiff's Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgment.

Defendants have designated these documents as "Confidential."

Dated: November 11, 2018

                                                                                              Respectfully Submitted,

                                                                                              */s/ Joseph N. Williams*_____
                                                                                                    Joseph N. Williams, Atty. No. 25874-49
                                                                                                    Riley Williams & Piatt, LLC
                                                                                                    301 Massachusetts Avenue
                                                                                                    Indianapolis, IN 46204
                                                                                                    Telephone: (317) 633-5270
                                                                                                    Facsimile: (317) 426-3348
                                                                                                    Email: jwilliams@rwp-law.com

                                                                                                    *Liaison Counsel to Plaintiffs' Steering Committee*
                                                                                                    *and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin