# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COOK DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PAY COOK EXPERT DR. RAMAN UBEROI'S DEPOSITION FEE

COMES NOW Tonya Brand, Plaintiff in the above-styled action, by and through her undersigned counsel, and moves this Court to grant her an extension of time to file Response to Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee.

On October 11, 2018, the Cook Defendants filed Cook's Motion to Compel Plaintiff to pay her Proportionate Share of Dr. Raman Uberoi's Deposition Fee. [Dkt No. 9393].

The deadline for Plaintiff to file a Response was due on October 25, 2018.

Plaintiff's counsel drafted a Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Her Proportionate Share of Dr. Raman Uberoi's Deposition Fee in time to file on October 25, 2018, but because of a miscommunication regarding who would file it, Plaintiff's Response was not filed that day, and Plaintiff's counsel just realized this fact on yesterday, November 11, 2018. Because the delay in filing resulted solely from inadvertence and because the delay in filing

1

will not prejudice Cook, Plaintiff requests an extension of time until November 12, 2018, to file Plaintiff's Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee.

Wherefore, the Plaintiff respectfully requests that the Court grant her an extension of time until November 12, 2018, to file Plaintiff's Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee.

Dated:  November 12, 2018.

    Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com


/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin