# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COOK DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PAY COOK EXPERT DR. RAMAN UBEROI'S DEPOSITION

The Court, having considered Plaintiff's Motion for Extension of Time to File Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee, and being otherwise duly advised, now GRANTS Plaintiff's Motion.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file her Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee on November 12, 2018.

Dated:

_____
Tim A Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counse of record will be made via CM/ECF.

1