IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## LIST OF DOCUMENTS

Plaintiff files the following exhibits in support of Plaintiff's Response to the Cook Defendants' Motion to Compel Plaintiff To Pay Cook Expert Dr. Raman Uberoi's Deposition Fee.

Exhibit A:  Affidavit of Ben C. Martin

Exhibit B:  Email dated July 31, 2018 from Ben Martin to Jessica Benson Cox

Exhibit C:  Excerpts from the deposition of Raman Uberoi, MD
            dated 08/03/18 -- **SEALED**

Dated: November 12, 2018

                                                                Respectfully Submitted,

                                                                 */s/ Ben C. Martin*
                                                                  Ben C. Martin, Esq.
                                                                  The Law Office of Ben C. Martin
                                                                  3219 McKinney Avenue, Suite 100
                                                                  Dallas, TX 75204
                                                                  Telephone: (214) 761-6614
                                                                  Facsimile: (214) 744-7590
                                                                  Email: bmartin@bencmartin.com

                                                                *Plaintiffs' Co-Lead Counsel*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin