# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## AFFIDAVIT OF BEN C. MARTIN

I, Ben C. Martin, do declare and state the following:

1. I am over 18 years old, of sound mind, and have personal knowledge of the facts set forth herein. I am co-lead counsel for the Plaintiff Steering Committee for this MDL. I spoke with defense counsel Andrea Pierson prior to the experts being deposed in this case. The specific question was raised as to whether the parties would agree as we had done in the Hill case to have each party pay for its own experts. Just as in Hill, such agreement was made in Brand and has been followed through by each party up until the Uberoi issue arose. I have never considered Raman Uberoi to be plaintiff's expert, and I told defense counsel Jessica Cox both orally and in writing that Dr. Uberoi is not our expert and that I would not agree that we would pay for him.

2. I took the deposition of Dr. Uberoi only after defense counsel designated him as an expert and only after I filed and lost a motion to quash his deposition. That deposition took place in London shortly after the court denied the motion to quash. It was at that deposition that I discovered for the first time that Cook lawyers had spent dozens of hours going over documents for weeks with Dr. Uberoi prior to his deposition.

3. I further discovered through a review of the documents presented for the first time at the deposition that Cook lawyers had coaxed Dr. Uberoi into changing a statement he made in the British Registry journal article on which he had been the lead author. The original statement by Dr. Uberoi in the article which was changed could be read initially as being critical of the poor retrievability of the Celect filter. After Cook's persistence, Dr. Uberoi actually changed the article seemingly in Cook's favor after what I considered hounding Dr. Uberoi to change a peer reviewed journal article he had written.

4. I have never considered Dr. Uberoi to be "our expert" and he has never been a "treating expert" or "treating physician" of Tonya Brand who is my client.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/12/18                        /s/ *Ben C. Martin*_____
                                                                Ben C. Martin

Dated November 12, 2018

          Respectfully Submitted,

          */s/ Ben C. Martin*
          Ben C. Martin, Esq.
          The Law Office of Ben C. Martin
          3710 Rawlin Street, Suite 1230
          Dallas, TX 75219
          Telephone: (214) 761-6614
          Facsimile: (214) 74407590
          Email: bmartin@bencmartin.com

          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Ben C. Martin*
          Ben C. Martin