# EXHIBIT B

> From: Ben Martin [mailto:bmartin@bencmartin.com]
> Sent: Tuesday, July 31, 2018 11:11 AM
> To: Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
> Cc: Webber, Chuck <chuck.webber@FaegreBD.com>; Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>; Joe Williams <jwilliams@rwp-law.com>; Michael Heaviside <mheaviside@hrzlaw.com>; L Baughman <lbaughman@baronbudd.com>; Tom Arbon <tarbon@bencmartin.com>; Christina Guerra <cguerra@bencmartin.com>
> Subject: Re:
>
> Redirect not cross.
>
> Sent from my iPhone
>
>> On Jul 31, 2018, at 10:10 AM, Ben Martin <bmartin@bencmartin.com> wrote:
>>
>> We aren't paying for Uberoi. We opposed the deposition.  Whatever you want to call him he is your expert. We will agree to cancel it completely if that is what you wish.
>>
>> If it goes forward we will agree to no less than 4 hours on direct and an hour on cross.
>>
>>
>>

1