UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**PARTIES' PROPOSED ORDER**
**REGARDING CASE CATEGORIZATION AND CENSUS**

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), the parties conferred on the procedure and timeline necessary to accomplish the Court's directive regarding case categorization and preparation of the census. The Court having considered the proposal, and being duly advised, sets the following deadlines:

**A.     Case Categorization**

Plaintiffs shall categorize their cases in Categories Nos 1-7 by **December 22, 2018**. The categorization shall be made using the form attached hereto as **Exhibit A**. The instructions therein must be followed, or the submission may be rejected as non-compliant.

**B.     Census**

Cook shall compile the categorization submissions made by Plaintiffs and prepare a census by **January 31, 2019**. The census shall report only the "highest" category for any plaintiff that marks, and supports with specific medical records, multiple categories in the categorization form.

SO ORDERED this _____ day of _____, 2018

                                                                                                                            _____
                                                                                                                             Richard L. Young, JUDGE
                                                                                                                             United States District Court
                                                                                                                             Southern District of Indiana

US.120753302.01

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2018, a copy of the foregoing "Parties' Proposed Order Regarding Case Categorization and Census" was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                          /s/ Andrea Roberts Pierson

US.120753302.01