# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)  1:14-ml-2570
)  1:16-cv-2952
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Deborah K. Palmer | Deborah K. Palmer |
| Law Firm, Company, and/or Agency: | Varnum, LLP | Deborah K. Palmer, PLLC |
| Address: | 211 E. Water Street, Suite 400<br>Kalamazoo, MI 49007 | P.O. Box 54<br>Portage, MI 49081 |
| Primary E-mail: | dkpalmer@varnumlaw.com | Debbie@dkpalmerpllc.com |
| Secondary E-mail(s): | | |
| Telephone Number: | (269) 553-3511 | (269) 873-7740 |
| Facsimile: | (269) 382-2382 | (269) 312-8066 |

Date: 11/08/2018     s/ Deborah K. Palmer

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.