| Last name | First Name | Docket Number | Venue & District per SFC | State of Residence | Implant State | Treating doctor state | Filter |
|---|---|---|---|---|---|---|---|
| Barrera | Daniella | 1:17-cv-03179-RLY-TAB | Southern District of TX - Houston Div. | TX | TX | TX | Celect |
| Brandes | John | 1:17-cv-03129-RLY-TAB | Northern District of GA - Atlanta Div. | GA | GA | GA | Tulip |
| Estes | James | 1:17-cv-03780-RLY-TAB | Northern District of AL - Middle Div. | AL | AL | AL | Tulip |
| Ghaith | Hani | 1:18-cv-00896-RLY-TAB | Northern District of CA | CA | CA | CA | Tulip |
| Hare | David | 1:17-cv-02067-RLY-TAB | Western District of NY | NY | NY | NY | Celect |
| Rhines | Nancy | 1:18-cv-00852-RLY-TAB | District of CT | CT | CT | CT | Celect |
| Sammy | Jankie | 1:18-cv-00887-RLY-TAB | Eastern District of VA | VA | VA | VA | Tulip |
| Vlma | Diane | 1:18-cv-02689-RLY-TAB | Northern District of IL- Eastern Division | IL | IL | IL | Celect |

# EXHIBIT A