# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>DANIELLA BARRERA</u>

Civil Case #  <u>1:17-cv-03179</u>

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   <u>Daniella Barrera</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>N/A</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>TX</u>

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   <u>TX</u>

6. Plaintiff's/Deceased Party's current state of residence:

   <u>TX</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>USDC for the Southern District of Texas – Houston Division</u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>6-21</u>

   b. Other allegations of jurisdiction and venue:

   <u>N/A</u>

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☐   Günther Tulip® Vena Cava Filter

   ☒   Cook Celect® Vena Cava Filter

2

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

_____

11. Date of Implantation as to each product:

06/24/2015
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Houston Methodist Hospital – Houston, TX
_____

_____

13. Implanting Physician(s):

Dr. Mark Brodie, M.D.
_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:        Strict Products Liability – Failure to Warn

☒      Count II:       Strict Products Liability – Design Defect

☒      Count III:      Negligence

☒      Count IV:       Negligence Per Se

☒      Count V:        Breach of Express Warranty

☒      Count VI:       Breach of Implied Warranty

☒      Count VII:      Violations of Applicable TX_____ (insert   State)   Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

☒   Count XI:   Punitive Damages

☐   Other:   _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other:   _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098

David P. Matthews, Texas Bar No. 13206200

4

Respectfully submitted,

**Matthews & Associates**


*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a copy of the foregoing was served electronically and notice the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>JOHN BRANDES</u>

Civil Case #  <u>1:17-cv-03129</u>

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   <u>John Brandes</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>N/A</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>GA</u>

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    GA

6.  Plaintiff's/Deceased Party's current state of residence:

    GA

7.  District Court and Division in which venue would be proper absent direct filing:

    USDC for the Northern District of Georgia – Atlanta Division

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒    Cook Incorporated

    ☒    Cook Medical LLC

    ☒    William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6-21

    b.  Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

2

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other: _____

11. Date of Implantation as to each product:

<u>11/22/2013</u>

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>WellStar Kennestone Hospital – Marietta, GA</u>

_____

13. Implanting Physician(s):

<u>Dr. Gary M. Jacobson, M.D.</u>

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:      Strict Products Liability – Failure to Warn

☒    Count II:     Strict Products Liability – Design Defect

☒    Count III:    Negligence

☒    Count IV:    Negligence Per Se

☒    Count V:     Breach of Express Warranty

☒    Count VI:    Breach of Implied Warranty

☒    Count VII:   Violations of Applicable <u>GA</u> (insert State) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

☒   Count XI:   Punitive Damages

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews _____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098 _____

David P. Matthews, Texas Bar No. 13206200 _____

_____

4

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law,
P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J
BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
JAMES M. ESTES

Civil Case #  1:17-cv-03780

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   James M. Estes

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   AL

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   <u>AL</u>

6. Plaintiff's/Deceased Party's current state of residence:

   <u>AL</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>USDC, Northern District of Alabama – Middle Division</u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>6-21</u>

   b. Other allegations of jurisdiction and venue:

   <u>N/A</u>

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☒   Günther Tulip® Vena Cava Filter

   ☐   Cook Celect® Vena Cava Filter

2

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

11. Date of Implantation as to each product:

09/03/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

UAB Hospital, Birmingham, AL

13. Implanting Physician(s):

Marc A. Passman, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:       Strict Products Liability – Failure to Warn

☒    Count II:      Strict Products Liability – Design Defect

☒    Count III:     Negligence

☒    Count IV:      Negligence Per Se

☒    Count V:       Breach of Express Warranty

☒    Count VI:      Breach of Implied Warranty

☒    Count VII:     Violations of Applicable ___AL___ (insert   State)   Law
                    Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

☒   Count XI:   Punitive Damages

☐   Other:   _____   (please state the facts supporting

this Count in the space, immediately below)

☐   Other:   _____   (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098_____

David P. Matthews, Texas Bar No. 13206200_____

_____

4

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
HANI GHAITH

Civil Case #  1:18-cv-00896

---

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Hani Ghaith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   CA

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CA

6. Plaintiff's/Deceased Party's current state of residence:

   CA

7. District Court and Division in which venue would be proper absent direct filing:

   USDC for the Northern District of California

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-21

   b.   Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

2

☐   Gunther Tulip Mreye

☐   Cook Celect Platinum

☐   Other:

_____

11. Date of Implantation as to each product:

12/24/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Kaiser Permanente -San Leandro, CA

13. Implanting Physician(s):

Dr. Ben Young

14. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:        Strict Products Liability – Failure to Warn

☒   Count II:       Strict Products Liability – Design Defect

☒   Count III:      Negligence

☒   Count IV:       Negligence Per Se

☒   Count V:        Breach of Express Warranty

☒   Count VI:       Breach of Implied Warranty

☒   Count VII:      Violations of Applicable ___CA___ (insert   State)   Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐    Count VIII:    Loss of Consortium

☐    Count IX:    Wrongful Death

☐    Count X:    Survival

☒    Count XI:    Punitive Damages

☐    Other:    _____    (please state the facts supporting

this Count in the space, immediately below)

☐    Other:    _____    (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098_____

David P. Matthews, Texas Bar No. 13206200_____

_____

4

Respectfully submitted,

**Matthews & Associates**


*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

***Lead Counsel for Plaintiff***

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napilonia**
Law Office of Joe Napilonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
DAVID A. HARE

Civil Case #  1:17-cv-02067

---

**SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   David A. Hare

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   NY

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   NY

6. Plaintiff's/Deceased Party's current state of residence:

   NY

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Western District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   X    Cook Incorporated

   X    Cook Medical LLC

   X    William Cook Europe ApS

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-21

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☒    Cook Celect® Vena Cava Filter

