IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL 2570 |

This Document Relates to Plaintiffs:

*Daniella Barrera*
Case No. 1:17-cv-03179-RLY-TAB

*John Brandes*
Case No. 1:17-cv-03129-RLY-TAB

*James M. Estes*
Case No. 1:17-cv-03780-RLY-TAB

*Hani Ghaith*
Case No. 1:18-cv-00896-RLY-TAB

*David Hare*
Case No. 1:17-cv-02067-RLY-TAB

*Jankie Sammy*
Case No. 1:18-cv-00887-RLY-TAB

*Diane M. Vlna*
Case No. 1:18-cv-02689-JMS-DML

## ORDER ON PLAINTIFFS' MOTION TO TRANSFER VENUE

On this day, the Court considered Plaintiffs' Motion to Transfer Venue. After considering the Motion, other papers on file and hearing arguments of counsel, the Court GRANTS the Motion as follows:

Daniella Barrera, Case No. 1:17-cv-03179-RLY-TAB, is transferred to the USDC for the Southern District of Texas- Houston Division;

1

      John Brandes, Case No.1:17-cv-03129-RLY-TAB, is transferred to the USDC for the Northern District of Georgia-Atlanta Division;

      James M. Estes, Case No. 1:17-cv-03780, is transferred to the USDC Northern District of Alabama-Middle Division;

      Hani Ghaith, Case No. 1:18-cv-00896-RLY-TAB, is transferred to the USDC for the Northern District of California;

      Davis A. Hare, Case No. 1:17-cv-02067-RLY-TAB, is transferred to the USDC Western District of New York;

      Jankie Sammy, Case No. 1:18-cv-00887-RLY-TAB, is transferred to the USDC Eastern District of Virginia; and

      Diane M. Vlna; Case No. 1:18-cv-02689-JMS-DML, is transferred to the USDC for the Northern District of Illinois-Eastern Division.


Dated: _____

                                                                     The Honorable Tim A. Baker
                                                                     United States Magistrate Judge
                                                                     Southern District of Indiana