UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB |

### Entry on Motions Hearing held October 22, 2018

### Before the Hon. Richard L. Young, Judge

     The parties appear for the motions hearing set this date.  Plaintiffs appear by Ben Martin, Mike Heaviside, Roger Mandel, Charles Seagel, Laura Baughman, C.J. Baker, Rob Hammers, Alex Brown and Denman Heard; Defendants appear by Andrea Pierson, Chuck Webber, Jessica Cox, Victoria Calhoon, Halli Cohen, Bruce Jones, Anna Rutigliano and Eric Friedman.

     The court hears argument from the counsel.  Court adjourns for the day. The hearing shall resume at 9:00 a.m. on Tuesday, October 23, 2018.

Distributed Electronically to Registered Counsel of Record