UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | | |

**Entry on Motions Hearing held October 23, 2018**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the continuation of the motions hearing.

The court hears further argument from the counsel. Rulings shall issue by separate order.

The motions hearing set for NOVEMBER 13, 2018 shall begin at **9:00 a.m.** in Room 301, 101 N.W. Martin Luther King, Jr. Blvd, Evansville, Indiana 47708.

Distributed Electronically to Registered Counsel of Record