UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**Entry on Motions Hearing held November 13, 2018**

**Before the Hon. Richard L. Young, Judge**

    The parties appear for the motions hearing set this date.  Plaintiffs appear by Ben Martin, Mike Heaviside, Roger Mandel, Laura Baughman and C.J. Baker; Defendants appear by Andrea Pierson, Chuck Webber, Jessica Cox, Ryan Hurley and Anna Rutigliano.

    The court hears argument from the counsel.  Rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record