UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO: 1:14-cv-6018-RLY-TAB  Brand | ) ) ) ) ) ) ) ) )   No. 1:14-ml-02570-RLY-TAB |

**ORDER ON NOVEMBER 5, 2018, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel November 5, 2018, for a settlement conference. Settlement discussions held, but no settlement was reached. Counsel shall continue these discussions and contact the Magistrate Judge by November 13, 2018, to provide a settlement update.

Dated:  11/14/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.