IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 _Tanika James_____

 Civil Case #1:17-cv-41_____

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND/OR MOTION TO DISMISS WITHOUT PREJUDICE PER FRCP 41(2)

A. Layne Stackhouse of the law firm Shrader & Associates, L.L.P. hereby moves this Court pursuant to LRCiv 83.7 for an Order allowing her to withdraw as counsel of record in this action for the following reasons. Alternatively, Counsel requests that this case be dismissed without prejudice pursuant to FRCP 41(2).

1. This action was filed January 5, 2017, on behalf of Tanika James, alleging injuries due to a Cook Celect IVC filter.

2. In October 2017, Plaintiff's counsel was informed by Ms. James' next of kin, Ruby Mahanera, that Ms. James had recently passed away.

3. Counsel informed Ms. Mahanera what steps needed to be taken to continue the action on behalf of her estate and sent Ms. Mahanera the documents needed to continue the case and an envelope to obtain the death certificate on October 27, 2017.

4. Counsel was then informed that an investigation into Ms. James' death as well as an autopsy was pending. Counsel followed up with Ms. Mahanera in the following months regarding status of the investigation and/or autopsy.

1

4. In March 2018, Counsel was informed by Ms. Mahanera of the results of the autopsy and that she was finally able to get a copy of the death certificate. Based on the information provided by Ms. Mahanera, Counsel did not believe a wrongful death claim would be viable, but sent envelopes and documents to Ms. Mahanera to continue with an investigation and/or to continue the action on behalf of Ms. James' estate. Counsel additionally continued to explain to Ms. Mahanera the steps she needed to take if she wanted to continue the action on behalf of the estate. Counsel never received the death certificate or autopsy report or the documents necessary to continue the case from Ms. Mahanera.

5. After numerous phone calls to Ms. Mahanera, all explaining the steps needed to continue the case on behalf of the estate, which to counsel's knowledge were never taken, counsel sent written letters indicating that if certain steps were not taken promptly, counsel would be forced to dismiss this case. These letters were dated August 2, 2018 and August 20, 2018. Ms. Mahanera never responded to the letters.

6. On October 11, 2018, Plaintiff's counsel reached out to Defense counsel, asking if Defense would agree to a stipulation of dismissal without prejudice, pursuant to Rule 41. Defense counsel requested dismissal with prejudice instead.

7. On October 18, 2018, Plaintiff's counsel and Defense counsel spoke telephonically about this matter, with Plaintiff's counsel explaining the circumstances and why she could not agree to a dismissal with prejudice. Defense counsel asked for some time to consider Plaintiff counsel's request and said they would get back to Plaintiff's counsel. Plaintiff's counsel followed up with defense counsel on November 5, 2018, indicating her intent to file the present motion if she did not hear back. Defense counsel has not responded.

8. On the same date, November 5, 2018, Plaintiff's counsel sent and emailed one final letter to Ms. Mahanera, informing her that she would be moving for dismissal and/or to withdraw as counsel of record in seven (7) days. Plaintiff's counsel has not heard back from Ms. Mahanera.

9. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is not trial set in this matter and there are no pending motions. Ms. Mahanera's current address is 35449 Brush St., Apt. 2, Wayne, MI 48184 and her current phone number is 313-766-

10. A copy of this motion has been served on her.

11. Alternatively, Plaintiff's counsel requests dismissal without prejudice pursuant to Fed.R.Civ.P. 41(2), for the reasons stated herein.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing A. Layne Stackhouse and the law firm of Shrader & Associates, L.L.P. from representation of Plaintiff Tanika James. A proposed order has been filed herewith.

Dated: November 14, 2018.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*