IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 _Tanika James_____

 Civil Case #1:17-cv-41_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter has come before the Court upon Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that A. Layne Stackhouse and the law firm Shrader & Associates, L.L.P. shall be withdrawn as counsel of record in this action.

SO ORDERED this _____ day of _____, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1