IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Runell H. Williams_____

 Civil Case #1:17-cv-222_____

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND/OR MOTION TO DISMISS WITHOUT PREJUDICE PER FRCP 41(2)

A. Layne Stackhouse of the law firm Shrader & Associates, L.L.P. hereby moves this Court pursuant to LRCiv 83.7 for an Order allowing her to withdraw as counsel of record in this action for the following reasons. Alternatively, Counsel requests that this case be dismissed without prejudice pursuant to FRCP 41(2).

1. This action was filed January 20, 2017, on behalf of Runell Williams, alleging injuries due to a Cook Celect IVC filter. An amended SFC was filed January 23, 2017, to correct the original SFC in which the Plaintiff's name was inadvertently misidentified.

2. In May 2018, Plaintiff's counsel was informed by Ms. Runell's next of kin, Michael Williams, that Ms. Williams had passed away last year due to health problems unrelated to her IVC filter and alleged complications. Counsel explained what options we had with respect to continuing the litigation and was informed to follow up with regard to what he decided he wanted to do. Counsel explained the steps which Mr. Williams would need to undertake to continue the case on behalf of Ms. Williams' estate.

3. Counsel thereafter left several messages for Mr. Williams to ascertain his decision. Counsel has, to date, never received a call back.

4. Counsel then sent written letters indicating that if certain steps were not taken promptly, counsel would be forced to dismiss this case. These letters were dated August 6, 2018, August 20, 2018, and September 18, 2018. Mr. Williams never responded to the letters.

6. On October 11, 2018, Plaintiff's counsel reached out to Defense counsel, asking if Defense would agree to a stipulation of dismissal without prejudice, pursuant to Rule 41. Defense requested dismissal with prejudice instead.

7. On October 18, 2018, Plaintiff's counsel and Defense counsel spoke telephonically about this matter, with Plaintiff's counsel explaining the circumstances and why she could not agree to a dismissal with prejudice. Defense counsel asked for some time to consider Plaintiff counsel's request and said they would get back to Plaintiff's counsel. Plaintiff's counsel followed up with defense counsel on November 5, 2018, indicating her intent to file the present motion if she did not hear back. Defense counsel has not responded.

8. On the same date, November 5, 2018, Plaintiff's counsel sent one final letter to Mr. Williams, informing him that she would be moving for dismissal and/or to withdraw as counsel of record in seven (7) days. Plaintiff's counsel has not heard back from Mr. Williams.

9. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is no trial set in this matter and there are no pending motions. Mr. Williams' current address is 108 Holder Dr., Candor, North Carolina 27229 and his current phone number is 910-220-3184. A copy of this motion has been served on him.

10. Alternatively, Plaintiff's counsel requests dismissal without prejudice pursuant to Fed.R.Civ.P. 41(2), for the reasons stated herein.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing A. Layne Stackhouse and the law firm of Shrader & Associates, L.L.P. from representation of Plaintiff Runell Williams. A proposed order has been filed herewith.

Dated: November 14, 2018.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*