# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO NEW POST-SALE WARNING ARGUMENT IN THE COOK DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiff's Motion for Extension of Time to File Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgment, and being otherwise duly advised, now GRANTS Plaintiff's Motion.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file her Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgment on November 11, 2018.

Dated: 11/14/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Copies to all registered counse of record will be made via CM/ECF.