IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to *Hennessy, et al vs. Cook Incorporated, et al*

Civil Case # 1:18-cv-3359

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: TIMOTHY HENNESSY, CARRIE ANN HENNESSY, DREW HENNESSY, and CHRISTINA HENNESSY.

Date:  November 16, 2018

Respectfully submitted,
/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado (CA Bar No. 207715)
*Admitted to USDC Southern Indiana*
Michael L. Baum, Esq.  (CA Bar No. 119511)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 Tel  //  (310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2018 a copy of the foregoing APPEARANCE OF COUNSEL was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                          /s/ Nicole K.H. Maldonado