UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

_____

### THE COOK DEFENDANTS' MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM REGARDING PLAINTIFF'S RESPONSE IN SUPPORT OF NEW FAILURE TO WARN CLAIM

    The Cook Defendants respectfully ask this Court's leave to file a brief reply memo to address the issues newly raised in Plaintiff's Response to New Post-Sale Warning Argument in The Cook Defendants' Reply in Support of Motion For Summary Judgment, Dkt. 9590, including a new legal theory Plaintiff raises for the first time in that response.

    Plaintiff filed her response on November 11, 2018, 19 days after the hearing on the summary judgment motions and four days after the November 7 due date the Court set for the response.  (A mix-up in Plaintiff's attorneys' office had prevented timely filing, and Plaintiff moved for leave to file the response late, a motion that Cook did not oppose.)  Cook now asks the Court's leave to file a brief surreply to that response.

    Good cause exists for granting Cook permission to file such a surreply.  Plaintiff did not raise her claim of a post-sale duty to warn until her original response to Cook's summary judgment motion, and even then did not identify the evidence that she asserts supports such a

1

claim. Plaintiff's recent second response is therefore the first chance Cook has had to see or respond to that evidence.

Moreover, Plaintiff's second response asserts yet another new theory of recovery against Cook that Plaintiff had not previously revealed: a claim that Cook voluntarily assumed an additional duty to Plaintiff by investigating the complaint concerning her Celect filter and consulting with Dr. Rheudasil concerning her complications. *See* Dkt. 9590 at 8-9 ("Cook assumed a duty to [investigate and advise] above and beyond its already existing duty to warn," citing *Boyce v. Gregory Poole Equip. Co.*, 269 Ga. App. 891, 896, 605 S.E.2d 384, 389 (Ga. App. 2004). Neither Plaintiff's short-form complaint nor the Master Complaint it incorporates asserts any claim based on such an alleged "assumed duty." *See generally* Dkt. 213 (Master Complaint).

Therefore, to permit Cook to address and the Court to be fully informed about this new evidence, and in particular about Plaintiff's new "assumed duty" theory, Cook asks the Court to direct the filing of The Cook Defendants' Reply Memorandum Regarding Plaintiff's Response In Support Of New Failure To Warn Claim, which accompanies the present motion as Exhibit A, and to consider the argument in that surreply in ruling on Cook's motion for summary judgment. The reply memorandum is brief and addresses *only* that evidence and those issues specifically raised in Plaintiff's response (Dkt. 9590).

Respectfully submitted,

Dated: November 16, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

Email: andrea.pierson@faegrebd.com
Email: jessica.cox@faegrebd.com

Charles Webber (# 215247)
Bruce Jones (# 179553)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
Email: chuck.webber@faegrebd.com
Email: bruce.jones@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, a copy of the foregoing **THE COOK DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM REGARDING PLAINTIFF'S RESPONSE IN SUPPORT OF NEW FAILURE TO WARN CLAIM** was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/  Andrea Roberts Pierson

US.120795665.01