# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-01681-RLY-TAB
    Stacy David

## **DEMAND FOR JURY TRIAL**

    Plaintiff Stacy David hereby demands a trial by jury as to all issues so triable.

Dated: November 16, 2018

                Respectfully submitted,

                KASDAN LIPPSMITH WEBER TURNER LLP

                */s/ Graham B. LippSmith*
                Graham B. LippSmith
                360 East 2nd Street, Suite 300
                Los Angeles, CA 90012
                Telephone: (213) 254-4800
                Fax: (213) 254-4801
                glippsmith@klwtlaw.com

                *Counsel for Plaintiff Stacy David*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2018, a copy of the foregoing **DEMAND FOR JURY TRIAL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                */s/ Graham B. LippSmith*
                                                                Graham B. LippSmith