IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Joy Cummings

Civil Case # 18-cv-2699

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Joy Cummings

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ___

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   ___

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New Mexico

7. District Court and Division in which venue would be proper absent direct filing:

   New Mexico District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter
- [✓] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    10/04/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UVM Health Network CVPH

    Plattsburgh, NY 12901

13. Implanting Physician(s):

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I:    Strict Products Liability – Failure to Warn
- [✓] Count II:   Strict Products Liability – Design Defect
- [✓] Count III:  Negligence
- [✓] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ✓ | Count V: | Breach of Express Warranty |
| ✓ | Count VI: | Breach of Implied Warranty |
| ✓ | Count VII: | Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ✓ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

 Peter E. Goss

16. Address and bar information for Attorney for Plaintiff(s):

 The Goss Law Firm, P.C.
 1501 Westport Road
 Kansas City, MO 64111
 Missouri Bar #57933

4

Dated this the  14th   day of  November                , 20 18   .

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

**s/Peter E. Goss**

Peter E. Goss          MO#57933
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
E-mail: pgoss@goss-lawfirm.com
**ATTORNEYS FOR PLAINTIFF**