# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following:

*Daniella Barrera*
Case No. 1:17-cv-03179-RLY-TAB

*John Brandes*
Case No. 1:17-cv-03129-RLY-TAB

*James M Estes*
Case No. 1:17-cv-03780-RLY-TAB

*Hani Ghaith*
Case No. 1:18-cv-00896-RLY-TAB

*David Hare*
Case No. 1:17-cv-02067-RLY-TAB

*Nancy Rhines*
Case No. 1:18-cv-00852-RLY-TAB

*Jankie Sammy*
1:18-cv-00887-cv-00887-RLY-TAB

*Diane M Vina*
Case No. 1:18-cv-02689-JMS-DML

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO TRANSFER VENUE**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook" or Defendants) hereby move the Court for

1

an Order extending the time in which they may respond to Plaintiffs' Motion to Transfer Venue [Docket No. 9602] from November 27, 2018, to **December 14, 2018**.  There are no status conferences set for December, and so this motion will not be heard until January 2019 at the earliest.  **Plaintiffs' counsel has stated that she does not object to the requested extension.**

        Respectfully submitted,

Dated: November 20, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson