**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following:

*Daniella Barrera*
Case No. 1:17-cv-03179-RLY-TAB

*John Brandes*
Case No. 1:17-cv-03129-RLY-TAB

*James M Estes*
Case No. 1:17-cv-03780-RLY-TAB

*Hani Ghaith*
Case No. 1:18-cv-00896-RLY-TAB

*David Hare*
Case No. 1:17-cv-02067-RLY-TAB

*Nancy Rhines*
Case No. 1:18-cv-00852-RLY-TAB

*Jankie Sammy*
1:18-cv-00887-cv-00887-RLY-TAB

*Diane M Vina*
Case No. 1:18-cv-02689-JMS-DML

**ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO TRANSFER VENUE**

This matter, having come before the Court on Cook's Unopposed Motion to Extend Time for Defendants' Response to Plaintiffs' Motion to Transfer Venue, and the Court having received the same and being duly advised in the premises, now finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the time in which Defendants' may respond to Plaintiffs' Motion to Transfer Venue is hereby extended to December 14, 2018.

Dated _____, 2018

_____
JUDGE,
United States District Court
Southern District of Indiana

Distribution:

Copies to all registered counsel of record will be made via CM/ECF