IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-02649 Kinyanjui, Jacqueline
1:18-cv-02768 Irving, Dewey
1:18-cv-02822 Arnold, Oscar
1:18-cv-02836 Bibus, William
1:18-cv-02848 Lowe, Gloria

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs file this Response to the Motion to Dismiss [DOC 9551] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for the Plaintiff to submit a Plaintiff Profile Sheet. In support of this Motion, the Plaintiffs state the following:

1. On November 7, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including various Plaintiffs represented by McGlynn, Glisson & Mouton, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** are the notice letters sent by the Cook Defendants dated October 10, 2018, October 15, 2018 and October 18, 2018 giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

1

3. Plaintiffs have timely responded within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on November 7, 2018.

4. Plaintiffs' counsel has used due diligence to contact these plaintiffs by phone calls, U.S. Mail, Email, Certified Mail Return Receipt Requested, and Overnight Mail.

5. To date, Plaintiff, Oscar Arnold has returned his completed Plaintiff Profile Sheet and it has been served on the Cook defendants.  Plaintiffs Jacqueline Kinyanjui, Dewey Irving, William Bibus, and Gloria Lowe have not returned a completed Plaintiff Profile Sheet to the undersigned counsel.

6. Accordingly, the Plaintiffs' counsel humbly asks the Court for an additional forty-five (45) days to produce Ms. Joy's PPS to the Cook Defendants.

Dated:  November 20, 2018                                       Respectfully submitted,

/s/Amanda L. Washington
Amanda L. Washington
**McGlynn, Glisson, & Mouton**
340 Florida Street
Baton Rouge, LA 70801
Phone: (225) 344-3555
Fax: (225) 228-2294
Email: Amanda@mgmattorneys.com

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

On this 20th day of November 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington
Amanda L. Washington