UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## PARTIES' ORDER REGARDING CASE CATEGORIZATION AND CENSUS

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), the parties conferred on the procedure and timeline necessary to accomplish the Court's directive regarding case categorization and preparation of the census. The Court having considered the proposal, and being duly advised, sets the following deadlines:

**A.   Case Categorization**

Plaintiffs shall categorize their cases in Categories Nos 1-7 by **December 22, 2018**. The categorization shall be made using the form attached hereto as **Exhibit A**. The instructions therein must be followed, or the submission may be rejected as non-compliant.

**B.   Census**

Cook shall compile the categorization submissions made by Plaintiffs and prepare a census by **January 31, 2019**. The census shall report only the "highest" category for any plaintiff that marks, and supports with specific medical records, multiple categories in the categorization form.

SO ORDERED this 21st day of November 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically
to Registered Counsel of Record.