# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### NOTICE PURSUANT TO RULE 1.12 OF THE INDIANA RULES OF PROFESSIONAL CONDUCT TO ALL PRESENT AND FUTURE PARTIES REGARDING SCREENING SUSANNE A. JOHNSON FROM THESE CASES

To: The Clerk of Court and all parties of record:

Counsel for Defendants, Faegre Baker Daniels, LLP ("FaegreBD" or the "firm"), hereby notifies, pursuant to Rule 1.12(c)(2) of the Indiana Rules of Professional Conduct, all current and future parties to this MDL (the "Cook MDL") that Susanne A. Johnson (formerly known as Susanne Heckler) ("Susanne") will join FaegreBD as an associate on November 26, 2018. While serving as a Law Clerk in the chambers of Magistrate Judge Tim A. Baker from August 2013 through August 2015, Susanne worked on the Cook MDL. Pursuant to Rule 1.12 of the Indiana Rules of Professional Conduct, FaegreBD has advised the Court by letter dated November 16, 2018, of the following:

1. The firm has taken all necessary steps to screen Susanne from any participation in the Cook MDL at the firm.

2. Susanne will not work on the Cook MDL and will have no contact with any firm personnel regarding the firm's work on the Cook MDL.

3. Susanne will not have access to documents regarding the Cook MDL in the firm's electronic document storage system.

4. Susanne will not share specifically in any fees derived from the Cook MDL.

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, a copy of the foregoing was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*