IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
DENISE AND TERRY WARR
Civil Case # 1:18-cv-455

**MOTION TO VACATE ORDER OF
DISMISSAL AND REINSTATE CASE**

NOW COMES, Denise and Terry Warr ("Plaintiffs), who hereby file this Motion to vacate an Order of Dismissal and Reinstate this case. Plaintiffs respectfully provide the following information to the Court.

On September 24, 2018, the United States District Court of the Southern District of Indiana, Indianapolis Division, dismissed the above case based on Defendant's Motion to Dismiss.

Plaintiffs submit that the dismissal of the case was unfair, a violation of due process and based on inaccurate information.

**FACTS AND BACKGROUND INFORMATION**

1.  Defendants had the requested information (Plaintiff's Profile Sheet -hereafter PPS), which had also been filed on this Court's Cook MDL website, in their possession for three (3) months before the Court dismissed this case due to Plaintiff's failure to timely file the PPS. Defendants should have withdrawn their Motion before the Order was issued since the PPS was only filed 1 day late and the reason for the delay was more than sufficient to allow a late filing of the PPS.

2. Attorney Goetz received a letter from defense counsel, Angela Kelver Hall of Faegre Baker Daniels (hereafter FBD) on May 18, 2018 stating that Plaintiff's Profile Sheet ("PPS") had not been received and that pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Defendants could move to dismiss Plaintiffs' case without prejudice for failure to timely submit a PPS and that Plaintiff had 5 business days to upload the information. (Letter from FBD attached as Exhibit A)

3. Attorney Goetz and his staff were having trouble reaching the Plaintiffs so an extension was requested to file the PPS and the request was granted by FBD. The Goetz Firm staff sent emails, letters and texts to Plaintiffs explaining the situation but did not hear back from them initially.

4. On May 31, 2018, Denise Warr contacted Attorney Goetz's staff and informed them that she had been unavailable and unreachable because she was extremely ill and had been in and out of the hospital for the past 2 months. Denise was diagnosed with adrenal and colon/rectal cancer. She was very, very sick.

5. That same day, a Goetz Firm paralegal partially completed the PPS with Ms. Warr and Ms. Warr said that she would get the additional information and the signed authorizations back to the Goetz Firm as soon as possible.

6. On June 1, 2018, the Goetz Firm emailed and mailed a letter to Angela Kelver Hall of FBD explaining the situation and asked for a time extension and an extension until June 12, 2018 was granted by FBD to provide and upload the information. (Letter to Hall/FBD attached as Exhibit B).

7. The same day, June 1, 2018, the Goetz Firm received an email from Blake Angelino of FBD in response to the Goetz Firm email. He stated, *"I took a look at your letter. Since it sounds like you have most of the information, please submit the information you have completed by Tuesday of next week. Then, you can have until the 12th to submit everything completed. Have*

*a good weekend."*

8. The Goetz Firm did not have everything ready to submit earlier than June 12 or by June 12 so the PPS was not submitted on June 12, 2018.

9. However, on June 13th, at 10:30 am, the documents were uploaded to: **https://sft.faegrebd.com/envelope/CookFilterMDL**, and a confirmation email was sent to CookFilterMDL@faegrebd.com at 10:33 a.m. notifying Faegre Baker Daniels that the documents were uploaded. The Goetz Firm also sent out, by mail that same day, to Faegre Baker Daniels, discs containing the radiology images of Ms. Warr's IVC Filter.

The documents were less than 24 hours past the FBD imposed due date but the fact is Plaintiffs' case was already on the Motion to Dismiss docket and Goetz Firm was completely unaware of this fact. FBD knew Plaintiffs had uploaded and filed the documents but FBD still proceeded to file the motion to dismiss the case without the Goetz Firm being notified. FBD did not telephone, mail, email or text the Goetz Firm any notice of their Motion to Dismiss the Case. Due to the unique circumstances an email with the Motion attached would have been prudent and professional.

10. On September 24, 2018, the Goetz Firm noticed that there was an Order granted to Dismiss Plaintiffs' case (her name was in the docket text of the email notice). This Order was granted three (3) months after FBD had all of the requested information. At this point, the Goetz Firm was not monitoring or looking at any notices for Defendant's Motion to Dismiss on any of its cases because all PPS forms had been filed so it came as a huge shock that Plaintiffs' case had been dismissed.

11. That same day, September 24, 2018, the Goetz Firm faxed, emailed and mailed a letter to Ms. Hall of FBD regarding the wrongful dismissal. A request to have the Order of Dismissal set aside and the case reinstated was made to FBD based on the fact the PPS and all documents had already been received by FBD and that FBD failed to notify the Goetz Firm of

their Motion to Dismiss. (See attached letter, Exhibit C)

12. The Goetz Firm received no response to their letter. But on October 12, 2018, Defendant's Profile Form (hereafter DPF) was filed by FBD. It appeared that FBD decided to agree to Goetz's request for reinstatement. Otherwise, why did FBD file a DPF.

13. On November 7, 2018, the Goetz Firm resent the email that was sent on September 24, 2018 and surprisingly received a response back that same day from Blake Angelino from Faegre Baker Daniels stating he would not agree to ask the Court to Vacate the Order of Dismissal of the Case to allow Plaintiffs' case to be reinstated. (Mr. Angelino's email is attached as Exhibit D).

14. Plaintiffs are now asking the Court to Vacate the Order of Dismissal of the Case and to reinstate Plaintiffs' case.

**ARGUMENT**

Plaintiffs' case should never have been dismissed. FBD knew Ms. Warr was ill with cancer and that was the reason for the need for additional time to upload the PPS. FBD granted a very short extension and then just one (1) day after the time expired, FBD filed their Motion to Dismiss. FBD took this action without calling or emailing Attorney Goetz to see if more time was needed due to Ms. Ware's cancer illness. Furthermore, FBD knew on the day they filed their motion that they already had the PPS and all the requested information. They should have immediately withdrawn their Motion, but they didn't.

After Attorney Goetz discovered the Order of Dismissal, he faxed, emailed and sent letters to FBD and they did not respond for more than a month. When FBD finally responded they simply said that they would not ask the Court to Vacate the Order of Dismissal of Plaintiffs' Case to allow Plaintiffs' case to be reinstated.

If FBD had notified the Goetz Firm by mail, fax, or letter, a Response to their Motion to Dismiss would have been filed and the Order to Dismiss would not have been granted. Plaintiffs

4

were denied a basic fundamental right in any litigation which is Proper Service of Notice of Court Pleadings on Opposing Counsel and certainly any Motion to Dismiss a Case.

    The dismissal of this case because Plaintiff filed the PPS one (1) day late due to her cancer illness would be an atrocity.  Plaintiff 's cancer attack and the resulting hospitalizations and severe illness are certainly very good reasons for the 1 day late filing of the PPS.  Plaintiff respectfully requests that the Court vacate the Order of Dismissal that has been entered and Reinstate Plaintiffs case immediately.

Dated: 11/21/2018

Respectfully submitted,                               **GOETZ LAW FIRM, INC.**

                                                                   /s/   Dean A. Goetz

                                                  Dean A. Goetz, Esq.
                                                  603 N. Coast Hwy 101, Ste. H
                                                  Solana Beach, CA 92075
                                                  Telephone: (858) 481-8844
                                                  Facsimile: (858) 481-2139
                                                  dgoetz12@gmail.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 /s/   Dean A. Goetz
                                               *Attorney for Plaintiff*