**EXHIBIT B**

# GOETZ LAW FIRM, INC.
THE OCEAN BUILDING
603 NORTH COAST HIGHWAY 101, STE. H
SOLANA BEACH, CALIFORNIA 92075

---

(858) 481-8844  Fax (858) 481-2139
EMAIL: dgoetz12@gmail.com

June 1, 2018

Angela Kelver Hall**_VIA E-MAIL & US MAIL_**
Faegre Baker Daniels, LLPangela.hall@FaegreBD.com
300 N. Meridian St., Ste. 2700
Indianapolis, IN 76204-1750

      Re:    Cook MDL - Failure to Timely Submit Plaintiff Profile Sheet
      Our Client  :    Denise Warr

Dear Ms. Hall:

      We are in receipt of your letter regarding Denise Warr's Plaintiff Profile Form. We were unable to get in touch with Ms. Warr so we were not able to complete the Plaintiff Profile Form or other documents in a timely manner.

      However, we have recently been able to contact her and get the information needed to complete the forms. Ms. Warr informed us that she was unreachable because she has been very ill and she has been in and out of the hospital for the last 2 months. She has been not been well enough to complete all the forms and authorizations. Unfortunately, she has been diagnosed with Adrenal and Colon/Rectal Cancer.

      My paralegal did go over the forms with her yesterday and she got as much information as she could to complete the forms. Ms. Warr said she would sign the verifications and authorizations and send them back to our office next week.

      Due to the unforseen events and tragic diagnosis, we are asking that you give our office until Tuesday, June 12, 2018 to provide and upload the information on the Secure File Transfer site. We are asking that you have compassion and do not move to dismiss our client's case.

      Please let me know if you are agreeable to the extension. Thank you in advance for your courtesy and cooperation.

                                                Very truly yours,

                                                Dean A. Goetz

DAG/slc
cc:    client
        Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin - bmartin@bencmartin.com
        David Matthews - dmatthews@thematthewslawfirm.com