**EXHIBIT C**

**GOETZ LAW FIRM, INC.**
**THE OCEAN BUILDING**
**603 NORTH COAST HIGHWAY 101, STE. H**
**SOLANA BEACH, CALIFORNIA 92075**

**(858) 481-8844 Fax (858) 481-2139**
**EMAIL: dgoetz12@gmail.com**

September 24, 2018

Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian St., Ste. 2700
Indianapolis, IN 76204-1750

*VIA FACSIMILE, EMAIL & US MAIL*
*angela.hall@faegrebd.com; (317) 237-1000*

Re: Cook MDL Case No. 1:18-cv-00455-RLY-TAB
Our Client: Denise Warr

Dear Ms. Hall:

We saw today a signed Order dismissing Denise Warr's case, which shocked us. We did file and upload the documents (PPF, PFS, signed authorizations and supporting documents) to **https://sft.faegrebd.com/envelope/CookFilterMDL** on 6/13/18.

We were delayed in providing the information because Ms. Warr had been in the hospital being treated for adrenal and colon cancer. We emailed your office a letter on 6/1/18 (which is attached) explaining the delay in getting the information. Blake Angelino from your firm emailed my paralegal back the same day, stating: *I took a look at your letter. Since it sounds like you have most of the information, please submit the information you have completed by Tuesday of next week. Then, you can have until the 12th to submit everything completed. Have a good weekend.*

On 6/13/18 at 10:30 am, we uploaded the documents to: **https://sft.faegrebd.com/envelope/CookFilterMDL**, as well as sent a confirmation email to CookFilterMDL@faegrebd.com at 10:33 a.m. notifying you that the documents were uploaded. We also sent out by mail that same day to you, discs containing the radiology images of Ms. Warr's IVC Filter. I have attached the confirmed upload of files with confirmation of the upload at 10:39 am, the confirmation email that the documents were uploaded, as well as a copy of the letter with the images sent out that same day.

You should not have asked the Court to dismiss this case when you had in your possession the filed PPS, PFS, authorizations, radiology images and supporting documents. We were completely unaware that a "Motion to Dismiss" was even filed since you did not give us any Notice. Furthermore, we had communication with your office and an understanding that we could submit the documents at a later date. Also, we have looked at the Court Filings online and there is no evidence that you ever filed a Motion to Dismiss Ms. Warr's case. Please contact the Judge to have this case reinstated as soon as possible.

If you have any questions, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Dean A. Goetz

DAG/slc
Enclosures
cc: client

**GOETZ LAW FIRM, INC.**
THE OCEAN BUILDING
603 NORTH COAST HIGHWAY 101, STE. H
SOLANA BEACH, CALIFORNIA 92075

(858) 481-8844 Fax (858) 481-2139
EMAIL: dgoetz12@gmail.com

June 1, 2018

Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian St., Ste. 2700
Indianapolis, IN 76204-1750

***VIA E-MAIL & US MAIL***
angela.hall@FaegreBD.com

Re: Cook MDL - Failure to Timely Submit Plaintiff Profile Sheet
Our Client : Denise Warr

Dear Ms. Hall:

We are in receipt of your letter regarding Denise Warr's Plaintiff Profile Form. We were unable to get in touch with Ms. Warr so we were not able to complete the Plaintiff Profile Form or other documents in a timely manner.

However, we have recently been able to contact her and get the information needed to complete the forms. Ms. Warr informed us that she was unreachable because she has been very ill and she has been in and out of the hospital for the last 2 months. She has been not been well enough to complete all the forms and authorizations. Unfortunately, she has been diagnosed with Adrenal and Colon/Rectal Cancer.

My paralegal did go over the forms with her yesterday and she got as much information as she could to complete the forms. Ms. Warr said she would sign the verifications and authorizations and send them back to our office next week.

Due to the unforseen events and tragic diagnosis, we are asking that you give our office until Tuesday, June 12, 2018 to provide and upload the information on the Secure File Transfer site. We are asking that you have compassion and do not move to dismiss our client's case.

Please let me know if you are agreeable to the extension. Thank you in advance for your courtesy and cooperation.

Very truly yours,

Dean A. Goetz

DAG/slc
cc: client
Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin - bmartin@bencmartin.com
David Matthews - dmatthews@thematthewslawfirm.com



Stacie Crosser <staciegoetzlaw@gmail.com>

## CookFilterMDL

1 message

**staciegoetzlaw@gmail.com** <staciegoetzlaw@gmail.com>
To: CookFilterMDL@faegrebd.com

Wed, Jun 13, 2018 at 10:39 AM

**You have received 7 secure files from staciegoetzlaw@gmail.com.**
Use the secure links below to download.

Attached please find the documents for Denise Warr. Her filed case number is 1:17-CV -03784-RLY-TAB. We have imaging discs that we will send under separate cover.

