

Stacie Crosser <staciegoetzlaw@gmail.com>

## Denise Warr Case No: 1:18-cv-00455

**Angelino, Blake A.** <Blake.Angelino@faegrebd.com>   Wed, Nov 7, 2018 at 12:47 PM
To: "dgoetz12@gmail.com" <dgoetz12@gmail.com>
Cc: "Danner, Michelle R." <Michelle.Danner@faegrebd.com>, "staciegoetzlaw@gmail.com" <staciegoetzlaw@gmail.com>

Dean,

I'm sorry you and your team were shocked. Hopefully I can clear everything up for you, since your letter seems to indicate you couldn't track down the motion to dismiss!

The PPS for your client appears to have been originally due on May 14, 2018. We sent you a letter when you sent us nothing, that letter was sent to you on May 18, 2018. It mentioned that we may file a motion to dismiss if a PPS was not produced in 5 days. I've attached that for you too, it was attached to the motion.

You sent us a letter on the June 1 asking for some extra time. I responded that if you could get us what you have by June 5 (the following Tuesday), and then a completed PPS by June 12, that should work. June 5 came and went, and we received nothing. June 12 came and went too, and still nothing.

I've attached the motion to dismiss, filed a week before you sent us an email asking for an extension (filed on May 25, 2018). Third Amended Case Management Order 4 states that "If no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice." I've attached Third Amended Case Management Order 4 for you, for your reference. Fifteen days landed on June 9, a Saturday, making June 11 the date a response was due. It looks like both Ben Martin and William Curtis filed responses to the motion (Dkt. Nos. 8369, 8370, 8371), the three responses were filed on June 11. It looks like you didn't file a response.

I've attached the Court's Order on filing. It commands a few things. First, "all filings, regardless of the Member Case(s) to which they apply, shall be docketed in the Master Case *only*." Second, counsel need not "spread" filings to the Member Cases. Third, "All orders, pleadings, motions, and other documents will, when filed and docketed in the Master Case, be deemed filed and docketed in each Member Case to the extent applicable." The order mentions that a Notice of Electronic Filing is sent "every time a filing is docketed," and, practically, this is just how e-filing works. It sends a notification regardless of whether the filing applies to a case in which you've appeared. In terms of filing, we filed as the Court Ordered, and a Notice of Filing was generated and sent to you. In terms of dismissal, pursuant to the Order, the case should have been dismissed for failure to submit a PPS.

As a result, it is our position that we have no obligation to "contact the Judge to have the case reinstated." We let you know you hadn't produced a PPS, and that we would move to dismiss, you didn't respond. We filed that motion to dismiss, no response. You emailed us after, and I let you know the dates by which you could produce an incomplete PPS, which you'd apparently already completed, and the date to submit a completed PPS. I watched for those documents to come in, nothing came in on the 5th, nothing came in on the 12th. It is not our obligation to monitor your case for deficiencies, and file a responsive pleading *for you*, especially once multiple deadlines had passed, and you could have easily filed a response to our motion to dismiss.

Hopefully that clears everything up. Kind regards,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

**From:** Stacie Crosser <staciegoetzlaw@gmail.com>
**Sent:** Wednesday, November 7, 2018 1:51 PM
**To:** Hall, Angela Kelver <Angela.Hall@FaegreBD.com>
**Subject:** Fwd: Denise Warr Case No: 1:18-cv-00455

[Quoted text hidden]

### 4 attachments

📄 **8275.pdf**
64K

📄 **MDL 2570 - Amended Order Establishing Policies and Procedures.pdf**
180K

📄 **Notice Letter to Goetz re Warr.pdf**
185K

📄 **MDL 2570 3rd Amended Case Mgmt Order 4.pdf**
2369K