**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

---

This Document Relates to 15 Bird's Nest Cases:

*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*Elizabeth Duffy*, 1:17-cv-00254
*Brent Fichtner*, 1:18-cv-00286
*Juanita Heard*, 1:17-cv-04592
*Ernest Muhammad*, 1:17-cv-03542
*Jimmie Nixon*, 1:17-cv-04693
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Annette Sales-Orr*, 1:16-cv-02636
*Dorothy Stroech*, 1:17-cv-03543
*Mary Thomas (GA)*, 1:16-cv-035521
*William Wendt*, 1:18-cv-03283
Antoinette *Williams*, 1:18-cv-00248
*Marie Wilson*, 1:17-cv-03337

---

**COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**
**BASED ON FEDERAL PREEMPTION IN BIRD'S NEST FILTER CASES**

Defendants Cook Incorporated, Cook Medical LLC (*f/k/a* Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") move this Court pursuant to Federal Rule of Civil Procedure 12(c) to dismiss with prejudice all claims brought by sixteen (16) plaintiffs against the Bird's Nest Filter (the "Bird's Nest Plaintiffs")

US.120535525

because their claims are barred by federal preemption for the reasons stated in the Cook Defendants' concurrently filed Memorandum of Law in Support of this Motion.[1]

The Bird's Nest Plaintiffs are listed with their respective case numbers, lead counsel, and docket cites to their individual short-form complaints in the table attached as **Exhibit A** to the Memorandum of Law.

                              Respectfully submitted,

                              FAEGRE BAKER DANIELS LLP

Dated: November 21, 2018          /s/ *Andrea Roberts Pierson*
                                           Andrea Roberts Pierson (# 18435-49)
                                           Jessica Benson Cox (# 26259-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana  46204
                                           Telephone:  (317) 237-0300
                                           Facsimile:  (317) 237-1000
                                           Email:  andrea.pierson@faegrebd.com
                                           Email:  jessica.cox@faegrebd.com

                                           Bruce Jones (# 179553)
                                           Charles Webber (# 215247)
                                           2200 Wells Fargo Center
                                           90 South Seventh Street
                                           Minneapolis, Minnesota  55402
                                           Telephone: (612) 766-8719
                                           Facsimile:  (612) 766-1600
                                           Email:  bruce.jones@faegrebd.com
                                           Email:  chuck.webber@faegrebd.com

                                           *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

---

[1] As detailed in the Supporting Memorandum of Law, Plaintiff Jimmie Nixon was implanted with a Bird's Nest filter in 2004 and a Tulip filter in 2011.  *See* Nixon Complaint, 1:17-cv-04693, Dkt. 1, ¶¶ 10–11.  With respect to his case only, Cook limits this Motion to the claims based on the Bird's Nest Filter, and does not in this Motion move for dismissal of Plaintiff Nixon's claims based on his Tulip filter.

US.120535525

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, a copy of the foregoing COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON FEDERAL PREEMPTION IN BIRD'S NEST FILTER CASES was filed electronically, and notice of the filing will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

                                                                                                 */s/ Andrea Roberts Pierson*

US.120535525