# EXHIBIT A

# Exhibit A

# Pending Bird's Nest Cases

| Plaintiff | Case Number | Lead Counsel | Filing Date |
|---|---|---|---|
| Austin, Henry | 1:18-cv-01313 | MATTHEWS & ASSOCIATES | 4/30/2018 |
| Davis, Robert K. | 1:18-cv-01375 | MATTHEWS & ASSOCIATES | 5/3/2018 |
| Duffy, Elizabeth & Gary | 1:17-cv-00254 | ROXELL RICHARDS LAW FIRM | 1/26/2017 |
| Fichtner, Brent | 1:18-cv-00286 | WILSHIRE LAW FIRM PLC | 1/31/2018 |
| Franklin, Kurt | 1:18-cv-03025 | MARC J. BERN & PARTNERS, LLP | 10/1/2018 |
| Heard, Juanita | 1:17-cv-04592 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | 12/13/2017 |
| Muhammad, Ernest | 1:17-cv-03542 | THE MILLER FIRM LLC | 10/4/2017 |
| Nixon, Jimmie D. | 1:17-cv-04693 | MATTHEWS & ASSOCIATES | 12/20/2017 |
| Ortiz, Ivan | 1:17-cv-01802 | MARC J. BERN & PARTNERS, LLP | 5/31/2017 |
| Purvis, Herman | 1:17-cv-02556 | SHRADER & ASSOCIATES LLP | 7/28/2017 |
| Sales-Orr, Annette | 1:16-cv-02636 | ANDRUS WAGSTAFF, PC | 10/4/2016 |
| Stroech, Dorothy | 1:17-cv-03543 | THE MILLER FIRM LLC | 10/4/2017 |
| Thomas, Mary (GA) | 1:16-cv-03521 | THE LUKE LAW FIRM | 12/30/2016 |
| Wendt, William | 1:18-cv-00248 | THE MILLER FIRM LLC | 10/25/18 (refiled) |
| Williams, Antoinette Bland and Algern | 1:18-cv-00248 | THE NATIONS LAW FIRM | 1/29/2018 |
| Wilson, Marie | 1:17-cv-03337 | RICHARD J. PLEZIA & ASSOCIATES | 9/20/2017 |

US.120365667