# EXHIBIT B

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

Food and Drug Administration
8757 Georgia Avenue
Silver Spring MD 20910

APR 26 1989

Mrs. April Lavender
Manager, Regulatory Affairs
Cook Incorporated
925 South Curry Pike
P.O. Box 489
Bloomington, Indiana 47402

**RECEIVED COOK. INC.**

MAY 1 1989

RE: P850049
    Cook Bird's Nest Vena Cava Filter
    Filed: May 9, 1988
    Amended: August 18, 1988 and February 2, 1989

Dear Mrs. Lavender:

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has completed its review of your premarket approval application (PMA) for the Cook Bird's Nest Vena Cava Filter. This device is implanted into the inferior vena cava and is used for filtration of inferior vena cava blood to prevent pulmonary thromboembolism (PTE). The indications for use are:

1. In patients with PTE with anticoagulant therapy contraindications or complications.

2. In patients with PTE with anticoagulant failure, i.e., recurrent PTE despite anticoagulant therapy.

3. Prophylactically in:

    a. Patients with deep vein thrombosis at great risk for PTE.

    b. Patients with a history of PTE about to undergo a surgical procedure.

The PMA is approved subject to the conditions described below and in the "Conditions of Approval" (enclosed). You may begin commercial distribution of the device upon receipt of this letter.

Expiration dating for this device has been established and approved at three years. This is to advise you that the protocol used to establish this expiration dating is considered an approved protocol for the purpose of extending the expiration dating as provided by 21 CFR 814.39(a)(8).

The sale, distribution, and use of this device are restricted to prescription use in accordance with 21 CFR 801.109 within the meaning of section 520(e) of the Federal Food, Drug, and Cosmetic Act (act) under authority of section 515(d)(1)(B)(ii) of the act.

Page 2 - Mrs. April Lavender

In addition to the postapproval requirements in the enclosure, the postapproval reports shall include follow-up information on a subset of the 211 patients implanted with the modified filter design, as described in your February 2, 1989, amendment. These patients must be followed radiographically in order to assess complications associated with hook penetration, filter migration, recurrent pulmonary emboli, or other problems, with follow-up for at least one year post implant. This information is required to confirm the FDA's present determination that there is reasonable assurance of the device's long term safety and effectiveness.

CDRH will publish a notice of its decision to approve your PMA in the FEDERAL REGISTER. The notice will state that a summary of the safety and effectiveness data upon which the approval is based is available to the public upon request. In addition, the notice will state that a copy of all approved labeling (which may be a draft of the final labeling) is available for public inspection at the CDRH. Within 30 days of publication of the notice of approval in the FEDERAL REGISTER, any interested person may seek review of this decision by requesting an opportunity for administrative review, either through a hearing or review by an independent advisory committee, under section 515(g) of the Federal Food, Drug, and Cosmetic Act.

Failure to comply with the conditions of approval invalidates this approval order. Commercial distribution of a device that is not in compliance with these conditions is a violation of the act.

All required documents must be submitted in triplicate, unless otherwise specified, to the address below and shall reference the above PMA number to expedite processing.

> PMA Document Mail Center (HFZ-401)
> Center for Devices and Radiological Health
> Food and Drug Administration
> 8757 Georgia Avenue
> Silver Spring, Maryland  20910

If you have questions concerning this approval order, please contact Shang W. Hwang, Ph.D., at (301) 427-7371.

Sincerely yours,

Robert L. Sheridan
Acting Director
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

REVISED: November 19, 1986

## CONDITIONS OF APPROVAL

**Approved Labeling.** As soon as possible, and before commercial distribution of your device, submit two copies of an amendment to this PMA submission with copies of all approved labeling in final printed form to the Food and Drug Administration (FDA), Center for Devices and Radiological Health, PMA Document Mail Center (HFZ-401), 8757 Georgia Avenue, Silver Spring, Maryland 20910.

**Advertisement.** No advertisement and other descriptive printed material issued by the applicant or private label distributor with respect to this device shall recommend or imply that the device may be used for any use that is not included in the FDA approved labeling for the device. If FDA has restricted the sale, distribution and use of the device to prescription use in accordance with 21 CFR 801.109 within the meaning of section 520(e) of the act under the authority of section 515(d)(1)(B)(ii) of the act, all advertisements and other descriptive printed material issued by the applicant or distributor with respect to the device shall include a brief statement of the intended uses of the device and relevant warnings, precautions, side effects and contraindications.

**Premarket Approval Application (PMA) Supplement.** Before making any change affecting the safety or effectiveness of the device, submit a PMA supplement for review and approval by FDA unless the change is of a type for which a "Special PMA Supplement-Changes Being Effected" is permitted under 21 CFR 814.39(d) or for which FDA has advised in an advisory opinion or in correspondence in accordance with 21 CFR 814.39(e) that an alternate submission is permitted. A PMA supplement or alternate submission shall comply with applicable requirements under 21 CFR 814.39 of the final rule for Premarket Approval of Medical Devices (51 FR 26342) published in the Federal Register of July 22, 1986.

