# EXHIBIT C

## Hasic, Eldin

**From:**        Pierson, Andrea Roberts
**Sent:**         Wednesday, January 24, 2018 11:11 AM
**To:**           Hasic, Eldin; Jones, Bruce
**Subject:**      FW: Cook Medical, Inc. - Bird's Nest Filter

---

**From:** Miller, Deborah L. **On Behalf Of** Pierson, Andrea Roberts
**Sent:** Wednesday, January 24, 2018 11:08 AM
**To:** rr@roxellrichards.com; carlos.h@masstortslaw.com; jseldomridge@millerfirmllc.com; Dhumphery@bernllp.com; layne@shraderlaw.com; john.crone@andruswagstaff.com; Legal@lukefirm.com; efile@rplezialaw.com
**Cc:** bmartin@bencmartin.com; jwilliams@rwp-law.com
**Subject:** Cook Medical, Inc. - Bird's Nest Filter

Counsel:

It has come to our attention through review of records that the filter at issue in the cases listed below is the Bird's Nest Filter.  The Bird's Nest filter is a filter approved by the FDA through the rigorous PMA process. The Bird's Nest PMA status is confirmed publicly on the FDA website here:  https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMA/pma.cfm?id=P850049.

Because the Bird's Nest filter is a PMA device, the claims alleged by the 10 plaintiffs below are pre-empted pursuant to the Supreme Court's preemption doctrine in *Riegel* (express preemption) and *Buckman* (implied preemption).  These cases should  have been screened before filing and Cook has grounds to dismiss them with prejudice.  Accordingly, if these cases are not dismissed within ten (10) days from this e-mail, Cook will file a dispositive motion to dismiss the cases in the list below. Indeed, plaintiffs' master complaint specifically alleges that "Cook Filters" were all cleared though the FDA's 510(K) process (Master Complaint, ¶ 30).  The following paragraph discusses differences between the 510(K) process and the PMA process and refers to the PMA process as "the more rigorous premarket approval process."  (*Id.,* ¶ 31).  Because the short-form complaints incorporate the long-form complaint, Plaintiffs have no grounds to assert claims against a PMA filter like the Bird's Nest, and attempts to specifically articulate claims against the Bird's Nest are preempted under the combined effects of *Riegel* and *Buckman*.

|  |
| --- |
| Duffy, Elizabeth & Gary |
| Heard, Juanita |
| Muhammad, Ernest |
| Ortiz, Ivan |
| Purvis, Herman |
| Sales-Orr, Annette |
| Stroech, Dorothy |
| Thomas, Mary (GA) |
| Wendt, William |
| Wilson, Marie |

Andrea Roberts Pierson

*Partner*

andrea.pierson@FaegreBD.com   Download vCard
D: +1 317 237 1424 | M: +1 317 414 0459 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA