**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

NETTIE FOSTER
Civil Case No. 1:18-cv-02851-RLY-TAB

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff NETTIE FOSTER, by and through counsel, file this Response to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Ms. Foster's case should not be dismissed.

Ms. Foster's completed and verified Plaintiff Profile Sheet was submitted to Defendants via the Secure File Transfer site and notice was provided via e-mail to CookFilterMDL@FaegreBD.com on November 6, 2018.  *See* **Exhibit 1**, confirmation of Plaintiff Profile Sheet submission and email to Cook Defendants dated November 6, 2018.

Dated: November 21, 2018            Respectfully submitted,

                                    /s/ *Matthew R. Lopez*
                                    Ramon Rossi Lopez
                                    Matthew R. Lopez
                                    Amorina P. Lopez
                                    LOPEZ MCHUGH LLP

                                    Attorneys for Plaintiffs

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez