# Exhibit 1

| | |
|---|---|
| **From:** | Melissa Jones |
| **Sent:** | Tuesday, November 06, 2018 3:47 PM |
| **To:** | cookfiltermdl@faegrebd.com |
| **Subject:** | Regarding: Foster, Nettie v. Cook |

Counsel:

Please be advised that the Plaintiff Profile Sheet for Nettie Foster has been uploaded to the FTP site.

Thank you,

**Melissa A. Jones, CP**
Certified Paralegal

 LOPEZ MCHUGH LLP

CALIFORNIA ● PENNSYLVANIA ● NEW JERSEY
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(877) 737-8525 - Toll Free
(949) 812-5786 - Direct Dial
(949) 737-1501 - Telephone
(949) 737-1504 – Facsimile
mjones@LopezMcHugh.com
www.LopezMcHugh.com

 Please consider the environment before printing this email

**Privileged and Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

| | |
|---|---|
| **From:** | mjones@lopezmchugh.com |
| **Sent:** | Tuesday, November 06, 2018 3:46 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

### You have received 1 secure file from mjones@lopezmchugh.com.
Use the secure link below to download.

Please find attached the Plaintiff Profile Sheet for Nettie Foster. Thank you.

### Secure File Downloads:
Available until: **12 November 2018**

Click link to download:

**Foster, Nettie_Cook PPS Final.pdf**
2.71 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1