# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  ) 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC.
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Matthew R. McCarley | Matthew R. McCarley |
| Law Firm, Company, and/or Agency: | Fears Nachawati PLLC | Fears Nachawati PLLC |
| Address: | 4925 Greenville Avenue<br>Suite 715<br>Dallas<br>TX<br>75206 | 5473 Blair Road<br>Dallas<br>TX<br>75231 |
| Primary E-mail: | mccarley@fnlawfirm.com | mccarley@fnlawfirm.com |
| Secondary E-mail(s): | | |
| Telephone Number: | (214) 890-0711 | 214-890-0711 |
| Facsimile: | (214) 890-0712 | (214) 890-0712 |

Date: 11/26/2018                              s/ Matthew R. McCarley

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.