IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    STEVEN KENDALL
    1:18-cv-02806

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff Steven Kendall files this his Response to the Motion to Dismiss [DOC 9551] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court grant additional time for the Plaintiff to submit a Plaintiff Profile Sheet. In support of this Motion, the Plaintiff states the following:

1. On November 7, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Plaintiff, Steven Kendall, represented by the Law Offices of Ben C. Martin, for failure to provide a Plaintiff Profile Sheet. Attached as Exhibit A is the notice letter sent by the Cook Defendants on October 18, 2018, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

1

3. Plaintiff has timely responded within fifteen (15) days, to the Cook Defendants' Motion to Dismiss.

4. Plaintiff's counsel has used due diligence to contact Steven Kendall but has yet to hear back from him.

5. Accordingly, the Plaintiff's counsel needs more time to produce to the Cook Defendants a Plaintiff Profile Sheet; specifically, the Plaintiff's counsel humbly asks the Court for an additional forty-five (45) days to produce a Plaintiff Profile Sheet to the Cook Defendants.

Dated: November 26, 2018

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**The Law Offices of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

On this 26th day of November, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin