UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> Tonya Brand, ) <br> 1:14-cv-06018-RLY-TAB ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ORDER ON PLAINTIFF'S MOTION TO STRIKE NEW POST-SALE WARNING ARGUMENT**

On October 19, 2018, Plaintiff filed a motion to strike the post-sale warning argument set forth in Cook's summary judgment reply brief or, in the alternative, for leave to file a sur-reply. During the motions hearing held on October 22, 2018, the court granted Plaintiff leave to file a sur-reply. Accordingly, the record now reflects that this motion (Filing No. 9452) is **GRANTED in PART**.

**SO ORDERED** this 26th day of November 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.