IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-2880-RLY-TAB   James Stewart

## **ORDER**

The attached letter was received by the Court from Plaintiff James Stewart, requesting a status update on his case. Since plaintiff is represented by counsel in this matter, the Clerk is instructed to forward the attached letter to Plaintiff's counsel for any action he deems appropriate. In the future, Plaintiff shall direct his correspondence to his attorney and not the Court.

Date:  11/27/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

James Stewart, 364001
Algoa Correctional Center
8501 No More Victims Way
Jefferson City, MO  65101

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.