11-15-18

To: Court Clerk Laura Brigg

Could you please if possible look up these case # number 1;14-ML-2570, 1;18-CV-2880 Name James Daniel Stewart DOB ▮▮▮▮▮-1973, [IVC Filter]

My questions are as followed.

1. Has it went in front of judge if so what date? Or is there a court date set?
2. Do all MDL cases go in front of the same judge?
3. Would it be possible to send me information on my case? Has there been a case decide in court yet.

I would like to thank you in advance for your time.

Respectfully
James Stewart
ID 364001