James Stewart 364001
Algoa Cor Center
8501 No More Victims Way
Jefferson City Mo 65101

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MID-MISSOURI PDF
MO 652 1L
16 NOV 2018 PM

Southern District of Indiana
U.S. CourtHouse
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED
NOV 20 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA