> APPROVED. Case is dismissed, with prejudice, each party to bear own costs.
> Dated: 11/27/18
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff(s)<br><br>**Kimberly Jo Champagne-Hernandez**<br>Civil Case #  1-17-cv-435 | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KIMBERLY JO CHAMPAGNE-HERNANDEZ, and Defendants COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs.

Dated this 25th day of October, 2018.

　　　　　　　　　　　　　　　　　*/s/ Randall H. Stefani*
　　　　　　　　　　　　　　　　Randall H. Stefani
　　　　　　　　　　　　　　　　Emily A. Kolbe
　　　　　　　　　　　　　　　　AHLERS & COONEY, P.C.
　　　　　　　　　　　　　　　　100 Court Avenue, Suite 600
　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　Telephone:     515-243-7611
　　　　　　　　　　　　　　　　Facsimile:      515-243-2149
　　　　　　　　　　　　　　　　Email:            rstefani@ahlerslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　ekolbe@alerslaw.com