UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO: Nicholas Anastasios (1:17-cv-1772) and Joshua and Amy Goff (1:17-cv-2224) | 1:14-ml-02570-RLY-TAB |

## ENTRY VACATING DISMISSAL AND REINSTATING CASES

Pending before the court is Plaintiffs' Motion [8934] to Vacate Dismissal in cases 1:17-cv-1772 and 1:17-cv-2224.

There being no objection, said motion is GRANTED. The previous dismissal order [8506] is VACATED as to the Plaintiffs in these cases. The Clerk shall reopen these cases as to Plaintiff Anastasios and Plaintiffs Joshua and Amy Goff.

**SO ORDERED** this 27th day of November 2018

                                               RICHARD L. YOUNG, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Distributed Electronically to Registered Counsel of Record