IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 11/27/2018
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:17-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
VICTORIA WEGLARZ
Civil Case No. 1:16-cv-03434-WTL-MJD

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff VICTORIA WEGLAR, through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants: Cook Inc., Cook Medical LLC, and William Cook APS.

RESPECTFULLY SUBMITTED this _17th_ day of _October_, 2018.

> MURRAY LAW FIRM
> */s/Stephen Murray, Jr.*
> Stephen B. Murray, Jr. (LA Bar No. 23877)
> 650 Poydras Street, Suite 2150
> New Orleans, Louisiana 70130
> (504) 525-8100
> smurrayjr@murray-lawfirm.com
> *Attorney for Plaintiff*