IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This document applies to:        C/A/F: 1:18-CV-02748-WTL-DLP

**ASHLEY TEAGUE,**

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff and Defendants, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and files this **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** of all claims asserted under Plaintiff's Complaint in this individual Action. This **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** is filed with the consent of all parties of record. This Stipulation of Dismissal Without Prejudice shall have no affect the allegations made in case number 1:17-cv-02024. Each party is to bear their own costs and attorneys' fees.

Respectfully submitted this 20th day of November, 2018.

<u>**/s/: M. Brandon Smith**</u>
M. Brandon Smith
Attorney for Plaintiff
Georgia Bar No. 141418

CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Rd.
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 (phone)
(404) 419-9501 (facsimile)

Attorneys for Defendants:

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: Andrea.Pierson@FaegreBD.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing was served upon counsel for all parties to this proceeding, by electronic service via ECF.

                **/s/: M. Brandon Smith**
                M. Brandon Smith