IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

ROBIN M. ZIMBERLIN and CURTIS D. ZIMBERLIN
Civil Case No. 1:18-cv-06094-RLY-TAB

## SHORT FORM AMENDED COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Robin M. Zimberlin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Curtis D. Zimberlin

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff s/Deceased Party's state of residence at the time of implant:

   Ohio

5.      Plaintiff s/Deceased Party's state of residence at the time of injury:

Ohio

6.      Plaintiff s/Deceased Party's current state of residence:

Ohio

7.      District Court and Division in which venue would be proper absent direct filing:

U.S. District Court, Northern District of Ohio, Eastern Division

8.      Defendants (Check Defendants against whom Complaint is made):

■       Cook Incorporated

■       Cook Medical LLC

■       William Cook Europe ApS

9.      Basis of Jurisdiction:

■       Diversity of Citizenship

☐       Other: _____

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28

_____

_____

b.      Other allegations of jurisdiction and venue:

_____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

       (Check applicable Inferior Vena Cava Filters):

           ☐     Günther Tulip® Vena Cava Filter

           ☐     Cook Celect® Vena Cava Filter

           ☐     Günther Tulip Mreye

           ■     Cook Celect Platinum

           ☐     Other:

11.     Date of Implantation as to each product:

       August 9, 2016

12.     Hospital(s) where Plaintiff was implanted (including City and State):

       Mercy Regional Medical Center, Lorain, Ohio

13.     Implanting Physician(s):

       Wes Holiday, D.O.

14.     Counts in the Master Complaint brought by Plaintiff(s):

           ■     Count I:       Strict Products Liability — Failure to Warn

           ■     Count II:      Strict Products Liability — Design Defect

           ■     Count III:     Negligence

■   Count IV:   Negligence Per Se

■   Count V:   Breach of Express Warranty

■   Count VI:   Breach of Implied Warranty

☐   Count VII:   Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

■   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

■   Count XI:   Punitive Damages

■   Other:   Violations of Ohio Revised Code Sections 2307.71 to 2307.80

(please state the facts supporting this Count in the space, immediately below)

☐   Other:   _____ (please state the facts supporting this Count in

the space, immediately below)

15.   Attorney for Plaintiff(s):

Mark E. Stephenson, Esq.

16.   Address and bar information for Attorney for Plaintiff(s):

Mark E. Stephenson, Esq., Ohio No. 0007875

5750 Cooper Foster Park Road, W., Suite 102

Lorain, Ohio 44053-4132

Respectfully submitted,


Dated:  December 2, 2018                    */s/ Mark E. Stephenson*
                                           Mark E. Stephenson (0007875)
                                           Trigilio, Stephenson & Dattilo, P.L.L.
                                           5750 Cooper Foster Park Road, Suite 102
                                           Lorain, Ohio  44053-4132
                                           Telephone:  (440) 988-9500
                                           Facsimile:  (440) 988-9511
                                           E-mail:  mes@tsohiolaw.com
                                           Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

On this 2nd day of December 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


                                           */s/ Mark E. Stephenson*
                                           Mark E. Stephenson (0007875)
                                           Trigilio, Stephenson & Dattilo, P.L.L.
                                           Attorney for Plaintiffs

5