## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-03066 | 1:18-cv-03384 | 1:18-cv-03394 |
| 1:18-cv-03274 | 1:18-cv-03385 | 1:18-cv-03395 |
| 1:18-cv-03364 | 1:18-cv-03386 | 1:18-cv-03397 |
| 1:18-cv-03374 | 1:18-cv-03387 | 1:18-cv-03399 |
| 1:18-cv-03376 | 1:18-cv-03388 | 1:18-cv-03400 |
| 1:18-cv-03379 | 1:18-cv-03389 | 1:18-cv-03401 |
| 1:18-cv-03381 | 1:18-cv-03390 | 1:18-cv-03404 |
| 1:18-cv-03382 | 1:18-cv-03392 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:       December 3, 2018

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

US.120264241.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01