| Last Name | First Name | Docket Number | Venue&District per SFC | State of Residence | Implant State | Treating Doctor State | Filter |
|---|---|---|---|---|---|---|---|
| Colon | Luis | 1:18-cv-00807-RLY-TAB | Southern District of FL – Broward division | FL | FL | FL | Celect |
| Gibbs | Forrest | 1:17-cv-01785-RLY-TAB | Northern District of TX – Dallas division | TX | TX | TX | Celect |
| Hall | Timothy | 1:16-cv-01083-RLY-TAB | Eastern District of TN | TN | TN | TN | Celect |
| Moultrie | Jennifer | 1:16-cv-00437-RLY-TAB | Southern District of CA – San Diego division | FL | CA | CA | Tulip |
| Parker | Michael | 1:15-cv-00597-RLY-TAB | Eastern District of MO – St. Louis division | MO | MO | MO | Celect |
| Pemberton | Patricia | 1:16-cv-00432-RLY-TAB | Eastern District of NC | NC | NC | NC | Celect |
| Shaw | Alexis | 1:15-cv-01021-RLY-TAB | Middle District of FL – Orlando division | FL | FL | FL | Celect |

EXHIBIT A