# EXHIBIT B

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 2 of 47 PageID #:
Case 1:18-cv-00807-WTL-MPB Document 1-1 Filed 03/13/18 Page 1 of 6 PageID #: 1
65162

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

       LUIS COLON
       1:18-cv- 807

_____

### SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Luis Colon  (Plaintiff)_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida_____

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 3 of 47 PageID #:
Case 1:18-cv-50807-WTL-MPB Document 1-2 Filed 03/13/18 Page 2 of 3 PageID #: 2
65163

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida_____

6. Plaintiff's/Deceased Party's current state of residence:

   Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Southern District of Florida (Broward) division_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☑    Cook Incorporated

   ☑    Cook Medical LLC

   ☑    William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑    Diversity of Citizenship

   ☐    Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    ☐     Günther Tulip® Vena Cava Filter

    ☑     Cook Celect® Vena Cava Filter

    ☐     Günther Tulip® Vena Cava MR*eye*® Filter

    ☐     Cook Celect® Platinum Vena Cava Filter

    ☐     Other:_____

11. Date of Implantation as to each product:

    May 4, 2012_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Memorial Regional Hospital, 3501 Johnson Street, Hollywood, FL 33021_____

13. Implanting physician:

    Rafael Sanchez, MD, 1150 N. 35th Ave, Hollywood, FL 33021_____

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 5 of 47 PageID #:
65165
Case 4:18-cv-50807-WTL-MPB Document 1-1 Filed 03/13/18 Page 4 of 6 PageID 4:

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:          Strict Products Liability – Failure to Warn

☑ Count II:         Strict Products Liability – Design Defect

☑ Count III:        Negligence

☑ Count IV:         Negligence Per Se

☑ Count V:          Breach of Express Warranty

☑ Count VI:         Breach of Implied Warranty

☐ Count VII:        Violations of Applicable _____ (*insert State*) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:       Loss of Consortium

☐ Count IX:         Wrongful Death

☐ Count X:          Survival

☑ Count XI:         Punitive Damages

☑ Other:            Fraudulent Concealment

☐ Other:            _____

*(please state the facts supporting this Count in the space, immediately below)*

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3710 Rawlins Street, Suite 1230, Dallas, Texas 75219

Ben C. Martin, State Bar No.: 13052400

Thomas Wm. Arbon, State Bar No. 01284275

4

Case 1:14-ml-02570-RLM-TAB  Document 9694-2  Filed 12/04/18  Page 6 of 47 PageID #:
Case 1:18-cv-05807-WTL-MPB  Document 1-1  Filed 03/13/18  Page 9 of 17 PageID #:
65166

Respectfully submitted,


/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:


Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH  43604

5

Case 1:14-ml-02570-RLW-TAB-P Document 9694-2 Filed 12/04/18 Page 7 of 17 PageID #:
Case 1:18-cv-50807-WTL-MPB Document 1 Filed 03/13/18 Page 8 of 17 PageID #:
65167

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211
Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140
Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

_/s/ Ben C. Martin_
Ben C. Martin

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 8 of 47 PageID #:
Case 1:17-cv-01785-SEB-DML Document 1 Filed 05/30/17 Page 8 of 7 PageID #:
65168

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:
   FORREST GIBBS
   1:17-cv-001785

_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants
named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).
Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

  FORREST GIBBS _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium
claim:

  _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

  _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

  Texas_____

1

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 9 of 47 PageID #:
65169
Case 4:17-cv-01763-SEB-DML Document 1-1 Filed 06/30/17 Page 9 of 7 PageID 2

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas_____ _____

6. Plaintiff's/Deceased Party's current state of residence:

   Texas_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Northern District of Texas (Dallas) division_____

8. Defendants (Check Defendants against whom Complaint is made):

   x       Cook Incorporated

   x       Cook Medical LLC

   x       William Cook Europe ApS

9. Basis of Jurisdiction:

   x       Diversity of Citizenship

   ☐      Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 10 of 47 PageID #:
Case 4:17-cv-01789-SEB-DML Document 1-2 Filed 05/30/17 Page 9 of 7 PageID 9:
65170

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

              Günther Tulip® Vena Cava Filter

   X       Cook Celect® Vena Cava Filter

              Gunther Tulip Mreye

              Cook Celect Platinum

              Other:

   _____

11. Date of Implantation as to each product:

   January 22, 2014_____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   The Medical Center of Plano, 3901 West 15th Street, Plano, Texas 75075_____

