IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following:

*Luis A. Colon*
Case No. 1:18-cv-00807-RLY-TAB

*Forrest Gibbs*
Case No. 1:17-cv-001785-RLY-TAB

*Timothy Hall*
Case No. 1:16-cv-01083-RLY-TAB

*Jennifer Moultrie*
Case No. 1:16-cv-00437-RLY-TAB

*Michael Parker*
Case No. 1:15-cv-00597-RLY-TAB

*Patricia Pemberton*
Case No. 1:16-cv-00432-RLY-TAB

*Alexis Shaw*
Case No. 1:15-cv-01021-RLY-TAB

**ORDER ON PLAINTIFFS' MOTION TO TRANSFER VENUE**

On this day, the Court considered Plaintiffs' Motion to Transfer Venue. After considering the Motion, other papers on file and hearing arguments of counsel, the Court GRANTS the Motion as follows:

Luis A. Colon, Case No. 1:18-cv-00807-RLY-TAB, is transferred to the USDC – Southern District of Florida Broward division;

Forrest Gibbs, Case No. 1:17-cv-001785-RLY-TAB, is transferred to the USDC – Northern District of Texas – Dallas division;

Timothy Hall, Case No. 1:16-cv-01083-RLY-TAB, is transferred to the USDC – Eastern District of Tennessee;

Jennifer Moultrie, Case No. 1:16-cv-00437-RLY-TAB, is transferred to the USDC – Southern District of California – San Diego division;

Michael Parker, Case No. 1:15-cv-00597-RLY-TAB, is transferred to the USDC – Eastern District of Missouri – St. Louis division;

Patricia Pemberton, Case No. 1:16-cv-00432-RLY-TAB, is transferred to the USDC-Eastern District of North Carolina; and

Alexis Shaw, Case No. 1:15-cv-01021-RLY-TAB, is transferred to the USDC – Middle District of Florida Orlando division.

Dated: _____

                                                  _____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana