IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS

MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

This Document Relates to Plaintiff(s)

Megan Bourgade

Civil Case # 1:17-cv-00895

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

The Court, having considered Plaintiff's Motion to Substitute Party Plaintiff and for Leave to Amend Complaint, and being duly advised in the premises, hereby finds that the Plaintiff's Motion is GRANTED.

It is therefore Ordered, Adjudged, and Decreed that David Bourgade is substituted as Plaintiff for Megan M. Bourgade, Deceased and that Plaintiff's proposed Amended Complaint is deemed filed as of the date of this order.

Date: 12/6/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.