IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

David Bourgade as Anticipated Representative of the Estate of Megan M. Bourgade

Civil Case #  1:17-cv-00895

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Megan Bourgade, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   David Bourgade

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   David Bourgade as Anticipated Representative of the Estate of Megan M. Bourgade

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

New York

6. Plaintiff's/Deceased Party's current state of residence:

New York

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   ✓ Cook Incorporated

   ✓ Cook Medical LLC

   ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9-20, 24, 27-28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

✓ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye Cook

☐ Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

November 3, 2006 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Stony Brook University Hospital, Stony Brook, NY 11794

_____

13. Implanting Physician(s):

Dr. Alan Bennie _____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I:       Strict Products Liability – Failure to Warn

✓ Count II:      Strict Products Liability – Design Defect

✓ Count III:     Negligence

✓ Count IV:      Negligence Per Se

3

✓     Count V:       Breach of Express Warranty

✓     Count VI:      Breach of Implied Warranty

✓     Count VII:     Violations of Applicable <u>New York</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

√   Count VIII:    Loss of Consortium

√   Count IX:      Wrongful Death

√   Count X:       Survival

√   Count XI:      Punitive Damages

☐   Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other:        _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    ~~John J. Driscoll and Gregory J. Pals~~

16. Address and bar information for Attorney for Plaintiff(s):

John J. Driscoll (MO Bar No: 54729)  Gregory J. Pals (Mo Bar No: 48820)

The Driscoll Firm, P.C. 211 N. Broadway, Suite 4050, St. Louis, MO 63102

Phone: 314-932-3232   Fax: 314-932-3233

Respectfully submitted,


THE DRISCOLL FIRM, P.C.

By:          /s/ Gregory J. Pals
         JOHN J. DRISCOLL, #54729
         GREGORY J. PALS, #48820
         211 N. Broadway, 40th Floor
         St. Louis, Missouri 63102
         314-932-3232 telephone
         314-932-3233 facsimile
         john@thedriscollfirm.com
         greg@thedriscollfirm.com

         *Attorneys for Plaintiffs*