**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____
IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to Plaintiff(s)
Richard Jones

Civil Case #___1:18-cv-2150_____

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

      COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

    1. Plaintiff/Deceased Party:

Richard Jones

    2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Deborah Jones

    3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

    4. Plaintiff's/Deceased Party's state of residence at the time of implant:

UT

    5. Plaintiff's/Deceased Party's state of residence at the time of injury:

UT

6. Plaintiff's/Deceased Party's current state of residence:

UT

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Utah

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒  William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28

b. Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

04/14/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

American Fork Hospital, 170 N. 1100 E, American Fork, UT 84003

13. Implanting Physician(s):

Unknown

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Ser

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Utah State

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

3

☐ Other: _____ (please state the facts supporting

this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Robert J. Binstock

16. Address and bar information for Attorney for Plaintiff(s):

4265 San Felipe, Suite 1000, Houston, Texas 77027;

Robert J. Binstock, Texas Bar No. 02328350

                        Respectfully submitted,

                        **REICH & BINSTOCK, LLP**

                        /s/ Robert J. Binstock
                        Robert J. Binstock (TX: 02328350)
                        Reich & Binstock, LLP
                        4265 San Felipe, Suite 1000
                        Houston, TX 77027
                        Phone: 713-622-7271
                        bbinstock@reichandbinstock.com

                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

       /s/ Robert J. Binstock
      Robert J. Binstock (TX: 02328350)