# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PATRICIA ASHFORD )<br>*Plaintiff* )<br>v. )<br>COOK INCORPORATED, ET AL )<br>*Defendant* ) | Case No.: 1:18-cv-03172-RLY-TAB |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### WITHOUT SUBSTITUTION FOR PLAINTIFF, PATRICIA ASHFORD

Pursuant to Local Rule 83.7, counsel for Patricia Ashford, OSBORNE & FRANCIS LAW FIRM PLLC, hereby request the Court for an order allowing JOSEPH A. OSBORNE, and the firm OSBORNE & FRANCIS LAW FIRM, PLLC, to withdraw as counsel of record for Patricia Ashford. In support thereof, counsel states:

The present case is subject to the Court's Third Amended Case Management Order No. 4 (CMO No. 4), which set forth the deadline to submit Plaintiff Profile Sheets. Counsel has attempted on multiple occasions, and through all known methods of communication, written and telephonic, e-mail and text messaging, to contact Plaintiff. Counsel received positive confirmation that Plaintiff received and accepted the Plaintiff Profile Sheet (PFS) on October 18, 2018. *Exhibit A*. Counsel provided client with a week to complete and return the PFS. *Exhibit B*. Counsel attempted to call Ms. Ashford via telephone on all previously provided and listed numbers at least three times per line with no answer and leaving a message explaining to her the importance of communication. Despite these communications, Ms. Ashford has not contacted the attorneys of Osborne & Francis Law Firm, PLLC. On November 27, 2018 Counsel sent correspondence via FedEx standard overnight delivery with direct signature requires as well as via email with read receipt advising client the importance of contacting counsel, giving client a deadline to respond,

within seven (7) days before Osborne & Francis Law Firm would withdraw as counsel. *Exhibit C*. On November 28, 2018, client responded to email. *Exhibit D*.

In light of the Court's scheduling deadlines detailed in the CMO No 4 and without cooperation and communication from Plaintiff, compliance with the Court's order is not feasible. Therefore, a compelling reason exists for the Court to permit JOSEPH A. OSBORNE, and the law firm of OSBORNE & FRANCIS LAW FIRM, PLLC to withdraw as counsel in this case.

A copy of this filed motion will be served upon Patricia Ashford at her last known address of 2878 West Lemay Ave., West Valley City, UT, pashford_2000@yahoo.com, 801-231-0337.

Plaintiff's counsel would request this Honorable Court enter an Order allowing withdrawal as attorneys of record for Patricia Ashford as of the date of this filing.

RESPECTFULLY SUBMITTED, this 7th day of December 2018.

> */s/ Joseph A. Osborne*
> Joseph A. Osborne, Esq. – FL Bar #880043
> 433 Plaza Real Blvd., Suite 271
> Boca Raton, FL 33432
> 561/293-8100
> Fax: 561/923-8100
> Email: JOsborne@realtoughlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I electronically filed the foregoing Motion to Withdraw as Counsel of Record without Substitution for Plaintiff, Patricia Ashford, with the clerk of the court using the CM/ECF filing system which will send notification of such filing to all counsel of record and mailed via U.S. Regular Mail and Certified Mail Return Receipt Requested (7018 0680 0000 1855 0335) to Patricia Ashford at 2878 West Lemay Ave., West Valley City, UT and via email Request a Delivery Receipt and Read Receipt to pashford_2000@yahoo.com.

*/s/ Joseph A. Osborne*
Joseph A. Osborne, Esq. – FL Bar #880043
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
561/293-8100
Fax: 561/923-8100
Email: JOsborne@realtoughlawyers.com