# EXHIBIT A

Track your package or shipment with FedEx Tracking



773461296889 ✏️

  

# Delivered
## Thursday 10/18/2018 at 4:19 pm



**DELIVERED**

Signed for by: Z. ASHFORD

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Boca Raton, FL US | WEST VALLEY, UT US |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>773461296889 | **SERVICE**<br>FedEx 2Day | **DOOR TAG NUMBER**<br>DT105051403392 |
| **WEIGHT**<br>1 lbs / 0.45 kgs | **SIGNATURE SERVICES**<br>Direct signature required | **DELIVERY ATTEMPTS**<br>2 |
| **DELIVERED TO**<br>FedEx Location | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>1 lbs / 0.45 kgs |
| **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>IVC Ashford, Patricia 16-000497 | **PACKAGING**<br>FedEx Envelope |
| **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery,<br>Direct Signature Required | **STANDARD TRANSIT** <br>10/16/2018 | **SHIP DATE**<br>Fri 10/12/2018 |
| **ACTUAL DELIVERY**<br>Thu 10/18/2018 4:19 pm | | |

## Travel History

Local Scan Time ⌄

| | | |
|---|---|---|
| **Thursday , 10/18/2018** | | |
| 4:19 pm | WEST VALLEY, UT | Delivered |
| **Wednesday , 10/17/2018** | | |
| 6:13 pm | WEST VALLEY, UT | At local FedEx facility |

| | | |
|---|---|---|
| 6.13 am | WEST VALLEY, UT | At local FedEx facility |

**Tuesday , 10/16/2018**

| | | |
|---|---|---|
| 2:53 pm | WEST VALLEY, UT | At local FedEx facility |
| 1:48 pm | WEST VALLEY, UT | Delivery exception |
| | | Customer not available or business closed |
| 1:46 pm | WEST VALLEY, UT | Delivery exception |
| | | Customer not available or business closed |
| 8:29 am | WEST VALLEY, UT | On FedEx vehicle for delivery |
| 6:54 am | WEST VALLEY, UT | At local FedEx facility |

**Monday , 10/15/2018**

| | | |
|---|---|---|
| 9:11 am | WEST VALLEY, UT | At local FedEx facility |
| | | Package not due for delivery |
| 9:11 am | WEST VALLEY, UT | At local FedEx facility |
| 7:52 am | WEST VALLEY, UT | At local FedEx facility |

**Sunday , 10/14/2018**

| | | |
|---|---|---|
| 9:35 pm | SALT LAKE CITY, UT | At local FedEx facility |
| 6:48 pm | SALT LAKE CITY, UT | At destination sort facility |
| 4:40 pm | MEMPHIS, TN | Departed FedEx location |

**Saturday , 10/13/2018**

| | | |
|---|---|---|
| 10:07 am | MEMPHIS, TN | Arrived at FedEx location |

**Friday , 10/12/2018**

| | | |
|---|---|---|
| 11:12 pm | FORT LAUDERDALE, FL | At local FedEx facility |
| 9:10 pm | BOCA RATON, FL | Left FedEx origin facility |
| 6:47 pm | BOCA RATON, FL | Picked up |
| 8:27 am | | Shipment information sent to FedEx |

# EXHIBIT B



**ATTORNEYS**
JOSEPH A. OSBORNE
GREGORIO A. FRANCIS
ANDREW NORDEN
AMI ROMANELLI
J. ROBERT BELL, III
BENJAMIN GARCIA

**PARALEGALS**
DENNIS FAULKNER
GINA GIOVANNI
ANGELIA SMART

Friday, October 12, 2018

*VIA FEDEX*
Patricia Ashford
2878 West Lemay Ave
West Valley City, UT 84119

Re:     *Cook Medical, Inc., Ivc Filters Marketing, Sales Practices and Product Liability Litigation*

Dear Ms. Ashford

Please read this letter carefully before reviewing the packet. We filed a complaint on your behalf on October 12, 2018, enclosed hereto is a copy for your records.  Additionally, enclosed find the following documents:

1. **Plaintiff Profile Sheet:**  The Plaintiff Profile Sheet requires the plaintiff (You) to supply medical, liability and general background information within a specified time period. While much of the information requested in the Plaintiff Profile Sheet may seem excessive or irrelevant, that information is crucial to gauging the relative strengths and weaknesses of each Plaintiff's respective claim.  **Complete the entire packet to the best of your ability and execute the document where noted** *(DO NOT DATE)*.

2. **Authorizations:**  Although some of the authorizations may not pertain to you, please sign as they are required by the court.  **PLEASE DO NOT DATE**.

Please provide copies of the following:

1. **Driver's License:**  front and back.

2. **Health Insurance Cards:** any and all, front and back.

3. **Medical Records:** Any medical records in your possession related to the IVC filter, including, CT Scan Reports and/or a copy of the front and back of the Implant Card.

