IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases. | |

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

Defendants' Motion to Maintain Under Seal Exhibits to Their Memorandum in Support of Motion to Strike Specific Rebuttal Opinions [Filing No. 8464]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8499]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8503]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8547]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8551]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8555]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8575]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8595]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 8463
Filing No. 8498
Filing No. 8502
Filing No. 8545
Filing No. 8550
Filing No. 8554
Filing No. 8574
Filing No. 8594

Date:  12/7/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.