IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Master Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:16-cv-2841-RLY-TAB
1:16-cv-3531-RLY-TAB
1:16-cv-3524-RLY-TAB
1:18-cv-1673-RLY-TAB
1:18-cv-1432-RLY-TAB
1:16-cv-3527-RLY-TAB
1:17-cv-2489-RLY-TAB
1:18-cv-2152-RLY-TAB
1:18-cv-1435-RLY-TAB

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Plaintiffs:

Sally V. Brehart and Gary R. Brehart;
Robert Wade Baker;
Ann Marie Cittadino;
Jay Dee Holland and Colleen Holland;
Nancy Nelson;
Maricela O'Campo;
Patrick William Rakestraw and Kathy Rakestraw;
Arthur Charles Riordan; and
Barbara Lauise Shaver and Jim Alton Shaver.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Douglass A. Kreis
Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS &
    OVERHOLTZ, PLLC
Email: DKreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiffs*
