IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## PLAINTIFF'S PROPOSED VERDICT FORM PHASE I

**(PART I)**

We, the jury, find for Plaintiff, Tonya Brand, in the following amounts:

(a) Damages for reasonable and necessary medical expenses in the past in the amount of:

$_____;

(b) Damages for reasonable and necessary medical expenses in the future in the amount of

$_____:

(c) Damages for past physical pain and suffering in the amount of: $_____;

(d) Damages for future physical pain and suffering in the amount of: $_____;

(e) Damages for past mental anguish in the amount of: $_____:

(f) Damages for future metal anguish in the amount of $_____;

(g) Damages for disfigurement in the amount of $_____;

(h) Damages for past impairment in the amount of $_____-; and

(i) Damages for future impairment in the amount of $_____.

Total Damages:  $_____.

OR

    We, the jury, find for Defendants. _____.

**(PART II)** (*complete this portion only if you found for Plaintiff in Part I*)

    We, the jury, find by clear and convincing evidence that Defendants' actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences such that punitive damages should be imposed to punish, penalize, or deter Defendants from similar conduct in the future.

    Yes   _____,

Or

    No   _____.

Please have the Foreperson sign and date the Verdict below.

    This _____ day of _____, 2019.

                                                  _____
                                                         **FOREPERSON**

*Prepared By:*

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

### **PLAINTIFF'S PROPOSED VERDICT FORM PHASE II**

We, the jury, impose punitive damages against the Defendants in the amount of $_____.

Please have the Foreperson sign and date the Verdict below.

This _____ day of _____, 2019.

_____
**FOREPERSON**

*Prepared By:*

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:  jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering Committee*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      */s/ Joseph N. Williams*
                                      Joseph N. Williams