IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Action:

1:17-cv-06069-RLY-TAB

*Knaflich, Janet v. Cook Incorporated, et al*

APPROVED. Case dismissed without prejudice as to Plaintiff Janet Knaflich.
Dated: 12/11/18

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of her voluntary dismissal without prejudice:

Janet Knaflich

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: December 10, 2018

Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By: */s/ Gregory J. Pals*
John J. Driscoll #54729 (MO)
Gregory J. Pals #48820 (MO)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
greg@thedriscollfirm.com
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        */s/ Melissa Caliendo*