UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATES TO 1:14-cv-6018-RLY-TAB Tonya Brand | ) ) | |

**SCHEDULING ORDER**

A hearing to discuss pending matters in the Brand v Cook matter will be held on **JANUARY 8, 2019 at 1:00 p.m. and JANUARY 9, 2019** in Room #301, Evansville, Indiana.

**SO ORDERED** this 11th day of December 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record