# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-02705 | 1:18-cv-03375 | 1:18-cv-03507 |
| 1:18-cv-02717 | 1:18-cv-03422 | 1:18-cv-03508 |
| 1:18-cv-03086 | 1:18-cv-03455 | 1:18-cv-03509 |
| 1:18-cv-03189 | 1:18-cv-03456 | 1:18-cv-03510 |
| 1:18-cv-03356 | 1:18-cv-03458 | 1:18-cv-03511 |
| 1:18-cv-03358 | 1:18-cv-03499 | 1:18-cv-03513 |
| 1:18-cv-03359 | 1:18-cv-03501 | 1:18-cv-03520 |
| 1:18-cv-03369 | 1:18-cv-03505 | 1:18-cv-03521 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: December 13, 2018

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

US.120263840.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01