# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

## COOK DEFENDANTS' AMENDED FINAL EXHIBIT LIST

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their amended final exhibit list.

This list has been prepared before the parties have completed discovery in this action, and before many pretrial motions have been fully ruled upon, the Cook Defendants' motion for summary judgment, Cook Defendants' motion for Bifurcation, several *Daubert* motions, and various motions *in limine*. Therefore, the Cook Defendants reserve the right to amend and supplement this list accordingly. If the Cook Defendants identify additional documents they intend to use at trial, the Cook Defendants' counsel will timely identify such documents for the Court and counsel for the plaintiff. In addition, the Cook Defendants do not represent that they will offer all of the exhibits listed below at trial.

US.121170494.01

## **AMENDED FINAL EXHIBIT LIST**

1. All documents identified in the spreadsheet attached hereto as Exhibit A.

2. All documents necessary for impeachment or rebuttal purposes.

3. Demonstrative exhibits to be prepared and exchanged as trial approaches.

4. All documents identified on plaintiff's final or amended exhibit list.

5. Documents not referenced on this Amended Final Exhibit List for which the Court can take judicial notice.

Respectfully submitted,

Dated: December 13, 2018

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

Charles Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8719
Facsimile: (612) 766-1600
Email:  chuck.webber@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

3

US.121170494.01

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

US.121170494.01