**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:18-cv-03179 | 1:18-cv-03534 |
| 1:18-cv-03308 | 1:18-cv-03542 |
| 1:18-cv-03363 | 1:18-cv-03543 |
| 1:18-cv-03405 | 1:18-cv-03546 |
| 1:18-cv-03530 | 1:18-cv-03547 |
| 1:18-cv-03531 | 1:18-cv-03553 |
| 1:18-cv-03532 | 1:18-cv-03555 |
| 1:18-cv-03533 | 1:18-cv-03557 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS


Dated:          December 14, 2018          /s/ Andrea Roberts Pierson
                                           Andrea Roberts Pierson (# 18435-49)
                                           Kip S. M. McDonald (# 29370-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01