# EXHIBIT 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN           )
                         )
      Plaintiff,      )
                         )
v.                       )
                         )
COOK INCORPORATED,       )
COOK INCOPORATED a/k/a   )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED  )
                         )
      Defendants.    )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

| | |
|---|---|
| WITNESS: | Bill Voorhes |
| DATE: | December 12, 2018 |
| TIME: | 1:30 p.m. |
| PLACE: | STEWART RICHARDSON |
| | 211 N. Pennsylvania Street |
| | 1 Indiana Square, Suite 2425 |
| | Indianapolis, IN 462014 |

                                                    /s/ Daniel Pfeifer
                                                  Daniel H. Pfeifer (5720-71)
                                                  Attorney for Plaintiffs
                                                  PFEIFER MORGAN & STESIAK
                                                  53600 North Ironwood Drive
                                                  South Bend, Indiana 46635
                                                  Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

_____
Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA ) <br> ) SS: <br> MONROE COUNTY   ) | IN THE MONROE CIRCUIT COURT 1 <br><br> CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
    Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
    Defendants. )

## SUBPOENA DUCES TECUM

TO:    Bill Voorhes
         c/o Ms. Abigail Butler
         FAEGRE BAKER DANIELS, LLP
         110 West Berry Street, Suite 2400
         Fort Wayne, IN 46802

    You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on December 12, 2018 at 1:30 p.m for the taking of a deposition in the above entitled action.

    DATED this 19th day of October, 2018.

                                                             _____
                                                             Daniel H. Pfeifer (5720-71)
                                                             Attorney for Plaintiff
                                                             PFEIFER MORGAN & STESIAK
                                                             53600 North Ironwood Drive
                                                             South Bend, Indiana 46635
                                                             Telephone:  (574) 272-2870