# **EXHIBIT 5**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
    Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
    Defendants. )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS:    Jim Alexander
DATE:    December 11, 2018
TIME:    9:00 a.m.
PLACE:    STEWART RICHARDSON
    211 N. Pennsylvania Street
    1 Indiana Square, Suite 2425
    Indianapolis, IN 462014

_/s/ Daniel Pfeifer_
Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

_____
Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA  )<br>                                ) SS:<br>MONROE COUNTY   ) | IN THE MONROE CIRCUIT COURT 1<br><br>CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN                )
                              )
        Plaintiff,             )
                              )
v.                            )
                              )
COOK INCORPORATED,            )
COOK INCOPORATED a/k/a        )
COOK MEDICAL INCORPORATED,    )
COOK GROUP INCORPORATED       )
                              )
        Defendants.            )


## SUBPOENA DUCES TECUM

TO:   Jim Alexander
      c/o Ms. Abigail Butler
      FAEGRE BAKER DANIELS, LLP
      110 West Berry Street, Suite 2400
      Fort Wayne, IN 46802


   You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on December 11, 2018 at 9:00 a.m for the taking of a deposition in the above entitled action.

   DATED this 19th day of October, 2018.

                                              _____
                                              Daniel H. Pfeifer (5720-71)
                                              Attorney for Plaintiff
                                              PFEIFER MORGAN & STESIAK
                                              53600 North Ironwood Drive
                                              South Bend, Indiana 46635
                                              Telephone: (574) 272-2870

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
      Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
      Defendants. )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS:    Neal Fearnot
DATE:    December 11, 2018
TIME:    1:30 p.m.
PLACE:    STEWART RICHARDSON
    211 N. Pennsylvania Street
    1 Indiana Square, Suite 2425
    Indianapolis, IN 462014

*/s/ Daniel Pfl*

Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

/s/ Genna C.S. Leiter
Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>MONROE COUNTY ) | IN THE MONROE CIRCUIT COURT 1<br><br>CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
    Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
    Defendants. )

## SUBPOENA DUCES TECUM

TO:    Neal Fearnot
        c/o Ms. Abigail Butler
        FAEGRE BAKER DANIELS, LLP
        110 West Berry Street, Suite 2400
        Fort Wayne, IN 46802

    You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on December 11, 2018 at 1:30 p.m for the taking of a deposition in the above entitled action.

    DATED this 19th day of October, 2018.

                                                           _____
                                                            Daniel H. Pfeifer (5720-71)
                                                            Attorney for Plaintiff
                                                            PFEIFER MORGAN & STESIAK
                                                           53600 North Ironwood Drive
                                                           South Bend, Indiana 46635
                                                           Telephone: (574) 272-2870

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

| | |
|---|---|
| JAMES E. BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COOK INCORPORATED, ) | |
| COOK INCOPORATED a/k/a ) | |
| COOK MEDICAL INCORPORATED, ) | |
| COOK GROUP INCORPORATED ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS: Rob Lyles
DATE: December 12, 2018
TIME: 9:00 a.m.
PLACE: STEWART RICHARDSON
211 N. Pennsylvania Street
1 Indiana Square, Suite 2425
Indianapolis, IN 462014

*[signature]*

Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

_____
Genna C.S. Leiter

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE MONROE CIRCUIT COURT 1 |
| ) SS: | | |
| MONROE COUNTY ) | | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
    Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
    Defendants. )

## SUBPOENA DUCES TECUM

TO:   Rob Lyles
       c/o Ms. Abigail Butler
       FAEGRE BAKER DANIELS, LLP
       110 West Berry Street, Suite 2400
       Fort Wayne, IN 46802

    You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on December 12, 2018 at 9:00 a.m for the taking of a deposition in the above entitled action.

    DATED this 19th day of October, 2018.

                                                     _____
                                                    Daniel H. Pfeifer (5720-71)
                                                    Attorney for Plaintiff
                                                    PFEIFER MORGAN & STESIAK
                                                    53600 North Ironwood Drive
                                                    South Bend, Indiana 46635
                                                    Telephone: (574) 272-2870

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN            )
                          )
    Plaintiff,            )
                          )
v.                        )
                          )
COOK INCORPORATED,        )
COOK INCOPORATED a/k/a    )
COOK MEDICAL INCORPORATED,)
COOK GROUP INCORPORATED   )
                          )
    Defendants.           )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS:  Line Larsen
DATE:     January 3, 2019
TIME:     1:30 p.m.
PLACE:    STEWART RICHARDSON
          211 N. Pennsylvania Street
          1 Indiana Square, Suite 2425
          Indianapolis, IN 462014

_____
Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

_____
Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA  )<br>                    ) SS:<br>MONROE COUNTY   ) | IN THE MONROE CIRCUIT COURT 1<br><br>CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN                )
                              )
        Plaintiff,             )
                              )
v.                             )
                              )
COOK INCORPORATED,             )
COOK INCOPORATED a/k/a         )
COOK MEDICAL INCORPORATED,     )
COOK GROUP INCORPORATED        )
                              )
        Defendants.            )

## SUBPOENA DUCES TECUM

TO:   Line Larsen
      c/o Ms. Abigail Butler
      FAEGRE BAKER DANIELS, LLP
      110 West Berry Street, Suite 2400
      Fort Wayne, IN 46802


You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on January 3, 2019 at 1:30 p.m for the taking of a deposition in the above entitled action.

DATED this 19th day of October, 2018.

_____
Daniel H. Pfeifer (5720-71)
Attorney for Plaintiff
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone:  (574) 272-2870

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT 1 |
| | ) SS: | |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
      Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
      Defendants. )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS: Rikke Sorensen
DATE: January 4, 2019
TIME: 9:00 a.m.
PLACE: STEWART RICHARDSON
211 N. Pennsylvania Street
1 Indiana Square, Suite 2425
Indianapolis, IN 462014

_____
Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, HP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA )<br>                 ) SS:<br>MONROE COUNTY   ) | IN THE MONROE CIRCUIT COURT 1<br><br>CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN            )
                          )
       Plaintiff,         )
                          )
v.                        )
                          )
COOK INCORPORATED,        )
COOK INCOPORATED a/k/a    )
COOK MEDICAL INCORPORATED,)
COOK GROUP INCORPORATED   )
                          )
       Defendants.        )

## SUBPOENA DUCES TECUM

TO:   Rikke Sorensen
      c/o Ms. Abigail Butler
      FAEGRE BAKER DANIELS, LLP
      110 West Berry Street, Suite 2400
      Fort Wayne, IN 46802


You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on January 4, 2019 at 9:00 a.m for the taking of a deposition in the above entitled action.

DATED this 19th day of October, 2018.

*[signature]*

Daniel H. Pfeifer (5720-71)
Attorney for Plaintiff
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870