# EXHIBIT 6

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Indianapolis, Indiana
                                ) September 20, 2018
                                ) 9:27 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE/OMNIBUS HEARING

**For Plaintiffs:**            David P. Matthews, Esq.
                               Matthews & Associates
                               2905 Sackett Street
                               Houston, TX  77098


                               Joseph N. Williams, Esq.
                               RILEY WILLIAMS & PIATT, LLC
                               301 Massachusetts Avenue
                               Indianapolis, IN  46204


                               Ben C. Martin, Esq.
                               LAW OFFICE OF BEN C. MARTIN
                               3710 Rawlins St., Suite 1230
                               Dallas, TX  75219

1  that time were actual fracture cases.  So there's a good

2  number of them.  Not as many Tulip because the Celect

3  fractures at a much higher rate than the Tulip.  But putting

4  those cases together, Your Honor, I think those make a lot of

5  sense.

6              So anyway, just wanted to warn the Court that we'll

7  probably be asking for remand of those significant number of

8  cases to go back, and we do understand the Court's load right

9  now and appreciate it.

10             THE COURT:  If you could get some type of agreement

11 with Cook on these cases that you're recommending that

12 discovery is finished up and they're ready to be tried in

13 their home district, that would be -- that would be helpful.

14             MR. MARTIN:  We're going to work on it.  I can avert

15 to the Court we'll do that.  One thing about this case --

16             THE COURT:  I don't know how many cases now in this

17 MDL have been direct filed in this district.  I think it's a

18 bunch.  So we're going to have these cases in this district

19 for a long time.

20             MR. MARTIN:  Right.

21             THE COURT:  Unless we have a global settlement.  As

22 I say, no problem.

23             MR. MARTIN:  And I think that there may be -- there

24 may be cases that have some individual discovery left to do;

25 but as far as -- as far as the global discovery in the case,