# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Daniella Barrera*
Case No. 1:17-cv-03179-RLY-TAB

*John Brandes*
Case No. 1:17-cv-03129-RLY-TAB

*James M. Estes*
Case No. 1:17-cv-03780-RLY-TAB

*Hani Ghaith*
Case No. 1:18-cv-00896-RLY-TAB

*David Hare*
Case No. 1:17-cv-02067-RLY-TAB

*Nancy Rhines*
Case No. 1:17-cv-00852-RLY-TAB

*Jankie Sammy*
Case No. 1:17-cv-00887-RLY-TAB

*Diane M. Vlna*
Case No. 1:17-cv-02689-JMS-DML

## ORDER DENYING PLAINTIFFS' MOTION TO TRANSFER VENUE

THIS MATTER, having come before the Court on Plaintiffs' Motion to Transfer Venue, and the Court having considered said Motion and being fully advised in the premises, hereby DENIES said Motion.

IT IS ORDERED that Plaintiffs' Motion to Transfer Venue is hereby denied.

This \_\_\_\_ day of _____ 2018.

_____
Judge, United States District Court
Southern District of Indiana, Indianapolis Division

Distribution:

All parties listed on the Court's electronic filing system CM/ECF participants registered to receive service in this matter.

US.121197353.01