# EXHIBIT 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: | IN THE MONROE CIRCUIT COURT 1 |
| MONROE COUNTY | ) | CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN )
)
      Plaintiff, )
)
v. )
)
COOK INCORPORATED, )
COOK INCOPORATED a/k/a )
COOK MEDICAL INCORPORATED, )
COOK GROUP INCORPORATED )
)
      Defendants. )

## NOTICE OF DISCOVERY DEPOSITION

PLEASE TAKE NOTICE that the discovery deposition of the following person will be taken before a qualified notary public and court reporter, pursuant to Trial Rule 30 of the Indiana Rules of Trial Procedure. You are invited to appear at the time and place mentioned:

WITNESS:    Jennifer Brown
DATE:    January 3, 2019
TIME:    9:00 a.m.
PLACE:    STEWART RICHARDSON
    211 N. Pennsylvania Street
    1 Indiana Square, Suite 2425
    Indianapolis, IN 462014

*/s/ Daniel H. Pfeifer*
_____
Daniel H. Pfeifer (5720-71)
Attorney for Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was sent via electronic mail and deposited in the United States Mail, postage paid, on the 24th day of October, 2018, addressed to:

Abigail Butler, Esq.
Faegre Baker Daniels, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
E-mail: abigail.butler@faegreBD.com

Haroon Anwar
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
E-mail: haroon.anwar@faegreBD.com

/s/ Genna C.S. Leiter
Genna C.S. Leiter

| | |
|---|---|
| STATE OF INDIANA  )<br>                     ) SS:<br>MONROE COUNTY   ) | IN THE MONROE CIRCUIT COURT 1<br><br>CAUSE NO: 53C01-1608-CT-001670 |

JAMES E. BROWN                    )
                                  )
    Plaintiff,                 )
                                  )
v.                                )
                                  )
COOK INCORPORATED,                )
COOK INCOPORATED a/k/a            )
COOK MEDICAL INCORPORATED,        )
COOK GROUP INCORPORATED           )
                                  )
    Defendants.                )

## SUBPOENA DUCES TECUM

TO:   Jennifer Brown
       c/o Ms. Abigail Butler
       FAEGRE BAKER DANIELS, LLP
       110 West Berry Street, Suite 2400
       Fort Wayne, IN 46802

    You are hereby commanded to appear at the Office of Stewart Richardson, 211 N. Pennsylvania Street, 1 Indiana Square, Suite 2425, Indianapolis, Indiana on January 3, 2019 at 9:00 a.m for the taking of a deposition in the above entitled action.

    DATED this 19th day of October, 2018.

                                                          */s/ Daniel H. Pfeifer*
                                                         Daniel H. Pfeifer (5720-71)
                                                         Attorney for Plaintiff
                                                         PFEIFER MORGAN & STESIAK
                                                         53600 North Ironwood Drive
                                                         South Bend, Indiana 46635
                                                         Telephone: (574) 272-2870