# EXHIBIT 4

| | |
|---|---|
| **From:** | Troy Brenes <tbrenes@breneslawgroup.com> |
| **Sent:** | Thursday, August 03, 2017 3:54 PM |
| **To:** | Tessier, Michelle M. |
| **Cc:** | Garrett, Matthew M.; Fiterman, Amy R.; Anwar, Haroon; Max Corrick; Froelke, Megan E. |
| **Subject:** | RE: Ellingson/Cook - Revised HIPAA Authorization and Coroner file |

Michelle:

To summarize the discussion, we agreed to the following: (1) A joint request to continue the currently pending expert disclosure deadlines; and Defendants would provide revised release that limits the request to records dating back to 7 years before the date of death and that remove any authorization for Defendants to communicate with Mr. Ellingson's health care providers. Additionally Defendants would agree to provide copies of all materials obtained using the authorizations as they are obtained. Please confirm that this is the agreement between the parties.

In reviewing the modified release, I did not see the seven year limitation. Please either that add that in or let me know where I missed it. Additionally, I am concerned about the language under paragraph No. 5 ("You are specifically directed to discuss"). This seems to still allow for communications with Mr. Ellingson's providers outside of deposition. Please correct that language.

On other matters, please know that the coroner has agreed to deposition dates of 8/23, 8/24 or 8/30. Please confirm which of those dates will work best for your team. Please obtain deposition dates for the following witnesses: Ms. Lung, Lykke Sylow Iverson, Donna Deckard, Lissi Walman, Marrianne Hoey, and a 30b6 witness regarding the investigation and regulatory reporting on of Link Ellingson death. If we have not yet adopted a protective order in this case, please confirm that we can just operate under the one entered in the MDL proceedings. Please also confirm that Defendants are willing to stipulate that any discovery produced in the MDL proceedings may be used in this case.


Troy A. Brenes
*Managing Partner*
**Brenes Law Group, P.C**.
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com



Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Tessier, Michelle M. [mailto:Michelle.Tessier@FaegreBD.com]
**Sent:** Thursday, August 03, 2017 11:40 AM
**To:** Tbrenes@breneslawgroup.com
**Cc:** Garrett, Matthew M. <Matthew.Garrett@FaegreBD.com>; Fiterman, Amy R. <Amy.Fiterman@FaegreBD.com>; Anwar, Haroon <Haroon.Anwar@FaegreBD.com>; Max Corrick <mcorrick@ocgas.com>; Froelke, Megan E. <Megan.Froelke@FaegreBD.com>
**Subject:** Ellingson/Cook - Revised HIPAA Authorization and Coroner file

Troy,

Per your conversation with Matt Garrett yesterday, I attach an revised HIPAA authorization that deletes the section on ex parte communications with medical providers.  Please confirm that you will have the revised authorization signed, and we will withdraw our motion to compel.

Megan Froelke will send you the records we received from the coroner via Secure File Transfer.  We did not receive the subject filter itself.

Regards,
Michelle


Michelle M. Tessier
*Associate*
michelle.tessier@FaegreBD.com    Download vCard
D: +1 612 766 8724

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA