# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to:

*Luis A. Colon*
Case No. 1:18-cv-00807-RLY-TAB

*Forrest Gibbs*
Case No. 1:17-cv-001785-RLY-TAB

*Timothy Hall*
Case No. 1:16-cv-01083-RLY-TAB

*Jennifer Moultrie*
Case No. 1:16-cv-00437-RLY-TAB

*Michael Parker*
Case No. 1:15-cv-00597-RLY-TAB

*Patricia Pemberton*
Case No. 1:16-cv-00432-RLY-TAB

*Alexis Shaw*
Case No. 1:15-cv-01021-RLY-TAB

_____

### ORDER DENYING PLAINTIFFS' MOTION TO TRANSFER VENUE

THIS MATTER, having come before the Court on Plaintiffs' Motion to Transfer Venue, and the Court having considered said Motion and being fully advised in the premises, hereby DENIES said Motion.

IT IS ORDERED that Plaintiffs' Motion to Transfer Venue is hereby denied.

This ____ day of _____ 2018.

                                                _____
Judge, United States District Court
Southern District of Indiana, Indianapolis Division

Distribution:

All parties listed on the Court's electronic filing system CM/ECF participants registered to receive service in this matter.

US.121198654.01