# EXHIBIT A
## *BRAND TRIAL DEADLINES*

| DEADLINE | TASK |
|---|---|
| 6/29/18 (*past*) | Affirmative Deposition Designations for all witnesses except those identified separately below |
| 7/20/18 (*past*) | Daubert and Summary Judgment Motions |
| 7/23/18 (*past*) | Counter Deposition Designations and Objections for all witnesses except those identified separately below |
| 8/6/18 (*past*) | Motions in Limine |
| 8/27/18 (*past*) | Affirmative Depo Designations for depositions of Drs. Uberoi and Ferrante |
| 8/28/18 (*past*) | Deadline for Plaintiffs to file Daubert Motion as to Dr. Renkens |
| 8/29/18 (*past*) | Plaintiff's response to Cook's motion to bifurcate |
| 8/31/18 (*past*) | Cook's response to Plaintiff's 510(k) MIL and Foreman Daubert |
| 9/04/18 (*past*) | Plaintiff's reply in support of Daubert Motion as to Dr. Robertson |
| 9/4/19 (*past*) | Deadline for Plaintiffs to file Daubert Motion as to Raman Uberoi |
| 9/05/18 (*past*) | Plaintiff's Reply in support of motion to exclude testimony by Drs. Reisman/Thai |
| 9/06/18 (*past*) | Plaintiff's Rely in support of motion to exclude testimony by Dr. Keller |
| 9/12/18 (*past*) | Cook's reply in support of motion to bifurcate |
| 9/14/18 (*past*) | Responses to Daubert motions filed by 7-20 and Motions for Summary Judgment |
| 9/14/18 (*past*) | Plaintiff's reply in support of Daubert motion as to Ms. Foreman |
| 9/17/18 (*past*) | Counter Depo Designations and Objections for depositions of Drs. Uberoi and Ferrante |
| 9/18/18 (*past*) | Cook's response to Plaintiff's Daubert Motion as to Dr. Renkens |
| 9/21/18 (*past*) | Responses to Motions in Limine |
| 9/25/18 (*past*) | Cook's response to Plaintiff's Daubert Motion as to Dr. Uberoi |
| 10/2/18 (*past*) | Plaintiff's reply in support of Daubert Motion on Dr. Renkens |
| 10/5/18 (*past*) | Replies to Daubert's filed by 7-20 and Motions for Summary Judgment |
| 10/9/18 (*past*) | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations for all witnesses |
| 10/9/18 (*past*) | Plaintiff's reply in support of Daubert Motion as to Dr. Uberoi |
| 10/10/18 (*past*) | Final witness list due |
| 10/10/18 (*past*) | Final exhibit list |
| 10/30/18 (*past*) | Objections to Re-direct and Responses to Objections to Counter Designations for all witnesses |
| 11/6/18 (*past*) | Responses to Objections to Re-direct Designations and Submit to Court for Rulings for all witnesses |
| 12/3/18 | Parties to submit notice to Court of use of evidence presentation equipment |
| 12/10/18 | Jury Instructions & Verdict Forms due |
| 12/17/18 | Parties to submit stipulations of facts and trial briefs |

US.119513744.01