**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Angevine, Walter J. and Tammi | 1:18-cv-03035 | 11/1/2018 | 11/16/2018 | 1 |
| Ashford, Patricia | 1:18-cv-03172 | 11/12/2018 | 11/16/2018 | 2 |
| Evins, Arthur | 1:17-cv-01025 | 3/19/2018 | 10/15/2018 | 3 |
| Ferguson, Clarence | 1:18-cv-02950 | 10/24/2018 | 11/16/2018 | 4 |
| Hughes, Ronald | 1:18-cv-03188 | 11/27/2018 | 11/16/2018 | 5 |
| Johnson, Jan | 1:18-cv-03000 | 10/29/2018 | 11/16/2018 | 6 |
| Kapustar, Mike | 1:18-cv-02913 | 10/22/2018 | 11/16/2018 | 7 |
| Kesner, Floyd | 1:18-cv-03011 | 11/27/2018 | 11/16/2018 | 8 |
| Lowe, Tomika | 1:18-cv-02657 | 11/9/2018 | 10/10/2018 | 9 |
| Souza, Jeffrey | 1:18-cv-02705 | 10/1/2018 | 11/20/2018 | 10 |
| Williams, Deborah F. | 1:18-cv-03002 | 10/29/2018 | 11/16/2018 | 11 |
| Wilson, Jes | 1:18-cv-02959 | 11/27/2018 | 11/16/2018 | 12 |
| Wilson, Maisha | 1:18-cv-02694 | 11/15/2018 | 10/10/2018 | 13 |