**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>


<u>**Sub-Exhibit 1**</u>

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

<div style="border:1px solid">**For MDL Plaintiffs**</div>

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Angevine, Walter J. and Tammi ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 2**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Joseph A. Osborne
OSBORNE & FRANCIS LAW FIRM, PLLC
433 Plaza Real Blvd.
Suite 271
Boca Raton, FL 33432
josborne@realtoughlawyers.com

     **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Joseph A. Osborne:

According to our records, we have not received the Plaintiff Profile Sheet for Ashford, Patricia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 3**</u>

US.119355742.01

**FAEGRE BAKER DANIELS**

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

October 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com;  JGomez@Curtis-LawGroup.com

> **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for Evins, Arthur ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 4**</u>

US.119355742.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> For MDL Plaintiffs

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Ferguson, Clarence ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 5**</u>

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
IVC@johnsonlawgroup.com

**Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Basil E. Adham:

According to our records, we have not received the Plaintiff Profile Sheet for Hughes, Ronald ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 6</u>**

US.119355742.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Willard  J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite  200
Portmouth,  VA 23704
will@moodyrrlaw.com

> **Re:**   Cook MDL – Failure to Timely  Submit  Plaintiff  Profile  Sheet

Dear Willard  J. Moody,  Jr.:

According to our records, we have not received the Plaintiff Profile  Sheet for Johnson, Jan ("Plaintiff").  Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss  Plaintiff's  case without  prejudice  for failure to timely  submit  a PPS.

Please submit  Plaintiff's  PPS and all accompanying  documents within five (5) business days to CookFilterMDL@FaegreBD.com.  If the documents are too large to send as attachments to an e-mail please submit  them using the following  Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.  If you fail to submit  a PPS within  the five (5) days, Cook may move to dismiss  Plaintiff's  case.

Very truly yours,

Blake  Angelino

Cc:   Michael Heaviside  - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION   MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 7**</u>

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

> **Re:**  Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Kapustar, Mike ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:  Michael Heaviside - mheaviside@hrzlaw.com
     Ben Martin – bmartin@bencmartin.com
     David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 8</u>**

# FAEGRE BAKER DANIELS

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
IVC@johnsonlawgroup.com

>       **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Basil E. Adham:

According to our records, we have not received the Plaintiff Profile Sheet for Kesner, Floyd ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 9</u>**

US.119355742.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

October 10, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Matthew E. Munson
BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P O Box 4160
Montgomery, AL 36103
matt.munson@beasleyallen.com

   **Re:**  <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew E. Munson:

According to our records, we have not received the Plaintiff Profile Sheet for Lowe, Tomika ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

US.119355742.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 20, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

Peter Goss
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
pgoss@goss-lawfirm.com

**Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Peter Goss:

According to our records, we have not received the Plaintiff Profile Sheet for Souza, Jeffrey ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside  - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 11**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

   **Re:** Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Williams, Deborah F. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS        
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 12</u>**

US.119355742.01

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 16, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
IVC@johnsonlawgroup.com

     **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Basil E. Adham:

According to our records, we have not received the Plaintiff Profile Sheet for Wilson, Jes ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 13**</u>

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

October 10, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Michael T. Gallagher
THE GALLAGHER LAW FIRM LLP
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

>     **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for Wilson, Maisha ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com