# EXHIBIT A

## Case Numbers

| Plaintiff | Civil Action No. |
|---|---|
| Antonacci, Heidi | 1:17-cv-0652 |
| Ball, Rebecca | 1:17-cv-4606 |
| Berger, Vicki | 1:17-cv-3675 |
| Covington, Charles | 1:16-cv-0481 |
| Christ, Ola | 1:17-cv-4698 |
| Edgerton, Haywood | 1:16-cv-1330 |
| Figueroa, Johanna | 1:17-cv-4103 |
| Griffin, Shirley | 1:17-cv-3120 |
| Harris, Theopolis | 1:17-cv-1306 |
| Henderson, Timothy | 1:17-cv-0368 |
| Holloway, Karen | 1:17-cv-4122 |
| Jeanpierre, Landry | 1:17-cv-0473 |
| Jefferson, Shanikqua | 1:17-cv-4476 |
| Lampo, Joseph | 1:17-cv-0965 |
| Lundy, Melvin | 1:17-cv-3349 |
| Maxwell, Kevin | 1:17-cv-3471 |
| Maxwell, Terry | 1:18-cv-1029 |
| Medina, Juanita | 1:17-cv-4682 |
| Mohler, Meredith | 1:17-cv-4465 |
| Moore, Kelvin | 1:17-cv-4735 |
| Muller, Susi | 1:17-cv-1863 |
| Myers, Toni | 1:18-cv-0468 |
| Neilsen, Arleen | 1:17-cv-3474 |
| Nigh, Elizabeth | 1:16-cv-3341 |
| Olson, Carolyn | 1:17-cv-2795 |
| Payne, Shannon | 1:17-cv-3628 |
| Peterson-Dockett, Whitney | 1:16-cv-1172 |
| Pittman, Craig | 1:17-cv-0651 |
| Reed, Mark | 1:16-cv-2074 |
| Requardt, John | 1:17-cv-3018 |
| Rice, Lewis | 1:17-cv-3496 |
| Robinson, Angela | 1:16-cv-2909 |
| Robinson, Leatha | 1:17-cv-2954 |

| Rowe, James | 1:17-cv-4268 |
|---|---|
| Saeed, TaQwa-Hakeem | 1:18-cv-0642 |
| Seifert, John | 1:16-cv-2525 |
| Simmons, James | 1:17-cv-2567 |
| Skalley, Tracy | 1:17-cv-0728 |
| Smallwood, Ronald | 1:17-cv-2014 |
| Smith, Diane | 1:17-cv-3819 |
| Wormly, Yolanda | 1:16-cv-1639 |
| Wright, Robert | 1:17-cv-0671 |
| Young, Danny | 1:17-cv-4078 |
| Zobell, Don | 1:17-cv-0171 |