IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

 *Tonya Brand*
 No. 1:14-cv-06018-RLY-TAB

## THE PARTIES' PROPOSED STIPULATION OF FACTS

The parties respectfully submit their Proposed Stipulated Facts.

## STIPULATED FACTS

1. Plaintiff is Tonya Brand.

2. Defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

3. An IVC filter is a prescription medical device.

4. Mrs. Brand's Celect IVC filter was manufactured by William Cook Europe ApS ("WCE") on November 27, 2008.  Cook Medical, LLC sold Mrs. Brand's filter to Northside Hospital on January 30, 2009.

5. On July 14, 2011, Dr. Rheudasil attempted to retrieve Brand's Celect Filter.  The attempted retrieval was unsuccessful.

6. On October 22, 2015, Dr. Rheudasil performed a surgery to remove Mrs. Brand's IVC filter.  The filter was removed.  Two pieces of the filter were not removed.

Dated: December 17, 2018

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email: jessica.cox@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email:  chuck.webber@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite #1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com

*Plaintiffs' Co-Lead Counsel*

/s/ *Joseph N. Williams*
Joseph N. Williams, (No. 25874-49)
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email:dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a copy of the foregoing **THE PARTIES' PROPOSED STIPULATION OF FACTS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*