IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK IVC FILTERS
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Ricky Walton Jones, | ) |
| | ) |
|        PLAINTIFF, | ) |
| | ) |
| V. | )    CIVIL ACTION NO. 1:17-01550 |
| | ) |
| Cook Incorporated, Cook Medical LLC, | ) |
| William Cook Europe ApS | ) |
| | ) |
| | ) |
|        DEFENDANTS. | ) |

**SUGGESTION OF DEATH UPON THE
RECORD UNDER RULE 25(a)(1) and
<u>MOTION FOR SUBSTITUTION OF PARTY</u>**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Ricky Walton Jones, plaintiff in this action. Ricky Walton Jones passed away on May 16, 2018. His Death Certificate is attached as Exhibit A.

Clinton Jones, son of Ricky Walton Jones, is an heir and next of kin of the Deceased, as evidenced by the Family Settlement Agreement attached as Exhibit B.

Pursuant to Rule 25a of the Federal Rules of Civil Procedure, it is hereby requested that "Clinton Jones, Personal Representative of the Estate of Ricky Walton Jones, Deceased" be

substituted in place of "Ricky Walton Jones" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Respectfully submitted,

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Drive, Suite 208
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Telecopier)

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Counsel for Defendants Cook Incorporated, Cook Medical LLC, William Cook Europe ApS regarding Plaintiffs' request under this Motion. To date, no reply has been received.

 /s/ Howard L. Nations
Howard L. Nations