# FAMILY SETTLEMENT AGREEMENT

This Agreement is entered into by and between the following individuals, hereinafter "Parties":

Clinton Jones, son of deceased
Chad Jones, son of deceased

Whereas, Parties are heirs to the estate of [Ricky Walton Jones] ("Decedent") and do not wish to open probate proceedings or incur additional probate costs to disburse proceeds from Decedent's lawsuit against [Cook Incorporated, Cook Medical LLC, William Cook Europe ApS], and instead wish to enter into this **Family Settlement Agreement** which, in lieu of estate administration, defines the amount each Party shall receive from said lawsuit.

The Parties agree as follows:

1. Clinton Jones should be substituted in as "Personal Representative of the Estate of [Ricky Walton Jones], Deceased" to continue the action in her place and on behalf of all Parties.

2. All net amounts awarded to the Estate of Decedent shall be divided as follows:

| Clinton Jones | 50% |
|---|---|
| Chad Jones | 50% |

3. No Party shall demand from other Party any additional amount above and beyond their allocated portion of the net award.

4. Parties agree to INDEMNIFY and hold Howard L. Nations, P.C./The Nations Law Firm, any co-counsel firms, and Defendant(s) in the above-referenced lawsuit (collectively, "All Case Counsel"), as well as All Case Counsel's employees, officers, directors, agents, and past, present and future subsidiaries, affiliates, and controlling persons, HARMLESS for any disputes among Parties arising from this agreement.

5. Parties agree under penalty of perjury that they have fully disclosed the identity of all potential heirs to the Estate of Decedent to Howard L. Nations, P.C./The Nations Law Firm, and all such heirs are listed as Parties above and in the signature blocks below.

6. This Family Settlement Agreement may be executed in counterparts, which together shall constitute a fully executed original.

7. Parties hereby agree that this Family Settlement Agreement and its related issues shall be governed by Texas law, and they agree that the jurisdiction for resolving issues and claims pertaining to the estate, probate and this Family Settlement Agreement shall be district court in Harris county, Texas.

THEREFORE, in consideration of these promises, Parties hereby agree to and accept all conditions set forth in this Family Settlement Agreement.

_____*[signed]*_____     __10-18-18__
Clinton Jones, entitled to 50%, per this Family Settlement Agreement     DATE

STATE OF _North Carolina_     §
                             §
COUNTY OF _Pender_            §

BEFORE ME, the undersigned authority, on this day personally appeared _Clinton Jones_, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _18th_ day of _October_, 201_8_.

(SEAL) my commission expires 8/14/2021

_____*[signed Jill Dahl]*_____
Notary Public in and for the State of _North Carolina_

_____     _____
Chad Jones, entitled to 50%, per this Family Settlement Agreement     DATE

STATE OF _____     §
                           §
COUNTY OF _____     §

BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _____ day of _____, 201___.

(SEAL)     Notary Public in and for the State of _____

*Jones, Ricky Walton - Family Settlement Agreement*     Page 2 of 2

THEREFORE, in consideration of these promises, Parties hereby agree to and accept all conditions set forth in this Family Settlement Agreement.

_____   _____

Clinton Jones, entitled to 50%, per this Family Settlement Agreement     DATE

STATE OF _____     §
                        §
COUNTY OF _____    §

BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this _____ day of _____, 201___.

(SEAL)                          _____
                                Notary Public in and for the State of _____

_____   10/2/2018
Chad Jones, entitled to 50%, per this Family Settlement Agreement     DATE

STATE OF  Ohio          §
                        §
COUNTY OF  Franklin     §

BEFORE ME, the undersigned authority, on this day personally appeared Chad Jones, known to me to be the person whose name is subscribed to the foregoing Family Settlement Agreement, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Given under my hand and seal of office this 2 day of October, 2018.

NICO ANTONIO PAINTER
Notary Public, State of Ohio
My Commission Expires
May 2, 2023

Notary Public in and for the State of Ohio

Jones, Ricky Walton - Family Settlement Agreement    Page 2 of 2