UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Michael Marshall* 1:17-cv-02495 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW the Plaintiff in the above referenced action and moves that Matthew D. Schultz, and the firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY and PROCTOR, P.A., be substituted as counsel of record; and, in conjunction therewith, that Marlene J. Goldenberg and Stuart L. Goldenberg, and the firm GOLDENBERGLAW, PLLC be withdrawn as counsel of record in this action. The above referenced Plaintiff as well as the attorneys of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY and PROCTOR, P.A. and GOLDENBERGLAW, PLLC consent to the proposed substitution and withdrawal.

/s/ *Stuart L. Goldenberg*
Marlene J. Goldenberg
Stuart L. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel: (612) 333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

Counsel for Plaintiff

/s/ *Matthew D. Schultz*
Matthew D. Schultz (FBN 640328)
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
mschultz@levinlaw.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 19th day of December, 2018.

                                              */s/ Matthew D. Schultz*
                                              Matthew D. Schultz (FBN 640328)
                                              Levin, Papantonio, Thomas, Mitchell,
                                              Rafferty & Proctor, P.A.
                                              316 S. Baylen St., Suite 600
                                              Pensacola, FL 32502
                                              Tel: (850) 435-7140
                                              mschultz@levinlaw.com
                                              Counsel for Plaintiff