UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Michael Marshall* 1:17-cv-02495 _____ | ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB         MDL No. 2570 |

## ORDER

Plaintiff's Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that Marlene J. Goldenberg and Stuart L. Goldenberg and the firm of GOLDENBERGLAW, PLLC are hereby withdrawn as counsel of record in this action and Matthew D. Schultz and the firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY and PROCTOR, P.A. are hereby substituted as the above captioned Plaintiff's counsel of record.

DATED this ___ day of _____, 201__.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana