# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*Elizabeth Duffy*, 1:17-cv-00254
*Brent Fichtner*, 1:18-cv-00286
*Juanita Heard*, 1:17-cv-04592
*Ernest Muhammad*, 1:17-cv-03542
*Jimmie Nixon*, 1:17-cv-04693
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Annette Sales-Orr*, 1:16-cv-02636
*Dorothy Stroech*, 1:17-cv-03543
*Mary Thomas (GA)*, 1:16-cv-035521
*William Wendt*, 1:18-cv-03283
*Marie Wilson*, 1:17-cv-03337

## ORDER ON COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED UPON FEDERAL PREEMPTION

Cook Medical Incorporated a/k/a Cook Medical, Inc., Cook Incorporated, Cook Group, Inc., and William Cook Europe APS (collectively "the Cook Defendants") filed a motion for judgment on the pleadings against the above-identified Plaintiffs. In their Moving Brief, they argue that the doctrine of federal preemption bars the Plaintiffs' state law claims based upon the Bird's Nest filter's status as a pre-market approved product. Each Plaintiff subject to this motion had a Bird's Nest vena cava filter implanted and alleges state law claims based upon injuries allegedly sustained as a result of the Bird's Nest filter. Plaintiffs in these fifteen cases have opposed the motion, and alternatively, have requested leave to amend and/or to conduct limited discovery on

1

the issue of federal preemption involving the Bird's Nest filter. The Court, being duly advised, hereby finds that this Motion should be **DENIED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendants' Motion for Judgment on the Pleadings Based On Federal Preemption is **DENIED**.

SO ORDERED this _____ day of _____, 201__.


_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana