IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,            1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL            MDL No: 2570

_____

This Document Relates to Plaintiff(s):

TANGEE COURTNEY

Civil Case # 1:17−cv−03200−RLY−TAB

_____

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, TANGEE COURTNEY, by and through her undersigned counsel, and hereby brings this UNOPPOSED MOTION TO SUBSTITUTE COUNSEL, requesting this Court to allow for the withdrawal of Karen H. Beya-Schroeder, Esquire, as attorney of record and to substitute Robert J. Fenstersheib, Esquire, as attorney of record for Plaintiff in the above-captioned matter, in support thereof shows:

1. Karen H. Beya-Schroeder was previously employed to represent Plaintiff in this matter. Plaintiff no longer desires to be represented by Karen H. Beya-Schroeder.

2. On March 22nd, 2018, Plaintiff sent a letter to Karen H. Beya-Schroeder discharging Karen H. Beya-Schroeder's representation.

3. Robert J. Fenstersheib has been employed to represent Plaintiff in this case, and Plaintiff approves of this substitution by letter of consent attached hereto as Exhibit "A."

4. This Motion is not made for the purpose of undue delay or to prejudice any other party subject to this suit.

WHEREFORE, Plaintiff, TANGEE COURTNEY, respectfully requests this Court GRANT her Unopposed Motion to Substitute Counsel, allowing for the withdrawal of Karen J. Beya-Schroeder, Esquire, as attorney of record and the substitution of Robert J. Fenstersheib, Esquire, as attorney of record for Plaintiff in the above-captioned case.

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*

_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 20, 2018</u>, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Robert J. Fenstersheib*
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com