# EXHIBIT A

Re:    1:17-cv-03200-RLY-TAB
        Courtney v. Cook Medical LLC et al

## CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned is represented by Robert J. Fenstersheib, Esquire, of The Law Offices of Robert J. Fenstersheib & Associates P.A., and hereby consents to the withdrawal of Karen H. Beya-Schroeder, Esquire, of Burnett Law Firm, and to the substitution of Robert J. Fenstersheib, Esquire, as the attorney of record for the above referenced case.

Dated this 29 day of March, 2018.

_Ms. Tangee Courtney_
Ms. Tangee Courtney