IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                          1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL             MDL No: 2570

_____

This Document Relates to Plaintiff(s):
 1:18-cv-01566; 1:18-cv-03779; 1:18-cv-1751
 1:18-cv-03423; 1:18-cv-1935; 1:18-cv-1753
 1:16-cv-02607; 1:17-cv-03200; 1:18-cv-1748

_____


**NOTICE OF CHANGE OF FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

I, Robert J. Fenstersheib, hereby provide this Notice of Change of Firm Name and request the Clerk's Office to make the following changes:

> Previous Information:    Robert J. Fenstersheib
>                          Florida Bar #307300
>                          Law Offices of Robert J. Fenstersheib & Associates, P.A.
>
> Current Information:     Robert J. Fenstersheib
>                          Florida Bar #307300
>                          Fenstersheib Law Group, P.A.

Dated: 12/20/2018          .

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on __12/20/2018____, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com