IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to 15 Bird's Nest Cases:

*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*Elizabeth Duffy*, 1:17-cv-00254
*Brent Fichtner*, 1:18-cv-00286
*Juanita Heard*, 1:17-cv-04592
*Ernest Muhammad*, 1:17-cv-03542
*Jimmie Nixon*, 1:17-cv-04693
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Annette Sales-Orr*, 1:16-cv-02636
*Dorothy Stroech*, 1:17-cv-03543
*Mary Thomas (GA)*, 1:16-cv-035521
*William Wendt*, 1:18-cv-03283
Antoinette *Williams*, 1:18-cv-00248
*Marie Wilson*, 1:17-cv-03337

**UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION TO FILE REPLY IN
SUPPORT OF COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE
<u>PLEADINGS BASED ON FEDERAL PREEMPTION IN BIRD'S NEST FILTER CASES</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline to file their Reply in Support of their Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest Filter Cases. In support of this motion, the Cook Defendants state:

1. The Cook Defendants' reply is currently due December 26, 2018, the day after Christmas.

2. The Cook Defendants consented to an extension of time for Plaintiffs to file their response brief, which they filed on December 19, 2018.

3. The Cook Defendants' attorneys have consulted Plaintiffs' attorneys about this requested extension, and Plaintiffs' attorneys have stated that Plaintiffs do not object to the extension.

4. With the extension, the Cook Defendants' reply will be due January 9, 2019.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend deadline to file their Reply in Support of their Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest Filter Cases by two weeks as set forth above.

Dated: December 20, 2018                Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

Bruce Jones (# 179553)
Charles Webber (# 215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone: (612) 766-8719
Facsimile:  (612) 766-1600
Email:  bruce.jones@faegrebd.com
Email:  chuck.webber@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

- 3 -

US.121223411.01