**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID M. BROWN AND ELLEN S. BROWN | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| v. | |
| COOK INCORPORATED;<br>COOK MEDICAL LLC;<br>WILLIAM COOK EUROPE APS | Civil Case No. 1:18-cv-3021-RLY-TAB |

**DEMAND FOR JURY TRIAL**

Plaintiffs demand trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  December 20, 2018    Respectfully submitted,

/s/ *C. Calvin Warriner, III*
C. Calvin Warriner, III
Florida Bar No.  374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
Phone:  561-686-6300

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ C. Calvin Warriner, III*
C. Calvin Warriner, III