IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Antoinette Bland Williams and Algern Williams

Civil Case No. 1:18-cv-00248

## **PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

Come now, Plaintiffs Antoinette Bland Williams and Algern Williams in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that all claims of Plaintiffs Antoinette Bland Williams and Algern Williams in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS be dismissed without prejudice, with each party to bear its own costs, and in support will show as follows:

Plaintiffs no longer wish to pursue their claims against defendants herein.

Wherefore, premises considered, Plaintiffs Antoinette Bland Williams and Algern Williams request that their claims against defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS herein be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
(713) 807-8400 phone
(713) 807-8423 fax

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

     I hereby certify that on December 12, 2018, I contacted counsel for defendants regarding plaintiff request under this motion and defendants position thereon. To date, no response has been received.

/s/ Howard L. Nations
Howard L. Nations