**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **CHASTITY R. LUNDQUIST** ) | MDL No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| ) | |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | Civil Case No. 1:18-cv-2461-RLY-TAB |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  December 21, 2018         Respectfully submitted,

/s/ *C. Calvin Warriner, III*
C. Calvin Warriner, III
Florida Bar No.  374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
Phone:  561-686-6300

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ C. Calvin Warriner, III*
C. Calvin Warriner, III