**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DANIELLE N. PARK** | ) | MDL No. 1:14-ml-2570-RLY-TAB |
| | ) | MDL No. 2570 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COOK INCORPORATED;** | ) | Civil Case No. 1:17-cv-2678-RLY-TAB |
| **COOK MEDICAL LLC;** | ) | |
| **WILLIAM COOK EUROPE APS** | ) | |

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: December 21, 2018        Respectfully submitted,

/s/ *C. Calvin Warriner, III*
C. Calvin Warriner, III
Florida Bar No. 374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561-686-6300

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ C. Calvin Warriner, III*
C. Calvin Warriner, III