**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to:

  1:18-cv-03638
  1:18-cv-03639
  1:18-cv-03640
  1:18-cv-03641
  1:18-cv-03642
  1:18-cv-03643
  1:18-cv-03647

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:        December 21, 2018            /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Kip S. M. McDonald</u>

US.120263840.01