AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Nancy Herberholz <br> *Plaintiff* <br> v. <br> Cook Medical, et. al. <br> *Defendant* | ) ) ) ) ) Case No. 14-ml-2570-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Herberholz- 1:18-cv-03783-SEB-TAB.

Date: 12/21/2018

/s/ William H. Barfield
*Attorney's signature*

William H. Barfield 24031725
*Printed name and bar number*

1770 St. James Place, Suite 100
Houston, Texas 77056

*Address*

bill@mcdonaldworley.com
*E-mail address*

(713) 523-5500
*Telephone number*

(713) 523-5501
*FAX number*