AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Allene Knight | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 14-ml-2570-RLY-TAB |
| Cook Medical, et. al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allene Knight- 1:18-cv-03790-JPH-MJD

Date: 12/21/2018

/s/ William H. Barfield
*Attorney's signature*

William H. Barfield 24031725
*Printed name and bar number*

1770 St. James Place, Suite 100
Houston, Texas 77056

*Address*

bill@mcdonaldworley.com
*E-mail address*

(713) 523-5500
*Telephone number*

(713) 523-5501
*FAX number*