UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) |
| This Document Relates to: | ) ) ) |
| Tonya Brand, 1:14-cv-06018-RLY-TAB | ) ) ) |

## ORDER ON THE PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S DECEMBER 5, 2018 GRANT OF SUMMARY JUDGMENT ON PLAINTIFF'S FAILURE TO WARN CLAIMS

Plaintiff moves the court to reconsider its Entry granting the Cook Defendants' motion for summary judgment on Plaintiff's failure to warn claims. The court, having read and reviewed the same, finds Plaintiff failed to establish the court committed a manifest error of law for fact. *See Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1269 (7th Cir. 1996). Accordingly, Plaintiff's Motion to Reconsider the court's December 5, 2018 Grant of Summary Judgment on Plaintiff's Failure to Warn Claims (Filing No. 9726) is **DENIED**.

**SO ORDERED** this 21st day of December, 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1