IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570
_____

This document relates to Plaintiff:

*Carlos Davis*
*Civil case # 1:16-cv-02699-RLY-TAB*
_____

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Carlos Davis.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Carlos Davis against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2018.

_____
Honorable Richard L. Young
United States District Court Judge