# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.:  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Edmund Beach
Civil Case #  1:16-cv-2509

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDMUND BEACH, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own cots.

Dated this 26th day of December, 2018.

Respectfully submitted,

By:    */s/ James B. Tuttle*
James B. Tuttle, Esq. (NY #1124833)
THE TUTTLE LAW FIRM
*Attorney for the Plaintiff*
1520 Crescent Road, Suite 300
Clifton Park, New York 12065
Telephone: (518) 783-1001
Facsimile: (518)783-1515
Email:  jbtesq@nycap.rr.com

By:    /s/Andrea Roberts Pierson
       Andrea Roberts Pierson (#18435-49)
       FAEGRE BAKER DANIELS LLP
       *Attorney for the Defendants*
       300 North Meridian Street, Suite 2700
       Indianapolis, Indiana 46204
       Telephone:  (317) 237-0300
       Facsimile:  (317) 237-1000
       Email:  Andrea.Pierson@FaegreBD.com

## CERTIFICATE OF SERVICE

I hereby certify that on this  26th day of December, 2018, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System which automatically send

email notification of such filing to all attorneys of record.


       /s/James B. Tuttle
       JAMES B. TUTTLE