# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Edmund Beach
Civil Case #  1:16-cv-2509

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Edmund Beach.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Edmund Beach against Defendants Cook Medical LLC, Cook Incorporated and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2018

                                                  Honorable Richard L. Young
                                                  United States District Court
                                                  Southern District of Indiana