## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

1:17-cv-01025; EVINS, ARTHUR

### PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS

Plaintiff files this Response to the Motion to Dismiss [DOC 9746] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiff states:

1. On December 14, 2018, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including one Plaintiff represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** is the notice letter sent by the Cook Defendants, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on December 14, 2018.

4. Plaintiff Arthur Evins has yet to serve his PPS. Mr. Evins is deceased and Plaintiff's counsel has used due diligence to contact his family, but have yet to hear back.

5. Accordingly, Plaintiff's counsel needs more time to locate Mr. Evins' family to obtain the necessary information to accurately complete his PPS; specifically, Plaintiff's counsel humbly asks the Court for an additional forty-five (45) days to find Mr. Evins' family and to produce his PPS.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to Plaintiff Arthur Evins; 1:17-cv-01025, grant an additional forty-five (45) days to locate his family as well as to submit the PPS and for all other just and appropriate relief.

Dated: December 26, 2018

Respectfully submitted,

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non- CM/ECF registered parties.

/s/ *William B. Curtis*