# EXHIBIT A

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                                                                          USA ▼ UK ▼ CHINA

**Blake A. Angelino**                                                                                   Faegre Baker Daniels LLP
Blake.Angelino@FaegreBD.com                                                              311 South Wacker Drive ▼ Suite 4300
Direct **+1 312 356 5145**                                                                         Chicago ▼ Illinois 60606-6622
                                                                                                                        Main **+1 312 212 6500**
                                                                                                                          Fax **+1 312 212 6501**

October 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for Evins, Arthur ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*[signature]*

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 4**

US.119355742.01