IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:16-cv-2382-RLY-TAB   Catchings
    1:16-cv-2383-RLY-TAB   Rogers
    1:16-cv-2385-RLY-TAB   Ross
    1:16-cv-2899-RLY-TAB   Garner
    1:17-cv-0069-RLY-TAB   Lanzer
    1:17-cv-0303-RLY-TAB   Keltee
    1:17-cv-0434-RLY-TAB   Papierski

## ORDER WITHDRAWING APPEARANCE

This matter is before the Court on Plaintiffs' motion to withdraw the appearance of attorney Jacob Edward Levy.  [1:14-ml-2570-RLY-TAB; Filing No. 9536.]  And the Court, being duly advised, now grants said motion and the appearance of Jacob Edward Levy is hereby withdrawn in each of the above cases.

Date:  12/27/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.