IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Plaintiff: DAVID CLARY<br>Case No. 1:17-cv-03413-TWP-MPB | **FILED**<br>DEC 27 2018<br>U.S. CLERK'S OFFICE<br>INDIANAPOLIS, INDIANA |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Grant L. Davis respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of David Clary in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of Missouri, 1987; United States District Court for the Western District of Missouri, 1987; and the Supreme Court of Kansas, 1989.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 12/18/18

Respectfully submitted,

DAVIS BETHUNE & JONES, LLC

Grant L. Davis, MO#34799
1100 Main Street, Suite 2930
Kansas City, MO 64105
(816) 421-1600; (816) 472-5972 fax
gdavis@dbjlaw.net
ATTORNEYS FOR PLAINTIFF