# CERTIFICATE OF GOOD STANDING



UNITED STATES OF AMERICA    )
                            )  ss.
WESTERN DISTRICT OF MISSOURI )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Grant L. Davis was duly admitted to practice in said Court on October 17, 1987.

Grant L. Davis is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri
on December 14, 2018

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Clerk

By   *Jeri Russel*
Jeri Russel, Deputy Clerk