

December 18, 2018

U.S. District Courts
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

      Re:    Cook Medical, Inc. IVC Filter MDL – MDL No. 2570
              Pro Hac Vice for Grant L. Davis

Dear Sir or Madam:

    Enclosed please find the completed Motion to Appear *Pro Hac Vice* for Grant L. Davis along with the proposed Order, Certificate of Good Standing and our firm check in the amount of $100.

    Please let us know if you need any additional information.

                                Very truly yours,

                                Kip Hensley
                                Paralegal

Enclosures