

**DAVIS BETHUNE JONES**



RECEIVED
DEC 26 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

KANSAS CITY
MO 640
19 DEC '18
PM 3 L

$ 000.47⁰
02 1P
0000916873  DEC 18 2018
MAILED FROM ZIP CODE 64105

U.S. District Courts
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN  46204

46204-199999