# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC.,                     Case No.:  1:14-ml-2570-RLY-TAB
IVC FILTERS MARKETING, SALES                            MDL No. 2570
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

This Document Relates to Plaintiff(s):

Edmund Beach
Civil Case #  1:16-cv-2509

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Edmund

Beach.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

Edmund Beach against Defendants Cook Medical LLC, Cook Incorporated and William Cook

Europe APS are dismissed in their entirety without prejudice and each party shall bear its own

costs.

SO ORDERED this 27th day of December 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record