## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation* | Case No.:   1:14-ml-2570-RLY-TAB<br><br>MDL No.:   2570 |
| This document relates to:<br><br>**AISHA RHINEHART**<br><br>          *Plaintiff*<br><br>v.<br><br>**COOK INCORPORATED**, *et al.*<br><br>          *Defendants* | Case No.:   1:16-cv-1421<br><br>Judge:        Hon. Richard L. Young<br><br>          **NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice acknowledged.  The appearance of attorney James G. O'Brien is hereby withdrawn.

Tim A. Baker
U.S. Magistrate Judge
December 27, 2018

To the Clerk of Court:

Attorney James G. O'Brien will no longer be involved with this matter. Please enter my withdrawal as counsel for Plaintiff consistent with Local Rule 83.7(c)(4).

Attorney Carasusana B. Wall will continue to represent Plaintiff and has already entered appearances.

December 7, 2018

Respectfully Submitted,

 */s/ James G. O'Brien*
James G. O'Brien (0088460)
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Ottawa Hills, Ohio 43606
Tel.:   (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law