IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases. | |

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

    Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8569]

    Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Case-Specific Expert Opinions of Michael C. Fishbein, M.D. [Filing No. 8605]

    Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Rebecca Betensky [Filing No. 8610]

    Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8613]

    Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8616]

    Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8624]

    Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Testimony of James Carlson, Ph.D. [Filing No. 8625]

    Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8629]

    Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Alan Litsky [Filing No. 8641]

Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Testimony of Harlan Krumholz, M.D. [Filing No. 8645]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8646]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 8568
Filing No. 8604
Filing No. 8609
Filing No. 8612
Filing No. 8615
Filing No. 8623
Filing No. 8620
Filing No. 8628
Filing No. 8640
Filing No. 8642
Filing No. 8644
Filing No. 8639

Date:  12/28/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.