# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *This document relates to:*<br>George Raulston., #17-1885 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

GEORGE RAULSTON, plaintiff in the above-captioned action, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendants with prejudice.  Each party shall bear their own costs.

Dated:  December 28, 2018          LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Yvonne M. Flaherty
Yvonne M. Flaherty, MN #267600
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  612-339-6900
Facsimile:   612-339-0981
Email: ymflaherty@locklaw.com
***Counsel for Plaintiff***

533452.1