## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

APPROVED.  Case is dismissed with prejudice.
Dated: 1/03/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

*This document relates to:*
George Raulston., #17-1885

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

GEORGE RAULSTON, plaintiff in the above-captioned action, by and through his

undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses the above-captioned action against Defendants

with prejudice.  Each party shall bear their own costs.

Dated:  December 28, 2018

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Yvonne M. Flaherty_____
   Yvonne M. Flaherty, MN #267600
   100 Washington Avenue South
   Suite 2200
   Minneapolis, MN  55401
   Telephone:  612-339-6900
   Facsimile:   612-339-0981
   Email: ymflaherty@locklaw.com
*Counsel for Plaintiff*