## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

**MELISSA LEE LITTLE,**
Plaintiff,

Case No.:1:14-ml-02570-RLY-TAB
Hon.: RICHARD L. YOUNG

-vs.-

**COOK MEDICAL INC.,**
Defendant.
_____/

**MUSSIN & SCANLAND, PLLC**
**SCOTT P. MUSSIN (P66748)**
**JERARD M. SCANLAND (P74992)**
Attorney for Defendant
13351 Reeck Court, Suite 5
Southgate, Michigan 48226
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com
_____/

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

**PLEASE TAKE NOTICE,** Jerard M. Scanland, hereby enters his appearance as co-counsel for Plaintiff. Please serve a copy of all notices, correspondence or orders on Mr. Scanland, who is admitted to practice in this Court, at the following address: 13351 Reeck Court, Suite 5, Southgate, Michigan 48195.

Dated: January 3, 2019

**JERARD M. SCANLAND (P74992)**
Attorney for Defendant
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com