## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SHARON JENKINS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.: 1:18-cv-03507-RLY-TAB |
| COOK INCORPORATED, ET AL | ) | |
| *Defendant* | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF, SHARON JENKINS

Pursuant to Local Rule 83.7, counsel for Sharon Jenkins, OSBORNE & FRANCIS LAW FIRM PLLC, hereby request the Court for an order allowing JOSEPH A. OSBORNE, and the firm OSBORNE & FRANCIS LAW FIRM, PLLC, to withdraw as counsel of record for Sharon Jenkins. In support thereof, counsel states:

The present case is subject to the Court's Third Amended Case Management Order No. 4 (CMO No. 4), which set forth the deadline to submit Plaintiff Profile Sheets. Counsel has attempted on multiple occasions, and through all known methods of communication, written and telephonic, e-mail and text messaging, to contact Plaintiff. Counsel received positive confirmation that Plaintiff received and accepted the Plaintiff Profile Sheet (PFS) on November 14, 2018. *Exhibit A*. Counsel provided client with a week to complete and return the PFS. *Exhibit B*. Counsel attempted to call Ms. Jenkins via telephone on all previously provided and listed numbers at least three times per line with no answer and leaving a message explaining to her the importance of communication. Despite these communications, Ms. Jenkins has not contacted the attorneys of Osborne & Francis Law Firm, PLLC. On December 21, 2018, counsel received a Deficiency Letter from defense. *Exhibit C*. On December 27, 2018 Counsel sent correspondence with a copy of the deficiency letter via FedEx standard overnight delivery with direct signature required advising client the importance of contacting counsel, giving client a deadline to respond, within

four (4) days before Osborne & Francis Law Firm would withdraw as counsel. *Exhibit D.* On January 4, 2019, Counsel tracked the FedEx envelope with the correspondence sent on December 27, 2018 to find that the it is pending pickup at the FedEx facility in Morgantown, WV. *Exhibit E.*

In light of the Court's scheduling deadlines detailed in the CMO No 4, and the deficiency letter, without cooperation and communication from Plaintiff, compliance with the Court's order is not feasible. Therefore, a compelling reason exists for the Court to permit JOSEPH A. OSBORNE, and the law firm of OSBORNE & FRANCIS LAW FIRM, PLLC to withdraw as counsel in this case.

A copy of this filed motion will be served upon Sharon Jenkins at her last known address of 538 Rose Street, Morgantown, WV 26501, (304) 288-9495.

Plaintiff's counsel would request this Honorable Court enter an Order allowing withdrawal as attorneys of record for Sharon Jenkins as of the date of this filing.

RESPECTFULLY SUBMITTED, this 4th day of January 2019.

>*/s/ Joseph A. Osborne*
>Joseph A. Osborne, Esq. – FL Bar #880043
>433 Plaza Real Blvd., Suite 271
>Boca Raton, FL 33432
>561/293-8100
>Fax: 561/923-8100
>Email: JOsborne@realtoughlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing Motion to Withdraw as Counsel of Record without Substitution for Plaintiff, Sharon Jenkins, with the clerk of the court using the CM/ECF filing system which will send notification of such filing to all counsel of record and mailed via U.S. Regular Mail and Certified Mail Return Receipt Requested (7018 0680 0000 1855 0342) to Sharon Jenkins at 538 Rose Street, Morgantown, WV 26501.

*/s/ Joseph A. Osborne*
Joseph A. Osborne, Esq. – FL Bar #880043
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
561/293-8100
Fax: 561/923-8100
Email: JOsborne@realtoughlawyers.com