# EXHIBIT A



773701872045    

# Delivered
## Wednesday 11/14/2018 at 5:22 pm

**DELIVERED**

Signed for by: S.JENKINS



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Tiffani Coe<br>433 Plaza Real Blvd.<br>Suite 271<br>BOCA RATON, FL US 33432<br>561 923-8334 | Sharon Jenkins<br>MORGANTOWN, WV US 26501<br>561 923-8334 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 773701872045 | FedEx 2Day | 1 lbs / 0.45 kgs |
| **SIGNATURE SERVICES** | **DELIVERY ATTEMPTS** | **DELIVERED TO** |
| Direct signature required | 1 | Residence |
| **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** | **TERMS** |
| 1 | 1 lbs / 0.45 kgs | Not Available |
| **SHIPPER REFERENCE** | **PACKAGING** | **SPECIAL HANDLING SECTION** |
| IVC Jenkins, Sharon 16-001577 | FedEx Envelope | Deliver Weekday, Residential Delivery, Direct Signature Required |
| **STANDARD TRANSIT** | **SHIP DATE** | **ACTUAL DELIVERY** |
| 11/14/2018 by 8:00 pm | Mon 11/12/2018 | Wed 11/14/2018 5:22 pm |

## Travel History

Local Scan Time

| | | | 2/2 |
|---|---|---|---|
| Wednesday , 11/14/2018 | | | |
| 5:22 pm | MORGANTOWN, WV | Delivered | |
| 11:03 am | MORGANTOWN, WV | On FedEx vehicle for delivery | |
| 10:36 am | MORGANTOWN, WV | Delivery exception | |
| | | Package at station, arrived after courier dispatch | |
| 10:36 am | MORGANTOWN, WV | At local FedEx facility | |
| 8:03 am | MOON TOWNSHIP, PA | At destination sort facility | |
| 5:43 am | MEMPHIS, TN | Departed FedEx location | |
| Monday , 11/12/2018 | | | |
| 8:50 pm | BOCA RATON, FL | Left FedEx origin facility | |
| 6:50 pm | BOCA RATON, FL | Picked up | |
| 11:08 am | | Shipment information sent to FedEx | |