# EXHIBIT B



**ATTORNEYS**
JOSEPH A. OSBORNE
GREGORIO A. FRANCIS
ANDREW NORDEN
AMI ROMANELLI
J. ROBERT BELL, III
BENJAMIN GARCIA

**PARALEGALS**
DENNIS FAULKNER
GINA GIOVANNI
ANGELIA SMART

Monday, November 12, 2018

<u>VIA FEDEX</u>
Sharon Jenkins
538 Rose Street
Morgantown, WV 26501

Re:   *Cook Medical, Inc., Ivc Filters Marketing, Sales Practices and Product Liability Litigation*

Dear Ms. Jenkins:

Please read this letter carefully before reviewing the packet. We filed a complaint on your behalf on November 12, 2018, a copy, along with copies of the CT Scan and Final CT Report hereto are enclosed for your records. Additionally, enclosed find the following documents:

1. **<u>Plaintiff Profile Sheet:</u>**  The Plaintiff Profile Sheet requires the plaintiff (You) to supply medical, liability and general background information within a specified time period. While much of the information requested in the Plaintiff Profile Sheet may seem excessive or irrelevant, that information is crucial to gauging the relative strengths and weaknesses of each Plaintiff's respective claim. **<u>Complete the entire packet to the best of your ability and execute the document where noted *(DO NOT DATE)*</u>**.

2. **<u>Authorizations:</u>** Although some of the authorizations may not pertain to you, please sign as they are required by the court. **<u>PLEASE DO NOT DATE</u>**.

Provide copies of the following:

1. **<u>Driver's License:</u>**  front and back.

2. **<u>Health Insurance Cards:</u>** any and all, front and back.

3. **<u>Medical Records:</u>** Any medical records in your possession related to the IVC filter, including, CT Scan Reports and/or a copy of the front and back of the Implant Card.

WWW.REALTOUGHLAWYERS.COM

**South Florida Office**
433 PLAZA REAL, SUITE 271 • BOCA RATON, FL  33432
TELEPHONE 561-293-2600 • FAX 561-923-8100

**Orlando Office**
PO BOX 140007 • ORLANDO, FL  32814
805 S. KIRKMAN RD., SUITE 205 • ORLANDO, FL  32811
TELEPHONE: 407-655-3333 • FAX 407-955-4865

Please return **ALL FORMS** in the enclosed self-addressed FedEx envelope by **November 21, 2018**. There is a **Court Ordered deadline for the completion**, so please do not delay.

Should you have any questions, do not hesitate to contact me directly at 561-923-8334 or via email at tcoe@realtoughlawyers.com.

                                                   Very truly yours,

                                                   *Tiffani Coe*

                                                 Tiffani Coe
                                               Paralegal for the Firm

Enclosures



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.