# EXHIBIT C

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

December 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Joseph A. Osborne
OSBORNE & FRANCIS LAW FIRM, PLLC
433 Plaza Real Blvd.
Suite 271
Boca Raton, FL 33432
josborne@realtoughlawyers.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Joseph A. Osborne:

According to our records, we have not received the Plaintiff Profile Sheet for Jenkins, Sharon ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*/s/ Blake Angelino*

Blake Angelino

Cc:   Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

RECEIVED DEC 21 2018