# EXHIBIT D



**ATTORNEYS**
JOSEPH A. OSBORNE
GREGORIO A. FRANCIS
ANDREW NORDEN
AMI ROMANELLI
J. ROBERT BELL, III
BENJAMIN GARCIA

**PARALEGALS**
DENNIS FAULKNER
GINA GIOVANNI
ANGELIA SMART

December 27, 2018

**VIA FEDEX**
Sharon Jenkins
538 Rose Street
Morgantown, WV 26501

    Re:    Your Potential IVC Filter Claim

Dear Ms. Jenkins:

We have attempted to contact you by telephone and written communication, although have been unsuccessful contacting you.

Your case is pending before the Court; therefore, there are various deadlines associated with your case that we must abide with. Failure to abide by these deadlines could result in dismissal of your case and potential impact to you. Accordingly, it would be in your best interest to immediately contact our office. Enclosed, find a copy of the deficiency letter received from defense.

If you would like us to continue to represent you in this matter, we will do so if you contact us immediately upon receipt of this correspondence. If you do not contact us by no later than **December 31, 2018**, we will have no other choice but to withdraw as your counsel.

We look forward to hearing from you in the hope that we can continue to represent you in this matter.

                           Very truly yours,

                           *Tiffani Coe*

                           Tiffani Coe
                           Paralegal for the South Florida Firm

WWW.REALTOUGHLAWYERS.COM

**South Florida Office**
433 PLAZA REAL, SUITE 271 • BOCA RATON, FL 33432
TELEPHONE 561-293-2600 • FAX 561-923-8100

**Orlando Office**
PO BOX 140007 • ORLANDO, FL 32814
805 S. KIRKMAN RD., SUITE 205 • ORLANDO, FL 32811
TELEPHONE: 407-655-3333 • FAX 407-955-4865

FaegreBD.com  **FAEGRE BAKER DANIELS**  USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

December 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Joseph A. Osborne
OSBORNE & FRANCIS LAW FIRM, PLLC
433 Plaza Real Blvd.
Suite 271
Boca Raton, FL 33432
josborne@realtoughlawyers.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Joseph A. Osborne:

According to our records, we have not received the Plaintiff Profile Sheet for Jenkins, Sharon ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside – mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

RECEIVED DEC 21 2018



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.