# EXHIBIT E



774068946265     

**Shipment is available for pickup at FEDEX FACILITY: 56 DISTRIBUTOR DRIVE.** We'll hold the shipment for five business days starting from December 28, 2018.

## Scheduled delivery: Pending pickup



**READY FOR PICKUP**

MORGANTOWN, WV

**GET STATUS UPDATES**

Direct signature required ?

Want to know when your package will arrive?
See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

| FROM | TO |
|---|---|
| Tiffani Coe<br>433 Plaza Real Blvd.<br>Suite 271<br>BOCA RATON, FL US 33432<br>561 923-8334 | Sharon Jenkins<br>FedEx Facility<br>56 DISTRIBUTOR DRIVE<br>MORGANTOWN, WV US 26501 |

## Shipment Facts

| TRACKING NUMBER | RECIPIENT ADDRESS | SERVICE |
|---|---|---|
| 774068946265 | Sharon Jenkins, 538 Rose Street, MORGANTOWN, 26501, WV, US | FedEx Standard Overnight |

| DOOR TAG NUMBER | WEIGHT | SIGNATURE SERVICES |
|---|---|---|
| DT105105747316 | 0.5 lbs / 0.23 kgs | Direct signature required |

| DELIVERY ATTEMPTS | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| 1 | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Not Available | IVC Jenkins, Sharon 16-001577 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday, Residential Delivery, Direct Signature Required | ?<br>12/28/2018 by 8:00 pm | ?<br>Thu 12/27/2018 |

SCHEDULED DELIVERY

**SCHEDULED DELIVERY**
Pending pickup

2/2

## Travel History

Local Scan Time

| | | | |
|---|---|---|---|
| **Friday , 12/28/2018** | | | |
| 3:36 pm | MORGANTOWN, WV | Ready for recipient pickup | |
| | | Package available for pickup at FedEx Facility: 56 DISTRIBUTOR DRIVE | |
| 2:13 pm | MORGANTOWN, WV | Delivery exception | |
| | | Customer not available or business closed | |
| 2:11 pm | MORGANTOWN, WV | Delivery exception | |
| | | Customer not available or business closed | |
| 9:01 am | MORGANTOWN, WV | On FedEx vehicle for delivery | |
| 8:34 am | MORGANTOWN, WV | At local FedEx facility | |
| 5:18 am | MOON TOWNSHIP, PA | At destination sort facility | |
| 3:04 am | MEMPHIS, TN | Departed FedEx location | |
| **Thursday , 12/27/2018** | | | |
| 10:59 pm | MEMPHIS, TN | Arrived at FedEx location | |
| 7:51 pm | BOCA RATON, FL | Left FedEx origin facility | |
| 6:52 pm | BOCA RATON, FL | Picked up | |
| 12:42 pm | | Shipment information sent to FedEx | |