IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INIDIANPOLIS DIVISON

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

Case No.:  1:14-ml-2570-RLY-TAB
MDL No.:  2570

This Document Relates to:

RAYMOND JACKSON and SHIRLEY JACKSON v. COOK INCORPORATED, COOK MEDICAL, LLC AND WILLIAM COOK EUROPE APS
Case No.:  1:16-cv-2483

___

**MOTION TO WITHDRAWAL COUNSEL**
___

TO:  The Clerk of Court and all other parties of record:

Counsel for the following case is making this Honorable Court and all parties aware that Kyle Alison Cubbon, who was counsel listed for the below states case, has retired and is no longer with the firm of Cubbon and Associates.  The undersigned will remain as lead counsel for the case listed below in MDL 2570 and asks that the Clerk of Court continue to provide copies of all pleadings, discovery and any other documents filed electronically to him.

Dated:  January 8, 2019                Respectfully submitted,

                                              CUBBON AND ASSOCIATES
                                              CO., L.P.A.

                                              */s/  Stuart F. Cubbon*
                                              Stuart F. Cubbon, OH Bar No.:  0006520
                                              CUBBON AND ASSOCIATES CO., L.P.A.
                                              500 Inns of Court Bldg., 405 North Huron
                                              P.O. Box 387, Toledo, OH  43697-0387
                                              Ph:  419-243-7243
                                              Fax:  419-243-9512
                                              *stucubbon@cubbon.com*

 

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                              */s/  Stuart F. Cubbon*