IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INIDIANPOLIS DIVISON

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ This Document Relates to All Actions _____ | Case No.: 1:14-ml-2570-RLY-TAB MDL No.: 2570 |

**NOTICE OF APPEARANCE *PRO HAC VICE***

Now comes Attorney Stuart F. Cubbon and the law firm of Cubbon and Associates and hereby enters an appearance *pro hac vice* on behalf of Plaintiffs Raymond Jackson and Shirley Jackson, in the above action.

Respectfully submitted,

CUBBON AND ASSOCIATES
CO., L.P.A.

/s/ Stuart F. Cubbon
Stuart F. Cubbon, OH Bar No.: 0006520
CUBBON AND ASSOCIATES CO., L.P.A.
500 Inns of Court Bldg., 405 North Huron
P.O. Box 387, Toledo, OH 43697-0387
419-243-7243
Fax: 419-243-9512
*stucubbon@cubbon.com*

## **CERTIFICATE OF SERVICE**

      I hereby certified that on January 8, 2019 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                              */s/  Stuart F. Cubbon*