IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND        Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570
_____

This document relates to Plaintiff:

*Carlos Davis*
*Civil case # 1:16-cv-02699-RLY-TAB*
_____

# ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Carlos Davis.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Carlos Davis against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this 28th day of December, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record