**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

This Document Relates to 15 Bird's Nest Cases:

*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*Elizabeth Duffy*, 1:17-cv-00254
*Brent Fichtner*, 1:18-cv-00286
*Juanita Heard*, 1:17-cv-04592
*Ernest Muhammad*, 1:17-cv-03542
*Jimmie Nixon*, 1:17-cv-04693
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Annette Sales-Orr*, 1:16-cv-02636
*Dorothy Stroech*, 1:17-cv-03543
*Mary Thomas (GA)*, 1:16-cv-035521
*William Wendt*, 1:18-cv-03283
Antoinette *Williams*, 1:18-cv-00248
*Marie Wilson*, 1:17-cv-03337

_____

**COOK DEFENDANTS' MOTION FOR LEAVE**
**TO FILE REPLY IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC

(f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook

Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a

brief in excess of 20 pages, specifically their Reply in Support of Motion for Judgment on the

Pleadings Based on Federal Preemption in the Bird's Nest Filter Cases.  This brief will be

electronically filed today, January 9, 2019.  In support of this motion, the Cook Defendants state:

1.      Local Rule 7.1(e)(1) provides that reply briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 20 pages without prior approval of the Court.  *See* Local Rule 7-1.

2.      The Cook Defendants hereby request leave to file a brief in excess of 20 pages in support of their Motion for Judgment on the Pleadings in the Bird's Nest cases. The Cook Defendants' dispositive motion relates to multiple plaintiffs who hail from multiple states (13 in all), and who all have several different kinds of claims. Complex questions of federal preemption are at issue. An analysis of both federal law and the law of the various states at issue is required to explain why Plaintiffs' claims are preempted.

3.      For these reasons, the Cook Defendants reasonably require a reply of more than 20 pages to fully address and brief all arguments in support of their Motion for Judgment on the Pleadings.

4.      The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary to request leave of court to exceed the 20-page maximum set forth in Local Rule 7.1(e)(1).

5.      Cook's reply brief is just over 30 pages.

6.      Pursuant to Local Rule 7.1(e)(3), the Cook Defendants have included a Table of Contents and a Table of Authorities in reply.

7.      A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply brief in excess of 20 pages in support of their Motion for Judgment on the Pleadings in the Bird's Nest cases.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

Dated: January 9, 2019          */s/ Andrea Roberts Pierson*

Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

Bruce Jones (# 179553)
Charles Webber (# 215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone: (612) 766-8719
Facsimile:  (612) 766-1600
Email:  bruce.jones@faegrebd.com
Email:  chuck.webber@faegrebd.com

*Counsel for the Defendants, Cook Incorporated,
Cook Medical LLC (f/k/a Cook Medical
Incorporated), and William Cook Europe ApS*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, a copy of the foregoing COOK DEFENDANTS'

MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TWENTY PAGES was filed

electronically, and notice of the filing will be sent to all parties by operation of the Court's

electronic filing system to CM/ECF participants registered to receive service in this matter.

Parties may access this filing through the Court's system.  Lead Counsel for Defendants will

serve any non-CM/ECF registered parties.

*/s/ Andrea Roberts Pierson*

4

US.121472649.01