UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ <br><br> This Document Relates to: <br><br> Tonya Brand, <br> 1:14-cv-06018-RLY-TAB | 1:14-ml-02570-RLY-TAB |

**Entry on Motions Hearing held January 8, 2019**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the motions hearing set this date.  Plaintiffs appear by Ben Martin, Joe Williams. Mike Heaviside, Roger Mandel, Laura Baughman, Misty Farris and Denman Heard; Defendants appear by Andrea Pierson, Chuck Webber, Jessica Cox, Ryan Hurley Kip McDonald, Bruce Jones and Anna Rutigliano.

The court hears argument from the counsel.

Court is adjourned until 9:00 a.m. tomorrow.

Distributed Electronically to Registered Counsel of Record