UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ <br><br>This Document Relates to: <br><br>Tonya Brand, <br>1:14-cv-06018-RLY-TAB | 1:14-ml-02570-RLY-TAB |

**Entry on Motions Hearing held January 9, 2019**

**Before the Hon. Richard L. Young, Judge**

    The parties appear for day 2 of the motions hearing.  Plaintiffs appear by Ben Martin, Joe Williams. Mike Heaviside, Roger Mandel, Laura Baughman, Misty Farris and Denman Heard; Defendants appear by Andrea Pierson, Chuck Webber, Jessica Cox, Ryan Hurley Kip McDonald, Bruce Jones and Anna Rutigliano.

    The court hears argument from the counsel.

    Rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record