UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |

Tonya Brand,
1:14-cv-06018-RLY-TAB

**ENTRY REGARDING LOCATION OF TRIAL**

The jury trial set to begin on Monday, JANUARY 14, 2019 at 9:00 a.m. will be

held in in Room 307 of the Birch Bayh Federal Building and United States Courthouse,

Indianapolis, Indiana 46204.

Dated: 1/10/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record