UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| _____ | ) | |

This Document Relates to:
Jeremy Anderson, 1:18-cv-00429;
and Debra Haskins, 1:18-cv-00471
_____

### ORDER TO REOPEN CASE

AND NOW, to wit. this 10th day of January 2019, upon consideration of the foregoing Motion to Vacate and Reopen, find the following:

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, without objection;

and IT IS FURTHER ORDERED that the cases are reopened and returned to active docket.

SO ORDERED this 10th day of January 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record