# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## MOTION FOR ADDITIONAL PEREMPTORY STRIKES

Plaintiff Tonya Brand respectfully moves the Court to permit each party one additional peremptory challenge pursuant to Local Rule 47-4(b) in light of the Court's stated intention to impanel more than six jurors at the trial of this case.

## ARGUMENT

At the hearing on January 9, 2019, this Court indicated that it expected to impanel at least one additional juror beyond the required six jurors. Local Rule 47-4(b), which authorizes the Court in its discretion to impanel up to four additional jurors, also authorizes the Court to allow the parties additional peremptory challenges in such a case. Loc. R. 47-4(b).

As the Court has noted, this is a bellwether case, and the goal is to obtain as much useful information as possible from the trial. Allowing each party one additional peremptory challenge will result in more careful selection of the jury and greater confidence that the jury's verdict is representative and informative.

1

At the same time, allowing additional peremptory challenges is a low risk, low cost method of securing this benefit. It would prejudice neither party and could be easily accommodated by the Court. The risk/benefit analysis weighs in favor of providing additional peremptory challenges to the parties.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully requests that the Court grant each party one additional peremptory challenge pursuant to Local Rule 47-4(b).

Dated January 10, 2019.

Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin