# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER

Having considered Plaintiff's motion that each party received one additional peremptory challenge, the Court concludes that the motion has merit and is hereby GRANTED.

**SO ORDERED** on this _____ day of January, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana