IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
LILLIAN PEZZOTTI
Civil Case # 1:18-cv-02326-RLY-TAB

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Lillian Pezzotti (herein referred to as "Plaintiff"), requests leave of court to file a First Amended Complaint.

### A. INTRODUCTION

1. Plaintiff is Lillian Pezzotti. Defendants are Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS (hereinafter referred to as "Defendants")

### B. ARGUMENT

2. Plaintiff seeks to amend her complaint to correct inadvertent errors contained in his original complaint, as follows: correct the date of implantation of her Inferior Vena Cava Filter to reflect March 21, 2012, to correct Count VII to reflect Pennsylvania, to correct the District Court and Division to be Pennsylvania Eastern District Court, to correct the facility where the filter was implanted, and to correct the applicable Inferior Vena Cava Filter product as being a Cook Celect Vena Cava Filter. (see Amended Short Form Complaint, attached hereto as Exhibit 1).

3. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading, *Foman v. Davis*, 371 U.S. 178, 182 (1962).

4. Leave to amend should be given freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182; *C.F. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 985 (9th Cir. 2001); *Bylin v. Billings,* 568 F. 3d 1224, 1229 (10th Cir. 2009).

5. The Court should allow the filing of Plaintiff's amended pleading because Defendants will not be prejudiced by the amended pleading, *Bylin v. Billings*, 568 F. 3d 1224, 1229-30 (10th Cir. 2009). Defense counsel has also reached out to Plaintiff's counsel to be able to have this information specified.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court enter an order granting him leave to file a First Amended Complaint.

Dated: January 10, 2019

Respectfully submitted,

/s/ *James A. Morris, Jr.*
James A. Morris, Jr., Esq. (CA Bar No. 296852)
Morris Law Firm
4111 W. Alameda Avenue Suite 611
Burbank, CA 91505
Telephone: (747) 283-1144
Facsimile: (747) 283-1143
jmorris@jamlawyers.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ *James A. Morris, Jr.*

# "EXHIBIT 1"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s) LILLIAN PEZZOTTI

Civil Case # 1:18-cv-2326

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Lillian Pezzotti

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Pennsylvania Eastern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated
   ☑ Cook Medical, LLC
   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☑ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other: _____

11. Date of implantation as to each product:

    March 21, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Crozer Chester Medical Center in Upland, PA

13. Implanting Physician(s):

    Kenneth Chang, M.D..

14. Counts in the Master Complaint brought by Plaintiffs:
    ☑ Count I:      Strict Products Liability - Failure to Warn
    ☑ Count II:     Strict Products Liability - Design Defect
    ☑ Count III:    Negligence
    ☑ Count IV:     Negligence *Per Se*
    ☑ Count V:      Breach of Express Warranty
    ☑ Count VI:     Breach of Implied Warranty

3

☑ Count VII:     Violations of Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☑ Count XI:      Punitive Damages

☐ Other:         _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:         _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiffs:

JAMES A. MORRIS, JR.

16. Address and bar information for Attorney for Plaintiffs:

JAMES MORRIS, JR., CA Bar No. 296852

MORRIS LAW FIRM, 4111 W. Alameda Avenue, Suite 611, Burbank, CA 91505

Date: January 1, 2019

    Respectfully submitted,

    By: s/James A. Morris, Jr.
    James A. Morris, Jr. (CA Bar No. 296852)
    **MORRIS LAW FIRM**
    4111 W. Alameda Avenue Suite 611
    Burbank, CA 91505
    (747) 283-1144
    (747) 283-1143 (fax)
    jmorris@jamlawyers.com
    ***Attorney for Plaintiff***