**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
LILLIAN PEZZOTTI
Civil Case # 1:18-cv-02326-RLY-TAB

## ORDER

On this day came on to be considered Plaintiff's Motion for Leave to File an Amended Complaint and, after considering same, the Court is of the opinion that it should be GRANTED.

Signed this _____ day of _____, 2019

_____
Judge Presiding