## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

*Tonya Brand*
No. 1:14-cv-06018-RLY-TAB

## **[PROPOSED] JOINT ISSUE INSTRUCTION**

The Plaintiff in this case is Tonya Brand. She filed this lawsuit against the Defendants, which are Cook Medical LLC, Cook Incorporated, and William Cook Europe ApS. I will refer to them simply as "Cook."

Cook made and sold a medical product called a Celect IVC Filter. IVC is a term you will hear during this trial, and it means inferior vena cava. It's one of the largest veins in the human body. The Celect IVC Filter was placed into Plaintiff's IVC in 2009. The Celect IVC Filter was removed in 2015. She claims that the product was defective in its design and caused her injuries.

Cook denies Plaintiff's claims. Cook says that the product was not defective. Cook also says that intervening causes, and not any defect in the product, led to Plaintiff's injury.

- 2 -

Dated: January 11, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Andrea Roberts Pierson*
　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　Jessica Benson Cox (# 26259-49)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　　　Telephone: (317) 237-0300
　　　　　　　　　　　　　　　　　　　　Facsimile:  (317) 237-1000
　　　　　　　　　　　　　　　　　　　　Email:  andrea.pierson@faegrebd.com
　　　　　　　　　　　　　　　　　　　　　　　　jessica.cox@faegrebd.com

　　　　　　　　　　　　　　　　　　　　Charles F. Webber (# 215247)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 S. 7th Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 766-1600
　　　　　　　　　　　　　　　　　　　　Email:  chuck.webber@faegrebd.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*


　　　　　　　　　　　　　　　　　　　　/s/ *Joseph N. Williams*
　　　　　　　　　　　　　　　　　　　　Joseph N. Williams, Atty. No. 25874-49
　　　　　　　　　　　　　　　　　　　　RILEY WILLIAMS & PIATT, LLC
　　　　　　　　　　　　　　　　　　　　301 Massachusetts Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　　　(317) 633-5270
　　　　　　　　　　　　　　　　　　　　Fax: (317) 426-3348
　　　　　　　　　　　　　　　　　　　　jwilliams@rwp-law.com

　　　　　　　　　　　　　　　　　　　　*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street NW, Suite 800
Washington, DC 20006
(202) 233-1993
mheaviside@hrzlaw.com


/s/ *Ben C. Martin*
Ben C. Martin, Esq.
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlin Street, Suite 1230
Dallas, TX 75219
(214) 761-6614
Fax: (214) 74407590
bmartin@bencmartin.com


/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEW AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
Fax: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, a copy of the foregoing **JOINT ISSUE INSTRUCTION** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*