UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Tonya Brand, | ) | |
| 1:14-cv-06018-RLY-TAB | ) | |
| _____ | ) | |

**ENTRY FOR JANUARY 8-9, 2019**

**RICHARD L. YOUNG, JUDGE**

At the hearing held on January 8-9, 2019, the court heard argument on pending

motions, and now rules as follows:

1.      The Cook Defendants' Motion to Bifurcate (Filing No. 8681) is

**GRANTED** pursuant to Federal Rule of Civil Procedure 42(b).  In the first phase, the

jury shall determine liability and compensatory damages, and in the second phase, the

jury shall determine punitive damages if necessary.

2.      The Cook Defendants' Renewed Omnibus Motion in Limine No. 30 (the

"Alexander Email") (Filing No. 8880) is **GRANTED**.  If Mr. Alexander or Mr. Lyles

testifies, the court will reconsider its ruling.

3.      Plaintiff's Motion in Limine No. 15 on Unrelated Medical Conditions

(Filing No. 8873) is **DENIED**.

1

4.      The Cook Defendants' Motion to Strike Rebuttal Expert Reports (Filing

No. 8461) is **GRANTED in part** and **UNDER ADVISEMENT in part**.  The motion is

**GRANTED** with respect to the rebuttal expert reports of Dr. Krumholz and Dr. Kan.  Dr.

Krumholz's rebuttal opinions are no longer relevant given the court's ruling dismissing

Plaintiff's failure to warn claims.  Dr. Kan's rebuttal opinions are simply conclusory

statements and lack any basis or reasons for them.  *See* Fed. R. Civ. P. 26(a)(2)(B)(i)

(requiring an expert report to contain "a complete statement of all opinions the witness

will express and the basis and reasons for them").  The motion is **UNDER**

**ADVISEMENT** with respect to the rebuttal expert report of Dr. Gordon.

5.      The Cook Defendants' Motion in Limine on the Lyon Publication (Filing

No. 8880) is **GRANTED** with respect to the liability phase of the trial.

6.      The Cook Defendants' Motion for Trial Procedures (Filing No. 9772) is

**GRANTED in part**.

7.      Whether certain failure-to-warn evidence is admissible to establish

Plaintiff's design defect claims is **UNDER ADVISEMENT**.

In other matters, the court ruled on the parties' objections to certain deposition

designations.  In addition, the parties stipulated to the net worth of the three Cook

Defendants in this case, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical

Incorporated), and William Cook Europe APS.

**SO ORDERED** this 11th day of January 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.