UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff
   *Brand v. Cook Medical, Inc. et al.*,
   Case No. 1:14-cv-06018-RLY-TAB

## ORDER REGARDING TRIAL PROCEDURES

This matter came before the Court on Cook's Motion to Adopt Trial Procedures [Dkt. 9772]. The Court, having considered said motion, Plaintiff's response [Dkt. 9816], and oral argument from the parties, hereby **ORDERS**, **APPROVES** and **ENTERS** the following trial procedures applicable to the trial of this case:

1. The parties shall exchange hard copies of exhibits at trial when the exhibit is offered or shown to a witness.

2. Each side shall have 40 minutes for voir dire, and 70 minutes for opening statements.

3. The parties shall not refer to or argue, or adduce any evidence of or attempt to adduce any evidence of, the other party's failure to call any witness equally available to both parties.

4. Plaintiff will notify the Cook Defendants of the witnesses for the first day of trial by 6:00 p.m. Eastern time on Friday, January 11, 2019. By noon Eastern time on each day of trial, the parties shall notify each other of the witnesses to be called on the following trial day. If

- 2 -

no trial is to be held on Friday, the parties will notify each other by Friday at noon Eastern time (rather than Thursday at noon Eastern time) of the witnesses to be called the following Monday.

5. By 7:00 p.m. Eastern each evening, the parties will notify each other of the exhibits they reasonably anticipate they may use on direct examination for retained testifying experts the following trial day. If no trial is to be held the next day, no notice of exhibits need be given until 7:00 p.m. the evening before the next trial day.

6. Any party who wishes to call a witness from the "may-call" witness list must give the other party 48 hours notice, unless that witness's testimony will be presented by deposition.

7. Plaintiff will give Cook 24 hours notice that she intends to rest in her case in chief. Within five hours after receiving such notice, Cook will inform Plaintiff of the first witness it intends to call in its case in chief.

8. Christian Schoenberg shall serve as a Danish translator, should a translator be required. Each party will cover Mr. Schoenberg's travel costs and fees incurred during that party's respective case in chief or rebuttal.

9. The parties shall exchange any computer simulations or animations to be shown to the jury during opening statement by noon Eastern time on Saturday, January 12, 2019. (This does not include argument outlines, timelines, and the like.) Any objections to any such material shall be lodged with the other party by noon Eastern time on Sunday, January 13. The parties shall exchange any animations or computer simulations to be used on direct examination by 5:00 p.m. Eastern time the day before the animation or simulation will be used. Demonstrative aids and documents used on cross-examination need not be exchanged beforehand.

- 3 -

10. With respect to expert witnesses, neither party will elicit testimony or offer evidence of the specific dollar amount paid to any of the other party's experts for the expert's work in any other Cook filter case or in the Cook filter litigation as a whole.

11. If either party impeaches a witness using deposition or trial testimony from another lawsuit, the questioning party shall not refer to the other lawsuit by name or refer to or suggest the existence of another lawsuit, but shall refer to the testimony in question as "prior sworn testimony," or "earlier sworn testimony."

SO ORDERED this 14th day of January, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

All counsel of record via the Court's CM/ECF system

All non-registered counsel of record will be served by Plaintiffs' Lead Counsel