UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL NO. 2570

Case No. 1:14-ml-2570-RLY-TAB

THIS DOCUMENT RELATES TO:
*Tonya Brand*, Case No.1:14-cv-06018-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiff Tonya Brand respectfully moves the Court to maintain under seal Plaintiff's unredacted Bench Brief Seeking Instruction for Opening Statement Regarding This Court's Order Granting Cook Defendants' Omnibus Motions In Limine (New) No. 44 and its accompanying unredacted exhibit [Dkt. No. 9895 and Dkt. No. 9897]. Further, Docket Nos. 9895 and 9897 and their accompanying exhibits are the exact same filing.

Plaintiff's motion contains references and quotations to material that has been designated as "Confidential" as has the accompanying exhibit.

Dated January 14, 2019

Respectfully Submitted,
*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

1

/s/ Michael W. Heaviside\
Michael W. Heaviside, Esq.\
Heaviside Reed Zaic, A Law Corporation\
910 17th Street NW, Suite 800\
Washington, DC 20006\
Telephone: (202) 233-1993\
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin\
Ben C. Martin, Esq.\
The Law Office of Ben C. Martin\
3710 Rawlin Street, Suite 1230\
Dallas, TX 75219\
Telephone: (214) 761-6614\
Facsimile: (214) 74407590\
Email: bmartin@bencmartin.com

/s/ David P. Matthews\
David P. Matthews, Esq.\
Matthew and Associates\
2509 Sackett St.\
Houston, TX 77098\
Telephone: (713) 522-5250\
Facsimile: (713) 535-7184\
Email: dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph N. Williams\
Joseph N. Williams

2