UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2570  Case No. 1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO:
*Tonya Brand*, Case No.1:14-cv-06018-RLY-TAB

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiff's Motion to Maintain Documents Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered, Adjudged, and Decreed that Plaintiff's unredacted Bench Brief Seeking Instruction for Opening Statement Regarding This Court's Order Granting Cook Defendants' Omnibus Motions In Limine (New) No. 44 and its accompanying unredacted exhibit [Dkt. No. 9895 and Dkt. No. 9897] shall remain under seal.

All of which is Ordered this _____day of January, 2019

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.