UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

ORDER MAINTAINING DOCUMENT
DKT. NOS. 8639 AND 8639-2 THROUGH 8639-14 UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 8646] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Plaintiff's Memorandum in Support of Motion to Exclude or Limit the Testimony of Renu Virmani, M.D. [Dkt. No. 8639] and Exhibit A [Dkt. No. 8639-2 to 8639-5], Exhibit B [Dkt. No. 8639-6 to 8639-13], and Exhibit C [Dkt. No. 8639-14] thereto** are to be maintained *under seal.*

SO ORDERED this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.120547817