IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc., et al*
Case No. 1:14-cv-6018-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Tonya Brand.

Dated: January 7, 2019

*/s/ Misty Ann Farris*
Misty Ann Farris, State Bar No. 00796532
**Fears Nachawati Law Firm**
5473 Blair Road
Dallas, TX 75231
Telephone: (469) 221-9186
Facsimile: (214) 890-0712
mfarris@fnlawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 7, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Misty Ann Farris*
                Misty Ann Farris