**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**MELISSA LITTLE,**
    Plaintiff,

Case No. 1:14-ml-2570-RLY-TAB MDL
No. 2570
Hon.: RICHARD L. YOUNG

**COOK MEDICAL, INC., IVC FILTERS**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION,**
    Defendant.

| | |
|---|---|
| **MUSSIN & SCANLAND, PLLC**<br>**SCOTT P. MUSSIN (P66748)**<br>**JERARD M. SCANLAND (P74992)**<br>Attorneys for Plaintiff<br>13351 Reeck Court, Suite 5<br>Southgate, Michigan 48195<br>Phone: (734)-282-6037<br>Fax: (734)-447-5853<br>JScanland@milawoffices.com | **FAEGRE BAKER DANIELS, LLP**<br>**KIP McDONALD**<br>Attorneys for Defendant<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Phone: (317)-237-1000 |

**CERTIFICATE OF SERVICE**

I, **JERARD M. SCANLAND,** being first duly deposed and sworn, deposes and swears under the penalty of perjury, he caused to be served on attorney Kip McDonald, Plaintiff's Case Categorization Submission Form, and this Certificate Of Service by emailing the aforementioned documents to CookFilterMDL@faegreBD.com and plaintiffscoleadcounselmdl@gmail.com. Service occurred on January 15, 2019 at 1:04p.m.

Dated: January 15th, 2019

                              **JERARD M. SCANLAND**
                              Attorney for Plaintiff