IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff(s)
SHARLEAN A. BRAWNER_____

 Civil Case # 1:16-cv-00184-RLY-TAB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE INSTANT CASE ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party.  *Cause number 1:14-cv-01873-RLY-TAB also pending before this Court shall NOT be dismissed.*

Dated:  January 15, 2019

MATTHEWS & ASSOCIATES                     FAEGRE BAKER DANIELS LLP


*/s/ David P. Matthews*_____        */s/ Kip S.M. McDonald*_____
David P. Matthews, Bar No. 13206200       Kip S.M. McDonald
2905 Sackett Street                       Andrea Roberts Pearson
Houston, TX 77098                         300 North Meridian St., Suite 2700
Telephone:  (713) 522-5250                Indianapolis, IN 46204
Facsimile:  (713) 535-7184                Tel. (317) 237-1485
matthewsivc@thematthewslawfirm.com        Fax (317) 237-1000
                                          Kip.McDonald@FaegreBD.com
*Counsel for Plaintiff*                   andrea.pierson@faegrebd.com

                                          *Counsel for Defendants*

**SO ORDERED** this ____ day of _____, 2019.


                                          _____
                                          Hon. Richard L. Young