UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br> This Document Relates to: <br> Tonya Brand, <br> 1:14-cv-6018-RLY-TAB <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**COURTROOM MINUTES FOR JANUARY 14, 2019**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

The Plaintiff appears in person and by Joe Williams, Ben Martin, Denman Heard, Misty Farris, Mike Heaviside, Laura Baughman, Rob Hammers and CJ Baker and Defendants appear by counsel Andrea Pierson, Charles Webber, Jessica Cox, Bruce Jones, Ryan Hurley, Victoria Calhoun and Kip McDonald.   Stating they are ready to proceed, the trial of this cause is commenced.   Those jurors regularly drawn are examined by the court and counsel, and those jurors selected are sworn.

The court preliminarily instructs the jury and opening argument of counsel is heard.   The time for adjournment having arrived the court is adjourned until 9:00 a.m. tomorrow.   The jury is admonished and allowed to separate.

Distributed Electronically to Registered Counsel of Record