**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

|                  |                  |
|------------------|------------------|
| 1:18-cv-03769    | 1:18-cv-03869    |
| 1:18-cv-03771    | 1:18-cv-03933    |
| 1:18-cv-03773    | 1:18-cv-03960    |
| 1:18-cv-03783    | 1:18-cv-03961    |
| 1:18-cv-03787    | 1:18-cv-03964    |
| 1:18-cv-03790    | 1:18-cv-03967    |
| 1:18-cv-03793    | 1:18-cv-03972    |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS


Dated:      January 16, 2019        /s/ Andrea Roberts Pierson
                                 Andrea Roberts Pierson (# 18435-49)
                                 Kip S. M. McDonald (# 29370-49)
                                 FAEGRE BAKER DANIELS LLP
                                 300 North Meridian Street, Suite 2700
                                 Indianapolis, Indiana 46204
                                 Telephone: (317) 237-0300
                                 Facsimile: (317) 237-1000
                                 E-Mail:  andrea.pierson@faegrebd.com
                                 E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01