# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Theresa T. Edwards

Civil Case # 1:18-cv-3339

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Theresa T. Edwards

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Florida

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Florida

6.      Plaintiff's/Deceased Party's current state of residence:

     Virginia

7.      District Court and Division in which venue would be proper absent direct filing:

     Southern District of Florida, Miami-Dade Division

8.      Defendants (Check Defendants against whom Complaint is made):

     ☒     Cook Incorporated

     ☒     Cook Medical LLC

     ☒     William Cook Europe ApS

9.      Basis of Jurisdiction:

     ☒     Diversity of Citizenship

     ☐     Other: _____

    a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6,7,8,11,12,19,23,24,25,26,27,28

    b.   Other allegations of jurisdiction and venue:

    N/A

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

     (Check applicable Inferior Vena Cava Filters):

     ☐     Günther Tulip® Vena Cava Filter

     ☐     Cook Celect® Vena Cava Filter

     ☐     Gunther Tulip Mreye

     ☒     Cook Celect Platinum

     ☒     Other: 2nd Cook Celect Platinum

11.   Date of Implantation as to each product:

Both Cook Celect Platinum IVC Filters implanted on 10/28/2015

12.   Hospital(s) where Plaintiff was implanted (including City and State):

Mount Sinai Medical Center, Miami Beach, Florida

13.   Implanting Physician(s):

Timothy Yates, MD

14.   Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:       Strict Products Liability – Failure to Warn

☒     Count II:      Strict Products Liability – Design Defect

☒     Count III:     Negligence

☐     Count IV:      Negligence Per Se

☐     Count V:       Breach of Express Warranty

☐     Count VI:      Breach of Implied Warranty

☐     Count VII:     Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐     Count VIII:    Loss of Consortium

☐     Count IX:      Wrongful Death

☐     Count X:       Survival

☒     Count XI:      Punitive Damages

☐     Other: _____ (please state the facts supporting

this Count in the space, immediately below)

☐      Other: _____ (please state the facts supporting

this Count in the space, immediately below)

15.    Attorney for Plaintiff(s):

Joseph H. Saunders. Saunders & Walker, P.A

16.    Address and bar information for Attorney for Plaintiff(s):

3491 Gandy Blvd N, Suite 200, Pinellas Park, Florida 33781

Florida Bar No. 341746, California Bar No. 101927

Dated: January 9, 2019

Respectfully submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker, P.A
3491 Gandy Blvd N, Suite 200
Pinellas Park, Florida 33781
(727) 579-4500, FAX (727) 577-9696
joe@saunderslawyers.com
Attorney for Plaintiff

Theresa T. Edwards

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, a copy of the foregoing was served electronically on CookFilterMDL@FaegreBD.com and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph H. Saunders