IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff(s)   THOMAS MONTAGUE


Civil Case # 1:18-cv-3711

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   THOMAS MONTAGUE
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

   NEW HAMPSHIRE
   _____

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    NEW HAMPSHIRE

6.  Plaintiff's/Deceased Party's current state of residence:

    NEW HAMPSHIRE

7.  District Court and Division in which venue would be proper absent direct filing:

    NEW HAMPSHIRE DISTRICT COURTS

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   COOK INCORPORATED

    ☒   COOK MEDICAL LLC

    ☒   WILLIAM COOK EUROPE APS

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    23 _____

    b.  Other allegations of jurisdiction and venue:

    N/A _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☑   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

2

☐        Other:  Cook Celect® Filter Set Femoral and Jugular Approach

11. Date of Implantation as to each product:

12/18/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Dartmouth Hitchcock Medical Center, Lebanon, NH

13. Implanting Physician(s):

Walsh, Suckow, Perri

Dr. Daniel Walsh, General Surgeon
Dr. Bjoern D. Suckow, Vascular Surgeon
Dr. Perry A. Ball, Neurosurgeon

14. Counts in the Master Complaint brought by Plaintiff(s):

☒        Count I:        Strict Products Liability – Failure to Warn

☒        Count II:        Strict Products Liability – Design Defect

☒        Count III:        Negligence

☒        Count IV:        Negligence Per Se

☒        Count V:        Breach of Express Warranty

☒        Count VI:        Breach of Implied Warranty

☒        Count VII:        Violations of Applicable _____ and Indiana Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐        Count VIII:        Loss of Consortium

☐        Count IX:        Wrongful Death

☐        Count X:        Survival

☒        Count XI:        Punitive Damages

☐        Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

3

☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff:

David W. Bauman
_____

16. Address and bar information for Attorney for Plaintiff(s):

Padberg, Corrigan & Appelbaum, 48 Mt. Vernon Street, Suite 206, Winchester MA

01890, MO Bar # 52481; IL Bar # 6274534
_____

Respectfully submitted,

PADBERG, CORRIGAN & APPELBAUM


/s/ David W. Bauman
_____
David Bauman, MO Bar No 52481; IL Bar No 6274534
48 Mt Vernon Street
Suite 206
Winchester, MA 01890
Telephone: (781) 721-4400
Facsimile: (781) 721-4402
dave@padberglaw.com

*Lead Counsel for Plaintiff*