IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)  MARK MORGAN

Civil Case # 1:18-cv-3712

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   MARK MORGAN

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   WEST VIRGINIA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    PENNSYLVANIA

6. Plaintiff's/Deceased Party's current state of residence:

    PENNSYLVANIA

7. District Court and Division in which venue would be proper absent direct filing:

    WESTERN DISTRICT OF PENNSYLVANIA

8. Defendants (Check Defendants against whom Complaint is made):

    ☒   COOK INCORPORATED

    ☒   COOK MEDICAL LLC

    ☒   WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    23

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ✓   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

2

    ☐    Other:  Cook Celect® Filter Set Femoral and Jugular Approach

11. Date of Implantation as to each product:

    1/17/2005

12. Hospital(s) where Plaintiff was implanted (including City and State):

    RUBY MEMORIAL HOSPITAL 1 Medical Center Dr, Morgantown, WV 26505

13. Implanting Physician(s):

    CHARLES T. ROSON, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability – Failure to Warn

    ☒    Count II:    Strict Products Liability – Design Defect

    ☒    Count III:    Negligence

    ☒    Count IV:    Negligence Per Se

    ☒    Count V:    Breach of Express Warranty

    ☒    Count VI:    Breach of Implied Warranty

    ☒    Count VII:    Violations of Applicable _____ and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

    ☐    Count IX:    Wrongful Death

    ☐    Count X:    Survival

    ☒    Count XI:    Punitive Damages

    ☐    Other:    _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff:

   David W. Bauman

16. Address and bar information for Attorney for Plaintiff(s):

   Padberg, Corrigan & Appelbaum, 48 Mt. Vernon Street, Suite 206, Winchester MA 01890, MO Bar # 52481; IL Bar # 6274534

   Respectfully submitted,

   PADBERG, CORRIGAN & APPELBAUM

   */s/ David W. Bauman*
   David Bauman, MO Bar No 52481; IL Bar No 6274534
   48 Mt Vernon Street
   Suite 206
   Winchester, MA 01890
   Telephone: (781) 721-4400
   Facsimile: (781) 721-4402
   dave@padberglaw.com

   *Lead Counsel for Plaintiff*