IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*Elizabeth Duffy*, 1:17-cv-00254
*Brent Fichtner*, 1:18-cv-00286
*Juanita Heard*, 1:17-cv-04592
*Ernest Muhammad*, 1:17-cv-03542
*Jimmie Nixon*, 1:17-cv-04693
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Annette Sales-Orr*, 1:16-cv-02636
*Dorothy Stroech*, 1:17-cv-03543
*Mary Thomas (GA)*, 1:16-cv-035521
*William Wendt*, 1:18-cv-03283
*Marie Wilson*, 1:17-cv-03337

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON FEDERAL PREEMPTION IN BIRD'S NEST FILTER CASES

Plaintiffs respectfully move the Court for leave to file a short surreply, attached hereto as Appendix A, in response to certain points raised in Cook's Reply in Support of Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest Filter Cases. In support of this motion Plaintiffs state as follows:

1. On January 9, 2019, the Cook Defendants filed their reply brief in support of their motion for judgment on the pleadings based on federal preemption in Birds Nest filter cases. In their reply, Cook Defendants made certain statements that distorted the

history of this litigation, and raised certain arguments or authorities that were not raised (or prominent) in their original motion.

2. Plaintiffs wish to file a short surreply that will address and correct matters raised in Cook's reply. The motion at issue is a dispositve motion seeking dismissal with prejudice. As such, thorough briefing is appropriate and will be of assistance to the Court in making an informed decision on the Cook Defendants' motion.

3. The decision to grant of deny leave to file a surreply is committed to the sound discretion of the court. *Jeffries v. Wells Fargo Bank*, NA, No. 10-CV-5889, 2011 WL 5023396, at *2 (N.D. Ill. Oct. 19, 2011). Granting leave to file a surreply is appropriate when a reply leaves a party unable to contest matters presented to the court for the first time. A surreply may be necessary whether the new matter is factual or raises new legal arguments. It is particularly appropriate in order to address and correct inaccuracies in a reply memorandum.

4. The Court should grant Plaintiffs' motion for leave to file a surreply in order to allow Plaintiffs to address and correct the matters raised in Cook's reply.

## CONCLUSION

For the foregoing reasons, the Commission respectfully requests that this Court issue an order granting the Plaintiffs leave to file their proposed Surreply.

Respectfully submitted,

**MATTHEWS & ASSOCIATES**

/s/David P. Matthews
David P. Matthews (Texas Bar No.: 13206200)
dmatthews@thematthewslawfirm.com

2

>Julie L. Rhoades (Texas Bar No. 16811710)
>jrhoades@thematthewslawfirm.com
>2509 Sackett St.
>Houston, TX 77098
>P: 713.522.5250
>F: 713.535.7184
>**FREESE & GOSS, PLLC**
>Tim K. Goss (Texas Bar No. 08222660)
>tim@.freeseandgoss.com
>
>Rich Freese (Pro Hac Vice to be filed)
>rich@freeseandgoss.com
>3500 Maple Ave., Ste. 1100
>Dallas, TX 75219
>P: 214.761.6610
>F: 214.761.6688
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

>*/s/ David P. Matthews*