UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC )
FILTERS MARKETING, SALES )
PRACTICES AND PRODUCT )
LIABILITY LITIGATION )  1:14-ml-02570-RLY-TAB
_____ )  MDL No. 2570
 )
This Document Relates to: )
 )
Tonya Brand, )
1:14-cv-6018-RLY-TAB )
_____ )

**COURTROOM MINUTES FOR JANUARY 16, 2019**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Come again the parties and the jury and the trial is resumed.

Evidence on behalf of the Plaintiff is commenced.

The time for adjournment having arrived the court is adjourned until 8:00 a.m.

tomorrow. The jury is admonished and allowed to separate.

Distributed Electronically to Registered Counsel of Record