2

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

_____

11. Date of Implantation as to each product:

<u>11/28/2009</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Strong Memorial Hospital, Rochester, NY</u>

13. Implanting Physician(s):

<u>Karl Illig, MD; Dustin Fanciullo, MD</u>

14. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:      Strict Products Liability – Failure to Warn

    X    Count II:     Strict Products Liability – Design Defect

    X    Count III:    Negligence

    X    Count IV:    Negligence Per Se

    X    Count V:     Breach of Express Warranty

    X    Count VI:    Breach of Implied Warranty

    X    Count VII:   Violations of Applicable <u>   NY   </u> (insert   State)   Law

                        Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:  Loss of Consortium

    ☐     Count IX:     Wrongful Death

    ☐     Count X:      Survival

    X     Count XI:     Punitive Damages

    ☐     Other:   _____ (please state the facts supporting this Count in the space, immediately below)

    ☐     Other:   _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

David P. Matthews

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098

David P. Matthews, Texas Bar No. 13206200

Respectfully submitted,

**Matthews & Associates**


*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
NANCY A. RHINES

Civil Case #  1:18-cv-00852

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Nancy A. Rhines

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   CT

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CT

6. Plaintiff's/Deceased Party's current state of residence:

   CT

7. District Court and Division in which venue would be proper absent direct filing:

   USDC for the District of Connecticut

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-21

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☐ Günther Tulip® Vena Cava Filter

   ☒ Cook Celect® Vena Cava Filter

2

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

_____

11. Date of Implantation as to each product:

11/8/2011 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Hartford Hospital, Hartford, CT _____

_____

13. Implanting Physician(s):

Thomas Divinagracia M.D. and Talhat Azemi M.D. _____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:      Strict Products Liability – Failure to Warn

☒      Count II:      Strict Products Liability – Design Defect

☒      Count III:      Negligence

☒      Count IV:      Negligence Per Se

☒      Count V:      Breach of Express Warranty

☒      Count VI:      Breach of Implied Warranty

☒      Count VII:      Violations of Applicable __CT__ (insert State) Law

                           Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

☒   Count XI:   Punitive Damages

☐   Other:   _____   (please state the facts supporting

this Count in the space, immediately below)

☐   Other:   _____   (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098_____

David P. Matthews, Texas Bar No. 13206200_____

_____

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.   A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law,
P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J
BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
JANKIE  SAMMY

Civil Case #  1:18-cv-00887

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jankie  Sammy

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   VA

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    <u>VA</u>

6.  Plaintiff's/Deceased Party's current state of residence:

    <u>VA</u>

7.  District Court and Division in which venue would be proper absent direct filing:

    <u>USDC for the Eastern District of Virginia</u>

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    <u>6-21</u>

    b.  Other allegations of jurisdiction and venue:

    <u>N/A</u>

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other:

_____

11. Date of Implantation as to each product:

9/24/2007 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Inova Loudoun Hospital, Leesburg, VA _____

_____

13. Implanting Physician(s):

Allen E. Joseph, MD _____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:      Strict Products Liability – Failure to Warn

☒     Count II:      Strict Products Liability – Design Defect

☒     Count III:      Negligence

☒     Count IV:      Negligence Per Se

☒     Count V:      Breach of Express Warranty

☒     Count VI:      Breach of Implied Warranty

☒     Count VII:      Violations of Applicable __VA__ (insert State) Law

               Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐     Count VIII:     Loss of Consortium

☐     Count IX:      Wrongful Death

☐     Count X:       Survival

☒     Count XI:      Punitive Damages

☐     Other:      _____ (please state the facts supporting

this Count in the space, immediately below)

☐     Other:      _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098_____

David P. Matthews, Texas Bar No. 13206200_____

_____

4

Respectfully submitted,

**Matthews & Associates**


*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

_s/ David P. Matthews_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
DIANE M. VLNA

Civil Case #  1:18-cv-02689

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Diane M. Vlna

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   IL

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   <u>IL</u>

6. Plaintiff's/Deceased Party's current state of residence:

   <u>IL</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>USDC for the Northern District of Illinois – Eastern Division</u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>6-21</u>

   b. Other allegations of jurisdiction and venue:

   <u>N/A</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

2

Case 1:14-ml-02570-RLY-TAB   Document 9602-2   Filed 11/13/18   Page 46 of 49 PageID #:
64878
Case 1:18-cv-02689-JMS-DML   Document 1   Filed 08/29/18   Page 3 of 6 PageID #: 3

☒     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other:

_____

11. Date of Implantation as to each product:

   6/25/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Rush University Medical Center, Chicago, IL

13. Implanting Physician(s):

   Sudheer Paruchuri, MD and Shahid Ali, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒     Count I:      Strict Products Liability – Failure to Warn

   ☒     Count II:     Strict Products Liability – Design Defect

   ☒     Count III:    Negligence

   ☒     Count IV:     Negligence Per Se

   ☒     Count V:      Breach of Express Warranty

   ☒     Count VI:     Breach of Implied Warranty

   ☒     Count VII:    Violations of Applicable __IL__    (insert   State)   Law

         Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

☒   Count XI:   Punitive Damages

☐   Other:   _____   (please state the facts supporting this Count in the space, immediately below)

☐   Other:   _____   (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098

David P. Matthews, Texas Bar No. 13206200

4

Case 1:14-ml-02570-RLY-TAB    Document 9602-2    Filed 11/13/18    Page 48 of 49 PageID #:
64880
Case 1:18-cv-02689-JMS-DML    Document 1    Filed 08/29/18    Page 5 of 6 PageID #: 5

Respectfully submitted,

**Matthews & Associates**

_s/ David P. Matthews_
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

**_Lead Counsel for Plaintiff_**

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law,
P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J
BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL 35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*

6