Thank you,
Stacie Crosser

### Secure File Downloads:

Available until: **19 June 2018**

Click links to download:

**PPF and PFS Forms- Final.pdf**
1.52 MB

**Authorizations.Final.pdf**
1.27 MB

**Facebook Page.pdf**
366.72 KB

**Medical Bills from St. Francis Hospital.pdf**
309.62 KB

**Medical Records from St. Francis Hospital.Retrieval.pdf**
2.42 MB

**Medical Records from West Cancer Center.Insertion.pdf**
14.10 MB

**Product ID Tag.pdf**
435.55 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- PPF and PFS Forms- Final.pdf (1,553.31 KB)
- Authorizations.Final.pdf (1,303.75 KB)
- Facebook Page.pdf (366.72 KB)
- Medical Bills from St. Francis Hospital.pdf (309.62 KB)
- Medical Records from St. Francis Hospital.Retrieval.pdf (2,477.34 KB)
- Medical Records from West Cancer Center.Insertion.pdf (14,440.29 KB)
- Product ID Tag.pdf (435.55 KB)

* *You will receive a copy of this e-mail.*

©2000-2018 Accellion, Inc. All Rights Reserved.



Stacie Crosser <staciegoetzlaw@gmail.com>

## Denise Warr v. Cook Medical, MDL No. 2570

1 message

**Stacie Crosser** <staciegoetzlaw@gmail.com>
To: CookFilterMDL@faegrebd.com

Wed, Jun 13, 2018 at 10:33 AM

Dear Counsel,

We have uploaded documents (PPF, PPS, Authorizations and supporting documents) on the requested website, today June 13, 2018, on behalf of Denise Warr. We have imaging discs that will be sent under separate cover.

If you have any questions, please contact our office.

Stacie L. Crosser
Paralegal to Dean Goetz
(858) 481-8844 Tel.
(858) 481-2139 Fax



**GOETZ LAW FIRM, INC.**
THE OCEAN BUILDING
603 NORTH COAST HIGHWAY 101, STE. H
SOLANA BEACH, CALIFORNIA 92075

(858) 481-8844 Fax (858) 481-2139
EMAIL: dgoetz12@gmail.com

June 13, 2018

Angela Kelver Hall
Faegre Baker Daniels, LLP
300 N. Meridian St., Ste. 2700
Indianapolis, IN 76204-1750

Re: Cook MDL
Our Client: Denise Warr

Dear Ms. Hall:

We have uploaded the documents (PPF, PFS, signed authorizations and supporting documents) to **https://sft.faegrebd.com/envelope/CookFilterMDL**. Enclosed please find copies of the imaging discs of the original insertion of the IVC Filter and the retrieval.

If you have any questions, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Stacie L. Crosser

Stacie L. Crosser
Paralegal to Dean A. Goetz

/slc
cc: client

**GOETZ LAW FIRM, INC.**
THE OCEAN BUILDING
603 NORTH COAST HIGHWAY 101, STE. H
SOLANA BEACH, CALIFORNIA 92075
(858) 481-8844 Fax (858) 481-2139
EMAIL: dgoetz12@gmail.com

---

**FAX TRANSMITTAL**

DATE: 9/24/18

TO: Angela Kelver Hall
Faegre Baker Daniels, LLP

FAX NO.: (317) 237-1000

FROM: Dean Goetz

RE: Cook MDL, Cse No.: 1:18-cv-00455-RLY-TAB
Our Client: Denise Warr

NO. OF PAGES (including cover sheet): 8

COMMENTS:

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to us at the above address via the U. S. Postal service. Thank you.

If there are any questions or problems with the transmission of this facsimile, please call the above number.

# Send Result Report

KYOCERA

MFP

TASKalfa 3051ci

Firmware Version 2N4_2000.007.106 2018.05.25

09/24/2018 15:57
[2N4_1000.005.001] [2N4_1100.001.002] [2N4_7000.007.104]

Job No.: 014983 Total Time: 0°01'04" Page: 008

## Complete

Document: scan20180924155622

GOETZ LAW FIRM, INC.
THE OCEAN BUILDING
603 NORTH COAST HIGHWAY 101, STE. H
SOLANA BEACH, CALIFORNIA 92075
(858) 481-8844 Fax (858) 481-2139
EMAIL: dgoetz12@gmail.com

FAX TRANSMITTAL

DATE: 9/24/18

TO: Angela Kelver Hall
Faegre Baker Daniels, LLP

FAX NO.: (317) 237-1000

FROM: Dean Goetz

RE: Cook MDL, Cse No.: 1:18-cv-00455-RLY-TAB
Our Client: Denise Warr

NO. OF PAGES (including cover sheet): 8

COMMENTS:

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to us at the above address via the U. S. Postal service. Thank you.

If there are any questions or problems with the transmission of this facsimile, please call the above number.

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 09/24/18 15:56 | 13172371000 | 0°01'04" | FAX | OK | 200x100 Normal/On |



Stacie Crosser <staciegoetzlaw@gmail.com>

## Denise Warr Case No: 1:18-cv-00455

1 message

**Stacie Crosser** <staciegoetzlaw@gmail.com> Mon, Sep 24, 2018 at 4:03 PM
To: "Hall, Angela Kelver" <angela.hall@faegrebd.com>
Cc: Dean Goetz <dgoetz12@gmail.com>, bmartin@bencmartin.com, dmatthews@thematthewslawfirm.com, Michael Heaviside <mheaviside@hrzlaw.com>

Dear Ms. Hall,

Please see the attached letter regarding dismissing the above case.

Thank you,

Stacie L. Crosser
Paralegal to Dean Goetz
(858) 481-8844 Tel.
(858) 481-2139 Fax




**Ltr to AttyHall re case dismissed.pdf**
350K