**Postapproval Reports.** Continued approval of this PMA is contingent upon the submission of postapproval reports required under 21 CFR 814.84 at intervals of 1 year from the date of approval of the original PMA. Postapproval reports for supplements approved under the original PMA, if applicable, are to be included in the next and subsequent annual reports for the original PMA unless specified otherwise in the approval order for the PMA supplement. Two copies identified as "Annual Report" and bearing the applicable PMA reference number are to be submitted to the Food and Drug Administration, Center for Devices and Radiological Health, PMA Document Mail Center (HFZ-401), 8757 Georgia Avenue, Silver Spring, Maryland 20910. The postapproval report shall indicate the beginning and ending date of the period covered by the report and shall include the following information required by 21 CFR 814.84:

(1) Identification of changes described in 21 CFR 814.39(a) and changes required to be reported to FDA under 21 CFR 814.39(b).

(2) Bibliography and summary of the following information not previously submitted as part of the PMA and that is known to or reasonably should be known to the applicant:

    (a) unpublished reports of data from any clinical investigations or nonclinical laboratory studies involving the device or related devices ("related" devices include devices which are the same or substantially similar to the applicant's device); and

    (b) reports in the scientific literature concerning the device.

If, after reviewing the bibliography and summary, FDA concludes that agency review of one or more of the above reports is required, the applicant shall submit two copies of each identified report when so notified by FDA.

Adverse Reaction and Device Defect Reporting. As provided by 21 CFR 814.82(a)(9), FDA has determined that in order to provide continued reasonable assurance of the safety and effectiveness of the device, the applicant shall submit 3 copies of a written report identified as an "Adverse Reaction Report" or "Device Defect Report", as applicable, to the Food and Drug Administration, Center for Devices and Radiological Health, 8757 Georgia Avenue, Silver Spring, Maryland 20910 within 10 days after the applicant receives or has knowledge of information concerning:

(1) A mixup of the device or its labeling with another article.

(2) Any adverse reaction, side effect, injury, toxicity, or sensitivity reaction that is attributable to the device and

   (a) has not been addressed by the device's labeling or

   (b) has been addressed by the device's labeling, but is occuring with unexpected severity or frequency.

(3) Any significant chemical, physical or other change or deterioration in the device or any failure of the device to meet the specifications established in the approved PMA that could not cause or contribute to death or serious injury.but are not correctable by adjustments or other maintenance procedures described in the approved labeling. The report shall include a discussion of the applicant's assessment of the change, deterioration or failure and any proposed or implemented corrective action by the applicant. When such events are correctable by adjustments or other maintenance procedures described in the approved labeling, all such events known to the applicant shall be included in the Annual Report described under "Postapproval Reports" above unless specified otherwise in the conditions of approval to this PMA. This postapproval report shall appropriately categorize these events and include the number of reported and otherwise known instances of each category during the reporting period. Additional information regarding the events discussed above shall be submitted by the applicant when determined by FDA to be necessary to provide continued reasonable assurance of the safety and effectiveness of the device for its intended use.

Reporting under the Medical Device Reporting (MDR) Regulation. The Medical Device Reporting (MDR) Regulation became effective on December 13, 1984, and requires that all manufacturers and importers of medical devices, including in vitro diagnostic devices, report to FDA whenever they receive or otherwise became aware of information that reasonably suggests that one of its marketed devices (1) may have caused or contributed to a death or serious injury or (2) has malfunctioned and that the device or any other device marketed by the manufacturer or importer would be likely to cause or contribute to a death or serious injury if the malfunction were to reoccur.

The conditions of approval accompanying PMA approval orders may require that the same events subject to reporting under the MDR Regulation must also be included in periodic reports to the PMA. FDA has determined that such duplicative reporting is unnecessary. Whenever an event involving a device is subject to reporting under both the MDR Regulation and the conditions of approval for this PMA, you shall submit the appropriate reports required by the MDR Regulation and identified with the PMA reference number to the following office:

>    Device Monitoring Branch (HFZ-343)
>    Center for Devices and Radiological Health
>    Food and Drug Administration
>    8757 Georgia Avenue
>    Silver Spring, Maryland 20910
>    Telephone (301) 427-7500

Events included in periodic reports to the PMA that have also been reported under the MDR Regulation must be so identified in the periodic report to the PMA to prevent duplicative entry into FDA information systems.

Copies of the MDR Regulation and a FDA publication entitled, "An Overview of the Medical Device Reporting Regulation", are available by written request to the above address or by telephoning (301) 427-8100.