13. Implanting physician:

   Brent C. Morgan, MD, 4001 West 15th Street, Suite 455, Plano, Texas 75093_____

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 17 of 47 PageID #:
Case 4:17-cv-01789-SEB-DML Document 1-2 Filed 05/30/17 Page 11 of 17 PageID #:
65171

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| x | Count I: | Strict Products Liability – Failure to Warn |
| x | Count II: | Strict Products Liability – Design Defect |
| x | Count III: | Negligence |
| x | Count IV: | Negligence Per Se |
| x | Count V: | Breach of Express Warranty |
| x | Count VI: | Breach of Implied Warranty |

☐      Count VII:     Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

| | | |
|---|---|---|
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| x | Count XI: | Punitive Damages |

☐      Other:      _____ (please state the facts supporting this

Count in the space, immediately below)

☐      Other:      _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 12 of 47 PageID #:
Case 4:17-cv-01789-SEB-DML Document 1-1 Filed 05/30/14 Page 12 of 7 PageID #:
65172

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon_____

16. Address and bar information for Attorney for Plaintiff(s):

3710 Rawlins Street, Suite 1230, Dallas, Texas 75219_____

Ben C. Martin, State Bar No.: 13052400_____

Thomas Wm. Arbon, State Bar No. 01284275_____

Respectfully submitted,

*/s/ Ben C. Martin*_____
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*Attorneys for Plaintiff*

5

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 13 of 47 PageID #:
Case 4:17-cv-01789-SEB-DML Document 1-1 Filed 05/30/17 Page 13 of 47 PageID #:
65173

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

6

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Ben C. Martin*
Ben C. Martin

Case 1:14-ml-02570-RLY-TAB Document 9604-2 Filed 12/04/18 Page 15 of 47 PageID #:
Case 1:16-cv-01083-WTL-DML Document 1 Filed 05/04/16 Page 15 of 47 PageID #:
65175

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LUCY MOORE, AS ATTONEY
IN FACT FOR TIMOTHY HALL

PLAINTIFFS

vs.                                    CAUSE NO. 1:16-cv-1083-RLY-TAB

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,

DEFENDANTS

### SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   TIMOTHY HALL_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   LUCY MOORE AS ATTORNEY IN FACT FOR TIMOTHY HALL_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Tennessee_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Tennessee_____ _____

6. Plaintiff's/Deceased Party's current state of residence:

Tennessee_____

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Tennessee_____

8. Defendants (Check Defendants against whom Complaint is made):

     x     Cook Incorporated

     x     Cook Medical LLC

     x     William Cook Europe ApS

9. Basis of Jurisdiction:

     x     Diversity of Citizenship

     ☐     Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

                 Günther Tulip® Vena Cava Filter

X       Cook Celect® Vena Cava Filter

                 Gunther Tulip Mreye

                 Cook Celect Platinum

                 Other:

_____

11. Date of Implantation as to each product:

August 25, 2008_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Wellmont Health System/Holston Valley Hospital, 130 West Ravine Street, Kingsport,

TN 37660.

13. Implanting Physician(s):

George Testerman, MD, 130 West Ravine Street, Kingsport, TN 37660_____

_____

_____

3

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 18 of 47 PageID #:
Case 1:16-cv-01083-WTL-DML Document 1-1 Filed 05/04/16 Page 4 of 7 PageID 4
65178

14. Counts in the Master Complaint brought by Plaintiff(s):

    x      Count I:         Strict Products Liability – Failure to Warn

    x      Count II:       Strict Products Liability – Design Defect

    x      Count III:     Negligence

    x      Count IV:     Negligence Per Se

    x      Count V:      Breach of Express Warranty

    x      Count VI:     Breach of Implied Warranty

    ☐      Count VII:    Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐      Count VIII:   Loss of Consortium

    ☐      Count IX:     Wrongful Death

    ☐      Count X:      Survival

    x      Count XI:     Punitive Damages

    ☐      Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

    ☐      Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon_____

16. Address and bar information for Attorney for Plaintiff(s):

3219 McKinney Avenue, Dallas, TX 75204_____

Ben C. Martin, State Bar No.: 13052400_____

Thomas Wm. Arbon, State Bar No. 01284275_____

Respectfully submitted,

*/s/ Ben C. Martin*_____
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3219 McKinney Avenue
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

_/s/ Ben C. Martin_
Ben C. Martin

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 22 of 47 PageID #:
Case 1:16-cv-00437-RLY-TAB Document 1 Filed 02/22/16 Page 1 of 4 PageID 1
65182

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JENNIFER MOULTRIE

PLAINTIFF

vs.                                    CAUSE NO. 1:16-cv-00437-RLY-TAB

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,

DEFENDANTS

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   JENNIFER MOULTRIE_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California_____