WWW.REALTOUGHLAWYERS.COM

**South Florida Office**
433 PLAZA REAL, SUITE 271 • BOCA RATON, FL  33432
TELEPHONE 561-293-2600 • FAX 561-923-8100

**Orlando Office**
PO BOX 140007 • ORLANDO, FL  32814
805 S. KIRKMAN RD., SUITE 205 • ORLANDO, FL  32811
TELEPHONE: 407-655-3333 • FAX 407-955-4865

Please return **ALL FORMS** in the enclosed self-addressed FedEx envelope by **October 22, 2018**. There is a **Court Ordered deadline for the completion**, so please do not delay.

Should you have any questions, do not hesitate to contact me directly at 561-923-8334 or via email at tcoe@realtoughlawyers.com.

Very truly yours,

Tiffani Coe
Paralegal for the Firm

Enclosures

# EXHIBIT C



**ATTORNEYS**
JOSEPH A. OSBORNE
GREGORIO A. FRANCIS
ANDREW NORDEN
AMI ROMANELLI
J. ROBERT BELL, III
BENJAMIN GARCIA

**PARALEGALS**
DENNIS FAULKNER
GINA GIOVANNI
ANGELIA SMART

November 27, 2018

**VIA FEDEX and**
**VIA EMAIL: pashford_2000@yahoo.com**

Patricia Ashford
2878 West Lemay Ave
West Valley City, UT 84119

     Re:    *Ashford v. Cook Medical, Inc., et al* Case No. 1:18-cv-03172-RLY-TAB

Dear Ms. Ashford

     We have attempted to contact you by telephone and written communication, although have been unsuccessful contacting you.

     Your case is pending before the Court; therefore, there are various deadlines associated with your case that we **must** abide with.  Failure to abide by these deadlines could result in dismissal of your case and potential impact to you.  Accordingly, it would be in your best interest to immediately contact our office.

If you would like us to continue to represent you in this matter, we will do so if you contact us immediately upon receipt of this correspondence.  If you do not contact us by Monday December 3, 2018, we will have no other choice but to withdraw as your counsel.

We look forward to hearing from you in the hope that we can continue to represent you in this matter.

     Very truly yours,

     *Tiffani Coe*

     Tiffani Coe
     Paralegal for the South Florida Firm

WWW.REALTOUGHLAWYERS.COM

**South Florida Office**
433 PLAZA REAL, SUITE 271 • BOCA RATON, FL  33432
TELEPHONE 561-293-2600 • FAX 561-923-8100

**Orlando Office**
PO BOX 140007 • ORLANDO, FL  32814
805 S. KIRKMAN RD., SUITE 205 • ORLANDO, FL  32811
TELEPHONE: 407-655-3333 • FAX 407-955-4865

# EXHIBIT D

| | |
|---|---|
| **From:** | pashford_2000@yahoo.com |
| **To:** | Tiffani Coe |
| **Subject:** | Re: Regarding: IVC Filter - Ashford v. Cook Medical, Inc., et al Case No. 1:18-cv-03172-RLY-TAB |
| **Date:** | November 28, 2018 7:13:54 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

No thank you

*Powered by Cricket Wireless*

------ Original message------
**From:** Tiffani Coe
**Date:** Tue, Nov 27, 2018 11:58 AM
**To:** pashford_2000@yahoo.com;
**Cc:** Robby Bell;
**Subject:**Regarding: IVC Filter - Ashford v. Cook Medical, Inc., et al Case No. 1:18-cv-03172-RLY-TAB

Ms. Ashford,

See attached correspondence.

*We are proud to announce our new firm name; Osborne & Francis, PLLC.*
*Please note that my email address has changed and I invite you to check out our firm website.*
www.realtoughlawyers.com

Thank you,

*Tiffani Coe*

*Paralegal*



*Osborne & Francis PLLC*
*433 Plaza Real Blvd., Suite 271*
*Boca Raton, FL 33432*
*Direct: (561) 923-8334*
*Phone: (561) 293-2600 ext. 113*
*Toll Free: (866) 791-1488*
*Facsimile: (561) 923-8100*
*Email:tcoe@realtoughlawyers.com*

***CONFIDENTIALITY WARNING:*** This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you have received this communication in error, please do not distribute it and notify us immediately by e-mail at the above e-mail address or via telephone at (561) 293-2600 AND DELETE THE ORIGINAL MESSAGE.

***REPLIES FILTERED:*** Any incoming reply to this communication to us will be electronically filtered for "spam" and/or

"viruses," which may result in your reply being quarantined and potentially delayed or not received at all.  For that reason, we cannot guarantee that we will receive your reply or receive it in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail or, at a minimum, follow up with us to ensure that it was received.  Although this e-mail is believed to be free of any virus or other defect that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free. Osborne & Francis Law Firm accepts no responsibility for any loss or damage arising in any way from its use.