1

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 23 of 47 PageID #:
Case 1:16-cv-00483-RLY-TAB Document 1 Filed 02/24/16 Page 23 of 43 PageID #:
65183

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida_____

6. Plaintiff's/Deceased Party's current state of residence:

   Florida_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Southern District of Florida


8. Defendants (Check Defendants against whom Complaint is made):

   x  Cook Incorporated

   x  Cook Medical LLC

   x  William Cook Europe ApS

9. Basis of Jurisdiction:

   x  Diversity of Citizenship

   ☐  Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

Case 1:14-ml-02570-RLY-TAB   Document 9694-2   Filed 12/04/18   Page 24 of 47 PageID #:
Case 4:16-cv-00481-RLY-TAB   Document 1-1   Filed 02/22/16   Page 24 of 47 PageID #:
65184

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

        X      Günther Tulip® Vena Cava Filter

               Cook Celect® Vena Cava Filter

               Gunther Tulip Mreye

               Cook Celect Platinum

               Other:

_____

11. Date of Implantation as to each product:

    November 18, 2013_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Scripps Green Hospital, 10666 N. Torrey Pines Road, La Jolla, CA 92037_____

13. Implanting Physician(s):

    Harry J. Knowles, M.D., 10666 N. Torrey Pines Road, La Jolla, CA 92037_____

_____

_____

_____

Case 1:16-cv-05047-RLY-TAB   Document 1-1   Filed 02/22/16   Page 4 of 7 PageID #: 4

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| x | Count I: | Strict Products Liability – Failure to Warn |
| x | Count II: | Strict Products Liability – Design Defect |
| x | Count III: | Negligence |
| x | Count IV: | Negligence Per Se |
| x | Count V: | Breach of Express Warranty |
| x | Count VI: | Breach of Implied Warranty |
| ☐ | Count VII: | Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| x | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

4

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 26 of 47 PageID #:
65186
Case 4:16-cv-00487-RLY-TAB Document 1 Filed 02/24/16 Page 46 of 47 PageID 5

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3219 McKinney Avenue, Dallas, TX 75204

Ben C. Martin, State Bar No.: 13052400

Thomas Wm. Arbon, State Bar No. 01284275

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3219 McKinney Avenue
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Case 1:14-ml-02570-RLY-TAB  Document 9694-2  Filed 12/04/18  Page 28 of 47 PageID #:
Case 4:16-cv-00485-Y-TAB  Document 93  Filed 02/22/16  Page 48 of 48  PageID #:
65188

Joseph A. Napiltonia                    Robert M. Hammers, Jr.
Law Office of Joe Napiltonia            Jason T. Schneider, P.C.
213 Third Avenue N orth                 611-D Peachtree Dunwoody Road
Franklin, TN 37064                      Atlanta, GA 30328

Lucas J. Foust                          W. Bryan Smith
Foust Law Office                        Morgan & Morgan, LLC
1043 Stoneridge Drive, Suite 2          2600 One Commerce Square
Bozeman, MT 59718                       Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431


                                        /s/ Ben C. Martin
                                        Ben C. Martin

Case 1:14-ml-02570-RLY-TAB Document 9604-2 Filed 11/20/18 Page 29 of 47 PageID #:
Case 1:15-cv-00597-WTL-MJD Document 1-1 Filed 04/24/15 Page 1 of 5 PageID #:
65189

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL G. PARKER, | ) | Case No. 1:15-cv-597 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| COOK INCORPORATED, COOK | ) | |
| MEDICAL, LLC.; and WILLIAM COOK | ) | |
| EUROPE APS | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Michael G. Parker _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

1

Case 1:14-md-02570-RLY-TAB Document 9604-2 Filed 11/20/18 Page 30 of 47 PageID #:
Case 1:15-cv-00591-WTL-MJD Document 1 Filed 04/24/15 Page 2 of 5 PageID 2
65190

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

Missouri _____

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Missouri _____

6.  Plaintiff's/Deceased Party's current state of residence:

Missouri_____

7.  District Court and Division in which venue would be proper absent direct filing:

_____

8.  Defendants (Check Defendants against whom Complaint is made):

     X     Cook Incorporated

     X     Cook Medical LLC

     X     William Cook Europe ApS

9.  Basis of Jurisdiction:

     X     Diversity of Citizenship

     ☐     Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the

federal judicial district of Plaintiff's state of residence. A substantial amount of activity

giving rise to the claims occurred in this District, and Defendants may be found within

this District. Therefore, venue is proper in this jurisdiction.

Case 1:14-ml-02570-RLY-TAB Document 9604-2 Filed 11/20/18 Page 31 of 47 PageID #:
Case 1:15-cv-00597-WTL-MJD Document 1-2 Filed 04/24/15 Page 31 of 47 PageID #:
65191

b.   Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

        Günther Tulip® Vena Cava Filter

x      Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

_____

11. Date of Implantation as to each product:

July 08, 2008 _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. John's Mercy Medical Center
615 S. New Ballas Rd.
St. Louis, MO 63141

13. Implanting Physician(s):

Richard C. Pennell, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

      X      Count I:      Strict Products Liability – Failure to Warn

      X      Count II:      Strict Products Liability – Design Defect

      X      Count III:     Negligence

3

Case 1:14-md-02570-RLY-TAB Document 9604-2 Filed 11/20/18 Page 32 of 47 PageID #:
Case 1:15-cv-00397-WTL-MJD Document 1 Filed 04/24/15 Page 4 of 5 PageID #:
65192

| X | Count IV: | Negligence Per Se |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable <u>Missouri</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| □ | Count VIII: | Loss of Consortium |
| □ | Count IX: | Wrongful Death |
| □ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| □ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   <u>Ben C. Martin and Thomas Wm. Arbon</u>

16. Address and bar information for Attorney for Plaintiff(s):

   <u>3219 McKinney Ave., Ste. 100 Dallas, TX 75204</u>

   <u>Ben C. Martin SBOT 13052400</u>

   <u>Thomas Wm. Arbon SBOT 01284275</u>

4

Case 1:14-md-02570-RLY-TAB Document 9604-2 Filed 11/20/18 Page 33 of 47 PageID #:
Case 1:15-cv-00397-WTL-MJD Document 1 Filed 04/24/15 Page 5 of 5 PageID 5
65193

Respectfully submitted,

**THE LAW OFFICE OF BEN C. MARTIN**


*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
Thomas Wm. Arbon, TX Bar No. 01284275
**THE LAW OFFICE OF BEN C. MARTIN**
3219 McKinney Avenue, Ste. 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

***Counsel for Plaintiff***

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 34 of 47 PageID #:
Case 1:16-cv-00432-RLY-TAB Document 1 Filed 02/23/16 Page 1 of 7 PageID #:
65194

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PATRICIA PEMBERTON

PLAINTIFF

vs.                                          CAUSE NO. 1:16-cv-00432-RLY-TAB

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,

DEFENDANTS

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   PATRICIA ANN PEMBERTON_____ _____ _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina_____

1

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 35 of 47 PageID #:
Case 1:16-cv-00481-RLY-TAB Document 1-5 Filed 02/23/16 Page 2 of 7 PageID #:
65195

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina_____

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of North Carolina_____

8. Defendants (Check Defendants against whom Complaint is made):

         x      Cook Incorporated

         x      Cook Medical LLC

         x      William Cook Europe ApS

9. Basis of Jurisdiction:

         x      Diversity of Citizenship

         ☐      Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 36 of 47 PageID #:
Case 1:16-cv-00452-RLY-TAB Document 1 Filed 02/23/16 Page 3 of 7 PageID #:
65196

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
(Check applicable Inferior Vena Cava Filters):

                Günther Tulip® Vena Cava Filter

    X      Cook Celect® Vena Cava Filter

                Gunther Tulip Mreye

                Cook Celect Platinum

                Other:

_____

11. Date of Implantation as to each product:

January 28, 2013_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Vidant Medical Center, 2100 Statonsburg Road, Greenville, NC 27834_____

13. Implanting Physician(s):

Dean J. Yamaguchi, M.D., 115 Heart Drive, Greenville, NC 27834_____

_____

_____

_____

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 37 of 47 PageID #:
Case 4:16-cv-00452-RLY-TAB Document 4 Filed 02/23/16 Page 9 of 17 PageID #:
65197

14. Counts in the Master Complaint brought by Plaintiff(s):

      x       Count I:       Strict Products Liability – Failure to Warn

      x       Count II:      Strict Products Liability – Design Defect

      x       Count III:     Negligence

      x       Count IV:     Negligence Per Se

      x       Count V:      Breach of Express Warranty

      x       Count VI:     Breach of Implied Warranty

      ☐       Count VII:    Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

      ☐       Count VIII:   Loss of Consortium

      ☐       Count IX:     Wrongful Death

      ☐       Count X:      Survival

      x       Count XI:     Punitive Damages

      ☐       Other:       _____ (please state the facts supporting

this Count in the space, immediately below)

      ☐       Other:       _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

4

15. Attorney for Plaintiff(s):

   Ben C. Martin and Thomas Wm. Arbon_____

16. Address and bar information for Attorney for Plaintiff(s):

   3219 McKinney Avenue, Dallas, TX 75204_____

   Ben C. Martin, State Bar No.: 13052400_____

   Thomas Wm. Arbon, State Bar No. 01284275_____

 

                    Respectfully submitted,

 

                    */s/ Ben C. Martin*_____
                    Ben C. Martin, Bar No. 13052400
                    Thomas Wm. Arbon, Bar No. 01284275
                    **The Law Office of Ben C. Martin**
                    3219 McKinney Avenue
                    Dallas, TX 75204
                    Telephone: (214) 761-6614
                    Facsimile: (214) 744-7590
                    bmartin@bencmartin.com
                    tarbon@bencmartin.com

                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

6

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 40 of 47 PageID #:
Case 4:16-cv-00452-RLY-TAB Document 694-2 Filed 02/23/16 Page 40 of 47 PageID #:
65200

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Ben C. Martin*
Ben C. Martin

Case 1:14-ml-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 41 of 47 PageID #:
Case 4:18-cv-01021-SEB-TAB Document 1 Filed 06/29/18 Page 41 of 47 PageID #:
65201

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ALEXIS MIRANDA SHAW

PLAINTIFF

vs.                             CAUSE NO. _____

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,

DEFENDANTS

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   ALEXIS MIRANDA SHAW _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   12103 Green Badger Lane, Apt 1214, Orlando, Florida 32817 _____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   12103 Green Badger Lane, Apt 1214, Orlando, Florida 32817 _____

6. Plaintiff's/Deceased Party's current state of residence:

   3125 Alafaya Bay Lane, Apt 103, Orlando, Florida 32817 _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Florida – Orlando Division

8. Defendants (Check Defendants against whom Complaint is made):

   x     Cook Incorporated

   x     Cook Medical LLC

   x     William Cook Europe ApS

9. Basis of Jurisdiction:

   x     Diversity of Citizenship

   ☐     Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

Case 1:14-md-02570-RLY-TAB   Document 9694-2   Filed 12/04/18   Page 43 of 47 PageID #:
Case 4:15-cv-01021-SEB-TAB   Document 11-2   Filed 06/29/15   Page 3 of 7 PageID #:
65203

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

                      Günther Tulip® Vena Cava Filter

    x        Cook Celect® Vena Cava Filter

    ☐      Gunther Tulip Mreye
    ☐      Cook Celect Platinum
    ☐      Other: _____

11. Date of Implantation as to each product:

    December 17, 2012_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Health Central Hospital, 10000 W. Colonial Drive, Ocoee, Florida 34761_____

13. Implanting Physician(s):

    Lou Harold, M.D., 22 West Lake Beauty Drive, Suite 303, Orlando, Florida 32806____

    _____

    _____

    _____

3

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 44 of 47 PageID #:
65204
Case 4:15-cv-01021-SEB-TAB Document 1 Filed 06/29/15 Page 4 of 7 PageID #: 4

14. Counts in the Master Complaint brought by Plaintiff(s):

    x        Count I:        Strict Products Liability – Failure to Warn

    x        Count II:      Strict Products Liability – Design Defect

    x        Count III:     Negligence

    x        Count IV:     Negligence Per Se

    x        Count V:      Breach of Express Warranty

    x        Count VI:     Breach of Implied Warranty

    ☐        Count VII:    Violations of Applicable _____ (insert State)

                         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐        Count VIII:   Loss of Consortium

    ☐        Count IX:     Wrongful Death

    ☐        Count X:      Survival

    x        Count XI:     Punitive Damages

    ☐        Other:       _____ (please state the facts supporting

                         this Count in the space, immediately below)

    ☐        Other:       _____ (please state the facts supporting

                         this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Ben C. Martin

16. Address and bar information for Attorney for Plaintiff(s):

3219 McKinney Avenue, Dallas, TX 75204

Ben C. Martin, State Bar No.: 13052400

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
**The Law Office of Ben C. Martin**
3219 McKinney Avenue
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 29, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

5

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211
Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140
Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

6

Case 1:14-md-02570-RLY-TAB Document 9694-2 Filed 12/04/18 Page 47 of 47 PageID #:
Case 4:15-cv-01021-SEB-TAB Document 94-2 Filed 06/29/15 Page 47 of 47 PageID #:
65207

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431


*/s/ Ben C. Martin*
Ben C. Martin